| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Roman Catholic Archbishop of San Francisco |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 21, 2023**     X **/s/ Fr. Patrick Summerhays**
Signature of individual signing on behalf of debtor

**Fr. Patrick Summerhays**
Printed name

**Vicar General and Moderator of the Curia**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **The Roman Catholic Archbishop of San Francisco**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | James Susha c/o Mezzetti Law Firm, Inc. 31 East Julian Street San Jose, CA 95112 | Robert Mezzetti, II rob@mezzettilaw.com (405) 279-8400 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 2 | Jan Zoccoli as successor in interest to Robert Susha, Deceased c/o Mezzetti Law Firm, Inc. 31 East Julian Street San Jose, CA 95112 | Robert Mezzetti, II rob@mezzettilaw.com (405) 279-8400 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 3 | John AA Roe SF c/o The Zalkin Law Firm, P.C. 10590 W. Ocean Air Drive Ste. 125 San Diego, CA 92130 | Devin Storey, Esq. dms@zalkin.com (619) 330-1120 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 4 | John DB Roe SF c/o The Zalkin Law Firm, P.C. 10590 W. Ocean Air Drive, Ste. 125 San Diego, CA 92130 | Davin Storey, Esq. dms@zalkin.com (619) 330-1120 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 5 | John Doe SALS 1097 c/o Furtado, Jaspovice & Simons 6589 Bellhurst Lane Castro Valley, CA 94552 | Richard Simons, Esq. rick@fjslaw.com (510) 917-2169 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 6 | John Doe SALS 1108 c/o Furtado, Jaspovice & Simons 6589 Bellhurst Lane Castro Valley, CA 94552 | Richard Simons, Esq. rick@fjslaw.com (510) 917-2169 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | John Doe SALS 1109<br>c/o Furtado, Jaspovice & Simons<br>6589 Bellhurst Lane<br>Castro Valley, CA 94552 | Richard Simons, Esq.<br><br>rick@fjslaw.com<br><br>(510) 917-2169 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 8 | John Doe SALS 1112<br>c/o Furtado, Jaspovice & Simons<br>6589 Bellhurst Lane<br>Castro Valley, CA 94552 | Richard Simons, Esq.<br><br>rick@fjslaw.com<br><br>(510) 917-2169 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 9 | John Doe SALS 1455<br>c/o Furtado, Jaspovice & Simons<br>6589 Bellhurst Lane<br>Castro Valley, CA 94552 | Richard Simons, Esq.<br><br>rick@fjslaw.com<br><br>(510) 917-2169 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 10 | John Doe SF 1019<br>c/o Jeff Anderson & Associates<br>12011 San Vincente Blvd.<br>Suite 700<br>Los Angeles, CA 90049 | J. Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(949) 919-5693 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 11 | John Doe SF 1026<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd<br>Suite 700<br>Los Angeles, CA 90049 | J. Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(949) 919-5693 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 12 | John Doe SF 1121<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd<br>Suite 700<br>Los Angeles, CA 90049 | J. Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(949) 919-5693 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 13 | John Doe SF 1227<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd<br>Suite 700<br>Los Angeles, CA 90049 | J. Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(949) 919-5693 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 14 | John Doe SF 1247<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd<br>Suite 700<br>Los Angeles, CA 90049 | J. Michael Reck, Esq.<br><br>mreck@andersonadvocates.com<br><br>(949) 919-5693 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 15 | John PR Roe SF<br>c/o The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Drive<br>Ste. 125<br>San Diego, CA 92130 | Devin Storey, Esq.<br><br>dms@zalkin.com<br><br>(619) 330-1120 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Debtor **The Roman Catholic Archbishop of San Francisco** Case number *(if known)*

Case: 23-30564   Doc# 1-1   Filed: 08/21/23   Entered: 08/21/23 09:43:59   Page 3 of 4

Debtor **The Roman Catholic Archbishop of San Francisco**  Case number *(if known)* _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | John RA Roe SF<br>c/o The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Drive<br>Ste. 125<br>San Diego, CA 92130 | Devin Storey, Esq.<br><br>dms@zalkin.com<br><br>(619) 330-1120 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 17 | Joseph Doe SF 531<br>c/o Joseph George Jr. Law Corp.<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George Jr., Esq.<br><br>mailbox@psyclaw.com<br><br>(916) 623-4914 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 18 | Joseph Doe SF 533<br>c/o Joseph George Jr. Law Corp.<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George Jr., Esq.<br><br>mailbox@psyclaw.com<br><br>(916) 623-4914 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 19 | Joseph Doe SF 541<br>c/o Joseph George Jr. Law Corp.<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George Jr., Esq.<br><br>mailbox@psyclaw.com<br><br>(916) 623-4914 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 20 | Joseph Doe SF 582<br>c/o Joseph George Jr. Law Corp.<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George Jr., Esq.<br><br>mailbox@psyclaw.com<br><br>(916) 623-4914 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |