# United States Bankruptcy Court
## Northern District of California

In re: __The Roman Catholic Archbishop of San Francisco__
Debtor(s)

Case No. __23-30564__
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Roman Catholic Archbishop of San Francisco__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 18, 2023**
Date

**/s/ Paul J Pascuzzi**
**Paul J Pascuzzi**
Signature of Attorney or Litigant
Counsel for __The Roman Catholic Archbishop of San Francisco__
**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
**500 Capitol Mall**
**Suite 2250**
**Sacramento, CA 95814**
**(916) 329-7400**
**ppascuzzi@ffwplaw.com**