# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 8/21/2023 |
| Case: 23–30564 | Form ID: OFRDNI | Total: 6 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr        Not Assigned – SF

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
aty      Jason Blumberg      jason.blumberg@usdoj.gov
aty      Paul J. Pascuzzi      ppascuzzi@ffwplaw.com
aty      Phillip John Shine      phillip.shine@usdoj.gov

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      The Roman Catholic Archbishop of San Francisco      One Peter Yorke Way      San Francisco, CA 94109

TOTAL: 1