Douglas B. Provencher (77823)
EMBOLDEN LAW PC
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2381
Facsimile: (707) 284-2387

# UNITED STATES BANKRUPTCY COURT
## NORTERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**The Roman Catholic Bishop of San Francisco**

Debtor.

Case No. 23-30564

Judge Dennis Montali

Chapter 11

**Request for Notice**

Douglas Provencher requests notice of these proceeding be sent to:

Douglas B. Provencher
EMBOLDEN LAW PC
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2381
Facsimile: (707) 284-2387
dbp@provlaw.com

Dated: August 22, 2023         EMBOLDEN LAW PC

                               By:  *s/Douglas B. Provencher (77823)*