PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br>Chapter 11<br><br>**DEBTOR IN POSSESSION'S EX PARTE APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**<br><br>*Filed concurrently with [Declaration of Fr. Patrick Summerhays]*<br><br>[No Hearing Required]<br><br>Judge: Hon. Dennis Montali |

The Roman Catholic Archbishop of San Francisco ("RCASF" or "Debtor"), the debtor and debtor in possession in the above captioned chapter 11 case (the "Bankruptcy Case"), hereby applies (the "Application") for an order designating Fr. Patrick Summerhays, the incumbent Vicar

General and Moderator of the Curia of The Romas Catholic Archbishop of San Francisco, as the Debtor's responsible individual pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California (the "<u>Bankruptcy Local Rules</u>"). In support of this Application, the Debtor represents as follows:

1. The Debtor is organized under the laws of the State of California as a corporation sole.

2. The Debtor filed its voluntary petition under Chapter 11 on August 21, 2023.

3. Pursuant to Bankruptcy Local Rule 4002-1, it is necessary to appoint a natural person to be responsible for the duties and obligations of the Debtor.

4. Fr. Patrick Summerhays is the Vicar General and Moderator of the Curia of The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein.

5. As demonstrated in the Declaration of Fr. Patrick Summerhays filed concurrently with this Application, Fr. Patrick Summerhays is the appropriate natural person who should be designated as the responsible individual for the duties and obligations of the debtor. His address and phone number are as follows:

> Fr. Patrick Summerhays
> The Roman Catholic Archbishop of San Francisco
> One Peter York Way
> San Francisco, CA 94109
> (415) 614-5500

WHEREFORE, the Debtor requests an order designating Fr. Patrick Summerhays, the incumbent Vicar General and Moderator of the Curia of The Roman Catholic Archbishop of San Francisco, as the responsible individual for the Debtor in this case.

Dated: August 22, 2023

| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| By:   <u>/s/ Jason E. Rios</u><br>     PAUL J. PASCUZZI<br>     JASON E. RIOS<br>     THOMAS R. PHINNEY | By:   <u>/s/ Ori Katz</u><br>     ORI KATZ<br>     ALAN H. MARTIN |
| Proposed Attorneys for The Roman Catholic Archbishop of San Francisco | Proposed Attorneys for The Roman Catholic Archbishop of San Francisco |