PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:       (916) 329-7435
Email:             ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:       (415) 434-3947
Email:             okatz@sheppardmullin.com
                      amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF FR. PATRICK SUMMERHAYS IN SUPPORT OF DEBTOR IN POSSESSION'S EX PARTE APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**<br><br>[No Hearing Required]<br><br>Judge:     Hon. Dennis Montali |

I, Fr. Patrick Summerhays, declare as follows:

1. I am the Vicar General and Moderator of the Curia of The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein (the "RCASF" or the "Debtor"). I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of the *Debtor in Possession's Ex Parte Application for Order Designating Responsible Individual* (the "Application"). I give capitalized terms not otherwise defined in this declaration the same meanings ascribed to them in the Application.

3. The RCASF is organized under the laws of the State of California as a corporation sole.

4. The Debtor filed its voluntary petition under Chapter 11 on August 21, 2023.

5. Pursuant to the *Statement Regarding Authority to Sign and File Petition* attached to the *Voluntary Petition* filed in this Bankruptcy Case, I have been authorized by Archbishop Salvatore J. Cordileone to appear in the Chapter 11 proceedings on behalf of the RCASF, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the RCASF in connection with such reorganization case.

6. Based on the forgoing, I am the appropriate natural person who should be designated as the responsible individual for the duties and obligations of the Debtor. My address and phone number are as follows:

> Fr. Patrick Summerhays
> The Roman Catholic Archbishop of San Francisco
> One Peter York Way
> San Francisco, CA 94109
> (415) 614-5500

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2023, at San Francisco, California.

*/s/Fr. Patrick Summerhays*
Fr. Patick Summerhays