

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Signed and Filed: August 22, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**<br><br>[No Hearing Required]<br><br>Judge: Hon. Dennis Montali |

On consideration of the *Debtor in Possession's Ex Parte Application for Order Designating Responsible Individual*, filed on August 22, 2023, as ECF No. 18 (the "Application"),[1] and good cause appearing, it is,

---

[1] Unless otherwise indicated, capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

ORDERED that Fr. Patrick Summerhays be, and hereby is, appointed as the responsible individual for the duties and obligations of the Debtor. His address and phone number are as follows:

>Fr. Patrick Summerhays
>The Roman Catholic Archbishop of San Francisco
>One Peter York Way
>San Francisco, CA 94109
>(415) 614-5500

**\*\*END OF ORDER\*\***

Court Service List

Registered ECF Participants only