PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DEBTOR'S SUPPLEMENT TO THE DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, OPERATIONAL BANK ACCOUNTS AND RELATED INVESTMENT ACCOUNTS; (2) AUTHORIZING MAINTENANCE OF EXISTING BUSINESS FORMS, (3) EXCUSING COMPLIANCE WITH SECTION 345(b); (4) AUTHORIZING CONTINUED USE OF CURRENT INVESTMENT POLICY; AND (5) SCHEDULING A FINAL HEARING**<br><br>*Filed concurrently with Supplemental Declaration of Joseph J. Passarello* |

|                                                                 |
|-----------------------------------------------------------------|
| Date:     August 24, 2023<br>Time:    1:30 p.m.<br>           Via ZoomGov<br>Judge:   Hon. Dennis Montali |
| *Hearing Requested on Shortened Time* |

The Roman Catholic Archbishop of San Francisco ("RCASF" or the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "Bankruptcy Case"), hereby files this supplement (this "Supplement") to the *Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance With Section 345(b); (4) Authorizing Continued Use of Current Investment Policy; and Scheduling a Final Hearing*, filed on August 21, 2023, as ECF No. 9 (the "Motion").[1] In support of this Supplement, the Debtor relies upon the *Supplemental Declaration of Joseph J. Passarello in Support of the Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance With Section 345(b); (4) Authorizing Continued Use of Current Investment Policy* ("Supplemental Passarello Decl.") filed concurrently herewith, and Debtor respectfully represents as follows:

**I.**

**SUPPLEMENT**

1. On August 21, 2023 ("Petition Date"), the RCASF filed a voluntary Chapter 11 petition and a host of first day motions requesting certain customary first day relief, including the Motion. Immediately after filing the first day motions, the Debtor reached out to the Cash Management Banks to provide them with notice of the Motion and work through logistical issues

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion, the Passarello Declaration previously filed contemporaneously with the Motion, or the Background Passarello Decl, as applicable.

with attempting to convert the Bank Accounts to debtor in possession accounts. During one of those calls, BofA made the Debtor and its advisors aware of eight additional accounts (held at BofA) all of which have been open since before 2008—predating Mr. Passarello as CFO— and which are being used by four High Schools likely as their main operating accounts, development accounts, and/or payroll accounts (the "<u>Additional Bank Accounts</u>"). Although no funds in the Additional Bank Accounts have originated from the Debtor or its operations, and the Debtor has been largely unaware that the Additional Bank Accounts are listed under the Debtor's employer identification number ("<u>EIN number</u>"). Additionally, certain representatives of the Debtor are listed as co-signors on the Additional Bank Accounts.

2. The Additional Bank Accounts have not been listed in the Debtor's general ledger, do not contain funds of the Debtor, and the Debtor does not use or control the operation of the Additional Bank Accounts; however, because they are listed under the Debtor's name at BofA, the Debtor hereby requests that the Court authorize the continued use of the Additional Bank Accounts in the ordinary course of business without the need to designate such accounts as debtor in possession accounts or otherwise complying with the requirements of Bankruptcy Code section 345(b).

3. Without this relief, these High Schools, which have just welcomed students back from summer break, will suffer irreparable harm if unable to access their funds or suffer a delay in use of those funds, as they need to cover day-to-day operating costs and make payroll for the teachers and staff in the upcoming days.

4. Additional information about the High Schools and the Additional Bank Accounts is included in the Supplemental Passarello Declaration filed concurrently herewith.

## II.

## RELIEF REQUESTED

5. By this Supplement, the Debtor requests that the Court authorize the continued use of the Additional Bank Accounts as used in the ordinary course of business, without the need to designate such accounts to debtor in possession accounts as outlined in the U.S. Trustee's

-2-
SMRH:4892-1938-8026.6    Supplement to Cash Management Motion
Case: 23-30564    Doc# 22    Filed: 08/22/23    Entered: 08/22/23 18:50:41    Page 3 of 4
Case No. 23-30564

Guidelines. To implement this relief, the Debtor requests that the following language be added to the Debtor's proposed Order attached to the Motion:

> The Debtor is excused from redesignating the Additional Bank Accounts as debtor in possession accounts and complying with the requirements of section 345(b) as to the Additional Bank Accounts.

Dated: August 22, 2023

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By           */s/ Paul J. Pascuzzi*
      PAUL J. PASCUZZI
      JASON E. RIOS
      THOMAS R. PHINNEY

Proposed Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 22, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By           */s/ Ori Katz*
      ORI KATZ
      ALAN H. MARTIN

Proposed Attorneys for The Roman Catholic Archbishop of San Francisco