# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr          Not Assigned – SF

                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**

ust         Office of the U.S. Trustee / SF          USTPRegion17.SF.ECF@usdoj.gov

aty         Jason Blumberg          jason.blumberg@usdoj.gov

aty         Jason E. Rios          jrios@ffwplaw.com

aty         Jeannie Kim          jekim@sheppardmullin.com

aty         Ori Katz          okatz@sheppardmullin.com

aty         Paul J. Pascuzzi          ppascuzzi@ffwplaw.com

aty         Phillip John Shine          phillip.shine@usdoj.gov

                                                                              TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          The Roman Catholic Archbishop of San Francisco          One Peter Yorke Way          San Francisco, CA 94109

smg         Chief Tax Collection Section          Employment Development Section          P.O. Box 826203          Sacramento, CA 94230

smg         IRS          P.O. Box 7346          Philadelphia, PA 19101–7346

smg         CA Employment Development Dept.          Bankruptcy Group MIC 92E          P.O. Box 826880          Sacramento, CA 94280–0001

smg         CA Franchise Tax Board          Special Procedures Bankruptcy Unit          P.O. Box 2952          Sacramento, CA 95812–2952

                                                                              TOTAL: 5