Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On August 21, 2023, I served a true and correct copy of the following documents via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Debtor's Emergency Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) To Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks [Docket No. 7]**

- **Debtor's Emergency Motion for Interim and Final Orders (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, (3) Establishing Procedures for Determining Adequate Assurance of Payment, and (4) Scheduling a Final Hearing [Docket No. 8]**

- **Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance with Section 345(B); (4) Authorizing Continued Use of Current Investment Policy; and (5) Scheduling a Final Hearing [Docket No. 9]**

- **Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims [Docket No. 10]**

- **Debtor's Emergency Application for Entry of an Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent, and (II) Granting Related Relief [Docket No. 11]**

- **Debtor's Emergency Motion to Continue Insurance Programs [Docket No. 12]**

- **Debtor's Emergency Motion for Interim and Final Orders Authorizing the Debtor to (1) Pay Certain Prepetition Invoices for Abuse Survivors' Assistance and Safe Environment Programs, and (2) Continue Its Prepetition Practice of Paying for Abuse Survivors' Assistance and Safe Environment Programs [Docket No. 13]**

On August 21, 2023, I served a true and correct copy of the following documents via the method set forth on the State Agency Service List attached hereto as **Exhibit B**:

- **Debtor's Emergency Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) To Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks [Docket No. 7]**

- **Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance with Section 345(B); (4) Authorizing Continued Use of Current Investment Policy; and (5) Scheduling a Final Hearing [Docket No. 9]**

- **Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims [Docket No. 10]**

- **Debtor's Emergency Motion to Continue Insurance Programs [Docket No. 12]**

- **Debtor's Emergency Motion for Interim and Final Orders Authorizing the Debtor to (1) Pay Certain Prepetition Invoices for Abuse Survivors' Assistance and Safe Environment Programs, and (2) Continue Its Prepetition Practice of Paying for Abuse Survivors' Assistance and Safe Environment Programs [Docket No. 13]**

On August 21, 2023, I served a true and correct copy of the following document via the method set forth on the Utility Service List attached hereto as **Exhibit C**:

- **Debtor's Emergency Motion for Interim and Final Orders (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, (3) Establishing Procedures for Determining Adequate Assurance of Payment, and (4) Scheduling a Final Hearing [Docket No. 8]**

On August 21, 2023, I served a true and correct copy of the following documents via the method set forth on the Bank Service List attached hereto as **Exhibit D**:

- **Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance with Section 345(B); (4) Authorizing Continued Use of Current Investment Policy; and (5) Scheduling a Final Hearing [Docket No. 9]**

On August 21, 2023, I served a true and correct copy of the following document via the method set forth on the Insurance Service List attached hereto as **Exhibit E**:

- **Debtor's Emergency Motion to Continue Insurance Programs [Docket No. 12]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 22, 2023, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

**Exhibit A**

**Core/2002 Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | Overnight Mail |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com | Email<br>Overnight Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | Overnight Mail |
| 20 Largest | James Susha<br>c/o Robert Messetti, II | Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email<br>Overnight Mail |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased<br>c/o Robert Messetti, II | Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email<br>Overnight Mail |
| 20 Largest | Jane Doe SF 1247<br>c/o J. Michael Reck, Esq. | Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John AA Roe SF<br>c/o Devin Storey, Esq. | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1097<br>c/o Richard Simons, Esq. | Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1108<br>c/o Richard Simons, Esq. | Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1109<br>c/o Richard Simons, Esq. | Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1112<br>c/o Richard Simons, Esq. | Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1455<br>c/o Richard Simons, Esq. | Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1019<br>c/o J. Michael Reck, Esq. | Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1026<br>c/o J. Michael Reck, Esq. | Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1121<br>c/o J. Michael Reck, Esq. | Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1227<br>c/o J. Michael Reck, Esq. | Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 531<br>c/o Joseph George, Jr., Esq. | Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 533<br>c/o Joseph George, Jr., Esq. | Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 541<br>c/o Joseph George, Jr., Esq. | Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |

**Exhibit A**

**Core/2002 Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 20 Largest | JOSEPH DOE SF 582<br>c/o Joseph George, Jr., Esq. | Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov | Email<br>Overnight Mail |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email<br>Overnight Mail |

# **EXHIBIT B**

**Exhibit B**
**State Agency Service List**

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | Overnight Mail |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | Overnight Mail |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | Overnight Mail |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | Overnight Mail |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | Overnight Mail |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | Overnight Mail |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | Overnight Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | Overnight Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | Overnight Mail |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | Overnight Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | Overnight Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | Overnight Mail |

# EXHIBIT C

**Exhibit C**
**Utility Service List**

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Utilities | AT&T | P.O. Box 5025<br>Carol Stream, IL 60197-5025 | Overnight Mail |
| Utilities | California Water Service Co | P.O. Box 4500<br>Whittier, CA 90607-4500 | Overnight Mail |
| Utilities | Comcast | P.O. Box 60533<br>City of Industry, CA 91716-0533 | Overnight Mail |
| Utilities | Pacific Gas & Electric | P.O. Box 997300<br>Sacramento, CA 95899-7300 | Overnight Mail |
| Utilities | Recology Golden Gate | aka Recology Sunset Scavenger<br>250 Executive Park Blvd, Ste 2100<br>San Francisco, CA 94134-3306 | Overnight Mail |
| Utilities | Recology San Mateo | P.O. Box 848268<br>Los Angeles, CA 90084-8268 | Overnight Mail |
| Utilities | Recology San Mateo | 225 Shoreway Rd<br>San Carlos, CA 94070 | Overnight Mail |
| Utilities | San Francisco Water, Power & Sewer | P.O. Box 7369<br>San Francisco, CA 94120-7369 | Overnight Mail |
| Utilities | TPX Communications | P.O. Box 509013<br>San Diego, CA 92150-9013 | Overnight Mail |
| Utilities | Verizon Wireless | P.O. Box 660108<br>Dallas, TX 75266-0108 | Overnight Mail |

# **EXHIBIT D**

**Exhibit D**

**Bank Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Banks | Bank of America | Attn: Ivan Ruiz<br>555 California St, 4th Fl<br>San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email<br>Overnight Mail |
| Banks | Bank of America | P.O. Box 15284<br>Wilmington, DE 19850 | | Overnight Mail |
| Banks | Bank of San Francisco | Attn: Victor Vasquez<br>345 California St, Ste 1600<br>San Francisco, CA 94104 | victor.vazquez@bankbsf.com | Email<br>Overnight Mail |
| Banks | Bank of America Corporate Center | 100 N Tryon St<br>Charlotte, NC 28255 | | Overnight Mail |
| Banks | BofA Securities, Inc | Attn: Ivan Ruiz<br>555 California St, 4th Fl<br>San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email<br>Overnight Mail |
| Banks | BofA Securities, Inc | P.O. Box 2010<br>Lakewood, NJ 08701 | | Overnight Mail |
| Banks | BridgeBank | Attn: Margie Stelma<br>55 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | margie.stelma@bridgebank.com | Email<br>Overnight Mail |
| Banks | BridgeBank | P.O. Box 26237<br>Las Vegas, NV 89126 | | Overnight Mail |
| Banks | California Bank & Trust | Attn: Eva Ayala<br>520 Capitol Mall, Ste 100<br>Sacramento, CA 95814 | eva.ayala@calbt.com | Email<br>Overnight Mail |
| Banks | California Bank & Trust | P.O. Box 489<br>Lawndale, CA 90260 | | Overnight Mail |
| Banks | Charles Schwab Corp | Attn: Kyle Hall<br>211 Main St<br>San Francisco, CA 94105 | kyle.b.hall@schwab.com | Email<br>Overnight Mail |
| Banks | Charles Schwab Corp | 633 W 5th St, 24th Fl<br>Los Angeles, CA 90071 | | Overnight Mail |
| Banks | Charles Schwab Corp | El Paso Operation Center<br>P.O. Box 982600<br>El Paso, TX 79998 | | Overnight Mail |
| Banks | City National Bank | Attn: Kefira Bar-Golani<br>1 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | kefira.bar-golani@cnb.com | Email<br>Overnight Mail |
| Banks | City National Bank | 350 S Grand Ave<br>Los Angeles, CA 90071 | | Overnight Mail |
| Banks | First Republic Bank | 111 Pine St<br>San Francisco, CA 94111 | | Overnight Mail |
| Banks | First Republic Bank & JPMorgan Chase | Attn: Lorrie Pendelton<br>101 Pine St<br>San Francisco, CA 94111 | L.Pendelton@FirstRepublic.com | Email<br>Overnight Mail |
| Banks | JPMorgan Chase Bank, NA | Mail Code LA4-7100<br>700 Kansas Ln<br>Monroe, LA 71203 | | Overnight Mail |
| Banks | Segal Byrant & Hamill | Attn: Linda Cunnigham<br>540 W Madison St, Ste 1000<br>Chicago, IL 60661 | lcunningham@sbhic.com | Email<br>Overnight Mail |
| Banks | US Bank | Attn: Carolyn Cox<br>1 California St, Ste 1000<br>San Francisco, CA 94111 | carolyn.cox@usbank.com | Email<br>Overnight Mail |
| Banks | US Bank | 633 W 5th St, 24th Fl<br>Los Angeles, CA 90071 | | Overnight Mail |
| Banks | US Bank | Institute & Trust<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | | Overnight Mail |
| Banks | Wells Fargo Bank NA | Attn: Craig Powers<br>420 Montgomery St, 10th Fl<br>San Francisco, CA 94104 | Craig.Powers@wellsfargo.com | Email<br>Overnight Mail |

# **EXHIBIT E**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Insurance Carrier | AIG | Attn: Nancy Lew<br>100 Connell Dr<br>Berkeley Heights, NJ 07922 | | Overnight Mail |
| Insurance Carrier | Allied World Assurance Co | aka AWAC<br>27 Richmond Rd<br>Pembroke, HM 08<br>Bermuda | | Overnight Mail |
| Insurance Carrier | ARC | 535 Route 38, Ste 300<br>Cherry Hill, NJ 08002 | | Overnight Mail |
| Insurance Carrier | Aspen Insurance | 499 Washington Blvd<br>Jersey City, NJ 07310 | | Overnight Mail |
| Insurance Carrier | AXIS Capital | 92 Pitts Bay Rd<br>Pembroke, HM 08<br>Bermuda | | Overnight Mail |
| Insurance Carrier | Beazley Insurance Services | 101 California St, Ste 1850<br>San Francisco, CA 94111 | usainfo@beazley.com | Email<br>Overnight Mail |
| Insurance Carrier | Berkley Insurance Co | 475 Steamboat Rd<br>Greenwich, CT 06830 | | Overnight Mail |
| Insurance Carrier | Chubb | McKesson Plz, Post St, 1st Fl<br>San Francisco, CA 94104 | | Overnight Mail |
| Insurance Carrier | Evanston | c/o Markel<br>10275 W Higgins Rd, Ste 750<br>Rosemond, IL 60018 | | Overnight Mail |
| Insurance Carrier | Fidelity Security Life Insurance Co | Attn: Seline Gomez<br>3130 Broadway<br>Kansas City, MO 64111 | remittancesupport@eyemed.com | Email<br>Overnight Mail |
| Insurance Carrier | General Star National Insurance Co | 120 Long Ridge Rd<br>Samford, CT 06902 | | Overnight Mail |
| Insurance Carrier | Golden Bear Insurance Co | 1550 W Fremont St<br>Stockton, CA 95203 | | Overnight Mail |
| Insurance Carrier | Great American Insurance Group | P.O. Box 5425<br>Cincinnati, OH 45201 | | Overnight Mail |
| Insurance Carrier | GuideOne Mutual Insurance Co | P.O. Box 14599<br>Des Moines, IA 50306 | | Overnight Mail |
| Insurance Carrier | Homeland Insurance Co | 605 Hwy 169 N<br>Plymouth, MN 55441 | | Overnight Mail |
| Insurance Carrier | Ironshore | 175 Berkeley St<br>Boston, MA 02116 | | Overnight Mail |
| Insurance Carrier | Kinsale Insurance | 2035 Maywill St, Ste 100<br>Richmond, VA 23230 | | Overnight Mail |
| Insurance Carrier | Landmark | c/o RSUI<br>2679 W Main St, Ste 300<br>Littleton, CO 80120 | | Overnight Mail |
| Insurance Carrier | Lexington Insurance Co | 99 High St, 24th Fl<br>Boston, MA 02110 | | Overnight Mail |
| Insurance Carrier | Liberty Mutual Insurance | 175 Berkeley St<br>Boston, MA 02116 | | Overnight Mail |
| Insurance Carrier | Lloyds | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Lloyds A | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Lloyds B | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Lloyds C | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Lloyds D | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Mitsui Sumitomo Insurance | 15 Independent Blvd<br>P.O. Box 4602<br>Warren, NJ 07059 | | Overnight Mail |
| Insurance Carrier | Palms Insurance -Sutton Spec | 700 Universe Blvd<br>Juno Beach, FL 33408 | | Overnight Mail |
| Insurance Carrier | QBE Insurance Corp | Attn: Nancy Lew<br>88 Pine St, 16th Fl<br>New York, NY 10005 | | Overnight Mail |
| Insurance Carrier | Reliance Life Insurance | Attn: Amber Busch<br>P.O. Box 6504<br>Carol Strean, IL 60197 | | Overnight Mail |
| Insurance Carrier | Texas Surplus Ins | c/o Texas Insurance Co<br>Attn: Amwin Address<br>221 Main St, Ste 580<br>San Francisco, CA 94115 | | Overnight Mail |
| Insurance Carrier | The Hartford Group | aka HSB<br>P.O. Box 8500-3690<br>Philadelphia, PA 19178 | | Overnight Mail |
| Insurance Carrier | The National Catholic Risk Retention Group | 801 Warrenville Rd, Ste 620<br>Lisle, IL 60532 | | Overnight Mail |
| Insurance Carrier | Travelers | 91287 Collections Center Dr<br>Chicago, IL 60693 | | Overnight Mail |
| Insurance Carrier | Westchester | 1 Post St, 34th Fl<br>San Francisco, CA 94104 | | Overnight Mail |