Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On August 22, 2023, I served a true and correct copy of the following documents (i) via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions [Docket No. 14]**

- **Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions [Docket No. 15]**

- **Omnibus Notice of Hearing on Debtor's Emergency First Day Motions [Docket No. 16]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 23, 2023, at Woodland Hills, California.

_____
Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | Overnight Mail |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com | Email<br>Overnight Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | Overnight Mail |
| 20 Largest | James Susha | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email<br>Overnight Mail |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email<br>Overnight Mail |
| 20 Largest | Jane Doe SF 1247 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John AA Roe SF | c/o Devin Storey, Esq.<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1097 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1108 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1109 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1112 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1455 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1019 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1026 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1121 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1227 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 531 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 533 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 541 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 582 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov | Email<br>Overnight Mail |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email<br>Overnight Mail |

# **EXHIBIT B**

**Exhibit B**
Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Insurance Carrier | AIG | Attn: Nancy Lew<br>100 Connell Dr<br>Berkeley Heights, NJ 07922 | | Overnight Mail |
| Insurance Carrier | Allied World Assurance Co | aka AWAC<br>27 Richmond Rd<br>Pembroke, HM 08<br>Bermuda | | Overnight Mail |
| Insurance Carrier | ARC | 535 Route 38, Ste 300<br>Cherry Hill, NJ 08002 | | Overnight Mail |
| Insurance Carrier | Aspen Insurance | 499 Washington Blvd<br>Jersey City, NJ 07310 | | Overnight Mail |
| Utilities | AT&T | P.O. Box 5025<br>Carol Stream, IL 60197-5025 | | Overnight Mail |
| Insurance Carrier | AXIS Capital | 92 Pitts Bay Rd<br>Pembroke, HM 08<br>Bermuda | | Overnight Mail |
| Banks | Bank of America | Attn: Ivan Ruiz<br>555 California St, 4th Fl<br>San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email<br>Overnight Mail |
| Banks | Bank of America | P.O. Box 15284<br>Wilmington, DE 19850 | | Overnight Mail |
| Banks | Bank of San Francisco | Attn: Victor Vasquez<br>345 California St, Ste 1600<br>San Francisco, CA 94104 | victor.vazquez@bankbsf.com | Email<br>Overnight Mail |
| Banks | Bank of America Corporate Center | 100 N Tryon St<br>Charlotte, NC 28255 | | Overnight Mail |
| Insurance Carrier | Beazley Insurance Services | 101 California St, Ste 1850<br>San Francisco, CA 94111 | usainfo@beazley.com | Email<br>Overnight Mail |
| Insurance Carrier | Berkley Insurance Co | 475 Steamboat Rd<br>Greenwich, CT 06830 | | Overnight Mail |
| Banks | BofA Securities, Inc | Attn: Ivan Ruiz<br>555 California St, 4th Fl<br>San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email<br>Overnight Mail |
| Banks | BofA Securities, Inc | P.O. Box 2010<br>Lakewood, NJ 08701 | | Overnight Mail |
| Banks | BridgeBank | Attn: Margie Stelma<br>55 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | margie.stelma@bridgebank.com | Email<br>Overnight Mail |
| Banks | BridgeBank | P.O. Box 26237<br>Las Vegas, NV 89126 | | Overnight Mail |
| Banks | California Bank & Trust | Attn: Eva Ayala<br>520 Capitol Mall, Ste 100<br>Sacramento, CA 95814 | eva.ayala@calbt.com | Email<br>Overnight Mail |
| Banks | California Bank & Trust | P.O. Box 489<br>Lawndale, CA 90260 | | Overnight Mail |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | Overnight Mail |
| Utilities | California Water Service Co | P.O. Box 4500<br>Whittier, CA 90607-4500 | | Overnight Mail |
| Banks | Charles Schwab Corp | Attn: Kyle Hall<br>211 Main St<br>San Francisco, CA 94105 | kyle.b.hall@schwab.com | Email<br>Overnight Mail |
| Banks | Charles Schwab Corp | 633 W 5th St, 24th Fl<br>Los Angeles, CA 90071 | | Overnight Mail |
| Banks | Charles Schwab Corp | El Paso Operation Center<br>P.O. Box 982600<br>El Paso, TX 79998 | | Overnight Mail |
| Insurance Carrier | Chubb | McKesson Plz, Post St, 1st Fl<br>San Francisco, CA 94104 | | Overnight Mail |
| Banks | City National Bank | Attn: Kefira Bar-Golani<br>1 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | kefira.bar-golani@cnb.com | Email<br>Overnight Mail |
| Banks | City National Bank | 350 S Grand Ave<br>Los Angeles, CA 90071 | | Overnight Mail |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | Overnight Mail |
| Utilities | Comcast | P.O. Box 60533<br>City of Industry, CA 91716-0533 | | Overnight Mail |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | Overnight Mail |
| Insurance Carrier | Evanston | c/o Markel<br>10275 W Higgins Rd, Ste 750<br>Rosemond, IL 60018 | | Overnight Mail |
| Insurance Carrier | Fidelity Security Life Insurance Co | Attn: Seline Gomez<br>3130 Broadway<br>Kansas City, MO 64111 | remittancesupport@eyemed.com | Email<br>Overnight Mail |
| Banks | First Republic Bank | 111 Pine St<br>San Francisco, CA 94111 | | Overnight Mail |
| Banks | First Republic Bank & JPMorgan Chase | Attn: Lorrie Pendelton<br>101 Pine St<br>San Francisco, CA 94111 | L.Pendelton@FirstRepublic.com | Email<br>Overnight Mail |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | Overnight Mail |
| Insurance Carrier | General Star National Insurance Co | 120 Long Ridge Rd<br>Samford, CT 06902 | | Overnight Mail |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | Overnight Mail |
| Insurance Carrier | Golden Bear Insurance Co | 1550 W Fremont St<br>Stockton, CA 95203 | | Overnight Mail |
| Insurance Carrier | Great American Insurance Group | P.O. Box 5425<br>Cincinnati, OH 45201 | | Overnight Mail |
| Insurance Carrier | GuideOne Mutual Insurance Co | P.O. Box 14599<br>Des Moines, IA 50306 | | Overnight Mail |
| Insurance Carrier | Homeland Insurance Co | 605 Hwy 169 N<br>Plymouth, MN 55441 | | Overnight Mail |
| Insurance Carrier | Ironshore | 175 Berkeley St<br>Boston, MA 02116 | | Overnight Mail |
| Banks | JPMorgan Chase Bank, NA | Mail Code LA4-7100<br>700 Kansas Ln<br>Monroe, LA 71203 | | Overnight Mail |
| Insurance Carrier | Kinsale Insurance | 2035 Maywill St, Ste 100<br>Richmond, VA 23230 | | Overnight Mail |
| Insurance Carrier | Landmark | c/o RSUI<br>2679 W Main St, Ste 300<br>Littleton, CO 80120 | | Overnight Mail |
| Insurance Carrier | Lexington Insurance Co | 99 High St, 24th Fl<br>Boston, MA 02110 | | Overnight Mail |
| Insurance Carrier | Liberty Mutual Insurance | 175 Berkeley St<br>Boston, MA 02116 | | Overnight Mail |
| Insurance Carrier | Lloyds | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Lloyds A | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Lloyds B | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Lloyds C | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Lloyds D | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | Overnight Mail |
| Insurance Carrier | Mitsui Sumitomo Insurance | 15 Independenct Blvd<br>P.O. Box 4602<br>Warren, NJ 07059 | | Overnight Mail |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | Overnight Mail |
| Utilities | Pacific Gas & Electric | P.O. Box 997300<br>Sacramento, CA 95899-7300 | | Overnight Mail |
| Insurance Carrier | Palms Insurance -Sutton Spec | 700 Universe Blvd<br>Juno Beach, FL 33408 | | Overnight Mail |
| Insurance Carrier | QBE Insurance Corp | Attn: Nancy Lew<br>88 Pine St, 16th Fl<br>New York, NY 10005 | | Overnight Mail |
| Utilities | Recology Golden Gate | aka Recology Sunset Scavenger<br>250 Executive Park Blvd, Ste 2100<br>San Francisco, CA 94134-3306 | | Overnight Mail |
| Utilities | Recology San Mateo | P.O. Box 848268<br>Los Angeles, CA 90084-8268 | | Overnight Mail |
| Utilities | Recology San Mateo | 225 Shoreway Rd<br>San Carlos, CA 94070 | | Overnight Mail |
| Insurance Carrier | Reliance Life Insurance | Attn: Amber Busch<br>P.O. Box 6504<br>Carol Strean, IL 60197 | | Overnight Mail |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | Overnight Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | | Overnight Mail |
| Utilities | San Francisco Water, Power & Sewer | P.O. Box 7369<br>San Francisco, CA 94120-7369 | | Overnight Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | Overnight Mail |
| Banks | Segal Byrant & Hamill | Attn: Linda Cunnigham<br>540 W Madison St, Ste 1000<br>Chicago, IL 60661 | lcunningham@sbhic.com | Email<br>Overnight Mail |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | Overnight Mail |
| Insurance Carrier | Texas Surplus Ins | c/o Texas Insurance Co<br>Attn: Amwin Address<br>221 Main St, Ste 580<br>San Francisco, CA 94115 | | Overnight Mail |
| Insurance Carrier | The Hartford Group | aka HSB<br>P.O. Box 8500-3690<br>Philadelphia, PA 19178 | | Overnight Mail |
| Insurance Carrier | The National Catholic Risk Retention Group | 801 Warrenville Rd, Ste 620<br>Lisle, IL 60532 | | Overnight Mail |
| Utilities | TPX Communications | P.O. Box 509013<br>San Diego, CA 92150-9013 | | Overnight Mail |
| Insurance Carrier | Travelers | 91287 Collections Center Dr<br>Chicago, IL 60693 | | Overnight Mail |
| Banks | US Bank | Attn: Carolyn Cox<br>1 California St, Ste 1000<br>San Francisco, CA 94111 | carolyn.cox@usbank.com | Email<br>Overnight Mail |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Banks | US Bank | 633 W 5th St, 24th Fl<br>Los Angeles, CA 90071 | | Overnight Mail |
| Banks | US Bank | Institute & Trust<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | | Overnight Mail |
| Utilities | Verizon Wireless | P.O. Box 660108<br>Dallas, TX 75266-0108 | | Overnight Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | Overnight Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | Overnight Mail |
| Banks | Wells Fargo Bank NA | Attn: Craig Powers<br>420 Montgomery St, 10th Fl<br>San Francisco, CA 94104 | Craig.Powers@wellsfargo.com | Email<br>Overnight Mail |
| Insurance Carrier | Westchester | 1 Post St, 34th Fl<br>San Francisco, CA 94104 | | Overnight Mail |