Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On August 23, 2023, I served a true and correct copy of the following documents via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtor's Emergency Motion to Continue Insurance Programs [Docket No. 12]**

- **Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions [Docket No. 14]**

- **Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions [Docket No. 15]**

- **Omnibus Notice of Hearing on Debtor's Emergency First Day Motions [Docket No. 16]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 23, 2023, at Woodland Hills, California.

_/s/ Randy Lowry_
Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

**Exhibit A**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Insurer | Arch Insurance Company | 11315 Corporate Blvd #200<br>Orlando, FL 32817 | Overnight Mail |