Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On August 23, 2023, I served a true and correct copy of the following documents (i) via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtor's Supplement to the Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance with Section 345(B); (4) Authorizing Continued Use of Current Investment Policy; and (5) Scheduling a Final Hearing [Docket No. 22]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 23, 2023, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

# Exhibit A
## Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | Overnight Mail |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com | Email<br>Overnight Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | Overnight Mail |
| 20 Largest | James Susha | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email<br>Overnight Mail |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email<br>Overnight Mail |
| 20 Largest | Jane Doe SF 1247 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John AA Roe SF | c/o Devin Storey, Esq.<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1097 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1108 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1109 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1112 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SALS 1455 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1019 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1026 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1121 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John Doe SF 1227 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email<br>Overnight Mail |
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, (Case No. 23-30564)

Case: 23-30564   Doc# 29   Filed: 08/23/23   Entered: 08/23/23 16:11:14   Page 3 of 7

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 531 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 533 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 541 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| 20 Largest | JOSEPH DOE SF 582 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email<br>Overnight Mail |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov | Email<br>Overnight Mail |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email<br>Overnight Mail |

# **EXHIBIT B**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Banks | Bank of America | Attn: Ivan Ruiz<br>555 California St, 4th Fl<br>San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email<br>Overnight Mail |
| Banks | Bank of America | P.O. Box 15284<br>Wilmington, DE 19850 | | Overnight Mail |
| Banks | Bank of San Francisco | Attn: Victor Vasquez<br>345 California St, Ste 1600<br>San Francisco, CA 94104 | victor.vazquez@bankbsf.com | Email<br>Overnight Mail |
| Banks | Bank of America Corporate Center | 100 N Tryon St<br>Charlotte, NC 28255 | | Overnight Mail |
| Banks | BofA Securities, Inc | Attn: Ivan Ruiz<br>555 California St, 4th Fl<br>San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email<br>Overnight Mail |
| Banks | BofA Securities, Inc | P.O. Box 2010<br>Lakewood, NJ 08701 | | Overnight Mail |
| Banks | BridgeBank | Attn: Margie Stelma<br>55 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | margie.stelma@bridgebank.com | Email<br>Overnight Mail |
| Banks | BridgeBank | P.O. Box 26237<br>Las Vegas, NV 89126 | | Overnight Mail |
| Banks | California Bank & Trust | Attn: Eva Ayala<br>520 Capitol Mall, Ste 100<br>Sacramento, CA 95814 | eva.ayala@calbt.com | Email<br>Overnight Mail |
| Banks | California Bank & Trust | P.O. Box 489<br>Lawndale, CA 90260 | | Overnight Mail |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | Overnight Mail |
| Banks | Charles Schwab Corp | Attn: Kyle Hall<br>211 Main St<br>San Francisco, CA 94105 | kyle.b.hall@schwab.com | Email<br>Overnight Mail |
| Banks | Charles Schwab Corp | 633 W 5th St, 24th Fl<br>Los Angeles, CA 90071 | | Overnight Mail |
| Banks | Charles Schwab Corp | El Paso Operation Center<br>P.O. Box 982600<br>El Paso, TX 79998 | | Overnight Mail |
| Banks | City National Bank | Attn: Kefira Bar-Golani<br>1 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | kefira.bar-golani@cnb.com | Email<br>Overnight Mail |
| Banks | City National Bank | 350 S Grand Ave<br>Los Angeles, CA 90071 | | Overnight Mail |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | Overnight Mail |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | Overnight Mail |
| Banks | First Republic Bank | 111 Pine St<br>San Francisco, CA 94111 | | Overnight Mail |
| Banks | First Republic Bank & JPMorgan Chase | Attn: Lorrie Pendelton<br>101 Pine St<br>San Francisco, CA 94111 | L.Pendelton@FirstRepublic.com | Email<br>Overnight Mail |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | Overnight Mail |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | Overnight Mail |
| Banks | JPMorgan Chase Bank, NA | Mail Code LA4-7100<br>700 Kansas Ln<br>Monroe, LA 71203 | | Overnight Mail |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | Overnight Mail |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | Overnight Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | | Overnight Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | Overnight Mail |
| Banks | Segal Byrant & Hamill | Attn: Linda Cunnigham<br>540 W Madison St, Ste 1000<br>Chicago, IL 60661 | lcunningham@sbhic.com | Email<br>Overnight Mail |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | Overnight Mail |
| Banks | US Bank | Attn: Carolyn Cox<br>1 California St, Ste 1000<br>San Francisco, CA 94111 | carolyn.cox@usbank.com | Email<br>Overnight Mail |
| Banks | US Bank | 633 W 5th St, 24th Fl<br>Los Angeles, CA 90071 | | Overnight Mail |
| Banks | US Bank | Institute & Trust<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | | Overnight Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | Overnight Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | Overnight Mail |

**Exhibit B**
Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Banks | Wells Fargo Bank NA | Attn: Craig Powers<br>420 Montgomery St, 10th Fl<br>San Francisco, CA 94104 | Craig.Powers@wellsfargo.com | Email<br>Overnight Mail |