| | |
|---|---|
| 1 | CHRISTINA L. GOEBELSMANN (SBN 273379)<br>Assistant United States Trustee |
| 2 | JASON BLUMBERG (SBN 330150)<br>Trial Attorney |
| 3 | TREVOR R. FEHR (CA SBN 316699)<br>Trial Attorney |
| 4 | PHILLIP J. SHINE (CA SBN 318840)<br>Trial Attorney |
| 5 | DEANNA K. HAZELTON (CA SBN 202821)<br>Trial Attorney |
| 6 | Office of the United States Trustee |
| 7 | 450 Golden Gate Avenue, Room 05-0153<br>San Francisco, California 94102 |
| 8 | Phone: (415) 705-3333<br>Facsimile: (415) 705-3379 |
| 9 | Email: jason.blumberg@usdoj.gov |
| 10 | Attorneys for TRACY HOPE DAVIS<br>United States Trustee for Region 17 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor.

Case No. 23-30564 DM

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Deanna K. Hazelton
> 2500 Tulare Street, Suite 1401
> Fresno, CA 93721
> Email: deanna.k.hazelton@usdoj.gov

Dated: August 24, 2023

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ *Deanna K. Hazelton*
Trial Attorney for United States Trustee

Notice of Appearance