Catalina J. Sugayan
**CLYDE & CO US LLP**
55 West Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635-6917
Facsimile: (312) 635-6950
Email: Catalina.Sugayan@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London*
*and Certain London Market Companies*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP<br>OF SAN FRANCISCO,<br><br>      Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**NOTICE OF APPEARANCE AND**<br>**REQUEST FOR NOTICE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned appears for Certain Underwriters at Lloyd's, London and Certain London Market Companies, and pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 1101, et seq., demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below:

Catalina J. Sugayan
CLYDE & CO US LLP
55 W Monroe St.
Unit 3000
Chicago, IL 60603
Catalina.Sugayan@clydeco.us
(312) 635-6917

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

1    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

2    notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

3    limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

4    demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by

5    mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-

6    captioned case and proceedings therein.

7    **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any

8    subsequent appearance, pleading, claim, or suit is intended to or shall be deemed to waive Certain

9    Underwriters at Lloyd's, London and Certain London Market Companies' (i) right to have final

10   orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by

11   jury in any proceeding so triable or in any case, controversy or proceeding related hereto; (iii) right

12   to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or

13   (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Certain Underwriters at

14   Lloyd's, London and Certain London Market Companies are or may be entitled under agreements, in

15   law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly

16   are reserved.

17

18   Dated: August 25, 2023                    CLYDE & CO US LLP

19

20                                             */s/ Catalina J. Sugayan*
                                              Catalina J. Sugayan

21                                             *Counsel for Certain Underwriters at Lloyd's, London
                                              and Certain London Market Companies*
22

23

24

25

26

27

28

2

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE