

Signed and Filed: August 25, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
 amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO (1) PAY CERTAIN PREPETITION INVOICES FOR ABUSE SURVIVORS' ASSISTANCE AND SAFE ENVIRONMENT PROGRAMS, AND (2) CONTINUE ITS PREPETITION PRACTICE OF PAYING FOR ABUSE SURVIVORS' ASSISTANCE AND SAFE ENVIRONMENT PROGRAMS**<br><br>Date: August 24, 2023<br>Time: 1:30 p.m.<br> Via ZoomGov<br><br>Judge: Hon. Dennis Montali |

The Roman Catholic Archbishop of San Francisco's ("RCASF" or the "Debtor")[1] motion, filed on August 21, 2023, as ECF No. 13 (the "Motion"), for an order authorizing the Debtor (i) to pay certain prepetition invoices for abuse survivors' assistance and safe environment programs, and (ii) to continue to pay certain invoices for such programs in the ordinary course of its business came on for hearing, on an emergency basis, before this Court, on August 24, 2023, at 1:30 p.m. Paul J. Pascuzzi, Esq., of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP and Ori Katz of Sheppard, Mullin, Richter & Hampton LLP appeared on behalf of the Debtor. All other appearances were as noted on the record.

The Court having considered the Motion, the Passarello Background Decl., the Gaspari Decl., and the Passarello Decl. filed in support of the Motion, and the representations of counsel as reflected in the record of the hearing, and the Court having found that it has jurisdiction over this proceeding; that this is a core proceeding; that notice given of the Motion is appropriate under the circumstances of this Bankruptcy Case and that no further notice is necessary; that the relief sought by the Motion is in the best interests of the Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED, on an interim basis as set forth herein.

2. The Debtor is authorized, but not directed, to pay accrued but unpaid prepetition amounts due and owing to Counselors and other counter parties involved in the Abuse Survivors' Assistance and Safe Environment Programs as of the Petition Date, on an interim basis up to an aggregate amount of $10,000.

3. The Debtor and its employees and agents are authorized to take such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

4. The Debtor's banks are authorized and directed to honor and pay all pre-petition and post-petition checks issued or to be issued and fund transfers requested or to be requested, by the Debtor in respect of the Abuse Survivors' Assistance and Safe Environment Programs.

---

[1] All capitalized terms used but not defined in this Order shall have the same meanings given to them in the Motion.

5. Notwithstanding the relief granted by this Order and any actions taken in accordance with this Order, nothing in the Motion or this Order shall be deemed: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtor's rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined hereunder; (e) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Debtor's rights under the Bankruptcy Code or any other applicable law.

6. A final hearing on the Motion shall be held on September 14, 2023, at 1:30 p.m. Oppositions to the Motion, if any, shall be filed with the Court no later than September 7, 2023, and served on counsel for the Debtor listed on the first page of the Motion and this Interim Order. The Debtor shall file any reply to any opposition to the Motion by noon on September 12, 2023.

**\* \* \* END OF ORDER \* \* \***

**Court Service List**

Registered ECF Participants only.