

Signed and Filed: August 25, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:       ppascuzzi@ffwplaw.com
             jrios@ffwplaw.com
             tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:       okatz@sheppardmullin.com
             amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (1) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (2) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR POST-PETITION UTILITY SERVICES UNDER 11 U.S.C. § 366, (3) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT, AND (4) SCHEDULING A FINAL HEARING**<br><br>Date:     August 24, 2023<br>Time:    1;30 p.m.<br>Location: Via ZoomGov<br><br>Judge:   Hon. Dennis Montali |

The Roman Catholic Archbishop of San Francisco's ("RCASF" or "Debtor"), motion (the "Motion"),[1] filed on August 21, 2023, as ECF No. 8, for an order (1) prohibiting Utility Companies from altering, refusing or discontinuing service; (2) determining that the debtor's furnishing of deposits to Utility Companies listed on Exhibit 2 (appended to the Motion) in an amount that represents 50% of the Debtor's estimated average monthly usage over the past twelve months of such utility respectively constitutes adequate assurance of payment; (3) establishing procedures for assurance requests by the affected utilities and for determining adequate assurance of payment; and (4) scheduling a final hearing came on for hearing, on an interim basis, on August 24, 2023, at 1:30 p.m., in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California. Paul J. Pascuzzi, Esq., of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP and Ori Katz of Sheppard, Mullin, Richter & Hampton LLP appeared on behalf of the Debtor. All other appearances were as noted on the record.

The Court having considered the Motion, the Passarello Background Declaration, the Passarello Declaration filed in support of the Motion, and the representations of counsel as reflected in the record of the hearing, and the Court having found that it has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, the 20 largest unsecured creditors, all secured creditors, and any applicable governmental entities; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief,

It is hereby ORDERED as follows:

1. The Motion is GRANTED, on an interim basis, as provided herein.

2. Within five business days of the Court's entry of this Order, the Debtor shall serve each Utility Company listed on Exhibit 1 to this Order with a copy of this Order via first class mail, and the Debtor shall serve all persons requesting special notice herein, counsel for any statutory committee(s), if one has been appointed or, if not, on the 20 largest unsecured creditors as identified

---

[1] All capitalized terms used but not defined in this Order shall have the meanings given to them in the Motion.

in the Debtor's petition, on the Office of the United States Trustee for the Northern District of California, and counsel for the secured creditors, if any, pursuant to Federal Rules of Bankruptcy Procedure Rule 4001(b).

3. The Debtor is authorized, but not required, to timely remit payments for undisputed invoices for post-petition services by the Utility Companies in accordance with the Debtor's prepetition practices.

4. Within ten court days of the receipt by the Debtor or its bankruptcy counsel of a written request from a Utility Company for adequate assurance under the Bankruptcy Code, the Debtor will provide each Utility Company a cash deposit (the "Deposit") in an amount equal to 50% of the Debtor's estimated monthly cost of its utility consumption from each Utility Company. If a Utility Company provides the Debtor with services under multiple accounts, then the Debtor may provide that Utility Company with one deposit that equals 50% of the aggregate estimated monthly usage under all of the Debtor's accounts with that Utility Company.

5. Except in accordance with the procedures set forth herein, and absent further order of the Court, each Utility Company is prohibited from (a) altering, refusing, or discontinuing utility services solely on the basis of the commencement of Debtor's case under the Bankruptcy Code or on account of any unpaid prepetition invoice for utility services, and (b) requiring the payment of any additional deposit or other security to the Utility Companies for the continued provision of utility services.

6. If a Utility Company is not satisfied with the assurance of future payment provided by the Debtor, the Utility Company must serve upon counsel for the Debtor a written request for adequate assurance ("Assurance Request"), setting forth (i) the location and account number(s) for which utility services are provided; (ii) the outstanding balance on the account and a summary of the Debtor's payment history; (iii) the reasons why the Deposit does not constitute satisfactory adequate assurance of payment; and (iv) a proposal of what the Utility Company would constitute satisfactory adequate assurance of payment.

7. The Assurance Request must be received by the Debtor's counsel, Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, 500 Capitol Mall, Suite 2250, Sacramento, California 95814 (Attention: Paul J. Pascuzzi) within 45 calendar days of the date a Final Order granting the Motion is served upon the Utility Company making the Assurance Request.

8. Without further order of the Court, the Debtor may enter into agreements granting additional adequate assurance to a Utility Company serving an Assurance Request, if the Debtor, in its discretion, determines that the request is reasonable.

9. If the Debtor determines that an Assurance Request is unreasonable, then the Debtor shall, within 21 days of receipt of such Assurance Request, file a motion ("Determination Motion") pursuant to Bankruptcy Code section 366(c)(3) seeking a determination from the Court that the Deposit, plus any additional consideration offered by Debtor, constitutes adequate assurance of payment and set the Determination Motion for hearing on shortened time. Pending notice and a hearing on the Determination Motion, the Utility Company that is the subject of the unresolved Assurance Request may not alter, refuse, or discontinue services to the Debtor or recover or setoff against a prepetition deposit.

10. Nothing set forth herein is intended to, nor shall it, modify or alter the burdens of proof in connection with a Determination Motion.

11. Based on the establishment of the Deposit, a Utility Company will be deemed to have adequate assurance of payment unless and until a future order of this Court is entered requiring further assurance of payment.

12. A final hearing on the Motion shall be held on September 14, 2023, at 1:30 p.m. Any opposition to the Motion must be filed with the Court and served on counsel for the Debtor listed on the first page of the Motion and this Interim Order, no later than September 7, 2023. The Debtor shall file any reply to any opposition to the Motion by noon on September 12, 2023. If no objections are filed to the Motion, the Court may enter the Final Order without further notice or hearing.

13. The Debtor is authorized, in its sole discretion, to amend the list of Utility Companies attached as Exhibit 1 to add or delete any Utility Company. The Debtor shall serve the amended Exhibit 1 on any affected Utility Company withing five business days of such amendment.

14. Nothing in the Motion, Exhibit 2 thereto, or this Order constitutes a finding that any entity is or is not a utility company hereunder or under section 366 of the Bankruptcy Code.

15. Notwithstanding the relief granted herein and any actions taken pursuant hereto, nothing herein shall be deemed: (i) an admission as to the validity of any claim against the Debtor; (ii) a waiver of the Debtor's rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined hereunder; (v) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code; or (vi) a waiver of the Debtor's rights under the Bankruptcy Code or any other applicable law.

16. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

17. The Debtor and its employees and agents are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

**\*\*\*END OF ORDER\*\*\***

# EXHIBIT 1

# LIST OF UTILITY COMPANIES AND ACCOUNTS

| Name and Address of Utility | Type of Service / Account Number | Property Address Where Utility Provided (if applicable) |
|---|---|---|
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | mobile phones<br>xxx-xxx-xxxx 1199 | N/A |
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | mobile phones<br>xxx-xxx-xxxx 5618 | N/A |
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | mobile phones<br>xxx-xxx-xxxx 3478 | N/A |
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | mobile phones<br>xxx-xxx-xxxx 5229 | N/A |
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | mobile phones<br>xxx-xxx-xxxx 5558 | N/A |
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | mobile phones<br>xxx-xxx-xxxx 3212 | N/A |
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | mobile phones<br>xxx-xxx-xxxx 1957 | N/A |
| California Water Service Co<br>PO Box 4500<br>Whittier, CA 90607-4500 | water<br>2117xxxxxx | 455 W 20th Ave<br>San Mateo |
| Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 | cable TV<br>1131 | 455 W 20th Ave<br>San Mateo |
| Pacific Gas and Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | electric<br>4627-4 | 1 Peter Yorke Way<br>San Francisco |

| Name and Address of Utility | Type of Service / Account Number | Property Address Where Utility Provided (if applicable) |
|---|---|---|
| Pacific Gas and Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | gas<br>2298-6 | 1 Peter Yorke Way<br>San Francisco |
| Pacific Gas and Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | electric<br>2167-8 | 1600 Van Ness Ave<br>San Francisco |
| Pacific Gas and Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | gas<br>6967-0 | 1600 Van Ness Ave<br>San Francisco |
| Pacific Gas and Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | gas<br>4942-2 | 320 Middlefield Rd<br>Menlo Park |
| Pacific Gas and Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | electric<br>8677-4 | 320 Middlefield Rd<br>Menlo Park |
| Pacific Gas and Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | gas<br>8857-9 | 455 W 20th Ave<br>San Mateo |
| Pacific Gas and Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | gas & electric<br>1695-5 | 5618 California St<br>San Francisco |
| Recology Golden Gate<br>250 Executive Park Blvd. Suite 2100<br>San Francisco, CA 94134-3306 | trash collection<br>2405 | 1 Peter Yorke Way<br>San Francisco |
| Recology Golden Gate<br>250 Executive Park Blvd. Suite 2100<br>San Francisco, CA 94134-3306 | trash collection<br>1315 | 5618 California St<br>San Francisco |
| Recology San Mateo<br>PO Box 848268<br>Los Angeles, CA 90084-8268 | trash collection<br>4057 | 455 W 20th Ave<br>San Mateo |
| San Francisco Water, Power & Sewer<br>PO Box 7369<br>San Francisco, CA 94120-7369 | water<br>5713xxxxxx | 1 Peter Yorke Way<br>San Francisco |

| Name and Address of Utility | Type of Service / Account Number | Property Address Where Utility Provided (if applicable) |
|---|---|---|
| San Francisco Water, Power & Sewer<br>PO Box 7369<br>San Francisco, CA 94120-7369 | fire service<br>4473xxxxxx | 1 Peter Yorke Way<br>San Francisco |
| San Francisco Water, Power & Sewer<br>PO Box 7369<br>San Francisco, CA 94120-7369 | water<br>9298xxxxxx | 1600 Van Ness Ave<br>San Francisco |
| San Francisco Water, Power & Sewer<br>PO Box 7369<br>San Francisco, CA 94120-7369 | water<br>5494xxxxxx | 5618 California St<br>San Francisco |
| TPx Communications<br>PO Box 509013<br>San Diego, CA 92150-9013 | telephone<br>8844 | 1 Peter Yorke Way<br>San Francisco |
| Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | internet access<br>9798-xxxxx | 1 Peter Yorke Way<br>San Francisco |

Court Service List

Registered ECF Participants only.