In re:                                                    Case No. 23-30564-DM
The Roman Catholic Archbishop of San Fra                   Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                               User: admin                                Page 1 of 2
Date Rcvd: Aug 23, 2023                       Form ID: OFP                           Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Roman Catholic Archbishop of San Francisco, One Peter Yorke Way, San Francisco, CA 94109-6602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Aug 24 2023 00:40:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 24 2023 00:40:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + Email/Text: itcdbg@edd.ca.gov | Aug 24 2023 00:40:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2023 00:40:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Not Assigned - SF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2023                            Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas B. Provencher | on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com |
| Hagop T. Bedoyan | on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com |
| Jason Blumberg | on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov ustpregion17.sf.ecf@usdoj.gov |
| Jason E. Rios | on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com docket@ffwplaw.com |
| Jeannie Kim | on behalf of Debtor The Roman Catholic Archbishop of San Francisco jekim@sheppardmullin.com dgatmen@sheppardmullin.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Ori Katz | on behalf of Debtor The Roman Catholic Archbishop of San Francisco okatz@sheppardmullin.com LSegura@sheppardmullin.com |
| Paul J. Pascuzzi | on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com docket@ffwplaw.com |
| Phillip John Shine | on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: | The Roman Catholic Archbishop of San Francisco   Case No.: 23−30564 DM 11 |
| | Debtor(s)                                                    Chapter:  11 |

**ORDER FOR PAYMENT OF STATE AND FEDERAL TAXES**

The debtor above−named, during the period it is permitted to remain in possession of its estate, is hereby ordered:

1. To segregate and hold separate and apart from all other funds, all withholding, social security (both employees', and employer's portions), excise and agricultural taxes or other monies collected, received or withheld for or on behalf of the United States or the State of California.

2. To submit proof of timely payment of amounts owing in paragraph 1 above to the Internal Revenue Service, an agency of the United States, as follows:

   A. Debtor shall pay taxes arising out of the payment of wages or salaries within seven days after debtor has paid such salaries or wages.

   B. Debtor shall pay all other taxes within seven days after the last day of each calendar month, or within such shorter period as the court may order upon ex−parte application of the United States.

   C. The proof of payment shall be made to the Internal Revenue Service, Attention: Insolvency − 1400S, 1301 Clay Street, Oakland, California 94612−5217, FAX 510−907−5704.

3. To make timely payments to the State of California, Department of Benefit Payments, of all unemployment insurance, disability insurance and withheld State of California personal income taxes within seven days after the debtor has paid wages or salaries creating the tax obligations. Payment of the taxes shall be made to Employment Development Department, Bankruptcy Unit−MIC 92E, P.O. Box 826880, Sacramento, CA 94280−0001.

4. To make timely payment to the California Department of Tax and Fee Administration, of all sales and use taxes which are due to it, at the time required by law, and to make timely payment to the State of California, Franchise Tax Board, of all income taxes which are due to it, at the time required by law.

5. To file all Federal and State tax returns on a timely basis. The Federal returns shall be filed with the Internal Revenue Service, Attention: Insolvency − 1400S, 1301 Clay Street, Oakland, California 94612−5217, FAX 510−907−5704. The returns to be filed with the State of California, California Department of Benefit Payments, shall be filed at the address shown above. The returns to be filed with the California Department of Tax and Fee Administration and the Franchise Tax Board shall be filed where required by law.

6. To file with the Court on or before the 20th day of each month a verified statement for the preceding calendar month showing (1) the amounts collected, received or deducted for each taxing agency; (2) the total amount expended for gross payroll; (3) the amount received from gross sales; and (4) the amount paid to each taxing agency and dates of payments. Upon filing, a copy of each such monthly statement shall be transmitted to the Internal Revenue Service and the California Department of Benefit Payments at the addresses shown above.

7. The provisions of the foregoing paragraphs shall be effective as of the date of the petition initiating this proceeding. If the debtor fails to comply with this order; this proceeding may be dismissed or an order may be entered converting the proceeding to a Chapter 7 liquidation.

Dated: <u>8/22/23</u>                                        By the Court:

                                                             Dennis Montali
                                                             United States Bankruptcy Judge