PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
   PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF PAUL J. PASCUZZI IN SUPPORT OF DEBTOR'S APPLICATION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**<br><br>[No Hearing Required] |

-1-        Case No. 23-30564
Case: 23-30564   Doc# 49   Filed: 08/29/23   Entered: 08/29/23 13:42:18   Page 1 of 3
PASCUZZI DECLARATION IN SUPPORT OF
APPLICATION TO EXTEND TIME TO FILE SCHEDULES

I, Paul J. Pascuzzi, declare as follows:

1. I am an attorney at law, duly licensed to practice before the above-entitled court, and am Counsel in the law firm of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP and counsel for The Roman Catholic Archbishop of San Francisco, the Debtor and Debtor in Possession herein (the "Debtor" or "RCASF"). I have personal knowledge of the following facts and if called as a witness could competently testify thereto.

2. I make this declaration in support of the Debtor's application for entry of an order extending the time for the Debtor to file its Schedules and Statement of Financial Affairs ("Schedules") for 16 days from September 5, 2023, up to and including September 21, 2023 (the "Application") and as required by Bankruptcy Local Rule 9006-1(c). All terms not otherwise defined herein have the same meaning as the Application.

**Reasons for the Extension of Time**

3. The deadline for the Debtor to file its Schedules is September 5, 2023. Due to the amount of information that needs to be gathered from multiple sources to prepare the Schedules, and the various demands on the Debtor's employees, the Debtor needs additional time to prepare the Schedules.

**Previous Time Modifications Related to the Subject of the Request**

4. No request for additional time has been made previously with respect to the filing of Schedules.

**The Effect of the Requested Time Modification on the Schedule for the Case**

5. With the proposed extension up to and including September 21, 2023, Schedules will be filed a week before the Debtor's meeting of creditors scheduled for September 28, 2023. The Debtor's Initial Debtor Interview ("IDI") is scheduled for September 26, 2023.

/ / /
/ / /
/ / /
/ / /
/ / /

**Efforts Made to Speak with Office of the United States Trustee**

6. I communicated with Jason Blumberg, counsel for the Office of the United States Trustee ("OUST"), on August 22, 2023, regarding this Application and coordinating the scheduling of the IDI and 341 meeting in connection with the Debtor's anticipated filing of the Schedules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of August, 2023, at Sacramento, California.

*/s/ Paul J Pascuzzi*
PAUL J PASCUZZI