Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On August 25, 2023, I served a true and correct copy of the following documents via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent, and (II) Granting Related Relief [Docket No. 37]**

- **Interim Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims [Docket No. 38]**

- **Interim Order Granting Debtor's Emergency Motion to Continue Insurance Programs [Docket No. 39]**

- **Interim Order Granting Debtor's Emergency Motion for Interim and Final Orders Authorizing the Debtor to (1) Pay Certain Prepetition Invoices for Abuse Survivors' Assistance and Safe Environment Programs, and (2) Continue Its Prepetition Practice of Paying for Abuse Survivors' Assistance and Safe Environment Programs [Docket No. 40]**

- **Interim Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance with Section 345(B); (4) Authorizing Continued Use of Current Investment Policy; and (5) Scheduling a Final Hearing [Docket No. 41]**

- **Interim Order Granting Debtor's Emergency Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) to Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks [Docket No. 42]**

- **Interim Order Granting Debtor's Emergency Motion for Interim and Final Orders (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Post-Petition Utility Services Under 11 U.S.C. § 366, (3) Establishing Procedures for Determining Adequate Assurance of Payment, and (4) Scheduling a Final Hearing [Docket No. 43]**

- **Omnibus Notice of Final Hearing on Debtor's Emergency First Day Motions [Docket No. 44]**

On August 25, 2023, I served a true and correct copy of the following documents via the method set forth on the State Agency Service List attached hereto as **Exhibit B**:

- **Interim Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims [Docket No. 38]**

- **Interim Order Granting Debtor's Emergency Motion to Continue Insurance Programs [Docket No. 39]**

- **Interim Order Granting Debtor's Emergency Motion for Interim and Final Orders Authorizing the Debtor to (1) Pay Certain Prepetition Invoices for Abuse Survivors' Assistance and Safe Environment Programs, and (2) Continue Its Prepetition Practice of Paying for Abuse Survivors' Assistance and Safe Environment Programs [Docket No. 40]**

- **Interim Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance with Section 345(B); (4) Authorizing Continued Use of Current Investment Policy; and (5) Scheduling a Final Hearing [Docket No. 41]**

- **Interim Order Granting Debtor's Emergency Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) to Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks [Docket No. 42]**

- **Omnibus Notice of Final Hearing on Debtor's Emergency First Day Motions [Docket No. 44]**

On August 25, 2023, I served a true and correct copy of the following documents via the method set forth on the Insurance Service List attached hereto as **Exhibit C**:

- **Interim Order Granting Debtor's Emergency Motion to Continue Insurance Programs [Docket No. 39]**

- **Omnibus Notice of Final Hearing on Debtor's Emergency First Day Motions [Docket No. 44]**

On August 25, 2023, I served a true and correct copy of the following documents via the method set forth on the Bank Service List attached hereto as **Exhibit D**:

- **Interim Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Authorizing Maintenance of Existing Business Forms, (3) Excusing Compliance with Section 345(B); (4) Authorizing Continued Use of Current Investment Policy; and (5) Scheduling a Final Hearing [Docket No. 41]**

- **Omnibus Notice of Final Hearing on Debtor's Emergency First Day Motions [Docket No. 44]**

On August 25, 2023, I served a true and correct copy of the following documents via the method set forth on the Utility Service List attached hereto as **Exhibit E**:

- **Interim Order Granting Debtor's Emergency Motion for Interim and Final Orders (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Post-Petition Utility Services Under 11 U.S.C. § 366, (3) Establishing Procedures for Determining Adequate Assurance of Payment, and (4) Scheduling a Final Hearing [Docket No. 43]**

- **Omnibus Notice of Final Hearing on Debtor's Emergency First Day Motions [Docket No. 44]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 28, 2023, at Woodland Hills, California.

_____
Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

# Exhibit A
## Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | First Class Mail |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | First Class Mail |
| 20 Largest | James Susha | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email |
| 20 Largest | Jane Doe SF 1247 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John AA Roe SF | c/o Devin Storey, Esq.<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email |
| 20 Largest | John Doe SALS 1097 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1108 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1109 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1112 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1455 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SF 1019 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1026 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1121 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1227 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email |
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email |
| 20 Largest | JOSEPH DOE SF 531 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 533 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 541 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 582 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com<br>katz@sheppardmullin.com | Email |

# **EXHIBIT B**

# Exhibit B
## State Agency Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | First Class Mail |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | First Class Mail |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | First Class Mail |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | First Class Mail |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | First Class Mail |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | First Class Mail |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | First Class Mail |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | First Class Mail |

# **EXHIBIT C**

# Exhibit C
## Insurance Service List

| Description | Name | Address | Email | Method of Service |
| --- | --- | --- | --- | --- |
| Insurance Carrier | AIG | Attn: Nancy Lew<br>100 Connell Dr<br>Berkeley Heights, NJ 07922 | | First Class Mail |
| Insurance Carrier | Allied World Assurance Co | aka AWAC<br>27 Richmond Rd<br>Pembroke, HM 08<br>Bermuda | | First Class Mail |
| Insurance Carrier | ARC | 535 Route 38, Ste 300<br>Cherry Hill, NJ 08002 | | First Class Mail |
| Insurance Carrier | Aspen Insurance | 499 Washington Blvd<br>Jersey City, NJ 07310 | | First Class Mail |
| Insurance Carrier | AXIS Capital | 92 Pitts Bay Rd<br>Pembroke, HM 08<br>Bermuda | | First Class Mail |
| Insurance Carrier | Beazley Insurance Services | 101 California St, Ste 1850<br>San Francisco, CA 94111 | usainfo@beazley.com | Email |
| Insurance Carrier | Berkley Insurance Co | 475 Steamboat Rd<br>Greenwich, CT 06830 | | First Class Mail |
| Insurance Carrier | Chubb | McKesson Plz, Post St, 1st Fl<br>San Francisco, CA 94104 | | First Class Mail |
| Insurance Carrier | Evanston | c/o Markel<br>10275 W Higgins Rd, Ste 750<br>Rosemond, IL 60018 | | First Class Mail |
| Insurance Carrier | Fidelity Security Life Insurance Co | Attn: Seline Gomez<br>3130 Broadway<br>Kansas City, MO 64111 | remittancesupport@eyemed.com | Email |
| Insurance Carrier | General Star National Insurance Co | 120 Long Ridge Rd<br>Samford, CT 06902 | | First Class Mail |
| Insurance Carrier | Golden Bear Insurance Co | 1550 W Fremont St<br>Stockton, CA 95203 | | First Class Mail |
| Insurance Carrier | Great American Insurance Group | P.O. Box 5425<br>Cincinnati, OH 45201 | | First Class Mail |
| Insurance Carrier | GuideOne Mutual Insurance Co | P.O. Box 14599<br>Des Moines, IA 50306 | | First Class Mail |
| Insurance Carrier | Homeland Insurance Co | 605 Hwy 169 N<br>Plymouth, MN 55441 | | First Class Mail |
| Insurance Carrier | Ironshore | 175 Berkeley St<br>Boston, MA 02116 | | First Class Mail |
| Insurance Carrier | Kinsale Insurance | 2035 Maywill St, Ste 100<br>Richmond, VA 23230 | | First Class Mail |
| Insurance Carrier | Landmark | c/o RSUI<br>2679 W Main St, Ste 300<br>Littleton, CO 80120 | | First Class Mail |
| Insurance Carrier | Lexington Insurance Co | 99 High St, 24th Fl<br>Boston, MA 02110 | | First Class Mail |
| Insurance Carrier | Liberty Mutual Insurance | 175 Berkeley St<br>Boston, MA 02116 | | First Class Mail |
| Insurance Carrier | Lloyds | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | First Class Mail |
| Insurance Carrier | Lloyds A | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | First Class Mail |
| Insurance Carrier | Lloyds B | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | First Class Mail |
| Insurance Carrier | Lloyds C | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | First Class Mail |
| Insurance Carrier | Lloyds D | 280 Park Ave, E Tower, 25th Fl<br>New York, NY 10017 | | First Class Mail |
| Insurance Carrier | Mitsui Sumitomo Insurance | 15 Independenct Blvd<br>P.O. Box 4602<br>Warren, NJ 07059 | | First Class Mail |
| Insurance Carrier | Palms Insurance -Sutton Spec | 700 Universe Blvd<br>Juno Beach, FL 33408 | | First Class Mail |
| Insurance Carrier | QBE Insurance Corp | Attn: Nancy Lew<br>88 Pine St, 16th Fl<br>New York, NY 10005 | | First Class Mail |
| Insurance Carrier | Reliance Life Insurance | Attn: Amber Busch<br>P.O. Box 6504<br>Carol Strean, IL 60197 | | First Class Mail |
| Insurance Carrier | Texas Surplus Ins | c/o Texas Insurance Co<br>Attn: Amwin Address<br>221 Main St, Ste 580<br>San Francisco, CA 94115 | | First Class Mail |
| Insurance Carrier | The Hartford Group | aka HSB<br>P.O. Box 8500-3690<br>Philadelphia, PA 19178 | | First Class Mail |
| Insurance Carrier | The National Catholic Risk Retention Group | 801 Warrenville Rd, Ste 620<br>Lisle, IL 60532 | | First Class Mail |
| Insurance Carrier | Travelers | 91287 Collections Center Dr<br>Chicago, IL 60693 | | First Class Mail |
| Insurance Carrier | Westchester | 1 Post St, 34th Fl<br>San Francisco, CA 94104 | | First Class Mail |

# **EXHIBIT D**

**Exhibit D**
**Bank Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Banks | Bank of America | P.O. Box 15284<br>Wilmington, DE 19850 | | First Class Mail |
| Banks | Bank of America | Attn: Ivan Ruiz<br>555 California St, 4th Fl<br>San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email |
| Banks | Bank of San Francisco | Attn: Victor Vasquez<br>345 California St, Ste 1600<br>San Francisco, CA 94104 | victor.vazquez@bankbsf.com | Email |
| Banks | Bank of America Corporate Center | 100 N Tryon St<br>Charlotte, NC 28255 | | First Class Mail |
| Banks | BofA Securities, Inc | P.O. Box 2010<br>Lakewood, NJ 08701 | | First Class Mail |
| Banks | BofA Securities, Inc | Attn: Ivan Ruiz<br>555 California St, 4th Fl<br>San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email |
| Banks | BridgeBank | P.O. Box 26237<br>Las Vegas, NV 89126 | | First Class Mail |
| Banks | BridgeBank | Attn: Margie Stelma<br>55 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | margie.stelma@bridgebank.com | Email |
| Banks | California Bank & Trust | P.O. Box 489<br>Lawndale, CA 90260 | | First Class Mail |
| Banks | California Bank & Trust | Attn: Eva Ayala<br>520 Capitol Mall, Ste 100<br>Sacramento, CA 95814 | eva.ayala@calbt.com | Email |
| Banks | Charles Schwab Corp | 633 W 5th St, 24th Fl<br>Los Angeles, CA 90071 | | First Class Mail |
| Banks | Charles Schwab Corp | El Paso Operation Center<br>P.O. Box 982600<br>El Paso, TX 79998 | | First Class Mail |
| Banks | Charles Schwab Corp | Attn: Kyle Hall<br>211 Main St<br>San Francisco, CA 94105 | kyle.b.hall@schwab.com | Email |
| Banks | City National Bank | 350 S Grand Ave<br>Los Angeles, CA 90071 | | First Class Mail |
| Banks | City National Bank | Attn: Kefira Bar-Golani<br>1 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | kefira.bar-golani@cnb.com | Email |
| Banks | First Republic Bank | 111 Pine St<br>San Francisco, CA 94111 | | First Class Mail |
| Banks | First Republic Bank & JPMorgan Chase | Attn: Lorrie Pendelton<br>101 Pine St<br>San Francisco, CA 94111 | L.Pendelton@FristRepublic.com | Email |
| Banks | JPMorgan Chase Bank, NA | Mail Code LA4-7100<br>700 Kansas Ln<br>Monroe, LA 71203 | | First Class Mail |
| Banks | Segal Byrant & Hamill | Attn: Linda Cunnigham<br>540 W Madison St, Ste 1000<br>Chicago, IL 60661 | lcunningham@sbhic.com | Email |
| Banks | US Bank | 633 W 5th St, 24th Fl<br>Los Angeles, CA 90071 | | First Class Mail |
| Banks | US Bank | Institute & Trust<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | | First Class Mail |
| Banks | US Bank | Attn: Carolyn Cox<br>1 California St, Ste 1000<br>San Francisco, CA 94111 | carolyn.cox@usbank.com | Email |
| Banks | Wells Fargo Bank NA | Attn: Craig Powers<br>420 Montgomery St, 10th Fl<br>San Francisco, CA 94104 | Craig.Powers@wellsfargo.com | Email |

# EXHIBIT E

# Exhibit E
## Utility Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Utilities | AT&T | P.O. Box 5025<br>Carol Stream, IL 60197-5025 | First Class Mail |
| Utilities | California Water Service Co | P.O. Box 4500<br>Whittier, CA 90607-4500 | First Class Mail |
| Utilities | Comcast | P.O. Box 60533<br>City of Industry, CA 91716-0533 | First Class Mail |
| Utilities | Pacific Gas & Electric | P.O. Box 997300<br>Sacramento, CA 95899-7300 | First Class Mail |
| Utilities | Recology Golden Gate | aka Recology Sunset Scavenger<br>250 Executive Park Blvd, Ste 2100<br>San Francisco, CA 94134-3306 | First Class Mail |
| Utilities | Recology San Mateo | P.O. Box 848268<br>Los Angeles, CA 90084-8268 | First Class Mail |
| Utilities | Recology San Mateo | 225 Shoreway Rd<br>San Carlos, CA 94070 | First Class Mail |
| Utilities | San Francisco Water, Power & Sewer | P.O. Box 7369<br>San Francisco, CA 94120-7369 | First Class Mail |
| Utilities | TPX Communications | P.O. Box 509013<br>San Diego, CA 92150-9013 | First Class Mail |
| Utilities | Verizon Wireless | P.O. Box 660108<br>Dallas, TX 75266-0108 | First Class Mail |