1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3     WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:      (916) 329-7400
5  Facsimile:      (916) 329-7435
   Email:          ppascuzzi@ffwplaw.com
6                  jrios@ffwplaw.com
                   tphinney@ffwplaw.com
7

8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
10    Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:      (415) 434-9100
12 Facsimile:      (415) 434-3947
   Email:          okatz@sheppardmullin.com
13                 amartin@sheppardmullin.com

14 Proposed Attorneys for The Roman Catholic
   Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | Ref. Docket No. 38 |

**LIMITED SERVICE LIST**
**(as of August 30, 2023)**

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | | Catalina.Sugayan@clydeco.us |
| Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | | | Nancy.Lima@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| Debtors' Counsel, Registered ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| 20 Largest | James Susha | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | | rob@mezzettilaw.com |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | | rob@mezzettilaw.com |
| 20 Largest | Jane Doe SF 1247 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John AA Roe SF | c/o Devin Storey, Esq.<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com |
| 20 Largest | John Doe SALS 1097 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SALS 1108 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SALS 1109 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SALS 1112 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SALS 1455 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SF 1019 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| 20 Largest | John Doe SF 1026 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John Doe SF 1121 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John Doe SF 1227 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com |
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com |
| 20 Largest | JOSEPH DOE SF 531 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com |
| 20 Largest | JOSEPH DOE SF 533 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com |
| 20 Largest | JOSEPH DOE SF 541 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com |
| 20 Largest | JOSEPH DOE SF 582 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| Registered ECF User | Office of the U.S. Trustee / SF | | | USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| Registered ECF User | PACHULSKI STANG ZIEHL & JONES LLP | Debra I. Grassgreen | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |