

1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086     Signed and Filed: August 30, 2023
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435          _____
   Email:         ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com        **DENNIS MONTALI**
                  tphinney@ffwplaw.com     **U.S. Bankruptcy Judge**
7
8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
10 Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:     (415) 434-9100
12 Facsimile:     (415) 434-3947
   Email:         okatz@sheppardmullin.com
13                amartin@sheppardmullin.com

14 Proposed Attorneys for The Roman Catholic
   Archbishop of San Francisco

15                 UNITED STATES BANKRUPTCY COURT

16        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 In re                                │ Case No. 23-30564

19 THE ROMAN CATHOLIC ARCHBISHOP        │ Chapter 11
   OF SAN FRANCISCO,                    │
20                                      │ **ORDER GRANTING DEBTOR'S**
            Debtor and                  │ **APPLICATION TO EXTEND TIME TO**
21          Debtor in Possession.       │ **FILE SCHEDULES AND STATEMENT OF**
                                        │ **FINANCIAL AFFAIRS**
22                                      │
23                                      │ [No Hearing Required]

24         An application (the "Application") was made by The Roman Catholic Archbishop of San

25 Francisco the Debtor and Debtor in Possession herein (the "Debtor"), seeking entry of an order

26 extending the time for the Debtor to file its Schedules of Assets and Liabilities and Statement of

27 Financial Affairs.

28

The Court has considered the Application, and the *Declarations of Joseph J. Passarello* and *Paul J. Pascuzzi* in support of the Application, and it appearing that the Court has jurisdiction over this proceeding; that this is a core proceeding and that the relief sought in the Application is in the best interests of the Debtor, its estate, and its creditors, and that good and sufficient cause exists for such relief:

It is hereby ORDERED as follows:

1.     The Application is GRANTED,

2.     The time within which the Debtor is required to file its Schedules and Statement of Financial Affairs is extended up to and including September 21, 2023,

3.     The case may be dismissed without further notice if the documents are not filed by the extended deadline or if the debtor does not obtain a further extension of time.

***END OF ORDER****