# Notice Recipients

District/Off: 0971–3    User: admin    Date Created: 9/1/2023

Case: 23–30564    Form ID: TRANSC    Total: 4

**Recipients of Notice of Electronic Filing:**

aty    Jason Blumberg    jason.blumberg@usdoj.gov
aty    Ori Katz    okatz@sheppardmullin.com
aty    Paul J. Pascuzzi    ppascuzzi@ffwplaw.com

                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

PAUL E. GASPARI, ESQ.    Weintraub Tobin Chediak Coleman &    Grodin    475 Sansome
Street    Suite 510    San Franciso, CA 94111

                                                    TOTAL: 1