CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
JASON BLUMBERG (SBN 330150)
Trial Attorney
TREVOR R. FEHR (CA SBN 316699)
Trial Attorney
PHILLIP J. SHINE (CA SBN 318840)
Trial Attorney
DEANNA K. HAZELTON (CA SBN 202821)
Trial Attorney
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Phone: (415) 705-3333
Facsimile: (415) 705-3379
Email: jason.blumberg@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 DM |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | |

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following nine unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

/ / /

/ / /

/ / /

1

1. Daniel Albert Besmer
2. Jerold M. Dumlao
3. Madeline McFeely
4. Manuel Suarez
5. Margaret O'Driscoll
6. Richard Ottis
7. Robert Correa
8. Sophia Mendoza Ignacio-Prevatte
9. Steven Anthony Moreno

Dated: September 1, 2023

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:  */s/ Christina L. Goebelsmann*
Christina L. Goebelsmann
Assistant United States Trustee

2