Harris B. Winsberg
GA Bar 770892
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:  (404) 523-5300
Facsimile:  (404) 522-8409
Email:  hwinsberg@phrd.com

*Attorney for Chicago Insurance Company, Fireman's Fund Insurance Company, and Westport Insurance Corporation (f/k/a Employers Reinsurance Corporation)*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Harris B. Winsberg, an active member in good standing of the bar of the State of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Chicago Insurance Company ("CIC"), Fireman's Fund Insurance Company ("FFIC") and Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation ("Westport") in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court three times in the 12 months preceding this application, with one application pending;

//

//

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. Attorneys who are members of the bar of this Court in good standing and who maintain offices within the State of California have been designated as co-counsel in the above-entitled action. The name, address, and telephone number of each such attorney is:

| *For CIC and FFIC* | *For Westport* |
|---|---|
| Matthew C. Lovell (SBN 189728)<br>Laura H. Smith (SBN 136117)<br>NICOLAIDES FINK THORPE MICHAELIDES AND SULLIVAN LLP<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94104<br>(415) 745-3770 | Blaise S. Curet (SBN 124983)<br>SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC<br>2000 Powell Street, Suite 830<br>Emeryville, California 94608<br>(415) 352-6200 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2023

*/s/ Harris B. Winsberg*
Harris B. Winsberg
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Email: hwinsberg@phrd.com



Mr. Harris Bryan Winsberg
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street NE Suite 3600
Atlanta, GA  30308
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 03/02/2000 |
| **BAR NUMBER:** | 770892 |
| **TODAY'S DATE:** | 07/21/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435