1

2

3

4

5

John E. Bucheit
IL Bar 6255684
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone:     (312) 477-3305
Facsimile:     (404) 522-8409
Email:          jbucheit@phrd.com

6

7

8

*Attorney for Chicago Insurance Company,*
*Fireman's Fund Insurance Company and Westport*
*Insurance Corporation* (f/k/a *Employers*
*Reinsurance Corporation)*

9

10

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11

12

13

14

15

| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.:  23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**APPLICATION FOR ADMISSION**<br>**OF ATTORNEY *PRO HAC VICE*** |
| --- | --- |

16      Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, John E. Bucheit, an active member in good

17  standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern

18  District of California on a *pro hac vice* basis representing Chicago Insurance Company ("CIC"),

19  Fireman's Fund Insurance Company ("FFIC"), and Westport Insurance Corporation, formerly

20  known as Employers Reinsurance Corporation ("Westport") in the above-entitled action.

21      In support of this application, I certify on oath that:

22      1.    I am an active member in good standing of a United States Court or of the highest

23  court of another State or the District of Columbia, as indicated above;

24      2.    I have been granted *pro hac vice* admission by the Court three times in the 12 months

25  preceding this application, with one application pending;

26  //

27  //

28

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1

3.     I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-

2

4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution

3

Program of this Court; and,

4

4.     Attorneys who are members of the bar of this Court in good standing and who

5

maintain offices within the State of California have been designated as co-counsel in the above-

6

entitled action. The name, address and telephone number of each such attorney is:

7

8

9

10

11

| *For CIC and FFIC* | *For Westport* |
|---|---|
| Matthew C. Lovell (SBN 189728)<br>Laura H. Smith (SBN 136117)<br>NICOLAIDES FINK THORPE MICHAELIDES<br>AND SULLIVAN LLP<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94104<br>(415) 745-3770 | Blaise S. Curet (SBN 124983)<br>SINNOTT, PUEBLA, CAMPAGNE & CURET,<br>APLC<br>2000 Powell Street, Suite 830<br>Emeryville, California 94608<br>(415) 352-6200 |

12

I declare under penalty of perjury that the foregoing is true and correct.

13

Dated: September 1, 2023

14

15

*/s/ John E. Bucheit*

John E. Bucheit

16

PARKER, HUDSON, RAINER & DOBBS LLP

Two N. Riverside Plaza, Suite 1850

17

Chicago, IL 60606

Telephone: (312) 477-3305

18

Email: jbucheit@phrd.com

19

20

21

22

23

24

25

26

27

28

2

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/19/2023

Re: John Eric Bucheit
    Attorney No. 6255684

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that John Eric Bucheit was admitted to practice law in Illinois on 11/5/1998; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
    Andrew Oliva
    Registrar