Harris B. Winsberg (*pro hac vice* to come)
Matthew M. Weiss (*pro hac vice* to come)
R. David Gallo (*pro hac vice* to come)
Matthew G. Roberts (*pro hac vice* to come)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone:	(404) 523-5300
Facsimile:	(404) 522-8409
Email:	hwinsberg@phrd.com
	mweiss@phrd.com
	mroberts@phrd.com
	dgallo@phrd.com

Todd Jacobs (*pro hac vice* to come)
John E. Bucheit (*pro hac vice* to come)
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3306
Facsimile: (404) 522-8409
Email:	tjacobs@phrd.com
	jbucheit@phrd.com

*Attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company*

# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>         Debtor-in-Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Judge Montali<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENTS** |

      **PLEASE TAKE NOTICE** that the following documents are hereby withdrawn:

- *Notice of Appearance and Request for Service of Notices and Papers* [Dkt. No. 64];

- *Application for Admission of Attorney* Pro Hac Vice [Dkt. No. 59];
- *Application for Admission of Attorney* Pro Hac Vice [Dkt. No. 60];
- *Application for Admission of Attorney* Pro Hac Vice [Dkt. No. 61];
- *Application for Admission of Attorney* Pro Hac Vice [Dkt. No. 62]; and
- *Application for Admission of Attorney* Pro Hac Vice [Dkt. No. 65].[1]

Dated: September 2, 2023

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: /s/ Matthew G. Roberts
Matthew G. Roberts (*pro hac vice* to come)

*Attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company*

---

[1] Revised applications for admission *pro hac vice* will be refiled shortly hereafter.

Case: 23-30564 Doc# 66 Filed: 09/02/23 Entered: 09/02/23 14:55:02 Page 2 of 2