United States Bankruptcy Court
Northern District of California

In re:                                                           Case No. 23-30564-DM
The Roman Catholic Archbishop of San Fra                 Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                            User: admin                              Page 1 of 2
Date Rcvd: Sep 01, 2023                     Form ID: TRANSC                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

**Recip ID                 Recipient Name and Address**
+    PAUL E. GASPARI, ESQ., Weintraub Tobin Chediak Coleman &, Grodin, 475 Sansome Street, Suite 510 San Franciso, CA 94111-3137

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Deanna K. Hazelton | on behalf of U.S. Trustee Office of the U.S. Trustee / SF deanna.k.hazelton@usdoj.gov |
| Debra I. Grassgreen | on behalf of Interested Party PACHULSKI STANG ZIEHL & JONES LLP dgrassgreen@pszjlaw.com hphan@pszjlaw.com |
| Douglas B. Provencher | on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com |
| Hagop T. Bedoyan | on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com |
| Jason Blumberg | |

on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov ustpregion17.sf.ecf@usdoj.gov

Jason E. Rios

    on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com docket@ffwplaw.com

Jeannie Kim

    on behalf of Debtor The Roman Catholic Archbishop of San Francisco jekim@sheppardmullin.com
    dgatmen@sheppardmullin.com

Office of the U.S. Trustee / SF

    USTPRegion17.SF.ECF@usdoj.gov

Ori Katz

    on behalf of Debtor The Roman Catholic Archbishop of San Francisco okatz@sheppardmullin.com
    LSegura@sheppardmullin.com

Paul J. Pascuzzi

    on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com docket@ffwplaw.com

Phillip John Shine

    on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov

Trevor Ross Fehr

    on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov

TOTAL: 13

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In re Debtor(s): | Case No.: 23−30564 DM 11 |
|---|---|
| The Roman Catholic Archbishop of San Francisco | Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on August 24, 2023 was filed on August 31, 2023. The following deadlines apply:

The parties have until Thursday, September 7, 2023 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, September 21, 2023.

If a request for redaction is filed, the redacted transcript is due Monday, October 2, 2023.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, November 29, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 9/5/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court