# UNITED STATES BANKRUPTCY COURT
## Northern District of California San Francisco

| | |
|---|---|
| In re:<br>The Roman Catholic Archbishop of San Francisco,<br>      Debtor(s). | Case No.: 23-30564<br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on 09/01/2023 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Appointment Of Official Committee Of Unsecured Creditors

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
09/01/2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

# Exhibit A - Certificate of Service
# The Roman Catholic Archbishop of San Francisco 23-30564

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 10748 | Felderstein, Fitzgerald et al, Jason E. Rios, 400 Capitol Mall #1750, Sacramento, CA, 95814, United States of America, jrios@ffwplaw.com | First Class |
| 10748 | Felderstein, Fitzgerald et al, Paul J. Pascuzzi, 500 Capitol Mall #2250, Sacramento, CA, 95814, United States of America, ppascuzzi@ffwplaw.com | First Class |
| 10748 | James Susha , c/o Mezzetti Law Firm, Inc., 31 East Julian Street, San Jose, CA, 95112-4006 | First Class |
| 10748 | Jan Zoccoli as successor in , interest to Robert Susha, Deceased, c/o Mezzetti Law Firm, Inc., 31 East Julian Street, San Jose, CA, 95112-4006 | First Class |
| 10748 | John AA Roe SF , c/o The Zalkin Law Firm, P.C., 10590 W. Ocean Air Drive, Ste. 125, San Diego, CA, 92130-4682 | First Class |
| 10748 | John DB Roe SF , c/o The Zalkin Law Firm, P.C., 10590 W. Ocean Air Drive, Ste. 125, San Diego, CA, 92130-4682 | First Class |
| 10748 | John Doe SALS 1097 , c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 10748 | John Doe SALS 1108 , c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 10748 | John Doe SALS 1109 , c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 10748 | John Doe SALS 1112 , c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 10748 | John Doe SALS 1455 , c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 10748 | John Doe SF 1019 , c/o Jeff Anderson & Associates, 12011 San Vincente Blvd., Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 10748 | John Doe SF 1026 , c/o Jeff Anderson & Associates, 12011 San Vicente Blvd, Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 10748 | John Doe SF 1121 , c/o Jeff Anderson & Associates, 12011 San Vicente Blvd, Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 10748 | John Doe SF 1227 , c/o Jeff Anderson & Associates, 12011 San Vicente Blvd, Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 10748 | John Doe SF 1247 , c/o Jeff Anderson & Associates, 12011 San Vicente Blvd, Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 10748 | John PR Roe SF , c/o The Zalkin Law Firm, P.C., 10590 W. Ocean Air Drive, Ste. 125, San Diego, CA, 92130-4682 | First Class |
| 10748 | John RA Roe SF , c/o The Zalkin Law Firm, P.C., 10590 W. Ocean Air Drive, Ste. 125, San Diego, CA, 92130-4682 | First Class |
| 10748 | Joseph Doe SF 531 , c/o Joseph George Jr. Law Corp., 601 University Ave, Suite 270, Sacramento, CA, 95825-6745 | First Class |
| 10748 | Joseph Doe SF 533 , c/o Joseph George Jr. Law Corp., 601 University Ave, Suite 270, Sacramento, CA, 95825-6745 | First Class |
| 10748 | Joseph Doe SF 541 , c/o Joseph George Jr. Law Corp., 601 University Ave, Suite 270, Sacramento, CA, 95825-6745 | First Class |
| 10748 | Joseph Doe SF 582 , c/o Joseph George Jr. Law Corp., 601 University Ave, Suite 270, Sacramento, CA, 95825-6745 | First Class |
| 10748 | Sheppard, Mullin, Richter and Hampton, Jeannie Kim, Four Embarcadero Center, 17th Floor, San Francisco, CA, 94111, United States of America, jekim@sheppardmullin.com | First Class |
| 10748 | Sheppard, Mullin, Richter and Hampton, Ori Katz, 4 Embarcadero Center 17th Fl., San Francisco, CA, 94111, United States of America, okatz@sheppardmullin.com | First Class |