Mark D. Plevin  (State Bar No. 146278)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Telephone:   (415) 986-2800
Facsimile:   (415) 986-2827
Email:   mplevin@crowell.com

Miranda H. Turner (*pro hac vice* forthcoming)
Jordan A. Hess (*pro hac vice* forthcoming)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116
Email:   mturner@crowell.com, jhess@crowell.com

Attorneys for CONTINENTAL CASUALTY COMPANY

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | No.  23-30564<br><br>Chapter 11<br><br>Judge Montali<br><br>**NOTICE OF APPEARANCE OF CONTINENTAL CASUALTY COMPANY AND REQUEST FOR SERVICE OF PAPERS AND TO BE INCLUDED ON THE LIMITED SERVICE LIST** |

PLEASE TAKE NOTICE that Mark D. Plevin, Miranda H. Turner, and Jordan A. Hess of Crowell & Moring LLP hereby enter their appearances as counsel for Continental Casualty Company ("Continental"), which is alleged to have issued insurance coverage to Debtor, and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, request that the Clerk of Court enter the following names and addresses on the general matrix for this case, and on all special or limited

- 1 -

matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

>Mark D. Plevin
>CROWELL & MORING LLP
>Three Embarcadero Center, 26th Floor
>San Francisco, California 94111
>Telephone: (415) 986-2800
>Facsimile: (415) 986-2827
>Email: mplevin@crowell.com
>
>Miranda H. Turner
>Jordan A. Hess
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Telephone: (202) 624-2500
>Facsimile: (202) 628-5116
>Email: mturner@crowell.com, jhess@crowell.com

**PLEASE TAKE FURTHER NOTICE** that Continental, through the above-identified counsel, requests to be included on any service list or mailing matrix for this case.

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Continental does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case, or any contested matter or adversary

proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Continental is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Continental expressly reserves.

DATED: September 5, 2023

Respectfully submitted,

By:    */s/ Mark D. Plevin*
Mark D. Plevin (State Bar No. 146278)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: mplevin@crowell.com

Miranda H. Turner (*pro hac vice* forthcoming)
Jordan A. Hess (*pro hac vice* forthcoming)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: mturner@crowell.com, jhess@crowell.com

Attorneys for Continental Casualty Company

907213641