ALEXANDER POTENTE (BAR NO. 208240)
alex.potente@clydeco.us
JASON J. CHORLEY (BAR NO. 263225)
jason.chorley@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone: 415-365-9800
Facsimile: 415-365-9801

George R. Calhoun
george@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Ave., NW
Suite 650
Washington DC 20006
Telephone: 202-524-4147

Attorneys for Interested Parties CENTURY INDEMNITY COMPANY, PACIFIC INDEMNITY COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | CASE NO. 23-30564<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company (the "Insurers"), and requests that all required notices be directed to:

George Calhoun
IFRAH PLLC
1717 Pennsylvania Ave., NW, Suite 650
Washington DC 20006
Telephone: 202-524-4147
Email: george@ifrahlaw.com

And
Alexander Potente
Jason J. Chorley
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone:     415-365-9800
Facsimile:     415-365-9801
Email:  alex.potente@clydeco.us
             jason.chorley@clydeco.us

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to or shall be deemed to waive the Insurers' (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Insurers are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED: September 6, 2023			IFRAH LAW PLLC

						By:  /s/ George R. Calhoun
						       George R. Calhoun

						CLYDE & CO US LLP

						By:  /s/ Jason J. Chorley
						       Alexander E. Potente
						       Jason J. Chorley
						       Attorneys for Interested Parties Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company

7952795

-2-

HEFFERNAN'S OBJECTIONS TO PLAINTIFF'S SUBPOENA DUCES TECUM