CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
JASON BLUMBERG (SBN 330150)
Trial Attorney
TREVOR R. FEHR (CA SBN 316699)
Trial Attorney
PHILLIP J. SHINE (CA SBN 318840)
Trial Attorney
DEANNA K. HAZELTON (CA SBN 202821)
Trial Attorney
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Phone: (415) 705-3333
Facsimile: (415) 705-3379
Email: jason.blumberg@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Bankruptcy Case No. 23-30564<br><br>Chapter 11<br><br>Date: September 14, 2023<br>Time: 1:30 p.m.<br>Place: Via ZoomGov<br><br>Judge: Hon. Dennis Montali |

**DECLARATION OF KRISTIN A. MCABEE IN SUPPORT OF OBJECTION OF THE UNITED STATES TRUSTEE TO FINAL APPROVAL OF DEBTOR'S MOTION FOR CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM**

I, Kristin A. McAbee, declare as follows:

1. I am employed as a Bankruptcy Analyst in the Fresno Office of the United States Trustee, Region 17 (the "UST"), and I am over the age of 18. I am the Bankruptcy Analyst assigned to the bankruptcy case of *The Roman Catholic Archbishop Of San Francisco*, Case No. 23-30564 DM. I have personal knowledge of the facts set forth herein, and based on that

1

personal knowledge, I assert that all such facts are true and correct to the best of my knowledge. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

2. As part of my duties as a Bankruptcy Analyst, I am responsible for the supervision of Chapter 11 cases in the Office of the United States Trustee, Region 17. This supervision includes: monitoring Chapter 11 cases; reviewing petitions, schedules, statements and related documents, and pleadings filed by a Chapter 11 debtor and other parties in interest; conducting the Initial Debtor Interview and requesting documents related to the Interview; reviewing monthly operating reports and post-confirmation quarterly reports; monitoring plans and disclosure statements; and other such other actions as the UST deems appropriate.

3. I am familiar with the record keeping practices of the UST in Chapter 11 cases. In Chapter 11 cases, our office requests numerous documents from debtors in connection with the initial debtor interview, the meeting of creditors, and throughout the case. It is the regular practice of our office to maintain responsive documents received from debtors. At or near the time the responsive documents are received, the documents are placed and maintained in an electronic case file.

4. On August 25, 2023, I was copied on an email from Jason Blumberg, a Trial Attorney for the UST, to the Debtor's counsel (Mr. Katz). In his email, Mr. Blumberg requested that the Debtor provide the most recent account statements and documentation regarding account holdings for the Debtor's U.S. Bank Investment Pool Account and its BofA Securities Account (#9371).

5. Based on my review of the UST's file for this case, it appears that the Debtor has not yet provided the requested documentation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2023, in Fresno, California.

Kristin A. McAbee