| | |
|---|---|
| Matthew C. Lovell (SBN 189728)<br>NICOLAIDES FINK THORPE<br>MICHAELIDES SULLIVAN LLP<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94104<br>Telephone: (415) 745-3779<br>Facsimile: (415) 745-3771<br>Email: mlovell@nicolaidesllp.com | Todd Jacobs (*pro hac vice* pending)<br>John E. Bucheit (*pro hac vice* pending)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3306<br>Facsimile: (404) 522-8409<br>Email: tjacobs@phrd.com<br>jbucheit@phrd.com |

Harris B. Winsberg (*pro hac vice* pending)
Matthew M. Weiss (*pro hac vice* pending)
R. David Gallo (*pro hac vice* pending)
Matthew G. Roberts (*pro hac vice* to come)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com
dgallo@phrd.com

*Attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company*

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor-in-Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Judge Montali<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS** |

**PLEASE TAKE NOTICE** that Parker, Hudson, Rainer & Dobbs LLP and Nicolaides Fink Thorpe Michaelides Sullivan LLP hereby appear as counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, and hereby request, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Section 1109(b) of

Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"), that all notices given or required to be given and all papers served or required to be served in these cases also be given to and served at the following addresses:

| NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP | | |
|---|---|---|
| Attn: Matthew C. Lovell<br>101 Montgomery Street<br>Suite 2300<br>San Francisco, California 94104<br>Telephone: (415) 745-3770<br>Facsimile: (415) 745-3771<br>Email: mlovell@nicolaidesllp.com | | |
| **PARKER, HUDSON, RAINER & DOBBS LLP** | | |
| Attn: Harris B. Winsberg<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email:hwinsberg@phrd.com | Attn: Matthew M. Weiss<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: mweiss@phrd.com | Attn: Matthew G. Roberts<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: mroberts@phrd.com |
| Attn: R. David Gallo<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: dgallo@phrd.com | Attn: Todd C. Jacobs<br>Two N. Riverside Plaza<br>Suite 3600<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3306<br>Facsimile: (404) 522-8409<br>Email: tjacobs@phrd.com | Attn: John E. Bucheit<br>Two N. Riverside Plaza<br>Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3305<br>Facsimile: (404) 522-8409<br>Email: jbucheit@phrd.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtor. <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of Notices and Papers* or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered

only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 8, 2023

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: */s/ Matthew G. Roberts*
Matthew G. Roberts (*pro hac vice* to come)

-and-

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

By: */s/ Matthew C. Lovell*
Matthew C. Lovell

*Attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company*