

**Signed and Filed: September 12, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | John E. Bucheit |
| | IL Bar 6255684 |
| 2 | PARKER, HUDSON, RAINER & DOBBS LLP |
| 3 | Two N. Riverside Plaza, Suite 1850 |
| | Chicago, Illinois 60606 |
| 4 | Telephone: (312) 477-3305 |
| | Facsimile: (404) 522-8409 |
| 5 | Email: jbucheit@phrd.com |

*Attorney for Chicago Insurance Company, Fireman's Fund Insurance Company, and Westport Insurance Corporation (f/k/a Employers Reinsurance Corporation)*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | Hon. Dennis Montali |
| | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

John E. Bucheit, whose business address is Two N. Riverside Plaza, Suite 1850, Chicago, Illinois 60606, and telephone number is (312) 477-3305, and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Chicago Insurance Company ("CIC"), Fireman's Fund Insurance Company ("FFIC"), and Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation ("Westport");

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

| | |
|---|---|
| 1 | Service of papers upon and communication with co-counsel designated in the application will |
| 2 | constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy |
| 3 | Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court |
| 4 | for the Northern District of California. |
| 5 | *** END OF ORDER *** |

2

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

10155672.v1

# **COURT SERVICE LIST**

Physical service is not required.