| | |
|---|---|
| 1 R. David Gallo | Signed and Filed: September 12, 2023 |
| GA Bar 228283 | |
| 2 PARKER, HUDSON, RAINER & DOBBS LLP | |
| 3 303 Peachtree St NE, Suite 3600 | |
| Atlanta, Georgia 30308 | *(signature)* |
| 4 Telephone: (404) 523-5300 | _____ |
| Facsimile: (404) 522-8409 | **DENNIS MONTALI** |
| 5 Email: dgallo@phrd.com | **U.S. Bankruptcy Judge** |

*Attorney for Chicago Insurance Company, Fireman's Fund Insurance Company and Westport Insurance Corporation (f/k/a Employers Reinsurance Corporation)*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | Hon. Dennis Montali |
| | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

R. David Gallo, whose business address is 303 Peachtree Street, N.E., Suite 3600, Atlanta, Georgia 30308, and telephone number is (404) 523-5300, and who is an active member in good standing of the bar of the State of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Chicago Insurance Company ("CIC"), Fireman's Fund Insurance Company ("FFIC") and Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation ("Westport");

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3   Service of papers upon and communication with co-counsel designated in the application will
4   constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy
5   Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court
6   for the Northern District of California.

7                                    *** END OF ORDER ***

**<u>COURT SERVICE LIST</u>**

Physical service is not required.