Matthew M. Weiss
GA Bar 718795
PARKER, HUDSON, RAINER &
DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:   (404) 523-5300
Facsimile:    (404) 522-8409
Email:          mweiss@phrd.com

*Attorney for Chicago Insurance Company, Fireman's Fund Insurance Company, and Westport Insurance Corporation (f/k/a Employers Reinsurance Corporation)*

**Signed and Filed: September 12, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Matthew M. Weiss, whose business address is 303 Peachtree Street, N.E., Suite 3600, Atlanta, Georgia 30308, and telephone number is (404) 523-5300, and who is an active member in good standing of the bar of the State of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Chicago Insurance Company ("CIC"), Fireman's Fund Insurance Company ("FFIC"), and Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation ("Westport");

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

# COURT SERVICE LIST

Physical service is not required.