PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |
| | Date: September 14, 2023<br>Time: 1:30 p.m.<br>Place: Via ZoomGov |
| | Judge: Hon. Dennis Montali |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Mateo, State of California. My business address is 1540 El Camino Real, Suite 120, Menlo Park, California 94025.

On September 12, 2023, I served true copies of the following document(s) described as:

**DEBTOR'S (1) REPLY TO OBJECTION OF THE UNITED STATES TRUSTEE TO FINAL APPROVAL OF DEBTOR'S MOTION FOR CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM; AND (2) STATUS REPORT REGARDING COMPLIANCE WITH INTERIM ORDER REGARDING DEBTOR'S EXISTING CASH MANAGEMENT SYSTEM, OPERATIONAL BANK ACCOUNTS AND RELATED INVESTMENT ACCOUNTS**

**SECOND SUPPLEMENTAL DECLARATION OF JOSEPH J. PASSARELLO IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, OPERATIONAL BANK ACCOUNTS AND RELATED INVESTMENT ACCOUNTS; (2) AUTHORIZING MAINTENANCE OF EXISTING BUSINESS FORMS, (3) EXCUSING COMPLIANCE WITH SECTION 345(B); (4) AUTHORIZING CONTINUED USE OF CURRENT INVESTMENT POLICY; AND SCHEDULING A FINAL HEARING**

on the interested parties in this action as follows:

☒ **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 12, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

<u>**VIA FEDEX**</u>
The Honorable Dennis Montali
United States Bankruptcy Court Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

| | |
|---|---|
| 1 | Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>christina.goebelsmann@usdoj.gov |
| 2 | |
| 3 | Debra I. Grassgreen on behalf of Interested Party Pachulski Stang Ziehl & Jones LLP<br>dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 4 | Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>deanna.k.hazelton@usdoj.gov |
| 5 | |
| 6 | Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 7 | Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jekim@sheppardmullin.com, dgatmen@sheppardmullin.com |
| 8 | |
| 9 | Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov |
| 10 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 11 | |
| 12 | Mark D. Plevin mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 13 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher<br>dbp@provlaw.com |
| 14 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jrios@ffwplaw.com, docket@ffwplaw.com |
| 15 | |
| 16 | Matthew Roberts on behalf of Interested Party Chicago Insurance Company<br>mroberts@phrd.com |
| 17 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 18 | |
| 19 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 20 | |
| 21 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 22 | Executed on September 12, 2023, at Gilroy, California. |

*/s/ Elizabeth S. Garcia*
Elizabeth Sierra Garcia