Matthew G. Roberts
GA Bar 367914
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:	(404) 523-5300
Facsimile:	(404) 522-8409
Email:	mroberts@phrd.com

*Attorney for Chicago Insurance Company, Fireman's Fund Insurance Company, and Westport Insurance Corporation (f/k/a Employers Reinsurance Corporation)*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Matthew G. Roberts, an active member in good standing of the bar of the State of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Chicago Insurance Company ("CIC"), Fireman's Fund Insurance Company ("FFIC"), and Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation ("Westport"), in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I have been granted *pro hac vice* admission by the Court three times in the 12 months preceding this application, with one application pending;

//

//

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. Attorneys who are members of the bar of this Court in good standing and who maintain offices within the State of California have been designated as co-counsel in the above-entitled action. The name, address, and telephone number of each such attorney is:

| *For CIC and FFIC* | *For Westport* |
|---|---|
| Matthew C. Lovell (SBN 189728)<br>NICOLAIDES FINK THORPE MICHAELIDES AND SULLIVAN LLP<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94104<br>(415) 745-3770 | Blaise S. Curet (SBN 124983)<br>SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC<br>2000 Powell Street, Suite 830<br>Emeryville, California 94608<br>(415) 352-6200 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2023

Matthew G. Roberts
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Email: mroberts@phrd.com



# U.S. Bankruptcy Court

## California Northern Bankruptcy - San Francisco

Receipt Date: Sep 12, 2023 12:47PM

Parker Hudson

| Rcpt. No: 31000002 | | Trans. Date: Sep 12, 2023 12:47PM | | | Cashier ID: #JB |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| PHV | PRO HAC VICE FEE | 23-30564 | 1 | 317.00 | 317.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #20014 | 09/12/2023 | $317.00 |
| | | | Total Due Prior to Payment: | $317.00 |
| | | | Total Tendered: | $317.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge:** DENNIS MONTALI **Case:** 23-30564

**Debtor:** The Roman Catholic Archbishop of San Francisco