UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: 23-30564

In re: The Roman Catholic Archbishop of San Francisco, Debtor and Debtor in Possession

**STATEMENT PURSUANT TO RULE 2016(B)**

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor in this case.

2. The compensation paid or agreed to be paid by the debtor, to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case (prepetition including costs) .........................$237,779.74
   b) Prior to the filing of this statement, debtor(s) have paid........................$330,350.25
   c) The balance being held in trust is ..........................................................$92,570.51

3. $1,738.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c) Representation of the debtor at the meeting of creditors.
   d) Other services as to be described in an application to employ.

5. The source of payments made by the debtor to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated: N/A

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows: N/A

9. Debtor paid to Felderstein Fitzgerald Willoughby Pascuzzi & Rios, LLP the total of $330,350.25 from the initiation of the case in November 2022 ending August 21, 2023.

Pre-petition services were rendered to the Debtor during the 9-month period prior to the filing of the Chapter 11 petition. Pre-petition services over the 9-month period ending August 21, 2023, totaled $237,779.74, including the chapter 11 filing fee of $1,738 and professional services of $234,155.53. Said amount was paid out of the $330,350.25 pre-petition retainers paid to Felderstein Fitzgerald Willoughby Pascuzzi & Rios, LLP prior to filing the petition on March 13, 2023, leaving a retainer balance as and for this chapter 11 case of $92,570.51.

Dated: September 13, 2023

Respectfully submitted,

*/s/ Paul J. Pascuzzi*
Attorney for Debtor: Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall #2250
Sacramento, CA 95814
(916) 329-7400