|   |   |
|---|---|
| 1 | Yongli Yang<br>CLYDE & CO US LLP<br>55 West Monroe Street, Suite 3000<br>Chicago, IL 60603<br>Telephone: (312) 635-6923<br>Email: yongli.yang@clydeco.us |
| 2 | Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | | Case No. |
|---|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | | Chapter |
| | | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Debtor(s). | | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, **Yongli Yang**, an active member in good standing of the bar of **Illinois**, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing **Certain Underwriters at Lloyd's, London and Certain London Market Companies** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court **0** times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Nathan Reinhardt
Duane Morris LLP
865 S. Figueroa Street, Suite 3100, Los Angeles, CA
Telephone: (213) 689-7400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/14/23                                    /s/ Yongli Yang

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Yongli Yang

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2021 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 2nd day of August, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois