| | |
|---|---|
| 1 | James I. Stang (CA Bar No. 94435) |
| 2 | Debra I. Grassgreen (CA Bar No. 169978) |
| 3 | John W. Lucas (CA Bar No. 271038) |
|   | PACHULSKI STANG ZIEHL & JONES LLP |
|   | One Sansome Street, 34th Floor, Suite 3430 |
| 4 | San Francisco, CA 94104-4436 |
| 5 | Email: rpachulski@pszjlaw.com |
|   | dgrassgreen@pszjlaw.com |
|   | jlucas@pszjlaw.com |

*Proposed Counsel for the Official
Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| Debtor and Debtor in Possession. | |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), proposed counsel for the Official Committee of the Unsecured Creditors, hereby enters its appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix, CM/ECF, and service lists in this case. PSZJ requests, pursuant to Bankruptcy Rules, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon PSZJ the address, telephone, facsimile number, and emails set forth below:

John W. Lucas
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: jlucas@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated: September 14, 2023 PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ John Lucas
John W. Lucas

*Proposed Counsel for the Official
Committee of the Unsecured Creditors*