MICHAEL W. MALTER, #96533
ROBERT G. HARRIS, #124678
2775 Park Avenue
Santa Clara, CA  95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com

Attorney for Junipero Serra High School

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 DM |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| Debtor-in-Possession | |

## CERTIFICATE OF SERVICE

I, Robert D. Williams, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On  September 14, 2023, I served a true and correct copy of the following document(s):

### REQUEST FOR NOTICE

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at 2775 Park Ave., Santa Clara, California, to all parties entitled to receive regularly mailed notices, and registered electronic notice participants addressed as follows:

///

///

///

**U.S. TRUSTEE**
Office of the U.S. Trustee/SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA  94102
*VIA ECF*

**U.S. TRUSTEE**
Office of the U.S. Trustee
Attn: Jason Blumberg
501 I Street, Suite 7-500
Sacramento, CA  95814
*VIA ECF*

**U.S. TRUSTEE**
Office of the United States Trustee
Attn: Phillip John Shine
450 Golden Gate Avenue, Room 05-0153
San Francisco, CA  94102
*VIA ECF*

**DEBTOR'S COUNSEL**
Ori Katz, Esq.
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111
*VIA ECF*

**DEBTOR'S COUNSEL**
Jeannine Kim, Esq.
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111
*VIA ECF*

**DEBTOR'S COUNSEL**
Paul J. Pascuzzi, Esq.
Felderstein Fitzgerald et al LLP
500 Capitol Mall #2250
Sacramento, CA  95814
*VIA ECF*

**DEBTOR'S COUNSEL**
Jason E. Rios, Esq.
Felderstein Fitzgerald et al LLP
500 Capitol Mall #2250
Sacramento, CA  95814
*VIA ECF*

**REQUEST FOR NOTICE**
Douglas B. Provencher, Esq.
Embolden Law PC
823 Sonoma Avenue
Santa Rosa, CA  95404-4714
*VIA ECF*

**SPECIAL NOTICE**
Nicolaides Fink Thorpe Michaelides
Sullivan LLP
Attn: Matthew C. Lovell
101 Montgomery Street, Suite 2300
San Francisco, CA  94104
*VIA ECF*

**SPECIAL NOTICE**
Nicolaides Fink Thorpe Michaelides
Sullivan LLP
Attn: Laura H. Smith
101 Montgomery Street, Suite 2300
San Francisco, CA  94104
*VIA ECF*

**SPECIAL NOTICE**
Parker, Hudson, Rainer & Dobbs LLP
Attn: Harris B. Winsberg
303 Peachtree Street, NE, Suite 3600
Atlanta, GA  30308
*VIA ECF*

**SPECIAL NOTICE**
Parker, Hudson, Rainer & Dobbs LLP
Attn: Matthew M. Weiss
303 Peachtree Street, NE, Suite 3600
Atlanta, GA  30308
*VIA ECF*

*///*

*///*

**SPECIAL NOTICE**
Parker, Hudson, Rainer & Dobbs LLP
Attn: Matthew G. Roberts
303 Peachtree Street, NE, Suite 3600
Atlanta, GA  30308
*VIA ECF*

**SPECIAL NOTICE**
Parker, Hudson, Rainer & Dobbs LLP
Attn: R. David Gallo
303 Peachtree Street, NE, Suite 3600
Atlanta, GA  30308
*VIA ECF*

**SPECIAL NOTICE**
Parker, Hudson, Rainer & Dobbs LLP
Attn: Todd C. Jacobs
Two N. Riverside Plaza, Suite 3600
Chicago, IL  60606
*VIA ECF*

**SPECIAL NOTICE**
Parker, Hudson, Rainer & Dobbs LLP
Attn: John E. Bucheit
Two N. Riverside Plaza, Suite 1850
Chicago, IL  60606
*VIA ECF*

**SPECIAL NOTICE**
Clyde & Co US LLP
Attn: Catalin J. Sugayan
55 W Monroe Street, Unit 3000
Chicago, IL  60603
*VIA ECF*

**SPECIAL NOTICE**
Office of the United States Trustee
Attn: Deanna K. Hazelton
2500 Tulare Street, Suite 1401
Fresno, CA  93721
*VIA ECF*

**SPECIAL NOTICE**
Office of the United States Trustee
Attn: Trevor R. Fehr
501 I Street, Suite 7-500
Sacramento, CA  95814
*VIA ECF*

**SPECIAL NOTICE**
McCormick, Barstow, Sheppard, Wayte &
Carruth, LLP
Attn: Hagop T. Bedoyan, Esq.
7647 North Fresno Street
Fresno, CA  93720
*VIA ECF*

     Executed on September 14, 2023, at Santa Clara, California.  I certify under penalty of

perjury that the foregoing is true and correct.


          /s/ *Robert D. Williams*
          ROBERT D. WILLIAMS