HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA  95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: rob@bindermalter.com
Email: julie@bindermalter.com

Attorney for Creditor Marin Catholic High School

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 DM |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor In Possession. | |

**REQUEST FOR SPECIAL NOTICE**

TO: The Clerk of the above-entitled Court, the U.S. Trustee, and any other parties in interest.

PLEASE TAKE NOTICE that the law offices of Binder & Malter LLP is the attorney for Marin Catholic High School Pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, the local rules of this Court and Bankruptcy Code §§ 102(1), 342 and §1109(b), all notices given or required to be given in this case and all papers served or required to be serve shall be given and served upon this firm at the addresses indicated.

///

///

///

REQUEST FOR SPECIAL NOTICE                                                                 1

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code §1109(b), Binder & Malter LLP's request for notices includes not only notices and papers referred to in the Rules and Sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand which affects or seeks to affect, in any way, any rights or interest of the Creditor.

PLEASE TAKE FURTHER NOTICE that Marin Catholic High School requests that all notices be mailed to the following address:

>Robert G. Harris, Esq.
>Binder & Malter, LLP
>2775 Park Avenue
>Santa Clara, CA  95050
>Telephone (408) 295-1700
>Facsimile: (408) 295-1531
>Email: rob@bindermalter.com
>Email: robertw@bindermalter.com

September 13, 2023              BINDER & MALTER, LLP

                                /s/Robert G. Harris #124678
                                Robert G. Harris
                                Attorney for Salesian Society