| | |
|---|---|
| 1 | MICHAEL W. MALTER, #96533 |
| 2 | ROBERT G. HARRIS, #124678 |
| | 2775 Park Avenue |
| 3 | Santa Clara, CA  95050 |
| | Telephone: (408) 295-1700 |
| 4 | Facsimile: (408) 295-1531 |
| | Email: Michael@bindermalter.com |
| 5 | Email: Rob@bindermalter.com |
| 6 | Attorney for Archbishop Riordan High School |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 DM |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| Debtor-in-Possession | |

### CERTIFICATE OF SERVICE

I, Robert D. Williams, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On  September 14, 2023, I served a true and correct copy of the following document(s):

### REQUEST FOR NOTICE

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at 2775 Park Ave., Santa Clara, California, to all parties entitled to receive regularly mailed notices, and registered electronic notice participants addressed as follows:

///

///

///

| | |
|---|---|
| **U.S. TRUSTEE**<br>Office of the U.S. Trustee/SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>*VIA ECF* | **U.S. TRUSTEE**<br>Office of the U.S. Trustee<br>Attn: Jason Blumberg<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814<br>*VIA ECF* |
| **U.S. TRUSTEE**<br>Office of the United States Trustee<br>Attn: Phillip John Shine<br>450 Golden Gate Avenue, Room 05-0153<br>San Francisco, CA 94102<br>*VIA ECF* | **DEBTOR'S COUNSEL**<br>Ori Katz, Esq.<br>Sheppard, Mullin, Richter and Hampton<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>*VIA ECF* |
| **DEBTOR'S COUNSEL**<br>Jeannine Kim, Esq.<br>Sheppard, Mullin, Richter and Hampton<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>*VIA ECF* | **DEBTOR'S COUNSEL**<br>Paul J. Pascuzzi, Esq.<br>Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250<br>Sacramento, CA 95814<br>*VIA ECF* |
| **DEBTOR'S COUNSEL**<br>Jason E. Rios, Esq.<br>Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250<br>Sacramento, CA 95814<br>*VIA ECF* | **REQUEST FOR NOTICE**<br>Douglas B. Provencher, Esq.<br>Embolden Law PC<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404-4714<br>*VIA ECF* |
| **SPECIAL NOTICE**<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>Attn: Matthew C. Lovell<br>101 Montgomery Street, Suite 2300<br>San Francisco, CA 94104<br>*VIA ECF* | **SPECIAL NOTICE**<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>Attn: Laura H. Smith<br>101 Montgomery Street, Suite 2300<br>San Francisco, CA 94104<br>*VIA ECF* |
| **SPECIAL NOTICE**<br>Parker, Hudson, Rainer & Dobbs LLP<br>Attn: Harris B. Winsberg<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, GA 30308<br>*VIA ECF* | **SPECIAL NOTICE**<br>Parker, Hudson, Rainer & Dobbs LLP<br>Attn: Matthew M. Weiss<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, GA 30308<br>*VIA ECF* |

///

///

| | |
|---|---|
| **SPECIAL NOTICE**<br>Parker, Hudson, Rainer & Dobbs LLP<br>Attn: Matthew G. Roberts<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, GA  30308<br>*VIA ECF* | **SPECIAL NOTICE**<br>Parker, Hudson, Rainer & Dobbs LLP<br>Attn: R. David Gallo<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, GA  30308<br>*VIA ECF* |
| **SPECIAL NOTICE**<br>Parker, Hudson, Rainer & Dobbs LLP<br>Attn: Todd C. Jacobs<br>Two N. Riverside Plaza, Suite 3600<br>Chicago, IL  60606<br>*VIA ECF* | **SPECIAL NOTICE**<br>Parker, Hudson, Rainer & Dobbs LLP<br>Attn: John E. Bucheit<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, IL  60606<br>*VIA ECF* |
| **SPECIAL NOTICE**<br>Clyde & Co US LLP<br>Attn: Catalin J. Sugayan<br>55 W Monroe Street, Unit 3000<br>Chicago, IL  60603<br>*VIA ECF* | **SPECIAL NOTICE**<br>Office of the United States Trustee<br>Attn: Deanna K. Hazelton<br>2500 Tulare Street, Suite 1401<br>Fresno, CA  93721<br>*VIA ECF* |
| **SPECIAL NOTICE**<br>Office of the United States Trustee<br>Attn: Trevor R. Fehr<br>501 I Street, Suite 7-500<br>Sacramento, CA  95814<br>*VIA ECF* | **SPECIAL NOTICE**<br>McCormick, Barstow, Sheppard, Wayte & Carruth, LLP<br>Attn: Hagop T. Bedoyan, Esq.<br>7647 North Fresno Street<br>Fresno, CA  93720<br>*VIA ECF* |

Executed on September 14, 2023, at Santa Clara, California.  I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Robert D. Williams*
ROBERT D. WILLIAMS