PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
                      ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
                      okatz@sheppardmullin.com
                      amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP<br>OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor In Possession. | CASE NO. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION OF DEBTOR FOR AUTHORITY TO EMPLOY AS OF THE PETITION DATE AND PROVIDE COMPENSATION TO PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS [11 U.S.C. §§ 105(a), 327, 328, and 330]**<br><br>Date:        October 12, 2023<br>Time:       1:30 p.m.<br>Place:      Via ZoomGov<br>Judge:     Hon. Dennis Montali |

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco,

Debtor and Debtor-in-Possession herein ("Debtor"), has filed a *Motion for Authority to Employ as*

*of the Petition Date  and Provide Compensation to Professionals Used in the Ordinary Course of*

Case: 23-30564    Doc# 115    Filed: 09/14/23    Entered: 09/14/23 15:55:41    Page 1 of 7

*Business* (the "Motion") and that a hearing on the Motion is scheduled before the Honorable Dennis Montali on October 12, 2023, at 1:30 p.m. at the United States Bankruptcy Court, Northern District of California, San Francisco Division, before the Honorable Dennis Montali (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [Dkt. 14], the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions* [Dkt. 15], the *Declaration of Joseph J. Passarello* in support of the Motion the exhibits in support thereof, and the court's filings and records in this case.

By the Motion, the Debtor seeks, pursuant to sections 105(a), 327, 328, 330, 363(b) and 1108, of title 11 of the United States Code, entry of an order authorizing, but not directing, the Debtor to (i) establish certain procedures to retain and compensate those professionals that the Debtor employs in the ordinary course of business (collectively, the "Ordinary Course Professionals"), effective as of the Petition Date (as defined in the Motion), without (a) the submission of separate retention applications or (b) the issuance of separate retention orders by the Court for each individual Ordinary Course Professional; and (ii) compensate and reimburse Ordinary Course Professionals without individual fee applications.

The Debtor seeks to employ and pay Ordinary Course Professionals to render professional services to the Debtor's estate in the same manner and for the same or similar purposes as such professionals were retained by the Debtor prior to the Petition Date. In the past, Ordinary Course Professionals have provided the Debtor with specialized legal, accounting, professional consulting and recruiting and other services relating to, among other things, pension legal compliance, employment matters, accounting and auditing, actuarial, and plan administration, 403(b) plan

consulting immigration and canon law consulting that support the Debtor's ordinary day to-day operations. The requested authority for amounts to be paid without separate application would be limited to $15,000 per month and/or $45,000 per quarter per professional, with the exception of the Debtor's auditors, investment advisors and recruiters who are paid at certain milestones or quarterly instead of monthly and may be entitled to payments greater than $15,000 as detailed in Exhibit 1 attached to this Notice of Hearing and to the Proposed Order attached to the Motion, including an annual audit fee of $132,000 payable to BPM LLP. It is essential that the employment of Ordinary Course Professionals, many of whom are familiar with the Debtor's business, be continued to avoid disruption of the Debtor's operations during this Chapter 11 Case.

If approved, the procedures will require the Debtor to file a declaration and questionnaire for each proposed professional, subject to opportunity to object, and to file quarterly statements disclosing all payments.

The Debtor submits that the proposed employment of the Ordinary Course Professionals and the payment of monthly compensation pursuant to the procedures set forth below (the "Procedures") are in the best interests of the estate, creditors, and all other parties in interest. The relief requested will save the Debtor the time and expense associated with applying to the Court separately to retain each Ordinary Course Professional, and will avoid the incurrence of additional fees for the preparation and prosecution of numerous interim and final fee applications during this Chapter 11 Case, which relate to relatively modest compensation expenses. Accordingly, the Debtor requests that the Court dispense with the requirement of filing individual retention and fee applications for the Ordinary Course Professionals and authorize the Procedures, as defined in the Motion.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's proposed Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/RCASF, free of charge.

Case: 23-30564    Doc# 115    Filed: 09/14/23    Entered: 09/14/23 15:55:41    Page 3 of 7

1  You may also access these documents from the Court's Pacer system (requires a subscription).  The

2  web page address for the United States Bankruptcy Court for the Northern District of California is

3  http://www.canb.uscourts.gov.

4  **NOTICE IS FURTHER GIVEN** that any opposition or response to the Motion must be

5  in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-

6  referenced addresses so as to be received by September 28, 2023.  Any opposition or response must

7  be filed and served on the Limited Service List as provided in the Interim Order Approving Motion

8  to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3)

9  Temporarily Suspend Deadline for Filing Proofs of Claim at Docket No. 38.  The current updated

10  Limited Service List may be obtained from the Omni website listed above.  Failure to file timely

11  opposition and appear at the hearing may constitute a waiver of your objections.  Your rights may

12  be affected.  You should read these papers carefully and discuss them with your attorney, if you

13  have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

14  Dated:  September 14, 2023                         FELDERSTEIN FITZGERALD
                                                        WILLOUGHBY PASCUZZI & RIOS LLP

15

16                                                     By: */s/ Paul J. Pascuzzi*
                                                        PAUL J. PASCUZZI
17                                                     Proposed Attorneys for The Roman
                                                        Catholic Archbishop of San Francisco,
18                                                     a California corporation sole

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Case: 23-30564   Doc# 115   Filed: 09/14/23   Entered: 09/14/23 15:55:41   Page 5 of 7

## Exhibit 1

## Initial List of Ordinary Course Professionals

| Name | Address | Professional Service | Estimated Amount |
|---|---|---|---|
| **Legal** | | | |
| Allen, Glaessner, Hazelwood & Werth LLP | 180 Montgomery Street, Suite 1200, San Francisco, CA 94104 | Legal advice and representation in litigation concerning non-abuse matters. | $10,000 per month |
| Best Best & Krieger LLP | 3390 University Ave 5th Fl. Riverside, CA 92502 | Legal Advice concerning Pension/403B plans | $2,000 per month |
| Jackson Lewis LLP | 50 California Street, 9th Floor, San Francisco, CA 94111 | Legal advice and representation in employment litigation matters | $5,000/mo. |
| Littler Mendelson, PC | 333 Bush Street, 34th Floor, San Francisco, CA 94104 | Legal services concerning employment and union matters | $2,000 month |
| Rankin Stock Heaberlin O'Neal | 93 N. 3rd Street, #500, San Jose, CA 95112 | Litigation | $5,000/mo. |
| | | | |
| **Financial/Accounting** | | | |
| Beacon Pointe LLP | 24 Corporate Plaza Drive, Suite 150 Newport Beach, CA 92660 | Investment Advisor | $36,000 per quarter |
| BPM LLP | One California Street, Suite 2500, San Francisco, CA 94111 | CPA Firm for Audits Chancery/ Central Administrative Offices | Unbilled portion for FY'23 Audit $132,000 |
| Nicolay Consulting Group Inc. | 231 Sansome St. Suite 300 San Francisco, CA 94104 | Pension Plan consulting and actuarial services for pension plans | $6,000 per quarter |
| Grant Thornton LLP | 101 California Street, Suite 2700, San Francisco, CA 94111 | UBIT Tax Consulting | $10,000 initial payment and |

| | | | $10,000 upon completion |
|---|---|---|---|
| Global Retirement Partners – Heffernan Retirement Services | 4340 Redwood Hwy, Ste B60, San Rafael, CA 94903 | 403B Plan Advisor | $14,000 per Quarter |
| | | | |
| **Other** | | | |
| Stewardship Planned Giving | 6713 Old Jacksonville Highway, Suite 105 Tyler, Texas 75703 | Consulting for Planned Giving | $8,000 month over 4 months |
| Korn Ferry | One Montgomery Street, Suite 2200 San Francisco, CA 94104 | Executive Search Consultant | $16,000 flat fee |
| Executive Search Recruiting Firm(s) | TBD | Assist with recruiting for Superintendent Position | $80,000 (payable in 3 installments at engagement, submission of vetted candidates, & placement of candidate) |