PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
　WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:　　(916) 329-7400
Facsimile:　　(916) 329-7435
Email:　　　　ppascuzzi@ffwplaw.com
　　　　　　　jrios@ffwplaw.com
　　　　　　　tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:　　(415) 434-9100
Facsimile:　　(415) 434-3947
Email:　　　　okatz@sheppardmullin.com
　　　　　　　amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　Debtor and<br>　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Ref. Docket No. 38 |

**LIMITED SERVICE LIST**
**(as of September 15, 2023)**

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | | Catalina.Sugayan@clydeco.us |
| Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | | | Nancy.Lima@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Counsel for Continental Casualty Company, Registered ECF User | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | 415-986-2827 | mplevin@crowell.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | 202-628-5116 | mturner@crowell.com<br>jhess@crowell.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| 20 Largest | James Susha | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | | rob@mezzettilaw.com |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | | rob@mezzettilaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| 20 Largest | Jane Doe SF 1247 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John AA Roe SF | c/o Devin Storey, Esq.<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com |
| 20 Largest | John Doe SALS 1097 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SALS 1108 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SALS 1109 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SALS 1112 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SALS 1455 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com |
| 20 Largest | John Doe SF 1019 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John Doe SF 1026 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John Doe SF 1121 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John Doe SF 1227 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com |
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com |
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com |
| 20 Largest | JOSEPH DOE SF 531 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com |
| 20 Largest | JOSEPH DOE SF 533 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com |
| 20 Largest | JOSEPH DOE SF 541 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com |
| 20 Largest | JOSEPH DOE SF 582 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Registered ECF User | Office of the U.S. Trustee / SF | | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| Registered ECF User | PACHULSKI STANG ZIEHL & JONES LLP | Debra I. Grassgreen | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pzjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |