Yongli Yang
**CLYDE & CO US LLP**
55 West Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635-6923
Facsimile: (312) 635-6950
Email: yongli.yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

Signed and Filed: September 15, 2023

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | Hon. Dennis Montali |
| | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Yongli Yang, whose business address and telephone number is: Clyde & Co US LLP, 55 West Monroe Street, Suite 3000, Chicago, IL 60603, (312) 635-6923, and who is an active member in good standing of the bar of State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Certain Underwriters at Lloyd's, London and Certain London Market Companies.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court, Northern District of California.

** END OF ORDER **