3           UNITED STATES BANKRUPTCY COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5  In re

                                         Case No. 23-30564
                                         Chapter 11

                                         APPLICATION FOR
                                         ADMISSION OF ATTORNEY
        Debtor(s).               *PRO HAC VICE*

    Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, _____, an active member in good standing of the bar of _____, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing _____ in the above-entitled action.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I have been granted *pro hac vice* admission by the Court _____ times in the 12 months preceding this application.

    3.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

    4.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

_____

_____

_____.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: