PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                    jrios@ffwplaw.com
                    tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:           okatz@sheppardmullin.com
                    amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>***EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE TIME FOR DEBTOR TO FILE INITIAL MONTHLY OPERATING REPORT**<br><br>Judge:   Hon. Dennis Montali<br><br>*No Hearing Required* |

-1-                           Case No. 23-30564
SMRH:4880-2888-6911.7     Ex Parte Application re August MOR Filing
Case: 23-30564   Doc# 124   Filed: 09/18/23   Entered: 09/18/23 15:43:37   Page 1 of 6

The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case"), hereby applies (the "Application") to the Court on an *ex parte* basis, pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure and Rule 9006-1 of the Bankruptcy Local Rules for the Northern District of California (the "Bankruptcy Local Rules"), for entry of an order substantially in the form attached hereto as Exhibit 1, extending the time for the Debtor to file its initial monthly operating report (the "MOR") for the period covering the Petition Date (defined below) through August 31, 2023, by one month.

This Application is based on the below discussion and all pleadings and evidence filed in connection with the Application.

## I.

## BACKGROUND

On August 21, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 and thereby commenced this Bankruptcy Case. The Debtor is currently operating and managing its financial affairs under sections 1107 and 1108 of the title 11 of the United States Code (the "Bankruptcy Code"). No trustee or examiner has been requested or appointed in the Bankruptcy Case.

Section 58.8 of Title 28 of the United States Code and Bankruptcy Local Rule 2015-2(b) requires the Debtor to submit MORs no later than the 21st day of the month following the month to which the report pertains. *See* 28 C.F.R. § 58.8 and B.L.R. 2015-2(b). Accordingly, based on the Petition Date, the Debtor's first MOR, for the period encompassing the Petition Date through August 31, 2023 (the "August MOR"), must be filed on September 21, 2023. The Debtor has been working diligently to ensure a smooth transition into chapter 11 and to comply with all of its duties and obligations as a debtor in possession while continuing to operate in the ordinary course. As a result, the Debtor believes it would be burdensome to prepare the August MOR by September 21, 2023, while continuing to comply with all of its other duties and obligations. In fact, it would be more economical and efficient for the Debtor if it could prepare its August MOR along with its September MOR (covering September 1 to September 30, 2023), and file both

MORs concurrently. The Debtor has met and conferred with counsel for Tracy Hope Davis, the United States Trustee for Region 17 (the "UST") regarding an extension of time to file the August MOR, and the UST has indicated that while she does not support the proposal, she does not intend to oppose the Application in light of the unique circumstances of this case.

## II.

## RELIEF REQUESTED

Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Local Rules 2015-2(e) and 9006-1, the Debtor seeks entry of an order, in substantially the form attached to this Application as Exhibit 1, extending the time for the Debtor to file the August MOR through and including October 23, 2023.

## III.

## NEED FOR PROMPT RELIEF

The Debtor requests an extension to file the August MOR under Bankruptcy Local Rule 2015-2(e), which provides that "[t]he Court may, on application and for cause, modify the provisions of [Bankruptcy Local Rule 2015-2]." B.L.R. 2015-2(e). The requested relief is necessary for the Debtor to ensure efficient, economical, and otherwise timely compliance with all of its duties and obligations as a debtor and debtor in possession. Since the Petition Date, the Debtor has been working closely with its proposed counsel and proposed financial advisor to prepare, among other things, (i) its schedules of assets and liabilities and statement of financial affairs, (ii) for its upcoming initial debtor interview (the "IDI"), including all of the requisite documents and information requested by the UST in advance of the IDI, (iii) for the first meeting of creditors under Bankruptcy Code section 341(a), which has been scheduled for September 28, 2023, at 10:00 a.m., prevailing Pacific Time, and (iv) continued hearings on the Debtor's motions for emergency first day relief, all while continuing to operate in the ordinary course. Accordingly, the Debtor submits that sufficient cause exists for the Court to grant the relief requested in this Application.

Notwithstanding the foregoing, the Debtor must obtain the relief requested by the Application before September 21, 2023 (the current deadline to file the August MOR). On this

basis, the Debtor requests that the Court approve the Application as soon as possible, without a hearing.

## IV.

## DISCUSSIONS WITH THE UST AND COMMITTEE

The Debtor has met and conferred with counsel for UST and proposed counsel for the official committee of unsecured creditors (the "Committee") regarding an extension of time to file the August MOR. As discussed above, the UST has indicated that while she does not support the proposal, she does not intend to oppose the Application in light of the unique circumstances of this case. Proposed counsel for the Committee has indicated that in light of the Committee's recent appointment in the Bankruptcy Case, they are not ready to take a position on the Application as of the time of this filing.

## V.

## PREVIOUS REQUESTS FOR TIME MODIFICATIONS

The Debtor has not previously requested or obtained similar relief in the Bankruptcy Case.

## VI.

## EFFECT OF REQUEST FOR EXTENDED TIME

If the Application is granted, the Debtor will be able to more efficiently and economically prepare the requisite operating report information, for a short, 10-day "stub" period. The report will be publicly available only one month after the original filing deadline. Any interested party desiring to review and express concerns regarding the 10-day stub period information that would have been available on September 21, 2023, will be able to review the information when the Debtor files the August MOR on October 23, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# VII.
## CONCLUSION

WHEREFORE, the Debtor requests that the Court grant this Application and enter an order in the form attached hereto as <u>Exhibit A</u> extending time for the Debtor to file the August MOR.

Dated: September 18, 2023

                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                By       */s/ Alan Martin*
                          ORI KATZ
                          ALAN MARTIN
                          JEANNIE KIM

                Proposed Counsel for the Debtor

# EXHIBIT 1
# (PROPOSED ORDER)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEBTOR TO FILE INITIAL MONTHLY OPERATING REPORT**<br><br>No Hearing Requested |

The Court having considered the *Ex Parte Application for an Order Extending the Time for Debtor to File Initial Monthly Operating Report* (the "Application") filed by the Debtor[1], on September ___, 2023, having considered all pleadings and evidence filed in connection with the Application, and good cause appearing for the relief requested in the Application,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The deadline for Debtor to file the initial monthly operating report (MOR) is extended by one month. Debtor is ordered to file the initial monthly operating report no later than October 23, 2023.

3. The deadlines to file all subsequent MORs remain unaffected. Each subsequent MOR will be filed no later than the 21st day of each month.

** END OF [PROPOSED] ORDER **

---

[1] Capitalized terms not otherwise defined in this Amended Order shall have the same meanings ascribed to them in the Application.