# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No.: 23-30564

In re: <u>The Roman Catholic Archbishop of San Francisco, Debtor and Debtor in Possession</u>

**STATEMENT PURSUANT TO RULE 2016(b)**

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor in this case.

2. The compensation paid or agreed to be paid by the debtor, to the undersigned is:

   a) For legal services rendered or to be rendered in contemplation of and in connection with this case ................................................................. $384,430.00;

   b) Prior to the filing of this statement, debtor has paid ............................ $517,537.70;

   c) The unpaid balance due and payable is........................................................$0; and

   d) The balance being held in trust is ......................................................$133,102.703.

3. $1,738.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:

   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

   c) Representation of the debtor at the meeting of creditors.

   d) Other services as to be described in an application to employ.

5. The source of payments made by the debtor to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor except the following for the value stated:     N/A

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:     N/A

9. Debtor paid to Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") the total of $517,537.70 from the initiation of its engagement in June 2023 through that date it filed its chapter 11 petition on August 21, 2023. Pre-petition services were rendered to the Debtor during the three-month period prior to the filing of the chapter 11 petition. Pre-petition services over the three-month period ending August 21, 2023, totaled $384,430.00, including the chapter 11 filing fee of $1,738 and professional services of $382,692.00. Said amount was paid out of the $517,537.70 pre-petition retainers paid to Sheppard Mullin prior to filing the petition on August 21, 2023, leaving a credit balance balance as and for this chapter 11 case of $33,102.70 and a retainer balance of $100,000.

Dated:  September 18, 2023

Respectfully submitted,

By     /s/ Ori Katz
       ORI KATZ

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
(415) 434-9100

Attorneys for Debtor and Debtor in Possession