Daniel James
**CLYDE & CO US LLP**
55 West Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635-6963
Facsimile: (312) 635-6950
Email: Daniel.James@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor(s).

Case No. 23-30546
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Daniel James, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on *a pro hac vice* basis representing Certain Underwriters at Lloyd's, London and Certain London Market Companies in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Nathan Reinhardt
Duane Morris LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017
213.689.7400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2023          /s/ Daniel James