ALEXANDER POTENTE (BAR NO. 208240)
*alex.potente@clydeco.us*
JASON J. CHORLEY (BAR NO. 263225)
*jason.chorley@clydeco.us*
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone:	415-365-9800
Facsimile:	415-365-9801

Attorneys for CENTURY INDEMNITY
COMPANY, PACIFIC INDEMNITY COMPANY,
And WESTCHESTER FIRE INSURANCE
COMPANY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF GEORGE R. CALHOUN *PRO HAC VICE*** |

　　　　Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, George R. Calhoun, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Century Indemnity, Pacific Indemnity, and Westchester Fire Insurance in the above-entitled action.

　　　　In support of this application, I certify on oath that:

1.　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.　　I have been granted *pro hac vice* admission by the Court 1 times in the 12 months preceding this application.

3. I agree to above by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Alexander Potente
Clyde & Co. US, LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
415-365-9800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2023

**IFRAH LAW**

By: */s/ George R. Calhoun*
    George R. Calhoun



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# George R Calhoun V

*was duly qualified and admitted on October 5, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 19, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*