# UNITED STATES BANKRUPTCY COURT
Northern District of California San Francisco

| | |
|---|---|
| In re:<br>The Roman Catholic Archbishop of San Francisco,<br>      Debtor(s). | Case No.: 23-30564<br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 9/19/2023, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

---

Notice Regarding Notice Of Applicability Of Large-Case United States Trustee Fee Guidelines

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

9/19/2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**The Roman Catholic Archbishop of San Francisco 23-30564**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 11033 | Alan H. Martin , Sheppard, Mullin, Richter & Hampton LLP, 650 Town Center Drive, 10th Floor, Costa Mesa, CA, 92626-1993 | **First Class** |
| 11033 | Felderstein, Fitzgerald et al, Jason E. Rios, 400 Capitol Mall #1750, Sacramento, CA, 95814, jrios@ffwplaw.com | **First Class** |
| 11033 | Felderstein, Fitzgerald et al, Paul J. Pascuzzi, 500 Capitol Mall #2250, Sacramento, CA, 95814, ppascuzzi@ffwplaw.com | **First Class** |
| 11033 | PACHULSKI STANG ZIEHL & JONES LLP , 10100 SANTA MONICA BOULEVARD, 13TH FLOOR, LOS ANGELES, CA, 90067-4114 | **First Class** |
| 11033 | Sheppard, Mullin, Richter and Hampton, JEANNIE KIM, Four Embarcadero Center, 17th Floor, San Francisco, CA, 94111, jekim@sheppardmullin.com | **First Class** |
| 11033 | Sheppard, Mullin, Richter and Hampton, ORI KATZ, 4 Embarcadero Center 17th Fl., San Francisco, CA, 94111, okatz@sheppardmullin.com | **First Class** |