PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:       (916) 329-7435
Email:             ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:      (415) 434-9100
Facsimile:       (415) 434-3947
Email:             okatz@sheppardmullin.com
                      amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR AN ORDER ESTABLISHING PROCEDURES AND AUTHORIZING PAYMENT OF PROFESSIONAL FEES AND EXPENSES ON A MONTHLY BASIS**<br><br>Date:     October 12, 2023<br>Time:    1:30 p.m.<br>Place:   Via ZoomGov<br>Judge:  Hon. Dennis Montali |

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco, Debtor and Debtor-in-Possession herein ("Debtor"), has filed a *Motion for an Order Establishing*

*Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Motion") and that a hearing on the Motion is scheduled before the Honorable Dennis Montali on October 12, 2023, at 1:30 p.m. at the United States Bankruptcy Court, Northern District of California, San Francisco Division, before the Honorable Dennis Montali (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [Dkt 14], the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions* [Dkt 15], the *Declaration of Paul J. Pascuzzi* and the *Declaration of Barron L. Weinstein* in support of the Motion in support thereof, and the court's filings and records in this case.

The Debtor hereby proposes that the estate's Professionals employed by the Debtor or the Committee be paid pursuant to the following procedures:

1. On or before the 20th day of each month, any of the Professionals seeking payment from the bankruptcy estate may submit to the Debtor an invoice for fees and expenses incurred in the previous month or earlier. No invoices received after the 20th will be considered for payment until the following month. At the time each Professional submits their invoice, the Professional shall file a copy of the invoice with the Court and send a copy to (a) the attorneys for the Debtor; (b) the attorneys for and the chairperson of the Creditors Committee; (c) the United States Trustee; and (d) all parties requesting special notice who have elected to receive notice electronically via ECF or otherwise (collectively, the "Notice Parties"). The Professionals may each redact their invoices as they may deem reasonably necessary.

2. Any Notice Party who objects to payment of a particular invoice shall within 14 days of service of the invoice, file with the court and serve on the Professional requesting payment

and the Notice Parties, a written objection to all or part of the fees or expenses requested in the invoice. Such objection must clearly identify the time entry or entries objected to, the basis for the objection, and the amount of fees or costs objected to in dollars or time. In the event an objection is filed, the Debtor shall not pay the portion of the fees objected to without further order of the Court.

3. After the period for filing objections has passed, the Debtor shall be authorized and directed to pay an amount up to 80% of the fees and 100% of the expenses that are not subject to any objections. Professionals who have received retainers may continue to hold such retainers and receive payment from the Debtor without first exhausting such retainer before they are entitled to payment.

4. On or before January 31, 2024, each Professional who has received, or who intends to receive compensation for services rendered for the period of the Petition Date through December 31, 2023, shall file with the Court and serve on the Notice Parties an interim fee application pursuant to §331 and in the form required by the Federal Rules of Bankruptcy Procedure and local rules of the Bankruptcy Court ("Interim Fee Application"). Thereafter, each Professional who has received, or who intends to receive compensation for services rendered for subsequent periods, shall file Interim Fee Applications for each four (4) month period beginning January 1, 2024 (*e.g*, January 1, 2024, through April 30, 2024; May 1, 2024, through August 31, 2024, etc.) during the period this case remains open. Each such application shall include all fees and expenses incurred during the previous four months whether or not the fees were paid pursuant to the monthly payment procedure contemplated by this Motion.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's proposed Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/RCASF, free of charge. You may also access these documents from the Court's Pacer system (requires a subscription). The

web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. Counsel, parties and other interested parties may attend the hearing in person or by Zoom. Additional information is available on Judge Montali's Procedures page on the court's website. Information on attending the hearing by Zoom will be provided on Judge Montali's calendar posted on the court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by October 5, 2023. Any opposition or response must be filed and served on the Limited Service List as provided in the Interim Order Approving Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claim at Dkt 38. The updated Limited Service List may be obtained from the Omni website listed above. Failure to file timely opposition and appear at the hearing may constitute a waiver of your objections. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: September 19, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By: */s/ Jason E. Rios*
    JASON E. RIOS
    Proposed Attorneys for The Roman
    Catholic Archbishop of San Francisco,
    a California corporation sole