PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
                ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN,
  RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
                okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>**DECLARATION OF BARRON L. WEINSTEIN IN SUPPORT OF MOTION FOR AN ORDER ESTABLISHING PROCEDURES AND AUTHORIZING PAYMENT OF PROFESSIONAL FEES AND EXPENSES ON A MONTHLY BASIS**<br><br>Date:    October 12, 2023<br>Time:    1:30 p.m.<br>Place:   Via ZoomGov<br>Judge:   Hon. Dennis Montali |

I, Barron L. Weinstein, hereby declare under penalty of perjury as follows:

1.  I am an attorney duly licensed to practice law in the State of California and a partner with Weinstein & Numbers, LLP ("W&N"), proposed insurance counsel for the Roman Catholic

Archbishop of San Francisco, the Debtor and Debtor in Possession herein (the "Debtor" or "RCASF"). If called as a witness, I would and could testify competently to the matters stated herein.

2. This declaration is submitted in support of the Debtor's Motion for an Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis (the "Motion").

3. The Debtor retained W&N as special insurance counsel. An application to approve the employment of W&N has been filed with the Court.

4. W&N is a small local Larkspur firm with only two partners. The RCASF work represents a substantial amount of time spent by myself, my associates and support staff each month. Having to wait months for payment will surely have a negative impact on firm cash flow. We have no way of replacing that income given the amount of time being devoted to the diocesan work.

5. As noted in the W&N employment application and my declaration in support thereof (Dkts 98 and 99), SGSM has represented the RCASF on insurance issues related to the current abuse claims litigation and has been working with the RCASF regarding its insurance coverage for abuse claims since 2004. W&N has assisted RCASF in negotiating settlements of abuse claims with funds that included funds from RCASF's insurance carriers.

6. As a result of its extensive history and prepetition representation of the RCASF, W&N has acquired in-depth knowledge of the Debtor's insurance matters. W&N possesses the necessary background to address the Debtor's insurance issues related to abuse claims litigation and related matters that may arise in the course of the Debtor's Chapter 11 case. W&N is both well qualified and uniquely able to act as its special insurance counsel in this Chapter 11 case in an efficient and timely manner.

7. The amount of professional activity anticipated will be quite high each month resulting in the accrual of substantial fees. W&N performed roughly 898 hours of services in 2022. I expect that level of work to continue. Thus, waiting four months or more for any payment for these services will cause a hardship to me and W&N. Notwithstanding this hardship, I believe that

W&N can respond to any reassessment of fees and expenses not ultimately approved by the Court.

I declare under penalty of perjury that the foregoing it true and correct. Executed on September 18, 2023 at Larkspur, California.

_____
Barron Weinstein