Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor and Debtor in Possession. | Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On September 12, 2023, I served a true and correct copy of the following document via the method set forth on the Service List attached hereto as **Exhibit A**.

- **Debtor's (1) Reply to Objection of the United States Trustee to Final Approval of Debtor's Motion for Continued Use of Existing Cash Management System; and (2) Status Report Regarding Compliance with Interim Order Regarding Debtor's Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts [Docket No. 87]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 13, 2023, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Bank of America | P.O. Box 15284 | Wilmington, DE 19850 | | | First Class Mail |
| Bank of America | Attn: Ivan Ruiz | 555 California St, 4th Fl | San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email |
| Bank of San Francisco | Attn: Victor Vasquez | 345 California St, Ste 1600 | San Francisco, CA 94104 | victor.vazquez@bankbsf.com | Email |
| Bank of America Corporate Center | 100 N Tryon St | Charlotte, NC 28255 | | | First Class Mail |
| BofA Securities, Inc | P.O. Box 2010 | Lakewood, NJ 08701 | | | First Class Mail |
| BofA Securities, Inc | Attn: Ivan Ruiz | 555 California St, 4th Fl | San Francisco, CA 94104 | ivan.c.ruiz@bofa.com | Email |
| BridgeBank | P.O. Box 26237 | Las Vegas, NV 89126 | | | First Class Mail |
| BridgeBank | Attn: Margie Stelma | 55 Almaden Blvd, Ste 100 | San Jose, CA 95113 | margie.stelma@bridgebank.com | Email |
| California Bank & Trust | P.O. Box 489 | Lawndale, CA 90260 | | | First Class Mail |
| California Bank & Trust | Attn: Eva Ayala | 520 Capitol Mall, Ste 100 | Sacramento, CA 95814 | eva.ayala@calbt.com | Email |
| Charles Schwab Corp | 633 W 5th St, 24th Fl | Los Angeles, CA 90071 | | | First Class Mail |
| Charles Schwab Corp | El Paso Operation Center | P.O. Box 982600 | El Paso, TX 79998 | | First Class Mail |
| Charles Schwab Corp | Attn: Kyle Hall | 211 Main St | San Francisco, CA 94105 | kyle.b.hall@schwab.com | Email |
| City National Bank | 350 S Grand Ave | Los Angeles, CA 90071 | | | First Class Mail |
| City National Bank | Attn: Kefira Bar-Golani | 1 Almaden Blvd, Ste 100 | San Jose, CA 95113 | kefira.bar-golani@cnb.com | Email |
| Clyde & Co US LLP | Alexander Potente | | | alex.potente@clydeco.us | Email |
| Clyde & Co US LLP | Jason J Chorley | | | jason.chorley@clydeco.us | Email |
| Clyde & Co US LLP | Catalina J Sugayan | | | Catalina.Sugayan@clydeco.us | Email |
| Craig & Winkelman LLP | Robin D Craig | | | rcraig@craig-winkelman.com | Email |
| Crowell & Moring LLP | Mark D Plevin | | | mplevin@crowell.com | Email |
| Crowell & Moring LLP | Miranda H Turner | | | mturner@crowell.com | Email |
| Crowell & Moring LLP | Jordan A Hess | | | jhess@crowell.com | Email |
| Duane Morris LLP | Jeff D Kahane | | | JKahane@duanemorris.com | Email |
| Duane Morris LLP | Russell W Roten | | | RWRoten@duanemorris.com | Email |
| Duane Morris LLP | Andrew Mina | | | AMina@duanemorris.com | Email |
| Duane Morris LLP | Nathan Reinhardt | | | NReinhardt@duanemorris.com | Email |
| Embolden Law PC | Douglas B Provencher | | | dbp@provlaw.com | Email |
| First Republic Bank | 111 Pine St | San Francisco, CA 94111 | | | First Class Mail |
| First Republic Bank & JPMorgan Chase | Attn: Lorrie Pendelton | 101 Pine St | San Francisco, CA 94111 | L.Pendelton@FristRepublic.com | Email |
| Ifrah PLLC | George Calhoun | | | george@ifrahlaw.com | Email |
| JPMorgan Chase Bank, NA | Mail Code LA4-7100 | 700 Kansas Ln | Monroe, LA 71203 | | First Class Mail |
| McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T Bedoyan | | | hagop.bedoyan@mccormickbarstow.com | Email |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Matthew C Lovell | | | mlovell@nicolaidesllp.com | Email |
| Office of the United States Trustee | Attn: Phillip J Shine | 450 Golden Gate Ave, Rm 05-0153 | San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email / First Class Mail |
| Office of the United States Trustee | Attn: Jason Blumberg/ Trevor R Fehr | 501 I St, Ste 7-500 | Sacramento, CA 95814 | Jason.blumberg@usdoj.gov / Trevor.Fehr@usdoj.gov | Email / First Class Mail |
| Office of the United States Trustee | Attn: Deanna K Hazelton | 2500 Tulare St, Ste 1401 | Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email / First Class Mail |
| Parker, Hudson, Rainer & Dobbs LLP | Harris B Winsberg | | | hwinsberg@phrd.com | Email |
| Parker, Hudson, Rainer & Dobbs LLP | Matthew M Weiss | | | mweiss@phrd.com | Email |
| Parker, Hudson, Rainer & Dobbs LLP | Matthew G Roberts | | | mroberts@phrd.com | Email |
| Parker, Hudson, Rainer & Dobbs LLP | R David Gallo | | | dgallo@phrd.com | Email |
| Parker, Hudson, Rainer & Dobbs LLP | Todd C Jacobs | | | tjacobs@phrd.com | Email |
| Parker, Hudson, Rainer & Dobbs LLP | John E Bucheit | | | jbucheit@phrd.com | Email |
| Segal Byrant & Hamill | Attn: Linda Cunnigham | 540 W Madison St, Ste 1000 | Chicago, IL 60661 | lcunningham@sbhic.com | Email |
| Sinnott, Puebla, Campagne & Curet, APLC | Blaise S Curet | | | bcuret@spcclaw.com | Email |
| US Bank | 633 W 5th St, 24th Fl | Los Angeles, CA 90071 | | | First Class Mail |
| US Bank | Institute & Trust | 800 Nicollet Mall | Minneapolis, MN 55402 | | First Class Mail |
| US Bank | Attn: Carolyn Cox | 1 California St, Ste 1000 | San Francisco, CA 94111 | carolyn.cox@usbank.com | Email |
| Wells Fargo Bank NA | Attn: Craig Powers | 420 Montgomery St, 10th Fl | San Francisco, CA 94104 | Craig.Powers@wellsfargo.com | Email |