Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor and Debtor in Possession. | Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On September 13, 2023, I served a true and correct copy of the following documents via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Application to Employ Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP as Bankruptcy Counsel [Docket No. 95]**

- **Declaration of Paul J. Pascuzzi in Support of Application to Employ Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP as Bankruptcy Counsel [Docket No. 96]**

- **Statement Pursuant to Rule 2016(b) [Docket No. 97]**

- **Application to Employ Weinstein & Numbers, LLP as Insurance Counsel Under Section 327(e) [Docket No. 98]**

- **Declaration of Barron L. Weinstein in Support of Application to Employ Weinstein & Numbers, LLP as Insurance Counsel Under Section 327(e) [Docket No. 99]**

- **Application to Employ Weintraub Tobin as Special Corporate and Litigation Counsel Under Section 327(e) [Docket No. 100]**

- **Declaration of Paul E. Gaspari in Support of Application to Employ Weintraub Tobin as Special Litigation Counsel Under Section 327(e) [Docket No. 101]**

- **Application to Employ GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor [Docket No. 102]**

- **Declaration of Wayne P. Weitz in Support of Debtor's Application for an Order Authorizing the Employment and Retention of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor to the Debtor Effective as of August 21, 2023 [Docket No. 103]**

- **Debtor's Application for Entry of an Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions, Inc. as Administrative Agent, and (II) Granting Related Relief [Docket No. 104]**

- **Declaration of Paul H. Deutch in Support of Debtor's Application for Entry of an Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions, Inc. as Administrative Agent, and (II) Granting Related Relief [Docket No. 105]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 14, 2023, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

## EXHIBIT A

**Exhibit A**

**Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>3 Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| 20 Largest | James Susha | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | rob@mezzettilaw.com | Email |
| 20 Largest | Jane Doe SF 1247 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John AA Roe SF | c/o Devin Storey, Esq.<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email |
| 20 Largest | John Doe SALS 1097 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1108 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1109 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1112 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |

**Exhibit A**

**Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 20 Largest | John Doe SALS 1455 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | rick@fjslaw.com | Email |
| 20 Largest | John Doe SF 1019 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1026 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1121 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1227 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email |
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | dms@zalkin.com | Email |
| 20 Largest | JOSEPH DOE SF 531 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 533 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 541 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 582 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | mailbox@psyclaw.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com<br>katz@sheppardmullin.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |