PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporation
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>       Debtor and<br>       Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF PAULA F. CARNEY IN SUPPORT OF APPLICATION TO EMPLOY FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP AS BANKRUPTCY COUNSEL**<br><br>[No Hearing Required] |

I, Paula F. Carney, declare:

1. I am an attorney duly licensed to practice law in the State of California and since 2013 have been General Counsel to The Roman Catholic Archbishop of San Francisco, the Debtor

and Debtor in Possession herein ("RCASF" or "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. This declaration is submitted in support of the Debtor's Application to Employ Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP ("FFWPR") as its bankruptcy counsel (the "Application"). As General Counsel, I am one of the Debtor's responsible individuals for supervising outside counsel and monitoring and controlling legal costs.

3. I am informed and believe, based on communications and representations by FFWPR including the Declaration of Paul Pascuzzi filed in support of the Application, that FFWPR's billing rates and material terms for the engagement are comparable to FFWPR's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

4. The RCASF did not interview other firms prior to selecting FFWPR as its primary bankruptcy co-counsel. FFWPR had been representing the RCASF since prior to the decision to file chapter 11, such that its knowledge of the RCASF operations and situation are significant. FFWPR has substantial experience in diocesan cases and was already representing at least one other diocese in similarly situated situations. Further, FFWPR also was counsel to the Roman Catholic Bishop of Stockton in its chapter 11 case in 2014, which resulted in a successful exit from bankruptcy pursuant to a confirmed plan in 2017. Thus, the RCASF was comfortable with the experience, skill and qualifications of FFWPR.

5. In the normal course of my role as General Counsel, I review and approve the billings of outside counsel. Others at the RCASF may also assist or join in that review. If I have issues with the reasonableness or necessity of any charges or services, I raise them with counsel, discuss them and typically reach a reasonable resolution. The RCASF plans to use similar procedures in this case.

6. In addition, we have reviewed and discussed the need for co-counsel as primary bankruptcy counsel. We understand that FFWPR is a small boutique firm focused on insolvency and commercial litigation, and currently is representing at least one other diocese in its chapter 11 case. The substantial size and complexity of this Bankruptcy Case will necessitate the involvement

of a full-service law firm with the depth and experience of Sheppard, Mullin, Richter, & Hampton LLP ("SMRH") to provide additional services to RCASF that are not duplicative of services that FFWPR will provide. Rather than resulting in any extra expense to the Debtor's estate, it is anticipated that the efficient coordination of efforts of the Debtor's attorneys and other professionals will greatly add to the progress and effective administration of the Bankruptcy Case.

7. I am informed and believe that FFWPR and the other professionals employed in this case will monitor and coordinate with the other professionals to ensure a clear delineation of each firm's respective roles to prevent unnecessary duplication of services and ensure the Bankruptcy Case is administered in the most efficient fashion possible. Rather than resulting in any extra or unnecessary expense to the Debtor's estate, it is anticipated that the efficient coordination of efforts of the Debtor's attorneys and other professionals will greatly add to the progress and effective administration of the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2023, at San Francsico, California.

*/s/ Paula F. Carney*
PAULA F. CARNEY