PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
 ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporation
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
 okatz@sheppardmullin.com
 amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF PAULA F. CARNEY IN SUPPORT OF APPLICATION TO EMPLOY SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS BANKRUPTCY COUNSEL**<br><br>[No Hearing Required] |

I, Paula F. Carney, declare:

1. I am an attorney duly licensed to practice law in the State of California and since 2013 have been General Counsel to The Roman Catholic Archbishop of San Francisco, the Debtor

and Debtor in Possession herein ("RCASF" or "Debtor").  If called as a witness, I would and could testify competently to the matters stated herein.

2. This declaration is submitted in support of the Debtor's Application to Employ Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), the proposed co-bankruptcy counsel (the "Application").  As General Counsel, I am one of the Debtor's responsible individuals for supervising outside counsel and monitoring and controlling legal costs.

3. I am informed and believe, based on communications and representations by Sheppard Mullin including the Declaration of Ori Katz filed in support of the Application, that Sheppard Mullin's billing ratees and material terms for the engagement are comparable to Sheppard Mullin's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.  In fact, as set forth in the Application, Sheppard Mullin agreed to discount its hourly rates by 20% from Sheppard Mullin's normal and customary hourly rates.

4. The RCASF did not interview other firms prior to selecting FFWPR as its primary bankruptcy co-counsel.  The RCASF requested the services of Sheppard Mullin to work alongside FFWPR as co-counsel because the Debtor knows Sheppard Mullin to be skilled in insolvency, reorganization, and commercial transaction matters and that the firm's members have substantial knowledge and experience that will enable them to perform services of special benefit to the Debtor and its estate in a cost-effective manner.  While FFWPR is a small boutique firm focused on insolvency and commercial litigation and holds special expertise in diocese cases, the Debtor believes that the substantial size and complexity of this particular Bankruptcy Case will necessitate the involvement of a full-service law firm with the depth and experience of Sheppard Mullin to work alongside FFWPR as its co-counsel.

5. The Debtor originally engaged Sheppard Mullin in early June of 2023 to assist in preparing a possible chapter 11 bankruptcy filing.  As a result of its prepetition representation of the RCASF, Sheppard Mullin has acquired in-depth knowledge of the Debtor's structure, operations, and liability profile.  As such, Sheppard Mullin possesses the necessary background to address the legal issues and related matters that may arise in the administration of the Bankruptcy

Case.

6. In the normal course of my role as General Counsel, I review and approve the billings of outside counsel. Others at the RCASF may also assist or join in that review. If I have issues with the reasonableness or necessity of any charges or services, I raise them with counsel, discuss them and typically reach a reasonable resolution. The RCASF plans to use similar procedures in this case.

7. In addition, we have reviewed and discussed the need for co-counsel as primary bankruptcy counsel. We understand that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP ("FFWPR") is a small boutique firm focused on insolvency and commercial litigation, and currently is representing at least one other diocese in its chapter 11 case. The substantial size and complexity of this Bankruptcy Case will necessitate the involvement of a full-service law firm with the depth and experience of Sheppard Mullin to provide additional services to RCASF that are not duplicative of services that FFWPR will provide. Rather than resulting in any extra expense to the Debtor's estate, it is anticipated that the efficient coordination of efforts of the Debtor's attorneys and other professionals will greatly add to the progress and effective administration of the Bankruptcy Case.

8. I am informed and believe that Sheppard Mullin and the other professionals employed in this case will monitor and coordinate with the other professionals to ensure a clear delineation of each firm's respective roles to prevent unnecessary duplication of services and ensure the Bankruptcy Case is administered in the most efficient fashion possible. Rather than resulting in any extra or unnecessary expense to the Debtor's estate, it is anticipated that the efficient coordination of efforts of the Debtor's attorneys and other professionals will greatly add to the progress and effective administration of the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2023, at San Francsico, California.

*/s/ Paula F. Carney*
PAULA F. CARNEY

Case No. 23-30564
DECLARATION IN SUPPORT OF
APPLICATION TO EMPLOY SMRH
-3-
Case: 23-30564  Doc# 140  Filed: 09/19/23  Entered: 09/19/23 16:36:56  Page 3 of 3