PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporation
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>**DECLARATION OF PAULA F. CARNEY IN SUPPORT OF APPLICATION TO EMPLOY WEINTRAUB TOBIN AS SPECIAL LITIGATION COUNSEL UNDER SECTION 327(e)**<br><br>[No Hearing Required] |

I, Paula F. Carney, declare:

1.　　　I am an attorney duly licensed to practice law in the State of California and since 2013 have been General Counsel to The Roman Catholic Archbishop of San Francisco, the Debtor

and Debtor in Possession herein ("RCASF" or "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. This declaration is submitted in support of the Debtor's Application to Employ Weintraub Tobin Chediak Coleman & Grodin ("Weintraub"), proposed special litigation counsel (the "Application"). As General Counsel, I am one of the Debtor's responsible individuals for supervising outside counsel and monitoring and controlling legal costs.

3. I am informed and believe, based on communications and representations by Weintraub and the Declaration of Paul Gaspari filed in support of the Application, that Weintraub's billing rates and material terms for the engagement are comparable to Weintraub's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals. The terms of the bankruptcy engagement are substantially similar to the pre-bankruptcy engagement of Weintraub.

4. For the reasons set forth herein, the RCASF did not interview other firms prior to selecting Weintraub as its special litigation counsel. Weintraub is and has been counsel of record for the RCASF in the pending joint coordinated proceeding in Alameda Superior Court ("JCP 5108"), where all complaints against northern California diocesan entities are being jointly administered before Judge Evelio Grillo, including complaints filed against the RCASF. Weintraub partners Paul Gaspari and Daniel Zamora were appointed as Institutional Defense Liaison Counsel in the coordinated proceeding. The Tobin & Tobin firm, prior to merger with Weintraub, has acted as counsel for the RCASF since approximately 1860.

5. Weintraub has defended the RCASF in clergy abuse litigation since at least 1988, including in and around 2003, when the statute of limitations was first opened for a one-year window ("Clergy III"). At that time, Weintraub defended the RCASF in approximately 100 cases, which were resolved through trial and mediation. Through the years since 2003, Weintraub has continued to defend the RCASF in clergy abuse litigation.

6. In addition to services defending the RCASF against abuse claims, Weintraub also has represented the RCASF in various other, non-abuse matters, including several employment related cases. Also, as part of the services the firm provides to the RCASF, from time to time,

Weintraub advises the RCASF on general legal matters.

7. As a result of its extensive history and prepetition representation of the RCASF and its related entities, Weintraub has acquired in-depth knowledge of the Debtor's corporate, business and litigation affairs, all of which will be involved in the Bankruptcy Case. As such, Weintraub possesses the necessary background to address the Debtor's operational, corporate, state court abuse claims litigation and related matters that may arise in the course of the Debtor's Bankruptcy Case. Accordingly, the Debtor believes Weintraub is both well qualified and uniquely able to act as its special corporate and abuse claims litigation counsel in this Bankruptcy Case in an efficient and timely manner.

8. In the normal course of my role as General Counsel, I review and approve the billings of outside counsel. Others at the RCASF may also assist or join in that review. If I have issues with the reasonableness or necessity of any charges or services, I raise them with counsel, discuss them and typically reach a reasonable resolution. The RCASF plans to use similar procedures in this case.

9. I am informed and believe that Weintraub and the other professionals employed in this case will monitor and coordinate with the other professionals to ensure a clear delineation of each firm's respective roles to prevent unnecessary duplication of services and ensure the Bankruptcy Case is administered in the most efficient fashion possible. Other than two primary bankruptcy counsels to provide needed depth and experience, each other firm has a specific area of expertise with clear delineations of areas of service. Rather than resulting in any extra or unnecessary expense to the Debtor's estate, it is anticipated that the efficient coordination of efforts of the Debtor's attorneys and other professionals will greatly add to the progress and effective administration of the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2023, at San Francsico, California.

*/s/ Paula F. Carney*
PAULA F. CARNEY