Entered on Docket
September 20, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 20, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                    jrios@ffwplaw.com
                    tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:           okatz@sheppardmullin.com
                    amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER EXTENDING TIME FOR DEBTOR TO FILE INITIAL MONTHLY OPERATING REPORT**<br><br>No Hearing Requested |

　　　　The Court having considered the *Ex Parte Application for an Order Extending the Time for Debtor to File Initial Monthly Operating Report* (the "<u>Application</u>") filed by the Debtor[1], on

---

[1] Capitalized terms not otherwise defined in this Amended Order shall have the same meanings ascribed to them in the Application.

-1-

September 18, 2023, having considered all pleadings and evidence filed in connection with the Application, and good cause appearing for the relief requested in the Application,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The deadline for Debtor to file the initial monthly operating report (MOR) is extended by one month. Debtor is ordered to file the initial monthly operating report no later than October 23, 2023.

3. The deadlines to file all subsequent MORs remain unaffected. Each subsequent MOR will be filed no later than the 21st day of each month.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

Registered ECF Participants Only.