1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:         ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9    A Limited Liability Partnership
     Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
12 Email:         okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
13
   Proposed Attorneys for The Roman Catholic
14 Archbishop of San Francisco

15                    UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| 17 | In re | Case No. 23-30564 |
|---|---|---|
| 18 | THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| 19 | | **NOTICE OF ERRATA RE DECLARATION OF ORI KATZ IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS BANKRUPTCY COUNSEL** |
| 20 | Debtor and Debtor in Possession. | |
| 21 | | |
| 22 | | |
| 23 | | Judge:   Hon. Dennis Montali |
| 24 | | *No Hearing Required* |

-1-

Case No. 23-30564

NOTICE OF ERRATA

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that The Roman Catholic Archbishop of San Francisco (the "Debtor"), the debtor and debtor in possession in the above-captioned case (the "Bankruptcy Case") submits this notice of errata regarding the *Declaration of Ori Katz in Support of Debtor's Application to Employ Sheppard, Mullin, Richter & Hampton LLP as Bankruptcy Counsel* filed by the Debtor on September 18, 2023 as ECF No. 120-1 (the "Katz Declaration"). Due to inadvertence, the Katz Declaration incorrectly lists the Debtor's name on the caption page as Misen Inc. rather than The Roman Catholic Archbishop of San Francisco and the division in which the Bankruptcy Case is pending as San Jose rather than San Francisco.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a corrected copy of the caption page of the Katz Declaration naming The Roman Catholic Archbishop of San Francisco as the name of the Debtor and listing San Francisco as the division in which the case is pending.

Dated: September 20, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN
Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

Case: 23-30564   Doc# 145   Filed: 09/20/23   Entered: 09/20/23 15:52:15   Page 2 of 4

# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| 1 | PAUL J. PASCUZZI, State Bar No. 148810 |
| | JASON E. RIOS, State Bar No. 190086 |
| 2 | THOMAS R. PHINNEY, State Bar No. 159435 |
| | FELDERSTEIN FITZGERALD |
| 3 |    WILLOUGHBY PASCUZZI & RIOS LLP |
| | 500 Capitol Mall, Suite 2250 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 329-7400 |
| 5 | Facsimile: (916) 329-7435 |
| | Email: ppascuzzi@ffwplaw.com |
| 6 |          jrios@ffwplaw.com |
| |          tphinney@ffwplaw.com |

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession | **DECLARATION OF ORI KATZ IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS BANKRUPTCY COUNSEL** |
| | Judge: Hon. Dennis Montali |
| | *No Hearing Required* |

Case No. 23-30564
SMRH:4878-2418-6298.3    KATZ DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY SMRH
Case: 23-30564   Doc# 145   Filed: 09/20/23   Entered: 09/20/23 15:52:15   Page 4 of 4