Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　　　Debtor and<br>　　　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On September 12, 2023, I served a true and correct copy of the following documents (i) via the method set forth on the Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Interim Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims [Docket No. 38]**

- **Request for Notice Form[1]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 15, 2023, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

---

[1]A copy of the Form is attached as **Exhibit C**.

# EXHIBIT A

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| ACC Business | P.O. Box 5077 | Carol Stream, IL 60197 | | | | First Class Mail |
| ADP, Inc | 1 ADP Blvd | Roseland, NJ 07068 | | | | First Class Mail |
| AIG | Attn: Nancy Lew | 100 Connell Dr | Berkeley Heights, NJ 07922 | | | First Class Mail |
| Allied World Assurance Co | aka AWAC | 27 Richmond Rd | Pembroke, HM 08 | Bermuda | | First Class Mail |
| American Core Realty Fund, LP/ ACRF Management, LLC | Attn: Stanley Leaman | 515 S Flower St | Los Angeles, CA 90071 | | | First Class Mail |
| ARAMARK Sports and Entertainment Services, LLC | Attn: Linda Casey | 800 Asilomar Ave | Pacific Grove, CA 93950 | | asilomaraccounting@aramark.com; Serna-Fhan@aramark.com | Email; First Class Mail |
| ARCH Insurance Co | 11315 Corporate Blvd, Ste 200 | Orlando, FL 32817 | | | | First Class Mail |
| Archbishop Riordan High School | 175 Frida Kahlo Way | San Francisco, CA 94112 | | | alawson@riordanhs.org; finance@riordanhs.org | Email |
| Arizona Dept of Revenue | P.O. Box 52123 | Phoenix, AZ 85072 | | | | First Class Mail |
| Arthur J Gallagher Risk Management Services LLC | Attn: Michael Gallagher | P.O. Box 742686 | Los Angeles, CA 90074 | | | First Class Mail |
| Aspen Insurance | 499 Washington Blvd | Jersey City, NJ 07310 | | | | First Class Mail |
| AT&T | P.O. Box 5025 | Carol Stream, IL 60197-5025 | | | | First Class Mail |
| AXIS Capital | 92 Pitts Bay Rd | Pembroke, HM 08 | Bermuda | | | First Class Mail |
| Bank of America | Attn: Ivan Ruiz | 555 California St, 4th Fl | San Francisco, CA 94104 | | | First Class Mail |
| Bank of America | P.O. Box 15284 | Wilmington, DE 19850 | | | | First Class Mail |
| Bank of San Francisco | Attn: Victor Vasquez | 345 California St, Ste 1600 | San Francisco, CA 94104 | | victor.vazquez@bankbsf.com | Email |
| Bank of America Corporate Center | 100 N Tryon St | Charlotte, NC 28255 | | | | First Class Mail |
| Beacon Pointe Advisory, LLC | Attn: Felix Lin | 24 Corporate Plaza Dr, Ste 150 | Newport Beach, CA 92660 | | | First Class Mail |
| Beacon Pointe Advisory, LLC | Attn: Shannon Eusey | 24 Corporate Plaza Dr, Ste 150 | Newport Beach, CA 92660 | | | First Class Mail |
| Beasley Insurance Services | 101 California St, Ste 1850 | San Francisco, CA 94111 | | | usainfo@beasley.com | Email |
| Benefit Allocation Systems, LLC | Attn: Marla Roshkoff | P.O. Box 417969 | Boston, MA 02241 | | AccountingDept@basusa.com | Email |
| Berkley Insurance Co | 475 Steamboat Rd | Greenwich, CT 06830 | | | | First Class Mail |
| Blackbaud | Attn: David Benjamin | 65 Fairchild St | Charleston, SC 29492 | | | First Class Mail |
| BofA Securities, Inc | Attn: Ivan Ruiz | 555 California St, 4th Fl | San Francisco, CA 94104 | | ivan.c.ruiz@bofa.com | Email |
| BofA Securities, Inc | P.O. Box 3010 | Lakewood, NJ 08701 | | | | First Class Mail |
| BPM LLP | 1 California St, Ste 2500 | San Francisco, CA 94109 | | | | First Class Mail |
| BridgeBank | Attn: Margie Stelma | 55 Almaden Blvd, Ste 100 | San Jose, CA 95113 | | margie.stelma@bridgebank.com | Email |
| BridgeBank | P.O. Box 26237 | Las Vegas, NV 89126 | | | | First Class Mail |
| California Bank & Trust | Attn: Eva Ayala | 520 Capitol Mall, Ste 100 | Sacramento, CA 95814 | | eva.ayala@calbt.com | Email |
| California Bank & Trust | P.O. Box 489 | Lawndale, CA 90260 | | | | First Class Mail |
| California Dept of Justice | c/o Accounting Office & Reimb Mgmt Unit | P.O. Box 944255 | Sacramento, CA 94244 | | | First Class Mail |
| California Dept of Motor Vehicles | P.O. Box 942894 | Sacramento, CA 94294 | | | | First Class Mail |
| California Dept of Tax And Fee Admin | P.O. Box 942879 | Sacramento, CA 94279 | | | | First Class Mail |
| California Office of the Attorney General | 1300 I St, Ste 1142 | Sacramento, CA 95814 | | | | First Class Mail |
| California Secretary of State | 1500 11th St | Sacramento, CA 95814 | | | | First Class Mail |
| California State Controller | Unclaimed Property Division | P.O. Box 942850 | Sacramento, CA 94250 | | | First Class Mail |
| California Water Service Co | P.O. Box 4500 | Whittier, CA 90607-4500 | | | | First Class Mail |
| Catholic Charities CYO of the Archdiocese of San Francisco | Attn: Archbishop George Niederauer | 990 Eddy St | San Francisco, CA 94109 | | | First Class Mail |
| Charles Schwab Corp | Attn: Kyle Hall | 211 Main St | San Francisco, CA 94105 | | kyle.b.hall@schwab.com | Email |
| Charles Schwab Corp | 633 W 5th St, 24th Fl | Los Angeles, CA 90071 | | | | First Class Mail |
| Charles Schwab Corp | El Paso Operation Center | P.O. Box 982600 | El Paso, TX 79998 | | | First Class Mail |
| Chesterton Academy of San Francisco | Attn: John Doeling | 320 Middlefield Rd | Menlo Park, CA 94025 | | | First Class Mail |
| Children's Council of San Francisco | 445 Church St | San Francisco, CA 94114 | | | | First Class Mail |
| Chubb | McKesson Plz, Post St, 1st Fl | San Francisco, CA 94104 | | | | First Class Mail |
| City National Bank | Attn: Kefira Bar-Gotein | 1 Almaden Blvd, Ste 100 | San Jose, CA 95113 | | kefira.bar-gotein@cnb.com | Email |
| City National Bank | 350 S Grand Ave | Los Angeles, CA 90071 | | | | First Class Mail |
| City of Menlo Park | c/o Police Dept - Alarm | 701 Laurel St | Menlo Park, CA 94025 | | | First Class Mail |
| Clyde & Co US LLP | Attn: Catalina J Sugayan | 55 W Monroe St, Unit 3000 | Chicago, IL 60603 | | Catalina.Sugayan@clydeco.us | Email |
| Clyde & Co US LLP | Attn: Alexander Potente | Attn: Jason J Chorley | 150 California St, 15th Fl | San Francisco, CA 94111 | alex.potente@clydeco.us | Email |
| Colorado Dept of Revenue | 1881 Pierce St | Lakewood, CO 80214 | | | | First Class Mail |
| Comcast | P.O. Box 60533 | City of Industry, CA 91716-0533 | | | | First Class Mail |
| Community Brands Intermediate, LLC and Affiliates | Attn: Corey Puthoffoakley | 9620 Executive Center Dr N, Ste 200 | St Petersburg, FL 33702 | | | First Class Mail |
| Comptroller, Phil Iacozo | Marist Center | 4408 8th St NE | Washington, DC 20017 | | | First Class Mail |
| Count Ordered Debt Collections | c/o Franchise Tax Board | P.O. Box 1328 | Rancho Cordova, CA 95741 | | | First Class Mail |
| Craig & Winkelman LLP | Attn: Robin D Craig | 2001 Addison St, Ste 300 | Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| Crowell & Moring LLP | Attn: Miranda H Turner | Attn: Jordan A Hess | 1001 Pennsylvania Ave, NW | Washington, DC 20004 | mturner@crowell.com | Email |
| Crowell & Moring LLP | Attn: Mark D Plevin | 3 Embarcadero Ctr, 26th Fl | San Francisco, CA 94111 | | mplevin@crowell.com | Email |
| Cruise LLC | Attn: William Nash | 1656 California St | San Francisco, CA 94109 | | | First Class Mail |
| Daughters of Charity of St Vincent De Paul Province of the West | 1615 Broadway | San Francisco, CA 94109 | | | | First Class Mail |
| David Steinberg | c/o Monty White LLP | Attn: Matthew N White, Esq | 1000 4th St | San Rafael, CA 94901 | | First Class Mail |
| Dept of Motor Vehicles | P.O. Box 942897 | Sacramento, CA 94297 | | | | First Class Mail |
| Dept of Public Health | c/o Healthy Housing & Vector Control Program | P.O. Box 7429 | San Francisco, CA 94120 | | | First Class Mail |
| Emboldien Law PC | Attn: Douglas B Provencher | 823 Sonoma Ave | Santa Rosa, CA 95404-4714 | | dbp@proviaw.com | Email |
| Employment Development Dept | P.O. Box 989061 | W Sacramento, CA 95798 | | | | First Class Mail |
| Evanston | c/o Markel | 10275 W Higgins Rd, Ste 750 | Rosemond, IL 60018 | | | First Class Mail |
| EVERFI, Inc | P.O. Box 826024 | Philadelphia, PA 19182 | | | billing@everfi.com | Email |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi | 500 Capitol Mall, Ste 2250 | Sacramento, CA 95814 | | pPascuzzi@ffwplaw.com | Email |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi | Attn: Jason Rios, Thomas Phinney | 500 Capitol Mall, Ste 2250 | Sacramento, CA 95814 | ppascuzzi@ffwplaw.com | Email |
| Fidelity Security Life Insurance Co | Attn: Seline Gomes | 3130 Broadway | Kansas City, MO 64111 | | remittancesupport@myemed.com | Email |
| First Republic Bank | 111 Pine St | San Francisco, CA 94111 | | | | First Class Mail |
| First Republic Bank & JPMorgan Chase | Attn: Lorrie Pendelton | 101 Pine St | San Francisco, CA 94111 | | L.Pendelton@FirstRepublic.com | Email |
| Fivable, LLC | Attn: Bryan Murdaugh | 1204 Lexington Ave, Ste 2A | Irmo, SC 29063 | | Murdaugh@Fivable.com | Email |
| Florida Dept of Revenue | 5050 W Tennessee St | Tallahassee, FL 32399 | | | | First Class Mail |
| FOCUS | Attn: Hilary Drafts | 603 Park Point Dr | Genesee, CO 80401 | | Hilary.drafts@focus.org | Email |
| General Star National Insurance Co | 120 Long Ridge Rd | Samford, CT 06902 | | | | First Class Mail |
| George Hills Co, Inc | Attn: John Chaquica | P.O. Box 278 | Rancho Cordova, CA 95741 | | | First Class Mail |
| Georgia Dept of Revenue Processing Center | P.O. Box 740397 | Atlanta, GA 30374 | | | | First Class Mail |
| Gina Wilson | c/o Boxer Gerson LLP | Attn: Warren Pulley, Esq | 300 Frank H Ogawa Plz, Ste 500 | Oakland, CA 94612 | | First Class Mail |
| GlassRatner Advisory & Capital Group, LLC | Attn: Wayne Weitz | 3445 Peachtree Rd, Ste 1225 | Atlanta, GA 30326 | | WWeitz@brileyfin.com | Email |
| Global Retirement Partners, LLC dba Heffernan Retirement Services | Attn: Blake Thibault | 1350 Carlback Ave | Walnut Creek, CA 94596 | | | First Class Mail |
| Golden Bear Insurance Co | 1550 W Fremont St | Stockton, CA 95203 | | | | First Class Mail |
| Great American Insurance Group | P.O. Box 5425 | Cincinnati, OH 45201 | | | | First Class Mail |
| GuideOne Mutual Insurance Co | P.O. Box 14599 | Des Moines, IA 50306 | | | | First Class Mail |
| Homeland Insurance Co | 601 Hwy 169 N | Plymouth, MN 55441 | | | | First Class Mail |
| Ifrah PLLC | Attn: George Calhoun | 1717 Pennsylvania Ave, NW, Ste 650 | Washington DC 20006 | | george@ifrahlaw.com | Email |
| Institutional Shareholder Services, Inc | 101 Jefferson Dr | Menlo Park, CA 94025 | | | | First Class Mail |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101 | | | | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | First Class Mail |
| Intersection Media, LLC | Attn: Ashley Johnson | 10 Hudson Yards, 27th Fl | New York, NY 10001 | | AR@intersection.com | Email |
| Ironshore | 175 Berkeley St | Boston, MA 02116 | | | | First Class Mail |
| James Susha | c/o Mezzetti Law Firm, Inc | Attn: Robert Mezzetti, II | 31 E Julian St | San Jose, CA 95112 | rob@mezzettilaw.com | Email |
| Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Mezzetti Law Firm, Inc | Attn: Robert Mezzetti, II | 31 E Julian St | San Jose, CA 95112 | rob@mezzettilaw.com | Email |
| Jane Doe SF 1247 | c/o Jeff Anderson & Associates | Attn: J Michael Reck | 12011 San Vicente Blvd, Ste 700 | Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| JEH Enterprises, Inc | 1600 Van Ness Ave | San Francisco, CA 94109 | | | | First Class Mail |
| Jerome S Burstein, PhD | Address Redacted | | | | Email Address Redacted | Email |
| John Ace Doe SF | c/o The Zalkin Law Firm, PC | Attn: Devin Storey | 10590 W Ocean Air Dr, Ste 125 | San Diego, CA 92130 | dms@zalkin.com | Email |
| John DB Roe SF | c/o The Zalkin Law Firm, PC | Attn: Devin Storey | 10590 W Ocean Air Dr, Ste 125 | San Diego, CA 92130 | dms@zalkin.com | Email |
| John Doe SALS 1097 | c/o Furtado, Jaspovice & Simons | 6589 Bellhurst Ln | Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| John Doe SALS 1108 | c/o Furtado, Jaspovice & Simons | 6589 Bellhurst Ln | Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| John Doe SALS 1109 | c/o Furtado, Jaspovice & Simons | 6589 Bellhurst Ln | Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| John Doe SALS 1112 | c/o Furtado, Jaspovice & Simons | 6589 Bellhurst Ln | Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| John Doe SALS 1455 | c/o Furtado, Jaspovice & Simons | 6589 Bellhurst Ln | Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| John Doe SF 1019 | c/o Jeff Anderson & Associates | Attn: J Michael Reck | 12011 San Vicente Blvd, Ste 700 | Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |
| John Doe SF 1026 | c/o Jeff Anderson & Associates | Attn: J Michael Reck | 12011 San Vicente Blvd, Ste 700 | Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email |

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, (Case No. 23-30564)

| Name | Care Of | Attn | Address | City/State | Email | Method of Service |
|---|---|---|---|---|---|---|
| John Doe SF 1121 | c/o Jeff Anderson & Associates | Attn: J Michael Reck | 12011 San Vicente Blvd, Ste 700 | Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email / First Class Mail |
| John Doe SF 1227 | c/o Jeff Anderson & Associates | Attn: J Michael Reck | 12011 San Vicente Blvd, Ste 700 | Los Angeles, CA 90049 | mreck@andersonadvocates.com | Email / First Class Mail |
| John PR Roe SF | c/o The Zalkin Law Firm, PC | Attn: Devin Storey | 10590 W Ocean Air Dr, Ste 125 | San Diego, CA 92130 | dms@zalkin.com | Email / First Class Mail |
| John RA Roe SF | c/o The Zalkin Law Firm, PC | Attn: Devin Storey | 10590 W Ocean Air Dr, Ste 125 | San Diego, CA 92130 | dms@zalkin.com | Email / First Class Mail |
| Joseph Doe SF 531 | c/o Joseph George Jr Law Corp | | 601 University Ave, Ste 270 | Sacramento, CA 95825 | mailbox@joyclaw.com | Email / First Class Mail |
| Joseph Doe SF 533 | c/o Joseph George Jr Law Corp | | 601 University Ave, Ste 270 | Sacramento, CA 95825 | mailbox@joyclaw.com | Email / First Class Mail |
| Joseph Doe SF 541 | c/o Joseph George Jr Law Corp | | 601 University Ave, Ste 270 | Sacramento, CA 95825 | mailbox@joyclaw.com | Email / First Class Mail |
| Joseph Doe SF 582 | c/o Joseph George Jr Law Corp | | 601 University Ave, Ste 270 | Sacramento, CA 95825 | mailbox@joyclaw.com | Email / First Class Mail |
| JPMorgan Chase Bank, NA | Mail Code LA4-7100 | | 700 Kansas Ln | Monroe, LA 71203 | | First Class Mail |
| Junipero Serra High School | | | 451 W 20th Ave | San Mateo, CA 94403 | bthornton@serrahs.com; lpadilla@serrahs.com | Email / First Class Mail |
| Junipero Serra High School | Attn: Barry Thornton | | 451 W 20th Ave | San Mateo, CA 94403 | bthornton@serrahs.com; lpadilla@serrahs.com | Email / First Class Mail |
| Kern County Treasurer | c/o Payment Center | Attn: Tax Collector | P.O. Box 541004 | Los Angeles, CA 90054 | | First Class Mail |
| Kimpact Evergreen Real Estate Investment Fund, LP | 30242 Esperanza | | Rancho Santa Margarita, CA 92688 | | | First Class Mail |
| Kinsale Insurance | 2035 Maywill St, Ste 100 | | Richmond, VA 23230 | | | First Class Mail |
| Landmark | c/o KSLit | | 2679 W Main St, Ste 300 | Littleton, CO 80120 | | First Class Mail |
| Lexington Insurance Co | 99 High St, 24th Fl | | Boston, MA 02110 | | | First Class Mail |
| Liberty Mutual Insurance | 175 Berkeley St | | Boston, MA 02116 | | | First Class Mail |
| Lloyds | 280 Park Ave, E Tower, 25th Fl | | New York, NY 10017 | | | First Class Mail |
| Lloyds A | 280 Park Ave, E Tower, 25th Fl | | New York, NY 10017 | | | First Class Mail |
| Lloyds B | 280 Park Ave, E Tower, 25th Fl | | New York, NY 10017 | | | First Class Mail |
| Lloyds C | 280 Park Ave, E Tower, 25th Fl | | New York, NY 10017 | | | First Class Mail |
| Lloyds D | 280 Park Ave, E Tower, 25th Fl | | New York, NY 10017 | | | First Class Mail |
| Marin Catholic High School | 675 Sir Francis Drake Blvd | | Kentfield, CA 94904 | | mmartini@marincatholic.org; tmarrett@marincatholic.org | Email / First Class Mail |
| McCloskey Construction Co | Attn: Robert DeBeltrand | | 723 Church St | Buford, GA 30518 | | First Class Mail |
| McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan | | 7647 N Fresno St | Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email / First Class Mail |
| Mia Sanchez | c/o The Killino Firm, PC | Attn: Eileen Mungcal, Esq | 50 California St, 35th Fl | San Francisco, CA 94111 | emungcal@killinofirm.com | Email / First Class Mail |
| Michael Martinez | c/o Century Law Group LLP | Attn: Karen A Larson, Esq | 5200 W Century Blvd, Ste 345 | Los Angeles, CA 90045 | | First Class Mail |
| Mitsui Sumitomo Insurance | 15 Independence Blvd | P.O. Box 4602 | Warren, NJ 07059 | | | First Class Mail |
| Montauk Triguard Fund IX LP | Attn: Erica Sims | | 200 Spectrum Center Dr, Ste 2050 | Irvine, CA 92618 | TriGuardFunds@kirkland.com | Email / First Class Mail |
| New Mexico Taxation and Revenue Dept | P.O. Box 25127 | | Santa Fe, NM 87504 | | | First Class Mail |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell | Attn: Laura H Smith | 101 Montgomery St, Ste 2300 | San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email / First Class Mail |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell | | 101 Montgomery St, Ste 2300 | San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email / First Class Mail |
| Nicolay Consulting Group, Inc | Attn: Eric Waldschmidt | | 231 Sansome St, Ste 300 | San Francisco, CA 94104 | | First Class Mail |
| Office of the United States Trustee | Attn: Phillip J Shine | | 450 Golden Gate Ave, Rm 05-0153 | San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email / First Class Mail |
| Office of the United States Trustee | Attn: Jason Blumberg/ Trevor R Fehr | | 501 I St, Ste 7-500 | Sacramento, CA 95814 | jason.blumberg@usdoj.gov | Email / First Class Mail |
| Office of the United States Trustee | Attn: Deanna K Hazelton | | 2500 Tulare St, Ste 1401 | Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email / First Class Mail |
| Office of the US Trustee | Attn: Phillip J Shine | | 450 Golden Gate Ave, Rm 05-0153 | San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email / First Class Mail |
| Office of the US Trustee | Attn: Jason Blumberg | | 501 I St, Ste 7-500 | Sacramento, CA 95814 | jason.blumberg@usdoj.gov | Email / First Class Mail |
| Pacific Gas & Electric | P.O. Box 997300 | | Sacramento, CA 95899-7300 | | | First Class Mail |
| Palms Insurance- Sutton Spec | 700 Universe Blvd | | June Beach, FL 33408 | | | First Class Mail |
| Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs | Attn: John E Bucheit | 2 N Riverside Plz, Ste 1850 | Chicago, IL 60606 | tjacobs@phrd.com | Email / First Class Mail |
| Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts/Attn: R David Gallo | | 303 Peachtree St NE, Ste 3600 | Atlanta, Georgia 30308 | hwinsberg@phrd.com | Email / First Class Mail |
| Partners Group Private Equity (Master Fund), LLC | 1 Heritage Dr | | North Quincy, MA 02171 | | | First Class Mail |
| Paula Edmonson | c/o Bain Mazza & Debski LLP | Attn: Katherine A Debski, Esq | 951 Mariners Island Blvd, Ste 300 | San Mateo, CA 94404 | | First Class Mail |
| Peter Marlow | Address Redacted | | | | Email Address Redacted | Email / First Class Mail |
| Pitney Bowes | Attn: Justin Abelya | | 3001 Summer St | Stamford, CT 06926 | justin.abelya@pb.com | Email / First Class Mail |
| QBE Insurance Corp | Attn: Nancy Liew | | 88 Pine St, 16th Fl | New York, NY 10005 | | First Class Mail |
| Recology Golden Gate | aka Recology Sunset Scavenger | | 250 Executive Park Blvd, Ste 2100 | San Francisco, CA 94134-3306 | | First Class Mail |
| Recology San Mateo | 225 Shoreway Rd | | San Carlos, CA 94070 | | | First Class Mail |
| Recology San Mateo | P.O. Box 848268 | | Los Angeles, CA 90084-8268 | | | First Class Mail |
| Recology San Mateo County | P.O. Box 848268 | | Los Angeles, CA 90084 | | | First Class Mail |
| Redwall Kairos Real Estate Value Fund VIII | 30242 Esperanza | | Rancho Santa Margarita, CA 92688 | | | First Class Mail |
| Redwall Kairos V-GP, LLC & Kairos Incentive Co, LLC | 30242 Esperanza | | Rancho Santa Margarita, CA 92688 | | | First Class Mail |
| Reliance Life Insurance | Attn: Amber Busch | | P.O. Box 6504 | Carol Stream, IL 60197 | | First Class Mail |
| Rite Aid Hdqtrs Corp | Attn: Summer Kerley | | 200 Newberry Commons | Etters, PA 17319 | | First Class Mail |
| Robert Larsen | Address Redacted | | | | | First Class Mail |
| Robert O'Connor | c/o Scheren Smith & Kenny LLP | Attn: Ryan Stahl, Esq | 140 Geary St, Ste 7 | San Francisco, CA 94108 | | First Class Mail |
| Roman Catholic Archbishop of San Francisco Dept of Cemeteries | Attn: Monica Williams | | P.O. Box 1577 | Colma, CA 94014 | moreinfo@holycrosscemeteries.com | Email / First Class Mail |
| Rosalie Marcic | c/o Law Offices of Jeannette A Vaccaro | Attn: Jeannette Vaccaro, Esq | 315 Montgomery St, 10th Fl | San Francisco, CA 94104 | jv@jvlaw.com | Email / First Class Mail |
| Ryan Law | Attn: Andrew G Watters, Esq | | 555 Twin Dolphin Dr, Ste 135 | Redwood City, CA 94065 | andrew@andrewwatters.com | Email / First Class Mail |
| Sacred Heart Cathedral Preparatory | 1055 Ellis St | | San Francisco, CA 94109 | | mskrade@shcp.edu; bmarquez@shcp.edu | Email / First Class Mail |
| Sage Intacct, Inc | Attn: Richard Lowenstein | | 300 Park Ave, Ste 1400 | San Jose, CA 95110 | richard.lowenstein@sage.com | Email / First Class Mail |
| Sage Intacct, Inc | Attn: Nik Puri | | 300 Park Ave, Ste 1400 | San Jose, CA 95110 | nik.puri@sage.com | Email / First Class Mail |
| San Francisco County Clerk | City Hall | | 1 Dr Carlton B Goodlett Pl, Rm 168 | San Francisco, CA 94102 | | First Class Mail |
| San Francisco Tax Collector | c/o Secured Property Tax | | P.O. Box 7426 | San Francisco, CA 94120 | PTwires.TTX@sfgov.org | Email / First Class Mail |
| San Francisco Water, Power & Sewer | P.O. Box 7369 | | San Francisco, CA 94120-7369 | | | First Class Mail |
| San Mateo County Tax Collector | 555 County Ctr, 1st Fl | | Redwood City, CA 94063 | | | First Class Mail |
| Segal Bryant & Hamill | Attn: Linda Cunningham | | 540 W Madison St, Ste 1900 | Chicago, IL 60661 | lcunningham@sbhic.com | Email / First Class Mail |
| Seneca Family of Agencies | 45 Farallones St | | San Francisco, CA 94112 | | | First Class Mail |
| Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz, Alan H Martin | | 4 Embarcadero Ctr, 17th Fl | San Francisco, CA 94111-4109 | katz@sheppardmullin.com | Email / First Class Mail |
| Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet | | 2000 Powell St, Ste 830 | Emeryville, CA 94608 | bcuret@spcclaw.com | Email / First Class Mail |
| State of California Franchise Tax Board | P.O. Box 942867 | | Sacramento, CA 94267 | | | First Class Mail |
| Stewardship Planned Giving | Attn: Mark Henry | | 6713 Old Jacksonville Hwy, Ste 105 | Tyler, TX 75703 | mark@stewardshipplannedgiving.com | Email / First Class Mail |
| Texas Surplus Ins | c/o Texas Insurance Co | Attn: Amwin Address | 221 Main St, Ste 580 | San Francisco, CA 94115 | | First Class Mail |
| The Archdiocese of San Francisco Capital Assets Support Corp | 1301 Post St | | San Francisco, CA 94109 | | | First Class Mail |
| The Archdiocese of San Francisco Parish & | School Juridic Persons Real Property Support Corp | | 1301 Post St | San Francisco, CA 94109 | | First Class Mail |
| The GDR Group | Attn: Marvin Sanchez | | 3 Park Plaza, Ste 1700 | Irvine, CA 92614 | billing@gdrgroup.com | Email / First Class Mail |
| The GDR Group | Attn: Randy Redwitz | | 3 Park Plaza, Ste 1700 | Irvine, CA 92614 | billing@gdrgroup.com | Email / First Class Mail |
| The Giving Block | Attn: Brandon Baird | | 78 SW 7th St, Ste 500 | Miami, FL 33130 | brandon@thegivingblock.com | Email / First Class Mail |
| The Hartford Group | aka HSB | | P.O. Box 8500-3690 | Philadelphia, PA 19178 | | First Class Mail |
| The National Catholic Risk Retention Group | 801 Warrenville Rd, Ste 620 | | Lisle, IL 60532 | | | First Class Mail |
| The Roman Catholic Seminary of San Francisco | 320 Middlefield Rd | | Menlo Park, CA 94025 | | | First Class Mail |
| The Roman Catholic Seminary of San Francisco | Attn: Very Rev Mark Doherty | | 320 Middlefield Rd | Menlo Park, CA 94025 | | First Class Mail |
| The Sleep Train, Inc | 1600 Van Ness Ave | | San Francisco, CA 94109 | | | First Class Mail |
| The Sleep Train, Inc | Attn: Paul Grimm | | 1600 Van Ness Ave | San Francisco, CA 94109 | | First Class Mail |
| TPX Communications | P.O. Box 509013 | | San Diego, CA 92150 | | | First Class Mail |
| TPX Communications | P.O. Box 509013 | | San Diego, CA 92150-9013 | | | First Class Mail |
| Travelers | 91287 Collections Center Dr | | Chicago, IL 60693 | | | First Class Mail |
| Trinity Building Services | Attn: Mike Boschetto | | 1071 Sneath Ln | San Bruno, CA 94066 | admin@trinityservices.com | Email / First Class Mail |
| U.S. Bank | Attn: Carolyn Cox | | 1 California St, Ste 1000 | San Francisco, CA 94111 | carolyn.cox@usbank.com | Email / First Class Mail |
| US Bank | 633 W 5th St, 24th Fl | | Los Angeles, CA 90071 | | | First Class Mail |
| US Bank | Institute & Trust | | 800 Nicollet Mall | Minneapolis, MN 55402 | | First Class Mail |
| US Bank National Association | Attn: Carolyn Cox | | 1 California St, Ste 1000 | San Francisco, CA 94111 | Carolyn.cox@usbank.com | Email / First Class Mail |
| US Dept of Homeland Security | 450 Golden Gate Ave, Apt 5-S474 | | San Francisco, CA 94102 | | | First Class Mail |
| Verizon Wireless | P.O. Box 660108 | | Dallas, TX 75266-0108 | | | First Class Mail |
| Victoria Castro | c/o B&D Law Group, APLC | Attn: Daniel D Geoulla, Esq | 10700 Santa Monica Blvd, Ste 200 | Los Angeles, CA 90025 | | First Class Mail |
| Virginia Dept of Taxation | P.O. Box 1115 | | Richmond, VA 23218 | | | First Class Mail |
| Virginia Employment Commission | P.O. Box 26441 | | Richmond, VA 23261 | | | First Class Mail |
| Vittorio Arcobasso | c/o Dhillon Law Group Inc | Attn: Michael Fleming, Esq | 177 Post St, Ste 700 | San Francisco, CA 94108 | | First Class Mail |
| Wells Fargo Bank NA | Attn: Craig Powers | | 420 Montgomery St, 10th Fl | San Francisco, CA 94104 | Craig.Powers@wellsfargo.com | Email / First Class Mail |
| Westchester | 1 Post St, 34th Fl | | San Francisco, CA 94104 | | | First Class Mail |

THE ROMAN CATHOLIC
ARCHDIOCESE OF SAN FRANCISCO, (Case No. 23-30564)

# **EXHIBIT B**

Case: 23-30564   Doc# 148   Filed: 09/21/23   Entered: 09/21/23 08:50:12   Page 5 of 8

258 CONFIDENTIAL PARTIES WERE SERVED VIA E-MAIL. THE NAMES AND E-MAIL ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.

703 CONFIDENTIAL PARTIES WERE SERVED VIA FIRST-CLASS MAIL. THE NAMES AND ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.

# **EXHIBIT C**

Case: 23-30564   Doc# 148   Filed: 09/21/23   Entered: 09/21/23 08:50:12   Page 7 of 8

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | CASE NO. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor In Possession. | **REQUEST FOR NOTICE** |

    Pursuant to this Court's Order Limiting Notice dated Aug 25, 2023, the undersigned hereby requests notice of future proceedings in the above-captioned bankruptcy estate. The undersigned hereby consents that all notices be sent to the following address by first class mail, email, or facsimile:

**Name of Person or Entity**: _____

**Representative of Entity or Attorney** (if applicable) _____

**Address**: _____

_____

**Telephone No**. _____

**Facsimile No**. _____

**Email:** _____

Dated: _____         _____
[Signature]

    If you are using this form to request notice,[1] the original of this document must be filed with the Clerk of the Court electronically, or by mailing to the following address:

Bankruptcy Court Clerk
United States Bankruptcy Court
450 Golden Gate Ave., 5th Floor
San Francisco, CA 94102

**A copy must also be served upon counsel for the Debtor at the following address:**

Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814 – ppascuzzi@ffwplaw.com

---

[1] Request for Notice may also be made by using the court's electronic filing system. For more information visit https://www.canb.uscourts.gov

Case: 23-30564    Doc# 148    Filed: 09/21/23    Entered: 09/21/23 08:50:12    Page 8 of 8