Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On September 19, 2023, I served a true and correct copy of the following documents via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Motion for an Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [Docket No. 132]**

- **Notice of Hearing on Motion for an Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [Docket No. 133]**

- **Declaration of Barron L. Weinstein in Support of Motion for an Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [Docket No. 134]**

- **Declaration of Paul J. Pascuzzi in Support of Motion for an Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [Docket No. 135]**

On September 19, 2023, I served a true and correct copy of the following document via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Hearing on Motion for an Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [Docket No. 133]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 20, 2023, at Woodland Hills, California.

_____
Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | 408-295-1531 | rob@bindermalter.com<br>robertw@bindermalter.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | | alex.potente@clydeco.us<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>3 Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | | mplevin@crowell.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com | Email |
| 20 Largest | James Susha | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | | rob@mezzettilaw.com | Email |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | | rob@mezzettilaw.com | Email |
| 20 Largest | Jane Doe SF 1247 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John AA Roe SF | c/o Devin Storey, Esq.<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com | Email |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com | Email |
| 20 Largest | John Doe SALS 1097 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1108 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1109 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1112 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| 20 Largest | John Doe SALS 1455 | c/o Richard Simons, Esq. Furtado, Jaspovice & Simons 6589 Bellhurst Ln. Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| 20 Largest | John Doe SF 1019 | c/o J. Michael Reck, Esq. Jeff Anderson & Associates 12011 San Vicente Blvd., Ste 700 Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1026 | c/o J. Michael Reck, Esq. Jeff Anderson & Associates 12011 San Vicente Blvd., Ste 700 Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1121 | c/o J. Michael Reck, Esq. Jeff Anderson & Associates 12011 San Vicente Blvd., Ste 700 Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1227 | c/o J. Michael Reck, Esq. Jeff Anderson & Associates 12011 San Vicente Blvd., Ste 700 Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C. 10590 W. Ocean Air Dr., Ste. 125 San Diego, CA 92130 | | dms@zalkin.com | Email |
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C. 10590 W. Ocean Air Dr., Ste. 125 San Diego, CA 92130 | | dms@zalkin.com | Email |
| 20 Largest | JOSEPH DOE SF 531 | c/o Joseph George, Jr., Esq. Joseph George Jr. Law Corp. 601 University Ave., Ste 270 Sacramento, CA 95825 | | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 533 | c/o Joseph George, Jr., Esq. Joseph George Jr. Law Corp. 601 University Ave., Ste 270 Sacramento, CA 95825 | | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 541 | c/o Joseph George, Jr., Esq. Joseph George Jr. Law Corp. 601 University Ave., Ste 270 Sacramento, CA 95825 | | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 582 | c/o Joseph George, Jr., Esq. Joseph George Jr. Law Corp. 601 University Ave., Ste 270 Sacramento, CA 95825 | | mailbox@psyclaw.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan 7647 N Fresno St Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell 101 Montgomery St, Ste 2300 San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine 450 Golden Gate Ave, Rm 05-0153 San Francisco, CA 94102 | | phillip.shine@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg Attn: Trevor R Fehr 501 I Street, Ste 7-500 Sacramento, CA 95814 | | jason.blumberg@usdoj.gov Trevor.Fehr@usdoj.gov USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton 2500 Tulare St, Ste 1401 Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang 10100 Santa Monica Blvd, 13th Fl. Los Angeles, CA 90067 | 310-201-0760 | jstang@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen Attn: John W Lucas 1 Sansome St, 34th Fl, Ste 3430 San Francisco, CA 94104-4436 | 415-263-7010 | dgrassgreen@pszjlaw.com jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael 780 3rd Ave, 34th Fl New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs Attn: John E Bucheit 2 N Riverside Plz, Ste 1850 Chicago, IL 60606 | | tjacobs@phrd.com jbucheit@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg Attn: Matthew M Weiss Attn: Matthew G Roberts Attn: R David Gallo 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | | hwinsberg@phrd.com mweiss@phrd.com mroberts@phrd.com dgallo@phrd.com | Email |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426 San Francisco, CA 94120 | | PTwires.TTX@sfgov.org | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz Attn: Alan H Martin 4 Embarcadero Ctr, 17th Fl San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com katz@sheppardmullin.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet 2000 Powell St, Ste 830 Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |

# **EXHIBIT B**

**Exhibit B**
**Service List**

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | First Class Mail |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | First Class Mail |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | First Class Mail |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | First Class Mail |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | First Class Mail |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | First Class Mail |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | First Class Mail |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | First Class Mail |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | First Class Mail |