PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
okatz@sheppardmullin.com
amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor In Possession. | Case No. 23-30564<br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF WAYNE P. WEITZ IN SUPPORT OF DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR TO THE DEBTOR EFFECTIVE AS OF AUGUST 21, 2023**<br><br>[No Hearing Required] |

I, Wayne P. Weitz, declare:

    1.    Except as otherwise indicated herein, the matters set forth in this Supplemental Declaration are within my personal knowledge or are based upon information provided to me by

the employees or advisors of GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services ("B. Riley"). If called upon to testify as a witness, I could and would testify competently thereto.

2. I submit this Supplemental Declaration in further support of the Debtor's *Application to Employ GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* (the "Application") [Dkt 102]. All capitalized but undefined terms in this declaration shall have the meaning given to them in the Application.

3. I serve as a Senior Managing Director at B. Riley and, as such, am authorized to make this declaration on behalf of B. Riley.

4. I submit this Supplemental Declaration to clarify the relationship searches B. Riley ran to determine its relationship with parties in interest in this Chapter 11 Case. The review of the Interested Parties described in the Declaration was conducted by BRF pursuant the following procedures: We check the internal databases of BRF and its subsidiaries, and, additionally, we ask our corporate senior management, finance, accounting, compliance and legal departments, as well as managers at our investment banking, retail, real estate, appraisal, advisory, liquidation and wealth and capital management affiliates to review the list of Interested Parties and to identify and describe any relationships. The results of such review were disclosed in my initial Declaration and/or on Schedule 2 thereto. Based on the process set forth in the Declaration and in this Supplemental Declaration, it is my understanding that the overall design and implementation of B. Riley's current procedures provide a reasonable level of comfort to BRF and B. Riley that relationships and potential conflicts will be identified. Continued inquiry will be made following the filing this Supplemental Declaration by undertaking the same procedures described herein and in the Declaration on a periodic basis, with additional disclosures to be filed in this Court if necessary or otherwise appropriate.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2023 at 299 Park Avenue, 21st Floor, New York, NY 10171.

                                        /s/ Wayne P. Weitz
                                        Wayne P. Weitz