

Signed and Filed: September 23, 2023

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re _____ )
                                 ) Case No.
                                 )
         _____ Debtor(s). ) Chapter

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

_____, whose business address and telephone number is

_____

and who is an active member in good standing of the bar of

_____ having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing _____

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**