ALEXANDER POTENTE (BAR NO. 208240)
alex.potente@clydeco.us
JASON J. CHORLEY (BAR NO. 263225)
jason.chorley@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone: 415-365-9800
Facsimile: 415-365-9801

Attorneys for CENTURY INDEMNITY
COMPANY, PACIFIC INDEMNITY COMPANY,
And WESTCHESTER FIRE INSURANCE
COMPANY

Signed and Filed: September 23, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **The Roman Catholic Archbishop of San Francisco,**

Debtor(s).

Case No. **23-30564**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**George R. Calhoun**, whose business address and telephone number is

**1717 Pennsylvania Ave., NW, Ste. 650
Washington DC 20006
202-524-4147**

and who is an active member in good standing of the bar of **Washington DC**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Century Indemnity Co., Pacific Indemnity Co., and Westchester Fire Ins. Co.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**