Signed and Filed: September 25, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1. PAUL J. PASCUZZI, State Bar No. 148810
2. JASON E. RIOS, State Bar No. 190086
   THOMAS R. PHINNEY, State Bar No. 159435
3. FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
4. 500 Capitol Mall, Suite 2250
   Sacramento, CA 95814
5. Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
6. Email: ppascuzzi@ffwplaw.com
   jrios@ffwplaw.com
   tphinney@ffwplaw.com

7. ORI KATZ, State Bar No. 209561
8. ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9. A Limited Liability Partnership
   Including Professional Corporation
10. Four Embarcadero Center, 17th Floor
    San Francisco, CA 94111
11. Telephone: (415) 434-9100
    Facsimile: (415) 434-3947
12. Email: okatz@sheppardmullin.com
    amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP AS BANKRUPTCY COUNSEL**<br><br>[No Hearing Required] |

The Court, having considered the Application (the "Application") of The Roman Catholic Archbishop of San Francisco, the Debtor and debtor in possession herein (the "Debtor"), for an order authorizing the employment of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP as the Debtor's bankruptcy counsel, effective as of August 21, 2023, and the *Declaration of Paul J.*

*Pascuzzi* in support thereof, no objection having been filed, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Debtor is authorized to employ Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP effective as of August 21, 2023, upon the terms and conditions set forth in the Application, Bankruptcy Code section 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

2. Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee's 'Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases' both in connection with this Application and any interim and final fee applications.

3. Notwithstanding anything to the contrary in this Order or the Application, the Court is not approving terms and conditions of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP's employment under 11 U.S.C. § 328(a).

4. Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP shall use its best efforts to avoid any duplication of services provided by any of the Debtor's other retained professionals in this Chapter 11 Case.

5. Any and all draws against the retainer set forth in the Application shall be made only upon Bankruptcy Court approval. The Court's Guidelines for Compensation and Reimbursement of Professionals and Trustees shall apply.

APPROVED AS TO FORM.

OFFICE OF THE UNITED STATES TRUSTEE

By: */s/ Jason Blumberg*
    Jason Blumberg

**\*\*END OF ORDER\*\***

Court Mailing List

No service required.