Signed and Filed: September 25, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
   PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
          amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS BANKRUPTCY COUNSEL**<br><br>Judge: Hon. Dennis Montali<br><br>*No Hearing Required* |

      The Court, having considered the *Debtor's Application to Employ Sheppard, Mullin, Richter & Hampton LLP as Bankruptcy Counsel* (the "Application")[1], filed by The Roman Catholic

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Application.

Archbishop of San Francisco ("RCASF" or the "Debtor"), the debtor and debtor in possession in the above-captioned case (the "Bankruptcy Case"), on September 18, 2023 as ECF No. 120, and the accompanying declaration of Ori Katz in support thereof (the "Katz Declaration"), and finding that notice of the Application is sufficient under the circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is APPROVED.

2. The Debtor is authorized to employ Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") effective as of August 21, 2023, as its bankruptcy co-counsel pursuant to sections 327 and 330 of the Bankruptcy Code and on the terms described in the Application and the Katz Declaration. Notwithstanding that Sheppard Mullin does not seek relief under section 328(a) of the Bankruptcy Code, for the avoidance of any doubt, the Court is not approving terms and conditions of Sheppard Mullin's employment under section 328(a).

3. Sheppard Mullin is authorized to perform the services described in the Application and Katz Declaration, and compensation for such services shall be paid from the Debtor's estate in such amounts and at such times as the Court may hereafter allow.

4. Sheppard Mullin shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee's *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* both in connection with this Application and any interim and final fee applications.

5. Sheppard Mullin shall use its best efforts to avoid any duplication of services provided by any of the Debtor's other retained professionals in this Bankruptcy Case.

***END OF ORDER***

-2-
Case: 23-30564   Doc# 164   Filed: 09/25/23   Entered: 09/25/23 09:32:39   Page 2 of 3

**Court Service List**

Registered ECF Participants only.