Signed and Filed: September 25, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporation
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Proposed Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF WEINTRAUB TOBIN AS SPECIAL CORPORATE AND LITIGATION COUNSEL UNDER SECTION 327(e)**<br><br>[No Hearing Required] |

    The Court, having considered the Application (the "Application") of The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein (the "Debtor"), for an order authorizing the employment of Weintraub Tobin Chediak Coleman Grodin ("Weintraub"), as the Debtor's special corporate and litigation counsel, effective as of August 21, 2023, and the

*Declaration of Paul E. Gaspari* in support thereof, and no objection having been filed, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Debtor is authorized to employ Weintraub effective as of August 21, 2023, upon the terms and conditions set forth in the Application, Bankruptcy Code Section 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure. Weintraub shall file with this Court applications for the payment of fees in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any order of this Court or any applicable guidelines regarding submission and approval of fee applications.

2. Any payment of postpetition retainer shall comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any order of this Court.

3. Weintraub shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee's Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases both in connection with this Application and any interim and final fee applications.

4. Weintraub shall use its best efforts to avoid any duplication of services provided by any of the Debtor's other retained professionals in this Chapter 11 Case.

5. Notwithstanding anything to the contrary in this Order or the Application, the Court is not approving terms and conditions of Weintraub's employment under 11 U.S.C. § 328(a).

6. Any and all draws against the retainer set forth in the Application shall be made only upon Bankruptcy Court approval. The Court's Guidelines for Compensation and Reimbursement of Professionals and Trustees shall apply.

APPROVED AS TO FORM.

OFFICE OF THE UNITED STATES TRUSTEE

By: */s/ Jason Blumberg*
    Jason Blumberg

***END OF ORDER***

Court Service List

No service required.