UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor In Possession. | CASE NO. 23-30564<br><br>Chapter 11<br><br>**REQUEST FOR NOTICE** |

Pursuant to this Court's Order Limiting Notice dated Augst 25, 2023, the undersigned hereby requests notice of future proceedings in the above-captioned bankruptcy estate. The undersigned hereby consents that all notices be sent to the following address by first class mail, email, or facsimile:

**Name of Person or Entity:** GDR GROUP, INC.

**Representative of Entity or Attorney** (if applicable) Robert R. Redwitz

**Address:** 3 PARK PLAZA, Suite 1700

IRVINE, CA 92614

**Telephone No.** 949.453.8818

**Facsimile No.** 949.753.

**Email:** RANDY@GDRGROUP.COM

Dated: 9/19/2023

[Signature]

If you are using this form to request notice,[1] the original of this document must be filed with the Clerk of the Court electronically, or by mailing to the following address:

Bankruptcy Court Clerk
United States Bankruptcy Court
450 Golden Gate Ave., 5th Floor
San Francisco, CA 94102

A copy must also be served upon counsel for the Debtor at the following address:
Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814 – ppascuzzi@ffwplaw.com

---

[1] Request for Notice may also be made by using the court's electronic filing system. For more information visit https://www.canb.uscourts.gov

-1-

REQUEST FOR NOTICE