Signed and Filed: September 25, 2023

*[signature]*

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:         ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9    A Limited Liability Partnership
     Including Professional Corporation
10 Four Embarcadero Center, 17th Floor
   San Francisco, CA  94111
11 Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
12 Email:         okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
13
   Proposed Attorneys for
14 The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>       Debtor and<br>       Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR**<br><br>[No Hearing Required] |

      The Court, having considered the Application (the "Application") of The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein (the "Debtor"), for an order authorizing the employment of GlassRatner Advisory & Capital Group LLC d/b/a B. Riley

Advisory Services ("B. Riley"), as the Debtor's financial advisor, effective as of August 21, 2023, and the *Declaration of Wayne P. Weitz* in support thereof, and no objection having been filed, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED. Capitalized terms not defined in this Order shall have the meanings given to them in the Application.

2. The Debtor is authorized to employ GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services as its financial advisor, effective as of August 21, 2023, on the terms set forth in the Application.

3. Notwithstanding anything to the contrary in the Engagement Letter, B. Riley will file with this Court applications for the payment of fees in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any order of this Court or any applicable guidelines regarding submission and approval of fee applications.

4. The indemnification obligations of the Debtor set forth in the Engagement Letter are approved, subject to the following clarifications during the pendency of this Chapter 11 case:

   a) Subject to the provisions of subparagraphs (c) and (d) below, the Debtor is authorized to indemnify, and shall indemnify B. Riley, in accordance with the Engagement Letter and to the extent permitted by applicable law, for any claim arising from, related to, or in connection with B. Riley's performance of services pursuant to this Order and the Engagement Letter;

   b) B. Riley shall not be entitled to indemnification, contribution, or reimbursement for services other than the services provided pursuant to this Order and the Engagement Letter, unless such services and the indemnification, contribution, or reimbursement therefore are approved by the Court;

   c) Notwithstanding anything to the contrary in the Engagement Letter, the Debtor shall have no obligation to indemnify B. Riley, or provide contribution or reimbursement to B. Riley, for any claim or expense that is either: (i) judicially determined (the determination having become final) to have arisen from B. Riley's gross negligence, willful misconduct, bad-faith, self-dealing or breach of fiduciary duty (if any) or fraud; (ii) for a contractual dispute in which the Debtor alleges the breach of B. Riley's contractual obligations if the Court determines that indemnification, contribution or reimbursement would not be permissible pursuant

to *In re United Artists Theatre Co.,* 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination under (i) or (ii) determined by this Court, after notice and a hearing, to be a claim or expense for which B. Riley should not receive indemnity, contribution or reimbursement under the terms of the Engagement Letter as modified by this Order;

d) If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this case (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing this chapter 11 case, B. Riley believes that it is entitled to the payment of any amounts on account of the Debtor's indemnification, contribution, or reimbursement obligations under the Engagement Letter, including, without limitation, the advancement of defense costs, B. Riley must file an application before this Court, and the Debtor may not pay any such amount to B. Riley before the entry of an order by this Court approving payment. This paragraph (d) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for payment by B. Riley for indemnification, contribution, or reimbursement, and not a provision limiting the duration of the Debtor's obligations to indemnify B. Riley; and

e) Any limitation on liability or any amounts to be contributed by the parties to the Engagement Letter under the terms of the Engagement Letter shall be eliminated.

5. Notwithstanding anything to the contrary in the Application, the Court is not approving terms and conditions of GlassRatner Advisory & Capital Group LLC's employment under 11 U.S.C. § 328(a).

6. To the extent that this Order is inconsistent with the Engagement Letter, the terms of this Order shall govern.

7. The Court retains jurisdiction to hear and determine all matters related to the implementation or interpretation of this Order.

APPROVED AS TO FORM.

OFFICE OF THE UNITED STATES TRUSTEE

By: */s/ Jason Blumberg*
    Jason Blumberg

***END OF ORDER***

## COURT SERVICE LIST

No service required.