**Entered on Docket
September 26, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 26, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Matthew G. Roberts
GA Bar 367914
PARKER, HUDSON, RAINER &
DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:   (404) 523-5300
Facsimile:    (404) 522-8409
Email:         mroberts@phrd.com

*Attorney for Chicago Insurance Company, Fireman's Fund Insurance Company, and Westport Insurance Corporation (f/k/a Employers Reinsurance Corporation)*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Matthew G. Roberts, whose business address is 303 Peachtree Street, N.E., Suite 3600, Atlanta, Georgia 30308, and telephone number is (404) 523-5300, and who is an active member in good standing of the bar of the State of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Chicago Insurance Company ("CIC"), Fireman's Fund Insurance Company ("FFIC"), and Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation ("Westport");

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

1 Service of papers upon and communication with co-counsel designated in the application will
2 constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy
3 Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court
4 for the Northern District of California.

*** END OF ORDER ***

## COURT SERVICE LIST

Physical service is not required.