Entered on Docket
September 28, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 28, 2023

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

1 Daniel James
**CLYDE & CO US LLP**
2 55 West Monroe Street, Suite 3000
Chicago, IL 60603
3 Telephone: (312) 635-6963
Facsimile: (312) 635-6950
4 Email: Daniel.James@clydeco.us

5 *Counsel for Certain Underwriters at Lloyd's, London*
*and Certain London Market Companies*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Daniel James, whose business address and telephone number is: Clyde & Co US LLP, 55 West Monroe Street, Suite 3000, Chicago, IL 60603, 312.635.6917, daniel.james@clydeco.us, and who is an active member in good standing of the bar of State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Certain Underwriters at Lloyd's, London and Certain London Market Companies.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court, Northern District of California.

** END OF ORDER **