COUNTY OF KERN, STATE OF CALIFORNIA
c/o Treasurer/Tax Collector's Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579
Telephone:
E-Mail: bankruptcy@kerncounty.com

Creditor

**FILED**
SEP 29 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In re<br><br>Debtor<br>The Roman Catholic Archbishop of San Francisco<br>　　　　　　　Debtor.<br><br>Address: 1 Peter Yorke Way<br>San Francisco, CA 94109<br>City, State Zip: | Case No.<br>23-30564<br><br>Chapter 11<br><br>**REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS** |

Tax ID:

NOTICE IS HEREBY GIVEN that Jordan Kaufman, Treasurer/Tax Collector for the County of Kern, by , , serves as claims representative for the County of Kern, a creditor and a party in interest in the above captioned bankruptcy case. This office hereby requests that the Office of the Treasurer/Tax Collector be added to the master mailing list. Pursuant to the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b) and Rules 2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby requests that special notice of all matters that may come before the Court be made as follows:

| | |
|---|---|
| 1 | **KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE**<br>**ATTN: BANKRUPTCY DIVISION**<br>c/o |
| 2 | **P.O. BOX 579**<br>**BAKERSFIELD, CA 93302-0579** |
| 3 | **Email: bankruptcy@kerncounty.com** |

4　　　　The foregoing request includes all mailing lists, matrices, notices and papers
5　referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents
6　brought before the Court in this case, including, without limitation, notices of any orders,
7　applications, complaints, demands, hearings, motions, petitions, pleadings, or requests,
8　plans, disclosure statements.

9　　　　This Request for Notices is submitted for the limited purpose of receiving copies
10　of notices, pleadings, judgments and orders in this case.  By submitting this notice of
11　appearance and request for notice, the County of Kern is not consenting to or
12　submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of
13　Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court
14　and/or to demand a jury trial in any matter or proceeding to which the County of Kern
15　may be a party.  This notice shall not be deemed or construed to be a waiver of rights to
16　any action, defense, setoff or recoupment that may be available in law or in equity and
17　any such rights are expressly reserved.

18

19　Dated:  09/27/2023

20　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

21　　　　　　　　　　　　　　　　　　　　JORDAN KAUFMAN, TREASURER/TAX COLLECTOR

22
　　　　　　　　　　　　　　　　　　By　 *[signature]*
23

24　　　　　　　　　　　　　　　　　　　　Kern County Treasurer and Tax Collector Office

25

26

27　　　　　　　　　　　　　　　　　　- 2 -