1  **COUNTY OF KERN, STATE OF CALIFORNIA**

2  **c/o Treasurer/Tax Collector's Office**
   **Attn: Bankruptcy Division**
3  **P.O. Box 579**
   **Bakersfield, CA 93302-0579**
4  **Telephone:**
   **E-Mail: bankruptcy@kerncounty.com**
5

6  **Creditor**

7

8                **UNITED STATES BANKRUPTCY COURT**

9                   **Northern District of California**

10

11 **In re**                                    )     **Case No.**
                                                 )     23-30564
                                                 )
12 **Debtor**                                    )     **Chapter 11**
   The Roman Catholic Archbishop of San          )
13 Francisco                                     )
                              **Debtor.**         )     **PROOF OF SERVICE OF**
                                                 )     **REQUEST FOR NOTICE OF ALL**
14 Address: 1 Peter Yorke Way                    )     **PLEADINGS AND HEARINGS**
   San Francisco, CA  94109                      )
15                                               )
                                                 )
16 Tax ID:

17

18 / / /

19 / / /

20

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /
28

1

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On September 27, 2023, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Angelica Leon, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on September 27, 2023, at Bakersfield, California.

Angelica Leon
Fiscal Support Specialist
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Paul J Pascuzzi
500 Capitol Mall STE 2250
Sacramento, CA 95814