Entered on Docket
October 03, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: October 3, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD WILLOUGHBY
3    PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:   (916) 329-7400
5  Facsimile:   (916) 329-7435
   Email:       ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9    A Limited Liability Partnership
     Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:   (415) 434-9100
   Facsimile:   (415) 434-3947
12 Email:       okatz@sheppardmullin.com
                amartin@sheppardmullin.com
13
   Attorneys for The Roman Catholic Archbishop of
14 San Francisco

15                     UNITED STATES BANKRUPTCY COURT

16          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17 In re                                      Case No. 23-30564

18 THE ROMAN CATHOLIC ARCHBISHOP              Chapter 11
   OF SAN FRANCISCO,
19                                            **ORDER APPROVING STIPULATION TO
              Debtor and                      (1) VACATE FINAL HEARING ON
20            Debtor in Possession.           RESOLVED FIRST DAY MOTIONS AND
                                              (2) CONTINUE FINAL HEARING ON
21                                            DEBTOR'S EMERGENCY MOTIONS
                                              REGARDING (A) EXISTING CASH
22                                            MANAGEMENT SYSTEM AND RELATED
                                              RELIEF; AND (B) PAYMENT AND
23                                            HONORING OF PREPETITION WAGES,
                                              SALARIES, AND EMPLOYEE EXPENSES,
24                                            AND RELATED OBLIGATIONS**

25                                            Current Hearing Date:
                                              Date:       October 5, 2023
26                                            Time:       1:30 p.m.

27                                            Continued Hearing Date:
                                              Date:       October 26, 2023
28                                            Time:       1:30 p.m.
                                              Place:      Via ZoomGov

The Court having read and considered the *Stipulation to (1) Vacate Final Hearing on Resolved First Day Motions and (2) Continue Final Hearing on Debtor's Emergency Motions Regarding (A) Existing Cash Management System and Related Relief; and (B) Payment and Honoring of Prepetition Wages, Salaries, and Employee Expenses, and Related Obligations* (the "Stipulation")[1] entered into by and among the Debtor, the Committee, and the UST, and good cause appearing to approve the Stipulation,

IT IS ORDERED that:

1. The hearing on the Utilities Motion, the Limited Notice and Confidentiality Procedures Motion, the Insurance Motion, and the Survivors' Assistance & Safe Environment Programs Motion (the "Resolved Motions"), currently set for October 5, 2023, at 1:30 p.m., is VACATED.

2. The Debtor shall submit to the Court for entry proposed final orders on the Resolved Motions, approved as to form by the Committee and the UST as soon as practicable.

3. The hearing on the Cash Management and Employee Obligations Motions currently set for October 5, 2023, at 1:30 p.m., is CONTINUED to **October 26, 2023, at 1:30 p.m.** Oppositions, if any, to the Cash Management or Employee Obligations Motions shall be filed with the Court and served on the Debtor no later than **October 13, 2023**. The Debtor's reply, if any, to any such oppositions shall be filed with the Court and served on the opposing parties no later than **October 20, 2023**.

\* \* \* END OF ORDER \* \* \*

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Stipulation.

**Court Service List**

**Registered ECF Participants Only**