PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
        jrios@ffwplaw.com
        tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
        amartin@sheppardmullin.com

Attorneys for
The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor In Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH J. PASSARELLO IN SUPPORT OF MOTION OF DEBTOR FOR AUTHORITY TO EMPLOY AS OF THE PETITION DATE AND PROVIDE COMPENSATION TO PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS [11 U.S.C. §§ 105(a), 327, 328, and 330]**<br><br>Date: October 12, 2023<br>Time: 1:30 p.m.<br>Place: Via ZoomGov<br>Judge: Hon. Dennis Montali |

I, Joseph J. Passarello, hereby declare under penalty of perjury as follows:

1. I am the Senior Financial Director and former Chief Financial Officer ("CFO") of

The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein ("RCASF" or the "Debtor"). I have been the CFO of the RCASF since January 2014. Before that, I have been the CFO for several other companies including Serena Software, Aptina Imaging, AMI Semiconductor, and Therma-Wave, Inc. I have a Master of Business Administration from Santa Clara University and a Bachelor of Science in Economics and Business Administration from St. Mary's College. In the course and scope of my duties as Senior Financial Director and while serving as CFO, I am familiar with the record keeping practices and policies of the RCASF and how it regularly maintains its business records. I make this supplemental declaration ("Declaration") in support of the above-referenced Motion to establish certain procedures to retain and compensate the professionals that the Debtor employs in the ordinary course of business (collectively, the "Ordinary Course Professionals"). All terms not otherwise defined herein have the same meaning as set forth in the Motion.

2. All facts set forth in this Declaration are based on my personal knowledge, upon information supplied to me by people who report to me, upon information supplied to me by RCASF's professionals and consultants, upon my review of relevant documents, or upon my opinion based on my experience and knowledge with respect to RCASF's operations, financial condition and related business issues. The documents submitted herewith, referenced herein or otherwise relied upon by me for purposes of this Declaration are the business records of RCASF, prepared and kept in ordinary and regularly conducted business activity of RCASF, and used by me for those purposes. If I were called upon to testify, I could and would testify competently to the facts set forth herein, and I am authorized to submit this Declaration on behalf of RCASF.

3. Beacon Pointe LLP provides investment advice, asset allocation recommendations, evaluation and recommendations of investment managers and performance reporting to RCASF for investments associated with the balanced pool portfolio, the parochial pension plan, the priest retirement plan and the institutional deposit & loan. Beacon Pointe has provided these services to RCASF for many years in the ordinary course of RCASF's business. Beacon Pointe's services are unrelated to RCASF's restructuring, development of a plan of reorganization, bankruptcy related financial reporting or other matters related to RCASF's Chapter 11 bankruptcy case.

4. In addition to the pre-petition amounts owed to Beacon Point, RCASF further discloses that Grant Thornton LLP is owed approximately $3,100 for pre-petition services. The Debtor does not believe that Grant Thornton holds an interest materially adverse to the Debtor, its creditors, or other parties in interest with respect to the matters on which they are to be employed. Grant Thornton provides UBIT tax advice which generally relates to preparation of 990 UBIT returns. The 990 Unrelated Business Income Tax (UBIT) returns are prepared by Grant Thornton and reflect income on matters such as advertising income from the Catholic SF Magazine, certain rental agreements for parking, and certain private real estate investments in the Balanced Investment Pool. Like Beacon Pointe, Grant Thornton has provided these services to RCASF for many years in the ordinary course of RCASF's business. Grant Thornton's services are unrelated to RCASF's restructuring, development of a plan of reorganization, bankruptcy related financial reporting or other matters related to RCASF's Chapter 11 bankruptcy case.

5. As explained in my Declaration filed in support of the Motion, the Debtor has for many years negotiated a flat rate payment with BPM for its annual audit. The payment schedule for BPM's audit is as follows:

| | Professional Fees | Indirect Expenses | Total (before direct out-of-pocket expenses) |
|---|---|---|---|
| Central Administrative Office | | | |
| Start of Planning Phase | $15,000 | $1,050 | $16,050 |
| Before the Start of Fieldwork | $35,000 | $2,450 | $37,450 |
| Upon First Week of Fieldwork | $45,000 | $3,150 | $48,150 |
| Upon Start of Testing Out of Scope – Lease | 6,000 | $0 | $6,000 |
| Before delivery of draft report | $25,000 | $1,750 | $26,750 |
| Before meeting with management | $8,000 | $560 | $8,560 |
| Before issuance of report | $4,710 | $330 | $5,040 |
| | $138,710 | $9,290 | $148,000 |
| Remaining Balance | | | $131,950 |

6. As noted in my Declaration filed in support of the Motion, the Debtor paid a $17,000 installment pre-petition, leaving a remaining balance of approximately $132,000. The Debtor is working with BPM to obtain an estimate for when these items will be completed.

7. The Debtor anticipates retaining Partners in Mission, 8 Nicklaus Way, Mashpee,

Case No. 23-30564
SUPPLEMENTAL DECLARATION IN SUPPORT OF
MOTION TO EMPLOY ORDINARY COURSE
-3-
Case: 23-30564    Doc# 184    Filed: 10/05/23    Entered: 10/05/23 15:02:31    Page 3 of 4

1  MA 02649, for as the executive search firm for the Superintendent position. The Debtor anticipates
2  that the fees for these services will be approximately $80,000, payable; 1/3 at signing, 1/3 on
3  presentation of 3-5 vetted candidates, and the final 1/3 due at hire of Superintendent.
4      I declare under penalty of perjury that the foregoing it true and correct. Executed on October
5  5, 2023 at San Francisco, California.

                                            */s/ Joseph J. Passarello*
                                            Joseph J. Passarello