Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor and Debtor in Possession. | Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On October 5, 2023, I served a true and correct copy of the following documents via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtor's Motion for Extension of Deadline for Removal of Civil Actions [28 U.S.C. § 1452 and Bankruptcy Rule 9027] [Docket No. 181]**

- **Notice of Hearing on Debtor's Motion for Extension of Deadline for Removal of Civil Actions [28 U.S.C. § 1452 and Bankruptcy Rule 9027] [Docket No. 182]**

On October 5, 2023, I served a true and correct copy of the following document via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Hearing on Debtor's Motion for Extension of Deadline for Removal of Civil Actions [28 U.S.C. § 1452 and Bankruptcy Rule 9027] [Docket No. 182]**

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on October 6, 2023, at Woodland Hills, California. |
| 2 | |

_____
Randy Lowry
Omni Agent Solutions, Inc.

# **EXHIBIT A**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | 408-295-1531 | rob@bindermalter.com<br>robertw@bindermalter.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | | alex.potente@clydeco.us<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>3 Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com | Email |
| 20 Largest | James Susha | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | | rob@mezzettilaw.com | Email |
| 20 Largest | Jan Zoccoli as successor in interest to Robert Susha, Deceased | c/o Robert Messetti, II<br>Mezzetti Law Firm, Inc.<br>31 East Julian St.<br>San Jose, CA 95112 | | rob@mezzettilaw.com | Email |
| 20 Largest | Jane Doe SF 1247 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John AA Roe SF | c/o Devin Storey, Esq.<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com | Email |
| 20 Largest | John DB Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com | Email |
| 20 Largest | John Doe SALS 1097 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1108 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| 20 Largest | John Doe SALS 1109 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1112 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| 20 Largest | John Doe SALS 1455 | c/o Richard Simons, Esq.<br>Furtado, Jaspovice & Simons<br>6589 Bellhurst Ln.<br>Castro Valley, CA 94552 | | rick@fjslaw.com | Email |
| 20 Largest | John Doe SF 1019 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1026 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1121 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John Doe SF 1227 | c/o J. Michael Reck, Esq.<br>Jeff Anderson & Associates<br>12011 San Vicente Blvd., Ste 700<br>Los Angeles, CA 90049 | | mreck@andersonadvocates.com | Email |
| 20 Largest | John PR Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com | Email |
| 20 Largest | John RA Roe SF | The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Dr., Ste. 125<br>San Diego, CA 92130 | | dms@zalkin.com | Email |
| 20 Largest | JOSEPH DOE SF 531 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 533 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 541 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com | Email |
| 20 Largest | JOSEPH DOE SF 582 | c/o Joseph George, Jr., Esq.<br>Joseph George Jr. Law Corp.<br>601 University Ave., Ste 270<br>Sacramento, CA 95825 | | mailbox@psyclaw.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | 310-201-0760 | jstang@pzjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | 415-263-7010 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |

**Exhibit A**
**Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |

# **EXHIBIT B**

| Description | Name | Address | | | Method of Service |
|---|---|---|---|---|---|
| Law Firm | Abbey, Weitzenberg, Warren & Emery, P.C. | 100 Stony Point Rd | Suite 200 | Santa Rosa, CA 95401 | First Class Mail |
| Law Firm | Allen, Glaessner, Hazelwood & Werth, LLP | 180 Montgomery Street | Suite 1200 | San Francisco, CA 94104 | First Class Mail |
| Law Firm | Aylstock, Witkin, Kreis & Overholtz PLLC | 17 E. Main Street | Suite 200 | Pensacola, FL 32502 | First Class Mail |
| Law Firm | Baer Treger LLP | 1999 Avenue of the Stars | Suite 1100 | Los Angeles, CA 90067 | First Class Mail |
| Law Firm | Bledsoe, Diestel, Treppa & Crane LLP | 180 Sansome Street | 5th Floor | San Francisco, CA 94104 | First Class Mail |
| Law Firm | Boucher LLP | 21600 Oxnard Street | Suite 600 | Woodland Hills, CA 91367 | First Class Mail |
| Law Firm | Brian Perkins, Esq. | 1700 Montgomery Street | Suite 250 | San Francisco, CA 94111 | First Class Mail |
| Government | California Dept of Tax And Fee Admin | P.O. Box 942879 | Sacramento, CA 94279 | | First Class Mail |
| Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142 | Sacramento, CA 95814 | | First Class Mail |
| Government | Colorado Dept of Revenue | 1881 Pierce St | Lakewood, CO 80214 | | First Class Mail |
| Law Firm | DLA Piper LLP | 401 B Street | Suite 1700 | San Diego, CA 92101 | First Class Mail |
| Law Firm | Dolen, Tucker, Tierney & Abraham | 1710 Plum Lane | Suite A | Redlands, CA 92374 | First Class Mail |
| Law Firm | Edwards & De La Cerda, PLLC | 3500 Maple Avenue | Suite 1100 | Dallas, TX 75219 | First Class Mail |
| Government | Employment Development Dept | P.O. Box 989061 | W Sacramento, CA 95798 | | First Class Mail |
| Law Firm | Fisher Law Offices | 1712 Court St | PO Box 990460 | Redding, CA 96099 | First Class Mail |
| Law Firm | Fiumara Law, P.C | 182 Farmers Lane | Suite 100A | Santa Rosa, CA 95405 | First Class Mail |
| Government | Florida Dept of Revenue | 5050 W Tennessee St | Tallahassee, FL 32399 | | First Class Mail |
| Law Firm | Foley & Lardner, LLP | 111 Huntington Avenue | Suite 2500 | Boston, MA 02199 | First Class Mail |
| Law Firm | Foran Glennon Palandech Ponzi & Rudloff PC | 17 41 Technology Drive | Suite 250 | San Jose, CA 95110 | First Class Mail |
| Government | Georgia Dept of Revenue Processing Center | P.O. Box 740397 | Atlanta, GA 30374 | | First Class Mail |
| Law Firm | Gordon Rees Scully Mansukhani, LLP | 275 Battery Street | Suite 2000 | San Francisco, CA 94111 | First Class Mail |
| Law Firm | Greene & Roberts | 455 Capitol Mall | Suite 405 | Sacramento, CA 95814 | First Class Mail |
| Law Firm | Herman Law | 9434 Deschutes Road | Suite 1000 | Palo Cedro, CA 96073 | First Class Mail |
| Law Firm | Howie & Smith, LLP | 1777 Borel Place | Suite 1000 | San Mateo, CA 94402 | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | First Class Mail |
| Law Firm | Jackson Lewis P.C. | 725 South Figueroa Street | Suite 2500 | Los Angeles, CA 90017 | First Class Mail |
| Law Firm | Jeff Anderson & Associates | 12011 San Vicente Boulevard | Suite 700 | Los Angeles, CA 90049 | First Class Mail |
| Law Firm | Joseph George Jr. Law Corp | 601 University Avenue | Suite 270 | Sacramento, CA 95825 | First Class Mail |
| Law Firm | Josephs and Blum | 1436 Union Street | San Francisco, CA 94109 | | First Class Mail |
| Law Firm | Justice Law Collaborative | 210 Washington St | North Easton, MA 02356 | | First Class Mail |
| Law Firm | Kaufman Dolowich Voluck, LLP | 11111 Santa Monica Boulevard | Suite 850 | Los Angeles, CA 90025 | First Class Mail |
| Law Firm | Ketterer, Browne & Associates, LLC | 336 South Main Street | Bel Air, MD 21014 | | First Class Mail |
| Law Firm | Krankemann Law Offices P.C. | 420 E St. | Ste 100 | Santa Rosa, CA 95404 | First Class Mail |
| Law Firm | Kronenberg Law, PC | One Kaiser Plaza | Suite 1675 | Oakland, CA 94612 | First Class Mail |
| Law Firm | Law Office of Thomas A. Johnson | 400 Capitol Mall | Suite 2560 | Sacramento, CA 95814 | First Class Mail |
| Law Firm | Law Offices of Mark R. Mittelman P.C. | 575 Lennon Lane | Suite 150 | Walnut Creek, CA 94598 | First Class Mail |
| Law Firm | Levin Simes Abrams | 1700 Montgomery Street | Suite 250 | San Francisco, CA 94111 | First Class Mail |
| Law Firm | Lewis Brisbois Bisgaard & Smith LLP | 2185 North California Boulevard | Suite 300 | Walnut Creek, CA 94596 | First Class Mail |
| Law Firm | Liakos Law, APC | 955 Deep Valley Drive | Suite 3900 | Palos Verdes Peninsula, CA 90274 | First Class Mail |
| Law Firm | Manly, Stewart & Finaldi | 19100 Von Karman Avenue | Suite 800 | Irvine, CA 92612 | First Class Mail |
| Law Firm | Mary Alexander & Assoc | 19100 Von Karman Avenue | Suite 800 | Irvine, CA 92612 | First Class Mail |
| Law Firm | Matthews & Associates | 250 Vallombrosa Avenue | Suite 266 | Chico, CA 95926 | First Class Mail |
| Law Firm | McCormick, Barstow, Sheppard, Wayte & Carruth | 7647 North Fresno Street | Fresno, CA 93720 | | First Class Mail |
| Law Firm | Neumiller & Beardslee | P.O. Box 20 | Stockton, CA 95201-3020 | | First Class Mail |
| Government | New Mexico Taxation and Revenue Dept | P.O. Box 25127 | Santa Fe, NM 87504 | | First Class Mail |
| Law Firm | Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard | Suite 700 | Los Angeles, CA 90025 | First Class Mail |
| Law Firm | Paul Mones, P.C. | 13101 Washington Boulevard | Suite 240 | Los Angeles, CA 90066 | First Class Mail |
| Law Firm | Peiffer Wolf Carr Kane Conway & Wise | 4 Embarcadero Center | Ste 1400 | San Francisco, CA 94111 | First Class Mail |
| Government | San Francisco County Clerk | City Hall | 1 Dr Carlton B Goollett Pl, Rm 168 | San Francisco, CA 94102 | First Class Mail |
| Government | San Francisco Tax Collector | c/o Secured Property Tax | P.O. Box 7426 | San Francisco, CA 94120 | First Class Mail |
| Government | San Mateo County Tax Collector | 555 County Ctr, 1st Fl | Redwood City, CA 94063 | | First Class Mail |
| Law Firm | Schlesinger Law Offices, P.A. | 1212 SE Third Ave | Ft. Lauderdale, FL 33316 | | First Class Mail |
| Law Firm | Shapiro, Galvin, Shapiro & Moran | P.O. Box 5589 | Santa Rosa, CA 95402 | | First Class Mail |
| Law Firm | Slater Slater Schulman LLP | 8383 Wilshire Boulevard | Suite 255 | Beverly Hills, CA 90211 | First Class Mail |
| Government | State of California Franchise Tax Board | P.O. Box 942867 | Sacramento, CA 94267 | | First Class Mail |
| Law Firm | The Keane Law Firm, P.C. | 548 Market Street | Number 23851 | San Francisco, CA 94104 | First Class Mail |
| Law Firm | The Matiasic Firm | 4 Embarcadero Center | Suite 1400 | San Francisco, CA 94111 | First Class Mail |
| Law Firm | The Ramirez Frim | 7121 Magnolia Avenue | Suite M | Riverside, CA 92504 | First Class Mail |
| Law Firm | The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive | Suite 125 | San Diego, CA 92130 | First Class Mail |
| Government | Virginia Dept of Taxation | P.O. Box 1115 | Richmond, VA 23218 | | First Class Mail |
| Government | Virginia Employment Commission | P.O. Box 26441 | Richmond, VA 23261 | | First Class Mail |
| Law Firm | Weinstein & Numbers, LLP | 115 Ward Street | Larkspur, CA 94939 | | First Class Mail |
| Law Firm | Weintraub I Tobin | 475 Sansome Street | Suite 510 | San Francisco, CA 94111 | First Class Mail |
| Law Firm | Winer, Burritt & Scott, LLP | 1901 Harrison Street | Suite 1100 | Oakland, CA 94612 | First Class Mail |
| Law Firm | Wood, Smith, Henning & Berman LLP | 1401 Willow Pass Road | Suite 700 | Concord, CA 94520 | First Class Mail |