FILED
OCT 11 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor In Possession.

CASE NO. 23-30564

Chapter 11

**REQUEST FOR NOTICE**

Pursuant to this Court's Order Limiting Notice dated Augst 25, 2023, the undersigned hereby requests notice of future proceedings in the above-captioned bankruptcy estate. The undersigned hereby consents that all notices be sent to the following address by first class mail, email, or facsimile:

**Name of Person or Entity**: Rosalie Marcic

**Representative of Entity or Attorney** (if applicable) Jeannette A. Vaccaro, Esq.

**Address**: 315 Montgomery St. 10th Floor

San Francisco, CA 94104

**Telephone No.** 415-444-5800

**Facsimile No.** 415-366-3237

**Email:** jv@jvlaw.com

Dated: 10-05-2023

[Signature]

If you are using this form to request notice,[1] the original of this document must be filed with the Clerk of the Court electronically, or by mailing to the following address:

Bankruptcy Court Clerk
United States Bankruptcy Court
450 Golden Gate Ave., 5th Floor
San Francisco, CA 94102

A copy must also be served upon counsel for the Debtor at the following address:
Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814 – ppascuzzi@ffwplaw.com

---

[1] Request for Notice may also be made by using the court's electronic filing system. For more information visit https://www.canb.uscourts.gov

-1-

REQUEST FOR NOTICE

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action; my business address is 315 Montgomery St., 10th Floor, San Francisco, California 94104.

On the date below-written, I served the following document(s):

REQUEST FOR NOTICE

(X)  By First Class Mail – By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in a recognized place of deposit of the U. S. mail in San Francisco, California, addressed as set forth on below Service List:

( )  By Electronic Mail – By sending each such document listed above to be transmitted to the email address(es) shown on the attached Service List:

### SERVICE LIST

| Address | Representing |
|---|---|
| Paul J. Pascuzzi<br>Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | Attorney for the Debtor |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2023 at San Franciso, CA.

_____
Dara Tuell

Law Office of
Jeannette A. Vaccaro
315 Montgomery St.,
10th Floor
San Francisco, CA 94104
(415) 444-5800

PROOF OF SERVICE