PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>            Debtor and<br>            Debtor in Possession. | Case No. 23-30564<br>Chapter 11<br><br>**NOTICE OF FILING SUMMARY OF PREPETITION COMPENSATION AND EXPENSE REIMBURSEMENTS PAID TO EMPLOYEES**<br><br>Judge:    Hon. Dennis Montali |

Pursuant to paragraph 9 of the Interim Order Granting Debtor's Emergency Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) to Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks entered on August 25, 2023 [Dkt. 42], below is a summary of compensation and expense reimbursement paid to employees:

| | |
|---|---:|
| Prepetition Wages | $1,622.25 |
| Prepetition Expense Reimbursement | <u>$1,593.49</u> |
| **TOTAL** | **$3,215.74** |

Dated: October 13, 2023    FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By:    /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: October 13, 2023    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

1. Service by ECF Only