# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# TRANSCRIPT ORDER FORM

Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☑ No

**Name of Debtor (Case Name):** The Roman Catholic Archbishop of San Francisco
**Chapter:** 11
**Case Number:** 23-30564

**Adversary Proceeding Name:**

vs.

**Plaintiff(s),**

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number)

**Defendant(s).**

**Date of Hearing:** 10/12/2023
**Time of Hearing:** 1:30 pm
(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Montali
**Hearing Location:** San Francisco Courtroom 17

**Transcriber:** e-Scribers
**Alternate Transcriber:** Veritext

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☑ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☑ Entire Hearing
- ☐ Testimony of Witness
- ☐ Ruling/Opinion Portion Only
- ☐ Other/Special Instructions:

Name of Witness

**Name of Person(s) Ordering Transcript:** John W. Lucas, Esq.

**Contact Person:** Beth Dassa

**Mailing Address (include law firm name, if any):**
Pachulski Stang Ziehl & Jones LLP
Attn: Beth D. Dassa
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067

**Phone Number:** 310/277-6910
**Email Address:** bdassa@pszjlaw.com

## THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: _____ Time End: _____   Time Start: _____ Time End: _____

Time Start: _____ Time End: _____   Time Start: _____ Time End: _____

ECRO: _____   Court Division: _____   Processed By: _____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019