PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

ANDREW T. FRANKEL (*pro hac vice pending*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice pending*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice pending*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company,
Pacific Indemnity Company, and
Westchester Fire Insurance Company*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Bankruptcy Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS |

PLEASE TAKE NOTICE THAT Simpson Thacher & Bartlett LLP ("**Simpson Thacher**") hereby appears in the above-captioned chapter 11 case as attorneys for Century Indemnity

Company, Pacific Indemnity Company, and Westchester Fire Insurance Company (collectively, "**Insurers**").

Pursuant to section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017(a) 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Simpson Thacher requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon Simpson Thacher at the office, address and telephone number set forth below, and that Simpson Thacher be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

>Andrew T. Frankel, Esq.
>Michael H. Torkin, Esq.
>David Elbaum, Esq.
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, NY 10017
>Telephone: (212) 455-2000
>Facsimile: (212) 455-2502
>
>Pierce A. MacConaghy, Esq.
>SIMPSON THACHER & BARTLETT LLP
>2475 Hanover Street
>Palo Alto, CA 94304
>Telephone:    (650) 251-5000
>Facsimile:    (650) 251-5002
>
>Email:afrankel@stblaw.com
>Email: michael.torkin@stblaw.com
>Email: david.elbaum@stblaw.com
>Email:pierce.macconaghy@stblaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all orders, notices, applications, complaints or demands, motions, petitions, pleadings or requests, disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone,

telecopy, facsimile, telegraph or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance and Request for Service of Papers (this "**Notice**"), nor any subsequent appearance, pleading, proof of claim, claim or suit is intended nor shall be deemed a waiver of any of the Insurers' rights: (i) to have final orders in non-core matters, or matters over which the Bankruptcy Court does not have constitutional adjudicatory authority, entered only after *de novo* review by a District Judge for the United States District Court for the Northern District of California (the "**District Court**"); (ii) to trial by jury in any proceeding related to these chapter 11 cases or any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) to object to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice; (v) to an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

                                                Respectfully submitted,

Dated: October 13, 2023

                                                */s/ Pierce A. MacConaghy*
                                                Pierce A. MacConaghy
                                                Andrew T. Frankel
                                                Michael H. Torkin
                                                David Elbaum
                                                SIMPSON THACHER & BARTLETT LLP

                                                *Counsel for Century Indemnity Company,*
                                                *Pacific Indemnity Company, and*
                                                *Westchester Fire Insurance Company*