MICHAEL H. TORKIN
michael.torkin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company,
Pacific Indemnity Company, and
Westchester Fire Insurance Company*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and<br>          Debtor in Possession. | Bankruptcy Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Michael H. Torkin, an active member in good standing of the bar of the State of New York hereby applies for admission practice in the Northern District of California on a *pro hac vice* basis representing Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address, and telephone number of that attorney is:

>Pierce A. MacConaghy
>Simpson Thacher & Bartlett LLP
>2475 Hanover Street
>Palo Alto, CA 94304
>Telephone: (650) 251-5293

4. I have not been granted pro hac vice admission by this Court in the 12 months preceding this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2023

>*/s/ Michael H. Torkin*
>MICHAEL H. TORKIN
>michael.torkin@stblaw.com
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, NY 10017
>Telephone: (212) 455-2000
>Facsimile: (212) 455-2502
>
>*Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company*