| | |
|---|---|
| 1 | DAVID ELBAUM |
| 2 | david.elbaum@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 3 | 425 Lexington Avenue<br>New York, NY 10017 |
| 4 | Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 |
| 5 | *Counsel for Century Indemnity Company,* |
| 6 | *Pacific Indemnity Company, and*<br>*Westchester Fire Insurance Company* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>     Debtor and<br>     Debtor in Possession. | Bankruptcy Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

   Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, David Elbaum, an active member in good standing of the bar of the State of New York and the U.S. District Court for the Southern District of New York, among other courts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, in the above-entitled action.

   In support of this application, I certify on oath that:

   1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

   2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address, and telephone number of that attorney is:

> Pierce A. MacConaghy
> Simpson Thacher & Bartlett LLP
> 2475 Hanover Street
> Palo Alto, CA 94304
> Telephone: (650) 251-5293

4. I have not been granted pro hac vice admission by this Court in the 12 months preceding this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2023

*/s/ David Elbaum*
DAVID ELBAUM
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company*

2