1  PIERCE A. MACCONAGHY (SBN 341371)
   pierce.macconaghy@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
3  2475 Hanover Street
   Palo Alto, CA 94304
4  Telephone: (650) 251-5000
   Facsimile:  (650) 251-5002
5
6  ANDREW T. FRANKEL (*pro hac vice pending*)
   afrankel@stblaw.com
7  MICHAEL H. TORKIN (*pro hac vice pending*)
   michael.torkin@stblaw.com
8  DAVID ELBAUM (*pro hac vice pending*)
   david.elbaum@stblaw.com
9  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
10 New York, NY 10017
   Telephone: (212) 455-2000
11 Facsimile:  (212) 455-2502

12 *Counsel for Century Indemnity Company,
   Pacific Indemnity Company, and
13 Westchester Fire Insurance Company*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-30564 (DM) |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | Jointly Administered |
| | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Pierce MacConaghy, do declare and state as follows:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2475 Hanover Street, Palo Alto, California 94304. On October 13, 2023, I served a copy of the following documents:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS;**

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF ANDREW T. FRANKEL;**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANDREW T. FRANKEL *PRO HAC VICE*;**

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF MICHAEL H. TORKIN;**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL H. TORKIN *PRO HAC VICE*;**

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* DAVID ELBAUM;**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID ELBAUM *PRO HAC VICE*;**

on the interested party in this action by transmitting electronically through the Court's CM/ECF system and to be served by the Court via Notice of Electronic Filing (NEF). On October 13, 2023, I reviewed the Notices of Electronic Filing (NEF) for the above entitled document and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 13, 2023, at Palo Alto, California.

By: /s/ *Pierce A. MacConaghy*
Pierce A. MacConaghy

2