

**Signed and Filed: October 16, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Bankruptcy Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID ELBAUM *PRO HAC VICE* |

David Elbaum, a member in good standing of the State Bar of New York, having applied for admission to practice in the above-referenced action representing Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, on a *pro hac vice* basis,

IT IS HEREBY ORDERED that the application is GRANTED. All papers filed by David Elbaum shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.