James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email:  jstang@pszjlaw.com
           dgrassgreen@pszjlaw.com
           jlucas@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF JOHN W. LUCAS IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

I, John W. Lucas, declare as follows:

1. I am a partner at Pachulski Stang Ziehl & Jones LLP (the "Firm"). I am duly admitted and in good standing to practice law in the State of California, as well as the United States District Court for the Northern District of California, and also the State of New York. I submit this declaration in connection with the application [Docket No. 188] (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case (the "Case") to retain the Firm as counsel to the Committee and to supplement the disclosures I made in my declaration filed with the Application.

---
[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Application.

2. As set forth in my declaration filed with the Application, the Firm will be paid by the Debtor on an hourly basis using its regular hourly rates (as may be adjusted from time to time) and be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, the Firm will discount its total fees to the lesser of the amount billed using regular hourly rates and a blended hourly rate of $1,050.

3. None of the attorneys or paraprofessionals at the Firm vary their rates based on the geographic location of the bankruptcy case.

4. The Firm did not represent the Committee prior to the commencement of the Debtor's bankruptcy case as the Committee was not formed until after the commencement of the Debtor's bankruptcy case.

5. The Committee has approved the Firm's staffing of the case, which is subject to change as might be required by the facts that arise in the case. The Committee has not yet approved a budget because the case was recently commenced and the Firm recently engaged. The Firm will present budgets to the Committee as predictable work-streams are put in place and to the extent the Firm, as counsel to the Committee, can predict the steps or actions the Debtor intends to take as a debtor-in-possession.

6. For the reasons set forth in the Application, my original declaration and herein, I believe the Firm is qualified to represent the Committee under section 1103 of the Bankruptcy Code.

To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of October, 2023.

*/s/ John W. Lucas*
John W. Lucas

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF LOS ANGELES | ) |

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On October 17, 2023, I caused to be served the **SUPPLEMENTAL DECLARATION OF JOHN W. LUCAS IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On October 6, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 17, 2023 at Los Angeles, California.

*/s/ Nancy H. Brown*
Nancy H. Brown

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Hagop T. Bedoyan  hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Jason Blumberg  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- John Bucheit  jbucheit@phrd.com
- George Calhoun  george@ifrahlaw.com
- Jason Chorley  jason.chorley@clydeco.us, Robert.willis@clydeco.us
- Blaise S Curet  bcuret@spcclaw.com
- David Elbaum  david.elbaum@stblaw.com
- Trevor Ross Fehr  trevor.fehr@usdoj.gov
- Robert David Gallo  dgallo@phrd.com
- Christina Lauren Goebelsmann  christina.goebelsmann@usdoj.gov
- Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Robert G. Harris  rob@bindermalter.com, RobertW@BinderMalter.com
- Deanna K. Hazelton  deanna.k.hazelton@usdoj.gov
- Daniel James  daniel.james@clydeco.us
- Jeff D. Kahane  jkahane@duanemorris.com
- Ori Katz  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Jeannie Kim  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Pierce MacConaghy  pierce.macconaghy@stblaw.com
- Alan H. Martin  AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- Andrew Mina  amina@duanemorris.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Mark D. Plevin  mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Douglas B. Provencher  dbp@provlaw.com
- Nathan W. Reinhardt  nreinhardt@duanemorris.com
- Jason E. Rios  jrios@ffwplaw.com, docket@ffwplaw.com
- Matthew Roberts  mroberts@phrd.com
- Phillip John Shine  phillip.shine@usdoj.gov
- Catalina Sugayan  catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Matthew Michael Weiss  mweiss@phrd.com
- Harris Winsberg  hwinsberg@phrd.com
- Yongli Yang  yongli.yang@clydeco.us

**SERVED BY UNITED STATES MAIL**

The Roman Catholic Archbishop of
  San Francisco
One Peter Yorke Way
San Francisco, CA  94109

Sophia Achermann
605 Market Street, Suite 1103
San Francisco, CA  94105

Robin D. Craig
Craig & Winkelman LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

Dennis Fruzza (aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP
2869 India Street
San Diego, CA 92103

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory &
Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Kern County Treasurer and
  Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Todd C. Jacobs
Parker, Hudson, Rainer & Dobbs LLP
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606

Andrew T. Frankel
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Rosalle Marcic
c/o Jeannette A. Vaccaro, Esq.
315 Montgomery St. 10th Floor
San Francisco, CA 94104

| | | |
|---|---|---|
| Alexander Potente<br>CLYDE & CO US LLP<br>150 California Street, 15th Floo<br>San Francisco, CA 94111 | Russell W. Roten<br>DUANE MORRIS LLP<br>865 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071-5450 | Fr. Patrick Summerhays<br>The Roman Catholic Archbishop of SF<br>One Peter York Way<br>San Francisco, CA 94109 |
| Michael Torkin<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 11377 | Miranda H. Turner<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Weinstein & Numbers, LLP<br>115 Ward Street<br>Larkspur, CA 94939 |
| Weintraub Tobin Chediak Coleman<br>  & Grodin<br>475 Sansome Street<br>San Francisco, CA 94111 | Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA  02356 | |