# Notice Recipients

District/Off: 0971–3  User: admin  Date Created: 10/18/2023
Case: 23–30564  Form ID: TRANSC  Total: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty  Jason Blumberg  jason.blumberg@usdoj.gov
aty  Jason E. Rios  jrios@ffwplaw.com
aty  Ori Katz  okatz@sheppardmullin.com
aty  Paul J. Pascuzzi  ppascuzzi@ffwplaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
rspi  Fr. Patrick Summerhays  The Roman Catholic Archbishop of SF  One Peter York Way  San Francisco, CA 94109
  JASON E. RIOS  Felderstein Fitzgerald Willoughby  Pascuzzi & Rios LLP  500 Capitol Mall  Suite 2250  Sacramento, CA 95814
  JOHN W. LUCAS  Pachulski Stang Ziehl & Jones  One Sansome Street  Suite 3430  San Franciso, CA 94104

TOTAL: 3