Allan B. Diamond (TX 05801800)
Diamond McCarthy LLP
909 Fannin, Suite 3700
Houston, TX 77010
adiamond@diamondmccarthy.com
Telephone: 713-333-5100

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**,

Debtor(s).

Case No. **23-30564**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Allan B. Diamond**, whose business address and telephone number is

**Diamond McCarthy LLP**
**909 Fannin, Suite 3700**
**Houston, Texas 77010**     Telephone: 713-333-5100

and who is an active member in good standing of the bar of **Texas**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **The Archdiocese of San Francisco Capital Assets Support Corporation**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**