# EXHIBIT 5

# EXHIBIT 5

1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:         ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9    A Limited Liability Partnership
     Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
12 Email:         okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
13
   Attorneys for The Roman Catholic Archbishop of
14 San Francisco

15                     UNITED STATES BANKRUPTCY COURT

16            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE OF BAR DATE FOR FILING OF GENERAL PROOFS OF CLAIM**[1] |

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO:**

PLEASE TAKE NOTICE that on August 21, 2023 (the "Petition Date") The Roman Catholic Archbishop of San Francisco aka the Archdiocese of San Francisco, debtor and debtor in possession ("Debtor") in the above-captioned case (the "Bankruptcy Case") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States

---

[1] Survivor Claimants will receive a separate notice with additional instructions for filing confidential Survivor Claims.

Bankruptcy Court for the Northern District of California (the "Court"). The Debtor, its address, case number, proof of claim forms and other relevant information related to this Bankruptcy Case may be obtained at: https://omniagentsolutions.com/RCASF.

**PLEASE TAKE FURTHER NOTICE** that on [DATE], 2023, the Court entered an order (the "Bar Date Order") establishing January 12, 2024 as the claims bar date ("Bar Date") in the Bankruptcy Case. In Section III of this notice (the "General Creditor Bar Date Notice"), you will find directions for filing, by mail and electronically, a proof of claim against the Debtor.

**PLEASE TAKE FURTHER NOTICE** that for your convenience, the Debtor has enclosed with this General Creditor Bar Date Notice, a proof of claim form (the "General Creditor Proof of Claim Form"). If this General Creditor Bar Date Notice does not include a General Creditor Proof of Claim Form, you may obtain a copy of the General Creditor Proof of Claim Form by visiting https://omniagentsolutions.com/RCASF-Claims or by contacting Omni Agent Solutions, Inc. at the email address or telephone number listed at the end of this General Creditor Bar Date Notice.

### KEY DEFINITIONS

- As used in this General Creditor Bar Date Notice, the term "Entity" has the meaning given to it in section 101(15) of the Bankruptcy Code, and includes all persons (individuals, partnerships and corporations), estates, trusts, Governmental Units and the United States Trustee.

- As used in this General Creditor Bar Date Notice, the term "Governmental Unit" has the meaning given to it in section 101(27) of the Bankruptcy Code and includes the United States, states, commonwealths, districts, territories, municipalities, foreign states, or departments, agencies or instrumentalities of the foregoing.

- As used in this General Creditor Bar Date Notice, the term "Claim" shall mean, as to or against the Debtor and in accordance with section 101(5) of the Bankruptcy Code: (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

### PRELIMINARY INSTRUCTIONS

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

**Please note that individuals asserting Claims arising from abuse for which such individuals believe the Roman Catholic Archbishop of San Francisco may be liable are instructed to file a Confidential Survivor Proof of Claim Form, consistent with the Bar Date Order and the Survivor Bar Date Notice. CLAIMANTS MAY OBTAIN COPIES of these**

Forms from the Debtor's Claims, Noticing and Solicitation Agent, Omni Agent Solutions, Inc. at https://omniagentsolutions.com/RCASF-SurvivorClaims.

A Claimant should consult an attorney if the Claimant has any questions, including whether such Claimant must file a Claim by submitting a General Creditor Proof of Claim Form.

I. WHO MUST FILE A GENERAL CREDITOR PROOF OF CLAIM FORM AND THE APPLICABLE BAR DATES

A. *The Bar Date:* The Bar Date Order establishes **January 12, 2024**, as the deadline for filing proofs of claim by submitting a General Creditor Proof of Claim Form in this Bankruptcy Case:

1. The General Bar Date. Except as set forth below, pursuant to the Bar Date Order, all Entities, excluding Governmental Units, holding Claims against the Debtor (whether secured, unsecured priority, or unsecured nonpriority) that arose or are deemed to have arisen prior to August 21, 2023, are required to file Claims by submitting a General Creditor Proof of Claim Form the General Bar Date, **January 12, 2024**.

*Entities that MUST File Claims by submitting a General Creditor Proof of Claim Form by the General Bar Date*: Except as set forth in paragraph "3" below, the following Entities must file a Claim on or before the General Bar Date:

a. Any person or entity whose pre-petition Claim against the Debtor that is not listed in the Debtor's Schedules or whose pre-petition Claim is listed in the Schedules but is listed as disputed, contingent or unliquidated and that desires to participate in this case or share in any distribution in this case, including Claims based on 11 U.S.C. § 503(b)(9); and

b. Any person or entity that believes that its pre-petition Claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules, including Claims based on 11 U.S.C. § 503(b)(9).

2. The Government Unit Bar Date. Except as set forth below, pursuant to the Bar Date Order, all Governmental Units (as defined by Bankruptcy Code section 101(27)) holding Claims against the Debtor that arose or are deemed to have arisen prior to August 21, 2023, are required to file a Claim by submitting a General Creditor Proof of Claim Form by February 20, 2024.

*Entities that MUST File Claims by submitting a General Creditor Proof of Claim Form by the Government Unit Bar Date*: Except as set forth in paragraph "3" below, the following Entities must file a Claim on or before the Governmental Unit Bar Date:

a. Any person or entity whose pre-petition claim against the Debtor that is not listed in the Debtor's Schedules or whose pre-petition claim is listed in the

Schedules but is listed as disputed, contingent or unliquidated and that desires to participate in this case or share in any distribution in this case; and

b. Any person or entity that believes that its pre-petition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules.

3. **Entities NOT Required to File Claims by the General Bar Date or Government Unit Bar Date:** The Bar Date Order further provides that the following Entities need not file a Claim by submitting a General Creditor Proof of Claim Form by the General Bar Date:

a. Any person or entity that has already properly filed a Claim against the Debtor by filing a General Creditor Proof of Claim Form with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California or with Omni Agent Solutions, Inc., the Debtor's claims, noticing and solicitation agent;

b. Any person or entity: (i) whose claim is listed in the Schedules or any amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) who does not dispute the amount or classification of its claim as set forth in the Schedules;

c. Professionals retained by the Debtor or the Committee pursuant to orders of this Court, who assert administrative claims for payment of fees and expenses subject to the Court's approval pursuant to Bankruptcy Code sections 330, 331, and 503(b);

d. Any person or entity that asserts an administrative expense claim against the Debtor pursuant to Bankruptcy Code sections 503(b)(1) through (8);

e. Any person or entity whose Claim against the Debtor has been allowed by an order of the Court entered on or before the applicable Bar Date;

f. Any person or entity whose Claim has been paid in full;

g. Any holder of a Claim for which a separate deadline is (or has been) fixed by the Court; and

h. The United States Trustee regarding a claim for quarterly fees under 28 U.S.C. § 1930(a)(6).

II. **CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM**

Any Entity that is required to file a Claim by submitting a General Creditor Proof of Claim Form, but fails to do so by the applicable Bar Date described in this General Bar Date Notice: (i) may NOT be treated as a creditor with respect to such Claim for the purposes of voting on and distribution under any chapter 11 plan proposed and/or confirmed in this Bankruptcy Case; and (ii)

Case: 23-30564  Doc# 220-5  Filed: 10/19/23  Entered: 10/19/23 14:13:35  Page 5 of 7

may be forever barred, estopped, and enjoined from asserting such Claim against the Debtor (or filing a proof of claim with respect thereto), and the Debtor and its property may be forever discharged from any and all indebtedness or liability with respect to such Claim.

**RESERVATION OF RIGHTS**

The Debtor reserves the right to: (i) dispute, or to assert offsets or defenses against, any filed Claim or any Claim listed or reflected in the Schedules as to nature, amount, liability, classification or otherwise; and (ii) subsequently designate any Claim as disputed, contingent or unliquidated. Nothing contained in this General Creditor Bar Date Notice shall preclude the Debtor from objecting to any Claim, whether scheduled or filed, on any grounds.

**III.    PROCEDURE FOR FILING PROOFS OF CLAIM**

Unless one of the exceptions described in **Section I, Paragraph 3** above applies, you MUST assert your Claim by submitting an original General Creditor Proof of Claim Form by mail, overnight delivery, courier or hand delivery, or electronically, so that it is received by the General Bar Date or the Government Unit Bar Date, as applicable, as follows:

**If General Creditor Proof of Claim Form is sent by mail, hand delivery, or overnight courier:**

The Roman Catholic Archbishop of San Francisco
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**If General Creditor Proof of Claim Form is submitted electronically:**

**https://omniagentsolutions.com/RCASF-Claims**

Any General Creditor Proof of Claim Form submitted by facsimile or email will not be accepted and will not be deemed filed until the Claim is submitted by the method described in the foregoing sentences.

All General Creditor Proof of Claim Forms must be signed by the creditor or, if the creditor is not an individual, by an authorized agent of the creditor. The General Creditor Proof of Claim Form must be written in English and be denominated in United States currency. In addition, all General Creditor Proof of Claim Forms must include all documentation required by Bankruptcy Rules 3001(c) and 3001(d), including an original or a copy of any written document that forms the basis of the Claim or, for secured Claims, evidence that the alleged security interest has been perfected. If you wish to receive acknowledgement of receipt of your General Creditor Proof of Claim Form, you must also submit by the General Bar Date or the Government Unit Bar Date, as applicable, and concurrently with submission of your original General Creditor Proof of Claim Form: (i) one additional copy of your original General Creditor Proof of Claim Form; and (ii) a self-addressed, stamped return envelope.

**ADDITIONAL INFORMATION**

1. You may be listed as the holder of a Claim against the Debtor in the Schedules. If you choose to rely on the Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules. If you hold or assert a Claim that is not listed in the Schedules or if you disagree with the amount or priority of your Claim as listed in the Schedules, or your Claim is listed in the Schedules as either contingent, unliquidated, or disputed, you must file a proof of claim. Copies of the Schedules and the Bar Date Order are available at https://omniagentsolutions.com/RCASF.

2. Questions concerning the contents of this Notice and requests for General Creditor Proof of Claim Forms should be directed to Omni Agent Solutions, Inc. via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday. Please note that Omni Agent Solutions, Inc. is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

Dated: October __, 2023

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By _____
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: October 19, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco