# EXHIBIT 6

# EXHIBIT 6

1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:         ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9    A Limited Liability Partnership
     Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
12 Email:         okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
13
   Attorneys for The Roman Catholic Archbishop of
14 San Francisco

15               UNITED STATES BANKRUPTCY COURT

16         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE OF DEADLINE FOR FILING CLAIMS RELATING TO OR ARISING FROM ABUSE** |

**TO ALL PERSONS AND ENTITIES WITH CLAIMS ARISING FROM ABUSE FOR WHICH THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO MAY BE LIABLE:**

**JANUARY 12, 2024** **IS THE LAST DATE TO FILE PROOFS OF CLAIM FOR ABUSE.**

On August 21, 2023 (the "Petition Date") The Roman Catholic Archbishop of San Francisco aka the Archdiocese of San Francisco, debtor and debtor in possession ("Debtor" or "RCASF") in the above-captioned case (the "Bankruptcy Case") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of California (the "Court"). The Debtor, its address, case number, proof of claim forms and

other relevant information related to this Bankruptcy Case may be obtained at: https://omniagentsolutions.com/RCASF. Any person who believes that he or she has, or may have, a claim arising from abuse (described below) for which the person believes the Debtor may be liable (each a "Survivor Claim" and collectively, the "Survivor Claims") should carefully read this notice.

For the purposes of this proof of claim, a Survivor Claim is defined as: any Claim (as defined in section 101(5) of the Bankruptcy Code) against RCASF resulting or arising or related to in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, grooming, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, intimidation, any other conduct constituting a sexual offense, or any other sexual misconduct, and seeking monetary damages or any other relief based upon the conduct described above, under any theory of liability, including, but not limited to, vicarious liability, any negligence-based theory, conspiracy, fraudulent concealment, intentional tort, continuing tort, public nuisance, invasion of privacy, breach of alleged duties imposed by The Charter for the Protection of Children and Young People, Canon Law or other Catholic Church documents or principles, contribution, indemnity, or any other theory based on any acts or failures to act by the RCASF or any other person or entity for whose acts or failures to act the RCASF is or was allegedly responsible, including but not limited to, claims against clergy, deacons, seminarians, employees, teachers, or volunteers.

## FILING DEADLINE

The United States Bankruptcy Court for the Northern District of California entered an order (the "Bar Date Order") establishing January 12, 2024, as the last date (the "Survivor Bar Date") for each Survivor Claimant to file a proof of claim form (the "Survivor Claim Form"). The Survivor Bar Date and the procedures set forth below for filing proofs of claim apply to all Survivor Claims against the Debtor.

## WHO MUST FILE

If you believe that you have a Survivor Claim, you must file a Survivor Claim Form to maintain and/or preserve any claims that you have against the Debtor. Even if you have already filed a lawsuit against the Debtor alleging abuse you must still file a Survivor Claim Form to maintain and/or preserve your rights in the Debtor's chapter 11 case.

## WHAT TO FILE

**FILE A CONFIDENTIAL SURVIVOR CLAIM FORM AND VOLUNTARY CONFIDENTIAL SURVIVOR SUPPLEMENT, COPIES OF WHICH ARE ENCLOSED. YOU MAY ALSO OBTAIN A COPY OF THE SURVIVOR CLAIM FORM AND SUPPLEMENT BY FOLLOWING THE INSTRUCTIONS BELOW.**

## PROCEDURES FOR FILING A SURVIVOR CLAIM FORM

To file a Survivor Claim Form:

- Fill out the confidential Survivor Claim Form, and if you so choose, the voluntary Confidential Survivor Supplement. A copy of each is provided with this Survivor Claims Bar Date Notice, and can also be obtained here: https://omniagentsolutions.com/RCASF-SurvivorClaims

- Survivor claimants are strongly encouraged to complete and submit the Confidential Survivor Supplement. The failure to submit a completed Confidential Survivor

- Supplement with any proof of claim asserting a Survivor Claim may be a basis for an objection to such claim.

- For additional copies of the confidential Survivor Claim Form: (a) photocopy the confidential Survivor Claim Form; (b) contact the Debtor's claims agent Omni Agent Solutions, Inc. via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday, or (c) visit the website at: https://omniagentsolutions.com/RCASF-SurvivorClaims.

- **Please note that the Debtor's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.**

- Return the original completed Survivor Claim Form **so as to be received** by **January 12, 2024**, as follows:

    **If Survivor Claim Form is sent by mail, hand delivery, or overnight courier:**

    The Roman Catholic Archbishop of San Francisco
    c/o Omni Agent Solutions
    5955 De Soto Ave., Suite 100
    Woodland Hills, CA 91367

    **Or electronically at: https://omniagentsolutions.com/RCASF-SurvivorClaims**

- Do not file the Survivor Claim Form with the Bankruptcy Court.

- Survivor Claim Forms will be deemed timely filed only if they are received by Omni Agent Solutions, Inc. by **January 12, 2024**.

- Please note that a Survivor Claim Form submitted by facsimile, telecopy or electronic mail transmission will not be accepted and will not be deemed filed.

**CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM**

**The deadline for filing a Survivor Claim Form is January 12, 2024. Any person who has a Survivor Claim and does not file a Survivor Claim by that date may not be treated as a creditor for voting or distribution purposes under any plan of reorganization and such claim will be subject to discharge. Failure to file a Survivor Claim may prevent such person from voting on any plan of reorganization in this case. Further, if such Survivor Claim is discharged, the Survivor Claimant may be forever barred and prevented from asserting his or her Survivor Claim against the Debtor or its property, and may not receive any payment or distribution in connection with such Survivor Claim.**

**CONFIDENTIALITY**

Pursuant to the Bar Date Order, filed Survivor Claim Forms and the Confidential Survivor Supplement thereto will remain confidential in this bankruptcy case. Therefore, the Survivor Claim Form and Confidential Survivor Supplement thereto that you file will not be available to the general public, but will be kept confidential, except that as specified by court order information will be provided to the Debtor, the Debtor's attorneys, the United States Trustee's Office for the Northern District of California, the Debtor's insurers, attorneys for the official committee of unsecured creditors and its members, any unknown claims representative appointed under a plan of

reorganization, any settlement trustee appointed to administer payments to Survivor Claimants, and such other persons as the Court determines should have the information in order to evaluate the Survivor Claim, all of whom will agree to keep the information provided by you confidential.

Dated: October __, 2023

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By _____
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic
Archbishop of San Francisco

Dated: October __, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic
Archbishop of San Francisco