PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER: (1) FIXING TIME FOR FILING PROOFS OF CLAIM; (2) APPROVING PROOF OF CLAIM FORMS; (3) PROVIDING CONFIDENTIAL PROTOCOLS; AND (4) APPROVING FORM AND MANNER OF NOTICE**<br><br>Judge:   Hon. Dennis Montali<br>Date:    November 9, 2023<br>Time:   1:30 p.m.<br>Place:   Via ZoomGov |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to be conducted via videoconference has been schedule for **November 9, 2023, at 1:30 p.m.** before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the *Debtor's Motion for Order (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice* (the "Motion") filed by The Roman Catholic Archbishop of San Francisco ("Debtor," or the "RCASF"), the Debtor and Debtor in Possession in the above-captioned case (the "Bankruptcy Case"), on October 19, 2023.

**PLEASE TAKE FURTHER NOTICE** that the by this Motion, the Debtor seeks approval of a process to obtain complete and accurate information regarding the nature, validity, and amount of all claims that will be asserted in this Bankruptcy Case, to allow the Debtor and other parties in interest to have the information necessary to negotiate a chapter 11 plan, to administer its estate fully, to solicit acceptances or rejections in connection with a chapter 11 plan, and to make distributions thereunder. The Motion is requesting that, pursuant to Rule 3003(c) of the Federal Rules of Bankruptcy Procedure and Rule 3003-1 of the Local Rules of Practice for the United States Bankruptcy Court, Northern District of California, the Court: (i) establish January 12, 2024, as the Claims Bar Date (defined in the Motion) and related claims procedures; (ii) approve the proposed Proof of Claim Forms (defined in the Motion); (iii) approve proposed procedures for maintaining the confidentiality of proofs of claim filed in connection with Survivor Claims; and (iv) approve the proposed form and manner of notices of the Bar Dates.

**PLEASE TAKE FURTHER NOTICE** that the Debtor seeks approval of a voluntary Confidential Survivor Supplement based on approved templates used in many other Roman Catholic entity bankruptcy cases that requests information necessary to evaluate Survivor Claims, while being sensitive to survivors. The Motion also requests approval of protocols to maintain the

confidentiality of Survivor Claims (described in the Motion), and special notice forms and a publication process. A summary of the exhibits submitted in support of the Motion is as follows:

| Exhibit | Description |
|---|---|
| 1 | Proposed Order |
| 2 | Proposed General Proof of Claim Form |
| 3 | Proposed Confidential Survivor Proof of Claim Form |
| 4 | Proposed Confidentiality Agreement |
| 5 | Proposed Notice of Bar Date for General Proofs of Claim |
| 6 | Proposed Notice of Bar Date for Survivor Proofs of Claim |
| 7 | Proposed Publication Notice |

**PLEASE TAKE FURTHER NOTICE** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support of the Motion. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting declarations, copies of which may be obtained from the website to maintained by the Debtor's Claims Agent Omni Agent Solutions Inc. at https://omniagentsolutions.com/RCASF. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by **November 2, 2023**. Any opposition or response must be filed and served on the Limited Service List as provided in the *Interim Order Granting Debtor's*

*Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims* at ECF No. 38. The updated Limited Service List may be obtained from the Omni Agent Solutions Inc. website listed above. Failure to timely file opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. If you do not have an attorney, you may wish to consult one.

Dated: October 19, 2023

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By      */s/ Ori Katz*
                ORI KATZ
                ALAN H. MARTIN
                Attorneys for The Roman Catholic
                Archbishop of San Francisco