1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3     WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:         ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9     A Limited Liability Partnership
      Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
12 Email:         okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
13
   Proposed Attorneys for The Roman Catholic
14 Archbishop of San Francisco

15               UNITED STATES BANKRUPTCY COURT

16       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 | In re | Case No. 23-30564 |

19 | THE ROMAN CATHOLIC ARCHBISHOP | Chapter 11 |
   | OF SAN FRANCISCO, | |

20 | | **CERTIFICATE OF SERVICE** |
   | Debtor and | |
21 | Debtor in Possession. | Judge:   Hon. Dennis Montali |
   | | Date:    November 9, 2023 |
22 | | Time:    1:30 p.m. |
   | | Place:   Via ZoomGov |
23

24

25

26

27

28

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Mateo, State of California. My business address is 1540 El Camino Real, Suite 120, Menlo Park, California 94025.

On October 19, 2023, I served true copies of the following document(s) described as:

**DEBTOR'S MOTION FOR ORDER: (1) FIXING TIME FOR FILING PROOFS OF CLAIM; (2) APPROVING PROOF OF CLAIM FORMS; (3) PROVIDING CONFIDENTIAL PROTOCOLS; AND (4) APPROVING FORM AND MANNER OF NOTICE**

**DECLARATION OF PETER MARLOW IN SUPPORT OF DEBTOR'S MOTION FOR ORDER: (1) FIXING TIME FOR FILING PROOFS OF CLAIM; (2) APPROVING PROOF OF CLAIM FORMS; (3) PROVIDING CONFIDENTIAL PROTOCOLS; AND (4) APPROVING FORM AND MANNER OF NOTICE**

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER: (1) FIXING TIME FOR FILING PROOFS OF CLAIM;(2) APPROVING PROOF OF CLAIM FORMS; (3) PROVIDING CONFIDENTIAL PROTOCOLS; AND (4) APPROVING FORM AND MANNER OF NOTICE**

on the interested parties in this action as follows:

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

The Honorable Dennis Montali
United States Bankruptcy Court Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 19, 2023, at Gilroy, California.

*/s/ Elizabeth S. Garcia*
Elizabeth Sierra Garcia

**Registered Electronic Participants**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Chicago Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers
Reinsurance Corporation
bcuret@spcclaw.com

David Elbaum on behalf of Interested Party Pacific Indemnity Company
david.elbaum@stblaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Chicago Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured
Creditors dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain
London Market Companies
daniel.james@clydeco.us

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain
London Market Companies jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

| | |
|---|---|
| 1 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 2 | |
| 3 | Pierce MacConaghy on behalf of Interested Party Century Indemnity Company pierce.macconaghy@stblaw.com |
| 4 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 5 | |
| 6 | Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies amina@duanemorris.com |
| 7 | Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov |
| 8 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 9 | |
| 10 | Mark D. Plevin on behalf of Interested Party Continental Casualty Company mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 11 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com |
| 12 | |
| 13 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies nreinhardt@duanemorris.com |
| 14 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com, docket@ffwplaw.com |
| 15 | |
| 16 | Matthew Roberts on behalf of Interested Party Chicago Insurance Company mroberts@phrd.com |
| 17 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov |
| 18 | |
| 19 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 20 | |
| 21 | Matthew Michael Weiss on behalf of Interested Party Chicago Insurance Company mweiss@phrd.com |
| 22 | Harris Winsberg on behalf of Interested Party Chicago Insurance Company hwinsberg@phrd.com |
| 23 | |
| 24 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies yongli.yang@clydeco.us |
| 25 | |
| 26 | |
| 27 | |
| 28 | |