Christopher D. Johnson (TX 24012913)
Diamond McCarthy LLP
909 Fannin, Suite 3700
Houston, TX 77010
chris.johnson@diamondmccarthy.com
Telephone: 713-333-5100

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>Debtor(s). | Case No.<br>Chapter<br><br>APPLICATION FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Christopher D. Johnson, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Archdiocese of San Francisco Capital Assets Support Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Damion D.D. Robinson, SBN 262573
Diamond McCarthy LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
damion.robinson@diamondmccarthy.com    Telephone: 424-278-2335

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/20/23                                    /s/ Christopher D. Johnson

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 20, 2023

Re: Mr. Christopher Donald Johnson, State Bar Number 24012913

To Whom It May Concern:

This is to certify that Mr. Christopher Donald Johnson was licensed to practice law in Texas on November 03, 1999, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# The Supreme Court of Texas

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Christopher Donald Johnson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 1999.

I further certify that the records of this office show that, as of this date

**Christopher Donald Johnson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 20th day of October, 2023.

BLAKE HAWTHORNE, Clerk

*[signature]*

Clerk, Supreme Court of Texas

No. 8012C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.