Entered on Docket
October 20, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Allan B. Diamond (TX 05801800)
Diamond McCarthy LLP
909 Fannin, Suite 3700
Houston, TX 77010
adiamond@diamondmccarthy.com
Telephone: 713-333-5100

Signed and Filed: October 20, 2023

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**,

Debtor(s).

Case No. **23-30564**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Allan B. Diamond**, whose business address and telephone number is **Diamond McCarthy LLP, 909 Fannin, Suite 3700, Houston, Texas 77010 Telephone: 713-333-5100** and who is an active member in good standing of the bar of **Texas** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **The Archdiocese of San Francisco Capital Assets Support Corporation**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**