Entered on Docket
October 20, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 20, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**



PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
 amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>  Debtor and<br>  Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**FINAL ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO (1) PAY CERTAIN PREPETITION INVOICES FOR ABUSE SURVIVORS' ASSISTANCE AND SAFE ENVIRONMENT PROGRAMS, AND (2) CONTINUE ITS PREPETITION PRACTICE OF PAYING FOR ABUSE SURVIVORS' ASSISTANCE AND SAFE ENVIRONMENT PROGRAMS**<br><br>Date: September 14, 2023<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br><br>Judge: Hon. Dennis Montali |

The emergency motion of The Roman Catholic Archbishop of San Francisco's ("RCASF" or the "Debtor"),[1] for an order authorizing the Debtor (i) to pay certain prepetition invoices for abuse survivors' assistance and safe environment programs, and (ii) to continue to pay certain invoices for such programs in the ordinary course of its business [ECF No. 13] (the "Motion"), came on for hearing on September 14, 2023, at 1:30 p.m. (the "Second Day Hearing"), before the Honorable Dennis Montali for the United States Bankruptcy Court for the Northern District of California. The Debtor appeared through its counsel, Paul J. Pascuzzi of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP and Ori Katz of Sheppard, Mullin, Richter & Hampton LLP. All other appearances were as noted on the record.

After the Second Day Hearing, counsel of record for the Debtor, the Official Committee of Unsecured Creditors of the Debtor (the "Committee"), and Tracy Hope Davis, United States Trustee for Region 17 (the "UST," and collectively with the Debtor and the Committee, the "Parties"), met and conferred regarding the relief requested by the Motion and the Debtor and the Committee have stipulated to entry of a final order on the Motion, as noted in that *Stipulation to (1) Vacate Final Hearing on Resolved First Day Motions and (2) Continue Final Hearing on Debtor's Emergency Motions Regarding (A) Existing Cash Management System and Related Relief; and (B) Payment and Honoring of Prepetition Wages, Salaries, and Employee Expenses, and Related Obligations* [ECF No. 179] filed on October 3, 2023 (the "Stipulation"). The UST does not oppose entry of a final order on the Motion.

IT IS ORDERED that:

1. The Motion is GRANTED, on a final basis as set forth herein.

2. The Debtor is authorized, but not directed, to pay accrued but unpaid prepetition amounts due and owing to Counselors and other counter parties involved in the Abuse Survivors' Assistance and Safe Environment Programs as of the Petition Date, on an interim basis up to an aggregate amount of $50,000.

---

[1] All capitalized terms used but not defined in this Order shall have the same meanings given to them in the Motion.

3. The Debtor and its employees and agents are authorized to take such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

4. The Debtor's banks are authorized and directed to honor and pay all pre-petition and post-petition checks issued or to be issued and fund transfers requested or to be requested, by the Debtor in respect of the Abuse Survivors' Assistance and Safe Environment Programs.

5. Notwithstanding the relief granted by this Order and any actions taken in accordance with this Order, nothing in the Motion or this Order shall be deemed: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtor's rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined hereunder; (e) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Debtor's rights under the Bankruptcy Code or any other applicable law.

* * * END OF ORDER * * *

APPROVED AS TO FORM:

Dated: October 20, 2023          PACHULSKI STANG ZIEHL & JONES LLP

                                 By:    /s/ John W. Lucas
                                        JAMES I. STANG
                                        DEBRA I. GRASSGREEN
                                        JOHN W. LUCAS
                                        Proposed Attorneys for the Official
                                        Committee of Unsecured Creditors

**Court Service List**

Registered ECF Participants only.

SMRH:4870-3577-6135.1