PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: October 26, 2023<br>Time: 1:30 p.m.<br>Location: via Zoom<br>Judge: Hon. Dennis Montali |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On October 20, 2023, I served true copies of the following document(s) described as:

**DEBTOR'S (1) SUPPLEMENTAL REPLY IN FURTHER RESPONSE TO THE OBJECTION OF THE UNITED STATES TRUSTEE TO FINAL APPROVAL OF DEBTOR'S MOTION FOR CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM OPERATIONAL BANK ACCOUNTS AND RELATED INVESTMENT ACCOUNTS; AND (2) STATUS REPORT REGARDING COMPLIANCE WITH INTERIM ORDER REGARDING SAME**

on the interested parties in this action as follows:

*See Service List below*

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 20, 2023, at San Francisco, California.

_____
Dorothy M. Gatmen

**Registered Electronic Participants**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Chicago Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

David Elbaum on behalf of Interested Party Pacific Indemnity Company
david.elbaum@stblaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Chicago Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

| | |
|---|---|
| 1 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 2 | |
| 3 | Pierce MacConaghy on behalf of Interested Party Century Indemnity Company pierce.macconaghy@stblaw.com |
| 4 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 5 | |
| 6 | Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies amina@duanemorris.com |
| 7 | Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov |
| 8 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 9 | |
| 10 | Mark D. Plevin on behalf of Interested Party Continental Casualty Company mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 11 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com |
| 12 | |
| 13 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies nreinhardt@duanemorris.com |
| 14 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com, docket@ffwplaw.com |
| 15 | |
| 16 | Matthew Roberts on behalf of Interested Party Chicago Insurance Company mroberts@phrd.com |
| 17 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov |
| 18 | |
| 19 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 20 | |
| 21 | Matthew Michael Weiss on behalf of Interested Party Chicago Insurance Company mweiss@phrd.com |
| 22 | Harris Winsberg on behalf of Interested Party Chicago Insurance Company hwinsberg@phrd.com |
| 23 | |
| 24 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies yongli.yang@clydeco.us |
| 25 | |
| 26 | |
| 27 | |
| 28 | |