In re:  Case No. 23-30564-DM

The Roman Catholic Archbishop of San Fra  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 3

Date Rcvd: Oct 18, 2023      Form ID: TRANSC      Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| rspi | + | Fr. Patrick Summerhays, The Roman Catholic Archbishop of SF, One Peter York Way, San Francisco, CA 94109-6602 |
| | + | JASON E. RIOS, Felderstein Fitzgerald Willoughby, Pascuzzi & Rios LLP, 500 Capitol Mall, Suite 2250 Sacramento, CA 95814-4760 |
| | + | JOHN W. LUCAS, Pachulski Stang Ziehl & Jones, One Sansome Street, Suite 3430, San Franciso, CA 94104-4436 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**      **Bypass Reason**      **Name and Address**

[ *** NO NAME OR ADDRESS SUPPLIED *** ]

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan H. Martin | |
| | on behalf of Debtor The Roman Catholic Archbishop of San Francisco AMartin@sheppardmullin.com lwidawskyleibovici@sheppardmullin.com |
| Andrew Mina | |
| | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies amina@duanemorris.com |
| Blaise S Curet | |
| | on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation bcuret@spcclaw.com |

Catalina Sugayan
on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Christina Lauren Goebelsmann
on behalf of U.S. Trustee Office of the U.S. Trustee / SF christina.goebelsmann@usdoj.gov

Daniel James
on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies daniel.james@clydeco.us

David Elbaum
on behalf of Interested Party Century Indemnity Company david.elbaum@stblaw.com

Deanna K. Hazelton
on behalf of U.S. Trustee Office of the U.S. Trustee / SF deanna.k.hazelton@usdoj.gov

Debra I. Grassgreen
on behalf of Creditor Committee The Official Committee of Unsecured Creditors dgrassgreen@pszjlaw.com hphan@pszjlaw.com

Douglas B. Provencher
on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com

George Calhoun
on behalf of Interested Party Century Indemnity Company george@ifrahlaw.com

Hagop T. Bedoyan
on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com

Harris Winsberg
on behalf of Interested Party Chicago Insurance Company hwinsberg@phrd.com

Jason Blumberg
on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov ustpregion17.sf.ecf@usdoj.gov

Jason Chorley
on behalf of Interested Party Century Indemnity Company jason.chorley@clydeco.us Robert.willis@clydeco.us

Jason E. Rios
on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com docket@ffwplaw.com

Jeannie Kim
on behalf of Debtor The Roman Catholic Archbishop of San Francisco jekim@sheppardmullin.com dgatmen@sheppardmullin.com

Jeff D. Kahane
on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies jkahane@duanemorris.com

John Bucheit
on behalf of Interested Party Chicago Insurance Company jbucheit@phrd.com

John William Lucas
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jlucas@pszjlaw.com ocarpio@pszjlaw.com

Mark D. Plevin
on behalf of Interested Party Continental Casualty Company mplevin@crowell.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Matthew Roberts
on behalf of Interested Party Chicago Insurance Company mroberts@phrd.com

Matthew Michael Weiss
on behalf of Interested Party Chicago Insurance Company mweiss@phrd.com

Nathan W. Reinhardt
on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies nreinhardt@duanemorris.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Ori Katz
on behalf of Debtor The Roman Catholic Archbishop of San Francisco okatz@sheppardmullin.com LSegura@sheppardmullin.com

Paul J. Pascuzzi
on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com docket@ffwplaw.com

Phillip John Shine
on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov

Pierce MacConaghy

on behalf of Interested Party Century Indemnity Company pierce.macconaghy@stblaw.com

Robert David Gallo

on behalf of Interested Party Chicago Insurance Company dgallo@phrd.com

Robert G. Harris

on behalf of Creditor Archbishop Riordan High School rob@bindermalter.com RobertW@BinderMalter.com

Trevor Ross Fehr

on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov

Yongli Yang

on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies yongli.yang@clydeco.us

TOTAL: 33

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):**<br><br>The Roman Catholic Archbishop of San Francisco | Case No.: 23−30564 DM 11<br>Chapter: 11 |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on 10/12/2023 was filed on October 18, 2023. The following deadlines apply:

The parties have until Wednesday, October 25, 2023 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, November 8, 2023.

If a request for redaction is filed, the redacted transcript is due Monday, November 20, 2023.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, January 16, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 10/20/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court