**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California -**
**[Case # 23-30564]**
**Statement of Receipts & Disbursements (Restricted and**
**Unrestricted Debtor Bank Accounts)**
**August 21, 2023 - August 31, 2023**

| Description | Accounts Payable Checking | FRB Stock Clearing Brokerage Account | Business Money Market | Business Money Market | Chancery Payroll Account | Investment Pool Checking Acct | Imprest - Settlement Payments (AJ Gallagher) | Main Operating Account |
|---|---|---|---|---|---|---|---|---|
| | Bank of America | First Republic Bank | Bank of San Francisco | First Republic Bank | Bank of America | Bank of America | Bank of America | Bank of America |
| | ***0220 | ***0589 | ***1486 | ***1534 | ***2233 | ***4129 | ***4577 | ***5250 |
| | | | | | | | | [1] |
| **Beginning Balance (8/21/2023)** | $ 447,586 | $ 52,686 | $ 246,042 | $ 257,115 | $ 90,962 | $ - | $ 6,803 | $ 6,917,832 |
| *Plus Receipts:* | | | | | | | | |
| **Archdiocese Related Receipts** | | | | | | | | |
| AAA | - | - | - | - | - | | - | - |
| Rental Property Income | - | - | - | - | - | | - | 1,500 |
| Cemetery Receipts | - | - | - | - | - | | - | 112,500 |
| Fees for Services | - | - | - | - | - | | - | 5,180 |
| Gifts & Donations | - | - | - | - | - | | - | 11,924 |
| Investment Receipts/Interest | - | - | 322 | 827 | - | | - | 91,000 |
| Miscellaneous Receipts | - | - | - | - | 71 | | - | 142,177 |
| **Reimbursements from non-debtor entities:** | | | | | | | | |
| Gifts & Donations Received on Behalf of Others | - | - | - | - | - | | - | - |
| Insurance Reimbursements | - | - | - | - | - | | - | 1,064,606 |
| Miscellaneous Reimbursements | - | - | - | - | - | | - | 289 |
| **Total Receipts** | $ - | $ - | $ 322 | $ 827 | $ 71 | $ - | $ - | $ 1,429,175 |
| *Less Disbursements:* | | | | | | | | |
| Insurance - Diocese | - | - | - | - | - | | - | - |
| Professional Fees (Non BKC) | - | - | - | - | - | | - | - |
| Miscellaneous Disbursements | 901 | - | 30 | - | - | | - | - |
| Insurance-related disb. on behalf of Non-Debtor entities | - | - | - | - | - | | - | - |
| **Total Disbursements** | $ 901 | $ - | $ 30 | $ - | $ - | $ - | $ - | $ - |
| Transfers | - | (52,686) | (10,000) | - | - | | - | 10,000 |
| Plus/ (Minus) Unrealized and realized Gains/(losses) [5] | - | - | - | - | - | | - | - |
| **Bank Balance** | $ 446,685 | $ - | $ 236,334 | $ 257,941 | $ 91,033 | $ - | $ 6,803 | $ 8,357,007 |

*Notes:*
[1] Updated from Schedule B which listed balance of $6,881,015.05.
Difference due to timing of information available at filing date.
[2] Updated from Schedule B which listed balance of $6,293,319.42.
Difference due to timing of information available at filing date.
[3] Summary balances. See detail on following table.
[4] Balances include approximately $2,066,635.83 of funds belonging to parishes/schools.
[5] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California -**
**[Case # 23-30564]**
**Statement of Receipts & Disbursements (Restricted and**
**Unrestricted Debtor Bank Accounts)**
**August 21, 2023 - August 31, 2023**

| Description | ADSF Restricted Checking | Imprest - Priest Medical (UAS) | TCD - WC Collateral | Business Money Market | Business Money Market | Imprest - General Liability (George Hills Co.) | Investment Pool | Total of all Accounts |
|---|---|---|---|---|---|---|---|---|
| | Bank of America | BridgeBank | City National Bank | First Republic Bank | BofA Securities, Inc. | California Bank & Trust | US Bank | |
| | ***7083 | ***8561 | ***9001 | ***9117 | ***9371/2C19 | ***9479 | Various | |
| | [2] | | | | | | [3],[4] | |
| Beginning Balance (8/21/2023) | $ 6,298,619 | $ 124,034 | $ 75,816 | $ - | $ 57,298,833 | $ 76,924 | $ 101,465,174 | $ 173,358,426 |
| *Plus Receipts:* | | | | | | | | |
| **Archdiocese Related Receipts** | | | | | | | | |
| AAA | 52,002 | - | - | - | - | - | - | 52,002 |
| Rental Property Income | - | - | - | - | - | - | - | 1,500 |
| Cemetery Receipts | - | - | - | - | - | - | - | 112,500 |
| Fees for Services | - | - | - | - | - | - | - | 5,180 |
| Gifts & Donations | 31,809 | - | - | - | - | - | - | 43,733 |
| Investment Receipts/Interest | - | - | - | - | - | - | - | 92,149 |
| Miscellaneous Receipts | - | - | - | - | - | - | - | 142,247 |
| **Reimbursements from non-debtor entities:** | | | | | | | | |
| Gifts & Donations Received on Behalf of Others | 13,631 | - | - | - | - | - | - | 13,631 |
| Insurance Reimbursements | - | - | - | - | - | - | - | 1,064,606 |
| Miscellaneous Reimbursements | - | - | - | - | - | - | - | 289 |
| **Total Receipts** | $ 97,442 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,527,837 |
| *Less Disbursements:* | | | | | | | | |
| Insurance - Diocese | - | 93,144 | - | - | - | - | - | 93,144 |
| Professional Fees (Non BKC) | - | - | - | - | - | 3,382 | - | 3,382 |
| Miscellaneous Disbursements | - | - | - | - | - | 9 | - | 940 |
| Insurance-related disb. on behalf of Non-Debtor entities | - | - | - | - | - | - | - | - |
| **Total Disbursements** | $ - | $ 93,144 | $ - | $ - | $ - | $ 3,391 | $ - | $ 97,465 |
| Transfers | 52,686 | - | - | - | - | - | - | - |
| Plus/ (Minus) Unrealized and realized Gains/(losses) [5] | - | - | - | - | - | - | 1,386,129 | 1,386,129 |
| **Bank Balance** | $ 6,448,747 | $ 30,891 | $ 75,816 | $ - | $ 57,298,833 | $ 73,533 | $ 102,851,303 | $ 176,174,926 |

*Notes:*
[1] Updated from Schedule B which listed balance of $6,881,015.05.
Difference due to timing of information available at filing date.
[2] Updated from Schedule B which listed balance of $6,293,319.42.
Difference due to timing of information available at filing date.
[3] Summary balances. See detail on following table.
[4] Balances include approximately $2,066,635.83 of funds belonging to
parishes/schools.
[5] Total Receipts plus the investment net gains and losses reconciles
to Part 1 of the MOR.

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California -**
**[Case # 23-30564]**
**Statement of Receipts & Disbursements (Investment Pool Accounts)**
**August 21, 2023 - August 31, 2023**

| Description | ADSF Composite Balanced Pool | Diamond Hill | Jensen | Metwest | Vaughan Nelson | Segall Bryant | Amer Core | Redwood-Kairos Real Estate Value Fund VI | Kimpact Evergreen | Baron Emerging |
|---|---|---|---|---|---|---|---|---|---|---|
| | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank |
| | ***8800 | ***8801 | ***8802 | ***8803 | ***8804 | ***8805 | ***8807 | ***8808 | ***8809 | ***8810 |
| **Beginning Balance (8/21/2023)** | $ 13,612,145 | $ 18,710,581 | $ 14,333,385 | $ 6,712,544 | $ 5,094,417 | $ 13,767,496 | $ 5,041,503 | $ 1,424,871 | $ 1,167,508 | $ 3,111,956 |
| Plus/ (Minus) Unrealized and realized Gains/(losses) [1] | 285,884 | 347,633 | 518,837 | 76,561 | 183,853 | 188,536 | 32 | 1,917 | 3 | (197,132) |
| **Bank Balance** | $ 13,898,029 | $ 19,058,214 | $ 14,852,222 | $ 6,789,105 | $ 5,278,270 | $ 13,956,032 | $ 5,041,535 | $ 1,426,788 | $ 1,167,510 | $ 2,914,824 |

*Notes:*
[1] Total Receipts plus the investment net gains and losses reconciles to
Part 1 of the MOR.
[2] Balances include approximately $2,066,635.83 of funds belonging to
parishes/schools.

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California -**
**[Case # 23-30564]**
**Statement of Receipts & Disbursements (Investment Pool Accounts)**
**August 21, 2023 - August 31, 2023**

| Description | Wells Cap Emerging | Cuit International Eq | Cliffwater Corp Lend | Kairos Cr Strat REIT | Segall Bryant | Redwood-Kairos Real Estate Fund VIII | Partners Group | Montauk Triguard | ADSF - SERP | Total of all Investment Pool Accounts |
|---|---|---|---|---|---|---|---|---|---|---|
| | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | |
| | ***8811 | ***8812 | ***8813 | ***8814 | ***8815 | ***8816 | ***8817 | ***8818 | ***8900 | |
| | | | | | | | | | | [2] |
| **Beginning Balance (8/21/2023)** | $ 2,777,731 | $ 6,939,550 | $ 2,630,234 | $ 2,632,060 | $ - | $ 1,195,728 | $ 1,586,870 | $ 494,840 | $ 231,756 | $ 101,465,174 |
| Plus/ (Minus) Unrealized and realized Gains/(losses) [1] | (181,596) | 148,001 | 12,360 | - | 32 | 65 | - | 116 | 1,026 | **1,386,129** |
| **Bank Balance** | $ 2,596,135 | $ 7,087,551 | $ 2,642,594 | $ 2,632,060 | $ 32 | $ 1,195,793 | $ 1,586,870 | $ 494,956 | $ 232,782 | $ 102,851,303 |

*Notes:*
[1] Total Receipts plus the investment net gains and losses reconciles to
Part 1 of the MOR.
[2] Balances include approximately $2,066,635.83 of funds belonging to
parishes/schools.

| Roman Catholic Archbishop of San Francisco<br>United States Bankruptcy Court - Northern District of California -  [Case # 23-30564]<br>Statement of Receipts & Disbursements - Non-Debtor Payroll Account<br>August 21, 2023 - August 31, 2023 | |
|---|---|
| **Description** | **Coordinated Payroll**<br>**Bank of America**<br>**\*\*\*4287** |
| | [1] |
| **Beginning Balance - 8/21/2023** | $        5,942,033 |
| Payroll & Tax Funding from Employers | - |
| Payroll & Tax Disbursements | (94,631) |
| **Ending Balance - 8/31/2023** | $        5,847,402 |

*Notes:*

[1] This account is used for the purpose of processing payroll on behalf of non-Debtor employers to their employees.  Accordingly, this account is not part of the bankruptcy estate and is not consolidated into the Debtor's bank balances.  The non-Debtor employers fund their payroll through this account and pay to the Debtor certain fees associated with the payroll process and unemployment insurance charges, which fees and charges are recognized as receipts in the Debtor's MOR.

| Roman Catholic Archbishop of San Francisco |
|---|
| **United States Bankruptcy Court - Northern District of California [Case #23-30564]** |
| **Balance Sheet as of August 31, 2023 - Modified Cash Basis** |
| **UNAUDITED - Not in accordance with GAAP- Subject to Material Change** |

| Description | Amount |
|---|---|
| Cash - Restricted & Unrestricted | $ 176,174,926 |
| Accounts Receivable, net | 8,943,182 |
| Prepaid expenses | 6,999,438 |
| Parish Assessments | 2,367,330 |
| Building and land, net | 27,666,394 |
| Automobiles, net | 6,000 |
| Beneficial Interest in RSPC | 333,874 |
| Beneficial Interest in Trusts | 962,394 |
| Notes Receivable | 9,350,431 |
| **Total Assets** | **$ 232,803,968** |
| | |
| Prepetition priority debt | $ 752,383 |
| Prepetition unsecured debt [1] | 465,786 |
| Post-Petition Accounts Payable [2] | 165,644 |
| **Total Liabilities** | **$ 1,383,813** |
| | |
| **Net Assets** | **$ 231,420,155** |
| **Total Liabilities & Net Assets** | **$ 232,803,968** |

*Notes:*

[1] Unsecured debt excludes contingent abuse claims.

[2] Entire balance is current; separate aging schedule not necessary.

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Statement of Operations (For the Period August 21, 2023 - August 31, 2023) - Modified Cash Basis**
**UNAUDITED - Not in accordance with GAAP- Subject to Material Change**

| | | |
|---|---|---:|
| Gross income / Sales (net of returns and allowances; includes investment gains / losses) | $ | 2,913,966 |
| Cost of goods sold (incl. depreciation, if applicable) | | - |
| Gross profit (a - b) | $ | 2,913,966 |
| Selling expenses | | - |
| General and administrative expenses | | 97,465 |
| Other expenses | | - |
| Depreciation and/or amortization (not included in 4b) | | - |
| Interest | | - |
| Taxes (local, state, and federal) | | - |
| Reorganization Items | | - |
| Receipts less disbursements | $ | 2,816,500 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        0220
01 01 149 05 M0000 E#       0
**Last Statement: 07/31/2023**
**This Statement: 08/31/2023**

DNP

**Customer Service**
**1-888-400-9009**

**THE ROMAN CATHOLIC ARCHBISHOP OF SF**
**DEBTOR IN POSSESSION CASE 23-30564**
**A CORPORATE SOLE**
**1 PETER YORKE WAY**
**SAN FRANCISCO CA  94109-6602**

Page     1 of    4

**Bankruptcy Case Number:       2330564**

## NON-PROFIT CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 08/01/2023 - 08/31/2023 | Statement Beginning Balance | 388,344.28 |
| Number of Deposits/Credits          8 | Amount of Deposits/Credits | 5,678,345.01 |
| Number of Checks                   78 | Amount of Checks | 590,812.56 |
| Number of Other Debits             16 | Amount of Other Debits | 5,029,191.48 |
| | Statement Ending Balance | 446,685.25 |
| **Number of Enclosures**            0 | | |
| | **Service Charge** | .00 |

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 8 of 142

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

**Account Number** _____0220
01 01 149 05 M0000 E#      0
**Last Statement: 07/31/2023**
**This Statement: 08/31/2023**

DNP

**Customer Service**
**1-888-400-9009**

**THE ROMAN CATHOLIC ARCHBISHOP OF SF**

Page    2 of    4

**Bankruptcy Case Number:**        2330564

# NON-PROFIT CHECKING

## Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/28 | | 900.74- | Summarized Debits     1 | |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 388,344.28 | 388,344.28 | 08/11 | 652,862.68 | 652,862.68 |
| 08/01 | 362,879.90 | 362,879.90 | 08/14 | 503,923.08 | 503,923.08 |
| 08/02 | 350,494.63 | 350,494.63 | 08/15 | 204,903.55 | 204,903.55 |
| 08/03 | 622,779.36 | 622,779.36 | 08/16 | 308,467.42 | 308,467.42 |
| 08/04 | 454,937.40 | 454,937.40 | 08/17 | 396,101.80 | 396,101.80 |
| 08/07 | 428,898.15 | 428,898.15 | 08/18 | 447,585.99 | 447,585.99 |
| 08/08 | 357,928.65 | 357,928.65 | 08/28 | 446,685.25 | 446,685.25 |
| 08/09 | 203,610.30 | 203,610.30 | 08/31 | 446,685.25 | 446,685.25 |
| 08/10 | 856,819.68 | 856,819.68 | | | |

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 9 of 142

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

**Account Number       0220**
01 01 149 05 M0000 E#       0
**Last Statement: 07/31/2023**
**This Statement: 08/31/2023**

DNP

**Customer Service**
**1-888-400-9009**

**THE ROMAN CATHOLIC ARCHBISHOP OF SF**

Page    3 of    4

**Bankruptcy Case Number:        2330564**

# NON-PROFIT CHECKING

Checks Paid Report
Page     1 of    1

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 14056 | 63.00 | 08/16 | 4652421236 | 15676 | 525.00 | 08/08 | 4192294681 |
| 14889* | 125.00 | 08/14 | 8892917432 | 15677 | 2,141.90 | 08/09 | 4492667306 |
| 14903* | 25.00 | 08/14 | 8992305622 | 15679* | 16.85 | 08/09 | 4492301922 |
| 14905* | 25.00 | 08/14 | 5192020976 | 15680 | 407.45 | 08/04 | 5592861545 |
| 15195* | 75.00 | 08/01 | 5192193088 | 15681 | 311.01 | 08/07 | 5892775327 |
| 15220* | 25.00 | 08/15 | 5292549802 | 15682 | 3,795.17 | 08/08 | 4192113511 |
| 15224* | 25.00 | 08/16 | 8892930296 | 15683 | 3,175.44 | 08/15 | 5292446474 |
| 15535* | 47.01 | 08/16 | 7952023526 | 15684 | 825.00 | 08/14 | 8752466061 |
| 15603* | 600.00 | 08/08 | 4292637783 | 15686* | 1,106.00 | 08/18 | 5692386985 |
| 15612* | 7,800.00 | 08/09 | 4592119499 | 15687 | 96.14 | 08/14 | 5092174252 |
| 15614* | 96.63 | 08/01 | 8692474395 | 15688 | 7,215.00 | 08/14 | 8992310008 |
| 15633* | 900.74 | 08/15 | 9092367972 | 15689 | 290,298.14 | 08/15 | 9092369310 |
| 15636* | 2,000.00 | 08/02 | 1152984900 | 15690 | 952.56 | 08/15 | 5292551087 |
| 15638* | 688.66 | 08/15 | 8692685136 | 15692* | 336.01 | 08/18 | 5692460112 |
| 15639 | 3,025.00 | 08/15 | 9092588560 | 15693 | 360.07 | 08/18 | 5692460111 |
| 15641* | 294.75 | 08/17 | 8752908890 | 15695* | 263.78 | 08/15 | 3092364325 |
| 15644* | 132,790.00 | 08/09 | 4392842656 | 15696 | 300.00 | 08/15 | 0452589670 |
| 15648* | 7,947.91 | 08/02 | 5292628414 | 15697 | 53.75 | 08/11 | 4792552510 |
| 15649 | 78.31 | 08/02 | 5292628419 | 15698 | 78.87 | 08/15 | 9092195684 |
| 15650 | 9.39 | 08/02 | 5292628418 | 15700* | 215.00 | 08/17 | 5592197356 |
| 15652* | 5,299.66 | 08/01 | 5092919413 | 15701 | 9,372.62 | 08/16 | 5492790237 |
| 15653 | 1,661.00 | 08/02 | 8692910718 | 15705* | 25.00 | 08/18 | 5692451187 |
| 15654 | 49.78 | 08/04 | 5692496684 | 15711* | 13,677.00 | 08/18 | 5692651530 |
| 15655 | 15,810.64 | 08/04 | 8892626860 | 15713* | 125.00 | 08/18 | 4852215119 |
| 15658* | 636.63 | 08/03 | 5392888904 | 15715* | 300.00 | 08/17 | 9192315942 |
| 15659 | 4,000.00 | 08/01 | 8692171373 | 15716 | 2,738.00 | 08/18 | 9292480873 |
| 15661* | 15,993.09 | 08/01 | 8692059690 | 15717 | 1,088.10 | 08/17 | 5592445357 |
| 15663* | 69.54 | 08/03 | 8792377046 | 15718 | 139.31 | 08/18 | 9292260435 |
| 15664 | 2,738.00 | 08/08 | 4192064587 | 15719 | 188.38 | 08/17 | 6352227100 |
| 15665 | 3,368.60 | 08/09 | 4592260030 | 15720 | 600.00 | 08/18 | 5692571928 |
| 15666 | 49.47 | 08/08 | 4292432733 | 15725* | 650.00 | 08/18 | 5692101897 |
| 15667 | 640.68 | 08/07 | 1192024554 | 15729* | 223.86 | 08/16 | 6352058896 |
| 15668 | 54.27 | 08/08 | 5892722936 | 15730 | 283.25 | 08/17 | 9192672943 |
| 15669 | 409.39 | 08/08 | 1292436105 | 15733* | 900.74 | 08/28 | 9692700960 |
| 15670 | 24,995.00 | 08/07 | 5892234702 | 15734 | 736.22 | 08/17 | 9192316180 |
| 15671 | 8,201.00 | 08/09 | 4592140133 | 15735 | 457.50 | 08/18 | 4752880783 |
| 15672 | 124.82 | 08/11 | 4992220454 | 15736 | 3,450.00 | 08/18 | 9292455230 |
| 15673 | 38.29 | 08/07 | 5792600116 | 15737 | 2,517.00 | 08/16 | 9192118851 |
| 15675* | 55.40 | 08/08 | 4292640725 | 15739* | 30.78 | 08/17 | 9192346921 |
| | | | | Total Checks | 78 | | 590,812.56 |

\* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 10
of 142

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      0220
01 01 149 05 M0000 E#      0
Last Statement: 07/31/2023
This Statement: 08/31/2023

DNP

Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Page   4 of   4

Bankruptcy Case Number:      2330564

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.  If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.

FIRST REPUBLIC SECURITIES COMPANY, LLC
It's a privilege to serve you®
111 PINE STREET, SAN FRANCISCO, CA 94111, TEL 1-877-348-5576, FAX 1-888-238-6188
E-MAIL: investments@firstrepublic.com

THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

**Your Investment Professional:**
JAMES J BUCKLEY
(415) 296-5839

## Portfolio at a Glance

| | This Period |
|---|---|
| **BEGINNING ACCOUNT VALUE** | $15,602.05 |
| Deposits (Cash & Securities) | 53,196.98 |
| Withdrawals (Cash & Securities) | -67,610.44 |
| Dividends, Interest and Other Income | 3.34 |
| **Net Change in Portfolio[1]** | -1,191.93 |
| **ENDING ACCOUNT VALUE** | **$0.00** |
| Accrued Interest | $0.00 |
| **Account Value with Accrued Interest** | $0.00 |
| Estimated Annual Income | $1.39 |

[1] *Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.*

## Asset Summary

| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 0% | Equities | 10,447.55 | 0.00 |
| 0% | Fixed Income | 5,154.50 | 0.00 |
| 0% | **Account Total** | **$15,602.05** | **$0.00** |

Please review your allocation periodically with your Investment Professional.
Asset Classification information contained in this section is supplied by First Republic Investment Management (FRIM) ©. All Rights Reserved. Information on asset classification (1) is proprietary to FRIM and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither FRIM nor its content providers are responsible for any damages or losses arising from any use of this information.


Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE


GOPAPERLESS
ASK ABOUT EDELIVERY

A0595983C30039.SD

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 12 of 142

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 13 of 142

## Asset Classification

| | Current Period Value | Percent |
|---|---|---|
| **TOTAL ASSETS** | 0.00 | 0% |

## Summary of Gains and Losses

| | This Period | Year-to-Date | Unrealized |
|---|---|---|---|
| | | **Realized** | |
| Short-Term Gain/Loss | 3,897.96 | 12,033.57 | 0.00 |
| Long-Term Gain/Loss | 1,505.88 | 165,050.33 | 0.00 |
| **Net Gain/Loss** | **5,403.84** | **177,083.90** | **0.00** |

This summary excludes transactions where cost basis information is not available.

## Client Service Information

**Your Investment Professional:** JfB

**FIRST REPUBLIC SECURITIES**
JAMES J BUCKLEY
111 PINE ST
SAN FRANCISCO CA 94111

**Contact Information**
**Business:** (415) 296-5839
**E-Mail:** jbuckley@firstrepublic.com

**Client Service Information**
**Service Hours:** Weekdays 06:30 a.m. - 04:00 p.m. (PST)
**Client Service Telephone Number:** (415) 296-5839
**Web Site:** WWW.FIRSTREPUBLIC.COM

## Your Account Information

**INVESTMENT OBJECTIVE**
Investment Objective:   CAPITAL PRESERVATION
Risk Exposure:          LOW RISK
Please review your investment objective. If you wish to make a change or have any questions please contact your Investment Professional.

**TAX LOT DEFAULT DISPOSITION METHOD**
Default Method for Mutual Funds:                          First In First Out
Default Method for Stocks in a Dividend Reinvestment Plan: First In First Out
Default Method for all Other Securities:                  First In First Out
**BOND AMORTIZATION ELECTIONS**
Amortize premium on taxable bonds based on Constant Yield Method:   Yes
Accrual market discount method for all other bond types:           Constant Yield Method
Include market discount in income annually:                        No

**Account Number:** 3   A05958353 30039 SD   '0589

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

# First Republic Securities Company, LLC

It's a privilege to serve you®

111 PINE STREET, SAN FRANCISCO, CA 94111 · TEL 1-877-348-5576, FAX 1-888-238-0688
E-MAIL investments@firstrepublic.com

## Your Account Information  *(continued)*

**ELECTRONIC DELIVERY**

Congratulations! All your documents are enrolled for electronic delivery.
Please log in to your account or contact your Investment Professional to make any changes to your electronic
delivery preferences.

**E-mail notifications are delivered to the following e-mail
address(es):**
l###@sfarch.org
n##@sfarch.org
*l###@sfarch.org is on file for these documents*
The above e-mail address is partially masked for your security.
Please log in to your account to review the full e-mail address.

## Portfolio Holdings

| Description | Quantity | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield |
|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS AND BANK DEPOSITS  0.00% of Portfolio** | | | | | | |
| **FDIC Insured Bank Deposits** | | | | | | |
| EAGLE BANK SWEEP TIER 15 held at FIRST REPUBLIC BANK | | 0.00 | 0.00 | 0.00 | 1.39 | N/A |
| **Total FDIC Insured Bank Deposits** | | $0.00 | $0.00 | $0.00 | $1.39 | |
| **TOTAL CASH, MONEY FUNDS AND BANK DEPOSITS** | | $0.00 | $0.00 | $0.00 | $1.39 | |

| | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | $0.00 | $0.00 | $1.39 |

## Portfolio Holdings Disclosures

**Pricing**
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market
prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. In some cases the pricing vendor may provide prices quoted by
a single broker or market maker. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked
"N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

**Estimated Annual Figures**
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or
guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest
and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Account Number: _ _ - _ _ .0589
A059591X3P30039-SD

GOPAPERLESS
ASK ABOUT DELIVERY



Estimated Annual Figures (continued)
investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/disclosures for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

Foreign Currency Transactions
Pershing will execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Activity Summary (All amounts shown are in base currency)

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Securities** | | | | | | |
| Securities Sold | 67,607.10 | 0.00 | 67,607.10 | 375,531.05 | 0.00 | 375,531.05 |
| Securities Deposited | 53,196.98 | 0.00 | 53,196.98 | 377,308.48 | 0.00 | 377,308.48 |
| **Total Securities** | **$120,804.08** | **$0.00** | **$120,804.08** | **$752,839.53** | **$0.00** | **$752,839.53** |
| **Dividends and Interest** | $3.34 | $0.00 | $3.34 | $3.34 | $0.00 | $3.34 |
| **Fees** | $0.00 | $0.00 | $0.00 | $0.00 | -$40.00 | -$40.00 |
| **Cash** | | | | | | |
| Withdrawals | 0.00 | -67,610.44 | -67,610.44 | 0.00 | -375,506.19 | -375,506.19 |
| **Total Cash** | **$0.00** | **-$67,610.44** | **-$67,610.44** | **$0.00** | **-$375,506.19** | **-$375,506.19** |
| **Totals** | **$120,807.42** | **-$67,610.44** | **$53,196.98** | **$752,842.87** | **-$375,546.19** | **$377,296.68** |

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 15 of 142

Account Number: 3          389
A0595SK3F30035 SD

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Case: 23-30564 Doc# 234-1 Filed: 10/23/23 Entered: 10/23/23 09:47:37 Page 16 of 142

FIRST REPUBLIC SECURITIES COMPANY, LLC
It's a privilege to serve you®
111 PINE STREET, SAN FRANCISCO, CA 94111, TEL 1-877-348-5376, FAX 1-888-238-0188
E-MAIL: investments@firstrepublic.com

## Transactions by Type of Activity

### Securities Bought and Sold

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|---|
| | | AMD | INVESTMENT SERVICES UNSOLICITED ORDER | | | | | |
| 08/21/23 | 08/17/23 | SOLD AMD | ADVANCED MICRO DEVICES INC COM UNSOLICITED ORDER | -47.0000 | 105.4000 | | 4,904.22 | USD |
| 08/21/23 | 08/17/23 | SOLD GE | GENERAL ELEC CO COM NEW UNSOLICITED ORDER | -25.0000 | 113.5950 | | 2,811.45 | USD |
| 08/24/23 | 08/22/23 | SOLD META | META PLATFORMS INC CL A UNSOLICITED ORDER | -157.0000 | 289.3300 | | 44,970.19 | USD |

**Total Securities Bought and Sold** $0.00 $67,607.10 USD

### Securities Withdrawals and Deposits

| | | GE | CO., INC. A/C 00705845238777 | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/21/23 | | SECURITY RECEIVED META | META PLATFORMS INC CL A | 157.0000 | | | 45,514.30 | USD |

**Total Securities Withdrawals and Deposits** $0.00 $53,196.98 USD

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



Account Number: A0595936300039.SD 389

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 17 of 142

## Transactions by Type of Activity (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|---|
| **Dividends and Interest** | | | | | | | | |
| | | | 30.0723 | | | | | |
| | | | | | | | | |
| **Total Dividends and Interest** | | | | | | $0.00 | $3.34 | USD |
| **Cash Withdrawals and Deposits** | | | | | | | | |
| | | xxxxxxxx | | | | | | |
| 08/21/23 | | ELECTRONIC TRANSACTION USD99997 | SEND TO BANK FOR ACH ACH BANK OF AMERICA, N.A. | | | | -7,715.67 | USD |
| 08/24/23 | | ELECTRONIC TRANSACTION USD99997 | SEND TO BANK FOR ACH ACH BANK OF AMERICA, N.A. | | | | -44,970.19 | USD |
| **Total Cash Withdrawals and Deposits** | | | | | | $0.00 | -$67,610.44 | USD |
| **Total Value of Transactions** | | | | | | $0.00 | $53,196.98 | USD |

‡The price and quantity displayed may have been rounded.

## FDIC Insured Bank Deposits

| Date | Activity Type | Description | | | | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Sweep FDIC Insured Bank Deposits** | | | | | | | | |

EAGLE BANK SWEEP TIER 15 held at FIRST REPUBLIC BANK
Activity Ending: 08/04/23

Account Number: xxx-xx0589
AO59953S3`00035·SD

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## FIRST REPUBLIC SECURITIES COMPANY, LLC

It's a privilege to serve you®

111 PINE STREET, SAN FRANCISCO, CA 94111 · TEL 1-877-348-5576, FAX 1-888-238-0188
E-MAIL: investments@firstrepublic.com

### FDIC Insured Bank Deposits (continued)

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| | **Sweep FDIC Insured Bank Deposits** (continued) | | | |
| | EAGLE BANK SWEEP TIER 1S held at FIRST REPUBLIC BANK (continued) | | | |

The FDIC Insured Bank Deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). The Bank Deposits at each bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 for each category of legal ownership including individual retirement accounts and certain other self directed retirement accounts. Please review this in connection with other deposits you may have at each respective bank. Please see your Message section for details regarding the interest rate.

### Income and Expense Summary

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| **Dividend Income** | | | | |
| Other Dividends | 1.95 | 0.00 | 1.95 | 0.00 |
| **Interest Income** | | | | |
| FDIC Insured Bank Deposits | 1.39 | 0.00 | 1.39 | 0.00 |
| **Total Income** | **$3.34** | **$0.00** | **$3.34** | **$0.00** |

### Schedule of Realized Gains and Losses Current Period

| Description | Date Disposed | Date Acquired | Designation | Disposition Method / Transaction | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| **Short Term** | | | | | | | | |
| Security Identifier: 007903107 | | | | | | | | |
| META PLATFORMS INC C | 08/22/23 | 05/15/23 | Depreciated Gifted *13 | First In First Out / SELL | 85.0000 | 24,346.92 | 19,873.85 | 4,473.07 |
| Security Identifier: 30303M102 | 08/22/23 | 08/15/23 | Depreciated Gifted *13 | First In First Out / SELL | 72.0000 | 20,623.27 | 20,872.80 | -249.53 |
| Total | | | | | 157.0000 | 44,970.19 | 40,746.65 | 4,223.54 |

Account Number: xxx-xx0589
A059593C9300135D




GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)

Pershing LLC, member FINRA, NYSE, SIPC

## Schedule of Realized Gains and Losses Current Period *(continued)*

| Description | Date Acquired | Date Disposed | Designation | Disposition Method / Transaction | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| **Short Term** *(continued)* | | | | | | | | |
| VANGUARD LONG-TERM I GRADE FUND | | | | | | | | |
| INVESTOR SHARES | | | | | | | | |
| Security Identifier: 92031I109 | | | | | | | | |
| Total | | | | | 649.9730 | 4,949.29 | 5,141.16 | -191.87 |
| **Total Short Term** | | | | | | 54,823.70 | 50,925.74 | 3,897.96 |
| **Long Term** | | | | | | | | |
| Total | | | | | 25.0000 | 2,811.45 | 1,305.57 | 1,505.88 |

Account Number: XXX-XXX589
A059593C93 0035 SD

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

GOPAPERLESS
ASK ABOUT EDELIVERY

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)

Pershing LLC, member FINRA, NYSE, SIPC

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 19 of 142

FIRST REPUBLIC SECURITIES COMPANY, LLC
It's a privilege to serve you®
111 PINE STREET, SAN FRANCISCO, CA 94111, TEL 1-877-348-3576, FAX 1-888-338-0188
E-MAIL: investments@firstrepublic.com

## Schedule of Realized Gains and Losses Current Period (continued)

### Long Term (continued)

| Description | Date Disposed | Date Acquired | Designation | Disposition Method / Transaction | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| **Total Long Term** | | | | | | 2,811.66 | 1,305.78 | 1,505.88 |

| Description | Date Disposed | Date Acquired | Designation | Disposition Method / Transaction | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| **Total Short and Long Term** | | | | | | 57,635.36 | 52,231.52 | 5,403.84 |

### As of Trades

Security Identifier: 39594694U8

*Noncovered under the cost basis rules as defined below.*

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

This Schedule may not reflect all cost basis adjustments necessary for tax reporting purposes, especially for noncovered securities. Adjustments to cost basis may have been made for prior income received and subsequently reclassified by the issuer as a return of capital. In addition, corporate action events may require adjustments to your original cost basis. Return of capital information and cost basis information, as it relates to corporate actions, has been obtained from sources we believe to be reliable.

Adjustments in cost basis can be made after year-end, in particular, for return of capital adjustments, but may also include adjustments for corporate action events. Therefore there may be differences in cost basis reflected on your monthly client brokerage statement at year end versus any subsequent reports, including your 1099-B or online displays you may have available to you.

When you report your cost basis on your tax return, it should be verified using all of your own records. In particular, there may be other adjustments which you need to make, but are not required to be made by Pershing as it relates to H.R. 1424. You should consult with your tax advisor in order to properly report your gain or loss for tax purposes. Pershing shall not be responsible for and makes no representations or warranties with respect to the accuracy of any information that you report to the IRS or other taxing authorities, and, accordingly, disclaims any and all liability that may arise with respect to your use and reliance on the information provided herein for such reporting.

Account Number: XXX-XX70589
A059593CS300039-SD

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC




## Schedule of Realized Gains and Losses Current Period   (continued)

[3] *The cost basis of this security has been provided to us by the delivering firm or transferring agent and Pershing makes no representation as to the accuracy of this information.*

Please refer to the Your Account Information Section in your brokerage account statement for your account's existing tax-lot disposition method. The disposition method is the method which you have selected to use in the disposal of each tax lot of the securities held in your account. If you do not select a method, your account will be defaulted to First In, First Out (FIFO). Your account's selected tax lot method will be used to determine the cost basis for calculating gain and/or loss, unless another method was selected at the time of the security disposal, and this may be reported on the IRS Form 1099-B.

### Messages

Although a money market mutual fund (money fund) seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money fund.  Shares of a money fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account.

Please see the money fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information. Pursuant to SEC Rule 10b-10(b)(1) confirmations are not sent for purchases into money funds processed on the sweep platform. Pursuant to applicable regulation, account statements will be produced monthly or quarterly. Balances in Federal Deposit Insurance Corporation (FDIC)-insured bank deposit sweep products are not protected by Securities Investor Protection Corporation (SIPC).

The Eagle Bank Sweep Tier 15 is an FDIC insured bank account that paid an average rate of 1.02% for the statement period August 1, 2023 through August 6, 2023 and 1.12% for the statement period August 7, 2023 through August 31, 2023. The Eagle Bank Sweep Tier 15 is not protected by SIPC.

### Important Information and Disclosures

The Role of Pershing

- **Pershing LLC, member FINRA, NYSE, carries your account as clearing broker pursuant to a clearing agreement with your financial institution.** Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.

- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.

- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.

- Inquiries concerning the positions and balances in your account may be directed to the  **Pershing Customer Service Department at (201) 413-3333.** All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.

- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.

- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.

- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.

- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows:  **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

Account Number:   589
A0599383F30039-SD

GOPAPERLESS
ASK ABOUT EDELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

FIRST REPUBLIC SECURITIES COMPANY, LLC

It's a privilege to serve you®

111 PINE STREET, SAN FRANCISCO, CA 94111, TEL. 1-877-348-5576, FAX. 1-888-238-0688
E-MAIL: investments@firstrepublic.com

## Important Information and Disclosures *(continued)*

### Important Arbitration Disclosures

- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

### Important Arbitration Agreement

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until: (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

**Account Number**  0589
AD5959C5F30039 SD



GOPAPERLESS
ASK ABOUT EDELIVERY



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)

Pershing LLC, member FINRA, NYSE, SIPC



**BSF**
BANK OF SAN FRANCISCO

**345 California Street, Suite 1600**
**San Francisco, CA 94104**
**(415)744-6700 Fax (415)744-6717**
**www.bankbsf.com**

975152
THE ROMAN CATHOLIC ARCHBISHOP OF SF
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109

ANNUAL PRIVACY NOTICE - Bank of San Francisco's Privacy Notice has not changed and
can be accessed on our website at https://www.bankbsf.com/privacy-policy, or a
hard copy can be mailed to you upon request via telephone at 415-744-6700.

Checking Account

Account Title:          THE ROMAN CATHOLIC ARCHBISHOP OF SF

| | | | |
|---|---|---|---|
| Business Money Market Account | | Number of Enclosures | 0 |
| Account Number | 1486 | Statement Dates  8/01/23 thru  8/31/23 | |
| Previous Balance | 246,040.83 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Average Daily Balance | 245,717.28 |
| 2 Withdrawals | 10,030.00 | Average Collected | 245,717.28 |
| Service Charge | .00 | Interest Earned | 323.47 |
| Interest Paid | 323.47 | Annual Percentage Yield Earned | 1.56% |
| Ending Balance | 236,334.30 | 2023 Interest Paid | 31,334.67 |

Deposits and Additions
| Date | Description | Amount | Refe |
|---|---|---|---|
| 8/31 | Interest Deposit | 323.47 | |

Withdrawals and Other Subtractions
| Date | Description | Amount | Refe |
|---|---|---|---|
| 8/31 | Wire Transfer Fee | 30.00- | |
| 8/31 | Wire Transfer Debit | 10,000.00- | |
| | THE ROMAN CATHOLIC ARCHBISHOP | | |
| | 121000358 | | |
| | 1499005250 | | |
| | ONE PETER YORKE WAY | | |
| | SAN FRANCISCO CA 94109 | | |
| | BANK OF AMERICA | | |
| | 20230831        000007 | | |

Daily Balance Summary
| Date | Balance | Date | Balance |
|---|---|---|---|
| 8/01 | 246,040.83 | 8/31 | 236,334.30 |



Business Money Market Account        804011486  (Continued)

Sign-up for paperless statements: www.bankbsf.com

# Account Statement
BUSINESS MONEY MARKET



AV 01 010589 66003H 45 A**5DGT
||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO, A SOLE CORPORATION
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

**Statement Period:** August 01, 2023-
August 31, 2023

**Account Number:** XXXXXX91534

## Account Summary — XXXXXX91534

| | | | |
|---|---|---|---|
| Beginning Balance | $257,114.69 | Average Daily Balance | $257,114.69 |
| Total Deposits and Credits | $826.72 | Minimum Balance | $257,114.69 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00 |
| Total Checks Paid | $0.00 | Interest Paid This Period | $826.72 |
| **Ending Balance** | **$257,941.41** | Interest Year to Date | $187,428.22 |

## Account Activity

| Date | Description | Amount |
|---|---|---|
| | **Deposits and Credits** | |
| 08/31 | INTEREST CREDIT | $826.72 |
| | *Total Deposits and Credits* | *$826.72* |
| | ANNUAL PERCENTAGE YIELD EARNED (APY-E)    3.85% | |

111 Pine Street, San Francisco, California 94111 TEL (415) 392-1400 or (800) 392-1400
firstrepublic.com | Member FDIC



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        02233
01 01 140 05 M0000 E#    0
Last Statement:   07/31/2023
This Statement:   08/31/2023

            IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
ATTN: FINANCE DEPARTMENT
1 PETER YORKE WAY
SAN FRANCISCO CA  94109-6602

Page      1 of    3

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 08/01/2023 - 08/31/2023 | Statement Beginning Balance | 62,890.27 |
| Number of Deposits/Credits        3 | Amount of Deposits/Credits | 801,635.74 |
| Number of Checks                  0 | Amount of Checks | .00 |
| Number of Other Debits            12 | Amount of Other Debits | 773,493.50 |
| | Statement Ending Balance | 91,032.51 |
| Number of Enclosures              0 | | |
| | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| | | | ~~ACCT TRANSFER TRSF FRM 00240000233~~ | |
| 08/22 | | 70.61 | ADP Tax       DES:ADP Tax    ID:04E2B 1701999VV | 34011406500 |
| | | | INDN:SAN FRANCISCO ARCHDIOC  CO ID:1941711111 CCD | |

### Withdrawals and Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 26 of 142



**BANK OF AMERICA**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        2233
01 01 140 05 M0000 E#     0
Last Statement:   07/31/2023
This Statement:   08/31/2023

     IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|-------------|--------------------|--------|-------------|----------------|

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 07/31 | 62,890.27 | 62,890.27 | 08/14 | 150,553.21 | 150,553.21 |
| 08/01 | 39,481.67 | 39,481.67 | 08/18 | 90,961.90 | 90,961.90 |
| 08/09 | 39,248.37 | 39,248.37 | 08/22 | 91,032.51 | 91,032.51 |
| 08/10 | 839,248.37 | 839,248.37 | 08/31 | 91,032.51 | 91,032.51 |
| 08/11 | 839,199.18 | 839,199.18 | | | |


**BANK OF AMERICA**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        2233
01 01 140 05 M0000 E#     0
Last Statement:   07/31/2023
This Statement:   08/31/2023

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



INTENTIONALLY BLANK PAGE



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

```
Account Number        4129
01 01 140 05 M0000 E#    0
Last Statement:   07/31/2023
This Statement:   08/31/2023

     IMG
Customer Service
1-888-400-9009
```

ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
INVESTMENT POOL CHECKING ACCOUNT          Page     1 of   2
1 PETER YORKE WAY
SAN FRANCISCO CA  94109-6602                    Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

```
Statement Period 08/01/2023 - 08/31/2023   Statement Beginning Balance        899.78
Number of Deposits/Credits           3     Amount of Deposits/Credits    7,134,447.99
Number of Checks                     0     Amount of Checks                      .00
Number of Other Debits               4     Amount of Other Debits        7,135,347.77
                                           Statement Ending Balance              .00

Number of Enclosures                 0
                                           Service Charge                        .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| | | | | 3 |
| | | | | 2 |
| | | | | 1 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 899.78 | 899.78 | 08/11 | 22,751.99 | 22,751.99 |
| 08/04 | 7,112,595.78 | 7,112,595.78 | 08/14 | .00 | .00 |
| 08/07 | 49,605.35 | 49,605.35 | 08/31 | .00 | .00 |


**BANK OF AMERICA**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        4129
01 01 140 05 M0000 E#      0
Last Statement:    07/31/2023
This Statement:    08/31/2023

    IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        )4577
01 01 140 01 M0000 E#    17
Last Statement:   07/31/2023
This Statement:   08/31/2023

          IMG        SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
ARCHDIOCESE OF SAN FRANCISCO
SELF INSURANCE ACCOUNT                    Page     1 of    7
ADMINISTERED BY GALLAGHER HEFFERNAN
1 PETER YORKE WAY                         Bankruptcy Case Number:2330564
SAN FRANCISCO CA  94109-6602

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2023 - 08/31/2023 | | Statement Beginning Balance | 14,946.08 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 1,174.78 |
| Number of Checks | 17 | Amount of Checks | 9,317.75 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 6,803.11 |
| Number of Enclosures | 17 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 4104 | 340.00 | 08/11 | 4792362893 | 4114* | 100.00 | 08/15 | 5292341129 |
| 4105 | 281.56 | 08/15 | 5292341130 | 4115 | 200.00 | 08/09 | 4492003149 |
| 4106 | 400.00 | 08/03 | 8792554367 | 4116 | 477.99 | 08/15 | 5292107430 |
| 4107 | 1,000.00 | 08/03 | 8792653774 | 4117 | 335.00 | 08/07 | 5992694372 |
| 4108 | 600.00 | 08/03 | 8792554377 | 4118 | 335.00 | 08/07 | 5992694371 |
| 4109 | 400.00 | 08/03 | 8792554326 | 4119 | 900.00 | 08/16 | 5392651309 |
| 4110 | 160.00 | 08/14 | 8992809041 | 4120 | 1,199.20 | 08/08 | 4192114974 |
| 4111 | 200.00 | 08/14 | 8992809125 | 4121 | 330.00 | 08/03 | 8792896847 |
| 4112 | 2,059.00 | 08/10 | 4792092519 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 14,946.08 | 14,946.08 | 08/11 | 7,747.88 | 7,747.88 |
| 08/03 | 12,216.08 | 12,216.08 | 08/14 | 7,387.88 | 7,387.88 |
| 08/07 | 11,546.08 | 11,546.08 | 08/15 | 6,528.33 | 6,528.33 |
| 08/08 | 10,346.88 | 10,346.88 | 08/16 | 6,803.11 | 6,803.11 |
| 08/09 | 10,146.88 | 10,146.88 | 08/31 | 6,803.11 | 6,803.11 |
| 08/10 | 8,087.88 | 8,087.88 | | | |

* The preceding check(s) is still outstanding or has been included in a previous
  statement or is included in the 'Other Debits' section as an ACH paperless transaction.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      5250
01 01 140 01 M0000 E#      0
Last Statement:   07/31/2023
This Statement:   08/31/2023

          IMG        SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
FINANCE DEPARTMENT                          Page      1 of    6
1 PETER YORKE WAY
SAN FRANCISCO CA  94109-6602                Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 08/01/2023 - 08/31/2023 | Statement Beginning Balance | 3,107,958.99 |
| Number of Deposits/Credits | 53 | Amount of Deposits/Credits | 24,685,187.61 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 35 | Amount of Other Debits | 19,436,139.34 |
| | | Statement Ending Balance | 8,357,007.26 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 33 of 142



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        5250
01 01 140 01 M0000 E#      0
Last Statement:   07/31/2023
This Statement:   08/31/2023

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| | | | ACCOUNT TRANSFER TRSF FROM 001419917005 | |
| 08/24 | | 383.28 | AMER ONLINE GIV1 DES:EDI PAYMNT ID:AW6AW5PP8B | 36013979050 |
| | | | INDN:Archdiocese of San Fra  CO ID:1810739440 CCD | |
| | | | PMT INFO:REF*TN*AW6AW5PP8B*Donation from AOGFcaus | |
| | | | es.benevity.org - AW6AW5PP8B\ | |
| 08/28 | | 288.70 | THE ROMAN CA5250  DES:ADSF      FL# 23240003674 | 40018726055 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/28 | | 750.00 | THE ROMAN CA5250  DES:ADSF      FL# 23240003674 | 40018726052 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/28 | | 750.00 | THE ROMAN CA5250  DES:ADSF      FL# 23240003674 | 40018726054 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/28 | | 1,494.08 | STRIPE          DES:TRANSFER    ID:ST-Y4C2L7M3F8A1 | 40003999179 |
| | | | INDN:ROMAN CATHOLIC ARCHBIS  CO ID:1800948598 CCD | |
| 08/29 | | 7,881.80 | THE ROMAN CA5250  DES:ADSF MISC  FL# 23241002765 | 41010317600 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/29 | | 8,829.35 | STRIPE          DES:TRANSFER    ID:ST-P1W5Y8O4NOV9 | 40009658704 |
| | | | INDN:ARCHDIOCESE OF SAN FRA  CO ID:4270465600 CCD | |
| 08/29 | | 91,000.00 | Kairos CR REIT   DES:ACH PAYMTS ID: | 40018051302 |
| | | | INDN:The Roman Catholic Arc  CO ID:844826487   PPD | |
| 08/29 | | 140,848.07 | THE ROMAN CA5250  DES:ADSF MISC  FL# 23241002765 | 41010317598 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/29 | | 149,981.17 | THE ROMAN CA5250  DES:ADSF      FL# 23241002765 | 41010317601 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/29 | 7 | 735,994.00 | Pre-encoded Deposit | 818108352797423 |
| 08/30 | 7 | 3,680.00 | Pre-encoded Deposit | 818108452073849 |
| 08/30 | 7 | 8,796.76 | Pre-encoded Deposit | 818108452075029 |

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 34 of 142



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number          250
01 01 140 01 M0000 E#     0
Last Statement:   07/31/2023
This Statement:   08/31/2023

          IMG       SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/30 | 7 | 277,981.00 | Pre-encoded Deposit | 818108452081902 |
| 08/31 | | 517.00 | CA BANKING CENTER DEPOSIT | 28106452979226 |
| 08/31 | | 10,000.00 | WIRE TYPE:WIRE IN DATE: 230831 TIME:1722 ET | 644800370651071 |
| | | | TRN:2023083100651071 SEQ: /000807 | |
| | | | ORIG:THE ROMAN CATHOLIC ARCHBI ID:804011486 | |
| | | | SND BK:PACIFIC COAST BANKERS' BANK ID:121042484 | |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 35 of 142



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      _.____5250
01 01 140 01 M0000 E#      0
Last Statement:    07/31/2023
This Statement:    08/31/2023

        IMG       SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Withdrawals and Debits

Other Debits – Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        5250
01 01 140 01 M0000 E#     0
Last Statement:  07/31/2023
This Statement:  08/31/2023

    IMG       SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Withdrawals and Debits

Other Debits – Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 3,107,958.99 | 3,107,426.89 | 08/15 | 7,183,390.46 | 7,183,390.46 |
| 08/01 | 3,143,319.49 | 3,143,319.49 | 08/16 | 6,325,397.66 | 6,262,000.46 |
| 08/02 | 3,225,542.38 | 3,154,212.49 | 08/17 | 2,428,739.58 | 2,345,946.38 |
| 08/03 | 4,283,149.76 | 4,245,343.07 | 08/18 | 6,917,832.05 | 6,881,015.05 |
| 08/04 | 2,429,577.10 | 2,429,577.10 | 08/21 | 6,917,832.05 | 6,917,832.05 |
| 08/07 | 4,492,567.53 | 4,492,567.53 | 08/24 | 6,918,215.33 | 6,918,215.33 |
| 08/08 | 4,592,567.53 | 4,492,567.53 | 08/28 | 6,921,498.11 | 6,921,498.11 |
| 08/09 | 4,583,386.63 | 4,583,386.63 | 08/29 | 8,056,032.50 | 7,807,568.50 |
| 08/10 | 2,571,942.62 | 2,568,522.62 | 08/30 | 8,346,490.26 | 8,267,223.26 |
| 08/11 | 3,965,040.89 | 3,964,915.89 | 08/31 | 8,357,007.26 | 8,356,532.26 |
| 08/14 | 4,981,986.00 | 4,981,986.00 | | | |


**BANK OF AMERICA**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        5250
01 01 140 01 M0000 E#      0
Last Statement:   07/31/2023
This Statement:   08/31/2023

        IMG       SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

**Account Number** _ _ _ _ _ _7083
01 01 149 05 M0000 E#       0
**Last Statement: 07/31/2023**
**This Statement: 08/31/2023**

DNP

**Customer Service**
**1-888-400-9009**

**THE ROMAN CATHOLIC ARCHBISHOP OF SF**
**DEBTOR IN POSSESSION CASE 23-30564**
**A D S F  RESTRICTED**                              Page     1 of   4
**1 PETER YORKE WAY**
**SAN FRANCISCO CA  94109-6602**     **Bankruptcy Case Number:        2330564**

# F LL ANAL SIS CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2023 - 08/31/2023 | | Statement Beginning Balance | 5,222,778.50 |
| Number of Deposits/Credits | 57 | Amount of Deposits/Credits | 3,332,703.28 |
| Number of Checks | 2 | Amount of Checks | 5,459.64 |
| Number of Other Debits | 17 | Amount of Other Debits | 2,101,274.92 |
| | | Statement Ending Balance | 6,448,747.22 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number          7083
01 01 149 05 M0000 E#      0
**Last Statement: 07/31/2023**
**This Statement: 08/31/2023**

DNP

**Customer Service**
**1-888-400-9009**

**THE ROMAN CATHOLIC ARCHBISHOP OF SF**

Page     2 of   4

**Bankruptcy Case Number:        2330564**

# FLL ANALSIS CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/22 | | 7,715.67 | Preauthorized Credit | 33026211665 |
| 08/25 | | 6,214.93 | Preauthorized Credit | 36013509043 |
| 08/25 | | 44,970.19 | Preauthorized Credit | 36016192108 |
| 08/30 | 10 | 5,200.00 | Pre-encoded Deposit | 818108452073680 |
| 08/30 | 10 | 27,109.00 | Pre-encoded Deposit | 818108452077102 |
| 08/31 | | 30.00 | Deposit | 28106452979224 |
| 08/31 | 10 | 2,805.00 | Pre-encoded Deposit | 818108452188539 |
| 08/31 | 10 | 4,067.25 | Pre-encoded Deposit | 818108452187961 |
| 08/31 | 10 | 6,619.00 | Pre-encoded Deposit | 818108452198630 |
| 08/31 | 10 | 7,030.00 | Pre-encoded Deposit | 818108452198477 |
| 08/31 | 10 | 8,239.00 | Pre-encoded Deposit | 818108452329960 |
| 08/31 | 10 | 13,130.76 | Pre-encoded Deposit | 818108452398862 |
| 08/31 | 10 | 16,997.00 | Pre-encoded Deposit | 818108452172991 |

## Withdrawals and Debits

### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1003 | 5,000.00 | 08/16 | 5492670465 | 1004 | 459.64 | 08/18 | 5792292804 |

### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number          .7083
01 01 149 05 M0000 E#       0
Last Statement: 07/31/2023
This Statement: 08/31/2023

DNP

Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Page   3 of   4

Bankruptcy Case Number:        2330564

# F  LL ANAL SIS CHECKING

Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 07/31 | 5,222,778.50 | 5,200,806.50 | 08/15 | 6,483,247.62 | 6,483,247.62 |
| 08/01 | 5,224,541.95 | 5,224,541.95 | 08/16 | 6,438,643.71 | 6,438,643.71 |
| 08/02 | 5,240,262.42 | 5,229,262.42 | 08/17 | 6,291,986.04 | 6,266,184.04 |
| 08/03 | 5,300,871.63 | 5,267,296.08 | 08/18 | 6,298,619.42 | 6,293,319.42 |
| 08/04 | 6,869,025.13 | 6,869,025.13 | 08/21 | 6,298,619.42 | 6,298,619.42 |
| 08/08 | 6,899,367.33 | 6,883,947.76 | 08/22 | 6,306,335.09 | 6,306,335.09 |
| 08/09 | 6,899,369.28 | 6,884,444.28 | 08/25 | 6,357,520.21 | 6,357,520.21 |
| 08/10 | 8,177,516.25 | 8,002,309.01 | 08/30 | 6,389,829.21 | 6,366,807.21 |
| 08/11 | 8,004,800.70 | 7,987,354.24 | 08/31 | 6,448,747.22 | 6,423,738.46 |
| 08/14 | 7,021,384.97 | 7,017,320.97 | | | |

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      7083
01 01 149 05 M0000 E#     0
Last Statement: 07/31/2023
This Statement: 08/31/2023

                               DNP

Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Bankruptcy Case Number:        2330564

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

# BridgeBank

Bridge Bank, a division of Western Alliance Bank.
Member FDIC.
PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

UAS BENEFIT ACCOUNT FOR
ARCHDIOCESE OF SAN FRANCISCO
CHECKING ACCOUNT
PO BOX 5057
SAN JOSE CA 95150-5057

Direct inquiries to:
866-540-0467

Bridge Bank
55 Almaden Blvd Ste 100
San Jose CA 95113

---

*THANK YOU FOR BANKING WITH US!*

---

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX8561 | Beginning balance | $48,396.53 |
| Enclosures | 44 | Total additions | 80,000.00 |
| Low balance | $30,890.77 | Total subtractions | 97,505.76 |
| Average balance | $50,741.68 | Ending balance | $30,890.77 |
| Avg collected balance | $50,741 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 263 | 08-21 | 90,000.00 | 45033 | 08-09 | 74.27 |
| 44976 * | 08-02 | 13.03 | 45034 | 08-14 | 41.06 |
| 45008 * | 08-15 | 15.58 | 45035 | 08-04 | 59.43 |
| 45017 * | 08-01 | 1.67 | 45036 | 08-09 | 36.87 |
| 45018 | 08-02 | 2.39 | 45037 | 08-18 | 400.00 |
| 45019 | 08-15 | 1.84 | 45038 | 08-15 | 153.09 |
| 45020 | 08-03 | .25 | 45039 | 08-23 | 42.53 |
| 45021 | 08-08 | 16.15 | 45040 | 08-25 | 26.03 |
| 45022 | 08-15 | 143.63 | 45041 | 08-25 | 160.46 |
| 45023 | 08-17 | 30.62 | 45042 | 08-17 | 256.34 |
| 45025 * | 08-04 | 139.63 | 45043 | 08-23 | 30.62 |
| 45026 | 08-11 | 2,380.00 | 45044 | 08-23 | 30.62 |
| 45027 | 08-03 | 12.93 | 45045 | 08-21 | 30.32 |
| 45028 | 08-03 | 42.66 | 45049 * | 08-21 | 479.51 |
| 45029 | 08-14 | 400.00 | 45050 | 08-23 | 781.93 |
| 45030 | 08-11 | 26.90 | 45051 | 08-17 | 30.62 |
| 45031 | 08-11 | 56.39 | 45052 | 08-28 | 35.17 |
| 45032 | 08-15 | 26.78 | 45053 | 08-28 | 167.84 |

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 45054 | 08-25 | 4.77 | 45060 | 08-31 | 184.68 |
| 45056 * | 08-24 | 36.87 | 45061 | 08-28 | 11.80 |
| 45057 | 08-21 | 11.80 | 45062 | 08-28 | 5.01 |
| 45058 | 08-28 | 103.67 | * Skip in check sequence | | |
| 45059 | 08-28 | 1,000.00 | | | |

## CREDITS

| Date | Description | Additions |
|------|-------------|-----------|
| 08-17 | | 50,000.00 |
| 08-18 | | 30,000.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-31 | 48,396.53 | 08-09 | 47,997.25 | 08-21 | 33,512.77 |
| 08-01 | 48,394.86 | 08-11 | 45,533.96 | 08-23 | 32,627.07 |
| 08-02 | 48,379.44 | 08-14 | 45,092.90 | 08-24 | 32,590.20 |
| 08-03 | 48,323.60 | 08-15 | 44,751.98 | 08-25 | 32,398.94 |
| 08-04 | 48,124.54 | 08-17 | 94,434.40 | 08-28 | 31,075.45 |
| 08-08 | 48,108.39 | 08-18 | 124,034.40 | 08-31 | 30,890.77 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Bridge Bank*

**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL. Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

### IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Write us at 55 Almaden Blvd, Suite 100, San Jose, CA 95113, telephone us at (408) 423-8500 or E-mail us at sanjose@bridgebank.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED

**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think there is an error on your statement, write to us at: Bridge Bank, 55 Almaden Blvd, Suite 100, San Jose, CA 95113
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (866) 540-0467 to find out if the deposit has been made.



September 15, 2023

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,
 A SOLE CORPORATION
1 PETER YORKE WAY
San Francisco, CA. 94109

RE: Account Number 80016889117

To Whom It May Concern:

This letter is to confirm the above referenced account was closed on August 29, 2023.
If you need additional information, please contact me directly at: (415) 296-3541.

Sincerely,

Lorrie Pendleton
Managing Director
Preferred Banking Offices
First Republic, now part of JP Morgan Chase
lpendleton@firstrepublic.com

San Francisco · Palo Alto · Los Angeles · Santa Barbara · Newport Beach · San Diego · Portland · Bellevue · Jackson · Palm Beach · Boston · Greenwich · New York

111 Pine Street, San Francisco, California 94111 · (415) 392-1400 Toll Free (800) 392-1400 · firstrepublic.com

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 46
#515029v1                                    of 142



**FIRST REPUBLIC**
*now part of* **JPMORGAN CHASE**

September 15, 2023

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,
 A SOLE CORPORATION
1 PETER YORKE WAY
San Francisco, CA. 94109

RE: Account Number        9117

To Whom It May Concern:

This letter is to confirm the above referenced account was closed on August 29, 2023.
If you need additional information, please contact me directly at: (415) 296-3541.

Sincerely,

Lorrie Pendleton
Managing Director
Preferred Banking Offices
First Republic, now part of JP Morgan Chase
lpendleton@firstrepublic.com

*San Francisco • Palo Alto • Los Angeles • Santa Barbara • Newport Beach • San Diego • Portland • Bellevue • Jackson • Palm Beach • Boston • Greenwich • New York*

111 Pine Street, San Francisco, California 94111 • (415) 392-1400 Toll Free (800) 392-1400 • firstrepublic.com

#515029v1



**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701

ROMAN CATHOLIC ARCHBISHOP SF
ARCHDIOCESE OF SAN FRANCISCO
ATTN: MARY CONNOLLY
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

**Registered Representative:**
BofAS
WHITE, JULIAN
julian.white@bofa.com
(Orders not accepted via e-mail)

**Office Servicing Your Account:**
BofAS
620 S TRYON ST
CHARLOTTE, NC 28255

### Account Summary

| | |
|---|---|
| **Current Period Ending Value** | **$ 57,298,832.69** |
| Contributions (Cash) | $ 5,010,039.61 |
| Withdrawals (Cash) | $(5,751,627.32) |
| Net Income and Expenses | $ 250,478.94 |

| Portfolio Holdings | Quantity as of 08/31/2023 | Market Value as of 08/31/2023 |
|---|---|---|
| Short Term Funds | 57,298,832.69 | $ 57,298,832.69 |
| **Total Portfolio Value** | **57,298,832.69** | **$ 57,298,832.69** |

**SEE PORTFOLIO
HOLDINGS PAGE
FOR MESSAGE
ABOUT AUCTION
RATE SECURITIES**

Account Statement

**Statement Period**
**08/01/2023 to**
**08/31/2023**

**Account Number**
**C19-1-1**
C19

Page 2 of 8

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701

# Disclosure Statement

**GENERAL** - "Bank of America" and "BofA Securities" are the marketing names used by the Global Banking and Global Markets divisions of Bank of America Corporation. Lending, other commercial banking activities, and trading in certain financial instruments are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Trading in securities and financial instruments, and

strategic advisory, and other investment banking activities, are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and Members of

SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed. © Bank of America Corporation. All rights reserved.

Securities transactions are recorded in your account on the settlement date shown on the confirmation for such transactions (except in the case of cancellations or corrections where processing dates are used). Cash received or paid and securities received or delivered are shown as of the date of the activity. Securities transactions having trade dates on or before, but settlement dates after, the date of this statement will appear on your next statement.

Securities purchased for or sold to you may be hypothecated under circumstances that permit the commingling thereof with other customer securities. Please advise BofA Securities, Inc. ("BofAS") promptly in writing of any material change in your investment objectives or financial situation. If you are a customer of BofAS and have a

complaint, please call 1-888-221-9276 or notify us in writing at BofA Securities, Inc., Bank of America Tower, One Bryant Park, Mail Code NY1-100-17-01, New York, NY 10036

**DISCLOSURES** - BofAS is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. BofAS is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange and the Securities Investor Protection Corporation ("SIPC"). From time to time,

one or more affiliates of BofAS may lend to one or more issuers whose securities are underwritten, dealt in, or placed by BofAS. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of an issue will be used to

repay any such loans. BofAS may also from time to time participate in a primary or secondary distribution of the securities offered or sold to you by it. Further, BofAS may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(b)(1) of the Securities and Exchange Act of 1934 (the "Exchange Act"), this

statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**SECURITY INTEREST** - BofAS shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by BofAS in your account(s), including any property in transit or held by others on behalf of BofAS, and all proceeds thereof, as collateral security for the payment and performance by you of all your obligations to BofAS now existing or hereafter arising and whether arising under your securities accounts or any other agreement between you and BofAS, together with all costs and expenses of BofAS in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, BofAS may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. BofAS shall have, in addition to the

rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - BofAS is a member of SIPC, through which customer accounts are protected in the event of BofAS's financial failure. SIPC is responsible for making up any shortfall in client assets that a broker-dealer was required to maintain up to a maximum of $500,000 per client, including up to $250,000 for cash. Further information about SIPC can be found by calling SIPC at 202-371-8300 or at www.sipc.org. In

addition, BofAS has obtained private insurance coverage from Lloyd's of London to provide additional protection beyond that which SIPC may cover. This "excess SIPC" coverage provides up to $1.9 million for cash for each client, subject to an aggregate of $1 billion for all customer claims. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance, and they do not protect against declines in the market

value of your securities.

**FREE CREDIT BALANCES** - Securities held in segregation for your account by BofAS or held by a securities depository, are commingled with the same securities being held for other clients. Your ownership of these securities is reflected on our records. Free credit balances and fully paid for securities are available to you on request. Free credit balances are not segregated and may be used by BofAS to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin account, this statement may be a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on BofAS's truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-in-Lending statement or contact the BofAS Margin Department at (980) 386-9666. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before opening an option account. A summary of this information is available upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be transferred to your margin account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. BofAS is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be

subject to country specific withholding taxes.

**PAYMENT FOR ORDER FLOW POLICY** - BofAS's policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/ foreign exchange rates are available from reference sources deemed reliable. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, particularly in the case of inactively or infrequently traded securities. BofAS cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please report to us promptly, if you believe that there is any inaccuracy, discrepancy, error or omission in any transaction or balance reflected on this statement. Be advised that any oral report should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). In addition, if your account is serviced by both an introducing and clearing firm, written reports should be made to both firms.

**FINANCIAL STATEMENT** - A financial statement of BofAS is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at http://investor.bankofamerica.com/financial-information/subsidiary-and-country-disclosures#fbid=JlhpOt5nTnt .
A Bank of America Corporation (BAC) financial statement is available online at http://investor.bankofamerica.com/phoenix.zhtml?c=71595&p=irol-sec .

**PROXY DISCLOSURES** - Any attempt to vote securities will be void to the extent that such securities are not in the possession or control of BofAS, including (i) securities not yet delivered to BofAS, (ii) securities purchased and not paid for by settlement date, and (iii) securities that BofAS has hypothecated, re-hypothecated, pledged, re-pledged, sold, lent or otherwise transferred. Please be advised that for the purpose of proxy voting, customers will not be notified that the securities are not in BofAS's possession or control. Furthermore, BofAS will not notify customers that a vote was void.

A FINRA brochure describing the FINRA Public Disclosure Program is available on the Internet at http://www.finra.org or by contacting FINRA directly at 1-301-590-6500.

Case: 23-90504    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 49 of 142

Statement Period
**08/01/2023 to**
**08/31/2023**

Account Number
**19-1-1**

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



Page 3 of 8

## Cash Balance Summary

| Description | Cash Balance |
|---|---|
| Opening Balance | $ 0.00 |
| Short Term Fund Purch / CancelledRedempt | $(5,260,518.55) |
| Short Term Fund Redempt/ CancelledPurch | $ 5,751,627.32 |
| Contributions | $ 5,010,039.61 |
| Withdrawals | $(5,751,627.32) |
| Dividends/SubstitutePayments | $ 250,478.94 |
| Closing Balance | $ 0.00 |

## Income and Expense Summary

The Income Summary data is prepared for informational purposes only. Income on securities and short term funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income
Summary section because the income is reportable for U.S. investors. Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

| Description | Reportable Month-to-Date | Non-Reportable Month-to-Date | Total Income Month-to-Date | Reportable Year-To-Date | Non-Reportable Year-To-Date | Total Income Year-To-Date |
|---|---|---|---|---|---|---|
| Non-Qualifying Dividends | $ 250,478.94 | $ 0.00 | $ 250,478.94 | $ 1,845,730.77 | $ 0.00 | $ 1,845,730.77 |
| **TOTAL INCOME AND EXPENSES** | $250,478.94 | $0.00 | $250,478.94 | $1,845,730.77 | $0.00 | $1,845,730.77 |

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



**Short Term Funds Summary**

## BLACKROCK LIQUIDITY FUNDS FED FUND PORTF

| Account Summary | Quantity |
|---|---|
| Ending Balance Prior Period | 57,789,941.46 |
| Purchases / CancelledRedemptions | 5,260,518.55 |
| Redemptions / CancelledPurchases | (5,751,627.32) |
| **Ending Share Balance Current Period** | **57,298,832.69** |

| Income Summary | **Cash** |
|---|---|
| Dividends Paid and/or Reinvested | $ 250,478.94 |
| Accrued DividendsPayable | $ 255,306.64 |

*Account Statement*

Statement Period
**08/01/2023 to**
**08/31/2023**

Account Number
:19-1-1

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



Page 5 of 8

**Short Term Funds Transaction Summary**

BLACKROCK LIQUIDITY FUNDS FED FUND PORTF

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments / Distributions | Quantity |
|------|-------|--------------|---------------|-------------|--------------|-----------------------------------|----------|
| 08/21/2023 | 5.204 | 0.000142586 | $ 8,170.01 | $ 173,363.76 | | | 57,298,832.69 |
| 08/22/2023 | 5.211 | 0.000142771 | $ 8,180.61 | $ 181,544.37 | | | 57,298,832.69 |
| 08/23/2023 | 5.213 | 0.000142819 | $ 8,183.36 | $ 189,727.73 | | | 57,298,832.69 |
| 08/24/2023 | 5.217 | 0.000142922 | $ 8,189.26 | $ 197,916.99 | | | 57,298,832.69 |
| 08/25/2023 | 5.219 | 0.000142984 | $ 24,578.56 | $ 222,495.56 | | | 57,298,832.69 |
| 08/26/2023 | 5.219 | 0.000142984 | | | | | |
| 08/27/2023 | 5.219 | 0.000142984 | | | | | |
| 08/28/2023 | 5.221 | 0.000143028 | $ 8,195.34 | $ 230,690.89 | | | 57,298,832.69 |
| 08/29/2023 | 5.227 | 0.000143208 | $ 8,205.65 | $ 238,896.55 | | | 57,298,832.69 |
| 08/30/2023 | 5.226 | 0.000143178 | $ 8,203.93 | $ 247,100.48 | | | 57,298,832.69 |
| 08/31/2023 | 5.227 | 0.000143217 | $ 8,206.17 | $ 255,306.64 | | | 57,298,832.69 |

| Statement Period | **BofA Securities, Inc.** | |
| **08/01/2023 to** | P.O. BOX 2010 | |
| **08/31/2023** | LAKEWOOD, NJ 08701 | |



Account Number
**C19-1-1**

Page 6 of 8

**Portfolio Holdings**   Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. BofA Securities, Inc. has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, RevR = Reverse Repurchase, W/H = Backup Withholding

**PENDING STABILIZATIONOF THE AUCTION RATE SECURITIES MARKET, BofA SECURITIES, INC. ("BofAS") HAS CEASEDPROVIDING MARKET VALUESAND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL BofASRESUMES PROVIDING THIS INFORMATION,NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATINGPORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVENO VALUE.**

| Security Description<br>**Short Term Funds** | Symbol /<br>Cusip | Type | Maturity Date | Quantity | Closing<br>Market Price | Market Value | Accrued<br>Interest |
|---|---|---|---|---|---|---|---|
| BLACKROCK<br>LIQUIDITY FUNDS<br>FED FUND PORTFOLIO<br>INSTI CL | TFDXX<br>09248U700 | Cash | | 57,298,832.69 | 1.00 | $ 57,298,832.69 | |
| **Total Short Term Funds** | | | | **57,298,832.69** | | **$ 57,298,832.69** | |
| **Total Priced Portfolio** | | | | **57,298,832.69** | | **$ 57,298,832.69** | |

Statement Period
**08/01/2023 to 08/31/2023**

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



Account Number
**19-1-1**

Page 7 of 8

**Short Term Fund Activity**

| Description | Symbol / Cusip | Date | Transaction | Type | Quantity | Price | (Debit)Credit |
|---|---|---|---|---|---|---|---|

**Contribution and Withdrawal Activity**

Assets displayed in the Contribution and Withdrawal section of your statement may not receive an indicative market price, and therefore the lack of a current price may impact some totals on your statement.
Please contact your account representative with any questions.

| Description | Symbol / Cusip | Date | Transaction | Type | Quantity | Price | (Debit)Credit |
|---|---|---|---|---|---|---|---|

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



## Announcements:

**USA PATRIOT ACT DISCLOSURE**

BofAS, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

**Limits on Foreign Ownership of Certain Communications,
Maritime and Aviation Issues**

Certain laws impose restrictions on foreign ownership of certain communications, maritime, aviation and other specialized businesses. These restrictions limit the foreign ownership of securities in these industries to a percentage of the outstanding shares (these limits are generally expressed as a mandatory percentage of ownership by citizens of the relevant country).

If Bank of America Merrill Lynch is notified that the percentage of foreign ownership for a particular issue exceeds the predetermined limit based on DTC's allocation process, Bank of America Merrill Lynch will identify the last shares purchased by a customer and may need to liquidate the position
causing the overage. Reasonable efforts will be made to contact the affected customer or customers in advance of the liquidation.

A current list of the impacted issues can be found on the Depository Trust Company website at:

**http://www.dtcc.com/~/media/Files/Downloads/client-center/DTC/DTC_Issues_Subject_To_Certifications.ashx**

**ATTENTION GLIS CLIENTS**
Bank of America is offering corporate and institutional investment clients access to CashPro Invest ("CPI"), our new investment account order entry system. CPI capabilities include money market mutual fund research and other reporting capabilities. You may also enter orders for money market mutual funds and bank liability products, view your investment account activity and positions daily, as well as view and download your monthly statements.
For more information and a demo of CashPro Invest, please contact your licensed investment sales representative.

Should you have questions regarding this statement, please contact Client Services at 1.800.933.9662 between the hours of 8:30 a.m. and 5:30 p.m. ET, or contact your GLIS Investment Representative.

**SOME INFORMATION ABOUT MONEY MARKET FUND SHARE CLASSES**
GLIS offers several different share classes of the money market funds that it sells, each having a different level of distribution or servicing fee ("Servicing Fees"). The Servicing Fees are paid out of fund assets, resulting in lower returns for investors. Generally, GLIS receives greater compensation for selling share classes with higher Servicing Fees. GLIS believes that different levels of compensation are appropriate because different customers may expect different levels of service or may cost more to service than others. GLIS has therefore developed a set of criteria to help determine which share class should be offered to a particular customer. The criteria are based on the customer's expected amount of investment in the fund, as well as other factors that indicate that a customer may require a higher or lower level of service by GLIS. For more information on this practice, please consult your GLIS sales representative or visit our web site at
https://www.bofaml.com/content/dam/boamlimages/documents/PDFs/revenue_sharing_arrangement_with_fund_companies_v2.pdf.

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 55 of 142



**CALIFORNIA BANK**
**TRUST**

PO Box 26547, Salt Lake City, UT 84126-0547

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0060677          4172-06-0000-CBT-PG0030-00000

THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO A CORPORATION SOLE
GEORGE HILLS COMPANY INC, TPA
PO BOX 278
RANCHO CORDOVA CA  95741-0278

Sacramento Main
520 Capitol Mall Suite 100
Sacramento, CA 95814-4714
(916) 341-4800

**READY TO EARN A HIGHER INTEREST RATE ON YOUR SAVINGS?** For both business and personal accounts, California Bank & Trust makes it easy to grow your earnings. Contact a banker today or visit calbanktrust.com/cd for more information.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 9479 | $73,532.84 | |

## BUSINESS INSPIRE CHECKING 5795359479                          151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 96,605.64 | 57,468.86 | 9.00 | 80,532.66 | 73,532.84 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|

**1 CHARGE/DEBIT**

| Date | Amount | Description |
|---|---|---|
| 08/31 | 9.00 | TOTAL TRANS-ACTIVITY FEE |

**69 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1933 | 08/03 | 139.50 | 1949 | 08/03 | 75.00 | 1965 | 08/03 | 10,776.50 |
| 1934 | 08/03 | 250.00 | 1950 | 08/03 | 75.00 | 1966 | 08/03 | 160.00 |
| 1935 | 08/03 | 120.00 | 1951 | 08/03 | 125.00 | 1967 | 08/03 | 212.50 |
| 1936 | 08/03 | 575.00 | 1952 | 08/03 | 139.50 | 1968 | 08/03 | 125.00 |
| 1937 | 08/03 | 100.00 | 1953 | 08/03 | 212.50 | 1969 | 08/03 | 264.50 |
| 1938 | 08/03 | 120.00 | 1954 | 08/03 | 100.00 | 1970 | 08/03 | 232.50 |
| 1939 | 08/03 | 150.00 | 1955 | 08/03 | 75.00 | 1971 | 08/03 | 814.50 |
| 1940 | 08/03 | 100.00 | 1956 | 08/03 | 125.00 | 1972 | 08/03 | 1,509.00 |
| 1941 | 08/03 | 1,035.00 | 1957 | 08/03 | 305.00 | 1973 | 08/03 | 100.00 |
| 1942 | 08/03 | 100.00 | 1958 | 08/03 | 225.00 | 1974 | 08/03 | 571.50 |
| 1943 | 08/03 | 337.50 | 1959 | 08/03 | 279.00 | 1975 | 08/03 | 240.00 |
| 1944 | 08/03 | 139.50 | 1960 | 08/03 | 160.00 | 1976 | 08/03 | 160.00 |
| 1945 | 08/03 | 100.00 | 1961 | 08/03 | 585.00 | 1977 | 08/03 | 355.00 |
| 1946 | 08/03 | 160.00 | 1962 | 08/03 | 150.00 | 1978 | 08/03 | 225.00 |
| 1947 | 08/03 | 100.00 | 1963 | 08/03 | 364.50 | 1979 | 08/03 | 1,650.00 |
| 1948 | 08/03 | 225.00 | 1964 | 08/03 | 25,388.00 | 1980 | 08/03 | 100.00 |

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 56 of 142

A division of Zions Bancorporation, N.A. Member FDIC

0060677-0000001-0137632

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



**PO Box 26547, Salt Lake City, UT 84126-0547**

Continued ...

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1981 | 08/03 | 100.00 | 1988 | 08/03 | 139.50 | 1995 | 08/18 | 149.57 |
| 1982 | 08/03 | 112.50 | 1989 | 08/03 | 487.50 | 1996 | 08/18 | 5,968.89 |
| 1983 | 08/03 | 225.00 | 1990 | 08/03 | 2,070.00 | 1997 | 08/18 | 7,329.00 |
| 1984 | 08/03 | 100.00 | 1991 | 08/03 | 225.00 | 1998 | 08/11 | 1,375.50 |
| 1985 | 08/03 | 100.00 | 1992 | 08/03 | 75.00 | 1999 | 08/21 | 3,381.95 |
| 1986 | 08/03 | 75.00 | 1993 | 08/04 | 75.00 | 2000 | 08/11 | 546.00 |
| 1987 | 08/03 | 337.50 | 1994 | 08/18 | 6,060.00 | 2001 | 08/15 | 1,968.75 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/03 | 42,927.64 | 08/15 | 96,431.25 | 08/21 | 73,541.84 |
| 08/04 | 42,852.64 | 08/18 | 76,923.79 | 08/31 | 73,532.84 |
| 08/11 | 98,400.00 | | | | |

Case: 23-30564   Doc# 234-1   Filed: 10/23/23   Entered: 10/23/23 09:47:37   Page 58 of 142

A division of Zions Bancorporation, N.A. Member FDIC

0060677-0000002-0137633

**California Bank & Trust**

This page intentionally left blank

0060677-0000002-0137633



02408104
32-01-B-62-250-04
0101-12-02870-04

**Account Number:** ▮3800
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021410 02 SP    0006385500558779 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02408104
32-01-B-62-250-04
0101-12-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ▓▓▓800

Period from August 1, 2023 to August 31, 2023

# MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 15,236,763.73 | 12,733,862.30 |
| **Investment Activity** | | |
| Interest | 57.76 | 57.76 |
| Realized Gain/Loss | 256,023.36 | 256,023.36 |
| Change In Unrealized Gain/Loss | -519,194.23 | .00 |
| Net Accrued Income (Current-Prior) | 2,113.81 | 2,113.81 |
| **Total Investment Activity** | -260,999.30 | 258,194.93 |
| **Plan Expenses** | | |
| Administrative Expenses* | -589.32 | -589.32 |
| **Total Plan Expenses** | -589.32 | -589.32 |
| **Other Activity** | | |
| Transfers In | 9,056,370.99 | 9,056,370.99 |
| Transfers Out | -10,133,516.73 | -10,133,516.73 |
| **Total Other Activity** | -1,077,145.74 | -1,077,145.74 |
| **Net Change In Market And Cost** | -1,338,734.36 | -819,540.13 |
| **Ending Market And Cost** | 13,898,029.37 | 11,914,322.17 |

# MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





02408104
32-01-B-62_250-04
0101 -12-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ____800

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| | |
| **Investment Activity** | |
| Interest | 57.76 |
| Cash Equivalent Purchases | - 6,894,676.76 |
| Cash Equivalent Sales | 6,611,354.06 |
| Sales/Maturities | 1,361,000.00 |
| **Total Investment Activity** | **1,077,735.06** |
| | |
| **Plan Expenses** | |
| Administrative Expenses* | - 589.32 |
| **Total Plan Expenses** | **- 589.32** |
| | |
| **Other Activity** | |
| Transfers In | 9,056,370.99 |
| Transfers Out | - 10,133,516.73 |
| **Total Other Activity** | **- 1,077,145.74** |
| | |
| **Net Change In Cash** | **.00** |
| | |
| **Ending Cash** | **.00** |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



02408104
32-01-B-62-250-04
0101 -12-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ▊800

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 296,900.01 | 296,900.01 | 2.14 |
| Mutual Funds-Equity | 8,314,406.22 | 6,919,574.65 | 59.82 |
| Mutual Funds-Balanced | 5,284,551.57 | 4,695,675.94 | 38.02 |
| **Total Assets** | **13,895,857.80** | **11,912,150.60** | **99.98** |
| Accrued Income | 2,171.57 | 2,171.57 | 0.02 |
| **Grand Total** | **13,898,029.37** | **11,914,322.17** | **100.00** |

Estimated Annual Income          36,720.48



## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02408704
32.-01-B-62-250-04
0101 -12-02870-04

**Account Number:** ▇▇▇▇8801
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021416 05 SP    0006385500587 85 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02408704
32-01-B-62_250-04
0101  -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████3801

Period from August 1, 2023 to August 31, 2023

# MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 21,770,855.43 | 19,103,318.88 |
| **Investment Activity** | | |
| Interest | 4,586.37 | 4,586.37 |
| Dividends | 19,087.98 | 19,087.98 |
| Realized Gain/Loss | 445,615.67 | 445,615.00 |
| Change In Unrealized Gain/Loss | -962,957.69 | |
| Net Accrued Income (Current-Prior) | 38,981.53 | 38,981.53 |
| **Total Investment Activity** | -454,686.14 | 508,271.55 |
| **Plan Expenses** | | |
| Administrative Expenses* | -1,955.44 | -1,955.44 |
| **Total Plan Expenses** | -1,955.44 | -1,955.44 |
| **Other Activity** | | |
| Transfers Out | -2,256,000.00 | -2,256,000.00 |
| **Total Other Activity** | -2,256,000.00 | -2,256,000.00 |
| **Net Change In Market And Cost** | -2,712,641.58 | -1,749,683.89 |
| **Ending Market And Cost** | 19,058,213.85 | 17,353,634.99 |

# MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





# US bank

02408704
32–01–B–62_250-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT _____ 3801

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Interest | 4,586.37 |
| Dividends | 19,087.98 |
| Cash Equivalent Purchases | - 185,628.22 |
| Purchases | - 292,885.95 |
| Cash Equivalent Sales | 981,220.60 |
| Sales/Maturities | 1,859,476.68 |
| **Total Investment Activity** | 2,385,857.46 |
| **Plan Expenses** | |
| Administrative Expenses* | - 1,955.44 |
| **Total Plan Expenses** | - 1,955.44 |
| **Other Activity** | |
| Transfers Out | - 2,256,000.00 |
| **Total Other Activity** | - 2,256,000.00 |
| **Net Change In Cash** | 127,902.02 |
| **Ending Cash** | 127,902.02 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



**US bank**

02408704
32-01-B-62-250-04
0101-12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ███████8801

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 580,776.98 | 580,776.98 | 3.05 |
| Domestic Common Stocks | 17,837,503.16 | 16,175,790.53 | 93.59 |
| Foreign Stocks | 576,920.84 | 534,054.61 | 3.03 |
| **Total Assets** | **18,995,200.98** | **17,290,622.12** | **99.67** |
| Accrued Income | 63,012.87 | 63,012.87 | 0.33 |
| **Grand Total** | **19,058,213.85** | **17,353,634.99** | **100.00** |

Estimated Annual Income    388,400.79

[Pie chart with slices labeled EQUITIES and CASH EQUIV & ACCR]

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02409204
32 -01-B -62 -250-04
0101 -12-02870-04

**Account Number:** ▮▮▮8802
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021421 05 SP   0006385500058790 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02409204
32–01–B–62_250–04
0101  –12–02870–04

ADSF CUSTODY – JENSEN
ACCOUNT ███████802

**U.S. bank**

Period from August 1, 2023 to August 31, 2023

# MARKET AND COST RECONCILIATION

| | 08/31/2023<br>MARKET | 08/31/2023<br>FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 17,353,964.96 | 13,565,428.49 |
| **Investment Activity** | | |
| Interest | 1,440.33 | 1,440.33 |
| Dividends | 25,081.58 | 25,081.58 |
| Realized Gain/Loss | 894,910.63 | 894,910.63 |
| Change In Unrealized Gain/Loss | -1,039,872.84 | .00 |
| Net Accrued Income (Current-Prior) | 15,060.14 | 15,060.14 |
| **Total Investment Activity** | -103,380.16 | 936,492.68 |
| **Plan Expenses** | | |
| Administrative Expenses* | -1,362.64 | -1,362.64 |
| **Total Plan Expenses** | -1,362.64 | -1,362.64 |
| **Other Activity** | | |
| Transfers Out | -2,397,000.00 | -2,397,000.00 |
| **Total Other Activity** | -2,397,000.00 | -2,397,000.00 |
| **Net Change In Market And Cost** | -2,501,742.80 | -1,461,869.96 |
| **Ending Market And Cost** | 14,852,222.16 | 12,103,558.53 |

# MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



**U S bank**

02409204
32–01–B–62_250-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████ 3802

Period from August 1, 2023 to August 31, 2023

# CASH RECONCILIATION



| | |
|---|---|
| **Beginning Cash** | **- 19,344.92** |
| | |
| **Investment Activity** | |
| Interest | 1,440.33 |
| Dividends | 25,081.58 |
| Cash Equivalent Purchases | - 2,476,554.25 |
| Cash Equivalent Sales | 2,416,267.23 |
| Sales/Maturities | 2,451,472.67 |
| **Total Investment Activity** | **2,417,707.56** |
| | |
| **Plan Expenses** | |
| Administrative Expenses* | - 1,362.64 |
| **Total Plan Expenses** | **- 1,362.64** |
| | |
| **Other Activity** | |
| Transfers Out | - 2,397,000.00 |
| **Total Other Activity** | **- 2,397,000.00** |
| **Net Change In Cash** | **19,344.92** |
| **Ending Cash** | **.00** |

# CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 71
of 142

02409204
32-01-B-62-250-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ____802

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 327,877.81 | 327,877.81 | 2.21 |
| Domestic Common Stocks | 13,403,788.18 | 10,851,241.19 | 90.25 |
| Foreign Stocks | 1,104,055.70 | 907,939.06 | 7.43 |
| **Total Assets** | **14,835,721.69** | **12,087,058.06** | **99.89** |
| Accrued Income | 16,500.47 | 16,500.47 | 0.11 |
| **Grand Total** | **14,852,222.16** | **12,103,558.53** | **100.00** |

Estimated Annual Income    221,593.17

EQUITIES

CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



02409804
32 -01-B -62 -250-04
0101 -14-02870-04

**Account Number:** ████ 8803
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021427 14 SP  0006385500058796 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02409804
32-01-B-62_250-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ___803



Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 6,992,505.59 | 7,239,304.36 |
| | | |
| **Investment Activity** | | |
| Interest | 24,106.14 | 24,106.14 |
| Realized Gain/Loss | -49,677.38 | -49,677.38 |
| Change In Unrealized Gain/Loss | 17,608.36 | .00 |
| Net Accrued Income (Current-Prior) | -322.73 | -322.73 |
| **Total Investment Activity** | -8,285.61 | -25,893.97 |
| | | |
| **Plan Expenses** | | |
| Administrative Expenses* | -9,591.20 | -9,591.20 |
| **Total Plan Expenses** | -9,591.20 | -9,591.20 |
| | | |
| **Other Activity** | | |
| Transfers Out | -186,000.00 | -186,000.00 |
| Other Non-Cash Transactions | 476.30 | 476.30 |
| **Total Other Activity** | -185,523.70 | -185,523.70 |
| **Net Change In Market And Cost** | -203,400.51 | -221,008.87 |
| **Ending Market And Cost** | 6,789,105.08 | 7,018,295.49 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



ADSF CUSTODY - METWEST
ACCOUNT ___803



Period from August 1, 2023 to August 31, 2023

# CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 814,611.63** |

**Investment Activity**

| | |
|---|---|
| Interest | 24,106.14 |
| Cash Equivalent Purchases | - 3,474,449.16 |
| Purchases | - 4,875,189.96 |
| Cash Equivalent Sales | 3,360,166.37 |
| Sales/Maturities | 5,134,470.31 |
| **Total Investment Activity** | **169,103.70** |

**Plan Expenses**

| | |
|---|---|
| Administrative Expenses* | - 9,591.20 |
| **Total Plan Expenses** | **- 9,591.20** |

**Other Activity**

| | |
|---|---|
| Transfers Out | - 186,000.00 |
| **Total Other Activity** | **- 186,000.00** |
| **Net Change In Cash** | **- 26,487.50** |
| **Ending Cash** | **- 841,099.13** |

# CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



ADSF CUSTODY - METWEST
ACCOUNT ████803

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | - 367,633.70 | - 367,633.70 | 0.00 |
| U.S. Government Issues | 5,067,359.42 | 5,119,665.58 | 70.80 |
| Corporate Issues | 1,492,059.96 | 1,601,471.88 | 20.85 |
| Foreign Issues | 283,074.65 | 306,062.20 | 3.96 |
| Municipal Issues | 285,731.46 | 330,216.24 | 3.99 |
| **Total Assets** | **6,760,591.79** | **6,989,782.20** | **99.60** |
| Accrued Income | 28,513.29 | 28,513.29 | 0.40 |
| **Grand Total** | **6,789,105.08** | **7,018,295.49** | **100.00** |

Estimated Annual Income          333,079.43



BONDS

## ASSET SUMMARY MESSAGES

Asset percentages are calculated for positive market values only.

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



02410404
32‑‑01‑B‑62‑250‑04
0101‑13‑02870‑04

**Account Number:** ███████ 8804
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213‑615‑6823
E‑mail: mario.matthews@usbank.com

000021433 11 SP    0006385005088802 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 77 of 142

02410404
32-01-B-62-250-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████804

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 6,173,172.40 | 5,274,058.43 |
| **Investment Activity** | | |
| Interest | 1,020.44 | 1,020.44 |
| Dividends | 5,300.47 | 5,300.47 |
| Realized Gain/Loss | 163,089.17 | 163,089.17 |
| Change In Unrealized Gain/Loss | - 274,870.12 | .00 |
| Assets Received Or Delivered Adjustment | - 314.66 | .00 |
| **Total Adj Change In Unrealized Gain/Loss** | - 275,184.78 | .00 |
| Net Accrued Income (Current-Prior) | 4,515.20 | 4,515.20 |
| **Total Investment Activity** | - 101,259.50 | 173,925.28 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 2,957.91 | - 2,957.91 |
| **Total Plan Expenses** | - 2,957.91 | - 2,957.91 |
| **Other Activity** | | |
| Free Receipts | 76,010.91 | 65,374.53 |
| Transfers Out | - 791,000.00 | - 791,000.00 |
| Free Deliveries | - 75,696.25 | - 65,374.53 |
| **Total Other Activity** | - 790,685.34 | - 791,000.00 |
| **Net Change In Market And Cost** | - 894,902.75 | - 620,032.63 |
| **Ending Market And Cost** | 5,278,269.65 | 4,654,025.80 |



U.S. bank

02410404
32-01-B-62-250-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███804

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION MESSAGES

\* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





02410404
32-01-B-62 250-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████804

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **7,365.45** |
| | |
| **Investment Activity** | |
| Interest | 1,020.44 |
| Dividends | 5,300.47 |
| Cash Equivalent Purchases | -1,015,371.73 |
| Purchases | -262,158.93 |
| Cash Equivalent Sales | 938,988.62 |
| Sales/Maturities | 1,115,400.23 |
| **Total Investment Activity** | **783,179.10** |
| | |
| **Plan Expenses** | |
| Administrative Expenses* | -2,957.91 |
| **Total Plan Expenses** | **-2,957.91** |
| | |
| **Other Activity** | |
| Transfers Out | -791,000.00 |
| **Total Other Activity** | **-791,000.00** |
| | |
| **Net Change In Cash** | **-10,778.81** |
| | |
| **Ending Cash** | **-3,413.36** |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees




02410404
32-01-B-62-250-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████804

**US bank**

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 253,639.11 | 253,639.11 | 4.80 |
| Domestic Common Stocks | 4,364,544.56 | 3,871,514.04 | 82.69 |
| Foreign Stocks | 347,673.70 | 237,747.98 | 6.59 |
| Mutual Funds-Equity | 306,042.50 | 284,754.89 | 5.80 |
| **Total Assets** | **5,271,899.87** | **4,647,656.02** | **99.88** |
| Accrued Income | 6,369.78 | 6,369.78 | 0.12 |
| **Grand Total** | **5,278,269.65** | **4,654,025.80** | **100.00** |

Estimated Annual Income          115,779.60



## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02411004
32-01-B-62-250-04
0101-12-02870-04

**Account Number:** ████8805
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN
FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this
statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021439.09 SP    0006385500588808 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02411004
32-01-B-62-250-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▮▮▮3805

Period from August 1, 2023 to August 31, 2023

# MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 15,942,513.57 | 16,955,812.47 |
| **Investment Activity** | | |
| Interest | 57,932.74 | 57,932.74 |
| Realized Gain/Loss | -196,631.62 | -196,631.62 |
| Change In Unrealized Gain/Loss | 155,657.76 | .00 |
| Net Accrued Income (Current-Prior) | -21,618.71 | -21,618.71 |
| **Total Investment Activity** | -4,659.83 | -160,317.59 |
| **Plan Expenses** | | |
| Administrative Expenses" | -3,077.74 | -3,077.74 |
| **Total Plan Expenses** | -3,077.74 | -3,077.74 |
| **Other Activity** | | |
| Transfers In | 312,000.00 | 312,000.00 |
| Transfers Out | -2,290,744.00 | -2,290,744.00 |
| **Total Other Activity** | -1,978,744.00 | -1,978,744.00 |
| **Net Change In Market And Cost** | -1,986,481.57 | -2,142,139.33 |
| **Ending Market And Cost** | 13,956,032.00 | 14,813,673.14 |

# MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

ADSF CUSTODY – SEGALL BRYANT
ACCOUNT ████3805



US bank

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **7,397.90** |
| | |
| **Investment Activity** | |
| Interest | 57,932.74 |
| Cash Equivalent Purchases | -2,801,669.75 |
| Purchases | - 198,435.41 |
| Cash Equivalent Sales | 2,487,008.94 |
| Sales/Maturities | 2,429,587.32 |
| **Total Investment Activity** | **1,974,423.84** |
| | |
| **Plan Expenses** | |
| Administrative Expenses* | - 3,077.74 |
| **Total Plan Expenses** | **- 3,077.74** |
| | |
| **Other Activity** | |
| Transfers In | 312,000.00 |
| Transfers Out | -2,290,744.00 |
| **Total Other Activity** | **-1,978,744.00** |
| | |
| **Net Change In Cash** | **- 7,397.90** |
| | |
| **Ending Cash** | **.00** |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



02411004
32–01–B–62–250–04
0101 –12–02870–04

ADSF CUSTODY – SEGALL BRYANT
ACCOUNT ████805

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 332,250.60 | 332,250.60 | 2.38 |
| U.S. Government Issues | 6,158,402.62 | 6,520,860.89 | 44.13 |
| Corporate Issues | 6,312,638.40 | 6,741,084.87 | 45.23 |
| Foreign Issues | 149,335.15 | 161,023.60 | 1.07 |
| Municipal Issues | 912,874.05 | 967,922.00 | 6.54 |
| **Total Assets** | **13,865,500.82** | **14,723,141.96** | **99.35** |
| Accrued Income | 90,531.18 | 90,531.18 | 0.65 |
| **Grand Total** | **13,956,032.00** | **14,813,673.14** | **100.00** |

Estimated Annual Income      434,259.92

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

CASH EQUIV & ACCR

BONDS



00013604
32-01-B-62-256-04
0101-99-02870-04

**Account Number:** ▆▆▆8807
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000117.02 SP    00063855401959 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



00013604
32-01-B-62_256-04
0101 -99-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 5,148,377.55 | 4,614,322.75 |
| **Investment Activity** | | |
| Interest | 367.53 | 367.53 |
| Net Accrued Income (Current-Prior) | - 335.38 | - 335.38 |
| **Total Investment Activity** | 32.15 | 32.15 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 376.97 | - 376.97 |
| **Total Plan Expenses** | - 376.97 | - 376.97 |
| **Other Activity** | | |
| Transfers In | 376.97 | 376.97 |
| Transfers Out | - 106,875.00 | - 106,875.00 |
| **Total Other Activity** | - 106,498.03 | - 106,498.03 |
| **Net Change In Market And Cost** | - 106,842.85 | - 106,842.85 |
| **Ending Market And Cost** | 5,041,534.70 | 4,507,479.90 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





00013604
32–01-B–62_256-04
0101 -99-02870-04

ADSF CUSTODY – AMER CORE
ACCOUNT ███ 3807

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| | |
| **Investment Activity** | |
| Interest | 367.53 |
| Cash Equivalent Purchases | - 744.50 |
| Cash Equivalent Sales | 107,251.97 |
| **Total Investment Activity** | **106,875.00** |
| | |
| **Plan Expenses** | |
| Administrative Expenses* | - 376.97 |
| **Total Plan Expenses** | **- 376.97** |
| | |
| **Other Activity** | |
| Transfers In | 376.97 |
| Transfers Out | - 106,875.00 |
| **Total Other Activity** | **- 106,498.03** |
| | |
| **Net Change In Cash** | .00 |
| | |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



**Ubank.**

00013604
32-01-B-62-256-04
0101-99-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ____ 807

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 367.79 | 367.79 | 0.01 |
| Miscellaneous | 5,041,134.76 | 4,507,079.96 | 99.99 |
| **Total Assets** | **5,041,502.55** | **4,507,447.75** | **100.00** |
| Accrued Income | 32.15 | 32.15 | 0.00 |
| **Grand Total** | **5,041,534.70** | **4,507,479.90** | **100.00** |

| Estimated Annual Income | 19.12 |
|---|---|

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



00022104
32-01-B-62-259-04
0101-99-02870-04

**Account Number:** ███8808
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000204 02 SP   0006385568899083 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



00022104
32-01-B-62-259-04
0101-99-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ▓▓▓▓3808

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 1,425,077.57 | 1,425,077.57 |
| **Investment Activity** | | |
| Interest | 1,808.64 | 1,808.64 |
| Net Accrued Income (Current-Prior) | 108.32 | 108.32 |
| **Total Investment Activity** | 1,916.96 | 1,916.96 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 206.84 | - 206.84 |
| **Total Plan Expenses** | - 206.84 | - 206.84 |
| **Net Change In Market And Cost** | 1,710.12 | 1,710.12 |
| **Ending Market And Cost** | 1,426,787.69 | 1,426,787.69 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 90
of 142





00022104
32-01-B-62-259-04
0101 -99-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████3808

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| | |
|---|---:|
| **Beginning Cash** | .00 |
| | |
| **Investment Activity** | |
| Interest | 1,808.64 |
| Cash Equivalent Purchases | -15,566.03 |
| Cash Equivalent Sales | 206.84 |
| Sales/Maturities | 13,757.39 |
| **Total Investment Activity** | **206.84** |
| | |
| **Plan Expenses** | |
| Administrative Expenses* | - 206.84 |
| **Total Plan Expenses** | **- 206.84** |
| | |
| **Net Change In Cash** | .00 |
| | |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

00022104
32--01-B-62 -259-04
0101 -99-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████808



Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 440,513.51 | 440,513.51 | 30.88 |
| Miscellaneous | 984,357.22 | 984,357.22 | 68.99 |
| **Total Assets** | **1,424,870.73** | **1,424,870.73** | **99.87** |
| Accrued Income | 1,916.96 | 1,916.96 | 0.13 |
| **Grand Total** | **1,426,787.69** | **1,426,787.69** | **100.00** |

Estimated Annual Income          22,906.70

MISCELLANEOUS

CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



00022604
32-01-B-62-259-04
0101-99-02870-04

**Account Number:** ▮▮▮8809
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000209 02 SP    0006385586899088 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



00022604
32-01-B-62-259-04
0101-99-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ▓▓▓809

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 1,167,660.43 | 1,167,660.43 |
| **Investment Activity** | | |
| Interest | 2.78 | 2.78 |
| Net Accrued Income (Current-Prior) | -.28 | -.28 |
| **Total Investment Activity** | 2.50 | 2.50 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 152.46 | - 152.46 |
| **Total Plan Expenses** | - 152.46 | - 152.46 |
| **Net Change In Market And Cost** | - 149.96 | - 149.96 |
| **Ending Market And Cost** | 1,167,510.47 | 1,167,510.47 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





00022604
32–01–B–62–259–04
0101 –99–02870–04

ADSF CUSTODY – KIMPACT EVERGREEN
ACCOUNT ████3809

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Interest | 2.78 |
| Cash Equivalent Purchases | -2.78 |
| Cash Equivalent Sales | 152.46 |
| **Total Investment Activity** | **152.46** |
| **Plan Expenses** | |
| Administrative Expenses* | - 152.46 |
| **Total Plan Expenses** | **- 152.46** |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



US bank

00022604
32-01-B-62-259-04
0101-99-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT [___]809

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 502.97 | 502.97 | 0.04 |
| Miscellaneous | 1,167,005.00 | 1,167,005.00 | 99.96 |
| **Total Assets** | **1,167,507.97** | **1,167,507.97** | **100.00** |
| Accrued Income | 2.50 | 2.50 | 0.00 |
| **Grand Total** | **1,167,510.47** | **1,167,510.47** | **100.00** |

Estimated Annual Income        26.15

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



00014104
32‑01‑B‑62‑256‑04
0101‑99‑02870‑04

**Account Number:** ▆▆3810
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000122 02 SP     0006385540011964 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



00014104
32–01–B–62 256–04
0101 -99-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████3810

Period from August 1, 2023 to August 31, 2023

# MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 3,111,955.59 | 3,768,639.95 |
| **Investment Activity** | | |
| Realized Gain/Loss | - 175,697.95 | - 175,697.95 |
| Change In Unrealized Gain/Loss | - 21,433.89 | .00 |
| Net Accrued Income (Current-Prior) | .12 | .12 |
| **Total Investment Activity** | - 197,131.72 | - 175,697.83 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 210.48 | - 210.48 |
| **Total Plan Expenses** | - 210.48 | - 210.48 |
| **Other Activity** | | |
| Transfers In | 210.48 | 210.48 |
| **Total Other Activity** | 210.48 | 210.48 |
| **Net Change In Market And Cost** | - 197,131.72 | - 175,697.83 |
| **Ending Market And Cost** | 2,914,823.87 | 3,592,942.12 |

# MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees




00014104
32-01-B-62-256-04
0101-99-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████ 3810

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 210.48 |
| Cash Equivalent Sales | 210.48 |
| Sales/Maturities | 412,000.00 |
| **Total Investment Activity** | **412,000.00** |
| **Plan Expenses** | |
| Administrative Expenses* | - 210.48 |
| **Total Plan Expenses** | **- 210.48** |
| **Other Activity** | |
| Transfers In | 210.48 |
| **Total Other Activity** | **210.48** |
| **Net Change In Cash** | **412,000.00** |
| **Ending Cash** | **412,000.00** |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 100 of 142



00014104
32-01-B-62-256-04
0101 -99-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ▮▮▮▮3810

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 412,000.08 | 412,000.08 | 14.13 |
| Miscellaneous | 2,502,823.67 | 3,180,941.92 | 85.87 |
| **Total Assets** | **2,914,823.75** | **3,592,942.00** | **100.00** |
| Accrued Income | .12 | .12 | 0.00 |
| **Grand Total** | **2,914,823.87** | **3,592,942.12** | **100.00** |

Estimated Annual Income                    .00

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

MISCELLANEOUS

CASH EQUIV & ACCR



00018504
32--01-C -62 -257-04
0101 -99-02870-04

**Account Number:** ▓▓▓▓**3811**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000174 02 SP    0006385550035523 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ___811



**U.S.bank**

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

|  | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 2,777,730.58 | 2,127,500.65 |
| **Investment Activity** | | |
| Realized Gain/Loss | 2,019.80 | 2,019.80 |
| Change In Unrealized Gain/Loss | -176,116.74 | .00 |
| Net Accrued Income (Current-Prior) | .14 | .14 |
| **Total Investment Activity** | -174,096.80 | 2,019.94 |
| **Plan Expenses** | | |
| Administrative Expenses* | -7,737.70 | -7,737.70 |
| **Total Plan Expenses** | -7,737.70 | -7,737.70 |
| **Other Activity** | | |
| Transfers In | 238.81 | 238.81 |
| **Total Other Activity** | 238.81 | 238.81 |
| **Net Change In Market And Cost** | -181,595.69 | -5,478.95 |
| **Ending Market And Cost** | 2,596,134.89 | 2,122,021.70 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees




00018504
32–01–C–62–257–04
0101 –99–02870–04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT     3811

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 238.81 |
| Cash Equivalent Sales | 238.81 |
| Sales/Maturities | 7,498.89 |
| **Total Investment Activity** | **7,498.89** |
| **Plan Expenses** | |
| Administrative Expenses* | - 7,737.70 |
| **Total Plan Expenses** | **- 7,737.70** |
| **Other Activity** | |
| Transfers In | 238.81 |
| **Total Other Activity** | **238.81** |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



US bank

00018504
32--01-C--62 -257-04
0101 -99-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT     811

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .06 | .06 | 0.00 |
| Miscellaneous | 2,596,134.69 | 2,122,021.50 | 100.00 |
| **Total Assets** | **2,596,134.75** | **2,122,021.56** | **100.00** |
| Accrued Income | .14 | .14 | 0.00 |
| **Grand Total** | **2,596,134.89** | **2,122,021.70** | **100.00** |

Estimated Annual Income          .00

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



02412204
32-01-B-62-250-04
0101-11-02870-04

**Account Number:** ▮▮▮▮**8812**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021451 02 SP    0006385500 58820 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02412204
32-01-B-62-250-04
0101-11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████3812

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 8,128,219.41 | 8,389,372.07 |
| **Investment Activity** | | |
| Interest | 370.05 | 370.05 |
| Realized Gain/Loss | -89,163.29 | -89,163.29 |
| Change In Unrealized Gain/Loss | -257,601.67 | .00 |
| Net Accrued Income (Current-Prior) | 14.71 | 14.71 |
| **Total Investment Activity** | -346,380.20 | -88,778.53 |
| **Plan Expenses** | | |
| Administrative Expenses* | -288.38 | -288.38 |
| **Total Plan Expenses** | -288.38 | -288.38 |
| **Other Activity** | | |
| Transfers Out | -694,000.00 | -694,000.00 |
| **Total Other Activity** | -694,000.00 | -694,000.00 |
| **Net Change In Market And Cost** | -1,040,668.58 | -783,066.91 |
| **Ending Market And Cost** | 7,087,550.83 | 7,606,305.16 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



# USbank

02412204
32-01-B-62-250-04
0101-11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ____812

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION



| | |
|---|---|
| **Beginning Cash** | .00 |
| | |
| **Investment Activity** | |
| Interest | 370.05 |
| Cash Equivalent Purchases | -694,370.05 |
| Cash Equivalent Sales | 694,288.38 |
| Sales/Maturities | 694,000.00 |
| **Total Investment Activity** | **694,288.38** |
| | |
| **Plan Expenses** | |
| Administrative Expenses* | -288.38 |
| **Total Plan Expenses** | **-288.38** |
| | |
| **Other Activity** | |
| Transfers Out | -694,000.00 |
| **Total Other Activity** | **-694,000.00** |
| | |
| **Net Change In Cash** | **.00** |
| | |
| **Ending Cash** | **.00** |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████3812

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 87,069.22 | 87,069.22 | 1.22 |
| Mutual Funds-Equity | 7,000,096.85 | 7,518,851.18 | 98.77 |
| **Total Assets** | **7,087,166.07** | **7,605,920.40** | **99.99** |
| Accrued Income | 384.76 | 384.76 | 0.01 |
| **Grand Total** | **7,087,550.83** | **7,606,305.16** | **100.00** |

Estimated Annual Income       108,635.57

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.





02412704
32.-01-B-62-250-04
0101 -11-02870-04

**Account Number:** ▮▮▮8813
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021456 02 SP    0006385005882S S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02412704
32–01–B –62 –250-04
0101 –11–02870-04



ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ▮▮▮▮813

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 2,923,753.63 | 2,896,903.70 |
| **Investment Activity** | | |
| Realized Gain/Loss | 5,426.62 | 5,426.62 |
| Change In Unrealized Gain/Loss | 25,413.92 | .00 |
| Net Accrued Income (Current-Prior) | .06 | .06 |
| **Total Investment Activity** | 30,840.60 | 5,426.68 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 102.68 | - 102.68 |
| **Total Plan Expenses** | - 102.68 | - 102.68 |
| **Other Activity** | | |
| Transfers In | 102.68 | 102.68 |
| Transfers Out | - 312,000.00 | - 312,000.00 |
| **Total Other Activity** | - 311,897.32 | - 311,897.32 |
| **Net Change In Market And Cost** | - 281,159.40 | - 306,573.32 |
| **Ending Market And Cost** | 2,642,594.23 | 2,590,330.38 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 111 of 142



# US bank

02412704
32-01-B-62_250-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT        8813

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 312,102.68 |
| Cash Equivalent Sales | 312,102.68 |
| Sales/Maturities | 312,000.00 |
| **Total Investment Activity** | **312,000.00** |
| **Plan Expenses** | |
| Administrative Expenses* | - 102.68 |
| **Total Plan Expenses** | **- 102.68** |
| **Other Activity** | |
| Transfers In | 102.68 |
| Transfers Out | - 312,000.00 |
| **Total Other Activity** | **- 311,897.32** |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ____3813

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .03 | .03 | 0.00 |
| Mutual Funds-Fixed Income | 2,642,594.14 | 2,590,330.29 | 100.00 |
| **Total Assets** | **2,642,594.17** | **2,590,330.32** | **100.00** |
| Accrued Income | .06 | .06 | 0.00 |
| **Grand Total** | **2,642,594.23** | **2,590,330.38** | **100.00** |

Estimated Annual Income          250,910.48





## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



00023104
32‑01‑B‑62‑259‑04
0101‑99‑02870‑04

**Account Number:** ████ 3814
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000214 02 SP     000638556899093 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



00023104
32-01-B-62-259-04
0101-99-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ▓▓▓▓8814

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 2,632,060.15 | 2,632,060.15 |
| **Investment Activity** | | |
| Net Accrued Income (Current-Prior) | .12 | .12 |
| **Total Investment Activity** | .12 | .12 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 204.27 | - 204.27 |
| **Total Plan Expenses** | - 204.27 | - 204.27 |
| **Other Activity** | | |
| Transfers In | 204.27 | 204.27 |
| **Total Other Activity** | 204.27 | 204.27 |
| **Net Change In Market And Cost** | .12 | .12 |
| **Ending Market And Cost** | 2,632,060.27 | 2,632,060.27 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





00023104
32-01-B-62-259-04
0101 -99-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████ 3814

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
|     Cash Equivalent Purchases | - 204.27 |
|     Cash Equivalent Sales | 204.27 |
| **Total Investment Activity** | .00 |
| **Plan Expenses** | |
|     Administrative Expenses* | - 204.27 |
| **Total Plan Expenses** | - 204.27 |
| **Other Activity** | |
|     Transfers In | 204.27 |
| **Total Other Activity** | 204.27 |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



00023104
32--01-B -62 -259-04
0101 -99-02870-04

**U.S. bank**

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT [ ]814

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .15 | .15 | 0.00 |
| Miscellaneous | 2,632,060.00 | 2,632,060.00 | 100.00 |
| **Total Assets** | **2,632,060.15** | **2,632,060.15** | **100.00** |
| Accrued Income | .12 | .12 | 0.00 |
| **Grand Total** | **2,632,060.27** | **2,632,060.27** | **100.00** |

Estimated Annual Income .00

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



02413204
32 -01-B -62 -250-04
0101 -11-02870-04

**Account Number:** █████**3815**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN
FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this
statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021461 02 SP    0006385505830 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 118
of 142



02413204
32–01–B–62–250–04
0101 –11–02870–04

ADSF CUSTODY – SEGALL BRYANT
ACCOUNT ▮▮▮▮3815

## MARKET AND COST RECONCILIATION

Period from August 1, 2023 to August 31, 2023

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 23,347.72 | 23,379.02 |
| **Investment Activity** | | |
| Interest | 85.62 | 85.62 |
| Change In Unrealized Gain/Loss | 31.30 | .00 |
| Assets Received Or Delivered Adjustment | – 31.01 | .00 |
| Total Adj Change In Unrealized Gain/Loss | .29 | .00 |
| Net Accrued Income (Current-Prior) | – 55.04 | – 55.04 |
| **Total Investment Activity** | 30.87 | 30.58 |
| **Plan Expenses** | | |
| Administrative Expenses* | – 445.12 | – 445.12 |
| **Total Plan Expenses** | – 445.12 | – 445.12 |
| **Other Activity** | | |
| Transfers In | 445.12 | 445.12 |
| Transfers Out | – 22,751.99 | – 22,751.99 |
| Free Deliveries | – 594.28 | – 625.29 |
| **Total Other Activity** | – 22,901.15 | – 22,932.16 |
| **Net Change In Market And Cost** | – 23,315.40 | – 23,346.70 |
| **Ending Market And Cost** | 32.32 | 32.32 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



02413204
32-01-B-62_250-04
0101-11-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3815



## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Interest | 85.62 |
| Cash Equivalent Purchases | -85.62 |
| Cash Equivalent Sales | 22,751.99 |
| **Total Investment Activity** | **22,751.99** |
| **Plan Expenses** | |
| Administrative Expenses* | -445.12 |
| **Total Plan Expenses** | **-445.12** |
| **Other Activity** | |
| Transfers In | 445.12 |
| Transfers Out | -22,751.99 |
| **Total Other Activity** | **-22,306.87** |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



**U.S. bank**

02413204
32–01–B–62 –250–04
0101 –11–02870–04

ADSF CUSTODY – SEGALL BRYANT
ACCOUNT ▮▮▮3815

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| **Total Assets** | .00 | .00 | 0.00 |
| Accrued Income | 32.32 | 32.32 | 100.00 |
| **Grand Total** | 32.32 | 32.32 | 100.00 |

Estimated Annual Income     .00

CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



00023604
32.-01-B-62-259-04
0101 -99-02870-04

**Account Number:** ████3816
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000219.02 SP  0006385568899098 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



00023604
32-01-B-62-259-04
0101-99-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████3816

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 1,195,903.35 | 1,195,903.35 |
| **Investment Activity** | | |
| Interest | 63.16 | 63.16 |
| Net Accrued Income (Current-Prior) | 2.19 | 2.19 |
| **Total Investment Activity** | 65.35 | 65.35 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 175.26 | - 175.26 |
| **Total Plan Expenses** | - 175.26 | - 175.26 |
| **Net Change In Market And Cost** | - 109.91 | - 109.91 |
| **Ending Market And Cost** | 1,195,793.44 | 1,195,793.44 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ███3816

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| Beginning Cash | .00 |
|---|---|

**Investment Activity**

| Interest | 63.16 |
| Cash Equivalent Purchases | - 63.16 |
| Cash Equivalent Sales | 175.26 |

| Total Investment Activity | 175.26 |
|---|---|

**Plan Expenses**

| Administrative Expenses* | - 175.26 |
|---|---|

| Total Plan Expenses | - 175.26 |
|---|---|

| Net Change In Cash | .00 |
|---|---|

| Ending Cash | .00 |
|---|---|

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



00023604
32-01-B-62-259-04
0101-99-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████816

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 14,734.61 | 14,734.61 | 1.23 |
| Miscellaneous | 1,180,993.48 | 1,180,993.48 | 98.76 |
| **Total Assets** | **1,195,728.09** | **1,195,728.09** | **99.99** |
| Accrued Income | 65.35 | 65.35 | 0.01 |
| **Grand Total** | **1,195,793.44** | **1,195,793.44** | **100.00** |

Estimated Annual Income          766.19

MISCELLANEOUS          CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



00031404
32--01-B-62-284-04
0101 -99-02870-04

**Account Number:** ███ 8817
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000291.02 SP    0006385718714991 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 126 of 142

00031404
32-01-B-62-284-04
0101-99-02870-04



ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ███8817

Period from August 1, 2023 to August 31, 2023

# MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 1,586,870.42 | 1,523,426.43 |
| **Investment Activity** | | |
| Net Accrued Income (Current-Prior) | .08 | .08 |
| **Total Investment Activity** | .08 | .08 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 146.08 | - 146.08 |
| **Total Plan Expenses** | - 146.08 | - 146.08 |
| **Other Activity** | | |
| Transfers In | 146.08 | 146.08 |
| **Total Other Activity** | 146.08 | 146.08 |
| **Net Change In Market And Cost** | .08 | .08 |
| **Ending Market And Cost** | 1,586,870.50 | 1,523,426.51 |

# MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 146.08 |
| Cash Equivalent Sales | 146.08 |
| **Total Investment Activity** | .00 |
| **Plan Expenses** | |
| Administrative Expenses* | - 146.08 |
| **Total Plan Expenses** | - 146.08 |
| **Other Activity** | |
| Transfers In | 146.08 |
| **Total Other Activity** | 146.08 |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



00031404
32-01-B-62-284-04
0101-99-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ███████ 8817

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .02 | .02 | 0.00 |
| Miscellaneous | 1,586,870.40 | 1,523,426.41 | 100.00 |
| **Total Assets** | **1,586,870.42** | **1,523,426.43** | **100.00** |
| Accrued Income | .08 | .08 | 0.00 |
| **Grand Total** | **1,586,870.50** | **1,523,426.51** | **100.00** |

Estimated Annual Income          .00

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



00031904
32-01-B-62-284-04
0101-99-02870-04

**Account Number:** ▆▆8818
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000000296.02 SP  0006385718I4996 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 130 of 142



00031904
32–01–B–62_284-04
0101 -99-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████3818

**US bank**

Period from August 1, 2023 to August 31, 2023

## MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 494,923.18 | 494,923.18 |
| **Investment Activity** | | |
| Interest | 109.83 | 109.83 |
| Net Accrued Income (Current-Prior) | 5.74 | 5.74 |
| **Total Investment Activity** | 115.57 | 115.57 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 83.03 | - 83.03 |
| **Total Plan Expenses** | - 83.03 | - 83.03 |
| **Net Change In Market And Cost** | 32.54 | 32.54 |
| **Ending Market And Cost** | 494,955.72 | 494,955.72 |

## MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ███8818

**U.S.bank**

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Interest | 109.83 |
| Cash Equivalent Purchases | - 109.83 |
| Cash Equivalent Sales | 83.03 |
| **Total Investment Activity** | 83.03 |
| **Plan Expenses** | |
| Administrative Expenses* | - 83.03 |
| **Total Plan Expenses** | - 83.03 |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



00031904
32-01-B-62-284-04
0101-99-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [  ]818

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 26,154.09 | 26,154.09 | 5.29 |
| Miscellaneous | 468,686.06 | 468,686.06 | 94.69 |
| **Total Assets** | **494,840.15** | **494,840.15** | **99.98** |
| Accrued Income | 115.57 | 115.57 | 0.02 |
| **Grand Total** | **494,955.72** | **494,955.72** | **100.00** |

Estimated Annual Income          1,360.01

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

CASH EQUIV & ACCR

MISCELLANEOUS



02413804
32 -01-B -62 -250-04
0101 -12-02870-04

**Account Number:** ████3900
ARCHDIOCESE OF SAN FRANCISCO
SUPPLEMENTAL EMPLOYEE RETIREMENT
PLAN

**This statement is for the period from August 1, 2023 to August 31, 2023**

Questions?
If you have any questions regarding your account or this
statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000021467 02 SP    0006385505058836 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

Case: 23-30564    Doc# 234-1    Filed: 10/23/23    Entered: 10/23/23 09:47:37    Page 134 of 142

02413804
32-01-B-62-250-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ____3900



Period from August 1, 2023 to August 31, 2023

# MARKET AND COST RECONCILIATION

| | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 232,783.06 | 232,783.06 |
| **Benefit Activity** | | |
| Benefits Payments | - 989.14 | - 989.14 |
| **Total Benefit Activity** | - 989.14 | - 989.14 |
| **Investment Activity** | | |
| Interest | 989.68 | 989.68 |
| Net Accrued Income (Current-Prior) | 35.92 | 35.92 |
| **Total Investment Activity** | 1,025.60 | 1,025.60 |
| **Plan Expenses** | | |
| Administrative Expenses* | - 37.42 | - 37.42 |
| **Total Plan Expenses** | - 37.42 | - 37.42 |
| **Net Change In Market And Cost** | - .96 | - .96 |
| **Ending Market And Cost** | 232,782.10 | 232,782.10 |

# MARKET AND COST RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees




# US bank.

02413804
32-01-B-62_250-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT **900

Period from August 1, 2023 to August 31, 2023

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| | |
| **Benefit Activity** | |
| Benefits Payments | - 989.14 |
| **Total Benefit Activity** | - 989.14 |
| | |
| **Investment Activity** | |
| Interest | 989.68 |
| Cash Equivalent Purchases | - 989.68 |
| Cash Equivalent Sales | 1,026.56 |
| **Total Investment Activity** | 1,026.56 |
| | |
| **Plan Expenses** | |
| Administrative Expenses* | - 37.42 |
| **Total Plan Expenses** | - 37.42 |
| | |
| **Net Change In Cash** | .00 |
| | |
| **Ending Cash** | .00 |

## CASH RECONCILIATION MESSAGES

*Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



02413804
32-01-B-62-250-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████ 3900

Period from August 1, 2023 to August 31, 2023

## ASSET SUMMARY

| ASSETS | 08/31/2023 MARKET | 08/31/2023 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 231,756.50 | 231,756.50 | 99.56 |
| **Total Assets** | **231,756.50** | **231,756.50** | **99.56** |
| Accrued Income | 1,025.60 | 1,025.60 | 0.44 |
| **Grand Total** | **232,782.10** | **232,782.10** | **100.00** |

Estimated Annual Income          12,051.33

CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        4287
01 01 149 05 M0000 E#      0
Last Statement: 07/31/2023
This Statement: 08/31/2023

DNP

Customer Service
1-888-400-9009

SAN FRANCISCO ARCHDIOCESE
DEBOT IN POSSESSION CASE 23-30564
ATTN  FINANCE DEPT
1 PETER YORKE WAY
SAN FRANCISCO CA  94109-6602

Page    1 of  5

Bankruptcy Case Number:        2330564

# NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2023 - 08/31/2023 | | Statement Beginning Balance | 2,697,976.26 |
| Number of Deposits/Credits | 9 | Amount of Deposits/Credits | 17,397,456.02 |
| Number of Checks | 5 | Amount of Checks | 3,484.42 |
| Number of Other Debits | 19 | Amount of Other Debits | 14,244,546.08 |
| | | Statement Ending Balance | 5,847,401.78 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/29 | 314327 | 205.76- | Check | 888804792848692 |

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      4287
01 01 149 05 M0000 E#     0
**Last Statement: 07/31/2023**
**This Statement: 08/31/2023**

DNP

**Customer Service**
**1-888-400-9009**

S A N   F R A N C I S C O   A R C H D I O C E S E

Page    2 of    5

**Bankruptcy Case Number:       2330564**

## NON-PROFIT CHECKING

Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| | | | 2 DK9 | |
| 08/30 | | 53,724.13- | WIRE TYPE:WIRE OUT DATE:230830 TIME:0920 ET TRN:2023083000273459 SERVICE REF:005607 BNF:ADP CLIENT TRUST ID:192835673 BNF BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:2121600242JO A DP WAGE PAY | 644800370273459 |
| 08/30 | | 40,701.14- | WIRE TYPE:WIRE OUT DATE:230830 TIME:0902 ET TRN:2023083000262630 SERVICE REF:005172 BNF:ADP CLIENT TRUST ID:192835681 BNF BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:1627200242JO 1 | 644800370262630 |

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number     _____4287
01 01 149 05 M0000 E#        0
**Last Statement: 07/31/2023**
**This Statement: 08/31/2023**

DNP

**Customer Service**
**1-888-400-9009**

S A N   F R A N C I S C O   A R C H D I O C E S E

Page     3 of    5

**Bankruptcy Case Number:**        2330564

# NON-PROFIT CHECKING

Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 07/31 | 2,697,976.26 | 2,697,976.26 | 08/17 | 10,473,641.18 | 10,472,125.92 |
| 08/07 | 2,697,065.44 | 2,697,065.44 | 08/18 | 5,942,032.81 | 5,940,742.55 |
| 08/09 | 7,321,197.30 | 7,321,197.30 | 08/21 | 5,942,032.81 | 5,942,032.81 |
| 08/10 | 11,818,940.32 | 11,818,940.32 | 08/29 | 5,941,827.05 | 5,941,827.05 |
| 08/11 | 4,521,552.22 | 4,521,552.22 | 08/30 | 5,847,401.78 | 5,847,401.78 |
| 08/14 | 7,102,744.89 | 7,102,744.89 | 08/31 | 5,847,401.78 | 5,847,401.78 |
| 08/15 | 10,514,030.95 | 10,514,030.95 | | | |

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

DNP

**Customer Service**
**1-888-400-9009**

S A N   F R A N C I S C O   A R C H D I O C E S E

Page      4 of      5

**Bankruptcy Case Number:**          2330564

## NON-PROFIT CHECKING

Checks Paid Report
                    Page      1 of      1

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 305355 | 110.86 | 08/14 | 7752593248 | 313665* | 1,260.61 | 08/10 | 4352148088 |
| 312578* | 910.82 | 08/07 | 5892364027 | 314327* | 205.76 | 08/29 | 4792848692 |
| 313334* | 996.37 | 08/10 | 4352148090 | Total Checks | 5 | 3,484.42 | |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number     4287
01 01 149 05 M0000 E#      0
Last Statement: 07/31/2023
This Statement: 08/31/2023

DNP

Customer Service
1-888-400-9009

SAN FRANCISCO ARCHDIOCESE

Page    5 of    5

Bankruptcy Case Number:        2330564

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.  If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.

INTENTIONALLY BLANK PAGE

H