1  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
3      Including Professional Corporations
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone:     (415) 434-9100
5  Facsimile:     (415) 434-3947
   Email:         okatz@sheppardmullin.com
6                 amartin@sheppardmullin.com

7  Attorneys for The Roman Catholic Archbishop of
   San Francisco

8

9               UNITED STATES BANKRUPTCY COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 In re | Case No. 23-30564 |
| 12 THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| 13        Debtor and | **MONTHLY PROFESSIONAL FEE STATEMENTS FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP [AUGUST AND SEPTEMBER 2023]** |
| 14        Debtor in Possession. | |

15

16

17 **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

18        **NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter and Hampton LLP,

19 (hereinafter "Sheppard Mullin"), attorneys for Debtor and Debtor in Possession The Roman

20 Catholic Archbishop of San Francisco, hereby files its *Monthly Professional Fee Statements for the*

21 *months of August and September 2023*. Pursuant to the *Order Establishing Procedures and*

22 *Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [*ECF No. 212*], entered

23 by the Court on October 16, 2023, the total legal fees and costs expended by Sheppard Mullin on

24 account of the Debtor for the months of August and September 2023 are as follows:

25

26

27

28

Case: 23-30564   Doc# 299   Filed: 12/15/23   Entered: 12/15/23 16:38:04   Page 1 of 47

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| August 21 – August 31, 2023 | $81,875.60 | $449.30 | $82,324.90 |
| September 1 – September 30, 2023 | $129,304.40 | $380.05 | $129,684.45 |
| **TOTAL** | **$211,180.00** | **$829.35** | **$212,009.35** |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $168,944.00 | $829.35 | $169,773.35 |

The itemized billing statements for the fees and costs billed for August and September 2023 are attached hereto as *Exhibit 1* and *Exhibit 2*, respectively. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated: October 26, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco

SMRH:4895-4401-3066.2  MONTHLY PROFESSIONAL FEE STATEMENTS FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP [AUGUST AND SEPTEMBER 2023]

Case: 23-30564  Doc# 269  Filed: 10/26/23  Entered: 10/26/23 11:38:23  Page 2 of 47

Exhibit 1

August 2023 Invoice

SMRH:4895-4301-3066.3    MONTHLY PROFESSIONAL FEE STATEMENTS/SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP [AUGUST AND SEPTEMBER 2023]

Case: 23-30564    Doc# 285    Filed: 10/30/23    Entered: 10/26/23 18:24:36    Page 15 of
47



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
October 19, 2023
Invoice 380095733

Our Matter No.    90YY-375176
                      The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Billing Atty:        Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

| | |
|---|---|
| Current Fees | $ 81,875.60 |
| Current Disbursements | $ 449.30 |

| | |
|---|---|
| Total Current Activity | $ 82,324.90 |
| Total Due for This Invoice | $ 82,324.90 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 25.10 | $ 956.00 | $ 23,995.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| Jeannie Kim | 28.50 | $ 756.00 | $ 21,546.00 |
| Alexandria G. Lattner | 9.00 | $ 756.00 | $ 6,804.00 |
| Gianna E. Segretti | 11.70 | $ 708.00 | $ 8,283.60 |
| Gianna E. Segretti | 1.60 | N/C | $ 0.00 |
| Jeannie Kim | 1.80 | N/C | $ 0.00 |
| Alexandria G. Lattner | 1.60 | N/C | $ 0.00 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:    Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
October 19, 2023
Invoice 380095733

Our Matter No.     90YY-375176
                   The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                   Alternatives
Billing Atty:      Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

| | |
|---|---|
| Current Fees | $ 81,875.60 |
| Current Disbursements | $ 449.30 |
| Total Current Activity | $ 82,324.90 |
| Total Due for This Invoice | $ 82,324.90 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 25.10 | $ 956.00 | $ 23,995.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| Jeannie Kim | 28.50 | $ 756.00 | $ 21,546.00 |
| Alexandria G. Lattner | 9.00 | $ 756.00 | $ 6,804.00 |
| Gianna E. Segretti | 11.70 | $ 708.00 | $ 8,283.60 |
| Gianna E. Segretti | 1.60 | N/C | $ 0.00 |
| Jeannie Kim | 1.80 | N/C | $ 0.00 |
| Alexandria G. Lattner | 1.60 | N/C | $ 0.00 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 2 of 15

FOR PROFESSIONAL SERVICES THROUGH 08/31/23

## **FEE DETAIL**

08/21/23    Reviewed J. Passarello first day declaration (.2); corresponded with B. Whitaker and P. Pascuzzi regarding service of first day motions (.2).

    Jeannie Kim                    .40 hrs.

08/21/23    Finalized first day motions for filing and service (6.6); telephone call to L. Parada (USBC) regarding first day hearing and chambers copies of first day motions (.1); conferred and corresponded with B. Whittaker and P. Pascuzzi regarding service of first day motions (.5); reviewed and revised omnibus notice of hearing on first day motions (1.2); conferred and corresponded with FFWPR team regarding same (.4); coordinated filing and service of same (.4); coordinated service of chambers copy of first day motions (.5); reviewed and revised global notes to schedules (.2); conferred with Sheppard Mullin team regarding case status (.6)

    Jeannie Kim                    10.50 hrs.

08/21/23    Conferred with P. Pascuzzi regarding first meeting of creditors and U.S. Trustee compliance items (.2)

    Jeannie Kim                    .20 hrs.

08/21/23    Reviewed and analyzed cash management issues (.2)

    Jeannie Kim                    .20 hrs.

08/21/23    Exchanged correspondence and comments with Pascuzzi regarding concerning finalization of the First Day filings for submission to the court.

    Alan H. Martin                 .30 hrs.

08/21/23    Worked on items concerning the cash management motion.

    Alan H. Martin                 .40 hrs.

08/21/23    Worked on final refinement as to the wage and benefits package.

    Alan H. Martin                 .30 hrs.

**Sheppard****Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                October 19, 2023
Alternatives                                                                                          Invoice 380095733
Ori Katz                                                                                              Page 3 of 15

08/21/23    Follow-as to finalizing utilities First Day package.

          Alan H. Martin                                  .20 hrs.

08/21/23    Reviewed information concerning proposed notice procedures.

          Alan H. Martin                                  .30 hrs.

08/21/23    Prepared items concerning insurance motion First Day package.

          Alan H. Martin                                  .30 hrs.

08/21/23    Analyzed various items received from B. Riley concerning additional BofA non-debtor
            accounts.

          Alan H. Martin                                  .40 hrs.

08/21/23    Telephone conference with Weitz (B. Riley) concerning additional non-debtor BofA
            accounts and steps regarding supplemental cash management motion filing and
            declaration.

          Alan H. Martin                                  .30 hrs.

08/21/23    Worked on items as to the 341 meeting of creditors.

          Alan H. Martin                                  .30 hrs.

08/21/23    Final review and revision in connection with first day filing package (3.4).

          Ori Katz                                         3.40 hrs.

08/21/23    Coordinate with Sheppard and FFWPR team re filing and service matters (1.3).

          Ori Katz                                         1.30 hrs.

08/21/23    Coordinate with chambers re new case filing (.4).

          Ori Katz                                          .40 hrs.

08/21/23    Conferred with Sheppard team re case strategy (.4).

          Gianna E. Segretti                                .40 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 4 of 15

| | | |
|---|---|---|
| 08/22/23 | Prepared for first day hearing and service of notice of hearing on first day motions (.9); corresponded with J. Blumberg regarding interim order regarding abuse survivor programs (.1) | |
| | Jeannie Kim | 1.00 hrs. |
| 08/22/23 | Conferred and corresponded with messenger service and U.S. Bankruptcy Court regarding service of chambers copies of first day motions (.3); corresponded with Omni and T. Phinney regarding service of first day motions (.2) | |
| | Jeannie Kim | .50 hrs. |
| 08/22/23 | Developed strategy regarding disclosure of cash management accounts (.2); telephone conference with B. Riley and FFWPR team regarding same (.6); reviewed and revised supplement to cash management motion (.5); revised declaration in support of supplement to cash management motion (.3); corresponded with M. McIntyre regarding debtor in possession bank accounts (.2) | |
| | Jeannie Kim | 1.80 hrs. |
| 08/22/23 | Prepared for and attended call with B. Riley, and P. Pascuzzi,re open items for cash management motion (.6).  Drafted Supplement to cash management motion (2.7) and supplemental declaration in support thereof (.8). | |
| | Alexandria G. Lattner | 4.10 hrs. |
| 08/22/23 | Analyzed information from B. Riley concerning additional BofA accounts of non-debtor Catholic entities. | |
| | Alan H. Martin | .30 hrs. |
| 08/22/23 | Telephone conference with B. Riley concerning additional BofA accounts non-debtor Catholic entities. | |
| | Alan H. Martin | .50 hrs. |
| 08/22/23 | Worked on draft cash management motion supplement and related Passarello declaration regarding additional accounts. | |
| | Alan H. Martin | 1.60 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 5 of 15

| 08/22/23 | Telephone conference with Pascuzzi re new developments concerning the First Day hearings. | |
|---|---|---|
| | Alan H. Martin | .30 hrs. |
| 08/22/23 | Worked on components to draft cash management order additions as to the cash management account. | |
| | Alan H. Martin | .40 hrs. |
| 08/22/23 | Telephone conference with B. Riley (Weitz) concerning RCASF account treatment. | |
| | Alan H. Martin | .40 hrs. |
| 08/22/23 | Worked on draft common interest agreement and ancillary items. | |
| | Alan H. Martin | .80 hrs. |
| 08/22/23 | Analyzed to issues related to cash management motion in advance of first day hearing (1.4). | |
| | Ori Katz | 1.40 hrs. |
| 08/22/23 | Address questions raised re first day employee wage and benefit motion (1.9). | |
| | Ori Katz | 1.90 hrs. |
| 08/22/23 | Work on outline for presentation to court at first day hearing (1.5). | |
| | Ori Katz | 1.50 hrs. |
| 08/23/23 | Corresponded with U.S. Bankruptcy Court regarding chambers copy of supplement to cash management motion (.2) | |
| | Jeannie Kim | .20 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 6 of 15

08/23/23    Reviewed and revised draft orders regarding emergency first day motion regarding limit notice (.3), cash management (.2), survivor abuse programs (.3), insurance (.2); corresponded with P. Pascuzzi regarding same (.2); corresponded with P. Pascuzzi and J. Blumberg regarding U.S. Trustee comments on survivor abuse program (.2); corresponded with P. Pascuzzi and Omni team regarding service of first day motions (.3); coordinated filing and service of same (.2).

       Jeannie Kim                          1.90 hrs.

08/23/23    Review and revise interim orders approving first day motions (2.6); correspondence with P. Pascuzzi re same (.1).

       Alexandria G. Lattner                2.70 hrs.

08/23/23    Worked on items concerning updates for the cash management motion.

       Alan H. Martin                       .40 hrs.

08/23/23    Attended client team call concerning preparation for tomorrow's First Day hearings.

       Alan H. Martin                       .40 hrs.

08/23/23    Worked on client follow-up concerning tomorrow's First Day hearings.

       Alan H. Martin                       .60 hrs.

08/23/23    Worked on draft additional First Day submissions concerning cash management for tomorrow's hearing.

       Alan H. Martin                       .60 hrs.

08/23/23    Analyzed additional data from B. Riley team concerning insurance motion.

       Alan H. Martin                       .40 hrs.

08/23/23    Worked on revisions to updated proposed cash management order.

       Alan H. Martin                       .30 hrs.

08/23/23    Prepared additional presentation components for first day hearings.

       Alan H. Martin                       .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          October 19, 2023
Alternatives                                                                                    Invoice 380095733
Ori Katz                                                                                        Page 7 of 15

08/23/23      Analyzed US Trustee's omnibus objections and prepared proposed responses.

              Alan H. Martin                        .40 hrs.

08/23/23      Worked on draft Common Interest Agreement components.

              Alan H. Martin                        .60 hrs.

08/23/23      Preparation for first day hearing (3.4).

              Ori Katz                              3.40 hrs.

08/23/23      Drafted orders for first day motions.

              Gianna E. Segretti                    2.80 hrs.

08/24/23      [NO CHARGE]   Attended and observed hearing on first day motions (1.8).

              Jeannie Kim                           1.80 hrs.

08/24/23      Reviewed and revised orders for first day emergency relief in preparation to lodge the
              same.

              Alexandria G. Lattner                 .90 hrs.

08/24/23      [NO CHARGE]  Attended first day hearing.

              Alexandria G. Lattner                 1.60 hrs.

08/24/23      Reviewed results of conferral with J. Blumberg and revised proposed interim employee
              obligations order (.4); reviewed corresponded with J. Blumberg regarding same (.2)

              Jeannie Kim                           .60 hrs.

08/24/23      Reviewed results of conferral with J. Blumberg (.3) and revised proposed interim cash
              management order (.6)

              Jeannie Kim                           .90 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic        October 19, 2023
Alternatives        Invoice 380095733
Ori Katz        Page 8 of 15

| | |
|---|---|
| 08/24/23 | Coordinated filing and service of certificates of service regarding first day motions (.2); prepared for hearing on first day motions (.2); finalized proposed interim utilities (.2), cash management (.2), insurance (.1), employee obligations (.3), survivor abuse programs (.2), Omni appointment (.3), and limit notice (.3) orders for lodging; conferred and corresponded with FFWPR and Sheppard Mullin teams regarding same and preparation of notice of final hearing on first day motions (.6); coordinated lodging of interim orders on first day motions (.4); reviewed draft notice of commencement of case (.1); corresponded with J. Blumberg regarding U.S. Trustee approval of proposed interim orders regarding first day motions (.2); corresponded with debtor professionals regarding case strategy and next steps (.2) |

> Jeannie Kim        3.50 hrs.

08/24/23     Worked on issues concerning UST comments to the wage motion and proposed order refinements ahead of today's hearing.

> Alan H. Martin        .60 hrs.

08/24/23     Follow-up concerning possible refinements to the proposed cash management order scope and language ahead of today's hearing.

> Alan H. Martin        .50 hrs.

08/24/23     Worked on preparation items concerning today's insurance motion.

> Alan H. Martin        .40 hrs.

08/24/23     Exchanged correspondence and data with B. Riley team concerning cash management items for today's hearing, US Trustee requested revisions.

> Alan H. Martin        .40 hrs.

08/24/23     Reviewed items from account holders concerning the cash management motion ahead of today's First Day hearings.

> Alan H. Martin        .40 hrs.

08/24/23     Attended First Day hearing.

> Alan H. Martin        1.60 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic      October 19, 2023
Alternatives     Invoice 380095733
Ori Katz     Page 9 of 15

08/24/23    Correspondence with the client team concerning today's hearing follow-up.

    Alan H. Martin        .20 hrs.

08/24/23    Prepare for hearing on first day motions (1.3).

    Ori Katz        1.30 hrs.

08/24/23    Meet and confer (phone and email) with UST re their omnibus objection to first day relief in connection with revisions to interim orders (2.8).

    Ori Katz        2.80 hrs.

08/24/23    Call with Mr. Pascuzzi to discuss next steps in case (.2).

    Ori Katz        .20 hrs.

08/24/23    Reviewed revised forms of interim order approving first day motions (.7).

    Ori Katz        .70 hrs.

08/24/23    [NO CHARGE]  Attended hearing on emergency motions.

    Gianna E. Segretti        1.60 hrs.

08/24/23    Conducted research on modifying proof of claim form.

    Gianna E. Segretti        1.60 hrs.

08/24/23    Began preparing notice of final hearing on first day motions.

    Gianna E. Segretti        1.40 hrs.

08/25/23    Reviewed and revised notice of final hearing regarding first day motions (.2); coordinated SMRH filing and service of same (.6); corresponded with Omni team and P. Pascuzzi regarding service of same and interim orders on first day motions (.3); telephone call to chambers regarding status of entry of first day motions (.1); corresponded with P. Pascuzzi regarding same (.1); telephone conference with L. Parada (USBC) regarding same (.1); corresponded with J. Passarello regarding status of same (.2); monitored docket regarding same (.3); reviewed and analyzed entered interim orders on first day motions (.1).

    Jeannie Kim        2.00 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          October 19, 2023
Alternatives                                                                                    Invoice 380095733
Ori Katz                                                                                        Page 10 of 15

| 08/25/23 | Follow-up on bank inquiries regarding the cash management proceedings and open items post-First Day hearing. | |
|---|---|---|
| | Alan H. Martin | .30 hrs. |
| 08/25/23 | Analyzed information concerning US Trustee comments to First Day filings and proposed orders. | |
| | Alan H. Martin | .30 hrs. |
| 08/25/23 | Reviewed data concerning service entity-related inquiries. | |
| | Alan H. Martin | .40 hrs. |
| 08/25/23 | Respond to information requests of UST (.4). | |
| | Ori Katz | .40 hrs. |
| 08/25/23 | Finished drafting notice of final hearing on first day motions (2.6). correspond with FFWPR and Sheppard teams re first day hearing (.4); conducted additional research and analysis re requirements for allowance of proof of claims (0.8). | |
| | Gianna E. Segretti | 3.80 hrs. |
| 08/26/23 | Analyzed data items concerning cash management follow-up with BofA and Wells Fargo concerning various accounts treatment. | |
| | Alan H. Martin | .40 hrs. |
| 08/27/23 | Corresponded with P. Pascuzzi regarding professionals' call agenda (.2) | |
| | Jeannie Kim | .20 hrs. |
| 08/27/23 | Prepared components for draft common interest agreement. | |
| | Alan H. Martin | .40 hrs. |
| 08/27/23 | Reviewed information concerning additional account inquiries and prepared follow-up concerning cash management and final hearing. | |
| | Alan H. Martin | .40 hrs. |

| 08/27/23 | Reviewed checklist of outstanding workstreams. | |
|---|---|---|
| | Gianna E. Segretti | .10 hrs. |

| 08/28/23 | Corresponded with P. Pascuzzi regarding motion to extend time to file schedules (.1); corresponded with J. Blumberg regarding communications with B. Riley (.1); revised case status checklist (1.1); revised application to extend time to file schedules (.3); reviewed P. Pascuzzi declaration in support of same (.2); reviewed declaration of Joseph Passarello in support of same (.2); revised proposed order (.2) | |
|---|---|---|
| | Jeannie Kim | 2.20 hrs. |

| 08/28/23 | Conferred with P. Pascuzzi and A. Martin regarding RCBSR claim (.2). | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 08/28/23 | Reviewed draft Sheppard Mullin employment application (.2). | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 08/28/23 | Reviewed correspondence with non-debtor Catholic entities regarding common interest of agreement (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 08/28/23 | Prepared components for draft common interest agreement. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 08/28/23 | Worked on items re cash management re banks and comments to the First Day Order. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 08/28/23 | Reviewed and revised draft application to employ Sheppard Mullin (.3). | |
|---|---|---|
| | Gianna E. Segretti | .30 hrs. |

| 08/28/23 | Reviewed draft common interest agreement. | |
|---|---|---|
| | Gianna E. Segretti | .10 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic     October 19, 2023
Alternatives                                                                              Invoice 380095733
Ori Katz                                                                                   Page 12 of 15

08/29/23      Telephone conference with debtor professionals regarding upcoming tasks and strategy.

           Alexandria G. Lattner                    1.00 hrs.

08/29/23      Telephone conference with FFWPR and B. Riley teams regarding case status and
              strategy for next steps (1.0); reviewed comments on revisions to checklist of next steps
              (.1).

           Jeannie Kim                    1.10 hrs.

08/29/23      Reviewed strategy to assert claims against Santa Rosa and Oakland dioceses in
              connection with outstanding loans to same (.1).

           Jeannie Kim                    .10 hrs.

08/29/23      Reviewed draft common interest agreement with non-debtor entities (.1).

           Jeannie Kim                    .10 hrs.

08/29/23      Worked on proposed common interest agreement revisions.

           Alan H. Martin                    .30 hrs.

08/29/23      Prepared items concerning discussions with B. Riley and P. Pascuzzi as to upcoming
              filings.

           Alan H. Martin                    .40 hrs.

08/29/23      Attended call with P. Pascuzzi and B. Riley as to open steps concerning pending motions
              for 9/14 hearings and upcoming filings.

           Alan H. Martin                    1.00 hrs.

08/29/23      Analyzed proposed approaches as to the draft claims protocol.

           Alan H. Martin                    .60 hrs.

08/29/23      Prepared information and analysis for tomorrow's call with counsel for Oakland
              regarding JCP 5108 CMC Order to address common stay issues.

           Alan H. Martin                    .40 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 13 of 15

08/29/23     Participate in a portion of call among professionals to coordinate next phase of case (.5).

                    Ori Katz                                    .50 hrs.

08/29/23     Conferred with A. Martin re motions and applications (0.2).  Continued conducting
             research for claims procedures motion (0.6).

                    Gianna E. Segretti                          .80 hrs.

08/30/23     Telephone conference with counsel to Greek Orthodox Church SF and Greek Orthodox
             Diocese of America regarding underlying state court litigation (.1)

                    Jeannie Kim                                 .10 hrs.

08/30/23     Coordinated with T. Phinney regarding preparation of employment applications and
             other pleadings (.2).

                    Jeannie Kim                                 .20 hrs.

08/30/23     Corresponded with P. Pascuzzi regarding employment applications (.1).

                    Jeannie Kim                                 .10 hrs.

08/30/23     Reviewed entered order granting application to extend deadline to file schedules and
             statement of financial affairs (.1).

                    Jeannie Kim                                 .10 hrs.

08/30/23     Telephone conference with P. Pascuzzi and state court counsel P. Gaspari and D. Zamora
             concerning JCP 5108 CMC Order, automatic stay scope and additional information
             needed from claimants, etc.

                    Alan H. Martin                              .60 hrs.

08/30/23     Exchanged correspondence with P. Pascuzzi, P. Gaspari and P. Summerhays as to JCP
             5108 CMC Order, automatic stay scope and additional information needed from
             claimants, etc.

                    Alan H. Martin                              .30 hrs.

08/30/23     Correspondence with P. Carney at RCASF regarding litigation and stay items.

                    Alan H. Martin                              .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 19, 2023
Alternatives                                                                                              Invoice 380095733
Ori Katz                                                                                                  Page 14 of 15

08/30/23     Worked on components to the draft claims procedure motion.

           Alan H. Martin                              .80 hrs.

08/30/23     Analyzed research, briefing and related orders from the Camden Diocese proceedings re
             proposed plan components as to potential impact on RCASF proceedings.

           Alan H. Martin                              .90 hrs.

08/30/23     Reviewed items received from B. Riley concerning draft schedules of assets and
             liabilities.

           Alan H. Martin                              .20 hrs.

08/30/23     Call with Mr. Blumberg re filing of MORs (.3).

           Ori Katz                                    .30 hrs.

08/30/23     Reviewed order extending time to file schedules and SOFA. (0.1).

           Gianna E. Segretti                          .10 hrs.

08/30/23     Continued draft research claims procedures motion. (0.2).

           Gianna E. Segretti                          .20 hrs.

08/30/23     Further revised SMRH Employment application.

           Gianna E. Segretti                          .10 hrs.

08/31/23     Reviewed and analyzed information re cash management system from. P. Pascuzzi.

           Alexandria G. Lattner                       .30 hrs.

08/31/23     Corresponded with P. Pascuzzi regarding proposed final cash management order (.1).

           Jeannie Kim                                 .10 hrs.

08/31/23     Reviewed data from Joe Passarello concerning additional BofA non-debtor accounts.

           Alan H. Martin                              .50 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 19, 2023
Alternatives                                                                                              Invoice 380095733
Ori Katz                                                                                                  Page 15 of 15

08/31/23    Prepared comments as to additional accounts to address in cash management motion supplement and supplemental declaration.

            Alan H. Martin                              .40 hrs.

08/31/23    Analyzed comments from UST team concerning MOR issues.

            Alan H. Martin                              .40 hrs.

08/31/23    Report to professionals re call with UST re filing of MORs (.1).

            Ori Katz                                    .10 hrs.


## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 25.10 | $ 956.00 | $ 23,995.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| Jeannie Kim | 28.50 | $ 756.00 | $ 21,546.00 |
| Alexandria G. Lattner | 9.00 | $ 756.00 | $ 6,804.00 |
| Gianna E. Segretti | 11.70 | $ 708.00 | $ 8,283.60 |
| Gianna E. Segretti | 1.60 | N/C | $ 0.00 |
| Jeannie Kim | 1.80 | N/C | $ 0.00 |
| Alexandria G. Lattner | 1.60 | N/C | $ 0.00 |

**Total Fees for Professional Services**                          **$ 81,875.60**


## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/16/23 | Zoom Legal Couriers - Inv#2316 - Messenger services rendered - 2023-08-22 - 2023-08-31 | 237.50 |
| 08/31/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 8/31/2023 | 52.60 |
| | Color Copies | 15.00 |
| | Duplication | 144.20 |

**Total Disbursements**                                           **$ 449.30**

Exhibit 2

September 2023 Invoice

Case: 23-30564   Doc# 239   Filed: 10/26/23   Entered: 10/26/23   Page 20 of
47



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

| | |
|---|---|
| Fr. Patrick Summerhays | SMRH Tax ID 95-1463164 |
| Vicar General and Moderator of the Curia | October 24, 2023 |
| The Roman Catholic Archbishop of San Francisco | Invoice 380095910 |
| One Peter Yorke Way | |
| San Francisco, CA 94109 | |

| | |
|---|---|
| Our Matter No. | 90YY-375176 |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2023

| | |
|---|---|
| Current Fees | $ 129,304.40 |
| Current Disbursements | $ 380.05 |
| Total Current Activity | $ 129,684.45 |
| Total Due for This Invoice | $ 129,684.45 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 42.90 | $ 956.00 | $ 41,012.40 |
| Ori Katz | 17.40 | $ 1,084.00 | $ 18,861.60 |
| Jeannie Kim | 53.50 | $ 756.00 | $ 40,446.00 |
| Gianna E. Segretti | 37.30 | $ 708.00 | $ 26,408.40 |
| Chris D. Lawrence | 4.60 | $ 560.00 | $ 2,576.00 |

## DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank: Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
October 24, 2023
Invoice 380095910

| | |
|---|---|
| Our Matter No. | 90YY-375176 |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2023

| | |
|---|---|
| Current Fees | $ 129,304.40 |
| Current Disbursements | $ 380.05 |
| Total Current Activity | $ 129,684.45 |
| Total Due for This Invoice | $ 129,684.45 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 42.90 | $ 956.00 | $ 41,012.40 |
| Ori Katz | 17.40 | $ 1,084.00 | $ 18,861.60 |
| Jeannie Kim | 53.50 | $ 756.00 | $ 40,446.00 |
| Gianna E. Segretti | 37.30 | $ 708.00 | $ 26,408.40 |
| Chris D. Lawrence | 4.60 | $ 560.00 | $ 2,576.00 |

### DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:      Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St      Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298      Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 2 of 26

FOR PROFESSIONAL SERVICES THROUGH 09/30/23

## **FEE DETAIL**

09/01/23     Corresponded with W. Weitz regarding conflicts list (.1); coordinated fulsome conflicts search in connection with preparation of Sheppard Mullin employment application (.3)

      Jeannie Kim                      .40 hrs.

09/01/23     Telephone conference with P. Pascuzzi, J. Passarello, and W. Weitz regarding cash management and other early case administration issues (.4); reviewed draft final order regarding cash management motion (.2); developed strategy regarding request for supplemental relief related to cash management system (.2)

      Jeannie Kim                      .80 hrs.

09/01/23     Reviewed and analyzed major case milestone dates (.1)

      Jeannie Kim                      .10 hrs.

09/01/23     Reviewed major statutory deadlines in case triggered by petition date (.2); reviewed correspondence with J. Blumberg regarding request to extend time to file August monthly operating report (.1)

      Jeannie Kim                      .30 hrs.

09/01/23     Attended call with Pascuzzi and Weitz (B. Riley) concerning additional revisions and potential order supplements added to the cash collateral motion.

      Alan H. Martin                   .60 hrs.

09/01/23     Worked on follow-up to proposed comments from various parties as to the draft common interest agreement.

      Alan H. Martin                   .70 hrs.

09/01/23     Correspondence with counsel for Sacred Heart Prep regarding the draft common interest agreement.

      Alan H. Martin                   .10 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic     October 24, 2023
Alternatives     Invoice 380095910
Ori Katz     Page 3 of 26

| 09/01/23 | Telephone conference with counsel for Sacred Heart Prep regarding the draft common interest agreement. | |
|---|---|---|
| | Alan H. Martin | .30 hrs. |
| 09/01/23 | Analyzed filings received concerning the appointment of the Creditors Committee. | |
| | Alan H. Martin | .20 hrs. |
| 09/01/23 | Worked on draft items for the proposed supplements concerning the cash management motion and additional accounts. | |
| | Alan H. Martin | .40 hrs. |
| 09/01/23 | Compose email to UST re MORs (.4). | |
| | Ori Katz | .40 hrs. |
| 09/01/23 | Attention to revisions to cash management motion (.3). | |
| | Ori Katz | .30 hrs. |
| 09/01/23 | Continued drafting application to employ Sheppard Mullin as co-counsel to debtor (3.2). | |
| | Gianna E. Segretti | 3.20 hrs. |
| 09/04/23 | Reviewed data concerning schools. | |
| | Alan H. Martin | .30 hrs. |
| 09/05/23 | Drafted second supplement to cash management motion (.5) | |
| | Jeannie Kim | .50 hrs. |
| 09/05/23 | Reviewed and revised draft checklist regarding postpetition open items (.4) | |
| | Jeannie Kim | .40 hrs. |
| 09/05/23 | Worked on open items concerning pending cash management motions set for hearing on 9/14. | |
| | Alan H. Martin | .40 hrs. |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 4 of 26

| 09/05/23 | Reviewed updated data B. Riley team concerning debtor accounts and responses for impacted account holders. | |
|---|---|---|
| | Alan H. Martin | .50 hrs. |

| 09/05/23 | Continued drafting application to employ Sheppard Mullin.  (1.6) Reviewed engagement letter. (0.2) | |
|---|---|---|
| | Gianna E. Segretti | 1.80 hrs. |

| 09/06/23 | Drafted second supplement to cash management motion (1.9); reviewed correspondence from Wells Fargo regarding credit card program and resolution of concerns of same (.2) | |
|---|---|---|
| | Jeannie Kim | 2.10 hrs. |

| 09/06/23 | Reviewed draft Sheppard Mullin employment application (.1); coordinated conflicts search in connection with same (.1) | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 09/06/23 | Reviewed correspondence with J. Blumberg regarding extension of time to file August monthly operating report (.1) | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 09/06/23 | Telephone conference with FFWPR and B. Riley teams regarding case status and preparation for second day hearing (.4) | |
|---|---|---|
| | Jeannie Kim | .40 hrs. |

| 09/06/23 | Attended call with Pascuzzi as to preparation for 9/14 hearing. | |
|---|---|---|
| | Alan H. Martin | .80 hrs. |

| 09/06/23 | Prepared revisions to draft cash management motion and supplement. | |
|---|---|---|
| | Alan H. Martin | .50 hrs. |

| 09/06/23 | Prepared revisions to the draft Passarello second supplemental declaration additional accounts. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          October 24, 2023
Alternatives                                                                                    Invoice 380095910
Ori Katz                                                                                         Page 5 of 26

| 09/06/23 | Correspondence with Pascuzzi and Weitz as to draft supplement to the cash management motion and second supplemental Passarello declaration. |
|---|---|
| | Alan H. Martin — .20 hrs. |

| 09/06/23 | Professional call to review checklist in advance of second day hearing (.8). |
|---|---|
| | Ori Katz — .80 hrs. |

| 09/06/23 | Follow up with UST re MORs (.1). |
|---|---|
| | Ori Katz — .10 hrs. |

| 09/06/23 | Continued drafting application to employ Sheppard Mullin. (0.5) Drafted declaration in support of application to employ Sheppard Mullin. (1.5) |
|---|---|
| | Gianna E. Segretti — 2.00 hrs. |

| 09/06/23 | Continued drafting claims procedures motion. |
|---|---|
| | Gianna E. Segretti — 2.10 hrs. |

| 09/07/23 | Coordinated fulsome conflicts search in connection with Sheppard Mullin employment application (.4); corresponded with B. Riley team regarding same (.1); assisted with preparation of budget and staffing plan per U.S. Trustee guidelines (.2); reviewed draft FRBP 2016 statements for FFWPR and Sheppard Mullin (.1) |
|---|---|
| | Jeannie Kim — .80 hrs. |

| 09/07/23 | Reviewed U.S. Trustee's objection to final cash management relief (.2); corresponded with P. Pascuzzi regarding outstanding U.S. Trustee compliance and developed strategy to respond to same (.3); reviewed and revised second supplement to cash management motion (.2); corresponded with FFWPR and B. Riley teams regarding same (.2); reviewed status of CNB account conversion (.1); reviewed Wells Fargo's comments regarding debtor's credit cards (.1) |
|---|---|
| | Jeannie Kim — 1.10 hrs. |

| 09/07/23 | Reviewed UST cash management objection filings and related information. |
|---|---|
| | Alan H. Martin — .40 hrs. |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 6 of 26

| 09/07/23 | Analyzed additional account information received as to bank accounts re cash management motion supplements. | |
| | Alan H. Martin | .60 hrs. |
| 09/07/23 | Worked on components to the draft employment application. | |
| | Alan H. Martin | .40 hrs. |
| 09/07/23 | Call with UST to discuss MORs (.2). | |
| | Ori Katz | .20 hrs. |
| 09/07/23 | Report of UST MOR discussion to co-counsel and B. Riley (.1). | |
| | Ori Katz | .10 hrs. |
| 09/07/23 | Prepared Rule 2016(b) forms. (1.0) Revised SMRH employment application  (1.0) Prepared staffing plan forms for SMRH (1.3) | |
| | Gianna E. Segretti | 3.20 hrs. |
| 09/07/23 | Continued drafting claims procedures motion. | |
| | Gianna E. Segretti | .90 hrs. |
| 09/08/23 | Telephone conference with FFWPR and B. Riley teams regarding second day hearing and U.S. Trustee's objection to cash management motion (.6); researched section 345 issues (.2); reviewed correspondence with J. Passarello and B. Riley regarding reply to U.S. Trustee's objection to cash management motion and supporting declaration of J. Passarello regarding same (.2); drafted reply to U.S. Trustee's objection to cash management motion (.6); began drafting second supplemental declaration of J. Passarello in support of same (.3) | |
| | Jeannie Kim | 1.90 hrs. |
| 09/08/23 | Coordinated conflicts search in connection with Sheppard Mullin employment application (.8) | |
| | Jeannie Kim | .80 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 7 of 26

| 09/08/23 | Attended call with Pascuzzi, B. Riley team, et al. concerning UST objections to the pending cash management motion, account updates and reply steps. | | |
| | Alan H. Martin | .60 hrs. | |
| 09/08/23 | Worked on components for the Joe Passarello declaration re accounts items and reply brief re cash management. | | |
| | Alan H. Martin | .90 hrs. | |
| 09/08/23 | Analyzed correspondence received from counsel for cemeteries. | | |
| | Alan H. Martin | .30 hrs. | |
| 09/08/23 | Continued drafting claims procedures motion. (0.3) | | |
| | Gianna E. Segretti | .30 hrs. | |
| 09/09/23 | Worked on components to draft cash management reply/supplement. | | |
| | Alan H. Martin | .60 hrs. | |
| 09/09/23 | Reviewed correspondence and information from Pascuzzi as to account transitions. | | |
| | Alan H. Martin | .40 hrs. | |
| 09/10/23 | Continued drafting reply to U.S. Trustee's objection to cash management motion (2.6); reviewed and revised same (.4); drafted second supplemental declaration of J. Passarello in support of reply to cash management motion (.8) | | |
| | Jeannie Kim | 3.80 hrs. | |
| 09/10/23 | Corresponded with J. Rios regarding October 14 omnibus hearing (.2) | | |
| | Jeannie Kim | .20 hrs. | |
| 09/10/23 | Worked on components draft cash management reply/update brief. | | |
| | Alan H. Martin | .40 hrs. | |
| 09/10/23 | Analyzed additional debtor data received concerning cash management update. | | |
| | Alan H. Martin | .30 hrs. | |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 8 of 26

| 09/11/23 | Reviewed and revised reply to U.S. Trustee's objection to cash management motion (.2); reviewed and revised second supplemental Passarello declaration in support of same (.4); corresponded with P. Pascuzzi and W. Weitz regarding same (.4); corresponded with P. Pascuzzi regarding proof of compliance regarding bank/investment accounts to U.S. Trustee (.1); reviewed and revised draft second interim order regarding cash management (.5); reviewed correspondence with J. Passarello regarding review and execution of same (.2) | | |
| --- | --- | --- | --- |
| | Jeannie Kim | 1.80 hrs. | |
| 09/11/23 | Reviewed status of debtor's preparation of schedules and statement of financial affairs (.1); reviewed and revised global notes to same (1.0) | | |
| | Jeannie Kim | 1.10 hrs. | |
| 09/11/23 | Reviewed status of conflicts check in connection with Sheppard Mullin employment application (.1) | | |
| | Jeannie Kim | .10 hrs. | |
| 09/11/23 | Reviewed and analyzed comments of J. Passarello regarding cash management reply and supporting declaration of same (.2) | | |
| | Jeannie Kim | .20 hrs. | |
| 09/11/23 | Worked on components to the draft cash management reply. | | |
| | Alan H. Martin | .60 hrs. | |
| 09/11/23 | Prepared revisions to the draft Passarello declaration re cash management. | | |
| | Alan H. Martin | .40 hrs. | |
| 09/11/23 | Correspondence with Passarello (2x) re the draft cash management reply and declaration. | | |
| | Alan H. Martin | .30 hrs. | |
| 09/11/23 | Further reviewed and revised SMRH employment application. (0.1) | | |
| | Gianna E. Segretti | .10 hrs. | |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 9 of 26

| 09/11/23 | Continued drafting claims procedures motion. (0.1) | |
|---|---|---|
| | Gianna E. Segretti | .10 hrs. |

| 09/12/23 | Prepared for professionals' check-in call (.1); developed strategy regarding preparation of ex parte application to extend deadline to file August monthly operating report (.2); corresponded with B. Riley team regarding preparation of schedules and statement of financial affairs (.1); reviewed and revised global notes to schedules and statement of financial affairs (.1) | |
|---|---|---|
| | Jeannie Kim | .50 hrs. |

| 09/12/23 | Telephone conference with J. Passarello, P. Summerhays, P. Pascuzzi, and C. Hansen regarding Passarello declaration in support of cash management (.4); telephone conference with P. Pascuzzi regarding reply to U.S. Trustee's objection regarding same (.2); reviewed and revised reply (.6) and second supplemental declaration (.3); corresponded with J. Passarello regarding review and execution of second supplemental declaration of same (.3); coordinated filing and service of same (.7); conferred and corresponded with B. Whitaker regarding service of reply (.2) | |
|---|---|---|
| | Jeannie Kim | 2.70 hrs. |

| 09/12/23 | Reviewed and analyzed conflicts report (.2); reviewed and revised 2016b statements for Sheppard Mullin and FFWPR (.2) | |
|---|---|---|
| | Jeannie Kim | .40 hrs. |

| 09/12/23 | Attended call with J. Passarello and W. Weitz concerning the cash management motion supplement, account details and related information. | |
|---|---|---|
| | Alan H. Martin | .50 hrs. |

| 09/12/23 | Prepared  components to the draft cash management supplement/reply. | |
|---|---|---|
| | Alan H. Martin | .60 hrs. |

| 09/12/23 | Telephone conference with J. Passarello regarding updates to draft supplemental declaration re cash management. | |
|---|---|---|
| | Alan H. Martin | .20 hrs. |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic        October 24, 2023
Alternatives                                                                                  Invoice 380095910
Ori Katz                                                                                      Page 10 of 26

| | | |
|---|---|---|
| 09/12/23 | Prepared revisions to the draft Passarello cash management supplemental declaration. | |
| | Alan H. Martin | .40 hrs. |
| 09/12/23 | Correspondence with J. Passarello as to account questions as to cash management motion. | |
| | Alan H. Martin | .20 hrs. |
| 09/12/23 | Worked on filings concerning the ex parte application permitting continuance of the deadlines for monthly operating reports. | |
| | Alan H. Martin | .30 hrs. |
| 09/12/23 | Prepared comments/revisions to 2016 statement for submission. | |
| | Alan H. Martin | .40 hrs. |
| 09/12/23 | Prepared revisions to the draft methodology filings re schedules and statements to be submitted. | |
| | Alan H. Martin | .40 hrs. |
| 09/12/23 | Prepared revisions to the draft methodology filings re schedules and statements to be submitted. | |
| | Alan H. Martin | .20 hrs. |
| 09/12/23 | Review and comment on reply in support of cash management motion (.6). | |
| | Ori Katz | .60 hrs. |
| 09/12/23 | Reviewed and analyzed claims procedures briefing and final orders in other diocesan cases. (2.6) Continued drafting claims procedures motion. (1.5) | |
| | Gianna E. Segretti | 4.10 hrs. |
| 09/12/23 | Reviewed and revised Rule 2016 statement (.3). | |
| | Gianna E. Segretti | .30 hrs. |

## Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          October 24, 2023
Alternatives                                                                                    Invoice 380095910
Ori Katz                                                                                        Page 11 of 26

09/13/23     Prepared ex parte application for order extending time to file August monthly operating report (.2); telephone conference with FFWPR and B. Riley teams regarding case status and strategy (1.1); reviewed correspondence with U.S. Trustee regarding second day hearing strategy (.1)

                 Jeannie Kim                          1.40 hrs.

09/13/23     Corresponded with J. Passarello regarding reply to U.S. Trustee's objection to cash management motion (.1)

                 Jeannie Kim                          .10 hrs.

09/13/23     Reviewed and analyzed conflicts report (.4); reviewed and revised Katz declaration in support of Sheppard Mullin employment application (1.2); reviewed and revised Sheppard Mullin employment application (.3); reviewed draft comments and further reviewed and revised same (.4)

                 Jeannie Kim                          2.30 hrs.

09/13/23     Worked on updated account items concerning cash management in advance of hearing (.6).

                 Alan H. Martin                       .60 hrs.

09/13/23     Worked on reply to creditor information requests (.4).

                 Alan H. Martin                       .40 hrs.

09/13/23     Prepared comments to SM 2016 statement. (.3) Made comments/revisions to SM employment application (.4).

                 Alan H. Martin                       .70 hrs.

09/13/23     Preparation for second day hearing (1.8).

                 Ori Katz                             1.80 hrs.

09/13/23     Meet and confer with UST in advance of second day hearing (.2).

                 Ori Katz                             .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                  October 24, 2023
Alternatives                                                                                          Invoice 380095910
Ori Katz                                                                                              Page 12 of 26

09/13/23       Continued drafting claims procedures motion.

        Gianna E. Segretti                          1.00 hrs.

09/13/23       Prepared ex parte application to extend deadline to file monthly operating report.

        Chris D. Lawrence                           .30 hrs.

09/14/23       Reviewed FFWPR task codes to ensure coordination (.1)

        Jeannie Kim                                 .10 hrs.

09/14/23       Reviewed correspondence from Bank of America regarding converted debtor in
               possession accounts (.1); reviewed and revised second interim cash management order
               (.3); corresponded with J. Blumberg regarding same (.3); coordinated lodging of same
               (.2)

        Jeannie Kim                                 .90 hrs.

09/14/23       Corresponded with P. Pascuzzi regarding strategy for second day hearing arguments (.2);
               observed continued hearings on emergency first day motions (.4) (NO CHARGE)

        Jeannie Kim                                 .20 hrs.

09/14/23       Reviewed motion to employ ordinary course professionals (.2); further reviewed and
               revised Katz declaration in support of Sheppard Mullin employment application (.3)

        Jeannie Kim                                 .50 hrs.

09/14/23       Attended RCASF second day hearing.

        Alan H. Martin                              .40 hrs.

09/14/23       Worked on components to the draft SMRH employment application and related draft
               Katz declaration.

        Alan H. Martin                              .40 hrs.

09/14/23       Correspondence with client concerning SMRH employment application and Katz
               declaration.

        Alan H. Martin                              .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 13 of 26

09/14/23     Worked on portions of the draft claims procedure motion.

      Alan H. Martin                          .60 hrs.

09/14/23     Prepare for second day hearing (.7).

      Ori Katz                                .70 hrs.

09/14/23     Discussion with committee counsel in advance of hearing (.5).

      Ori Katz                                .50 hrs.

09/14/23     Attend second day hearing (.4).

      Ori Katz                                .40 hrs.

09/14/23     Analyzed case law for argument requesting use of specialized questionnaire to serve to
             abuse claimants. (1.5) Continued drafting claims procedures motion. (4.7)

      Gianna E. Segretti                      6.20 hrs.

09/14/23     Reviewed comments regarding SMRH employment application.

      Gianna E. Segretti                      .20 hrs.

09/14/23     Drafted ex parte application and proposed order requesting extension of deadline to file
             initial monthly operating report.

      Chris D. Lawrence                       2.70 hrs.

09/15/23     Reviewed and revised ex parte application for order to extend time to file August
             monthly operating report (.9); reviewed and revised same (.3); further reviewed and
             revised same (.2); corresponded with J. Lucas (PSZJ) regarding same (.2); developed
             billing strategy (task codes) (.1)

      Jeannie Kim                             1.70 hrs.

09/15/23     Reviewed and analyzed FFWPR August invoice in connection with coordination of
             representation (.3); developed strategy regarding same and Sheppard Mullin budget (.6)

      Jeannie Kim                             .90 hrs.

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 24, 2023
Alternatives                                                                                              Invoice 380095910
Ori Katz                                                                                                  Page 14 of 26

| 09/15/23 | Drafted proposed order to claims procedures motion. (2.1) Drafted declaration in support of claims procedures motion. (1.4) | |
|---|---|---|
| | Gianna E. Segretti | 3.50 hrs. |
| 09/15/23 | Revised ex parte application seeking leave to file August monthly operating report at a later date. | |
| | Chris D. Lawrence | 1.30 hrs. |
| 09/15/23 | Further revised ex parte to extend deadline to file August monthly operating report. | |
| | Chris D. Lawrence | .30 hrs. |
| 09/16/23 | Reviewed information received re cash management. | |
| | Alan H. Martin | .40 hrs. |
| 09/17/23 | Analyzed draft schedules/statement of affairs from B. Riley and provided comments. | |
| | Alan H. Martin | .80 hrs. |
| 09/17/23 | Exchanged correspondence with B. Riley concerning statement of affairs comments. | |
| | Alan H. Martin | .40 hrs. |
| 09/17/23 | Worked on draft methodology concerning statement of affairs. | |
| | Alan H. Martin | .40 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                     October 24, 2023
Alternatives                                                                                               Invoice 380095910
Ori Katz                                                                                                   Page 15 of 26

09/18/23    Corresponded with J. Lucas regarding committee position regarding debtor's request for extension of time to file August monthly operating report (.3); reviewed and revised ex parte application to extend time to file August monthly operating report (.5); corresponded with J. Blumberg regarding same (.1); coordinated filing and service of same (.1); reviewed and analyzed draft IDI responses (.2); corresponded with W. Weitz regarding draft IDI responses (.3); conferred and corresponded with J. Blumberg regarding U.S. Trustee's comments on ex parte application to extend time to file August monthly operating report (.3); reviewed and revised ex parte application to incorporate U.S. Trustee's comments (.1); corresponded with J. Lucas regarding same (.1); prepared order granting ex parte application (.1); coordinated filing and service of same (.3); reviewed and analyzed report regarding initial discussion with committee counsel and resulting action items (.2); updated ongoing open tasks/issues check-list (.3); reviewed draft schedules and statement of financial affairs (.3)

       Jeannie Kim                                    3.20 hrs.

09/18/23    Coordinated filing and service of Sheppard Mullin employment application (.4); corresponded with P. Pascuzzi regarding task codes for invoicing (.2); coordinated Sheppard Mullin billing codes/compliance with U.S. Trustee fee guidelines (.1); reviewed correspondence from J. Blumberg regarding U.S. Trustee's concerns regarding proposed estate professionals' employment applications (.2); began preparation of proposed order granting Sheppard Mullin employment application (.2); coordinated filing and service of rule 2016(b) statement (.3)

       Jeannie Kim                                    1.50 hrs.

09/18/23    Teleconference with counsel for Sacred Heart as to case developments (.40).

       Alan H. Martin                                 .40 hrs.

09/18/23    Worked on refinements to the draft SMRH employment application (.40). Corresponded with Fr. Summerhays as to the draft SMRH employment application (.10)

       Alan H. Martin                                 .50 hrs.

09/18/23    Analyzed draft Initial debtor Interview forms and provided input to Wentz (B. Riley) (.50).

       Alan H. Martin                                 .50 hrs.

09/18/23    Teleconference with Pascuzzi et al creditor inquiries (.40).

       Alan H. Martin                                 .40 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 16 of 26

| 09/18/23 | Initial call with committee counsel to discuss overall case issues (1.1). | |
|---|---|---|
| | Ori Katz | 1.10 hrs. |

| 09/18/23 | Draft memo re notes from committee call (.6). | |
|---|---|---|
| | Ori Katz | .60 hrs. |

| 09/18/23 | Further revisions and revised application to employ Sheppard Mullin. (.3) | |
|---|---|---|
| | Gianna E. Segretti | .30 hrs. |

| 09/19/23 | Reviewed and analyzed draft declaration of P. Carney regarding compliance with U.S. Trustee's fee guidelines (.2); reviewed draft response to J. Blumberg regarding comments on estate professionals' employment applications (.2); corresponded with J. Blumberg regarding draft order employing Sheppard Mullin (.2); reviewed and revised draft order (.5); coordinated with P. Pascuzzi regarding billing task codes (.1); began reviewing documents in support of Sheppard Mullin first interim fee application (.1) | |
|---|---|---|
| | Jeannie Kim | 1.30 hrs. |

| 09/19/23 | Reviewed and analyzed draft schedules and statement of financial affairs (.4); reviewed and revised global notes regarding methodology and preparation of same (.2); corresponded with B. Riley regarding same (.1); corresponded with P. Pascuzzi regarding comments on same (.1); reviewed and revised global notes based on P. Pascuzzi's comments (.1) | |
|---|---|---|
| | Jeannie Kim | .90 hrs. |

| 09/19/23 | Attended call with Pascuzzi and Weitz re draft schedules and statement of affairs revisions and updates. | |
|---|---|---|
| | Alan H. Martin | .70 hrs. |

| 09/19/23 | Participate in professionals call to review post-filing checklist (.9). | |
|---|---|---|
| | Ori Katz | .90 hrs. |

| 09/19/23 | Drafted proposed order to employ Sheppard Mullin. (1.9) . | |
|---|---|---|
| | Gianna E. Segretti | 1.90 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 17 of 26

| | | |
|---|---|---|
| 09/20/23 | Telephone conference with P. Pascuzzi and B. Riley team regarding schedules and statement of financial affairs (.6); reviewed drafts of same (.3); reviewed and revised global notes regarding same (.6); corresponded with B. Riley and FFWPR team regarding J. Passarello comments on same (.3); reviewed entered order extending time to file August monthly operating report (.1); corresponded with P. Pascuzzi regarding notice of final hearing on debtor's first day motions (.2) | |
| | Jeannie Kim | 2.10 hrs. |
| 09/20/23 | Corresponded with J. Rios regarding errata regarding Sheppard Mullin employment application (.1); reviewed and revised draft notice of errata regarding same (.3); coordinated filing and service of same (.2); coordinated implementation of task codes corresponding to FFWPR task codes (.1); reviewed open issues regarding U.S. Trustee's proposal regarding fee examiner (.1) | |
| | Jeannie Kim | .80 hrs. |
| 09/20/23 | Reviewed committee position regarding emergency first day payroll motion (.3) | |
| | Jeannie Kim | .30 hrs. |
| 09/20/23 | Attended calls with Weitz and Pascuzzi as to refinements to draft schedules,statement and related draft methodology filings (.90).   Teleconference with Pascuzzi et al as to draft schedules components (.40).  Exchanged corr with Weitz (B. Riley) re monthly operating report submissions (.20). | |
| | Alan H. Martin | 1.50 hrs. |
| 09/20/23 | Teleconferenced with Pascuzzi and counsel for Secred Heart High School concerning the case filing common interest agreement issues (.40). | |
| | Alan H. Martin | .40 hrs. |
| 09/20/23 | Call with debtor to discuss requests of committee in connection with wage motion (.5). | |
| | Ori Katz | .50 hrs. |
| 09/20/23 | Evaluation of response to committee in connection with issues raised on wage motion (.8). | |
| | Ori Katz | .80 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 24, 2023
Alternatives                                                                                              Invoice 380095910
Ori Katz                                                                                                  Page 18 of 26

| | | |
|---|---|---|
| 09/20/23 | Attention to committee requests re cash management motion (.4). | |
| | Ori Katz | .40 hrs. |
| 09/20/23 | Prepare report to debtor re status of committee negotiations to resolve contested matters related to first day motions (.7). | |
| | Ori Katz | .70 hrs. |
| 09/20/23 | Drafted notice of errata to Katz Declaration in support of application to employ Sheppard Mullin. (2.3) Directed service of notice of errata. (0.5) Conferred with internal team re need for new hearing notice. (0.3) | |
| | Gianna E. Segretti | 3.10 hrs. |
| 09/21/23 | Corresponded with U.S. Trustee regarding lack of comments on proposed order regarding Sheppard Mullin employment (.1); finalized and lodged same with court (.2); corresponded with P. Carney regarding U.S. Trustee and committee positions regarding fee examiner (.1) | |
| | Jeannie Kim | .40 hrs. |
| 09/21/23 | Reviewed final draft of schedules and statement of financial affairs for filing and service (.2); reviewed and revised draft global notes regarding schedules and statement of financial affairs (.2); coordinated filing and service of same with FFWPR and B. Riley teams (.2); corresponded with Omni regarding final hearing regarding first day motions (.1) | |
| | Jeannie Kim | .70 hrs. |
| 09/21/23 | Prepared items for discussion with B. Riley re draft investment update items (.40). | |
| | Alan H. Martin | .40 hrs. |
| 09/21/23 | Teleconference with Wayne Weitz re detail for the schedules and related methodology filing items (.40) Worked on draft components to statements/schedules methodology filings (.90). Corresponded with J. Passarello regarding draft schedules comments ( .20). Analyzed further revisions to the draft schedules as to assets and related contracts (.60). | |
| | Alan H. Martin | 2.10 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 19 of 26

| 09/21/23 | Emails with committee re their concerns in connection with first day motions (.5). | |
|---|---|---|
| | Ori Katz | .50 hrs. |

| 09/22/23 | Reviewed and responded to correspondence from committee counsel regarding documents filed under seal (.3) | |
|---|---|---|
| | Jeannie Kim | .30 hrs. |

| 09/22/23 | Corresponded with B. Riley team regarding open cash management issues (.2) | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 09/22/23 | Reviewed and revised draft order granting claims procedures motion (.8) | |
|---|---|---|
| | Jeannie Kim | .80 hrs. |

| 09/22/23 | Reviewed draft checklist regarding outstanding case administration tasks (.1) | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 09/22/23 | Reviewed entered order regarding estate employment of Omni Agent Solutions (.1); reviewed status of proposed order granting Sheppard Mullin employment (.1) | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 09/22/23 | Worked draft claims procedures motion-related components (.20). Reviewed additional committee request as to RCASF investments pool (.20). | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 09/22/23 | Teleconference with B. Riley team as to open items to prepare in response concerning investment accounts (1.0). Analyzed from B. Riley re open items to prepare in response to committee request concerning investment accounts (.40). | |
|---|---|---|
| | Alan H. Martin | 1.40 hrs. |

| 09/22/23 | Call with committee and UST re fee examiner (.5). | |
|---|---|---|
| | Ori Katz | .50 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 20 of 26

09/22/23    Further revised exhibits to claims procedures motion. (0.1) Drafted confidential survivor proof of claim. (2.9)

Gianna E. Segretti                        3.00 hrs.

09/23/23    Reviewed and revised P. Marlow declaration in support of claims procedures motion (.6)

Jeannie Kim                        .60 hrs.

09/24/23    Reviewed strategy regarding 341(a) meeting of creditors (.1)

Jeannie Kim                        .10 hrs.

09/24/23    Updated case strategy and outstanding item checklist (.3)

Jeannie Kim                        .30 hrs.

09/24/23    Reviewed and revised draft claims procedures motion (.9)

Jeannie Kim                        .90 hrs.

09/24/23    Worked on data point items in regards to client preparation for the upcoming IDI interview and 341 meeting.

Alan H. Martin                        1.30 hrs.

09/25/23    Reviewed and analyzed documents in connection with preparation for upcoming 341(a) meeting of creditors (.3)

Jeannie Kim                        .30 hrs.

09/25/23    Reviewed and revised claims procedures motion (.7)

Jeannie Kim                        .70 hrs.

09/25/23    Prepared for weekly case strategy and task distribution discussion (.1); telephone conference with FFWPR and B. Riley teams regarding weekly check-in and strategy discussion (.3)

Jeannie Kim                        .40 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 21 of 26

| | | |
|---|---|---|
| 09/25/23 | Reviewed and analyzed entered orders authorizing employment of estate professionals (.1); corresponded with client regarding potential appointment of fee examiner (.1) | |
| | Jeannie Kim | .20 hrs. |
| 09/25/23 | Worked on entity report items requested by Pascuzzi and client team regarding Initial Debtor interview (.60).  Attended call with Pascuzzi regarding steps concerning pending "2nd Day" motions (.20). | |
| | Alan H. Martin | .80 hrs. |
| 09/25/23 | Analyzed items concerning master lease agreement and proposed steps (.80). | |
| | Alan H. Martin | .80 hrs. |
| 09/26/23 | Corresponded with B. RIley regarding status of response to inquiries regarding cash management and investment accounts (.2) | |
| | Jeannie Kim | .20 hrs. |
| 09/26/23 | Reviewed report regarding telephone conference with committee counsel (.1); prepared proposed final order regarding emergency motion to continue insurance programs (.3); corresponded with J. Lucas regarding same (.2) | |
| | Jeannie Kim | .60 hrs. |
| 09/26/23 | Corresponded with P. Marlow regarding claims procedures (.1) | |
| | Jeannie Kim | .10 hrs. |
| 09/26/23 | Prepared draft report items for client team re IDI and 341 creditors meeting (.70).  Attended call with Pascuzzi et re Initial Debtor Interview preparation (.60).  Telephone conference with Weitz (B. Riley) re info requests concerning  Vallombrosa Center (.40). | |
| | Alan H. Martin | 1.70 hrs. |
| 09/26/23 | Worked on information and analysis concerning Committee inquiries concerning investment accounts (cash management motion) (.40). | |
| | Alan H. Martin | .40 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 22 of 26

| 09/26/23 | Gather information in response to information requests from committee counsel (1.4). |
|---|---|
| | Ori Katz | 1.40 hrs. |

| 09/26/23 | Call with Mr. Lucas (committee counsel) to discuss committee information requests (.4). |
|---|---|
| | Ori Katz | .40 hrs. |

| 09/26/23 | Draft memo to debtor re open issues from first day motions (.7). |
|---|---|
| | Ori Katz | .70 hrs. |

| 09/27/23 | Prepared for 341(a) meeting (.1) |
|---|---|
| | Jeannie Kim | .10 hrs. |

09/27/23   Corresponded with J. Lucas regarding comments on insurance motion (.2); corresponded with J. Lucas regarding final hearing on first day motions (.2); corresponded with FFWPR and B. Riley teams regarding case strategy (.1); prepared email status update to U.S. Bankruptcy Court regarding matters set for hearing on Oct. 5 (.6); corresponded with L. Parada regarding same (.2)

           Jeannie Kim                              1.30 hrs.

09/27/23   Reviewed U.S. Trustee's comments on proposed interim compensation procedures (.1)

           Jeannie Kim                              .10 hrs.

09/27/23   Worked on items concerning Committee inquiries regarding specific investment data pertaining to cash management motion (1.10). Analyzed comments from the Committee as to pending cash management motion (.60).  Attended client preparation meeting concerning tomorrow's 341 meeting of creditors (.50).  Reviewed additional data items from Pascuzzi as to 341 meeting of creditors preparation (.60).

           Alan H. Martin                           2.80 hrs.

09/27/23   Emails with committee counsel re first day motions (.6).

           Ori Katz                                 .60 hrs.

09/27/23   Follow up with debtor re resolution of several first day motions (.2).

           Ori Katz                                 .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          October 24, 2023
Alternatives                                                                                   Invoice 380095910
Ori Katz                                                                                       Page 23 of 26

09/27/23     Analysis re open issues re cash management motion (1.0).

             Ori Katz                          1.00 hrs.

09/27/23     Attention to concerns raised by committee re "credibly accused" aspect of wage motion
             (1.0).

             Ori Katz                          1.00 hrs.

09/28/23     Prepared for 341(a) meeting of creditors (.2); observed same (2.9); prepared file
             memorandum regarding same (.5)

             Jeannie Kim                        3.60 hrs.

09/28/23     Corresponded with T. Phinney regarding comments on claims procedures motion (.2);
             began review and revisions to same (.2)

             Jeannie Kim                        .40 hrs.

09/28/23     Reviewed U.S. Trustee's objection to ordinary course professional motion (.1)

             Jeannie Kim                        .10 hrs.

09/28/23     Reviewed correspondence received from Weitz (B. Riley) as to 341 meeting items (.30).
             Attended call with client team re 341 meeting prep (.20).  Attended 341 meeting (3.10).
             Worked on follow-up 341 meeting inquires regarding high schools (.40).

             Alan H. Martin                     4.00 hrs.

09/29/23     Corresponded with J. Blumberg regarding stipulation to continue Oct. 5 hearings (.1);
             prepared for professionals' call (.3); telephone conference with B. Riley and FFWPR
             teams regarding case status and strategy (1.0); corresponded with P. Pascuzzi regarding
             press coverage (.1); developed claims analysis strategy (.1)

             Jeannie Kim                        1.60 hrs.

09/29/23     Preliminary review and preparation of draft stipulated protective order with committee
             (.2).

             Jeannie Kim                        .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 24, 2023
Alternatives                                                                                             Invoice 380095910
Ori Katz                                                                                                 Page 24 of 26

| 09/29/23 | Continued reviewing and revising draft claims procedures motion (.1) | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |
| 09/29/23 | Attended call with Pascuzzi and B. Riley re pending cash management, 341 meeting follow-up and related items. | |
| | Alan H. Martin | 1.50 hrs. |
| 09/29/23 | Worked on investment account updates for Committee. | |
| | Alan H. Martin | .40 hrs. |
| 09/30/23 | Worked on items concerning proposed confidentiality agreement from the creditors committee. | |
| | Alan H. Martin | .40 hrs. |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 42.90 | $ 956.00 | $ 41,012.40 |
| Ori Katz | 17.40 | $ 1,084.00 | $ 18,861.60 |
| Jeannie Kim | 53.50 | $ 756.00 | $ 40,446.00 |
| Gianna E. Segretti | 37.30 | $ 708.00 | $ 26,408.40 |
| Chris D. Lawrence | 4.60 | $ 560.00 | $ 2,576.00 |

**Total Fees for Professional Services**                          **$ 129,304.40**

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 25 of 26

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/12/23 | Federal Express on 09/12/23 | 19.65 |
| 09/22/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 9/30/2023 | 5.90 |
| 09/30/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 9/30/2023 | 328.30 |
| | Duplication | 26.20 |

**Total Disbursements**      **$ 380.05**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 10/19/23 | 380095733 | 82,324.90 | 81,875.60 | 449.30 | 0.00 | 0.00 | 0.00 | $ 82,324.90 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 82,324.90 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 129,684.45 |
| | | | | **Total Due For This Matter** | | | | **$ 212,009.35** |