PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:       ppascuzzi@ffwplaw.com
             jrios@ffwplaw.com
             tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:       okatz@sheppartmullin.com
             amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF FIRST MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 21, 2023 THROUGH SEPTEMBER 30, 2023**<br><br>[No Hearing Required] |

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | August 21, 2023 through September 30, 2023 |
| Amount of Compensation Requested: | $205,960.00 |
| Net of 20% Holdback: | $164.768.00 |
| Amount of Expenses Requested: | $10,474.37 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $175,242.37 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtors"), for the period from August 21, 2023 through September 30, 2023 (the "Fee Period"). By this first statement, B. Riley seeks payment in the amount of $175,242.37, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

-2-

during the Fee Period.

Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the period August 21, 2023 through September 30, 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served on or before 5:00 p.m. (prevailing Pacific time) on the 14th day (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtors are to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: October 26, 2023

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
    PAUL J. PASCUZZI
    JASON E. RIOS
    THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: October 26, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
    ORI KATZ
    ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional**

**Compensation by Professional Person for Hourly Services
for the Period from August 21, 2023 through September 30, 2023**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $675.00 | 102.1 | $68,917.50 |
| David Greenblatt | Director | $525.00 | 16.6 | $8,715.00 |
| Coral Hansen | Managing Director | $495.00 | 98.0 | $48,510.00 |
| | *Travel Time* | $247.50 | 17.5 | $4,331.25 |
| Sushil Krishnan | Associate | $425.00 | 31.0 | $13,175.00 |
| Tanya Anderson | Associate Director | $395.00 | 138.9 | $54,865.50 |
| | *Travel Time* | $197.50 | 37.7 | $7,445.75 |
| **TOTAL** | | | **441.8** | **$205,960.00** |

**Exhibit 2**

**Summary of Compensation by Project Category**

**Compensation by Project Category for Hourly Services**
**for the period from August 21, 2023 through September 30, 2023**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 51.0 | $24,682.00 |
| Business Analysis | 256.9 | $124,484.50 |
| Case Administration | 22.8 | $13,177.00 |
| Debtor Meetings/Communications | 6.1 | $3,673.50 |
| Employment/Fee Applications | 0.4 | $270.00 |
| Litigation | 4.0 | $2,700.00 |
| Monthly Operating Reports | 45.4 | $21,196.00 |
| Non-working Travel (billed at ½ rate) | 55.2 | $11,777.00 |
| **TOTAL** | **441.8** | **$205,960.00** |

## Exhibit 3

**Summary of Expenses**

## Disbursement Summary

| Expenses (by Category) | Amounts |
|---|---|
| Lodging | $4,070.74 |
| Meals | $581.87 |
| Mileage | $144.10 |
| Miscellaneous (document conversion and in-flight internet) | $409.00 |
| Transportation | $725.03 |
| Travel – Air/Rail | $4,543.63 |
| **TOTAL** | **$10,474.37** |

**Exhibit 4**

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

October 24, 2023                                                                                         Invoice # :   63183

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109


In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  August 21, 2023        through    September 30, 2023

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 102.10 | 675.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 98.00 | 495.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 17.50 | 247.50 |
| David Greenblatt, CPA, CIRA | 16.60 | 525.00 |
| Tanya Anderson, CPA | 138.90 | 395.00 |
| Tanya Anderson, CPA | 37.70 | 197.50 |
| Sushil Krishnan | 31.00 | 425.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 441.80 | $205,960.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---|
| Lodging | 4,070.74 |
| Meals | 581.87 |
| Mileage | 144.10 |
| Miscellaneous | 409.00 |
| Transportation | 725.03 |
| Travel -- Air/Rail | 4,543.63 |
| Total expenses | $10,474.37 |
| | |
| Total amount of this bill | $216,434.37 |
| | |
| Balance due | $216,434.37 |

**Client funds transactions**

| | |
|---|---|
| Previous balance of Retainer | $0.00 |
| 8/21/2023  Payment to account- Moved from Archdiocese | $64,334.42 |
| New balance of Retainer | $64,334.42 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.        Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd.; NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---:|

Asset Analysis

| Date | Name | Description | Hours |
|---|---|---|---:|
| 8/21/2023 | S. Krishnan | Prepare IDI re: forms for real estate | 2.00 |
|  | S. Krishnan | Prepare IDI re: forms for real estate | 1.00 |
| 8/22/2023 | S. Krishnan | Call with W. Weitz to review IDI information | 0.50 |
|  | W. Weitz | Call with S. Krishnan to review IDI information | 0.50 |
|  | W. Weitz | Research, analysis and correspondence re: certain real estate and insurance issues | 1.90 |
| 8/23/2023 | S. Krishnan | Populate IDI with Real Estate information | 1.00 |
| 8/24/2023 | T. Anderson | Call with S. Krishnan re: IDI Real Estate | 0.50 |
|  | S. Krishnan | Call with T. Anderson re: IDI Real Estate | 0.50 |
| 8/25/2023 | S. Krishnan | Call with S. Freeman re: IDI Real Estate | 0.50 |
| 8/28/2023 | S. Krishnan | Prepare IDI real estate forms for cemeteries, vacant land and barren land | 2.10 |
|  | S. Krishnan | Continuation of IDI real estate forms for cemeteries, vacant land and barren land | 1.90 |
| 8/29/2023 | S. Krishnan | Call with S. Freeman re: IDI Real Estate | 0.30 |
| 8/30/2023 | C. Hansen | Research operating expenses for IDI Real Estate | 1.20 |
|  | W. Weitz | Review IDI real estate forms with S. Krishnan | 0.50 |
|  | S. Krishnan | Review IDI real estate forms with W. Weitz | 0.50 |
|  | C. Hansen | Call with S. Freeman re: IDI Real Estate operating expense data | 0.20 |
| 9/6/2023 | S. Krishnan | Call with C. Hansen re: IDI Real Estate rental properties | 0.60 |
|  | C. Hansen | Call with S. Krishnan re: IDI Real Estate rental properties | 0.60 |
| 9/8/2023 | S. Krishnan | Update IDI with Real Estate information | 2.00 |
| 9/11/2023 | S. Krishnan | Confirm ownership of properties for IDI | 1.00 |
|  | S. Krishnan | Prepare IDI re: forms for real estate | 3.00 |
|  | C. Hansen | Update investment pool balances with current statements | 0.80 |
| 9/12/2023 | S. Krishnan | Call with S. Krishnan, C. Hansen, T. Anderson re: IDI Real Estate rental properties | 0.50 |
|  | S. Krishnan | Confirm ownership of properties for IDI | 1.00 |
|  | S. Krishnan | Update IDI with Real Estate information | 1.60 |
|  | S. Krishnan | Meeting with W. Weitz re: real estate parcel research | 2.00 |
|  | T. Anderson | Real estate research for rent payments | 1.60 |
|  | W. Weitz | Meeting with S. Krishnan re: real estate information for IDI submission | 2.00 |
|  | W. Weitz | Meeting with S. Krishnan re: real estate parcel research | 2.00 |
|  | W. Weitz | Call with T. Anderson re: certain real estate issues | 0.20 |
|  | W. Weitz | Call with C. Hansen re: real estate issues | 0.20 |
|  | T. Anderson | Call with W. Weitz re: certain real estate issues | 0.20 |
|  | T. Anderson | Call with S. Krishnan, C. Hansen, T. Anderson re: IDI Real Estate rental properties | 0.50 |
|  | C. Hansen | Call with W. Weitz re: real estate issues | 0.20 |
|  | C. Hansen | Call with S. Krishnan, C. Hansen, T. Anderson re: IDI Real Estate rental properties | 0.50 |
| 9/13/2023 | S. Krishnan | Call with S. Freeman re: IDI Real Estate | 0.50 |
|  | S. Krishnan | Reconcile SOFA with IDI real estate list | 0.50 |
|  | T. Anderson | Continue Real Estate updates for IDI | 1.00 |
|  | T. Anderson | Update Real Estate analysis | 2.20 |
|  | S. Krishnan | Call with client G. Lee on property expenses for IDI | 0.30 |
|  | S. Krishnan | Reconcile SOFA with IDI real estate list | 0.50 |
|  | S. Krishnan | Continue work on IDI re: property expenses | 0.50 |
|  | W. Weitz | Call with counsel re: real estate ownership | 0.20 |
|  | W. Weitz | Call with S. Krishnan re: real estate IDI reporting | 0.30 |
|  | W. Weitz | Review and edit real estate information for SOFA and Schedules | 0.40 |
| 9/14/2023 | S. Krishnan | Research and edit information provided by client re: property expenses for IDI | 1.00 |
|  | W. Weitz | Real estate research for IDI and SOFA and Schedules | 1.50 |
| 9/15/2023 | S. Krishnan | Call with W. Weitz re: real estate information for IDI | 0.20 |
|  | S. Krishnan | Call with G. Lee on property expenses | 0.40 |
|  | W. Weitz | Call with Fr. Summerhays re: certain real estate | 0.20 |
|  | W. Weitz | Call with S. Krishnan re: real estate information for IDI submission | 0.20 |
| 9/20/2023 | S. Krishnan | Continue to reorganize bank statements from the client received folder | 0.80 |
|  | S. Krishnan | Continue to organize bank statements from the client received folder | 2.60 |
| 9/21/2023 | C. Hansen | Compare and contrast cash balance in coordinated payroll with the amount reflected as a credit in accounts receivable | 0.60 |

|  |  |  | Hours |
|---|---|---|---:|
| 9/26/2023 | W. Weitz | Research re: ownership of certain real estate parcels | 0.40 |
|  | W. Weitz | Email correspondence with counsel re: investment accounts and returns | 0.50 |
|  | W. Weitz | Prepare investment qualitative summary info for counsel | 0.60 |
|  | SUBTOTAL: | [     51.00 | 24682.00] |

Business Analysis

| Date | Person | Description | Hours |
|---|---|---|---:|
| 8/21/2023 | T. Anderson | Update SOFA for filing date | 0.40 |
|  | T. Anderson | Update IDI with insurance information | 1.00 |
|  | T. Anderson | Populate IDI with data re: Professionals and financial statement information | 1.40 |
|  | T. Anderson | Research cash transactions for bank activity | 1.60 |
|  | T. Anderson | Update IDI with additional information | 2.00 |
|  | T. Anderson | Update IDI with additional information | 2.40 |
|  | W. Weitz | Email correspondence with T. Anderson and G. Lee re: petition date bank balances | 0.20 |
|  | W. Weitz | Phone calls, email correspondence with client and counsel re: certain bank accounts | 0.60 |
| 8/22/2023 | T. Anderson | Update professionals and insider payments | 0.70 |
|  | T. Anderson | Prepare IDI schedule and progress | 0.80 |
|  | T. Anderson | Update 90-day payment schedule | 1.70 |
|  | T. Anderson | Populate IDI with insurance information for prior periods | 2.00 |
|  | C. Hansen | Call with W. Weitz, C. Hansen and counsel re High School bank accounts | 0.50 |
|  | W. Weitz | Call with J. Passarello re: additional bank accounts | 0.20 |
|  | W. Weitz | Call with W. Weitz, C. Hansen and counsel re High School bank accounts | 0.50 |
|  | W. Weitz | Analysis of and email corresponding counsel re: certain bank accounts | 0.70 |
| 8/23/2023 | T. Anderson | Review schedules and statements | 0.20 |
|  | T. Anderson | Research insurance policies for inclusion in IDI | 0.30 |
|  | T. Anderson | Update bank account analyses as of filing date | 0.50 |
|  | T. Anderson | Review of schedules and statements and IDI plan with Debtor management, W. Weitz and D. Greenblatt | 1.50 |
|  | T. Anderson | Build cash transaction detail for IDI | 1.80 |
|  | D. Greenblatt | Internal planning call re: IDI preparation | 1.00 |
|  | D. Greenblatt | Review of schedules and statements and IDI plan with Debtor management, W. Weitz and T. Anderson | 1.50 |
|  | W. Weitz | Update notification matrix for additional insurance company information | 0.40 |
|  | W. Weitz | Call with O. Katz to prepare for First Day Hearing | 0.50 |
|  | W. Weitz | Internal planning call re: IDI preparation | 1.00 |
|  | W. Weitz | Review of schedules and statements and IDI plan with Debtor management, D. Greenblatt and T. Anderson | 1.50 |
|  | C. Hansen | Internal planning call re: IDI preparation | 1.00 |
| 8/24/2023 | T. Anderson | Internal planning discussion with W. Weitz | 0.20 |
|  | T. Anderson | Prepare requests for management for IDI and schedules | 0.40 |
|  | T. Anderson | Accounting and reporting review discussion with Management | 0.90 |
|  | T. Anderson | Build cash transaction detail for IDI | 3.70 |
|  | W. Weitz | Internal planning discussion with T. Anderson | 0.20 |
|  | W. Weitz | Review documents and motions in preparation for First Day Hearing | 1.60 |
| 8/25/2023 | T. Anderson | Call with W. Weitz re: notification matrix updates | 0.30 |
|  | T. Anderson | Update reporting for IDI as of filing date | 0.30 |
|  | T. Anderson | Update bank account analyses as of filing date | 0.50 |
|  | T. Anderson | Update schedules for filing date | 1.00 |
|  | T. Anderson | Follow up on schedules from discussion with management | 1.50 |
|  | T. Anderson | Update 90-day payment schedule | 2.10 |
|  | W. Weitz | Call with T. Anderson re: notification matrix updates | 0.30 |
| 8/28/2023 | T. Anderson | Continue reconciliation of cash transaction detail for IDI | 1.90 |
|  | T. Anderson | Research and reconcile cash transaction detail for IDI | 2.00 |
|  | C. Hansen | Call with L. Clemente regarding cash flow management memo | 0.20 |
|  | C. Hansen | Research account #9371; Correspondence w G. Lee and L. Clemente re: same | 0.90 |
|  | W. Weitz | Email correspondence with counsel and client re: bank accounts | 0.60 |
|  | W. Weitz | Research re: certain bank account ownership | 0.60 |
| 8/29/2023 | T. Anderson | Research and reconcile cash transaction detail for IDI | 2.80 |
|  | T. Anderson | Call with W. Weitz re: IDI preparation status | 0.30 |

|            |               |                                                                                                        | Hours |
|------------|---------------|--------------------------------------------------------------------------------------------------------|-------|
| 8/29/2023  | W. Weitz      | Email correspondence re: bank accounts                                                                 | 0.20  |
|            | W. Weitz      | Call with T. Anderson re: IDI preparation status                                                       | 0.30  |
|            | W. Weitz      | Email correspondence and phone call with P. Pascuzzi re: certain case issues                           | 0.50  |
|            | W. Weitz      | Update call with client and counsel re: filing deadlines                                               | 1.00  |
| 8/30/2023  | T. Anderson   | Research and reconcile cash transaction detail for IDI                                                 | 2.00  |
|            | T. Anderson   | Continuation of research and reconciliation of cash transaction detail for IDI                         | 2.30  |
|            | C. Hansen     | Research and update balances for BofA Securities and US Bank; Correspondence with G. Lee re: same      | 2.60  |
|            | W. Weitz      | Call with J. Passarello, Gallagher (Insurance admin.), J. Singh re: commercial insurance               | 0.70  |
|            | W. Weitz      | Catch-up call with client and counsel re: cash management, prepetition wages and OCP motion            | 1.00  |
| 8/31/2023  | T. Anderson   | Research and reconcile cash transaction detail for IDI                                                 | 2.80  |
|            | C. Hansen     | Calls with W. Weitz re: IDI , Schedules & Statements and status                                        | 0.30  |
|            | C. Hansen     | Search Intaact for rental property details; Run and review P&Ls for operating expenses                 | 2.90  |
|            | W. Weitz      | Insurance coverage review and analysis                                                                 | 0.30  |
|            | W. Weitz      | Calls with C. Hansen re: IDI, Schedules & Statements, and status                                       | 0.30  |
| 9/1/2023   | W. Weitz      | Calls re: bank accounts and common interest agreements                                                 | 0.50  |
| 9/5/2023   | T. Anderson   | Updates to the IDI insurance, bankruptcy professionals and key employee data                           | 0.50  |
|            | T. Anderson   | Prepare bills analysis                                                                                 | 0.50  |
|            | T. Anderson   | Continue to review additional documentation from management and incorporate into IDI                   | 1.10  |
|            | T. Anderson   | Review additional documentation from management and incorporate into IDI                               | 2.00  |
|            | W. Weitz      | Information gathering and analysis for IDI and S&S                                                     | 0.50  |
| 9/6/2023   | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: case update                               | 0.80  |
|            | T. Anderson   | Update 90 days payments for schedules                                                                  | 1.60  |
|            | W. Weitz      | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: case update                               | 0.80  |
|            | C. Hansen     | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: case update                               | 0.80  |
| 9/7/2023   | D. Greenblatt | Prepare schedule of attorney fee budget                                                                | 0.60  |
|            | D. Greenblatt | SOFA/SOAL preparation                                                                                  | 1.40  |
|            | W. Weitz      | Review attorney budget exhibit and forward to counsel                                                  | 0.20  |
|            | W. Weitz      | Review modified cash management motion; comments to counsel                                            | 0.30  |
| 9/8/2023   | D. Greenblatt | Call with W. Weitz and counsel re: case update                                                         | 0.60  |
|            | W. Weitz      | Email correspondence with client re: certain bank account conversions                                  | 0.20  |
|            | W. Weitz      | Review UST's cash management objection                                                                 | 0.50  |
|            | W. Weitz      | Call with D. Greenblatt and counsel re: case update                                                    | 0.60  |
|            | W. Weitz      | Call with client re: payables and other operational issues                                             | 0.70  |
| 9/11/2023  | T. Anderson   | Update contract analysis                                                                               | 0.30  |
|            | T. Anderson   | Update additional bank statements                                                                      | 0.60  |
|            | T. Anderson   | Review of statements and schedules                                                                     | 0.80  |
|            | T. Anderson   | Live review of statements and schedules                                                                | 1.00  |
|            | T. Anderson   | Update IDI with additional documentation                                                               | 1.50  |
|            | T. Anderson   | Meeting with G. Lee re: outstanding items                                                              | 2.00  |
|            | C. Hansen     | Meeting with J. Passarello regarding certain property addresses and ownership                          | 0.60  |
|            | C. Hansen     | Review SOFAS to determine open items                                                                   | 0.70  |
|            | C. Hansen     | Review Soals to determine open items                                                                   | 1.40  |
|            | W. Weitz      | Review certain documents and issues related to IDI filing                                              | 0.70  |
|            | W. Weitz      | Review updated response to cash management objection                                                   | 0.50  |
| 9/12/2023  | D. Greenblatt | Call with T. Anderson re: cash flows                                                                   | 0.20  |
|            | T. Anderson   | Call with D. Greenblatt re: cash flows                                                                 | 0.20  |
|            | T. Anderson   | Discussion with G. Lee re: outstanding items                                                           | 0.30  |
|            | T. Anderson   | Real estate research for rent payments                                                                 | 0.50  |
|            | T. Anderson   | Various internal calls to discuss preparation of schedules for IDI submission                          | 1.60  |
|            | T. Anderson   | Update IDI with additional information                                                                 | 1.90  |
|            | T. Anderson   | Update IDI with additional information                                                                 | 2.10  |
|            | T. Anderson   | Continue updating IDI with provided Management information                                             | 2.10  |
|            | T. Anderson   | Update IDI with additional information                                                                 | 2.30  |
|            | C. Hansen     | Discuss w J. Passerello investments in the balanced pool for annual interest rate returns and composition | 0.30  |
|            | C. Hansen     | Meeting with J. Passarello re corporate governance                                                     | 0.40  |
|            | C. Hansen     | Onsite meeting with G. Lee re SOFAS                                                                    | 0.80  |

|  |  |  | Hours |
|---|---|---|---:|
| 9/12/2023 | C. Hansen | Analyze amounts paid for insurance premiums and deductibles | 0.90 |
|  | C. Hansen | Onsite meeting with client regarding open items on Soals | 1.20 |
|  | C. Hansen | Onsite meeting with G. Lee and P. Passerello re questions for IDI | 1.30 |
|  | C. Hansen | Analyze operating expense and income of rental properties | 1.90 |
|  | C. Hansen | Research property locations and use | 2.10 |
|  | W. Weitz | Call with Omni and C. Hansen re: Statement & Schedule issues | 1.10 |
|  | C. Hansen | Call with Omni and W. Weitz re: Statement & Schedule issues | 1.10 |
| 9/13/2023 | T. Anderson | Correspondence with management re: follow-up questions on schedules | 0.50 |
|  | T. Anderson | Call with W. Weitz re: live review of schedules | 0.80 |
|  | T. Anderson | Update schedules and pension information | 0.80 |
|  | T. Anderson | Update IDI with W. Weitz comments | 1.00 |
|  | T. Anderson | Update balance sheet and income statements for IDI | 1.10 |
|  | T. Anderson | Update AR in schedules and SOFA | 1.10 |
|  | T. Anderson | Discussion with C. Hansen and W. Weitz re: financial statement presentation | 1.30 |
|  | T. Anderson | Continue to update AP on Schedules and SOFA | 1.50 |
|  | T. Anderson | Continue to update AP on Schedules and SOFA | 2.00 |
|  | C. Hansen | Correspondence w G. Lee re offsite storage units | 0.20 |
|  | C. Hansen | Discussion w J. Passarello re FMV of rent on 1615 Broadway | 0.20 |
|  | C. Hansen | Call with K. Kelleher re available reports in Inaact pertaining to bank activity for IDI | 0.40 |
|  | C. Hansen | Continue analysis of bank activity 90 days prior to filing | 0.80 |
|  | C. Hansen | Analyze general ledger detail pertaining to operating expenses and income for real property | 1.20 |
|  | C. Hansen | Discussion with T. Andersen and W. Weitz re: financial statement presentation | 1.30 |
|  | C. Hansen | Analyze available reports in Intaact for deposit detail for IDI | 2.10 |
|  | C. Hansen | Research detail of deposits recorded in general ledger for IDI | 2.30 |
|  | W. Weitz | Meeting with T. Anderson re: Statement & SOAL issues | 0.80 |
|  | W. Weitz | Call with T. Anderson re: live review of schedules | 0.80 |
|  | W. Weitz | Discussion with C. Hansen and T. Anderson re: financial statement presentation | 1.30 |
|  | W. Weitz | Preparation of SOFA and Schedules | 2.20 |
| 9/14/2023 | T. Anderson | Call with W. Weitz re: IDI, SOFA and Schedules | 0.30 |
|  | T. Anderson | Incorporate management updates to statements and schedules | 1.00 |
|  | W. Weitz | Call with T. Anderson re: IDI, SOFA and Schedules | 0.30 |
|  | W. Weitz | Further preparation of IDI submission, SOFA and Schedules | 2.40 |
| 9/15/2023 | T. Anderson | Various calls with W. Weitz to review Schedules and complete corresponding updates | 0.60 |
|  | T. Anderson | Produce 90-day activity reports for banks | 2.00 |
|  | C. Hansen | Update Schedule 13.3 w data from SOFA 2.04 | 0.30 |
|  | C. Hansen | Further review of SOFA | 1.10 |
|  | C. Hansen | Further review of SOALs | 1.30 |
|  | C. Hansen | Preparation of 90 day transaction detail for IDI | 2.30 |
|  | W. Weitz | Complete first Statement & Schedules submission worksheets to Omni for processing | 2.50 |
|  | W. Weitz | Call with T. Anderson re: Statement & Schedule preparation | 0.20 |
|  | T. Anderson | Call with W. Weitz re: Statement & Schedule preparation | 0.20 |
|  | C. Hansen | Call with J. Singh re: cash transactions mapping | 0.80 |
| 9/17/2023 | W. Weitz | Prepare and send IDI, Statement and SOAL packages to client for review | 0.90 |
|  | W. Weitz | Review IDI and Statement & Schedule packages | 0.60 |
| 9/18/2023 | T. Anderson | Internal planning and review with W. Weitz and C. Hansen | 0.50 |
|  | T. Anderson | Prepare Schedules | 2.00 |
|  | T. Anderson | Prepare SOFA | 2.50 |
|  | C. Hansen | Call with T. Anderson re: bank activity for IDI | 0.80 |
|  | C. Hansen | Review Statements for accuracy | 1.10 |
|  | C. Hansen | Call with BR team and client to review drafts of SOFA and SOAL | 1.30 |
|  | C. Hansen | Review SOALs for accuracy | 2.10 |
|  | T. Anderson | Prepare IDI files and schedules | 2.00 |
|  | T. Anderson | Continuation of preparation of schedules and SOFA | 2.00 |
|  | W. Weitz | SOFA and SOAL review | 0.40 |
|  | W. Weitz | Continue preparation of IDI, SOFA and SOAL submission packages | 1.00 |
|  | W. Weitz | Call with BR team and client to review drafts of SOFA and SOAL | 1.30 |
|  | W. Weitz | SOFA review | 0.50 |
|  | W. Weitz | Call with counsel re: claims valuation | 0.70 |

|  |  |  | Hours |
|---|---|---|---:|
| 9/18/2023 | W. Weitz | IDI prep: insurance and cash flow schedules | 1.50 |
|  | W. Weitz | Further review of SOFA and SOAL; comments to Omni | 3.80 |
|  | T. Anderson | Call with C. Hansen re: bank activity for IDI | 0.80 |
|  | C. Hansen | Internal planning and review with W. Weitz and T. Anderson | 0.50 |
|  | W. Weitz | Internal planning and review with C. Hansen and T. Anderson | 0.50 |
| 9/19/2023 | S. Krishnan | Call with T. Anderson comparing IDIs in pdf | 0.20 |
|  | C. Hansen | Update records with missing bank account detail provided by G. Lee | 0.20 |
|  | C. Hansen | Correspondence with G. Lee re missing account | 0.20 |
|  | C. Hansen | Call with W. Weitz, D. Greenblatt, C. Hansen and counsel re: case update | 0.80 |
|  | C. Hansen | Review updated draft of global notes | 1.10 |
|  | D. Greenblatt | Call with W. Weitz, D. Greenblatt, C. Hansen and counsel re: case update | 0.80 |
|  | T. Anderson | Call with S. Krishnan re: IDI PDF comparison | 0.20 |
|  | T. Anderson | Update unsecured creditor listing | 0.40 |
|  | T. Anderson | SOFA updates | 0.40 |
|  | T. Anderson | Prepare schedule to compare client's trial balance to the financial statements in the IDI | 0.60 |
|  | T. Anderson | Update IDI with comments and various internal calls related | 0.60 |
|  | T. Anderson | Update trial balances for final changes | 0.80 |
|  | T. Anderson | Update legal schedules | 1.30 |
|  | T. Anderson | Updates for IDI files and support | 2.00 |
|  | T. Anderson | Prepare IDI files and schedules | 2.00 |
|  | W. Weitz | IDI finalization, assembly and submission to US Trustee | 2.20 |
|  | W. Weitz | IDI, SOFA, SOAL review, edits, changes | 2.70 |
|  | W. Weitz | Call with W. Weitz, D. Greenblatt, C. Hansen and counsel re: case update | 0.80 |
|  | W. Weitz | Analysis of bank accounts and investment accounts | 0.90 |
|  | W. Weitz | Updates and revisions to Schedules and SOFA | 2.60 |
| 9/20/2023 | T. Anderson | Call with Omni re: SOFA updates | 0.20 |
|  | T. Anderson | Global notes review call with counsel, including prep time | 0.70 |
|  | T. Anderson | Review of schedules and SOFA from Omni | 1.40 |
|  | W. Weitz | Review and update data for SOAL | 2.90 |
|  | W. Weitz | Call with N. Lew re: insurance policies | 0.40 |
|  | W. Weitz | Call with T. Anderson and C. Hansen re: changes to SOFA and SOAL | 0.60 |
|  | W. Weitz | Call with Omni to review changes to SOFA and SOAL | 0.70 |
|  | W. Weitz | Review Global Notes in advance of review call with counsel | 0.80 |
|  | W. Weitz | SOFA and SOAL research and updates | 0.80 |
|  | W. Weitz | Review and update data for SOFA | 2.80 |
|  | T. Anderson | Call with W. Weitz and C. Hansen re: changes to SOFA and SOAL | 0.60 |
|  | C. Hansen | Call with W. Weitz and T. Anderson re: changes to SOFA and SOAL | 0.60 |
| 9/21/2023 | T. Anderson | Additional inquiries re: payroll and cash | 0.40 |
|  | W. Weitz | Call with J. Passarello re: Global Notes | 0.50 |
|  | W. Weitz | Final review and filing of SOFA and SOAL | 0.80 |
|  | W. Weitz | Further review of SOFA and SOAL; Distribute to client for review | 0.90 |
|  | W. Weitz | Review updated version of SOFA and SOAL | 1.00 |
|  | W. Weitz | Additional SOFA and SOAL updates and changes | 2.10 |
| 9/22/2023 | C. Hansen | Research AT&T account numbers for utility subpoena | 0.50 |
|  | C. Hansen | Research background of finance committee | 0.90 |
|  | T. Anderson | Call with W. Weitz and C. Hansen re: investments analysis for committee | 0.50 |
|  | T. Anderson | Finance council member research | 0.50 |
|  | C. Hansen | Call T. Phinney regarding AT&T account discrepancy | 0.10 |
|  | C. Hansen | Call with W. Weitz and T. Anderson re: investments analysis for committee | 0.70 |
|  | W. Weitz | Package and send IDI, SOFA and SOAL information to client | 0.40 |
|  | W. Weitz | Call with T. Anderson and C. Hansen re: investments analysis for committee | 0.70 |
| 9/25/2023 | S. Krishnan | Review court docket and recently filed orders | 0.50 |
|  | T. Anderson | Memo preparation for finance committee | 1.50 |
|  | C. Hansen | Analyze investment account details to prepare summary for council | 2.10 |
|  | C. Hansen | Gather data and prepare memo regarding the details of investment accounts | 2.30 |
|  | C. Hansen | Follow up questions posed by accounting staff | 2.60 |
| 9/26/2023 | T. Anderson | Investment memo preparation | 0.40 |
|  | T. Anderson | Investment memo preparation and related discussions with C. Hansen | 1.00 |
|  | S. Krishnan | Updated internal calendar for all hearings | 0.50 |
|  | C. Hansen | Calls with G. Lee and staff regarding documents needed for IDI | 1.50 |
|  | C. Hansen | Begin review and analysis of questions posed by UST on IDI | 2.10 |

|  |  |  | Hours |
|---|---|---|---|
| 9/27/2023 | C. Hansen | Meeting with client and counsel to prepare for Sec 341 meeting | 2.30 |
|  | W. Weitz | Meeting with client and counsel to prepare for Sec 341 meeting | 2.30 |
| 9/28/2023 | C. Hansen | Call w K. Kelleher re system capabilities for bank activity reporting | 0.40 |
|  | T. Anderson | Prepare and respond to IDI requests from US Trustee | 1.40 |
|  | T. Anderson | Continuation of IDI follow-up preparation | 1.50 |
|  | C. Hansen | Prepare for 341 meeting | 0.40 |
|  | C. Hansen | Collect and analyze data responsive to the UST requests re the IDI | 2.30 |
|  | W. Weitz | Prepare for Sec 341 meeting | 1.00 |
| 9/29/2023 | C. Hansen | Meeting with M. Flannigan, T. Anderson and C. Hansen re IDI process and due dates | 0.40 |
|  | T. Anderson | Meeting with M. Flannigan, T. Anderson and C. Hansen re IDI process and due dates | 0.40 |
|  | T. Anderson | Additional follow-up for IDI requests | 2.00 |
|  | T. Anderson | Updates to IDI follow-up requests | 2.50 |
|  | C. Hansen | Continue to gather data pursuant to IDI | 2.10 |
|  | W. Weitz | Meeting with J. Passarello, M. Flannigan, W. Weitz, T. Anderson and C. Hansen re request for additional information from UST re: IDI | 0.30 |
|  | SUBTOTAL: |  | [ 256.90  128484.50] |

Case Administration

|  |  |  | Hours |
|---|---|---|---|
| 8/22/2023 | W. Weitz | Coordinate planning for upcoming deliverables and team meeting | 0.40 |
| 8/24/2023 | C. Hansen | Attend court hearing re: First Day Hearing objections | 1.70 |
|  | D. Greenblatt | Attend telephonic First Day Hearing | 1.50 |
|  | W. Weitz | Follow-up call with client following First Day Hearing | 0.60 |
|  | W. Weitz | Video participation in First Day Hearing | 1.50 |
| 8/28/2023 | W. Weitz | Calls with Omni to coordinate notification matrix redactions | 0.30 |
| 8/29/2023 | C. Hansen | Call with D. Greenblatt, W. Weitz, C. Hansen and counsel re: case update | 0.90 |
|  | D. Greenblatt | Call with D. Greenblatt, W. Weitz, C. Hansen and counsel re: case update | 0.90 |
|  | W. Weitz | Call with P. Deutch re: matrix redactions | 0.30 |
|  | W. Weitz | Extract Schedule G prep template; send to client | 0.40 |
|  | W. Weitz | Call with D. Greenblatt, W. Weitz, C. Hansen and counsel re: case update | 0.90 |
| 9/13/2023 | W. Weitz | Call with client and counsel re: hearing preparation | 0.80 |
| 9/14/2023 | W. Weitz | Remote participation in hearing re: First Day motions | 0.30 |
| 9/19/2023 | S. Krishnan | Call with internal team re: engagement update, deadlines and workflow | 0.50 |
|  | D. Greenblatt | Call with internal team re: engagement update, deadlines and workflow | 0.50 |
|  | T. Anderson | Call with internal team re: engagement update, deadlines and workflow | 0.60 |
| 9/20/2023 | W. Weitz | Global notes review with counsel | 0.60 |
| 9/28/2023 | D. Greenblatt | Attend 341 Meeting of Creditors | 2.50 |
|  | C. Hansen | Attend 341 Meeting of Creditors | 2.90 |
|  | W. Weitz | Participate in 341 Meeting of Creditors | 3.10 |
| 9/29/2023 | D. Greenblatt | Call with W. Weitz and counsel re: case update | 0.80 |
|  | W. Weitz | Call with D. Greenblatt and counsel re: case update | 0.80 |
|  | SUBTOTAL: |  | [ 22.80  13177.00] |

Debtor Meetings/Communications

|  |  |  | Hours |
|---|---|---|---|
| 8/28/2023 | W. Weitz | Attend client's Investment Committee meeting | 0.90 |
| 9/12/2023 | C. Hansen | Meeting with new client CFO, M. Flanagan | 0.50 |
|  | W. Weitz | Intro call with M. Flanagan, new client CFO | 0.70 |
| 9/26/2023 | C. Hansen | Meeting with W. Weitz, C. Hansen, Fr Summerhays, A. Martin, P. Carney and P. Pascuzzi in preparation for IDI meeting with Trustee | 0.40 |
|  | C. Hansen | Meeting with UST, debtor personnel, debtor council, W. Weitz and C. Hansen re IDI | 0.80 |
|  | W. Weitz | Meeting with W. Weitz, C. Hansen, Fr Summerhays, A. Martin, P. Carney and P. Pascuzzi in preparation for IDI meeting with Trustee | 0.40 |
|  | W. Weitz | Meeting with UST, debtor personnel, debtor council, W. Weitz and C. Hansen re IDI | 0.80 |
| 9/27/2023 | W. Weitz | Update/intro call with M. Flanagan re: bankruptcy process and procedures | 1.00 |
| 9/29/2023 | C. Hansen | Meeting with J. Passarello, M. Flannigan, W. Weitz, T. Anderson and C. Hansen re request for additional information from UST re: IDI | 0.30 |

| | | | Hours |
|---|---|---|---|
| 9/29/2023 T. Anderson | Meeting with J. Passarello, M. Flannigan, W. Weitz, T. Anderson and C. Hansen re request for additional information from UST re: IDI | | 0.30 |
| | SUBTOTAL: | [ 6.10 | 3673.50] |

### Employment/Fee Applications

| | | | |
|---|---|---|---|
| 8/24/2023 W. Weitz | Finalize retention application; send to counsel | | 0.40 |
| | SUBTOTAL: | [ 0.40 | 270.00] |

### Litigation

| | | | |
|---|---|---|---|
| 8/21/2023 W. Weitz | Prepare summary table of plaintiff cases for counsel | | 0.40 |
| 9/21/2023 W. Weitz | Detailed review of and research re: litigation tables for SOFA and SOAL | | 2.20 |
| W. Weitz | Continue detailed review of and research re: litigation tables for SOFA and SOAL; Updates to Omni for processing | | 1.40 |
| | SUBTOTAL: | [ 4.00 | 2700.00] |

### Monthly Operating Reports

| | | | |
|---|---|---|---|
| 8/25/2023 W. Weitz | Phone call with K. McAbee (UST) re: timing of MOR filings | | 0.20 |
| 9/5/2023 W. Weitz | Call with C. Hansen and T. Anderson re: IDI, S&S and MOR filing deadlines | | 0.30 |
| T. Anderson | Call with W. Weitz and C. Hansen re: IDI, S&S and MOR filing deadlines | | 0.30 |
| C. Hansen | Call with W. Weitz and T. Anderson re: IDI, S&S and MOR filing deadlines | | 0.30 |
| 9/18/2023 W. Weitz | Call with D. Greenblatt and client re: MOR information | | 0.40 |
| D. Greenblatt | Call with W. Weitz and client re: MOR information | | 0.40 |
| 9/25/2023 T. Anderson | Preparation of August MOR files | | 1.90 |
| T. Anderson | Prepare cash activity for August MOR | | 3.20 |
| 9/26/2023 T. Anderson | Prepare cash activity for August MOR and related discussions with W. Weitz | | 1.50 |
| T. Anderson | Preparation of August MOR cash receipts and disbursements | | 3.20 |
| C. Hansen | Analyze and gather data for MOR | | 2.70 |
| 9/27/2023 C. Hansen | Discussion over MOR with T. Anderson and D. Greenblatt | | 0.30 |
| C. Hansen | Call with D. Greenblatt, W. Weitz and C. Hansen re: MOR's | | 0.40 |
| D. Greenblatt | Discussion over MOR with C. Hansen and T. Anderson | | 0.30 |
| D. Greenblatt | Call with D. Greenblatt, W. Weitz and C. Hansen re: MOR's | | 0.40 |
| T. Anderson | Preparation of MOR supporting schedules | | 0.20 |
| T. Anderson | Planning for MOR completion | | 0.30 |
| T. Anderson | Discussion over MOR with C. Hansen and D. Greenblat | | 0.30 |
| T. Anderson | Preparation of August MOR cash receipts and disbursements | | 1.20 |
| C. Hansen | Continue to gather data for MOR | | 2.00 |
| C. Hansen | Gather information for MOR | | 2.10 |
| W. Weitz | Call with D. Greenblatt, W. Weitz and C. Hansen re: MOR's | | 0.40 |
| 9/28/2023 C. Hansen | Prepare a timeline detailing out tasks and deadlines for receipt of documents for preparation of MOR for client | | 0.70 |
| C. Hansen | Meeting with G. Lee, M. Cotrell, M. Flannigan, K. Kelleher & T. Anderson re MOR preparation | | 0.80 |
| C. Hansen | Analyze disbursement detail for MOR | | 0.90 |
| C. Hansen | Analyze deposit detail for August MOR | | 2.20 |
| D. Greenblatt | Preparation of August 2023 MOR: review banking and financial data | | 1.70 |
| T. Anderson | Meeting with G. Lee, M. Cotrell, M. Flannigan, K. Kelleher & C. Hansen re MOR preparation | | 0.80 |
| C. Hansen | Call with C. Hansen and W. Weitz re status of MOR and IDI responses to UST | | 0.60 |
| C. Hansen | Gather data to prepare MOR | | 2.10 |
| C. Hansen | Continue preparation of the MOR | | 2.20 |
| W. Weitz | Call with D. Greenblatt re: MOR preparation | | 0.30 |
| W. Weitz | Call with C. Hansen and W. Weitz re status of MOR and IDI responses to UST | | 0.60 |
| D. Greenblatt | Call with W. Weitz re: MOR preparation | | 0.30 |
| 9/29/2023 C. Hansen | Call with D. Greenblatt, W. Weitz and C. Hansen re: MOR's | | 0.40 |
| T. Anderson | Coordination with management to prepare MOR | | 1.30 |
| T. Anderson | Preparation of MOR schedules | | 1.50 |

|            |               |                                                            | Hours |           |
|------------|---------------|------------------------------------------------------------|-------|-----------|
| 9/29/2023  | T. Anderson   | MOR population of schedules                                | 2.80  |           |
|            | C. Hansen     | Meeting with G. Lee re: MOR                                | 0.80  |           |
|            | C. Hansen     | Continue preparation of MOR                                | 2.30  |           |
|            | D. Greenblatt | Call with D. Greenblatt, W. Weitz and C. Hansen re: MOR's  | 0.40  |           |
|            | W. Weitz      | Call with D. Greenblatt, W. Weitz and C. Hansen re: MOR's  | 0.40  |           |
|            | SUBTOTAL:     |                                                            | [ 45.40 | 21196.00] |

Non-working Travel

|            |              |                                           |         |           |
|------------|--------------|-------------------------------------------|---------|-----------|
| 9/11/2023  | C. Hansen    | Travel time to/from BUR to SFO            | 4.50    |           |
|            | T. Anderson  | Travel to San Francisco                   | 8.30    |           |
| 9/13/2023  | C. Hansen    | Travel time to/from SFO to BUR            | 4.50    |           |
| 9/14/2023  | T. Anderson  | Travel from San Francisco                 | 9.50    |           |
| 9/28/2023  | C. Hansen    | Travel time to/from BUR to SFO to Diocese | 4.00    |           |
|            | T. Anderson  | Travel to San Francisco                   | 9.30    |           |
| 9/29/2023  | C. Hansen    | Travel time to/from SFO to BUR            | 4.50    |           |
|            | T. Anderson  | Travel back from San Francisco            | 5.60    |           |
| 9/30/2023  | T. Anderson  | Travel back from San Francisco            | 5.00    |           |
|            | SUBTOTAL:    |                                           | [ 55.20 | 11777.00] |

GlassRatner Advisory & Capital Group LLC