PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR OMNI AGENT SOLUTIONS, INC. [SEPTEMBER 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Omni Agent Solutions, Inc., (hereinafter "Omni"), administrative agent for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statements for the month of September 2023.

Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Omni on account of the Debtor for the month of September 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1 – September 30, 2023 | $17,402.85 | $0 | $17,402.85 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $13,922.28 | $0 | $13,922.28 |

The itemized billing statement for the fees and costs billed is attached hereto as **Exhibit A**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Omni within 14 days from the date of service of this Statement.

Dated: October 26, 2023

    FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP

    By: */s/ Paul J. Pascuzzi*
    PAUL J. PASCUZZI

    Attorneys for Debtor and Debtor in Possession
    The Roman Catholic Bishop of Santa Rosa

Dated: October 26, 2023

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By: */s/ Ori Katz*
    ORI KATZ
    ALAN H. MARTIN

    Attorneys for The Roman Catholic Archbishop of San Francisco

# Exhibit A

## September 2023 Invoice



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

October 18, 2023

327 -The Roman Catholic Archbishop of San Francisco

**Invoice Number: 12161**
Invoice Period: 09-01-2023 - 09-30-2023

Please reference your Invoice Number on your Remittance

Payment by Wire
Account #:
Account Name: Omni Management Group
ABA/Routing # Wire or ACH:
Bank:

Payment by Check
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

| | |
|---:|---:|
| **Fees** | 19,336.50 |
| **Discount** | (1,933.65) |
| **Total for this Invoice** | 17,402.85 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay** | 17,402.85 |



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

October 18, 2023

327 -The Roman Catholic Archbishop of San Francisco

**Invoice Number: 12161**
Invoice Period: 09-01-2023 - 09-30-2023

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-11-2023 | Sejal Kelly | Correspond with W. Weitz @ BRiley re upcoming schedules and SOFA deadline | 0.20 | 240.00 | 48.00 |
| 09-12-2023 | Brittney Whitaker | Conference call with S. Kelly @ Omni; W. Weitz, @ B Riley re schedules and sofas tracking sheets | 1.10 | 240.00 | 264.00 |
| 09-12-2023 | Sejal Kelly | Conference call with B. Whitaker @ Omni; W. Weitz, @ B Riley re schedules and sofas tracking sheets | 1.10 | 240.00 | 264.00 |
| 09-12-2023 | Brittney Whitaker | Calls with W. Weitz @ B Riley re service list and matrix | 0.20 | 240.00 | 48.00 |
| 09-13-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 1.10 | 240.00 | 264.00 |
| 09-13-2023 | Ashley Stefanovic | Prepare Schedule of Assets and Liabilities | 1.10 | 125.00 | 137.50 |
| 09-14-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.50 | 240.00 | 120.00 |
| 09-14-2023 | Javon Couch | Prepare Statement of Financial Affairs | 1.70 | 170.00 | 289.00 |
| 09-14-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA | 0.60 | 240.00 | 144.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | data files | | | |
| 09-14-2023 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 2.40 | 160.00 | 384.00 |
| 09-14-2023 | Tara Saldajeno | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.30 | 160.00 | 48.00 |
| 09-14-2023 | Tara Saldajeno | Perform quality assurance on Schedules and SOFA data files | 0.70 | 160.00 | 112.00 |
| 09-15-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA data files | 3.30 | 240.00 | 792.00 |
| 09-15-2023 | Brittney Whitaker | Perform quality assurance on Statement of Financial Affairs | 1.40 | 240.00 | 336.00 |
| 09-15-2023 | Ashley Stefanovic | Prepare Statement of Financial Affairs | 0.80 | 125.00 | 100.00 |
| 09-15-2023 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 1.90 | 160.00 | 304.00 |
| 09-15-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re Schedules and SOFAs files | 0.20 | 240.00 | 48.00 |
| 09-15-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: schedules | 0.10 | 190.00 | 19.00 |
| 09-15-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 2.00 | 190.00 | 380.00 |
| 09-15-2023 | Yelena Bederman | Coordinate preparation of load files for schedules | 0.50 | 190.00 | 95.00 |
| 09-15-2023 | Javon Couch | Prepare Statement of Financial Affairs | 1.30 | 170.00 | 221.00 |
| 09-15-2023 | Karen Graves | Perform quality assurance on Schedules and SOFA data files | 0.50 | 145.00 | 72.50 |
| 09-15-2023 | Anthony Roque | Prepare Schedule of Assets and Liabilities | 2.50 | 140.00 | 350.00 |
| 09-15-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 1.60 | 165.00 | 264.00 |
| 09-15-2023 | Lyanne Ramirez | Prepare Schedule of Assets and Liabilities | 1.30 | 135.00 | 175.50 |
| 09-15-2023 | Carrie Hernandez | Perform quality assurance on Schedules and SOFA | 1.10 | 180.00 | 198.00 |

Case: 23-30564    Doc# 244    Filed: 10/26/23    Entered: 10/26/23 13:04:37    Page 6 of 12

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | data files | | | |
| 09-15-2023 | Ada Ferrer | Perform quality assurance on Schedules and SOFA data files | 0.60 | 200.00 | 120.00 |
| 09-16-2023 | Ada Ferrer | Perform quality assurance on Schedules and SOFA data files | 0.80 | 200.00 | 160.00 |
| 09-16-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.20 | 190.00 | 38.00 |
| 09-16-2023 | Yelena Bederman | Prepare schedules & SOFAs drafts | 0.10 | 190.00 | 19.00 |
| 09-16-2023 | Anthony Roque | Prepare Schedule of Assets and Liabilities | 0.40 | 140.00 | 56.00 |
| 09-16-2023 | Lyanne Ramirez | Prepare Statement of Financial Affairs | 1.10 | 135.00 | 148.50 |
| 09-16-2023 | Javon Couch | Prepare Statement of Financial Affairs | 0.70 | 170.00 | 119.00 |
| 09-16-2023 | Ashley Stefanovic | Prepare Statement of Financial Affairs | 0.90 | 125.00 | 112.50 |
| 09-16-2023 | Tara Saldajeno | Prepare Statement of Financial Affairs | 3.40 | 160.00 | 544.00 |
| 09-16-2023 | Brittney Whitaker | Perform quality assurance on Statement of Financial Affairs | 0.60 | 240.00 | 144.00 |
| 09-17-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 3.40 | 240.00 | 816.00 |
| 09-17-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.30 | 190.00 | 57.00 |
| 09-17-2023 | Yelena Bederman | Prepare schedules & SOFAs drafts | 0.10 | 190.00 | 19.00 |
| 09-18-2023 | Sejal Kelly | Call with W. Weitz @ B Riley and B. Whitaker @ Omni re Schedule and SOFAs updates | 0.20 | 240.00 | 48.00 |
| 09-18-2023 | Brittney Whitaker | Call with W. Weitz @ B Riley and S. Kelly @ Omni re Schedule and SOFAs updates | 0.20 | 240.00 | 48.00 |
| 09-18-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.50 | 240.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-18-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA data files | 1.80 | 240.00 | 432.00 |
| 09-19-2023 | Sejal Kelly | Call with W. Weitz @ BR re Schedules and SOFA discussion | 0.10 | 240.00 | 24.00 |
| 09-19-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.70 | 240.00 | 648.00 |
| 09-19-2023 | Sejal Kelly | Review emails/attachments received from client re: updates to schedules and SOFA | 0.60 | 240.00 | 144.00 |
| 09-19-2023 | Sejal Kelly | Review e-mail received and respond to W. Weitz @ BR re updates to schedules and SOFA | 0.40 | 240.00 | 96.00 |
| 09-19-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.80 | 240.00 | 672.00 |
| 09-19-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA data files | 1.40 | 240.00 | 336.00 |
| 09-20-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re (.2) SOFA drafts. (.2) SOFA 7 exhibit | 0.40 | 240.00 | 96.00 |
| 09-20-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re revised exhibits for Schedule F and SOFA 7 | 0.20 | 240.00 | 48.00 |
| 09-20-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.60 | 240.00 | 144.00 |
| 09-20-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 0.80 | 240.00 | 192.00 |
| 09-20-2023 | Brittney Whitaker | Perform quality assurance on Statement of Financial Affairs | 2.20 | 240.00 | 528.00 |
| 09-20-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.70 | 240.00 | 168.00 |
| 09-20-2023 | Brittney Whitaker | Perform quality assurance on Schedules data files | 1.40 | 240.00 | 336.00 |
| 09-20-2023 | Sejal Kelly | Calls with B. Whitaker re Schedule and SOFAs revisions | 1.40 | 240.00 | 336.00 |
| 09-20-2023 | Sejal Kelly | Conference call with B. Whitaker @ Omni; W. Weitz @ B. Riley re Schedules and SOFA page turn | 0.60 | 240.00 | 144.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-20-2023 | Brittney Whitaker | Conference call with S. Kelly @ Omni; W. Weitz @ B. Riley re Schedules and SOFA page turn | 0.60 | 240.00 | 144.00 |
| 09-20-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.00 | 190.00 | 190.00 |
| 09-20-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: drafts | 0.10 | 190.00 | 19.00 |
| 09-20-2023 | Javon Couch | Prepare Statement of Financial Affairs | 1.20 | 170.00 | 204.00 |
| 09-20-2023 | Javon Couch | Prepare Schedule of Assets and Liabilities | 1.30 | 170.00 | 221.00 |
| 09-20-2023 | Ada Ferrer | Perform quality assurance on Schedules and SOFA data files | 2.00 | 200.00 | 400.00 |
| 09-20-2023 | Brittney Whitaker | Calls with S. Kelly re Schedule and SOFAs revisions | 1.40 | 240.00 | 336.00 |
| 09-20-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.10 | 190.00 | 19.00 |
| 09-20-2023 | Yelena Bederman | Prepare schedules and SOFAs drafts | 0.20 | 190.00 | 38.00 |
| 09-20-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker & J. Couch re: schedule H | 0.10 | 190.00 | 19.00 |
| 09-20-2023 | Tara Saldajeno | Prepare Statement of Financial Affairs | 1.50 | 160.00 | 240.00 |
| 09-20-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedule EF | 0.10 | 190.00 | 19.00 |
| 09-20-2023 | Michelle Ignacio | Prepare Schedule AB changes requested to add Headers for Q 76 | 0.50 | 155.00 | 77.50 |
| 09-20-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.30 | 240.00 | 552.00 |
| 09-20-2023 | Lyanne Ramirez | Prepare Statement of Financial Affairs | 0.60 | 135.00 | 81.00 |
| 09-20-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities | 3.60 | 240.00 | 864.00 |
| 09-20-2023 | Sejal Kelly | Prepare Statement of Financial Affairs | 2.40 | 240.00 | 576.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-20-2023 | Brittney Whitaker | Calls with W. Weitz @ B Riley re revisions to Schedules and SOFAs | 0.60 | 240.00 | 144.00 |
| 09-21-2023 | Javon Couch | Review SOAL & SOFA exhibits and load to ShareVault | 0.20 | 170.00 | 34.00 |
| 09-21-2023 | Brittney Whitaker | Calls with S. Kelly re Schedule and SOFAs revisions | 0.40 | 240.00 | 96.00 |
| 09-21-2023 | Sejal Kelly | Calls with W Weitz @ BR re updates to schedules and SOFA | 0.20 | 240.00 | 48.00 |
| 09-21-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 6.20 | 240.00 | 1,488.00 |
| 09-21-2023 | Sejal Kelly | Calls with W. Weitz @ BR re changes to schedules and status updates | 1.10 | 240.00 | 264.00 |
| 09-21-2023 | Tara Saldajeno | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.80 | 160.00 | 128.00 |
| 09-21-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: signature pages | 0.10 | 190.00 | 19.00 |
| 09-21-2023 | Yelena Bederman | Prepare signature pages | 0.10 | 190.00 | 19.00 |
| 09-21-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedule F exhibit | 0.10 | 190.00 | 19.00 |
| 09-21-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.50 | 190.00 | 95.00 |
| 09-21-2023 | Michelle Ignacio | Prepare SofA & Schedule EF changes requested | 0.70 | 155.00 | 108.50 |
| 09-21-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: unredacted schedules | 0.10 | 190.00 | 19.00 |
| 09-21-2023 | Yelena Bederman | Prepare unredacted version of schedules | 0.30 | 190.00 | 57.00 |
| 09-21-2023 | Brittney Whitaker | Perform quality assurance on Statement of Financial Affairs | 0.50 | 240.00 | 120.00 |
| 09-21-2023 | Sejal Kelly | Calls with B. Whitaker re Schedule and SOFAs revisions | 0.40 | 240.00 | 96.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-22-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 0.80 | 240.00 | 192.00 |
|  |  | Total |  |  | 19,336.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Ada Ferrer | 3.40 | 200.00 | 680.00 |
| Anthony Roque | 2.90 | 140.00 | 406.00 |
| Ashley Stefanovic | 2.80 | 125.00 | 350.00 |
| Brittney Whitaker | 20.40 | 240.00 | 4,896.00 |
| Carrie Hernandez | 1.10 | 180.00 | 198.00 |
| Javon Couch | 6.40 | 170.00 | 1,088.00 |
| Karen Graves | 0.50 | 145.00 | 72.50 |
| Luis Solorzano | 6.40 | 240.00 | 1,536.00 |
| Lyanne Ramirez | 3.00 | 135.00 | 405.00 |
| Michelle Ignacio | 1.20 | 155.00 | 186.00 |
| Noah Hurst | 1.60 | 165.00 | 264.00 |
| Sejal Kelly | 26.40 | 240.00 | 6,336.00 |
| Tara Saldajeno | 11.00 | 160.00 | 1,760.00 |
| Yelena Bederman | 6.10 | 190.00 | 1,159.00 |
| Total |  |  | 19,336.50 |

|  |  |
|---|---|
| Subtotal for this Invoice | 19,336.50 |
| Discount | (1,933.65) |
| Total for this Invoice | 17,402.85 |
| Previous Balance | 0.00 |
| **Total Amount to Pay** | **17,402.85** |

327 -The Roman Catholic Archbishop of San Francisco

October 18, 2023

**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Invoice Number: 12161**
Invoice Period: 09-01-2023 - 09-30-2023

## REMITTANCE COPY

**RE: Schedules & SOFAs**
Schedules & SOFAs

| | |
|---|---:|
| **Fees** | 19,336.50 |
| **Discount** | (1,933.65) |
| **Total for this Invoice** | 17,402.85 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay** | 17,402.85 |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---:|---|---:|
| 10-18-2023 | Invoice 12161 | Schedules & SOFAs | 17,402.85 | | 17,402.85 |
| | | | | **Balance** | **17,402.85** |