PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
Email:  ppascuzzi@ffwplaw.com
         jrios@ffwplaw.com
         tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  okatz@sheppardmullin.com
         amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-10113<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINSTEIN & NUMBERS LLP [AUGUST AND SEPTEMBER 2023]**<br><br>[NO HEARING REQUIRED] |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Weinstein & Numbers LLP, (hereinafter "Weinstein"), insurance counsel for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the months

-1-

of August and September 2023 ("Fee Period").  Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weinstein on account of the Debtor for the months of August and September 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 21 through August 3, 2023 | $8,698.50 | $48.57 | $8,747.07 |
| September 1 – September 30, 2023 | $17,294.50 | $0.00 | $17,294.50 |
| **TOTAL** | **$25,993.00** | **$48.57** | **$26,041.57** |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $20,794.40 | $48.57 | $20,842.97 |

Attached hereto *Exhibit A* is a summary of Weinstein's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weinstein professional during the Fee Period.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit D*, are records of Weinstein's fees incurred during the period of August and September 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weinstein

-2-

WEINSTEIN MONTHLY PROFESSIONAL FEE STATEMENT FOR AUGUST AND SEPTEMBER 2023

Case: 23-30564    Doc# 245    Filed: 10/26/23    Entered: 10/26/23 13:08:47    Page 2 of 15

| | |
|---|---|
| 1 | within 14 days from the date of service of this Statement. |
| 2 | Dated: October 26, 2023 |

                    FELDERSTEIN FITZGERALD
                    WILLOUGHBY PASCUZZI & RIOS LLP

                    By:   */s/ Paul J. Pascuzzi*
                           PAUL J. PASCUZZI

                    Attorneys for Debtor and Debtor in Possession
                    The Roman Catholic Bishop of Santa Rosa

Dated: October 26, 2023        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By:   */s/ Ori Katz*
                           ORI KATZ
                           ALAN H. MARTIN

                    Attorneys for The Roman Catholic Archbishop of
                    San Francisco

# Exhibit A

**Compensation by Professional Person for Hourly Services
for the Fee Period of
<u>August 21, 2023 through September 30, 2023</u>**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $425.00 | 12.40 | $5,270.00 |
| Adison Marshall | | $350.00 | 3.90 | $1,365.00 |
| Barron L. Weinstein | Managing Partner | $625.00 | 7.10 | $4,437.50 |
| Brian Carolus | Legal Assistant/Paralegal | $210.00 | 22.10 | $4,641.00 |
| Robert Patterson | Legal Assistant/Paralegal | $315.00 | 29.90 | $9,418.50 |
| Chuck Yeo | Legal Assistant | $210.00 | 4.10 | $861.00 |
| **TOTAL** | | | **79.50** | **$25,993.00** |

# Exhibit B

## Summary of Compensation by Project Category

### Compensation by Project Category for Hourly Services for the Fee Period of August 21, 2023 through September 30, 2023

### Bankruptcy Categories

| Description | Hours | Amount |
| --- | ---: | ---: |
| Employment Application | 7.60 | $3,297.50 |
| **TOTAL** | **7.60** | **$3,297.50** |

### Litigation

| Litigation (Abuse Claims) | Hours | Amount |
| --- | ---: | ---: |
| **TOTAL** | **71.90** | **$22,695.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Filing/Service Fee | $48.57 |
| **TOTAL** | **$48.57** |

**Exhibit D**

**Weinstein Invoices**

-7-
WEINSTEIN MONTHLY PROFESSIONAL FEE STATEMENT FOR AUGUST AND SEPTEMBER 2023

# Weinstein & Numbers, LLP
*Attorneys at Law*

INVOICE # 33721
Date: 08/31/2023

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 08/21/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review files and prepare correspondence regarding bankruptcy filing (35 min); telephone conferences regarding carrier request for waiver of conflict (30 min). | 1.10 | $687.50 |
| 08/21/2023 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review complaints and related claim documents filed for multiple claimants (.2); update file regarding same (.1); review file and prepare materials for filing of stay (.3). | 0.60 | $126.00 |
| 08/21/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from counsel for carrier concerning bankruptcy (.1) analyze correspondence from carriers re claims (.4) prepare correspondence and documents for carriers concerning bellwether cases (.2) review of voluntary bankruptcy petition and discuss with Weinstein (.1) | 0.80 | $340.00 |
| 08/21/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Prepare draft notice of stay regarding bankruptcy proceedings for filing in Chubb v. RCASF action (1.0). | 1.00 | $350.00 |
| 08/21/2023 | CDY | Employment Application: Conflicts check regarding bankruptcy proceeding (.6); review file and send memo re final, fully-executed conflict waiver (.2). | 0.80 | $168.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/22/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review file regarding bankruptcy stay; finalize Notice of Stay for coverage action. | 0.50 | $312.50 |
| 08/22/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Prepare correspondence regarding insufficient disk space in system to file carrier correspondence. | 0.20 | $42.00 |
| 08/22/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze draft notice of stay and notice filed in JCCP 5108 (0.3); revise draft notice (0.3); coordinate filing of notice with CY (0.3). | 0.90 | $315.00 |
| 08/23/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Telephone conference with counsel regarding strategy for settlement discussions (10 min); review and prepare correspondence regarding Chubb coverage litigation (10 min). | 0.40 | $250.00 |
| 08/23/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new correspondences and claim number received prepare correspondences regarding the same. | 0.70 | $147.00 |
| 08/23/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings and coverage chart (0.2); review, analyze, and revise tender/notice correspondence to carriers (0.3); finalize tender letters and send to carriers (0.2). | 0.70 | $245.00 |
| 08/23/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze defense counsel invoices submitted to client for payment for July 2023 (1.1); prepare updates to reimbursement spreadsheet with new invoice information (.7). | 1.80 | $567.00 |
| 08/24/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new correspondences and tenders and prepare correspondences regarding the same (.2). Update tender matrix claimant entry and tender matrix table of contents, update coverage chart claimant entry, and prepare correspondence regarding all (.2). | 0.50 | $105.00 |
| 08/24/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and prepare correspondence regarding carrier's reimbursement of past fees and costs. | 0.30 | $187.50 |
| 08/25/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and file, chart new carrier correspondence to 103 claimants and prepare correspondence regarding the same. | 2.80 | $588.00 |
| 08/28/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and prepare correspondence with insurance adjuster regarding tender with request for information. | 0.20 | $85.00 |
| 08/28/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze notice of stay and clerk's email, and confer with CY regarding refiling of notice of stay (0.2). | 0.20 | $70.00 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 08/29/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart correspondences and prepare correspondences regarding the same. | 0.50 | $105.00 |
| 08/29/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze notice of adoption forms for multiple claimants and prepare correspondence to carriers (.4) review of correspondence from defense counsel regarding coverage and requests for information concerning 11 claims (.2) analyze five claims and prepare correspondence to defense counsel (.3) analyze coverage letter from carrier and prepare correspondence to carrier regarding coverage position (.2) review of correspondence from defense counsel re coverage (.2) | 1.30 | $552.50 |
| 08/29/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze defense counsel invoices submitted to client for payment (2.3); prepare updates to reimbursement spreadsheet with new invoice information (1.4). | 3.70 | $1,165.50 |
| 08/30/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart carrier correspondence and prepare correspondence regarding the same. | 0.20 | $42.00 |
| 08/30/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart correspondences and new tender and update tender matrix carrier data and update tender matrix to reflect new data provided in tender and prepare correspondences regarding all. | 0.30 | $63.00 |
| 08/30/2023 | BLW | Employment Application: Review and revise draft application for employment; | 2.00 | $1,250.00 |
| 08/30/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review various correspondence from defense counsel regarding insurer reimbursement for fees and costs (.3) review of correspondence from defense counsel regarding coverage by multiple carriers for claims and claims with shared coverage (.2) analyze file regarding overlapping policy periods (.3) prepare response to defense counsel re claims with overlapping policy periods and coverage position of carriers (.5) evaluate potential coverage for claimant and prepare correspondence to adjuster regarding adoption of master complaint (.3) analyze new fact sheet from claimant and evaluate scope of claim (.2) analyze potential additional coverage for claim and prepare new tender letter to carrier (.4). | 2.20 | $935.00 |
| | | **Services Subtotal** | | **$8,698.50** |

| Current Services | | Total |
|---|---|---|
| 08/22/2023 | Filing fees and service fees regarding Notice of Stay for Century Indemnity et al. v. RCASF action. | $48.57 |
| | **Expenses Subtotal** | **$48.57** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Kevin Cifarelli | 4.5 | $425.00 | $1,912.50 |
| Adison Marshall | 2.8 | $350.00 | $980.00 |
| Barry Weinstein | 4.3 | $625.00 | $2,687.50 |
| Brian Carolus | 5.2 | $210.00 | $1,092.00 |
| Bob Patterson | 5.5 | $315.00 | $1,732.50 |
| Chuck Yeo | 1.4 | $210.00 | $294.00 |
| | | **Subtotal** | **$8,747.07** |
| | | **Total This Invoice** | **$8,747.07** |

# Weinstein & Numbers, LLP
### Attorneys at Law
INVOICE # 33725
Date: 09/30/2023

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 09/01/2023 | BLW | Employment Application: Prepare application for employment in bankruptcy proceedings and related documents. | 1.40 | $875.00 |
| 09/01/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze defense counsel invoices submitted to client for payment (2.2); prepare updates to reimbursement spreadsheet with new invoice information (.9). | 3.10 | $976.50 |
| 09/01/2023 | CDY | Employment Application: File review regarding bankruptcy application (.2); drafting of application (.6); review and check extensive list for conflicts of interest (1.6). | 2.20 | $462.00 |
| 09/02/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze defense counsel invoices submitted to client for payment (1.1); prepare updates to reimbursement spreadsheet with new invoice information (.6). | 1.70 | $535.50 |
| 09/03/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and prepare correspondence regarding bankruptcy issues. | 0.50 | $312.50 |
| 09/04/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (1.8); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (.9). | 2.70 | $850.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/2023 | BLW | Employment Application: Review and prepare correspondence regarding application for employment as debtor's insurance counsel (20 min); finalize application and declaration for filing (10 min); telephone conference with counsel regarding same (10 min). | 0.70 | $437.50 |
| 09/08/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (1.7); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (1.4). | 3.10 | $976.50 |
| 09/09/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (1.4); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (.7). | 2.10 | $661.50 |
| 09/10/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (.6); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (.7). | 1.30 | $409.50 |
| 09/12/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of three letters from excess carrier concerning coverage and requests for information (.9) review of file and prepare response to carrier request for information. (.5) | 1.40 | $595.00 |
| 09/13/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from counsel regarding litigation. | 0.10 | $42.50 |
| 09/14/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondences received. | 0.40 | $84.00 |
| 09/14/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze four coverage letters from carrier in response to tenders, evaluate requests for information and prepare responses. | 0.60 | $255.00 |
| 09/15/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence received. | 0.20 | $42.00 |
| 09/18/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Conference meeting regarding upcoming mediation, Tender Reconciliation List, tender matrix entries, and claimants for whom pleadings are currently missing (.75). Prepare a list of claimants for whom pleadings are currently missing from our system records (.4). Review new claimant excel matrix chart received and expand out 528 compressed rows for visibility (.4). | 1.60 | $336.00 |
| 09/18/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Conduct file review of 78 claims to determine pleadings and discovery served by claimants (2.7); prepare memorandum regarding claims (.5). | 3.20 | $1,360.00 |
| 09/18/2023 | CDY | Employment Application: File review and analysis regarding data on application for employment. | 0.50 | $105.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new claimant excel matrix chart received and expand 528 compressed rows for visibility (.5). Review new claimant excel matrix and merge duplicate claimant folders and update claimant folder titles and update tender matrix entries and tender matrix table of contents and update coverage chart entries and create new claimant folders and create new tender matrix claimant entries and create new coverage chart claimant entries (2.6). | 3.20 | $672.00 |
| 09/19/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Telephone conference with Paul Gaspari and review correspondence regarding possible retention of expert. | 0.20 | $125.00 |
| 09/21/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate large collection of claimant documents into network system folders (2.7); prepare comprehensive spreadsheet, identifying. missing pleadings, documents, and other data related to each claimant (1.6). | 4.30 | $1,354.50 |
| 09/23/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (1.7); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (2.1). | 3.80 | $1,197.00 |
| 09/25/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from excess carrier's adjuster re coverage issues raised, and request for information by carrier. | 0.60 | $255.00 |
| 09/25/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of multiple letters from carrier and analyze coverage position and respond to request for information. | 0.60 | $255.00 |
| 09/27/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and incorporate additional plaintiff fact sheets and notices of adoption into claimant folders. | 2.30 | $724.50 |
| 09/27/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze three separate reservation of rights letters from carriers regarding coverage position with requests for informations (.9) prepare responses to request for information to carrier (.5) | 1.40 | $595.00 |
| 09/28/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and file new carrier correspondences. | 0.60 | $126.00 |
| 09/29/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new plaintiff excel matrix and update claimant folder titles (1.1); update tender matrix entries and tender matrix table of contents (.7); update coverage chart entries and create new claimant folders (1.2); create new tender matrix claimant entries and create new coverage chart claimant entries (.4). | 3.40 | $714.00 |
| 09/29/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze Weintraub Tobin claims list (.5); review and analyze our claims list and update to reflect | 1.10 | $385.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | date and carrier correspondence (.4); review and analyze carrier correspondence and pleadings to update claims list chart (.2). | | |
| 09/30/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new plaintiff excel matrix and merge duplicate claimants and update claimant folder titles (2.5); update tender matrix entries and tender matrix table of contents (.5); update coverage chart entries and create new claimant folders (2.7): and create new tender matrix claimant entries and create new coverage chart claimant entries (1.8). | 7.50 | $1,575.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 7.9 | $425.00 | $3,357.50 |
| Adison Marshall | 1.1 | $350.00 | $385.00 |
| Barry Weinstein | 2.8 | $625.00 | $1,750.00 |
| Brian Carolus | 16.9 | $210.00 | $3,549.00 |
| Bob Patterson | 24.4 | $315.00 | $7,686.00 |
| Chuck Yeo | 2.7 | $210.00 | $567.00 |
| | | Subtotal | $17,294.50 |
| | | Total This Invoice | $17,294.50 |