1   PAUL J. PASCUZZI, State Bar No. 148810
    JASON E. RIOS, State Bar No. 190086
2   THOMAS R. PHINNEY, State Bar No. 159435
    FELDERSTEIN FITZGERALD
3     WILLOUGHBY PASCUZZI & RIOS LLP
    500 Capitol Mall, Suite 2250
4   Sacramento, CA  95814
    Telephone:    (916) 329-7400
5   Facsimile:    (916) 329-7435
    Email:        ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
7

8   ORI KATZ, State Bar No. 209561
    ALAN H. MARTIN, State Bar No. 132301
9   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
10     Including Professional Corporations
    Four Embarcadero Center, 17th Floor
11  San Francisco, California 94111-4109
    Telephone:    (415) 434-9100
12  Facsimile:    (415) 434-3947
    Email:        okatz@sheppardmullin.com
13                amartin@sheppardmullin.com

14  Attorneys for The Roman Catholic Archbishop of
    San Francisco

15              UNITED STATES BANKRUPTCY COURT

16      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18  In re                                  Case No. 23-30564

19  THE ROMAN CATHOLIC ARCHBISHOP          Chapter 11
    OF SAN FRANCISCO,
20                                         **MONTHLY PROFESSIONAL FEE
            Debtor and                     STATEMENT FOR WEINTRAUB TOBIN
21          Debtor in Possession.          [AUGUST & SEPTEMBER 2023]**

22

23

24  **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

25          **NOTICE IS HEREBY GIVEN** that Weintraub Tobin Chediak Coleman Grodin, Law

26  Corporation, (hereinafter "WT"), special corporation and litigation attorneys for Debtor and Debtor

27  in Possession The Roman Catholic Bishop of Santa Rosa, hereby files its Monthly Professional Fee

28  Statement for the months of August and September 2023.  Pursuant to the Order Establishing

Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by WT on account of the Debtor for the months of August and September 2023 are as follows:

| Period | Fees | Expenses | Total |
|--------|------|----------|-------|
| August 21, 2023 – September 30, 2023 | $16,817.50 | $17,900.65 | $34,718.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $13,454.00 | $17,900.65 | $31,354.65 |

Attached hereto **Exhibit A** is a summary of WT's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each WT professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of WT's fees incurred during the period August 21, 2023 through August 31, 2023 and September 1, 2023 through September 30, 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon WT within

///
///
///
///

14 days from the date of service of this Statement.

Dated: October 26, 2023

                                    FELDERSTEIN FITZGERALD
                                    WILLOUGHBY PASCUZZI & RIOS LLP

                                    By:/s/ Paul J. Pascuzzi
                                        PAUL J. PASCUZZI

                                    Attorneys for Debtor and Debtor in Possession
                                    The Roman Catholic Bishop of Santa Rosa

Dated: October 26, 2023          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                    By:    /s/ Ori Katz
                                           ORI KATZ
                                           ALAN H. MARTIN

                                    Attorneys for The Roman Catholic Archbishop of
                                    San Francisco

Case No. 23-30564
MONTHLY FEE STATEMENT
AUGUST & SEPTEMBER 2023

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period from August 21, 2023 through August 31, 2023 and
September 1, 2023 through September 30, 2023**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Paul E. Gaspari | Shareholder | $575.00 | 16.40 | $9,430.00 |
| Daniel C. Zamora | Shareholder | $475.00 | 10.50 | $4,792.50 |
| Gary D. Rothstein | Of Counsel | $605.00 | .30 | $181.50 |
| Benjamin J. Lewis | Associate | $415.00 | 3.30 | $1,369.50 |
| Judith Janney | Paralegal | $240.00 | 3.60 | $864.00 |
| Brian Gonzaga | Paralegal | $225.00 | .80 | $180.00 |
| **TOTAL** | | | **34.9** | **$16,817.50** |

**Exhibit B**

**Summary of Compensation by Project Category**

**Compensation by Project Category for Hourly Services**
**for the Period from August 21, 2023 through August 31, 2023 and**
**September 1, 2023 through September 30, 2023**

**General Categories**

| Description | Hours | Amount |
|---|---|---|
| Business Operation | 2.60 | $1,170.00 |
| Fact Development/Appearance | 5.20 | $2,340.00 |
| **TOTAL** | **7.80** | **$3,510.00** |

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Meeting of Creditors | 7.70 | $4,377.50 |
| Fee/Employment Applications | .20 | $115.00 |
| Other Contested Matters | 6.00 | $3,350.00 |
| Business Operation | 2.20 | $1,184.00 |
| Claims | 1.00 | $545.00 |
| Plan/Disclosure Statement | .40 | $230.00 |
| Analysis/Strategy | .50 | $287.50 |
| Expert Witness/Discovery | 1.40 | $805.00 |
| **TOTAL** | **19.40** | **$10,894.00** |

**Litigation**

| Litigation | Hours | Amount |
|---|---|---|
| **TOTAL** | **7.70** | **$2,413.50** |

-5-

Case No. 23-30564

SMRH:4865-5682-4820.3

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Court Fees | $11,758.31 |
| Delivery/Messenger | $4,638.00 |
| Document Management | $1,017.34 |
| Other | $487.00 |
| **TOTAL** | **$17,900.65** |

**Exhibit D**

**WT Invoices**

SMRH:4885-6682-4820.3



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

October 11, 2023
Client:            150363

For Professional Services Rendered Through September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000000 | General matters | 98467540 | $3,510.00 | $0.00 | $3,510.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,987.00 |
| Current Charges | $3,510.00 |
| Less Retainer Applied | $3,987.00 |
| **Balance Due:** | **$3,510.00** |

| | |
|---|---|
| **Retainer Balance** | **$209,511.48** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Case: 23-30564    Doc# 246    Filed: 10/26/23    Entered: 10/26/23 13:12:00    Page 8 of
91



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

October 11, 2023
Client:            150363
Matter:            000000
Invoice #:      98467540

Page:                      1

RE:  General matters

For Professional Services Rendered Through September 30, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/22/2023 | DCZ | Drafting outline for preparation of Msgr. Vergara and Fr. Quito for criminal testimony. [B200 - B210](0.90) | 0.90 | $405.00 |
| 8/22/2023 | DCZ | Meeting with Msgr. Vergara and Fr. Quito to prepare for trial testimony preparation. [L110 - A109](5.20) | 5.20 | $2,340.00 |
| 8/22/2023 | DCZ | Phone call with Paula Carney regarding result of trial preparation meeting with Msgr. Vergara and Fr. Quito. [B200 - B210](0.30) | 0.30 | $135.00 |
| 8/23/2023 | DCZ | Drafting correspondence to District Attorney regarding testimony of Msgr. Vergara and Fr. Quito. [B200 - B210](0.30) | 0.30 | $135.00 |
| 8/23/2023 | DCZ | Phone call with Msgr. Vergara regarding criminal trial testimony. [B200 - B210](0.20) | 0.20 | $90.00 |
| 8/24/2023 | DCZ | Drafted correspondence to District Attorney regarding criminal testimony of Msgr. Vergara and Fr. Quito. [B200 - B210](0.30) | 0.30 | $135.00 |
| 8/24/2023 | DCZ | Phone call with Msgr. Vergara regarding scheduling of testimony at criminal trial. [B200 - B210](0.20) | 0.20 | $90.00 |
| 8/29/2023 | DCZ | Memos to District Attorney regarding continued trial date and criminal testimony of Msgr. Vergara and Fr. Quito. [B200 - B210](0.40) | 0.40 | $180.00 |
| | | Total Services | 7.80 | $3,510.00 |

The Archdiocese of San Francisco
RE: General matters

October 11, 2023
Client: 150363
Matter: 000000
Invoice #: 98467540

Page: 2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 7.80 | $450.00 | $3,510.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $951,153.00 | Previous Balance | $3,987.00 |
| Total Disbursements to Date: | $31,685.80 | Current Charges | $3,510.00 |
| Total to Date: | $982,838.80 | Less Retainer Applied | $3,987.00 |
| | | **Balance Due** | **$3,510.00** |

**Retainer Balance** **$209,511.48**

| Task | Description | Hours | Amount |
|---|---|---|---|
| B200 | Business Operations | 2.60 | $1,170.00 |
| E100 | Delivery/Messenger | 0.00 | $0.00 |
| L110 | Fact Investigation/Development - Appear For/Atter | 5.20 | $2,340.00 |
| | **Total Hours** | **7.80** | |
| | **Total Fees:** | | **$3,510.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

October 11, 2023
Client:       150363

For Professional Services Rendered Through September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98467541 | $10,894.00 | $0.00 | $10,894.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $10,894.00 |
| **Balance Due:** | **$10,894.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

October 11, 2023
Client:      150363
Matter:      900036
Invoice #:   98467541

Page:        1

RE: Bankruptcy

For Professional Services Rendered Through September 30, 2023

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/23/2023 | DCZ | Conference call with all diocesan counsel regarding diocesan issues. [B200 - B210](0.60) | 0.60 | $285.00 |
| 8/23/2023 | PEG | Call with Jeff Anderson regarding approach to carriers. [B100 - B150](0.30) | 0.30 | $172.50 |
| 8/23/2023 | PEG | Call with Ed Zawitoski regarding settlement overview. [B200 - B210](0.30) | 0.30 | $172.50 |
| 8/23/2023 | PEG | 1st day motions hearing preparation meeting. [B100 - B190](0.40) | 0.40 | $230.00 |
| 8/23/2023 | PEG | Review initial order from Judge Montali. [B100 - B190](0.30) | 0.30 | $172.50 |
| 8/24/2023 | PEG | Appearance at 1st day motions hearing. [B100 - B190](1.50) | 1.50 | $862.50 |
| 8/24/2023 | PEG | Follow up call with Pascuzzi and clients regarding hearing. [B100 - B190](0.60) | 0.60 | $345.00 |
| 8/25/2023 | PEG | Exchange with Alan Martin regarding number of Fact Sheets actually received to date. [B300 - B310](0.20) | 0.20 | $115.00 |
| 8/25/2023 | PEG | Exchange with Paul Pascuzzi and Alan Martin re potential for expert retention; review CV. [L420 - A107](0.30) | 0.30 | $172.50 |
| 8/28/2023 | PEG | Exchanges with Paul Pascuzzi regarding certificates of merit and automatic stay. [B100 - B190](0.30) | 0.30 | $172.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 11, 2023
Client:      150363
Matter:      900036
Invoice #:   98467541

Page:         2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 8/29/2023 | PEG | Multiple emails with Paula Carney regarding KQED radio presentation on Chapter 11 proceeding. [B200 - B210](0.30) | 0.30 | $172.50 |
| 8/30/2023 | DCZ | Phone call with Paul Pascuzzi discussing stipulating to relief from stay for certificate of merit execution. [B100 - B190](0.40) | 0.40 | $190.00 |
| 8/30/2023 | DCZ | Conference call with other counsel regarding stipulating to relief from stay for certificate of merit review. [B100 - B190](0.60) | 0.60 | $285.00 |
| 8/30/2023 | PEG | Call with Diocesan defense counsel regarding strategies in 5108. [L120 - A107](0.50) | 0.50 | $287.50 |
| 8/30/2023 | PEG | Call with Pascuzzi regarding certificate of merit processing and the automatic stay. [B100 - B190](0.30) | 0.30 | $172.50 |
| 8/30/2023 | PEG | Conference call with counsel for Oakland regarding certificate of merit process and automatic stay. [B100 - B190](0.50) | 0.50 | $287.50 |
| 8/31/2023 | PEG | Call with Paula Carney regarding automatic stay issues. [B100 - B190](0.30) | 0.30 | $172.50 |
| 8/31/2023 | PEG | Review Camden decision regarding plan confirmation; exchanges with Pascuzzi and Martin. [B300 - B320](0.40) | 0.40 | $230.00 |
| 8/31/2023 | PEG | Exchange with Pascuzzi regarding fees. [B100 - B160](0.20) | 0.20 | $115.00 |
| 9/1/2023 | PEG | Exchange with Pascuzzi regarding selection of creditors committee. [B100 - B150](0.30) | 0.30 | $172.50 |
| 9/5/2023 | DCZ | Drafted email to San Mateo District Attorney about criminal trial testimony. [B200 - B210](0.30) | 0.30 | $142.50 |
| 9/12/2023 | GDR | ( ) Review correspondence regarding unclaimed T Rowe Price ERA Fund; prepare email to Paula Carney regarding same. [B200 - B210](0.30) | 0.30 | $181.50 |
| 9/18/2023 | DCZ | Phone call with Thomas Phinney regarding unknown claimants fund. [B300 - B310](0.30) | 0.30 | $142.50 |
| 9/18/2023 | PEG | Call with Tom Phinney regarding future claims rep. [B300 - B310](0.30) | 0.30 | $172.50 |
| 9/18/2023 | PEG | Review of memorandum from Pascuzzi regarding 341 hearing. [B100 - B150](0.20) | 0.20 | $115.00 |
| 9/18/2023 | PEG | Conference call with Paul Pascuzzi, Alan Martin and financial advisor regarding valuations. [L420 - A107](0.80) | 0.80 | $460.00 |
| 9/19/2023 | PEG | Follow up call with Weinstein regarding potential experts. [L420 - A107](0.30) | 0.30 | $172.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 11, 2023
Client:       150363
Matter:       900036
Invoice #:    98467541

Page:            3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 9/19/2023 | PEG | Further exchange with Phinney regarding future claims. [B300 - B310](0.20) | 0.20 | $115.00 |
| 9/20/2023 | PEG | Telephone call with Alan Martin regarding upcoming 341 hearing. [B100 - B150](0.30) | 0.30 | $172.50 |
| 9/20/2023 | PEG | Call with Paul Pascuzzi regarding 341 hearing. [B100 - B150](0.30) | 0.30 | $172.50 |
| 9/25/2023 | DCZ | Drafting correspondence to Paula Carney summarizing settlements during past year. [B100 - B150](0.50) | 0.50 | $237.50 |
| 9/26/2023 | PEG | Call from Pascuzzi regarding 341 hearing. [B100 - B150](0.20) | 0.20 | $115.00 |
| 9/26/2023 | PEG | Call with Paula Carney regarding 341 hearing preparation. [B100 - B150](0.30) | 0.30 | $172.50 |
| 9/27/2023 | PEG | Call with Archbishop, Fr. Sommerhays, Joe Passarello, Paula Carney and Paul Pascuzzi regarding 341 hearing. [B100 - B150](1.40) | 1.40 | $805.00 |
| 9/27/2023 | PEG | Preparation of edits to public statements. [B200 - B210](0.40) | 0.40 | $230.00 |
| 9/28/2023 | PEG | Pre- hearing meeting with Fr. Summerhays, Joe Passarello and Paul Pascuzzi. [B100 - B190](0.80) | 0.80 | $460.00 |
| 9/28/2023 | PEG | Attend 341 hearing. [B100 - B150](2.70) | 2.70 | $1,552.50 |
| 9/28/2023 | PEG | Post-hearing meeting with clients. [B100 - B150](1.00) | 1.00 | $575.00 |
| 9/29/2023 | PEG | Review of email from Pascuzzi confirming continuation of 341 hearing. [B100 - B150](0.20) | 0.20 | $115.00 |
| | | Total Services | 19.40 | $10,894.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|---------------|-------------|-------|---------|------------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 16 4 16.70 | $575.00 | $9,602.50 9430 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.70 | $475.00 | $1,282.50 |
| GDR | Gary D. Rothstein | OF COUNSEL | 0.30 | $605.00 | $181.50 |

19 4                    10,894.-

| | |
|---|---|
| Total Fees to Date: | $10,894.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $10,894.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 11, 2023
Client:      150363
Matter:      900036
Invoice #:   98467541

Page:        4

| Current Charges | $10,894.00 |
| Balance Due | $10,894.00 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Meetings of and Communications with Creditors | 7.70 | $4,377.50 |
| B100 | Fee/Employment Applications | 0.20 | $115.00 |
| B100 | Other Contested Matters (excluding assumption/re | 6.00 | $3,350.00 |
| B200 | Business Operations | 2.20 | $1,184.00 |
| B300 | Claims Administration and Objections | 1.00 | $545.00 |
| B300 | Plan and Disclosure Statement (including Business | 0.40 | $230.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.50 | $287.50 |
| L420 | Expert Witnesses - Communicate/Other Counsel | 1.70 | $805.00 |
| | Total Hours | 19.40 | |

Total Fees:  $10,894.00

# weintraub | tobin
### weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

| Matter # | | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| 000390 | | Archdiocese of San Francisco | 98467224 | $60.00 | $1,099.54 | $1,159.54 |

| | |
|---|---|
| Previous Balance | $1,795.94 |
| Current Charges | $1,159.54 |
| Less Retainer Applied | $1,795.94 |
| **Balance Due:** | **$1,159.54** |

| | |
|---|---|
| **Retainer Balance** | **$965.94** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:           150363
Matter:           000390
Invoice #:        98467224

Page:                    1

RE:     ███████  v. Archdiocese of San Francisco

For Professional Services Rendered Through September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/29/2023 | JJAN | Process records received from Array: Kaiser Permanente; Ralph's Grocery Company; San Jose City College; Teamsters Union Local 572. [L110 - A110](0.25) | 0.25 | $60.00 |
| | | Total Services | 0.25 | $60.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| JJAN | Judith Janney | PARALEGAL | 0.25 | $240.00 | $60.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/29/2023 | One Legal, LLC- Filing fee- Filing, Notice/Proof of Service, San Francisco County Superior Court [E100 - E112] | $12.95 |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

October 11, 2023
Client:        150363
Matter:        000390
Invoice #:    98467224

Page:          2

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/29/2023 | OnDemand Legal, Inc- Filing fee- Filing, Defendant's Notice of Motion and Motion to Bifurcate Trial/Defendant's Motion in Limine No. 1: to Prohibit Mention of Defendant's Wealth or Profits; Defendant's Memorandum of Points and Authorities in Support of Motion to Bifurcate Trial; Request for Judicial Notice and Defendant's Motion to Bifurcate Trial, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $530.04 |
| 8/29/2023 | OnDemand Legal, Inc- Filing fee- Filing, Defendant's Motion in Limine No. 2 - 3/Declaration of Zachary Smith in Support of Defendant's Motions in Limine/Proof of Service, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $303.00 |
| 8/29/2023 | OnDemand Legal, Inc- Filing fee- Filing, Proof of Service/Answer to Second Amended Notice of Adoption of the Master Complaint, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $91.55 |
| 9/5/2023 | Case Anywhere LLC- Service- Document service fee [E100 - E124] | $162.00 |

| | | |
|---|---|---|
| | Total Expenses | $1,099.54 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $159,374.00 | Previous Balance | $1,795.94 |
| Total Disbursements to Date: | $35,837.22 | Current Charges | $1,159.54 |
| Total to Date: | $195,211.22 | Less Retainer Applied | $1,795.94 |
| | | **Balance Due** | **$1,159.54** |

| | |
|---|---|
| Retainer Balance | $965.94 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $937.54 |
| E100 | Other | 0.00 | $162.00 |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

October 11, 2023
Client: 150363
Matter: 000390
Invoice #: 98467224

Page: 3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Manage Data/Fil | 0.25 | $60.00 |
| | Total Hours | 0.25 | |
| | Total Fees: | | $60.00 |



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | | Invoice # | Fees | Expenses | Total |
|----------|-------------|--|-----------|------|----------|-------|
| 000398 | ██████████████████ | v. Doe 1, et al. | 98467207 | $540.00 | $133.00 | $673.00 |

Account Summary

| | |
|--|--|
| Previous Balance | $1,069.50 |
| Current Charges | $673.00 |
| Less Payments | $1,069.50 |
| **Balance Due:** | **$673.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:      150363
Matter:      000398
Invoice #:      98467207
Page:      1

RE: ███████████████████ v. Doe 1, et al.

For Professional Services Rendered Through September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/29/2023 | JJAN | Process records received from Array: Balboa High School; California State Prison Solano; Downtown High School; Emery High School; George Washington High School; Placer County Sheriff's Office; Terra Linda High School; University of Phoenix. [L110 - A110](0.35) | 0.35 | $84.00 |
| 8/29/2023 | JJAN | Process records received from Array: Balboa High School; Coastline Community College, Administrative Center; Institute of Business and Technology; John F Kennedy High School; Macro Plastics. [L110 - A110](0.25) | 0.25 | $60.00 |
| 8/29/2023 | JJAN | Process records received from Array: San Francisco Department of Public Health. [L110 - A110](0.30) | 0.30 | $72.00 |
| 8/29/2023 | JJAN | Process records received from Array: San Francisco Unified School District. [L110 - A110](0.30) | 0.30 | $72.00 |
| 8/29/2023 | JJAN | Process records received from Array: California Correctional Health Care Services. [L110 - A110](0.20) | 0.20 | $48.00 |
| 8/29/2023 | JJAN | Process records received from Array: CDCR - Archive Unit; Placer County Sheriff's office (███████████). [L110 - A110](0.20) | 0.20 | $48.00 |
| 8/29/2023 | JJAN | Process records received from Array: Contra Costa County Jail; Napa County Jail; Sacramento County Jail San Mateo County Office Main Jail; California State Prison Solano (██████████). [L110 - A110](0.25) | 0.25 | $60.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ v. Doe 1, et al.

October 11, 2023
Client:          150363
Matter:          000398
Invoice #:     98467207

Page:                    2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 8/29/2023 | JJAN | Process records received from Array: Solano County Sheriff's Office (▮▮▮▮▮▮). [L110 - A110](0.20) | 0.20 | $48.00 |
| 8/29/2023 | JJAN | Process records received by Array: TrueBlue; Adult Custody Health Services for Santa Clara County; Placer County Sheriff's Office (▮▮▮▮▮▮). [L110 - A110](0.20) | 0.20 | $48.00 |
| | | **Total Services** | 2.25 | $540.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JJAN | Judith Janney | PARALEGAL | 2.25 | $240.00 | $540.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/29/2023 | Array- Service- Placer County Sheriff's Office re. ▮▮▮▮ ▮▮▮▮▮ [E100 - E112] | $133.00 |
| | **Total Expenses** | $133.00 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $65,567.50 | Previous Balance | $1,069.50 |
| Total Disbursements to Date: | $12,857.12 | Current Charges | $673.00 |
| Total to Date: | $78,424.62 | Less Payments | $1,069.50 |
| | | **Balance Due** | **$673.00** |

RE: ███████████████████ v. Doe 1, et al.

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $133.00 |
| L110 | Fact Investigation/Development - Manage Data/Fil | 2.25 | $540.00 |
| | **Total Hours** | **2.25** | |
| | **Total Fees:** | | **$540.00** |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, ESQ

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000399 | John Doe ███████. Doe 1, et al. | 98466414 | $72.00 | $0.00 | $72.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $72.00 |
| Balance Due: | $72.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney, ESQ

October 11, 2023
Client:         150363
Matter:        000399
Invoice #: 98466414

Page:              1

RE:  John Doe ████████ v. Doe 1, et al.
     Insurance claim # GHC0034685

For Professional Services Rendered Through     September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours |
|------|----------|------------------------|-------|
| 8/29/2023 | JJAN | Process records received by Array: Santa Clara County Electrical JATC; Federal Realty Investment Trust; Cupertino Electric, Inc.; ████ LMFT. | 0.30 |

| | | Total Services | 0.30 | $72.00 |
|--|--|--|--|--|

## Timekeeper Summary

| | | Hours | Rate | Amount |
|--|--|-------|------|--------|
| JJAN | Judith Janney | 0.30 | $240.00 | $72.00 |

| | Current Charges | $72.00 |
|--|-----------------|--------|
| | Balance Due | $72.00 |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:      150363

For Professional Services Rendered Through September 30, 2023

### Current Fees & Expenses

| Matter # | Description | | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| 000415 | John ███ Doe ████████ v. Doe 1, et al. | | 98467225 | $0.00 | $4,728.46 | $4,728.46 |

### Account Summary

| | |
|---|---|
| Previous Balance | $25,808.05 |
| Current Charges | $4,728.46 |
| Less Retainer Applied | $25,808.05 |
| **Balance Due:** | **$4,728.46** |

| | |
|---|---|
| Retainer Balance | $1,216.25 |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:          150363
Matter:          000415
Invoice #:       98467225

Page:              1

RE:  John ▇▇ Doe ▇▇▇▇▇▇▇ v. Doe 1, et al.

For Professional Services Rendered Through September 30, 2023

---

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/5/2023 | Case Anywhere LLC- Service- Document service fee [E100 - E124] | $192.00 |
| 9/18/2023 | OnDemand Legal, Inc- Filing fee- Filing, Defendant's Memorandum of Points and Authorities in Support of Motion to Bifurcate Trial;Proof of Service;Defendant's Motion in Limine No. 1: to Prohibit Mention of Defendant's Wealth or Profits; Proof of Service; Declaration of Zachary Smith in Support of Defendant's Opposition to Plaintiffs' Joint Motion to Consolidate Cases for Trial [Public Redacted Materials], San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $1,577.79 |
| 9/18/2023 | OnDemand Legal, Inc- Filing fee- Filing, Answer to "Second Amended Notice of Adoption Form" and "Second Amended Master Complaint for Damages"/Proof of Service, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $91.61 |
| 9/18/2023 | OnDemand Legal, Inc- Filing fee- Filing, Answer to "Second Amended Notice of Adoption Form" and "Second Amended Master Complaint for Damages", Alameda Superior Court, 8/18/2023 [E100 - E112] | $171.61 |
| 9/21/2023 | OnDemand Legal, Inc- Filing fee- Filing, Defendant's Notice and Motion to Strike Irrelevant and Improper Matter from Plaintiff's Pleading/Defendant's Memorandum of Points and Authorities in Support of Motion to Strike Irrelevant and Improper Matter from Plaintiff's Pleading/Defendant's Motion in Limine 2-4, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $372.50 |

The Archdiocese of San Francisco

RE: John ████ Doe (███████████) v. Doe 1, et al.

October 11, 2023
Client: 150363
Matter: 000415
Invoice #: 98467225

Page: 2

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/24/2023 | Park Dietz & Associates, Inc- Filing fee- Deposition transcript review & correction  [E100 - E112] | $2,310.00 |
| 9/30/2023 | One Legal, LLC- Service- Filing, Notice/Proof of Service, San Francisco County Superior Court [E100 - E112] | $12.95 |
| | Total Expenses | $4,728.46 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $469,013.50 | Previous Balance | $25,808.05 |
| Total Disbursements to Date: | $141,065.76 | Current Charges | $4,728.46 |
| Total to Date: | $610,079.26 | Less Retainer Applied | $25,808.05 |
| | | Balance Due | $4,728.46 |

Retainer Balance          $1,216.25

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | On-Line Research | 0.00 | $0.00 |
| E100 | Court Fees | 0.00 | $4,536.46 |
| E100 | Other | 0.00 | $192.00 |
| | Total Hours | 0.00 | |
| | Total Fees: | | $0.00 |



# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:    Paula Carney, ESQ

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000421 | ▮▮▮▮ v. Archdiocese of San Francisco, et al. | 98466415 | $72.00 | $0.00 | $72.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $72.00 |
| Balance Due: | $72.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

**Payments made by Electronic Funds Transfer should be sent to:**
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, ESQ

October 11, 2023
Client:        150363
Matter:        000421
Invoice #: 98466415

Page:            1

RE: ▮▮▮▮▮▮ v. Archdiocese of San Francisco, et al.
Insurance claim # GHC0035321

For Professional Services Rendered Through        September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 8/29/2023 | JJAN | Process records from Array: Santa Clara Valley Medical Center; County of Santa Clara Employee Services Agency. | 0.30 | |
| | | **Total Services** | 0.30 | **$72.00** |

Timekeeper Summary

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| JJAN | Judith Janney | 0.30 | $240.00 | $72.00 |

| | | |
|---|---|---|
| Current Charges | | $72.00 |
| Balance Due | | $72.00 |



**weintraub tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, ESQ

October 11, 2023
Client:        150363

For Professional Services Rendered Through          September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000435 | John Doe ▮ v. Doe 1, et al. | 98466432 | $0.00 | $238.00 | $238.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $263.36 |
| Current Charges | $238.00 |
| Less Payments | $263.36 |
| Balance Due: | $238.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney, ESQ

October 11, 2023
Client:        150363
Matter:       000435
Invoice #: 98466432

Page:              1

RE:  John Doe⬛ v. Doe 1, et al.
Claim No. GHC0037013

For Professional Services Rendered Through       September 30, 2023

### EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/22/2023 | Array- Records- Prestige Ford re⬛ | $238.00 |
| | **Total Expenses** | $238.00 |

| | |
|--|--|
| Previous Balance | $263.36 |
| Current Charges | $238.00 |
| Less Payments | $263.36 |
| Balance Due | $238.00 |

Case: 23-30564    Doc# 246    Filed: 10/26/23    Entered: 10/26/23 13:12:00    Page 32 of 91



**weintraub tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, ESQ

October 11, 2023
Client:      150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000436   John Doe     v. Doe 1, et al. | | 98466416 | $72.00 | $0.00 | $72.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $311.00 |
| Current Charges | $72.00 |
| Less Payments | $311.00 |
| **Balance Due:** | $72.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, ESQ

October 11, 2023
Client:          150363
Matter:          000436
Invoice #: 98466416

Page:                   1

RE: John Doe ████ v. Doe 1, et al.

Insurance claim # GHC0036992

For Professional Services Rendered Through          September 30, 2023

---

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 8/29/2023 | JJAN | Process records from Array: George Washington University Law School. | 0.30 | |
| | | Total Services | 0.30 | $72.00 |

### Timekeeper Summary

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| JJAN | Judith Janney | 0.30 | $240.00 | $72.00 |

| | |
|---|---|
| Previous Balance | $311.00 |
| Current Charges | $72.00 |
| Less Payments | $311.00 |
| Balance Due | $72.00 |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, ESQ

October 11, 2023
Client:         150363

For Professional Services Rendered Through          September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000444 | John ▮▮ Doe ▮▮▮▮ | 98466417 | $48.00 | $0.00 | $48.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $48.00 |
| **Balance** Due: | $48.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney, ESQ

October 11, 2023
Client:          150363
Matter:        000444
Invoice #: 98466417

Page:              1

RE:  John ██ Doe ████████
      Insurance Claim # GHC0035323

For Professional Services Rendered Through          September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|-------------------------|-------|---|
| 8/29/2023 | JJAN | Process records from Array: Adventist Health California Medical Group, Inc. | 0.20 | |
| | | **Total Services** | 0.20 | $48.00 |

## Timekeeper Summary

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| JJAN | Judith Janney | 0.20 | $240.00 | $48.00 |

| | | |
|---|---|---|
| | Current Charges | $48.00 |
| | Balance Due | $48.00 |

Case: 23-30564    Doc# 246    Filed: 10/26/23    Entered: 10/26/23 13:12:00    Page 36 of 91



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through          September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000464 | John Doe ▮▮▮▮▮ ) v. The Roman Catholic Ar | 98466433 | $0.00 | $179.34 | $179.34 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $179.34 |
| Balance Due: | $179.34 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 0022034B7

# weintraub|tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client:         150363
Matter:        000464
Invoice #: 98466433

Page:              1

RE: John Doe ███████████ v. The Roman Catholic Archbishop of
GHC0044705

For Professional Services Rendered Through        September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 9/12/2023 | Array- Records- Richard J. Shaw, M.D. re. ███████ | $179.34 |
| | Total Expenses | $179.34 |

| | | |
|---|---|---|
| | Current Charges | $179.34 |
| | Balance Due | $179.34 |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000469 | John Doe ████████████ | 98467213 | $0.00 | $469.00 | $469.00 |

Account Summary

| | |
|---|---|
| Current Charges | $469.00 |
| **Balance Due:** | **$469.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363
Matter:        000469
Invoice #:     98467213

Page:              1

RE: John Doe ███████ ████████████████

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | Array- Records- San Francisco State University re. ████████ Suarez [E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- UPS Supply Chain Solutions re. ████████ Suarez [E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- UPS SCS re. ████████████ [E100 - E107] | $133.00 |
| | Total Expenses | $469.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $4,499.00 | Current Charges | $469.00 |
| Total Disbursements to Date: | $2,087.45 | **Balance Due** | **$469.00** |
| Total to Date: | $6,586.45 | | |

The Archdiocese of San Francisco

RE: John Doe ███████ ████████████

October 11, 2023
Client:        150363
Matter:        000469
Invoice #:   98467213

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $469.00 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000470 | John Doe ███████████ | 98467214 | $0.00 | $311.50 | $311.50 |

Account Summary

| | |
|---|---|
| Previous Balance | $1,665.50 |
| Current Charges | $311.50 |
| Less Payments | $1,665.50 |
| **Balance Due:** | **$311.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: John Doe ██████ (██████████)

October 11, 2023
Client:      150363
Matter:      000470
Invoice #:    98467214
Page:         1

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 9/21/2023 | Array- Service- College of San Mateo re. ██████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Pacific Management Group re. ██████ ██ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Furtado, Jaspovice, & Simons re ██████ ██ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Local Union 913 re. ██████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- ██████ re. ██████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Sitike Clinic re. ██████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- ██████ [E100 - E107] | $44.50 |
| | **Total Expenses** | **$311.50** |

| | |
|---|---|
| Total Fees to Date: | $2,503.00 |
| Total Disbursements to Date: | $1,765.95 |
| Total to Date: | $4,268.95 |

The Archdiocese of San Francisco

RE: John Doe ████████ (██████████████)

Client:        150363
Matter:        000470
Invoice #:   98467214

Page:              2

| | | |
|---|---|---|
| Previous Balance | | $1,665.50 |
| Current Charges | | $311.50 |
| Less Payments | | $1,665.50 |
| Balance Due | | $311.50 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Delivery/Messenger | 0.00 | $311.50 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:      150363

For Professional Services Rendered Through September 30, 2023

*Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000471 | ▮▮▮▮▮ Doe 1, et al. | 98467215 | $0.00 | $466.00 | $466.00 |

*Account Summary*

|  |  |
|---|---|
| Current Charges | $466.00 |
| **Balance Due:** | **$466.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000471 |
| Invoice #: | 98467215 |
| Page: | 1 |

RE: ████ Doe 1, et al.

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 9/21/2023 | Array- Records- Abraham Lincoln High School re. ████ [E100 - E107] | $116.50 |
| 9/21/2023 | Array- Records- Good Samaritan Hospital re. ████ E100 - E107] | $116.50 |
| 9/21/2023 | Array- Records- Palo Alto VA Medical Center re. ████ [E100 - E107] | $116.50 |
| 9/21/2023 | Array- Records- Union School District re. ████ [E100 - E107] | $116.50 |
| | **Total Expenses** | $466.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $4,675.00 | Current Charges | $466.00 |
| Total Disbursements to Date: | $617.50 | **Balance Due** | **$466.00** |
| Total to Date: | $5,292.50 | | |

The Archdiocese of San Francisco
RE: ████████ v. Doe 1, et al.

October 11, 2023
Client:       150363
Matter:       000471
Invoice #:   98467215

Page:         2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $466.00 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000476 | | 98467208 | $0.00 | $2,889.90 | $2,889.90 |

Account Summary

| | |
|---|---|
| Current Charges | $2,889.90 |
| Balance Due: | $2,889.90 |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

October 11, 2023
Client:             150363
Matter:            000476
Invoice #:      98467208

Page:                     1

RE: ▮▮▮▮▮▮▮▮▮

For Professional Services Rendered Through September 30, 2023

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | One Legal, LLC- Filing fee- Filing, Answer/Proof of Service, Alameda County Superior Court [E100 - E112] | $2,889.90 |
| | Total Expenses | $2,889.90 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $798.00 | Current Charges | $2,889.90 |
| Total Disbursements to Date: | $2,889.90 | Balance Due | $2,889.90 |
| Total to Date: | $3,687.90 | | |

The Archdiocese of San Francisco

RE: ▮

October 11, 2023
Client:        150363
Matter:        000476
Invoice #:     98467208

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $2,889.90 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | | | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|---|---|
| 000513 | John Doe ▮▮▮ aka ▮▮▮▮ v Doe 1, et al. | | | 98467216 | $0.00 | $1,046.50 | $1,046.50 |

Cost Summary

| | |
|---|---|
| Previous Balance | $1,513.50 |
| Current Charges | $1,046.50 |
| Less Payments | $1,513.50 |
| **Balance Due:** | **$1,046.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
| | |
|---|---|
| Client: | 150363 |
| Matter: | 000513 |
| Invoice #: | 98467216 |
| Page: | 1 |

RE: John Doe ███████ aka ████████ v Doe 1, et al.

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 9/21/2023 | Array- Service- Jeff Anderson & Associates re. ████████ [E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- San Francisco Unified School District re. ████████ [E100 - E107] | $116.50 |
| 9/21/2023 | Array- Records- Mt Diablo Unified School District re ████████ E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- Acalanes Union High School District re ████████ E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- John Adams CC re ████████ [E100 - E107] | $258.00 |
| 9/21/2023 | Array- Records- re ████████ 100 - E107] | $168.00 |
| | **Total Expenses** | $1,046.50 |

| | |
|---|---|
| Total Fees to Date: | $1,898.50 |
| Total Disbursements to Date: | $1,046.50 |
| Total to Date: | $2,945.00 |

The Archdiocese of San Francisco

RE: John Doe ███████ ak ███████ v Doe 1, et al.

| | | |
|---|---|---|
| Previous Balance | | $1,513.50 |
| Current Charges | | $1,046.50 |
| Less Payments | | $1,513.50 |
| **Balance Due** | | **$1,046.50** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Delivery/Messenger | 0.00 | $1,046.50 |
| | **Total Hours** | **0.00** | |
| | **Total Fees:** | **$0.00** | |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000515 |  | 98466438 | $83.00 | $0.00 | $83.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $83.00 |
| Balance Due: | $83.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client:        150363
Matter:        000515
Invoice #: 98466438

Page:            1

RE: ▮▮▮▮▮▮▮▮▮▮▮▮

For Professional Services Rendered Through        September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|--|
| 9/18/2023 | BJLE | Telephone call with Wayne Weitz regarding requested information for bankruptcy statement. | 0.20 | |
| | | **Total Services** | 0.20 | **$83.00** |

Timekeeper Summary

| | | Hours | Rate | Amount |
|--|--|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.20 | $415.00 | $83.00 |

| | |
|--|--|
| Current Charges | $83.00 |
| Balance Due | $83.00 |



**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
Orie Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000546 | | 98467217 | $0.00 | $1,315.66 | $1,315.66 |

| | |
|---|---|
| Previous Balance | $899.50 |
| Current Charges | $1,315.66 |
| Less Payments | $899.50 |
| Balance Due: | $1,315.66 |

**Invoices Due Upon Presentation**
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin
## weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: ███████████████

October 11, 2023
Client:        150363
Matter:        000546
Invoice #:    98467217
Page:            1

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/7/2023 | Array- Filing fee- Regarding ███████ case number: JCCP 5108; 22CV█████ [E100 - E112] | $191.18 |
| 9/7/2023 | Array- Filing fee- Regarding ███████ Case Number: JCCP 5108; 22CV█████ [E100 - E112] | $156.18 |
| 9/10/2023 | Array- Filing fee- Regarding ███████ Case Number: JCCP 5108; 22CV█████ [E100 - E112] | $124.30 |
| 9/21/2023 | Array- Service- Peralta Community College District re ███████ [E100 - E107] | $114.50 |
| 9/21/2023 | Array- Service- Intelliswift Software Inc. re. ███████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Collabera LLC re. ███████ [E100 - E107] | $166.00 |
| 9/21/2023 | Array- Service- Techlink Systems re. ███████ [E100 - E107] | $149.50 |
| 9/21/2023 | Array- Service- Ipost re. ███████ [E100 - E107] | $166.00 |
| 9/21/2023 | Array- Service- Westaff re. ███████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Roth Staffing Companies L.P. re ███████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Records- The Judge Group re. ███████ [E100 - E107] | $114.50 |

The Archdiocese of San Francisco

RE: ███████████████

October 11, 2023
Client: 150363
Matter: 000546
Invoice #: 98467217

Page: 2

## EXPENSES

| Date | Description of Expenses | | Amount |
|------|------------------------|---|--------|
| | | Total Expenses | $1,315.66 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $750.00 | Previous Balance | $899.50 |
| Total Disbursements to Date: | $1,465.16 | Current Charges | $1,315.66 |
| Total to Date: | $2,215.16 | Less Payments | $899.50 |
| | | **Balance Due** | **$1,315.66** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $844.00 |
| E100 | Court Fees | 0.00 | $471.66 |
| | **Total Hours** | **0.00** | |
| | **Total Fees:** | | **$0.00** |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000554 | ████████████████ | 98467226 | $0.00 | $969.50 | $969.50 |

| | |
|---|---|
| Previous Balance | $192.00 |
| Current Charges | $969.50 |
| Less Retainer Applied | $192.00 |
| **Balance Due:** | **$969.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363
Matter:        000554
Invoice #:     98467226

Page:          1

RE: 

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/29/2023 | Array- Service- Veregy Consulting LLC re. ▮▮▮ [E100 - E107] | $204.50 |
| 8/29/2023 | Array- Service- Beach Consulting, Inc. re. ▮▮▮ [E100 - E107] | $166.00 |
| 8/29/2023 | Array- Service- Sure Power Consulting, LLC re. ▮▮▮ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- Capgemini America, Inc. re. ▮▮▮ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- Pacific Gas & Electric Company re ▮▮▮ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- Itron Networked Solutions, Inc. re. ▮▮▮ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- United Parcel Service, Inc. re. ▮▮▮ E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- Civil Rights & Compliance Office Cal Poly, SLO re. ▮▮▮ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Records- Cuesta College re. ▮▮▮ [E100 - E107] | $166.00 |
| 8/29/2023 | Array- Records- CSU East Bay re. ▮▮▮ E100 - E107] | $166.00 |

The Archdiocese of San Francisco

RE: ██████████████████████

October 11, 2023
Client:          150363
Matter:          000554
Invoice #:   98467226

Page:                2

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
|      |                        |        |

| | Total Expenses | $969.50 |
|---|---|---|

| Total Fees to Date: | $960.00 |
|---|---|
| Total Disbursements to Date: | $1,100.50 |
| Total to Date: | $2,060.50 |

| | |
|---|---|
| Previous Balance | $192.00 |
| Current Charges | $969.50 |
| Less Retainer Applied | $192.00 |
| **Balance Due** | **$969.50** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $969.50 |
| | Total Hours | 0.00 | |
| | Total Fees: | | $0.00 |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000581 | ██████████████ | 98467219 | $0.00 | $131.00 | $131.00 |

Account Summary

| | |
|---|---|
| Previous Balance | $1,093.50 |
| Current Charges | $131.00 |
| Less Payments | $1,093.50 |
| Balance Due: | $131.00 |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client: 150363
Matter: 000581
Invoice #: 98467219

Page: 1

RE: ███████████

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | | Amount |
|------|-------------------------|---|--------|
| 9/21/2023 | Array- Service- Placer County Sheriff's Office re. ████████ [E100 - E107] | | $131.00 |
| | | Total Expenses | $131.00 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $1,093.50 | Previous Balance | $1,093.50 |
| Total Disbursements to Date: | $1,081.00 | Current Charges | $131.00 |
| Total to Date: | $2,174.50 | Less Payments | $1,093.50 |
| | | **Balance Due** | **$131.00** |

The Archdiocese of San Francisco
RE: ██████████

October 11, 2023
Client: 150363
Matter: 000581
Invoice #: 98467219

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $131.00 |
| | | **Total Hours** 0.00 | |
| | | **Total Fees:** $0.00 | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000651 | John ▮▮ Doe ( ▮▮▮ | 98466420 | $249.00 | $0.00 | $249.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $249.00 |
| Balance Due: | $249.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney, Esq.

October 11, 2023
Client:          150363
Matter:        000651
Invoice #: 98466420

Page:            1

RE:  John ▮ Doe ▮▮▮▮

For Professional Services Rendered Through      September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|-------------------------|-------|---|
| 9/25/2023 | BJLE | preparation of response to Paula Carney regarding information and documents related to ▮▮▮▮ | 0.60 | |
| | | **Total Services** | 0.60 | $249.00 |

### Timekeeper Summary

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.60 | $415.00 | $249.00 |

| | |
|---|---|
| Current Charges | $249.00 |
| Balance Due | $249.00 |



**weintraub|tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000660 | John ███ Doe ███ | 98467209 | $0.00 | $1,454.90 | $1,454.90 |

Invoice Summary

| | |
|---|---|
| Current Charges | $1,454.90 |
| **Balance Due:** | **$1,454.90** |

**Invoices Due Upon Presentation**
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub**|**tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:           150363
Matter:           000660
Invoice #:        98467209

Page:                  1

RE:  John ███ Doe ██████████████

For Professional Services Rendered Through September 30, 2023

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 9/21/2023 | One Legal, LLC- Filing fee- Filing, Answer/Proof of Service, Alameda County Superior Court [E100 - E112] | $1,454.90 |
| | **Total Expenses** | $1,454.90 |

| Total Fees to Date: | $873.50 | Current Charges | $1,454.90 |
|---------------------|---------|-----------------|-----------|
| Total Disbursements to Date: | $1,454.90 | **Balance Due** | **$1,454.90** |
| Total to Date: | $2,328.40 | | |

The Archdiocese of San Francisco

RE:  John      Doe (                    )

October 11, 2023
Client:          150363
Matter:          000660
Invoice #:   98467209

Page:                2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $1,454.90 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:    Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000695 | Jane Doe ███████████ | 98466443 | $207.50 | $0.00 | $207.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $207.50 |
| Balance Due: | $207.50 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client: 150363
Matter: 000695
Invoice #: 98466443

Page: 1

RE: Jane Doe ███████ ███████████████

For Professional Services Rendered Through    September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 9/7/2023 | BJLE | Review of case file and analyze whether Notice of Claim must be filed for Diocese of Oakland Bankruptcy proceeding and prepare information for Paul Pascuzzi. | 0.50 | |
| | | **Total Services** | 0.50 | $207.50 |

## Timekeeper Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.50 | $415.00 | $207.50 |

| | |
|---|---|
| Current Charges | $207.50 |
| Balance Due | $207.50 |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:      150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000697 | John Doe ■■■■ | 98467210 | $0.00 | $12.95 | $12.95 |

Account Summary

Current Charges      $12.95
**Balance Due:**      **$12.95**

**Invoices Due Upon Presentation**
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:     150363
Matter:     000697
Invoice #:  98467210

Page:       1

RE: John Doe ████ ████████████████

For Professional Services Rendered Through September 30, 2023

### EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | One Legal, LLC- Filing fee- Filing, Answer/Proof of Service, Alameda County Superior Court [E100 - E112] | $12.95 |

| | | | |
|---|---|---|---|
| | | Total Expenses | $12.95 |
| Total Fees to Date: | $787.50 | Current Charges | $12.95 |
| Total Disbursements to Date: | $2,902.85 | **Balance Due** | **$12.95** |
| Total to Date: | $3,690.35 | | |

The Archdiocese of San Francisco

RE: John Doe ███████████████

October 11, 2023
Client:           150363
Matter:           000697
Invoice #:        98467210

Page:                    2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $12.95 |
| | | **Total Hours** 0.00 | |
| | | **Total Fees:** $0.00 | |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000719   | John ███ Doe ███████████ | 98467211 | $0.00 | $1,454.90 | $1,454.90 |

Account Summary

Current Charges          $1,454.90
**Balance Due:**          **$1,454.90**

# Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

October 11, 2023
Client:          150363
Matter:          000719
Invoice #:     98467211

Page:                1

RE: John ███ Doe ████████████

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | One Legal, LLC- Filing fee- Filing, Answer/Proof of Service, Alameda County Superior Court [E100 - E112] | $1,454.90 |

|  |  |
|--|--|
| Total Expenses | $1,454.90 |

| Total Fees to Date: | $839.50 |
|---------------------|---------|
| Total Disbursements to Date: | $1,454.90 |
| Total to Date: | $2,294.40 |

| Current Charges | $1,454.90 |
|-----------------|-----------|
| Balance Due | $1,454.90 |

The Archdiocese of San Francisco

RE: John ▮ Doe ▮

October 11, 2023
Client:          150363
Matter:          000719
Invoice #:    98467211

Page:                  2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $1,454.90 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through       September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000735 | Doe | 98466444 | $207.50 | $0.00 | $207.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $207.50 |
| Balance Due: | $207.50 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client:          150363
Matter:          000735
Invoice #: 98466444

Page:              1

RE:  ████ Doe ████████  ████████████████

For Professional Services Rendered Through        September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 9/7/2023 | BJLE | Review of case file and analyze whether Notice of Claim must be filed for Diocese of Oakland Bankruptcy proceeding and prepare information for Paul Pascuzzi. | 0.50 | |
| | | **Total Services** | 0.50 | $207.50 |

## Timekeeper Summary

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.50 | $415.00 | $207.50 |

|  | |
|---|---|
| Current Charges | $207.50 |
| Balance Due | $207.50 |



weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000747 | Jane Doe ▓▓▓▓▓▓▓▓ | 98466445 | $207.50 | $0.00 | $207.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $207.50 |
| Balance Due: | $207.50 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client:      150363
Matter:      000747
Invoice #: 98466445

Page:          1

RE:  Jane Doe ███████ ████████████

For Professional Services Rendered Through      September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|-------------------------|-------|--|
| 9/7/2023 | BJLE | Review of case file and analyze whether Notice of Claim must be filed for Diocese of Oakland Bankruptcy proceeding and prepare information for Paul Pascuzzi. | 0.50 | |
| | | **Total Services** | 0.50 | $207.50 |

## Timekeeper Summary

| | | Hours | Rate | Amount |
|--|--|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.50 | $415.00 | $207.50 |

| | |
|--|--|
| Current Charges | $207.50 |
| Balance Due | $207.50 |

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney

October 11, 2023
Client:       150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000759 | Jane Doe ▇▇▇▇ | 98466447 | $180.00 | $0.00 | $180.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $180.00 |
| **Balance Due:** | **$180.00** |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney

October 11, 2023
Client:        150363
Matter:        000759
Invoice #: 98466447

Page:              1

RE: Jane Doe ███████ ██████████████████

For Professional Services Rendered Through        September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|-------------------------|-------|---|
| 9/26/2023 | BGON | Review and organize ████ personnel file.  Code documents for privilege log.  Run production and privilege log and upload to Sharefile. | 0.80 | |
| | | **Total Services** | 0.80 | $180.00 |

### Timekeeper Summary

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| BGON | Brian Gonzaga | 0.80 | $225.00 | $180.00 |

| | Current Charges | $180.00 |
|---|---|---|
| | Balance Due | $180.00 |



weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000790 | John Doe ▮▮▮▮▮ | 98466449 | $249.00 | $0.00 | $249.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $249.00 |
| Balance Due: | $249.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney

October 11, 2023
Client:          150363
Matter:          000790
Invoice #: 98466449

Page:               1

RE: John Doe ████ ██████████

For Professional Services Rendered Through       September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|-------------------------|-------|---|
| 9/6/2023 | BJLE | Exchange of emails with Paul Pascuzzi regarding Catholic Charities bankruptcy claim. | 0.20 | |
| 9/7/2023 | BJLE | Exchange of emails with Randy Michelson regarding filing notice of claim with Oakland. | 0.20 | |
| 9/7/2023 | BJLE | Exchange of emails with Paul Meringolo regarding filing notice of claim for Diocese of Oakland Bankruptcy. | 0.20 | |
| | | **Total Services** | 0.60 | $249.00 |

### Timekeeper Summary

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.60 | $415.00 | $249.00 |

| | |
|---|---|
| Current Charges | $249.00 |
| Balance Due | $249.00 |



**weintraub|tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through     September 30, 2023

| Matter # | | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| 000795 | John Doe | | 98467261 | $166.00 | $0.00 | $166.00 |

Current Charges                                   $166.00
**Balance Due:**                                   **$166.00**

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363
Matter:       000795
Invoice #:   98467261

Page:         1

RE: John Doe ███████  █████████████

For Professional Services Rendered Through October 11, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/11/2023 | BJLE | Exchange of emails with Rick Leamy regarding obtaining personnel file for ███████ 310 - A106](0.20) | 0.20 | $86.00 |
| 9/19/2023 | BJLE | Exchange of emails with Rick Leamy regarding accused individual personnel file. [L310 - A106](0.20) | 0.20 | $86.00 |
| | | **Total Services** | 0.40 | $166.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|-------------------|-----------|-------|---------|---------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $430.00 | $172.00 |

| Total Fees to Date: | $645.50 | Current Charges | $166.00 |
|---------------------|---------|-----------------|---------|
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$166.00** |
| Total to Date: | $645.50 | | |

The Archdiocese of San Francisco

RE: John Doe ███████ ████████████

October 11, 2023
Client:          150363
Matter:          000795
Invoice #:       98467261

Page:                2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L310 | Written Discovery - Communicate/With Client | 0.40 | $166.00 |
| | Total Hours | 0.40 | |
| | Total Fees: | | $166.00 |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000930 | Jane Roe | 98467212 | $0.00 | $400.50 | $400.50 |

Account Numbers

| | |
|---|---|
| Previous Balance | $192.00 |
| Current Charges | $400.50 |
| Less Retainer Applied | $192.00 |
| **Balance Due:** | **$400.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:       150363
Matter:       000930
Invoice #:   98467212
Page:           1

RE: Jane Roe ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | Array- Service- Vintage High School re. ▓▓▓▓ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- El Camino High School re. ▓▓▓▓ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Westmoor High School re. ▓▓▓▓ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Los Angeles City College re. ▓▓▓▓ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- California State University Northridge re. ▓▓▓▓ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- California State University, Los Angeles re. ▓▓▓▓ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Los Angeles Unified School District re. ▓▓▓▓ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Patricia Burke, LMFT re. ▓▓▓▓ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Olive View UCLA Medical Center re ▓▓▓▓ [E100 - E107] | $44.50 |
| | **Total Expenses** | **$400.50** |

The Archdiocese of San Francisco
RE: Jane Roe ███ (█████████████████)

October 11, 2023
Client:       150363
Matter:       000930
Invoice #:    98467212

Page:         2

| | | |
|---|---|---|
| Total Fees to Date: | $828.00 | |
| Total Disbursements to Date: | $400.50 | |
| Total to Date: | $1,228.50 | |

| | |
|---|---|
| Previous Balance | $192.00 |
| Current Charges | $400.50 |
| Less Retainer Applied | $192.00 |
| **Balance Due** | **$400.50** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Delivery/Messenger | 0.00 | $400.50 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |