UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: )  Bankruptcy No.: 23-30564 DM
) R.S. No.: CCR-507
The Roman Catholic Archbishop of San Francisco ) Hearing Date: November 9, 2023
) Time: 1:30 p.m.
Debtor(s) )
)

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: 8/21/2023               Chapter: 11
     Prior hearings on this obligation:   None    Last Day to File §523/§727 Complaints: Not set

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus): N/A

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____   Source of value: _____
   Contract Balance: $_____    Pre-Petition Default: $_____
   Monthly Payment: $_____                 No. of months: _____
   Insurance Advance: $_____   Post-Petition Default: $_____
                                                      No. of months: _____

**(C)** Description of real property collateral (e.g. Single family residence): N/A

   Fair market value: N/A          Source of value: N/A    If appraisal, date:

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.  N/A               Pre-Petition Default:  N/A
   As of (date):                   No. of months:
   Mo. payment:                    Post-Petition Default:
   Notice of Default (date):  N/A  No. of months:
   Notice of Trustee's Sale:  N/A  Advances Senior Liens:

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| N/A | | | |

(Total)

Other pertinent information:   Movant filed an action for personal injury on 10/29/19 in the Superior Court, County of San Mateo. The case had been set for a jury trial for 11/27/2023 when debtor filed its bankruptcy case. Movant seeks relief from stay under 11 U.S.C. Section 362(d)(1) in order to continue to prosecute the personal injury action, with any recovery limited to the extent of insurance coverage.

                                                     /s/ Cheryl C. Rouse
                                                         Signature
Dated:   October 26, 2023

                                                    _____Cheryl C. Rouse_____
                                                    Attorney for Movant Victoria Castro