CHERYL C. ROUSE (State Bar No. 118313)
NORMAN P. BAHLERT (State Bar No. 135693)
LAW OFFICES OF ROUSE & BAHLERT
1246 18th Street
San Francisco, CA 94107
Mailing Address:
1459 18th Street, #104
San Francisco, CA 94107
Tel No. (415) 575-9444
rblaw@ix.netcom.com

Attorneys for Movant
Victoria Castro

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

The Roman Catholic Archbishop of San Francisco,

Debtor.

) Case No.: 23-30564
) Chapter 11
)
) RS No. CCR-507
)
) DECLARATION OF DMITRIY
) KARPOV, ESQ. IN SUPPORT
) MOTION FOR RELIEF FROM
) STAY TO PROCEED WITH
) STATE COURT LITIGATION
)
) Date: November 9, 2023
) Time: 1:30 p.m.
) Hearing: Via Tele/Video Conference

I, DMITRIY KARPOV, declare as follows:

1. I am an attorney licensed to practice in the state of California, and am an attorney with the law firm of B&D Injury Law Group APLC, which are attorneys of record for Movant Victoria Castro in an action for personal injuries entitled *Victoria Castro v. All Souls Catholic School; Archdiocese of San Francisco Parish, et al*, Case No. 19-CIV-06416, filed in the Superior Court of California, County of San Mateo (the "State Court Action").

2. I have firsthand personal knowledge of the matters set forth herein and, if called upon to do so, could and would competently testify thereto.

3. The complaint commencing the State Court Action was filed on October 29,

1. 2019 and alleges a claim for personal injuries. Attached hereto as Exhibit "A" is a true and correct copy of the Complaint (the "Complaint").

4. The case has been actively litigated since filing and had been set for a jury trial for November 27, 2023. That trial date was vacated after counsel for defendants filed a Notice of Stay of Proceedings on September 12, 2023.

5. In response to discovery requests served in the State Court Action, Defendants advised that there are insurance policies in effect that may provide coverage for the claims alleged in the Complaint. Attached hereto as Exhibit "B" is a true and correct copy of the Defendant's response to Form Interrogatory No. 4.1 regarding the insurance coverage.

6. Plaintiff seeks relief from stay to proceed to trial with any recovery limited to the extent of insurance coverage.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of October, 2023.


DMITRIY KARPOV