# EXHIBIT "B"

**Form Interrogatory No. 4.1:**

At the time of the INCIDENT, was there in effect any policy of insurance through which you were or might be insured in any manner (for example, primary, pro-rata, or excess liability coverage or medical expense coverage) for the damages, claims, or actions that have arisen out of the INCIDENT? If so, for each policy state: (a) the kind of coverage; (b) the name and ADDRESS of the insurance company; (c) the name, ADDRESS, and telephone number of each named insured; (d) the policy number; (e) the limits of coverage for each type of coverage contained in the policy; (f) whether any reservation of rights or controversy or coverage dispute exists between you and the insurance company; and (g) the name, ADDRESS, and telephone number of the custodian of the policy.

**Response to Form Interrogatory No. 4.1:**

Defendant has a $250,000 SIR. Beyond that, there is an excess layer of insurance through The National Catholic Risk Retention Group of $750,000 over the SIR. Beyond that there is another excess policy with The National Catholic Risk Retention Group of $14,000,000 over the $1,000,000.

EXHIBIT "B"