| | |
|---|---|
| 1 | CHERYL C. ROUSE (State Bar No. 118313) |
| 2 | NORMAN P. BAHLERT (State Bar No. 135693)<br>LAW OFFICES OF ROUSE & BAHLERT |
| 3 | 1246 18th Street<br>San Francisco, CA 94107 |
| 4 | Mailing Address:<br>1459 18th Street, #104 |
| 5 | San Francisco, CA 94107<br>Tel No. (415) 575-9444 |
| 6 | rblaw@ix.netcom.com |
| 7 | Attorneys for Movant<br>Victoria Castro |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

The Roman Catholic Archbishop of San Francisco,

Debtor.

)   Case No.: 23-30564
)   Chapter 11
)
)   RS No.  CCR-507
)
)   NOTICE OF HEARING ON
)   MOTION FOR RELIEF FROM
)   STAY TO PROCEED WITH
)   STATE COURT LITIGATION
)
)
)   Date:   November 9, 2023
)   Time:   1:30 p.m.
)   Hearing: Via Tele/Video Conference

TO THE COURT AND TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on November 9, 2023 at 1:30 p.m., a hearing will be held on the motion of Victoria Castro (hereinafter "Movant") for an order terminating the automatic stay provisions of 11 U.S.C. §362 and permitting Movant to continue to prosecute an action pending in the superior court, state of California for personal injury, with the recovery of any damages solely against any applicable insurance proceeds. Said motion will be heard **via Tele/Video Conference** before the Honorable Dennis Montali of the United States Bankruptcy Court, located at 450 Golden Gate Ave, 16th Floor, Courtroom 17, San Francisco, CA 94102.

1    Movants also request that the provisions of F.R.B.P. Rule 4001(a)(3) be waived.

2    PLEASE TAKE FURTHER NOTICE THAT the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

This motion is based upon the Memorandum of Points and Authorities, the Declaration of Dmitriy Karpov, Esq. in Support of Motion for Relief from Stay to Proceed with State Court Litigation, the Relief From Stay Cover Sheet and upon all papers, pleadings and documents on file herein, and on such documentary evidence or oral argument as may be presented at the time of hearing of this motion.

Dated: October 26, 2023

LAW OFFICES OF ROUSE & BAHLERT

By: /s/ Cheryl C. Rouse
CHERYL C. ROUSE
Attorneys for Movant Victoria Castro