Case Name: *In re The Roman Catholic Archbishop of San Francisco*
Case No.: 23-30564

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of SAN FRANCISCO. I am over the age of eighteen (18) years and not a party to the within action. My business address is: LAW OFFICES OF ROUSE & BAHLERT, 1246 18th Street, San Francisco, California 94107. On October 26, 2023, I served the within documents:

NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY TO PROCEED WITH STATE COURT LITIGATION

MOTION FOR RELIEF FROM STAY TO PROCEED WITH STATE COURT LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT (B.L.R. 4001-1)

DECLARATION OF DMITRIY KARPOV, ESQ. IN SUPPORT OF MOTION FOR RELIEF FROM STAY TO PROCEED WITH STATE COURT LITIGATION

RELIEF FROM STAY COVER SHEET

__X__ by U.S. First Class Mail on the parties so designated by placing a true copy thereof enclosed in a sealed envelope with postage therein fully prepaid in the United States mail at San Francisco, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

____ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date.

EXECUTED ON October 26, 2023 at SAN FRANCISCO, California.

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (Federal) I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/Cheryl C. Rouse
CHERYL C. ROUSE

| | | |
|---|---|---|
| 1 | Case Name: *In re The Roman Catholic Archbishop of San Francisco* | |
| 2 | Case No.: 23- 30564 | **SERVICE LIST** |
| 3 | | |
| 4 | Debtor<br>The Roman Catholic Archbishop of San Francisco | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building |
| 5 | One Peter Yorke Way<br>San Francisco, CA 94109 | 450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| 6 | | |
| 7 | Responsible Individual<br>Fr. Patrick Summerhays | Jason Blumberg<br>Trevor Ross Fehr |
| 8 | The Roman Catholic Archbishop of SF<br>One Peter York Way | Office of the U.S. Trustee<br>501 I Street, Suite 7-500 |
| 9 | San Francisco, CA 94109 | Sacramento, CA 95814 |
| 10 | Debtor's Counsel<br>Ori Katz | Christina Lauren Goebelsmann<br>Department of Justice |
| 11 | Jeannie Kim<br>Sheppard, Mullin, Richter and Hampton | 450 Golden Gate Ave.<br>5th Floor |
| 12 | 4 Embarcadero Center 17th Fl.<br>San Francisco, CA 94111 | Ste 05-0153<br>San Francisco, CA 94102 |
| 13 | Alan H. Martin | Deanna K. Hazelton |
| 14 | Sheppard, Mullin, Richter & Hampton LLP | Office of the United States Trustee<br>2500 Tulare Street, Suite 1401 |
| 15 | 650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626-1993 | Fresno, CA 93721 |
| 16 | Paul J. Pascuzzi | Phillip John Shine<br>Office of the United States Trustee |
| 17 | Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250 | 450 Golden Gate Avenue, Room 05-0153<br>San Francisco, CA 94102 |
| 18 | Sacramento, CA 95814 | Committee of Unsecured Creditors |
| 19 | Jason E. Rios<br>Felderstein, Fitzgerald et al | Debra I. Grassgreen<br>John William Lucas |
| 20 | 400 Capitol Mall #1750<br>Sacramento, CA 95814 | Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street |
| 21 | | 34th Floor, Suite 3430<br>San Francisco, CA 94104-4436 |
| 22 | | Brittany M. Michael |
| 23 | | Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor |
| 24 | | New York, NY 10017-2024 |
| 25 | | James I. Stang<br>Pachulski, Stang, Ziehl & Jones LLP |
| 26 | | 10100 Santa Monica Blvd. 11th Fl.<br>Los Angeles, CA 90067-4100 |
| 27 | | |
| 28 | | |

## 20 Largest Unsecured Creditors

James Susha
c/o Mezzetti Law Firm, Inc.
31 East Julian Street
San Jose, CA 95112                    (15532822)

Jan Zoccoli as successor in
interest to Robert Susha, Deceased
c/o Mezzetti Law Firm, Inc.
31 East Julian Street
San Jose, CA 95112                    (15532823)

John AA Roe SF
c/o The Zalkin Law Firm, P.C.
10590 W. Ocean Air Drive, Ste. 125
San Diego, CA 92130                   (15532824)

John DB Roe SF
c/o The Zalkin Law Firm, P.C.
10590 W. Ocean Air Drive, Ste. 125
San Diego, CA 92130                   (15532825)

John Doe SALS 1097
c/o Furtado, Jaspovice & Simons
6589 Bellhurst Lane
Castro Valley, CA 94552               (15532826)

John Doe SALS 1108
c/o Furtado, Jaspovice & Simons
6589 Bellhurst Lane
Castro Valley, CA 94552               (15532827)

John Doe SALS 1109
c/o Furtado, Jaspovice & Simons
6589 Bellhurst Lane
Castro Valley, CA 94552               (15532828)

John Doe SALS 1112
c/o Furtado, Jaspovice & Simons
6589 Bellhurst Lane
Castro Valley, CA 94552               (15532829)

John Doe SALS 1455
c/o Furtado, Jaspovice & Simons
6589 Bellhurst Lane
Castro Valley, CA 94552               (15532830)

John Doe SF 1019
c/o Jeff Anderson & Associates
12011 San Vincente Blvd., Suite 700
Los Angeles, CA 90049                 (15532831)

| | |
|---|---|
| 1 | John Doe SF 1026 |
| 2 | c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd, Suite 700 |
| 3 | Los Angeles, CA 90049         (15532832) |
| 4 | John Doe SF 1121<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd, Suite 700 |
| 5 | Los Angeles, CA 90049         (15532833) |
| 6 | John Doe SF 1227 |
| 7 | c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd, Suite 700<br>Los Angeles, CA 90049         (15532834) |
| 8 | |
| 9 | John Doe SF 1247<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd, Suite 700 |
| 10 | Los Angeles, CA 90049         (15532835) |
| 11 | John PR Roe SF<br>c/o The Zalkin Law Firm, P.C. |
| 12 | 10590 W. Ocean Air Drive, Ste. 125<br>San Diego, CA 92130         (15532836) |
| 13 | |
| 14 | John RA Roe SF<br>c/o The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Drive, Ste. 125 |
| 15 | San Diego, CA 92130         (15532837) |
| 16 | Joseph Doe SF 531<br>c/o Joseph George Jr. Law Corp. |
| 17 | 601 University Ave, Suite 270<br>Sacramento, CA 95825         (15532838) |
| 18 | |
| 19 | Joseph Doe SF 533<br>c/o Joseph George Jr. Law Corp.<br>601 University Ave, Suite 270 |
| 20 | Sacramento, CA 95825         (15532839) |
| 21 | Joseph Doe SF 541<br>c/o Joseph George Jr. Law Corp. |
| 22 | 601 University Ave, Suite 270<br>Sacramento, CA 95825         (15532840) |
| 23 | |
| 24 | Joseph Doe SF 582<br>c/o Joseph George Jr. Law Corp.<br>601 University Ave, Suite 270 |
| 25 | Sacramento, CA 95825         (15532841) |
| 26 | |
| 27 | |
| 28 | |