PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:	(650) 251-5000
Facsimile:	(650) 251-5002

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company,
Pacific Indemnity Company, and
Westchester Fire Insurance Company*

*(additional counsel for insurers listed on signature page)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>            Debtor and<br>            Debtor in Possession. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>**MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**<br><br>Date:     November 30, 2023<br>Time:    1:30 p.m.<br>Place:   Via ZoomGov<br><br>Objection Deadline: November 16, 2023 at 4:00 p.m |

Century Indemnity Company, as successor to CCI Insurance Company and Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964 (collectively, the "**Insurers**") hereby submit this Motion (the "**Motion**"), pursuant to section 362(d)(1) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 4001 (b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 4004-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") for entry of an order lifting the automatic stay to allow *Century Indemnity Company et al. v. Roman Catholic Archbishop of San Francisco, et al.*, Case No. CGC23607975, in the Superior Court of California, County of San Francisco (the "**California Coverage Action**"), to proceed.

In support of the Motion, the Insurers submit a Memorandum of Points and Authorities and Request for Judicial Notice, filed contemporaneously herewith. For the reasons discussed in the Memorandum of Points and Authorities, the Court should lift the automatic stay to allow the California Coverage Action to proceed.

Respectfully submitted,

Dated: October 27, 2023

*/s/ Pierce A. MacConaghy*
PIERCE A. MACCONAGHY (SBN 341371)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: pierce.macconaghy@stblaw.com

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

- 1 -
CASE NO. 23-30564

Case: 23-30564   Doc# 251   Filed: 10/27/23   Entered: 10/27/23 15:00:46   Page 2 of 3

ALEXANDER POTENTE (SBN 208240)
alex.potente@clydeco.us
JASON J. CHORLEY (SBN 263225)
jason.chorley@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone: 415-365-9800
Facsimile: 415-365-9801

*Counsel for Century Indemnity Company,
Pacific Indemnity Company, and
Westchester Fire Insurance Company*