# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: 23-30564 (DM) |
| | ) | Chapter 11 |
| The Roman Catholic Archbishop of | ) | Hearing Date: November 30, 2023 |
| San Francisco, | ) | Time:   1:30 p.m. |
| | ) | |
| Debtor and | ) | |
| Debtor in Possession. | ) | |
| _____ | ) | |

### Relief From Stay Cover Sheet

(A)   Date Petition Filed:          <u>August 21, 2023</u>   Chapter:  11
       Prior hearings on this obligation:        <u>N/A</u>          Last Day to File §523/§727 Complaints:

(B)   Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor   [   ] or lessor [   ]
Fair market value: $_____   Source of value: _____
Contract Balance: $_____   Pre-Petition Default: $_____
Monthly Payment: $_____   No. of months: _____
Insurance Advance: $_____   Post-Petition Default:  $_____
                                                                         No. of months: _____

(C)   Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____ Source of value:_____ If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____   Pre-Petition Default: $_____
As of (date): _____   No. of months: _____
Mo. payment: $_____   Post-Petition Default: $_____
Notice of Default (date): _____   No. of months: _____
Notice of Trustee's Sale: _____   Advances Senior Liens:  $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed:_____ | | $ | $ | $ |
| 2nd Trust Deed: _____ | | $ | $ | $ |
| _____ | : | | | |
| _____ | : | | | |
| _____ | : | | | |
| | (Total)   $ | | $ | $ |

Other pertinent information:  This motion request this Court terminate the automatic stay to permit a state court trial to proceed on declaratory relief.

Dated:   October 27, 2023

SIMPSON THACHER & BARTLETT, LLP


*/s/ Pierce A. MacConaghy*
Pierce A. MacConaghy

*Attorney for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company*