PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 251-5000
Facsimile:    (650) 251-5002

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company,
Pacific Indemnity Company, and
Westchester Fire Insurance Company*

(*additional counsel for insurers listed on signature page*)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>　　　　　Debtor and<br>　　　　　Debtor in Possession. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**<br><br>Date:　　November 30, 2023<br>Time:　　1:30 p.m. Pacific Time<br>Place:　　Via ZoomGov<br><br>Objection Deadline: November 16, 2023 at 4:00 p.m |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Century Indemnity Company, as successor to CCI Insurance Company and Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964 (collectively, the "**Certain Insurers**") in the above-captioned chapter 11 case respectfully request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the contents and information contained in the following documents and other identified records:

1. The Complaint filed by Doe plaintiffs against the Roman Catholic Archbishop of San Francisco *et al*., in Alameda County Superior Court on or about September 29, 2021, a true and correct copy of which is attached hereto as **Exhibit A**.

2. The Complaint filed by Century Indemnity Co. *et al*., against the Roman Catholic Archbishop of San Francisco *et al*., in San Francisco County Superior Court on or about July 28, 2023, a true and correct copy of which is attached hereto as **Exhibit B**.

3. The Civil Case Cover Sheet, ECF 2, of the Complaint filed by Century Indemnity Co. *et al*., against the Roman Catholic Archbishop of San Francisco *et al*., in San Francisco County Superior Court on or about July 28, 2023, a true and correct copy of which is attached hereto as **Exhibit C**.

4. The Docket of the Complaint filed by Century Indemnity Co. *et al*., against the Roman Catholic Archbishop of San Francisco *et al*., in San Francisco County Superior Court on or about July 28, 2023, a true and correct copy of which is attached hereto as **Exhibit D**.

The Court may take judicial notice of **Exhibits A-D** because they are not subject to reasonable dispute and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Further, the Court may take judicial notice of pleadings, orders, and other papers contained in the court files of another action. *See Dawson v. Mahoney,* 451 F.3d 550, 551 & n.1 (9th Cir. 2006) (taking judicial notice of state court orders and proceedings); *see also Mullis v. United States Bankr. Ct.*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987).

5. The Press Release of the Archdiocese of San Francisco, published on or about August 21, 2023, a true and correct copy of which is attached hereto as **Exhibit E**.

The Court may also take judicial notice of **Exhibit E** because it is publicly available and thus capable of "accurate[] and read[y] determin[ation] from sources whose accuracy cannot reasonably be questioned." Fed R. Evid. 201(b)(2). Courts routinely take judicial notice of publicly available information about an organization "to show disclosure of information." *In re Century Aluminum Co. Sec. Litig.*, 749 F. Supp. 2d 964, 980 (N.D. Cal. 2010); *Bodri v. GoPro, Inc.*, 252 F. Supp. 3d 912, 921 (N.D. Cal. 2017) (taking judicial notice of "matters in the public record," including news articles and press releases).

Respectfully submitted,

Dated: October 27, 2023

*/s/ Pierce A. MacConaghy*
PIERCE A. MACCONAGHY (SBN 341371)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: pierce.macconaghy@stblaw.com

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

ALEXANDER POTENTE (SBN 208240)
alex.potente@clydeco.us
JASON J. CHORLEY (SBN 263225)
jason.chorley@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone:    415-365-9800
Facsimile:    415-365-9801

*Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company*