# EXHIBIT D

Contact Us

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CGC23607975
Title: CENTURY INDEMNITY COMPANY ET AL VS. THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, ET AL
Cause of Action: SUBROGATION/INSURANCE
Generated: 2023-10-27 12:34 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

**Please Note: The "View" document links on this web page are valid until 12:44:08 pm**
After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)

## Register of Actions

Show All entries                                                         Search:

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2023-08-28 | NOTICE NOTICE RE: OF STAY OF PROCEEDINGS (TRANSACTION ID # 70735611) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | View | |
| 2023-08-28 | NOTICE OF STAY OF PROCEEDINGS REGARDING BANKRUPTCY (TRANSACTION ID # 70735611) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | View | |
| 2023-07-31 | SUMMONS ISSUED (TRANSACTION ID # 70516246) TO PLAINTIFF CENTURY INDEMNITY COMPANY PACIFIC INDEMNITY COMPANY WESTCHESTER FIRE INSURANCE COMPANY | View | |
| 2023-07-28 | NOTICE TO PLAINTIFF | View | |
| 2023-07-28 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 70516246) FILED BY PLAINTIFF CENTURY INDEMNITY COMPANY PACIFIC INDEMNITY COMPANY WESTCHESTER FIRE INSURANCE COMPANY CASE DESIGNATED COMPLEX LITIGATION | View | |
| 2023-07-28 | SUBROGATION/INSURANCE, COMPLAINT (TRANSACTION ID # 70516246) FILED BY PLAINTIFF CENTURY INDEMNITY COMPANY PACIFIC INDEMNITY COMPANY WESTCHESTER FIRE INSURANCE COMPANY AS TO DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE DOES 1 THROUGH 50 NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR DEC-27-2023 PROOF OF SERVICE DUE ON SEP-26-2023 CASE MANAGEMENT STATEMENT DUE ON DEC-04-2023 COMPLEX LITIGATION ASSIGNMENT REQUESTED BY FILING PARTIES; FEE INCLUDED IN FILING FEE | View | $1435.00 |

Showing 1 to 6 of 6 entries                                          Previous  1  Next

Case: 23-30564    Doc# 251-7    Filed: 10/27/23    Entered: 10/27/23 15:00:46    Page 2
                                        of 2