| | |
|---|---|
| 1 | PIERCE A. MACCONAGHY (SBN 341371) |
| 2 | pierce.macconaghy@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 3 | 2475 Hanover Street<br>Palo Alto, CA 94304 |
| 4 | Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002 |
| 5 | ANDREW T. FRANKEL (*pro hac vice*) |
| 6 | afrankel@stblaw.com<br>MICHAEL H. TORKIN (*pro hac vice*) |
| 7 | michael.torkin@stblaw.com<br>DAVID ELBAUM (*pro hac vice*) |
| 8 | david.elbaum@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 9 | 425 Lexington Avenue<br>New York, NY 10017 |
| 10 | Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 |
| 11 | *Counsel for Century Indemnity Company,* |
| 12 | *Pacific Indemnity Company, and*<br>*Westchester Fire Insurance Company* |
| 13 | (*additional counsel for insurers listed on signature page*) |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>                Debtor and<br>                Debtor in Possession. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON CERTAIN INSURERS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**<br><br>Judge:    Hon. Dennis Montali<br>Date:     November 30, 2023<br>Time:    1:30 p.m.<br>Place:   Via ZoomGov<br><br>Objection Deadline: November 16, 2023 at 4:00 p.m |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") to be conducted via videoconference has been scheduled for <u>**November 30, 2023 at 1:30 p.m. (Pacific Time)**</u> before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the *Certain Insurer's Motion for Relief from Automatic Stay to Permit the California Coverage Action to Continue* (the "**Motion**") filed by Century Indemnity Company, as successor to CCI Insurance Company and Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964 (collectively, the "**Insurers**"), in the above-captioned case (the "**Bankruptcy Case**"), on October 27, 2023.

**PLEASE TAKE FURTHER NOTICE** that by this Motion, the Insurers seek to lift the automatic stay to allow a pending state-court coverage action (the "**California Coverage Action**") to proceed in order to provide guidance and certainty as on to the extent of the Insurers' coverage obligations, if any, for claims brought by survivors of childhood sexual abuse under the California Child Victims Act against the Debtor.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Insurers at the above-referenced addresses so as to be received by no later than <u>**4:00 p.m. (Pacific Time) on November 16, 2023**</u>. Any oppositions or responses must be filed and served on the Limited Service List as provided in the *Final Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims* at ECF No. 227. The updated Limited Service List may be obtained from the Omni Agent Solutions Inc. website listed below. Failure to timely file opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected.

**PLEASE TAKE FURTHER NOTICE** that this notice does not contain all the particulars of the Motion or supporting documents. For further specifics concerning the Motion and the relief

requested, you are encouraged to review the Motion, including the supporting documents, copies of which may be obtained from the website to maintained by the Debtor's Claims Agent Omni Agent Solutions Inc. at https://omniagentsolutions.com/RCASF.  You may also access these documents from the Court's Pacer system (requires a subscription).  The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov.  The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing.  If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.  The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

Respectfully submitted,

Dated: October 27, 2023

/s/ Pierce A. MacConaghy
PIERCE A. MACCONAGHY (SBN 341371)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: pierce.macconaghy@stblaw.com

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

ALEXANDER POTENTE (SBN 208240)
alex.potente@clydeco.us
JASON J. CHORLEY (SBN 263225)
jason.chorley@clydeco.us

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone: 415-365-9800
Facsimile: 415-365-9801

*Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company*