James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email:  jstang@pszjlaw.com
      dgrassgreen@pszjlaw.com
      jlucas@pszjlaw.com

[Proposed] Counsel to the Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br><br>Debtor and Debtor in Possession. | Case No.:  23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF REVISED ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC, AS FINANCIAL ADVISOR, EFFECTIVE AS OF OCTOBER 9, 2023** |

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     On October 24, 2023, the Official Committee of Unsecured Creditors (the "in the above-captioned bankruptcy case (the "<u>Bankruptcy Case</u>") filed the *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC, as Financial Advisor, Effective as of October 9, 2023* (the "<u>Application</u>") [Docket No. 236], which attached a proposed order as Exhibit 1 thereto.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2. Attached hereto as **Exhibit A** is a revised proposed order (the "Revised Order") granting the Application, which incorporates comments received from the Office of the United States Trustee.

3. Attached hereto as **Exhibit B** is a redline of the Revised Order reflecting changes against the original proposed order attached to the Application.

Dated: October 30, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By: _/s/ John W. Lucas_
John W. Lucas

*Counsel to the Official*
*Committee of the Unsecured Creditors*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        jlucas@pszjlaw.com

[Proposed] Counsel to the Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO,

Debtor and Debtor in Possession.

Case No.: 23-30564

Chapter 11

**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF OCTOBER 9, 2023**

The Court has considered the Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor, Effective as of October 9, 2023 [Docket No. 236] (the "Application"), filed by the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), and the declaration of Matthew K. Babcock in support of the Application. Based upon the record before the Court, it appears that Berkeley Research Group, LLC (the "Firm") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that the Firm is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted.

2.      The Committee is authorized to employ the Firm as its counsel on the terms and conditions set forth more fully in the Application, effective as of October 9, 2023.

3.      Notwithstanding anything to the contrary in this Order or the Application, the Court is not approving the terms and conditions of the Firm's employment under 11 U.S.C. § 328(a).

4.      The Firm shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court.  The Firm shall provide reasonable notice to the Debtor and the U.S. Trustee of any increase of the Firm's hourly rates.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**\*\*END OF ORDER\*\***

DOCS_SF:109894.05068/002
Case: 23-30564    Doc# 254    Filed: 10/30/23    Entered: 10/30/23 14:05:15    Page 5 of
12                      2
ORDER APPROVING EMPLOYMENT OF
BERKELEY RESEARCH GROUP, LLC
AS FINANCIAL ADVISOR TO COMMITTEE

# EXHIBIT B

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        jlucas@pszjlaw.com

[Proposed] Counsel to the Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and Debtor in Possession.

Case No.:  23-30564

Chapter 11

**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF OCTOBER 9, 2023**

The Court has considered the Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor, Effective as of October 9, 2023 [Docket No. 236] (the "Application"), filed by the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), and the declaration of Matthew K. Babcock in support of the Application. Based upon the record before the Court, it appears that Berkeley Research Group, LLC (the "Firm") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that the Firm is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted.

2.      The Committee is authorized to employ the Firm as its counsel on the terms and conditions set forth more fully in the Application, effective as of October 9, 2023.

Notwithstanding anything to the contrary in this Order or the Application, the Court is not approving the terms and conditions of the Firm's employment under 11 U.S.C. § 328(a).

3.      The Firm shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court. The Firm shall provide reasonable notice to the Debtor and the U.S. Trustee of any increase of the Firm's hourly rates.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**\*\*END OF ORDER\*\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Document comparison by Workshare Compare on Thursday, October 26, 2023
1:35:16 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_LA/351899/4 |
| Description | DOCS_LA-#351899-v4-ASF_-_BRG_Retention_Application |
| Document 2 ID | PowerDocs://DOCS_LA/351899/5 |
| Description | DOCS_LA-#351899-v5-ASF_-_BRG_Retention_Application |
| Rendering set | Standard with shading |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 10 |
| Deletions | 7 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 17 |

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
      dgrassgreen@pszjlaw.com
      jlucas@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | ) |
| | CITY OF LOS ANGELES ) |

3    I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5    On October 30, 2023, I caused to be served the

6    • **NOTICE OF FILING OF REVISED ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF OCTOBER 9, 2023**

9    in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On October 6, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

19    I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

21    Executed on October 30, 2023 at Los Angeles, California.

22

*/s/ Nancy H. Brown*

Nancy H. Brown

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Hagop T. Bedoyan**  hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Jason Blumberg**  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **John Bucheit**  jbucheit@phrd.com
- **George Calhoun**  george@ifrahlaw.com
- **Jason Chorley**  jason.chorley@clydeco.us, Robert.willis@clydeco.us
- **Blaise S Curet**  bcuret@spcclaw.com
- **Trevor Ross Fehr**  trevor.fehr@usdoj.gov
- **Robert David Gallo**  dgallo@phrd.com
- **Christina Lauren Goebelsmann**  christina.goebelsmann@usdoj.gov
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Robert G. Harris**  rob@bindermalter.com, RobertW@BinderMalter.com
- **Deanna K. Hazelton**  deanna.k.hazelton@usdoj.gov
- **Daniel James**  daniel.james@clydeco.us
- **Jeff D. Kahane**  jkahane@duanemorris.com
- **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim**  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **John William Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Alan H. Martin**  AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- **Andrew Mina**  amina@duanemorris.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Mark D. Plevin**  mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Nathan W. Reinhardt**  nreinhardt@duanemorris.com
- **Jason E. Rios**  jrios@ffwplaw.com, docket@ffwplaw.com
- **Matthew Roberts**  mroberts@phrd.com
- **Phillip John Shine**  phillip.shine@usdoj.gov
- **Catalina Sugayan**  catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- **Matthew Michael Weiss**  mweiss@phrd.com
- **Harris Winsberg**  hwinsberg@phrd.com
- **Yongli Yang**  yongli.yang@clydeco.us

**SERVED BY UNITED STATES MAIL**

The Roman Catholic Archbishop of
  San Francisco
One Peter Yorke Way
San Francisco, CA  94109

Sophia Achermann
605 Market Street, Suite 1103
San Francisco, CA  94105

Robin D. Craig
Craig & Winkelman LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

Dennis Fruzza (aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP
2869 India Street
San Diego, CA 92103

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory &
Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Kern County Treasurer and
  Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Todd C. Jacobs
Parker, Hudson, Rainer & Dobbs LLP
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606

CERTIFICATE OF SERVICE