PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company,*
*Pacific Indemnity Company, and*
*Westchester Fire Insurance Company*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>         Debtor and<br>         Debtor in Possession. | Bankruptcy Case<br>No. 23-30564 (DM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Pierce MacConaghy, do declare and state as follows:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2475 Hanover Street, Palo Alto, California 94304. On October 30, 2023, I served a copy of the following documents:

**CORRECTED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE;**

**NOTICE OF HEARING ON CERTAIN INSURERS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE;**

**MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE [dated OCTOBER 27, 2023];**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**

**EXHIBITS A THROUGH EXHIBIT E IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE, and**

**RELIEF FROM STAY COVER SHEET**

on the interested party in this action by:

**BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said documents in a sealed envelope addressed to the persons at the addresses listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

**SEE ATTACHED**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Case: 23-30564    Doc# 258    Filed: 10/30/23    Entered: 10/30/23 16:54:55    Page 2 of 32

1

Executed on October 30, 2023, at Palo Alto, California.

2

By: /s/ *Pierce A. MacConaghy*
   Pierce A. MacConaghy

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

28

## File a Motion:

23-30564 The Roman Catholic Archbishop of San Francisco

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (San Francisco) |
| Assets: y | Judge: DM | Case Flag: PlnDue, DsclsDue, CLMAGT |

### U.S. Bankruptcy Court

### California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from P
on 10/27/2023

**Case Name:**    The Roman Catholic Arc

**Case Number:**    23-30564

**Document Number:** 251

**Docket Text:**
Motion for Relief from Stay Fee Amount $188
Indemnity Company, Westchester Fire Insuran
of Points and Authorities in Support of Motion
California Coverage Action to Continue # (3) F
Notice # (5) Exhibit B - Request for Judicial N
Request for Judicial Notice # (8) Exhibit E - R

The following document(s) are associated with

**Document description:** Main Document
**Original filename:** ADSF - Motion only for St
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=
-0] [aabfa03befb71fab67d874ddf4d98f5a241d
3d38580b67c63fd0f163566046c2218a07a637

**Document description:** RS Cover Sheet
**Original filename:** C:\fakepath\Cover Sheet_R
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909229
-1] [795943b0e5db2a84eefc305036b216120ee72eebde03b03efd423c45c860b8c7a
2145579b0ee60104ab06849080116c64b1dc4c675ee148003599eba74c661d9]]

**Document description:** Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue
**Original filename:** C:\fakepath\ADSF - MPA ISO Motion for Relief from Stay.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909229
-2] [a98e2d27c17728d2db2cf532d26815544465bf586e6ae0c946d0b222c6c8a0341
efa82d6ad460ea2a7d3fc1aea406cbe7b26bb88d1f4320a97b8f0d91324b85]]

**Document description:** Request for Judicial Notice
**Original filename:** C:\fakepath\ADSF - RJN for Stay Relief.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909229
-3] [3328ccf2a9428f8c96d16fe4763535ed442a5ac94d009dc3e8b870c385b8bd92a
a40aa4bd799286b49d74d881e00590baae0215b086b0177c016655c3e363125]]

**Summary of current charges**

| Date Incurred | Description | Amount |
|---|---|---|
| 2023-10-27 15:00:47 | Motion for Relief From Stay( 23-30564) [motion,mrlfsty] ( 188.00) | $ 188.00 |
| | **Total: $ 188.00** | |

Pay Now    Continue Filing

**Document description:**Exhibit A - Request for Judicial Notice
**Original filename:**C:\fakepath\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909229
-4] [3a049538e598fa6df8a4d2693a04f72a685cad6bd9b1741732e3b84a2777bff34
85e49d7664de12778f1ddd358460bb3fb418487029cba490da9b0ec812ee345]]
**Document description:**Exhibit B - Request for Judicial Notice
**Original filename:**C:\fakepath\Exhibit B.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909229
-5] [a6bbaad015af690d98c8baa4d657d567baa63543824643c8c12f7899bb1772fe6
874e0ebe78edca29d21282094c58aa58a830df06adaadff5866c4b82e4cd875]]
**Document description:**Exhibit C - Request for Judicial Notice
**Original filename:**C:\fakepath\Exhibit C.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909229
-6] [a0d00d39cb0fb306c1160e321473eb30a8c95405cc01d398a320e4a7823e6dc81
30fba603525722e8cdfc650ce4f805fb929610f49dbe74a9ee61afbb1b96667]]
**Document description:**Exhibit D - Request for Judicial Notice
**Original filename:**C:\fakepath\Exhibit D.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909229
-7] [bee8642336e855d5b3e72ce845622800ffadc3b569aa567e6ce3502ff64ba6ef2
5e3ba64439e43dc848a2a1e3cb05fe3716f1e558a08e77c1cea9d40993cbc5c]]
**Document description:**Exhibit E - Request for Judicial Notice
**Original filename:**C:\fakepath\Exhibit E.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909229
-8] [4d2ce46000631fee9e61557c08b9244b470a365ab54819734c2b9a7d55ff9eed3
96c740506e84210429896ea224e581f137bebddecc7fb13f78a22d34c707aa0]]

## 23-30564 Notice will be electronically mailed to:

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Chicago Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance
Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
Corporation

adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Chicago Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Matthew Roberts on behalf of Interested Party Chicago Insurance Company
mroberts@phrd.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Matthew Michael Weiss on behalf of Interested Party Chicago Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Chicago Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
yongli.yang@clydeco.us

**23-30564 Notice will not be electronically mailed to:**

Sophia Achermann
605 Market Street, Suite 1103
San Francisco, CA 94105

C. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

J. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. C.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Robin D. Craig on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance
Corporation
CRAIG & WINKELMAN LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

J. D.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

H. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F. Jr.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Andrew T. Frankel on behalf of Interested Party Century Indemnity Company
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Dennis Fruzza
(aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP
2869 India Street
San Diego, CA 92103

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory & Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Todd C. Jacobs on behalf of Interested Party Chicago Insurance Company
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell on behalf of Interested Party Chicago Insurance Company
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Rosalle Marcic
c/o Jeannette A. Vaccaro, Esq.
315 Montgomery St. 10th Floor
San Francisco, CA 94104

Brittany M. Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Not Assigned - SF
,

Omni Agent Solutions
5955 De Soto Avenue
Suite 100
Woodland Hills, CA

Omni Agent Solutions, Inc.
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Alexander Potente on behalf of Interested Party Century Indemnity Company
CLYDE & CO US LLP
150 California Street

15th Floor
San Francisco, CA 94111

D. R.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Damion D. D. Robinson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
Corporation
355 South Grand Avenue,Suite 2450
Los Angeles, CA 90071

Russell W. Roten on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-5450

A. S.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd. 11th Fl.
Los Angeles, CA 90067-4100

Fr. Patrick Summerhays
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109

Michael H. Torkin on behalf of Interested Party Century Indemnity Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Miranda H. Turner on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Weinstein & Numbers, LLP
115 Ward Street
Larkspur, CA 94939

Weintraub Tobin Chediak Coleman & Grodin
475 Sansome St.
San Francisco, CA 94111

## File a Notice:

23-30564 The Roman Catholic Archbishop of San Francisco

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (San Francisco) |
| Assets: y | Judge: DM | Case Flag: PlnDue, DsclsDue, CLMAGT |

**U.S. Bankruptcy Court**

**California Northern Bankruptcy Court**

Notice of Electronic Filing

The following transaction was received from Pierce MacConaghy entered on 10/27/2023 at 3:20 PM PDT and filed on 10/27/2023

**Case Name:**        The Roman Catholic Archbishop of San Francisco

**Case Number:**        23-30564

**Document Number:** 252

**Docket Text:**
Notice of Hearing *on Certain Insurers' Motion for Relief from Automatic Stay to Permit California Coverage Action to Continue* (RE: related document(s)[251] Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice)). **Hearing scheduled for 11/30/2023 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**ADSF - Notice for Stay Relief.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909308
-0] [5d785007de780dd122599189967230c9a8d4daacd02f7d0d725229f3f407f1c13
5075ac0c5742014942cb48c8b8fea9651d9d99a4e448f34c02d4126924752a9]]

**23-30564 Notice will be electronically mailed to:**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Chicago Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Chicago Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company

pierce.macconaghy@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Matthew Roberts on behalf of Interested Party Chicago Insurance Company
mroberts@phrd.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Matthew Michael Weiss on behalf of Interested Party Chicago Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Chicago Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

**23-30564 Notice will not be electronically mailed to:**

Sophia Achermann

605 Market Street, Suite 1103
San Francisco, CA 94105

C. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

J. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. C.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Robin D. Craig on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance
Corporation
CRAIG & WINKELMAN LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

J. D.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

H. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F. Jr.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Andrew T. Frankel on behalf of Interested Party Century Indemnity Company
Simpson, Thacher and Bartlett
425 Lexington Ave.

New York, NY 10017

Dennis Fruzza
(aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP
2869 India Street
San Diego, CA 92103

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory & Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Todd C. Jacobs on behalf of Interested Party Chicago Insurance Company
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell on behalf of Interested Party Chicago Insurance Company
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Rosalle Marcic
c/o Jeannette A. Vaccaro, Esq.
315 Montgomery St. 10th Floor
San Francisco, CA 94104

Brittany M. Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Not Assigned - SF
,

Omni Agent Solutions
5955 De Soto Avenue
Suite 100

Woodland Hills, CA

Omni Agent Solutions, Inc.
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Alexander Potente on behalf of Interested Party Century Indemnity Company
CLYDE & CO US LLP
150 California Street
15th Floor
San Francisco, CA 94111

D. R.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Damion D. D. Robinson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
Corporation
355 South Grand Avenue,Suite 2450
Los Angeles, CA 90071

Russell W. Roten on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-5450

A. S.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd. 11th Fl.
Los Angeles, CA 90067-4100

Fr. Patrick Summerhays
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109

Michael H. Torkin on behalf of Interested Party Century Indemnity Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Miranda H. Turner on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Weinstein & Numbers, LLP
115 Ward Street
Larkspur, CA 94939

Weintraub Tobin Chediak Coleman & Grodin
475 Sansome St.
San Francisco, CA 94111

## File a Notice:

[23-30564 The Roman Catholic Archbishop of San Francisco](#)

Type: bk                          Chapter: 11 v                    Office: 3 (San Francisco)
Assets: y                         Judge: DM                        Case Flag: PlnDue, DsclsDue,
                                                                   CLMAGT

## U.S. Bankruptcy Court

## California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from Pierce MacConaghy entered on 10/27/2023 at 3:20 PM PDT and filed on 10/27/2023

**Case Name:**        The Roman Catholic Archbishop of San Francisco
**Case Number:**      [23-30564](#)
**Document Number:** [252](#)

**Docket Text:**
Notice of Hearing *on Certain Insurers' Motion for Relief from Automatic Stay to Permit California Coverage Action to Continue* (RE: related document(s)[251] Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice)). **Hearing scheduled for 11/30/2023 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**ADSF - Notice for Stay Relief.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/27/2023] [FileNumber=38909308
-0] [5d785007de780dd122599189967230c9a8d4daacd02f7d0d725229f3f407f1c13
5075ac0c5742014942cb48c8b8fea9651d9d99a4e448f34c02d4126924752a9]]

**23-30564 Notice will be electronically mailed to:**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Chicago Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance
Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Chicago Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company

pierce.macconaghy@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Matthew Roberts on behalf of Interested Party Chicago Insurance Company
mroberts@phrd.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Matthew Michael Weiss on behalf of Interested Party Chicago Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Chicago Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

**23-30564 Notice will not be electronically mailed to:**

Sophia Achermann

605 Market Street, Suite 1103
San Francisco, CA 94105

C. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

J. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. C.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Robin D. Craig on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance
Corporation
CRAIG & WINKELMAN LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

J. D.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

H. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F. Jr.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Andrew T. Frankel on behalf of Interested Party Century Indemnity Company
Simpson, Thacher and Bartlett
425 Lexington Ave.

New York, NY 10017

Dennis Fruzza
(aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP
2869 India Street
San Diego, CA 92103

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory & Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Todd C. Jacobs on behalf of Interested Party Chicago Insurance Company
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell on behalf of Interested Party Chicago Insurance Company
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Rosalle Marcic
c/o Jeannette A. Vaccaro, Esq.
315 Montgomery St. 10th Floor
San Francisco, CA 94104

Brittany M. Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Not Assigned - SF
,

Omni Agent Solutions
5955 De Soto Avenue
Suite 100

Woodland Hills, CA

Omni Agent Solutions, Inc.
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Alexander Potente on behalf of Interested Party Century Indemnity Company
CLYDE & CO US LLP
150 California Street
15th Floor
San Francisco, CA 94111

D. R.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Damion D. D. Robinson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
Corporation
355 South Grand Avenue,Suite 2450
Los Angeles, CA 90071

Russell W. Roten on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-5450

A. S.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd. 11th Fl.
Los Angeles, CA 90067-4100

Fr. Patrick Summerhays
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109

Michael H. Torkin on behalf of Interested Party Century Indemnity Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Miranda H. Turner on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Weinstein & Numbers, LLP
115 Ward Street
Larkspur, CA 94939

Weintraub Tobin Chediak Coleman & Grodin
475 Sansome St.
San Francisco, CA 94111

## Miscellaneous:

Type: bk                          Chapter: 11 v                    Office: 3 (San Francisco)
Assets: y                         Judge: DM                        Case Flag: PlnDue, DsclsDue,
                                                                   CLMAGT

### U.S. Bankruptcy Court

### California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from Pierce MacConaghy entered on 10/30/2023 at 2:42 PM PDT and filed on 10/30/2023

**Case Name:**        The Roman Catholic Archbishop of San Francisco
**Case Number:**      23-30564
**Document Number:**  255

**Docket Text:**
Corrected Memorandum of Points and Authorities in Support of *Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue* (RE: related document(s)[251] Motion for Relief From Stay). Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**ADSF - Motion for Relief from Stay.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/30/2023] [FileNumber=38912483
-0] [98251f60dfa39373b8f4d184418f1f34f882000faebb9e0b07b30008250524be0
ad4c0a1585125ddaea6fe8bdab8268149fa6304cc05dea24dd598e0703c52b7]]

### 23-30564 Notice will be electronically mailed to:

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Chicago Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Chicago Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market

Companies
amina@duanemorris.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Matthew Roberts on behalf of Interested Party Chicago Insurance Company
mroberts@phrd.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Matthew Michael Weiss on behalf of Interested Party Chicago Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Chicago Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

**23-30564 Notice will not be electronically mailed to:**

Sophia Achermann
605 Market Street, Suite 1103
San Francisco, CA 94105

C. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative

210 Washington Street
North Easton, MA 02356

J. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. C.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Robin D. Craig on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance
Corporation
CRAIG & WINKELMAN LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

J. D.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

H. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F. Jr.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Andrew T. Frankel on behalf of Interested Party Century Indemnity Company
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Dennis Fruzza
(aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP

2869 India Street
San Diego, CA 92103

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory & Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Todd C. Jacobs on behalf of Interested Party Chicago Insurance Company
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell on behalf of Interested Party Chicago Insurance Company
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Rosalle Marcic
c/o Jeannette A. Vaccaro, Esq.
315 Montgomery St. 10th Floor
San Francisco, CA 94104

Brittany M. Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Not Assigned - SF
,

Omni Agent Solutions
5955 De Soto Avenue
Suite 100
Woodland Hills, CA

Omni Agent Solutions, Inc.
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Alexander Potente on behalf of Interested Party Century Indemnity Company
CLYDE & CO US LLP
150 California Street
15th Floor
San Francisco, CA 94111

D. R.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Damion D. D. Robinson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
Corporation
355 South Grand Avenue,Suite 2450
Los Angeles, CA 90071

Russell W. Roten on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-5450

A. S.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd. 11th Fl.
Los Angeles, CA 90067-4100

Fr. Patrick Summerhays
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109

Michael H. Torkin on behalf of Interested Party Century Indemnity Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Miranda H. Turner on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Weinstein & Numbers, LLP
115 Ward Street
Larkspur, CA 94939

Weintraub Tobin Chediak Coleman & Grodin

475 Sansome St.
San Francisco, CA 94111