1  MICHAEL W. ELLISON, ESQ.
   mellison@sehlaw.com
2  SMITH ELLISON
   2151 Michelson Drive, Suite 185
   Irvine, CA 92612
3  (949) 442-1500
   (949) 442-1515
   Attorney for Interested Party First State Insurance
4  Company

5  JOSHUA D. WEINBERG (pro hac vice pending)
   jweinberg@ruggerilaw.com
   ANNETTE P. ROLAIN (pro hac vice pending)
   arolain@ruggerilaw.com
6  RUGGERI PARKS WEINGBERG LLP

7

8

9
                    UNITED STATES BANKRUPTCY COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11     **The Roman Catholic Archbishop of** )
   In re                              )
12     **San Francisco,**                  )      Case No. **3:23-bk-30564-DM**
                                       )
13                        Debtor(s).  )      Chapter    **11**
       _____

14          ORDER GRANTING APPLICATION FOR ADMISSION OF
                      ATTORNEY *PRO HAC VICE*
15

16  **Joshua D. Weinberg**                    , whose business address and telephone number is

17  **1875 K Street NW, Suite 600, Washington, DC 20006-1251**
    **Tel: (202) 984-1400**

18

19  and who is an active member in good standing of the bar of **the District of Columbia**

20  having applied in the above-entitled action for admission to practice in the Northern District of

21  California on a *pro hac vice* basis, representing **First State Insurance Company**

22          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

23  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

24  *vice.* Service of papers upon and communication with co-counsel designated in the application

25  will constitute notice to the represented party.  All future filings in this action are subject to the

26  Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

27  Bankruptcy Court for the Northern District of California.

                            **END OF ORDER**
28