MICHAEL W. ELLISON, ESQ.
mellison@sehlaw.com
SMITH ELLISON
2151 Michelson Drive, Suite 185
Irvine, CA 92612
(949) 442-1500
(949) 442-1515
Attorneys for Interested Party First State Insurance Company

JOSHUA D. WEINBERG (pro hac vice pending)
jweinberg@ruggerilaw.com
ANNETTE P. ROLAIN (pro hac vice pending)
arolain@ruggerilaw.com
RUGGERI PARKS WEINGBERG LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

The Roman Catholic Archbishop of San Francisco,

Debtor(s).

Case No. 23-30564
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Annette P. Rolain, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing First State Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael W. Ellison, Esq.
2151 Michelson Drive, Suite 185, Irvine, CA 92612
Telephone: (949) 442-1500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/01/23                    /s/ Annette P. Rolain