Betty Luu (SBN 305793)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone:  (213) 689-7400
Facsimile:   (213) 689-7401
Email:  BLuu@duanemorris.com

*Counsel for Certain Underwriters at Lloyd's, London*
*and Certain London Market Companies*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned appears for Certain Underwriters at Lloyd's, London and Certain London Market Companies ("Party-In-Interest"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 1101, et seq. ("Bankruptcy Code"), demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below:

Betty Luu
**DUANE MORRIS LLP**
865 S. Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone:  (213) 689-7400
Facsimile:   (213) 689-7401
Email: BLuu@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect to seek to affect in any way of the Party-In-Interest's rights or interests, in this case.

Dated: November 1, 2023

**DUANE MORRIS LLP**

*/s/ Betty Luu*
Betty Luu
*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE