Michael W. Ellison, Esq. (SBN 145832)
mellison@sehlaw.com
SMITH ♦ ELLISON
A Professional Corporation
2151 Michelson Drive
Suite 185
Irvine, California 92612
Telephone:     (949) 442-1500
Facsimile:     (949) 442-1515

Annette P. Rolain, Esq. (*pro hac vice pending*)
Arolain@ruggerilaw.com
Joshua Weinberg, Esq. (*pro hac vice pending*)
jweinberg@ruggerilaw.com
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251
Telephone:     (202) 469-7767
Fax:     (202) 984-1401


Attorneys for Interested Party
First State Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO.<br><br>    Debtor. | Case No. 3:23-bk-30564-DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**<br><br>[NOT HEARING REQUIRED] |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that the undersigned appears for First State Insurance Company ("Interested Party"), and pursuant to Federal rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that the Clerk of the Court enter the following names and addresses on the general matrix, and on all special or limited matrices, and request that copies all notices

that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) be sent to the following:

Michael W. Ellison<br>
SMITH ♦ ELLISON<br>
A Professional Corporation<br>
2151 Michelson Drive<br>
Suite 185<br>
Irvine, California 92612<br>
Telephone: (949) 442-1500<br>
Facsimile: (949) 442-1515<br>
Email: mellison@sehlaw.com<br>
<br>
Annette P. Rolain (*pro hac vice pending*)<br>
Joshua Weinberg (*pro hac vice pending*)<br>
Ruggeri Parks Weinberg LLP<br>
1875 K Street NW, Suite 600<br>
Washington, DC 20006-1251<br>
Telephone: (202) 469-7767<br>
Fax: (202) 984-1401<br>
Email: Arolain@ruggerilaw.com<br>
Email: jweinberg@ruggerilaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect to seek to affect in any way the Interested Party's rights or interests, in this case.

DATED: November 1, 2023

Michael W. Ellison
SMITH ♦ ELLISON
A Professional Corporation

By /S/   MICHAEL W. ELLISON
Michael W. Ellison
Attorneys for Interested Party First State Insurance Company

appearance.not.docx    2.    Notice of Appearance and Request for Notice

Case: 23-30564   Doc# 265   Filed: 11/01/23   Entered: 11/01/23 13:55:19   Page 2 of 3

# CERTIFICATE OF SERVICE

1. I am employed with the law firm of Smith ♦ Ellison, whose address is 2151 Michelson Drive, Suite 185, Irvine, California 92612; I am not a party to the cause; I am over the age of eighteen years.

2. I hereby certify that on this 1st day of November 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

3. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. On this 1st day of November 2023, I caused for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Smith ♦ Ellison's business practice the document described above will be deposited with the United States Postal Service on the same date that it is placed at Smith ♦ Ellison with postage thereon fully prepaid for collection and mailing on any of the following non-CM/ECF participants:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 1st day of November 2023, at Irvine, California.

/S/   KATHLEEN HIGUERA
Kathleen Higuera

appearance.not.docx      3.      Notice of Appearance and Request for Notice