| | |
|---|---|
| 1 | Harris B. Winsberg |
| 2 | GA Bar 770892 |
|   | PARKER, HUDSON, RAINER & DOBBS LLP |
| 3 | 303 Peachtree St NE, Suite 3600 |
|   | Atlanta, Georgia 30308 |
| 4 | Telephone: (404) 523-5300 |
|   | Facsimile: (404) 522-8409 |
| 5 | Email: hwinsberg@phrd.com |

*Attorney for Appalachian Insurance Company*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | Hon. Dennis Montali |
| Debtor. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Harris B. Winsberg, an active member in good standing of the bar of the State of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Appalachian Insurance Company in the above-entitled action and any adversary proceeding.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court five times in the 12 months preceding this application;

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

//

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Case: 23-30564    Doc# 267    Filed: 11/02/23    Entered: 11/02/23 12:13:12    Page 1 of 3

4. An attorney who is a member of the bar of this Court in good standing and who maintains offices within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

Christina M. Lincoln (SBN 274352)
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 552-0130

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2023

*/s/ Harris B. Winsberg*
Harris B. Winsberg
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Email: hwinsberg@phrd.com



Lawyers Serving the Public and the Justice System

**Mr. Harris Bryan Winsberg**
**Parker Hudson Rainer & Dobbs LLP**
**303 Peachtree Street NE Suite 3600**
**Atlanta, GA  30308**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 03/02/2000 |
| **BAR NUMBER:** | 770892 |
| **TODAY'S DATE:** | 07/21/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435