Todd C. Jacobs
IL Bar 6201358
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3306
Facsimile: (404) 522-8409
Email: tjacobs@phrd.com

*Attorney for Appalachian Insurance Company*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Todd C. Jacobs, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Appalachian Insurance Company in the above-entitled action and any adversary proceeding.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court five times in the 12 months preceding this application;

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

//

//

Case: 23-30564    Doc# 268    Filed: 11/02/23    Entered: 11/02/23 12:17:16    Page 1 of 3
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

4. An attorney who is a member of the bar of this Court in good standing and who maintains offices within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Christina M. Lincoln (SBN 274352)
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 552-0130

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2023

*/s/ Todd C. Jacobs*
Todd C. Jacobs
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606
Telephone: (312) 477-3306
Email: tjacobs@phrd.com



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/19/2023

Re: Todd C. Jacobs
Attorney No. 6201358

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Todd C. Jacobs was admitted to practice law in Illinois on 11/9/1989; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar