| | |
|---|---|
| 1 | John E. Bucheit |
| | IL Bar 6255684 |
| 2 | PARKER, HUDSON, RAINER & DOBBS LLP |
| | Two N. Riverside Plaza, Suite 1850 |
| 3 | Chicago, Illinois 60606 |
| | Telephone: (312) 477-3305 |
| 4 | Facsimile: (404) 522-8409 |
| | Email: jbucheit@phrd.com |
| 5 | |
| | *Attorney for Appalachian Insurance Company* |
| 6 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | Hon. Dennis Montali |
| Debtor. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, John E. Bucheit, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Appalachian Insurance Company in the above-entitled action and any adversary proceeding.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court five times in the 12 months preceding this application;

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

10283286.v3

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Case: 23-30564   Doc# 269   Filed: 11/02/23   Entered: 11/02/23 12:21:47   Page 1 of 3

1      4. An attorney who is a member of the bar of this Court in good standing and who maintains offices within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Christina M. Lincoln (SBN 274352)
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 552-0130

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2023

                                       */s/ John E. Bucheit*
                                       John E. Bucheit
                                       PARKER, HUDSON, RAINER & DOBBS LLP
                                       Two N. Riverside Plaza, Suite 1850
                                       Chicago, IL 60606
                                       Telephone: (312) 477-3305
                                       Email: jbucheit@phrd.com



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/19/2023

Re: John Eric Bucheit
    Attorney No. 6255684

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and this office reflect that John Eric Bucheit was admitted to practice law in Illinois on 11/5/1998; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar