| | |
|---|---|
| Christina M. Lincoln (SBN 274352)<br>ROBINS KAPLAN LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br>Email: clincoln@robinskaplan.com | Melissa M. D'Alelio (*pro hac vice* to come)<br>Taylore E. Karpa Schollard (*pro hac vice* to come)<br>Michele N. Detherage (*pro hac vice* to come)<br>ROBINS KAPLAN LLP<br>800 Boylston Street, Suite 2500<br>Boston, Massachusetts 02199<br>Telephone: (617) 267-2300<br>Facsimile: (617) 267-8288<br>Email: mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com |
| Harris B. Winsberg (*pro hac vice* pending)<br>Matthew M. Weiss (*pro hac vice* pending)<br>Matthew G. Roberts (*pro hac vice* to come)<br>R. David Gallo (*pro hac vice* pending)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Todd C. Jacobs (*pro hac vice* pending)<br>John E. Bucheit (*pro hac vice* pending)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3306<br>Facsimile: (404) 522-8409<br>Email: tjacobs@phrd.com<br>jbucheit@phrd.com |

*Attorneys For Appalachian Insurance Company*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor, | Case No. 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS** |

**PLEASE TAKE NOTICE** that Parker, Hudson, Rainer & Dobbs LLP and Robins Kaplan LLP hereby appear as counsel for Appalachian Insurance Company, and hereby request, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), that all notices given or required to be given and all papers served or

required to be served in these cases also be given to and served at the following addresses:

| ROBINS KAPLAN LLP ||
|---|---|
| Attn: Christina M. Lincoln<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br>Email: clincoln@robinskaplan.com | Attn: Melissa M. D'Alelio<br>800 Boylston Street<br>Suite 2500<br>Boston, Massachusetts 02199<br>Telephone: (617) 267-2300<br>Facsimile: (617) 267-8288<br>Email: mdalelio@robinskaplan.com |
| Attn: Taylore E. Karpa Schollard<br>800 Boylston Street<br>Suite 2500<br>Boston, Massachusetts 02199<br>Telephone: (617) 267-2300<br>Facsimile: (617) 267-8288<br>Email: tkarpa@robinskaplan.com | Attn: Michele N. Detherage<br>800 Boylston Street<br>Suite 2500<br>Boston, Massachusetts 02199<br>Telephone: (617) 267-2300<br>Facsimile: (617) 267-8288<br>Email: mdetherage@robinskaplan.com |

| PARKER, HUDSON, RAINER & DOBBS LLP |||
|---|---|---|
| Attn: Harris B. Winsberg<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: hwinsberg@phrd.com | Attn: Matthew M. Weiss<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: mweiss@phrd.com | Attn: Matthew G. Roberts<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: mroberts@phrd.com |
| Attn: R. David Gallo<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: dgallo@phrd.com | Attn: Todd C. Jacobs<br>Two N. Riverside Plaza<br>Suite 3600<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3306<br>Facsimile: (404) 522-8409<br>Email: tjacobs@phrd.com | Attn: John E. Bucheit<br>Two N. Riverside Plaza<br>Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3305<br>Facsimile: (404) 522-8409<br>Email: jbucheit@phrd.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtor. <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in this case.</u>

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of Notices and Papers* or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 2, 2023

PARKER, HUDSON, RAINER & DOBBS LLP

*/s/ Matthew Roberts*
By: Matthew Roberts

-and-

ROBINS KAPLAN LLP

*/s/ Christina Lincoln*
By: Christina Lincoln

*Attorneys for Appalachian Insurance Company*