James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Email: rpachulski@pszjlaw.com
       dgrassgreen@pszjlaw.com
       jlucas@pszjlaw.com

*Proposed Attorneys for The Official
Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On November 2, 2023, I caused to be served the following document(s) in the manner stated below:

- ***COMMITTEE'S LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDER: (1) FIXING TIME FOR FILING PROOFS OF CLAIM; (2) APPROVING PROOF OF CLAIM FORMS; (3) PROVIDING CONFIDENTIAL PROTOCOLS; AND (4) APPROVING FORM AND MANNER OF NOTICE***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **November 2, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL ON EXHIBIT B ATTACHED HERETO) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL ON EXHIBIT A ATTACHED HERETO) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 3, 2023 at Los Angeles, California.

*/s/ Hung Phan*
Hung Phan

**ECF/NEF List**

**Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno**
**hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com**

**Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF**
**jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov**

**John Bucheit on behalf of Interested Party Chicago Insurance Company**
**jbucheit@phrd.com**

**George Calhoun on behalf of Interested Party Century Indemnity Company**
**george@ifrahlaw.com**

**Jason Chorley on behalf of Interested Party Century Indemnity Company**
**jason.chorley@clydeco.us, Robert.willis@clydeco.us**

**Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation**
**bcuret@spcclaw.com**

**Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation**
**adiamond@diamondmccarthy.com**

**David Elbaum on behalf of Interested Party Century Indemnity Company**
**david.elbaum@stblaw.com**

**Michael W Ellison on behalf of Interested Party First State Insurance Company**
**mellison@sehlaw.com**

**Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF**
**trevor.fehr@usdoj.gov**

**Robert David Gallo on behalf of Interested Party Chicago Insurance Company**
**dgallo@phrd.com**

**Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF**
**christina.goebelsmann@usdoj.gov**

**Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors**
**dgrassgreen@pszjlaw.com, hphan@pszjlaw.com**

**Robert G. Harris on behalf of Creditor Archbishop Riordan High School**
**rob@bindermalter.com, RobertW@BinderMalter.com**

**Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF**
**deanna.k.hazelton@usdoj.gov**

**Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies**
**daniel.james@clydeco.us**

**Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation**
**chris.johnson@diamondmccarthy.com**

**Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies**
**jkahane@duanemorris.com**

**Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco**
**okatz@sheppardmullin.com, LSegura@sheppardmullin.com**

**Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco**
**jekim@sheppardmullin.com, dgatmen@sheppardmullin.com**

**John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors**
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

**Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies**
bluu@duanemorris.com

**Pierce MacConaghy on behalf of Interested Party Century Indemnity Company**
pierce.macconaghy@stblaw.com

**Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco**
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

**Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies**
amina@duanemorris.com

**Office of the U.S. Trustee / SF**
USTPRegion17.SF.ECF@usdoj.gov

**Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco**
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

**Mark D. Plevin on behalf of Interested Party Continental Casualty Company**
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

**Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher**
dbp@provlaw.com

**Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies**
nreinhardt@duanemorris.com

**Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco**
**jrios@ffwplaw.com, docket@ffwplaw.com**


**Matthew Roberts on behalf of Interested Party Appalachian Insurance Company**
**mroberts@phrd.com**


**Cheryl C. Rouse on behalf of Creditor Victoria Castro**
**rblaw@ix.netcom.com**


**Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF**
**phillip.shine@usdoj.gov**


**Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies**
**catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us**


**Matthew Michael Weiss on behalf of Interested Party Chicago Insurance Company**
**mweiss@phrd.com**


**Harris Winsberg on behalf of Interested Party Chicago Insurance Company**
**hwinsberg@phrd.com**


**Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies**
**yongli.yang@clydeco.us**