Matthew G. Roberts
GA Bar 367914
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:	(404) 523-5300
Facsimile:	(404) 522-8409
Email:	mroberts@phrd.com

*Attorney for Appalachian Insurance Company*

FILED
NOV - 3 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Matthew G. Roberts, an active member in good standing of the bar of the State of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Appalachian Insurance Company in the above-entitled action and any adversary proceeding.

In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I have been granted *pro hac vice* admission by the Court five times in the 12 months preceding this application;

    3.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains offices within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Christina M. Lincoln (SBN 274352)
> ROBINS KAPLAN LLP
> 2121 Avenue of the Stars, Suite 2800
> Los Angeles, California 90067
> (310) 552-0130

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2023

Matthew G. Roberts
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Email: mroberts@phrd.com



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Matthew Gregory Roberts
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street NE Suite 3600
Atlanta, GA  30308
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/16/2017 |
| **BAR NUMBER:** | 367914 |
| **TODAY'S DATE:** | 07/21/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

| HEADQUARTERS | COASTAL GEORGIA OFFICE | SOUTH GEORGIA OFFICE |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA 30303-2743 | Savannah, GA 31401-9910 | P.O. Box 1390 |
| 404-527-8700 · 800-334-6865 | 912-239-9910 · 877-239-9910 | Tifton, GA 31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 · 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |



# U.S. Bankruptcy Court

## California Northern Bankruptcy - San Francisco

Receipt Date: Nov 3, 2023 12:45PM

Parker Hudson

| Rcpt. No: 31000040 | | Trans. Date: Nov 3, 2023 12:45PM | | | Cashier ID: #JB |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| PHV | PRO HAC VICE FEE | 23-30564 | 1 | 317.00 | 317.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #271131 | 11/3/2023 | | $317.00 |
| | | | Total Due Prior to Payment: | | $317.00 |
| | | | Total Tendered: | | $317.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Judge:** DENNIS MONTALI **Case:** 23-30564

**Debtor:** The Roman Catholic Archbishop of San Francisco