

MICHAEL W. ELLISON, ESQ.
mellison@sehlaw.com
SMITH ELLISON
2151 Michelson Drive, Suite 185
Irvine, CA 92612
(949) 442-1500
(949) 442-1515
Attorneys for Interested Party First State Insurance Company

JOSHUA D. WEINBERG (pro hac vice pending)
jweinberg@ruggerilaw.com
ANNETTE P. ROLAIN (pro hac vice pending)
arolain@ruggerilaw.com
RUGGERI PARKS WEINBERG LLP

Signed and Filed: November 2, 2023

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **The Roman Catholic Archbishop of San Francisco,**

Debtor(s).

Case No. **23-30564**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Joshua D. Weinberg**, whose business address and telephone number is **1875 K Street NW, Suite 600, Washington, DC 20006-1251 Tel: (202) 984-1400** and who is an active member in good standing of the bar of **the District of Columbia** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **First State Insurance Company**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**