

Signed and Filed: November 3, 2023

1  MICHAEL W. ELLISON, ESQ.
   mellison@sehlaw.com
   SMITH ELLISON
2  2151 Michelson Drive, Suite 185
   Irvine, CA 92612
3  (949) 442-1500
   (949) 442-1515
   Attorneys for Interested Party First State Insurance Company

4  JOSHUA D. WEINBERG (pro hac vice pending)
   jweinberg@ruggerilaw.com
   ANNETTE P. ROLAIN (pro hac vice pending)
5  arolain@ruggerilaw.com
   RUGGERI PARKS WEINBERG LLP

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re **The Roman Catholic Archbishop of San Francisco,**

Debtor(s).

Case No. **23-30564**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Annette P. Rolain** , whose business address and telephone number is

**1875 K Street NW, Suite 600, Washington, DC 20006-1251
Tel: (202) 984-1400**

and who is an active member in good standing of the bar of **the District of Columbia**

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing **First State Insurance Company**

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the represented party.  All future filings in this action are subject to the

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

Bankruptcy Court for the Northern District of California.

**END OF ORDER**