1  Joshua Haevernick (SBN 308380)
   DENTONS US LLP
2  1999 Harrison Street, Suite 1300
   Oakland, California 94612
3  Telephone:   (415) 882-5000
   Facsimile:   (415) 882-0300
4  Email:       joshua.haevernick@dentons.com

5  Patrick C. Maxcy (*pro hac vice* pending)
   John Grossbart (*pro hac vice* pending)
6  DENTONS US LLP
   233 South Wacker Drive, Suite 5900
7  Chicago, IL 60606
   Telephone:   (312) 876-8000
8  Facsimile:   (312) 876-7934
   Email:       patrick.maxcy@dentons.com
9                john.grossbart@dentons.com

10 Geoffrey M. Miller (*pro hac vice* pending)
   DENTONS US LLP
11 1221 Avenue of the Americas
   New York, NY 10020-1089
12 Telephone:   (212) 768-6700
   Facsimile:   (212) 768-6800
13 Email:       geoffrey.miller@dentons.com

14 *Attorneys for St. Paul Fire and Marine Insurance*
   *Company and Travelers Casualty and Surety Company,*
15 *Employers Reinsurance Corporation, Appalachian*
   *Insurance Company, First State Insurance Company,*
16 *and The Insurance Company of North America*

17

18                    UNITED STATES BANKRUPTCY COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

21

22 In re:                                    Case No. 23-30564

23 THE ROMAN CATHOLIC ARCHBISHOP             Chapter 11
   OF SAN FRANCISCO,
24                                           **NOTICE OF APPEARANCE,**
              Debtor and                     **REQUEST FOR SERVICE OF**
25            Debtor in Possession.          **PAPERS, AND TO BE INCLUDED**
                                             **ON THE LIMITED-SERVICE LIST**
26

27

28

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

**PLEASE TAKE NOTICE** that the undersigned counsel to St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America (collectively, "Travelers") for itself and each of its past, present, and future parents, subsidiaries, affiliates and divisions, pursuant to, *inter alia*, Rules 2002, 9007 and 9014(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices given or requested in this case and copies of all notices, pleadings or papers served or required to be served in this case, be given to and served upon the following:

> Joshua Haevernick (CA Bar No. 308380)
> DENTONS US LLP
> 1999 Harrison Street, Suite 1300
> Oakland, California 94612
> Telephone:     (415) 882-5000
> Facsimile:      (415) 882-0300
> Email:    joshua.haevernick@dentons.com
>
> -and-
>
> Patrick C. Maxcy (*pro hac vice* pending)
> John Grossbart (*pro hac vice* pending)
> DENTONS US LLP
> 233 South Wacker Drive, Suite 5900
> Chicago, IL 60606
> Telephone:     (312) 876-8000
> Facsimile:      (312) 876-7934
> Email:    patrick.maxcy@dentons.com
>           john.grossbart@dentons.com
>
> -and-
>
> Geoffrey M. Miller (*pro hac vice* pending)
> DENTONS US LLP
> 1221 Avenue of the Americas
> New York, NY 10020-1089
> Telephone:     (212) 768-6700
> Facsimile:      (212) 768-6800
> Email:    geoffrey.miller@dentons.com

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also, without limitation, notices of any orders or other pleadings, motions, applications, complaints, demands, hearings, requests, petitions,

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

objections, answering or reply papers, and any memoranda or briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail or otherwise.

This Notice of Appearance and Request for Notice shall not be deemed to be a waiver of the above-named parties-in-interests' right to (1) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) arbitration or trial by jury in any proceeding so referred or triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights claims, actions, set-offs, or recoupments to which the above-named parties-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the above-named parties-in-interest expressly reserves.

Dated: November 6, 2023                    DENTONS US LLP


                                           By: _____*/s/ Joshua Haevernick*_____

                                           Joshua Haevernick (SBN 308380)
                                           DENTONS US LLP
                                           1999 Harrison Street, Suite 1300
                                           Oakland, California 94612
                                           Telephone:      (415) 882-5000
                                           Facsimile:      (415) 882-0300
                                           Email:
                                               joshua.haevernick@dentons.com


                                           Patrick C. Maxcy (*pro hac vice* pending)
                                           John Grossbart (*pro hac vice* pending)
                                           DENTONS US LLP
                                           233 South Wacker Drive, Suite 5900
                                           Chicago, IL 60606
                                           Telephone:      (312) 876-8000
                                           Facsimile:      (312) 876-7934
                                           patrick.maxcy@dentons.com
                                           john.grossbart@dentons.com

Geoffrey M. Miller (*pro hac vice*
pending)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:      (212) 768-6700
Facsimile:      (212) 768-6800
Email:
geoffrey.miller@dentons.com

*Attorneys for St. Paul Fire and Marine
Insurance Company and Travelers
Casualty and Surety Company, Employers
Reinsurance Corporation, Appalachian
Insurance Company, First State Insurance
Company, and The Insurance Company of
North America*

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in Oakland, California. I am over the age of 18 years and not a party to the within entitled action. My business address is Dentons US LLP, 1999 Harrison Street, Suite 1300, Oakland, CA 94612.

I certify that on November 6, 2023, I caused a true and correct copy of the following document:

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS,**
**AND TO BE INCLUDED ON THE LIMITED-SERVICE LIST**

to be served (1) by the Court via Notice of Electronic Filing (NEF). I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses listed in **Exhibit A** attached

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 6, 2023, at Oakland, California.

_____
Diane Donner

**EXHIBIT A**

Dentons US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
(415) 882-5000

- **Gabrielle L. Albert** galbert@kbkllp.com
- **Hagop T. Bedoyan** hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Lynda Bennett** lbennett@lowenstein.com
- **Jason Blumberg** jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Thomas F. Carlucci** tcarlucci@foley.com
- **Trevor Ross Fehr** trevor.fehr@usdoj.gov
- **Evan Gershbein** ECFpleadings@kccllc.com
- **Robert G. Harris** rob@bindermalter.com, RobertW@BinderMalter.com
- **Michael A. Kaplan** mkaplan@lowenstein.com
- **Tobias S. Keller** tkeller@kbkllp.com
- **Jane Kim** jkim@kbkllp.com
- **Matt Lee** mdlee@foley.com
- **Shane J. Moses** smoses@foley.com, llanglois@foley.com
- **Office of the U.S. Trustee/Oak** USTPRegion17.OA.ECF@usdoj.gov
- **Mark D. Plevin** mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Gregory S. Powell** greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- **Jeffrey D. Prol** jprol@lowenstein.com
- **Colleen Restel** crestel@lowenstein.com
- **Jullian Sekona** jsekona@kbkllp.com
- **Phillip John Shine** phillip.shine@usdoj.gov
- **Ann Marie Uetz** auetz@foley.com
- **Brent Weisenberg** bweisenberg@lowenstein.com