**Entered on Docket
November 06, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Harris B. Winsberg
GA Bar 770892
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com

*Attorney for Appalachian Insurance Company*

**Signed and Filed: November 6, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Harris B. Winsberg, whose business address is 303 Peachtree Street, N.E., Suite 3600, Atlanta, Georgia 30308, and telephone number is (404) 523-5300, and who is an active member in good standing of the bar of the State of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Appalachian Insurance Company;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

| | |
|---|---|
| 1 | Service of papers upon and communication with co-counsel designated in the application will |
| 2 | constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy |
| 3 | Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court |
| 4 | for the Northern District of California. |
| 5 | *** END OF ORDER *** |

## COURT SERVICE LIST

Physical service is not required.