| | |
|---|---|
| 1 | Todd C. Jacobs |
| | IL Bar 6201358 |
| 2 | PARKER, HUDSON, RAINER & DOBBS LLP |
| 3 | Two N. Riverside Plaza, Suite 1850 |
| | Chicago, Illinois 60606 |
| 4 | Telephone: (312) 477-3306 |
| | Facsimile: (404) 522-8409 |
| 5 | Email: tjacobs@phrd.com |

**Entered on Docket**
**November 06, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: November 6, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorney for Appalachian Insurance Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | Hon. Dennis Montali |
| | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Todd C. Jacobs, whose business address is Two N. Riverside Plaza, Suite 1850, Chicago, Illinois 60606, and telephone number is (312) 477-3306, and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Appalachian Insurance Company;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

# **COURT SERVICE LIST**

Physical service is not required.