**Entered on Docket
November 06, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: November 6, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

John E. Bucheit
IL Bar 6255684
PARKER, HUDSON, RAINER &
DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone:    (312) 477-3305
Facsimile:    (404) 522-8409
Email:        jbucheit@phrd.com

*Attorney for Appalachian Insurance Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | Hon. Dennis Montali |
| | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

John E. Bucheit, whose business address is Two N. Riverside Plaza, Suite 1850, Chicago, Illinois 60606, and telephone number is (312) 477-3305, and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Appalachian Insurance Company;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

1 Service of papers upon and communication with co-counsel designated in the application will
2 constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy
3 Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court
4 for the Northern District of California.

*** END OF ORDER ***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Physical service is not required. |