

**Signed and Filed: November 6, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

R. David Gallo
GA Bar 228283
PARKER, HUDSON, RAINER &
DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:  (404) 523-5300
Facsimile:   (404) 522-8409
Email:        dgallo@phrd.com

*Attorney for Appalachian Insurance Company*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: <br><br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, <br><br> Debtor. | Case No.: 23-30564 <br><br> Chapter 11 <br><br> Hon. Dennis Montali <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

R. David Gallo, whose business address is 303 Peachtree Street, N.E., Suite 3600, Atlanta, Georgia 30308, and telephone number is (404) 523-5300, and who is an active member in good standing of the bar of the State of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Appalachian Insurance Company;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

| | |
|---|---|
| 1 | Service of papers upon and communication with co-counsel designated in the application will |
| 2 | constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy |
| 3 | Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court |
| 4 | for the Northern District of California. |

*** END OF ORDER ***

## COURT SERVICE LIST

Physical service is not required.