

Signed and Filed: November 7, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email:  jstang@pszjlaw.com
            dgrassgreen@pszjlaw.com
            jlucas@pszjlaw.com

[Proposed] Counsel to the Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF OCTOBER 9, 2023** |

The Court has considered the Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor, Effective as of October 9, 2023 [Docket No. 236] (the "Application"), filed by the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), and the declaration of Matthew K. Babcock in support of the Application. Based upon the record before the Court, it appears that Berkeley Research Group, LLC (the "Firm") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that the Firm is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required.

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted.

2. The Committee is authorized to employ the Firm as its counsel on the terms and conditions set forth more fully in the Application, effective as of October 9, 2023.

3. Notwithstanding anything to the contrary in this Order or the Application, the Court is not approving the terms and conditions of the Firm's employment under 11 U.S.C. § 328(a).

4. The Firm shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court. The Firm shall provide reasonable notice to the Debtor and the U.S. Trustee of any increase of the Firm's hourly rates.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**\*\*END OF ORDER\*\***