Joshua Haevernick (SBN 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: joshua.haevernick@dentons.com

Patrick C. Maxcy (*pro hac vice* pending)
John Grossbart (*pro hac vice* pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: patrick.maxcy@dentons.com
john.grossbart@dentons.com

Geoffrey M. Miller (*pro hac vice* pending)
Lauren Macksoud (*pro hac vice* pending)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: geoffrey.miller@dentons.com
lauren.macksoud@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND TO BE INCLUDED ON THE LIMITED-SERVICE LIST**<br><br>**Re: Dkt. No. 281** |

**PLEASE TAKE NOTICE** that the undersigned counsel to St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company (collectively, "Travelers"), hereby withdraws its *Notice of Appearance, Request for Service of Papers, and To Be Included On the Limited Service List* [Dkt. No. 281], filed on November 6, 2023.

Dated: November 8, 2023    DENTONS US LLP

By:     */s/ Joshua Haevernick*

Joshua Haevernick (SBN 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:
   joshua.haevernick@dentons.com

Patrick C. Maxcy (*pro hac vice* pending)
John Grossbart (*pro hac vice* pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
patrick.maxcy@dentons.com
john.grossbart@dentons.com

Geoffrey M. Miller (*pro hac vice* pending)
Lauren Macksoud (*pro hac vice* pending)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email:
   geoffrey.miller@dentons.com
   lauren.macksoud@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in Oakland, California. I am over the age of 18 years and not a party to the within entitled action. My business address is Dentons US LLP, 1999 Harrison Street, Suite 1300, Oakland, CA 94612.

I certify that on November 8, 2023, I caused a true and correct copy of the following document:

**NOTICE OF WITHDRAWAL OF THE NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND TO BE INCLUDED ON THE LIMITED-SERVICE LIST**

to be served by the Court via Notice of Electronic Filing (NEF). I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses listed in **Exhibit A** attached.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the above is true and correct. Executed on November 8, 2023, at Oakland, California.



# EXHIBIT A

- **Gabrielle L. Albert** galbert@kbkllp.com
- **Hagop T. Bedoyan** hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Lynda Bennett** lbennett@lowenstein.com
- **Jason Blumberg** jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Thomas F. Carlucci** tcarlucci@foley.com
- **Trevor Ross Fehr** trevor.fehr@usdoj.gov
- **Evan Gershbein** ECFpleadings@kccllc.com
- **Robert G. Harris** rob@bindermalter.com, RobertW@BinderMalter.com
- **Michael A. Kaplan** mkaplan@lowenstein.com
- **Tobias S. Keller** tkeller@kbkllp.com
- **Jane Kim** jkim@kbkllp.com
- **Matt Lee** mdlee@foley.com
- **Shane J. Moses** smoses@foley.com, llanglois@foley.com
- **Office of the U.S. Trustee/Oak** USTPRegion17.OA.ECF@usdoj.gov
- **Mark D. Plevin** mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Gregory S. Powell** greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- **Jeffrey D. Prol** jprol@lowenstein.com
- **Colleen Restel** crestel@lowenstein.com
- **Jullian Sekona** jsekona@kbkllp.com
- **Phillip John Shine** phillip.shine@usdoj.gov
- **Ann Marie Uetz** auetz@foley.com
- **Brent Weisenberg** bweisenberg@lowenstein.com

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000