Joshua Haevernick (SBN 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: joshua.haevernick@dentons.com

Patrick C. Maxcy (*pro hac vice* pending)
John Grossbart (*pro hac vice* pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: patrick.maxcy@dentons.com
john.grossbart@dentons.com

Geoffrey M. Miller (*pro hac vice* pending)
Lauren Macksoud (*pro hac vice* pending)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: geoffrey.miller@dentons.com
lauren.macksoud@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND TO BE INCLUDED ON THE LIMITED-SERVICE LIST** |

/ / /

/ / /

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

**PLEASE TAKE NOTICE** that the undersigned counsel to St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company (collectively, "Travelers") for itself and each of its past, present, and future parents, subsidiaries, affiliates and divisions, pursuant to, *inter alia*, Rules 2002, 9007 and 9014(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices given or requested in this case and copies of all notices, pleadings or papers served or required to be served in this case, be given to and served upon the following:

> Joshua Haevernick (SBN 308380)
> DENTONS US LLP
> 1999 Harrison Street, Suite 1300
> Oakland, California 94612
> Telephone: (415) 882-5000
> Facsimile: (415) 882-0300
> Email: joshua.haevernick@dentons.com
>
> -and-
>
> Patrick C. Maxcy (*pro hac vice* pending)
> John Grossbart (*pro hac vice* pending)
> DENTONS US LLP
> 233 South Wacker Drive, Suite 5900
> Chicago, IL 60606
> Telephone: (312) 876-8000
> Facsimile: (312) 876-7934
> Email: patrick.maxcy@dentons.com
> john.grossbart@dentons.com
>
> -and-
>
> Geoffrey M. Miller (*pro hac vice* pending)
> Lauren Macksoud (*pro hac vice* pending)
> DENTONS US LLP
> 1221 Avenue of the Americas
> New York, NY 10020-1089
> Telephone: (212) 768-6700
> Facsimile: (212) 768-6800
> Email: geoffrey.miller@dentons.com
> lauren.macksoud@dentons.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also, without limitation, notices of any orders or other pleadings, motions, applications, complaints, demands, hearings, requests, petitions, objections, answering or reply papers, and any memoranda or briefs in support of any of the

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

foregoing, and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail or otherwise.

This Notice of Appearance and Request for Notice shall not be deemed to be a waiver of the above-named parties-in-interests' right to (1) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) arbitration or trial by jury in any proceeding so referred or triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights claims, actions, set-offs, or recoupments to which the above-named parties-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the above-named parties-in-interest expressly reserves.

Dated: November 8, 2023         DENTONS US LLP

By:     */s/ Joshua Haevernick*

Joshua Haevernick (SBN 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone:     (415) 882-5000
Facsimile:     (415) 882-0300
Email:
  joshua.haevernick@dentons.com

Patrick C. Maxcy (*pro hac vice* pending)
John Grossbart (*pro hac vice* pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone:     (312) 876-8000
Facsimile:     (312) 876-7934
patrick.maxcy@dentons.com
john.grossbart@dentons.com

Geoffrey M. Miller (*pro hac vice* pending)
Lauren Macksoud (*pro hac vice* pending)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email:
  geoffrey.miller@dentons.com
  lauren.macksoud@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in Oakland, California. I am over the age of 18 years and not a party to the within entitled action. My business address is Dentons US LLP, 1999 Harrison Street, Suite 1300, Oakland, CA 94612.

I certify that on November 8, 2023, I caused a true and correct copy of the following document:

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND TO BE INCLUDED ON THE LIMITED-SERVICE LIST**

to be served by the Court via Notice of Electronic Filing (NEF). I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses listed in **Exhibit A** attached.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the above is true and correct. Executed on November 8, 2023, at Oakland, California.

_/s/ Diane Somers_

# EXHIBIT A

- **Gabrielle L. Albert** galbert@kbkllp.com
- **Hagop T. Bedoyan** hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Lynda Bennett** lbennett@lowenstein.com
- **Jason Blumberg** jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Thomas F. Carlucci** tcarlucci@foley.com
- **Trevor Ross Fehr** trevor.fehr@usdoj.gov
- **Evan Gershbein** ECFpleadings@kccllc.com
- **Robert G. Harris** rob@bindermalter.com, RobertW@BinderMalter.com
- **Michael A. Kaplan** mkaplan@lowenstein.com
- **Tobias S. Keller** tkeller@kbkllp.com
- **Jane Kim** jkim@kbkllp.com
- **Matt Lee** mdlee@foley.com
- **Shane J. Moses** smoses@foley.com, llanglois@foley.com
- **Office of the U.S. Trustee/Oak** USTPRegion17.OA.ECF@usdoj.gov
- **Mark D. Plevin** mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Gregory S. Powell** greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- **Jeffrey D. Prol** jprol@lowenstein.com
- **Colleen Restel** crestel@lowenstein.com
- **Jullian Sekona** jsekona@kbkllp.com
- **Phillip John Shine** phillip.shine@usdoj.gov
- **Ann Marie Uetz** auetz@foley.com
- **Brent Weisenberg** bweisenberg@lowenstein.com

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000