1 PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
2 THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
3   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
4 Sacramento, CA 95814
Telephone:    (916) 329-7400
5 Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
6             jrios@ffwplaw.com
              tphinney@ffwplaw.com
7
ORI KATZ, State Bar No. 209561
8 ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9   A Limited Liability Partnership
    Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
11 Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
12 Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com
13
Attorneys for The Roman Catholic Archbishop of
14 San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DEBTOR'S PRELIMINARY RESPONSE TO MOTION FOR RELIEF FROM STAY TO PROCEED WITH STATE COURT LITIGATION**<br><br>Date:     November 9, 2023<br>Time:    1:30 p.m.<br>Location: via Zoom<br><br>Judge:   Hon. Denis Montali |

1. The Roman Catholic Archbishop of San Francisco ("Debtor"), hereby files its preliminary response to the *Motion for Relief from Stay to Proceed with State Court Litigation* filed by Victoria Castro [ECF 247] ("Motion") as follows:

1. The Debtor is working with its special insurance counsel and special insurance counsel for the Official Committee of Unsecured Creditors to confirm the insurance coverage issues to determine the effect, if any, of the relief requested in the Motion.

2. Counsel for the Debtor has discussed the status of the insurance inquiry with counsel for the moving party. The parties have agreed to continue the hearing on the Motion to the Court's next available hearing date in this case of November 30, 2023, at 1:30 p.m.

3. The parties will endeavor to have an agreed resolution of the Motion by that date.

Dated: November 8, 2023     FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: November 8, 2023     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

-2-     Case No. 23-30564
DEBTOR'S PRELIMINARY RESPONSE TO MOTION FOR RELIEF FROM STAY
Case: 23-30564    Doc# 293    Filed: 11/08/23    Entered: 11/08/23 14:06:18    Page 2 of 2