1 CHERYL C. ROUSE (State Bar No. 118313)
NORMAN P. BAHLERT (State Bar No. 135693)
2 LAW OFFICES OF ROUSE & BAHLERT
1246 18th Street
3 San Francisco, CA 94107
Mailing Address:
4 1459 18th Street, #104
San Francisco, CA 94107
5 Tel No. (415) 575-9444
rblaw@ix.netcom.com
6
7 Attorneys for Movant
Victoria Castro
8

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.: 23-30564 |
| | Chapter 11 |
| The Roman Catholic Archbishop of San Francisco, | RS No. CCR-507 |
| | NOTICE OF **CONTINUED** HEARING ON MOTION FOR RELIEF FROM STAY TO PROCEED WITH STATE COURT LITIGATION |
| Debtor. | |
| | <u>Original Date</u> |
| | Date: November 9, 2023 |
| | Time: 1:30 p.m. |
| | Hearing: Via Tele/Video Conference |
| | <u>Continued Date</u> |
| | Date: November 30, 2023 |
| | Time: 1:30 p.m. |
| | Hearing: Via Tele/Video Conference |

TO THE COURT AND TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the hearing on the motion of Victoria Castro (hereinafter "Movant") for an order terminating the automatic stay provisions of 11 U.S.C. §362 and permitting Movant to continue to prosecute an action pending in the superior court, state of California for personal injury, with the recovery of any damages solely against any

Notice of Continued Hearing on Motion for
Relief from Stay

1 applicable insurance proceeds, which was originally set for hearing on November 9, 2023 at
2 1:30 p.m. **has been continued to November 30, 2023 at 1:30 p.m.** Said motion will be
3 heard **via Tele/Video Conference** before the Honorable Dennis Montali of the United States
4 Bankruptcy Court, located at 450 Golden Gate Ave, 16th Floor, Courtroom 17, San
5 Francisco, CA 94102.

6     PLEASE TAKE FURTHER NOTICE THAT the hearing will not be conducted in the
7 presiding judge's courtroom but instead will be conducted by telephone or video. The
8 Bankruptcy Court's website provides information regarding how to arrange an appearance
9 at a video or telephonic hearing. If you have questions about how to participate in a video or
10 telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live
11 Chat feature on the Bankruptcy Court's website.

12 Dated: November 8, 2023        LAW OFFICES OF ROUSE & BAHLERT

By:   /s/ Cheryl C. Rouse
CHERYL C. ROUSE
Attorneys for Movant Victoria Castro