1 | Case Name: *In re The Roman Catholic Archbishop of San Francisco*
2 | Case No.: 23- 30564

## CERTIFICATE OF SERVICE

4 | STATE OF CALIFORNIA )
| ) ss
5 | COUNTY OF SAN FRANCISCO )

6 | I, the undersigned, declare:

7 | I am a citizen of the United States and a resident of the County of SAN FRANCISCO. I am over the age of eighteen (18) years and not a party to the within action. My business address
8 | is: LAW OFFICES OF ROUSE & BAHLERT, 1246 18th Street, San Francisco, California 94107. On November 8, 2023, I served the within documents:

**NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM STAY TO PROCEED WITH STATE COURT LITIGATION**

__X__     by U.S. First Class Mail on the parties so designated by placing a true copy thereof enclosed in a sealed envelope with postage therein fully prepaid in the United States mail at San Francisco, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

____     by transmitting via email the document(s) listed above to the email address(es) set forth below on this date.

EXECUTED ON November 8, 2023 at SAN FRANCISCO, California.

__X__    (State)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__    (Federal)     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                          /s/Cheryl C. Rouse
                          CHERYL C. ROUSE

1  Case Name: *In re The Roman Catholic Archbishop of San Francisco*

2  Case No.:   23- 30564

**SERVICE LIST**

3

Debtor
4  The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
5  San Francisco, CA 94109

6

Responsible Individual
7  Fr. Patrick Summerhays
The Roman Catholic Archbishop of SF
8  One Peter York Way
San Francisco, CA 94109

9

Debtor's Counsel
10  Ori Katz
Jeannie Kim
11  Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
12  San Francisco, CA 94111

13  Paul J. Pascuzzi
Felderstein Fitzgerald et al LLP
14  500 Capitol Mall #2250
Sacramento, CA 95814

15

U.S. Trustee
Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Jason Blumberg
Trevor Ross Fehr
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Committee of Unsecured Creditors
Debra I. Grassgreen
John William Lucas
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436

Brittany M. Michael
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

16

James I. Stang
Pachulski, Stang, Ziehl & Jones LLP
17  10100 Santa Monica Blvd. 11th Fl.
Los Angeles, CA 90067-4100

18

19

20

21

22

23

24

25

26

27

28