1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9    A Limited Liability Partnership
     Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:    (415) 434-9100
   Facsimile:    (415) 434-3947
12 Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
13
   Attorneys for The Roman Catholic
14 Archbishop of San Francisco

15              UNITED STATES BANKRUPTCY COURT

16       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| 17 | In re | Case No. 23-30564 |
| 18 | THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| 19 | | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER:** |
| 20 | Debtor and Debtor in Possession. | **(1) FIXING TIME FOR FILING PROOFS OF CLAIM; (2) APPROVING PROOF OF CLAIM FORMS; (3) PROVIDING CONFIDENTIAL PROTOCOLS; AND (4) APPROVING FORM AND MANNER OF NOTICE** |
| 21 | | |
| 22 | | |
| 23 | | *[Filed concurrently with Debtor's Motion for Order; and Debtor's Status Update]* |
| 24 | | |
| 25 | | Judge:    Hon. Dennis Montali |
| 26 | | Date:     November 9, 2023 |
|    | | Time:     1:30 p.m. |
| 27 | | Location: via ZoomGov |
| 28 | | |

**TO THE HONORABLE DENNIS MONTALI, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

The Debtor is filing its request that the Court take judicial notice of certain orders and notices filed in the chapter 11 bankruptcy case of The Roman Catholic Bishop of Oakland pending in the United States Bankruptcy Court for the Northern District of California, Oakland Division, and assigned case no. 23-40523 (the "Oakland Case") and the chapter 11 bankruptcy case of The Roman Catholic Bishop of Santa Rosa pending in the United States Bankruptcy Court for the Northern District of California, Santa Rosa Division, and assigned case no. 23-10113 (the "Santa Rosa Case"). Specifically, the Debtors separately request that the Court take judicial notice of the following:

1. *Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* entered in the Oakland Case No. 23-40523, at ECF No. 293, attached hereto as **Exhibit 1**.

2. *Notice of Filing of Further Revised Exhibits to Bar Date Order*, entered in the Oakland Case No. 40523, at ECF No. 285, attached hereto as **Exhibit 2**.

3. *Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice* entered in the Santa Rosa Case, at ECF No. 327, attached hereto as **Exhibit 3**.

Dated: November 8, 2023

FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP


By _____
                      */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic
Archbishop of San Francisco

Dated: November 8, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      _/s/ Ori Katz_

ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Exhibit 1</u>**

**Entered on Docket**
July 25, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Docket #0293  Date Filed: 07/25/2023



**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor*
*and Debtor in Possession*

The following constitutes the order of the Court.
Signed: July 25, 2023

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

*In re:*

THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,

Debtor.

Case No. 23-40523 WJL

Chapter 11

**ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Judge:   Hon. William J. Lafferty

Date:    July 24, 2023
Time:    1:00 p.m.
Place:   United States Bankruptcy Court
         1300 Clay Street
         Courtroom 220
         Oakland, CA 94612

    Upon the *Motion of the Debtor for an Order Establishing Deadlines for Filing Proofs of Claim and Granting Related Relief* [Dkt. 181] (the "**Motion**")[1] of The Roman Catholic Bishop of Oakland, a California corporation sole, the debtor and debtor in possession (the "**Debtor**") in the above-captioned

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

-1-

chapter 11 bankruptcy case (the "**Chapter 11 Case**"), pursuant to Federal Rule of Bankruptcy Procedure ("**Bankruptcy Rule**") 3003(c)(3), fixing a deadline and establishing procedures for filing proofs of claim and approving the form and manner of service thereof; and the Official Committee of Unsecured Creditors (the "**Committee**") having filed a limited objection to the Motion [Dkt. 217] (the "**Committee Limited Objection**"); and certain of the Debtor's insurers (collectively, the "**Insurers**") having filed the *Limited Objection of Continental Casualty Company and Certain Other Insurers to Debtor's Motion to Establish Bar Dates and for Other Relief* [Dkt. 218] (the "**Insurers' Objection**"); and the Committee have filed a Reply to the Insurers' Objection [Dkt. 235] (the "**Committee's Reply**"); and the Committee Limited Objection having been resolved through the inclusion of language set forth herein; and it appearing that the relief granted by this Order is in the best interests of the Debtor, its estate and creditors; and hearings on the Motion having been held on July 18 and 19, 2023; and adequate notice of the Motion has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    The Motion is granted as set forth herein.  All other objections to the Motion not sustained herein are overruled.

    2.    Except as otherwise provided herein, all persons and entities (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) that assert a claim, as defined in Section 101(5) of the Bankruptcy Code, against the Debtor which arose prior to the date of the filing of the Chapter 11 petition on May 8, 2023 (the "**Petition Date**"), including any claims asserting administrative priority pursuant to section 503(b)(9) of the Bankruptcy Code, shall file a proof of such claim in accordance with the procedures set forth herein so that it is received on or before **September 11, 2023 at 5:00 p.m. (prevailing Pacific Time)** (the "**General Bar Date**").

    3.    Notwithstanding any other provision hereof, proofs of claim filed by governmental units must be filed and received on or before **November 6, 2023 at 5:00 p.m. (prevailing Pacific Time)** (the "**Governmental Bar Date**").

4.    Notwithstanding any other provision hereof, claimants must file proofs of claim with respect to any amendments or supplements to the Debtor's schedules of assets and liabilities on or before *the later of* (i) the General Bar Date or the Governmental Bar Date, as applicable and (ii) 5:00 p.m. (prevailing Pacific Time) on a date that is no later than thirty (30) days after the date on which the Debtor provides written notice of previously unfiled schedules of assets and liabilities or an amendment or supplement to the schedules of assets and liabilities (the "**Amended Schedules Bar Date**").

5.    Notwithstanding any other provision hereof, any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease must file a proof of claim based on such rejection on or before *the later of* (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) 5:00 p.m. (prevailing Pacific Time) on a date that is no later than thirty (30) days after entry of the order authorizing such rejection (the "**Rejection Bar Date**"). For the avoidance of doubt, a counterparty to an executory contract or unexpired lease is permitted to file a single proof of claim on account of its claims arising under the applicable contract or unexpired lease agreement (including claims for prepetition defaults and rejection damages) provided that such contract or lease agreement was rejected prior to the General Bar Date.

6.    The forms of the following documents attached to the *Notice of Filing of Further Revised Exhibits to Bar Date Order* [Dkt. 285] (the "**Exhibit Notice**"):

(i)    *Notice of Deadlines Requiring Filing of Proofs of Claim* (the "**General Bar Date Notice**"), attached to the Exhibit Notice as **Exhibit 1**;

(ii)    *Notice of Deadline Requiring Filing of Proofs of Claim Arising Out of Sexual Abuse* (the "**Sexual Abuse Bar Date Notice**"), attached to the Exhibit Notice as **Exhibit 2**;

(iii)    *Official Form 410 Proof of Claim* (the "**Official Proof of Claim Form**"), attached to the Exhibit Notice as **Exhibit 3**;

(iv)    *Optional Supplement to Official Form 410 for Use by Sexual Abuse Claimants* (the "**Supplement**"), attached to the Exhibit Notice as **Exhibit 4**;

(v)    Letter from the Committee (the "**Committee Letter**") to holders of Sexual Abuse Claims ("**Sexual Abuse Claimants**" and their claims being "**Sexual Abuse Claims**"), attached to the Exhibit Notice as **Exhibit 5**;

(vi)    *Authorized Party Confidentiality Agreement* attached to the Exhibit Notice as **Exhibit 6**; and

(vii)    Notice of the General Bar Date to be published as required by this Order (the "**Publication Notice**"), attached to the Exhibit Notice as **Exhibit 7**;

ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM
-3-

are each approved in form and substance in all respects.

7. The manner of providing notice of the Bar Dates set forth herein is approved in all respects.

8. The following procedures for the filing of proofs of claim apply:

(i) All creditors holding claims against the Debtor, ***including Sexual Abuse Claimants***, **must** complete the Official Proof of Claim Form attached to the Exhibit Notice as **Exhibit 3**;

(ii) Sexual Abuse Claimants **may** complete the Supplement and attach it to the Official Proof of Claim Form when filing their claim.

(iii) Proofs of claim must be filed:

(a) electronically through the website for this Chapter 11 Case hosted by Kurtzman Carson Consultants, LLC (the "**Claims Agent**") at https://www.kccllc.net/rcbo by following the instructions for filing proofs of claim electronically set forth on that website;

(b) by mail through the United States Postal Service to RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245; or

(c) by overnight mail or hand-delivery to the Claims Agent at the following address: RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245.

(iv) Proofs of claim will be deemed timely filed only when received by the Claims Agent on or before the applicable Bar Date;

(v) Proofs of claim must (a) be signed by the claimant or his or her counsel, (b) include supporting documentation (if available to claimant, and if such documentation is voluminous, attach a summary); and (3) be in the English language; and

(vi) Proofs of claim sent by facsimile, telecopy or electronic mail transmission will **not** be accepted.

9. The following persons or entities need **not** file a proof of claim on or prior to the General Bar Date:

(i) any person or entity that already has filed a proof of claim against the Debtor in the form required by this Order;

(ii) any person or entity whose claim is listed on the Schedules filed by the Debtor, provided that (a) the claim is not scheduled as "disputed", "contingent", or "unliquidated" and (b) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

(iii) any holder of a claim that heretofore has been allowed by Order of this Court;

(iv) any person or entity whose claim has been paid in full by the Debtor prior to the Bar Dates;

(v) any holder of a claim for which specific deadlines have previously been fixed by this Court;

ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM
-4-

(vi) any officer, director, employee, or independent contractor of the Debtor who held such position as of the Petition Date and has a claim against the Debtor for indemnification, contribution, or reimbursement; *provided, however*, that any of the foregoing parties that wishes to assert a claim other than a claim arising from or relating to indemnification, contribution, or reimbursement will be required to file a proof of claim by the General Bar Date, unless another exception identified in this paragraph 9 applies; and

(vii) the United States Trustee regarding a claim for quarterly fees under 28 U.S.C. § 1930(a)(6).

10. Nothing in this Order shall prejudice the right of the Debtor or any other party in interest to dispute or assert offsets or defenses to any claim reflected in the Schedules.

11. Pursuant to Bankruptcy Rule 3003(c)(2), all holders of claims that fail to comply with this Order by timely filing a proof of claim in appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution. For the avoidance of doubt, nothing contained in this Order shall preclude a claimant from seeking relief from this Court to file a late-filed claim in accordance with Bankruptcy Rule 9006.

12. Notwithstanding anything to the contrary in this Order and subject to Bankruptcy Rule 9006, a Sexual Abuse Claimant, that as of the General Bar Date has not discovered or should not reasonably have discovered that psychological injury or illness occurring after the age of majority was caused by Sexual Abuse, is not subject to the provisions of paragraph 2 of this Order. All rights of all parties with respect to such Sexual Abuse Claim(s), if any, are expressly reserved.

13. The filing of a proof of claim by a Sexual Abuse Claimant shall not constitute a waiver of the claimant's right to a jury trial, if any.

14. Due to the highly sensitive nature of Official Proof of Claim Forms and/or Supplements filed by, or on behalf of, Sexual Abuse Claimants, and the information contained therein, the following confidentiality protocol (the "**Confidentiality Protocol**") shall apply to Official Proof of Claim Forms and/or Supplements filed by, or on behalf of, Sexual Abuse Claimants regarding Sexual Abuse Claims.

(i) Intended Beneficiaries of the Confidentiality Protocol. The Confidentiality Protocol and the Confidentiality Agreement (defined below) are for the sole and exclusive benefit and protection of Sexual Abuse Claimants.

(ii) Confidentiality Maintained by the Claims Agent. The Claims Agent shall assign to each Sexual Abuse Claimant filing an Official Proof of Claim Form and/ or a

ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM
-5-

Supplement a unique identifier code and shall maintain a confidential list of the identities of the Sexual Abuse Claimants, their corresponding identifier code and their respective Official Proof of Claim Forms and/ or Supplement. The confidential list of the identities of Sexual Abuse Claimants shall be provided only to Authorized Parties (defined below) entitled to the personally identifying information of Sexual Abuse Claimants pursuant to this Order.

Official Proof of Claim Forms and/ or Supplement filed by, or on behalf of, a Sexual Abuse Claimant received by the Claim Agent, including any attachments thereto, shall not be made publicly available on the Debtor's case website and shall be redacted on the claims register. For the avoidance of doubt, only the claim number and claim amount (if any) will be made publicly available on the Debtor's case website and only such information will be included in the publicly available claims register.

(iii)     Who May Receive Copies of Official Proof of Claim Forms and/or Supplements Filed by, or on Behalf of, Sexual Abuse Claimants. Official Proof of Claim Forms and/or the Supplement filed by, or on behalf of a Sexual Abuse Claimant, with the Claims Agent shall be held and be treated as strictly confidential and will be made available only to the following parties (the "**Authorized Parties**"):

(a)     The Debtor, officers of the Debtor, and such other current or former employees of the Debtor who are necessary to assist the Debtor in verifying the facts contained in the Official Proof of Claim Form and/or the Supplement filed by, or on behalf of a Sexual Abuse Claimant; *provided, however*, that if the Debtor determines that the assistance of the alleged abuser is necessary to verify the facts contained in the Official Proof of Claim Form and/or the Supplement filed by, or on behalf of a Sexual Abuse Claimant, the Debtor shall redact and not otherwise share the Sexual Abuse Claimant's address or telephone number or any other personally identifiable information than is otherwise necessary to confirm the facts contained in the Official Proof of Claim Form and/or the Supplement;

(b)     Counsel to the Debtor and the Committee retained pursuant to an order of this Court, including any experts retained by or on behalf of the Debtor and the Committee under an order of this Court;

(c)     Members of the Committee and their counsel (after the Official Proof of Claim Form and/or the Supplement have been redacted to remove the Sexual Abuse Claimant's name, address, and any other personally identifiable information in the Official Proof of Claim Form and/or the Supplement);

(d)     Any insurance company that issued insurance policies for the period of time during which the Official Proof of Claim Form and/or Supplement filed by a Sexual Abuse Claimant alleges the sexual abuse to have occurred (each an "**Insurer**"), together with their respective successors, regulators, reinsurers, administrators, and counsel (together, the "**Insurer Authorized Parties**") (after the Official Proof of Claim Form and/or the Supplement have been redacted to remove the Sexual Abuse Claimant's name, address, and any other personally identifiable information in the Official Proof of Claim Form and/or the Supplement, provided that all such personally identifiable information shall be provided to the Insurer Authorized Parties by use of a separate key or other security mechanism mutually agreed by the Debtor, the Committee, and the Insurer Authorized Parties);

4858-5160-6613.12

(e)    Any person appointed pursuant to an order of the Court to serve as a mediator, as a representative for unknown or future claimants, or as a special arbitrator/claims reviewer appointed to review and resolve Sexual Abuse Claims;

(f)    Any trustee, or functional equivalent thereof, appointed to administer payments to Sexual Abuse Claimants, including pursuant to a plan of reorganization or a proposed plan of reorganization;

(g)    Authorized representatives of a department of corrections, if a Sexual Abuse Claimant is incarcerated, but only with respect to any Official Proof of Claim Form and/or Supplement filed by such Sexual Abuse Claimant and only to the extent disclosure is required under applicable non-bankruptcy law;

(h)    Any other person upon express written consent of the affected Sexual Abuse Claimant, *provided, however*, that if the Sexual Abuse Claimant filed his or her Sexual Abuse Claim *pro se*, then consent of the Sexual Abuse Claimant and counsel to the Committee shall be obtained before disclosing such Sexual Abuse Claimant's Official Proof of Claim Form and/ or the Supplement to any person;

(i)    Any other person upon express written consent of the Debtor and the Committee, upon 10 business days' notice to the affected Sexual Abuse Claimant(s) and their attorney, if known. A Sexual Abuse Claimant may file an objection with this Court concerning the disclosure of the Sexual Abuse Claimant's Official Proof of Claim Form and/ or the Supplement within the notice period;

(j)    Such other persons as this Court may, pursuant to subsequent order, authorize access to a Sexual Abuse Claimant's Official Proof of Claim Form and/ or the Supplement; *provided, however*, that any such determination shall be made on no less than 10 business days' notice to the affected Sexual Abuse Claimant(s) and their counsel of record, the Committee and the Debtor;

(k)    Counsel of record to any Authorized Party upon execution of a Confidentiality Agreement by such counsel; and

(l)    The Office of the United States Trustee.

(iv)    <u>Execution of Confidentiality Agreement Required</u>. Notwithstanding the designation of Authorized Parties above, no person or entity may obtain copies of any Official Proof of Claim Form and/or Supplement filed by, or on behalf of, a Sexual Abuse Claimant prior to the execution of a confidentiality agreement substantially in the form attached to the Exhibit Notice (the "**Confidentiality Agreement**"); *provided however*, that the Office of the United States Trustee shall not be required to execute such Confidentiality Agreement. Counsel to the Debtor, the Committee, and the Insurer Authorized Parties shall only be required to execute a single Confidentiality Agreement on behalf of those entities and their respective clients, which shall be deemed binding on their entire firm and their respective clients. Access to the Official Proof of Claim Form and/or Supplement filed by, or on behalf of a Sexual Abuse Claimant, for all other Authorized Parties shall be restricted to the natural person who executes a Confidentiality Agreement and a separate Confidentiality Agreement must be signed by each natural person

seeking access to the Official Proof of Claim Form and/or the Supplement filed by, or on behalf of a Sexual Abuse Claimant, on behalf of an Authorized Party.

(v) <u>Scope of Confidentiality Afforded Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement</u>. Authorized Parties receiving a copy of a Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement shall keep the Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement confidential and are only permitted to share the Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement with an Authorized Party.

(vi) <u>Scope of Confidentiality Afforded Information Contained in Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement</u>. Authorized Parties receiving a copy of a Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement shall keep Confidential Information (defined in the Confidentiality Agreement) contained in the Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement confidential and are only permitted to share the Confidential Information contained in a Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement with an Authorized Party; *provided, however*, except as set forth in any order of this Court regarding the confidentiality, if any, of the names of those having been accused of having committed the abuse or having covered up the abuse, a Sexual Abuse Claimant may elect to disclose and/or disseminate information which is Confidential Information contained in his or her Official Proof of Claim Form and/or the Supplement (but not the Official Proof of Claim Form and/or the Supplement itself) and such disclosure or dissemination shall not constitute a waiver of confidentiality.

(vii) <u>Permitted Use</u>. An Authorized Party may only use a Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement and any information contained therein as set forth in the Confidentiality Agreement.

(viii) <u>Relief from Confidentiality Protocols</u>. If an Authorized Party seeks to share a Sexual Abuse Claimants' Official Proof of Claim Form and/or the Supplement, or share the Confidential Information contained therein (after the Official Proof of Claim Form and/or the Supplement have been redacted to remove the Sexual Abuse Claimant's name, address, and any other personally identifiable information in the Official Proof of Claim Form and/or the Supplement), with a non-Authorized Party, such Authorized Party must provide fourteen (14) days' notice (the "**Notice Period**") to: (i) the Sexual Abuse Claimant, through his or her counsel, if known; (ii) counsel for the Debtor; and (iii) counsel for the Committee. If an objection is made within the Notice Period, no disclosure of such information shall be made unless and until a decision is rendered by this Court.

(ix) <u>Mandatory Reporting</u>. Notwithstanding the forgoing, information contained in an Official Proof of Claim Form and/ or the Supplement filed by, or on behalf of Sexual Abuse Claimant, may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions. If any such disclosures to governmental authorities are required to be made, Sexual Abuse Claimants and their counsel (if known) will be notified at the time of such disclosure.

15. Within five (5) business days following entry of this Order, the Debtor shall serve by United States mail, first-class postage prepaid: (i) a copy of this Order (without exhibits or schedules),

(ii) the General Bar Date Notice and (iii) the Official Proof of Claim Form (collectively, the "**General Bar Dates Notice Package**") on:

> (i)     the United States Trustee;
>
> (ii)    counsel to the Committee;
>
> (iii)   all persons or entities that have requested notice of the proceedings in this Chapter 11 Case;
>
> (iv)   all persons or entities that have filed claims;
>
> (v)    all creditors and other known holders of claims as of the date of this Order, including all persons or entities listed in the Schedules as holding claims, but not including holders of Sexual Abuse Claims;
>
> (vi)   all parties to executory contracts and unexpired leases of the Debtor;
>
> (vii)  all parties to litigation with the Debtor other than holders of Sexual Abuse Claims;
>
> (viii) the Internal Revenue Service for the district in which the case is pending; and
>
> (ix)   such additional persons and entities as deemed appropriate by the Debtor.

16.    Within five (5) business days following entry of this Order, the Debtor shall serve by United States mail, first-class postage prepaid: (i) a copy of this Order (without exhibits or schedules), (ii) the Sexual Abuse Bar Date Notice, (iii) the Official Proof of Claim Form, (iv) the Supplement and (v) the Committee Letter (collectively, the "**Sexual Abuse Claim Notice Package**"), upon (1) the Office of the United States Trustee; (2) counsel to the Committee and any other committee appointed in this case and (3) each person who:

> (i)     is listed on that portion of the Debtor's Schedule F filed under seal, or
>
> (ii)    to the knowledge of the Debtor as determined after a review of the Debtor's books and records has:

4858-5160-6613.12

   (a)    filed, or threatened to file, a lawsuit against the Debtor alleging that such Sexual Abuse Claimant was subjected to abuse by an individual for whom the Debtor was allegedly responsible;

   (b)    otherwise contacted the Debtor to report that they were subjected to abuse by an individual for whom the Debtor was allegedly responsible, whether or not that individual's claim was considered to be substantiated and whether or not the report was written or verbal, in either case where contact information for such person or his or her attorney is included in the Debtor's books and records; and

   (c)    been identified to the Debtor as an individual who was subjected to abuse by an individual for whom the Debtor was allegedly responsible to the extent contact information for such person or his or her attorney is included in the Debtor's books and records;

If any individual required to be served under paragraph 16 of this Order is represented by counsel, the Sexual Abuse Claim Notice Package shall be served solely on counsel to any such individual. If any such individual is not represented by counsel, the Sexual Abuse Claim Notice Package shall be served on such individual. Notwithstanding the foregoing, the Debtor shall not be required to send a Sexual Abuse Claim Notice Package to any person who has previously entered into a settlement with the Debtor regarding a claim based on sexual abuse if the Debtor has performed all of its obligations under the terms of such settlement.

17.    The Claims Agent shall also mail a copy of the Sexual Abuse Claim Notice Package, including a copy of the Publication Notice, to the following, with a request from the Debtor that the party post the Publication Notice in a prominent place until the expiration of the Bar Date: (a) the Attorney General of the State of California and (b) for each of the counties of Alameda and Contra Costa, the district attorney's office, the sheriff's office, any county government center, at least one public health agency (if any), and at least one substance abuse agency or hospital (if any).

18.    The Debtor shall file an affidavit of service certifying its compliance with its service obligations under paragraphs 15, 16 and 17 of this Order within three (3) business days of doing so.

19.    Service of the General Bar Dates Notice Package and the Sexual Abuse Claim Notice Package in the manner set forth in this Order is and shall be deemed to be good and sufficient notice of the Bar Dates to all known claimants.

20. The Debtor shall take the following additional measures, and file a certification with this Court attesting to taking such measure, within three (3) business days of doing so, to disseminate information relating to the General Bar Date as soon as practicable following entry of this Order:

(i) Beginning within five (5) business days of the Bar Date Order and at least through the General Bar Date, the Debtor will cause prominent, one-click links to the Sexual Abuse Claim Notice Package to be posted on the case management website maintained by the Claims Agent.

(ii) The Debtor will establish and maintain, or cause the Claims Agent to establish and maintain, a telephone number which may be used by claimants to ask questions or to request copies of the Sexual Abuse Claim Notice Package, or parts thereof.

(iii) Beginning within five (5) business days of entry of this Order and at least through the General Bar Date, the Debtor will cause, to the Debtor's reasonable best efforts, links to the Sexual Abuse Claim Notice Package to be posted on the website homepage of (a) the Diocese and (b) each of the churches listed on **Exhibit 8** (collectively, the "**Churches**," and each, a "**Church**") to the Exhibit Notice.

(iv) Beginning within five (5) business days of entry of this Order and until the General Bar Date, the Debtor will cause links to the Sexual Abuse Claim Notice Package to be posted on its Facebook and Twitter account in a pinned posting, and, to such posting shall provide one-click links to the Sexual Abuse Proof of Claim Form. The Debtor's Facebook and Twitter accounts shall be updated every fifteen (15) days between now and the General Bar Date by posting one-click links to the Sexual Abuse Proof of Claim Form.

(v) Beginning within five (5) business days of entry of this Order and until the General Bar Date, the Debtor will cause, to the Debtor's reasonable best efforts, the Sexual Abuse Claim Notice Package to be posted on a Facebook or Twitter account maintained by any Church in a pinned posting and/or church bulletin.

(vi) The Debtor will mail a copy of the Sexual Abuse Claim Notice Package to each Church and ministry affiliated with the Debtor with a request to display versions of the Sexual Abuse Bar Date Notice written in English, Spanish, and Vietnamese in a prominent place until expiration of the General Bar Date.

(vii) The Debtor will place a copy of the Publication Notice in each edition of *The Catholic Voice* until the General Bar Date.

21. The Debtor and the Claims Agent are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

22. The entry of this Order is without prejudice to the right of the Debtor to seek a further order of this Court fixing a date by which holders of claims or interests not subject to the Bar Dates established herein must file proofs of claim or be barred from doing so.

23. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

24. The Court has approved a process whereby information that is in many cases mandatory is being voluntarily provided. The Court reserves the right to monitor and possibly modify the claims allowance process, including, but not limited to, the information to be provided in the Supplement.

**END OF ORDER**

# COURT SERVICE LIST

All ECF Recipients.

1

**<u>Exhibit 2</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor*
*and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>            Debtor. | Case No. 23-40523<br><br>Chapter 11<br><br>**NOTICE OF FILING OF FURTHER REVISED EXHIBITS TO BAR DATE ORDER**<br><br>Judge:  Hon. William J. Lafferty<br><br>Date:    July 24, 2023<br>Time:   1:00 p.m.<br>Place:  United States Bankruptcy Court<br>         1300 Clay Street<br>         Courtroom 220<br>         Oakland, CA 94612 |

The Roman Catholic Bishop of Oakland, a California corporation sole, and the debtor and debtor in possession (the "Debtor" or "RCBO") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case" or the "Bankruptcy Case"), hereby files this notice of the final forms of exhibits to the Debtor's proposed order (the "Proposed Order") granting the *Motion of The Debtor For an Order Establishing*

4862-6410-5841.2

*Deadlines For Filing Proofs of Claim and Granting Related Relief*, dated June 27, 2023 [Docket No. 181] (the "Motion").[1]

The following forms of documents referenced in the Proposed Order, and to be approved thereby, are attached hereto:

(i)      *Notice of Deadlines Requiring Filing of Proofs of Claim* (the "General Bar Date Notice"), attached hereto as **Exhibit 1**;

(ii)      *Notice of Deadline Requiring Filing of Proofs of Claim Arising Out of Sexual Abuse* (the "Sexual Abuse Bar Date Notice"), attached hereto as **Exhibit 2**;

(iii)      *Official Form 410 Proof of Claim* (the "Official Proof of Claim Form"), attached hereto as **Exhibit 3**;

(iv)      *Optional Supplement to Official Form 410 for Use by Sexual Abuse Claimants* (the "Supplement"), attached hereto as **Exhibit 4**;

(v)      *Letter from the Committee* (the "Committee Letter") to holders of Sexual Abuse Claims, attached hereto as **Exhibit 5**;

(vi)      *Authorized Party Confidentiality Agreement* attached hereto as **__Exhibit 6__**; and,

(vii)      Notice of the General Bar Date to be published as required by this Order (the "Publication Notice"), attached hereto as **__Exhibit 7__**.

In addition, the list of churches (collectively, the "Churches," and each, a "Church") as defined in and referred to in the Proposed Order, is attached hereto as **__Exhibit 8__**.

DATED: July 24, 2023

                                           **FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Ann Marie Uetz
Matthew D. Lee

*/s/ Shane J. Moses*
SHANE J. MOSES

*Counsel for the Debtor
and Debtor in Possession*

---

[1] Capitalized terms not defined in this notice have the meaning ascribed to them in the Motion.

NOTICE OF FILING OF REVISED EXHIBITS TO BAR DATE ORDER

# **Exhibit 1**

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor*
*and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | **NOTICE OF DEADLINES REQUIRING FILING OF PROOFS OF CLAIM** |
| | Judge:   Hon. William J. Lafferty |

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ROMAN CATHOLIC BISHOP OF OAKLAND (THE "DEBTOR"):**

The General Bar Date.  The United States Bankruptcy Court for the Northern District of California, Oakland Division (the "Court") has entered an order (the "Bar Date Order") establishing **September 11, 2023 at 5:00 p.m.**, prevailing Pacific Time as the last date and time for each person (excluding "Governmental Units," as defined in section 101(27) of the Bankruptcy Code) to file a proof of claim (such deadline, the "General Bar Date") against the Debtor.

The Governmental Bar Date. The General Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtor that arose before May 8, 2023 (the "Petition Date"),

-1-

the date on which the Debtor commenced its case under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), including claims arising under section 503(b)(9) of the Bankruptcy Code, and excluding claims held by those listed in Section 6 below that are specifically excluded from the Bar Date filing requirement. "<u>Governmental Units</u>" (as defined in section 101(27) of the Bankruptcy Code) have until **November 6, 2023 at 5:00 p.m.** (prevailing Pacific Time), the date that is one-hundred and eighty (180) days after the order for relief (the "<u>Governmental Bar Date</u>"), to file proofs of claim against the Debtor.

The Rejection Damages Bar Date. Counterparties to the Debtor's executory contracts and unexpired leases have until the later of (i) the General Bar Date or Governmental Bar Date, as applicable and (ii) 5:00 p.m. (prevailing Pacific Time) on the date that is thirty (30) days after entry of the order authorizing the rejection of such contract or lease (the "<u>Rejection Damages Bar Date</u>"), to file proofs of claim for rejection damages against the Debtor.

<u>The Amended Schedules Bar Date.</u> With respect to amendments or supplements to the Debtor's schedules of assets and liabilities (the "<u>Schedules</u>"), claimants have until the later of (i) the General Bar Date or the Governmental Bar Date, as applicable and (ii) 5:00 p.m. (prevailing Pacific Time) on the date that is thirty (30) days from the date on which the Debtor provides notice of previously unfiled Schedules (as defined herein) or an amendment or supplement to the Schedules (the "<u>Amended Schedules Bar Date</u>" and together with the General Bar Date, the Governmental Bar Date, and the Rejection Damages Bar Date, the "<u>Bar Dates</u>"), to file proofs of claim against the Debtor.

## 1. WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 4 below. Claims based on acts or omissions of the Debtor that occurred before the Petition Date must be filed on or before the Bar Dates, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## 2. WHAT TO FILE FOR ALL CLAIMS

All proofs of claim must conform substantially to Official Form 410 (the "General Proof of Claim Form"). If your claim is listed on the schedules of assets and liabilities filed by the Debtor (collectively, the "Schedules"), the proof of claim form also sets forth the amount of your claim as listed on the Schedules, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different proof of claim form for each claim listed in your name on the Schedules. Additional proof of claim forms and instructions may be obtained at (a) the website established by the Debtor's Court-approved claims and noticing agent, Kurtzman Carson Consultants ("KCC"), located at https://www.kccllc.net/rcbo or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

**THE COURT HAS APPROVED SEPARATE PROCEDURES—BUT NOT A SEPARATE DEADLINE BY WHICH CLAIMS MUST BE FILED--FOR CLAIMANTS ALLEGING SEXUAL ABUSE CLAIMS AS SET FORTH IN MORE DETAIL IN THE BAR DATE ORDER AND THE SEXUAL ABUSE CLAIM BAR DATE NOTICE AVAILABLE AT KCC'S WEBSITE. IF YOU BELIEVE YOU HOLD A CLAIM ARISING OUT OF SEXUAL ABUSE FOR WHICH THE DEBTOR IS LIABLE, YOU SHOULD CONTACT COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, LOWENSTEIN SANDLER LLP, BY SENDING AN EMAIL TO JEFFREY PROL AT JPROL@LOWENSTEIN.COM, BRENT WEISENBERG AT BWEISENBERG@LOWENSTEIN.COM OR COLLEEN RESTEL AT CRESTEL@LOWENSTEIN.COM.**

All proof of claim forms must be signed by the claimant or his or her counsel or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

**3.      WHEN AND WHERE TO FILE**

All proofs of claim must be filed so as to be received on or before **September 11, 2023 at 5:00 p.m.** (prevailing Pacific Time) (for all persons except Governmental Units) or **November 6, 2023 at 5:00 p.m**. (prevailing Pacific Time) (for all Governmental Units) as follows:

IF BY U.S. POSTAL SERVICE MAIL, HAND DELIVERY, OR OVERNIGHT DELIVERY

> RCBO Claims Processing Center
> 222 N. Pacific Coast Highway, Suite 300
> c/o KCC
> El Segundo, CA 90245

IF ELECTRONICALLY:

The website established by the Claims Agent, using the interface available on such website located at https://www.kccllc.net/rcbo (the "Electronic Filing System") and following the instructions provided.

Proofs of claim will be deemed filed only when actually received at the addresses listed above or via the Electronic Filing System on or before the applicable Bar Date. Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

**4.      CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

The Bar Date Order further provides that the following entities, whose claims otherwise would be subject to the General Bar Date or the Governmental Bar Date, need not file proofs of claim:

(a)    any person or entity that already has filed a proof of claim against the Debtor in a form substantially similar to Official Bankruptcy Form No. 410;

(b)    any person or entity whose claim is listed on the Schedules filed by the Debtor, provided that (i) the claim is not scheduled as "disputed", "contingent", or "unliquidated" and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

(c)    any holder of a claim that heretofore has been allowed by Order of this Court;

(d)    any person or entity whose claim has been paid in full by the Debtor prior to the Bar Dates;

(e)    any holder of a claim for which specific deadlines have previously been fixed by this Court;

(f)    any officer, director, employee, or independent contractor of the Debtor who held such position as of the Petition Date and has a claim against the Debtor for indemnification, contribution, or reimbursement; provided, however, that any of the foregoing parties that wishes to assert a claim other than a claim arising from or relating to indemnification, contribution, or reimbursement will be required to file a proof of claim by the General Bar Date, unless another exception identified in this section 4 applies; and,

(g)    the United States Trustee regarding a claim for quarterly fees under 28 U.S.C. § 1930(a)(6).

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim or that the Debtor or the Court believe that you have a claim against the Debtor.

## 5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease, you must file your claim by the applicable Rejection Damages Bar Date (as defined herein).

## 6.    AMENDMENTS TO THE DEBTOR'S SCHEDULES

If you have a claim arising out of any amendments that the Debtor files to its Schedules, you must file it by the Amended Schedules Bar Date (as defined herein).

## 7.    CONSEQUENCES OF FAILURE TO FILE A CLAIM

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 6 ABOVE, AND THAT FAILS TO TIMELY FILE A

PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THIS CASE AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CASES ON ACCOUNT OF SUCH CLAIM.

**8.      THE DEBTOR'S SCHEDULES AND ACCESS THERETO**

To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the enclosed proof of claim form(s) regarding the nature, amount, and status of your claim(s). If you received postpetition payments from the Debtor (as authorized by the Bankruptcy Court) on account of your claim(s), the enclosed proof of claim form(s) should reflect the net amount of your claim(s).

IF YOU RELY ON THE DEBTOR'S SCHEDULES OR THE ENCLOSED PROOF OF CLAIM FORM(S), IT IS YOUR RESPONSIBILITY TO DETERMINE THAT THE CLAIM ACCURATELY IS LISTED ON THE SCHEDULES.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Schedules, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date, in accordance with the procedures set forth in this notice.

Copies of the Schedules are available for inspection on (a) the website established by the Claims Agent at https://www.kccllc.net/rcbo and (b) on the Bankruptcy Court's website at http://www.canb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Records ("PACER") are required to access this information on the Bankruptcy Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at 1300 Clay Street, Suite 300, Oakland, CA 94612. Copies of the Schedules also may be obtained by request to the Claims Agent:

By mail:

    RCBO Claims Processing Center
    222 N. Pacific Coast Highway, Suite 300

c/o KCC
El Segundo, CA 90245

## 9. ADDITIONAL INFORMATION

If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form, or related documents you may do so by: (i) calling the Debtor's restructuring hotline at (888) 733-1425 (US toll-free) or (310) 751-2631 (International); (ii) visiting the Debtor's restructuring website at: https://www.kccllc.net/rcbo; and/or (iii) writing to RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245. **Please note** that the Claims Agent **cannot** offer legal advice or advise whether you should file a proof of claim.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTOR SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

**BY ORDER OF THE COURT.**

//

//

DATED:  July 20, 2023

**FOLEY & LARDNER LLP**
Jeffrey R. Blease
Thomas F. Carlucci
Shane J. Moses
Emil P. Khatchatourian
Ann Marie Uetz
Matthew D. Lee

*/s/ Shane J. Moses*

SHANE J. MOSES

*Counsel for the Debtor
and Debtor in Possession*

Case: 23-30564   Doc# 285-1   Filed: 11/08/23   Entered: 11/08/23 15:26:11   Page 28 of 118

# Exhibit 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re:* | Case No. 23-40523 WJL |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole, | Chapter 11 |
| Debtor. | Judge: Hon. William J. Lafferty |

**NOTICE OF DEADLINE FOR FILING SEXUAL ABUSE CLAIMS IN THE ROMAN CATHOLIC BISHOP OF OAKLAND BANKRUPTCY CASE**

***TO: All individuals who may hold claims against The Roman Catholic Bishop of Oakland arising out of sexual abuse***

**PLEASE TAKE NOTICE THAT:**

The deadline to file a proof of claim against The Roman Catholic Bishop of Oakland (the "**Debtor**") is **September 11, 2023 at 5:00 p.m. (prevailing Pacific Time)** (the "**Bar Date**").

If you have a claim against the Debtor, including, without limitation, a claim related to sexual abuse committed by any person connected with the Debtor (a "**Sexual Abuse Claim**", and individuals holding Sexual Abuse Claims, "**Sexual Abuse Claimants**"), you must file a proof of claim on or before the Bar Date.

To file a proof of claim, you must complete the enclosed *Official Form 410* (the "**Official Proof of Claim Form**") approved by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") by: (1) visiting https://www.kccllc.net/rcbo; or (2) mailing or hand delivering a hard copy of your Official Proof of Claim Form to the address listed below.

You may, ***but are not required to***, complete the enclosed "*Optional Supplement to Official Form 410 for Use by Sexual Abuse Claimants*" (the "**Supplement**") and submit it with your completed Official Proof of Claim Form.

While you are ***not*** required to complete and file the Supplement to assert a claim against the Debtor, ***the Committee strongly recommends that any person asserting a sexual abuse claim fill out the Supplement in full and submit it with the Official Proof of Claim Form***.

Your rights and options – **and the deadline to exercise them by** – are explained in more detail in this notice.

1

## I. WHY WAS THIS NOTICE ISSUED

The Debtor filed a chapter 11 bankruptcy case. The Bankruptcy Court entered an Order (the "**Bar Date Order**") setting a deadline of **September 11, 2023 at 5:00 p.m. (prevailing Pacific Time)** for filing claims against the Debtor. The Debtor's case is pending in the Bankruptcy Court and the case is titled *In re The Roman Catholic Bishop of Oakland* (the "**Chapter 11 Case**").

## II. WHAT SHOULD I DO IF I HAVE A SEXUAL ABUSE CLAIM?

You should file the Official Proof of Claim Form if you have a Sexual Abuse Claim as defined above. You should file the Official Proof of Claim Form regardless of whether you:

- Did or did not report your sexual abuse to the Debtor or to anyone else;

- Previously filed a lawsuit or asserted claims in connection with the sexual abuse; or

- Are included in, or represented by, another action with respect to your Sexual Abuse Claim.

You should submit the Official Proof of Claim Form regardless of your age now or the length of time that has passed since the sexual abuse took place.

## III. PROCEDURE FOR FILING PROOFS OF CLAIM

**Proofs of claim should not be filed with the Court** or with the Clerk of the Court. Instead, all proofs of claim should be submitted to Kurtzman Carson Consultants, LLC, the Debtor's claims and noticing agent (the "**Claims Agent**"), as set forth below:

IF BY U.S. POSTAL SERVICE MAIL, HAND DELIVERY, OR OVERNIGHT DELIVERY

RCBO Claims Processing Center
222 N. Pacific Coast Highway, Suite 300
c/o KCC
El Segundo, CA 90245

IF ELECTRONICALLY:

The website established by the Claims Agent, using the interface available on such website located at https://www.kccllc.net/rcbo and following the instructions provided. Specifically, if you choose to complete the Supplement electronically, please upload the Supplement as Supporting Documentation in Step 10 of the electronic claims filing process by selecting the "I have supporting documentation and am ready to upload it" option.

If you do not choose to complete the Supplement electronically, the Supplement should be mailed, delivered or submitted in the same manner as your Official Proof of Claim Form.

For the Official Proof of Claim Form, the Sexual Abuse Claimant or his/her attorney must sign this form. If the Sexual Abuse Claimant is deceased or incapacitated, the form must be signed by the Sexual Abuse Claimant's representative or the attorney for the Sexual Abuse Claimant's estate.

If the Sexual Abuse Claimant is a minor, the form must be signed by the Sexual Abuse Claimant's parent, legal guardian, or attorney. Any Official Proof of Claim Form signed by a representative (other than the Sexual Abuse Claimant's attorney) or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Claimant.

Proofs of claim will be deemed filed only when actually received at the addresses listed above or via electronic submission on or before the Bar Date. Proofs of claim **may not be delivered** by facsimile, telecopy, or electronic mail transmission. If you have questions on how to file, you can contact your attorney or call 1-888-733-1425 to speak to the Claims Agent.

**Failure to timely complete and return the Official Proof of Claim Form by the Bar Date may result in your inability to vote on a plan of reorganization and receive a distribution in the above-captioned Chapter 11 Case.**

## IV.     CONFIDENTIALITY OF SEXUAL ABUSE CLAIMS

**Filed Official Proof of Claim Forms, the Supplement, and the information contained herein will be kept confidential under the Bar Date Order.**

**However, the Official Proof of Claim Form and the Supplement may be provided, pursuant to confidentiality procedures approved by the Bankruptcy Court, to the Debtor, the Committee, their respective counsel, the United States Trustee, and to such other persons as the Bankruptcy Court may authorize on a confidential basis. In addition, the Official Proof of Claim Form and the Supplement may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions. If any such disclosure is made to a governmental authority, Sexual Abuse Claimants will be notified at the time of the disclosure of their Official Proof of Claim Form and the Supplement.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU HAVE A CLAIM OR WHETHER YOU MUST FILE A PROOF OF CLAIM. HOLDERS OF SEXUAL ABUSE CLAIMS MAY ALSO OBTAIN INFORMATION FROM COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, LOWENSTEIN SANDLER LLP, BY SENDING AN EMAIL TO JEFFREY PROL AT JPROL@LOWENSTEIN.COM, BRENT WEISENBERG AT BWEISENBERG@LOWENSTEIN.COM OR COLLEEN RESTEL AT CRESTEL@LOWENSTEIN.COM.**

# Exhibit 3

**Fill in this information to identify the case:**

Debtor     The Roman Catholic Bishop of Oakland

United States Bankruptcy Court for the Northern District of California

Case number     23-40523

## Official Form 410
# Proof of Claim
06/23

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Other than a claim under 11 U.S.C. § 503(b)(9), this form should not be used to make a claim for an administrative expense arising after the commencement of the case.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name

Number     Street

City     State     ZIP Code

Country

Contact phone

Contact email

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City     State     ZIP Code

Country

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing?

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ _____. Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate: If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amount should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | | |
|---|---|---|---|---|
| | | ☐ Yes. *Check all that apply:* | | **Amount entitled to priority** |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $ |
| | | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |
| 13. | **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No | | |
| | | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | | |
| | | $ | | |

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
  MM  /  DD  /  YYYY

Signature _____

**Print the name of the person who is completing and signing this claim:**

| Name | _____ |
|---|---|
| | First name          Middle name          Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| | Number          Street |
| | _____ |
| | City          State          ZIP Code          Country |
| Contact phone | _____          Email _____ |

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivery health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:**

RCBO Claims Processing Center
c/o KCC
222 N. Pacific Coast Hwy., Ste. 300
El Segundo, CA 90245

Alternatively, your claim can be filed electronically on KCC's website at https://epoc.kccllc.net/RCBO.

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may view a list of filed claims in this case by visiting the Claims and Noticing and Agent's website at http://www.kccllc.net/RCBO.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing that bankruptcy estate. 11 U.S.C. § 503

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity to who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. §101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Do not file these instructions with your form.**

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

# Exhibit 4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

*In re:*

THE ROMAN CATHOLIC BISHOP OF
OAKLAND, a California corporation sole,

  Debtor.

Case No. 23-40523 WJL

Chapter 11

Judge:  Hon. William J. Lafferty

<u>**OPTIONAL** SUPPLEMENT TO OFFICIAL FORM 410 FOR
USE BY SEXUAL ABUSE CLAIMANTS</u>

<span style="color:red">IF YOU CHOOSE TO COMPLETE THIS FORM, IT MUST BE RECEIVED NO LATER
THAN SEPTEMBER 11, 2023 AT 5:00 P.M. (PACIFIC TIME)</span>

DO NOT FILE THIS DOCUMENT WITH THE COURT

This supplement to Official Form 410 (this "**Supplement**") is not required to be filed in order for holders of claims arising out of sexual abuse against The Roman Catholic Bishop of Oakland ("**RCBO**" or the "**Debtor**") to be deemed properly filed. But the Debtor and the Official Committee of Unsecured Creditors (the "**Committee**") *strongly recommend that any person asserting a sexual abuse claim fill out this form in full and submit it with Official Form 410*. Filling out this Supplement in full will allow the Debtor and the Committee to understand the facts supporting your sexual abuse claim against the Debtor. This information will be used by the Debtor and the Committee in, among other things, their efforts to consensually resolve the issues in this chapter 11 case. Additionally, providing the information requested in this Supplement may reduce the likelihood that the parties to the bankruptcy case will need to seek more information from you through a deposition, written interrogatories, or other methods of discovery.

If you choose to complete this Supplement, it must be **received** no later than **5:00 p.m. (Pacific Time)** on <u>September 11, 2023 </u>(the "**Bar Date**"). Please carefully read the following instructions included with this Supplement and complete all applicable questions to the extent of your knowledge or recollection.

If you do not know the answer to an open-ended question, you can write "I don't know" or "I don't recall" if either is the case. If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

Claims properly filed in accordance with these instructions may later be amended to, among other things, supplement, modify, correct, or clarify the information provided herein by properly filing a subsequent Supplement and referring back to the originally filed claim.

To file this Supplement, it must be actually received by Kurtzman Carson Consultants, the claims and noticing agent (the "**Claims Agent**") for the Debtor by either filing it:

    (i)     Electronically using the interface available at: https://www.kccllc.net/rcbo;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(ii)    by mail to the Claims Agent at the following address: The Roman Catholic Bishop of Oakland Claims Processing Center c/o RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245; or

(iii)    by overnight mail or hand-delivery to the Claims Agent at the following address: The Roman Catholic Bishop of Oakland Claims Processing Center c/o RCBO Claims Processing Center, 222 N. Pacific Coast Highway, Suite 300, c/o KCC, El Segundo, CA 90245.

Supplements sent by any other means (such as facsimile transmission or email, or through a different manner than described in (i) and (ii) above) **will not** be accepted. If you choose to complete this Supplement electronically, please upload the Supplement as Supporting Documentation in Step 10 of the electronic claims filing process by selecting the "I have supporting documentation and am ready to upload it" option.

**You May Consult An Attorney Regarding This Matter.**

"**You**" and/or "**Sexual Abuse Claimant**" refers to the person asserting a Sexual Abuse Claim against RCBO related to the Sexual Abuse Claimant's Sexual Abuse.

For this Supplement to be valid, the Sexual Abuse Claimant, or his/her attorney, must sign this form. If the Sexual Abuse Claimant is deceased or incapacitated, the Supplement must be signed by the Sexual Abuse Claimant's representative or the attorney for the Sexual Abuse Claimant's estate.

If the Sexual Abuse Claimant is a minor, the Supplement must be signed by the Sexual Abuse Claimant's parent, legal guardian, or attorney. Any Supplement signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Claimant.

| Who Should File a Supplement? |
|:---:|

This Supplement is only for people who have experienced Sexual Abuse (as defined below) on or before the date the Debtor filed for bankruptcy protection, May 8, 2023.

| Who Is a Sexual Abuse Claimant? |
|:---:|

The term Sexual Abuse Claimant refers to a person who experienced Sexual Abuse as defined below.

| What is Sexual Abuse? |
|:---:|

For the purposes of this Supplement, a "**Sexual Abuse Claim**" is any claim (as defined in section 101(5) of the Bankruptcy Code) against RCBO resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, sexually-related psychological, or sexually-related emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or an adult and another adult regardless of whether consensual or nonconsensual, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other conduct constituting a sexual offense of any type, kind, nature or description, incest, or use of a child in a sexual performance, and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by RCBO or any other person or entity for whose acts or failures to act RCBO is or was allegedly responsible.

"**Sexual Abuse**" is defined as an act of sexual contact or sexual penetration between a child under the age of 18 years and an adult.

a. "**Sexual contact**" means an intentional touching by the victim or actor, either directly or through clothing, of the victim's or actor's intimate parts for the purpose of sexually arousing or sexually gratifying the actor. Sexual contact of the adult with himself must be in view of the victim whom the adult knows to be present.

b. "**Sexual penetration**" means vaginal intercourse, cunnilingus, fellatio, digital penetration, or anal intercourse between persons or insertion of the hand, finger or object into the anus or vagina either by the adult or upon the adult's instruction.

c. "**Intimate parts**" means the following body parts: sexual organs, genital area, anal area, inner thigh, groin, buttock or breast of a person.

d. "**Injury** or **illness**" includes psychological injury or illness, whether or not accompanied by physical injury or illness.

If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you do not need to complete this Supplement.

| **You May Wish to Consult an Attorney Regarding This Matter.** |
| --- |

You may also obtain information from the Claims Agent by: (1) calling toll free at (888) 733-1425 or (2) visiting the case website at https://www.kccllc.net/rcbo to submit an inquiry or chat with a live representative (do not contact the Claims Agent for legal advice).

**You may also obtain information from counsel for the Committee, Lowenstein Sandler LLP, by sending an email to: jprol@lowenstein.com or bweisenberg@lowenstein.com.**

| | |
|---|---|
| 1 | **PART 1: CONFIDENTIALITY** |

This Supplement and the information contained herein will be kept confidential under the *Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. ___] entered by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

However, this Supplement may be provided, pursuant to confidentiality procedures approved by the Bankruptcy Court, to the Debtor, the Committee, their respective counsel, the United States Trustee, and to such other persons as the Bankruptcy Court may authorize on a confidential basis. In addition, this Supplement may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions. If any such disclosure is made to a governmental authority, Sexual Abuse Claimants will be notified at the time of the disclosure of their Supplement.

.

Case: 23-30564   Doc# 2985-4   Filed: 11/08/24   Entered: 11/08/24 13:45:25   Page 44 of 113

| | |
|---|---|
| 1 | **PART 2: IDENTIFYING INFORMATION** |

2     **A.**     **Identity of Sexual Abuse Claimant**

3 First Name _____ Middle Initial_____ Last Name_____ Jr/Sr/III _____

4 Mailing Address (If Sexual Abuse Claimant is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | | | | |
|---|---|---|---|---|
| City: | | State: | | Zip Code: |
| Country (not USA): | | Email Address: | | |
| Telephone (Home): | | Telephone (Cell): | | |
| Attorney Email: | | Attorney Phone: | | |

For communications regarding this claim you may use (check the appropriate boxes):
Email ☐     US Mail ☐     Home Voicemail ☐     Cell Voicemail ☐     Counsel listed below ☐

Social Security Number of Sexual Abuse Claimant (last four digits only): XXX- XX-_____

If the Sexual Abuse Claimant is in jail or prison, provide the Sexual Abuse Claimant's identification number:

_____

Birthdate of Sexual Abuse Claimant (only the month and year): (MM/YYYY): _____/_____

Any other name, or names, by which the Sexual Abuse Claimant has ever been known:

_____

Gender of Sexual Abuse Claimant:     Male ☐     Female ☐     Other (specify)_____

    **B.**     **If you have hired an attorney relating to the Sexual Abuse described in this Supplement, please provide his or her name and contact information**

| Law Firm Name: | | | | |
|---|---|---|---|---|
| Attorney's Name: | | | | |
| Number and Street: | | | | |
| City: | | State: | | Zip Code: |
| Country (not USA): | | Email Address #1: | | |
| Telephone (Work): | | Email Address #2: | | |
| Telephone (Cell): | | Fax No.: | | |

## PART 3: NATURE OF THE SEXUAL ABUSE

### (Attach additional sheets if necessary)

For each of the questions listed below, please complete your answers to the best of your recollection.

**Note:** <u>If you have previously filed a lawsuit about your Sexual Abuse in state or federal court, you must attach a copy of the complaint</u>. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions as best as you are able. **If you do not know or recall an answer, you may indicate that you do not know or recall the answer and move on to the next question.**

A.     Please identify each person who sexually abused you. If you do not remember the name of the sexual abuser(s), provide as much information about the individual that you recall and their relationship to RCBO. What was the sexual abuser's position, title, or role?

_____

_____

_____

_____

B.     Where did the Sexual Abuse occur? Please be as specific as possible and provide all relevant information that you recall including the City and State, name of the religious parish, school, orphanage (if applicable) or any other location. Did it occur in more than one location? If so, please be as specific as possible and provide all relevant information that you recall including the City and State, names of the religious parish or school or orphanage (if applicable) or any other locations.

_____

_____

C.     When did the first act of Sexual Abuse take place? If you do not remember the calendar date, please provide a range of dates or time of year (Fall, Spring, Winter, Summer).

_____

4863-3413-6683.11
Case: 23-30564   Doc# 2985-4   Filed: 11/08/23   Entered: 11/08/23 14:55:11   Page 46 of 113

D.     If the Sexual Abuse took place on more than one date, please state approximately how many times it occurred and when it stopped.  If you do not remember the calendar date(s), please provide a range of dates or time of year (Fall, Spring, Winter, Summer).

_____

_____

_____

_____

E.     If you were sexually abused by more than one sexual abuser, indicate when the Sexual Abuse by each of the sexual abusers started and stopped.  If you do not remember the calendar date, please provide a range of dates or time of year (Fall, Spring, Winter, Summer).

_____

_____

_____

_____

F.     Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the Sexual Abuse you described above. You can check the boxes, fill in the narrative, or both.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your Sexual Abuse** (Check all that apply).

☐     Psychological / emotional health (including depression, anxiety, shame, suicidal thoughts, feeling numb, feeling of worthlessness, difficulty managing or feeling emotions including anger)

☐     Post-traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors, emotion dissociation behaviors)

☐     Mental Health diagnoses (including Obsessive Compulsive Disorder-OCD, Bipolar Disorder, Borderline Personality, Post Traumatic Stress Disorder-PTSD, Severe Depression, Generalized Anxiety)

☐     Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☐     Education (failing grades, not graduating high school, or being unable to finish other training or education)

If this box is checked, please also indicate your highest level of education completed or degree obtained:

No High School Degree or GED  ☐

High School/GED  ☐          Some College  ☐

Associate's Degree ☐     Bachelor's Degree ☐
Masters, PhD, MD, JD, or other higher education ☐

☐    Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

If this box is checked please also indicate:

Are you currently employed: Yes ☐ No ☐

If yes, please provide your current occupation and employer:

_____

If no, please provide your former occupation:

_____

☐    Intimate relationships (including difficulty maintaining emotional attachments with significant others, difficulty with sexual behavior, marriage, or infidelity)

If this box is checked, please also indicate:

Are you currently married:     Yes ☐          No ☐
Have you ever been divorced: Yes ☐          No ☐

☐    Difficulties with parenting children, whether through challenges to attachment or overly protective parental behaviors

☐    Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☐    Alcohol, prescription or illegal drug use, narcotics, self-harm (i.e. cutting), and/or substance abuse

☐    Other addictive behaviors, including gambling and sex addiction

☐    Loss of faith, religion, and/or spirituality

☐    Other (please explain and add any other information you remember to the categories above)

_____
_____
_____
_____

4863-3413-6683.11

G.  **NARRATIVE SUMMARY (*NOTE THIS IS OPTIONAL AND YOU DO NOT NEED TO PROVIDE A NARRATIVE SUMMARY IF YOU PREFER TO NOT PROVIDE IT*):**  Please describe the Sexual Abuse in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

_____
_____
_____
_____
_____
_____
_____
_____

4863-3413-6683.11

## PART 4:  ADDITIONAL INFORMATION

**A.**     **Prior Litigation.** Was a lawsuit regarding the Sexual Abuse you have described in this Supplement filed by you or on your behalf?

Yes ☐      No ☐

If "Yes", please identify the lawsuit. **You are also required to attach a copy of any filed lawsuit.**

If you previously filed a lawsuit, please indicate whether you filed a certificate of merit by checking the applicable box below:

Yes ☐      No ☐

**B.**     **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the Sexual Abuse you have described in this Supplement?

Yes ☐      No ☐

If "Yes", please identify the bankruptcy case. You are also required to  attach a copy of any completed claim form.

_____

_____

**C.**     **Settlements.** Regardless of whether a lawsuit was ever filed against any party because of the Sexual Abuse, have you settled any claim relating to the Sexual Abuse you have described in this Supplement?

Yes ☐      No ☐

If "Yes," please  describe the settlement,  including  parties  to  the settlement. You are also required to attach a copy of any settlement agreement.

_____

_____

_____

_____

_____

| | |
|---|---|
| 1 | **SIGNATURE** |

**Check the appropriate box:**

2

3  ☐ I am the Sexual Abuse Claimant.

4  ☐ I am the Sexual Abuse Claimant's attorney, guardian, kinship (or other authorized)
   caretaker, executor, or authorized representative.

5

6  ☐ Other (describe): _____

7  **I have examined the information in this Supplement and have a reasonable belief that the
   information is true and correct.**

8

9  **I declare under penalty of perjury that the foregoing statements are true and correct.**

10  Date: _____

11  Signature: _____

12  Print Name: _____

13  Relationship to Sexual Abuse Claimant (if not signed by the Sexual Abuse Claimant):

14

15  _____

16  Address: _____

17  _____

18  Contact Phone: _____

19  Email: _____

# **Exhibit 5**

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
THE ROMAN CATHOLIC BISHOP OF OAKLAND**

c/o
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Jeffrey D. Prol, Esq.
Brent Weisenberg, Esq.
Colleen Restel, Esq.
Email:  jprol@lowenstein.com
Email:  bweisenberg@lowenstein.com
Email:  crestel@lowenstein.com

July [●], 2023

**To:  Potential Holders of Sexual Abuse Claims in the Bankruptcy Case of The Roman
Catholic Bishop of Oakland (Case No. 23-40523 WJL)**

**TRIGGER WARNING:  This letter address potentially sensitive issues relating to the filing
of claims against The Roman Catholic Bishop of Oakland arising out of sexual abuse.  The
Committee acknowledges that this letter may be difficult for survivors of sexual abuse to
review and digest and may, at times, cause re-traumatization or other serious effects on
survivors.  We do not intend to place any undue pressure or stress on any survivors.  But
these matters are vital to every survivor's recovery from The Roman Catholic Bishop of
Oakland and its affiliates and are time sensitive.  The Committee's counsel is available at
any time to discuss these issues with survivors.  We also encourage you to care for your safety
and well-being.**

Dear Survivor:

On May 8, 2023, The Roman Catholic Bishop of Oakland (the "**Debtor**") filed a voluntary
petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy
Court for the Northern District of California (the "**Court**"), commencing the Debtor's chapter 11
case (the "**Chapter 11 Case**").  The Official Committee of Unsecured Creditors (the
"**Committee**") represents the interests of survivors of sexual abuse holding claims against the
Debtor but not any survivor in their individual capacity.

You are receiving this letter because the Debtor has identified you as someone who may
be entitled to assert a sexual abuse claim against the Debtor in the Chapter 11 Case.  *The Court
has required that all persons holding claims against the Debtor must file proofs of claim so that
they are received no later than __5:00 p.m. (prevailing Pacific time) on September 11, 2023__* (the
"**Claims Bar Date**").

This letter is being delivered to you as part of a claims package which includes a notice of
the Claims Bar Date, a copy of the official proof of claim form (the "**Required Proof of Claim**

1

**Form**") and a supplement titled "*Optional Supplement to Official Form 410 for Use by Sexual Abuse Claimants*" (the "**Confidential Sexual Abuse Claim Supplement**"). To assert a claim against the Debtor, you are required to complete and file the Required Proof of Claim Form using the instructions accompanying this letter. While you are *not* required to complete and file the Confidential Sexual Abuse Claim Supplement to assert a claim against the Debtor, *the Committee strongly recommends that any person asserting a sexual abuse claim fill out the Confidential Sexual Abuse Claim Supplement in full and submit it with the Required Proof of Claim Form*. Filling out the Confidential Sexual Abuse Claim Supplement in full will allow the Debtor and the Committee to understand the facts supporting your sexual abuse claim against the Debtor. This information will be used by the Debtor and the Committee in, among other things, their efforts to consensually resolve the issues in the Chapter 11 Case. Additionally, providing the information requested in the Confidential Sexual Abuse Claim Supplement *may* reduce the likelihood that the parties to the bankruptcy case will need to seek more information from you through a deposition, written interrogatories, or other methods of discovery.

Any information you provide on the Confidential Sexual Abuse Claim Supplement will be kept confidential pursuant to certain strict confidentiality procedures approved by the Bankruptcy Court as set out in paragraph 14 of the *Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof*, which is enclosed. Certain parties will have access to the information, such as the Debtor, its attorneys and insurers, legal counsel for the Committee, and the United States Trustee, but your information will only be shared with this limited group in accordance with such confidentiality procedures imposed by the Bankruptcy Court.

If you have any questions about this letter, completing the Required Proof of Claim Form or the Confidential Sexual Abuse Claim Supplement, please contact Lowenstein Sandler LLP by emailing Jeffrey Prol at jprol@lowenstein.com, Brent Weisenberg at bweisenberg@lowenstein.com or Colleen Restel at crestel@lowenstein.com.

Very truly yours,

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND

# **Exhibit 6**

**FOLEY & LARDNER LLP**
Jeffrey R. Blease (CA Bar. No. 134933)
Tel: (617) 226-3155; jblease@foley.com
Thomas F. Carlucci (CA Bar No. 135767)
Tel: (415) 984-9824; tcarlucci@foley.com
Shane J. Moses (CA Bar No. 250533)
Tel: (415) 438-6404; smoses@foley.com
Emil P. Khatchatourian (CA Bar No. 265290)
Tel: (312) 832-5156; ekhatchatourian@foley.com
Ann Marie Uetz (admitted *pro hac vice*)
Tel: (313) 234-7114; auetz@foley.com
Matthew D. Lee (admitted *pro hac vice*)
Tel: (608) 258-4203; mdlee@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520

*Counsel for the Debtor
and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**AUTHORIZED PARTY CONFIDENTIALITY AGREEMENT**<br><br>Judge: Hon. William J. Lafferty |

This Confidentiality Agreement (this "**Agreement**") is entered into as of [●], 2023 by and among The Roman Catholic Bishop of Oakland, a California corporation sole, the debtor and debtor in possession (the "**Debtor**") in the above captioned case (the "**Chapter 11 Case**"), the Official Committee of Unsecured Creditors (the "**Committee**") and [●] (the "**Recipient**"), an Authorized Party pursuant to the *Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (the "**Bar Date Order**") [Docket No. ● ] entered by the United States Bankruptcy Court for the Northern District of California, Oakland Division (the "**Bankruptcy Court**") in the Chapter 11 Case on [●], 2023.

**WHEREAS,** the Recipient will be granted access to each Official Proof of Claim Form (defined

-1-

in the Bar Date Order) and the "*Optional Supplement to Official Form 410 for Use by Sexual Abuse Claimants*" (the "**Supplement**") filed by Sexual Abuse Claimants in the Chapter 11 Case after execution of this Agreement pursuant to and in accordance with the terms of the Bar Date Order and this Agreement;

**WHEREAS,** Recipient acknowledges that the Official Proof of Claim Form and/or the Supplement filed by Sexual Abuse Claimants may contain highly sensitive, non-public information, which is to remain confidential pursuant to the Bar Date Order, any orders of the Bankruptcy Court and the terms of this Agreement; and

**WHEREAS,** with the exception of the parties identified in paragraph 14(iii) of the Bar Date Order, access to Official Proof of Claim Forms and/or the Supplements filed by Sexual Abuse Claimants extends only to the natural person who executes this Agreement and a separate copy of this Agreement must be signed by each natural person who seeks access to the Official Proof of Claim Form and/or the Supplement filed by Sexual Abuse Claimants on behalf of an Authorized Party. Counsel of record to Authorized Parties may sign one form on behalf of their firm, and the terms of this Agreement and the Bar Date Order shall apply to each member, partner, shareholder, counsel, associate, paraprofessional and employee of the Recipient firm, and all such individuals shall be subject to the terms of this Agreement and the Bar Date Order as though they had signed it on their own behalf.

**NOW THEREFORE, IT IS AGREED AS FOLLOWS:**

1. Recipient agrees that Official Proof of Claim Forms and/or the Supplements filed by, or on behalf of, Sexual Abuse Claimants and any Confidential Information (as such term is defined below) contained therein shall be kept confidential pursuant to and in accordance with the terms of the Bar Date Order and this Agreement.

2. For purposes of this Agreement and the Bar Date Order, the term "**Confidential Information**" means any information contained in a Official Proof of Claim Form and/or Supplement filed by, or on behalf of, a Sexual Abuse Claimant, except to the extent:

   (i) The Sexual Abuse Claimant elects to disclose the Confidential Information contained in the Official Proof of Claim Form and/or the Supplement pursuant to the terms of the Bar Date Order;

AUTHORIZED PARTY CONFIDENTIALITY AGREEMENT

-2-

(ii) The information:

    (a) was known to the Recipient prior to being disclosed in an Official Proof of Claim Form and/or Supplement filed by, or on behalf of, a Sexual Abuse Claimant;

    (b) is or becomes generally available to the public through no act or failure on the part of the Recipient,

    (c) is obtained from a third party under no obligation to maintain its confidentiality, or

    (d) is developed by the Recipient independently without reference to any Official Proof of Claim Form and/or Supplement filed by, or on behalf of, a Sexual Abuse Claimant.

3. Recipient agrees to not to use or distribute any Official Proof of Claim Form and/or Supplement filed by, or on behalf of, a Sexual Abuse Claimant or Confidential Information in violation of this Agreement or the Bar Date Order.

4. Recipient may use the Official Proof of Claim Form and/or Supplement filed by, or on behalf of, a Sexual Abuse Claimant, and any Confidential Information contained therein, only in connection with the evaluation, prosecution or defense of the claims asserted in such Official Proof of Claim Form and/or Supplement filed by, or on behalf of, a Sexual Abuse Claimant in the Debtor's Chapter 11 Case, any related adversary proceedings or contested matters in the Chapter 11 Case, any related insurance or reinsurance coverage demands, claims, disputes, or litigation, and settlement negotiations or mediations regarding all of the foregoing, and as otherwise required by applicable federal or state laws or regulations (each, a "**Permitted Use**"); *provided, however*, that the Committee does not concede that a Recipient is a party in interest in the Chapter 11 Case for purposes of, among other things, having standing to object to Official Proof of Claim Forms and/or Supplements filed by, or on behalf of, a Sexual Abuse Claimants and the Committee reserves its rights to oppose any Recipient's assertion it is a party in interest in the Chapter 11 Case.

5. Recipient shall not disclose any Confidential Information to any other person or entity

except that Recipient may disclose Confidential Information (i) to any person or entity that is an Authorized Party who may receive such information pursuant to the Bar Date Order and has executed a copy of this Agreement, (ii) to the Bankruptcy Court or any other tribunal of competent jurisdiction so long as such disclosure is made pursuant to a Permitted Use and under seal, or (iii) pursuant to an order of the Bankruptcy Court following notice and a hearing. Recipient consents to the exclusive jurisdiction of the Bankruptcy Court to adjudicate any disputes with respect to any terms, conditions or alleged violations of this Agreement or the Bar Date Order.

6. Recipient shall promptly report any disclosure of Confidential Information in violation or breach of this Agreement to the Debtor and the Committee and the Sexual Abuse Claimant and shall cooperate with efforts to recover and secure any such Confidential Information and/or to mitigate the effects of any such disclosure.

7. Nothing in this Agreement precludes Recipient from petitioning the Bankruptcy Court in the Chapter 11 Case seeking a modification of the Bar Date Order or the terms of this Agreement with respect to any proposed disclosure of Confidential Information contained in an Official Proof of Claim Form and/or Supplement filed by, or on behalf of, a Sexual Abuse Claimant; *provided, however*, that Recipient shall not disclose any Confidential Information in connection with any such petition unless such disclosure is restricted to the Bankruptcy Court and any other necessary parties and made under seal.

8. This Agreement shall become effective as of the date it is delivered to counsel for the Debtor and counsel for the Committee.

9. If there are any inconsistencies between this Agreement and the Bar Date Order, the terms of the Bar Date Order shall control.

**FOR THE DEBTOR:**

Dated: _____, 2023                    By: _____
                                                       Signature

                                                       _____
                                                       Print Name

**FOR THE COMMITTEE:**

Dated: _____, 2023                    By: _____
                                                       Signature

                                                       _____
                                                       Print Name

**FOR THE AUTHORIZED PARTY:**

Dated: _____, 2023                    By: _____
                                                       Signature

                                                       _____
                                                       Print Name

AUTHORIZED PARTY CONFIDENTIALITY AGREEMENT

-5-

# **Exhibit 7**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

*In re The Roman Catholic Bishop of Oakland*
**Case No. 23-40523 WJL**

**PLEASE TAKE NOTICE THAT,** on May 8, 2023, The Roman Catholic Bishop of Oakland (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**The Bankruptcy Court has established September 11, 2023 at 5:00 p.m. (prevailing Pacific Time) as the deadline to file proofs of claim against the Debtor (the "Bar Date").**

**If you have a claim against the Debtor, including, without limitation, <span style="color:red">a claim related to sexual abuse committed by any person connected with the Debtor</span>, you must file a claim on or before the Bar Date.**

Please visit https://www.kccllc.net/rcbo or call (888) 733-1425 for more information on how to file your proof of claim.

**IF YOU DO NOT TIMELY FILE A PROOF OF CLAIM, YOU MAY FORFEIT YOUR RIGHT TO VOTE ON ANY PLAN OF REORGANIZATION AND TO SHARE IN ANY DISTRIBUTIONS TO CREDITORS IN CONNECTION WITH THE DEBTOR'S CHAPTER 11 CASE.**

# **Exhibit 8**

# EXHIBIT 8

## LIST OF CHURCHES

| |
|---|
| HOLY SPIRIT/NEWMAN HALL CHURCH |
| ST. MARY MAGDALEN CHURCH |
| CATHEDRAL OF CHRIST THE LIGHT |
| ST. THERESA CHURCH |
| ST. PATRICK MISSION |
| ST. BARNABAS CHURCH |
| ST. JOSEPH BASILICA |
| ST. AMBROSE CHURCH |
| OUR LADY OF GRACE CHURCH |
| TRANSFIGURATION CHURCH |
| ST. RAYMOND PENAFORT CHURCH |
| CORPUS CHRISTI CHURCH |
| HOLY SPIRIT CHURCH |
| ST. JAMES THE APOSTLE CHURCH |
| ST. JOSEPH CHURCH |
| OUR LADY OF GUADALUPE CHURCH |
| ALL SAINTS CHURCH |
| ST. BEDE CHURCH |
| ST. CLEMENT CHURCH |
| ST. JOACHIM CHURCH |
| ST. CHARLES BORROMEO CHURCH |
| ST. MICHAEL CHURCH |
| ST. EDWARD CHURCH |
| ST. AUGUSTINE CHURCH |
| ST. BENEDICT CHURCH |
| ST. BERNARD CHURCH |
| ST. ELIZABETH CHURCH |
| ST. LEO THE GREAT CHURCH |
| OUR LADY OF LOURDES CHURCH |
| ST. MARGARET MARY CHURCH |
| ST. PATRICK CHURCH |
| SACRED HEART CHURCH |
| CORPUS CHRISTI CHURCH |
| CATHOLIC COMMUNITY OF PLEASANTON |
| CHURCH OF THE ASSUMPTION |
| OUR LADY OF GOOD COUNSEL |
| ST. FELICITAS CHURCH |
| ST. LEANDER CHURCH |
| ST. JOHN THE BAPTIST CHURCH |
| OUR LADY OF THE ROSARY CHURCH |
| ST. ANNE CHURCH |

| |
|---|
| ST. IGNATIUS OF ANTIOCH CHURCH |
| IMMACULATE HEART OF MARY CHURCH |
| ST. AGNES CHURCH |
| ST. BONAVENTURE CHURCH |
| ST. FRANCIS OF ASSISI CHURCH |
| QUEEN OF ALL SAINTS CHURCH |
| ST. ROSE OF LIMA CHURCH |
| ST. ISIDORE CHURCH |
| ST. JEROME CHURCH |
| ST. JOHN THE BAPTIST CHURCH |
| ST. CALLISTUS CHURCH |
| ST. PERPETUA CHURCH |
| ST. CATHERINE OF SIENA CHURCH |
| ST. MONICA CHURCH |
| ST. ANTHONY CHURCH |
| SANTA MARIA CHURCH |
| ST. JOSEPH CHURCH |
| CHURCH OF THE GOOD SHEPHERD |
| OUR LADY QUEEN OF THE WORLD |
| ST. PETER MARTYR CHURCH |
| CHRIST THE KING CHURCH |
| OUR LADY OF MERCY CHURCH |
| ST. CORNELIUS CHURCH |
| ST. DAVID OF WALES CHURCH |
| ST. PATRICK CHURCH |
| ST. JOAN OF ARC CHURCH |
| ST. ANNE CHURCH |
| ST. JOHN VIANNEY CHURCH |
| ST. MARY CHURCH |
| ST. STEPHEN CHURCH |
| DIVINE MERCY CHURCH |
| ST. MARK CHURCH |
| ST. ANTHONY |
| ST. COLUMBA CHURCH |
| ST. JARLATH CHURCH |
| ST. LOUIS BERTRAND |
| MOST HOLY ROSARY CHURCH |
| ST. JOSEPH THE WORKER CHURCH |
| ST. ANNE CHURCH |
| ST. PAUL CHURCH |
| ST. PHILIP NERI - ST. ALBERT THE GREAT CHURCH |

1

**Exhibit 3**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

The following constitutes the order of the Court.
Signed: July 25, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Attorneys for
The Roman Catholic Bishop of Santa Rosa

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 23-10113 |
| THE ROMAN CATHOLIC BISHOP OF SANTA ROSA, | Chapter 11 |
| Debtor In Possession. | Date: July 19, 2023<br>Time: 11:00 a.m.<br>Location: 1300 Clay Street, Ctrm. 215<br>Oakland, CA 94612<br>[In person or via Zoom]<br>Judge: Hon. Charles Novack |

**ORDER: (1) FIXING TIME FOR FILING PROOFS OF CLAIM; (2) APPROVING PROOF OF CLAIM FORMS; (3) PROVIDING CONFIDENTIAL PROTOCOLS; AND (4) APPROVING FORM AND MANNER OF NOTICE**

The motion of The Roman Catholic Bishop of Santa Rosa, the Debtor and Debtor in

Possession herein (the "Debtor" or "RCBSR"), seeking entry of an order, pursuant to sections 501,

502 and 503 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3001-3005

and 9008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3003-

1 of the Local Rules of Practice for the United States Bankruptcy Court, Northern District of

California (the "Local Rules") establishing bar dates for filing proofs of claim and approving the

form and manner of notice thereof (the "Motion") (Dkt. No. 231), came on for hearing on July 19,

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM
FORMS; AND (3) CONFIDENTIAL PROTOCALS (4)
APPROVING FORM AND MANNER OF NOTICE
- 1 -

Case: 23-10113   Doc# 297   Filed: 07/25/23   Entered: 07/25/23 10:46:32   Page 67 of 113

2023 at 11:00 a.m., in Courtroom 215 of the United States Bankruptcy Court for the Northern District of California.[1]  The Debtor appeared through its counsel, Paul J. Pascuzzi.  Other appearances were noted on the record.  The Court finding that notice was adequate under the circumstances and that good cause exists therefor;

IT IS HEREBY ORDERED as follows:

1.     The Motion is granted, as set forth herein.

2.     The General Proof of Claim Form, the Confidential Survivor Proof of Claim Form, the Confidentiality Agreement, the General Bar Date Notice, the Survivor Claim Bar Date Notice, the Publication Notice, and the Committee Support Letter, substantially in the forms attached hereto as Exhibits A, B, C, D, E, F and G, respectively, and the manner of providing notice of the Bar Date proposed in the Motion, are approved in all respects pursuant to Bankruptcy Rules 2002, 3003 and 9008 and Local Rule 3003-1.  The form and manner of notice of the Bar Date approved herein are deemed to fulfill the notice requirements of the Bankruptcy Rules and the Local Rules, and notice of the Bar Date in the form and manner as proposed by the Debtor herein is fair and reasonable and will provide good, sufficient, and due notice to all creditors and interest holders of their rights and obligations in connection with claims they may assert against the Debtor's estate in this chapter 11 case.  Accordingly, the Debtor is authorized to serve and publish the Bar Date Notices in the manner described herein.

3.     Except as provided in paragraph 6 of this Order, any person or entity holding a prepetition claim against the Debtor must file a proof of claim in accordance with the procedures described herein on or before October 20, 2023 (the "Bar Date").  The Bar Date applies to all persons and entities holding claims, including section 503(b)(9) claims, against the Debtor (whether secured, unsecured priority or unsecured nonpriority) that arose prior to or on the Petition Date.

4.     Except as provided in paragraph 6 of this Order, in accordance with section 502(b)(9) of the Bankruptcy Code, any governmental unit holding a prepetition claim against the Debtor must file a proof of claim in accordance with the procedures described herein on or before

---

[1]  All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

Case: 23-30564   Doc# 297   Filed: 07/05/23   Entered: 07/05/23 10:46:21   Page 68 of
113

the Bar Date, including governmental units holding claims against the Debtor for unpaid taxes, whether such claims arise from prepetition tax years or periods or prepetition transactions to which the Debtor was a party.

      5.    Except as provided in paragraph 6 of this Order, any entity holding a prepetition claim arising from Abuse (defined below) for which the individual believes the Debtor may be liable, must file a proof of claim in accordance with the procedures described herein on or before October 20, 2023. For purposes of this Order:

      (a)    "Abuse" means conduct giving rise to a Survivor Claim.

      (b)    A "Survivor Claim" is defined as any Claim (as defined in section 101(5) of the Bankruptcy Code) against RCBSR resulting or arising or related to in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, grooming, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, intimidation, any other conduct constituting a sexual offense, or any other sexual misconduct, and seeking monetary damages or any other relief based upon the conduct described above, under any theory of liability, including, but not limited to, vicarious liability, any negligence-based theory, conspiracy, fraudulent concealment, intentional tort, continuing tort, public nuisance, invasion of privacy, breach of alleged duties imposed by The Charter for the Protection of Children and Young People, Canon Law or other Catholic Church documents or principles, contribution, indemnity, or any other theory based on any acts or failures to act by the RCBSR or any other person or entity for whose acts or failures to act the RCBSR is or may be responsible, including but not limited to, claims against clergy, deacons, seminarians, employees, teachers, or volunteers.

      (c)    A "Survivor Claimant" is a person who asserts a Survivor Claim.

      6.    The following entities whose claims otherwise would be subject to the Bar Date shall not be required to file proofs of claim in this chapter 11 case:

      (a)    Any person or entity that has already properly filed a proof of claim against the Debtor with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California or with Donlin, Recano & Company, Inc.[2]

      (b)    Any person or entity: (i) whose claim is listed in the Schedules or any

---

[2] Any Survivor Claimant who timely files a proof of claim without completing the Confidential Survivor Claim Supplement may subsequently be required to provide additional information regarding such Survivor Claim, including the information in the Confidential Survivor Claim Supplement, in connection with the administration of his or her Survivor Claim.

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM FORMS; AND (3) CONFIDENTIAL PROTOCALS (4) APPROVING FORM AND MANNER OF NOTICE

-3-

Case: 23-30564 Doc# 297 Filed: 10/05/23 Entered: 10/05/23 10:46:22 Page 69 of 113

amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," <u>and</u> (iii) which does not dispute the amount or classification of its claim as set forth in the Schedules;

(c)     Professionals retained pursuant to orders of this Court who assert administrative claims for payment of fees and expenses subject to the Court's approval pursuant to sections 330, 331(a) and 503(b) of the Bankruptcy Code;

(d)     Any person or entity that asserts an administrative expense claim against the Debtor pursuant to sections 503(b)(1) through (8) of the Bankruptcy Code;

(e)     Any person or entity whose claim has been paid in full; and

(f)     The United States Trustee regarding a claim for quarterly fees under 28 U.S.C. § 1930(a)(6).

7.     The Debtor shall retain the right to: (i) dispute, or assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to nature, amount, liability, classification or otherwise; and (ii) subsequently designate any claim as disputed, contingent or unliquidated.

8.     Subject to the provisions of paragraph 6 of this Order, the following entities <u>must</u> file a proof of claim on or before the applicable Bar Date:

(a)     Any entity or person whose prepetition claim against the Debtor is not listed in the Debtor's Schedules or whose prepetition claim is listed in the Schedules but is listed as disputed, contingent or unliquidated and that desires to participate in this chapter 11 case or share in any distribution in this chapter 11 case;

(b)     Any entity or person that believes that its prepetition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules; and

(c)     Any person who believes that he or she has or may have a Survivor Claim for which the person believes the Debtor may be liable.

9.     Pursuant to Bankruptcy Rule 3003(c)(2), **any entity that is required to file a proof of claim in this chapter 11 case pursuant to the Bankruptcy Code, the Bankruptcy Rules or this Order with respect to a particular claim against the Debtor, but that fails to do so by the applicable Bar Date, may NOT be treated as a creditor with respect to such claim for the purposes of voting on and distribution under any chapter 11 plan proposed and/or confirmed in this case.**

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM
FORMS; AND (3) CONFIDENTIAL PROTOCALS (4)
APPROVING FORM AND MANNER OF NOTICE
-4-

Case: 23-30564    Doc# 297    Filed: 07/05/23    Entered: 07/05/23 11:46:21    Page 70 of 113

10.    Within ten (10) business days of the entry of this order approving the Motion (the "Bar Date Order"), and except as provided in paragraph 11 concerning Survivor Claims, the Debtor shall serve by United States mail, first-class postage prepaid upon: (a) all known entities holding potential prepetition claims against the Debtor, and their counsel (if known); (b) all parties that have requested special notice in this case; and (c) the United States Trustee, the following documents:   (i) General Bar Date Notice substantially in the form attached as Exhibit D to this Bar Date Order; and (ii) a copy of the Proof of Claim Form substantially in the form attached as Exhibit A to this Bar Date Order.

11.    Within ten (10) business days of the entry of the Bar Date Order, the Debtor shall serve by United States mail, first-class postage prepaid: (i) the Survivor Claim Bar Date Notice substantially in the form attached as Exhibit E to this Bar Date Order, (ii) a copy of the Confidential Survivor Proof of Claim upon all known Survivor Claimants and their counsel (if known)[3] substantially in the form attached as Exhibit B to this Bar Date Order, and (iii) a letter from counsel to the Committee substantially in the form attached here as Exhibit G to this Bar Date Order.   In addition, the Debtor shall request that each Parish and school within the geographic limits of the Diocese provide it access to its contact lists, and as permitted shall mail a copy of the Publication Notice substantially similar to the form attached as Exhibit F to each household and address on such contact list.

12.    The Debtor also shall make the Bar Date Notices available to the public in the following manner:

(a)    The Debtor shall post on the home page of the Diocese of Santa Rosa website a copy of the General Bar Date Notice and General Proof of Claim as well as a copy of the Survivor Claim Bar Date Notice and the Confidential Survivor Proof of Claim.  The Debtor shall also attempt to post the Survivor Claim Bar Date Notice on the website of the Survivors Network of those Abused by Priests and other websites for victim advocacy groups that will allow the Debtor to publish the Survivor Claim Bar Date Notice.

(b)    The Debtor shall cause a copy of the notice substantially in the form attached as Exhibit F to this Bar Date Order (the "Publication Notice"),

---

[3] If a Survivor Claimant's counsel has appeared in the bankruptcy case on behalf of a Survivor claimant or provided written consent to Debtor's counsel, the Debtor is authorized to serve the Survivor Claimant's counsel with the Survival Claim Bar Date Notice.

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM FORMS; AND (3) CONFIDENTIAL PROTOCALS (4) APPROVING FORM AND MANNER OF NOTICE

no smaller than a 1/8-page advertisement in each newspaper listed in (i) through (iv) below, to be published as follows:

(i)      Once in English in the Western edition of *The Wall Street Journal*, on the first available date reasonably practical after entry of the Bar Date Order;

(ii)     Twice each, first on the first available date reasonably practical after entry of the Bar Date Order and second, approximately one month prior to the expiration of the Survivor Claim Bar Date in English, in the following newspapers:

     i.    *Los Angeles Times*;
     ii.   *Sacramento Bee*;
     iii.  *San Francisco Chronicle*;
     iv.   *San Jose Mercury News*;
     v.   *Santa Rosa Press Democrat* (Sonoma county)*;*
     vi.  *Napa Valley Register* (Napa county)*;*
     vii. *The Ukiah Daily Journal* (Humboldt county)*;*
     viii. *Lake County Record-Bee* (Lake county)*;*
     ix.  *Times Standard* (Mendocino county)*;*
     x.   *Del Norte Triplicate* (Del Norte county).

(iii)    Twice each, in Spanish, in the *La Opinion de la Bahia (weekly)*, *La Prensa Sonoma (monthly)*, and *El Leñador (monthly)* first on the first available date reasonably practical after entry of the Bar Date Order and second, approximately one month prior to the expiration of the Survivor Claim Bar Date.

13.    In addition, the Debtor shall provide further notice of the Bar Date by taking the following measures:

(a)    The Debtor will use best efforts to cause the Publication Notice to be placed, in the manner reasonably available with such organization, with the following organizations:

(1) National Catholic Register;
(2) National Catholic Reporter;
(3) Catholic World Report;
(4) EWTN (Global Catholic Nework);
(5) Catholic San Francisco Magazine (monthly)
(6) Catholic Voice Oakland (monthly)
(7) The Valley Catholic;
(8) The Catholic Herald Sacramento

(b)    The Debtor will cause the Publication Notice to be published in the next available edition of the North Coast Catholic. In addition, for each Diocese in California (total of 12), Oregon (2), Washington (3), Idaho (1), Nevada (2), and Arizona (Phoenix and Tucson), to the extent not already identified above, the Debtor will use its best effort to publish the Publication Notice in the respective Diocese publication if available. If

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM
FORMS; AND (3) CONFIDENTIAL PROTOCALS (4)
APPROVING FORM AND MANNER OF NOTICE

there is a separate Spanish publication, or a Spanish section of the publication, the Debtor will also include the Publication Notice in Spanish in these publications. The Debtor also will request that each Diocese post the Notice of Survivor Claims Bar Date on their website.

(c) The Debtor will request that an announcement be placed bi-weekly from the first available date after entry of the Bar Date Order until the Survivor Claim Bar Date in the bulletins produced by the parishes and missions located within the geographic territory of the Diocese, in the language in which the Mass is conducted (English or Spanish).

(d) The Debtor will request each parish and mission in the Diocese to post a flyer announcing the Survivor Claim Bar Date in a prominent location for at least six weeks prior to the Survivor Claim Bar Date.

14. The Debtor is authorized pursuant to 11 U.S.C. § 503(b) to pay the costs of mailing and publication as described herein.

15. All Survivor Proof of Claim Forms shall be treated as confidential in accordance with the following confidentiality protocols:

(a) Potential Survivor Claimants are directed <u>not</u> to file a Survivor Proof of Claim Form with the Court. Instead, all Survivor Proof of Claim Forms are directed to be sent to the Claims Agent in accordance with the procedures set forth in the Survivor Claim Bar Date Notice.

(b) Survivor Proof of Claim Forms submitted by Survivor Claimants will not be available to the general public. The Confidentiality Protocol is for the benefit of the Survivor Claimants. Accordingly, Survivor Claimants may elect to make any of the information contained in their own Survivor Proof of Claim Form public; provided, however, notwithstanding that a Survivor Claimant may disclose information on such claimant's Survivor Proof of Claim, such disclosure shall not constitute a waiver of confidentiality and no other party may disclose any information from such Survivor Proof of Claim, except as allowed by Permitted Parties, as defined below.

(c) Survivor Proof of Claim Forms submitted by a Survivor Claimant shall be held and treated as confidential by the Debtor and Debtor's counsel and copies thereof shall be provided by the Debtor or Debtor's counsel to the parties listed below (the "Permitted Parties") and to such other persons that may be granted access to the Survivor Proofs of Claim by order of the Court. No party (including a Permitted Party) may obtain copies of Survivor Proofs of Claim unless such party first executes a confidentiality agreement substantially in the form attached hereto as <u>Exhibit C</u> (the "Confidentiality Agreement").[4] Executed Confidentiality Agreements shall be provided to counsel to the Debtor, insurers, reinsurers of the Debtor, Catholic Mutual Relief Society of America and any successor third-party administrator of the Debtor's insurance program, and counsel to the Committee. Permitted Parties shall keep confidential and not disclose the contents of any Survivor Claim Form except as otherwise provided by

---

[4] Notwithstanding paragraph 15(c), the U.S. Trustee shall have full access to the Survivor Proofs of Claim without executing a Confidentiality Agreement.

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM FORMS; AND (3) CONFIDENTIAL PROTOCALS (4) APPROVING FORM AND MANNER OF NOTICE

-7-

Case: 23-30564    Doc# 297    Filed: 10/25/23    Entered: 10/25/23 10:46:32    Page 73 of 113

the confidentiality provision herein or order of the court. Counsel to the Debtor, insurers, reinsurers of the Debtor, Catholic Mutual Society of America and any administrator of the Debtor's insurance programs, and counsel to the Committee shall only be required to execute a single Confidentiality Agreement per firm.

(d)     The Permitted Parties (the "Permitted Party List") include:

    (1)     Counsel and other professionals for the Debtor retained pursuant to an order of the Bankruptcy Court, including partners, counsel, associates, and employees of such professionals, who are necessary to assist the Debtor in reviewing and analyzing the Survivor Claims;

    (2)     The Bishop of the Debtor and employees of the Debtor who are necessary to assist the Bishop in reviewing and analyzing the Survivor Claims, Catholic Mutual Relief Society of America and any successor third-party administrator of the Debtor's insurance program and the employees thereof;

    (3)     Counsel and other professionals for the Committee, including partners, counsel, associates, and employees of such professionals, who are necessary to assist the Committee in reviewing and analyzing the Survivor Claims;

    (4)     Insurers for the Debtor, together with their successors, administrators, retrocessionaires, reinsurers, reinsurance intermediaries, and their counsel and other professionals, including partners, counsel, associates, and employees of such professionals, who are necessary to assist the forgoing in reviewing and analyzing the Survivor Claims;

    (5)     Any unknown claims representative appointed pursuant to an order of the Court in this case;

    (6)     Any mediator appointed pursuant to an order of this Court to mediate the terms of a settlement or Plan of reorganization in this case;

    (7)     Any special arbitrator/claims reviewer appointed pursuant to an order of this court to review and resolve the claims of Survivor Claimants;

    (8)     Any trustee, or functional equivalent thereof, appointed to administer payments to Survivor Claimants including pursuant to a plan of reorganization or a proposed plan of reorganization;

    (9)     Members of the Committee and their personal counsel (after the Survivor Proof of Claim Form has been redacted to remove the Survivor Claimant's name, address, and any other information identified in Part 2(A) of the Survivor Proof of Claim Form and the signature block);

    (10)     Persons who, in addition to those identified above, are permitted access upon stipulation of the party that produced or disclosed the Survivor Claim, after notice to the counsel to the Debtor,

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM FORMS; AND (3) CONFIDENTIAL PROTOCALS (4) APPROVING FORM AND MANNER OF NOTICE

-8-

Case: 23-30564   Doc# 297   Filed: 10/25/23   Entered: 10/25/23 10:46:22   Page 74 of 113

Committee and Insurers has been given and a reasonable opportunity to object;

(11)    Such other persons as the Court determines should have the information in order to evaluate Survivor Claims; provided, however, that any such determination shall be made on no less than 7 days' notice to Survivor Claimants.

16.    For any proof of claim to be validly and properly filed, a signed original[5] and a copy of the completed proof of claim, together with any accompanying documentation required by Bankruptcy Rules 3001(c) and 3001(d), must be delivered to the Claims Processing Agent (Donlin Recano & Company, hererafter "Claims Processing Agent") at the address identified on the applicable Bar Date Notice or electronically filed with the Claims Processing Agent so as to be received by the date as stated on the applicable Bar Date Notice. Proofs of claim may be submitted in person or by courier service, hand delivery or U.S. Mail, or electronically. Proofs of claim submitted by facsimile or e-mail shall not be accepted. Proofs of claim shall be deemed filed when actually received by the Claims Processing Agent by the applicable Bar Date. If a creditor wishes to receive acknowledgement of receipt of a proof of claim, the creditor also must submit to the Claims Processing Agent by the applicable Bar Date and concurrently with submitting its original proof of claim: (i) a third copy of the original proof of claim; and (ii) a self-addressed, stamped return envelope.

17.    The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

18.    Nothing contained herein shall constitute a waiver by the Debtor of (a) any defenses in connection with any General Claims or Survivor Claims that are asserted against the Debtor, or (b) the right to assert that any General Claims or Survivor Claims are barred by applicable statutes of limitations.

19.    This Order is without prejudice to any request by the Debtor, Committee or future claims representative to modify the Survivor Claim Bar Date.

20.    Pursuant to Fed. R. Bankr. Proc. 3002(c)(4), any claim arising from the rejection of

---

[5] Any proof of claim may be signed using software with electronic signature capabilities, such as DocuSign, AdobeSign, VineSign, or similar, reliable program.

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM FORMS; AND (3) CONFIDENTIAL PROTOCALS (4) APPROVING FORM AND MANNER OF NOTICE

1   an executory contract or unexpired lease of the Debtor shall be filed within 30 days after such

2   rejection.

3          21.     This Court shall retain jurisdiction over any and all matters arising from or relating

4   to the implementation, interpretation, or modification of this Order.

5                                   ***END OF ORDER***

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER: (1) FIXING BAR DATE; (2) APPROVING CLAIM
FORMS; AND (3) CONFIDENTIAL PROTOCALS (4)
APPROVING FORM AND MANNER OF NOTICE
-10-

Case: 23-30564   Doc# 297   Filed: 07/08/23   Entered: 07/08/23 10:36:30   Page 10 of
113

# EXHIBIT A

# General Proof of Claim Form

Debtor 1     The Roman Catholic Bishop of Santa Rosa

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of California

Case number   23-10113

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☐ No <br> ☐ Yes. From whom? |
| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**     **Where should payments to the creditor be sent?** (if different) <br><br> Name       Name <br><br> Number   Street      Number   Street <br><br> City   State   ZIP Code     City   State   ZIP Code <br><br> Contact phone     Contact phone <br> Contact email     Contact email <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): |
| 4. **Does this claim amend one already filed?** | ☐ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ <br>                                         MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No <br> ☐ Yes. Who made the earlier filing? |

Case: 23-10113    Doc# 237-1   Filed: 11/03/23   Entered: 11/03/23 16:30:32   Page 78 of 116

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |
| 7. **How much is the claim?** | $_____. **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. **Is all or part of the claim secured?** | ☐ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe:  _____<br><br>**Basis for perfection:**  _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| 10. **Is this claim based on a lease?** | ☐ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. **Is this claim subject to a right of setoff?** | ☐ No<br>☐ Yes. Identify the property: _____ |

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name _____
First name          Middle name          Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number          Street

_____
City                    State      ZIP Code

Contact phone _____    Email _____

Case 23-30564   Doc# 2387-1   Filed 11/08/23   Entered 11/08/23 18:30:32   Page 80 of 113

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the reverse page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number,** individual's **tax identification number, or financial account number, and only the year of any** person's **date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the** child's **initials and the full name and address of the** child's **parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the claims agent's website (www.donlinrecano.com/rcbsr) to view the filed form.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:**

**If Proof of Claim is sent by mail, send to:**

Donlin, Recano & Company, Inc.
Re: The Roman Catholic Bishop of Santa Rosa
P.O. Box 199043
Blythebourne Station
Brooklyn, NY 11219

**If Proof of Claim is sent by Overnight Courier or Hand Delivery, send to:**

Donlin, Recano & Company, Inc.
Re: The Roman Catholic Bishop of Santa Rosa
6201 15th Avenue
Brooklyn, NY 11219

**If Proof of Claim is filed electronically, please follow the instructions on the Donlin website at:**

https://www.donlinrecano.com/Clients/rcbsr/FileClaim

**Do not file these instructions with your form.**

**EXHIBIT B**

**Confidential Survivor Proof of Claim Form**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:

THE ROMAN CATHOLIC BISHOP OF
SANTA ROSA[1],

                              Debtor In Possession.

Case No.  23-10113

Chapter 11

## CONFIDENTIAL SURVIVOR PROOF OF CLAIM

## IMPORTANT:
## PLEASE COMPLETE THIS FORM SO THAT IT IS RECEIVED NO LATER THAN
## OCTOBER 20, 2023 ("BAR DATE")

## IMPORTANT - DO NOT FILE THIS DOCUMENT WITH THE COURT

This Confidential Survivor Proof of Claim has two separate components: (1) a mandatory 3-page "Official Form 410" attached hereto ("**Proof of Claim**"), and (2) a voluntary Confidential Survivor Supplement, also attached hereto ("**Supplement**").  When submitting your Proof of Claim in this case, you are **strongly encouraged** to also complete the Supplement, and include it as an attachment to your Proof of Claim.  Submitting the completed Supplement at the outset will help streamline the process of identifying claims and all applicable insurance and expedite distribution to creditors.

Please carefully read the Notice and Instructions that are included with this Confidential Survivor Proof of Claim and respond to all applicable questions. If you have an attorney, you should complete this form with the assistance of counsel.  Send a signed original of the completed Survivor Proof of Claim and one copy as follows:  If by **mail**, to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Bishop of Santa Rosa, P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219, or if by **hand delivery or overnight courier**, to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Bishop of Santa Rosa, 6201 15th Avenue, Brooklyn, NY 11219, or you may submit a claim **electronical**ly at:
https://www.donlinrecano.com/Clients/rcbsr/FileSurvivorClaim.

**The Confidential Survivor Proof of Claim form must be mailed, delivered or electronically submitted to Donlin, Recano & Company, Inc. ("DRC") so that it is received no later than October 20, 2023.  Please note that a Survivor Proof of Claim Form submitted by facsimile, telecopy or electronic mail transmission will not be accepted and will not be deemed filed.**

---

[1] The last four digits of the Debtor's federal tax identification number are 0038. The Debtor's principal place of business is located at 985 Airway Court, Santa Rosa, CA 95403.

**FAILURE TO COMPLETE AND RETURN A PROOF OF CLAIM MAY RESULT IN YOUR INABILITY TO VOTE ON A PLAN OF REORGANIZATION AND RECEIVE A DISTRIBUTION FROM THE ROMAN CATHOLIC BISHOP OF SANTA ROSA, REFERRED TO HERE AS "RCBSR".**

**The failure to submit a completed Supplement with a Proof of Claim asserting a Survivor Claim may be a basis for an objection to such claim.**

**Your Identity Will be Kept Strictly Confidential, and Outside the Public Record of the Bankruptcy Court. However, this Confidential Survivor Proof of Claim and the Information in this Confidential Survivor Proof of Claim will be Provided Pursuant to Court-Approved Confidentiality Guidelines to the Debtor, the Official Committee of Unsecured Creditors and to such other Persons as the Bankruptcy Court Determines need the Information in Order to Evaluate the Claim.**

**This Confidential Survivor Proof of Claim is for Survivor Claimants Only.**

For the purposes of this Proof of Claim, a **Survivor Claim** is defined as any Claim (as defined in section 101(5) of the Bankruptcy Code) against RCBSR resulting or arising or related to in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, grooming, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, intimidation, any other conduct constituting a sexual offense, or any other sexual misconduct, and seeking monetary damages or any other relief based upon the conduct described above, under any theory of liability, including, but not limited to, vicarious liability, any negligence-based theory, conspiracy, fraudulent concealment, intentional tort, continuing tort, public nuisance, invasion of privacy, breach of alleged duties imposed by The Charter for the Protection of Children and Young People, Canon Law or other Catholic Church documents or principles, contribution, indemnity, or any other theory based on any acts or failures to act by the RCBSR or any other person or entity for whose acts or failures to act the RCBSR is or was allegedly responsible, including but not limited to, claims against clergy, deacons, seminarians, employees, teachers, or volunteers.

For purposes of this Proof of Claim, a **Survivor Claimant** is defined as the person asserting a Survivor Claim against the RCBSR, or, if a minor, then his/her parent or legal guardian.

**To be valid, the Confidential Survivor Proof of Claim must be signed by you or your attorney (if represented by one). If the Survivor Claimant is deceased or incapacitated, the Confidential Survivor Proof of Claim may be signed by the Survivor Claimant's representative, executor of the estate or the attorney for the estate. If the Survivor Claimant is a minor, the Confidential Survivor Proof of Claim may be signed by the Survivor Claimant's parent or legal guardian, or the Survivor Claimant's attorney.**

If you need more space to answer any of the below questions, please attach additional sheets of paper and indicate which question your answer applies to.

**Fill in this information to identify the case:**

Debtor 1    The Roman Catholic Bishop of Santa Rosa

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of California

Case number   23-10113

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☐ No <br> ☐ Yes. From whom? |

| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | Name | Name |
| | Number    Street | Number    Street |
| | City    State    ZIP Code | City    State    ZIP Code |
| | Contact phone | Contact phone |
| | Contact email | Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br><br> __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ | |

| 4. **Does this claim amend one already filed?** | ☐ No <br> ☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____ <br>                                                    MM / DD / YYYY |
|---|---|
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No <br> ☐ Yes. Who made the earlier filing? |

6. **Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $_____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. **Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name _____
First name        Middle name        Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number        Street

_____
City        State        ZIP Code

Contact phone _____        Email _____

Case 23-30513   Doc# 237-2 Filed 11/03/23 Entered 11/03/23 18:30:32 Page 88 of 113

# Confidential Survivor Supplement

## PART 1: CONFIDENTIALITY

The information you share will be kept strictly confidential. This form and the information in it may be provided, pursuant to confidentiality procedures approved by the Bankruptcy Court, to the RCBSR, certain insurers of the RCBSR, the Official Committee of Unsecured Creditors, the United States Trustee, and to such other persons as the Bankruptcy Court may authorize. Please be assured that these parties have agreed and are required to keep your information strictly confidential.

## PART 2: IDENTIFYING INFORMATION

### A. Survivor Claimant

| | | | |
|---|---|---|---|
| First Name | Middle Initial | Last Name | Suffix |

Address (If party is incapacitated, is a minor or is deceased, please provide the address of the individual submitting the claim. If you are in jail or prison, your current address).

| | | | |
|---|---|---|---|
| City | State/Prov. | Zip Code (Postal Code) | Country (if other than USA) |

Telephone No(s):
Home: _____ Work: _____ Cell: _____

Email address: _____

Last 4 digits of Social Security Number: _____

If you are in jail or prison, your identification number: _____

May we leave voicemails for you regarding your claim?  ☐ Yes  ☐ No

May we send confidential information to your email:  ☐ Yes  ☐ No

Birth Date: _____ ☐ Male ☐ Female
        Month       Day      Year

Any other name, or names, by which the Claimant has been known: _____

**B. Survivor Claimant's Attorney (if any):**

_____
Law Firm Name

_____
Attorney's First Name          Middle Initial          Last Name

_____
Street Address

_____
City          State/Prov.          Zip Code (Postal Code)          Country
                                                                   (If other than U.S.A.)

_____
Telephone          Fax Number          Email Address

## PART 3: NATURE OF COMPLAINT

### (Attach additional sheets if necessary)

**Note: If you have previously filed a lawsuit against The Roman Catholic Bishop of Santa Rosa, aka Diocese of Santa Rosa ("RCBSR") in state or federal court, you may attach the complaint. If you did not file a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below.**

- **As to claims involving multiple perpetrators, this part must be answered separately as to any claimant alleging abuse by one or more RCBSR affiliated perpetrators. Part 4 must be answered separately for each complaint related to separate RCBSR affiliated perpetrators.**

a.   Who committed the acts of abuse or other wrongful conduct? Please identify the person by complete name(s) or other description of each abuser to the best of your recollection. If you do not know the name(s) of each abuser, please identify them by title, position or other description (for example, approximate age, height, weight, hair color, clothing worn, identifying marks, etc.).

_____
_____
_____

b.   What is the position, title or relationship to you (if known) of the abuser or individual who committed these acts?

_____
_____

_____

_____


c.  Where did the Abuse or other wrongful conduct take place? Please be specific and complete all relevant information that you know, including the City and State, name of the church, school or parish (if applicable) and/or the name of any other location(s).

_____

_____

_____


d.  When did the Abuse or other wrongful conduct take place? (Please be as specific as possible here, providing exact dates, grade levels, and/or season of the year (spring, summer, fall, winter), if you remember.)

_____

_____


1.  If the Abuse or other wrongful conduct took place over a period of time (months or years), please state when it first started and when it stopped. (Please be as specific as possible. If you can, please indicate the month and year. If you cannot recall the month, please try to recall the season (fall, winter, spring, summer), if you remember).

_____

_____

_____


2.  If the Abuse or other wrongful conduct took place more than once, please state how many times it occurred, if you remember.

_____

_____

_____


3.  Please also state your age(s) and your grade(s) in school (if applicable) at the time the abuse or other wrongful conduct took place. (Please be as specific as possible and include what season of the school year (if applicable) was it (fall, winter, spring, summer), if you remember).

_____

_____

_____


e.  Please describe in as much detail as you can the nature of the abuse and what happened (for example, the circumstances, approximate number of occurrences, frequency, duration, and types of sexual abuse). (Please use additional pages and attach them to this Proof of Claim, if necessary):

_____

_____

_____

f.  Were there any witnesses to the abuse?  If so, please identify the witnesses and their present location, if known.

_____

_____

_____

g.  Are there any other individuals whom you believe knew about the abuse and/or would be able to corroborate the abuse, including persons at the RCBSR? If so, what are their names?

_____

_____

_____

h.  Did you tell anyone about the Abuse or other wrongful conduct, even if not in its entirety?  If so, who did you tell, when and what did you tell that person (this would include parents; relatives; friends; the RCBSR; counselors; and law enforcement authorities)?  You do not need to disclose any communications you had with your attorney.

_____

_____

_____

i.  If subsequent wrongful conduct by the RCBSR or its employees or officials caused you further trauma directly or indirectly related to the abuse state:

    1.  When the conduct occurred.

_____

_____

_____

    2.  What happened (describe what happened).

_____

_____

_____

    3.  If known, identify by name, title, position, and/or relationship to you any individual involved in the conduct.

_____

_____

_____

Continued on next page.

## PART 4: IMPACT OF ABUSE
(Attach additional sheets if necessary)

*Where more than one perpetrator is alleged, please answer the questions separately as to each perpetrator.*

a.   Please describe in detail, being as specific as you can, what injuries (including physical, mental and/or emotional) have occurred to you because of the act or acts of Abuse or other wrongful conduct that resulted in the claim (for example, the effect on your education, employment, personal relationships, health, and any physical injuries)?

_____
_____
_____
_____
_____

b.   Have you sought counseling or other treatment for your injuries? If so, with whom and when? _____
_____


## PART 5: ADDITIONAL INFORMATION

a.   Prior Bankruptcy Claims: Have you, or has anyone on your behalf, filed any claims in any other bankruptcy case relating to the abuse described in this claim?

☐Yes   ☐No  (If "Yes," you are required to attach a copy of any completed claim form.)

If "Yes," which case(s): _____

b.   Prior Non-Bankruptcy Claims: Have you, or has anyone on your behalf, asserted or filed any claim or lawsuit seeking damages for the abuse described in this claim?

☐ Yes  ☐No

If "Yes," which case(s):_____
Please attach a copy of any complaint in such lawsuit.

If "Yes," did you file a "certificate of merit" (described at CA Code Civil Proc. § 340.1(g))?

☐ Yes  ☐No

c.   Settlements: Regardless of whether a complaint was ever filed against any party because of any abuse as described in this claim, have you settled <u>any</u> claim relating to abuse described in this claim?

☐ Yes ☐ No  (If "Yes," please describe, including parties to the settlement and any payments received. You are required to attach a copy of any settlement agreement.) _____

_____

_____


d.  Bankruptcy. Have you ever filed bankruptcy? ☐ Yes ☐ No (If "Yes," please provide the following information:

Name of Case: _____ Court: _____

Date filed: _____ Case No. _____

Chapter:        7      11      12      13        Name of Trustee: _____

**Sign and print your name. If you are signing the claim on behalf of another person or an estate, print your title.**

**Under penalty of perjury, I declare the foregoing statements to be true and correct.**


**Date:** _____

**Signature:** _____

**Print Name:** _____

**Title:** _____
(Relationship of signer to party on behalf of whom claim is being made: (such as parent, family member, guardian, attorney, executor of estate)

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT C

# Confidentiality Agreement

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Attorneys for
The Roman Catholic Bishop of Santa Rosa

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 23-10113 |
| THE ROMAN CATHOLIC BISHOP OF SANTA ROSA[1], | Chapter 11 |
| Debtor In Possession. | |

## CONFIDENTIALITY AGREEMENT

This Agreement ("**Agreement**") is entered into as of _____.

The undersigned (the "**Recipient**") is a Permitted Party pursuant to the Order Fixing Time for Filing Proofs of Claims; Approving Proof of Claim Forms; Providing Confidentiality Protocols; and Approving Form and Manner of Notice (the "**Order**") [Docket No.___] on _____, 2023 by the United States Bankruptcy Court for the Northern District of California (the "Court") in Case No. 23-10113, In Re: The Roman Catholic Bishop of Santa Rosa (the "**Case**").

**WHEREAS**, the Recipient requests access to confidential Survivor Proof of Claim Forms[2] filed in the Case after execution of this Agreement pursuant to and in accordance with the terms of the Order;

**WHEREAS**, Recipient agrees to keep the information provided in any and all Survivor Proof of

---

[1] The last four digits of the Debtor's federal tax identification number are 0038. The Debtor's principal place of business is located at 985 Airway Court, Santa Rosa, CA 95403.

[2] Capitalized terms used but not defined herein shall have the meaning and definitions ascribed to them in the Order.

Claim Forms confidential pursuant to and in accordance with the terms of the Order and this Agreement; and

**WHEREAS,** with the exception of the parties identified in paragraph 15(d) of the Order, access to the Survivor Proof of Claim Forms extends only to the natural person who executes this Agreement. A separate confidentially agreement must be signed by each natural person who seeks access to the Survivor Proof of Claim Forms on behalf of a Permitted Party.

**NOW, THEREFORE, IT IS AGREED AS FOLLOWS:**

1. Recipient agrees to keep the information provided in the Survivor Proof of Claim Forms confidential pursuant to and in accordance with the terms of the Order;

2. Recipient agrees to not distribute any Survivor Proof of Claim Forms or information provided in the Proof of Claim Forms in violation of the Confidentiality Protocols in the Order.

3. Recipient agrees that only the natural person who executes this Agreement will have access to the Survivor Proof of Claim Forms unless Recipient is a Permitted Party pursuant to paragraph 15(d) of the Order.

4. Recipient will only communicate information from the confidential Survivor Proof of Claim Forms with other Permitted Parties who have executed a confidentiality agreement pursuant to the Order.

5. Recipient consents to the jurisdiction of the Court to adjudicate any violation of this Agreement or the Order.

6. Recipient shall promptly report any disclosure of information from a confidential Survivor Claim to the Debtor and any appointed Committee, and shall cooperate with efforts to recover the information and/or mitigate the effects of the disclosure.

Dated: _____, 2023.


Signature: _____

Print Name: _____

Name of Party Represented (if any): _____

# EXHIBIT D

# General Bar Date Notice

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Attorneys for
The Roman Catholic Bishop of Santa Rosa

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 23-10113 |
| THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,[1] | Chapter 11 |
| Debtor In Possession. | |

### NOTICE OF BAR DATE FOR FILING OF GENERAL PROOFS OF CLAIM
### [Survivor Claimants will receive Notice separately with additional Claim Form Instructions]

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ROMAN CATHOLIC BISHOP OF SANTA ROSA:**

**PLEASE TAKE NOTICE** that on March 13, 2023 (the "Petition Date") The Roman Catholic Bishop of Santa Rosa, debtor and debtor in possession ("Debtor") in the above-captioned case filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of California (the "Court"). The Debtor, its address, case number, proof of claim forms and other relevant information related to this Chapter 11 case may be obtained at: www.donlinrecano.com/rcbsr.

**PLEASE TAKE FURTHER NOTICE** that on July __, 2023, the Court entered an order (the "Bar Date Order") establishing October 20, 2023 as the claims bar date ("Bar Date") in the Debtor's Chapter 11 case. The directions for filing a proof of claim by mailing and electronically are set forth at the end of the instructions.

---

[1] The last four digits of the Debtor's federal tax identification number are 0038. The Debtor's principal place of business is located at 985 Airway Court, Santa Rosa, CA 95403.

**PLEASE TAKE FURTHER NOTICE** that for your convenience, enclosed with this notice (the "General Creditor Bar Date Notice") is a proof of claim form (the "General Creditor Proof of Claim Form"). If this notice does not include a proof of claim form, a proof of claim form may be obtained from the Debtor at: https://www.donlinrecano.com/Clients/rcbsr/Static/POC.

**KEY DEFINITIONS**

- As used in this Notice, the term "Entity" has the meaning given to it in section 101(15) of the Bankruptcy Code, and includes all persons (individuals, partnerships and corporations), estates, trusts, Governmental Units and the United States Trustee.

- As used in this Notice, the term "Governmental Unit" has the meaning given to it in section 101(27) of the Bankruptcy Code and includes the United States, states, commonwealths, districts, territories, municipalities, foreign states, or departments, agencies or instrumentalities of the foregoing.

- As used in this Notice, the term "Claim" shall mean, as to or against the Debtor and in accordance with section 101(5) of the Bankruptcy Code: (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**PRELIMINARY INSTRUCTIONS**

Claims based on acts or omissions of the Debtor that occurred before March 13, 2023, must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before March 13, 2023.

**Please note that individuals asserting Claims arising from abuse for which such individuals believe the Roman Catholic Bishop of Santa Rosa may be liable are instructed to file a Confidential Survivor Proof of Claim Form, consistent with the Bar Date Order and the Survivor Bar Date Notice. CLAIMANTS MAY OBTAIN COPIES of these Forms from the Debtor's Claims, Noticing and Solicitation Agent, Donlin, Recano & Company, Inc. at** https://www.donlinrecano.com/Clients/rcbsr/Static/SurvivorClaims

**A Claimant Should Consult an Attorney if the Claimant Has Any Questions, Including Whether Such Claimant Must File a Proof of Claim.**

**I.      WHO MUST FILE A PROOF OF CLAIM AND THE APPLICABLE BAR DATES**

*The Bar Date:* The Bar Date Order establishes October 20, 2023, as the deadline for filing proofs of claim in this case:

1. <u>The General Bar Date</u>. Except as set forth below, pursuant to the Bar Date Order, all Entities, excluding Governmental Units, holding Claims against the Debtor (whether

secured, unsecured priority, or unsecured nonpriority) that arose or are deemed to have arisen prior to March 13, 2023, are required to file proofs of claims by the General Bar Date, **October 20, 2023**.

***Entities that MUST File Proofs of Claims by the General Bar Date:*** Except as set forth in paragraph "3" below, the following Entities must file proofs of claim on or before the General Bar Date:

A.      Any person or entity whose pre-petition claim against the Debtor that is not listed in the Debtor's Schedules or whose pre-petition claim is listed in the Schedules but is listed as disputed, contingent or unliquidated and that desires to participate in this case or share in any distribution in this case, including claims based on 11 U.S.C. § 503(b)(9); and

B.      Any person or entity that believes that its pre-petition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules, including claims based on 11 U.S.C. § 503(b)(9).

2.    <u>The Government Unit Bar Date</u>. Except as set forth below, pursuant to the Bar Date Order, all Governmental Units (as defined by 11 U.S.C. § 101(27)) holding Claims against the Debtor that arose or are deemed to have arisen prior to March 13, 2023, are required to file proofs of claims by **October 20, 2023**.

***Entities that MUST File Proofs of Claims by the Government Unit Bar Date:*** Except as set forth in paragraph "3" below, the following Entities must file proofs of claim on or before the Governmental Unit Bar Date:

A.      Any person or entity whose pre-petition claim against the Debtor that is not listed in the Debtor's Schedules or whose pre-petition claim is listed in the Schedules but is listed as disputed, contingent or unliquidated and that desires to participate in this case or share in any distribution in this case; and

B.      Any person or entity that believes that its pre-petition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules.

3.    ***Entities NOT Required to File Proofs of Claim by the General Bar Date or Government Unit Bar Date:*** The Bar Date Order further provides that the following Entities need not file proofs of claim by the General Bar Date:

A.      Any person or entity that has already properly filed a proof of claim against the Debtor with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California or with Donlin, Recano & Company, Inc., the Debtor's claims, noticing and solicitation agent;

B.      Any person or entity: (i) whose claim is listed in the Schedules or any amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) who does not dispute the amount or classification of its claim as set forth in the Schedules;

C. Professionals retained by the Debtor or the Committee pursuant to orders of this Court, who assert administrative claims for payment of fees and expenses subject to the Court's approval pursuant to §§ 330, 331, and 503(b) of the Bankruptcy Code;

D. Any person or entity that asserts an administrative expense claim against the Debtor pursuant to §§ 503(b)(1) through (8) of the Bankruptcy Code;

E. Any person or entity whose claim against the Debtor has been allowed by an order of the Court entered on or before the applicable Bar Date;

F. Any person or entity whose claim has been paid in full;

G. Any holder of a claim for which a separate deadline is (or has been) fixed by the Court; and

H. The United States Trustee regarding a claim for quarterly fees under 28 U.S.C. § 1930(a)(6).

## II. CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM

**Any Entity that is required to file a proof of claim, but fails to do so by the applicable Bar Date described in this General Bar Date Notice: (i) may NOT be treated as a creditor with respect to such Claim for the purposes of voting on and distribution under any Chapter 11 plan proposed and/or confirmed in this case; and (ii) may be forever barred, estopped, and enjoined from asserting such Claim against the Debtor (or filing a proof of claim with respect thereto), and the Debtor and its property may be forever discharged from any and all indebtedness or liability with respect to such Claim.**

## <u>RESERVATION OF RIGHTS</u>

The Debtor reserves the right to: (i) dispute, or to assert offsets or defenses against, any filed Claim or any Claim listed or reflected in the Schedules as to nature, amount, liability, classification or otherwise; and (ii) subsequently designate any Claim as disputed, contingent or unliquidated. Nothing contained in this Notice shall preclude the Debtor from objecting to any Claim, whether scheduled or filed, on any grounds.

## III. PROCEDURE FOR FILING PROOFS OF CLAIM

Unless one of the exceptions described in <u>Section I, Paragraph 3</u> above applies, you MUST file an original proof of claim by mail, overnight delivery, courier or hand delivery, or electronically, so that it is received by the General Bar Date or the Government Unit Bar Date, as applicable, as follows:

**If Proof of Claim is sent by mail:**
Donlin, Recano & Company, Inc.
Re: The Roman Catholic Bishop of Santa Rosa
P.O. Box 199043
Blythebourne Station
Brooklyn, NY 11219

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**If Proof of Claim is sent by Hand Delivery or Overnight Courier, send to:**

> Donlin, Recano & Company, Inc.
> Re: The Roman Catholic Bishop of Santa Rosa
> 6201 15th Avenue
> Brooklyn, NY 11219

**Or electronically at:** https://www.donlinrecano.com/Clients/rcbsr/FileClaim

**Any proof of claim submitted by facsimile or e-mail will not be accepted and will not be deemed filed until the proof of claim is submitted by the method described in the foregoing sentences.**

All proof of claim forms must be signed by the creditor or, if the creditor is not an individual, by an authorized agent of the creditor. The proof of claim form must be written in English and be denominated in United States currency. In addition, all proofs of claim must include all documentation required by Bankruptcy Rules 3001(c) and 3001(d), including an original or a copy of any written document that forms the basis of the Claim or, for secured Claims, evidence that the alleged security interest has been perfected.

If you wish to receive acknowledgement of receipt of your proof of claim, you must also submit by the General Bar Date or the Government Unit Bar Date, as applicable, and concurrently with submitting your original proof of claim: (i) one additional copy of your original proof of claim; and (ii) a self-addressed, stamped return envelope.

## <u>ADDITIONAL INFORMATION</u>

1. You may be listed as the holder of a Claim against the Debtor in the Schedules. If you choose to rely on the Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules. If you hold or assert a Claim that is not listed in the Schedules or if you disagree with the amount or priority of your Claim as listed in the Schedules, or your Claim is listed in the Schedules as either contingent, unliquidated, or disputed, you must file a proof of claim. Copies of the Schedules and the Bar Date Order are available at www.donlinrecano.com/rcbsr

2. Questions concerning the contents of this Notice and requests for proofs of claim forms should be directed to Donlin Recano & Company, Inc. via e-mail at rcbsantarosainfo@drc.equiniti.com or toll free at 1-800-236-1551, between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday. Please note that Donlin, Recano & Company, Inc. is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

Dated: July __, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By _____
PAUL J. PASCUZZI
Attorneys for Debtor and Debtor In Possession
The Roman Catholic Bishop of Santa Rosa

# EXHIBIT E

# Survivor Claim Bar Date Notice

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Attorneys for
The Roman Catholic Bishop of Santa Rosa

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,[1]<br><br>Debtor In Possession. | Case No. 23-10113<br><br>Chapter 11 |

## NOTICE OF DEADLINE FOR FILING CLAIMS
## RELATING TO OR ARISING FROM ABUSE

**TO ALL PERSONS WITH CLAIMS ARISING FROM ABUSE FOR WHICH THE ROMAN CATHOLIC BISHOP OF SANTA ROSA MAY BE LIABLE:**

**OCTOBER 20, 2023 IS THE LAST DATE TO FILE PROOFS OF CLAIM FOR ABUSE**

On March 13, 2023 (the "Petition Date") The Roman Catholic Bishop of Santa Rosa, aka Santa Rosa Diocese ("Debtor" or "RCBSR") Debtor and Debtor in Possession in the above-captioned case filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of California (the "Court"). The Debtor, its address, case number, proof of claim forms and other relevant information related to this Chapter 11 case may be obtained at: www.donlinrecano.com/rcbsr. Any person who believes that he or she has, or may have, a claim arising from abuse (described below) for which the person believes the Debtor may be liable (each a "Survivor Claim" and collectively, the "Survivor Claims") should carefully read this notice.

---

[1] The last four digits of the Debtor's federal tax identification number are 0038. The Debtor's principal place of business is located at 985 Airway Court, Santa Rosa, CA 95403.

For the purposes of this Proof of Claim, **Survivor Claim** is defined as: any Claim (as defined in section 101(5) of the Bankruptcy Code) against RCBSR resulting or arising or related to in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, grooming, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, intimidation, any other conduct constituting a sexual offense, or any other sexual misconduct, and seeking monetary damages or any other relief based upon the conduct described above, under any theory of liability, including, but not limited to, vicarious liability, any negligence-based theory, conspiracy, fraudulent concealment, intentional tort, continuing tort, public nuisance, invasion of privacy, breach of alleged duties imposed by The Charter for the Protection of Children and Young People, Canon Law or other Catholic Church documents or principles, contribution, indemnity, or any other theory based on any acts or failures to act by the RCBSR or any other person or entity for whose acts or failures to act the RCBSR is or was allegedly responsible, including but not limited to, claims against clergy, deacons, seminarians, employees, teachers, or volunteers.

## FILING DEADLINE

The United States Bankruptcy Court for the Northern District of California entered an order (the "Bar Date Order") establishing **October 20, 2023**, as the last date (the "Survivor Bar Date") for each Survivor Claimant to file a proof of claim form (the "Survivor Proof of Claim Form"). The Survivor Bar Date and the procedures set forth below for filing proofs of claim apply to all Survivor Claims against the Debtor.

## WHO MUST FILE

If you believe that you have a Survivor Claim, you must file a Survivor Proof of Claim Form to maintain and/or preserve any claims that you have against the Debtor. Even if you have already filed a lawsuit against the Debtor alleging abuse you must still file a Survivor Proof of Claim Form to maintain and/or preserve your rights in the Debtor's Chapter 11 case.

## WHAT TO FILE

**FILE A CONFIDENTIAL SURVIVOR PROOF OF CLAIM FORM AND VOLUNTARY CONFIDENTIAL SURVIVOR SUPPLEMENT, COPIES OF WHICH ARE ENCLOSED. YOU MAY ALSO OBTAIN A COPY OF THE SURVIVOR PROOF OF CLAIM FORM AND SUPPLEMENT BY FOLLOWING THE INSTRUCTIONS BELOW.**

## PROCEDURES FOR FILING A SURVIVOR PROOF OF CLAIM FORM

To file a Survivor Proof of Claim Form:

- Fill out the **Confidential Survivor Proof of Claim Form**. A copy is provided with this Notice, and can also be obtained here:
  https://www.donlinrecano.com/Clients/rcbsr/Static/SurvivorClaims

- Fill out the voluntary **Confidential Survivor Supplement**. A copy is provided with this Notice, and can also be obtained here:
  https://www.donlinrecano.com/Clients/rcbsr/Static/SurvivorClaims

Survivor claimants are strongly encouraged to complete and submit the Confidential Survivor Supplement. The failure to submit a completed Confidential Survivor Supplement with any proof of claim asserting a Survivor

Claim may be a basis for an objection to such claim.

- For additional copies of the Confidential Survivor Proof of Claim Form: (a) photocopy the Confidential Survivor Proof of Claim Form; (b) contact the Debtor's claims agent Donlin, Recano & Company, Inc. via e-mail at rcbsantarosainfo@drc.equiniti.com or toll free at 1-800-236-1551, between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday, or (c) visit the website at: www.donlinrecano.com/rcbsr

- **Please note that the Debtor's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.**

- Return the original completed Survivor Proof of Claim Form **so as to be received** by **October 20, 2023,** as follows:

    **If Survivor Proof of Claim is sent by mail:**

    > Donlin, Recano & Company, Inc.
    > Re: The Roman Catholic Bishop of Santa Rosa
    > P.O. Box 199043
    > Blythebourne Station
    > Brooklyn, NY 11219

    **If Survivor Proof of Claim is sent by Hand Delivery or Overnight Courier:**

    > Donlin, Recano & Company, Inc.
    > Re: The Roman Catholic Bishop of Santa Rosa
    > 6201 15th Avenue
    > Brooklyn, NY 11219

    **Or electronically at:**

    > **https://www.donlinrecano.com/Clients/rcbsr/FileSurvivorClaim**

- Do not file the Survivor Claim with the Bankruptcy Court.

- Survivor Proof of Claim Forms will be deemed timely filed only if they are **received by** Donlin, Recano & Company, Inc. by **October 20, 2023.**

- **Please note that a Survivor Proof of Claim Form submitted by facsimile, telecopy or electronic mail transmission will not be accepted and will not be deemed filed.**

## CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM

**The deadline for filing a Survivor Proof of Claim Form is October 20, 2023. Any person who has a Survivor Claim and does not file a Survivor Claim by that date may not be treated as a creditor for voting or distribution purposes under any plan of reorganization and such claim will be subject to discharge. Failure to file a Survivor Claim may prevent such person from voting on any plan of reorganization in this case. Further, if such Survivor Claim is discharged, the Survivor Claimant may be forever barred and prevented from asserting his or her Survivor Claim against the Debtor or its property, and may not receive**

**any payment or distribution in connection with such Survivor Claim.**

### **CONFIDENTIALITY**

Pursuant to the Bar Date Order, filed Survivor Proofs of Claim Forms and the Supplement thereto will remain confidential in this bankruptcy case. Therefore, the Survivor Proof of Claim Form and the Supplement thereto that you file will not be available to the general public, but will be kept confidential, except that as specified by court order information will be provided to the Debtor, the Debtor's attorneys, the United States Trustee's Office for the Northern District of California, the Debtor's insurers, attorneys for the official committee of unsecured creditors and its members, any unknown claims representative appointed under a plan of reorganization, any settlement trustee appointed to administer payments to Survivor Claimants, and such other persons as the Court determines should have the information in order to evaluate the Survivor Claim, all of whom will agree to keep the information provided by you confidential.

Dated: July __, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
Attorneys for Debtor and Debtor In Possession
The Roman Catholic Bishop of Santa Rosa

**EXHIBIT F**

**Publication Notice**

# U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**In re: The Roman Catholic Bishop of Santa Rosa, Case No. 23-10113**

**Notice of Deadline for Filing Claims: <u>October 20, 2023</u>**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE DIOCESE OF SANTA ROSA

On March 13, 2023, The Roman Catholic Bishop of Santa Rosa aka Diocese of Santa Rosa, ("<u>Debtor</u>") filed for protection under Chapter 11 of the Bankruptcy Code.

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be <u>received</u> by October 20, 2023, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before March 13, 2023, must be filed on or before the applicable bar date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before March 13, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit www.donlinrecano.com/rcbsr, or contact Donlin, Recano & Company, Inc., the Debtor's claims agent via e-mail at rcbsantarosainfo@drc.equiniti.com or toll free at 1-800-236-1551, between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday.

# EXHIBIT G

# Committee Support Letter



Robert Kugler
**PARTNER**

DIRECT: 612.335.1645
OFFICE: 612.335.1500

robert.kugler@stinson.com

July 20, 2023

**Re:  In re The Roman Catholic Bishop of Santa Rosa (Case No. 23-10113)**

Dear Survivor:

     On  March 13, 2023 the Roman Catholic Bishop of Santa Rosa (the  "Diocese") filed for bankruptcy relief in the United States Bankruptcy Court for the Northern District of California. Our law firm represents the Official Committee of Unsecured Creditors (the "Committee") appointed in the Diocese's bankruptcy case. The Committee is comprised of survivors of sexual abuse and it was appointed to represent the interests of all unsecured creditors in the Diocese's bankruptcy case, including any person entitled to assert a sexual abuse claim against the Diocese.

     You are receiving this letter because the Diocese has identified you as someone that may have a sexual abuse claim. The Court has required all persons holding claims against the Diocese to complete and submit a proof of claim form. Completed claim forms must be received no later than **October 20, 2023**.

     This letter is being delivered to you along with a package of materials that includes a notice of the claims bar date, a copy of an official claim form (Official Form 410), and something called a Confidential Survivor Supplement. **To assert a claim against the Diocese, you must fill out Official Form 410 and submit that form so that it is received no later than October 20, 2023**.

     You are not *required* to fill out and submit the Confidential Survivor Abuse Claim Supplement, but the Committee strongly recommends that you do so. The Committee believes that completing the Confidential Survivor Abuse Claim Supplement will be beneficial to you and other survivors in the case because completed supplements will help the Debtor, the Committee, and the Debtor's insurance companies understand your claim more clearly. Once the details of all survivor claims are understood, the Committee believes that the case may resolve more quickly, recoveries for survivor claimants may be higher, additional attempts to get information from survivors (through depositions or other "discovery") may become unnecessary, and costly and upsetting objections to survivor claims will become less likely to occur.

July 20, 2023
Page 2

      Please note that any information you provide on the Confidential Survivor Abuse Claim Supplement will be kept strictly confidential. Certain parties will have access to the information, such as the Diocese, its attorneys and insurers, legal counsel for the Committee, and the United States Trustee, but your information will only be shared with this limited group through confidentiality procedures imposed by the Bankruptcy Court.

      Should you have any questions regarding the Confidential Survivor Abuse Claim Supplement, please do not hesitate to contact the Committee at the following number: **(612) 335-1500.**

Sincerely,

**Stinson LLP**

Robert Kugler