# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# TRANSCRIPT ORDER FORM

Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☑ No

**Name of Debtor (Case Name):** The Roman Catholic Archbishop of San Francisco

**Chapter:** 11

**Case Number:** 23-30564

**Adversary Proceeding Name:**

vs.

Plaintiff(s),

Defendant(s).

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number)

**Date of Hearing:** 10/26/23

**Time of Hearing:** 1:30 am

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Montali

**Hearing Location:** San Francisco Courtroom 17

**Transcriber:** e-Scribers

**Alternate Transcriber:** Veritext

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☑ 14 Days
- ☐ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☒ Entire Hearing
- ☐ Ruling/Opinion Portion Only
- ☐ Testimony of Witness _____ Name of Witness
- ☐ Other/Special Instructions:

**Name of Person(s) Ordering Transcript:** John W. Lucas

**Contact Person:** Beth Dassa

**Phone Number:** 310/277-6910

**Mailing Address (include law firm name, if any):**
Pachulski Stang Ziehl & Jones LLP
Attn: Beth D. Dassa
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067

**Email Address:** bdassa@pszjlaw.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019

Case: 23-30564    Doc# 299    Filed: 11/09/23    Entered: 11/09/23 09:51:29    Page 1 of 1