PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>            Debtor and<br>            Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>*No hearing requested*<br><br>Judge: Hon. Dennis Montali |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Amanda L. Cottrell, an active member in good standing of the state bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Roman Catholic Archbishop of San Francisco in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court once in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Ori Katz
> Sheppard Mullin Richter & Hampton, LLP
> Four Embarcadero Center, 17th Floor
> San Francisco, CA 94111-4109
> Telephone: 415.434.9100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2023

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Amanda Cottrell*
AMANDA L. COTTRELL

Attorneys for The Roman Catholic Archbishop of San Francisco

-1-

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Amanda Leigh Cottrell

Bar Number:                  Date of Admission:

**24064972**                        **06/24/2009**

Witness my official signature and the seal of this court.

Dated: June 16, 2023              Karen Mitchell,
Clerk of Court

By: /s/ K. Riojas
       Deputy Clerk