```
1  PAUL J. PASCUZZI, State Bar No. 148810    Signed and Filed: November 14, 2023
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3     WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:    (916) 329-7400            _____
5  Facsimile:    (916) 329-7435            DENNIS MONTALI
   Email:        ppascuzzi@ffwplaw.com     U.S. Bankruptcy Judge
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone:    (415) 434-9100
   Facsimile:    (415) 434-3947
11 Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
12
   Attorneys for The Roman Catholic Archbishop of
13 San Francisco
```



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re | Case No. 23-30564 |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| | *No hearing requested* |
| | *Judge: Hon. Dennis Montali* |

Case No. 23-30564

SMRH:4863-8890-8687.1

| | |
|---|---|
| 1 | Amanda L. Cottrell, whose business address and telephone number is: |
| 2 | Sheppard, Mullin, Richter & Hampton LLP<br>2200 Ross Avenue, 20th Floor |
| 3 | Dallas, TX 75201<br>Telephone: 469.391.7400 |
| 4 | |
| 5 | and who is an active member in good standing of the bar of Texas having applied in the above- |
| 6 | entitled action for admission to practice in the Northern District of California on a *pro hac vice* |
| 7 | basis, representing The Roman Catholic Archbishop of San Francisco in the above-entitled action. |
| 8 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 9 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 10 | *vice*. Service of papers upon and communication with co-counsel designated in the application will |
| 11 | constitute notice to the represented party. All future filings in this action are subject to the |
| 12 | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States |
| 13 | Bankruptcy Court for the Northern District of California. |
| 14 | ***END OF ORDER*** |

COURT SERVICE LIST

No service list required