500 Capitol Mall, Suite 2250
Sacramento, CA 95814
tel 916-329-7400 fax 916-329-7435
web www.ffwplaw.com



**PAUL J. PASCUZZI**
ATTORNEY
DIRECT: (916) 329-7400, Ext. 222
email: ppasczzi@ffwplaw.com

November 15, 2023

Honorable Dennis Montali
United States Bankruptcy Court
450 Golden Gate Ave, Courtroom 17
Mail Box 36099
San Francisco, CA  94102

Re:     ***In re Roman Catholic Archbishop of San Francisco***
***Case No.  23-30564***

Dear Judge Montali:

As counsel for The Roman Catholic Archbishop of San Francisco, the debtor in the above referenced case, we write to inform the Court of an impasse on the wording of the question to be inserted into the Confidential Survivor Proof of Claim Form supplement.

The parties were to meet and confer over the exact language, which they have done. The parties, however, are unable to agree on the phrasing of the question and need the assistance of the Court.  Here are the two versions offered by the insurers and the Committee for the Court's consideration:

- Insurers:  Do you know if the Archdiocese or a church, school, parish, or Archdiocesan organization knew or should have known about your abuse? If so, identify how it knew or should have known and when.

- Committee:  Do you know if anyone told the Archdiocese or a church, school, parish, or Archdiocesan organization about your abuse? If so, identify who told, who was told and when.

The Debtor is not taking a position on either question phrasing, but we do need the Court's direction so that we can submit an order with exhibits for the Court to sign and begin the noticing procedures as soon as possible.

We have informed both counsel for the insurers and the Committee that we would be submitting this letter to the Court.  We are copying counsel that actively participated at the hearing with this letter.  Both counsels ask that we inform the



Hon. Dennis Montali
November 15, 2023
Page 2

Court that if it wishes to hear from them as to why their form of question should be adopted, they can do so within a day.

We regret not being able to arrive at a consensus on these issues. Once the Court provides direction on this issue, we will submit an appropriate order. Thank you for the Court's consideration.

Very truly yours,

*/s/ Paul J. Pascuzzi*
Paul J. Pascuzzi

cc:     James Stang (via email: jstang@pszjlaw.com)
        Brittany Michael (via email: bmichael@pszjlaw.com)
        Andy Frankel (via email: afrankel@stblaw.com)
        Matthew Weiss (via email: mweiss@phrd.com)
        Cathy Sugayan (via email: Catalina.Sugayan@clydeco.us)



FELDERSTEIN
FITZGERALD
WILLOUGHBY
PASCUZZI
& RIOS LLP

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814.

On today's date, I served true copies of this document on the interested parties in this action as follows:

☒ **BY EMAIL:** Montali_orders@canb.uscourts.gov; jstang@pszjlaw.com; bmichael@pszjlaw.com; afrankel@stblaw.com; mweiss@phrd.com; Catalina.Sugayan@clydeco.us

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 15, 2023, at Sacramento, California.

*/s/ Brenda Jennings*
Brenda Jennings

