James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
Debra I. Grassgreen (CA Bar No. 169978)
dgrassgreen@pszjlaw.com
Brittany M. Michael, *(Pro Hac Vice)*
bmichael@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94105-1020
Telephone: 415-263-7000
Facsimile: 415-263-7010

*Counsel for the Official Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY BRITTANY M. MICHAEL PRO HAC VICE** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Brittany M. Michael, an active member in good standing of the New York State Bar, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the proposed counsel for the Official Committee of the Unsecured Creditors in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

| | |
|---|---|
| 1 | John W. Lucas (CA Bar No. 271038) |
| 2 | Pachulski Stang Ziehl & Jones LLP |
|   | One Sansome Street, Suite 3430 |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 263-7000 |
| 4 | Facsimile: (415) 263-7010 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2023           */s/ Brittany M. Michael*
                                    Brittany M. Michael



# Appellate Division of the Supreme Court of the State of New York Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Brittany Mitchell Michael

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 17, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on September 18, 2023.*

*Clerk of the Court*

CertID-00137612



*Robert D. Mayberger*
*Clerk of the Court*

**State of New York**
**Supreme Court, Appellate Division**
**Third Judicial Department**
**Admissions Office**
**P.O. Box 7350, Capitol Station**
**Albany, NY 12224-0350**

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court