
| | |
|---|---|
| Letter ID: | L1588786768 |
| Issued Date: | November 16, 2023 |
| Customer ID: | XXXX-XXX6016 |

U S BANKRUPTCY COURT
450 GOLDEN GATE AVENUE
MAIL BOX 36099
SAN FRANCISCO, CA 94102

| Re: | **WITHDRAWAL OF PROOF OF CLAIM** |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO | CASE NUMBER: 23-30564 |
| | TAXPAYER ID: XXXX-XXX6016 |
| | CHAPTER: Chapter 11 |

MARY HERRICK of the City of Sacramento, County of Sacramento, and State of California says:

That she/he is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she/he is qualified and empowered to withdraw the Pre Petition Proof of Claim in the amount of $60,735.09 dated November 14, 2023.

By_____
      /s/ MARY HERRICK
      Tax Administrator