James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263) 7000
Facsimile: (415) 263-7010
Email: jstang@pszjlaw.com
       dgrassgreen@pszjlaw.com
       jlucas@pszjlaw.com
       bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

Timothy W. Burns (pro hac vice forthcoming)
Jesse J. Bair (pro hac vice forthcoming)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
       jbair@burnsbair.com

*Proposed Special Insurance Counsel
for the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**COMMITTEE'S JOINDER TO DEBTOR'S OPPOSITION TO MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**<br><br>Date: November 30, 2023<br>Time: 1:30 p.m.<br>Location: via Zoom<br>Judge: Hon. Denis Montali |

      The Official Committee of Unsecured Creditors (the "Committee") files this joinder (the "Joinder") to *Debtor's Opposition to Motion of Certain Insurers for Relief from Automatic Stay to*

*Permit California Coverage Action to Continue* [Dkt. 313] (the "Opposition"). In support of this Joinder, the Committee states as follows:

1. The Committee incorporates by reference and hereby joins in the arguments set forth in the Opposition.

2. The Committee requests that the Court deny the *Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue* [Dkt. 251] (the "Motion").

3. The Committee reserves its right to supplement this Joinder, to file a more fulsome pleading in opposition to the Motion, and to participate in any hearing to consider the Motion.

Dated: November 16, 2023     By:     /s/ John W. Lucas
James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: jstang@pszjlaw.com
         dgrassgreen@pszjlaw.com
         jlucas@pszjlaw.com
         bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

Timothy W. Burns (pro hac vice forthcoming)
Jesse J. Bair (pro hac vice forthcoming)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
         jbair@burnsbair.com

*Proposed Special Insurance Counsel for the Official Committee of Unsecured Creditors*