James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263) 7000
Facsimile: (415) 263-7010
Email: jstang@pszjlaw.com
       dgrassgreen@pszjlaw.com
       jlucas@pszjlaw.com
       bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )|
| | ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, Suite 3430, San Francisco, California 94104.

On November 16, 2023, I caused to be served the

- **COMMITTEE'S JOINDER TO DEBTOR'S OPPOSITION TO MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**

in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On November 16, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 17, 2023 at San Francisco, California.

                                          */s/ Hung Phan*
                                          Hung Phan

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Hagop T. Bedoyan** hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Jason Blumberg** jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **John Bucheit** jbucheit@phrd.com
- **George Calhoun** george@ifrahlaw.com
- **Jason Chorley** jason.chorley@clydeco.us, Robert.willis@clydeco.us
- **Amanda L. Cottrell** acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- **Blaise S Curet** bcuret@spcclaw.com
- **Allan B Diamond** adiamond@diamondmccarthy.com
- **David Elbaum** david.elbaum@stblaw.com
- **Michael W Ellison** mellison@sehlaw.com
- **Trevor Ross Fehr** trevor.fehr@usdoj.gov
- **Robert David Gallo** dgallo@phrd.com
- **Christina Lauren Goebelsmann** christina.goebelsmann@usdoj.gov
- **Debra I. Grassgreen** dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Joshua K Haevernick** joshua.haevernick@dentons.com
- **Robert G. Harris** rob@bindermalter.com, RobertW@BinderMalter.com
- **Deanna K. Hazelton** deanna.k.hazelton@usdoj.gov
- **Todd C. Jacobs** tjacobs@phrd.com
- **Daniel James** daniel.james@clydeco.us
- **Christopher D. Johnson** chris.johnson@diamondmccarthy.com
- **Jeff D. Kahane** jkahane@duanemorris.com
- **Ori Katz** okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim** jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **John William Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Betty Luu** bluu@duanemorris.com
- **Pierce MacConaghy** pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
- **Alan H. Martin** AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- **Andrew Mina** amina@duanemorris.com
- **Michael Norton** michael.norton@clydeco.us, nancy.lima@clydeco.us
- **Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov
- **Paul J. Pascuzzi** ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Mark D. Plevin** mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Douglas B. Provencher** dbp@provlaw.com
- **Nathan W. Reinhardt** nreinhardt@duanemorris.com
- **Jason E. Rios** jrios@ffwplaw.com, docket@ffwplaw.com
- **Matthew Roberts** mroberts@phrd.com
- **Annette Rolain** arolain@ruggerilaw.com
- **Cheryl C. Rouse** rblaw@ix.netcom.com
- **Phillip John Shine** phillip.shine@usdoj.gov
- **Catalina Sugayan** catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- **Joshua D Weinberg** jweinberg@ruggerilaw.com
- **Matthew Michael Weiss** mweiss@phrd.com
- **Harris Winsberg** hwinsberg@phrd.com
- **Yongli Yang** yongli.yang@clydeco.us

**SERVED BY UNITED STATES MAIL**

The Roman Catholic Archbishop of
 San Francisco
One Peter Yorke Way
San Francisco, CA 94109

Sophia Achermann
605 Market Street, Suite 1103
San Francisco, CA 94105

Robin D. Craig
Craig & Winkelman LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

Dennis Fruzza (aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP
2869 India Street
San Diego, CA 92103

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory &
Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Kern County Treasurer and
Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Todd C. Jacobs
Parker, Hudson, Rainer & Dobbs LLP
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606