James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263) 7000
Facsimile: (415) 263-7010
Email: jstang@pszjlaw.com
       dgrassgreen@pszjlaw.com
       jlucas@pszjlaw.com
       bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

|   |                                      |   |
|---|--------------------------------------|---|
| 1 | STATE OF CALIFORNIA                  | ) |
|   |                                      | ) |
| 2 | CITY OF SAN FRANCISCO                | ) |

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, Suite 3430, San Francisco, California 94104.

On November 17, 2023, I caused to be served the

- **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
- **DECLARATION OF STEVEN A. MORENO IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
- **DECLARATION OF TIMOTHY W. BURNS IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On November 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 17, 2023 at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Hagop T. Bedoyan** hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Jason Blumberg** jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **John Bucheit** jbucheit@phrd.com
- **George Calhoun** george@ifrahlaw.com
- **Jason Chorley** jason.chorley@clydeco.us, Robert.willis@clydeco.us
- **Amanda L. Cottrell** acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- **Blaise S Curet** bcuret@spcclaw.com
- **Allan B Diamond** adiamond@diamondmccarthy.com
- **David Elbaum** david.elbaum@stblaw.com
- **Michael W Ellison** mellison@sehlaw.com
- **Trevor Ross Fehr** trevor.fehr@usdoj.gov
- **Robert David Gallo** dgallo@phrd.com
- **Christina Lauren Goebelsmann** christina.goebelsmann@usdoj.gov
- **Debra I. Grassgreen** dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Joshua K Haevernick** joshua.haevernick@dentons.com
- **Robert G. Harris** rob@bindermalter.com, RobertW@BinderMalter.com
- **Deanna K. Hazelton** deanna.k.hazelton@usdoj.gov
- **Todd C. Jacobs** tjacobs@phrd.com
- **Daniel James** daniel.james@clydeco.us
- **Christopher D. Johnson** chris.johnson@diamondmccarthy.com
- **Jeff D. Kahane** jkahane@duanemorris.com
- **Ori Katz** okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim** jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **John William Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Betty Luu** bluu@duanemorris.com
- **Pierce MacConaghy** pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
- **Alan H. Martin** AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- **Andrew Mina** amina@duanemorris.com
- **Michael Norton** michael.norton@clydeco.us, nancy.lima@clydeco.us
- **Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov
- **Paul J. Pascuzzi** ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Mark D. Plevin** mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Douglas B. Provencher** dbp@provlaw.com
- **Nathan W. Reinhardt** nreinhardt@duanemorris.com
- **Jason E. Rios** jrios@ffwplaw.com, docket@ffwplaw.com
- **Matthew Roberts** mroberts@phrd.com
- **Annette Rolain** arolain@ruggerilaw.com
- **Cheryl C. Rouse** rblaw@ix.netcom.com
- **Phillip John Shine** phillip.shine@usdoj.gov
- **Catalina Sugayan** catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- **Joshua D Weinberg** jweinberg@ruggerilaw.com
- **Matthew Michael Weiss** mweiss@phrd.com
- **Harris Winsberg** hwinsberg@phrd.com
- **Yongli Yang** yongli.yang@clydeco.us

**SERVED BY UNITED STATES MAIL**

The Roman Catholic Archbishop of
 San Francisco
One Peter Yorke Way
San Francisco, CA 94109

Dennis Fruzza (aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP
2869 India Street
San Diego, CA 92103

Sophia Achermann
605 Market Street, Suite 1103
San Francisco, CA 94105

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

Robin D. Craig
Craig & Winkelman LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

GlassRatner Advisory &
Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

| | | |
|---|---|---|
| Jordan A. Hess<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave.<br>Washington, DC 20004 | Kern County Treasurer and<br>Tax Collector Office<br>Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | Matthew C. Lovell<br>Nicolaides Fink Thorpe et al<br>101 Montgomery St., # 2300<br>San Francisco, CA 94104 |
| Todd C. Jacobs<br>Parker, Hudson, Rainer & Dobbs LLP<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, IL 60606 | | |