James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263) 7000
Facsimile: (415) 263-7010
Email: jstang@pszjlaw.com
 dgrassgreen@pszjlaw.com
 jlucas@pszjlaw.com
 bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of The Roman Catholic Archbishop of San Francisco, the above-captioned debtor and debtor in possession, has filed an *Application to Employ Burns Bair LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors* [Docket No. 323] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1(b)(3):

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee of committee appointed in this case.**

**PLEASE TAKE FURTHER NOTICE** that if you wish to obtain a copy of the Application, please contact Beth Dassa, Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067; Telephone: 310-277-6910; email: bdassa@pszjlaw.com.

Dated: November 17, 2023          PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John W. Lucas*
    James I. Stang (CA Bar No. 94435)
    Debra I. Grassgreen (CA Bar No. 169978)
    John W. Lucas (CA Bar No. 271038)
    Pachulski Stang Ziehl & Jones LLP
    One Sansome Street, Suite 3430
    San Francisco, California 94104
    Telephone: 415.263.7000
    Facsimile: 415.263.7010
    Email: jstang@pszjlaw.com
           dgrassgreen@pszjlaw.com
           jlucas@pszjlaw.com

*Counsel to The Official Committee of Unsecured Creditors of The Roman Catholic Archbishop Of San Francisco*