Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>     Debtor and<br>     Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On November 9, 2023, I served a true and correct copy of the following documents via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtor's Status Update Regarding Motion for Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice [Docket No. 297]**

- **Request for Judicial Notice in Support of Motion for Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice [Docket No. 298]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on November 14, 2023, at Woodland Hills, California.

_____
Randy Lowry
Omni Agent Solutions, Inc.

# EXHIBIT A

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | 408-295-1531 | rob@bindermalter.com<br>robertw@bindermalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | | alex.potente@clydeco.us<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>3 Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | 310-201-0760 | jstang@pzjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | 415-263-7010 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison 2151 Michelson Dr, Ste 185 Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |

THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO, (Case No. 23-30564)