Entered on Docket
November 17, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 16, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
Debra I. Grassgreen (CA Bar No. 169978)
dgrassgreen@pszjlaw.com
Brittany M. Michael *(Pro Hac Vice)*
bmichael@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94105-1020
Telephone: 415-263-7000
Facsimile:  415-263-7010

*Counsel for the Official Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Brittany M. Michael, whose business address and telephone number is:

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Phone: (212) 561-7700

and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Official Committee of the Unsecured Creditors.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party.  All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

COURT SERVICE LIST