ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP [OCTOBER 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter and Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its *Monthly Professional Fee Statement for October 2023*. Pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [*ECF No. 212*], entered by the Court on October 16, 2023, the total legal fees and costs expended by Sheppard Mullin on account of the Debtor for October 2023 are as follows:

Case: 23-30564   Doc# 391   Filed: 01/22/24   Entered: 01/22/24 12:15:53   Page 1 of 41

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| October 1 – October 31, 2023 | $146,672.00 | $335.05 | $147,007.05 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $117,337.60 | $335.05 | $117,672.65 |

The itemized billing statement for the fees and costs billed for October 2023 is attached hereto as **_Exhibit 1_**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated: November 20, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____ */s/ Ori Katz*

ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco

Exhibit 1

October 2023 Invoice

Case: 23-30564    Doc# 301    Filed: 01/31/24    Entered: 01/31/24 21:51:38    Page 11 of
41



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
*Please return this page with your payment.*

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
November 15, 2023
Invoice 380096770

| | | |
|---|---|---|
| Our Matter No. | 90YY-375176 | |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives | |
| Billing Atty: | Ori Katz | |

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2023

| | |
|---|---|
| Current Fees | $ 146,672.00 |
| Current Disbursements | $ 335.05 |
| | |
| Total Current Activity | $ 147,007.05 |
| Total Due for This Invoice | $ 147,007.05 |

### **DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>      Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St     Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| William R. Wyatt | .70 | $ 1,160.00 | $ 812.00 |
| Alan H. Martin | 59.30 | $ 956.00 | $ 56,690.80 |
| Ori Katz | 17.10 | $ 1,084.00 | $ 18,536.40 |
| Jeannie Kim | 59.20 | $ 756.00 | $ 44,755.20 |
| Gianna E. Segretti | 26.20 | $ 708.00 | $ 18,549.60 |
| Koray Erbasi | .60 | $ 560.00 | $ 336.00 |
| Scott Natsuhara | 1.60 | $ 520.00 | $ 832.00 |
| Chris D. Lawrence | 11.00 | $ 560.00 | $ 6,160.00 |
| Jeannie Kim | .80 | N/C | $ 0.00 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
November 15, 2023
Invoice 380096770

| | |
|---|---|
| Our Matter No. | 90YY-375176 |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2023

| | |
|---|---|
| Current Fees | $ 146,672.00 |
| Current Disbursements | $ 335.05 |
| Total Current Activity | $ 147,007.05 |
| Total Due for This Invoice | $ 147,007.05 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| William R. Wyatt | .70 | $ 1,160.00 | $ 812.00 |
| Alan H. Martin | 59.30 | $ 956.00 | $ 56,690.80 |
| Ori Katz | 17.10 | $ 1,084.00 | $ 18,536.40 |
| Jeannie Kim | 59.20 | $ 756.00 | $ 44,755.20 |
| Gianna E. Segretti | 26.20 | $ 708.00 | $ 18,549.60 |
| Koray Erbasi | .60 | $ 560.00 | $ 336.00 |
| Scott Natsuhara | 1.60 | $ 520.00 | $ 832.00 |
| Chris D. Lawrence | 11.00 | $ 560.00 | $ 6,160.00 |
| Jeannie Kim | .80 | N/C | $ 0.00 |

## DUE IMMEDIATELY UPON RECEIPT

### Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:         Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St       Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 2 of 37

FOR PROFESSIONAL SERVICES THROUGH 10/31/23

## **FEE DETAIL**

### Asset Analysis & Recovery

| 10/04/23 | Worked on Santa Rosa Chapter 11 claim steps by ADSF. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |

| 10/04/23 | Correspondence with client team and litigation counsel re possible disputes re claims against Santa Rosa. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 10/06/23 | Revised draft RCASF claim to assist in Santa Rosa Chapter 11 proceedings. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |

| 10/10/23 | Worked on draft claim components for Santa Rosa Chapter 11 proceeding. | | |
| | Alan  H.  Martin | 1.20 hrs. | $ 956.00/hr. |

| 10/10/23 | Reviewed and analyzed draft proof of claim to submit in Santa Rosa diocese bankruptcy case. | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

| 10/11/23 | Worked on components to the draft proof of claim for the Santa Rosa proceeding. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/11/23 | Correspondence with J. Passarello, et al. re draft proof of claim for the Santa Rosa proceeding and related items and issues. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

| 10/13/23 | Worked on claims items and draft submissions concerning claims in the Santa Rosa Chapter 11 case. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic    November 15, 2023
Alternatives                                                                            Invoice 380096770
Ori Katz                                                                                Page 3 of 37

## FEE DETAIL

10/13/23  Correspondence with P. Carney and client teams concerning Santa Rosa proof of claim.

     Alan  H.  Martin     .20 hrs.  $ 956.00/hr.

10/13/23  Reviewed comments from client team concerning Santa Rosa proof of claim.

     Alan  H.  Martin     .40 hrs.  $ 956.00/hr.

10/16/23  Correspondence with P. Carney (RCASF) regarding claim in the Santa Rosa Chapter 11 and claim packet refinements.

     Alan  H.  Martin     .20 hrs.  $ 956.00/hr.

10/16/23  Worked on final refinements to the claim packet in the Santa Rosa Chapter 11 proceedings.

     Alan  H.  Martin     .40 hrs.  $ 956.00/hr.

10/16/23  Reviewed corresponded with P. Carney regarding Santa Rosa proof of claim.

     Jeannie  Kim     .10 hrs.  $ 756.00/hr.

10/23/23  Correspondence with client  team concerning claim follow-up in the Santa Rosa Chapter 11.

     Alan  H.  Martin     .40 hrs.  $ 956.00/hr.

*Timekeeper Summary of: Asset Analysis & Recovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 5.80 | $ 956.00 | $ 5,544.80 |
| Jeannie Kim | 0.30 | $ 756.00 | $ 226.80 |
| Totals | 6.10 | $ 946.16 | $ 5,771.60 |

**Relief from Stay and Adequate Protection Proceedings**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 4 of 37

| 10/09/23 | Conferred and corresponded with C. Rouse regarding stay relief for slip & fall case. | | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. | |
| 10/27/23 | Reviewed and analyzed creditor V. Castro's stay relief motion. | | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. | |

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Jeannie Kim* | *0.30* | *$ 756.00* | *$ 226.80* |
| *Totals* | *0.30* | *$ 756.00* | *$ 226.80* |

## Meetings of and Communications with Creditors

| 10/03/23 | Prepare for meet and confer with committee counsel. | | | |
| | Ori  Katz | .40 hrs. | $ 1084.00/hr. | |
| 10/03/23 | Meet and confer with committee counsel re open issues related to pending motions. | | | |
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. | |
| 10/09/23 | Reviewed FedEx request for debtor account  information. | | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. | |
| 10/10/23 | Drafted email response to T. Reed of FedEx re client's FedEx account numbers. | | | |
| | Gianna  E.  Segretti | .20 hrs. | $ 708.00/hr. | |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 5 of 37

| 10/12/23 | Attended 341 Meeting of creditors. | | |
|---|---|---|---|
| | Alan  H.  Martin | 2.10 hrs. | $ 956.00/hr. |

| 10/12/23 | Developed strategy re follow-up items after 341 meeting. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/12/23 | Meet and confer with committee counsel re remaining first day motions in connection with upcoming final hearing. | | |
|---|---|---|---|
| | Ori  Katz | .30 hrs. | $ 1084.00/hr. |

| 10/12/23 | [NO CHARGE]  Observed part of 341(a) meeting. | | |
|---|---|---|---|
| | Jeannie  Kim | .00 hrs. | $ 0.00/hr. |

| 10/25/23 | Meet and confer with committee professionals re cash management. | | |
|---|---|---|---|
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |

| 10/27/23 | Attended call with P. Pascuzzi and Committee regarding claims procedure motion regarding notices and possible protocol refinements. | | |
|---|---|---|---|
| | Alan  H.  Martin | 1.40 hrs. | $ 956.00/hr. |

| 10/30/23 | Correspondence with the Committee counsel regarding  claims motion update. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 4.10 | $ 956.00 | $ 3,919.60 |
| Ori Katz | 1.70 | $ 1,084.00 | $ 1,842.80 |
| Gianna  E. Segretti | 0.20 | $ 708.00 | $ 141.60 |
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Totals | 6.20 | $ 976.65 | $ 6,055.20 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic     November 15, 2023
Alternatives     Invoice 380096770
Ori Katz     Page 6 of 37

**Fee/Employment Applications & Statements**

| | | | |
|---|---|---|---|
| 10/04/23 | Corresponded with J. Blumberg and J. Lucas regarding U.S. Trustee's comments on proposed interim compensation procedures. | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
| 10/17/23 | Reviewed interim compensation procedures order (.2); prepared Sheppard Mullin monthly fee statement (August) (.3). | | |
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |
| 10/18/23 | Reviewed and revised documents in support of Sheppard Mullin monthly fee statement. | | |
| | Jeannie  Kim | 2.00 hrs. | $ 756.00/hr. |
| 10/19/23 | Began preparation of documents in support of August/September Sheppard Mullin monthly fee statement (.7); corresponded with J. Rios regarding fee statement cover sheet (.1); reviewed and revised same (.2). | | |
| | Jeannie  Kim | 1.00 hrs. | $ 756.00/hr. |
| 10/22/23 | Reviewed and revised draft interim fees report items for client consideration and court submission. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/23/23 | Reviewed monthly fee statement in connection with submission of same to the client team. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/23/23 | Reviewed and revised documents in support of September professional fee statement. | | |
| | Jeannie  Kim | 1.10 hrs. | $ 756.00/hr. |
| 10/24/23 | Revised August/September monthly fee report for client review. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 7 of 37

| 10/24/23 | Correspondence with client GC regarding monthly fee submission and related steps. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 10/24/23 | Continued review and revision of documents in support of Sheppard Mullin professional fee statements (.8); reviewed and revised professional fee statement cover sheet (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.10 hrs. | $ 756.00/hr. |

| 10/24/23 | Drafted August monthly fee statement cover sheet (.7).  Reviewed and analyzed invoice (.1).  Reviewed and revised monthly fee statement cover sheet (.4). Revised monthly fee statement to incorporate September 2023 invoice (.4). | | |
|---|---|---|---|
| | Scott  Natsuhara | 1.60 hrs. | $ 520.00/hr. |

| 10/25/23 | Reviewed and revised draft cover pleading to Sheppard Mullin monthly fee statements (.2); corresponded with P. Pascuzzi regarding filing and service of same (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. |

| 10/26/23 | Coordinated filing and service of Sheppard Mullin monthly fee statements. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

| 10/30/23 | Reviewed list of potential fee examiner candidates. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.40 | $  956.00 | $  1,338.40 |
| Jeannie Kim | 6.50 | $  756.00 | $  4,914.00 |
| Scott Natsuhara | 1.60 | $  520.00 | $  832.00 |
| Totals | 9.50 | $  745.73 | $  7,084.40 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 8 of 37

## Case Administration - General

| 10/02/23 | Reviewed and revised final order regarding insurance programs (.2); corresponded with J. Lucas and J. Blumberg regarding same (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. |

| 10/03/23 | Corresponded with J. Blumberg and J. Lucas regarding stipulation to vacate Oct. 5 hearing (.2); reviewed and revised same (.1); coordinated filing and service of same (.2); corresponded with L. Parada regarding same (.2); reviewed and revised interim order granting utilities motion (.1); reviewed and revised draft final insurance order (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |

| 10/04/23 | Telephone conference with FFWPR and B. Riley team regarding open issues and case strategy. | | |
|---|---|---|---|
| | Jeannie  Kim | 1.00 hrs. | $ 756.00/hr. |

| 10/04/23 | Corresponded with U.S. Bankruptcy Court, P. Pascuzzi and J. Lucas regarding standing omnibus hearing dates. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

| 10/04/23 | Researched "mega case" procedural rules/guidelines. | | |
|---|---|---|---|
| | Koray  Erbasi | .60 hrs. | $ 560.00/hr. |

| 10/05/23 | Meet and confer with UST re second day hearing. | | |
|---|---|---|---|
| | Ori  Katz | .30 hrs. | $ 1084.00/hr. |

| 10/06/23 | Reviewed limited service list (.2); corresponded with P. Pascuzzi regarding same (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |

| 10/07/23 | Prepared for weekly professionals check-in call. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 9 of 37

| 10/09/23 | Correspondence with P. Pascuzzi regarding open tasks. | | |
|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 10/09/23 | Reviewed and revised checklist in advance of debtor professionals call. | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/10/23 | Attended call with P. Pascuzzi, et al. concerning case administration. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 10/10/23 | Telephone conference with FFWPR and B. Riley teams regarding case status and strategy. | | |
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |
| 10/10/23 | Corresponded with P. Pascuzzi regarding abuse survivors programs. | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
| 10/13/23 | Reviewed and revised draft final order granting abuse survivor program motion (.1); prepared draft finals order granting motion to establish limited notice procedures (.1); reviewed and revised draft final order granting insurance motion (.2); prepared draft final order granting utilities motion (.4); corresponded with P. Pascuzzi regarding same (.1). | | |
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |
| 10/15/23 | Updated open task list and prepared for weekly professionals' call. | | |
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |
| 10/16/23 | Attended call with P. Pascuzzi regarding upcoming hearings and general case developments. | | |
| | Alan  H.  Martin | .90 hrs. | $ 956.00/hr. |
| 10/16/23 | Correspondence with the client team concerning Committee information requests. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 10 of 37

| 10/16/23 | Call with debtor professionals re upcoming deadlines in case. | | |
|---|---|---|---|
| | Ori  Katz | .80 hrs. | $  1084.00/hr. |

| 10/16/23 | Telephone conference with FFWPR and B. Riley teams regarding open issues and case strategy. | | |
|---|---|---|---|
| | Jeannie  Kim | .80 hrs. | $  756.00/hr. |

| 10/16/23 | Corresponded with P. Pascuzzi regarding draft final orders on emergency first day motions (.1); reviewed and revised same (.1); corresponded with J. Blumberg and J. Lucas regarding same (.1); telephone conference with P. Pascuzzi and B. Riley team regarding case status and strategy (.8). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.10 hrs. | $  756.00/hr. |

| 10/17/23 | Drafted final order granting insurance motion (.1); corresponded with J. Blumberg and J. Lucas regarding same (.2); coordinated lodging of same (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | .50 hrs. | $  756.00/hr. |

| 10/17/23 | Drafted final order regarding notice procedures and temporary suspension of bar date. | | |
|---|---|---|---|
| | Jeannie  Kim | .30 hrs. | $  756.00/hr. |

| 10/19/23 | Corresponded with J. Blumberg regarding proposed final orders on resolved first day motions. | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $  756.00/hr. |

| 10/19/23 | Corresponded with J. Blumberg, P. Pascuzzi and J. Lucas regarding final order regarding abuse survivor motion. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $  756.00/hr. |

| 10/20/23 | Corresponded with P. Pascuzzi regarding September monthly operating report. | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $  756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 11 of 37

| 10/20/23 | Corresponded with P. Pascuzzi and J. Lucas regarding proposed final order regarding abuse survivor motion (.1); corresponded with P. Pascuzzi and L. Parada regarding final order regarding abuse survivor motion (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/23/23 | Prepared for weekly debtor professionals' call. | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
| 10/23/23 | Corresponded with B. Whitaker regarding updated limited notice list. | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
| 10/24/23 | Telephone conference with P. Pascuzzi as to various open items concerning cash management, claims procedure, etc. | | |
| | Alan  H.  Martin | .90 hrs. | $ 956.00/hr. |
| 10/24/23 | Prepared discussion items for overview/update  call with the client team. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/24/23 | Participate in a portion of call among debtor professionals. | | |
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |
| 10/24/23 | Reviewed and revised outstanding task list (.2); attended debtor professionals call (.8). | | |
| | Jeannie  Kim | 1.00 hrs. | $ 756.00/hr. |
| 10/25/23 | Attended call with the client team concerning case update and related next steps. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 10/30/23 | Reviewed and revised checklist of outstanding issues to address. | | |
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 12 of 37

10/31/23     Attended call with P. Pascuzzi, et al. regarding pending motions generally, new information developments.

                  Alan  H.  Martin                     .60 hrs.     $ 956.00/hr.

10/31/23     Analyzed items from P. Pascuzzi regarding entity-related inquiries.

                  Alan  H.  Martin                     .40 hrs.     $ 956.00/hr.

10/31/23     Participate in a portion of call among debtor professionals.

                  Ori  Katz                     .50 hrs.     $ 1084.00/hr.

10/31/23     Telephone conference with P. Pascuzzi and B. Riley team regarding case strategy.

                  Jeannie  Kim                     .70 hrs.     $ 756.00/hr.

*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 5.10 | $ 956.00 | $ 4,875.60 |
| Ori Katz | 2.10 | $ 1,084.00 | $ 2,276.40 |
| Koray Erbasi | 0.60 | $ 560.00 | $ 336.00 |
| Jeannie Kim | 10.80 | $ 756.00 | $ 8,164.80 |
| Totals | 18.60 | $ 841.55 | $ 15,652.80 |

## Business Operations

10/02/23     Analyzed objection received to pending Ordinary Court Professional motion.

                  Alan  H.  Martin                     .30 hrs.     $ 956.00/hr.

10/03/23     Reviewed U.S. Trustee comments/objections to ordinary course professional motion (.1); corresponded with committee regarding same (.2)

                  Jeannie  Kim                     .30 hrs.     $ 756.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 13 of 37

| 10/08/23 | Analyzed additional information received from Archbishop Cordilone concerning operational items. | | | |
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |

| 10/12/23 | Attend hearing re motions related to court-approved professionals. | | | |
| | Ori Katz | .40 hrs. | $ 1084.00/hr. |

*Timekeeper Summary of: Business Operations*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 0.50 | $ 956.00 | $ 478.00 |
| Ori Katz | 0.40 | $ 1,084.00 | $ 433.60 |
| Jeannie Kim | 0.30 | $ 756.00 | $ 226.80 |
| Totals | 1.20 | $ 948.67 | $ 1,138.40 |

## Employee Benefits and Pensions

| 10/02/23 | Reviewed and addressed committee comments re first day wage motion in attempt to resolve concerns. | | | |
| | Ori Katz | 1.40 hrs. | $ 1084.00/hr. |

| 10/09/23 | Analyzed Ninth Circuit decision re disclosure of priest information. | | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |

| 10/17/23 | Reviewed draft reply to objections to Wage Motion and ancillary information. | | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |

| 10/26/23 | Corresponded with P. Pascuzzi regarding draft final order regarding employee obligations. | | | |
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 14 of 37

10/27/23         Reviewed draft final order regarding employee obligations.

                        Jeannie  Kim                            .10 hrs.        $ 756.00/hr.


*Timekeeper Summary of: Employee Benefits and Pensions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.80 | $ 956.00 | $ 764.80 |
| Ori Katz | 1.40 | $ 1,084.00 | $ 1,517.60 |
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Totals | 2.40 | $ 1,014.00 | $ 2,433.60 |


## Financing/Cash Collections


10/02/23         Prepared updates and revisions to the draft cash management orders for 10/5
                 hearing.

                        Alan  H.  Martin                       .40 hrs.        $ 956.00/hr.

10/02/23         Prepared stipulation to continue final hearing regarding cash management and
                 employee obligations (1.3); corresponded with P. Pascuzzi, J. Blumberg, and J.
                 Lucas regarding same (.2)

                        Jeannie  Kim                           1.50 hrs.       $ 756.00/hr.

10/03/23         Follow up with UST re their pending objection to the cash management motion.

                        Ori  Katz                              .60 hrs.        $ 1084.00/hr.

10/04/23         Reviewed and responded to UST comments re investment accounts.

                        Alan  H.  Martin                       .40 hrs.        $ 956.00/hr.

10/05/23         Draft report to co-counsel re suggested approach to cash management.

                        Ori  Katz                              .40 hrs.        $ 1084.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 15 of 37

| 10/12/23 | Work on supplemental briefing in support of cash management motion. | | |
| | Ori Katz | .50 hrs. | $ 1084.00/hr. |
| 10/13/23 | Report to client team re need for court guidance in connection with cash management motion as it relates to debtor's investment accounts. | | |
| | Ori Katz | .40 hrs. | $ 1084.00/hr. |
| 10/13/23 | Outline re supplemental reply in support of cash management motion. | | |
| | Ori Katz | .70 hrs. | $ 1084.00/hr. |
| 10/13/23 | Reviewed strategy to respond to U.S. Trustee's opposition and committee's response to cash management motion. | | |
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |
| 10/16/23 | Reviewed additional detailed data from B. Riley concerning RCASF cash management accounts in response to Committee and US Trustee concerns and upcoming cash management motion hearing. | | |
| | Alan H. Martin | .60 hrs. | $ 956.00/hr. |
| 10/16/23 | Begin preparation of reply to U.S. Trustee's opposition and committee's response to cash management motion. | | |
| | Jeannie Kim | .30 hrs. | $ 756.00/hr. |
| 10/17/23 | Reviewed data items received from B. Riley re cash management. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/17/23 | Exchanged correspondence with P. Pascuzzi as to cash management motion comments. | | |
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |
| 10/17/23 | Began drafting supplemental reply to U.S. Trustee's objections to cash management motion. | | |
| | Jeannie Kim | .30 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 16 of 37

| 10/18/23 | Revised draft reply in support of cash management motion. | | |
|---|---|---|---|
| | Ori  Katz | 1.20 hrs. | $ 1084.00/hr. |

| 10/18/23 | Drafted supplemental reply to U.S. Trustee objections to cash management motion (1.3); corresponded with C. Hansen regarding converted debtor in possession accounts (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.50 hrs. | $ 756.00/hr. |

| 10/19/23 | Revised draft cash management motion supplement and reviewed related data. | | |
|---|---|---|---|
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |

| 10/19/23 | Continued drafting supplemental reply to U.S. Trustee objections to cash management motion (5.2); telephone conference with W. Weitz regarding same (.1); corresponded with FFWPR and B. Riley teams regarding same (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | 5.60 hrs. | $ 756.00/hr. |

| 10/20/23 | Further revised reply brief in support of cash management. | | |
|---|---|---|---|
| | Ori  Katz | 1.80 hrs. | $ 1084.00/hr. |

| 10/20/23 | Telephone conference with W. Weitz regarding investment accounts/cash management (.5); reviewed and revised supplemental reply to U.S. Trustee objections to cash management motion (3.4); conferred and corresponded with W. Weitz regarding same (.4); drafted third supplemental declaration of J. Passarello in support of supplemental reply (1.2); prepared blackline of proposed final cash management order granting supplemental reply (.2); corresponded with J. Passarello and P. Carney regarding draft supplemental reply (.3); further reviewed and revised same (.2); coordinated filing and service of same (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | 6.50 hrs. | $ 756.00/hr. |

| 10/24/23 | Prepared for cash management hearing (.2); corresponded with J. Blumberg regarding cash management (.2); corresponded with committee regarding same (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |



90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

November 15, 2023
Invoice 380096770
Page 17 of 37

| 10/25/23 | Conferred and corresponded re legal status of debtor investments held with broker-dealers. | | |
|---|---|---|---|
| | William R. Wyatt | .30 hrs. | $ 1160.00/hr. |
| 10/25/23 | Prepared items for call with Weitz of B. Riley team regarding cash management questions from US Trustee and Committee. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/25/23 | Attended call with Weitz of B. Riley and Committee counsel J. Lucas concerning pending cash management concerns raised by the US Trustee and the Committee. | | |
| | Alan H. Martin | .80 hrs. | $ 956.00/hr. |
| 10/25/23 | Analyzed US Trustee comments and proposed resolution terms concerning the cash management terms. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/25/23 | Cash management meet and confer with trustee. | | |
| | Ori Katz | .20 hrs. | $ 1084.00/hr. |
| 10/25/23 | Prepare for cash management hearing. | | |
| | Ori Katz | 1.60 hrs. | $ 1084.00/hr. |
| 10/25/23 | Reviewed and revised final cash management order (.2); conferred and corresponded with P. Pascuzzi regarding same (.2); further reviewed and revised same (.2); reviewed strategy for oral argument and potential settlement of cash management motion (.3). | | |
| | Jeannie Kim | .90 hrs. | $ 756.00/hr. |
| 10/26/23 | Conferred re debtor investment issues. | | |
| | William R. Wyatt | .40 hrs. | $ 1160.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 18 of 37

10/26/23     Examined comments from the US Trustee as to the claims procedure motion and proposed protocol.

Alan  H.  Martin     .40 hrs.     $ 956.00/hr.

10/26/23     Analyzed items from the Committee regarding cash management motion.

Alan  H.  Martin     .40 hrs.     $ 956.00/hr.

10/26/23     Prepare for hearing re debtor investment accounts.

Ori  Katz     3.00 hrs.     $ 1084.00/hr.

10/26/23     Appear at hearing on cash management motion to argue re debtor's investment accounts.

Ori  Katz     .70 hrs.     $ 1084.00/hr.

10/26/23     Corresponded with W. Weitz regarding potential liquidation of investment accounts (.2); prepared O. Katz for cash management hearing (.4); reviewed strategy and meet and confer reports regarding cash management motion (.2); revised draft final cash management order (.2); corresponded with J. Blumberg and J. Lucas regarding same (.2); attended hearing on cash management and employee obligations motions (1.0 - no charge).

Jeannie  Kim     1.20 hrs.     $ 756.00/hr.

10/30/23     Analyzed ruling from the court granting cash management motion and overruling US Trustee's objection.

Alan  H.  Martin     .20 hrs.     $ 956.00/hr.

10/30/23     Reviewed and analyzed memorandum of decision regarding cash management (.2); revised draft order granting same (.1).

Jeannie  Kim     .30 hrs.     $ 756.00/hr.

10/31/23     Reviewed and revised draft final order granting cash management motion (.1); corresponded with P. Pascuzzi, J. Blumberg and J. Lucas regarding same (.2); lodge same with court (.1).

Jeannie  Kim     .40 hrs.     $ 756.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    November 15, 2023
Alternatives                                                                                             Invoice 380096770
Ori Katz                                                                                                 Page 19 of 37

*Timekeeper Summary of: Financing/Cash Collections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| William  R. Wyatt | 0.70 | $ 1,160.00 | $ 812.00 |
| Alan  H. Martin | 5.30 | $ 956.00 | $ 5,066.80 |
| Ori Katz | 11.10 | $ 1,084.00 | $ 12,032.40 |
| Jeannie Kim | 19.10 | $ 756.00 | $ 14,439.60 |
| Totals | 36.20 | $ 893.67 | $ 32,350.80 |

## Claims and Plan

10/05/23          Analyzed information received concerning Committee litigation hold request.

                         Alan  H.  Martin                              .40 hrs.        $ 956.00/hr.


*Timekeeper Summary of: Claims and Plan*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.40 | $ 956.00 | $ 382.40 |
| Totals | 0.40 | $ 956.00 | $ 382.40 |

## Claims Administration and Objections

10/02/23          Telephone conference with client as to potential media sources concerning
                         claims protocol – publications and notice.

                         Alan  H.  Martin                              .40 hrs.        $ 956.00/hr.

10/02/23          Prepared correspondence for the client team concerning claims protocol claims
                         steps and notices.

                         Alan  H.  Martin                              .30 hrs.        $ 956.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 20 of 37

| 10/02/23 | Telephone conference with P. Egloff of Miller Media concerning media notice sources, etc. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/02/23 | Revised draft optional survivors' supplement to the proof of claim. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/02/23 | Reviewed and revised claims procedures motion (.2); corresponded with P. Egloff regarding publication notice (.2) | | |
| | Jeannie Kim | .40 hrs. | $ 756.00/hr. |
| 10/03/23 | Reviewed and revised draft claims procedures motion segments. | | |
| | Alan H. Martin | .60 hrs. | $ 956.00/hr. |
| 10/03/23 | Reviewed and revised claims procedures motion (1.1); reviewed comments from P. Egloff regarding publication notice (.1). | | |
| | Jeannie Kim | 1.20 hrs. | $ 756.00/hr. |
| 10/04/23 | Revised draft claims motion procedures components. | | |
| | Alan H. Martin | .70 hrs. | $ 956.00/hr. |
| 10/04/23 | Reviewed and revised claims procedures motion and supporting exhibits (3.5); corresponded with B. Whitaker regarding same (.2). | | |
| | Jeannie Kim | 3.70 hrs. | $ 756.00/hr. |
| 10/04/23 | Revised claims procedures motion (1.2). Revised declaration to claims procedures motion (1.1). Revised exhibits 1, 2, and 3 to claims procedures motion (2.1). Drafted exhibits 4 through 7 of claims procedures motion (2.8). | | |
| | Gianna E. Segretti | 7.20 hrs. | $ 708.00/hr. |
| 10/05/23 | Reviewed draft claims procedure motion. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |



90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 21 of 37

| 10/05/23 | Corresponded with P. Marlow regarding publication notice of bar dates. | | |
|---|---|---|---|
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |
| 10/06/23 | Analyzed client data items received concerning components of claims procedure motion and related exhibits. | | |
| | Alan H. Martin | .80 hrs. | $ 956.00/hr. |
| 10/06/23 | Telephone conference with client media contact P. Marlow concerning comments to the draft claims procedure motion papers and possible publications. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/06/23 | Correspondence with P. Egloff of Miller Media concerning comments to the draft claims procedure motion papers and possible publications. | | |
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |
| 10/06/23 | Telephone conference with P. Egloff of Miller Media concerning analysis as to comments to the proposed publications concerning claims motion. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/06/23 | Reviewed and revised draft notice of survivor claims bar date (.1); reviewed and revised draft notice of general bar date (.2); reviewed and revised claims procedures motion (2.1); reviewed and revised draft survivor claim form (.3). | | |
| | Jeannie Kim | 2.70 hrs. | $ 756.00/hr. |
| 10/06/23 | Revised exhibits to claims procedures motion. | | |
| | Gianna E. Segretti | 4.50 hrs. | $ 708.00/hr. |
| 10/07/23 | Revised draft claims procedure motion and related draft exhibits. | | |
| | Alan H. Martin | 1.60 hrs. | $ 956.00/hr. |
| 10/07/23 | Correspondence with P. Pascuzzi re draft claims procedure motion. | | |
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 22 of 37

| 10/07/23 | Reviewed and revised draft survivor claims form and supplement to same (.4); reviewed and revised general proof of claim exhibit (.1); reviewed and revised draft order granting claims procedures motion (.1); reviewed and revised draft claims procedures motion (.6); reviewed and revised publication notice exhibit (.1); reviewed and revised confidentiality agreement exhibit (.2); reviewed and revised notice of general bar date (.2); further reviewed and revise draft claims procedures motion and supporting exhibits (.2). | | |
| --- | --- | --- | --- |
| | Jeannie  Kim | 1.90 hrs. | $ 756.00/hr. |
| 10/07/23 | Reviewed comments from P. Pascuzzi and T. Phinney re claims procedures motion and exhibits (0.2).  Revised exhibits to claims procedures motion (0.8). | | |
| | Gianna  E.  Segretti | 1.00 hrs. | $ 708.00/hr. |
| 10/08/23 | Assessed claims procedure/suggested publications by client team. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/08/23 | Further reviewed and revised claims procedures motion and supporting exhibits. | | |
| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. |
| 10/08/23 | Reviewed revised claims procedures motion and exhibits. | | |
| | Gianna  E.  Segretti | .20 hrs. | $ 708.00/hr. |
| 10/09/23 | Reviewed draft claims procedure motion exhibits. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 10/09/23 | Reviewed data from P. Egloff of Miller as to media as to claim procedure motion. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/09/23 | Correspondence with P. Pascuzzi regarding draft claims procedure motion and open information items. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic    November 15, 2023
Alternatives                                                                              Invoice 380096770
Ori Katz                                                                                  Page 23 of 37

10/09/23    Revised claims procedures motion and supporting exhibits in response to comments from P. Marlowe and P. Egloff.

        Jeannie  Kim                          .50 hrs.        $ 756.00/hr.

10/09/23    Further revised claims procedures motion.

        Gianna  E.  Segretti                   1.70 hrs.       $ 708.00/hr.

10/10/23    Telephone conference with P. Marlow of client concerning publications for claims notice.

        Alan  H.  Martin                       .30 hrs.        $ 956.00/hr.

10/10/23    Reviewed revisions to the draft claims procedure motion per P. Marlow comments.

        Alan  H.  Martin                       .40 hrs.        $ 956.00/hr.

10/10/23    Correspondence with P. Pascuzzi concerning draft claims procedure motion updates.

        Alan  H.  Martin                       .20 hrs.        $ 956.00/hr.

10/10/23    Reviewed and revised claims procedures motion (.5); reviewed and revised proposed order regarding same (.2).

        Jeannie  Kim                          .70 hrs.        $ 756.00/hr.

10/10/23    Further revised Marlow declaration in support of claims procedures motion.

        Gianna  E.  Segretti                   .50 hrs.        $ 708.00/hr.

10/11/23    Reviewed P. Marlow declaration re claims procedure motion.

        Alan  H.  Martin                       .50 hrs.        $ 956.00/hr.

10/11/23    Correspondence with P. Marlow and client team re Marlow declaration re claims procedure motion.

        Alan  H.  Martin                       .20 hrs.        $ 956.00/hr.

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 24 of 37

| 10/11/23 | Reviewed P. Marlow comments on draft declaration of same regarding publication notice of bar dates (.2); reviewed and analyzed further revised drafts of claims procedures motion and supporting documents (.3); corresponded with P. Egloff regarding publication notice (.1). | | |
| | Jeannie  Kim | .60 hrs. | $ 756.00/hr. |
| 10/11/23 | Reviewed changes to declaration of P. Marlow in support of claims procedures motion from P. Marlow (0.2).  Revised declaration accordingly (0.3). | | |
| | Gianna  E.  Segretti | .50 hrs. | $ 708.00/hr. |
| 10/12/23 | Prepared components to the draft P. Marlow declaration re claims protocol motion. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/12/23 | Reviewed proposed order re Claims Procedures. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/12/23 | Analyzed information received from client concerning claims procedure draft motion. | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |
| 10/15/23 | Revised claims procedure exhibits updates for hearing. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 10/16/23 | Reviewed client comments to draft claims procedure motion and exhibits. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 10/17/23 | Reviewed claims procedure motion inserts and supplement refinements. | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |
| 10/17/23 | Analyzed information from insurers as to draft claim motion. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 25 of 37

| 10/17/23 | Reviewed and revised Marlow declaration in support of claims procedures motion (.2); reviewed Insurers' comments on proposed claims procedures (.3); reviewed FFWPR comments on claims procedures motion (.1); reviewed Omni comments on same (.2); reviewed and revised claim procedures motion and supporting exhibits (.3); corresponded with J. Lucas, J. Blumberg and P. Pascuzzi regarding comments on same (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.30 hrs. | $ 756.00/hr. |
| 10/17/23 | Drafted notice of hearing (1.0).  Revised claims procedures motion and supporting documents to incorporate comments from P. Pascuzzi and others (1.7). | | |
| | Gianna  E.  Segretti | 2.70 hrs. | $ 708.00/hr. |
| 10/18/23 | Analyzed comments from certain insurers' counsel to draft claims procedure motion and claim exhibits. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/18/23 | Attended call with P. Pascuzzi concerning draft claims procedure motion components and exhibits and comments from insurer's counsel. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/18/23 | Revised draft claims procedure motion components given insurer comments and other revisions. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 10/18/23 | Exchanged correspondence with P. Marlow at client re claims procedure motion draft updates. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 10/18/23 | Telephone conference with P. Pascuzzi regarding draft claims procedures motion (.3); reviewed and revised claims procedures motion and exhibits (.6); reviewed insurers' comments on same (.2). | | |
| | Jeannie  Kim | 1.10 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 26 of 37

| 10/18/23 | Further reviewed comments to claims procedures motion (0.5). Further revised claims procedures motion and supporting exhibits and declaration to incorporate comments from P. Pascuzzi and relevant parties (3.4). | | |
| | Gianna  E.  Segretti | 3.90 hrs. | $ 708.00/hr. |
| 10/19/23 | Analyzed additional comments from various insurers' counsel concerning draft claims procedure motion and supplement survivor claim form. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 10/19/23 | Reviewed and revised draft claims procedures motion, order and draft claim form and supplement. | | |
| | Alan  H.  Martin | 1.20 hrs. | $ 956.00/hr. |
| 10/19/23 | Correspond with P. Marlow regarding draft claims procedures. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 10/19/23 | Exchanged correspondence with P. Pascuzzi concerning final revisions and inserts to the draft claims procedures motion. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 10/19/23 | Reviewed P. Pascuzzi comments on draft motion (.2); reviewed comments from Omni regarding proposed noticing procedures (.2); corresponded with FFWPR team regarding strategy to notice all creditors and potential claimants (.2); reviewed and revised exhibits in support of claims procedure motion (.2); reviewed and revised notice of hearing on claim procedures motion (.2); corresponded with P. Marlow regarding review and execution of P. Marlow declaration in support of claim procedures motion (.2); coordinated finalization of exhibits (.7), filing and service (SMRH and with Omni) of claim procedures motion and supporting declarations and exhibits (.3). | | |
| | Jeannie  Kim | 2.20 hrs. | $ 756.00/hr. |
| 10/19/23 | Further revised claims procedures motion and exhibits (2.1). Prepared claims procedures motion, all supporting exhibits and declaration, and notice of hearing for filing (1.5). | | |
| | Gianna  E.  Segretti | 3.60 hrs. | $ 708.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 27 of 37

| 10/23/23 | Worked on administrative related items concerning the pending claims procedure motion to implement post-hearing. | | |
|---|---|---|---|
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/24/23 | Analyzed items received concerning the pending claims protocol motion. | | |
| | Alan H. Martin | .70 hrs. | $ 956.00/hr. |
| 10/24/23 | Corresponded with P. Pascuzzi regarding committee comments on claims procedure order, bar date notices and claim form. | | |
| | Jeannie Kim | .20 hrs. | $ 756.00/hr. |
| 10/25/23 | Attended call with P. Pascuzzi concerning initial comments from the Committee as to the claims procedure motion and exhibits. | | |
| | Alan H. Martin | 1.10 hrs. | $ 956.00/hr. |
| 10/25/23 | Prepared response items regarding Committee comments to the claims procedure motion. | | |
| | Alan H. Martin | .60 hrs. | $ 956.00/hr. |
| 10/25/23 | Reviewed and analyzed committee proposed comments regarding claims procedures order and related notices/claim forms (.2); telephone conference with P. Pascuzzi regarding committee comments on claims bar date motion (1.4). | | |
| | Jeannie Kim | 1.60 hrs. | $ 756.00/hr. |
| 10/26/23 | Reviewed draft responses to Committee re claims protocol comments. | | |
| | Alan H. Martin | .70 hrs. | $ 956.00/hr. |
| 10/26/23 | Reviewed U.S. Trustee's comments on claim procedures motion. | | |
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |
| 10/27/23 | Prepared response to Committee comments re claims protocol. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 28 of 37

| 10/27/23 | Reviewed proposed updates to draft claims protocol order, confidential form and notice/instruction documents. | | |
|---|---|---|---|
| | Alan  H.  Martin | 1.40 hrs. | $ 956.00/hr. |
| 10/27/23 | Telephone conference with client contact (Marlow) regarding claims noticing process and related coordination. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 10/27/23 | Reviewed and revised proposed bar date notice, survivor claims form, and confidentiality agreement. | | |
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |
| 10/27/23 | Reviewed exhibits to claims procedures motion. | | |
| | Gianna  E.  Segretti | .20 hrs. | $ 708.00/hr. |
| 10/29/23 | Exchanged correspondence with P. Pascuzzi concerning additional comments from the US Trustee and the Committee concerning claims procedure motion exhibits. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 10/29/23 | Revised proposed claims motion order and supplemental filing. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 10/29/23 | Reviewed and responded to U.S. Trustee's comment on proposed form of order granting claims procedures motion. | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/30/23 | Correspondence with various insurers counsel regarding claims motion update. | | |
| | Alan  H.  Martin | .10 hrs. | $ 956.00/hr. |
| 10/30/23 | Revised proposed claims procedure order in response to US Trustee comments. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 29 of 37

10/30/23    Prepared various revisions to the claims procedure order, survivors claim form
            and confidentiality agreement  in response to Committee comments.

            Alan  H.  Martin                    .80 hrs.    $  956.00/hr.

10/30/23    Correspondence with the US Trustee regarding claims motion exhibit updates.

            Alan  H.  Martin                    .10 hrs.    $  956.00/hr.

10/30/23    Reviewed correspondence from insurer's counsel concerning the claims motion
            filings.

            Alan  H.  Martin                    .10 hrs.    $  956.00/hr.

10/30/23    Worked on follow-up items with client contact P. Marlow regarding
            implementation steps planned following 11/9 claims procedure hearing.

            Alan  H.  Martin                    .40 hrs.    $  956.00/hr.

10/30/23    Reviewed proposal from proposed claims valuation expert (.1); reviewed U.S.
            Trustee's comments on forms of proposed order on claims procedures motion,
            bar date notice and survivor claim form (.1); reviewed revised draft bar date
            notice and survivor claim form (.3); corresponded with B. Curet regarding
            Insurers' comments on proposed claims procedures (.1); reviewed U.S.
            Trustee's consent to revised forms of proposed order on claims procedures
            motion, revised proposed bar date notice and revised proposed survivor claim
            form (.2).

            Jeannie  Kim                        .80 hrs.    $  756.00/hr.

10/31/23    Analyzed items received from the Committee concerning proposed refinements
            to the claims procedures motion exhibits - survivor claim supplement,
            confidentiality agreement and the proposed order.

            Alan  H.  Martin                    .40 hrs.    $  956.00/hr.

10/31/23    Reviewed correspondence and data from the Committee counsel regarding
            claims procedures motion exhibits.

            Alan  H.  Martin                    .20 hrs.    $  956.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 30 of 37

10/31/23          Prepared claims protocol information for client as to media/publications steps.

          Alan  H.  Martin                .40 hrs.          $  956.00/hr.

*Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 27.20 | $  956.00 | $  26,003.20 |
| Gianna  E. Segretti | 26.00 | $  708.00 | $  18,408.00 |
| Jeannie Kim | 20.50 | $  756.00 | $  15,498.00 |
| Totals | 73.70 | $  812.88 | $  59,909.20 |

## Plan and Disclosure Statement (including Business Plan)

10/19/23          Researched diocesan chapter 11 plans.

          Jeannie  Kim                .20 hrs.          $  756.00/hr.

*Timekeeper Summary of: Plan and Disclosure Statement (including Business Plan)*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.20 | $  756.00 | $  151.20 |
| Totals | 0.20 | $  756.00 | $  151.20 |

## Case Assessment, Development and Administration

10/26/23          Meet and confer with committee counsel re discovery matters.

          Ori  Katz                .40 hrs.          $  1084.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 31 of 37

*Timekeeper Summary of: Case Assessment, Development and Administration*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *0.40* | *$ 1,084.00* | *$ 433.60* |
| *Totals* | *0.40* | *$ 1,084.00* | *$ 433.60* |

## Pre-Trial Pleadings and Motions

10/05/23     Reviewed and revised draft motion to extend deadline for removal of actions.

   Alan  H.  Martin                    .40 hrs.     $ 956.00/hr.

10/05/23     Telephone conference P. Pascuzzi re draft motion to extend deadline for removal of actions.

   Alan  H.  Martin                    .10 hrs.     $ 956.00/hr.

10/05/23     Conferred with FFWPR team regarding local noticing rules in connection with motion to extend removal deadline.

   Jeannie  Kim                    .20 hrs.     $ 756.00/hr.

*Timekeeper Summary of: Pre-Trial Pleadings and Motions*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan  H. Martin* | *0.50* | *$ 956.00* | *$ 478.00* |
| *Jeannie Kim* | *0.20* | *$ 756.00* | *$ 151.20* |
| *Totals* | *0.70* | *$ 898.86* | *$ 629.20* |

## Discovery



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 32 of 37

10/01/23          Reviewed and revised draft Confidentiality Agreement.

                  Alan  H.  Martin                    .60 hrs.        $ 956.00/hr.

10/01/23          Prepared Confidentiality Agreement in support of document production
                  between the Debtor and the Committee of Creditors.

                  Chris  D.  Lawrence                 4.90 hrs.       $ 560.00/hr.

10/02/23          Revised draft Confidentiality Agreement components and ancillary items.

                  Alan  H.  Martin                    1.10 hrs.       $ 956.00/hr.

10/02/23          Edited draft Confidentiality Agreement.

                  Chris  D.  Lawrence                  .70 hrs.        $ 560.00/hr.

10/03/23          Revised draft Confidentiality Agreement and related exhibits.

                  Alan  H.  Martin                    1.10 hrs.       $ 956.00/hr.

10/03/23          Correspondence with P. Pascuzzi re draft Confidentiality Agreement
                  components and related exhibits.

                  Alan  H.  Martin                    .20 hrs.        $ 956.00/hr.

10/03/23          Revised draft Confidentiality Agreement.

                  Chris  D.  Lawrence                  .30 hrs.        $ 560.00/hr.

10/04/23          Reviewed and responded to litigation hold request received.

                  Alan  H.  Martin                    .80 hrs.        $ 956.00/hr.

10/05/23          Analyzed information received concerning Committee litigation hold request.

                  Alan  H.  Martin                    .50 hrs.        $ 956.00/hr.

10/09/23          Revised draft Confidentiality Agreement.

                  Alan  H.  Martin                    .60 hrs.        $ 956.00/hr.



| 10/09/23 | Corresponded with P. Pascuzzi regarding stipulated protective order/Confidentiality Agreement (.2); assist with preparation of same (.2). | | |
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |
| 10/10/23 | Analyzed research received as to scope of confidentiality protocol and addressed in draft Confidentiality Agreement. | | |
| | Alan  H.  Martin | .90 hrs. | $ 956.00/hr. |
| 10/10/23 | Revised proposed protective order and stipulation. | | |
| | Chris  D.  Lawrence | 3.40 hrs. | $ 560.00/hr. |
| 10/11/23 | Revised draft Confidentiality Agreement and related protective order and reviewed comments from committee counsel re same. | | |
| | Alan  H.  Martin | 1.20 hrs. | $ 956.00/hr. |
| 10/11/23 | Reviewed committee comments on proposed stipulated protective order/Confidentiality Agreement. | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/11/23 | Revised protective order and stipulation to incorporate creditor's committee comments. | | |
| | Chris  D.  Lawrence | 1.70 hrs. | $ 560.00/hr. |
| 10/23/23 | Revised components of proposed Confidentiality Agreement/protective order. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 10/27/23 | Developed strategy to respond to possible discovery requests protocol from Committee counsel. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 34 of 37

*Timekeeper Summary of: Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 8.20 | $ 956.00 | $ 7,839.20 |
| Jeannie Kim | 0.60 | $ 756.00 | $ 453.60 |
| Chris  D. Lawrence | 11.00 | $ 560.00 | $ 6,160.00 |
| Totals | 19.80 | $ 729.94 | $ 14,452.80 |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 17.10 | $ 1,084.00 | $ 18,536.40 |
| Alan H. Martin | 59.30 | $ 956.00 | $ 56,690.80 |
| William R. Wyatt | .70 | $ 1,160.00 | $ 812.00 |
| Koray Erbasi | .60 | $ 560.00 | $ 336.00 |
| Jeannie Kim | 59.20 | $ 756.00 | $ 44,755.20 |
| Chris D. Lawrence | 11.00 | $ 560.00 | $ 6,160.00 |
| Scott Natsuhara | 1.60 | $ 520.00 | $ 832.00 |
| Gianna E. Segretti | 26.20 | $ 708.00 | $ 18,549.60 |

**Total Fees for Professional Services**       **$ 146,672.00**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 35 of 37

## SUMMARY OF TIMEKEEPER PHASES

| Phase | Hours | Dollars |
|---|---|---|
| Asset Analysis & Recovery | 6.10 | $ 5,771.60 |
| Relief from Stay and Adequate Protection Proceedings | .30 | $ 226.80 |
| Meetings of and Communications with Creditors | 6.20 | $ 6,055.20 |
| Fee/Employment Applications & Statements | 9.50 | $ 7,084.40 |
| Case Administration - General | 18.60 | $ 15,652.80 |
| Business Operations | 1.20 | $ 1,138.40 |
| Employee Benefits and Pensions | 2.40 | $ 2,433.60 |
| Financing/Cash Collections | 36.20 | $ 32,350.80 |
| Claims and Plan | .40 | $ 382.40 |
| Claims Administration and Objections | 73.70 | $ 59,909.20 |
| Plan and Disclosure Statement (including Business Plan) | .20 | $ 151.20 |
| Case Assessment, Development and Administration | .40 | $ 433.60 |
| Pre-Trial Pleadings and Motions | .70 | $ 629.20 |
| Discovery | 19.80 | $ 14,452.80 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 10/30/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 10/31/2023 | 10.90 |
| 10/31/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 10/31/2023 | 265.50 |
| | Color Copies | 12.25 |
| | Duplication | 36.60 |
| | Postage | 9.80 |

**Total Disbursements**     **$ 335.05**