PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
 PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppartmullin.com
 amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF SECOND MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**<br><br>[No Hearing Required] |

-1-

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2023 through October 31, 2023 |
| Amount of Compensation Requested: | $108,101.00 |
| Net of 20% Holdback: | $86,480.80 |
| Amount of Expenses Requested: | $2,210.14 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $88,690.94 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtors"), for the period from October 1, 2023 through October 31, 2023 (the "Fee Period"). By this second statement, B. Riley seeks payment in the amount of $88,690.94, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

-2-

Case: 23-30564    Doc# 332    Filed: 11/20/23    Entered: 11/20/23 11:38:39    Page 2 of 16

during the Fee Period.

Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the period October 1, 2023 through October 31, 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served on or before 5:00 p.m. (prevailing Pacific time) on the 14th day (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtors are to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: November 20, 2023

          FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

          By: */s/ Paul. J. Pascuzzi*
           PAUL J. PASCUZZI
           JASON E. RIOS
           THOMAS R. PHINNEY

           Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: November 20, 2023

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By: */s/ Ori Katz*
           ORI KATZ
           ALAN H. MARTIN

           Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional**

**Compensation by Professional Person for Hourly Services
for the Period from October 1, 2023 through October 31, 2023**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $675.00 | 40.0 | $27,000.00 |
| David Greenblatt | Director | $525.00 | 37.3 | $19,582.50 |
| | *Travel Time* | $262.50 | 12.0 | $3,150.00 |
| Coral Hansen | Managing Director | $495.00 | 40.1 | $19,849.50 |
| | *Travel Time* | $247.50 | 8.0 | $1,980.00 |
| Sushil Krishnan | Associate | $425.00 | 1.2 | $510.00 |
| Tanya Anderson | Associate Director | $395.00 | 90.2 | $35,629.00 |
| Marilee Greene | Project Assistant | $250.00 | 1.6 | $400.00 |
| **TOTAL** | | | **230.4** | **$108,101.00** |

**Exhibit 2**

**Summary of Compensation by Project Category**

**Compensation by Project Category for Hourly Services**
**for the period from October 1, 2023 through October 31, 2023**

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 41.9 | $23,621.00 |
| Case Administration | 8.0 | $4,961.00 |
| Debtor Meetings/Communications | 1.2 | $810.00 |
| Employment/Fee Applications | 3.4 | $1,647.50 |
| Litigation | 0.9 | $607.50 |
| Monthly Operating Reports | 155.0 | $71,324.00 |
| Non-working Travel (billed at ½ rate) | 20.0 | $5,130.00 |
| **TOTAL** | **230.4** | **$108,101.00** |

# Exhibit 3

## Summary of Expenses

## Disbursement Summary

| Expenses (by Category) | Amounts |
|---|---:|
| Lodging | $1,053.76 |
| Meals | $261.18 |
| Mileage | $87.12 |
| Data conversion charge | $257.00 |
| Transportation | $551.08 |
| **TOTAL** | **$2,210.14** |

**Exhibit 4**

**Invoice**



Formerly known as GlassRatner Advisory & Capital Group LLC

November 14, 2023                                                                                          Invoice # :   63412

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  October 1, 2023   through   October 31, 2023

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Wayne P. Weitz | 40.00 | 675.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 40.10 | 495.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 8.00 | 247.50 |
| David Greenblatt, CPA, CIRA | 37.30 | 525.00 |
| David Greenblatt, CPA, CIRA | 12.00 | 262.50 |
| Tanya Anderson, CPA | 90.20 | 395.00 |
| Sushil Krishnan | 1.20 | 425.00 |
| Marilee Greene | 1.60 | 250.00 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 230.40 | $108,101.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---:|
| Lodging | 1,053.76 |
| Meals | 261.18 |
| Mileage | 87.12 |
| Miscellaneous | 257.00 |
| Transportation | 551.08 |
| Total expenses | $2,210.14 |
| | |
| Total amount of this bill | $110,311.14 |
| Previous balance | $216,434.37 |
| | |
| Balance due | $326,745.51 |

**Client funds transactions**

| | |
|---|---:|
| Previous balance of Retainer | $64,334.42 |
| New balance of Retainer | $64,334.42 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.          Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*

3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

                Hours

Business Analysis

| Date | Timekeeper | Description | Hours |
|---|---|---|---:|
| 10/3/2023 | T. Anderson | Discussion with W. Weitz re: IDI requests | 0.20 |
| | T. Anderson | Discussion with W. Weitz re: IDI requests | 0.40 |
| | W. Weitz | Discussion with T. Anderson re: IDI requests | 0.20 |
| | W. Weitz | Discussion with T. Anderson re: IDI requests | 0.40 |
| 10/4/2023 | T. Anderson | Calls with W. Weitz re: IDI reply information to UST | 0.60 |
| | T. Anderson | IDI request updates for client call | 0.70 |
| | T. Anderson | Call with Management, W. Weitz, and C. Hansen re: IDI requests | 1.00 |
| | D. Greenblatt | Call with D. Greenblatt, W. Weitz and C. Hansen re: case update | 0.80 |
| | D. Greenblatt | Meeting with client to review post-petition finances and transactions | 2.80 |
| | T. Anderson | Call with W. Weitz re: IDI | 0.30 |
| | C. Hansen | Call with D. Greenblatt, W. Weitz and C. Hansen re: case update | 0.80 |
| | C. Hansen | Call with Management, W. Weitz, and T. Anderson re: IDI requests | 1.00 |
| | C. Hansen | Research open items for UST IDI requests | 2.20 |
| | W. Weitz | Call with T. Anderson re: IDI | 0.30 |
| | W. Weitz | Review balance sheet reconciliation for supplemental IDI submission | 0.30 |
| | W. Weitz | Calls with T. Anderson re: IDI reply information to UST | 0.60 |
| | W. Weitz | Call with D. Greenblatt, W. Weitz and C. Hansen re: case update | 0.80 |
| | W. Weitz | Call with Management, C. Hansen and T. Anderson re: IDI requests | 1.00 |
| | W. Weitz | Update insurance information for IDI follow-up | 2.40 |
| 10/5/2023 | D. Greenblatt | Meetings with client to review post-petition finances and transactions | 2.70 |
| 10/6/2023 | T. Anderson | Update AR reconciliation for IDI | 0.60 |
| | C. Hansen | Call with M. Flannigan re: status and rules pertaining to interest being accrued by vendors | 0.30 |
| | W. Weitz | Compile and update supplemental IDI information | 0.70 |
| | W. Weitz | Finalize supplemental IDI info for UST and transmit | 0.80 |
| 10/9/2023 | T. Anderson | Internal team planning call | 1.00 |
| | M. Greene | Internal team planning call | 0.50 |
| | S. Krishnan | Internal team planning call | 0.50 |
| 10/16/2023 | D. Greenblatt | Call with W. Weitz, D. Greenblatt, C. Hansen and Counsel re: case update | 0.80 |
| | C. Hansen | Call with W. Weitz, D. Greenblatt, C. Hansen and Counsel re: case update | 0.80 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, C. Hansen and Counsel re: case update | 0.80 |
| | W. Weitz | Prepare liquidity summary chart for counsel | 1.50 |
| 10/18/2023 | W. Weitz | Call with M. Flanagan re: certain bank accounts | 0.30 |
| 10/19/2023 | C. Hansen | Follow up on DIP bank account status for counsel | 0.20 |
| 10/20/2023 | W. Weitz | Review next iteration of cash management reply brief | 0.40 |
| | W. Weitz | Call with counsel re: cash management reply brief | 0.50 |
| | W. Weitz | Review investment pool data | 0.60 |
| | W. Weitz | Review draft cash management reply to Court; comments to counsel | 1.20 |
| 10/23/2023 | W. Weitz | Call with counsel re: PTO balances | 0.20 |
| 10/24/2023 | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: case update | 0.70 |
| | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: case update | 0.70 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: case update | 0.70 |
| 10/25/2023 | W. Weitz | Follow-up call with counsel re: investment accounts | 0.30 |
| | W. Weitz | Update liquidity chart; send to counsel | 0.30 |
| | W. Weitz | Call with OCUC re: investment accounts | 0.40 |
| | W. Weitz | Prepare for call with OCUC re: investment accounts | 0.40 |
| 10/26/2023 | C. Hansen | Call with K. Kelleher re: processes and procedures for managing cash | 0.40 |
| | W. Weitz | Email correspondence with counsel re: investment accounts | 0.40 |
| | W. Weitz | Calls, emails with counsel to prepare for cash management hearing | 0.60 |
| 10/30/2023 | T. Anderson | Prepare statements and schedules amendments | 1.10 |
| | T. Anderson | Prepare schedule for professional fees | 0.80 |
| 10/31/2023 | C. Hansen | Call with counsel and W. Weitz re: status and open items | 0.70 |
| | W. Weitz | Call with counsel and C. Hansen re: status and open items | 0.70 |
| | W. Weitz | Research and prep re: real estate and IDI info | 2.50 |

SUBTOTAL: [ 41.90 23621.00]

|  |  |  | Hours |
|---|---|---|---|

### Case Administration

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/9/2023 | S. Krishnan | Update internal calendar for all hearings | 0.30 |
| 10/10/2023 | S. Krishnan | Update internal calendar for all hearings | 0.20 |
|  | W. Weitz | Call with debtor professionals re: status and next steps | 0.40 |
| 10/12/2023 | W. Weitz | Telephonic attendance at Sec 341 meeting | 4.10 |
| 10/17/2023 | C. Hansen | Review correspondence from J. Rios regarding Ordinary Course Professionals and Interim Compensation Motion | 0.20 |
| 10/18/2023 | S. Krishnan | Update internal calendar for all hearings | 0.20 |
| 10/23/2023 | C. Hansen | Review detailed time slips and make edits | 0.60 |
| 10/24/2023 | W. Weitz | Review and calculate Q3 UST fees; email to client | 0.40 |
| 10/26/2023 | D. Greenblatt | Attend telephonic hearing re: Wages and Cash Management | 0.80 |
|  | W. Weitz | Attend telephonic hearing re: Wages and Cash Management | 0.80 |
|  | SUBTOTAL: |  | [    8.00    4961.00] |

### Debtor Meetings/Communications

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/31/2023 | W. Weitz | Call with client re: certain bank accounts | 1.20 |
|  | SUBTOTAL: |  | [    1.20    810.00] |

### Employment/Fee Applications

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/19/2023 | C. Hansen | Assist M. Greene with review and edit of time slip detail | 1.00 |
| 10/23/2023 | M. Greene | Prepare first monthly fee statement 8.21-9.30.23 | 1.10 |
| 10/24/2023 | W. Weitz | Finalize September fee statement for filing | 1.30 |
|  | SUBTOTAL: |  | [    3.40    1647.50] |

### Litigation

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/4/2023 | W. Weitz | Compile list of state court litigation attorneys and forward to Debtor's counsel | 0.90 |
|  | SUBTOTAL: |  | [    0.90    607.50] |

### Monthly Operating Reports

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/2/2023 | T. Anderson | Update MOR payments for insiders | 0.50 |
|  | T. Anderson | Working MOR session with C. Hansen and D. Greenblatt | 0.60 |
|  | T. Anderson | Prepare bank statement activity for September MOR | 0.90 |
|  | T. Anderson | Update MOR per discussion | 1.00 |
|  | T. Anderson | Population of MOR report and update of schedules | 2.00 |
|  | D. Greenblatt | Working MOR session with C. Hansen and T. Anderson | 0.60 |
|  | C. Hansen | Working MOR session with D. Greenblatt and T. Anderson | 0.60 |
|  | C. Hansen | Begin collecting data for MOR; calls with G. Lee re: same | 1.90 |
| 10/3/2023 | T. Anderson | Prepare bank statement activity for September MOR | 2.00 |
|  | T. Anderson | Continuation categorizing bank statement activity for September MOR | 2.40 |
|  | T. Anderson | Continuation categorizing bank statement activity for September MOR | 2.50 |
| 10/4/2023 | T. Anderson | MOR updates and population of reporting | 0.90 |
|  | T. Anderson | MOR updates on payroll and disbursements | 1.50 |
|  | T. Anderson | MOR population of schedules | 2.50 |
|  | D. Greenblatt | Preparation of August MOR | 1.90 |
|  | C. Hansen | Analysis for MOR | 2.30 |
| 10/5/2023 | T. Anderson | Call with C. Hansen re: September MOR activity review | 0.20 |
|  | T. Anderson | Call with D. Greenblatt re: August MOR | 0.20 |
|  | T. Anderson | Call with D. Greenblatt re: August MOR updates | 0.30 |
|  | T. Anderson | Call with C. Hansen re: MOR | 0.40 |
|  | T. Anderson | Update MOR for August based on review | 0.40 |
|  | T. Anderson | Live review of August MOR with C. Hansen, D. Greenblatt and W. Weitz | 0.70 |
|  | T. Anderson | Continue population of MOR schedules for September | 1.00 |
|  | T. Anderson | Update MOR schedules and reporting and review | 1.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/5/2023 | T. Anderson | Update MOR for August | 1.90 |
| | T. Anderson | Continuation of MOR schedules and reporting and review | 1.90 |
| | T. Anderson | Populate MOR schedules for September | 2.20 |
| | D. Greenblatt | Call with T. Anderson re: August MOR | 0.20 |
| | D. Greenblatt | Live review of August MOR with C. Hansen, T. Anderson and W. Weitz | 0.70 |
| | D. Greenblatt | Continue to work on August and September MORs | 2.20 |
| | C. Hansen | Call with T. Anderson re: September MOR activity review | 0.20 |
| | C. Hansen | Meeting with M. Flannigan re: status of MOR | 0.30 |
| | C. Hansen | Review DIP account status for UST request and save documents to UST file | 0.30 |
| | C. Hansen | Call with T. Anderson re: MOR | 0.40 |
| | C. Hansen | Live review of August MOR with T. Anderson, D. Greenblatt and W. Weitz | 0.70 |
| | C. Hansen | Research data needed for MOR | 2.10 |
| | C. Hansen | Research cash disbursements for MOR | 2.30 |
| | D. Greenblatt | Call with T. Anderson re: August MOR updates | 0.30 |
| | W. Weitz | Live review of August MOR with C. Hansen, D. Greenblatt and T. Anderson | 0.70 |
| 10/6/2023 | T. Anderson | Update expense analysis | 0.90 |
| | T. Anderson | Update meeting with client and BR team re: IDI supplemental info & MOR | 1.20 |
| | T. Anderson | Prepare September MOR schedules | 1.80 |
| | D. Greenblatt | Update meeting with client and BR team re: IDI supplemental info & MOR | 0.80 |
| | C. Hansen | Update meeting with client and BR team re: IDI supplemental info & MOR | 0.80 |
| | C. Hansen | Review September deposits and disbursements received from client for proper categorization | 2.10 |
| | W. Weitz | Update meeting with client and BR team re: IDI supplemental info & MOR | 0.80 |
| 10/9/2023 | T. Anderson | Call with W. Weitz, C. Hansen and D. Greeblatt re: August MOR revisions | 0.30 |
| | T. Anderson | Follow up items from MOR August review | 1.10 |
| | T. Anderson | Additional preparation of MOR schedules | 2.00 |
| | T. Anderson | Preparation of MOR schedules | 2.20 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen and T. Anderson re: August MOR revisions | 0.30 |
| | D. Greenblatt | Review August MOR | 1.40 |
| | C. Hansen | Call with W. Weitz, D. Greenblatt and T. Anderson re: August MOR revisions | 0.30 |
| | C. Hansen | MOR analysis and correspondence with client re: same | 2.30 |
| | D. Greenblatt | Call with W. Weitz re: August MOR | 0.20 |
| | W. Weitz | Call with D. Greenblatt re: August MOR | 0.20 |
| | W. Weitz | Call with C. Hansen, D. Greenblatt and T. Anderson re: August MOR revisions | 0.30 |
| 10/10/2023 | T. Anderson | Call with D. Greenblatt and W. Weitz re: August MOR | 0.20 |
| | T. Anderson | Calls with management to follow-up on MOR | 0.60 |
| | T. Anderson | Updates to statements for August MOR | 0.90 |
| | T. Anderson | Updates to August MOR investments | 2.10 |
| | T. Anderson | Preparation of MOR schedules | 2.40 |
| | D. Greenblatt | Call with W. Weitz and T. Anderson re: August MOR | 0.20 |
| | D. Greenblatt | Call with T. Anderson re: August MOR | 0.40 |
| | T. Anderson | Call with D. Greenblatt re: August MOR | 0.40 |
| | W. Weitz | Call with D. Greenblatt and T. Anderson re: August | 0.20 |
| 10/11/2023 | T. Anderson | Preparation of MOR schedules | 1.60 |
| | T. Anderson | Call with C. Hansen and management re: August MOR review | 1.80 |
| | T. Anderson | Updates to statements for August MOR | 2.40 |
| | T. Anderson | Preparation of MOR schedules | 2.40 |
| | C. Hansen | Call with M. Flannigan re: status of MOR and request for backup file | 0.50 |
| | C. Hansen | Review MOR in progress and files to be sent to client | 1.60 |
| | C. Hansen | Call with T. Anderson and management re: August MOR review | 1.80 |
| 10/12/2023 | T. Anderson | Follow up items from management call | 0.20 |
| | T. Anderson | Updates to statements for August MOR | 0.30 |
| | T. Anderson | Review of MOR schedules | 1.30 |
| | T. Anderson | Prepare bank statements for MOR | 1.50 |
| | T. Anderson | Updates to September MOR schedules | 1.90 |
| | T. Anderson | Additional updates to September/August MOR schedules | 2.40 |
| | T. Anderson | Updates to September/August MOR schedules | 2.50 |
| | D. Greenblatt | Work on September MOR | 1.40 |
| | C. Hansen | Call with M. Flannigan re: MOR | 0.40 |
| 10/13/2023 | T. Anderson | Update call with D. Greenblatt re: MOR status | 0.30 |
| | T. Anderson | Review of MOR schedules | 0.90 |
| | T. Anderson | Finalize drafts with updates for MORs | 1.00 |

|            |               |                                                                                    | Hours |
|------------|---------------|------------------------------------------------------------------------------------|-------|
| 10/13/2023 | T. Anderson   | Updates to MOR re: management call                                                 | 1.10  |
|            | T. Anderson   | Calls and correspondence with client re: MOR adjustments                           | 1.30  |
|            | T. Anderson   | Live review of MOR categorizations with management                                 | 1.50  |
|            | D. Greenblatt | Call with T. Anderson re: MOR status                                               | 0.30  |
|            | D. Greenblatt | Continue to work on September MOR                                                  | 1.80  |
| 10/16/2023 | T. Anderson   | Updates for MOR                                                                    | 0.60  |
|            | T. Anderson   | Redact September statements for MOR                                                | 1.20  |
|            | D. Greenblatt | Review August MOR                                                                  | 1.10  |
|            | C. Hansen     | Call with M. Flannigan re: status of MOR process                                   | 0.30  |
|            | W. Weitz      | Review September MOR                                                               | 0.60  |
| 10/17/2023 | D. Greenblatt | Live review of MOR with management, T. Anderson, C. Hansen and W. Weitz            | 2.00  |
|            | T. Anderson   | Updates for MOR                                                                    | 0.60  |
|            | T. Anderson   | Redact September statements for MOR                                                | 1.10  |
|            | T. Anderson   | Live review of MOR with management, C. Hansen, D. Greenblatt and W. Weitz          | 2.00  |
|            | C. Hansen     | Review and respond to client re: new documents received and questions posed        | 1.20  |
|            | C. Hansen     | Live review of MOR with management, T. Anderson, D. Greenblatt and W. Weitz        | 2.00  |
|            | W. Weitz      | Live review of MOR with management, T. Anderson, C. Hansen and D. Greenblatt       | 2.00  |
| 10/18/2023 | T. Anderson   | Client discussion re: MOR                                                          | 0.10  |
|            | T. Anderson   | Call with D. Greenblatt re: MOR                                                    | 0.20  |
|            | T. Anderson   | Call with W. Weitz re: MOR                                                         | 0.40  |
|            | D. Greenblatt | Live review of MOR with management C. Hansen, W. Weitz and T. Anderson             | 0.80  |
|            | D. Greenblatt | Continue to work on September MOR                                                  | 1.10  |
|            | T. Anderson   | Live review of MOR with management, D. Greenblatt, W. Weitz and C. Hansen          | 0.80  |
|            | T. Anderson   | Updates for MOR                                                                    | 1.00  |
|            | T. Anderson   | Updates to MOR per call with management                                            | 1.60  |
|            | C. Hansen     | Live review of MOR with management, D. Greenblatt, W. Weitz and T. Anderson        | 0.80  |
|            | W. Weitz      | Call with T. Anderson re: MOR                                                      | 0.40  |
|            | W. Weitz      | Live review of MOR with management, D. Greenblatt, T. Anderson and C. Hansen       | 0.80  |
| 10/19/2023 | T. Anderson   | Updates to MOR per review                                                          | 0.30  |
|            | T. Anderson   | Live review of final August MOR with D. Greenblatt                                 | 0.30  |
|            | T. Anderson   | Live review of final September MOR with D. Greenblatt                              | 0.60  |
|            | D. Greenblatt | Live review of final August MOR with T. Anderson                                   | 0.30  |
|            | D. Greenblatt | Live review of final September MOR with T. Anderson                                | 0.60  |
|            | D. Greenblatt | Continue to work on and update August MOR with client comments                     | 1.30  |
|            | D. Greenblatt | Continue to work on and update September MOR with client comments                  | 2.10  |
|            | T. Anderson   | Live review of MOR with W. Weitz                                                   | 0.40  |
|            | C. Hansen     | Calls with W. Weitz re: open MOR issues                                            | 0.70  |
|            | C. Hansen     | Research and analyze data to respond to questions posed by Management for MOR      | 2.00  |
|            | W. Weitz      | Call with M. Flanagan re: review of MOR file                                       | 0.20  |
|            | W. Weitz      | Live review of MOR with T. Anderson                                                | 0.40  |
|            | W. Weitz      | Review questions received from client re: MOR                                      | 0.40  |
|            | W. Weitz      | Calls with C. Hansen re: open MOR issues                                           | 0.70  |
|            | W. Weitz      | MOR prep - review proposed footnotes                                               | 0.80  |
| 10/20/2023 | T. Anderson   | Call with D. Greenblatt and Client re: MOR                                         | 0.50  |
|            | T. Anderson   | Call with D. Greenblatt re: MOR                                                    | 0.50  |
|            | D. Greenblatt | Call with W. Weitz re: MOR questions from Debtor                                   | 0.30  |
|            | D. Greenblatt | Call with T. Anderson re: MOR                                                      | 0.50  |
|            | D. Greenblatt | Call with T. Anderson and Client re: MOR                                           | 0.50  |
|            | D. Greenblatt | Finalize August and September MOR's                                                | 2.10  |
|            | C. Hansen     | Analyze questions posed by Management on MOR                                       | 0.50  |
|            | D. Greenblatt | Continue to finalize August and September MOR's and send to Debtor for final review and sign-off | 0.50 |
|            | W. Weitz      | Call with D. Greenblatt re: MOR questions from Debtor                              | 0.30  |
| 10/26/2023 | T. Anderson   | Prepare for discussion re: October MOR and updates of schedules                    | 0.70  |
|            | T. Anderson   | Planning and preparation for management discussion with W. Weitz, T. Anderson, D. Greenblatt and C. Hansen re: October MOR | 1.00 |
|            | C. Hansen     | Planning and preparation for management discussion with W. Weitz, T. Anderson, D. Greenblatt and C. Hansen re: October MOR | 1.00 |
|            | T. Anderson   | Prepare schedule for professional fees                                             | 0.50  |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/26/2023 | D. Greenblatt | Call with ADSF management, W. Weitz, C. Hansen, D. Greenblatt and T. Anderson re: October MOR | 1.00 |
| | W. Weitz | Call with ADSF management, W. Weitz, C. Hansen, D. Greenblatt and T. Anderson re: October MOR | 1.00 |
| 10/27/2023 | T. Anderson | Call with ADSF management, W. Weitz, C. Hansen, D. Greenblatt and T. Anderson re: October MOR | 1.00 |
| | C. Hansen | Call with ADSF management, W. Weitz, C. Hansen, D. Greenblatt and T. Anderson re: October MOR | 1.00 |
| | D. Greenblatt | Call with ADSF management, W. Weitz, C. Hansen, D. Greenblatt & T. Anderson re: October MOR | 1.00 |
| | W. Weitz | Call with ADSF management, W. Weitz, C. Hansen, D. Greenblatt and T. Anderson re: October MOR | 1.00 |
| 10/30/2023 | T. Anderson | Prepare schedules for October MOR | 0.40 |
| 10/31/2023 | C. Hansen | Meeting C. Hansen, W. Weitz, D. Greenblatt, M. Flannigan and team re: MOR planning | 0.80 |
| | D. Greenblatt | Meeting C. Hansen, W. Weitz, D. Greenblatt, M. Flannigan and team re: MOR planning | 0.80 |
| | W. Weitz | Meeting C. Hansen, W. Weitz, D. Greenblatt, M. Flannigan and team re: MOR planning | 0.80 |

SUBTOTAL: [ 155.00   71324.00]

Non-working Travel

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/3/2023 | D. Greenblatt | Travel time to San Francisco from NYC for meeting with client | 6.00 |
| 10/4/2023 | C. Hansen | Travel time to/from client | 4.00 |
| 10/5/2023 | C. Hansen | Travel from SFO to LAX | 4.00 |
| 10/6/2023 | D. Greenblatt | Travel time from San Francisco to NYC from meeting with client | 6.00 |

SUBTOTAL: [ 20.00   5130.00]

GlassRatner Advisory & Capital Group LLC