PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:       (916) 329-7400
Facsimile:       (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                 jrios@ffwplaw.com
                 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:       (415) 434-9100
Facsimile:       (415) 434-3947
Email:           okatz@sheppardmullin.com
                 amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [OCTOBER 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios

LLP, (hereinafter "FFWPR"), attorneys for Debtor and Debtor in Possession The Roman Catholic

Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for October

2023. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of October 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 2023 | $66,204.00 | $762.30 | $66,966.30 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $52,963.20 | $762.30 | $53,725.50 |

The itemized billing statement for the fees and costs billed is attached hereto as **Exhibit A**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: November 20, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By:*/s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

1       <u>Exhibit A</u>

2       October 2023 Invoice

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: carneyp@sfarch.org

## Invoice 13051

| Date | Nov 08, 2023 |
|---|---|
| Terms | |
| Service Thru | Oct 31, 2023 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 10/02/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to client team re further preparation for continued 341 meeting, revise outline re same (.3). Call with D. Azman (Sacred Heart) re case status (.1). Call with potential counsel for other entities re case issues (.2). Call from P. Gaspari re continued 341 meeting issues (.1). Call with J. Stang re case issues (.9). | 1.60 | $ 525.00/hr | $ 840.00 |
| 10/02/2023 | PJP | **B190 - Other Contested Matters:** Calls to and from K. Peterson at CB&T re DIP designation of bank accounts (.2). Email to M. Flanagan at RCASF re same (.1). Revise language in wages order re issue to address committee issues (.3). Email to client team re same (.1). Call with Fr. Summerhays re wage order (.2). Review draft stip re final hearing on certain first day motions, continuance of cash management and wage motion, emails from and to J. Kim (.3). | 1.20 | $ 525.00/hr | $ 630.00 |
| 10/02/2023 | PJP | **B210 - Business Operations:** Calls to and from M. Flanagan re credit card program issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/02/2023 | PJP | **B110 - Case Administration:** Email to O. Katz re further hearing dates for court (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 10/02/2023 | JER | **B190 - Other Contested Matters:** Draft motion to extend deadline for removal. (1.6). Draft proposed Order for Motion. (.4). Draft Notice of Hearing for Motion. (.2). Email to PJP regarding Motion. (.1) | 2.30 | $ 450.00/hr | $ 1,035.00 |
| 10/02/2023 | JER | **B210 - Business Operations:** Multiple emails with Client Team regarding ADP invoices and employee wage motion. | 0.20 | $ 450.00/hr | $ 90.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/02/2023 | JER | **B310 - Claims Administration and Objections:** Review IRS proof of claim. | 0.10 | $ 0.00/hr | No Charge |
| 10/02/2023 | JER | **B160 - Fee/Employment Applications:** Analysis of UST requests regarding Professional Compensation Procedures. Email to PJP regarding same and next steps. (.4). Analysis of J. Passarello responses to UST objections and requests regarding Ordinary Course Professionals. (.2) Follow up email regarding same. (.2) | 0.80 | $ 450.00/hr | $ 360.00 |
| 10/03/2023 | PJP | **B190 - Other Contested Matters:** Emails from and to J. Lucas re cash management motion, wage motion (.1). Review cash management information provided to Lucas re investments (.2). Email from J. Blumberg re stipulation to continue hearings, review his changes to insurance order, email to J. Kim re same (.2). Call with O. Katz re same, notes to file (.3). Call with J. Lucas, O. Katz re same, notes to file (.3). Review and revise motion to extend time for removal (.3). | 1.40 | $ 525.00/hr | $ 735.00 |
| 10/03/2023 | PJP | **B160 - Fee/Employment Applications:** Email to J. Lucas re ordinary course professionals motion UST comments, interim compensation procedures motion UST comments (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/03/2023 | PJP | **B210 - Business Operations:** Call from M. Flanagan re business and creditor issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/03/2023 | JER | **B210 - Business Operations:** Telephone call from ADSF K. Kelsey regarding ADP invoices. | 0.30 | $ 450.00/hr | $ 135.00 |
| 10/03/2023 | JER | **B160 - Fee/Employment Applications:** Emails with Committee Counsel regarding UST requests for revisions to proposed order for Interim Compensation Motion. (.2). Revise Proposed Order to address Committee Comments and prepare redline. (.3). Emails with UST regarding same. (.1) | 0.60 | $ 450.00/hr | $ 270.00 |
| 10/03/2023 | JER | **B160 - Fee/Employment Applications:** Telephone call with J. Passarello to address UST requests re Ordinary Course Professionals Motion. (.1) Analysis and review multiple emails regarding same. (.3). Email to J. Blumberg with responses to UST questions. (.2) Email to Committee counsel regarding same. (.2) | 0.80 | $ 450.00/hr | $ 360.00 |
| 10/04/2023 | ASK | **B170 - Fee/Employment Objections:** Initial draft of Reply to US Trustee regarding Objection to Motion to Employ Ordinary Course Professionals and Supplemental Declaration of J. Passarello. | 0.60 | $ 105.00/hr | $ 63.00 |
| 10/04/2023 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team coordination call (.2). Attend same (.8). Emails from and to M. Flanagan re employee payment report, review same (.2). Email to J. Lucas and J. Blumberg re same (.2). Review and revise report for prepetition wages and expense reimbursements paid post-petition (.2). Call from BofA attorney re DIP account conversion issues (.1). Email from W. Weitz re service list for removal extension motion, email to B. Whitaker at Omni re same (.2). | 1.90 | $ 525.00/hr | $ 997.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/2023 | JER | **B160 - Fee/Employment Applications:** Draft status report for Professional Compensation Procedures Motion. | 0.30 | $ 450.00/hr | $ 135.00 |
| 10/04/2023 | TRP | **B310 - Claims Administration and Objections:** Debtor team meeting regarding bankruptcy projects and claims procedure motion (.7); review email from A. Martin regarding claims procedure revisions(.3). (TRP experienced with RCBSR claims procedures.) | 1.00 | $ 425.00/hr | $ 425.00 |
| 10/04/2023 | JER | **B160 - Fee/Employment Applications:** Draft Supplemental Declaration of J. Passarello to address UST issues for Ordinary Course Professionals motion. (1.4). Prepare revised order in support of motion to address UST issues. (1.4). Draft Reply regarding same. (.4) | 3.20 | $ 450.00/hr | $ 1,440.00 |
| 10/04/2023 | JER | **B190 - Other Contested Matters:** Revise Motion to Extend Deadline for removal. (.6) Address issues related to motion. (.3). Address service of litigation attorneys. (.3) | 1.20 | $ 450.00/hr | $ 540.00 |
| 10/04/2023 | JER | **B160 - Fee/Employment Applications:** Telephone call with UST regarding interim compensation and ordinary course professionals motions. (.1). Analysis and email with UST regarding same. (.3). | 0.40 | $ 450.00/hr | $ 180.00 |
| 10/04/2023 | JER | **B210 - Business Operations:** Telephone call with ADSF accounting team regarding ADP payroll invoices. | 0.30 | $ 450.00/hr | $ 135.00 |
| 10/04/2023 | PJP | **B110 - Case Administration:** Emails to and from J. Lucas re standing hearing dates for the case (.1). Email to L. Parada re court approval of same (.2). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/04/2023 | PJP | **L320 - Document Production:** Review litigation hold letter from Committee, email to client team re same (.2) | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/04/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to Client Team re court hearings, dates set for matters (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/04/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to P. Carney re automatic stay issues with pre-petition litigation, consider issues re same (.3). Emails from and to P. Gaspari re service of state court complaints (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/04/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from creditor attorney re case issues (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 10/05/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for meeting by Zoom with client team re case status and strategy, 341 meeting (.2). Attend same (2.0) | 2.20 | $ 525.00/hr | $ 1,155.00 |
| 10/05/2023 | ASK | **B160 - Fee/Employment Applications:** Review and revise Status Report regarding Motion to Establish Payment Procedures. | 0.40 | $ 0.00/hr | No Charge |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/2023 | PJP | **B190 - Other Contested Matters:** Emails from and to, call with N. Marcus re BofA DIP designation (.2). Call with A. Martin re motion to extend time to remove actions (.1). Emails from and to A. Martin, J. Kim re same (.2). Finalize motion to extend time to remove actions (.3). Research re 9th circuit case on 107(b) re wage motion (.5). Call with P. Carney re additional relief on abuse survivor program (.3). Call with J. Lucas re wage motion, other case issues (.5). Call with M. Flanagan, J. Passarello re 9371 BofA account DIP status, Wells Fargo request (.2). Call to T. Dressler re Wells Fargo issues on cash management, email to J. Passarello, M. Flanagan re same (.3). | 2.60 | $ 525.00/hr | $ 1,365.00 |
| 10/05/2023 | PJP | **B160 - Fee/Employment Applications:** Emails from and to G. Lee, J. Passarello re ordinary course professionals motion (.2). Revise supplemental declaration (.2). Review and revise reply to UST objection to ordinary course professionals motion (.2). Review and revise status report for interim comp procedures motion (.2). Emails from and to G. Lee, W. Weitz re ordinary course professionals list (.2). Emails from and to J. Passarello re ordinary course professional status (.1). | 1.10 | $ 525.00/hr | $ 577.50 |
| 10/05/2023 | PJP | **B110 - Case Administration:** Emails to and from W. Weitz re IDI information to UST status update (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/05/2023 | PJP | **L320 - Document Production:** Call with A. Martin re Committee litigation hold letter (.3). Emails to other lawyers re same (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/05/2023 | JER | **B160 - Fee/Employment Applications:** Address Client questions and requested revisions to J. Passarello declaration in support of Reply re Motion to Employ Ordinary Course Professionals. (.2). Telephone call with PJP regarding same. (.1). Emails regarding finalizing Reply to UST Objection to OCP Motion. (.2). Review multiple emails regarding final revisions to Pasarello Declaration. (.1) | 0.60 | $ 450.00/hr | $ 270.00 |
| 10/05/2023 | JER | **B190 - Other Contested Matters:** Review multiple emails with SMRH regarding comments for Motion to Extend Deadline for Removal. (.2) Review email regarding finalizing Motion. (.1) | 0.30 | $ 450.00/hr | $ 135.00 |
| 10/06/2023 | PJP | **B160 - Fee/Employment Applications:** Review Weintraub post-petition billing statement for compliance with UST guidelines (.3). Email to P. Gaspari re same (.2). Review and finalize status report re interim compensation procedures motion, redlined order to address UST comments (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 10/06/2023 | PJP | **B310 - Claims Administration and Objections:** Review and revise claims procedures motion and supporting declaration (1.2). Review exhibits to claims procedures motion---claim forms, notices, confidentiality agreement (.6). Email to A. Martin, J. Kim re same (.2). | 2.00 | $ 525.00/hr | $ 1,050.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/2023 | ASK | **B160 - Fee/Employment Applications:** Finalize, file and send for service, Status report re mtn to establish payment procedures. | 0.30 | $ 0.00/hr | No Charge |
| 10/06/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to J. Passarello re 341 meeting (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/06/2023 | PJP | **B190 - Other Contested Matters:** Email from J. Kim, B. Whittaker re updated limited service list, consider issues on same (.2). Call to J. Blumberg re 9371 BofA account status (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/06/2023 | PJP | **B310 - Claims Administration and Objections:** Email to P. Carney, P. Gaspari, D. Zamora, A. Martin re claims issues, strategy (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/07/2023 | PJP | **B310 - Claims Administration and Objections:** Review Santa Rosa survivor claim form approved by court re: RCASF form issues (.1). Email to A. Martin, J. Kim re claims procedures motion issues (.2). Review A. Martin email responses to prior questions and suggestions, consider issues re same (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/07/2023 | TRP | **B310 - Claims Administration and Objections:** Review and revise claims procedure motion relating to complex publication (1.0); review and revise Marlow declaration (.5); draft email to A. Martin and team with redline edits to motion (.3) | 1.80 | $ 425.00/hr | $ 765.00 |
| 10/08/2023 | PJP | **L310 - Written Discovery:** Research and analysis regarding protective order, section 107 standards, Ninth circuit case law (1.1). Email to P. Carney, P. Gaspari re same (.2). | 1.30 | $ 525.00/hr | $ 682.50 |
| 10/08/2023 | JER | **B160 - Fee/Employment Applications:** Review Status Report for interim compensation motion (.1). Review and analysis of AJ Gallagher as ordinary course professional and next steps (.2) | 0.30 | $ 450.00/hr | $ 135.00 |
| 10/09/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to creditor re service list additions (.1). Emails from and to J. Passarello re 341 meeting, information re same (.2). Email to J. Passarello, Fr. Summerhays and P. Carney re clarification of answer at 341 meeting (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/09/2023 | PJP | **B310 - Claims Administration and Objections:** Review revised claims procedures motion and related documents (1.3). Email to Fr. Summerhays, P. Carney, J. Passarello re claims procedures motion (.2). Email to P. Gaspari, D. Zamora re need for claimant information, updates, strategy (.2). Draft emails to insurers counsel, committee counsel and UST re claims procedures motion (.3). Email from A. Martin re additional publication channels, consider issues re same (.3). Call with clients re publication decisions (.3). Email to A. Martin, J. Kim re client instructions on publication issues (.1). | 2.70 | $ 525.00/hr | $ 1,417.50 |
| 10/09/2023 | PJP | **B160 - Fee/Employment Applications:** Emails from and to P. Gaspari re Weintraub billing, task codes, format of billing (.2). | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/2023 | PJP | **B190 - Other Contested Matters:** Emails from and to J. Lucas re review of cash management information by Committee financial advisors for Committee position on motion (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 10/09/2023 | PJP | **L310 - Written Discovery:** Email to A. Martin re protective order necessity (.2). Research Oakland Diocese protective order re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/09/2023 | TRP | **B310 - Claims Administration and Objections:** Review proposed addition of newspapers to publication campaign, draft email to A. Moran and P. Pascuzzi regarding same. (.2). | 0.20 | $ 425.00/hr | $ 85.00 |
| 10/10/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from J. Passarello, Fr. Summerhays re 341 meeting question clarification, email to J. Blumberg re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/10/2023 | PJP | **B190 - Other Contested Matters:** Emails to and from J. Lucas re abuse survivor motion cap (.1). Review task coordination checklist to prepare for professionals call (.2). Attend same (.4). | 0.70 | $ 525.00/hr | $ 367.50 |
| 10/10/2023 | PJP | **B160 - Fee/Employment Applications:** Email to client team re hearing on ordinary course and interim compensation motions (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/10/2023 | PJP | **B310 - Claims Administration and Objections:** Email to Committee Counsel, UST re claims procedures motion drafts (.2). Email to Insurer counsel re claims procedures motion drafts (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/10/2023 | TRP | **B310 - Claims Administration and Objections:** Team zoom call regarding claims procedure motion and other projects (.4); review emails with revisions to claims procedure motion (.2); review emails to committee and insurers with revised draft motion papers (.1). | 0.70 | $ 425.00/hr | $ 297.50 |
| 10/10/2023 | JER | **B310 - Claims Administration and Objections:** Telephone call to R.R. at ADSF regarding assembling list of potential abuse claims. (.1). Emails with P. Carney regarding same. (.4). Emails with PJP regarding same. (.2). Review status of investigation. (.2) | 0.90 | $ 450.00/hr | $ 405.00 |
| 10/10/2023 | JER | **B160 - Fee/Employment Applications:** Preparation for hearings on Ordinary Course Professionals and Professional Compensation Procedures Motions (.3). | 0.30 | $ 450.00/hr | $ 135.00 |
| 10/10/2023 | JER | **B110 - Case Administration:** Telephone call from PJP regarding preparation Motions re extension of exclusivity and time for assumption of leases. Analysis regarding same (.2). | 0.20 | $ 450.00/hr | $ 90.00 |
| 10/10/2023 | JER | **B210 - Business Operations:** Emails with K.K. at ADSF regarding ADP Payroll invoices (.2). | 0.20 | $ 450.00/hr | $ 90.00 |
| 10/11/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from P. Carney and J. Rios re survivor claims, consider strategy (.2). Call with J. Rios re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/2023 | PJP | **L601 - Discovery Planning:** Review Committee revisions to protective order, consider strategy (.5). Email to O. Katz, A. Martin, J. Kim re same (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 10/11/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client meeting at SF offices after 341 meeting and court (.4). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/11/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for continued 341 meeting (1.7). Travel to SF for 341 meeting, hearings and client meetings (billed one half of actual travel time 2.0) (1.0). | 2.70 | $ 525.00/hr | $ 1,417.50 |
| 10/11/2023 | JER | **B310 - Claims Administration and Objections:** Emails with Weintraub counsel regarding preparation of list of potential abuse claimants. (.3). Telephone call from D. Zamora regarding same. (.2). Telephone call to R. R. at ADSF regarding same. (.3). Telephone calls to PJP and P. Carney regarding same. (.3). Analysis regarding investigation and due diligence for obtaining list of potential abuse claimants. (.3) | 1.40 | $ 450.00/hr | $ 630.00 |
| 10/11/2023 | PJP | **B160 - Fee/Employment Applications:** Review Committee application to employ counsel, email to client team re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/11/2023 | PJP | **B210 - Business Operations:** Email from T. Dressler (Wells Fargo) re credit card program issues, email to M. Flanagan, J. Passarello re same (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 10/12/2023 | JER | **B310 - Claims Administration and Objections:** Telephone call with P. Carney regarding investigation for potential claimants to serve Notice of Claims Bar Date. | 0.20 | $ 450.00/hr | $ 90.00 |
| 10/12/2023 | JER | **B160 - Fee/Employment Applications:** Prepare orders granting Motions re Ordinary Course Professionals (.3) and Interim Compensation Procedures. (.2). Emails with UST and Committee Counsel regarding approval of same. (.2) | 0.70 | $ 450.00/hr | $ 315.00 |
| 10/12/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Pre-meeting with client team (.9). Attend continued 341 meeting (3.1). Post-meeting with client team (.3). Travel to Sacramento (actual time 2.8) (billed one half time 1.4). | 5.70 | $ 525.00/hr | $ 2,992.50 |
| 10/12/2023 | PJP | **B160 - Fee/Employment Applications:** Prepare for hearings on ordinary course professionals motion, interim compensation procedures motion (.2). Attend same by Zoom (.3). Call to J. Rios re orders on motions and implementation of orders (.1). | 0.60 | $ 525.00/hr | $ 315.00 |
| 10/12/2023 | PJP | **B190 - Other Contested Matters:** Call with J. Lucas, O. Katz re Committee positions on cash management, wages and survivor program motions (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/12/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Meeting with Fr. Summerhays, P. Carney, J. Passaregan, M. Flanagan re case issues, tasks coming, status (.9). | 0.90 | $ 525.00/hr | $ 472.50 |

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to insurers re claims procedures motion status, timing, court timing (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/13/2023 | PJP | **B190 - Other Contested Matters:** Email to J. Lucas re survivor program issues, cap on pre-petition amounts (.5). Obtain information materials to respond to request to include in emails from J. Lucas re: same (.5). Email to P. Carney, Fr. Summerhays re same (.1). Emails from and to O. Katz, W. Weitz re cash management motion strategy in light of Committee position (.2). Review Committee response to Wages motion, consider issues (.5). Email to client team re same (.2). | 2.00 | $ 525.00/hr | $ 1,050.00 |
| 10/13/2023 | PJP | **B110 - Case Administration:** Email to W. Weitz, J. Passarello, M. Flanagan re schedules issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/13/2023 | PJP | **B210 - Business Operations:** Email from and to M. Flanagan re employee communications on priority PTO (.2). Review and revise draft employee communication (.5). | 0.70 | $ 525.00/hr | $ 367.50 |
| 10/13/2023 | JER | **B160 - Fee/Employment Applications:** Finalize and direct lodging of proposed orders re Ordinary Course Professionals and Interim Compensation procedures motions. | 0.40 | $ 450.00/hr | $ 180.00 |
| 10/13/2023 | JER | **B210 - Business Operations:** Review and analysis of client worksheets and invoices regarding requests for payment from ADP, Navia, and Grant Thornton. (.3). Telephone calls to ADSF regarding same. (.6). Draft email to PJP regarding same. (.4) | 1.30 | $ 450.00/hr | $ 585.00 |
| 10/14/2023 | PJP | **B190 - Other Contested Matters:** Finalize email to J. Lucas re increased cap request for survivor programs (.2). Finalize email to client team re Committee filing on wage motion, lack of filing on cash management motion (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/14/2023 | JER | **B210 - Business Operations:** Review notice of filing of pre-petition wage summary. (.1). Review and analysis of OCC response to motion for authority to pay pre-petition wages. (.2) | 0.30 | $ 450.00/hr | $ 135.00 |
| 10/15/2023 | JER | **B210 - Business Operations:** Analysis and emails with G.L. to address ADSF questions about invoices. | 0.40 | $ 450.00/hr | $ 180.00 |
| 10/16/2023 | PJP | **B190 - Other Contested Matters:** Organize case tasks, status, in preparation for professionals coordination call (.8). Attend same (.8). Review final order on survivor program (.1). Review final order on notice procedures (.1). Call with A. Uetz re common case issues common interest privileged (.3). Review final order on insurance motion (.1). Review final order on utilities motion (.2). Email to J. Kim re all final orders (.2). Review Committee response to wage motion, consider issues on reply (.3). Draft reply re wage motion (1.2). | 4.10 | $ 525.00/hr | $ 2,152.50 |

| 10/16/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on employee claims, notifying them of calculations for schedules (.6). Consider issues on certain payment questions from client (.2). | 0.80 | $ 525.00/hr | $ 420.00 |
|---|---|---|---|---|---|
| 10/16/2023 | PJP | **L601 - Discovery Planning:** Emails from and to P. Carney re OCC litigation hold letter, email to A. Martin re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/16/2023 | JER | **B210 - Business Operations:** Multiple emails with G.L. regarding payment of invoices. (.8). Investigation and analysis regarding same. (.5). | 1.30 | $ 450.00/hr | $ 585.00 |
| 10/17/2023 | PJP | **B310 - Claims Administration and Objections:** Follow up emails to and from Committee counsel, UST counsel re claims procedures motion comments (.2). Email to Insurers re same (.1). Review email and redlines from A. Frankel re claims procedures motion comments from his insurer clients, consider issues (.5). Emails to and from A. Martin, J. Kim re same (.2). | 1.00 | $ 525.00/hr | $ 525.00 |
| 10/17/2023 | BJ | **B160 - Fee/Employment Applications:** Prepare draft Monthly Professional Fee Statement for FFWPR | 0.80 | $ 105.00/hr | $ 84.00 |
| 10/17/2023 | PJP | **B190 - Other Contested Matters:** Review and revise response to Committee pleading re wages motion (.5). Emails to and from client team re same (.2). Call to T. Dressler re Wells Fargo issues, email to client team re same (.2). | 0.90 | $ 525.00/hr | $ 472.50 |
| 10/17/2023 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re health reserve account issues (.2). Emails from and to P. Carney re credit card issues (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/17/2023 | BJ | **B160 - Fee/Employment Applications:** Review, revise and redact Weintraub invoices | 1.00 | $ 105.00/hr | $ 105.00 |
| 10/17/2023 | JER | **B160 - Fee/Employment Applications:** Emails with ADSF team regarding entry of order granting Ordinary Course Professional's motion and next steps to obtain OCP Declarations and Questionnaires required by the Order. (.7). Email to ADSF team regarding entry of order granting Interim Compensation procedures motion. (.1) | 0.80 | $ 450.00/hr | $ 360.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2023 | PJP | **B310 - Claims Administration and Objections:** Email from insurers re claims procedures motion, consider issues re same (.2). Review all insurer requests for changes to claims procedures motion, consider strategy re same (.9). Call with A. Martin, J. Kim, G. Segretti re same (.9). Revise employee communication re claims, email to M. Flanagan re same (.2). Email to insurers re comments on claims procedures motion (.2). Review further comments from another insurer counsel to claims procedures motion, consider issues (.5). Email to A. Martin, J. Kim, G. Segretti re same (.2). Review further drafts of claims procedures motion, order, exhibits (.4). Email to A. Martin, J. Kim, G. Segretti re same (.2). Research regarding allowance of certain claims, legal theories re same (vague to preserve work product) (.8). | 4.50 | $ 525.00/hr | $ 2,362.50 |
| 10/18/2023 | PJP | **B160 - Fee/Employment Applications:** Emails from and to P. Carney, P. Gaspari, others re interim compensation procedures (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/18/2023 | PJP | **B190 - Other Contested Matters:** Review P. Carney email re reply to Committee response on wage motion, revise reply re same (.3). Email to P. Carney re same (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/18/2023 | TRP | **B310 - Claims Administration and Objections:** Review and comment on "publishing" components of claims procedure motion. | 0.20 | $ 425.00/hr | $ 85.00 |
| 10/18/2023 | BJ | **B160 - Fee/Employment Applications:** Prepare draft Monthly Fee Statement for Weintraub and prepare project breakdowns. | 2.00 | $ 105.00/hr | $ 210.00 |
| 10/18/2023 | JER | **B160 - Fee/Employment Applications:** Email to P. Carney regarding follow up on OCP declarations and Questionnaire required by Court's order. | 0.10 | $ 450.00/hr | $ 45.00 |
| 10/19/2023 | PJP | **B310 - Claims Administration and Objections:** Review and revise claims procedures motion re comments from insurers, UST and Committee (.5). Email to A. Martin re same (.1). Emails re final claims procedures motion, Omni review, implementation of publication, proper service clarification (.3). | 0.90 | $ 525.00/hr | $ 472.50 |
| 10/19/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to Fr. Summerhays, P. Carney, P. Gaspari re case issues (work product re other diocesan cases) (.2). Further update re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/19/2023 | PJP | **B120 - Asset Analysis and Recovery:** Consider issues on insurance recovery issues, other diocesan cases procedural steps (1.3). Email to B. Weinstein re same (.3). | 1.60 | $ 525.00/hr | $ 840.00 |
| 10/19/2023 | JER | **B160 - Fee/Employment Applications:** Multiple emails with co-counsel to coordinate interim fee notices pursuant to interim Compensation Order. (.2). Emails with J. Passarello regarding obtaining OCP Decorations and Questionaries. (.1) | 0.30 | $ 450.00/hr | $ 135.00 |

| 10/19/2023 | PJP | **B110 - Case Administration:** Call with W. Weitz re monthly operating report issues, review email re same (.2). Call with J. Passarello, W. Weitz re monthly operating report questions (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
|---|---|---|---|---|---|
| 10/19/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to M. Flanagan re employee claims issues, questions (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/19/2023 | PJP | **B190 - Other Contested Matters:** Emails to and from J. Lucas, J. Blumberg, J. Kim re survivor program final order (.2). Email to P. Carney, Fr. Summerhays re reply to Committee response on wages motion (.1). Further emails from M. Flanagan re wages motion and report (.2). Review and revise supplemental reply to cash management motion opposition of UST (.6). | 1.10 | $ 525.00/hr | $ 577.50 |
| 10/20/2023 | PJP | **B190 - Other Contested Matters:** Attention to revisions and filing of survivor program final order (.2). Email to courtroom deputy re submission of order and change to cap (.2). Finalize reply to Committee response on wage motion (,2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 10/21/2023 | PJP | **B190 - Other Contested Matters:** Review signed final orders for changes by court re utilities, notice procedures, insurance and survivor programs (.2). Email to client team re same (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/22/2023 | JER | **B190 - Other Contested Matters:** Review final orders re Utilities, Claim Procedures, Abuse Survivors, and Insurance. | 0.20 | $ 0.00/hr | No Charge |
| 10/23/2023 | PJP | **B110 - Case Administration:** Email to B. Whittaker at Omni re updated limited service list, review interim order and calendaring re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/23/2023 | PJP | **B160 - Fee/Employment Applications:** Review Omni September invoices (156 and 327), email to client team re same, consider issues on fee notice for 327 fees (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/23/2023 | PJP | **B110 - Case Administration:** Emails from D. Greenblatt re August and September monthly operating reports, call from him re same, emails re client approval (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/23/2023 | BJ | **B160 - Fee/Employment Applications:** Draft Monthly Fee Statement for Omni Agent Services. | 0.50 | $ 105.00/hr | $ 52.50 |
| 10/23/2023 | BJ | **B160 - Fee/Employment Applications:** Review and redact Omni Agent Services invoice. | 0.30 | $ 105.00/hr | $ 31.50 |
| 10/23/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client team future call (.9). Prepare for call with client re employee priority claims, strategy (.2). Attend same (1.0) | 2.10 | $ 525.00/hr | $ 1,102.50 |
| 10/23/2023 | BJ | **B160 - Fee/Employment Applications:** Draft Notice of Filing Supplement List of Ordinary Course Professionals | 0.40 | $ 105.00/hr | $ 42.00 |

| 10/23/2023 | JER | **B160 - Fee/Employment Applications:** Multiple emails to OCP professionals regarding preparation of Declaration and Questionnaire required by Court's order. (.8) Email to ADSF regarding OCP procedures. (.2). Direct preparation of worksheet regarding same. (.2) | 1.20 | $ 450.00/hr | $ 540.00 |
| 10/24/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to client team re status call (.1). Revise and finalize meeting agenda, email to clients (.2). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/24/2023 | PJP | **B190 - Other Contested Matters:** Review all tasks re professionals coordination issues (.3). Email to clients re cash management and wage motions court calendar, Zoom link, call in number (.2). Review professionals call checklist in preparation for professionals call (.5). Attend same (.8). Follow up call with W. Weitz (.1). Emails from and to J. Blumberg, O. Katz re cash management motion order (.1). | 2.00 | $ 525.00/hr | $ 1,050.00 |
| 10/24/2023 | PJP | **B210 - Business Operations:** Call with Fr. Summerhays re operations issues, questions (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/24/2023 | PJP | **L601 - Discovery Planning:** Consider issues on protective order, confidentiality issues (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/24/2023 | PJP | **B310 - Claims Administration and Objections:** Email from Committee Counsel with comments on claims procedures, review same, consider issues (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/24/2023 | BJ | **B160 - Fee/Employment Applications:** Review and revise B. Riley September 2023 Monthly Fee Statement | 0.60 | $ 105.00/hr | $ 63.00 |
| 10/24/2023 | JER | **B160 - Fee/Employment Applications:** Numerous emails to Ordinary Course Professionals regarding completing Declarations and Questionnaire's required by Court's order and related procedures. (1.5). Emails with ADSF Team regarding same. (.3). Work to prepare notices regarding same. (.2) | 2.00 | $ 450.00/hr | $ 900.00 |
| 10/25/2023 | PJP | **B310 - Claims Administration and Objections:** Review committee comments on claims procedures motion and forms, consider issues re same (1.6). Prepare for call with A. Martin, J. Kim re Committee claims procedures changes (.2). Attend same (1.4). Email to P. Gaspari, B. Weinstein re claims procedures Committee changes issues and strategy (.5). Research regarding claims issues (work product privileged) (.9). | 4.60 | $ 525.00/hr | $ 2,415.00 |
| 10/25/2023 | PJP | **B190 - Other Contested Matters:** Review recent reply to UST objection to cash management motion and supplemental declaration (.5). Call with J. Blumberg and O. Katz re cash management motion (.2). Emails from O. Katz and W. Weitz re UST position on cash management (.2). Call with J. Kim re revisions to proposed order re UST conversation (.2). Review revisions to proposed final order, email to J. Kim re same (.2). | 1.30 | $ 525.00/hr | $ 682.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 10/25/2023 | ASK | **B320 - Plan and Disclosure Statement:** Initial draft of Motion, Notice and Order to Extend the Debtor's Exclusivity Period | 1.50 | $ 105.00/hr | $ 157.50 |
| 10/25/2023 | JER | **B160 - Fee/Employment Applications:** Emails with J. Passarello regarding preparation of supplement to OCP list to include additional OCP's. | 0.50 | $ 450.00/hr | $ 225.00 |
| 10/25/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team status and strategy call (.4). Attend same (.9). | 1.30 | $ 525.00/hr | $ 682.50 |
| 10/25/2023 | JER | **B210 - Business Operations:** Multiple emails with ADSF Team regarding multiple invoice issues. (.8). Address follow up emails with G. Lee regarding same. (.3) | 1.10 | $ 450.00/hr | $ 495.00 |
| 10/25/2023 | JER | **B160 - Fee/Employment Applications:** Multiple emails Stewardship and other OCP's regarding completion of Declarations and Questionnaires required by Court's order. (1.0). Revise worksheet regarding same. (.2). Further emails with OCP's and review and comment on first drafts of Declarations and Questionnaires. (.6) | 1.80 | $ 450.00/hr | $ 810.00 |
| 10/25/2023 | BJ | **B160 - Fee/Employment Applications:** Review August and September 2023 invoices for Weinstein & Numbers (.4). Draft Monthly Fee Statement for Weinstein & Numbers for August and September 2023 and prepare breakdown of invoices (1.8). Prepare tracking worksheet for the Declarations and Questionnaires for the Ordinary Course Professionals (.5). | 2.70 | $ 105.00/hr | $ 283.50 |
| 10/25/2023 | JER | **B320 - Plan and Disclosure Statement:** Begin preparation of motion to extend Debtor's exclusivity period. | 0.20 | $ 450.00/hr | $ 90.00 |
| 10/25/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Begin preparation of motion to extend deadline for assumption or rejection of real property leases. | 0.20 | $ 450.00/hr | $ 90.00 |
| 10/26/2023 | PJP | **B210 - Business Operations:** Review talking points for employee meeting, comments to Fr. Summerhays re same (.4). Emails from and to F. Summerhays, M. Flanagan, P. Carney re credit card program (.2). Emails from and to J. Passarello re ADP payroll service issues (.1). Call with Fr. Summerhays re employee meeting (.3). | 1.00 | $ 525.00/hr | $ 525.00 |
| 10/26/2023 | PJP | **B190 - Other Contested Matters:** Prepare for hearing on wage motion, removal extension motion, cash management motion (O. Katz covering) (1.6). Call from W. Weitz re hearing strategy (.2). Attend hearing on wage, removal extension and cash management motions (.8). Call with client team re same (.1). Call with O. Katz re same (.1). Revise and finalize removal extension motion order (.2). Draft final order on wages motion (.5). | 3.50 | $ 525.00/hr | $ 1,837.50 |
| 10/26/2023 | JER | **B210 - Business Operations:** Emails with Client Team regarding invoice issues. | 0.20 | $ 450.00/hr | $ 90.00 |

| 10/26/2023 | JER | **B160 - Fee/Employment Applications:** Direct preparation of Notice of Declarations and Questionnaires required by Court Order. (.1). Review and revise draft Notice. (.2). Review returned Declaration and Questionnaire and emails regarding same. (.2). Emails with ADSF Team regarding follow up to complete OCP Declarations and Questionnaire and to add Supplemental OCP's. (.3). Telephone call with Nicolay Consulting regarding preparation of Declaration and Questionnaire. (.2) | 1.00 | $ 450.00/hr | $ 450.00 |
| 10/26/2023 | PJP | **B310 - Claims Administration and Objections:** Research re claims issues and strategy (work product privileged) (.6). Emails from and to J. Blumberg re UST comments on claims procedures motion, email to A. Martin re same (.2). | 0.80 | $ 525.00/hr | $ 420.00 |
| 10/26/2023 | PJP | **B160 - Fee/Employment Applications:** Review final monthly fee applications for filing for B. Riley, Weinstein, Weintraub, FFWPR, Omni, attention to filing and service (.3). Call from P. Gaspari re interim compensation procedures (.1). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/26/2023 | BJ | **B160 - Fee/Employment Applications:** Prepare draft Notice of Declarations and Questionnaires regarding Stewardship (.4). Revise tracking worksheet for the Declarations and Questionnaires for the Ordinary Course Professionals. (.3). | 0.70 | $ 105.00/hr | $ 73.50 |
| 10/26/2023 | PJP | **L310 - Written Discovery:** Call from O. Katz re Committee discovery (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/27/2023 | PJP | **B310 - Claims Administration and Objections:** Prepare for call with Committee counsel re claims procedures motion (.8). Attend same (1.5). Call to A. Martin re same (.2). | 2.50 | $ 525.00/hr | $ 1,312.50 |
| 10/27/2023 | PJP | **B210 - Business Operations:** Attend video call with employees (.3). Call with M. Flanagan re same (.1). Call from Fr. Summerhays re operations issues (.1). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/27/2023 | ASK | **B110 - Case Administration:** Finalize and file updated limited service list. | 0.20 | $ 105.00/hr | $ 21.00 |
| 10/27/2023 | PJP | **B190 - Other Contested Matters:** Email to J. Blumberg, J. Lucas re final order on payroll motion (.1). Review updated limited service list, attention to filing (.1). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/27/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review motion for relief from stay Victoria Castro, consider issues (.3). Email to P. Carney, P. Gaspari, B. Weinstein re same (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/27/2023 | JER | **B160 - Fee/Employment Applications:** Work with Heffernan regarding preparation of OCP Declaration and Questionnaire required by Court Order. (.1). Emails with Glassner regarding same. (.2). Emails with K. Ferry regarding same. (.2) | 0.50 | $ 450.00/hr | $ 225.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2023 | JER | **B310 - Claims Administration and Objections:** Email with PJP and W. Wait regarding survivor investigation for claims notice. (.3). Follow up with P. Carney and Victims Assistance Coordinator regarding same. (.2) | 0.50 | $ 450.00/hr | $ 225.00 |
| 10/29/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from F. Elsaesser re case issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/29/2023 | JER | **B160 - Fee/Employment Applications:** Emails with Stewardship regarding completion of Declaration and Questionnaire required by Court order. (.4). Emails with Glassner regarding same. (.2) | 0.60 | $ 450.00/hr | $ 270.00 |
| 10/29/2023 | JER | **B190 - Other Contested Matters:** Review Order granting deadline to remove actions. | 0.10 | $ 450.00/hr | $ 45.00 |
| 10/29/2023 | JER | **B310 - Claims Administration and Objections:** Email with P. Carney regarding investigation for collecting survivors names and addresses. | 0.20 | $ 450.00/hr | $ 90.00 |
| 10/30/2023 | PJP | **B160 - Fee/Employment Applications:** Email from J. Blumberg re UST motion for fee examiner, consider issues (.2). Email to client re same (.2). Numerous outreach emails regarding possible fee examiner suggestions, research re possible candidates (.9). | 1.30 | $ 525.00/hr | $ 682.50 |
| 10/30/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review motion for relief from stay by carrier re pre-petition state court coverage action, consider strategy re same (.7). Email to B. Weinstein, P. Carney, P. Gaspari re same (.2). Further emails re strategy on relief from stay motions by slip and fall plaintiff and coverage matter with P. Carney, P. Gaspari (.2). Call with B. Weinstein re same (.2). Further call with B Weinstein re Committee position re relief from stay matters (.2). | 1.50 | $ 525.00/hr | $ 787.50 |
| 10/30/2023 | PJP | **B310 - Claims Administration and Objections:** Email to J. Blumberg re claims procedures motion (.2). Review revisions to claims procedures order, survivor claim and confi agreement to address Committee issues, consider strategy re same (1.6). Call from J. Stang re claims procedures (.3). | 2.10 | $ 525.00/hr | $ 1,102.50 |
| 10/30/2023 | PJP | **B110 - Case Administration:** Consider issues on schedules amendments re insurance coverage action, email to W. Weitz re same (.3) | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/30/2023 | JER | **B190 - Other Contested Matters:** Address deadline for removal per Extension and follow up regarding same. | 0.10 | $ 450.00/hr | $ 45.00 |
| 10/30/2023 | JER | **B160 - Fee/Employment Applications:** Review draft Notice of Quarterly OCP payments. (.1). Emails with Beacon Pointe regarding OCP payment procedures and potential fee motion. (.3). Review and assist with Declaration and Questionnaire for Nicolay Consulting. (.2). Review and assist with Declaration and Questionnaire for Grant Thornton. (.2). Telephone calls with P. Carney regarding survivor investigation. (.4). Telephone call with Victim Assistance Coordinator regarding same. (.2). Analysis regarding same. (.2) | 1.60 | $ 450.00/hr | $ 720.00 |

| 10/30/2023 | PJP | **B190 - Other Contested Matters:** Review court order on cash management motion, email to client re same (.2). Email from and to bank lawyer re same (.1). Emails re revisions to cash management order re court ruling (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
|---|---|---|---|---|---|
| 10/31/2023 | JER | **B160 - Fee/Employment Applications:** Address revisions to Nicolay Consulting OCP Declaration and Questionnaire and email to N. Consulting regarding same. (.4). Review and address completed OCP Declaration and Questionnaire from Partners in Mission. (.2). Address updates to tracking worksheet. (.2). Follow up re BBK OCP Declaration and Questionnaire. (.1). Follow up re BBK OCP Declaration and Questionnaire. (.2). Follow up re Stewardship OCP Declaration and Questionnaire. (.1). Emails and telephone call with ADSF regarding same. (.3). Emails with BPM re BCM OCP Declaration and Questionnaire. (.5). | 2.00 | $ 450.00/hr | $ 900.00 |
| 10/31/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from creditor, emails to and from W. Weitz re same, email to creditor (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/31/2023 | PJP | **B190 - Other Contested Matters:** Review checklist for professionals coordination call, prepare for same (.3). Attend same (.7). Review revised cash management final order, email to J. Kim re same (.2). | 1.20 | $ 525.00/hr | $ 630.00 |
| 10/31/2023 | PJP | **B320 - Plan and Disclosure Statement:** Review USCCB amicus re third party plan releases issues before US Supreme Court (shared) (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/31/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft email to P. Carney re auditor questions, other case issues (1.1). | 1.10 | $ 525.00/hr | $ 577.50 |
| 10/31/2023 | PJP | **B160 - Fee/Employment Applications:** Email to J. Lucas, O. Katz re fee examiner suggestions (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/31/2023 | JER | **B310 - Claims Administration and Objections:** Multiple emails from Victim Assistance Coordinator regarding survivors for service of notice of claims bar date. | 0.20 | $ 450.00/hr | $ 90.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 10/03/2023 | FA | FedEx to Office of the U.S. Trustee | $ 22.86 |
| 10/06/2023 | FA | FedEx from US Trustee to FFWPR | $ 23.91 |
| 10/12/2023 | FA | Travel for Paul Pascuzzi to San Francisco for 341 Meeting:<br>Hotel $573.38<br>Parking $9.52<br>Tolls $7<br>Milage round trip $110.63 | $ 700.53 |
| 10/31/2023 | FA | Pacer - 126 Pages, 1 Audio File | $ 15.00 |

|  | **Total Hours** | 141.80 hrs |
|---|---|---|

| | |
|---|---|
| **Total Biller** | $ 66,204.00 |
| **Total Expenses** | $ 762.30 |
| **Total Invoice Amount** | $ 66,966.30 |
| **Previous Balance** | **$ 98,494.89** |
| **Balance (Amount Due)** | **$ 165,461.19** |

**Trust Account Summary**

**Billing Period: 10/02/2023 - 11/08/2023**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance |
|---|---|---|
| $0.00 | $0.00 | $92,570.51 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | | No activity for this billing period. | | |

**User Hours Summary**

**Billing Period: 10/02/2023 - 10/31/2023**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---|---|---|
| Paul J Pascuzzi | 91.20 | $ 525.00 | $ 47,880.00 |
| Jake E Rios | 34.40 | $ 450.00 | $ 15,480.00 |
| Jake E Rios | 0.30 | $ 450.00 | $ 0.00 |
| Thomas R Phinney | 3.90 | $ 425.00 | $ 1,657.50 |
| Allison Kieser | 2.30 | $ 105.00 | $ 241.50 |
| Allison Kieser | 0.70 | $ 105.00 | $ 0.00 |
| Brenda Jennings | 9.00 | $ 105.00 | $ 945.00 |