PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
          amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and<br>          Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINSTEIN & NUMBERS LLP [OCTOBER 2023]**<br><br>[NO HEARING REQUIRED] |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Weinstein & Numbers LLP, (hereinafter "Weinstein"), insurance counsel for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the month of October 2023 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing

Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weinstein on account of the Debtor for the month of October 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2023 through October 31, 2023 | $6,967.50 | $0.00 | $6,967.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $5,574.00 | $0.00 | $5,574.00 |

Attached hereto as **Exhibit A** is a summary of Weinstein's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weinstein professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of Weinstein's fees incurred during the period of October 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weinstein

///

///

///

///

///

within 14 days from the date of service of this Statement.

Dated: November 20, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By: /s/ Paul J. Pascuzzi
     PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: November 20, 2023    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Ori Katz
     ORI KATZ
     ALAN H. MARTIN

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

# Exhibit A

**Compensation by Professional Person for Hourly Services
for the Fee Period of
<u>October 2023</u>**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $425.00 | 1.40 | $595.00 |
| Adison Marshall | Associate | $350.00 | 0.90 | $315.00 |
| Barron L. Weinstein | Managing Partner | $625.00 | 2.30 | $1,437.50 |
| Brian Carolus | Legal Assistant/Paralegal | $210.00 | 22.00 | $4,620.00 |
| **TOTAL** | | | **26.60** | **$6,967.50** |

# Exhibit B

## Summary of Compensation by Project Category

### Compensation by Project Category for Hourly Services
### for the Fee Period of October 2023

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---:|---:|
| Asset Analysis and Recovery | 0.30 | $127.50 |
| **SUB-TOTAL** | **0.30** | **$127.50** |

**Litigation**

| Litigation (Abuse Claims) | Hours | Amount |
|---|---:|---:|
| **SUB-TOTAL** | **26.30** | **$6,840.00** |
| **TOTAL** | **26.60** | **$6,967.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

# Exhibit D

# Weinstein Invoices

# Weinstein & Numbers, LLP
## Attorneys at Law

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

INVOICE # 33775
Date: 11/14/2023

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 10/02/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new plaintiff excel matrix and update claimant folder titles and update tender matrix entries and tender matrix table of contents and update coverage chart entries and create new claimant folders and create new tender matrix claimant entries and create new coverage chart claimant entries (2.1). Zoom conference regarding new billing practices and upcoming mediation (.7). | 2.80 | $588.00 |
| 10/02/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review files and meet with team regarding status and preparation for mediation. | 0.30 | $187.50 |
| 10/02/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence, coverage chart, and tender reconciliation in order to prepare outgoing tenders. | 0.90 | $315.00 |
| 10/06/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence and claim number received (.1). Review claimant folder and tender matrix claimant entry (.1). Create new claimant folders, create new tender matrix claimant entries and update tender matrix table of contents, create new coverage chart claimant entries, and prepare correspondence regarding all (.3). | 0.50 | $105.00 |

-8-

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 10/06/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze coverage letter from Lloyd's and summary of policies from Lloyd's in response to ▇▇▇ claim. | 0.40 | $170.00 |
| 10/09/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new plaintiff excel matrix and update claimant folder titles, tender matrix, and coverage chart claimant entries. | 1.20 | $252.00 |
| 10/11/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Create new folder (.1). Review all tender matrix volumes and identify, highlight carrier denials for coverage denials identification project (1.6). Update tender matrix carrier data (.3). | 2.10 | $441.00 |
| 10/11/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and prepare correspondence regarding status of bankruptcy proceedings and new coverage counsel for Committee. | 0.30 | $187.50 |
| 10/12/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review all tender matrix volumes and identify, highlight carrier denials for coverage denials identification project (4.8). Update tender matrix carrier data (.5). Review claimant folder and tender matrix claimant entry (.1). | 5.40 | $1,134.00 |
| 10/13/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review all tender matrix volumes and identify, highlight carrier denials for coverage denials identification project (4.7). Update tender matrix claimant and carrier data (1.2). | 5.90 | $1,239.00 |
| 10/18/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of multiple emails and correspondence from defense counsel and counsel for carriers regarding claims notice procedure. | 0.30 | $127.50 |
| 10/23/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze correspondence from Chubb in response to four tenders of claims and analyze coverage issues. | 0.40 | $170.00 |
| 10/27/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review excel matrix and update claimant folder titles, tender matrix, and coverage chart. | 4.10 | $861.00 |
| 10/30/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Telephone conferences with counsel regarding motions for relief from stay (1.2); review pleadings regarding same (.7). | 1.70 | $1,062.50 |
| 10/30/2023 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of correspondence from bankruptcy counsel, carrier counsel and Committe Counsel re claims procedures motion and motion for relief from stay and fee examination. | 0.30 | $127.50 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 1.4 | $425.00 | $595.00 |
| Adison Marshall | 0.9 | $350.00 | $315.00 |

| Barry Weinstein | 2.3 | $625.00 | $1,437.50 |
| Brian Carolus | 22.0 | $210.00 | $4,620.00 |
| | | **Subtotal** | **$6,967.50** |
| | | **Total This Invoice** | **$6,967.50** |