1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7

8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
10    Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:    (415) 434-9100
12 Facsimile:    (415) 434-3947
   Email:        okatz@sheppardmullin.com
13                amartin@sheppardmullin.com

14 Attorneys for The Roman Catholic Archbishop of
   San Francisco

15                     UNITED STATES BANKRUPTCY COURT

16         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 | In re | Case No. 23-30564 |
19 | THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
20 | Debtor and | **MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN [OCTOBER 2023]** |
21 | Debtor in Possession. | |

22

23 **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

24     **NOTICE IS HEREBY GIVEN** that Weintraub Tobin Chediak Coleman Grodin, Law

25 Corporation, (hereinafter "<u>WT</u>"), special corporation and litigation attorneys for Debtor and Debtor

26 in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly

27 Professional Fee Statements for the month of October 2023.  Pursuant to the Order Establishing

28 Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF

No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by WT on account of the Debtor for the month of October 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2023 through October 31, 2023 | $13,749.50 | $1,584.55 | $15,334.05 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $10,999.60 | $1,584.55 | $12,584.15 |

Attached hereto as ***Exhibit A*** is a summary of WT's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each WT professional during the Fee Period.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of WT's fees incurred during the period of October 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon WT within

///
///
///
///
///
///

Case: 23-30564    Doc# 335    Filed: 11/20/23    Entered: 11/20/23 11:30:06    Page 2 of 25

14 days from the date of service of this Statement.

Dated: November 20, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By:/s/ Paul J. Pascuzzi
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: November 20, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:      /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period of October 2023**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $465.00 | 14.20 | $6,603.00 |
| Philip Green | Associate | $250.00 | 6.20 | $1,550.00 |
| Benjamin J. Lewis | Associate | $415.00 | 2.10 | $871.50 |
| Brian Gonzaga | Paralegal | $225.00 | 21.00 | $4,725.00 |
| **TOTAL** | | | **43.50** | **$13,749.50** |

Case No. 23-30564

Case: 23-30564     Doc# 335     Filed: 11/20/23     Entered: 11/20/23 11:30:16     Page 4 of
25

MONTHLY FEE STATEMENT
OCTOBER 2023

# Exhibit B

## Summary of Compensation by Project Category

### Compensation by Project Category for Hourly Services
### for the Period of October 2023

### General Categories

| Description | Hours | Amount |
|---|---|---|
| Case Administration | 0.30 | $124.50 |
| **TOTAL** | **0.30** | **$124.50** |

### Bankruptcy Categories

| Description | Hours | Amount |
|---|---|---|
| Case Administration | 20.90 | $6,156.50 |
| Meeting of Creditors | 4.60 | $2,139.00 |
| Other Contested Matters | 1.10 | $511.50 |
| Claims | 2.20 | $1,023.00 |
| Analysis/Strategy | 7.70 | $2,027.50 |
| Expert Witness/Discovery | 6.40 | $1,643.00 |
| **TOTAL** | **42.90** | **$13,500.50** |

### Litigation

| Litigation | Hours | Amount |
|---|---|---|
| **TOTAL** | **0.30** | **$124.50** |
| **GRAND TOTAL** | **43.50** | **$13,749.50** |

Case No. 23-30564
MONTHLY FEE STATEMENT
OCTOBER 2023

Case: 23-30564    Doc# 335    Filed: 11/20/23    Entered: 11/20/23 11:30:16    Page 5 of 25

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Federal Express | $100.87 |
| Delivery/Messenger | $1,483.68 |
| **TOTAL** | **$1,584.55** |

Case: 23-30564    Doc# 335    Filed: 11/20/23    Entered: 11/20/23 11:MONTHLY Page 6 of TEMENT
25                                                                        OCTOBER 2023

**Exhibit D**

**WT Invoices**



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

November 06, 2023
Client:          150363

For Professional Services Rendered Through October 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000000 | General matters | 98468956 | $124.50 | $0.00 | $124.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,510.00 |
| Current Charges | $124.50 |
| **Balance Due:** | **$3,634.50** |

| | |
|---|---|
| **Retainer Balance** | **$209,511.48** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

November 06, 2023
Client:        150363
Matter:        000000
Invoice #:     98468956

Page:              1

RE:  General matters

For Professional Services Rendered Through October 31, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/3/2023 | BJLE | Review of email from Paula Carney regarding ███ ███ Review of files and preparation of response. [L190 - A106](0.30) | 0.30 | $124.50 |
| | | Total Services | 0.30 | $124.50 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------------------|-----------|-------|---------|---------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $415.00 | $124.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $951,277.50 | Previous Balance | $3,510.00 |
| | | Current Charges | $124.50 |
| Total Disbursements to Date: | $31,685.80 | **Balance Due** | **$3,634.50** |
| Total to Date: | $982,963.30 | | |

The Archdiocese of San Francisco

RE: General matters

November 06, 2023
Client:        150363
Matter:        000000
Invoice #:    98468956

Page:              2

| Retainer Balance | | | $209,511.48 |
| --- | --- | --- | --- |

| Task | Description | Hours | Amount |
| --- | --- | --- | --- |
| L190 | Other - Communicate w/Client | 0.30 | $124.50 |
| | Total Hours | 0.30 | |
| | Total Fees: | | $124.50 |



## weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:          150363

For Professional Services Rendered Through October 31, 2023

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000499 | John Doe ▮ aka ▮ | 98468639 | $0.00 | $36.70 | $36.70 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $36.70 |
| **Balance Due:** | **$36.70** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:         150363
Matter:         000499
Invoice #:    98468639

Page:                1

RE: John Doe ████ aka ████████

For Professional Services Rendered Through October 31, 2023

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/15/2023 | Federal Express- Express Mail- 9/12/2023 ████████ [E100 - E107] | $36.70 |

|  |  |
|--|--|
| Total Expenses | $36.70 |

| | | |
|--|--|--|
| Total Fees to Date: | $4,336.50 | |
| Total Disbursements to Date: | $36.70 | |
| Total to Date: | $4,373.20 | |

| | |
|--|--|
| Current Charges | $36.70 |
| Balance Due | $36.70 |

The Archdiocese of San Francisco

RE: John Doe ▮ aka ▮

November 03, 2023
Client: 150363
Matter: 000499
Invoice #: 98468639

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $36.70 |

| | |
|------|------|
| **Total Hours** | 0.00 |
| **Total Fees:** | $0.00 |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:       150363

For Professional Services Rendered Through October 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000769 | John Doe ▮ (aka ▮) | 98468640 | $0.00 | $1,483.68 | $1,483.68 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,854.50 |
| Current Charges | $1,483.68 |
| Less Payments | $3,854.50 |
| **Balance Due:** | **$1,483.68** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Case: 23-30564      Doc# 335      Filed: 11/20/23      Entered: 11/20/23 11:47:56      Page 14 of 25

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:        150363
Matter:        000769
Invoice #:    98468640

Page:                1

RE: John Doe ██ (aka ███████ )

For Professional Services Rendered Through October 31, 2023

---

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.60 | $430.00 | $258.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/21/2023 | Array- Records- ███████████ re. ███████ ██ | $166.00 |
| 8/21/2023 | Array- Records- ███████ re. ███████ | $131.00 |
| 8/21/2023 | Array- Records- ███████ re. ██████████ ██ | $166.00 |
| 8/21/2023 | Array- Records- ███████ re. ████████ | $256.00 |
| 8/21/2023 | Array- Records- ██████████████ re. | $191.16 |
| 8/21/2023 | Array- Records- ████████ re. ███████ ██ | $191.16 |
| 8/21/2023 | Array- Records- █████████ re. ██████ | $191.18 |
| 8/21/2023 | Array- Records- ███████████ re. ████ | $191.18 |

The Archdiocese of San Francisco

RE: John Doe ███ (aka ███████████)

November 03, 2023
Client: 150363
Matter: 000769
Invoice #: 98468640

Page: 2

## EXPENSES

| Date | Description of Expenses | | Amount |
|------|------------------------|---|--------|
| | | Total Expenses | $1,483.68 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $3,558.00 | Previous Balance | $3,854.50 |
| Total Disbursements to Date: | $1,940.18 | Current Charges | $1,483.68 |
| Total to Date: | $5,498.18 | Less Payments | $3,854.50 |
| | | **Balance Due** | **$1,483.68** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| | {Invalid Task} | 0.00 | $1,483.68 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.60 | $0.00 |
| | | **Total Hours** 0.00 | |
| | | **Total Fees:** $0.00 | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:          150363

For Professional Services Rendered Through October 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000932 | ██████████ | 98468641 | $124.50 | $0.00 | $124.50 |

## Account Summary

| | |
|---|---|
| Current Charges | $124.50 |
| **Balance Due:** | **$124.50** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub**|**tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

November 03, 2023
Client:          150363
Matter:          000932
Invoice #:     98468641

Page:                    1

RE: ███████████████

For Professional Services Rendered Through October 31, 2023

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/21/2023 | BJLE | Exchange of emails with Plaintiff's counsel regarding Plaintiff's deposition and stay. [L110 - A107](0.30) | 0.30 | $124.50 |
| | | Total Services | 0.30 | $124.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|-------------------|-----------|-------|---------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $415.00 | $124.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $124.50 | Current Charges | $124.50 |
| Total Disbursements to Date: | $0.00 | Balance Due | $124.50 |
| Total to Date: | $124.50 | | |

The Archdiocese of San Francisco

RE: ███████████████

November 03, 2023
Client:        150363
Matter:        000932
Invoice #:   98468641

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun./Other( | 0.30 | $124.50 |
| | **Total Hours** | 0.30 | |
| | **Total Fees:** | | $124.50 |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

November 13, 2023
Client:        150363

For Professional Services Rendered Through October 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98469541 | $13,500.50 | $64.17 | $13,564.67 |

## Account Summary

| | |
|---|---|
| Previous Balance | $10,894.00 |
| Current Charges | $13,564.67 |
| **Balance Due:** | **$24,458.67** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

November 13, 2023
Client:          150363
Matter:          900036
Invoice #:      98469541

Page:                1

RE:  Bankruptcy

For Professional Services Rendered Through October 31, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/5/2023 | BGON | Review cases and prepare summary of cases with Santa Rosa or Oakland as co-defendant. [B100 - B110](4.30) | 4.30 | $967.50 |
| 9/7/2023 | BGON | Draft Notice of Claim forms and addendum for filing with the Bankruptcy Court in cases with the Diocese of Oakland as a Co-Defendant. [L110 - A104](6.20) | 6.20 | $1,395.00 |
| 9/18/2023 | BGON | Review and update of case information and send to W. Weitz to prepare Bankruptcy Statements and Schedules. [B100 - B110](6.00) | 6.00 | $1,350.00 |
| 9/19/2023 | BGON | Review and update of case information and send to W. Weitz to prepare Bankruptcy Statements and Schedules. [B100 - B110](4.50) | 4.50 | $1,012.50 |
| 10/2/2023 | PEG | Call with Pascuzzi regarding continued 341 hearing preparation. [L230 - A107](0.30) | 0.30 | $139.50 |
| 10/4/2023 | PEG | Review of Creditor Committee litigation hold letter. [L320 - A104](0.20) | 0.20 | $93.00 |
| 10/4/2023 | PEG | Review of memorandum from Alan Martin regarding claim in Santa Rosa proceeding. [L110 - A107](0.20) | 0.20 | $93.00 |
| 10/4/2023 | PEG | Prepare for meeting with Archbishop regarding 341 hearing. [L230 - A101](0.60) | 0.60 | $279.00 |
| 10/4/2023 | PEG | Review of memoranda from Paul Pascuzzi and Fr. Summerhays; review of draft proposed statement and Q&A. [L230 - A101](0.60) | 0.60 | $279.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 13, 2023
Client:        150363
Matter:        900036
Invoice #:   98469541

Page:               2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/5/2023 | PEG | Meeting at Chancery to prepare for continued 341 hearing. [L230 - A101](2.50) | 2.50 | $1,162.50 |
| 10/5/2023 | BJLE | Exchange of emails with Paula Carney regarding status update on Santa Rosa Claims. [L190 - A106](0.20) | 0.20 | $83.00 |
| 10/5/2023 | BJLE | Review of Archdiocese of San Francisco cases and confirm claims that have Diocese of Santa Rosa as co-defendants in preparation for filing bankruptcy claim. [L120 - A104](0.50) | 0.50 | $207.50 |
| 10/11/2023 | PEG | Review of draft claim to be submitted in Santa Rosa proceeding. [B300 - B310](0.30) | 0.30 | $139.50 |
| 10/11/2023 | PEG | Prepare for continued 341 hearing. [B100 - B110](0.70) | 0.70 | $325.50 |
| 10/11/2023 | PEG | Review and edit claims procedures motion. [B300 - B310](0.40) | 0.40 | $186.00 |
| 10/11/2023 | BJLE | Review of victim assistance documents and preparation of list of victims per request from client. [L120 - A106](0.30) | 0.30 | $124.50 |
| 10/12/2023 | PEG | Pre-meeting for 341 hearing. [B100 - B150](1.00) | 1.00 | $465.00 |
| 10/12/2023 | PEG | Appearance at continued 341 hearing. [B100 - B150](3.00) | 3.00 | $1,395.00 |
| 10/12/2023 | PEG | Follow up with Mezzetti and Starcevich regarding coverage. [B100 - B150](0.30) | 0.30 | $139.50 |
| 10/12/2023 | BJLE | Review of Victim Assistance Coordinator Files to analyze what document are in the file, what victims are listed, and ascertain victim contact information. [L110 - A104](0.50) | 0.50 | $207.50 |
| 10/12/2023 | PMG | Reviewed discovery responses and prepared information regarding claimants for claims in related proceedings. [L310 - A104](5.60) | 5.60 | $1,400.00 |
| 10/13/2023 | PMG | Prepared contact information regarding claimants. [L390 - A104](0.60) | 0.60 | $150.00 |
| 10/14/2023 | PEG | Review of final form of claim in Santa Rosa proceeding. Preparation of reply to Alan Martin regarding same. [B300 - B310](0.30) | 0.30 | $139.50 |
| 10/15/2023 | PEG | Review of reply from Alan Martin. [B300 - B310](0.20) | 0.20 | $93.00 |
| 10/25/2023 | PEG | Exchange with Pascuzzi regarding abuse definition in claim form. [B300 - B310](0.30) | 0.30 | $139.50 |
| 10/25/2023 | PEG | Conference call with Debtor team regarding status/task issues. [B100 - B110](0.80) | 0.80 | $372.00 |
| 10/25/2023 | PEG | Review of and preparation of comments on draft form of Claim and Supplement. [B300 - B310](0.40) | 0.40 | $186.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 13, 2023
Client: 150363
Matter: 900036
Invoice #: 98469541

Page: 3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 10/26/2023 | PEG | Appearance at continued hearings before Judge Montali. [B100 - B110](0.70) | 0.70 | $325.50 |
| 10/30/2023 | PEG | Review of carrier motion for relief from stay. Call with Weinstein regarding motion. [B100 - B190](0.50) | 0.50 | $232.50 |
| 10/30/2023 | PEG | Call with Paula Carney regarding relief from stay motions. [B100 - B190](0.30) | 0.30 | $139.50 |
| 10/30/2023 | PEG | Call with Paula Carney regarding Statement on IRB process. [B100 - B150](0.30) | 0.30 | $139.50 |
| 10/31/2023 | PEG | Call with Jeff Anderson regarding claim forms. [B300 - B310](0.30) | 0.30 | $139.50 |
| | | Total Services | 42.90 | $13,500.50 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 14.20 | $465.00 | $6,603.00 |
| PMG | Philip Green | ASSOCIATE | 6.20 | $250.00 | $1,550.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.50 | $415.00 | $622.50 |
| BGON | Brian Gonzaga | PARALEGAL | 21.00 | $225.00 | $4,725.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/25/2023 | Federal Express- Express Mail- 8/16/2023 Paula Carney [E100 - E107] | $34.02 |
| 9/22/2023 | Federal Express- Express Mail- 9/18/2023 Beth C. Hopwood [E100 - E107] | $30.15 |
| | Total Expenses | $64.17 |

| Total Fees to Date: | $24,394.50 |
|---|---|
| Total Disbursements to Date: | $64.17 |
| Total to Date: | $24,458.67 |

| Previous Balance | $10,894.00 |
|---|---|
| Current Charges | $13,564.67 |
| **Balance Due** | **$24,458.67** |

The Archdiocese of San Francisco

RE: Bankruptcy

November 13, 2023
Client:          150363
Matter:          900036
Invoice #:    98469541

Page:                4

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 17.00 | $4,353.00 |
| B100 | Meetings of and Communications with Creditors | 4.60 | $2,139.00 |
| B100 | Other Contested Matters (excluding assumption/re | 0.80 | $372.00 |
| B300 | Claims Administration and Objections | 2.20 | $1,023.00 |
| E100 | Delivery/Messenger | 0.00 | $64.17 |
| L110 | Fact Investigation/Development - Review/Analyze | 6.70 | $1,602.50 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $93.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.50 | $207.50 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.30 | $124.50 |
| L190 | Other - Communicate w/Client | 0.20 | $83.00 |
| L230 | Court Mandated Conferences - Plan & Prepare Fo | 3.70 | $1,720.50 |
| L230 | Court Mandated Conferences - Commun./Other Co | 0.30 | $139.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 13, 2023
Client:       150363
Matter:       900036
Invoice #:   98469541

Page:             5

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L310 | Written Discovery - Review/Analyze | 5.60 | $1,400.00 |
| L320 | Document Production - Review/Analyze | 0.20 | $93.00 |
| L390 | Other Discovery - Review/Analyze | 0.60 | $150.00 |

| | | |
|---|---|---|
| **Total Hours** | **42.90** | |
| **Total Fees:** | **$13,500.50** | |