PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:     (650) 251-5000
Facsimile:      (650) 251-5002

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*

*(additional counsel listed on signature page)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and Debtor in Possession. | Bankruptcy Case<br>Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Pierce MacConaghy, do declare and state as follows:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2475 Hanover Street, Palo Alto, California 94304. On November 22, 2023, I served a copy of the following document:

**NOTICE OF CONTINUED HEARING ON CERTAIN INSURERS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**

on the interested party in this action by:

**BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said documents in a sealed envelope addressed to the persons at the addresses listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

**SEE ATTACHED**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 22, 2023, at Palo Alto, California.

By: /s/ *Pierce A. MacConaghy*
PIERCE A. MACCONAGHY (SBN 341371)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: pierce.macconaghy@stblaw.com

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

ALEXANDER POTENTE (SBN 208240)
alex.potente@clydeco.us

JASON J. CHORLEY (SBN 263225)
jason.chorley@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone: 415-365-9800
Facsimile: 415-365-9801

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*

# File a Notice:

23-30564 The Roman Catholic Archbishop of San Francisco

Type: bk　　　　　　　　　　　　Chapter: 11 v　　　　　　　　　　　　Office: 3 (San Francisco)
Assets: y　　　　　　　　　　　　Judge: DM　　　　　　　　　　　　　Case Flag: PlnDue, DsclsDue, CLMAGT

## U.S. Bankruptcy Court

## California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from Pierce MacConaghy entered on 11/22/2023 at 10:33 AM PST and filed on 11/22/2023
**Case Name:**　　　　The Roman Catholic Archbishop of San Francisco
**Case Number:**　　　23-30564
**Document Number:** 339

**Docket Text:**
Notice of Continued Hearing (RE: related document(s)[251] Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice)). **Hearing scheduled for 12/14/2023 at 01:30 PM Tele/Videoconference - www.canb.uscourts.gov/calendars for [251],.** Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** ADSF - Notice of Continued Hearing for Stay Relief.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=11/22/2023] [FileNumber=38960699 -0] [a49155514b8043210816d238eb182999fe1e839e7143238554f5e7f532867ecc1 015043deba33279a5fa090d8783965db226eb5e1dabe53703f961841a5b705e]]

**23-30564 Notice will be electronically mailed to:**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company

jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro

rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

**23-30564 Notice will not be electronically mailed to:**

Sophia Achermann
605 Market Street, Suite 1103
San Francisco, CA 94105

C. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

J. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Berkeley Research Group, LLC
201 S. Main, Ste. 450
Salt Lake City, UT 84111

R. C.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Robin D. Craig on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
CRAIG & WINKELMAN LLP
2001 Addison Street, Suite 300

Berkeley, CA 94704

J. D.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

H. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F. Jr.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Andrew T. Frankel on behalf of Interested Party Century Indemnity Company
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Dennis Fruzza
(aka Dennis Gehrmann)
Stephen Estey, Esq.
Estey & Bomberger LLP
2869 India Street
San Diego, CA 92103

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory & Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division

P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell on behalf of Interested Party Chicago Insurance Company
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Rosalle Marcic
c/o Jeannette A. Vaccaro, Esq.
315 Montgomery St. 10th Floor
San Francisco, CA 94104

Brittany M. Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Not Assigned - SF
,

Omni Agent Solutions
5955 De Soto Avenue
Suite 100
Woodland Hills, CA

Omni Agent Solutions, Inc.
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Alexander Potente on behalf of Interested Party Century Indemnity Company
CLYDE & CO US LLP
150 California Street
15th Floor
San Francisco, CA 94111

D. R.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Damion D. D. Robinson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
355 South Grand Avenue,Suite 2450
Los Angeles, CA 90071

Russell W. Roten on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-5450

A. S.

c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd. 11th Fl.
Los Angeles, CA 90067-4100

Fr. Patrick Summerhays
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109

Michael H. Torkin on behalf of Interested Party Century Indemnity Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Miranda H. Turner on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Weinstein & Numbers, LLP
115 Ward Street
Larkspur, CA 94939

Weintraub Tobin Chediak Coleman & Grodin
475 Sansome St.
San Francisco, CA 94111