# Notice Recipients

District/Off: 0971–3          User: admin          Date Created: 11/27/2023

Case: 23–30564               Form ID: TRANSC      Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jason Blumberg | jason.blumberg@usdoj.gov |
| aty | John William Lucas | jlucas@pszjlaw.com |
| aty | Ori Katz | okatz@sheppardmullin.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |

TOTAL: 4