PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On November 28, 2023, I served true copies of the following document(s) described as:

**DEBTOR'S STATUS UPDATE REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'** *EX PARTE* **APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF THE DEBTOR; AND PRODUCTION OF DOCUMENTS OF DEBTOR, PARISHES, AND AFFILIATES' AND ORDERING DEBTOR TO SUBMIT DECLARATION**

on the interested parties in this action as follows:

*See Service List below*

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

The Honorable Judge Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
**by FedEx Overnight**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 28, 2023, at San Francisco, California.

                                          */s/ Dorothy M. Gatmen*
                                          Dorothy M. Gatmen

**Registered Electronic Participants**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

| | |
|---|---|
| 1 | Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company<br>tjacobs@phrd.com |
| 3 | Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>daniel.james@clydeco.us |
| 5 | Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation<br>chris.johnson@diamondmccarthy.com |
| 7 | Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>jkahane@duanemorris.com |
| 9 | Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 10 | Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jekim@sheppardmullin.com, dgatmen@sheppardmullin.com |
| 12 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 13-14 | Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>bluu@duanemorris.com |
| 15 | Pierce MacConaghy on behalf of Interested Party Century Indemnity Company<br>pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com |
| 17 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 18-19 | Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>amina@duanemorris.com |
| 20-21 | Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>michael.norton@clydeco.us, nancy.lima@clydeco.us |
| 22 | Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov |
| 24 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 25 | Mark D. Plevin on behalf of Interested Party Continental Casualty Company<br>mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 27 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher<br>dbp@provlaw.com |
| 28 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain |

| | |
|---|---|
| 1 | London Market Companies<br>nreinhardt@duanemorris.com |
| 2 | |
| 3 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jrios@ffwplaw.com, docket@ffwplaw.com |
| 4 | Matthew Roberts on behalf of Interested Party Appalachian Insurance Company<br>mroberts@phrd.com |
| 5 | |
| 6 | Annette Rolain on behalf of Interested Party First State Insurance Company<br>arolain@ruggerilaw.com |
| 7 | Cheryl C. Rouse on behalf of Creditor Victoria Castro<br>rblaw@ix.netcom.com |
| 8 | |
| 9 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 10 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 11 | catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 12 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>jweinberg@ruggerilaw.com |
| 13 | |
| 14 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 15 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 16 | |
| 17 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>yongli.yang@clydeco.us |