**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 23−30564 DM 11 |
| | Chapter: 11 |
| The Roman Catholic Archbishop of San Francisco | |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 11/9/2023 was filed on December 1, 2023. The following deadlines apply:

The parties have until Friday, December 8, 2023 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Friday, December 22, 2023.

If a request for redaction is filed, the redacted transcript is due Tuesday, January 2, 2024.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Thursday, February 29, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: <u>12/4/23</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court