# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 12/1/2023 |
| Case: 23–30564 | Form ID: TRANSC | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Catalina Sugayan | catalina.sugayan@clydeco.us |
| aty | James I. Stang | jstang@pszjlaw.com |
| aty | Jason Blumberg | jason.blumberg@usdoj.gov |
| aty | Matthew Michael Weiss | mweiss@phrd.com |
| aty | Ori Katz | okatz@sheppardmullin.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty    Andrew T. Frankel    Simpson, Thacher and Bartlett    425 Lexington Ave.    New York, NY 10017
     ANDREW T. FRANKEL    Simpson Thacher & Bartlett LLP    425 Lexington Avenue    New York, NY 10017

TOTAL: 2