In re: Case No. 23-30564-DM

The Roman Catholic Archbishop of San Fra Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3     User: admin     Page 1 of 3

Date Rcvd: Dec 01, 2023     Form ID: TRANSC     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrew T. Frankel, Simpson, Thacher and Bartlett, 425 Lexington Ave., New York, NY 10017-3954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | ANDREW T. FRANKEL, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017-3954 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan H. Martin | on behalf of Debtor The Roman Catholic Archbishop of San Francisco AMartin@sheppardmullin.com lwidawskyleibovici@sheppardmullin.com |
| Allan B Diamond | on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation adiamond@diamondmccarthy.com |
| Amanda L. Cottrell | on behalf of Debtor The Roman Catholic Archbishop of San Francisco acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| Andrew Mina | |

on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies amina@duanemorris.com

Annette Rolain

on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com

Betty Luu

on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies bluu@duanemorris.com

Blaise S Curet

on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation bcuret@spcclaw.com

Catalina Sugayan

on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Cheryl C. Rouse

on behalf of Creditor Victoria Castro rblaw@ix.netcom.com

Christina Lauren Goebelsmann

on behalf of U.S. Trustee Office of the U.S. Trustee / SF christina.goebelsmann@usdoj.gov

Christopher D. Johnson

on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation chris.johnson@diamondmccarthy.com

Daniel James

on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies daniel.james@clydeco.us

David Elbaum

on behalf of Interested Party Century Indemnity Company david.elbaum@stblaw.com

Deanna K. Hazelton

on behalf of U.S. Trustee Office of the U.S. Trustee / SF deanna.k.hazelton@usdoj.gov

Debra I. Grassgreen

on behalf of Creditor Committee The Official Committee of Unsecured Creditors dgrassgreen@pszjlaw.com  hphan@pszjlaw.com

Douglas B. Provencher

on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com

George Calhoun

on behalf of Interested Party Century Indemnity Company george@ifrahlaw.com

Hagop T. Bedoyan

on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com  ecf@kleinlaw.com

Harris Winsberg

on behalf of Interested Party Appalachian Insurance Company hwinsberg@phrd.com

James I. Stang

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jason Blumberg

on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov  ustpregion17.sf.ecf@usdoj.gov

Jason Chorley

on behalf of Interested Party Century Indemnity Company jason.chorley@clydeco.us  Robert.willis@clydeco.us

Jason E. Rios

on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com  docket@ffwplaw.com

Jeannie Kim

on behalf of Debtor The Roman Catholic Archbishop of San Francisco jekim@sheppardmullin.com  dgatmen@sheppardmullin.com

Jeff D. Kahane

on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies jkahane@duanemorris.com

John Bucheit

on behalf of Interested Party Appalachian Insurance Company jbucheit@phrd.com

John William Lucas

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua D Weinberg

on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Joshua K Haevernick

on behalf of Interested Party St. Paul Fire and Marine Insurance Co. joshua.haevernick@dentons.com

| | |
|---|---|
| Mark D. Plevin | on behalf of Interested Party Continental Casualty Company mplevin@crowell.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Matthew Roberts | on behalf of Interested Party Appalachian Insurance Company mroberts@phrd.com |
| Matthew Michael Weiss | on behalf of Interested Party Appalachian Insurance Company mweiss@phrd.com |
| Michael Norton | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies michael.norton@clydeco.us nancy.lima@clydeco.us |
| Michael W Ellison | on behalf of Interested Party First State Insurance Company mellison@sehlaw.com |
| Nathan W. Reinhardt | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies nreinhardt@duanemorris.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Ori Katz | on behalf of Debtor The Roman Catholic Archbishop of San Francisco okatz@sheppardmullin.com LSegura@sheppardmullin.com |
| Paul J. Pascuzzi | on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com docket@ffwplaw.com |
| Phillip John Shine | on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov |
| Pierce MacConaghy | on behalf of Interested Party Century Indemnity Company pierce.macconaghy@stblaw.com janie.franklin@stblaw.com |
| Robert David Gallo | on behalf of Interested Party Appalachian Insurance Company dgallo@phrd.com |
| Robert G. Harris | on behalf of Creditor Archbishop Riordan High School rob@bindermalter.com RobertW@BinderMalter.com |
| Todd C. Jacobs | on behalf of Interested Party Appalachian Insurance Company tjacobs@phrd.com |
| Trevor Ross Fehr | on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov |
| Yongli Yang | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies yongli.yang@clydeco.us |

TOTAL: 45

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In re Debtor(s): | Case No.: 23−30564 DM 11 |
|---|---|
| The Roman Catholic Archbishop of San Francisco | Chapter: 11 |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on 11/9/2023 was filed on December 1, 2023. The following deadlines apply:

The parties have until Friday, December 8, 2023 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Friday, December 22, 2023.

If a request for redaction is filed, the redacted transcript is due Tuesday, January 2, 2024.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Thursday, February 29, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 12/4/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court