| | |
|---|---|
| **From:** | Doug Mann |
| **To:** | Lorena Parada |
| **Subject:** | Asset purchase related to Archdiocese bankruptcy |
| **Date:** | Saturday, December 2, 2023 6:51:48 PM |

**CAUTION - EXTERNAL:**

Dear Ms. Parada,

Upon hearing about the archdiocese bankruptcy, it occurred to me that there is an asset which may not have been noticed on the books, and it may be a value to the proceedings when the arrangements are made to pay the various litigants.

In Livermore, there exists some acreage at the edge of town which the archdiocese had planned for a high school. The high school has subsequently not been needed, and the land has been essentially ignored. It has significant environmental value.

We maintain a fund that is designated to purchase open space for environmental protection, and we would certainly entertain the idea of using this money to purchase this asset. We are not sure if the archdiocese itself would be allowed to sell anything during these procedures, nor where exactly we would direct this request.. Any suggestion you have would be greatly appreciated.

Thank you,

Doug Mann
Secretary, Citizens for Balanced Growth
925 449-8147

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.