

**Entered on Docket**
**December 06, 2023**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: December 5, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  CHERYL C. ROUSE
   (State Bar No. 118313)
2  NORMAN P. BAHLERT
   (State Bar No. 135693)
3  LAW OFFICES OF ROUSE
   & BAHLERT
4  1246 18th Street
   San Francisco, CA 94107
5  Mailing Address:
   1459 18th Street, #104
6  San Francisco, CA 94107
   Tel No. (415) 575-9444
7  rblaw@ix.netcom.com

8  Attorneys for Movant
   Victoria Castro
9

10            UNITED STATES BANKRUPTCY COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13                                    )  Case No.: 23-30564
                                      )  Chapter 11
14  In re                             )
                                      )  RS No.  CCR-507
15                                    )
    The Roman Catholic Archbishop of San  )  ORDER GRANTING MOTION
16  Francisco,                        )  FOR RELIEF FROM STAY TO
                                      )  PROCEED WITH STATE COURT
17                                    )  LITIGATION
             Debtor.                  )
18                                    )
                                      )  Date:   November 30, 2023
19                                    )  Time:   1:30 p.m.
   _____    )  Hearing: Via Tele/Video Conference
20

21        The motion of Victoria Castro  (hereinafter "Movant") for an order terminating the

22  automatic stay provisions of 11 U.S.C. §362 and permitting Movant to continue to prosecute

23  an action pending in the superior court, state of California for personal injury, with the

24  recovery of any damages solely against any applicable insurance proceeds came on regularly

25  for hearing on November 30, 2023 before the Honorable Dennis Montali of the United States

26  Bankruptcy Court, located at 450 Golden Gate Ave, 16th Floor, Courtroom 17, San

27  Francisco, CA 94102.

28        Movant appeared through counsel Cheryl C. Rouse of the Law Offices of Rouse &

Case: 23-30564   Doc# 360   Filed: 12/05/23   Entered: 12/06/23 11:10:20   Page 1 of 3

1  Bahlert.  All other appearances are as noted on the record.

2     NOW THEREFORE, the Court, having duly considered the papers and pleadings on

3  file herein, the arguments of counsel, and being fully advised therein and finding good cause

4  therefor;

5     IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. §362 be

6  and hereby are terminated immediately pursuant to 11 U.S.C. §362(d)(1) as to the pending

7  personal injury action entitled *Victoria Castro v. All Souls Catholic School; Archdiocese of*

8  *San Francisco Parish, et al*, Case No. 19-CIV-06416, filed in the Superior Court of

9  California, County of San Mateo (the "State Court Action") so that Plaintiff may litigate the

10  State Court Action to final judgment (including any appeals) in accordance with applicable

11  nonbankruptcy law.  Movant is permitted to enforce her final judgment only by collecting

12  upon any available insurance in accordance with applicable nonbankruptcy law.

13     IT IS FURTHER ORDERED that the provisions of F.R.B.P. Rule 4001(a)(3) be and

14  hereby are waived.

15     IT IS FURTHER ORDERED that this order is without prejudice to the Debtor or the

16  Committee seeking to reimpose the stay in the event the Debtor may incur defense costs in

17  connection with the State Court Action in excess of any applicable self-insured retention,

18  with Movant reserving her right to oppose any such request and/or assert a claim against the

19  estate in the event the stay is reimposed.

20  Approved as to form:

21  Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP

22  By: /s/ Paul J. Pascuzzi
        Paul J. Pascuzzi
23       Counsel for the Debtor

24  Burns Bair LLP

25  By: /s/ Jesse Bair
        Jesse Bair
26  Special Counsel to the Official Committee of Unsecured Creditors

27                    ** END OF ORDER **

28

1                                     **<u>COURT SERVICE LIST</u>**

2

3 ECF Recipients