1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:      (916) 329-7400
5  Facsimile:      (916) 329-7435
   Email:          ppascuzzi@ffwplaw.com
6                  jrios@ffwplaw.com
                   tphinney@ffwplaw.com
7

8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
10     Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:      (415) 434-9100
12 Facsimile:      (415) 434-3947
   Email:          okatz@sheppardmullin.com
13                 amartin@sheppardmullin.com

14 Attorneys for The Roman Catholic Archbishop of
   San Francisco

15                  UNITED STATES BANKRUPTCY COURT

16         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  In re | Case No. 23-30564 |
| 19  THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| 20 | **DEBTOR'S STATUS REPORT REGARDING DEBTOR'S MOTION TO EXTEND** |
| 21          Debtor and Debtor in Possession. | **EXCLUSIVITY PERIODS [11 U.S.C. § 1121(d)]** |
| 22 | |
| 23 | Date:       December 14, 2023 |
| 24 | Time:       1:30 p.m. Location:   Via ZoomGov |
| 25 | Judge:      Hon. Dennis Montali |

26

27          The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the

28 "RCASF" or the "Debtor"), in the above-captioned chapter 11 case (the "Bankruptcy Case"),

1 submits this status report regarding the *Debtor's Motion for Order Extending Exclusivity Periods*

2 [*11 U.S.C § 1121(d)*] filed on November 16, 2023, as ECF No. 317 (the "Motion").[1]

3  Counsel for the Debtor has met and conferred with counsel for the Committee regarding the

4 Motion and the Debtor's request for a 185 day extension of the plan exclusivity period and 181 day

5 extension for the time to obtain acceptance of such a plan.  The Committee requested a shorter time

6 period for the requested extensions, and the Debtor has agreed to shorten the extension periods to

7 approximately 90 days.  The Debtor and the Committee have agreed to extend the plan exclusivity

8 periods requested in the Motion, as follows:

9  1.  The exclusive period for the Debtor to file a plan of reorganization shall be

10 extended to March 21, 2024;

11  2.  The exclusive period for the Debtor to solicit acceptances of such a plan shall be

12 extended to May 23, 2024;

13  As noted in the Motion, these extensions are without prejudice to the Debtor's right pursuant

14 to 11 U.S.C. § 1121(d) to seek a further extension/increase of the exclusive periods.

15  The Debtor is not aware of any other response or opposition to the Motion, and any such

16 opposition was due by November 30, 2023.

17

18 Dated:  December 7, 2023

19  FELDERSTEIN FITZGERALD WILLOUGHBY
 PASCUZZI & RIOS LLP

20

21  By  */s/ Jason E. Rios*

22  PAUL J. PASCUZZI
 JASON E. RIOS
 THOMAS R. PHINNEY

23

24  Attorneys for The Roman Catholic
 Archbishop of San Francisco

25

26

27

28
---
[1] Capitalized terms not otherwise defined in this Motion shall have the same meanings given to them in the Motion.

1  Dated:  December 7, 2023

2                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                    By      /s/ Ori Katz
                             ORI KATZ
5                            ALAN H. MARTIN

6                            Attorneys for The Roman Catholic
7                            Archbishop of San Francisco

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4877-3622-7982.2                                    STATUS REPORT RE MOTION TO EXTEND EXCLUSIVITY PERIODS