| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | PAUL J. PASCUZZI, State Bar No. 148810<br>JASON E. RIOS, State Bar No. 190086<br>THOMAS R. PHINNEY, State Bar No. 159435<br>FELDERSTEIN FITZGERALD<br>   WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>Telephone: (916) 329-7400<br>Facsimile: (916) 329-7435<br>Email: ppascuzzi@ffwplaw.com<br>          jrios@ffwplaw.com<br>          tphinney@ffwplaw.com |
| 8<br>9<br>10<br>11<br>12<br>13<br>14 | ORI KATZ, State Bar No. 209561<br>ALAN H. MARTIN, State Bar No. 132301<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br>Email: okatz@sheppardmullin.com<br>          amartin@sheppardmullin.com<br><br>Attorneys for The Roman Catholic Archbishop of San Francisco |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On December 12, 2023, I served true copies of the following document(s) described as:

**DEBTOR'S SECOND STATUS UPDATE REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'** *EX PARTE* **APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF THE DEBTOR; AND PRODUCTION OF DOCUMENTS OF DEBTOR, PARISHES, AND AFFILIATES' AND ORDERING DEBTOR TO SUBMIT DECLARATION**

on the interested parties in this action as follows:

*See Service List below*

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

The Honorable Judge Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
**by FedEx Overnight**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 12, 2023, at San Francisco, California.

*/s/ Jeannie Kim*
Jeannie Kim

**Registered Electronic Participants**

- **Hagop T. Bedoyan**   hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Jason Blumberg**   jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **John Bucheit**   jbucheit@phrd.com
- **George Calhoun**   george@ifrahlaw.com
- **Jason Chorley**   jason.chorley@clydeco.us, Robert.willis@clydeco.us
- **Amanda L. Cottrell**   acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- **Blaise S Curet**   bcuret@spcclaw.com
- **Allan B Diamond**   adiamond@diamondmccarthy.com
- **David Elbaum**   david.elbaum@stblaw.com
- **Michael W Ellison**   mellison@sehlaw.com
- **Trevor Ross Fehr**   trevor.fehr@usdoj.gov
- **Robert David Gallo**   dgallo@phrd.com
- **Christina Lauren Goebelsmann**   christina.goebelsmann@usdoj.gov
- **Debra I. Grassgreen**   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Joshua K Haevernick**   joshua.haevernick@dentons.com
- **Robert G. Harris**   rob@bindermalter.com, RobertW@BinderMalter.com
- **Deanna K. Hazelton**   deanna.k.hazelton@usdoj.gov
- **Todd C. Jacobs**   tjacobs@phrd.com
- **Daniel James**   daniel.james@clydeco.us
- **Christopher D. Johnson**   chris.johnson@diamondmccarthy.com
- **Jeff D. Kahane**   jkahane@duanemorris.com
- **Ori Katz**   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim**   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **John William Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Betty Luu**   bluu@duanemorris.com
- **Pierce MacConaghy**   pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
- **Alan H. Martin**   AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- **Andrew Mina**   amina@duanemorris.com
- **Michael Norton**   michael.norton@clydeco.us, nancy.lima@clydeco.us
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Mark D. Plevin**   mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Nathan W. Reinhardt**   nreinhardt@duanemorris.com
- **Jason E. Rios**   jrios@ffwplaw.com, docket@ffwplaw.com
- **Matthew Roberts**   mroberts@phrd.com
- **Annette Rolain**   arolain@ruggerilaw.com
- **Cheryl C. Rouse**   rblaw@ix.netcom.com
- **Phillip John Shine**   phillip.shine@usdoj.gov
- **James I. Stang**   jstang@pszjlaw.com
- **Catalina Sugayan**   catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- **Joshua D Weinberg**   jweinberg@ruggerilaw.com
- **Matthew Michael Weiss**   mweiss@phrd.com
- **Harris Winsberg**   hwinsberg@phrd.com
- **Yongli Yang**   yongli.yang@clydeco.us