

Signed and Filed: December 14, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email:   ppascuzzi@ffwplaw.com
         jrios@ffwplaw.com
         tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email:   okatz@sheppardmullin.com
         amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>   Debtor and<br>   Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**<br><br>Date:     December 14, 2023<br>Time:    1:30 p.m.<br>Location: via ZoomGov<br>Judge:   Hon. Dennis Montali |

The Motion to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code (Dkt. No. 314, the "Motion") filed by The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), was scheduled for hearing, on regular notice, before this Court on December 14, 2023, at 1:30 p.m. No party in interest objected to the relief requested by the Motion. Accordingly, the Court vacated the hearing by Docket Text Order and waived appearances. The Court having reviewed and considered the Motion and the documents filed in support thereof and having determined that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and finding that notice given of the Motion was proper and sufficient under the circumstances; and good cause appearing,

**IT IS THEREFORE ORDERED**:

1. The Motion is GRANTED as set forth herein.

2. The time period within which the Debtor may assume or assign unexpired nonresidential real property leases is extended for an additional 90 days, through and including March 18, 2024, in accordance with section 365(d)(4) of the Bankruptcy Code.

3. The extension of time granted herein is without prejudice to the Debtor's rights to seek further extensions of its time to assume or reject any unexpired nonresidential real estate lease as provided in section 365(d)(4) of the Bankruptcy Code.

4. The Debtor is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

***END OF ORDER***

Court Mailing List

ECF Participants