

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:	(916) 329-7400
Facsimile:	(916) 329-7435
Email:	ppascuzzi@ffwplaw.com
	jrios@ffwplaw.com
	tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:	(415) 434-9100
Facsimile:	(415) 434-3947
Email:	okatz@sheppardmullin.com
	amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

**Signed and Filed: December 14, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS [11 U.S.C. § 1121(d)]**<br><br>Date:     December 14, 2023<br>Time:    1:30 p.m.<br>Location: Via ZoomGov<br>Judge:   Hon. Dennis Montali |

The Motion for Order Extending Exclusivity Periods [11 U.S.C. § 1121(d)] (Dkt. No. 317, the "Motion") filed by The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), was scheduled for hearing, on regular notice, before this Court on December 14, 2023, at 1:30 p.m. No party in interest objected to the relief requested by the Motion, and the Debtor's Status Report for the Motion (Dkt. No. 361) indicated agreement by the Committee to an extension of the plan exclusivity periods to the dates set forth below. Accordingly, the Court vacated the hearing by Docket Text Order and waived appearances. The Court having reviewed and considered the Motion and the documents filed in support thereof and having determined that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and finding that notice given of the Motion was proper and sufficient under the circumstances; and good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED as set forth herein.

2. The exclusive period for the Debtor to file a plan of reorganization is extended to March 21, 2024;

3. The exclusive period for the Debtor to solicit acceptances of such a plan is extended to May 23, 2024;

4. The Motion is without prejudice to the Debtor's right pursuant to 11 U.S.C. § 1121(d) to seek a further increase of the exclusive periods.

**END OF ORDER**

Case: 23-30564   Doc# 366   Filed: 12/14/23   Entered: 12/14/23 16:30:31   Page 2 of 3

Court Service List

No service required.