1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA 95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7

8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
10   Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:    (415) 434-9100
12 Facsimile:    (415) 434-3947
   Email:        okatz@sheppardmullin.com
13                amartin@sheppardmullin.com

14 Attorneys for The Roman Catholic Archbishop of
   San Francisco
15

16                 UNITED STATES BANKRUPTCY COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18 | In re | Case No. 23-30564 |
19 | THE ROMAN CATHOLIC ARCHBISHOP | Chapter 11 |
   | OF SAN FRANCISCO, | |
20 | | **STATEMENT OF METHODOLOGY** |
   |          Debtor and | **REGARDING THE DEBTOR'S** |
21 |          Debtor in Possession. | **SCHEDULES OF ASSETS AND** |
   | | **LIABILITIES AND STATEMENT OF** |
22 | | **FINANCIAL AFFAIRS** |
23 | | *No Hearing Requested* |

24

25        The Roman Catholic Archbishop of San Francisco, as debtor and debtor in possession in

26 the above-captioned chapter 11 case ("RCASF" or the "Debtor"), has filed Schedules of Assets

27 and Liabilities (the "Schedules") and a Statement of Financial Affairs (the "Statement") with the

28 United States Bankruptcy Court for the Northern District of California (the "Court"). The Debtor,

with the assistance of its legal and financial advisors, prepared the Schedules and Statement in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. These Schedules and Statement are unaudited.

This *Statement of Methodology Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertains to the Debtor's Schedules and Statement, and the amendments thereto. Joseph J. Passarello, who serves as the Debtor's Senior Financial Director and is an authorized signatory of the Debtor, has signed the Schedules and Statement. In reviewing and signing the Schedules and Statement, Mr. Passarello has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal and financial advisors and has completed the Schedules and Statement to the best of his knowledge. In preparing the Schedules and Statement, the Debtor also relied upon information derived from its books and records that was available at the time of such preparation.

The Debtor and its agents, attorneys, financial advisors, and restructuring advisors hereby reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statement as may be necessary or appropriate.

**A.** **Methodology.**

    1.  **Basis of Presentation.** Except as otherwise stated, the Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statement contain unaudited information that is subject to further review and potential material adjustment. The Schedules and Statement reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

    2.  **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statement. To the extent these disclosures would be duplicative, the Debtor may only list such assets, liabilities, and prepetition payments once.

    3.  **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect approximate net book values as of the Petition Date, which may not reflect depreciation expense for the most recently ended fiscal year. Market values may vary – at times materially – from net book values. The Debtor believes that it would be an inefficient use of estate assets for the Debtor to obtain the current market values of its property and other assets. Accordingly, the Debtor

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 2 of 145

has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined.  Also, assets that have been fully depreciated are listed in these Schedules and Statement with a zero-dollar value, as such assets have no net book value.

4. **Property and Equipment.**  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtor may lease furniture, fixtures, and equipment from certain lessors.  To the extent possible, any such leases are listed in the Schedules.

5. **Undetermined Amounts.**  The description of an amount as "undetermined," "unknown," or "unliquidated" is not intended to reflect upon the materiality of such amount.

6. **Totals.**  All totals that are included in the Schedules and Statement represent totals of all known amounts.  To the extent such totals include unknown or undetermined amounts, the actual total may be different than the listed total.

7. **Charitable Donations.**  The Debtor occasionally receives funds from individuals and other Catholic entities which funds are remitted to the Debtor for the purpose of supporting charitable endeavors of the Debtor.  The Debtor holds such funds in its accounts until it makes donations to other charitable endeavors.  The amounts remitted and the remitting entities are not specifically reflected on the Schedules and Statement.

8. **Excluded Assets and Liabilities.**  The Debtor may have excluded certain categories of assets and liabilities from the Schedules and Statement, including, but not limited to:  certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits

9. **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

10. **Setoffs.**  The Debtor may incur setoffs and net payments in the ordinary course of business.  Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Schedules and Statement.  In addition, some amounts listed in the Schedules and Statement may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware.

**B.**     **Specific Disclosures with Respect to the Debtor's Schedules A/B**

1. **Part 1.**  Details with respect to the Debtor's cash management system and bank accounts are provided in the *Motion for Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts, and Related Investment Account, (2) Excusing Compliance with Section 345(b), and (3) Authorizing Continued Use of Current Investment Policy* at ECF No. 9 (as supplemented from time to time, the "Cash Management Motion").  Amounts identified in Item 3 of Part 1 reflect actual amounts in the respective accounts as of the Petition Date and may vary from the amounts currently reflected in the Debtor's books and records.

As described in the Cash Management Motion, there are certain bank accounts in the Debtor's name that exclusively hold funds subject to donor restrictions or on behalf of others. These accounts are listed in response to Item 3 of Part 1. While the Debtor and its professionals have used their good faith best efforts to determine which accounts contain funds that are subject to donor restrictions or held on behalf of others, the review of the Debtor's records is ongoing and may reveal additional restrictions or information.

2. **Part 3.** The Debtor's accounts receivable balances include amounts it treats as receivable from parishes on account of assessments. Because parishes may not be obligated to pay under applicable law, the Debtor may not have a vested property interest in receivable amounts. The Debtor reserves its rights with respect to the appropriate classification of such assessments.

3. **Part 9.** For the Debtor's owned real property, such owned real estate is reported at assessed value as of the Petition Date. The Debtor may have listed certain assets as real property when such assets are in fact personal property, or the Debtor may have listed certain assets as personal property when such assets are in fact real property. Buildings and land improvements are listed on Schedule A/B independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.

Further, the Debtor has listed certain property that it holds in trust for the benefit of another entity in the Statement at Part 11, Question 21. The Debtor is civilly incorporated as "The Roman Catholic Archbishop of San Francisco," which is a California corporation sole. The Debtor holds only legal title to certain real and personal property in trust for the benefit of the parties listed under California trust law. In addition, the Code of Canon Law of the Roman Catholic Church requires that each entity within the geographic territory of the Archdiocese of San Francisco (the "Archdiocese")[1] (*e.g.*, parish or other entity) is a separate entity within the Church. Except as otherwise stated, the property listed in the Statement at Part 11, Question 21 is held for the benefit of other entities within the geographic territory of the Archdiocese and is not property of the Debtor's estate.

4. **Part 10.** Because the Debtor does not attribute any book value to its donor lists and other intellectual property, the Debtor has listed these assets with undetermined values.

C. **Schedule E/F**

1. **Part 1**. The Court has authorized (or is anticipated to authorize) the Debtor, in its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code (*i.e.*, employee wages, salaries and other compensation, reimbursable employee expenses and similar benefits). To the extent such Claims have been paid or may be paid pursuant to further Court order, they may not be included on Part 1 of Schedule E/F.

2. **Part 2**. The Debtor does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are

---

[1] References to the term "Church" refer to the universal church of Roman Catholic belief, seated in the Vatican and currently headed by Pope Francis.

general estimates of liabilities and do not represent specific Claims as of the Petition Date.

Part 2 of Schedule E/F does not include obligations owed by third party insurance companies or other coverage providers on account of abuse-related liabilities, including, without limitation, defense costs due and owing to litigation defense counsel and related professionals.

**D.** **Specific Disclosures with Respect to the Debtor's Statement**

1. **Statement 7.** Statement 7 lists only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date. The Debtor has anonymized confidential matters in response to this question where disclosure would violate certain laws or where the investigating jurisdiction has requested confidentiality.

2. **Statement 21.** The Debtor has listed certain property that it holds in trust for the benefit of another entity in the Statement at Part 11, Question 21. As stated above, the Debtor is civilly incorporated as "The Roman Catholic Archbishop of San Francisco," a California corporation sole. The Debtor holds only legal title to certain real and personal property in trust for the benefit of the parties listed under California trust law. In addition, the Code of Canon Law of the Roman Catholic Church requires that each entity within the geographic territory of the Archdiocese is a separate entity within the Church. Except as otherwise stated, the property listed in the Statement at Part 11, Question 21 is held for the benefit of other entities within the geographic territory of the Archdiocese and is not property of the Debtor's estate.

Dated: December 14, 2023

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By _____
                          /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: December 14, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
                          /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

| Debtor Name | **The Roman Catholic Archbishop of San Francisco** |
| --- | --- |

**United States Bankruptcy Court for the Northern District of California**

| Case number (if known): | **23-30564** |
| --- | --- |

☒ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................... $27,666,394.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................. $204,646,547.60

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*..................................................................................... $232,312,941.60

---

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D............................ $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*................................................ $358,855.64

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... **+** $3,129,233.40

4. **Total liabilities** ......................................................................................................... $3,488,089.04
Lines 2 + 3a + 3b

| Debtor Name | **The Roman Catholic Archbishop of San Francisco** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **23-30564** |

[X] Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   [ ] No. Go to Part 2.
   [✓] Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**
   
   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

   3.1   See attached Exhibit AB 3          $173,358,425.76
   
   Bank Balance as of Petition Date

4. **Other cash equivalents**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $173,358,425.76

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1   See attached Exhibit AB 8                                                              $8,242,380.10

9. **Total of Part 2**
   Add lines 7 through 8.  Copy the total to line 81.                                            $8,242,380.10

| Part 3: | Accounts Receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $9,245,331.96 | - | $0.00 = | $9,245,331.96 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | $898,048.21 | - | $283,430.30 = | $614,617.91 |
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                      $9,859,949.87

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                        % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

**Part 5:        Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw Materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |

22. **Other inventory or supplies**

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☐ No.
☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.        Book Value $ _____   Valuation Method _____   Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

28. **Crops - either planted of harvested**

29. **Farm animals**
   Examples: Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**
   (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No.
   ☐ Yes.

   **Is any of the debtor's property stored at the cooperative?**

   ☐ No.
   ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No.
   ☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No.
   ☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 39.1    File Cabinets | $0.00 | Net Book Value | Undetermined |
| 39.2    Bulletin Boards | $0.00 | Net Book Value | Undetermined |
| 39.3    Bathroom Cabinets | $0.00 | Net Book Value | Undetermined |
| 39.4    Office Furniture | $189.60 | Net Book Value | Undetermined |
| 39.5    Lobby Furniture | $0.00 | Net Book Value | Undetermined |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    Network and Related | $14,512.52 | Net Book Value | Undetermined |
| 41.2    Software | $38,009.53 | Net Book Value | Undetermined |
| 41.3    Printers/Copiers and Related | $0.00 | Net Book Value | Undetermined |
| 41.4    Presentation Equipment | $37,016.20 | Net Book Value | Undetermined |
| 41.5    Computers | $12,649.44 | Net Book Value | Undetermined |

| 41.6 | Phone System | $16,259.39 | Net Book Value | Undetermined |

**42.  Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | Artwork | $0.00 | Net Book Value | Undetermined |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 8:        Machinery, equipment, and vehicles**

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1  2012 Toyota Camry<br>4T1BD1FK9CU050478 | $0.00 | Edmunds.com | $6,000.00 |

**48.  Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

Debtor  The Roman Catholic Archbishop of San Francisco          Case Number (if known) 23-30564

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1 | Appliances | $0.00 | Net Book Value | Undetermined |
| 50.2 | Other | $0.00 | Net Book Value | Undetermined |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                                   **$6,000.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 9: | Real property |
|---|---|

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| See Exhibit AB 55 | | | | $27,666,394.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$27,666,394.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☑ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 61.1  Website: https://sfarchdiocese.org/ | $18,000.00 | Net Book Value | Undetermined |
| 61.2  Domain Name: sfarchdiocese.org | $0.00 | | Undetermined |
| 61.3  Domain Name: sfarch.org | $0.00 | | Undetermined |

Case 23-30564     Doc# 38     Filed 12/18/23     Entered 12/18/23 11:26:50     Page 15 of 145

Debtor  The Roman Catholic Archbishop of San Francisco                    Case Number (if known) 23-30564

| 62. | **Licenses, franchises, and royalties** | | |

| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 63.1 | Mailing list for Diocesan magazine | N/A | Undetermined |

| 64. | **Other intangibles, or intellectual property** | | |
| 64.1 | Facebook:<br>Archdiocese of San Francisco | $0.00 | Undetermined |
| 64.2 | Instagram: sfarchdiocese | $0.00 | Undetermined |
| 64.3 | Instagram: archdiocesesf | $0.00 | Undetermined |
| 64.4 | X: Archdiocese of SF | $0.00 | Undetermined |
| 64.5 | Threads: sfarchdiocese | $0.00 | Undetermined |
| 64.6 | Pinterest: @archdiocesesf | $0.00 | Undetermined |

| 65. | **Goodwill** | | |

| 66. | **Total of Part 10.** | | |
| | Add lines 60 through 65.  Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers?**

☑ No.
☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 11:**      **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of
debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

71.1  Diocese of Santa Rosa          $1,410,000.00   -   $1,410,000.00    =                    $0.00
      985 Airway Ct
      Santa Rosa, CA 95403

                                _____   _____
                                Total face amount          Doubtful or uncollectible amount

71.2  Catholic Charities          $2,833,240.00   -   $0.00    =              $2,833,240.00
      20 Franklin St
      San Francisco, CA 94102

                                _____   _____
                                Total face amount          Doubtful or uncollectible amount

71.3  Junipero Serra High School          $6,630,989.70   -   $0.00    =              $6,630,989.70
      Attn: Barry Thorrton
      451 W 20th St
      San Mateo, CA 94403

                                _____   _____
                                Total face amount          Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

73.1  See Exhibit AB 73                                                    Undetermined

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

**Nature of claim**

**Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

| Description | Property Appraised by a Professional within the Last Year | Current value of debtor's interest |
|---|---|---|
| 76. **Trusts, equitable or future interests in property** | | |
| 76.1  Beneficial Interest In RPSC - Land | No | $333,874.00 |
| 76.2  Beneficial Interest in Perpetual Trust-Regan | No | $689,800.46 |
| 76.3  Beneficial Interest in Perpetual Trust-Praught | No | $272,593.09 |
| 77. **Other property of any kind not already listed** | | |
| Examples: Season tickets, country club membership | | |
| 77.1  Parish assessments not yet received | | $2,419,294.62 |
| 78. **Total of Part 11.** | | |
| Add lines 71 through 77.  Copy the total to line 90. | | **$13,179,791.87** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 12: | Summary |
|---|---|

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $173,358,425.76 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,242,380.10 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $9,859,949.87 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | | $27,666,394.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $13,179,791.87 | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | $204,646,547.60 | + 91b. $27,666,394.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................................ | | $232,312,941.60 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 1, QUESTION 3

## CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule AB 3. Checking, savings, money market, or financial brokerage accounts.**

**AMENDED**

| Bank Name | Account Name | Account Type | Account Number | Current Value of Debtor's Interest * |
|---|---|---|---|---|
| Bank of America<br>P.O. Box 15284<br>Wilminton, DE 19850 | Accounts Payable Checking | Checking | *0220 | $447,585.99 |
| Bank of America<br>P.O. Box 15284<br>Wilminton, DE 19850 | Chancery Payroll Account | Checking | *2233 | $90,961.90 |
| Bank of America<br>P.O. Box 15284<br>Wilminton, DE 19850 | Investment Pool Checking Acct | Checking | *4129 | $0.00 |
| Bank of America<br>P.O. Box 15284<br>Wilminton, DE 19850 | Imprest - Settlement Payments (AJ Gallagher) | Checking | *4577 | $6,803.11 |
| Bank of America<br>P.O. Box 15284<br>Wilminton, DE 19850 | Main Operating Account | Checking | *5250 | $6,917,832.05 |
| Bank of America<br>P.O. Box 15284<br>Wilminton, DE 19850 | ADSF Restricted Checking | Checking | *7083 | $6,298,619.42 |
| BofA Securities, Inc.<br>P.O. Box 2010<br>Lakewood, NJ 08701 | Brokerage Account | Money Market | *02C19 | $57,298,832.69 |
| Bank of America<br>P.O. Box 2010<br>Lakewood, NJ 08701 | Brokerage-linked Checking | Checking | *9371 | $0.00 |
| Bank of San Francisco<br>345 California St<br>San Francisco, CA 94104 | Business Money Market | Money Market | *1486 | $246,041.83 |
| First Republic Bank<br>111 Pine St<br>San Francisco, CA 94111 | FRB Stock Clearing Brokerage Account | Brokerage | *0589 | $52,685.86 |
| First Republic Bank<br>111 Pine St<br>San Francisco, CA 94111 | Business Money Market | Money Market | *1534 | $257,114.69 |
| First Republic Bank<br>111 Pine St<br>San Francisco, CA 94111 | Business Money Market | Money Market | *9117 | $0.00 |
| BridgeBank<br>P.O. Box 26237<br>Las Vegas, NV 89126 | Imprest - Priest Medical (UAS) | Checking | *8561 | $124,034.40 |
| City National Bank<br>1 Almaden Blvd, Ste 100<br>San Jose, CA 95113 | TCD - WC Collateral | CD | *9001 | $75,816.00 |
| California Bank & Trust<br>P.O. Box 489<br>Laendale, CA 90260 | Imprest - General Liability (George Hills Co.) | Checking | *9479 | $76,923.79 |
| US Bank<br>633 W 5th St, 24th Floor<br>Los Angeles, CA 90071 | ADSF Composite Balanced Pool | Brokerage | *8800 | $13,612,144.93 |
| US Bank<br>633 W 5th St, 24th Floor<br>Los Angeles, CA 90071 | Diamond Hill | Brokerage | *8801 | $18,710,581.05 |
| US Bank<br>633 W 5th St, 24th Floor<br>Los Angeles, CA 90071 | Jensen | Brokerage | *8802 | $14,333,384.67 |
| US Bank<br>633 W 5th St, 24th Floor<br>Los Angeles, CA 90071 | Metwest | Brokerage | *8803 | $6,712,543.59 |
| US Bank<br>633 W 5th St, 24th Floor<br>Los Angeles, CA 90071 | Vaughan Nelson | Brokerage | *8804 | $5,094,417.06 |

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 21 of 145

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule AB 3. Checking, savings, money market, or financial brokerage accounts.**

AMENDED

| Bank Name | Account Name | Account Type | Account Number | Current Value of Debtor's Interest * |
|---|---|---|---|---|
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Segall Bryant | Brokerage | *8805 | $13,767,495.77 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Amer Core | Brokerage | *8807 | $5,041,502.55 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Redwood-Kairos Real Estate Value Fund VI | Brokerage | *8808 | $1,424,870.73 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Kimpact Evergreen | Brokerage | *8809 | $1,167,507.97 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Baron Emerging | Brokerage | *8810 | $3,111,955.59 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Wells Cap Emerging | Brokerage | *8811 | $2,777,731.00 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Cuit International Eq | Brokerage | *8812 | $6,939,550.27 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Cliffwater Corp Lend | Brokerage | *8813 | $2,630,234.04 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Kairos Cr Strat REIT | Brokerage | *8814 | $2,632,060.15 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Segall Bryant | Brokerage | *8815 | $0.00 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Redwood-Kairos Real Estate Value Fund VIII | Brokerage | *8816 | $1,195,728.09 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Partners Group | Brokerage | *8817 | $1,586,870.42 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | Montauk Triguard | Brokerage | *8818 | $494,840.15 |
| US Bank 633 W 5th St, 24th Floor Los Angeles, CA 90071 | ADSF - SERP | Brokerage | *8900 | $231,756.00 |
| | | | TOTAL: | $173,358,425.76 |

**\*Bank Balance as of Petition Date**

**Removed from AB3, added to SOFA21:**

| | | | | |
|---|---|---|---|---|
| Various Pooled Investment Owners Schwab ADSF Depositors Corpus 355 S. Grand Ave, Ste 110 Los Angeles, CA 90071 | Charles Schwab | Investment Account | *4287 | $675,902.57 |
| Parishes and Schools Coordinated Payroll P.O. Box 15284 Wilmington, DE 19850 | Bank of America | Checking Account | *7149 | $5,942,032.81 |

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE AB

PART 2, QUESTION 8

PREPAYMENTS, INCLUDING PREPAYMENTS ON
EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES,
AND RENT

| Holder of Prepayment | Description | Current Value of Debtor's Interest |
|---|---|---|
| Aramark Sports & Entertainment Services, LLC<br>800 Asilomar Ave<br>Pacific Grove, CA 93950 | Events | $5,000.00 |
| Arthur J. Gallagher Risk Management Services<br>250 Golf Rd<br>Rolling Meadows, IL 60008 | Insurance | $4,259,209.74 |
| B. Riley Advisory Services<br>3445 Peachtree Rd, Ste 1225<br>Atlanta, GA 30326 | Professional Fee/Consultants | $64,334.42 |
| DataFest Technologies, Inc<br>5961 S Redwood Rd<br>Salt Lake City, UT 84123 | Professional Fee/Consultants | $6,452.10 |
| Elder Care Alliance of SF<br>1 Thomas More Way<br>San Francisco, CA 94132 | Room & Board - Retired Priest | $8,214.00 |
| Everfi<br>P.O. Box 826024<br>Philadelphia, PA 19182 | Professional Fee/Consultants | $12,871.81 |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>500 Capitol Mall Ste 2250<br>Sacramento, CA 95814 | Legal | $92,570.51 |
| Omni Agent Solutions, Inc.<br>5595 DeSoto Ave, Ste 100<br>Woodland Hills, CA 91367 | Notice Agent | $50,000.00 |
| RETA Trust<br>P.O. Box 742887<br>Los Angeles, CA 90074 | Health Insurance | $3,040,131.10 |
| Sage Intacct, Inc.<br>P.O. Box 123237<br>Dallas, TX 75312 | Computer Software | $80,438.72 |
| San Damiano Retreat<br>P.O. Box 767<br>Danville, CA 94526 | Conferences/Meetings Hosted | $7,200.00 |
| Sheppard Mullin Richter & Hampton LLP<br>333 S. Hope St, 43rd Floor<br>Los Angeles, CA 90071 | Legal | $133,102.70 |
| Traveler's/AIG<br>91287 Collections Center Dr<br>Chicago, IL 60693 | Insurance | $5,622.00 |
| UAS Health Insurance<br>6800 Santa Teresa Blvd, Ste 100<br>San Jose, CA 95119 | Benefits | $90,000.00 |
| Weinstein & Numbers, LLP<br>115 Ward St<br>Larkspur, CA 94939 | Legal | $136,133.00 |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation<br>475 Sansome St, Ste 510<br>San Francisco, CA 94111 | Legal | $210,754.20 |
| Wells Fargo<br>420 Montgomery Street, 10th Floor<br>San Francisco, CA 94104 | Credit Card | $40,345.80 |
| | | **$8,242,380.10** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 9, QUESTION 55

ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR
LAND WHICH THE DEBTOR OWNS OR IN WHICH THE
DEBTOR HAS AN INTEREST

**The Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest.**

| Description and Location of Property | Assessor Parcel Number (APN) | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| "Archbishop's Residence" on campus of St. Patrick's Seminary, 320 Middlefield Rd, Menlo Park, CA 94025 | NONE | Building Owner | Undetermined | | Undetermined |
| **"Archbishop's Residence" on campus of St. Patrick's Seminary, 320 Middlefield Rd, Menlo Park, CA 94025 Total** | | | | | **$0.00** |
| 6 Unit Apartment Bldg - Retired Priests, 5618 California St, San Francisco, CA 94121 | 1378-014 | 100% Fee Owner | Undetermined | Assessed Value | $1,604,991.00 |
| **6 Unit Apartment Bldg -Retired Priests, 5618 California St, San Francisco, CA 94121 Total** | | | | | **$1,604,991.00** |
| Archdiocese of San Francisco, One Peter Yorke Way, San Francisco, CA 94019 | 0696-024 | 100% Fee Owner | Undetermined | Assessed Value | $5,064,741.00 |
| **Archdiocese of San Francisco, One Peter Yorke Way, San Francisco, CA 94019 Total** | | | | | **$5,064,741.00** |
| Commercial, 1600 Van Ness Ave, San Francisco, CA 94109 | 0643-018 | 100% Fee Owner | Undetermined | Assessed Value | $6,764,763.00 |
| **Commercial, 1600 Van Ness Ave, San Francisco, CA 94109 Total** | | | | | **$6,764,763.00** |
| Commercial, 1656 California St, San Francisco, CA 94109 | 0643-017 | 100% Fee Owner | Undetermined | Assessed Value | $2,493,922.00 |
| **Commercial, 1656 California St, San Francisco, CA 94109 Total** | | | | | **$2,493,922.00** |
| Holy Cross Catholic Cemetery - Menlo Park, 1975 Santa Cruz Ave, Menlo Park, CA 94025 | 071-111-320 | 100% Fee Owner | Undetermined | Assessed Value | $339,146.00 |
| **Holy Cross Catholic Cemetery - Menlo Park, 1975 Santa Cruz Ave, Menlo Park, CA 94025 Total** | | | | | **$339,146.00** |
| Holy Cross Catholic Cemetery, 1500 Mission Rd, South San Francisco, CA 94080 | 011-370-080 | 100% Fee Owner | Undetermined | Assessed Value | $434,929.00 |
| **Holy Cross Catholic Cemetery, 1500 Mission Rd, South San Francisco, CA 94080 Total** | | | | | **$434,929.00** |
| Holy Cross Catholic Cemetery, 1541-1545 Mission Rd, Colma, CA 94014 | 010-182-190 | 100% Fee Owner | Undetermined | Assessed Value | $107,881.00 |
| **Holy Cross Catholic Cemetery, 1541-1545 Mission Rd, Colma, CA 94014 Total** | | | | | **$107,881.00** |
| Holy Cross Catholic Cemetery, 1670-1692 Mission Rd, Colma, CA 94014 | 011-370-220 | 100% Fee Owner | Undetermined | | Undetermined |
| **Holy Cross Catholic Cemetery, 1670-1692 Mission Rd, Colma, CA 94014 Total** | | | | | **$0.00** |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-094-050 | 100% Fee Owner | Undetermined | Assessed Value | $95,257.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-093-050 | 100% Fee Owner | Undetermined | Assessed Value | $46,590.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-096-050 | 100% Fee Owner | Undetermined | Assessed Value | $132,754.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-096-070 | 100% Fee Owner | Undetermined | Assessed Value | $34,867.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-097-080 | 100% Fee Owner | Undetermined | Assessed Value | $75,033.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-101-010 | 100% Fee Owner | Undetermined | Assessed Value | $10,157.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-102-070 | 100% Fee Owner | Undetermined | Assessed Value | $45,687.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-103-030 | 100% Fee Owner | Undetermined | Assessed Value | $66,940.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-104-010 | 100% Fee Owner | Undetermined | Assessed Value | $69,991.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-111-030 | 100% Fee Owner | Undetermined | Assessed Value | $49,875.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-112-010 | 100% Fee Owner | Undetermined | Assessed Value | $74,866.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-114-010 | 100% Fee Owner | Undetermined | Assessed Value | $43,597.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-115-030 | 100% Fee Owner | Undetermined | Assessed Value | $49,875.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-121-010 | 100% Fee Owner | Undetermined | Assessed Value | $26,973.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-122-010 | 100% Fee Owner | Undetermined | Assessed Value | $46,996.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-123-010 | 100% Fee Owner | Undetermined | Assessed Value | $46,996.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-124-010 | 100% Fee Owner | Undetermined | Assessed Value | $40,390.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-125-010 | 100% Fee Owner | Undetermined | Assessed Value | $49,875.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-126-030 | 100% Fee Owner | Undetermined | Assessed Value | $49,875.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-131-010 | 100% Fee Owner | Undetermined | Assessed Value | $43,597.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-132-010 | 100% Fee Owner | Undetermined | Assessed Value | $27,670.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-132-030 | 100% Fee Owner | Undetermined | Assessed Value | $136,650.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-133-080 | 100% Fee Owner | Undetermined | Assessed Value | $31,671.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-141-010 | 100% Fee Owner | Undetermined | Assessed Value | $46,996.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-142-010 | 100% Fee Owner | Undetermined | Assessed Value | $46,996.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-143-020 | 100% Fee Owner | Undetermined | Assessed Value | $54,838.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-145-010 | 100% Fee Owner | Undetermined | Assessed Value | $49,875.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-146-010 | 100% Fee Owner | Undetermined | Assessed Value | $49,875.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-151-010 | 100% Fee Owner | Undetermined | Assessed Value | $49,875.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-152-010 | 100% Fee Owner | Undetermined | Assessed Value | $49,875.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-153-050 | 100% Fee Owner | Undetermined | Assessed Value | $52,358.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-155-040 | 100% Fee Owner | Undetermined | Assessed Value | $17,991.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-156-030 | 100% Fee Owner | Undetermined | Assessed Value | $13,377.00 |
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-157-090 | 100% Fee Owner | Undetermined | Assessed Value | $5,500.00 |

**The Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest.**

| Description and Location of Property | Assessor Parcel Number (APN) | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 | 011-157-110 | 100% Fee Owner | Undetermined | Assessed Value | $92,620.00 |
| **Holy Cross Catholic Cemetery, No Address, Colma, CA 94014 Total** | | | | | **$1,826,358.00** |
| Holy Cross Catholic Cemetery, Sand Hill Rd, Colma, CA 94014 | 011-092-020 | 100% Fee Owner | Undetermined | Assessed Value | $13,032.00 |
| Holy Cross Catholic Cemetery, Sand Hill Rd, Colma, CA 94014 | 011-092-040 | 100% Fee Owner | Undetermined | Assessed Value | $4,325.00 |
| **Holy Cross Catholic Cemetery, Sand Hill Rd, Colma, CA 94014 Total** | | | | | **$17,357.00** |
| Holy Cross Cemetery - Tomales, 1400 Dillon Beach Rd, Tomales, CA 94971 | 102-030-01 | 100% Fee Owner | Undetermined | Assessed Value | $211,990.00 |
| **Holy Cross Cemetery - Tomales, 1400 Dillon Beach Rd, Tomales, CA 94971 Total** | | | | | **$211,990.00** |
| Mount Hope Cemetery, 690-1146 Stage Rd, Pescadero, CA 94060 | 087-100-010 | 100% Fee Owner | Undetermined | Assessed Value | $3,369.00 |
| **Mount Hope Cemetery, 690-1146 Stage Rd, Pescadero, CA 94060 Total** | | | | | **$3,369.00** |
| Mount Olivet Catholic Cemetery, 270 Los Ranchitos Rd, San Rafael, CA 94903 | 175-250-15 | 100% Fee Owner | Undetermined | Assessed Value | $4,716,978.00 |
| **Mount Olivet Catholic Cemetery, 270 Los Ranchitos Rd, San Rafael, CA 94903 Total** | | | | | **$4,716,978.00** |
| Office Space, 441 Church St, San Francisco, CA 94114 | 3566-053 | 100% Fee Owner | Undetermined | Assessed Value | $1,380,796.00 |
| **Office Space, 441 Church St, San Francisco, CA 94114 Total** | | | | | **$1,380,796.00** |
| Our Lady of the Pillar Catholic Cemetery, 926 Miramontes St, Half Moon Bay, CA 94019 | 064-370-220 | 100% Fee Owner | Undetermined | Assessed Value | $317,530.00 |
| **Our Lady of the Pillar Catholic Cemetery, 926 Miramontes St, Half Moon Bay, CA 94019 Total** | | | | | **$317,530.00** |
| Porziuncola/Shrine of St. Francis, 624 Vallejo St, San Francisco, CA 94133 | 0131-009A | 100% Fee Owner | Undetermined | Assessed Value | $199,582.00 |
| **Porziuncola/Shrine of St. Francis, 624 Vallejo St, San Francisco, CA 94133 Total** | | | | | **$199,582.00** |
| Saint Michael Korean Parish, 45 Farallones St, San Francisco, CA 94112-3005 | 7108-053 | 100% Fee Owner | Undetermined | Assessed Value | $281,669.00 |
| **Saint Michael Korean Parish, 45 Farallones St, San Francisco, CA 94112-3005 Total** | | | | | **$281,669.00** |
| Shrine of St. Francis Chapel, 624 Vallejo St, San Francisco, CA 94133 | 0131-009 | 100% Fee Owner | Undetermined | Assessed Value | $707,031.00 |
| **Shrine of St. Francis Chapel, 624 Vallejo St, San Francisco, CA 94133 Total** | | | | | **$707,031.00** |
| Shrine of St. Francis Rectory, 1301 Grant Ave, San Francisco, CA 94133 | 0131-008 | 100% Fee Owner | Undetermined | Assessed Value | $226,225.00 |
| **Shrine of St. Francis Rectory, 1301 Grant Ave, San Francisco, CA 94133 Total** | | | | | **$226,225.00** |
| St. Brigid Former Rectory - Convent, 1615 Broadway, San Francisco, CA 94109 | 0575-014 | 100% Fee Owner | Undetermined | Assessed Value | $517,652.00 |
| **St. Brigid Former Rectory - Convent, 1615 Broadway, San Francisco, CA 94109 Total** | | | | | **$517,652.00** |
| St. John's Cemetery, 910 Oregon Ave, San Mateo, CA 94402 | 038-230-130 | 100% Fee Owner | Undetermined | Assessed Value | $449,484.00 |
| **St. John's Cemetery, 910 Oregon Ave, San Mateo, CA 94402 Total** | | | | | **$449,484.00** |
| St. Michael Korean Catholic Church, 32 Broad St, San Francisco, CA 94112 | 7108-055 | 100% Fee Owner | Undetermined | | Undetermined |
| **St. Michael Korean Catholic Church, 32 Broad St, San Francisco, CA 94112 Total** | | | | | **$0.00** |
| **Grand Total** | | | | | **$27,666,394.00** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 11, QUESTION 73

INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule AB 73. Interests in insurance policies or annuities**

| INSURANCE COMPANY NAME | TYPE | INSURANCE POLICY NUMBER | CURRENT VALUE OF DEBTOR'S INTEREST $ |
|---|---|---|---|
| Aetna | Excess | 05XN29WCA | Undetermined |
| Aetna | Excess | 05XN67WCA | Undetermined |
| Aetna | Excess | 05XN97WCA | Undetermined |
| Allied World | Property | 0305-7388-1N | Undetermined |
| Allied World | Property | 0305-7388-1N | Undetermined |
| Allied World Assurance Company (AWAC) | Casualty | 0312-4186 | Undetermined |
| Allied World Assurance Company (AWAC) | Property | 0305-7388-1N | Undetermined |
| Allied World Nat'l Assurance Co. | Excess | 0312-4186 | Undetermined |
| Allied World Nat'l Assurance Co. | Excess | 0312-4186 | Undetermined |
| Am. Home Assurance | Excess | 356137-01 | Undetermined |
| Am. Home Assurance | Excess | 356137-02 | Undetermined |
| Am. Home Assurance | Excess | 356316 | Undetermined |
| Appalachian | Excess | 71968 | Undetermined |
| Appalachian | Excess | 72387 | Undetermined |
| Appalachian | Excess | 72540 | Undetermined |
| Appalachian | Excess | 72547 | Undetermined |
| Arch | Property | ESP1007831-02 | Undetermined |
| Aspen Insurance | Property | PX00WU623 | Undetermined |
| AXIS Capital | Property | ELF662196-23 | Undetermined |
| Beazley Insurance Services | Cyber/ Terrorism | W27D5E230501 | Undetermined |
| Berkley Insurance Company | Casualty | CEX09601634-08 | Undetermined |
| Berkley National Insurance Co. | Excess | CEX09601634-05 | Undetermined |
| Berkley National Insurance Co. | Excess | CEX09601634-06 | Undetermined |
| Chicago Ins. Co. | Excess | 55 U 0037129 | Undetermined |
| Chubb (Federal Insurance Company) | Crime | 8169-8975 | Undetermined |
| CNA | GL | RDX 9141382 | Undetermined |
| Employers Re | Excess | U10447 | Undetermined |
| Evanston (Markel) | Property | MKLV5XPR001651 | Undetermined |
| Fireman's Fund | Excess | XLX1482701 | Undetermined |
| First State | Excess | 940272 | Undetermined |
| First State | Excess | 684527 | Undetermined |
| First State | Excess | 685846 | Undetermined |
| General Star National Insurance Company | Property | IPG972507 | Undetermined |
| Golden Bear Insurance Co. | Property | FSX03000022-00 | Undetermined |
| Golden Bear Insurance Co. | Property | GFS03000076-00 | Undetermined |
| Great American Assurance Co. | Excess | EXC3275758 | Undetermined |
| Great American Assurance Co. | Excess | EXC4033179 | Undetermined |
| Great American Insurance Group | Casualty | EXC512851 | Undetermined |
| Great American Insurance Group | Property | CPP024167312 | Undetermined |
| GuideOne Mutual Insurance Company | Workers' Compensation | 01-0007-146 | Undetermined |
| Homeland Insurance Company | Property | 795023099 | Undetermined |
| Industrial Underwriters | Excess | JU835-5355 or 8355 | Undetermined |
| Industrial Underwriters | Excess | JU835-8355 | Undetermined |
| Insurance Co. of N. America | Excess | XBC24296 | Undetermined |
| Insurance Co. of N. America | Excess | XBC 67888 | Undetermined |
| Insurance Co. of N. America | Excess | XBC 5778 | Undetermined |
| Insurance Co. of N. America | GL | LAB 15766 | Undetermined |
| Insurance Co. of N. America | GL | LAB 15802 | Undetermined |
| Ironshore | Property | 1.00041E+11 | Undetermined |
| Kinsale Insurance | Property | 1000196471 | Undetermined |
| Landmark (RSUI) | Property | LHD934963 | Undetermined |
| Landmark (RSUI) | Property | LHD934964 | Undetermined |
| Landmark (RSUI) | Property | LHD934967 | Undetermined |
| Lexington Insurance Company | Property | 61384444 | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule AB 73. Interests in insurance policies or annuities**

| INSURANCE COMPANY NAME | TYPE | INSURANCE POLICY NUMBER | CURRENT VALUE OF DEBTOR'S INTEREST $ |
|---|---|---|---|
| Liberty Surplus Insurance Company | | 1000305482-06 | Undetermined |
| Lloyd's | Excess | LM26336 | Undetermined |
| Lloyd's | Excess | LM26337 | Undetermined |
| Lloyd's | Excess | K66034 | Undetermined |
| Lloyd's | Excess | K77619 | Undetermined |
| Lloyd's | Excess | CU2929 | Undetermined |
| Lloyd's | GL & XS | PK1026315 | Undetermined |
| Lloyd's | GL & XS | BP1026316 | Undetermined |
| Lloyd's | Misconduct | B0868PFDBC1101271 | Undetermined |
| Lloyd's | XS Miscdt | PFDBC1100271 | Undetermined |
| Lloyd's | XS Miscdt. | PFDBC1000271 | Undetermined |
| Lloyds | Terrorism | FC0004123 | Undetermined |
| Lloyds A | Property | PW0314123 | Undetermined |
| Lloyds B | Property | PW0563623 | Undetermined |
| Lloyds C | Property | PW0469323 | Undetermined |
| Lloyds D | Property | PW0314223 | Undetermined |
| Mitsui Sumitomo Insurance | Property | EXP7001083 | Undetermined |
| Old Republic Union Ins. Co. | Excess | 821500 0626689 | Undetermined |
| Pacific Indemnity | GL | LAC 57120 | Undetermined |
| Pacific Indemnity | GL | LAC 76333 | Undetermined |
| Pacific Indemnity | GL | LAC 101275 | Undetermined |
| Pacific Indemnity | GL | LAC 127792 | Undetermined |
| Pacific Indemnity | GL | LAC 155500 | Undetermined |
| Palms Insurance -Sutton Spec | Property | 23-XSP-0423 | Undetermined |
| QBE Insurance Corporation | Student Athletic & Volunteer Accident | KH000483 | Undetermined |
| QBE Insurance Corporation | Student Catastrophic Policy | KH000041 | Undetermined |
| Reliance Life Insurance | Life Insurance | 155879 | Undetermined |
| St Paul | GL | 699NA0626 | Undetermined |
| St. Paul | GL | 699 NA4270 | Undetermined |
| St. Paul | GL | 699NA5626/7 | Undetermined |
| St. Paul | GL | 699NA5737 | Undetermined |
| St. Paul | GL | 602NA2857 | Undetermined |
| Texas Surplus Ins. | Property | BRPSLPTCA01T1000801 4501 | Undetermined |
| The Hartford Group (HSB) | Insurance Boiler and Machinery | FBP2367772 | Undetermined |
| The National Catholic Risk Retention Group | Casualty | RRG1073-06 | Undetermined |
| The National Catholic Risk Retention Group | Casualty | FM1073-06 | Undetermined |
| The National Catholic Risk Retention Group | Excess | FM 1073-05 | Undetermined |
| The National Catholic Risk Retention Group | GL, Auto, Excess, Sex. Miscdt | RRG 1073-01 | Undetermined |
| The National Catholic Risk Retention Group | GL, Auto, Excess, Sex. Miscdt | FM 1073-04 | Undetermined |
| The National Catholic Risk Retention Group | GL, Auto, Excess, Sex. Miscdt | RRG 1073-06 | Undetermined |
| The National Catholic Risk Retention Group | GL, Auto, Excess, Sex. Miscdt | Binder | Undetermined |
| The National Catholic Risk Retention Group | Unknown | RRG 1073 | Undetermined |
| The National Catholic Risk Retention Group | Unknown | NM 1073 | Undetermined |
| The National Catholic Risk Retention Group | Unknown | FM 1073-03 | Undetermined |
| The National Catholic Risk Retention Group | Unknown | RRG 1073-04 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-87 | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule AB 73. Interests in insurance policies or annuities**

| INSURANCE COMPANY NAME | TYPE | INSURANCE POLICY NUMBER | CURRENT VALUE OF DEBTOR'S INTEREST $ |
|---|---|---|---|
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-04 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-05 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-06 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-07 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-08 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-09 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-10 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-11 | Undetermined |
| Travelers | Kidnap & Ransom Insurance | 105988077 | Undetermined |
| Westchester | Property | D42233705006 | Undetermined |
| Westchester | Property | D37422101 | Undetermined |
| Western Catholic Insurance Co. | GL | WCGAL-002-12 | Undetermined |
| Western Catholic Insurance Co. | GL | WCGAL-002-13 | Undetermined |
| Western Catholic Insurance Co. | GL | WCGAL-002-14 | Undetermined |

| Debtor Name | **The Roman Catholic Archbishop of San Francisco** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **23-30564** |

**X** Check if this is an amended filing

<u>Official Form 206D</u>

## Schedule D - Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

Creditor's name

## NONE

Describe debtor's property that is subject to a lien

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

| Debtor Name | The Roman Catholic Archbishop of San Francisco |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **23-30564** |

X Check if this is an amended filing

<u>Official Form 206E/F</u>

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
ALICE CHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$6,551.67**  **$2,995.55**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000048

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

**2.2** Priority creditor's name and mailing address
ANELITA S REYES
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$15,824.48**  **$4,629.90**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000022

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

**2.3** Priority creditor's name and mailing address
ARIZONA DEPT OF REVENUE
P.O. BOX 52123
PHOENIX, AZ 85072

As of the petition filing date, the claim is:  **$789.81**  **$789.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
TAXES

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,700.11 | $9,685.82 |
|---|---|---|---|---|

**2.4** | Priority creditor's name and mailing address
CAROL A DAVIS-GREWAL
ADDRESS REDACTED

As of the petition filing date, the claim is: **$21,700.11**   **$9,685.82**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000007

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** | Priority creditor's name and mailing address
CHANDRA KIRTMAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$11,697.08**   **$3,536.33**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000033

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** | Priority creditor's name and mailing address
CHRISTINA M GRAY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$13,454.70**   **$4,067.70**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000026

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** | Priority creditor's name and mailing address
CHRISTINE ESCOBAR
ADDRESS REDACTED

As of the petition filing date, the claim is: **$7,928.93**   **$4,102.28**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000046

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 34 of 145

**2.8** Priority creditor's name and mailing address
CINTIA L DORAN
ADDRESS REDACTED

As of the petition filing date, the claim is: $0.00 $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000083

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.9** Priority creditor's name and mailing address
CLAUDIA ALICIA ATILANO
ADDRESS REDACTED

As of the petition filing date, the claim is: $5,691.39 $1,547.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000053

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.10** Priority creditor's name and mailing address
CLAUDIA ATILANO
ADDRESS REDACTED

As of the petition filing date, the claim is: $102.46 $102.46
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.11** Priority creditor's name and mailing address
COLORADO DEPT OF REVENUE
1881 PIERCE ST
LAKEWOOD, CO 80214

As of the petition filing date, the claim is: $11.00 $11.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
TAXES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 35 of 145

**2.12** Priority creditor's name and mailing address
DEREK B GASKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $19,301.63      $5,835.38

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000014

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.13** Priority creditor's name and mailing address
DEREK GASKIN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $190.23      $190.23

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.14** Priority creditor's name and mailing address
DIAMOND D FORD
ADDRESS REDACTED

As of the petition filing date, the claim is:      $3,796.06      $2,267.90

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000062

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.15** Priority creditor's name and mailing address
DIANA POWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:      $10,835.33      $1,978.10

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000030

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 36 of 145

**2.16** Priority creditor's name and mailing address
DONALD M REYNOLDS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$17,992.80**  **$5,136.99**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000016

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.17** Priority creditor's name and mailing address
EDWARD HOPFNER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$9,901.83**  **$6,065.91**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000041

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.18** Priority creditor's name and mailing address
ELSA M ALFARO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$9,049.11**  **$2,223.71**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000044

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.19** Priority creditor's name and mailing address
EPHRAIM JUSTIN LEM
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,988.05**  **$2,007.60**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000068

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.20**

Priority creditor's name and mailing address
FLORIAN ROMERO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$16,653.28**    **$8,068.89**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000020

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

**2.21**

Priority creditor's name and mailing address
FRANCISCO J VALDEZ BARRIGA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,827.64**    **$2,693.60**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000050

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

**2.22**

Priority creditor's name and mailing address
FUAD TOTAH
ADDRESS REDACTED

As of the petition filing date, the claim is: **$12,131.37**    **$4,193.84**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000036

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

**2.23**

Priority creditor's name and mailing address
GONZALO ALVARADO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$43.26**    **$43.26**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50

**2.24** Priority creditor's name and mailing address
GONZALO ALVARADO ZAVALA
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,400.37 | $2,492.44

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000064

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.25** Priority creditor's name and mailing address
GRACE LEE
ADDRESS REDACTED

As of the petition filing date, the claim is: $20,790.00 | $6,610.80

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000009

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.26** Priority creditor's name and mailing address
HARYANTI NG
ADDRESS REDACTED

As of the petition filing date, the claim is: $6,252.06 | $3,063.89

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000055

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.27** Priority creditor's name and mailing address
JACEK PIOTR NOWICKI
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,291.16 | $2,549.34

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000065

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 39 of 145

**2.28** Priority creditor's name and mailing address
JANET L HOLLAND
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,914.83 $3,931.86

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number EFP000056

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.29** Priority creditor's name and mailing address
JANICE WARD
ADDRESS REDACTED

As of the petition filing date, the claim is: $22,696.52 $6,702.08

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number EFP000008

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.30** Priority creditor's name and mailing address
JENNIFER FRANCES DAHL
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,605.58 $2,328.46

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number EFP000057

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.31** Priority creditor's name and mailing address
JILLIAN ASHLEY KWONG
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,724.81 $2,056.37

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number EFP000063

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,701.58 | $499.70 |
|---|---|---|---|---|

**2.32** Priority creditor's name and mailing address
JOEL CARRICO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$6,701.58** **$499.70**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000051

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.33** Priority creditor's name and mailing address
JOSE CRUZ-SALMERON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$10,588.73** **$1,498.33**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000090

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.34** Priority creditor's name and mailing address
JOSE R LEON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$18,885.18** **$3,909.87**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000013

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.35** Priority creditor's name and mailing address
JOSEPH PASSARELLO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$40,200.00** **$10,050.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000001

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

Case: 23-30564     Doc# 372     Filed: 12/18/23     Entered: 12/18/23 11:26:50     Page 41 of
145

**2.36** Priority creditor's name and mailing address
JOSEPHINE Z BERDAL
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,282.65   $2,282.65

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000066

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.37** Priority creditor's name and mailing address
JULIO EDUARDO BANOS MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:   $3,139.05   $1,796.40

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000067

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.38** Priority creditor's name and mailing address
JULIO ESCOBAR
ADDRESS REDACTED

As of the petition filing date, the claim is:   $12,365.34   $4,428.70

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000029

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.39** Priority creditor's name and mailing address
KAREN H MCLAUGHLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:   $17,895.15   $5,112.90

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000017

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

**2.40** Priority creditor's name and mailing address
KARESSA P MCCARTNEY
ADDRESS REDACTED

As of the petition filing date, the claim is: $16,096.16 $4,742.95

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000019

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.41** Priority creditor's name and mailing address
KERN COUNTY TREASURER - TAX COLLECTOR (KCTTC)
P.O. BOX 740397
ATLANTA, GA 30374

As of the petition filing date, the claim is: $1.39 $1.39

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
TAXES

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.42** Priority creditor's name and mailing address
KERRY A KELLEHER
ADDRESS REDACTED

As of the petition filing date, the claim is: $29,240.00 $9,563.06

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000002

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.43** Priority creditor's name and mailing address
KESHIA KELSEY
ADDRESS REDACTED

As of the petition filing date, the claim is: $14,936.37 $5,359.47

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000023

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.44** Priority creditor's name and mailing address
KRYSTYNA M AMBORSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $14,042.87    $7,033.69
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000024

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.45** Priority creditor's name and mailing address
LAURA T BERTONE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,549.14    $1,650.63
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000034

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.46** Priority creditor's name and mailing address
LORNA FERIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000084

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.47** Priority creditor's name and mailing address
LOURDES G MOLINA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,822.94    $2,498.67
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000060

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Case: 23-30564     Doc# 372     Filed: 12/18/23     Entered: 12/18/23 11:26:50     Page 44 of 145

**2.48** Priority creditor's name and mailing address
MARIA MARTINEZ-MONT
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,123.86** **$2,429.73**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000054

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.49** Priority creditor's name and mailing address
MARIA REFUGIO MATA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,672.01** **$2,672.01**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000069

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.50** Priority creditor's name and mailing address
MARIA ROSARIO L PENSON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,021.45** **$2,197.68**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000058

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.51** Priority creditor's name and mailing address
MARIA VERBENA C COTTRELL
ADDRESS REDACTED

As of the petition filing date, the claim is: **$10,965.39** **$4,810.68**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000035

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

**2.52** Priority creditor's name and mailing address
MARIE GENEVIEVE ELIZONDO
ADDRESS REDACTED

As of the petition filing date, the claim is: $14,466.66 $5,284.03

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000025

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.53** Priority creditor's name and mailing address
MARVIN ARGULLES SANCHEZ
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,501.75 $2,501.75

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000072

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.54** Priority creditor's name and mailing address
MARY E POWERS
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,927.78 $4,025.28

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000061

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.55** Priority creditor's name and mailing address
MARY KATHLEEN CHACON
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,803.30 $1,803.30

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000070

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.56** Priority creditor's name and mailing address
MARY MULLANEY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**    **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000079

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.57** Priority creditor's name and mailing address
MELISSA ROSE VLACH
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,843.02**    **$2,180.36**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000092

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.58** Priority creditor's name and mailing address
MERLE M TALENS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$8,531.69**    **$2,695.82**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000043

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.59** Priority creditor's name and mailing address
MICHAEL J GHIORSO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$12,509.17**    **$4,585.71**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000028

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 47 of
145

**2.60** Priority creditor's name and mailing address
NATALIE A ZIVNUSKA
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,788.28    $2,223.30

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000052

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.61** Priority creditor's name and mailing address
NATALIE ZIVNUSKA
ADDRESS REDACTED

As of the petition filing date, the claim is: $24.89    $24.89

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.62** Priority creditor's name and mailing address
NORMA G GUERRERO
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,327.60    $179.62

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000074

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.63** Priority creditor's name and mailing address
PAMELA A LYONS
ADDRESS REDACTED

As of the petition filing date, the claim is: $21,348.18    $11,322.68

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number    EFP000012

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

**2.64** | Priority creditor's name and mailing address
PATRICIA M COUGHLAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$10,599.00** **$3,181.01**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**   EFP000039

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.65** | Priority creditor's name and mailing address
PAULA CARNEY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$17,299.08** **$9,485.21**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**   EFP000010

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.66** | Priority creditor's name and mailing address
PETER V MARLOW
ADDRESS REDACTED

As of the petition filing date, the claim is: **$13,518.88** **$9,709.22**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**   EFP000037

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.67** | Priority creditor's name and mailing address
PHIL ISACCO, COMPTROLLER
4408 8TH ST NE
WASHINGTON, DC 20017

As of the petition filing date, the claim is: **$153.92** **$153.92**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.68** Priority creditor's name and mailing address
PHILIP LAM
ADDRESS REDACTED

As of the petition filing date, the claim is: **$6,636.08** **$2,658.38**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number EFP000049

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.69** Priority creditor's name and mailing address
PHILLIP E MONARES
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,931.88** **$1,931.88**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number EFP000073

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.70** Priority creditor's name and mailing address
RACHEL ALVELAIS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$10,291.61** **$2,720.25**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number EFP000038

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.71** Priority creditor's name and mailing address
RACHEL ALVELAIS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$208.22** **$208.22**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.08 | $1,188.08 |

**2.72** Priority creditor's name and mailing address
RAUL LARA JIMENEZ
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,188.08** **$1,188.08**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000075

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.73** Priority creditor's name and mailing address
REINA A PARADA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,973.88** **$3,973.88**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000059

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.74** Priority creditor's name and mailing address
RENÉE C VON GEMMINGEN PERKO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$9,222.75** **$3,851.83**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account
number     EFP000032

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.75** Priority creditor's name and mailing address
REV ANDREW SPYROW
ADDRESS REDACTED

As of the petition filing date, the claim is: **$60.97** **$60.97**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

**2.76** | Priority creditor's name and mailing address
REV DZUNGWENEN R TYOHEMBA
ADDRESS REDACTED

As of the petition filing date, the claim is: $382.07 $382.07
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.77** | Priority creditor's name and mailing address
REV GREGORY HEIDENBLUT, OSA
ADDRESS REDACTED

As of the petition filing date, the claim is: $627.42 $627.42
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.78** | Priority creditor's name and mailing address
REV MICHAEL LILIEDAHL
ADDRESS REDACTED

As of the petition filing date, the claim is: $35.65 $35.65
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.79** | Priority creditor's name and mailing address
REV THUAN HOANG
ADDRESS REDACTED

As of the petition filing date, the claim is: $850.00 $850.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
EMPLOYEE REIMBURSEMENT

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.80** Priority creditor's name and mailing address
ROBERT M O'CONNOR
ADDRESS REDACTED

As of the petition filing date, the claim is: $9,786.39 | $3,191.73

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000042

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.81** Priority creditor's name and mailing address
ROBERT W GRAFFIO
ADDRESS REDACTED

As of the petition filing date, the claim is: $22,172.55 | $5,615.37

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000088

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.82** Priority creditor's name and mailing address
ROCIO B RODRIGUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is: $8,160.75 | $2,038.37

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000045

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.83** Priority creditor's name and mailing address
RODERICK P LINHARES
ADDRESS REDACTED

As of the petition filing date, the claim is: $25,923.15 | $7,844.82

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000003

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 53 of
145

**2.84** | Priority creditor's name and mailing address
RODNEY D YEE
ADDRESS REDACTED

As of the petition filing date, the claim is: $17,611.32 $6,431.10

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000015

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.85** | Priority creditor's name and mailing address
ROSE MARIE G WONG
ADDRESS REDACTED

As of the petition filing date, the claim is: $11,866.43 $3,762.53

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000031

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.86** | Priority creditor's name and mailing address
RYAN C MAYER
ADDRESS REDACTED

As of the petition filing date, the claim is: $24,907.68 $9,769.20

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000004

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.87** | Priority creditor's name and mailing address
SABAH FAISAL KHANSHALI
ADDRESS REDACTED

As of the petition filing date, the claim is: $842.46 $842.46

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000076

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,780.00 | $21,780.00 |
|---|---|---|---|---|

**2.88** Priority creditor's name and mailing address

SAN FRANCISCO TAX COLLECTOR
P.O. BOX 7426
SAN FRANCISCO, CA 94120

**As of the petition filing date, the claim is:** $21,780.00 — $21,780.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.89** Priority creditor's name and mailing address

SANDRA V KEARNEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $0.00 — $0.00

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000089

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.90** Priority creditor's name and mailing address

SHARON LEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $7,795.20 — $2,740.99

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000047

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.91** Priority creditor's name and mailing address

SIENA P PEREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $10,871.10 — $4,510.35

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
2/22/2023 - 8/20/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number** EFP000040

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.92** Priority creditor's name and mailing address
SUSANA M LAPEYRADE-DRUMMOND
ADDRESS REDACTED

As of the petition filing date, the claim is: **$15,950.37**    **$5,112.16**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000021

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.93** Priority creditor's name and mailing address
SUZANNE LIU
ADDRESS REDACTED

As of the petition filing date, the claim is: **$15,882.98**    **$4,892.83**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000018

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.94** Priority creditor's name and mailing address
TARA M ROLLE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$24,218.43**    **$7,466.55**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000006

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.95** Priority creditor's name and mailing address
TWYLA POWERS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$12,819.63**    **$4,218.20**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number    EFP000027

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 56 of 145

**2.96** Priority creditor's name and mailing address
VALERIE SCHMALZ
ADDRESS REDACTED

As of the petition filing date, the claim is: $19,512.50 | $6,825.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000011

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.97** Priority creditor's name and mailing address
VICKY SALGADO
ADDRESS REDACTED

As of the petition filing date, the claim is: $22,445.81 | $7,623.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000005

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.98** Priority creditor's name and mailing address
VICTORIA A MALONE
ADDRESS REDACTED

As of the petition filing date, the claim is: $400.44 | $400.44

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000077

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.99** Priority creditor's name and mailing address
YVETTE GOMEZ
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,826.16 | $1,498.56

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2/22/2023 - 8/20/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number   EFP000071

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
ALL ABUSE LITIGATION
CLAIMANT'S NAME AND ADDRESSES TO BE FILED UNDER SEAL.
SEE ATTACHED EXHIBIT F1

As of the petition filing date, the claim is:          Undetermined
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
ABUSE CLAIM AGAINST DEBTOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.2** Nonpriority creditor's name and mailing address
1201 BROADWAY - OPERATOR, LLC
1201 BROADWAY
MILLBRAE, CA 94030

As of the petition filing date, the claim is:          $3,056.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
PRIEST RETIREMENT EXPENSES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.3** Nonpriority creditor's name and mailing address
A BLACK TIE AFFAIR CATERING
161 BEACON ST
S SAN FRANCISCO, CA 94080

As of the petition filing date, the claim is:          $35,036.81
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MEALS & ENTERTAINMENT

Date or dates debt was incurred
FY2023

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.4** Nonpriority creditor's name and mailing address
ACC BUSINESS
P.O. BOX 5077
CAROL STREAM, IL 60197

As of the petition filing date, the claim is:          $787.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
LOCK BOX

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 58 of 145

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.81 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address

ACE FIRE EQUIPMENT AND SERVICE CO, INC
P.O. BOX 1142
E PALO ALTO, CA 94302

As of the petition filing date, the claim is: $284.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
FY2023

Basis for the claim:
MAINTENANCE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

ACME ROOFING CO
1400 WALLACE AVE
SAN FRANCISCO, CA 94124

As of the petition filing date, the claim is: $2,985.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
MAINTENANCE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

ADP, INC
500 1ST AVE
PITTSBURGH, PA 15219

As of the petition filing date, the claim is: $35,214.75

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
PROFESSIONAL SERVICES

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

ALICE CHAN
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,556.11

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Case: 23-30564     Doc# 372     Filed: 12/18/23     Entered: 12/18/23 11:26:50     Page 59 of 145

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 |
|---|---|---|---|

**3.9 Nonpriority creditor's name and mailing address**

ANDREW M WHALEY
453 N 3RD ST
LANDER, WY 82520

As of the petition filing date, the claim is: **$600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
FY2023

Basis for the claim:
EDUCATION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10 Nonpriority creditor's name and mailing address**

ANELITA S REYES
ADDRESS REDACTED

As of the petition filing date, the claim is: **$11,194.57**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11 Nonpriority creditor's name and mailing address**

ANTHONY LILLES
ADDRESS REDACTED

As of the petition filing date, the claim is: **$500.00**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
SPEAKER FEES

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12 Nonpriority creditor's name and mailing address**

ASF ELECTRIC, INC
76 HILL ST
DALY CITY, CA 94014

As of the petition filing date, the claim is: **$663.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
FY2023

Basis for the claim:
MAINTENANCE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 60 of 145

**3.13** Nonpriority creditor's name and mailing address

AT&T
P.O. BOX 5025
CAROL STREAM, IL 60197

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$3.23**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UTILITIES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.14** Nonpriority creditor's name and mailing address

BAY AREA VITAL-LINK, INC
P.O. BOX 189
ORLAND PARK, IL 60462

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$141.90**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MAINTENANCE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.15** Nonpriority creditor's name and mailing address

BEACON POINTE ADVISORS, LLC
24 CORPORATE PLZ, STE 150
NEWPORT BEACH, CA 92660

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$15,778.81**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.16** Nonpriority creditor's name and mailing address

BENEFIT ALLOCATION SYSTEMS-OPS
P.O. BOX 417969
BOSTON, MA 02241

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$463.20**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 61 of 145

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.87 |
|---|---|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

CALIFORNIA CATHOLIC SCHOOL SUPERINTENDENTS
1 PETER YORKE WAY
SAN FRANCISCO, CA 94109

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $69.87

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
MEMBERSHIPS/FEES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

CALIFORNIA WATER SERVICE CO
P.O. BOX 4500
WHITTIER, CA 90607

**Date or dates debt was incurred**
FY2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $740.52

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

CANDICE D GOLD
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

CANNON STREET, INC
100 PINE ST, STE 1250
SAN FRANCISCO, CA 94111

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $20,607.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 62 of 145

**3.21** Nonpriority creditor's name and mailing address

CAROL A DAVIS-GREWAL
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $12,014.29

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.22** Nonpriority creditor's name and mailing address

CHANDRA KIRTMAN
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $8,160.75

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.23** Nonpriority creditor's name and mailing address

CHRISTINA M GRAY
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $9,387.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.24** Nonpriority creditor's name and mailing address

CHRISTINE ESCOBAR
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $3,826.65

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address
CINTIA L DORAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.26** Nonpriority creditor's name and mailing address
CLAUDIA ALICIA ATILANO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,144.14**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.27** Nonpriority creditor's name and mailing address
COLLEEN A DURKIN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$22.98**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**
EFN000582

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.28** Nonpriority creditor's name and mailing address
CONTACT ONE CALL CENTER, INC
818 W MIRACLE MILE
TUCSON, AZ 85705

As of the petition filing date, the claim is: **$173.38**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2023

Basis for the claim:
CALL CENTER

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 64 of 145

**3.29** Nonpriority creditor's name and mailing address

CONTEMPLATIVES OF ST JOSEPH
377 WILLOW AVE
S SAN FRANCISCO, CA 94080

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **$1,300,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
INVESTMENT IN THE RCASF BALANCED POOL

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

CRANE PEST CONTROL
2700 GEARY BLVD
SAN FRANCISCO, CA 94118

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$154.84**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

DAVID A MEES
1 PETER YORKE WAY
SAN FRANCISCO, CA 94109

Date or dates debt was incurred
FY2023

Last 4 digits of account number

As of the petition filing date, the claim is: $401.97

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SEMINARIAN PAYMENT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

DEREK B GASKINS
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$13,466.25**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
☑ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address

DIAMOND D FORD
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $1,528.16

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.34** Nonpriority creditor's name and mailing address

DIANA POWELL
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $8,857.23

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.35** Nonpriority creditor's name and mailing address

DIOCESE OF ORANGE
13280 CHAPMAN AVE
GARDEN GROVE, CA 92840

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: $1,083.09

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MEMBERSHIPS/FEES

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.36** Nonpriority creditor's name and mailing address

DOMINICAN SISTERS
1257 E SIENA HEIGHTS DR
ADRIAN, MI 49221

Date or dates debt was incurred
FY2023

Last 4 digits of account number

As of the petition filing date, the claim is: $66.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
RELIGIOUS PROGRAMMING

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.37**

Nonpriority creditor's name and mailing address

DONALD M REYNOLDS
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $12,855.81

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.38**

Nonpriority creditor's name and mailing address

EDWARD HOPFNER
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $3,835.93

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.39**

Nonpriority creditor's name and mailing address

ELSA M ALFARO
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $6,825.40

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.40**

Nonpriority creditor's name and mailing address

EPHRAIM JUSTIN LEM
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $980.45

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.41** Nonpriority creditor's name and mailing address

EUGENE R CAPUTI
ADDRESS REDACTED

**Date or dates debt was incurred**

2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $1,434.94

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

SUPPLIES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.42** Nonpriority creditor's name and mailing address

FEDERAL EXPRESS CORP (FEDEX)
P.O. BOX 7221
PASADENA, CA 91109

**Date or dates debt was incurred**

FY2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $763.01

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

MAIL

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.43** Nonpriority creditor's name and mailing address

FELLOWSHIP OF CATHOLIC UNIVERSITY STUDENTS
603 PARK POINT DR
GOLDEN, CO 80401

**Date or dates debt was incurred**

2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $812.94

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

RELIGIOUS PROGRAMMING

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.44** Nonpriority creditor's name and mailing address

FLORIAN ROMERO
ADDRESS REDACTED

**Date or dates debt was incurred**

FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $8,584.39

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:

EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Case: 23-30564     Doc# 372     Filed: 12/18/23     Entered: 12/18/23 11:26:50     Page 68 of 145

**3.45** Nonpriority creditor's name and mailing address
FRANCISCO ALZURI
ADDRESS REDACTED

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$80.65**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MAINTENANCE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.46** Nonpriority creditor's name and mailing address
FRANCISCO J VALDEZ BARRIGA
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$3,134.04**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.47** Nonpriority creditor's name and mailing address
FUAD TOTAH
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$7,937.52**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.48** Nonpriority creditor's name and mailing address
GABRIEL SINGER
1 PETER YORKE WAY
SAN FRANCISCO, CA 94109

Date or dates debt was incurred
FY2023

Last 4 digits of account number

As of the petition filing date, the claim is: $300.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
SCHOLARSHIP

Is the claim subject to offset?
[✓] No
[ ] Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $887.10 |
|---|---|---|---|

**3.49**

**Nonpriority creditor's name and mailing address**
GALLAGHER BENEFIT SERVICES, INC
2850 GOLF RD
ROLLING MEADOWS, IL 60008

As of the petition filing date, the claim is: **$887.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
FY2023

**Basis for the claim:**
HR - EMPLOYEE BENEFITS SERVICES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**
GALLAGHER BENEFIT SERVICES, INC
2850 GOLF RD
ROLLING MEADOWS, IL 60008

As of the petition filing date, the claim is: **$1,612.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
FY2023

**Basis for the claim:**
HR - EMPLOYEE BENEFITS SERVICES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**
GALLAGHER BENEFIT SERVICES, INC.
2850 GOLF RD
ROLLING MEADOWS, IL 60008

As of the petition filing date, the claim is: **$193,343.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INSURANCE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**
GEORGE HILLS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$58,701.81**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
PROFESSIONAL SERVICES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.53**

Nonpriority creditor's name and mailing address

GLOBAL RETIREMENT PARTNERS LLC
4340 REDWOOD HWY, STE B60
SAN RAFAEL, CA 94903

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: $7,275.82

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.54**

Nonpriority creditor's name and mailing address

GONZALO ALVARADO ZAVALA
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $907.93

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.55**

Nonpriority creditor's name and mailing address

GRACE LEE
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $14,179.20

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.56**

Nonpriority creditor's name and mailing address

GRANT THORNTON LLP
P.O. BOX 51552
LOS ANGELES, CA 90051

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: $3,126.25

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
[✓] No
[ ] Yes

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 71 of 145

**3.57** | Nonpriority creditor's name and mailing address

GUIDEONE INSURANCE
P.O. BOX 14599
DES MOINES, IA 50306

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $13,025.43

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.58** | Nonpriority creditor's name and mailing address

HARYANTI NG
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $3,188.18

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.59** | Nonpriority creditor's name and mailing address

HOLY NAME OF JESUS CHURCH 132
1555 39TH AVE
SAN FRANCISCO, CA 94122

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $150.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
RELIGIOUS PROGRAMMING

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.60** | Nonpriority creditor's name and mailing address

JACEK PIOTR NOWICKI
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $741.82

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.61** Nonpriority creditor's name and mailing address

JAMIE M KUBOTA
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$72.56**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.62** Nonpriority creditor's name and mailing address

JANET L HOLLAND
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$982.97**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.63** Nonpriority creditor's name and mailing address

JANICE WARD
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$15,994.44**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.64** Nonpriority creditor's name and mailing address

JEFFREY FROULA
ADDRESS REDACTED

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$500.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
SPEAKER FEES

Is the claim subject to offset?
[X] No
[ ] Yes

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 73 of 145

**3.65** Nonpriority creditor's name and mailing address
JENNIFER FRANCES DAHL
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $2,277.12

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.66** Nonpriority creditor's name and mailing address
JILLIAN ASHLEY KWONG
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $1,668.44

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.67** Nonpriority creditor's name and mailing address
JIMMY VELASCO
ADDRESS REDACTED

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: $163.75

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
SEMINARIAN PAYMENT

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.68** Nonpriority creditor's name and mailing address
JOEL CARRICO
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $6,201.88

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,090.39 |
|---|---|---|---|

**3.69**

**Nonpriority creditor's name and mailing address**
JOSE CRUZ-SALMERON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$9,090.39**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**
EFN000581

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**
JOSE LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**
JOSE R LEON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$14,975.31**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**
JOSEPH PASSARELLO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$30,150.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.73**

Nonpriority creditor's name and mailing address
JOSEPHINE Z BERDAL
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.74**

Nonpriority creditor's name and mailing address
JULIO EDUARDO BANOS MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,342.65**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.75**

Nonpriority creditor's name and mailing address
JULIO ESCOBAR
ADDRESS REDACTED

As of the petition filing date, the claim is: **$7,936.63**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.76**

Nonpriority creditor's name and mailing address
KAIROS PSYCHOLOGY GROUP
303 ADAMS ST, STE 309
OAKLAND, CA 94610

As of the petition filing date, the claim is: **$7,000.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
2023

Basis for the claim:
RELIGIOUS PROGRAMMING

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,782.25 |
|---|---|---|---|

**3.77** Nonpriority creditor's name and mailing address

KAREN H MCLAUGHLIN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$12,782.25**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.78** Nonpriority creditor's name and mailing address

KARESSA P MCCARTNEY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$11,353.20**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.79** Nonpriority creditor's name and mailing address

KERRY A KELLEHER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$19,676.94**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.80** Nonpriority creditor's name and mailing address

KESHIA KELSEY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$9,576.90**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.11 |
|------|---|---|---|

**3.81** Nonpriority creditor's name and mailing address
KIMBERLY BRUCE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$70.11**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.82** Nonpriority creditor's name and mailing address
KORN FERRY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$16,666.67**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2023

Basis for the claim:
PROFESSIONAL SERVICES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.83** Nonpriority creditor's name and mailing address
KRYSTYNA M AMBORSKI
ADDRESS REDACTED

As of the petition filing date, the claim is: **$7,009.18**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.84** Nonpriority creditor's name and mailing address
LAURA T BERTONE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$9,898.51**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.85** Nonpriority creditor's name and mailing address
LITURGY TRAINING PUBLICATIONS
3949 S RACINE AVE
CHICAGO, IL 60609

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $882.63

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
RELIGIOUS PROGRAMMING

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.86** Nonpriority creditor's name and mailing address
LORNA FERIA
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.87** Nonpriority creditor's name and mailing address
LOURDES G MOLINA
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $2,324.27

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

---

**3.88** Nonpriority creditor's name and mailing address
MARIA E MENJIVAR
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[X] No
[ ] Yes

**3.89**

**Nonpriority creditor's name and mailing address**
MARIA MARTINEZ-MONT
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $2,694.14

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
MARIA REFUGIO MATA
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
MARIA ROSARIO L PENSON
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $2,823.77

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**
MARIA VERBENA C COTTRELL
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $6,154.71

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,182.62 |
|---|---|---|---|

**3.93** Nonpriority creditor's name and mailing address

MARIE GENEVIEVE ELIZONDO
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$9,182.62**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.94** Nonpriority creditor's name and mailing address

MARVIN ARGULLES SANCHEZ
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.95** Nonpriority creditor's name and mailing address

MARY E POWERS
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$902.50**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.96** Nonpriority creditor's name and mailing address

MARY KATHLEEN CHACON
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.97**

Nonpriority creditor's name and mailing address

MARY MULLANEY
ADDRESS REDACTED

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.98**

Nonpriority creditor's name and mailing address

MELISSA ROSE VLACH
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,662.66

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**
EFN000584

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.99**

Nonpriority creditor's name and mailing address

MERLE M TALENS
ADDRESS REDACTED

As of the petition filing date, the claim is: $5,835.87

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.100**

Nonpriority creditor's name and mailing address

MICHAEL J GHIORSO
ADDRESS REDACTED

As of the petition filing date, the claim is: $7,923.46

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 82 of 145

**3.101** Nonpriority creditor's name and mailing address

MIRIAM C GARCIA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.102** Nonpriority creditor's name and mailing address

NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
NON-ABUSE LITIGATION CLAIM AGAINST DEBTOR. CLAIMANT'S NAME AND ADDRESS TO BE FILED UNDER SEAL.

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.103** Nonpriority creditor's name and mailing address

NANCY HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.104** Nonpriority creditor's name and mailing address

NATALIE A ZIVNUSKA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,564.98**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.105** Nonpriority creditor's name and mailing address

NATIONAL ASSOCIATION OF DIACONTE DIRECTORS
10945 STATE BRIDGE RD, STE 401-122
ALPHARETTA, GA 30022

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: $86.28

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MEMBERSHIPS/FEES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.106** Nonpriority creditor's name and mailing address

NATIONAL CATHOLIC EDUCATIONAL
P.O. BOX 222432
CHANTILLY, VA 20153

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: $31.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MEMBERSHIPS/FEES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.107** Nonpriority creditor's name and mailing address

NATIONAL CONFERENCE OF VICARS FOR RELIGIOUS
1933 SPIELBUSCH AVE
TOLEDO, OH 43604-5360

Date or dates debt was incurred
FY2023

Last 4 digits of account number

As of the petition filing date, the claim is: $172.13

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MEMBERSHIPS/FEES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.108** Nonpriority creditor's name and mailing address

NATIONAL CONFERENCE OF VICARS FOR RELIGIOUS
1933 SPIELBUSCH AVE
TOLEDO, OH 43604-5360

Date or dates debt was incurred
FY2023

Last 4 digits of account number

As of the petition filing date, the claim is: $27.87

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MEMBERSHIPS/FEES

Is the claim subject to offset?
[✓] No
[ ] Yes

Case: 23-30564     Doc# 372     Filed: 12/18/23     Entered: 12/18/23 11:26:50     Page 84 of 145

### 3.109 Nonpriority creditor's name and mailing address

NAVIA BENEFIT SOLUTIONS
P.O. BOX 53250
BELLEVUE, WA 98015

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $1,378.40

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.110 Nonpriority creditor's name and mailing address

NORMA G GUERRERO
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $1,147.99

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.111 Nonpriority creditor's name and mailing address

PACIFIC GAS & ELECTRIC
P.O. BOX 997300
SACRAMENTO, CA 95899

**Date or dates debt was incurred**
FY2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $16,429.69

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

### 3.112 Nonpriority creditor's name and mailing address

PAMELA A LYONS
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $10,025.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 85 of 145

**3.113** Nonpriority creditor's name and mailing address
PATRICIA M COUGHLAN
ADDRESS REDACTED

As of the petition filing date, the claim is: $7,418.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.114** Nonpriority creditor's name and mailing address
PAULA CARNEY
ADDRESS REDACTED

As of the petition filing date, the claim is: $7,813.87

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.115** Nonpriority creditor's name and mailing address
PETER V MARLOW
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,809.67

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.116** Nonpriority creditor's name and mailing address
PHILIP LAM
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,977.70

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50

**3.117** Nonpriority creditor's name and mailing address
PHILLIP E MONARES
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.118** Nonpriority creditor's name and mailing address
RACHEL ALVELAIS
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $7,571.36

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.119** Nonpriority creditor's name and mailing address
RAFAEL BETANCOURT
ADDRESS REDACTED

Date or dates debt was incurred
2023

Last 4 digits of account number

As of the petition filing date, the claim is: $50.86

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
RELIGIOUS PROGRAMMING

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.120** Nonpriority creditor's name and mailing address
RAUL LARA JIMENEZ
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.46 |

**3.121** Nonpriority creditor's name and mailing address

RECOLOGY GOLDEN GATE
250 EXECUTIVE PARK BLVD, STE 2100
SAN FRANCISCO, CA 94134

As of the petition filing date, the claim is: **$1,178.46**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UTILITIES

Date or dates debt was incurred
2023

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.122** Nonpriority creditor's name and mailing address

RECOLOGY SAN MATEO COUNTY
225 SHOREWAY RD
SAN CARLOS, CA 94070

As of the petition filing date, the claim is: **$170.17**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UTILITIES

Date or dates debt was incurred
2023

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.123** Nonpriority creditor's name and mailing address

REINA A PARADA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.124** Nonpriority creditor's name and mailing address

RELIANCE LIFE INSURANCE
P.O. BOX 6504
CAROL STREAM, IL 60197

As of the petition filing date, the claim is: **$15,053.30**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
INSURANCE PREMIUMS

Date or dates debt was incurred
FY2023

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 88 of 145

**3.125** Nonpriority creditor's name and mailing address
RENÉE C VON GEMMINGEN PERKO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,370.93**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.126** Nonpriority creditor's name and mailing address
RMI MECHANICAL CONTRACTOR, INC
1385 LOWRIE AVE
S SAN FRANCISCO, CA 94080

As of the petition filing date, the claim is: **$3,572.67**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

Basis for the claim:
MAINTENANCE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.127** Nonpriority creditor's name and mailing address
ROBERT M O'CONNOR
ADDRESS REDACTED

As of the petition filing date, the claim is: **$6,594.66**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.128** Nonpriority creditor's name and mailing address
ROBERT W GRAFFIO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$16,557.18**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.129** Nonpriority creditor's name and mailing address
ROCIO B RODRIGUEZ
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$6,122.38**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.130** Nonpriority creditor's name and mailing address
RODERICK P LINHARES
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$18,078.33**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.131** Nonpriority creditor's name and mailing address
RODNEY D YEE
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$11,180.22**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.132** Nonpriority creditor's name and mailing address
ROSE MARIE G WONG
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$8,103.90**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.133** Nonpriority creditor's name and mailing address
RYAN C MAYER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$15,138.48**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.134** Nonpriority creditor's name and mailing address
SABAH FAISAL KHANSHALI
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.135** Nonpriority creditor's name and mailing address
SAN FRANCISCO ELEVATOR SERVICES, INC
6509 SIERRA LN
DUBLIN, CA 94568

As of the petition filing date, the claim is: **$1,925.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MAINTENANCE

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.136** Nonpriority creditor's name and mailing address
SAN FRANCISCO WATER, POWER & SEWER
P.O. BOX 7369
SAN FRANCISCO, CA 94120

As of the petition filing date, the claim is: **$931.96**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UTILITIES

**Date or dates debt was incurred**
FY2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.137** Nonpriority creditor's name and mailing address
SANDRA V KEARNEY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.138** Nonpriority creditor's name and mailing address
SANDSTONE ENVIRONMENTAL ENGINEERING INC
3410 ANDERSON LN
OAKLEY, CA 94561

As of the petition filing date, the claim is: **$8,911.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2023

Basis for the claim:
ENVIRONMENTAL CONSULTING

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.139** Nonpriority creditor's name and mailing address
SHARON LEE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,054.21**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.140** Nonpriority creditor's name and mailing address
SIENA P PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is: **$6,360.75**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
FY2022/2023

Basis for the claim:
EMPLOYEE PTO/VACATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.141** Nonpriority creditor's name and mailing address
SODEXO, INC & AFFILIATES
P.O. BOX 360170
PITTSBURG, PA 15251

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: $12,696.73

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MEALS & ENTERTAINMENT

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.142** Nonpriority creditor's name and mailing address
ST MARYS CATHEDRAL 101
1111 GOUGH ST
SAN FRANCISCO, CA 94109

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: $4,729.14

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MAINTENANCE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.143** Nonpriority creditor's name and mailing address
ST PATRICK SEMINARY
320 MIDDLEFIELD RD
MENLO PARK, CA 94025

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: $6,700.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
RELIGIOUS PROGRAMMING

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.144** Nonpriority creditor's name and mailing address
ST THOMAS MORE SCHOOL
50 THOMAS MORE WAY
SAN FRANCISCO, CA 94132

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: $722,069.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
INVESTMENT IN THE RCASF BALANCED POOL

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.145** Nonpriority creditor's name and mailing address
STAPLES, INC
P.O. BOX 17454
CLEARWATER, FL 33762

**Date or dates debt was incurred**
FY2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$1,907.47**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
SUPPLIES

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.146** Nonpriority creditor's name and mailing address
STEPHANIE FIELD PSYD
12280 SARATOGA-SUNNYVALE RD, STE 106
SARATOGA, CA 95070

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$700.00**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
RELIGIOUS PROGRAMMING

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.147** Nonpriority creditor's name and mailing address
SUSANA M LAPEYRADE-DRUMMOND
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$10,838.21**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.148** Nonpriority creditor's name and mailing address
SUZANNE LIU
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$10,990.15**

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.149** Nonpriority creditor's name and mailing address

TARA M ROLLE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$16,751.88**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.150** Nonpriority creditor's name and mailing address

TERMINIX INT'L COMPANY LIMITED PARTNERSHIP
P.O. BOX 802155
CHICAGO, IL 60680

As of the petition filing date, the claim is: $238.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MAINTENANCE

**Date or dates debt was incurred**
FY2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.151** Nonpriority creditor's name and mailing address

THE CATHOLIC BENEFITS ASSOCIATION
P.O. BOX 248846
OKLAHOMA CITY, OK 73124

As of the petition filing date, the claim is: **$2,225.80**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
MEMBERSHIPS/FEES

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.152** Nonpriority creditor's name and mailing address

THE GDR GROUP, INC
3 PARK PLZ, STE 1700
IRVINE, CA 92614

As of the petition filing date, the claim is: **$1,602.72**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

### 3.153 Nonpriority creditor's name and mailing address

THE HARTFORD GROUP
P.O. BOX 8500-3690
PHILADELPHIA, PA 19178

**Date or dates debt was incurred**
FY2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $16,675.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE PREMIUMS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.154 Nonpriority creditor's name and mailing address

THE SOUTHDOWN INSTITUTE
18798 OLD YONGE ST
HOLLAND LANDING, ON L9N OL1
CANADA

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $18,733.14

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
HEALTH AND MEDICAL

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.155 Nonpriority creditor's name and mailing address

THOMSON REUTERS
P.O. BOX 6292
CAROL STREAM, IL 60197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $309.99

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.156 Nonpriority creditor's name and mailing address

TPX COMMUNICATIONS
P.O. BOX 509013
SAN DIEGO, CA 92150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $117.12

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 96 of 145

**3.157** Nonpriority creditor's name and mailing address

TRAVELERS
91287 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **$429.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.158** Nonpriority creditor's name and mailing address

TWYLA POWERS
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$8,601.43**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.159** Nonpriority creditor's name and mailing address

VALERIE SCHMALZ
ADDRESS REDACTED

Date or dates debt was incurred
FY2022/2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$12,687.50**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.160** Nonpriority creditor's name and mailing address

VERIZON WIRELESS
P.O. BOX 660108
DALLAS, TX 75266

Date or dates debt was incurred
FY2023

Last 4 digits of account number

As of the petition filing date, the claim is: **$3,097.55**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UTILITIES

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $532.20 |
|---|---|---|---|

**3.161**

**Nonpriority creditor's name and mailing address**

VIANNEY VOCATIONS
3425 BANNERMAN RD, STE 105
TALLAHASSEE, FL 32312

As of the petition filing date, the claim is: $532.20

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
RELIGIOUS PROGRAMMING

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.162**

**Nonpriority creditor's name and mailing address**

VICKY SALGADO
ADDRESS REDACTED

As of the petition filing date, the claim is: $14,822.81

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.163**

**Nonpriority creditor's name and mailing address**

VICTORIA A MALONE
ADDRESS REDACTED

As of the petition filing date, the claim is: $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE PTO/VACATION

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.164**

**Nonpriority creditor's name and mailing address**

WINDCHIME OF MARIN
2333 STATE ST, STE 300
CARLSBAD, CA 92008

As of the petition filing date, the claim is: $2,208.05

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
PRIEST RETIREMENT EXPENSES

**Date or dates debt was incurred**
2023

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 98 of 145

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.60 |

**3.165** Nonpriority creditor's name and mailing address

YVETTE GOMEZ
ADDRESS REDACTED

**Date or dates debt was incurred**
FY2022/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $327.60

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE PTO/VACATION

**Is the claim subject to offset?**
[x] No
[ ] Yes

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 99 of 145

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 100 of 145

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                                $358,855.64

**5b. Total claims from Part 2**                                                                $3,129,233.40

**5c. Total claims of Parts 1 and 2**
Lines 5a + 5b = 5c                                                                            $3,488,089.04

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 101 of 145

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE EF

PART 2

ABUSE CLAIMANTS

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|
| A.D. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| C.M. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Carlo Martina | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard | Los Angeles, CA 90025 | X | X | X | Undetermined |
| Carolyn Moore | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Charles Parker | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| CHRISTINE MINIHANE | c/o Andrews & Thorton | 4701 Von Karman Ave, Suite 300 | Newpot Beach, CA 92660 | X | X | X | Undetermined |
| D.H. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| D.R. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Deborah Martinez | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| DJ | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| G.W. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Gary Johnson | c/o Donohoo & Associates, PC | 440 W First St, Ste 101 | Tustin, CA 92780 | X | X | X | Undetermined |
| Gary Johnson and Marcus Raymond Hill | c/o Donohoo & Associates, PC | 440 W First St, Ste 101 | Tustin, CA 92780 | X | X | X | Undetermined |
| Gary Powers | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| Geno Licea | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| Howard Fletchinger | c/o Ketterer, Browne & Associates, LLC | 336 South Main Street | Bel Air, MD 21014 | X | X | X | Undetermined |
| J.F. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| James Susha | c/o Mezzetti Law Firm | 31 E Julian St | San Jose, CA 95112 | X | X | X | Undetermined |
| Jan Zoccoli as successor in interest to Robert Susha, Deceased, et al. | c/o Mezzetti Law Firm | 31 E Julian St | San Jose, CA 95112 | X | X | X | Undetermined |
| Jane  Doe SF 1422 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane AN Doe | c/o Schlesinger Law Offices, P.A. | 1212 SE Third Ave | Ft. Lauderdale, FL 33316 | X | X | X | Undetermined |
| Jane CC Roe | c/o Nye Sirling Hale Miller & Sweet LLP | 33 W Mission St, Ste 201 | Santa Barbara, CA 93101 | X | X | X | Undetermined |
| Jane Doe | c/o Mary Alexander & Assoc | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Jane Doe (A.F.) | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| Jane Doe (B.C.) | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| Jane Doe (S.H.) | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| Jane Doe (T.M.) | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| Jane Doe 111 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| Jane Doe 112 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| Jane Doe 116 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| Jane Doe 1412 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| Jane Doe 1430 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| Jane Doe 1635 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| Jane Doe 525 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| Jane Doe 529 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| Jane Doe 637 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| Jane Doe 682 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| Jane Doe 7 | c/o Van Blois & Associates | 7677 Oakport St, Ste 565 | Oakland, CA 94621 | X | X | X | Undetermined |
| Jane Doe CR | c/o DiMarco Araujo Montevideo | 1324 N Broadway | Santa Ana, CA 92706 | X | X | X | Undetermined |
| Jane Doe D.L.R | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| Jane Doe D.P.W. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| Jane Doe JS | c/o Paul Mones, P.C. | 13101 Washington Boulevard, Suite 240 | Los Angeles, CA 90066 | X | X | X | Undetermined |
| Jane Doe L.R.C. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| Jane Doe M.F. | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Doe MC | c/o Paul Mones, P.C. | 13101 Washington Boulevard, Suite 240 | Los Angeles, CA 90066 | X | X | X | Undetermined |
| Jane Doe MK | c/o Paul Mones, P.C. | 13101 Washington Boulevard, Suite 240 | Los Angeles, CA 90066 | X | X | X | Undetermined |
| Jane Doe OK 1172 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe P.E.A. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| Jane Doe SF 1053 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1169 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1200 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1223 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1233 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1235 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1247 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule F1: Abuse Claimants**

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|------|----------|----------|----------|------------|--------------|----------|--------|
| Jane Doe SF 1248 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1252 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1260 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1264 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1283 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1520 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1553 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1652 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1853 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1861 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1870 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1883 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1912 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1954 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 1972 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SF 2017 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane Doe SR 1159 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Jane DR Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Jane DT Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Jane EH Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Jane LSC Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Jane MC Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Jane NK Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Jane NO Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Jane Roe | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 235 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 236 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 237 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 241 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 351 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 369 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| Jane Roe 523 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 552 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 571 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 589 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 600 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 639 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 641 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane Roe 666 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| JANE ROE SB 1 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Jane SF-24 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Jane SF-28 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Jane SF-6 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Jane SF-9 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Jane TP Roe SF | c/o AVA Law Group, PLLC | 3667 Voltaire St | San Diego, CA 92106 | X | X | X | Undetermined |
| Jeffrey Mayer | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| JENNIFER DOE SF 545 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JENNIFER DOE SF 552 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| John AA Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John AB Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John AB2 Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John AS Doe | c/o Gross & Belsky P.C. | 201 Spear St, Suite 1100 | San Francisco, CA 94105 | X | X | X | Undetermined |
| John CS Doe | Address Redacted | | | X | X | X | Undetermined |
| John DB Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John DG Doe | c/o Schmidt National Law Group | 3033 Fifth Avenue, Suite 335 | San Diego, CA 92103 | X | X | X | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule F1: Abuse Claimants**

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|------|----------|----------|----------|------------|--------------|----------|--------|
| John DM Doe | c/o Gross & Belsky P.C. | 201 Spear St, Suite 1100 | San Francisco, CA 94105 | X | X | X | Undetermined |
| John Doe | c/o Ribera Law Firm | 157 W Portal Ave, Ste 2 | San Francisco, CA 94127 | X | X | X | Undetermined |
| John Doe | c/o Law Office of Mark Webb | 994 Clayton St, Ste 2 | San Francisco, CA 94117 | X | X | X | Undetermined |
| John Doe | c/o DiMarco Araujo Montevideo | 1324 N Broadway | Santa Ana, CA 92706 | X | X | X | Undetermined |
| John Doe | c/o Paul Mones, P.C. | 13101 Washington Boulevard, Suite 240 | Los Angeles, CA 90066 | X | X | X | Undetermined |
| John Doe | c/o Ribera Law Firm | 157 W Portal Ave, Ste 2 | San Francisco, CA 94127 | X | X | X | Undetermined |
| John Doe | c/o Ribera Law Firm | 157 W Portal Ave, Ste 2 | San Francisco, CA 94127 | X | X | X | Undetermined |
| John Doe | c/o Ribera Law Firm | 157 W Portal Ave, Ste 2 | San Francisco, CA 94127 | X | X | X | Undetermined |
| John Doe | c/o Ribera Law Firm | 157 W Portal Ave, Ste 2 | San Francisco, CA 94127 | X | X | X | Undetermined |
| John Doe # 1574 | c/o Arias Sanguinetti Wang & Torrijos, LLP | 6701 Center Dr W, 14th Floor | Los Angeles, CA 90045 | X | X | X | Undetermined |
| John Doe (C.M.) | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| John Doe (J.S.) | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| John Doe (M.S) | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| John Doe (P.K.) | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| John Doe 1 | c/o Fiumara Law, P.C | 182 Farmers Lane, Suite 100A | Santa Rosa, CA 95405 | X | X | X | Undetermined |
| John Doe 112 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 117 (George Heyberger) | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 123 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 124 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 130 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Doe 130 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 140 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 141 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 143 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 149 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 151 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 155 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 160 | c/o Gomez Trial Attorneys | 755 Front Street | San Diego, CA 92101 | X | X | X | Undetermined |
| John Doe 162 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 163 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 1662 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| John Doe 176 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 180 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 186 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 2 TB | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Doe 3 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| John Doe 317 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| John Doe 319 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| John Doe 359 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Doe 37 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| John Doe 524 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 528 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 539 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 544 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 545 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 547 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 552 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 556 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 558 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 563 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 565 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 567 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 575 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe 638 | c/o Winer Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule F1: Abuse Claimants**

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|------|----------|----------|----------|------------|--------------|----------|--------|
| John Doe 665 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| John Doe 994 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| John Doe A.D.R. | c/o Thompson Law Office, PC | 700 Airport Blvd, ste 160 | Burlingame, CA 94010 | X | X | X | Undetermined |
| John Doe A.L.R. | c/o Thompson Law Office, PC | 700 Airport Blvd, ste 160 | Burlingame, CA 94010 | X | X | X | Undetermined |
| John Doe B.W. | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| John Doe BJ | c/o Paul Mones, P.C. | 13101 Washington Boulevard, Suite 240 | Los Angeles, CA 90066 | X | X | X | Undetermined |
| John Doe CLG02103 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03354 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03402 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03415 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03441 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03446 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03472 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03473 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03489 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03522 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe CLG03533 | c/o Edwards & De La Cerda, PLLC | 3500 Maple Avenue, Suite 1100 | Dallas, TX 75219 | X | X | X | Undetermined |
| John Doe D.D. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe D.E. | c/o Andrews & Thorton | 4701 Von Karman Ave, Suite 300 | Newpot Beach, CA 92660 | X | X | X | Undetermined |
| John Doe D.E.M. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe D.E.S | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe EC | c/o Thompson Law Office, PC | 700 Airport Blvd, ste 160 | Burlingame, CA 94010 | X | X | X | Undetermined |
| John Doe F.P. | c/o Mary Alexander & Assoc | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John Doe H.M. | c/o KMB Law | 6701 Center Dr W, Ste 1400 | Los Angeles, CA 90045 | X | X | X | Undetermined |
| John Doe J.B. | c/o Mary Alexander & Assoc | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John Doe J.B. | c/o Mary Alexander & Assoc | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John Doe J.C.H. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe J.N. | c/o Mary Alexander & Assoc | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John Doe J.W.C. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe JG | c/o Paul Mones, P.C. | 13101 Washington Boulevard, Suite 240 | Los Angeles, CA 90066 | X | X | X | Undetermined |
| John Doe K.C.R. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe K.J.B. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe L.A.S. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe LAR et al | c/o Thompson Law Office, PC | 700 Airport Blvd, ste 160 | Burlingame, CA 94010 | X | X | X | Undetermined |
| John Doe M.H. | c/o The Joel Bieber Firm | 50 W 16th St, Ste 1700 | Philadelphia, PA 19102 | X | X | X | Undetermined |
| John Doe M.R.J. | c/o Peiffer Wolf Carr Kane Conway & Wise | 4 Embarcadero Center, Ste 1400 | San Francisco, CA 94111 | X | X | X | Undetermined |
| John Doe MR 1236 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe R.L. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe S.J.A. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe S.M. | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| John Doe SALS 1094 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1095 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SALS 1096 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1097 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1098 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1101 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1108 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1109 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1110 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1111 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1112 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1113 | c/o Furtado, Jaspovice & Simons | 22274 Main St | Hayward, CA 94541 | X | X | X | Undetermined |
| John Doe SALS 1114 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1115 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1116 | c/o Furtado, Jaspovice & Simons | 22274 Main St | Hayward, CA 94541 | X | X | X | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule F1: Abuse Claimants**

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|------|----------|----------|----------|------------|--------------|----------|--------|
| John Doe SALS 1117 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1118 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SALS 1119 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1120 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1296 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1303 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1304 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SALS 1304 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1305 | c/o Furtado, Jaspovice & Simons | 22274 Main St | Hayward, CA 94541 | X | X | X | Undetermined |
| John Doe SALS 1433 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe Sals 1491 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1493 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SALS 1494 | c/o Furtado, Jaspovice & Simons | 22274 Main St | Hayward, CA 94541 | X | X | X | Undetermined |
| John Doe SALS 1649 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SALS 1905 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SALS 1922 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SALS 1977 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SALS 2002 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SALS 2013 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1013   CGC-20-583648 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SF 1019 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1026 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1121 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1139 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1149 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1157 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1160 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1162 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1163 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1166 | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe SF 1166 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1175 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1183 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1186 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1189 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1196 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1201 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Doe SF 1205 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1209 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1212 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1216 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1218 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1219 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1220 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1224 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1226 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1227 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1229 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1237 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1241 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1243 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1246 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1251 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Doe SF 1254 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|
| John Doe SF 1261 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1262 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1267 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Doe SF 1270 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Doe SF 1275 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1282 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1425 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1426 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1452 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John Doe SF 1496 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1505 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1509 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1510 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1511 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1515 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1516 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1532 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1533 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1540 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1541 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1547 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1548 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1549 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1555 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1638 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1641 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1643 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1644 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1653 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1656 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1658 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1659 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1679 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1680 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1707 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1732 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1734 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1851 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1860 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1875 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1878 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1882 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1885 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1886 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1892 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1893 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1894 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1902 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1910 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1913 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1923 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1929 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1933 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1934 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1937 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|
| John Doe SF 1943 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1944 | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| John Doe SF 1948 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1967 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1974 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1976 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1990 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 1999 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 2012 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 2023 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 2028 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 2039 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SF 2059 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe SJ 1150 | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| John Doe T.O. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe W.A. | c/o Peiffer Wolf Carr Kane Conway & Wise | 4 Embarcadero Center, Ste 1400 | San Francisco, CA 94111 | X | X | X | Undetermined |
| John Doe W.C.D. | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe W.F. | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| John Doe W.R.V | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John Doe582 | c/o Winer, Burritt & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | X | X | X | Undetermined |
| John ED Roe SF | c/o AVA Law Group, PLLC | 3667 Voltaire St | San Diego, CA 92106 | X | X | X | Undetermined |
| John FR Roe Oak | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John KC Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John KO Roe | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| John LHO Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John M-4 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John MG Doe | c/o Gross & Belsky P.C. | 201 Spear St, Suite 1100 | San Francisco, CA 94105 | X | X | X | Undetermined |
| John MH Doe | c/o Gross & Belsky P.C. | 201 Spear St, Suite 1100 | San Francisco, CA 94105 | X | X | X | Undetermined |
| John Murphy | c/o Saunders & Walker | 1901 Avenue of the Stars, 2nd Floor | Los Angeles, CA 90067 | X | X | X | Undetermined |
| John MV Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John MW Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John NC Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John Oak-5 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John PG Roe SF | c/o AVA Law Group, PLLC | 3667 Voltaire St | San Diego, CA 92106 | X | X | X | Undetermined |
| John PR Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John PVH Roe | c/o Reich & Binstock LLP | 4265 San Felipe, Ste 1000 | Houston, TX 77027 | X | X | X | Undetermined |
| John RA Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John RC Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John RG Doe | c/o Schlesinger Law Offices, P.A. | 1212 SE Third Ave | Ft. Lauderdale, FL 33316 | X | X | X | Undetermined |
| John RG Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John RJ Roe | c/o Nye Sirling Hale Miller & Sweet LLP | 33 W Mission St, Ste 201 | Santa Barbara, CA 93101 | X | X | X | Undetermined |
| John Roe 1 | c/o Etsey & Bomberger, LLP | 2869 India St. | San Diego, CA 92103 | X | X | X | Undetermined |
| John Roe 1 | c/o Etsey & Bomberger, LLP | 2869 India St. | San Diego, CA 92103 | X | X | X | Undetermined |
| John Roe 179 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 215 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 222 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 256 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 366 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 394 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 457 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 499 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 517 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 521 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 546 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 604 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule F1: Abuse Claimants**

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|
| John Roe 621 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 633 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 644 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 656 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 660 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 663 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 664 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John Roe 700 | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| John SF-1 Doe, CGC-20-584162 | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-11 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-12 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-13 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-14 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-16 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-19 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-2 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-20 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-21 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-22 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-23 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-25 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-26 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-3 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-30 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-31 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-32 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-33 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-35 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-36 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-4 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SF-5 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John Sf-8 | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| John SM Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John TO Roe SF | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| John WP Doe | c/o Gross & Belsky P.C. | 201 Spear St, Suite 1100 | San Francisco, CA 94105 | X | X | X | Undetermined |
| JohnDoe SALS 1093 | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| John-SF-34 Doe | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| JOSEPH DOE SF 530 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 531 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 532 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 533 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 534 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 535 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 536 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 537 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 539 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 540 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 541 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 542 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 543 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 544 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 546 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 548 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 549 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 550 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule F1: Abuse Claimants**

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|
| JOSEPH DOE SF 551 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 578 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 582 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 589 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE SF 601 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| JOSEPH DOE X 571 | c/o Joseph George Jr. Law Corp | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | X | X | X | Undetermined |
| Joseph Riggs | c/o Andrews & Thorton | 4701 Von Karman Ave, Suite 300 | Newpot Beach, CA 92660 | X | X | X | Undetermined |
| Kara Marvin | c/o Paul Mones, P.C. | 13101 Washington Boulevard, Suite 240 | Los Angeles, CA 90066 | X | X | X | Undetermined |
| Kevin Crawford | c/o Saunders & Walker | 1901 Avenue of the Stars, 2nd Floor | Los Angeles, CA 90067 | X | X | X | Undetermined |
| L.G. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| LL John Doe AC | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe AC | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe B.J.R. | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe BJR | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe CJZ | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe DSB | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe FM | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe JU | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe RW | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe RW | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe VF | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe WC | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| LL John Doe WC | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| M.A. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Marc Crowther | c/o Arias Sanguinetti Wang & Torrijos, LLP | 6701 Center Dr W, 14th Floor | Los Angeles, CA 90045 | X | X | X | Undetermined |
| Margaret Yamamoto | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| McFarland | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Name Redacted | c/o AlderLaw | 12800 Riverside Drive, 2nd Floor | Los Angeles, CA 91607 | X | X | X | Undetermined |
| Name Redacted | c/o AlderLaw | 12800 Riverside Drive, 2nd Floor | Los Angeles, CA 91607 | X | X | X | Undetermined |
| Name Redacted | c/o AlderLaw | 12800 Riverside Drive, 2nd Floor | Los Angeles, CA 91607 | X | X | X | Undetermined |
| Name Redacted | c/o Allen, Glaessner, Hazelwood & Werth, LLP | 180 Montgomery Street, Suite 1200 | San Francisco, CA 94104 | X | X | X | Undetermined |
| Name Redacted | c/o Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200 | Pensacola, FL 32502 | X | X | X | Undetermined |
| Name Redacted | c/o Baron & Budd, P.C. | 3102 Oak Lawn Ave, Ste 1100 | Dalls, TX 75219 | X | X | X | Undetermined |
| Name Redacted | c/o Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | X | X | X | Undetermined |
| Name Redacted | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Name Redacted | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Name Redacted | c/o Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | X | X | X | Undetermined |
| Name Redacted | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| Name Redacted | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| Name Redacted | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| Name Redacted | c/o Liakos Law, APC | 955 Deep Valley Drive, Suite 3900 | Palos Verdes Peninsula, CA 90274 | X | X | X | Undetermined |
| Name Redacted | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Name Redacted | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Name Redacted | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Name Redacted | c/o Manly, Stewart & Finaldi | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Name Redacted | c/o Mary Alexander & Assoc | 19100 Von Karman Avenue, Suite 800 | Irvine, CA 92612 | X | X | X | Undetermined |
| Name Redacted | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| Name Redacted | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| Name Redacted | c/o Saunders & Walker | 1901 Avenue of the Stars, 2nd Floor | Los Angeles, CA 90067 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |

**Roman Catholic Archbishop of San Francisco**
**Case No. 23-30564**
**Schedule F1: Abuse Claimants**

| Name | Address1 | Address2 | Address3 | Contingent | Unliquidated | Disputed | Amount |
|------|----------|----------|----------|------------|--------------|----------|--------|
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o Slater Slater Schulman LLP | 8383 Wilshire Blvd, Ste 255 | Beverly Hills, CA 90211 | X | X | X | Undetermined |
| Name Redacted | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Name Redacted | c/o Wagstaff Law Firm | 940 N. Lincoln St. | Denver, CO 80203 | X | X | X | Undetermined |
| Name Redacted | c/o Casper Meadows Schwartz & Cook | 2121 N. California Blvd, Ste 1020 | Walnut Creek, CA 94596 | X | X | X | Undetermined |
| Name Redacted | c/o Casper Meadows Schwartz & Cook | 2121 N. California Blvd, Ste 1020 | Walnut Creek, CA 94596 | X | X | X | Undetermined |
| Name Redacted | c/o Casper Meadows Schwartz & Cook | 2121 N. California Blvd, Ste 1020 | Walnut Creek, CA 94596 | X | X | X | Undetermined |
| Name Redacted | c/o Fisher Law Offices | 1712 Court St, PO Box 990460 | Redding, CA 96099 | X | X | X | Undetermined |
| Name Redacted | c/o Hurley McKenna & Mertz, P.C. | 20 S Clark St, Ste 2250 | Chicago, IL 60603 | X | X | X | Undetermined |
| Name Redacted | c/o Justice Law Collaborative | 210 Washington St | North Easton, MA 02356 | X | X | X | Undetermined |
| Name Redacted | c/o Law Offices of Suizi Lin | 1633 San Pablo Ave | Oakland, CA 94612 | X | X | X | Undetermined |
| Name Redacted | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| Name Redacted | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| Name Redacted | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| Name Redacted | c/o Matthews & Associates | 250 Vallombrosa Avenue, Suite 266 | Chico, CA 95926 | X | X | X | Undetermined |
| R.C., | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Robert Susha | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |
| S.M. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| S.P. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| S.R.S. | c/o Herman Law | 9434 Deschutes Road, Suite 1000 | Palo Cedro, CA 96073 | X | X | X | Undetermined |
| Sara Waldrop | c/o Saunders & Walker | 1901 Avenue of the Stars, 2nd Floor | Los Angeles, CA 90067 | X | X | X | Undetermined |
| Soni Reese | c/o Ketterer, Browne & Associates, LLC | 336 South Main Street | Bel Air, MD 21014 | X | X | X | Undetermined |
| Steven Chavez | c/o Forester Haynie PLLC | 400 North Saint Paul Street, Suite 700 | Dallas, TX 75201 | X | X | X | Undetermined |
| Summerlynn Rivera | c/o The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 125 | San Diego, CA 92130 | X | X | X | Undetermined |
| Susan Quimby | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard | Los Angeles, CA 90025 | X | X | X | Undetermined |
| William D'Amato | c/o Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard, Suite 700 | Los Angeles, CA 90025 | X | X | X | Undetermined |

| Debtor Name | **The Roman Catholic Archbishop of San Francisco** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **23-30564** |

X Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | AT&T SERVICES AT ONE PETER YORKE WAY AT&T DEDICATED INTERNET SERVICE PRICING SCHEDULE | ACC BUSINESS P.O. BOX 5077 CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL SOFTWARE (RATE CHANGE SCHEDULE UNDER MSA) | ADP, INC 1 ADP BLVD ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL SOFTWARE (SALES ORDER QUOTE UNDER MSA) | ADP, INC 1 ADP BLVD ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | HEALTH COMPLIANCE GLOBAL MASTER SERVICES AGREEMENT | ADP, INC 1 ADP BLVD ROSELAND, NJ 07068 |
| | State the term remaining | Automatic Renewal | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | INVESTING ADOPTION AGREEMENT FOR THE AMERICAN CORE REALTY FUND, LP | AMERICAN CORE REALTY FUND, LP C/O ACRF MANAGEMENT, LLC ATTN: STANLEY LEZMAN 515 S FLOWER ST LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 113 of 145

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | INVESTING<br>ADOPTION AGREEMENT FOR THE AMERICAN CORE REALTY FUND, LP | AMERICAN CORE REALTY FUND, LP<br>C/O ACRF MANAGEMENT, LLC<br>ATTN: STANLEY LEZMAN<br>515 S FLOWER ST<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | INVESTING (ADDITIONAL FUNDS)<br>ADOPTION AGREEMENT FOR THE AMERICAN CORE REALTY FUND, LP | AMERICAN CORE REALTY FUND, LP<br>C/O ACRF MANAGEMENT, LLC<br>ATTN: STANLEY LEZMAN<br>515 S FLOWER ST<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | INVESTING (ADDITIONAL FUNDS)<br>ADOPTION AGREEMENT FOR THE AMERICAN CORE REALTY FUND, LP | AMERICAN CORE REALTY FUND, LP<br>C/O ACRF MANAGEMENT, LLC<br>ATTN: STANLEY LEZMAN<br>515 S FLOWER ST<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CONFERENCE FACILITIES & SERVICES<br>GROUP SALES AGREEMENT | ARAMARK SPORTS & ENTERTAINMENT SERVICES, LLC<br>ATTN: LINDA CASEY<br>800 ASILOMAR AVE<br>PACIFIC GROVE, CA 93950 |
| | State the term remaining | 9/26/2024 | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | CONFERENCE FACILITIES & SERVICES<br>GROUP SALES AGREEMENT | ARAMARK SPORTS & ENTERTAINMENT SERVICES, LLC<br>ATTN: LINDA CASEY<br>800 ASILOMAR AVE<br>PACIFIC GROVE, CA 93950 |
| | State the term remaining | 9/26/2024 | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | DEPOSIT AGREEMENT<br>DEPOSIT AGREEMENT WITH ADSF - INSTITUTIONAL DEPOSIT & LOAN | ARCHBISHOP RIORDAN HIGH SCHOOL<br>175 FRIDA KAHLO WAY<br>SAN FRANCISCO, CA 94112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 114 of 145

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES - NON-HR TECHNICAL SERVICES CONTRACT | ARCHBISHOP RIORDAN HIGH SCHOOL 175 FRIDA KAHLO WAY SAN FRANCISCO, CA 94112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES - HR TECHNICAL SERVICES CONTRACT | ARCHBISHOP RIORDAN HIGH SCHOOL 175 FRIDA KAHLO WAY SAN FRANCISCO, CA 94112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY, INSURANCE AND ANCILLARY INSURANCE CLIENT SERVICES AGREEMENT | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES LLC ATTN: MICHAEL GALLAGHER P.O. BOX 742886 LOS ANGELES, CA 90074 |
| | State the term remaining | 7/1/2024 | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | INVESTMENT SERVICES ADDENDUM TO AGREEMENT - ARCHDIOCESE OF SAN FRANCISO AND BEACON POINTE ADVISORS, LLC | BEACON POINTE ADVISORY, LLC ATTN: FELIX LIN 24 CORPORATE PLAZA DR, STE 150 NEWPORT BEACH, CA 92660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | INVESTMENT SERVICES CONSULTING AGREEMENT | BEACON POINTE ADVISORY, LLC ATTN: SHANNON EUSEY 24 CORPORATE PLAZA DR, STE 150 NEWPORT BEACH, CA 92660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES SECURE FILE TRANSFER PROTOCAL SITE ACCESS REQUEST | BENEFIT ALLOCATION SYSTEMS, LLC ATTN: MARLA ROSHKOFF P.O. BOX 417969 BOSTON, MA 02241 |
| | State the term remaining | Upon Completion of Services | |
| | List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 115 of 145

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **PROFESSIONAL SERVICES** <br> **ENHANCED SERVICES WITH BENEFIT ALLOCATION SYSTEMS, LLC - EDI FILE** | **BENEFIT ALLOCATION SYSTEMS, LLC** <br> **ATTN: MARLA ROSHKOFF** <br> **P.O. BOX 417969** <br> **BOSTON, MA 02241** |
| | State the term remaining <br> List the contract number of any government contract | Upon Completion of Services | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **RAISER'S EDGE NXT COMPLETE MIGRATION OFR ORDER FORM** | **BLACKBAUD** <br> **ATTN: DAVID BENJAMIN** <br> **65 FAIRCHILE ST** <br> **CHARLESTON, SC 29492** |
| | State the term remaining <br> List the contract number of any government contract | 12/16/2025 | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **AUDITOR** <br> **(ENGAGEMENT LETTER FOR AUDIT SERVICES)** | **BPM LLP** <br> **1 CALIFORNIA ST, STE 2500** <br> **SAN FRANCISCO, CA 94109** |
| | State the term remaining <br> List the contract number of any government contract | Upon Completion of Services | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE FOR 320 MIDDLEFIELD RD** <br> **LEASE (ENTIRE BUILDING) - AMENDMENT** | **CHESTERTON ACADEMY OF SAN FRANCISCO** <br> **ATTN: JOHN DOOLING** <br> **320 MIDDLEFIELD RD** <br> **MENLO PARK, CA 94025** |
| | State the term remaining <br> List the contract number of any government contract | 8/31/2023 | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE FOR 445 CHURCH ST** <br> **LEASE (ENTIRE BUILDING)** | **CHILDREN'S COUNCIL OF SAN FRANCISCO** <br> **445 CHURCH ST** <br> **SAN FRANCISCO, CA 94114** |
| | State the term remaining <br> List the contract number of any government contract | 2/28/2016 | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE FOR 445 CHURCH ST - AMENDMENT TO EXTEND LEASE** <br> **FIRST AMENDMENT TO LEASE** | **CHILDREN'S COUNCIL OF SAN FRANCISCO** <br> **445 CHURCH ST** <br> **SAN FRANCISCO, CA 94114** |
| | State the term remaining <br> List the contract number of any government contract | 2/28/2025 | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE FOR 445 CHURCH ST - AMENDMENT TO EXTEND LEASE**<br>**SECOND AMENDMENT TO LEASE** | **CHILDREN'S COUNCIL OF SAN FRANCISCO**<br>**445 CHURCH ST**<br>**SAN FRANCISCO, CA 94114** |
| | State the term remaining | 2/28/2030 | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | **SAAS SOFTWARE LICENSING AT SEVERAL SCHOOLS**<br>**ORDER FORM** | **COMMUNITY BRANDS INTERMEDIATE, LLC & AFFILIATES**<br>**ATTN: COREY PUDHORODSKY**<br>**9620 EXECUTIVE CENTER DR N, STE 200**<br>**ST PETERSBURG, FL 33702** |
| | State the term remaining | 2/10/2026 | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE FOR PORTION OF 1656 CALIFORNIA ST - AMENDMENT TO EXTEND LEASE**<br>**LEASE - AMENDMENT** | **CRUISE LLC**<br>**ATTN: WILLIAM NASH**<br>**1656 CALIFORNIA ST**<br>**SAN FRANCISCO, CA 94109** |
| | State the term remaining | Apr 2024 | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE FOR PORTION OF 1656 CALIFORNIA ST**<br>**LEASE** | **CRUISE LLC**<br>**ATTN: WILLIAM NASH**<br>**1656 CALIFORNIA ST**<br>**SAN FRANCISCO, CA 94109** |
| | State the term remaining | 5/1/2023 | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE FOR 1615 BROADWAY**<br>**LEASE (ENTIRE BUILDING)** | **DAUGHTERS OF CHARITY**<br>**C/O ST VINCENT DE PAUL PROVINCE OF THE WEST**<br>**1615 BROADWAY**<br>**SAN FRANCISCO, CA 94109** |
| | State the term remaining | Perpetual | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | **CORPORATE COMPLIANCE COURSES**<br>**EVERFI SERVICES AGREEMENT** | **EVERFI, INC**<br>**P.O. BOX 826024**<br>**PHILADELPHIA, PA 19182** |
| | State the term remaining | 2/8/2025 | |
| | List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 117 of 145

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES**<br>**CONTRACT FOR LEGAL SERVICES** | **FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**<br>**ATTN: PAUL PASCUZZI**<br>**500 CAPITOL MALL, STE 2250**<br>**SACRAMENTO, CA 95814** |
| | State the term remaining<br>List the contract number of any government contract | Upon Completion of Services | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | **ADVERTISING**<br>**WEB DEVELOPMENT AGREEMENT** | **FIVABLE, LLC**<br>**ATTN: BRYAN MURDAUGH**<br>**1204 LEXINGTON AVE, STE 2A**<br>**IRMO, SC 29063** |
| | State the term remaining<br>List the contract number of any government contract | Automatic Renewal | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | **ROYALTY AGREEMENT**<br>**LICENSE AGREEMENT** | **FIVABLE, LLC**<br>**ATTN: BRYAN MURDAUGH**<br>**1204 LEXINGTON AVE, STE 2A**<br>**IRMO, SC 29063** |
| | State the term remaining<br>List the contract number of any government contract | Automatic Renewal | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | **WEB HOSTING**<br>**WEBSITE HOSTING AGREEMENT** | **FIVABLE, LLC**<br>**ATTN: BRYAN MURDAUGH**<br>**1204 LEXINGTON AVE, STE 2A**<br>**IRMO, SC 29063** |
| | State the term remaining<br>List the contract number of any government contract | Automatic Renewal | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | **MISSION PARTNERSHIP**<br>**LETTER OF UNDERSTANDING** | **FOCUS**<br>**ATTN: HILARY DRAFTZ**<br>**603 PARK POINT DR**<br>**GENESEE, CO 80401** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | **CLAIMS MANAGEMENT RELATED TO ABUSE CASES**<br>**AMENDMENT NO. 2 TO CLAIMS ADJUSTING AND ADMINISTRATION SERVICES AGREEMENT BETWEEN THE ARCHIDIOCESE OF SAN FRANCISCO AND GEORGE HILLS COMPANY, INC** | **GEORGE HILLS COMPANY, INC**<br>**ATTN: JOHN CHAQUICA**<br>**P.O. BOX 278**<br>**RANCHO CORDOVA, CA 95741** |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 118 of 145

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES<br>ENGAGEMENT LETTER TO SERVE AS FINANCIAL ADVISOR | GLASSRATNER ADVISORY & CAPITAL GROUP, LLC<br>ATTN: WAYNE WEITZ<br>3445 PEACHTREE RD, STE 1225<br>ATLANTA, GA 30326 |
| | State the term remaining | Upon Completion of Services | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | ADVISORY SERVICES FOR 403(B)<br>3(21) INVESTMENT ADVISORY AGREEMENT - THE ARCHDIOCESE OF SAN FRANCISSON 403(B) PLAN | GLOBAL RETIREMENT PARTNERS, LLC<br>DBA HEFFERNAN RETIREMENT SERVICES<br>ATTN: BLAKE THIBAULT<br>1350 CARLBACK AVE<br>WALNUT CREEK, CA 94596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Catholic values data analyses on businesses<br>Institutional Shareholder Services Inc. Addendum No. (Schedule-GOV_00219891 - 01/25/2023) Incorporating Master Service Agreement (MSA) No. (MSA-GOV_00183663) between Subscriber and Institutional Shareholder Services Inc. | INSTITUTIONAL SHAREHOLDER SERVICES, INC<br>101 JEFFERSON DR<br>MENLO PARK, CA 94025 |
| | State the term remaining | 3/31/2024 | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR 1600 VAN NESS AVE - ASSESSOR'S LOT 018; BLOCK 0643<br>LEASE | JEH ENTERPRISES, INC<br>1600 VAN NESS AVE<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | 6/30/2023 | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR 1600 VAN NESS AVE - ASSESSOR'S LOT 018; BLOCK 0643<br>(REQUEST FOR EXTENSION) | JEH ENTERPRISES, INC<br>1600 VAN NESS AVE<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | FUNDRAISING<br>GRANT DEVELOPMENT ACTIVITIES FOR THE ARCHDIOCESE OF SAN FRANCISO<br>INDIVIDUAL | JEROME S BURSTEIN, PHD<br>ADDRESS REDACTED |
| | State the term remaining | Upon Completion of Services | |
| | List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 119 of 145

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | DEPOSIT AGREEMENT<br>DEPOSIT AGREEMENT WITH ADSF - INSTITUTIONAL DEPOSIT & LOAN | JUNIPERO SERRA HIGH SCHOOL<br>451 W 20TH AVE<br>SAN MATEO, CA 94403 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES - NON-HR<br>TECHNICAL SERVICES CONTRACT | JUNIPERO SERRA HIGH SCHOOL<br>451 W 20TH AVE<br>SAN MATEO, CA 94403 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES - HR<br>TECHNICAL SERVICES CONTRACT | JUNIPERO SERRA HIGH SCHOOL<br>451 W 20TH AVE<br>SAN MATEO, CA 94403 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION INTO A REAL ESTATE FUND<br>CONSENT TO SECOND AMENDMENT AND RESTATED AGREEMENT OF LIMITED PARTNERSHIP | KIMPACT EVERGREEN REAL ESTATE INVESTMENT FUND, LP<br>30242 ESPERANZA<br>RANCHO SANTA MARGARITA, CA 92688 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | DEPOSIT AGREEMENT<br>DEPOSIT AGREEMENT WITH ADSF - INSTITUTIONAL DEPOSIT & LOAN | MARIN CATHOLIC HIGH SCHOOL<br>675 SIR FRANCIS DRAKE BLVD<br>KENTFIELD, CA 94904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES<br>TECHNICAL SERVICES CONTRACT - HR | MARIN CATHOLIC HIGH SCHOOL<br>675 SIR FRANCIS DRAKE BLVD<br>KENTFIELD, CA 94904 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 120 of 145

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPORT SERVICES**<br>**TECHNICAL SERVICES CONTRACT - NON HR** | **MARIN CATHOLIC HIGH SCHOOL**<br>**675 SIR FRANCIS DRAKE BLVD**<br>**KENTFIELD, CA 94904** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION SERVICES**<br>**AIA -- NEW GARDEN MAUSOLEUM MOUNT OLIVET CATHOLIC CEMETERY** | **MCCLESKEY CONSTRUCTION CO**<br>**ATTN: ROBERT DEBELTRAND**<br>**723 CHURCH ST**<br>**BUFORD, GA 30518** |
| | State the term remaining<br>List the contract number of any government contract | Upon Completion of Services | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION INTO A REAL ESTATE FUND**<br>**MONTAUK TRIUARD FUND IX LP SUBSCRIPTION BOOKLET** | **MONTAUK TRIGUARD FUND IX LP**<br>**ATTN: ERICA SIMS**<br>**200 SPECTRUM CENTER DR, STE 2050**<br>**IRVINE, CA 92618** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | **PENSION ADMINISTRATION SERVICES**<br>**STATEMENT OF WORK NO. 2023-1** | **NICOLAY CONSULTING GROUP, INC**<br>**ATTN: ERIC WALDSCHMIDT**<br>**231 SANSOME ST, STE 300**<br>**SAN FRANCISCO, CA 94104** |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2024 | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | **PENSION ADMINISTRATION SERVICES**<br>**STATEMENT OF WORK NO. 2023-2** | **NICOLAY CONSULTING GROUP, INC**<br>**ATTN: ERIC WALDSCHMIDT**<br>**231 SANSOME ST, STE 300**<br>**SAN FRANCISCO, CA 94104** |
| | State the term remaining<br>List the contract number of any government contract | 6/30/2024 | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | **PENSION ADMINISTRATION SERVICES**<br>**STATEMENT OF WORK NO. 2023-3** | **NICOLAY CONSULTING GROUP, INC**<br>**ATTN: ERIC WALDSCHMIDT**<br>**231 SANSOME ST, STE 300**<br>**SAN FRANCISCO, CA 94104** |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2023 | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 121 of 145

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | INVESTMENTS<br>ADDITIONAL SUBSCRIPTION FORM FOR U.S. INVESTORS | PARTNERS GROUP PRIVATE EQUITY, LLC<br>C/O MASTER FUND<br>1 HERITAGE DR<br>N QUINCY, MA 02171 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | LEASE OF PROPERTY AT 5618 CALIFORNIA ST, UNIT #4, SAN FRANCISCO, CA 94121<br>LEASE AGREEMENT (SAN FRANCISCO RESIDENTIAL) INDIVIDUAL | PETER MARLOW<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 10/31/2023 | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | LEASE OF OFFICE EQUIPMENT AND SOFTWARE<br>EQUIPMENT LEASE | PITNEY BOWES<br>ATTN: JUSTIN ABELYA<br>3001 SUMMER ST<br>STAMFORD, CT 06926 |
|---|---|---|---|
| | State the term remaining | 5/27/2025 | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION INTO A REAL ESTATE FUND<br>A PRIVATE OFFERING OF LIMITED PARTNERSHIP INTERESTS IN REDWOOD-KAIROS REAL ESTATE VALUE FUND VIII, LP WITH A MINIMUM INVESTMENT OF $1,000,000 | REDWOD KAIROS REAL ESTATE VALUE FUND VIII<br>30242 ESPERANZA<br>RANCHO SANTA MARGARITA, CA 92688 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION INTO A REAL ESTATE FUND<br>A PRIVATE OFFERING OF LIMITED PARTNERSHIP INTERESTS IN REDWOOD-KAIROS CREDIT STRATEGIES REIT WITH A MINIMUM INVESTMENT OF $100,000 | REDWOD KAIROS REAL ESTATE VALUE FUND VIII<br>30242 ESPERANZA<br>RANCHO SANTA MARGARITA, CA 92688 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | INVESTMENTS<br>AMENDED AND RESTATED AGREEMENT OF PARTNERSHIP OF REDWOOD-KAIROS REAL ESTATE VALUE FUND VI LP | REDWOD KAIROS VI GP, LLC<br>C/O KAIROS INCENTIVE CO, LLC<br>30242 ESPERANZA<br>RANCHO SANTA MARGARITA, CA 92688 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 122 of 145

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL OF OFFICE EQUIPMENT<br>U.S. COMMUNITIES MASTER LEASE AGREEMENT | RICOH USA INC<br>300 EAGLEVIEW BLVD, STE 200<br>EXTON, PA 19341 |
| | State the term remaining | Extended per addendum below | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL OF OFFICE EQUIPMENT<br>VARIABLE PAYMENTS ADDENDUM FOR COST PER IMAGE | RICOH USA, INC<br>300 EAGLEVIEW BLVD, STE 200<br>EXTON, PA 19341 |
| | State the term remaining | 9/30/2025 | |
| | List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | VACCINE ADMINISTRATION<br>VACCINE ADMINISTRATION PROGRAM AGREEMENT | RITE AID HEADQAUTERS CORP<br>ATTN: SUMMER KERLEY<br>200 NEWBERRY COMMONS<br>ETTERS, PA 17319 |
| | State the term remaining | 3/32/24 | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | DEPOSIT AGREEMENT<br>DEPOSIT AGREEMENT WITH ADSF - INSTITUTIONAL DEPOSIT & LOAN | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br>DEPT OF CEMETERIES<br>ATTN: MONICA WILLIAMS<br>P.O. BOX 1577<br>COLMA, CA 94014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | LAND LEASE<br>LAND USE CONTRACT | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br>DEPT OF CEMETERIES<br>ATTN: MONICA WILLIAMS<br>P.O. BOX 1577<br>COLMA, CA 94014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | DEPOSIT AGREEMENT<br>DEPOSIT AGREEMENT WITH ADSF - INSTITUTIONAL DEPOSIT & LOAN | SACRED HEART CATHEDRAL PREPARATORY<br>1055 ELLIS ST<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 123 of 145

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES<br>TECHNICAL SERVICES CONTRACT - HR | SACRED HEART CATHEDRAL PREPARATORY<br>1055 ELLIS ST<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES<br>TECHNICAL SERVICES CONTRACT - NON HR | SACRED HEART CATHEDRAL PREPARATORY<br>1055 ELLIS ST<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | ACCOUNTING SOFTWARE<br>RENEWAL ORDER SCHEDULE | SAGE INTACCT, INC<br>ATTN: NIK PUNI<br>300 PARK AVE, STE 1400<br>SAN JOSE, CA 95110 |
| | State the term remaining | 8/25/2023 | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | ACCOUNTING SOFTWARE<br>RENEWAL ORDER SCHEDULE | SAGE INTACCT, INC<br>ATTN: RICHARD LOWENSTEIN<br>300 PARK AVE, STE 1400<br>SAN JOSE, CA 95110 |
| | State the term remaining | 8/25/2024 | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR 45 FARALLONES ST<br>LEASE (ENTIRE BUILDING) | SENECA FAMILY OF AGENCIES<br>45 FARALLONES ST<br>SAN FRANCISCO, CA 94112 |
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AND PUBLIC RELATION ADVISORY<br>(ENGAGEMENT LETTER) | SITRICK & CO<br>ATTN: MICHAEL SITRICK<br>11999 SAN VICENTE BLVD, STE 400<br>LOS ANGELES, CA 90049 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 124 of 145

██  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | PLANNED GIVING<br>ENGAGEMENT FOR PLANNED GIVING<br>DEVELOPMENT SERVICES | STEWARDSHIP PLANNED GIVING<br>ATTN: MARK HENRY<br>6713 OLD JACKSONVILLE HWY, STE 105<br>TYLER, TX 75703 |
| | State the term remaining | 12/14/2023 | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES<br>TECHNICAL SERVICES CONTRACT | THE ARCHDIOCESE OF SAN FRANCISCO<br>C/O CAPITAL ASSETS SUPPORT CORP<br>1301 POST ST<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES - HR<br>TECHNICAL SERVICES CONTRACT | THE ARCHDIOCESE OF SAN FRANCISCO PARISH & SCHOOL<br>C/O JURIDIC PERSONS REAL PROPERTY SUPPORT CORP<br>1301 POST ST<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES - REAL PROPERTY<br>TECHNICAL SERVICES CONTRACT | THE ARCHDIOCESE OF SAN FRANCISCO PARISH & SCHOOL<br>C/O JURIDIC PERSONS REAL PROPERTY SUPPORT CORP<br>1301 POST ST<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR SPACE AT RPSC<br>LEASE | THE ARCHDIOCESE OF SAN FRANCISCO PARISH & SCHOOL<br>C/O JURIDIC PERSONS REAL PROPERTY SUPPORT CORP<br>1301 POST ST<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | Perpetual | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE OF CERTAIN PARCELS OWNED BY RPSC<br>LESSEE | THE ARCHDIOCESE OF SAN FRANCISCO PARISH & SCHOOL<br>C/O JURIDIC PERSONS REAL PROPERTY SUPPORT CORP<br>1301 POST ST<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | YTY; Automatic renewal | |
| | List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 125 of 145

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | **SUBLEASES ASSOCIATED WITH CERTAIN RPSC PROPERTIES**<br>**ASSIGNEE OF RENTS** | **THE ARCHDIOCESE OF SAN FRANCISCO PARISH & SCHOOL**<br>**C/O JURIDIC PERSONS REAL PROPERTY SUPPORT CORP**<br>**1301 POST ST**<br>**SAN FRANCISCO, CA 94109** |
| | State the term remaining | YTY; Automatic renewal | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | **INTANGIBLES ASSOCIATED WITH CERTAIN RPSC PROPERTIES**<br>**ASSIGNEE OF INTANGIBLE INTERESTS** | **THE ARCHDIOCESE OF SAN FRANCISCO PARISH & SCHOOL**<br>**C/O JURIDIC PERSONS REAL PROPERTY SUPPORT CORP**<br>**1301 POST ST**<br>**SAN FRANCISCO, CA 94109** |
| | State the term remaining | YTY; Automatic renewal | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | **IT SUPPORT**<br>**IT SUPPORT SERVICES FY2023 ARCHDIOCESE OF SAN FRANCISCO** | **THE GDR GROUP**<br>**ATTN: RANDY REDWITZ**<br>**3 PARK PLZ, STE 1700**<br>**IRVINE, CA 92614** |
| | State the term remaining | MTM after 1 yr | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | **IT SUPPORT**<br>**IT SUPPORT SERVICES FY2024 ARCHDIOCESE OF SAN FRANCISCO** | **THE GDR GROUP**<br>**ATTN: MARVIN SANCHEZ**<br>**3 PARK PLZ, STE 1700**<br>**IRVINE, CA 92614** |
| | State the term remaining | MTM after 1 yr | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | **DONATION COLLECTION SOFTWARE**<br>**ARCHDIOCESE OF SAN FRANCISCO + THE GIVING BLOCK BASIC SERVICES AGREEMENT** | **THE GIVING BLOCK**<br>**ATTN: BRANDON BAIRD**<br>**78 SW 7TH ST, STE 500**<br>**MIAMI, FL 33130** |
| | State the term remaining | 1/25/2024 | |
| | List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | **DEPOSIT AGREEMENT**<br>**DEPOSIT AGREEMENT WITH ADSF - INSTITUTIONAL DEPOSIT & LOAN** | **THE ROMAN CATHOLIC SEMINARY OF SAN FRANCISCO**<br>**ATTN: VERY REV MARK DOHERTY**<br>**320 MIDDLEFIELD RD**<br>**MENLO PARK, CA 94025** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 126 of 145

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES<br>TECHNICAL SERVICES CONTRACT | THE ROMAN CATHOLIC SEMINARY OF SAN FRANCISCO<br>ATTN: VERY REV MARK DOHERTY<br>320 MIDDLEFIELD RD<br>MENLO PARK, CA 94025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR 320 MIDDLEFIELD RD<br>REVOCABLE LICENSE | THE ROMAN CATHOLIC SEMINARY OF SAN FRANCISCO<br>320 MIDDLEFIELD RD<br>MENLO PARK, CA 94025 |
| | State the term remaining | 6/30/2026 | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR 1600 VAN NESS AVE<br>RETAIL LEASE | THE SLEEP TRAIN, INC<br>1600 VAN NESS AVE<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | 11/30/2014 | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR 1600 VAN NESS AVE - AMENDMENT TO EXTEND LEASE<br>AMENDMENT TO LEASE | THE SLEEP TRAIN, INC<br>1600 VAN NESS AVE<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | 2/28/2033 | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR 1600 VAN NESS AVE - AMENDMENT TO TERMS<br>FIRST AMENDMENT TO RETAIL LEASE | THE SLEEP TRAIN, INC<br>ATTN: PAUL GRIMM<br>1600 VAN NESS AVE<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | 1/31/2023 | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | LEASE FOR 1600 VAN NESS AVE - AMENDMENT TO TERMS<br>AMENDMENT TO LEASE | THE SLEEP TRAIN, INC<br>ATTN: PAUL GRIMM<br>1600 VAN NESS AVE<br>SAN FRANCISCO, CA 94109 |
| | State the term remaining | 2/28/2033 | |
| | List the contract number of any government contract | | |

Case: 23-30564     Doc# 372     Filed: 12/18/23     Entered: 12/18/23 11:26:50     Page 127 of 145

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | **UTILIITES**<br>**SERVICE AGREEMENT** | **TPX COMMUNICATIONS**<br>**P.O. BOX 509013**<br>**SAN DIEGO, CA 92150** |
| | State the term remaining | 10/19/2023 | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | **UTILITIES**<br>**SERVICE AGREEMENT** | **TPX COMMUNICATIONS**<br>**P.O. BOX 509013**<br>**SAN DIEGO, CA 92150** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | **JANITORIAL SERVICES**<br>**DAILY AFTERHOURS JANITORIAL SERVICES AT THE CHANCERY FOR THE ARCHDIOCESE OF SAN FRANCISCO** | **TRINITY BUILDING SERVICES**<br>**ATTN: MIKE BOSCHETTO**<br>**1071 SNEATH LN**<br>**SAN BRUNO, CA 94066** |
| | State the term remaining | MTM | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | **BANK TO PROVIDE CUSTODY SERVICES RELATED TO THE DEFINED ASSETS**<br>**CUSTODY AGREEMENT** | **US BANK NA**<br>**ATTN: CAROLYN COX**<br>**1 CALIFORNIA ST, STE 1000**<br>**SAN FRANCISCO, CA 94111** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 23-30564   Doc# 372   Filed: 12/18/23   Entered: 12/18/23 11:26:50   Page 128 of 145

| Debtor Name | The Roman Catholic Archbishop of San Francisco |
|---|---|

United States Bankruptcy Court for the Northern District of California

Case number (if known): **23-30564**

[X] Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

[X] Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 **ALL HALLOWS** | 1440 NEWHALL ST<br>SAN FRANCISCO, CA 94124 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **ALL SOULS CATHOLIC CHURCH** | 315 WALNUT AVE<br>SAN FRANCISCO, CA 94080 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 **BELLARMINE COLLEGE PREPARATORY** | 960 W HEDDING ST<br>SAN JOSE, CA 95126 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 **BROTHERS OF CHRISTIAN SCHOOLS** | LASALLIAN EDUCATION CORP<br>4401 REDWOOD RD<br>NAPA, CA 94558 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 **BROTHERS OF HOLY CROSS OF TEXAS** | 1101 ST EDWARD'S DR<br>AUSTIN, TX 78704 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |

███  **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.6 CAMP SALESIAN AND SALESIAN SOCIETY | 1100 FRANKLIN ST SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.7 CAPUCHIN FRANCISCAN ORDER OF CA | 1345 CORTEZ AVE BURLINGAME, CA 94010 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.8 CATHEDRAL BASILICA OF ST JOSEPH | 80 S MARKET ST SAN JOSE, CA 95113 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.9 CATHEDRAL OF ST MARY OF THE ASSUMPTION | 1111 GOUGH ST SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.10 CATHOLIC CHARITIES COMMUNITY SERVICES - CYO | 990 EDDY ST SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.11 CATHOLIC CHARITIES CYO OF | THE ARCHDIOCESE OF SAN FRANCISCO 990 EDDY ST SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.12 CATHOLIC CHARITIES OF | THE ARCHDIOSES OF SAN FRANCISCO 990 EDDY ST SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.13 CATHOLIC FOREIGN MISSION SOCIETY OF AMERICA | P.O. BOX 303 MARYKNOLL, NY 10545 | Abuse Litigant | ☐ D ☑ E/F ☐ G |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.14 | CHRISTIAN BROTHERS RETREAT HOUSE | 4401 REDWOOD RD NAPA, CA 94558 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.15 | CHURCH OF THE EPIPHANY | 827 VIENNA ST SAN FRANCISCO, CA 94112 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.16 | CHURCH OF THE IMMACULATE HEART OF MARY | 1040 ALAMEDA DE LAS PULGAS BELMONT, CA 94002 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.17 | CLARETIAN MISSIONARIES | 10203 LOWER AZUSA RD TEMPLE CITY, CA 91780 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.18 | CONGREGATION OF THE MISSION WESTERN PROVINCE | 3701 FOREST PARK AVE ST LOUIS, MO 63108 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.19 | CORPUS CHRISTI CHURCH AND SCHOOL | 62 SANTA ROSA AVE SAN FRANCISCO, CA 94112 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.20 | DAUGHTERS OF CHARITY OF ST VINCENT DE PAUL | 26000 ALTAMONT RD LOS ALTOS HILLS, CA 94022 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.21 | DAVID GHIORSO | 880 TAMARACK AVE SAN CARLOS, CA 94070 | Abuse Litigant | ☐ D ☑ E/F ☐ G |

▉ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.22 **DE LA SALLE INSTITUTE** | 4401 REDWOOD RD<br>NAPA, CA 94558 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.23 **DIOCESE OF SAN JOSE, JESUITS WEST** | BELLARMINE HIGH SCHOOL<br>960 W HEDDING ST<br>SAN JOSE, CA 95126 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 **DOMINICAN CONGREGATION OF** | THE MOST HOLY NAME OF JESUS<br>5877 BIRCH COURT<br>OAKLAND, CA 94618 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 **DOMINICAN FRIARS RELIGIOUS ORDER** | 2390 BUSH ST<br>SAN FRANCISCO, CA 94115 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.26 **DOMINICAN SISTERS OF MISSION SAN JOSE (DMSJ)** | 1212 GUERRERO ST<br>SAN FRANCISCO, CA 94110 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.27 **FIVE WOUNDS PORTUGUESE NATIONAL PARISH** | 1375 E SANTA CLARA ST<br>SAN JOSE, CA 95116 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.28 **FR AUSTIN PETER KEEGAN** | | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.29 **FR JAMES O'SHAUGHNESSY** | | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.30  **FR RONALD CLEMO** | | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.31  **FRANCISCAN BROTHERS AND RELIGIOUS BROTHERS OF** | **THE THIRD ORDER REGULAR OF SAINT FRANCIS** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.32  **FRANCISCAN FRIARS OF CALIFORNIA** | **1500 34TH AVE OAKLAND, CA 94601** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.33  **JESUIT FATHERS AND BROTHERS** | **5704 ROLAND AVE BALTIMORE, MD 21210** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.34  **JOHN GLOGOWSKI** | | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.35  **KURT BOTHE** | | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.36  **LOUIS FACCHINO** | | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.37  **MARIANIST PROVINCE OF THE UNITED STATES** | **4425 W PINE BLVD ST LOUIS, MO 63108** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |

| | **Additional Page(s) if Debtor has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.38 **MARIN CATHOLIC HIGH SCHOOL** | 675 SIR FRANCIS DRAKE BLVD KENTFIELD, CA 94904 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.39 **MARIN COUNTY COUNCIL** | A LOCAL COUNCIL OF THE BOY SCOUTS OF AMERICA 225 W END AVE SAN RAFAEL, CA 94901 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.40 **MARIST SOCIETY OF CALIFORNIA** | 2335 WARRING ST BERKELEY, CA 94704 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.41 **MATER DOLOROSA CATHOLIC CHURCH** | 307 WILLOW AVE S SAN FRANCISCO, CA 94080 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.42 **MISSION DOLORES ACADEMY** | 3371 16TH ST SAN FRANCISCO, CA 94114 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.43 **MISSION DOLORES BASILICA** | 3321 16TH ST SAN FRANCISCO, CA 94114 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.44 **MISSION DOLORES PARISH** | 3321 16TH ST SAN FRANCISCO, CA 94114 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.45 **MISSIONARY SISTERS OF THE SACRO COSTATO** | 1310 BAYSWATER AVE BURLINGAME, CA 94010 | Abuse Litigant | ☐ D ☑ E/F ☐ G |

## Additional Page(s) if Debtor has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.46 | **MOST HOLY REDEEMER CATHOLIC CHURCH** | 100 DIAMOND ST<br>SAN FRANCISCO, CA 94114 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.47 | **MOST REV SALVATORE CORDILEONE** | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br>1 PETER YORKE WAY<br>SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.48 | **NATIVITY OF OUR LORD** | 240 FELL ST<br>SAN FRANCISCO, CA 94102 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.49 | **OUR LADY OF ANGELS** | 1721 HILLSIDE DR<br>BURLINGAME, CA 94010 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.50 | **OUR LADY OF FATIMA CATHOLIC CHURCH** | 5920 GEARY BLVD<br>SAN FRANCISCO, CA 94121 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.51 | **PASTOR OF ST BASIL PARISH** | 6430 BOSE LN<br>SAN JOSE, CA 95120 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.52 | **PASTOR OF ST EUGENE CATHEDRAL OF SANTA ROSA** | 2323 MONTGOMERY DR<br>SANTA ROSA, CA 95405 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.53 | **PATRICK O'SHEA** | | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |

█  **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.54  **PROVINCE OF THE HOLY NAME** | **1555 39TH AVE SAN FRANCISCO, CA 94112** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.55  **ROMAN CATHOLIC ARCHBISHOP OF SANTA FE** | **4000 ST JOSEPHS PL NW ALBUQUERQUE, NM 87120** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.56  **ROMAN CATHOLIC BISHOP OF MONTEREY** | **425 CHURCH ST MONTEREY, CA 93940** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.57  **ROMAN CATHOLIC BISHOP OF OAKLAND** | **2121 HARRISON ST, STE 100 OAKLAND, CA 94612** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.58  **ROMAN CATHOLIC BISHOP OF ORANGE** | **13280 CHAPMAN AVE GARDEN GROVE, CA 92840** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.59  **ROMAN CATHOLIC BISHOP OF SACRAMENTO** | **2110 BROADWAY SACRAMENTO, CA 95818** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.60  **ROMAN CATHOLIC BISHOP OF SAN JOSE** | **1150 N 1ST ST SAN JOSE, CA 95112** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |
| 2.61  **ROMAN CATHOLIC BISOP OF SANTA ROSA** | **985 AIRWAY CT SANTA ROSA, CA 95403** | Abuse Litigant | ☐ D  ☑ E/F  ☐ G |

| | **Additional Page(s) if Debtor has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**

**Column 2: Creditor**

| Name | Mailing Address | Name | Check all schedules that apply |
|---|---|---|---|
| 2.62 SACRED HEART CATHEDRAL PREPARATORY | 1055 ELLIS ST SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.63 SACRED HEART CATHOLIC CHURCH | 520 COLLEGE ST HOLLISTER, CA 95023 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.64 SAINT CECILIA CATHOLIC CHURCH | 2555 17TH AVE SAN FRANCISCO, CA 94116 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.65 SALESIANS OF DON BOSCO | 1100 FRANKLIN ST SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.66 SANTA PAULA CHURCH OF FREMONT | NOW KNOWN AS OUR LADY OF GUADALUPE 41933 BLACOW RD FREMONT, CA 94538 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.67 SISTERS OF CHARITY OF THE BLESSED VIRGIN MARY | 54 W MAIN ST BALTIC, CT 06330 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.68 SISTERS OF MERCY OF | THE AMERICAS WEST MIDWEST COMMUNITY, INC 7262 MERCY RD OMAHA, NE 68124 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.69 SISTERS OF MISSION SAN JOSE | 43326 MISSION CIRCLE FREMONT, CA 94539 | Abuse Litigant | ☐ D ☑ E/F ☐ G |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.70 SISTERS OF NOTRE DAME DE NAMUR | 30 JEFFREYS NECK RD IPSWICH, MA 01938 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.71 SISTERS OF ST JOSEPH OF ORANGE | 440 S BATAVIA ST ORANGE, CA 92868 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.72 SISTERS OF THE HOLY CROSS | 100 LOURDES HALL - SAINT MARY'S NOTRE DAME, IN 46556 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.73 SISTERS OF THE HOLY NAME | 700 WALNUT ST #2 SAN CARLOS, CA 94070 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.74 SISTERS OF THE PRESENTATION | 281 MASONIC AVE SAN FRANCISCO, CA 94118 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.75 SISTERS OF THE PRESENTATION AND | UNION OF SISTERS OF THE BLESSED VIRGIN MARY US PROVINCE 281 MASONIC AVE SAN FRANCISCO, CA 94118 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.76 SOCIETY OF ST SULPICE PROVINCE OF THE US | 5408 ROLAND AVE BALTIMORE, MD 21210 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.77 ST RAYMOND PARISH AND SCHOOL | 1100 SANTA CRUZ AVE MENLO PARK, CA 94025 | Abuse Litigant | ☐ D ☑ E/F ☐ G |

| ▮ | **Additional Page(s) if Debtor has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**

**Column 2: Creditor**

| Name | Mailing Address | Name | Check all schedules that apply |
|------|-----------------|------|-------------------------------|
| 2.78 ST AGNES CHURCH AND SCHOOL | 1025 MASONIC AVE SAN FRANCISCO, CA 94117 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.79 ST ANTHONY OF PADUA PARISH | 3215 CESAR CHAVEZ ST SAN FRANCISCO, CA 94110 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.80 ST BEDE CATHOLIC CHURCH | 26950 PATRICK AVE HAYWARD, CA 94544 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.81 ST BRENDAN'S CATHOLIC PARISH | 29 ROCKAWAY AVE SAN FRANCISCO, CA 94127 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.82 ST CATHERINE'S OF SIENNA | 1310 BAYSWATER AVE BURLINGAME, CA 94010 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.83 ST CECLIA CATHOLIC CHURCH | 2555 17TH AVE SAN FRANCISCO, CA 94116 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.84 ST CHARLES BORROMEO | 713 S VAN NESS AVE SAN FRANCISCO, CA 94110 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.85 ST DOMINIC'S CATHOLIC CHURCH AND SCHOOL | 2390 BUSH ST SAN FRANCISCO, CA 94115 | Abuse Litigant | ☐ D ☑ E/F ☐ G |

## Additional Page(s) if Debtor has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.86 **ST EMYDIUS SCHOOL AND CHURCH** | **286 ASHTON AVE**<br>**SAN FRANCISCO, CA 94112** | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.87 **ST FRANCES CABRINI CATHOLIC CHURCH AND SCHOOL** | **15333 WOODARD RD**<br>**SAN JOSE, CA 95124** | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.88 **ST FRANCIS HIGH SCHOOL** | **1885 MIRAMONTE AVE**<br>**MOUNTAIN VIEW, CA 94040** | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.89 **ST FRANCIS OF ASSISI CHRURCH** | **1425 BAY RD**<br>**E PALO ALTO, CA 94303** | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.90 **ST HILARY CATHOLIC CHURCH** | **761 HILARY DR**<br>**TIBURON, CA 94920** | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.91 **ST JOHN VIANNEY PARISH** | **4600 HYLAND AVE**<br>**SAN JOSE, CA 95127** | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.92 **ST JOSEPH NOTRE DAME HIGH SCHOOL** | **1011 CHESTNUT ST**<br>**ALAMEDA, CA 94501** | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.93 **ST JOSEPH PREPARATORY SEMINARY** | **320 MIDDLEFIELD RD**<br>**MENLO PARK, CA 94025** | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |

▮ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.94 **ST JOSEPH'S COLLEGE** | 320 MIDDLEFIELD RD<br>MENLO PARK, CA 94025 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.95 **ST KEVIN'S CATHOLIC CHURCH** | 704 CORTLAND AVE<br>SAN FRANCISCO, CA 94110 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.96 **ST LAWRENCE THE MARTYR CATHOLIC CHURCH** | 1971 ST LAWRENCE DR<br>SANTA CLARA, CA 95051 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.97 **ST LEO THE GREAT CATHOLIC CHURCH** | 88 RACE ST<br>SAN JOSE, CA 95126 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.98 **ST MARIA GORETTI PARISH** | 2980 SENTER RD<br>SAN JOSE, CA 95111 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.99 **ST MARTIN CATHOLIC CHURCH** | 590 CENTRAL AVE<br>SUNNYVALE, CA 94086 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.100 **ST MARTIN OF TOURS** | 200 O'CONNOR DR<br>SAN JOSE, CA 95128 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.101 **ST MARY OF THE ASSUMPTION CROATION MISSION** | 901 LINCOLN AVE<br>SAN JOSE, CA 95126 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |

Case: 23-30564     Doc# 372     Filed: 12/18/23     Entered: 12/18/23 11:26:50     Page 141 of 145

███ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**                                              **Column 2: Creditor**

| Name | Mailing Address | Name | Check all schedules that apply |
|------|-----------------|------|-------------------------------|
| 2.102 ST MARY'S CATHOLIC CHURCH PARISH | 11 1ST ST GILROY, CA 95020 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.103 ST MARY'S COLLEGE OF CALIFORNIA | 1928 ST MARY'S RD MORAGA, CA 94575 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.104 ST MATTHEW CATHOLIC CHURCH | 1 NOTRE DAME AVE SAN MATEO, CA 94402 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.105 ST MICHAEL'S CATHOLIC CHURCH | 32 BROAD ST SAN FRANCISCO, CA 94112 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.106 ST PATRICK CHURCH AND SCHOOL | 756 MISSION ST SAN FRANCISCO, CA 94103 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.107 ST PATRICK'S SEMINARY & UNIVERSITY | 320 MIDDLEFIELD RD MENLO PARK, CA 94025 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.108 ST PAUL OF SHIPWRECK | 1122 JAMESTOWN AVE SAN FRANCISCO, CA 94124 | Abuse Litigant | ☐ D ☑ E/F ☐ G |
| 2.109 ST PAUL'S CATHOLIC CHURCH | 221 VALLEY ST SAN FRANCISCO, CA 95131 | Abuse Litigant | ☐ D ☑ E/F ☐ G |

## Additional Page(s) if Debtor has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.110  ST PAUL'S SCHOOL | 1690 CHURCH ST<br>SAN FRANCISCO, CA 95131 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.111  ST PETER PARISH | 1200 FLORIDA ST<br>SAN FRANCISCO, CA 94110 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.112  ST PHILIP THE APOSTLE CHURCH | 725 DIAMOND ST<br>SAN FRANCISCO, CA 94114 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.113  ST PHILIPS CATHOLIC CHURCH | 725 DIAMOND ST<br>SAN FRANCISCO, CA 94114 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.114  ST PIUS CATHOLIC CHURCH | 1100 WOODSIDE RD<br>REDWOOD CITY, CA 94061 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.115  ST RAPHAEL CATHOIC CHURCH AND SCHOOL | 1104 5TH AVE<br>SAN RAFAEL, CA 94901 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.116  ST RAYMOND CATHOLIC CHURCH AND SCHOOL | 1100 SANTA CRUZ AVE<br>MENLO PARK, CA 94025 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.117  ST SEBASTIANS CATHOLIC CHURCH | 373 BON AIR RD<br>GREENBRAE, CA 94904 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |

---

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.118 ST THOMAS MORE SCHOOL | 50 THOMAS MORE WAY<br>SAN FRANCISCO, CA 94132 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.119 ST VINCENT'S SCHOOL FOR BOYS | 990 EDDY ST<br>SAN FRANCISCO, CA 94109 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.120 STAR OF THE SEA PARISH | 4420 GEARY BLVD<br>SAN FRANCISCO, CA 94118 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.121 STS PETER AND PAUL CHURCH | 666 FILBERT ST<br>SAN FRANCISCO, CA 94133 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.122 THE ORDER OF PREACHERS | 2390 BUSH ST<br>SAN FRANCISCO, CA 94115 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.123 UNITED SISTERS OF THE PRESENTATION OF | THE BLESSED VIRGIN MARY US PROVINCE<br>281 MASONIC AVE<br>SAN FRANCISCO, CA 94118 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |
| 2.124 USA WEST PROVINCE SOCIETY OF JESUS | P.O. BOX 86010<br>PORTLAND, OR 97286 | Abuse Litigant | ☐ D<br>☑ E/F<br>☐ G |

Case: 23-30564    Doc# 372    Filed: 12/18/23    Entered: 12/18/23 11:26:50    Page 144 of 145

| Debtor Name | The Roman Catholic Archbishop of San Francisco |
| --- | --- |

**United States Bankruptcy Court for the Northern District of California**

Case Number: 23-30564

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☑ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Senior Financial Director of the The Roman Catholic Archbishop of San Francisco, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 139 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 12/13/2023
MM / DD / YYYY

Signature _____

Printed Name     Joseph Passarello

Title     Senior Financial Director