**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re

THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO,

        Debtor(s).

Case No. 23-30564

**<u>COVER SHEET TO AMENDMENT TO SCHEDULE E/F</u>**
**Redacted version (See Order at Dkt. No. 38)**

    I declare that the attached 3 sheets, contains the correct, complete and current names and addresses of the additional creditors on the attached Amended Schedule E/F with redactions as required, and that this matrix conforms with the Clerk's promulgated requirements.

DATED: December 18, 2023

          /s/ Paul J. Pascuzzi
          Signature of Debtor's Attorney

California Catholic School
Superintendents
One Peter Yorke Way
San Francisco, CA 94109

Cannon Street, Inc.
100 Pine St, Ste 1250
San Francisco, CA 94111

Crane Pest Control
2700 Geary Blvd
San Francisco, CA 94118

Diocese Of Orange
13280 Chapman Ave
Garden Grove, CA 92840

Eugene R Caputi
1291 Cape Cod Way
Concord, CA 94522

Fellowship Of Catholic University
Students
603 Park Point Dr
Golden, CO 80401

Francisco Alzuri
1539 Linda Mar Blvd
Pacifica, CA 94044

Global Retirement Partners LLC
4340 Redwood Hwy, Ste B60
San Rafael, CA 94903

Grant Thornton LLP
P.O. Box 51552
Los Angeles, CA 90051

Holy Name of Jesus Church #132
1555 39th Ave
San Francisco, CA 94122

Jeffrey Froula
320 Middlefield Rd
Menlo Park, CA 94025

Kairos Psychology Group
303 Adams St #309
Oakland, CA 94610

Korn Ferry
1900 Ave of the Stars, Ste 1500
Los Angeles, CA 90067

Liturgy Training Publications
3949 S Racine Ave
Chicago, IL 60609

Mary Mullaney
Address Redacted

National Association of Diaconte
Directors
10945 State Bridge Rd, Ste 401-122
Alpharetta, GA 30022

National Catholic Educational
P.O. Box 222432
Chantilly, VA 20153

Navia Benefit Solutions
P.O. Box 53250
Bellevue, WA 98015

Rafael Betancourt
1951 Santa Inez Ct
Santa Clara, CA 95051

Rev Dzungwenen R. Tyohemba
3321 Sixteenth St
San Francisco, CA 94114

Rev Michael Liliedahl
451 Eucalyptus Dr
San Francisco, CA 94132

Rev Thuan Hoang
One Peter Yorke Way
San Francisco, CA 94109

RMI Mechanical Contractor, Inc.
1385 Lowrie Ave
S. San Francisco, CA 94080

San Francisco Elevator Services, Inc.
6509 Sierra Ln
Dublin, CA 94568

Sodexo, Inc & Affiliates
P.O. Box 360170
Pittsburg, PA 15251

Stephanie Field Psy.D.
12280 Saratoga-Sunnyvale Rd, Ste 106
Saratoga, CA 95070

The Catholic Benefits Association
P.O. Box 248846
Oklahoma City, OK 73124

Thomson Reuters
P.O. Box 6292
Carol Stream, IL 60197

Vianney Vocations
3425 Bannerman Rd, Ste 105
Tallahassee, FL 32312