PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporation
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **SUPPLEMENTAL DISCLOSURES REGARDING APPLICATION TO EMPLOY WEINTRAUB TOBIN AS SPECIAL CORPORATE AND LITIGATION COUNSEL UNDER SECTION 327(e)**<br><br>[No Hearing Required]<br><br>Judge:    Hon. Dennis Montali |

The Roman Catholic Archbishop of San Francisco ("RCASF" or "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "Bankruptcy Case"), hereby supplements the disclosures regarding the employment of Weintraub Tobin Chediak Coleman & Grodin ("Weintraub") as Special Litigation Counsel as follows:

1. Weintraub's employment as Special Counsel in this matter was approved by the Court by order at ECF 166. The Weintraub employment application was supported by the *Declaration of Paul E. Gaspari in Support of Application to Employ Weintraub Tobin as Special Litigation Counsel Under Section 327(e)* filed at ECF 101 and the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions* filed at ECF 15.

2. As noted in the Weintraub employment application and supporting declarations, Weintraub represents the RCASF and certain related co-defendant entities in connection with the Joint Coordinated Proceeding ("JCP 5108") pending in Alameda County Superior Court. Weintraub also represents the RCASF (and related entities where needed) in various other, non-abuse matters, including several employment related cases, and advises the RCASF on general legal matters.

3. Since the filing of the Debtor's Bankruptcy Case, three matters have arisen in which Weintraub has been asked to represent the Debtor and/or certain related entities such that Weintraub and the Debtor supplement the disclosures out of an abundance of caution.

4. The Debtor and the relevant parish and school has asked Weintraub to represent them in connection with the non-abuse litigation entitled *Victoria Castro v. All Souls Catholic School; Archdiocese of San Francisco Parish, et al*, Case No. 19-CIV-06416, filed in the Superior Court of California, County of San Mateo. The Court recently approved an agreement for relief from the automatic stay which agreement was negotiated by and among the moving party, the Debtor and the Creditors Committee. *See Order Granting Relief from Stay to Proceed with State Court Litigation* at ECF 360. As appropriate, Weintraub will allocate its billings to the Debtor and the parish according to the work performed for each, although such bills may be paid pursuant to the insurance pooling program.

5. In addition, two parishes have requested that Weintraub represent them in

connection with matters unrelated to the bankruptcy case or abuse litigation. The parishes will engage Weintraub to assist them and pay Weintraub directly for such services, except to the extent such services may be pursuant to the insurance pooling program.

6. Weintraub files this supplemental disclosure in accordance with its ongoing duty to supplement disclosures as information arises, as represented in its employment application and supporting declarations. Notwithstanding these supplemental disclosures, Weintraub: (i) does not represent or hold any interest adverse to the Debtor or the estate with respect to the matters on which Weintraub is to be employed as required by section 327(e) of the Bankruptcy Code as modified by section 1107(b), and (ii) does not have any disqualifying connections with the Debtor, its creditors, or with any parties in interest, or with their attorneys and accountants, or with the Office of the United States Trustee, or with any person employed in the Office of the United States Trustee which would preclude employment.

Dated: December 19, 2023   WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
Law Corporation

By: */s/ Paul E. Gaspari*
PAUL E. GASPARI
Special Litigation Counsel for The Roman Catholic Archbishop of San Francisco

Dated: December 19, 2023   FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: December 19, 2023   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic Archbishop of San Francisco

Service Via ECF Only