ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:         okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP NOVEMBER 2023** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter and Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby files its *Monthly Professional Fee Statement for November 2023.* Under the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered by the Court on October 16, 2023 [ECF No. 212], the total legal fees earned and expenses incurred by Sheppard Mullin on account of the Debtor for November 2023 are as follows:

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| November 1 – November 30, 2023 | $145,627.60 | $470.57 | $146,098.17 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $116,502.08 | $470.57 | $116,972.65 |

Case: 23-30564    Doc# 300    Filed: 12/29/23    Entered: 12/29/23 15:04:10    Page 1 of 33

The itemized billing statement for the fees and costs billed for November 2023 is attached hereto as **Exhibit 1**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated: December 19, 2023

                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                        By _____/s/ Ori Katz_____
                                            ORI KATZ
                                            ALAN H. MARTIN
                                            Attorneys for The Roman Catholic
                                            Archbishop of San Francisco

Case: 23-30564   Doc# 300   Filed: 12/19/23   Entered: 12/19/23   Page 2 of
33
SMRH:4895-4420-7060.3   MONTHLY PROFESSIONAL FEE STATEMENT / SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP [NOVEMBER 2023]

1

<u>**Exhibit 1**</u>

2

November 2023 Invoice

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4895-4120-7066.3 MONTHLY PROFESSIONAL FEE STATEMENT / SHEPPARD, MULLIN, RICHTER & HAMPTON LLP [NOVEMBER 2023]



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
December 14, 2023
Invoice 380098012

| | |
|---|---|
| Our Matter No. | 90YY-375176 |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

| | | |
|---|---|---|
| Current Fees | $ 145,627.60 | |
| Current Disbursements | $ 470.57 | |
| Total Current Activity | | $ 146,098.17 |
| Total Due for This Invoice | | $ 146,098.17 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank: Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
December 14, 2023
Invoice 380098012

Our Matter No.      90YY-375176
                    The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                    Alternatives
Billing Atty:       Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

| | |
|---|---|
| Current Fees | $ 145,627.60 |
| Current Disbursements | $ 470.57 |
| Total Current Activity | $ 146,098.17 |
| Total Due for This Invoice | $ 146,098.17 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 40.50 | $ 956.00 | $ 38,718.00 |
| Ori Katz | 20.90 | $ 1,084.00 | $ 22,655.60 |
| J. Barrett Marum | 17.00 | $ 904.00 | $ 15,368.00 |
| Amanda L. Cottrell | 40.10 | $ 836.00 | $ 33,523.60 |
| Jeannie Kim | 31.70 | $ 756.00 | $ 23,965.20 |
| Steven G. Gersten | 2.50 | $ 756.00 | $ 1,890.00 |
| Gianna E. Segretti | .40 | $ 708.00 | $ 283.20 |
| Koray Erbasi | 2.90 | $ 560.00 | $ 1,624.00 |
| Matt Benz | 14.40 | $ 520.00 | $ 7,488.00 |
| Chris D. Lawrence | .20 | $ 560.00 | $ 112.00 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:        Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St         Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                              Invoice 380098012
Ori Katz                                                                                                   Page 2 of 29

FOR PROFESSIONAL SERVICES THROUGH 11/30/23

## **FEE DETAIL**

08/14/23     Reviewed correspondence with P. Deutch regarding Omni section 156 application.

            Jeannie Kim                      .20 hrs.

11/01/23     Analyzed items concerning Committee draft discovery requests.

            Alan H. Martin                  .40 hrs.

11/01/23     Attended client team call concerning two newly filed motions for relief from stay and related strategies.

            Alan H. Martin                  1.20 hrs.

11/01/23     Correspondence with P. Pascuzzi as to relief from stay follow-up.

            Alan H. Martin                  .10 hrs.

11/01/23     Worked on items concerning draft notice – publication steps and coordination with Marlow at RCASF.

            Alan H. Martin                  .40 hrs.

11/01/23     Call with Mr. Pascuzzi re claim procedure motion (.5).

            Ori Katz                         .50 hrs.

11/01/23     Analysis of propose Rule 2004 application to be made by the committee (1.6).

            Ori Katz                         1.60 hrs.

11/01/23     Reviewed correspondence with A. Frankel regarding response to insurer's comments on claims procedures notice (.1); reviewed correspondence with J. Blumberg regarding U.S. Trustee's comments on claims procedures notice (.1)

            Jeannie Kim                      .20 hrs.

11/01/23     Prepared P. Marlow/client publication notice tracker (.3)

            Jeannie Kim                      .30 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                 December 14, 2023
Alternatives                                                                                          Invoice 380098012
Ori Katz                                                                                              Page 3 of 29

| 11/02/23 | Correspondence with P. Pascuzzi concerning draft 2004 application received from the Committee. | |
|---|---|---|
| | Alan H. Martin | .20 hrs. |

| 11/02/23 | Worked on initial review of portions of the 2004 examination draft received from the Committee. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 11/02/23 | Attended team call regarding meet and confer issues and steps as Committee 2004 motion. | |
|---|---|---|
| | Alan H. Martin | .50 hrs. |

| 11/02/23 | Analyzed Committee limited objection to the claims procedure motion. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 11/02/23 | Analyzed Insurer limited objection to the claims procedure motion and work-related exhibits revision. | |
|---|---|---|
| | Alan H. Martin | .50 hrs. |

| 11/02/23 | Meet and confer with committee counsel re Rule 2004 examination request (.4). | |
|---|---|---|
| | Ori Katz | .40 hrs. |

| 11/02/23 | Attention to drafting of objection to Rule 2004 examination request of the committee (1.7). | |
|---|---|---|
| | Ori Katz | 1.70 hrs. |

| 11/02/23 | Strategy calls with O. Katz re Rule 2004 exam request.  (.3)  Reviewed and analyzed proposed Rule 2004 exam request.  (.4)  Call with Sheppard Mullin team re same.  (.3) | |
|---|---|---|
| | J. Barrett Marum | 1.00 hrs. |

| 11/02/23 | Conference with O. Katz re: Rule 2004 requests (.5); review same (.5). | |
|---|---|---|
| | Amanda L. Cottrell | 1.00 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                             Invoice 380098012
Ori Katz                                                                                                 Page 4 of 29

| | | |
|---|---|---|
| 11/02/23 | Corresponded with P. Marlow regarding publication notice (.2) | |
| | Jeannie Kim | .20 hrs. |
| 11/02/23 | Developed strategy to respond to committee's pending 2004 exam (.3); reviewed correspondence with committee regarding 2004 exam (.2) | |
| | Jeannie Kim | .50 hrs. |
| 11/02/23 | Reviewed correspondence from SNAP regarding chapter 11 case (.1) | |
| | Jeannie Kim | .10 hrs. |
| 11/02/23 | Reviewed correspondence with committee regarding Castro stay relief motion (.1) | |
| | Jeannie Kim | .10 hrs. |
| 11/03/23 | Exchanged correspondence with P. Pascuzzi regarding Committee draft 2004 exam application content. | |
| | Alan H. Martin | .20 hrs. |
| 11/03/23 | Reviewed client update as to claims notice publishing steps. | |
| | Alan H. Martin | .40 hrs. |
| 11/03/23 | Analyzed Committee comments as to updated draft claims procedure motion. | |
| | Alan H. Martin | .40 hrs. |
| 11/03/23 | Continued evaluation of discovery matters in light of committee's Rule 2004 application (2.0). | |
| | Ori Katz | 2.00 hrs. |
| 11/03/23 | Exchanged emails re opposing motion for issuance of Rule 2004 exam order. | |
| | J. Barrett Marum | .20 hrs. |
| 11/03/23 | Correspondence to M. Benz and S. Gersten re: Rule 2004 objections (.2); continue to analyze Rule 2004 demands to prepare objections with team (1.6). | |
| | Amanda L. Cottrell | 1.80 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                             Invoice 380098012
Ori Katz                                                                                                 Page 5 of 29

| | | |
|---|---|---|
| 11/03/23 | Conference with M. Benz and S. Gersten to discuss research for motion for protective order re: Committee's Rule 2004. | |
| | Amanda L. Cottrell | 1.00 hrs. |
| 11/03/23 | Reviewed and analyzed potential Sheppard Mullin conflict and determined none exists (.1) | |
| | Jeannie Kim | .10 hrs. |
| 11/03/23 | Reviewed and analyzed limited objections to claim procedures motion (.2); corresponded with P. Marlow regarding strategy for compliance with proposed publication notice requirements (.2) | |
| | Jeannie Kim | .40 hrs. |
| 11/03/23 | Review Committee's proposed Rule 2004 Motion (.4); review correspondence from A. Cottrell re planning Debtor's response re same (.1); telephone conference with A. Cottrell and S. Gersten re work streams and strategy for responding to Committee's Rule 2004 motion (.4); prepared initial shell draft of objection to Committee's Rule 2004 Motion (1.7); researched case law to support of objection (1.7). | |
| | Matt Benz | 4.30 hrs. |
| 11/05/23 | Worked on proposed refinements to the draft claims protocol motion order and optional survivor claim supplement for consideration by the Committee and Insurers. | |
| | Alan H. Martin | .90 hrs. |
| 11/05/23 | Prepared issues summary and comments concerning the Commitee's proposed 2004 examination application. | |
| | Alan H. Martin | .70 hrs. |
| 11/05/23 | Correspondence with P. Pascuzzi regarding claims motion steps. | |
| | Alan H. Martin | .10 hrs. |
| 11/05/23 | Worked on issues regarding Castro motion for relief from stay. | |
| | Alan H. Martin | .30 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                          Invoice 380098012
Ori Katz                                                                                              Page 6 of 29

| | | |
|---|---|---|
| 11/05/23 | Exchanged emails with committee counsel re call to discuss Rule 2004 exam. | |
| | J. Barrett Marum | .10 hrs. |
| 11/05/23 | Research Ninth Circuit case law re scope of Rule 2004 debtor's exam. | |
| | Amanda L. Cottrell | 2.00 hrs. |
| 11/05/23 | Drafted status report regarding objections and responses to claims procedures motion (1.6) | |
| | Jeannie Kim | 1.60 hrs. |
| 11/05/23 | Reviewed and revised checklist of open workstreams (.3) | |
| | Jeannie Kim | .30 hrs. |
| 11/06/23 | Conferred with A. Cottrell and B Marum concerning follow-up steps to Committee meet and confer concerning its draft 2004 application and information categories. | |
| | Alan H. Martin | .70 hrs. |
| 11/06/23 | Analyzed the Court's rulings and initial comments to the claims procedure motion and related exhibits. | |
| | Alan H. Martin | .40 hrs. |
| 11/06/23 | Exchanged correspondence with P. Pascuzzi re revisions to claims procedures motion's exhibits concerning the Court's comments. | |
| | Alan H. Martin | .20 hrs. |
| 11/06/23 | Worked on revisions to the claims draft order, supplement and related instructions. | |
| | Alan H. Martin | .70 hrs. |
| 11/06/23 | Worked on draft confidentiality agreement content regarding 2004 motion discussions with the Committee counsel. | |
| | Alan H. Martin | .40 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 3rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                          Invoice 380098012
Ori Katz                                                                                              Page 7 of 29

11/06/23    Reviewed correspondence from CASC counsel as to open items.

            Alan H. Martin                          .10 hrs.

11/06/23    Prepare for meet and confer with committee re open discovery issues related to their
            document requests (1.1).

            Ori Katz                               1.10 hrs.

11/06/23    Participate in portion of debtor professional call (.5).

            Ori Katz                                .50 hrs.

11/06/23    Call with committee counsel to discuss committee examination request (.3).

            Ori Katz                                .30 hrs.

11/06/23    Report to co-counsel re latest discussions with committee re their application for
            examination under Rule 2004 (.3).

            Ori Katz                                .30 hrs.

11/06/23    Exchanged emails re Rule 2004 exam request and meet and confer call.  (.1)  Call with
            SMRH team and P. Pascuzzi re meet and confer.  (.3)  Call with SMRH and Pachulski
            teams re scope of Rule 2004 exam request.  (.6)  Follow up call with SMRH team and P.
            Pascuzzi re scope of Rule 2004 exam request.  (.5)  Call with A. Martin re case
            background.  (.2)  Call with A. Martin and A. Cottrell re strategy on Rule 2004 exam
            request.  (.8)

            J. Barrett Marum                       2.50 hrs.

11/06/23    Continue to research and draft objections to Committee's draft Rule 2004 request (1.5);
            research other committee's use or limitations on Rule 2004 examinations (.5).

            Amanda L. Cottrell                     2.00 hrs.

11/06/23    Conference with P. Pascuzzi and O. Katz on precall to meet and confer with Committee
            counsel (.4).

            Amanda L. Cottrell                     1.30 hrs.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 8 of 29

| 11/06/23 | Meet and confer with Committee Counsel followed by debrief with P. Pascuzzi (1). | |
|---|---|---|
| | Amanda L. Cottrell | .10 hrs. |

| 11/06/23 | investigate pre-petition litigation data room (.6). | |
|---|---|---|
| | Amanda L. Cottrell | .60 hrs. |

| 11/06/23 | Telephone conference with debtor professionals regarding case strategy and open workstreams (.7) | |
|---|---|---|
| | Jeannie Kim | .70 hrs. |

| 11/06/23 | Reviewed court's comments on claims procedures motion (.2) | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 11/06/23 | Reviewed court's preliminary comments to Claims Procedures Motion. | |
|---|---|---|
| | Gianna E. Segretti | .40 hrs. |

| 11/06/23 | Drafted correspondence to A. Cottrell and S. Gersten re status of draft objection to committee rule 2004 motion (.2); researched case law in support of debtor's objections to committee 2004 exam request (.6). | |
|---|---|---|
| | Matt Benz | .80 hrs. |

| 11/07/23 | Assessed Committee and Insurer comments regarding the ongoing negotiations for the claims procedures and ancillary exhibits for possible revisions. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 11/07/23 | Worked on revisions to the pending claims procedure motion's proposed exhibits. | |
|---|---|---|
| | Alan H. Martin | .60 hrs. |

| 11/07/23 | Correspondence with P. Marlow of RCASF concerning ongoing publication preparation steps re the claims procedures. | |
|---|---|---|
| | Alan H. Martin | .20 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                        Invoice 380098012
Ori Katz                                                                                            Page 9 of 29

11/07/23    Worked on components to the draft objection and request for hearing re the Committee's planned 2004 examination.

            Alan H. Martin                              .80 hrs.

11/07/23    Reviewed correspondence and related items from P. Carney at RCASF as to 2004 motion.

            Alan H. Martin                              .30 hrs.

11/07/23    Call with A. Cottrell, S. Gersten, P. Gaspari, D. Zamora, P. Carney and B. Weinstein re Rule 2004 exam request and documents.  (.8)  Call with A. Cottrell, P. Pascuzzi, A. Uetz and S. Gersten re Rule 2004 exam request.  (.5)  Reviewed and commented on draft objection to Rule 2004 exam request.  (.6)

            J. Barrett Marum                            1.90 hrs.

11/07/23    Research, draft and revise Debtor's Objection to Rule  2004 and request for hearing.

            Amanda L. Cottrell                          6.60 hrs.

11/07/23    Reviewed committee comments regarding claims procedures motion and proposed relief requested (.3); reviewed and revised status report regarding objections to claims procedures motion and debtor's meet and confer efforts (.5); reviewed and revised exhibits in support of same (1.9)

            Jeannie Kim                                 2.70 hrs.

11/07/23    Participated in telephone conference re open items for objection to committee's Rule 2004 motion (.3); researched case law in support of debtor's objection to committee rule 2004 exam (2.3); drafted section of objection re same (1.6); reviewed and revised(1.6); researched procedures rules re objection committee 2004 exam (.4).

            Matt Benz                                   6.20 hrs.

11/08/23    Worked on draft status update re claims procedures motion.

            Alan H. Martin                              .40 hrs.

11/08/23    Revised updated draft claims procedures exhibits for attachment to court status update filing.

            Alan H. Martin                              .40 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 10 of 29

| 11/08/23 | Telephone conference with P. Marlow of RCASF as to updated draft claims notices and publication steps as to Miller Media and RCASF. |
|---|---|
| | Alan H. Martin                                    .30 hrs. |

| 11/08/23 | Telephone conference with P. Egloff of Miller Media as to claims publications notice open items and comments. |
|---|---|
| | Alan H. Martin                                    .30 hrs. |

| 11/08/23 | Reviewed claims notice procedure comments/information from P. Marlow of RCASF. |
|---|---|
| | Alan H. Martin                                    .30 hrs. |

| 11/08/23 | Analyzed Committee's 2004 examination filings as to additional changes to version previously received and impact on draft RCASF objection. |
|---|---|
| | Alan H. Martin                                    .30 hrs. |

| 11/08/23 | Provided comments to the updated RCASF draft objection and request for hearing re the Committee's planned 2004 examination. |
|---|---|
| | Alan H. Martin                                    .60 hrs. |

| 11/08/23 | Reviewed correspondence and related items from P. Carney at RCASF as to 2004 motion. |
|---|---|
| | Alan H. Martin                                    .30 hrs. |

| 11/08/23 | Correspondence with P. Carney of RCASF concerning the RCASF's objection to the Committee 2004 examination and next steps. |
|---|---|
| | Alan H. Martin                                    .20 hrs. |

| 11/08/23 | Prepare to address discovery dispute in the event it is raised at upcoming hearing on claim motion (1.0). |
|---|---|
| | Ori Katz                                    1.00 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic      December 14, 2023
Alternatives                                                                                Invoice 380098012
Ori Katz                                                                                    Page 11 of 29

11/08/23 | Exchanged numerous emails with Sheppard Mullin team re objection to Rule 2004 exam request.  (.4)  Drafted email to chambers re opposition to ex parte application for Rule 2004 exam request.  (.2)

J. Barrett Marum                          .60 hrs.

11/08/23 | Revise request for hearing and objections to Committee's Rule 2004 Application.

Amanda L. Cottrell                        2.80 hrs.

11/08/23 | Reviewed and revised status report regarding claims procedures motion (1.2); reviewed and revised publication notice (.2); reviewed and revised survivor notice of bar dates (.5); reviewed and revised draft order regarding motion (.3); reviewed and revised survivor claim form (.4); reviewed and revised confidentiality agreement (.1); reviewed and analyzed insurers' comments on draft documents regarding claims procedures (.2); coordinated filing and service of status report and related documents (.3)

Jeannie Kim                               3.20 hrs.

11/09/23 | Worked on items concerning follow up today's claims procedures and ancillary exhibits for revisions.

Alan H. Martin                            .40 hrs.

11/09/23 | Prepared items concerning further 2004 Committee meet and confer discussions.

Alan H. Martin                            .80 hrs.

11/09/23 | Exchanged correspondence with co-counsel P. Pascuzzi concerning ancillary exhibit items re today's hearing.

Alan H. Martin                            .30 hrs.

11/09/23 | Prepare for hearing on claim motion and Rule 2004 examination (.6).

Ori Katz                                  .60 hrs.

11/09/23 | Attend hearing on claim motion and Rule 2004 examination (2.5).

Ori Katz                                  2.50 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                          Invoice 380098012
Ori Katz                                                                                              Page 12 of 29

11/09/23     Exchanged emails with SMRH team re Rule 2004 exam request.

             J. Barrett Marum                    .20 hrs.

11/09/23     Prepare with O. Katz and attend hearing with focus on confidentiality issues (2.7).

             Amanda L. Cottrell                  2.70 hrs.

11/09/23     Review draft Pro hac vice application pro hac vice (.2).

             Amanda L. Cottrell                  .20 hrs.

11/09/23     Coordinated filing and service of request for judicial notice and status report regarding
             claims procedures (.2); attended meeting with client regarding hearing on claims
             procedures motion (.5); prepared for same (.2); attended hearing regarding claims
             procedures motion (2.5) [no charge]

             Jeannie Kim                         .90 hrs.

11/09/23     Reviewed and revised pro hac vice application for A. Cottrell (.2); researched local rules
             regarding documents in support of same (.2)

             Jeannie Kim                         .40 hrs.

11/09/23     Prepared the Pro hac vice Application for A. Cottrell.

             Koray Erbasi                        .60 hrs.

11/09/23     Prepared the Proposed Order Granting Pro hac vice Application for A. Cottrell.

             Koray Erbasi                        .50 hrs.

11/09/23     Prepared the Pro hac vice Application for S. Gersten.

             Koray Erbasi                        .60 hrs.

11/09/23     Prepared the Proposed Order Granting Pro hac vice Application for S. Gersten.

             Koray Erbasi                        .50 hrs.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                              Invoice 380098012
Ori Katz                                                                                                  Page 13 of 29

11/10/23     Worked on items further steps concerning claims procedures and ancillary exhibits for
             proposed revisions.

                      Alan H. Martin                        .50 hrs.

11/10/23     Worked on response and meet and confer approach as to numerous certain categories
             contained in the Committee 2004 demands.

                      Alan H. Martin                        .90 hrs.

11/10/23     Follow up with co-counsel and debtor re issues of concern to be flagged for committee in
             connection with discovery requests (1.6).

                      Ori Katz                              1.60 hrs.

11/10/23     Exchanged emails with Sheppard Mullin team re Rule 2004 exam.

                      J. Barrett Marum                      .20 hrs.

11/10/23     Conference call from A. Martin to discuss Rule 2004 RFPs.

                      Amanda L. Cottrell                    .30 hrs.

11/10/23     Reviewed insurer's comments on draft order granting claims procedures motion (.2)

                      Jeannie Kim                           .20 hrs.

11/12/23     Prepared comment items concerning further potential revisions to the proposed claims
             procedure exhibits for post-hearing meet and confer.

                      Alan H. Martin                        .50 hrs.

11/12/23     Reviewed additional claims procedure items received from P. Pascuzzi.

                      Alan H. Martin                        .30 hrs.

11/12/23     Began updating checklist of open workstreams (.1)

                      Jeannie Kim                           .10 hrs.

11/13/23     Attended strategy call with P. Pascuzzi as to miscellaneous items.

                      Alan H. Martin                        .70 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic    December 14, 2023
Alternatives                                                                              Invoice 380098012
Ori Katz                                                                                  Page 14 of 29

| 11/13/23 | Provided notice information to P. Marlow at RCASF as to media source steps as to claims procedure. | |
|---|---|---|
| | Alan H. Martin | .30 hrs. |

| 11/13/23 | Developed strategy re client coordination/responses concerning 2004 motion proposed demands. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 11/13/23 | Participate in portion of call among debtor's professionals (.5). | |
|---|---|---|
| | Ori Katz | .50 hrs. |

| 11/13/23 | Meet and confer call with Committee counsel and Sheppard Mullin team re Rule 2004 exam request.  (.5)  Call with Sheppard Mullin team and P. Carney re Rule 2004 exam requests and documents to be produced in response to same.  (.5)  Follow up emails with Sheppard Mullin team re Rule 2004 exam requests.  (.2) | |
|---|---|---|
| | J. Barrett Marum | 1.20 hrs. |

| 11/13/23 | Meet and confer with Committee's counsel re: draft Rule 2004 RFPs and process (.6); additional conference with O. Katz and B. Marum re: same (.4); conference with P. Carney to walk through Committee's draft Rule 2004 RFPs and process (.5). | |
|---|---|---|
| | Amanda L. Cottrell | 1.50 hrs. |

| 11/13/23 | Conference with W. Weitz re: financial data. | |
|---|---|---|
| | Amanda L. Cottrell | .80 hrs. |

| 11/13/23 | Corresponded with P. Marlow regarding publication notice and status of court approval of same (.2) | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 11/13/23 | Reviewed and revised checklist of outstanding tasks (.2); telephone conference with FFWPR and B. Riley teams regarding case progress and strategy (.8) | |
|---|---|---|
| | Jeannie Kim | 1.00 hrs. |

![Sheppard Mullin]

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                              Invoice 380098012
Ori Katz                                                                                                  Page 15 of 29

11/14/23 Analyzed additional comments from the Committee and the Insurer Group concerning proposed revisions to the claims procedure order and the survivor claims supplement.

      Alan H. Martin                .40 hrs.

11/14/23 Telephone conference with W. Weitz concerning miscellaneous RCASF financial reporting items.

      Alan H. Martin                .30 hrs.

11/14/23 Correspondence with W. Weitz as to additional RCASF financial reporting items.

      Alan H. Martin                .20 hrs.

11/14/23 Analyzed research as to constitutionality as to claim submissions.

      Alan H. Martin                .70 hrs.

11/14/23 Prepared items re Committee 2004 demand and related meet and confer.

      Alan H. Martin                .40 hrs.

11/14/23 Exchanged emails with Sheppard Mullin team re call to discuss accounting system and potential production of same.

      J. Barrett Marum                .40 hrs.

11/15/23 Correspondence with client (P. Carney) as to pending administration items.

      Alan H. Martin                .20 hrs.

11/15/23 Revised draft confidentiality agreement components re 2004 demands.

      Alan H. Martin                .90 hrs.

11/15/23 Reviewed information received from high schools as to entity steps and accounts.

      Alan H. Martin                .40 hrs.

11/15/23 Attention to response to committee discovery requests based on follow up meet and confer (1.3).

      Ori Katz                1.30 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                          Invoice 380098012
Ori Katz                                                                                              Page 16 of 29

| 11/15/23 | Prepared for call re accounting system and potential production of same. (.2) Call with Debtor team, Sheppard Mullin team and financial advisor re same. (1.1) |
|---|---|
| | J. Barrett Marum | 1.30 hrs. |

| 11/15/23 | Finalized documents in support of Sheppard Mullin October monthly fee statement (.5); began preparation of monthly fee statement cover sheet (.2) |
|---|---|
| | Jeannie Kim | .70 hrs. |

| 11/15/23 | Corresponded with P. Egloff and P. Marlow regarding final form of publication notice of bar dates (.2); corresponded with P. Marlow regarding publication notice costs (.2) |
|---|---|
| | Jeannie Kim | .40 hrs. |

| 11/15/23 | Call with J. Passarello, M. Flanagan, K. Kelleher, W. Weitz, C. Hanson, G. Lee and B. Marum re document collection, review and production in response to Committee's Rule 2004 discovery requests; review Excel chart of RFPs for use in tracking collection and production. |
|---|---|
| | Steven G. Gersten | 1.50 hrs. |

| 11/16/23 | Exchanged correspondence and information with Miller Media (P. Egloff) concerning claims procedures notice open items and refinements. |
|---|---|
| | Alan H. Martin | .30 hrs. |

| 11/16/23 | Analyzed updated information demands from the Committee and sub parts. |
|---|---|
| | Alan H. Martin | .60 hrs. |

| 11/16/23 | Correspondence (2x) with client (P. Carney) re pending filings and client comments. |
|---|---|
| | Alan H. Martin | .20 hrs. |

| 11/16/23 | Assessed additional committee and insurer proposed comments to the pending draft claims procedures order and related exhibits. |
|---|---|
| | Alan H. Martin | .40 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                              Invoice 380098012
Ori Katz                                                                                                  Page 17 of 29

| | | |
|---|---|---|
| 11/16/23 | Exchanged emails with SMRH team re accounting system and follow up call to discuss specific requests. | |
| | J. Barrett Marum | .10 hrs. |
| 11/16/23 | Reviewed proofs of claim filed in case (.1); reviewed court's ruling on claims procedures order dispute between insurers and committee (.1); corresponded with P. Marlow and P. Egloff regarding publication notice of bar dates (.4); telephone conference with P. Pascuzzi regarding lodging of order granting claims procedures motion (.2); telephone conference with P. Egloff regarding publication notice requirements (.1); corresponded with B. Whitaker regarding service of bar date notices (.4); corresponded with committee counsel regarding court docket text order resolving dispute between committee and insurers (.2) | |
| | Jeannie Kim | 1.50 hrs. |
| 11/16/23 | Conferred and corresponded with J. Rios regarding review and execution of J. Passarello declaration in support of motion to extend plan exclusivity periods (.3); prepared filing copies of J. Passarello declarations (.2) | |
| | Jeannie Kim | .50 hrs. |
| 11/16/23 | Prepared cover sheet for October monthly fee statement (.1); corresponded with P. Pascuzzi regarding same (.1) | |
| | Jeannie Kim | .20 hrs. |
| 11/17/23 | Prepared analysis to components concerning initial 2004 info request categories by Committee. | |
| | Alan H. Martin | .80 hrs. |
| 11/17/23 | Prepared revisions to proposed claims procedure motion order and exhibits as to court, committee and insurer input. | |
| | Alan H. Martin | .60 hrs. |
| 11/17/23 | Reviewed draft items from the client (P. Marlow) as to draft publication notices and questions. | |
| | Alan H. Martin | .40 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                          Invoice 380098012
Ori Katz                                                                                              Page 18 of 29

| | | |
|---|---|---|
| 11/17/23 | Correspondence with P. Marlow at RCASF concerning publication notices and refinements. | |
| | Alan H. Martin | .20 hrs. |
| 11/17/23 | Prepared for follow up meeting with debtor team re accounting system (.3).  Call with Debtor and Sheppard Mullin teams re accounting system and simple document requests (1.0)  Exchanged emails with Sheppard Mullin team re selection of discovery vendor (.3). | |
| | J. Barrett Marum | 1.60 hrs. |
| 11/17/23 | Prepare for and conference with client accounting team to discuss Committee's draft RFPs 30-90. | |
| | Amanda L. Cottrell | 1.50 hrs. |
| 11/17/23 | Corresponded with P. Pascuzzi regarding final form of order granting claims procedures motion (.2); corresponded with survivor claimants' counsel regarding service of bar date notices (.3); developed strategy to ensure accurate service of same (.1); corresponded with P. Marlow and P. Egloff regarding Spanish language publication notice (.1) | |
| | Jeannie Kim | .70 hrs. |
| 11/17/23 | Updated outstanding workstreams checklist (.4) | |
| | Jeannie Kim | .40 hrs. |
| 11/17/23 | Developed strategy regarding retention of litigation consultant (.2); reviewed and analyzed other diocesan litigation dockets in connection with selection and retention of e-discovery vendor (.2) | |
| | Jeannie Kim | .40 hrs. |
| 11/17/23 | Call with J. Passarello, M. Flanagan, K. Kelleher, W. Weitz, C. Hanson, G. Lee and B. Marum re document collection, review, and production. | |
| | Steven G. Gersten | 1.00 hrs. |
| 11/17/23 | Prepared the SMRH Monthly Fee Statement for October. | |
| | Koray Erbasi | .70 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                     December 14, 2023
Alternatives                                                                                              Invoice 380098012
Ori Katz                                                                                                  Page 19 of 29

11/19/23    Prepared items concerning Committee pending 2004 motion category demands.

            Alan H. Martin                                    .80 hrs.

11/19/23    Exchanged emails with Sheppard Mullin team re committee's priority discovery requests.

            J. Barrett Marum                                   .20 hrs.

11/20/23    Attended internal call re response preparation and steps concerning the Committee's
            update production request

            Alan H. Martin                                    .80 hrs.

11/20/23    Attended strategy call with Paul Pascuzzi, et al. regarding claims procedure steps,
            pending Committee 2004 exam demands and related items.

            Alan H. Martin                                    1.10 hrs.

11/20/23    Reviewed email to Committee as to 2004 document requests list.

            Alan H. Martin                                    .20 hrs.

11/20/23    Analyzed proposed changes re to draft claims procedures order and exhibits.

            Alan H. Martin                                    .40 hrs.

11/20/23    Prepared draft response items concerning 2004 demands.

            Alan H. Martin                                    .70 hrs.

11/20/23    Participate in weekly coordination call among professionals (.9).

            Ori Katz                                           .90 hrs.

11/20/23    Attention to response to committee discovery requests (1.7).

            Ori Katz                                           1.70 hrs.

11/20/23    Call with Sheppard Mullin team re committee's pared down discovery requests.  (.9)
            Reviewed and commented on email to committee re narrowed requests.  (.2)  Reviewed
            email form Debtor re options for exporting data from Quickbooks Online.  (.2)

            J. Barrett Marum                                   1.30 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          December 14, 2023
Alternatives                                                                                    Invoice 380098012
Ori Katz                                                                                         Page 20 of 29

| 11/20/23 | Correspondence and conference with B. Riley re: Committee's Rule 2004 requests. | |
|---|---|---|
| | Amanda L. Cottrell | 1.00 hrs. |

| 11/20/23 | Conference with A. Martin, B. Marum, and S. Gersten to review and discuss the Committee's pared down 41 RFPs with focus on development of financial exports and abuse claims issues. | |
|---|---|---|
| | Amanda L. Cottrell | 1.30 hrs. |

| 11/20/23 | Prepare for and attend professionals' weekly status and strategy call to provide updates on the Committee's Rule 2004 RFPs, including debrief with B. Riley. (1.5). | |
|---|---|---|
| | Amanda L. Cottrell | 1.50 hrs. |

| 11/20/23 | Reviewed and revised order granting claims procedures motion (.6); finalized publication notice (.1); finalized survivor proof of claim form (.3); finalized general bar date notice (.2); coordinated lodging of same (.1); reviewed exemplar certificate of service regarding service of bar date notices (.2); corresponded with P. Egloff regarding publication notice proof (.1) | |
|---|---|---|
| | Jeannie Kim | 1.60 hrs. |

| 11/20/23 | Telephone conference with debtor professionals regarding case strategy and open workstreams (1.1) | |
|---|---|---|
| | Jeannie Kim | 1.10 hrs. |

| 11/20/23 | Coordinated filing and service of Sheppard Mullin October monthly fee statement (.2); reviewed and analyzed potential conflict and determined none exists (.1) | |
|---|---|---|
| | Jeannie Kim | .30 hrs. |

| 11/20/23 | Prepared for debtor professionals' call regarding outstanding tasks (.1) | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 11/21/23 | Conferred with P. Pascuzzi re claims procedure order implementation steps. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 21 of 29

| 11/21/23 | Exchanged information with P. Marlow at RCASF concerning claims notice protocol. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 11/21/23 | Examined items from state court counsel as to the Committee 2004 document requests. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

| 11/21/23 | Evaluation of internal confidentiality protocols needed in order to protect sensitive information (.5). | |
|---|---|---|
| | Ori Katz | .50 hrs. |

| 11/21/23 | Exchanged emails with Sheppard Mullin team re proposed responses to discovery requests (.2). | |
|---|---|---|
| | J. Barrett Marum | .20 hrs. |

| 11/21/23 | Work on organizing information and workflow for the initial phase of client production in response to certain Rule 2004 requests. | |
|---|---|---|
| | Amanda L. Cottrell | 1.00 hrs. |

| 11/21/23 | Reviewed order granting bar date motion (.1); conferred with P. Egloff and B. Whitaker regarding publication notice and service of bar date notices (.3); reviewed and revised publication notice (.1); corresponded with state court counsel regarding authorization to accept service of bar date notices (.9) | |
|---|---|---|
| | Jeannie Kim | 1.40 hrs. |

| 11/21/23 | Telephone conference with W. Weitz regarding PTO claims (.1); reviewed draft communication to client regarding same (.2) | |
|---|---|---|
| | Jeannie Kim | .30 hrs. |

| 11/21/23 | Telephone conference with FFWPR and B. Riley teams regarding open workstreams and case strategy (.8) | |
|---|---|---|
| | Jeannie Kim | .80 hrs. |

| 11/22/23 | Analyzed entity data received from client as 2004 request. | |
|---|---|---|
| | Alan H. Martin | .40 hrs. |

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                          December 14, 2023
Alternatives                                                                                                   Invoice 380098012
Ori Katz                                                                                                        Page 22 of 29

11/22/23   Corresponded with T. Phinney and B. Whitaker regarding service of bar date notices (.2); corresponded with state court counsel regarding authorization to serve same on counsel (.6)

     Jeannie Kim                                    .80 hrs.

11/27/23   Attended internal call regarding updated 2004 requests from the Committee and response.

     Alan H. Martin                                 .40 hrs.

11/27/23   Prepared components of draft protective order.

     Alan H. Martin                                 .80 hrs.

11/27/23   Attended call with Committee counsel, B. Riley, et al. regarding Committee document demands and potential productions.

     Alan H. Martin                                 .40 hrs.

11/27/23   Exchanged correspondence with Miller Media concerning claims notice publication steps.

     Alan H. Martin                                 .30 hrs.

11/27/23   Analyzed proposal from the Committee concerning the pending motion to extend the exclusivity periods.

     Alan H. Martin                                 .40 hrs.

11/27/23   Exchanged emails with Sheppard Mullin team re Rule 2004 exam committee priority requests.  (.1)  Call with Sheppard Mullin team re Rule 2004 exam requests and next steps re same.  (.6)  Call with committee professionals and debtor professionals re accounting data and potential production of same.  (.9)

     J. Barrett Marum                               1.60 hrs.

11/27/23   Conference with Wayne Weitz re: discussion on Rule 2004 RFPs for certain financial information.

     Amanda L. Cottrell                             .50 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          December 14, 2023
Alternatives                                                                                    Invoice 380098012
Ori Katz                                                                                        Page 23 of 29

11/27/23    Correspondence with S. Gersten, O. Katz and B. Marum re: status on client investigation
            for financial data responsive to Rule 2004 RFPs.

            Amanda L. Cottrell                          .50 hrs.

11/27/23    Conference with B. Marum, O. Katz, A. Martin and S. Gersten to review and discuss
            strategy and near term action items for discovery including status report and conference
            this week.

            Amanda L. Cottrell                          1.00 hrs.

11/27/23    Draft and revise debtor's status report re: proposed Rule 2004 discovery and committee.

            Amanda L. Cottrell                          .20 hrs.

11/27/23    Correspondence with  B. Weinstein re: production of insurance policy documents to
            Committee.

            Amanda L. Cottrell                          .20 hrs.

11/27/23    Meet and confer with BRG, Pachulski, B. Riley and team to discuss Committee's RFPs
            on accounting data.

            Amanda L. Cottrell                          .90 hrs.

11/27/23    Debrief with W. Weitz and S. Gersten.

            Amanda L. Cottrell                          .40 hrs.

11/27/23    Conferred and corresponded with T. Phinney and B. Whitaker regarding service of bar
            date notices (1.0); prepared survivor service lists (.2); corresponded with M. Pascual and
            J. Stang regarding authorization to accept service of bar date notices (.2); corresponded
            with W. Weitz regarding same (.1); corresponded with P. Egloff regarding publication
            notice of bar date (.1)

            Jeannie Kim                                 1.60 hrs.

11/27/23    Reviewed and revised open workstreams checklist (.3); corresponded with L. Parada
            (USBC) and regarding omnibus hearing dates (.1)

            Jeannie Kim                                 .40 hrs.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 24 of 29

| 11/27/23 | Reviewed transcript of cash management hearing (.2) | | |
|---|---|---|---|
| | Jeannie Kim | .20 hrs. | |

| 11/27/23 | Revised proposed protective order. | | |
|---|---|---|---|
| | Chris D. Lawrence | .20 hrs. | |

| 11/28/23 | Prepared revisions to draft protective order components. | | |
|---|---|---|---|
| | Alan H. Martin | 1.10 hrs. | |

| 11/28/23 | Attended call with Pascuzzi re general case administration issues. | | |
|---|---|---|---|
| | Alan H. Martin | .80 hrs. | |

| 11/28/23 | Correspondence with P. Marlow of client concerning claim publication issues. | | |
|---|---|---|---|
| | Alan H. Martin | .20 hrs. | |

| 11/28/23 | Prepared analysis items for call with school counsel. | | |
|---|---|---|---|
| | Alan H. Martin | .70 hrs. | |

| 11/28/23 | Meet and confer with committee counsel as part of regular standing call between with committee professionals (.6). | | |
|---|---|---|---|
| | Ori Katz | .60 hrs. | |

| 11/28/23 | Participate in standing call with debtor professionals to discuss case status (.8). | | |
|---|---|---|---|
| | Ori Katz | .80 hrs. | |

| 11/28/23 | Review of status report re 2004 examination to be filed in connection with upcoming hearing on November 30 (.5). | | |
|---|---|---|---|
| | Ori Katz | .50 hrs. | |

| 11/28/23 | Exchanged emails with Sheppard Mullin team re status report to Court re Committee's Rule 2004 exam request.  (.2)  Call with Sheppard Mullin team re revisions to protective order.  (.7) | | |
|---|---|---|---|
| | J. Barrett Marum | .90 hrs. | |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 25 of 29

| 11/28/23 | Draft and revise status report to Court re: Committee's overbroad proposed Rule 2004 RFPs. | |
|---|---|---|
| | Amanda L. Cottrell | 1.00 hrs. |

| 11/28/23 | Conference and correspondence with A. Martin re: information needed to provide to client to further initial production of certain financial information. | |
|---|---|---|
| | Amanda L. Cottrell | .30 hrs. |

| 11/28/23 | Conference with A. Martin, B. Marum, S. Gersten and M. Benz to review and discuss redline edits to the draft stipulated protective order. | |
|---|---|---|
| | Amanda L. Cottrell | .80 hrs. |

| 11/28/23 | Draft and revise proposed stipulated protective order for O. Katz and A. Martin. | |
|---|---|---|
| | Amanda L. Cottrell | .80 hrs. |

| 11/28/23 | Participated in weekly debtor professionals call regarding case strategy (.9) | |
|---|---|---|
| | Jeannie Kim | .90 hrs. |

| 11/28/23 | Finalized debtor's status report regarding committee 2004 exam application (.4); coordinated filing and service of same (.3) | |
|---|---|---|
| | Jeannie Kim | .70 hrs. |

| 11/28/23 | Telephone conference with B. Whitaker regarding service of bar date notices (.2) | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 11/28/23 | Reviewed procedural rules re stipulated protective orders and motions to seal (1.4); reviewed draft stipulated protective order and revised formatting of same (.4); telephone conference with A. Cottrell, S. Gersten, A.. Martin, and B. Marum re revisions to stipulated protective order (.6); incorporated revisions to stipulated protective order (.7). | |
|---|---|---|
| | Matt Benz | 3.10 hrs. |

| 11/29/23 | Prepared components and revisions concerning proposed draft protective order. | |
|---|---|---|
| | Alan H. Martin | .80 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic      December 14, 2023
Alternatives      Invoice 380098012
Ori Katz      Page 26 of 29

11/29/23      Attended call with counsel for SCHS regarding Chapter 11 proceedings.

       Alan H. Martin      .40 hrs.

11/29/23      Analyzed various creditor inquiries received as to Chapter 11.

       Alan H. Martin      .30 hrs.

11/29/23      Correspondence with P. Camey re draft protective order.

       Alan H. Martin      .20 hrs.

11/29/23      Exchanged correspondence with RCASF state court counsel as to the draft protective order components.

       Alan H. Martin      .20 hrs.

11/29/23      Analyzed Committee's status report filing concerning the pending 2004 examination motion.

       Alan H. Martin      .30 hrs.

11/29/23      Exchanged emails with Sheppard Mullin team re potential initial production re Committee discovery.  (.2)

       J. Barrett Marum      .20 hrs.

11/29/23      Reviewed and commented on updated protective order.  (.6)  Exchanged emails with Sheppard Mullin team re same.  (.2)  Drafted email to Committee counsel re proposed protective order.  (.2)

       J. Barrett Marum      1.00 hrs.

11/29/23      Draft and revise debtor's comments on proposed stipulated protective order.

       Amanda L. Cottrell      1.00 hrs.

11/29/23      Correspondence with B. Marum, O. Katz and S. Gersten re: revised stipulated protective order and coordination with all of debtor's counsel in review of same.

       Amanda L. Cottrell      .50 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 27 of 29

| | | |
|---|---|---|
| 11/29/23 | Finalized notice of general (.1) and survivor (.4) proof of claim bar date (.1) for filing and service; coordinated filing and service of same (.3); corresponded with B. Whitaker regarding service of bar date notices (.3); reviewed status of publication notice (.2) | |
| | Jeannie Kim | 1.40 hrs. |
| 11/29/23 | Reviewed docket text order regarding committee 2004 exam application (.1) and strategy to respond to same (.1) | |
| | Jeannie Kim | .20 hrs. |
| 11/30/23 | Correspondence with P. Camey at client regarding 2004 steps, etc. | |
| | Alan H. Martin | .20 hrs. |
| 11/30/23 | Reviewed court's statement concerning the pending 2004 examination/status reports, etc. | |
| | Alan H. Martin | .10 hrs. |
| 11/30/23 | Exchanged correspondence with Miller Media concerning claims notice publication new developments. | |
| | Alan H. Martin | .20 hrs. |
| 11/30/23 | Exchanged emails with Sheppard Mullin team re draft protective order. | |
| | J. Barrett Marum | .30 hrs. |
| 11/30/23 | Draft and revise talking points for status conference re: conferrals on Committee's Rule 2004 requests. | |
| | Amanda L. Cottrell | 1.00 hrs. |
| 11/30/23 | Corresponded with B. Michaels regarding Survivor proof of claim forms (.2); corresponded with B. Whittaker regarding status of Omni posting of same (.4); reviewed status of publication notice given (.1); follow-up correspondence with B. Michaels regarding survivor proof of claim forms and Omni claims portal (.2); corresponded with T. Phinney and P. Marlow regarding social media postings and formal publication notice of bar dates (.2); continued preparing for service of survivor claims bar date notice (.2) | |
| | Jeannie Kim | 1.30 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 40.50 | $ 956.00 | $ 38,718.00 |
| Ori Katz | 20.90 | $ 1,084.00 | $ 22,655.60 |
| J. Barrett Marum | 17.00 | $ 904.00 | $ 15,368.00 |
| Amanda L. Cottrell | 40.10 | $ 836.00 | $ 33,523.60 |
| Jeannie Kim | 31.70 | $ 756.00 | $ 23,965.20 |
| Steven G. Gersten | 2.50 | $ 756.00 | $ 1,890.00 |
| Gianna E. Segretti | .40 | $ 708.00 | $ 283.20 |
| Koray Erbasi | 2.90 | $ 560.00 | $ 1,624.00 |
| Matt Benz | 14.40 | $ 520.00 | $ 7,488.00 |
| Chris D. Lawrence | .20 | $ 560.00 | $ 112.00 |

**Total Fees for Professional Services**          $ 145,627.60

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 11/09/23 | S.Gersten-Charge for a Certificate of Good Standing from the NDTX for a Pro Hac Vice Application in the Northern District of California Bankruptcy Court | 20.00 |
| 11/09/23 | A.Cottrell-Filing fee for a Pro Hac Vice Motion for Admission in the NDCA Bankruptcy Court for A. Cottrell. | 317.00 |
| 11/28/23 | Federal Express on 11/28/23 | 16.24 |
| 11/29/23 | Federal Express on 11/29/23 | 19.43 |
| 10/31/23 | Lexis research by Leibovici, Lisa on 10/31/2023. | 95.40 |
| | Color Copies | 2.50 |

**Total Disbursements**          $ 470.57



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 10/24/23 | 380095910 | 129,684.45 | 129,304.40 | 380.05 | 0.00 | 0.00 | -50,442.75 | $ 79,241.70 |
| 11/15/23 | 380096770 | 147,007.05 | 146,672.00 | 335.05 | 0.00 | 0.00 | -335.05 | 146,672.00 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 225,913.70 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 146,098.17 |
| **Total Due For This Matter** | **$ 372,011.87** |