PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:        okatz@sheppartmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>     Debtor and<br>     Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF THIRD MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**<br><br>[No Hearing Required] |

Case: 23-30564   Doc# 377   Filed: 12/19/23   Entered: 12/19/23 13:44:05   Page 1 of 12

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2023 through November 30, 2023 |
| Amount of Compensation Requested: | $72,748.00 |
| Net of 20% Holdback: | $58,198.40 |
| Amount of Expenses Requested: | $179.50 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $58,377.90 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtors"), for the period from November 1, 2023 through November 30, 2023 (the "Fee Period"). By this third statement, B. Riley seeks payment in the amount of $58,377.90, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

-2-

during the Fee Period.

Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the period November 1, 2023 through November 30, 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses, or objections to this Fee Statement, if any, must be filed and served on or before the 14th day (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: December 19, 2023

FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
    PAUL J. PASCUZZI
    JASON E. RIOS
    THOMAS R. PHINNEY

Attorneys for The Roman Catholic
Archbishop of San Francisco

Dated: December 19, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP

By: */s/ Ori Katz*
    ORI KATZ
    ALAN H. MARTIN

Attorneys for The Roman Catholic
Archbishop of San Francisco

-3-

## Exhibit 1

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from November 1, 2023 through November 30, 2023**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $675.00 | 31.6 | $21,330.00 |
| David Greenblatt | Director | $525.00 | 16.5 | $8,662.50 |
| Coral Hansen | Managing Director | $495.00 | 39.4 | $19,503.00 |
| Adriana Piltz | Director | $450.00 | 1.2 | $540.00 |
| Tanya Anderson | Associate Director | $395.00 | 57.5 | $22,712.50 |
| **TOTAL** | | | **146.2** | **$72,748.00** |

## Exhibit 2

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from November 1, 2023 through November 30, 2023**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 0.4 | $214.00 |
| Business Analysis | 82.8 | $41,360.00 |
| Business Operations | 0.3 | $202.50 |
| Case Administration | 0.2 | $135.00 |
| Employment/Fee Applications | 1.5 | $886.50 |
| Litigation | 10.5 | $6,997.50 |
| Monthly Operating Reports | 50.5 | $22,952.50 |
| **TOTAL** | **146.2** | **$72,748.00** |

**Exhibit 3**

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| Online court case research | $179.50 |
| **TOTAL** | **$179.50** |

**Exhibit 4**

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

December 11, 2023                                                      Invoice # :   63625

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period   November 1, 2023      through      November 30, 2023

### Billing Recap by Professional

| Name | Hours | Rate |
|------|------:|-----:|
| Wayne P. Weitz | 31.60 | 675.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 39.40 | 495.00 |
| David Greenblatt, CPA, CIRA | 16.50 | 525.00 |
| Adriana Piltz | 1.20 | 450.00 |
| Tanya Anderson, CPA | 57.50 | 395.00 |

| | Hours | Amount |
|--|------:|-------:|
| Total Professional Service Fees | 146.20 | $72,748.00 |

**Out-of-Pocket Expenses:**

| | |
|--|--:|
| Online court case research | 179.50 |
| Total expenses | $179.50 |
| | |
| Total amount of this bill | $72,927.50 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.          Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 972.346.6804 | www.brileyfin.com

**Professional Services Detail**

|  |  | Hours |
| --- | --- | ---: |

_Asset Analysis_

| 11/14/2023 | T. Anderson | Call with W. Weitz re: real estate leases | 0.20 |
| | W. Weitz | Call with T. Anderson re: real estate leases | 0.20 |
| | SUBTOTAL: | [ 0.40 | 214.00] |

_Business Analysis_

| 11/1/2023 | T. Anderson | Prepare schedule for professional fees | 0.40 |
| | C. Hansen | Meeting re: MOR and update Schedules and Statements | 1.00 |
| 11/2/2023 | W. Weitz | Memo to client re: professional compensation | 0.50 |
| 11/3/2023 | T. Anderson | Calls and correspondence with management re: updates to schedules for amendments | 0.40 |
| | T. Anderson | Prepare amended statements and schedules | 1.20 |
| 11/6/2023 | D. Greenblatt | Call with W. Weitz, D. Greenblatt, C. Hansen and Counsel re: update | 0.60 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, C. Hansen and Counsel re: update | 0.60 |
| | W. Weitz | Call with Counsel to review proposed amendments to Statements, Schedules and matrix | 0.80 |
| | C. Hansen | Call with W. Weitz, D. Greenblatt, C. Hansen and Counsel re: update | 0.60 |
| 11/7/2023 | T. Anderson | Correspondence related to Statements and Schedules amendments | 0.20 |
| | T. Anderson | Prepare amendments for Statements and Schedules | 0.40 |
| | T. Anderson | Call with W. Weitz re: review of schedules amendments | 0.70 |
| | W. Weitz | Review 2004 litigation assessment from Counsel | 0.30 |
| | W. Weitz | Call with T. Anderson re: review of schedules amendments | 0.70 |
| | W. Weitz | Review proposed amended Statements & Schedules; send to Counsel for review | 1.50 |
| | C. Hansen | Review Schedules and A/P aging to determine amounts owed to specific entities | 0.40 |
| 11/8/2023 | T. Anderson | Update and review AP for amended Statements and Schedules | 0.80 |
| 11/9/2023 | T. Anderson | Call with W. Weitz, C. Hansen and Management re: PTO/vacation accrual calculation | 0.50 |
| | T. Anderson | Follow up and review PTO/vacation calculation | 1.50 |
| | T. Anderson | Review of amendments for schedules and various update | 2.30 |
| | W. Weitz | Call with C. Hansen, T. Anderson and Management re: PTO/vacation accrual calculation | 0.50 |
| | C. Hansen | Call with W. Weitz, T. Anderson and Management re: PTO/vacation accrual calculation | 0.50 |
| 11/10/2023 | T. Anderson | Multiple call with T. Anderson & W. Weitz re: update on schedule amendments | 0.30 |
| | T. Anderson | Call with C. Hansen re: PTO/vacation calculation | 0.40 |
| | T. Anderson | Prepare updates to notifications | 0.60 |
| | T. Anderson | Preparation of amendments for Schedules and update | 0.60 |
| | T. Anderson | Various calls with Management and follow-up on PTO calculation | 1.90 |
| | W. Weitz | Call with M. Flanagan re: open AP | 0.20 |
| | W. Weitz | Multiple call with T. Anderson & W. Weitz re: update on schedule amendments | 0.30 |
| | W. Weitz | Matrix updates and calls with counsel re: same | 0.40 |
| | C. Hansen | Call with T. Anderson re: PTO/vacation calculation | 0.40 |
| | C. Hansen | Calls with client and analysis of PTO re: Statements and Schedules | 1.90 |
| 11/13/2023 | T. Anderson | Updates to amendments for schedules | 0.90 |
| | T. Anderson | Update PTO/Vacation calculation with management | 1.40 |
| | T. Anderson | Reconciliation of professional fees | 2.00 |
| | T. Anderson | Reconciliation of professional fees | 2.40 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.80 |
| | D. Greenblatt | Review and update professional fee analysis | 1.60 |
| | W. Weitz | Call with D. Greenblatt re: professional retainers | 0.20 |
| | W. Weitz | Call with M. Flanagan re: professional fee payments, PTO reconciliation, Rule 2004 info request | 0.30 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.80 |
| | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.80 |
| 11/14/2023 | T. Anderson | Calls with management re: AP updates | 0.70 |
| | T. Anderson | Calls with management re: go forward PTO/vacation calculations | 1.90 |
| | W. Weitz | Call with J. Rios re: landlord notification addresses | 0.40 |

| | | | Hours |
|---|---|---|---|
| 11/14/2023 | W. Weitz | Call with Counsel and T. Anderson re: professional fee payment reconciliation | 1.00 |
| | W. Weitz | Analysis of pre-petition professional fee payments | 1.20 |
| 11/15/2023 | T. Anderson | Call with W. Weitz to review professionals retainers | 0.40 |
| | T. Anderson | Calls with management re: go forward PTO/vacation calculations | 0.50 |
| | T. Anderson | Updates to retention payments analysis | 0.80 |
| | W. Weitz | Call with M. Flanagan re: Rule 2004 information request | 0.10 |
| | W. Weitz | Call with T. Anderson to review professionals retainers | 0.40 |
| | W. Weitz | Reconcile certain pre-petition professional payment data | 0.40 |
| | W. Weitz | Meeting with Diocese management and C. Hansen to discuss 2004 requests | 1.00 |
| | C. Hansen | Meeting with Diocese management and W. Weitz to discuss 2004 requests | 1.00 |
| 11/16/2023 | T. Anderson | Prepare professional fee retainer analysis | 2.10 |
| | W. Weitz | Email correspondence re: analysis of pre-petition professional fees | 0.70 |
| 11/17/2023 | W. Weitz | Call with T. Anderson re: analysis of certain pre-petition legal invoices | 0.20 |
| | C. Hansen | Call re: accounting system capabilities | 1.70 |
| 11/20/2023 | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 1.00 |
| | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 1.00 |
| | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 1.00 |
| | C. Hansen | Research ADSF employee handbook and send link to J. Kim | 1.10 |
| | C. Hansen | Research and correspondence with B. Marum and K. Kelleher re: accounting system capabilities and access | 2.70 |
| 11/21/2023 | D. Greenblatt | Call with S. Gersten re: data requests | 0.10 |
| | D. Greenblatt | Review and analysis of retainers paid prior to filing | 1.30 |
| | W. Weitz | Review data and prepare for call with client re: PTO accruals and usage | 0.50 |
| | W. Weitz | Call with client re: employee use of accrued PTO | 0.60 |
| | W. Weitz | Prepare summary of PTO usage guidelines; send to Counsel for review, then forward to client | 1.00 |
| | C. Hansen | Continue to work on Employee PTO analysis | 2.70 |
| 11/27/2023 | T. Anderson | Call with C. Hansen re: professional retainers | 0.20 |
| | T. Anderson | Call with W. Weitz re: professional retainers | 0.30 |
| | T. Anderson | Call with W. Weitz and C. Hansen re: internal discussion of requests and professional retainers | 0.30 |
| | T. Anderson | Call with Counsel, committee, W. Weitz and C. Hansen re: supply of requests | 0.50 |
| | T. Anderson | Continuation of professional fees retention analysis | 0.80 |
| | T. Anderson | Professional fees retention analysis | 2.00 |
| | W. Weitz | Call with T. Anderson and C. Hansen re: internal discussion of requests and professional retainers | 0.30 |
| | W. Weitz | Review/analyze Omni invoices; call with M. Flanagan re: same | 0.90 |
| | C. Hansen | Call with W. Weitz and T. Anderson re: internal discussion of requests and professional retainers | 0.30 |
| | C. Hansen | Correspondence with G. Lee and insurance company representative re: payments made to Counsel | 0.40 |
| | C. Hansen | Call with Counsel, committee, W. Weitz and T. Anderson re: supply of requests | 0.50 |
| | C. Hansen | Research accounting system for counsel invoices to reconcile retainer amounts | 2.60 |
| | C. Hansen | Reconcile invoices related to insurance payments and attorney payments | 2.60 |
| | W. Weitz | Call with Counsel, committee, C. Hansen and T. Anderson re: supply of requests | 0.50 |
| | C. Hansen | Call with T. Anderson re: professional retainers | 0.20 |
| 11/28/2023 | T. Anderson | Calls with C. Hansen re: professional fees reconciliation | 0.40 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.80 |
| | W. Weitz | Calls with C. Hansen re: retainer balance reconciliation | 0.50 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.80 |
| | C. Hansen | Calls with T. Anderson re: professional fees reconciliation | 0.40 |
| | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.80 |
| | C. Hansen | Calls with W. Weitz re: retainer balance reconciliation | 0.50 |
| 11/29/2023 | W. Weitz | Call with M. Flanagan re: Ordinary Course Professionals | 0.30 |
| 11/30/2023 | A. Piltz | Research Alameda eCourt database and cross-reference legal representation | 1.20 |
| | C. Hansen | Analysis of legal counsel invoices and payments and discuss findings with Debtor management | 2.60 |

|  | SUBTOTAL: | [ 82.80 | 41360.00] |

Hours

<u>Business Operations</u>

| | | | | |
|---|---|---|---|---|
| 11/27/2023 | W. Weitz | Call with T. Anderson re: professional retainers | | 0.30 |
| | SUBTOTAL: | | [      0.30 | 202.50] |

<u>Case Administration</u>

| | | | | |
|---|---|---|---|---|
| 11/7/2023 | W. Weitz | Call with J. Rios re: matrix update | | 0.20 |
| | SUBTOTAL: | | [      0.20 | 135.00] |

<u>Employment/Fee Applications</u>

| | | | |
|---|---|---|---|
| 11/6/2023 | W. Weitz | Initial review of October invoice | 0.20 |
| 11/7/2023 | C. Hansen | Review and edit time slips | 0.70 |
| 11/15/2023 | W. Weitz | Review and finalize October fee statement | 0.60 |
| | SUBTOTAL: | [      1.50 | 886.50] |

<u>Litigation</u>

| | | | |
|---|---|---|---|
| 11/8/2023 | W. Weitz | Aggregate info from client and update litigant contact list | 2.20 |
| | W. Weitz | Continue to aggregate info from client and update litigant contact list; provide to Counsel | 2.30 |
| 11/13/2023 | W. Weitz | Call with A. Cottrell re: OCUC information request | 1.00 |
| 11/17/2023 | W. Weitz | Create file of plaintiff attorneys for P. Pascuzzi | 0.90 |
| 11/19/2023 | W. Weitz | Research re: pending cases and attorney of record | 1.00 |
| 11/20/2023 | W. Weitz | Update call with Counsel re: litigation data | 0.20 |
| | W. Weitz | Call with A. Cottrell re: Rule 2004 discovery | 0.40 |
| 11/27/2023 | W. Weitz | Call with BRG and counsel re: information request | 0.50 |
| | W. Weitz | Review and analysis of data requests | 0.90 |
| | C. Hansen | Meeting with BRG to discuss 2004 requests | 0.50 |
| | W. Weitz | Call with A. Cottrell re: pending information request | 0.60 |
| | SUBTOTAL: | [     10.50 | 6997.50] |

<u>Monthly Operating Reports</u>

| | | | |
|---|---|---|---|
| 11/1/2023 | T. Anderson | Prepare schedules for October MOR | 0.50 |
| | W. Weitz | Call with C. Hansen, T. Anderson, D. Greenblatt and W. Weitz re: MOR and updated Statements and Schedules | 0.50 |
| | C. Hansen | Call with C. Hansen, T. Anderson, D. Greenblatt and W. Weitz re: MOR and updated Statements and Schedules | 0.50 |
| | D. Greenblatt | Call with C. Hansen, T. Anderson, D. Greenblatt and W. Weitz re: MOR and updated Statements and Schedules | 0.50 |
| | T. Anderson | Call with C. Hansen, T. Anderson, D. Greenblatt and W. Weitz re: MOR and updated Statements and Schedules | 0.50 |
| 11/2/2023 | T. Anderson | Call with W. Weitz, C. Hansen, D. Greenblatt & T. Anderson re: update MOR and schedules | 0.60 |
| | T. Anderson | Prepare schedules for October MOR; Updates with management re: MOR requests | 0.80 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt & T. Anderson re: update MOR and schedules | 0.60 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt & T. Anderson re: update MOR and schedules | 0.60 |
| | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt & T. Anderson re: update MOR and schedules | 0.60 |
| 11/3/2023 | T. Anderson | Prepare MOR schedules and reports | 2.00 |
| | D. Greenblatt | Review and analysis of bank statements for October MOR | 1.30 |
| 11/6/2023 | T. Anderson | Prepare October MOR | 0.90 |
| | C. Hansen | Prepare October MOR | 2.10 |

|  |  |  | Hours |
|---|---|---|---|
| 11/8/2023 | T. Anderson | Prepare MOR schedules | 1.30 |
| 11/9/2023 | D. Greenblatt | Work on October MOR | 1.80 |
|  | C. Hansen | MOR analysis | 2.60 |
| 11/10/2023 | T. Anderson | Prepare MOR schedules | 0.70 |
| 11/13/2023 | T. Anderson | Update MOR with vacation/PTO | 0.50 |
|  | T. Anderson | Review October MOR | 1.00 |
|  | T. Anderson | Review October MOR | 2.00 |
|  | D. Greenblatt | Call with W. Weitz re: professional retainers | 0.20 |
| 11/14/2023 | T. Anderson | Redact bank statements for October MOR | 1.10 |
|  | T. Anderson | Continue to work on October MOR | 2.00 |
|  | T. Anderson | Update bank information in MOR | 2.30 |
|  | T. Anderson | Continue to work on October MOR | 2.50 |
|  | D. Greenblatt | Review October MOR | 1.10 |
| 11/15/2023 | T. Anderson | Call with D. Greenblatt re: October MOR review | 0.50 |
|  | T. Anderson | Update AP in MOR | 0.60 |
|  | T. Anderson | Continuation: Update MOR with review comments | 0.90 |
|  | T. Anderson | Update MOR with review comments and redact statements | 1.00 |
|  | T. Anderson | Call with D. Greeblatt, W. Weitz & T. Anderson re: MOR review | 1.10 |
|  | T. Anderson | Update MOR with review comments | 2.00 |
|  | D. Greenblatt | Call with T. Anderson re: October MOR review | 0.50 |
|  | D. Greenblatt | Call with D. Greenblatt, W. Weitz and T. Anderson re: October MOR review | 1.10 |
|  | W. Weitz | Call with D. Greenblatt, W. Weitz & T. Anderson re: MOR review | 1.10 |
| 11/16/2023 | D. Greenblatt | Continue to review October 2023 MOR and send draft to client to review | 1.60 |
| 11/17/2023 | T. Anderson | Update MOR per review | 0.20 |
|  | T. Anderson | Call with D. Greenblatt and Debtor re: October 2023 MOR | 0.30 |
|  | T. Anderson | Add additional bank statements to MOR | 2.00 |
|  | D. Greenblatt | Call with T. Anderson and Debtor re: October 2023 MOR | 0.30 |
|  | D. Greenblatt | Continue to work on October 2023 MOR: final review and send update to client | 1.30 |
|  | C. Hansen | Review draft of MOR to client | 2.10 |
|  | C. Hansen | Review client's analysis of MOR data and call with K. Kelleher re: same | 2.60 |
|  | T. Anderson | Call with W. Weitz re: analysis of certain pre-petition legal invoices | 0.20 |

SUBTOTAL:                                    [      50.50      22952.50]

GlassRatner Advisory & Capital Group LLC