PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:           okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [NOVEMBER 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios

LLP, (hereinafter "FFWPR"), attorneys for Debtor and Debtor in Possession The Roman Catholic

Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for November

Case: 23-30564    Doc# 378    Filed: 12/19/23    Entered: 12/19/23 13:48:32    Page 1 of 24

2023. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of November 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2023 through November 30, 2023 | $69,468.00 | $243.79 | $69,711.79 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $55,574.40 | $243.79 | $55,818.19 |

The itemized billing statement for the fees and costs billed is attached hereto as ***Exhibit A***. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: December 19, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

November 2023 Invoice

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



Archdiocese of San Francisco
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: carneyp@sfarch.org

# Invoice 13126

| Date | Dec 06, 2023 |
|---|---|
| **Terms** | |
| **Service Thru** | Nov 30, 2023 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | PJP | **B210 - Business Operations:** Email from A. Martin re draft email to P. Carney re questions on auditors, email to P. Carney re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/01/2023 | PJP | **B310 - Claims Administration and Objections:** Call from P. Gaspari re claims procedures issues (.3). Review Committee email and order and survivor claim revisions, consider strategy (.9). Email to J. Blumberg re UST access provision deleted by Committee (.2). Email to insurers re Committee position (.2). Call with O. Katz re claims procedures issues (.4). Call with R. Charles re claims procedures (.5). Review email from insurer counsel re claims procedures motion (.2). Conference with T. Phinney (RCBSR experience on claims procedures) re Committee position on claims procedures (.2). Email to B. Weinstein re claims procedures issues re insurance (.2). | 3.10 | $ 525.00/hr | $ 1,627.50 |
| 11/01/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to P. Carney, P. Gaspari, B. Weinstein, A. Martin re call on Castro and insurer motions for relief from stay (.3). Further prepare for call re same (.2). Attend same (1.1). | 1.60 | $ 525.00/hr | $ 840.00 |
| 11/01/2023 | PJP | **B110 - Case Administration:** Emails re schedules amendment issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/01/2023 | JER | **B310 - Claims Administration and Objections:** Review and address multiple emails and worksheets from Victim Assistance Coordinator regarding potential abuse claim contact information. (.7). Draft emails with analysis regarding same to PJP and W. Weitz for follow up. (.7) | 1.40 | $ 450.00/hr | $ 630.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | JER | **B160 - Fee/Employment Applications:** Emails with BPM regarding completion of OCP Declaration and Questionnaire. (.3). Telephone call from Heffernan regarding completion of OCP Declaration and Questionnaire. (.2.). Emails with Beacon Pointe regardingcompletion of OCP Declaration and Questionnaire. (.6). | 1.10 | $ 450.00/hr | $ 495.00 |
| 11/01/2023 | JER | **B140 - Relief from Stay/Adequate Protection Proceedings:** Address Insurer Motion for Relief From Stay re Insurance Coverage and Debtor's response with PJP. Analysis regarding same. | 0.20 | $ 450.00/hr | $ 90.00 |
| 11/02/2023 | PJP | **B310 - Claims Administration and Objections:** Consider strategy on claims procedures motion (.2). Call with O. Katz re claims procedures strategy, Committee Rule 2004 application strategy (.3). Email to B. Michael, J. Lucas re continued meet and confer re Committee position (.2). Email to client team re same (.1). Call with client team re same (.7). Follow up further call with A. Martin re same (.1). Draft suggested edits to order language to address Committee concerns (.4). Email to client team re same (.1). Emails from and to P. Gaspari, A. Martin re order language (.2). | 2.30 | $ 525.00/hr | $ 1,207.50 |
| 11/02/2023 | PJP | **L320 - Document Production:** Review Committee Rule 2004 application, consider issues on meet and confer, timing and scope of requests, strategy (.5). Emails from and to O. Katz, A Martin re same (.2). Email to client team re Committee requests, strategy (.5). | 1.20 | $ 525.00/hr | $ 630.00 |
| 11/02/2023 | PJP | **B160 - Fee/Employment Applications:** Email to P. Carney re fee examiner (.1). Emails to and from J. Lucas re debtor suggestions (.1). Email to J. Blumberg re same (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/02/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to P. Carney re related party representation (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/02/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from G. Brown (Committee counsel) re use of Omni for service by committee, email to B. Whittaker at Omni re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/02/2023 | JER | **B160 - Fee/Employment Applications:** Address issues and questions with Heffernan regarding OCP Declaration and Questionnaire. (.3) Address issues and questions with Glassner and Beacon Pointe regarding same. (.9). Address issues and questions with Stewardship regarding same. (.4). Address issues and questions with BBK and Perr regarding same. (.5). Email with BBK and CLIN regarding same. (1.2). | 3.30 | $ 450.00/hr | $ 1,485.00 |
| 11/02/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call from B. Weinstein re Castro relief from stay and insurance coverage action relief from stay strategy (.3). | 0.30 | $ 525.00/hr | $ 157.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/2023 | PJP | **L320 - Document Production:** Emails from and to P. Carney re Committee Rule 2004 application (.1). Emails from and to O. Katz re same and strategy (.2). Further emails with Committee counsel, Sheppard counsel re meet and confer strategy (.2). Emails to and from P. Carney re status (.1). | 0.60 | $ 525.00/hr | $ 315.00 |
| 11/03/2023 | PJP | **B310 - Claims Administration and Objections:** Review Committee opposition to claims procedures motion, consider issues (.9). Review insurer opposition to claims procedures motion, consider issues (.6). Emails from client team re revisions to order language to address Committee issues (.2). Emails to client team re Committee and Insurer oppositions, email from P. Gaspari re same (.2). Email to B. Michaels, J. Lucas re Debtor proposal re order language (.2). Revise order further, email to Committee counsel (.3). Email to client team re Zoom link and hearing attendance on Nov 9 for claims procedures (.2). Call from B. Michaels re claims procedures order issues (.4). Further emails from and to P. Gaspari re claims procedures order (.2). | 3.20 | $ 525.00/hr | $ 1,680.00 |
| 11/03/2023 | JER | **B160 - Fee/Employment Applications:** Further emails with Heffernan regarding preparation of OCP Declaration and Questionnaire. (.2). Telephone call with PJP regarding Beacon Point OCP issues and analysis regarding same. (.2). Emails and follow up with BBK and Littler regarding OCP Declaration and Questionnaire. (.4). Emails and follow up with Beacon Pointe and Heffernan regarding OCP Declaration and Questionnaire. (.2) | 1.00 | $ 450.00/hr | $ 450.00 |
| 11/03/2023 | JER | **B320 - Plan and Disclosure Statement:** Work on Motion to Extend Plan Exclusivity. | 0.20 | $ 450.00/hr | $ 90.00 |
| 11/03/2023 | PJP | **B110 - Case Administration:** Emails from and to Committee counsel re use of Omni for service (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/05/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to P. Gaspari, A. Martin re Committee issues with claims procedures order, consider strategy re same (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/05/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to J. Stang, B. Weinstein, O. Katz re Castro relief from stay motion, fact gathering (.2). Emails to and from B. Weinstein re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 11/05/2023 | PJP | **L320 - Document Production:** Emails from and to B. Weinstein, P. Gaspari re Committee document request, state court proceeding documents already produced (.2). | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/2023 | PJP | **L320 - Document Production:** Review Committee Rule 2004 application in preparation for Committee call re meet and confer (.8). Attend same (.6). Post call with A. Cottrell, B. Marum (.6). Emails to introduce P. Gaspari, B. Weinstein, others to A. Cottrell, B. Marum re document production issues (.3). Email to A. Cottrell, B. Marum, A. Martin, O. Katz re protective order issues (.3). Call with B. Weinstein re Committee requests re insurance information (.2). Review email from O. Katz re further meet and confer with Committee counsel (.1). | 2.90 | $ 525.00/hr | $ 1,522.50 |
| 11/06/2023 | JER | **B160 - Fee/Employment Applications:** Telephone call from M. Flanagan regarding Beacon Pointe OCP issues. (.3). Emails with Littler (.3) and Rankin regarding same (.3). | 0.90 | $ 450.00/hr | $ 405.00 |
| 11/06/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with A. Diamond for related entity status, case issues (.4). Email to A. Diamond re common interest agreement (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 11/06/2023 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re business operations issues, credit card program issues (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/06/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails to and from Castro attorneys re proposed form of order (.2). Email to J. Stang re same (.2). Consider issues on coverage action motion for relief from stay (.3). Email and call with J. Rios re same (.2). Review letter from Guide One re workers comp matters, consider issues on automatic stay (.2). | 1.10 | $ 525.00/hr | $ 577.50 |
| 11/06/2023 | PJP | **B310 - Claims Administration and Objections:** Email to J. Stang, B. Michael re claims procedures and meet and confer with Committee re order (.1). Review court preliminary comments on claims procedures (.3). Email to A. Martin, J. Kim, P. Carney, B. Weinstein, P. Gaspari re same (.2). Emails from and to A. Martin, P. Gaspari re same (.1). | 0.70 | $ 525.00/hr | $ 367.50 |
| 11/06/2023 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination call (.3). Attend same (.7). | 1.00 | $ 525.00/hr | $ 525.00 |
| 11/06/2023 | JER | **B210 - Business Operations:** Review and analysis of emails and worksheets from ADSF regarding payroll issues. (.3) Follow up emails regarding same. (.4) | 0.70 | $ 450.00/hr | $ 315.00 |
| 11/06/2023 | JER | **B210 - Business Operations:** Review and analysis of letter from GuideOne regarding workers comp issues. (.3). Emails with PJP regarding same. (.3) | 0.60 | $ 450.00/hr | $ 270.00 |
| 11/07/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on revisions per court's comments on claims procedures motion (.3). Email to A. Martin, J. Kim re same (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/07/2023 | PJP | **L320 - Document Production:** Follow up emails re common interest agreement re certain related entities (.2). | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/2023 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell re Committee Rule 2004 application issues, provide information requested (.3). Call with A. Cottrell re Committee Rule 2004 application issues (.4). Review and revise draft objection to Rule 2004 application if filed (.7). | 1.40 | $ 525.00/hr | $ 735.00 |
| 11/07/2023 | PJP | **B310 - Claims Administration and Objections:** Call from J. Stang, B. Michaels re claims procedures (.6). Call with P. Gaspari re same (.2). Email to J. Stang, B. Michaels re same (.1). Email from B. Michaels re claims procedures, review revised proposed order (.3). Email to B. Michaels re same (.1). Emails from and to P. Carney re claims procedures hearing (.1). Emails from and to J. Kim re revisions per court comments (.2). | 1.60 | $ 525.00/hr | $ 840.00 |
| 11/07/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from T. Burns re Castro relief from stay motion, email to B. Weinstein re same (.2). Calls from and to B. Weinstein re same (.2). Email to C. Rouse re Castro relief from stay (.1). Call from C. Rouse re same (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 11/07/2023 | JER | **B160 - Fee/Employment Applications:** Emails and analysis with OCP's Jackson Lewis and BBK regarding completion of Declarations and Questionnaires. (.6) | 0.60 | $ 450.00/hr | $ 270.00 |
| 11/07/2023 | JER | **B210 - Business Operations:** Emails and analysis with Client Team regarding vendor invoice issues. | 0.50 | $ 450.00/hr | $ 225.00 |
| 11/07/2023 | JER | **B310 - Claims Administration and Objections:** Telephone call with W. Weitz regarding Survivor notices. | 0.10 | $ 450.00/hr | $ 45.00 |
| 11/08/2023 | PJP | **B310 - Claims Administration and Objections:** Review and revise revised claims procedures proposed order, claim forms, consider issues on status report to court (1.8). Emails to and from J. Kim, call with her re same (.2). Emails to and from P. Carney, J. Passarello re pre-hearing call (.2). Call with J. Kim re revisions to order and forms (.2). Email to B. Michael re Debtor's response to Committee changes, status report (.3). Further email from and to J. Kim re changes to publication notice to correct (.2). Call with P. Gaspari re hearing issues (.1). Begin draft outline for hearing preparation (.5). Emails from and to Insurers re status of changes per court preliminary comments, outstanding issues (.2). Email from J. Kim, review revised status report and compare documents (.5). Email from J. Blumberg re claims procedures order (.1). | 4.30 | $ 525.00/hr | $ 2,257.50 |

| | | | | | |
|---|---|---|---|---|---|
| 11/08/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issue on stay re workers comp claims, insurance issues (.2). Call from B. Weinstein re Castro stay motion, coverage action stay motion (.3). Emails from and to C. Rouse re Castro stay motion (.1). Review and revise short pleading re Castro stay motion (.2). Email to P. Carney re same (.1). Email to T. Burns re continuance (.1). | 1.00 | $ 525.00/hr | $ 525.00 |
| 11/08/2023 | PJP | **L320 - Document Production:** Emails re Committee filing of Rule 2004 application, review revisions to response (.3). Call and email from R. Harris re Rule 2004 application (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/08/2023 | PJP | **B110 - Case Administration:** Email from and to W. Weitz re amended schedules and SOFA items (.2). Review files and prior notes re same (.3) | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/08/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to lawyer representing survivor re case status (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/08/2023 | JER | **B160 - Fee/Employment Applications:** Emails with J. Passarello regarding status and completion of OCP Declarations and Questionnaires. (.4). Work on updates to tracking worksheet regarding same. (.4). Emails and follow up with Korn Ferry regarding OCP Declarations and Questionnaires. (.1). Emails and follow up with Beacon Pointe regarding OCP Declarations and Questionnaires. (.5). Work to obtain engagement agreements per UST demand for OCP professionals with numerous emails regarding same. (.6) | 2.00 | $ 450.00/hr | $ 900.00 |
| 11/08/2023 | JER | **B160 - Fee/Employment Applications:** Emails and follow up with Catholic Immigration regarding OCP Declarations and Questionnaires. (.2). Work on revisions to E OCP Declarations and Questionnaires for Catholic Immigration. (.5). Emails regarding OCP Declarations and Questionnaires for Gallagher and Perr Knight. (.7). Emails regarding OCP Declarations and Questionnaires for Grant Thornton. (.3) | 1.70 | $ 450.00/hr | $ 765.00 |
| 11/08/2023 | JER | **B310 - Claims Administration and Objections:** Telephone calls with W. Weitz regarding preparation of survivor noticing and analysis regarding same. | 0.30 | $ 450.00/hr | $ 135.00 |
| 11/08/2023 | JER | **B210 - Business Operations:** Multiple emails with J. Passarello and PJP regarding Guide One workers compensation matters. | 0.30 | $ 450.00/hr | $ 135.00 |
| 11/08/2023 | JER | **B210 - Business Operations:** Address multiple emails and questions from ADSF regarding vendor invoice issues. | 0.60 | $ 450.00/hr | $ 270.00 |
| 11/09/2023 | PJP | **B160 - Fee/Employment Applications:** Email to P. Carney re FFWPR October invoice, procedures for monthly fee notices (.2). | 0.20 | $ 525.00/hr | $ 105.00 |

| 11/09/2023 | PJP | **B310 - Claims Administration and Objections:** Prepare for claims procedures motion hearing, including review status report and redline order and forms (2.6). Call from J. Stang re claims procedures motion (.4). Attend hearing on same (2.5). Follow up call with J. Stang re same (.1). | 5.60 | $ 525.00/hr | $ 2,940.00 |
|---|---|---|---|---|---|
| 11/09/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team pre-hearing call (.2). Attend same (.5). | 0.70 | $ 525.00/hr | $ 367.50 |
| 11/09/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to C. Rouse re Castro relief from stay, email to B. Weinstein re same (.2) | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/09/2023 | BJ | **B110 - Case Administration:** Prepare draft FFWPR Monthly Fee Statement re October 2023. | 0.50 | $ 105.00/hr | $ 52.50 |
| 11/09/2023 | TRP | **B310 - Claims Administration and Objections:** Listen to court hearing on claims bar date motion to assist with claims motion issues. | 2.50 | $ 0.00/hr | No Charge |
| 11/09/2023 | JER | **B160 - Fee/Employment Applications:** Follow up on completion of OCP Declarations and Questionnaires for Gallagher, Grant Thornton and Partners in Mission. (.4) Follow up on completion of OCP Declarations and Questionnaires for Catholic Immigration and Stewardship. (.3) | 0.70 | $ 450.00/hr | $ 315.00 |
| 11/09/2023 | JER | **B310 - Claims Administration and Objections:** Review and address Survivor investigation for notice and service. | 0.40 | $ 450.00/hr | $ 180.00 |
| 11/09/2023 | JER | **B110 - Case Administration:** Review and address ADSF questions regarding numerous vendor invoices. | 0.80 | $ 450.00/hr | $ 360.00 |
| 11/09/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Draft motion to extend deadline to assume or reject real property leases. | 0.60 | $ 450.00/hr | $ 270.00 |
| 11/10/2023 | PJP | **B310 - Claims Administration and Objections:** Emails to and from J. Kim, O. Katz re claims procedures document revisions, hearing outcome (.2). Email from J. Stang re committee letter re supplement, review files re same, email to J. Stang re same (.3). Revise proposed order after hearing (.7). Email to Committee and Insurer lawyers re same (.2). Call from B. Weinstein re hearing (.2). Review emails from and to B. Michaels, A. Frankel re supplement question, emails to and from B. Weinstein, P. Carney, P. Gaspari re same (.3). Email from A. Frankel re proposed order revisions, review same (.2). Further emails from J. Stang and insurers re notice question for supplement (.3). Call from J. Stang re order revisions, question revisions (.2). Emails from and to J. Rios, W. Weitz re noticing all potential claimants re survivor claims, search of RCASF records to ensure full notice, consider issues re same (.3). | 2.90 | $ 525.00/hr | $ 1,522.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/10/2023 | PJP | **B170 - Fee/Employment Objections:** Emails from and to Fr. Summerhays re OCP status (.2). Emails to and from J. Rios re same, consider issues on timing (.3). Further emails from and to J. Rios re OCP issues (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 11/10/2023 | ASK | **B160 - Fee/Employment Applications:** Initial draft of Notice of Ordinary Course Professionals Declaration and Questionnaire, and supplemental notice (.5); assemble exhibits for both notices (.6); file and serve notices (.3) (no charge). | 1.10 | $ 105.00/hr | $ 115.50 |
| 11/10/2023 | PJP | **B210 - Business Operations:** Call from J. Rios re vendor payment issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/10/2023 | TRP | **B310 - Claims Administration and Objections:** Review Committee support letter from Roman Catholic Bishop of Santa Rosa as example for Roman Archdiocese of San Francisco (.2); Detailed review of complex process in Roman Catholic Bishop of Santa Rosa to provide due process and options for survivors to only receive notice via their attorney (.8). | 1.00 | $ 425.00/hr | $ 425.00 |
| 11/10/2023 | JER | **B160 - Fee/Employment Applications:** Work on follow up to complete OCP Declarations and Questionnaires for Gallagher (.5) and Best Best Kreiger (.4) Emails with Stewardship regarding same and follow up. (.6). Work on follow up to complete OCP Declarations and Questionnaires for Littler. (2) | 1.70 | $ 450.00/hr | $ 765.00 |
| 11/10/2023 | JER | **B160 - Fee/Employment Applications:** Review and revise Notice of OCP Declarations and Questionnaires and Supplemental list of OCP. (1.1). Emails regarding finalizing Notices. (.3) Emails with ADSF regarding OCF Notices and follow up. (.2) | 1.60 | $ 450.00/hr | $ 720.00 |
| 11/10/2023 | JER | **B210 - Business Operations:** Address ADSF questions regarding numerous invoice issues and lien asserted by City and County of SF for pre-petition service. | 0.50 | $ 450.00/hr | $ 225.00 |
| 11/10/2023 | JER | **B310 - Claims Administration and Objections:** Work on investigation and preparation of Survivor's list for notice and service. Emails with PJP and W. Weitz regarding same. | 0.30 | $ 450.00/hr | $ 135.00 |
| 11/12/2023 | PJP | **B160 - Fee/Employment Applications:** Email to professionals and client re no objections for Aug/Sept fee notices, fee notice procedures (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/13/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Research re removal and auto stay issues for certain insurers motion for relief from stay re California Coverage Action (1.8). Draft Debtor's objection to same (.7). Emails from and to P. Gaspari re draft response and strategy (.1). Email to J. Rios re strategy on removal issues (.1). Emails to and from B. Weinstein, P. Carney, P. Gaspari re same (.3). | 3.00 | $ 525.00/hr | $ 1,575.00 |
| 11/13/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to M. Flanagan re employee claims assistance (.2). Revise letter to employees re claims (.2). Call from M. Flanagan re questions on same (.1). | 0.50 | $ 525.00/hr | $ 262.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2023 | PJP | **B190 - Other Contested Matters:** Prepare for professionals call re case tasks, status, organization (.5). Attend same (.8). | 1.30 | $ 525.00/hr | $ 682.50 |
| 11/13/2023 | PJP | **B310 - Claims Administration and Objections:** Listen to audio portions for hearing regarding order revisions (.4). Revise order re same and review insurer and Committee positions on same (.3). Email to J. Stang re Committee position re same (.2). Email to P. Gaspari, P. Carney, B. Weinstein re claims procedure order outstanding issues, competing question language, debtor position (.2). Call with B. Weinstein re competing question language (.3). | 1.40 | $ 525.00/hr | $ 735.00 |
| 11/13/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to J. Lucas re motions Debtor will be filing re extensions of deadlines on plan and real property leases, opposition to insurer coverage action relief from stay (.2). Call from J. Stang re same (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/13/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to P. Carney, Fr. Summerhays, P. Gaspari, B. Weinstein re motions to be filed, objection to relief from stay, claims procedures order issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/13/2023 | JER | **B160 - Fee/Employment Applications:** Follow up and work on revisions/completion of OCP Declarations and Questionnaires for Perr Knight and Rankin. (.4). Same for Beacon Pointe. (.3). Same for Littler. (.3). Telephone call from UST regarding same. (.1). Telephone call and emails with BBK for revise and complete OCP Declarations and Questionnaires. (.3) | 1.40 | $ 450.00/hr | $ 630.00 |
| 11/13/2023 | PJP | **L320 - Document Production:** Emails from A. Cottrell re Committee Rule 2004 application status and strategy (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/13/2023 | BJ | **B160 - Fee/Employment Applications:** Numerous telephone call and emails to/from Weintraub accounting regarding invoices for August/September Monthly Fee Statement and the October Monthly Fee Statement. | 0.60 | $ 105.00/hr | $ 63.00 |
| 11/13/2023 | BJ | **B160 - Fee/Employment Applications:** Review and redact Weintraub October billing statements. | 0.40 | $ 105.00/hr | $ 42.00 |
| 11/13/2023 | BJ | **B160 - Fee/Employment Applications:** Draft Weintraub's October Monthly Fee Statement. | 1.00 | $ 105.00/hr | $ 105.00 |
| 11/13/2023 | BJ | **B160 - Fee/Employment Applications:** Review and revise Weintraub's August/September Monthly Fee Statement due to inaccurate invoice provided by Weintraub. | 0.40 | $ 0.00/hr | No Charge |
| 11/13/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review and revise, draft Motion to extend deadline for assumption of leases. (2.1). Review and revise, draft proposed Order for Motion. (.2). Review and revise, draft Declaration in support of Motion. (.2) Draft Notice of Hearing. (.2) | 2.70 | $ 450.00/hr | $ 1,215.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2023 | JER | **B320 - Plan and Disclosure Statement:** Review and revise Notice of Hearing re Motion to Extend Plan Exclusivity period. (.2). Review and revise Declaration in support of Motion. (.2) | 0.40 | $ 450.00/hr | $ 180.00 |
| 11/13/2023 | JER | **B160 - Fee/Employment Applications:** Telephone call with G. Lee and M. Cotrell regarding Ordinary Course Professional for completing Declarations and Notices and addressing creditor demands. | 0.30 | $ 450.00/hr | $ 135.00 |
| 11/14/2023 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Consider issues on motion to extend time to assume real property leases, email to J. Rios re issues, timing, service (.3). Review draft motion and related pleadings (.5). | 0.80 | $ 525.00/hr | $ 420.00 |
| 11/14/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to J. Rios re California coverage action relief from stay strategy (.2). Emails from and to B. Weinstein re strategy on same (.2). Email to Committee re draft objection to same (.2). Email to client team re strategy on coverage action (.3). Call with J. Rios re strategy on same (.1). | 1.00 | $ 525.00/hr | $ 525.00 |
| 11/14/2023 | PJP | **B310 - Claims Administration and Objections:** Email from B. Michaels re proposed order and survivor question impasse, consider issues, email to B. Michaels re same (.3). Email to insurer counsel re same (.2). Draft letter to court re impasse (.5). Call from and to A. Frankel re same (.1). Call with M. Weiss re order language (.1). Review email from C. Sugayan re question language, consider issues, email to client team (.3). Review and revise letter to court re same (.2). Call from J. Stang re order and question issues (.1). Email to insurer and Committee group re timing of submitting letter to court (.1). Emails from client team re question, email to J. Stang re same (.2). | 2.10 | $ 525.00/hr | $ 1,102.50 |
| 11/14/2023 | ASK | **B185 - Assumption/Rejection of Leases and Contracts:** Initial draft to Motion, Notice, Declaration and proposed order re Mtn for Extension to Assume/Reject Leases. | 1.20 | $ 105.00/hr | $ 126.00 |
| 11/14/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from C. Talbott re interest in property (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 11/14/2023 | PJP | **B210 - Business Operations:** Emails from and to P. Carney re business issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/14/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Draft and revise motion to extend deadline for assumption or rejection of leases. (1.2) Draft and revise Declaration in support of Motion. (.4). Draft and revise Notice of hearing. (.4) Draft and revise proposed order. (.4). Telephone calls and emails with J. Passarello, W. Weitz, and PJP regarding same. (.3) | 2.70 | $ 450.00/hr | $ 1,215.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/14/2023 | JER | **B140 - Relief from Stay/Adequate Protection Proceedings:** Analysis regarding removal of insurance coverage litigation. (.4). Analysis of potential automatic stay issues and telephone call to PJP. (.3) | 0.70 | $ 450.00/hr | $ 315.00 |
| 11/14/2023 | JER | **B160 - Fee/Employment Applications:** Follow up regarding finalizing OCP Declarations and Questionnaires for Perr Knight, Rankin, Jackson Lewis, and others. (.8) Telephone call with J. Passarello regarding same. (.1). Direct preparation of supplemental notice. (.2). Email to Rankin regarding expected changes for OCP representation and new firm. (.3) | 1.40 | $ 450.00/hr | $ 630.00 |
| 11/14/2023 | JER | **B320 - Plan and Disclosure Statement:** Draft motion to extend Plan Exclusivity. | 0.30 | $ 450.00/hr | $ 135.00 |
| 11/15/2023 | PJP | **B310 - Claims Administration and Objections:** Email from and to J. Stang re proposed claims procedures order changes requested by insurers (.2). Revise same (.1). Emails to and from A. Frankel and other insurer counsel, J. Stang, B. Michaels re claims procedures order and supplement question (.2). Revise letter to court re same (.3). | 0.80 | $ 525.00/hr | $ 420.00 |
| 11/15/2023 | PJP | **B210 - Business Operations:** Call from M. Flanagan re business issues (.1). Emails from and to P. Carney re business issues (.2). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/15/2023 | ASK | **B160 - Fee/Employment Applications:** Finalize and file Notice regarding Ordinary Course Professionals Declaration/Questionnaire and Supplement and corresponding exhibits. | 0.90 | $ 0.00/hr | No Charge |
| 11/15/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Follow up emails re Castro relief from stay (.1). Follow up email to J. Lucas, B. Michael re coverage action relief from stay (.1). Consider issues on research re coverage action relief from stay strategy (.2). Review Committee comments on coverage action relief from stay objection, consider issues (.2). Email to client team re same (.1). Review revised objection to insurer motion for relief re same (.2). | 0.90 | $ 525.00/hr | $ 472.50 |
| 11/15/2023 | JER | **B160 - Fee/Employment Applications:** Emails and telephone call with Rankin One re OCP Declaration and Questionnaire. (.3). Email with Perr Knight regarding same. (.2). Draft and revise Second OCP Notice and Second Supplemental OCP list. (.5). Email with ADSF team regarding Second Notices and next steps. (.2) | 1.20 | $ 450.00/hr | $ 540.00 |
| 11/15/2023 | JER | **B140 - Relief from Stay/Adequate Protection Proceedings:** Research and analysis regarding application of automatic stay to removal of insurance action (.8) and email to PJP regarding same. (.2) | 1.00 | $ 450.00/hr | $ 450.00 |

| 11/15/2023 | JER | **B320 - Plan and Disclosure Statement:** Draft and revise motion to extend Plan exclusivity periods. (2.8). Address comments from PJP and ADSF (.6). Draft Declaration of J. Passarello in support of Motion. (.9). Emails with J. Passarello regarding Motion and Declaration. (.3) Review comments from J. Passarello regarding motion and Declaration. (.1) | 4.70 | $ 450.00/hr | $ 2,115.00 |
|---|---|---|---|---|---|
| 11/15/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Revise motion to extend deadline for assumption or rejection. (.2). Review comments from J. Passarello regarding same. (.1) | 0.20 | $ 450.00/hr | $ 90.00 |
| 11/16/2023 | PJP | **B160 - Fee/Employment Applications:** Email from W. Weitz re B. Riley monthly fee notice (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 11/16/2023 | BJ | **B160 - Fee/Employment Applications:** Revise and finalize the October Monthly Fee Statement for B. Riley. | 0.60 | $ 105.00/hr | $ 63.00 |
| 11/16/2023 | PJP | **B210 - Business Operations:** Emails from and to P. Carney, M. Flanagan re business issues (.2). Email to P. Marlow re press inquiry (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/16/2023 | ASK | **B185 - Assumption/Rejection of Leases and Contracts:** Finalize Motion Extending Deadline to Assume or Reject Leases file and send for service. | 0.60 | $ 0.00/hr | No Charge |
| 11/16/2023 | ASK | **B320 - Plan and Disclosure Statement:** Revise Motion, Dec and Notice regarding Extending Exclusivity Period, finalize, file and send for service. | 1.20 | $ 0.00/hr | No Charge |
| 11/16/2023 | PJP | **B310 - Claims Administration and Objections:** Review court docket order re claims procedures question (.1). Revise survivor supplement re same and other Committee requested changes, email to J. Stang, B. Michael re same (.3). Call to J. Kim re order revisions, service issues (.2). Email to client team re EDD claim, review claim (.2). Emails to and from J. Stang re service of claim notice on survivors (.2). Review and revise final order on claims procedures (.3). | 1.30 | $ 525.00/hr | $ 682.50 |
| 11/16/2023 | BJ | **B185 - Assumption/Rejection of Leases and Contracts:** Revise, finalize and file the Notice of Hearing, Motion and Declaration of J. Passarello regarding extending the deadline to assume or reject leases. | 1.00 | $ 0.00/hr | No Charge |
| 11/16/2023 | JER | **B210 - Business Operations:** Draft proposed form letter for vendors seeking payment of pre-petition claims. | 0.80 | $ 450.00/hr | $ 360.00 |
| 11/16/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Finalize Motion to extend deadline for assumption or rejection of leases and proposed order. (.6). Address service issues. (.2). Revise Notice of Hearing. (.3) Finalize Declaration in support of motion and follow up with J. Passarello regarding same. (.7) | 1.80 | $ 450.00/hr | $ 810.00 |

| 11/16/2023 | JER | **B320 - Plan and Disclosure Statement:** Finalize Motion to extend Exclusivity Period and proposed order. (.5). Address service issues. (.1). Revise Notice of Hearing. (.4) Finalize Declaration in support of motion and follow up with J. Passarello regarding same. (.8) | 1.80 | $ 450.00/hr | $ 810.00 |
|---|---|---|---|---|---|
| 11/16/2023 | JER | **B160 - Fee/Employment Applications:** Emails with BPM regarding OCP filings and process. | 0.20 | $ 450.00/hr | $ 90.00 |
| 11/17/2023 | PJP | **B110 - Case Administration:** Emails from and to L. Parada re additional hearing dates, email to A. Martin re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/17/2023 | PJP | **B310 - Claims Administration and Objections:** Email to B. Michaels re survivor counsel lists for claims procedures order implementation (.1). Emails from and to W. Weitz re same, review information provided (.2). Email from and to M. Flanagan re EDD claim (.1). Email to J. Kim re final claims procedures order, final exhibit 3, order implementation preparation (.4). | 0.80 | $ 525.00/hr | $ 420.00 |
| 11/17/2023 | BJ | **B160 - Fee/Employment Applications:** Draft Weinstein October Monthly Fee Statement; review and redact invoice. | 0.70 | $ 105.00/hr | $ 73.50 |
| 11/17/2023 | TRP | **B110 - Case Administration:** Emails and telephone conference with D. Greenblatt regarding redaction of bank statements on monthly report. | 0.20 | $ 425.00/hr | $ 85.00 |
| 11/17/2023 | JER | **B210 - Business Operations:** Draft form letter for responding to vendors re pre-petition claims. (.4). Analysis regarding Adequate Assurance issues for utilities. (.3) | 0.70 | $ 450.00/hr | $ 315.00 |
| 11/17/2023 | JER | **B210 - Business Operations:** Further analysis regarding Utilities adequate assurance issues to address demands from utilities. | 0.20 | $ 450.00/hr | $ 90.00 |
| 11/18/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to J. Stang, J. Kim, W. Weitz re consents to serve attorneys for survivor claimants (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/18/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review Committee joinder in Debtor's opposition to insurers motion for relief from stay re California Coverage action, consider issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/20/2023 | PJP | **B310 - Claims Administration and Objections:** Call from W. Weitz re claims procedures state court counsel for service issues, review emails re same (.2). Consider issues on order compliance re service (.2). Conference with T. Phinney re claims procedures order implementation assistance, strategy (.3). Emails from sn to J Kim re finalizing claims procedures order (.2). Review completed assembled claims procedures order (.4). | 1.30 | $ 525.00/hr | $ 682.50 |
| 11/20/2023 | PJP | **B190 - Other Contested Matters:** Review task organization chart, prepare for professionals coordination call (.5). Consider issues on future hearing dates (.2). Attend same (1.0). | 1.70 | $ 525.00/hr | $ 892.50 |

| 11/20/2023 | PJP | **B160 - Fee/Employment Applications:** Attention to finalizing and filing professionals monthly fee notices, confirm client approvals, professional approvals (.3). Review Omni 156 invoices, email to client re same (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
|---|---|---|---|---|---|
| 11/20/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from A. Frankel re hearing date on insurer coverage action motion for relief from stay, emails to and from P. Carney, P. Gaspari, B. Weinstein re same (.3). Emails from and to C. Rouse re Castro relief from stay status (.2). Call with J. Rios re coverage action motion for relief continuance (.1). | 0.60 | $ 525.00/hr | $ 315.00 |
| 11/20/2023 | PJP | **B110 - Case Administration:** Emails re completed MOR, filing of same (.2). Email to B. Michaels re Committee input on future hearing dates, email to L. Parada re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 11/20/2023 | BJ | **B160 - Fee/Employment Applications:** Revise and finalize all the Monthly Professional Fee Statements; file and service of same. | 1.20 | $ 0.00/hr | No Charge |
| 11/20/2023 | TRP | **B310 - Claims Administration and Objections:** Debtor team zoom call regarding claims bar date notice issues and other projects (1.0); draft email to Debtor team regarding compliance steps with bar date noticing and publication (.4); draft email to Debtor team regarding planning for service and proof of service of general and survivor notices (.4). | 1.80 | $ 425.00/hr | $ 765.00 |
| 11/20/2023 | ASK | **B210 - Business Operations:** Finalize and file October Monthly Operating Report. | 0.30 | $ 0.00/hr | No Charge |
| 11/20/2023 | JER | **B310 - Claims Administration and Objections:** Review and analysis of draft service list for potential survivor claims. | 0.20 | $ 450.00/hr | $ 90.00 |
| 11/20/2023 | JER | **B140 - Relief from Stay/Adequate Protection Proceedings:** Telephone call from PJP regarding motion for relief from stay for insurance coverage action. | 0.10 | $ 450.00/hr | $ 45.00 |
| 11/21/2023 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell, A. Caine re meet and confer over Committee Rule 2004 application, consider strategy (.3). Emails from and to D. Zamora re Committee rule 2004 application (.1). | 0.40 | $ 525.00/hr | $ 210.00 |
| 11/21/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with Committee re case issues (.2). Attend same (.3). | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/21/2023 | TRP | **B310 - Claims Administration and Objections:** Telephone conference with J. Kim regarding service of claims notice on authorized attorneys. | 0.30 | $ 425.00/hr | $ 127.50 |

| | | | | | |
|---|---|---|---|---|---|
| 11/21/2023 | PJP | **B310 - Claims Administration and Objections:** Email from state court counsel re direct notice for claims bar date, email to J. Kim re same and other related issues (.2). Further emails from and to state court counsel re service of claims notice on survivors (.4). Review local rules and court procedures for submission of orders (.2). Call to J. Kim re submitting order on claims procedures motion (.1). Email to L. Parada copying Committee, Insurers, UST re same (.2). Emails from J. Kim and B. Whitaker Omni re signed claims procedures order (.2). Emails from and to client team re authorization to pay publication and mailing costs (.2). | 1.50 | $ 525.00/hr | $ 787.50 |
| 11/21/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to Fr. Summerhays re case questions (.1). Call with Fr. Summerhays, J. Passarello re same (.3). Emails to and from Fr. Summerhays, P. Carney, J. Passarello re other case issues, strategy (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 11/21/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email and call with B. Weinstein re coverage action motion for relief from stay and Castro relief from stay (.2). Email from J. Bair re Committee position on Castro relief from stay (.1). Email to client team re coverage action motion continuance, email to A. Frankel re Debtor's position on his request (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/21/2023 | PJP | **B210 - Business Operations:** Call from W. Weitz re client questions on operations issues (.2). Review email from W. Weitz, J. Kim, emails to them re operations issues, employee issues (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 11/21/2023 | PJP | **B110 - Case Administration:** Emails from and to B. Whittaker re updated limited service list, email to B. Jennings re preparation of pleading (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/21/2023 | JER | **B160 - Fee/Employment Applications:** Review Order re Ordinary Course Professionals for compliance. (.2). Telephone call from PJP regarding same. (.1) | 0.30 | $ 450.00/hr | $ 135.00 |
| 11/21/2023 | JER | **B310 - Claims Administration and Objections:** Email with ADSF regarding identification of potential abuse claimants for service (.3) and follow up regarding same. (.2) | 0.50 | $ 450.00/hr | $ 225.00 |
| 11/22/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails re Castro relief from stay motion proposed order and consultation with Committee (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/22/2023 | PJP | **B110 - Case Administration:** Review final updated limited service list for filing (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 11/22/2023 | PJP | **B310 - Claims Administration and Objections:** Review calendaring chart for claims procedures order implementation, email to J. Fluken re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2023 | TRP | **B310 - Claims Administration and Objections:** Review and revise calendaring of claims bar date noticing steps (,4); draft email to J. Kim regarding Omni website and survivor claims (.4). | 0.80 | $ 425.00/hr | $ 340.00 |
| 11/26/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review J. Bair email re Castro relief from stay order, consider issues, email to J. Bair, B. Weinstein re suggested language (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/27/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on implementation of claims procedures order with T. Phinney (.2). Email from P. Carney re potential claimant information, email to J. Rios, W. Weitz, J. Kim re same (.2). Call from M. Flanagan re employee claims issues (.1). Review prior draft of employee letter, email to M. Flanagan re same (.2). Email from P. Carney, to J. Rios, J. Kim, B. Whittaker re notice to survivor claimants in RCASF records (.2). | 0.90 | $ 525.00/hr | $ 472.50 |
| 11/27/2023 | PJP | **B210 - Business Operations:** Emails to and from A. Martin re communications with other counsel on operations issues, email to D. Azman re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/27/2023 | PJP | **L320 - Document Production:** Emails from A. Cottrell, P. Gaspari re meet and confer on Committee Rule 2004 application, emails to and from B. Weinstein re availability of insurance information in JCP 5108 (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/27/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re upcoming hearings, next hearing date issues, case status and strategy (.3). Emails from and to P. Carney, Fr. Summerhays re same (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/27/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from and to J. Bair re Castro relief from stay order language, Committee position (.2). Email to C. Rouse re Castro relief from stay order language (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 11/27/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from R. Michelson re case status, developments (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 11/27/2023 | TRP | **B310 - Claims Administration and Objections:** Conference call with J. Kim and B. Whitaker regarding claims noticing steps (.6); review calendaring on claims noticing and emails with J. Fluken regarding edit (.1). | 0.70 | $ 425.00/hr | $ 297.50 |
| 11/28/2023 | PJP | **L320 - Document Production:** Emails from and to A,. Cottrell re Committee Rule 2004 application meet and confer status (.2). Review status report re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 11/28/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with J. Stang, O Katz re weekly updates and status (.6). | 0.60 | $ 525.00/hr | $ 315.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to D. Azman, L. Lipsky re case updates (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 11/28/2023 | PJP | **B190 - Other Contested Matters:** Prepare for professionals organization call, including review case status checklist (.5). Attend same (.8). | 1.30 | $ 525.00/hr | $ 682.50 |
| 11/28/2023 | PJP | **B160 - Fee/Employment Applications:** Emails from and to J. Blumberg re fee examiner (.1). Email from J. Lucas re Committee position (.1). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/28/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to and call to A. Frankel re insurer motion for relief from stay (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/28/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Long email to client team re issues discussed with Committee counsel, insurer issues, case strategy (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/28/2023 | JER | **B210 - Business Operations:** Emails with ADSF regarding Unemployment Insurance invoice and analysis of Court's Order re Insurance. | 0.60 | $ 450.00/hr | $ 270.00 |
| 11/28/2023 | JER | **B160 - Fee/Employment Applications:** Confirm no objections to first set of Ordinary Course Professionals. (.1) Email to Client Team with next steps regarding same. (.4). Telephone call from M. Cottrell regarding OCP issues for Partners in Giving. (.4) | 0.90 | $ 450.00/hr | $ 405.00 |
| 11/28/2023 | PJP | **B310 - Claims Administration and Objections:** Consider strategy on claims procedures order implementation (.4). | 0.40 | $ 525.00/hr | $ 210.00 |
| 11/28/2023 | TRP | **B310 - Claims Administration and Objections:** Debtor team zoom conference regarding claims noticing and bankruptcy case progress. | 0.80 | $ 425.00/hr | $ 340.00 |
| 11/29/2023 | TRP | **B310 - Claims Administration and Objections:** Review newspaper Proofs of Publication (.2) draft email to B. Whittaker regarding link for filing (.2). | 0.40 | $ 425.00/hr | $ 170.00 |
| 11/29/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to C. Rouse re Castro relief from stay motion, form of order (.1). Calls from and to C. Rouse re same (.3). Emails from L. Parada and C. Rouse re hearing (.1). Emails from and to C. Rouse re insurance information (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 11/29/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to A. Martin, J. Kim re publications of bar date notices, Omni website updates, review Omni website for claims filing and notices (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/29/2023 | JER | **B160 - Fee/Employment Applications:** Telephone calls with M. Flanagan regarding OCP approval and payments. (.2). Emails with BPM regarding same and follow up. (.4). Further emails regarding Partners in Mission OCP payments. (.3) | 0.90 | $ 450.00/hr | $ 405.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 11/29/2023 | JER | **B210 - Business Operations:** Emails with ADSF Team regarding EDD Unemployment Insurance and insurance motion. | 0.20 | $ 450.00/hr | $ 90.00 |
| 11/29/2023 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re operations issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/29/2023 | PJP | **L320 - Document Production:** Review revised protective order (.8). Emails from and to A. Martin re same (.3). Emails to and from A. Martin, A. Cottrell, O. Katz re Committee status report on Rule 2004 application (.2). Review Committee status report, consider issues re same for hearing (.4). Emails to and from A. Martin, A. Cottrell, O. Katz re protective order review by client, insurers, and Committee (.2). Review email from B. Marum to Committee counsel re protective order (.1). | 2.00 | $ 525.00/hr | $ 1,050.00 |
| 11/29/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with related entity counsel re case status (.3). Attend same (.3). Email to P. Carney, Fr. Summerhays re same (.2). | 0.80 | $ 525.00/hr | $ 420.00 |
| 11/29/2023 | JER | **B210 - Business Operations:** Analysis and emails with ADSF Team regarding standards for addressing invoices from investment advisors. | 0.80 | $ 450.00/hr | $ 360.00 |
| 11/30/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Prepare for hearing on Castro motion for relief (.2). Calls from C. Rouse re order language (.2). Review revised proposed order, emails from and to C. Rouse re same (.3). Emails to and from Committee counsel re revised order, calls to J. Bair, J. Stang (.2). Call from B. Weinstein re hearing status (.1). Appear at hearing (.2). Emails re approval of proposed order (.2). | 1.40 | $ 525.00/hr | $ 735.00 |
| 11/30/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Consider issues on mediation planning (.2). Call with resources re suggested mediators (.3). | 0.50 | $ 525.00/hr | $ 262.50 |
| 11/30/2023 | PJP | **L320 - Document Production:** Review docket text order on Committee Rule 2004 application, consider issues re same re hearing (.3). Call and emails with O. Katz (.2). Email to client team re same (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 11/30/2023 | PJP | **B320 - Plan and Disclosure Statement:** Emails from and to B. Michael re exclusivity motion time frame change (.1). Review revised order for Committee requested time frame, email to B. Jennings re same (.2). | 0.30 | $ 525.00/hr | $ 157.50 |
| 11/30/2023 | JER | **B320 - Plan and Disclosure Statement:** Emails with PJP regarding revisions to proposed order re Motion to Extend Exclusivity and coordinate coverage for hearing (.1). Review changes to proposed order to conform to Committee requests (.1). | 0.20 | $ 450.00/hr | $ 90.00 |
| 11/30/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Emails with PJP regarding coordinating for hearing on motion to extend lease assumption or rejection deadline and motion for relief from stay by insurers. | 0.10 | $ 450.00/hr | $ 45.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/30/2023 | PJP | **B160 - Fee/Employment Applications:** Review Weintraub employment application re assist RCASF with Castro matter, email to P. Gaspari, P. Carney re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 11/30/2023 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re workers comp insurance letter of credit non-renewal, consider issues re same (.3). Review email from M. Flanagan re credit card program issues (.4). Call with M. Flanagan re letter of credit and credit card program (.5). | 1.20 | $ 525.00/hr | $ 630.00 |
| 11/30/2023 | PJP | **B230 - Financing/Cash Collections:** Consider issues on motion to approve credit card program borrowing (.6). | 0.60 | $ 525.00/hr | $ 315.00 |
| 11/30/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from A. Martin re publication status (.2). Emails from and to J. Kim, B. Whittaker re Omni website and claim forms (.1). | 0.30 | $ 525.00/hr | $ 157.50 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 11/30/2023 | FA | Lexis Online Research - November 2023 | $ 243.79 |

| | |
|---:|---:|
| **Total Hours** | 153.50 hrs |
| **Total Biller** | $ 69,468.00 |
| **Total Expenses** | $ 243.79 |
| **Total Invoice Amount** | $ 69,711.79 |
| **Previous Balance** | **$ 165,461.19** |
| 12/06/2023  Payment - Trust Account<br>A payment has been taken from the Trust Account and applied per court order. | ($92,570.51) |
| **Balance (Amount Due)** | **$ 142,602.47** |

**Trust Account Summary**

**Billing Period: 11/01/2023 - 12/06/2023**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | | |
|---|---|---|---|---|
| $0.00 | $92,570.51 | $0.00 | | |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 12/06/2023 | Applied to invoice #12931 | | $26,491.39 | $66,079.12 |
| 12/06/2023 | Applied to invoice #12969 | | $52,652.90 | $13,426.22 |
| 12/06/2023 | Applied to invoice #13051 | | $13,426.22 | $0.00 |

**User Hours Summary**

**Billing Period: 11/01/2023 - 11/30/2023**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---|---|---|
| Paul J Pascuzzi | 83.90 | $ 525.00 | $ 44,047.50 |
| Jake E Rios | 49.40 | $ 450.00 | $ 22,230.00 |
| Thomas R Phinney | 6.00 | $ 425.00 | $ 2,550.00 |
| Thomas R Phinney | 2.50 | $ 425.00 | $ 0.00 |
| Allison Kieser | 2.30 | $ 105.00 | $ 241.50 |
| Allison Kieser | 3.00 | $ 105.00 | $ 0.00 |
| Brenda Jennings | 3.80 | $ 105.00 | $ 399.00 |
| Brenda Jennings | 2.60 | $ 105.00 | $ 0.00 |