1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3     WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA 95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9     A Limited Liability Partnership
      Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:    (415) 434-9100
   Facsimile:    (415) 434-3947
12 Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
13
14 Attorneys for The Roman Catholic Archbishop
   of San Francisco
15
                    UNITED STATES BANKRUPTCY COURT
16
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
17

18 | In re:                              | Case No. 23-30564 |
19 | THE ROMAN CATHOLIC                  | Chapter 11 |
   | ARCHBISHOP OF SAN FRANCISCO,        |  |
20 |                                     | **MONTHLY PROFESSIONAL FEE** |
21 |             Debtor and              | **STATEMENT FOR WEINSTEIN &** |
   |             Debtor in Possession.   | **NUMBERS LLP [NOVEMBER 2023]** |
22 |                                     |  |
23 |                                     | [NO HEARING REQUIRED] |

24 **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

25         **NOTICE IS HEREBY GIVEN** that Weinstein & Numbers LLP, (hereinafter

26 "Weinstein"), insurance counsel for Debtor and Debtor in Possession The Roman Catholic

27 Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the month of

28 November 2023 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing

Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weinstein on account of the Debtor for the month of November 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2023 through November 30, 2023 | $19,743.00 | $0.00 | $19,743.00 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $15,794.40 | $0.00 | $15,794.40 |

Attached hereto as **Exhibit A** is a summary of Weinstein's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weinstein professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of Weinstein's fees incurred during the period of November 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weinstein

///

///

///

///

///

Case: 23-30564    Doc# 379    Filed: 12/19/23    Entered: 12/19/23 15:51:31    Page 2 of 11

within 14 days from the date of service of this Statement.

Dated: December 19, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By:  ___/s/ Paul J. Pascuzzi_____
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: December 19, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  ___/s/ Ori Katz_____
ORI KATZ
ALAN H. MARTIN

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services**
**for the Fee Period of**
**November 2023**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Kevin Cifarelli | Associate | $425.00 | 2.90 | $1,232.50 |
| Barron L. Weinstein | Managing Partner | $625.00 | 17.00 | $10,625.00 |
| Brian Carolus | Legal Assistant/Paralegal | $210.00 | 11.50 | $2,415.00 |
| Bob Patterson | Legal Assistant/Paralegal | $315.00 | 14.70 | $4,630.50 |
| Chuck Yeo | Legal Assistant/Paralegal | $210.00 | 4.00 | $840.00 |
| **TOTAL** | | | **50.10** | **$19,743.00** |

Case: 23-30564   Doc# 379   Filed: 12/19/23   Entered: 12/19/23 13:51:31   Page 4 of 11

WEINSTEIN MONTHLY PROFESSIONAL
FEE STATEMENT FOR NOVEMBER 2023

**Exhibit B**

**Summary of Compensation by Project Category**

**Compensation by Project Category for Hourly Services**
**for the Fee Period of November 2023**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Mediation | 2.80 | $1,750.00 |
| Discovery | 5.50 | $3,137.50 |
| Relief from Stay | 2.60 | $1,485.00 |
| Claims Procedures | 2.60 | $1,625.00 |
| Misc. | 1.10 | $231.00 |
| **SUB-TOTAL** | **14.60** | **$8,228.50** |

**Litigation**

| Litigation (Abuse Claims) | Hours | Amount |
|---|---|---|
| **SUB-TOTAL** | **35.50** | **$11,514.50** |
| **TOTAL** | **50.10** | **$19,743.00** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

1

**Exhibit D**

2

**Weinstein Invoices**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINSTEIN MONTHLY PROFESSIONAL
FEE STATEMENT FOR NOVEMBER 2023

# Weinstein
# &
# Numbers, LLP
### *Attorneys at Law*

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 11/01/2023 | BLW | Review file notes and correspondence to prepare for Zoom meeting with counsel (.4); attend Zoom meeting with counsel to discuss pending motions (1.2) | 1.60 | $1,000.00 |
| 11/02/2023 | BLW | Review correspondence regarding mediation strategy (.5); prepare correspondence regarding same (.3); Attend Zoom meeting regarding issues of relief from stay motions, mediation and overall strategy with counsel and client (1.0); telephone conferences with carrier and Committee counsel regarding relief from stay and claim process (1.0). | 2.80 | $1,750.00 |
| 11/03/2023 | BSC | Review All Dioceses excel matrix and update claimant folder titles (.5); update tender matrix claimant entries and tender matrix table of contents (.3); and update coverage chart entries (.3). | 1.10 | $231.00 |
| 11/06/2023 | BLW | Review correspondence regarding discovery issues (.5); prepare correspondence regarding same (.2); review Rule 2004 Application and discuss with counsel (.5) and discuss with counsel (.3). | 1.50 | $937.50 |
| 11/07/2023 | KLC | Analyze claims made to National Catholic Insurance to evaluate decrease in coverage from new claim and motion for relief from stay (.4) analyze National Catholic policies re scope of coverage (.3) | 0.70 | $297.50 |
| 11/07/2023 | BLW | Attend Zoom meeting with counsel to discuss discovery issues (1.3); review 2004 application regarding production of insurance | 2.50 | $1,562.50 |

| | | | | |
|---|---|---|---|---|
| | | information (.7); review file notes and correspondence regarding same (.5). | | |
| 11/08/2023 | BLW | Review and prepare correspondence regarding mostion for relief from stay (.7); Telephone conference with Committee Counsel regarding pending motions (.9); Telephone conference with co-counsel regarding same (.3). | 1.90 | $1,187.50 |
| 11/09/2023 | BLW | Attend Zoom meeting with counsel and client to discuss hearing on pending motions (.6); Review pleadings and file notes to prepare for hearing (1.0); attend hearing via Zoom (2.5). | 4.10 | $2,562.50 |
| 11/13/2023 | BLW | Telephone conference with counsel regarding claim procedures (.2); review correspondence regarding opposition to motion for relief from stay (.2); review opposition to motion (.2). | 0.60 | $375.00 |
| 11/14/2023 | BLW | Telephone conferences with counsel regarding claim procedures and supplemental questionnaire (.7); review correspondence and draft pleadings regarding same (1.3). | 2.00 | $1,250.00 |
| 11/17/2023 | RP | Review, analyze, and incorporate additional defense counsel invoices provided by defense counsel (1.7); prepare additions and edits to global spreadsheet, outlining all defense fees and costs for accepted claims (2.1). | 3.80 | $1,197.00 |
| 11/20/2023 | CDY | Review memo from Mr. Pascuzzi regarding request for billing/ payment/retainer balance details (.2); prepare spreadsheet re same (.6); review Fee Notice and confirm belling details and breakdown for October billing entries (.3). | 1.10 | $231.00 |
| 11/21/2023 | RP | Review, analyze, and incorporate additional defense counsel invoices produced by defense counsel related to accepted claims (1.3); prepare edits and additions to global spreadsheet, outlining all fees and costs for global activity and claimant activities to date (1.9). | 3.20 | $1,008.00 |
| 11/22/2023 | RP | Review, analyze, and incorporate additional defense counsel invoices produced by defense counsel related to accepted claims (1.3); prepare edits and additions to global spreadsheet, outlining all fees and costs for global activity and claimant activities to date (1.3). | 3.60 | $1,134.00 |
| 11/27/2023 | KLC | Review of correspondence from bankruptcy counsel regarding requests from Committee and prepare response (.3) analysis of policies and secondary evidence for production to bankruptcy counsel (.6) review of complaint, evaluate coverage and prepare tender letter to carrier (.6) | 1.50 | $637.50 |
| 11/27/2023 | CDY | Collate additional policy documents and organize DropBox regarding same. | 0.30 | $63.00 |
| 11/27/2023 | RP | Review, analyze, and incorporate additional defense counsel invoices produced by defense counsel related to accepted claims (1.1); prepare edits and additions to global spreadsheet, outlining all fees and costs for global activity and claimant activities to date (.7). | 1.80 | $567.00 |
| 11/28/2023 | BSC | Organize claimant folder (.1). Review and chart new tender and prepare correspondence regarding the same (.2). | 0.40 | $84.00 |
| 11/28/2023 | RP | Review, analyze, and incorporate additional defense counsel | 2.30 | $724.50 |

| | | | | |
|---|---|---|---|---|
| | | invoices produced by defense counsel related to accepted claims (1.3); prepare edits and additions to global spreadsheet, outlining all fees and costs for global activity and claimant activities to date (1.0). | | |
| 11/29/2023 | BSC | Review Master Diocese excel matrix and update claimant folder titles and tender matrix claimant entries (2.3); update tender matrix table of contents and coverage chart entries (1.6). | 3.90 | $819.00 |
| 11/30/2023 | BSC | Review Master Diocese excel matrix and update claimant folder titles and tender matrix claimant entries (3.8); update tender matrix table of contents and coverage chart entries (2.3). | 6.10 | $1,281.00 |
| 11/30/2023 | KLC | Review of correspondence from carrier counsel regarding insurance policies and analyze policies for production (.4) analyze redacted portions of policies and prepare for production (.3) | 0.70 | $297.50 |
| 11/30/2023 | CDY | Review original policy production; collate and review policy documents for production of unredacted and secondary evidence documents; Bates stamp and create a shared data link for policy docs; teleconference with A. Cottrell regarding same. | 2.60 | $546.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 2.9 | $425.00 | $1,232.50 |
| Barry Weinstein | 17.0 | $625.00 | $10,625.00 |
| Brian Carolus | 11.5 | $210.00 | $2,415.00 |
| Bob Patterson | 14.7 | $315.00 | $4,630.50 |
| Chuck Yeo | 4.0 | $210.00 | $840.00 |
| | | **Subtotal** | **$19,743.00** |
| | | **Total This Invoice** | **$19,743.00** |

## Detailed Statement of Account

### Past Due Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 33721 | 11/23/2023 | $8,747.07 | $7,007.37 | $1,739.70 |
| 33725 | 11/23/2023 | $17,294.50 | $13,835.60 | $3,458.90 |
| 33775 | 12/14/2023 | $6,967.50 | $0.00 | $6,967.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 33800 | 12/31/2023 | $19,743.00 | $0.00 | $19,743.00 |

| | |
|---|---|
| **Total for This Matter** | **$31,909.10** |
| **Total Amount Due** | **$31,909.10** |