PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
        amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>       Debtor and<br>       Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN [NOVEMBER 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "WT"), special corporation and litigation attorneys for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statements for the month of November 2023. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF

No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by WT on account of the Debtor for the month of November 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| November 1, 2023 through November 30, 2023 | $6,545.50 | $1,755.80 | $8,301.30 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $5,236.40 | $1,755.80 | $6,992.20 |

Attached hereto as *Exhibit A* is a summary of WT's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each WT professional during the Fee Period.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit D*, are records of WT's fees incurred during the period of November 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon WT within

///
///
///
///
///
///

14 days from the date of service of this Statement.

Dated: December 19, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
　　　PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: December 19, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Ori Katz
　　　ORI KATZ
　　　ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
<u>for the Period of November 2023</u>**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Paul E. Gaspari | Shareholder | $465.00 | 12.80 | $5,952.00 |
| Daniel C. Zamora | Shareholder | $450.00 | 0.80 | $360.00 |
| Benjamin J. Lewis | Associate | $415.00 | 0.40 | $166.00 |
| Brian Gonzaga | Paralegal | $225.00 | 0.30 | $67.50 |
| **TOTAL** | | | **14.30** | **$6,545.50** |

Case: 23-30564    Doc# 380    Filed: 12/19/23    Entered: 12/19/23 13:54:34    Page 4 of 18

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of November 2023**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 3.30 | $1,534.50 |
| Other Contested Matters | 3.00 | $1,395.00 |
| Claims | 6.50 | $3,022.50 |
| Document Production | 0.80 | $360.00 |
| **TOTAL** | **13.60** | **$6,312.00** |

**Litigation**

| Litigation | Hours | Amount |
|---|---:|---:|
| **TOTAL** | **0.70** | **$233.50** |
| **GRAND TOTAL** | **14.30** | **6,545.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Court Fees | $39.80 |
| Litigation Support Vendors | $1,716.00 |
| **TOTAL** | **$1,755.80** |

**Exhibit D**

**WT Invoices**

Case: 23-30564   Doc# 380   Filed: 12/19/23   Entered: 12/19/23 13:54:34   Page 57 of 18


## weintraub tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 05, 2023
Client:        150363

For Professional Services Rendered Through November 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000811 | Jane Doe ▓▓▓▓ (aka ▓▓▓▓▓▓▓) | 98470717 | $166.00 | $0.00 | $166.00 |

## Account Summary

Current Charges                $166.00
**Balance Due:**               **$166.00**

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Case: 23-30564   Doc# 380   Filed: 12/19/23   Entered: 12/19/23 13:54:34   Page 8 of 18


# weintraub tobin
### weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 05, 2023
Client: 150363
Matter: 000811
Invoice #: 98470717

Page: 1

RE: Jane Doe ▇▇▇ (aka ▇▇▇▇▇)

For Professional Services Rendered Through November 30, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/9/2023 | BJLE | Exchange of emails with Plaintiff's counsel Jennifer Stein regarding Plaintiff's question about stay on discovery. [L310 - A107](0.40) | 0.40 | $166.00 |
| | | Total Services | 0.40 | $166.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | ~~0.60~~ 0.40 | $415.00 | ~~$249.00~~ $166.00 |

Current Charges $166.00

**Balance Due** **$166.00**

| | |
|---|---|
| Total Fees to Date: | $575.50 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $575.50 |

The Archdiocese of San Francisco

RE: Jane Doe ▮▮▮▮▮ (aka ▮▮▮▮▮▮▮▮▮▮)

| Task | Description | Hours | Amount |
|---|---|---|---|
| L310 | Written Discovery - Communicate/Other Counsel | 0.40 | $166.00 |
| L320 | Document Production - Communicate/Other Couns | 0.20 | $0.00 |
| | Total Hours | 0.40 | |
| | Total Fees: | | $166.00 |


# weintraub|tobin
weintraub tobin chediak coleman grodin

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

December 05, 2023
Client:           150363

For Professional Services Rendered Through November 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000907 | John█████ (aka █████) | 98470718 | $67.50 | $0.00 | $67.50 |

## Account Summary

| | |
|---|---|
| Current Charges | $67.50 |
| **Balance Due:** | **$67.50** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 05, 2023
Client: 150363
Matter: 000907
Invoice #: 98470718

Page: 1

RE: John ▆▆▆ (aka ▆▆▆)

For Professional Services Rendered Through November 30, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/27/2023 | BGON | Review of newly received plaintiff fact sheet and update of case information. [L190 - A104](0.30) | 0.30 | $67.50 |
| | | Total Services | 0.30 | $67.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BGON | Brian Gonzaga | PARALEGAL | 0.30 | $225.00 | $67.50 |

| Total Fees to Date: | $1,523.00 | Current Charges | $67.50 |
|---|---|---|---|
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$67.50** |
| Total to Date: | $1,523.00 | | |

Case: 23-30564   Doc# 380   Filed: 12/19/23   Entered: 12/19/23 13:54:34   Page 12 of 18

The Archdiocese of San Francisco

RE: John ████ (aka ████)

December 05, 2023
Client:       150363
Matter:       000907
Invoice #:    98470718

Page:         2

| Task | Description | Hours | Amount |
|---|---|---|---|
| L190 | Other - Review/Analyze | 0.30 | $67.50 |
| | Total Hours | 0.30 | |
| | Total Fees: | | $67.50 |



weintraub tobin chediak coleman grodin

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

December 07, 2023
Client:     150363

For Professional Services Rendered Through November 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98472084 | $6,312.00 | $1,755.80 | $8,067.80 |

## Account Summary

| | |
|---|---|
| Previous Balance | $22,587.17 |
| Current Charges | $8,067.80 |
| Less Retainer Applied | $18,142.90 |
| **Balance Due:** | **$12,512.07** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

December 07, 2023
Client: 150363
Matter: 900036
Invoice #: 98472084
Page: 1

RE: Bankruptcy

For Professional Services Rendered Through November 30, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | PEG | Call with Paul Pascuzzi regarding Committee objection to claim form. [B300 - B310](0.30) | 0.30 | $139.50 |
| 11/1/2023 | PEG | Conference call with Pascuzzi, Martin, Carney and Weinstein regarding motion for relief and claims forms. [B100 - B110](1.10) | 1.10 | $511.50 |
| 11/1/2023 | PEG | Review of further email from Pascuzzi regarding objections to claim form. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/2/2023 | PEG | Review of memorandum from Pascuzzi regarding objections to claim form. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/2/2023 | PEG | Conference call with Pascuzzi, Martin, Carney and Weinstein regarding claim form, relief from stay and 2004 issues. [B100 - B110](0.80) | 0.80 | $372.00 |
| 11/2/2023 | PEG | Review of 2004 discovery request. [B100 - B190](0.50) | 0.50 | $232.50 |
| 11/2/2023 | PEG | Review and edit revised claim form language. Preparation of reply to Pascuzzi regarding same. [B300 - B310](0.40) | 0.40 | $186.00 |
| 11/3/2023 | PEG | Call with Jeff Anderson regarding Claims Form Supplement language; preparation of memorandum to Anderson regarding same; preparation of reply to Pascuzzi regarding same. [B300 - B310](0.40) | 0.40 | $186.00 |

The Archdiocese of San Francisco  
RE: Bankruptcy  

December 07, 2023  
Client: 150363  
Matter: 900036  
Invoice #: 98472084  

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/3/2023 | PEG | Review of insurer objections to claims procedures motion; preparation of memorandum to Pascuzzi, Martin and Weinstein regarding same. [B300 - B310](0.70) | 0.70 | $325.50 |
| 11/3/2023 | PEG | Review of reply from Anderson. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/3/2023 | PEG | Exchange with Pascuzzi and Martin regarding Rule 2004 requests. [B100 - B110](0.30) | 0.30 | $139.50 |
| 11/4/2023 | PEG | Exchange with Weinstein regarding motion for relief from stay. [B100 - B190](0.20) | 0.20 | $93.00 |
| 11/4/2023 | PEG | Call from Anderson. Preparation of memorandum to Pascuzzi . Review of reply from Pascuzzi regarding claim procedure objection. [B300 - B310](0.40) | 0.40 | $186.00 |
| 11/6/2023 | PEG | Review of further memorandum from Pascuzzi regarding Rule 2004 request; preparation of memorandum to Shepard Mullin regarding same. [B100 - B190](0.30) | 0.30 | $139.50 |
| 11/6/2023 | PEG | Review of Court's Preliminary Comments on Claims Bar Date, etc. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/7/2023 | DCZ | Conference call to discuss document request response to Rule 2004 Application. [L320 - A107](0.80) | 0.80 | $360.00 |
| 11/7/2023 | PEG | Call with Shepard Mullin regarding Rule 2004 issues. [B100 - B190](0.80) | 0.80 | $372.00 |
| 11/7/2023 | PEG | Call with Weinstein regarding parish insurance program and motion for relief from stay. [B100 - B190](0.30) | 0.30 | $139.50 |
| 11/7/2023 | PEG | Review of reply from Brittany Michael regarding Claim Form issues. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/8/2023 | PEG | Review of draft Objections to Rule 2004 requests; provide comment to Ori Katz and Amanda Cottrell regarding same. [B100 - B190](0.60) | 0.60 | $279.00 |
| 11/8/2023 | PEG | Call with Pascuzzi regarding upcoming hearing. [B100 - B110](0.30) | 0.30 | $139.50 |
| 11/9/2023 | PEG | Attend hearing on proof of claim form and supplement forms. [B300 - B310](2.50) | 2.50 | $1,162.50 |
| 11/13/2023 | PEG | Review of draft objection to Chubb motion for relief from stay. [B100 - B190](0.30) | 0.30 | $139.50 |
| 11/13/2023 | PEG | Call with Weinstein regarding claim form questions. [B300 - B310](0.30) | 0.30 | $139.50 |
| 11/14/2023 | PEG | Review of further exchange of emails between carriers, committee and debtor regarding questions on supplemental questionnaire. [B300 - B310](0.50) | 0.50 | $232.50 |
| 11/17/2023 | PEG | Review of memoranda from and preparation of memoranda to Paula Carney and Michael Flanagan regarding credit card program. [B100 - B110](0.40) | 0.40 | $186.00 |

The Archdiocese of San Francisco  
RE: Bankruptcy

December 07, 2023  
Client: 150363  
Matter: 900036  
Invoice #: 98472084

Page: 3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/29/2023 | PEG | Review of proposed protective order. [B100 - B110](0.40) | 0.40 | $186.00 |
|  |  | Total Services | 13.60 | $6,312.00 |

**Timekeeper Summary**

|  |  | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 12.80 | $465.00 | $5,952.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.80 | $450.00 | $360.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/22/2023 | One Legal, LLC- Filing fee- Filing, Notice of Stay of Proceedings, Alameda County Superior Court [E100 - E112] | $19.90 |
| 8/23/2023 | One Legal, LLC- Filing fee- Filing, Notice of Stay of Proceedings (Bankruptcy), Alameda County Superior Court [E100 - E112] | $19.90 |
| 11/5/2023 | Case Anywhere LLC- Service- Document service and production upload fee [E100 - E118] | $1,716.00 |
|  | Total Expenses | $1,755.80 |

| | |
|---|---|
| Total Fees to Date: | $28,835.00 |
| Total Disbursements to Date: | $1,819.97 |
| Total to Date: | $30,654.97 |

| | |
|---|---|
| Previous Balance | $22,587.17 |
| Current Charges | $8,067.80 |
| Less Retainer Applied | $18,142.90 |
| **Balance Due** | **$12,512.07** |

The Archdiocese of San Francisco  
RE: Bankruptcy

December 07, 2023  
Client: 150363  
Matter: 900036  
Invoice #: 98472084

Page: 4

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 3.30 | $1,534.50 |
| B100 | Other Contested Matters (excluding assumption/re | 3.00 | $1,395.00 |
| B300 | Claims Administration and Objections | 6.50 | $3,022.50 |
| E100 | Court Fees | 0.00 | $39.80 |
| E100 | Litigation Support Vendors | 0.00 | $1,716.00 |
| L320 | Document Production - Communicate/Other Couns | 0.80 | $360.00 |
| | **Total Hours** | **13.60** | |
| | **Total Fees:** | | **$6,312.00** |