James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
      dgrassgreen@pszjlaw.com
      gbrown@pszjlaw.com
      bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>            Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (SEPTEMBER 2023)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"),

counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its

monthly professional fee statement for the period September 14, 2023 to September 30, 2023 (the

"Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of*

*Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on

October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the

Committee for Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 14, 2023 – September 30, 2023 | $71,958.50[1] | $63.06 | $72,021.56 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $57,566.80 | $63.06 | $57,629.86 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated: December 19, 2023        PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Gillian N. Brown*
       Gillian N. Brown

       Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $81,777.00 during the Fee Period but seeks compensation only for $71,958.50. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks to be reimbursed by the Debtor according to its customary reimbursement policies, *provided, however*, that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $81,777.00) and a blended hourly rate of $1,050 (here, $71,958.50).

Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# EXHIBIT 1



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.
JWL

September 30, 2023
Invoice    135790
Client      05068.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2023

| | |
|---|---:|
| FEES | $81,777.00 |
| EXPENSES | $63.06 |
| COURTESY DISCOUNT | -$9,818.50 |
| **TOTAL CURRENT CHARGES** | **$72,021.56** |
| **TOTAL BALANCE DUE** | **$72,021.56** |

Doc# 381     Filed 09/23/23     Entered 12/19/... 15:23     Page 4 of 22

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 2

Invoice 135790

September 30, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| DG | Grassgreen, Debra I. | Partner | 1,550.00 | 4.50 | $6,975.00 |
| IAWN | Nasatir, Iain A.W. | Partner | 1,395.00 | 3.60 | $5,022.00 |
| JIS | Stang, James I. | Partner | 1,695.00 | 10.20 | $17,289.00 |
| JWL | Lucas, John W. | Partner | 1,150.00 | 28.50 | $32,775.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 875.00 | 16.40 | $14,350.00 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 3.10 | $3,022.50 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 4.30 | $2,343.50 |
| | | | | 70.60 | $81,777.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     3
Invoice 135790
September 30, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 2.20 | $1,925.00 |
| CA | Case Administration | 9.20 | $7,580.00 |
| CP | PSZJ Compensation | 1.00 | $1,492.50 |
| FD | First/Second Day Matters | 2.30 | $2,697.50 |
| FF | Financial Filings | 1.50 | $1,543.50 |
| GC | General Creditors' Committee | 27.00 | $30,551.00 |
| HE | Hearings | 0.50 | $575.00 |
| IL | Insurance Litigation | 2.70 | $3,766.50 |
| MC | Meetings of and Communications with Creditors | 18.80 | $26,140.00 |
| RP | PSZJ Retention | 4.20 | $3,616.00 |
| RPO | Other Professional Retention | 1.20 | $1,890.00 |
| | | 70.60 | $81,777.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    4
Invoice 135790
September 30, 2023

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Litigation Support Vendors | $53.15 |
| Pacer - Court Research | $2.30 |
| Transcript | $7.61 |
| | $63.06 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     5
Invoice 135790
September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 09/25/2023 | BMM | AA | Review schedules and SOFA and develop separate charts to be kept of lawsuits and affiliates. | 2.20 | 875.00 | $1,925.00 |
| | | | | **2.20** | | **$1,925.00** |
| **Case Administration** | | | | | | |
| 09/14/2023 | JWL | CA | Call with J. Stein re committee selection and coordination with Committee re initial meeting, second day hearing, process forward (.6); call with J. Blumberg re selection of counsel and committee chair (.1). | 0.70 | 1,150.00 | $805.00 |
| 09/15/2023 | BMM | CA | Review critical dates and prepare work-in-progress list. | 2.00 | 875.00 | $1,750.00 |
| 09/18/2023 | BDD | CA | Review docket and update critical dates memo re same (.40); emails PSZJ team re same (.10) | 0.50 | 545.00 | $272.50 |
| 09/18/2023 | JWL | CA | Attend call with O. Katz, P. Pascuzzi, J. Stang, and D.Grassgreen re initial case meeting for background (1.1); follow up call with J. Stang re agenda for committee call (.3). | 1.40 | 1,150.00 | $1,610.00 |
| 09/19/2023 | BDD | CA | Review docket re critical dates (.10) and emails G. Brown re same (.10) | 0.20 | 545.00 | $109.00 |
| 09/19/2023 | DG | CA | Correspond with J. Stang re: 2019 requirements. | 0.10 | 1,550.00 | $155.00 |
| 09/19/2023 | GNB | CA | Add context for Committee to critical dates calendar. | 0.20 | 975.00 | $195.00 |
| 09/20/2023 | BDD | CA | Review docket and update critical dates memo re same (.70); multiple emails/call with G. Brown re same (.10); emails B. Anavim and M. Kulick re same (.10). | 0.90 | 545.00 | $490.50 |
| 09/20/2023 | BDD | CA | Call with court clerk re Judge Montali's Zoom procedures for hearings. | 0.10 | 545.00 | $54.50 |
| 09/20/2023 | BDD | CA | Email B. Anavim re this week's critical dates memorandum. | 0.10 | 545.00 | $54.50 |
| 09/20/2023 | BDD | CA | Review Judge Montali court procedures (.20) and email G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 6
Invoice 135790
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | BMM | CA | Communications with SCC regarding Committee contact sheet. | 0.20 | 875.00 | $175.00 |
| 09/20/2023 | GNB | CA | Email PSZJ team regarding Judge Montali procedures, 341(a) access, and information for Committee regarding deadlines. | 0.20 | 975.00 | $195.00 |
| 09/21/2023 | BMM | CA | Prepare Committee contact sheet. | 0.50 | 875.00 | $437.50 |
| 09/25/2023 | BMM | CA | Communications with Committee regarding communication preferences and logistics. | 0.40 | 875.00 | $350.00 |
| 09/26/2023 | BDD | CA | Revisions to conflicts check (1.1); email B. Michael re same (.10); email N. de Leon re same (.10). | 1.30 | 545.00 | $708.50 |
| 09/27/2023 | BDD | CA | Email B. Michael re Dkt. 147 filed under seal. | 0.10 | 545.00 | $54.50 |
| | | | | **9.20** | | **$7,580.00** |

**PSZJ Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/19/2023 | DG | CP | Review correspondence from US Trustee counsel re: large fee guidelines and call to discuss fee examiner. | 0.10 | 1,550.00 | $155.00 |
| 09/19/2023 | GNB | CP | Review motion for interim compensation procedures. | 0.10 | 975.00 | $97.50 |
| 09/21/2023 | DG | CP | Correspond with O. Katz and J. Lucas and P. Pascuzzi re: fee examiner. | 0.10 | 1,550.00 | $155.00 |
| 09/22/2023 | DG | CP | Call with counsel for Debtor re: fee examiner (.3); call with U.S. Trustee attorney re: same (.3); emails with possible examiner (.1). | 0.70 | 1,550.00 | $1,085.00 |
| | | | | **1.00** | | **$1,492.50** |

**First/Second Day Matters**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | JWL | FD | Calls with O. Katz regarding wage motion and order (.2). | 0.20 | 1,150.00 | $230.00 |
| 09/22/2023 | BMM | FD | Call with J. Stang regarding first days. | 0.10 | 875.00 | $87.50 |
| 09/26/2023 | DG | FD | Review and respond to emails from O. Katz and J. Lucas re: cash management. | 0.20 | 1,550.00 | $310.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     7

Invoice 135790

September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/26/2023 | JWL | FD | Call with O. Katz regarding final relief for wages and cash management (.5); review and revise final insurance motion order (.5); review investment information for the cash management invested cash (.8). | 1.80 | 1,150.00 | $2,070.00 |
|  |  |  |  | **2.30** |  | **$2,697.50** |

**Financial Filings**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2023 | JWL | FF | Review Schedules and Statements (.5); email to committee and state court counsel re 341 meeting (.5); follow up emails to committee and state court counsel re same (.2). | 1.20 | 1,150.00 | $1,380.00 |
| 09/27/2023 | BDD | FF | Review spreadsheet re Schedules/SOFAs (.20); email B. Michael re same (.10) | 0.30 | 545.00 | $163.50 |
|  |  |  |  | **1.50** |  | **$1,543.50** |

**General Creditors' Committee**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/14/2023 | JWL | GC | Introductory email to Committee re kick off call and next steps. | 0.90 | 1,150.00 | $1,035.00 |
| 09/14/2023 | JWL | GC | Emails with J. Manly re committee member email, scheduling. | 0.70 | 1,150.00 | $805.00 |
| 09/15/2023 | JWL | GC | Call with J. Stang regarding agenda for first meeting (.5); emails with committee members regarding initial meeting (.5); darft outline for first meeting with Committee (.8). | 1.80 | 1,150.00 | $2,070.00 |
| 09/16/2023 | JWL | GC | Call with J. Anderson re case status. | 0.20 | 1,150.00 | $230.00 |
| 09/18/2023 | BMM | GC | Draft summary of filed motions and applications for the Committee. | 2.50 | 875.00 | $2,187.50 |
| 09/18/2023 | JWL | GC | Draft on presentation for initial Committee meeting. | 0.50 | 1,150.00 | $575.00 |
| 09/19/2023 | DG | GC | Call with J. Lucas re: Committee meeting. | 0.30 | 1,550.00 | $465.00 |
| 09/19/2023 | GNB | GC | Calls with J. Lucas regarding preparation for first Committee meeting. | 0.10 | 975.00 | $97.50 |
| 09/19/2023 | GNB | GC | Revise summary of pending motions and recommendations for Committee meeting. | 1.30 | 975.00 | $1,267.50 |
| 09/19/2023 | GNB | GC | Prepare agenda for first Committee meeting. | 0.20 | 975.00 | $195.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/19/2023 | GNB | GC | Email with PSZJ team regarding information for Committee for first meeting. | 0.10 | 975.00 | $97.50 |
| 09/19/2023 | JWL | GC | Call with J. Stein re introductory meeting with Committee (.6); call with J. Amala re same (.4); review and comment on presentation materials for kick off meeting for Committee (1.5). | 2.50 | 1,150.00 | $2,875.00 |
| 09/20/2023 | JWL | GC | Draft agenda for kick off meeting and meeting materials (.8); call with J. Stang regarding initial Committee meeting (.5); email to Committee re kick off meeting (.3); emails with Committee members regarding format for kick off meeting (.7). | 2.30 | 1,150.00 | $2,645.00 |
| 09/21/2023 | BMM | GC | Participate in and take minutes at Committee meeting. | 1.30 | 875.00 | $1,137.50 |
| 09/21/2023 | DG | GC | Review materials for Committee call (.3); attend first Committee call (1.3). | 1.60 | 1,550.00 | $2,480.00 |
| 09/21/2023 | JWL | GC | Prepare for initial Committee meeting (.5); attend initial Committee meeting (1.3); respond to Committee questions re administration of committee (.5). | 2.30 | 1,150.00 | $2,645.00 |
| 09/22/2023 | JIS | GC | Attend zoom meeting of Committee. | 1.30 | 1,695.00 | $2,203.50 |
| 09/25/2023 | JIS | GC | Call with J. Lucas regarding 9/25 call with Committee members regarding 341 meeting and Committee orientation. | 0.50 | 1,695.00 | $847.50 |
| 09/28/2023 | BMM | GC | (Partial) Participate in and take notes at the 341 meeting of creditors. | 2.20 | 875.00 | $1,925.00 |
| 09/28/2023 | DG | GC | Review and respond to emails from J. Stang and B. Michaels re: chapter 11 demonstrative. | 0.30 | 1,550.00 | $465.00 |
| 09/28/2023 | JWL | GC | Prepare agenda for weekly committee call (.5); attend weekly Committee call regarding case status and strategy issues (1.3). | 1.80 | 1,150.00 | $2,070.00 |
| 09/28/2023 | JWL | GC | Attend Committee meeting regarding follow up questions re 341 meeting (.5); review UST objection re ordinary course professionals motion (.3). | 0.80 | 1,150.00 | $920.00 |
| 09/29/2023 | BMM | GC | Draft overview of chapter 11 for Committee. | 0.70 | 875.00 | $612.50 |
| 09/29/2023 | BMM | GC | Communications with Committee members regarding ongoing case issues. | 0.40 | 875.00 | $350.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    9
Invoice 135790
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2023 | BMM | GC | Communications with Committee answering questions. | 0.40 | 875.00 | $350.00 |
| | | | | **27.00** | | **$30,551.00** |

### Hearings

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/14/2023 | JWL | HE | Attend second day hearing regarding final approval of first day motions (includes wait time for hearing to commence). | 0.50 | 1,150.00 | $575.00 |
| | | | | **0.50** | | **$575.00** |

### Insurance Litigation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/26/2023 | IAWN | IL | Review first day orders and declarations re insurance. | 2.30 | 1,395.00 | $3,208.50 |
| 09/26/2023 | IAWN | IL | Revise order re insurance. | 0.20 | 1,395.00 | $279.00 |
| 09/26/2023 | IAWN | IL | Exchange emails and telephone calls with J. Lucas re insurance order. | 0.20 | 1,395.00 | $279.00 |
| | | | | **2.70** | | **$3,766.50** |

### Meetings of and Communications with Creditors

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | BDD | MC | Review Notice of Case Commencement re 341a meeting of creditors (.10) and emails G. Brown, J. Lucas and B. Michael re same (.10) | 0.20 | 545.00 | $109.00 |
| 09/21/2023 | DG | MC | Emails with G. Brown, J. Lucas and J. Stang re: meeting of creditors. | 0.30 | 1,550.00 | $465.00 |
| 09/21/2023 | GNB | MC | Telephone conference with J. Lucas regarding preparation for 341(a) meeting; Email PSZJ team regarding same. | 0.10 | 975.00 | $97.50 |
| 09/22/2023 | DG | MC | Review and respond to emails from J. Lucas, B. Michaels and J. Stang re: 341 meeting (.3); review correspondence from state court counsel re: same (.2). | 0.50 | 1,550.00 | $775.00 |
| 09/22/2023 | GNB | MC | Email with PSZJ team regarding 341(a) meeting and strategy. | 0.20 | 975.00 | $195.00 |
| 09/22/2023 | JWL | MC | Call with Committee Co-Chairs re 341 meeting (.8); email to co-chairs re questions for 341 meeting (.5). | 1.30 | 1,150.00 | $1,495.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    10
Invoice 135790
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/24/2023 | JWL | MC | Email to Committee and state court counsel regarding 341 issues and bylaws (.2); review and revise outline of questions for 341 meeting (.5); and email to Committee re same (.2). | 0.90 | 1,150.00 | $1,035.00 |
| 09/25/2023 | IAWN | MC | Review 341 insurance questions and revise. | 0.90 | 1,395.00 | $1,255.50 |
| 09/25/2023 | JIS | MC | Call with co-chair regarding 341 meeting. | 0.70 | 1,695.00 | $1,186.50 |
| 09/25/2023 | JWL | MC | Call with J. Stein re 341 meeting and Committee member participation (.4);  call with A. Horowitz re same (.2); update 341 meeting questions (1.0). | 1.60 | 1,150.00 | $1,840.00 |
| 09/25/2023 | JWL | MC | Prepare for (.2) and attend Committee member call regarding 341 meeting (1.0); call with J. Stang regarding information for Committee regarding 341 meeting and bankruptcy background (.5). | 1.70 | 1,150.00 | $1,955.00 |
| 09/26/2023 | DG | MC | Call with J. Lucas re: call with Debtor's counsel and hearing issues. | 0.30 | 1,550.00 | $465.00 |
| 09/26/2023 | JIS | MC | Review 341 questions and independent review board member backgrounds. | 1.90 | 1,695.00 | $3,220.50 |
| 09/26/2023 | JIS | MC | Review Archdiocese website for treatment of child protection measures. | 0.50 | 1,695.00 | $847.50 |
| 09/26/2023 | JWL | MC | Email update to Committee and state court counsel regarding preparations for 341 meeting (.5). | 0.50 | 1,150.00 | $575.00 |
| 09/28/2023 | JIS | MC | Attend 341(a) meeting. | 4.30 | 1,695.00 | $7,288.50 |
| 09/28/2023 | JWL | MC | Attend section 341 meeting and collect notes for questioning and continued meeting. | 2.90 | 1,150.00 | $3,335.00 |
| | | | | 18.80 | | $26,140.00 |

**PSZJ Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/14/2023 | GNB | RP | Communications with PSZJ team regarding retention application for PSZJ. | 0.30 | 975.00 | $292.50 |
| 09/15/2023 | BMM | RP | Call with G. Brown regarding retention application. | 0.10 | 875.00 | $87.50 |
| 09/17/2023 | BMM | RP | Prepare retention application. | 1.00 | 875.00 | $875.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 11
Invoice 135790
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | BDD | RP | Draft PSZJ retention application for B. Michael (.20) and email re same (.10). | 0.30 | 545.00 | $163.50 |
| 09/20/2023 | BMM | RP | Draft retention application. | 1.00 | 875.00 | $875.00 |
| 09/20/2023 | BMM | RP | Prepare conflict list and convey to A. Bonn. | 0.50 | 875.00 | $437.50 |
| 09/25/2023 | BMM | RP | Prepare application to employ PSZJ. | 0.50 | 875.00 | $437.50 |
| 09/25/2023 | BMM | RP | Draft retention application. | 0.40 | 875.00 | $350.00 |
| 09/25/2023 | GNB | RP | Begin review of conflict check report. | 0.10 | 975.00 | $97.50 |
| | | | | **4.20** | | **$3,616.00** |

**Other Professional Retention**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/18/2023 | GNB | RPO | Email PSZJ team regarding Sheppard Mullin retention motion. | 0.10 | 975.00 | $97.50 |
| 09/21/2023 | GNB | RPO | Email with PSZJ team regarding potential Committee special counsel. | 0.10 | 975.00 | $97.50 |
| 09/26/2023 | JIS | RPO | Call with potential insurance counsel regarding case background. | 0.50 | 1,695.00 | $847.50 |
| 09/26/2023 | JIS | RPO | Draft emails to Manly & Associates regarding retention of additional Committee professionals. | 0.20 | 1,695.00 | $339.00 |
| 09/30/2023 | JIS | RPO | Call with potential insurance counsel regarding case background. | 0.30 | 1,695.00 | $508.50 |
| | | | | **1.20** | | **$1,890.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                     **$81,777.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     12

Invoice 135790

September 30, 2023

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 08/28/2023 | TR | Sonix.AI, transcript of hearing on 8/28/2023, SLL | 7.61 |
| 09/18/2023 | OS | MN Lawyer Registration  - Fee for Certificate of Good Standing | 53.15 |
| 09/30/2023 | PAC | Pacer - Court Research | 2.30 |

**Total Expenses for this Matter**                                    **$63.06**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
         dgrassgreen@pszjlaw.com
         gbrown@pszjlaw.com
         bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  STATE OF CALIFORNIA          )
                                )
2  CITY OF LOS ANGELES          )

3      I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
4  California. I am over the age of 18 and not a party to the within action; my business address is
   10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5      On December 19, 2023, I caused to be served the **MONTHLY PROFESSIONAL FEE
6  STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (SEPTEMBER 2023)** in
   the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On December 19, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. The Honorable Judge Dennis Montali United States Bankruptcy Court Northern District of California 450 Golden Gate Avenue, 16th Floor San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. Please See Attached |

21     I declare under penalty of perjury, under the laws of the State of California and the United
22  States of America that the foregoing is true and correct.

       Executed on December 19, 2023 at Los Angeles, California.

24                                             */s/ Maria R. Viramontes*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
   tjacobs@phrd.com

2

3  Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
   Market Companies
   daniel.james@clydeco.us

4

5  Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset
   Support Corporation
   chris.johnson@diamondmccarthy.com

6

7  Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
   Market Companies
   jkahane@duanemorris.com

8

9  Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   okatz@sheppardmullin.com, LSegura@sheppardmullin.com

10 Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

11

12 John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   jlucas@pszjlaw.com, ocarpio@pszjlaw.com

13 Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
   Companies

14 bluu@duanemorris.com

15 Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
   pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

16

17 Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

18 Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
   Market Companies

19 amina@duanemorris.com

20 Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
   Market Companies

21 michael.norton@clydeco.us, nancy.lima@clydeco.us

22 Office of the U.S. Trustee / SF
   USTPRegion17.SF.ECF@usdoj.gov

23

24 Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   ppascuzzi@ffwplaw.com, docket@ffwplaw.com

25 Mark D. Plevin on behalf of Interested Party Continental Casualty Company
   mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

26

27 Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
   dbp@provlaw.com

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain
London Market Companies
2    nreinhardt@duanemorris.com

3    Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com
4

    Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
5    mroberts@phrd.com

6    Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com
7

    Cheryl C. Rouse on behalf of Creditor Victoria Castro
8    rblaw@ix.netcom.com

9    Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov
10

    James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
11    jstang@pszjlaw.com

12    Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London
    and Certain London Market Companies
13    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

14    Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com
15

    Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
16    mweiss@phrd.com

17    Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com
18

    Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
19    Market Companies
    yongli.yang@clydeco.us
20

21

22

23

24

25

26

27

28

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance  Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance  Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| | | | | | |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |