Timothy W. Burns (*pro hac vice* forthcoming)
WI Bar 1068086
Jesse J. Bair (*pro hac vice* forthcoming)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
         jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP (FOR NOVEMBER 2023)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period October 20, 2023 to November 30, 2023 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 20, 2023 – November 30, 2023 | $65,208.00[1] | $1,822.16 | $67,030.16 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $52,166.40 | $1,822.16 | $53,988.56 |

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: December 19, 2023      BURNS BAIR LLP

By   /s/ *Jesse J. Bair*
        Jesse J. Bair

        Special Insurance Counsel to the Official
        Committee of Unsecured Creditors

---

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

# Exhibit 1

## Burns ᴵ Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :** 12/11/2023

**Bill # :** 01323

**Due Date :** Upon Receipt

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 10/23/2023 | Jesse Bair | Correspond with B. Michael re in-person Committee meeting (.1); | 0.10 | $90.00 |
| 10/26/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re case status, strategy, and next steps (1.0); | 1.00 | $900.00 |
| 10/26/2023 | Timothy Burns | Participate in Committee meeting for insurance purposes re case status, strategy, and next steps (1.4); | 1.40 | $1,568.00 |
| 11/5/2023 | Jesse Bair | Correspondence with B. Michael re upcoming in-person Committee meeting (.1); | 0.10 | $90.00 |
| 11/7/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re case status and strategy (1.0); | 1.00 | $1,120.00 |
| 11/7/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case status and strategy (1.0); | 1.00 | $900.00 |
| 11/12/2023 | Timothy Burns | Participate in conference with PSZJ re in-person Committee meeting (.5); | 0.50 | $560.00 |
| 11/12/2023 | Timothy Burns | Participate in in-person Committee meeting for insurance purposes re case overview, strategy and next-steps (3.2); | 3.20 | $3,584.00 |
| 11/12/2023 | Jesse Bair | Participate in in-person Committee meeting for insurance purposes re case overview, strategy and next-steps (3.2); | 3.20 | $2,880.00 |
| 11/12/2023 | Timothy Burns | Participate in conference with state court counsel re in-person Committee meeting (.2); | 1.00 | $1,120.00 |
| 11/12/2023 | Jesse Bair | Participate in conference with T. Burns re upcoming, in person Committee meeting (.2); participate in conference with T. Burns and state court counsel re same (.2); | 0.40 | $360.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/12/2023 | Timothy Burns | Participate in conference with J. Bair re upcoming, in person Committee meeting (.2); | 0.20 | $224.00 |
| 11/18/2023 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| 11/27/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments and next-steps (1.1); | 1.10 | $990.00 |
| 11/27/2023 | Jesse Bair | Participate in post-state court counsel meeting with T. Burns re outcome of meeting and case next-steps (.2); | 0.20 | $180.00 |
| 11/27/2023 | Timothy Burns | Participate in conference with J. Bair re outcome of state court counsel meeting and case next-steps (.2); | 0.20 | $224.00 |
| 11/27/2023 | Jesse Bair | Review agenda and prepare for state court counsel meeting (.1); | 0.10 | $90.00 |
| | | **Totals for Committee Meetings** | **14.80** | **$14,970.00** |

## Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| | | **Totals for Fee Applications** | **0.0** | **$0.00** |

## Insurance Adversary Proceeding

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/20/2023 | Brian Cawley | Draft revised insurance discovery requests to the Debtor (.8); | 0.80 | $440.00 |
| 10/20/2023 | Brian Cawley | Participate in conference with T. Burns re insurance document requests to the Debtor (.4); | 0.40 | $220.00 |
| 10/20/2023 | Timothy Burns | Review and respond to correspondence with PSZJ re insurance document requests to the Debtor (.2); | 0.20 | $224.00 |
| 10/20/2023 | Timothy Burns | Review and edit insurance document requests to the Debtor (.6); | 0.60 | $672.00 |
| 10/20/2023 | Timothy Burns | Participate in conference with B. Cawley re insurance document requests to the Debtor (.4); | 0.40 | $448.00 |
| 10/23/2023 | Jesse Bair | Review and consider draft insurance document requests to the Debtor (.2); | 0.20 | $180.00 |
| 10/28/2023 | Timothy Burns | Participate in call with J. Stang re certain insurers' motion to lift stay (.2); brief review of the insurers' lift stay papers (.2); | 0.40 | $448.00 |
| 10/28/2023 | Timothy Burns | Correspond with the Debtor re Debtor insurance information (.1); | 0.10 | $112.00 |
| 10/28/2023 | Timothy Burns | Participate in call with J. Bair re insurance status and strategy, including the insurers' lift stay motion of the state court coverage action (.2); | 0.20 | $224.00 |

| | | | | |
|---|---|---|---|---|
| 10/28/2023 | Jesse Bair | Participate in call with T. Burns re insurance status and strategy, including the insurers' lift stay motion of the state court coverage action (.2); review correspondence with T. Burns, J. Stang, and the Debtor re same (.1); | 0.30 | $270.00 |
| 10/29/2023 | Nathan Kuenzi | Review correspondence and attached materials from J. Bair re drafting Burns Bair retention application (.4); | 0.40 | $220.00 |
| 10/29/2023 | Jesse Bair | Correspondence with B. Michael re Burns Bair retention application (.1); correspondence with B. Horn and N. Kuenzi re drafting same (.1); | 0.20 | $180.00 |
| 10/30/2023 | Jesse Bair | Participate in conference with B. Michael, J. Stang, and T. Burns re insurance proof of claim form issues (.3); | 0.30 | $270.00 |
| 10/30/2023 | Timothy Burns | Conference with B. Cawley re the insurers' motion for relief from stay (.1); | 0.10 | $112.00 |
| 10/30/2023 | Brian Cawley | Draft summary memo re recent Committee meeting for T. Burns (.3); participate in conference with T. Burns re the insurers' motion for relief from stay (.1); | 0.40 | $220.00 |
| 10/30/2023 | Timothy Burns | Participate in call PSZJ and J. Bair re insurance proof of claim form issues (.3); | 0.30 | $336.00 |
| 10/30/2023 | Timothy Burns | Begin preparing for upcoming in-person Committee meeting (.3); | 0.30 | $336.00 |
| 10/30/2023 | Jesse Bair | Participate in call with the Debtor and T. Burns re case insurance issues, including the insurers' motion to lift the stay on the state court insurance action (.4); | 0.40 | $360.00 |
| 10/30/2023 | Nathan Kuenzi | Begin drafting Burns Bair retention application (1.1); | 1.10 | $605.00 |
| 10/30/2023 | Jesse Bair | Review B. Michael correspondence re case status and recent developments (.1); | 0.10 | $90.00 |
| 10/30/2023 | Timothy Burns | Participate in call with the Debtor and J. Bair re case insurance issues, including the insurers' motion to lift the stay on the state court insurance action (.4); | 0.40 | $448.00 |
| 10/31/2023 | Timothy Burns | Review certain insurers' motion for relief from stay briefing and related attachments (1.7); | 1.70 | $1,904.00 |
| 10/31/2023 | Nathan Kuenzi | Correspondence with J. Bair re drafting Burns Bair retention application (.1); | 0.10 | $55.00 |
| 10/31/2023 | Timothy Burns | Conference with J. Bair re certain insurers' motion for relief from stay (.2); | 0.20 | $224.00 |
| 10/31/2023 | Timothy Burns | Review Castro personal injury claimant motion for relief from stay (.3); | 0.30 | $336.00 |
| 10/31/2023 | Jesse Bair | Conference with T. Burns re certain insurers' motion for relief from stay (.2); | 0.20 | $180.00 |
| 10/31/2023 | Jesse Bair | Correspond with N. Kuenzi re drafting Burns Bair retention papers (.1); | 0.10 | $90.00 |
| 10/31/2023 | Brian Cawley | Discuss state court coverage action research project with T. Burns (.2); | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2023 | Brian Cawley | Research and analyze details re certain insurers' state court coverage action against the Debtor, including judge overseeing same (1.0); | 1.00 | $550.00 |
| 10/31/2023 | Alyssa Turgeon | Identify and obtain relevant pleadings from certain insurers' sate court action against the Debtor (0.5); | 0.50 | $170.00 |
| 10/31/2023 | Timothy Burns | Review correspondence re proof of claim issues (.1); | 0.10 | $112.00 |
| 10/31/2023 | Nathan Kuenzi | Finish drafting Burns Bair retention application and related exhibits (2.4); | 2.40 | $1,320.00 |
| 10/31/2023 | Timothy Burns | Conference with B. Cawley re research assignments re lift stay briefing (.2); | 0.20 | $224.00 |
| 10/31/2023 | Timothy Burns | Review correspondence re Committee and state court counsel meetings (.1); | 0.10 | $112.00 |
| 11/1/2023 | Jesse Bair | Review B. Michael correspondence re weekly team meeting (.1); | 0.10 | $90.00 |
| 11/2/2023 | Jesse Bair | Prepare for call with the Debtor re case insurance issues (.2); | 0.20 | $180.00 |
| 11/2/2023 | Jesse Bair | Preliminary review re Burns Bair retention application (.1); provide instructions to N. Kuenzi re additional edits needed to same (.1); | 0.20 | $180.00 |
| 11/2/2023 | Jesse Bair | Participate in call with the Debtor re case insurance issues (.5): | 0.50 | $450.00 |
| 11/2/2023 | Nathan Kuenzi | Participate in conference with J. Bair re additional edits needed to Burns Bair retention application (.1); | 0.10 | $55.00 |
| 11/2/2023 | Nathan Kuenzi | Draft revisions to Burns Bair retention application documents (.3); | 0.30 | $165.00 |
| 11/3/2023 | Timothy Burns | Participate in call with certain insurers re their motion for relief from stay (.3); | 0.30 | $336.00 |
| 11/3/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of call with certain insurers' counsel re lift stay issues (.1); | 0.10 | $90.00 |
| 11/3/2023 | Timothy Burns | Met with J. Bair re outcome of call with debtor's insurance counsel re stay relief issues (.2); | 0.20 | $224.00 |
| 11/3/2023 | Jesse Bair | Participate in call with J. Stang and T. Burns re case insurance issues, strategy, and lift stay motion positions (.4); | 0.40 | $360.00 |
| 11/3/2023 | Timothy Burns | Participate in call with state court counsel re certain insurers' motion for relief from stay (.3); | 0.30 | $336.00 |
| 11/3/2023 | Jesse Bair | Review and respond to correspondence with the Debtor re insurance issues in connection with lift stay motion of non-abuse personal injury claim (.2); | 0.20 | $180.00 |
| 11/3/2023 | Timothy Burns | Participate in conference with J. Bair re outcome of call with state court counsel re certain insurers' motion for relief from stay (.1); participate in call with J. Stang and J. Bair re case insurance issues, strategy, and lift stay motion positions (.4); | 0.50 | $560.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/3/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of insurance call with the Debtor (.2); | 0.20 | $180.00 |
| 11/3/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of call with state court counsel re lift stay insurance issues (.1); | 0.10 | $90.00 |
| 11/4/2023 | Timothy Burns | Review J. Bair correspondence with Debtor re motion J. relief re personal injury case and related insurance issues (.1); review correspondence with J. Bair and PSZJ re same (.1); review additional correspondence with J. Stang and Debtor re same (.1); | 0.30 | $336.00 |
| 11/4/2023 | Timothy Burns | Review correspondence from PSZJ re the Committee's Rule 2004 motion to debtor (.1); | 0.10 | $112.00 |
| 11/4/2023 | Timothy Burns | Draft internal memo re certain insurers' motion for relief from stay, potential strategy re same, and supplemental research needed in connection with same (.8); | 0.80 | $896.00 |
| 11/4/2023 | Brian Cawley | Analyze T. Burns memo re potential insurance lift stay strategy and related research projects (.2); | 0.20 | $110.00 |
| 11/4/2023 | Timothy Burns | Reviewed the insurers' limited objection to proof of claim order (.2); | 0.20 | $224.00 |
| 11/4/2023 | Timothy Burns | Review the Committee's limited objection to proof of claim order (.2); | 0.20 | $224.00 |
| 11/4/2023 | Jesse Bair | Review correspondence from Debtor insurance counsel re the personal injury lift stay motion (.1); review additional correspondence with Committee and Debtor bankruptcy counsel re same (.1); | 0.20 | $180.00 |
| 11/4/2023 | Timothy Burns | Review compromise language proposed by debtor re supplemental proof of claim language (.1); | 0.10 | $112.00 |
| 11/4/2023 | Timothy Burns | Review J. Stang correspondence with state court counsel re mediator selection (.1); | 0.10 | $112.00 |
| 11/5/2023 | Jesse Bair | Review and edit Burns Bair's retention application papers (.6); | 0.60 | $540.00 |
| 11/5/2023 | Jesse Bair | Review and respond to correspondence with PSZJ and the Debtor re Rule 2004 meet and confer (.2); | 0.20 | $180.00 |
| 11/5/2023 | Jesse Bair | Review correspondence with J. Stang and state court counsel re potential mediators (.1); | 0.10 | $90.00 |
| 11/6/2023 | Jesse Bair | Participate in conference with T. Burns re insurance case developments and next-steps (.1); | 0.10 | $90.00 |
| 11/6/2023 | Timothy Burns | Met with J. Bair re insurance case developments and next-steps (.1); | 0.10 | $112.00 |
| 11/7/2023 | Timothy Burns | Review Castro personal injury claimant relief from stay motion in connection with the Committee's position re same for insurance purposes (1.1); | 1.10 | $1,232.00 |
| 11/7/2023 | Jesse Bair | Correspond with K. Dempski re preparing Burns Bair pro hac vice materials (.1); | 0.10 | $90.00 |

| 11/7/2023 | Timothy Burns | Participate in conference with J. Bair re relief from stay issues on personal injury Castro claim (.3); review correspondence with Debtor and PSZJ re same (.2); | 0.50 | $560.00 |
|---|---|---|---|---|
| 11/7/2023 | Timothy Burns | Prepared response to debtor's counsel re Castro claims relief motion (.4); | 0.40 | $448.00 |
| 11/7/2023 | Brian Cawley | Detailed research re case law re removal and jurisdictional issues in connection with the Committee's response to certain insurers' motion to lift the stay (5.4); | 5.40 | $2,970.00 |
| 11/7/2023 | Jesse Bair | Review and edit T. Burns memorandum re stay relief issues in connection with personal injury claim (.2); | 0.20 | $180.00 |
| 11/7/2023 | Timothy Burns | Prepared draft report to state court counsel re Castro claims relief motion (.4); | 0.40 | $448.00 |
| 11/7/2023 | Jesse Bair | Review the Court's tentative order on POC issues (.1); | 0.10 | $90.00 |
| 11/7/2023 | Jesse Bair | Participate in conference with T. Burns re relief from stay issues on Castro personal injury claim (.3); | 0.30 | $270.00 |
| 11/8/2023 | Timothy Burns | Participate in call with the Debtor re insurance issues in connection with motions for relief from stay (.8); | 0.80 | $896.00 |
| 11/8/2023 | Timothy Burns | Participate in call with J. Bair re outcome of call with the Debtor re insurance issues in connection with lift stay motions (.2); participate in call with J. Stang re same and next-steps (.2); correspondence with the Debtor re Castro motion for relief from stay (.1); | 0.50 | $560.00 |
| 11/8/2023 | Karen Dempski | Prepare draft pro hac vice applications for T. Burns and J. Bair (1.2); | 1.20 | $408.00 |
| 11/8/2023 | Jesse Bair | Review revised version of Burns Bair retention application (.1); | 0.10 | $90.00 |
| 11/8/2023 | Jesse Bair | Review and respond to correspondence with PSZJ re final version of the Rule 2004 discovery requests (.1); participate in call with T. Burns re outcome of call with the Debtor re insurance issues in connection with the lift stay motions (.2); | 0.30 | $270.00 |
| 11/8/2023 | Brian Cawley | Draft summary of research for T. Burns of removal and jurisdictional issues in connection with the Committee's response to certain insurers' motion to lift the stay (1.2); | 1.20 | $660.00 |
| 11/8/2023 | Jesse Bair | Analysis re B. Michael insurance questions and draft supplemental Rule 2004 insurance discovery requests (.5); | 0.50 | $450.00 |
| 11/9/2023 | Jesse Bair | Participate in conference with T. Burns re strategy in response to certain insurers' motion to lift the stay (.2); participate in call with T. Burns and state court counsel re same (.3); | 0.50 | $450.00 |

| | | | | |
|---|---|---|---|---|
| 11/9/2023 | Brian Cawley | Research and draft memo re options for converting the current state court coverage action into a comprehensive coverage action with all insurer defendants (3.2); | 3.20 | $1,760.00 |
| 11/9/2023 | Jesse Bair | Review and edit Burns Bair pro hac vice applications (.2); | 0.20 | $180.00 |
| 11/9/2023 | Timothy Burns | Review research memo from B. Cawley re issues in connection with the insurers' motion to lift stay (.2); | 0.20 | $224.00 |
| 11/10/2023 | Jesse Bair | Participate in call with PSZJ and T. Burns re outcome of proof of claim hearing (.2); | 0.20 | $180.00 |
| 11/10/2023 | Timothy Burns | Participate in call with PSZJ and J. Bair re hearing on POC supplemental information (.2); | 0.20 | $224.00 |
| 11/12/2023 | Jesse Bair | Brief review of presentations for upcoming Committee meeting (.1); review B. Michael correspondence re same (.1); | 0.20 | $180.00 |
| 11/13/2023 | Jesse Bair | Analysis re case insurance next-steps (.1); | 0.10 | $90.00 |
| 11/14/2023 | Timothy Burns | Reviewed and responded to J. Bair re email from B. Michael re insurance questions re claims procedure order (.2); | 0.20 | $224.00 |
| 11/14/2023 | Jesse Bair | Brief review of the Debtor's draft objection to certain insurers' motion to lift the stay (.1); correspond with T. Burns re same, potential Committee joinder, and related issues (.2); | 0.30 | $270.00 |
| 11/14/2023 | Jesse Bair | Respond to B. Michael correspondence re the insurers' suggested edits to the claims procedure order (.2); | 0.20 | $180.00 |
| 11/15/2023 | Jesse Bair | Review correspondence with the Debtor re certain insurers' lift stay motion (.1); | 0.10 | $90.00 |
| 11/15/2023 | Timothy Burns | Review letter from the Debtor to the Court re proof of claim form (.1); | 0.10 | $112.00 |
| 11/15/2023 | Timothy Burns | Review and revise debtor's draft opposition to stay relief motion by certain insurers (.4); correspond with J. Bair re same (.1); | 0.50 | $560.00 |
| 11/15/2023 | Brian Cawley | Draft the Committee's joinder to the debtor's opposition to certain insurers' stay relief motion (.7); | 0.70 | $385.00 |
| 11/15/2023 | Jesse Bair | Participate in call with T. Burns re debtor's opposition to stay relief motion by insurers (.1); | 0.10 | $90.00 |
| 11/15/2023 | Timothy Burns | Participate in call with J. Bair re debtor's opposition to stay relief motion by insurers (.1); | 0.10 | $112.00 |
| 11/15/2023 | Timothy Burns | Review draft joinder to debtor's lift-stay opposition (.1); review related correspondence with J. Bair and PSZJ re same (.1); | 0.20 | $224.00 |
| 11/15/2023 | Jesse Bair | Draft insurance case update to the Committee (.5); | 0.50 | $450.00 |

| | | | | |
|---|---|---|---|---|
| 11/15/2023 | Jesse Bair | Review and edit draft version of the Debtor's objection to certain insurers' motion to lift stay, including incorporating T. Burns' suggested edits (.2); correspondence with B. Michael re same and related insurance issues (.1); | 0.30 | $270.00 |
| 11/15/2023 | Timothy Burns | Review Debtor correspondence re certain insurers' lift stay motion (.1) review correspondence with PSZJ re same (.1); additional analysis re lift stay issues (.1); | 0.30 | $336.00 |
| 11/15/2023 | Jesse Bair | Correspondence with B. Michael and J. Stang re suggested edits to insurance update memo to the Committee (.1); | 0.10 | $90.00 |
| 11/15/2023 | Jesse Bair | Provide instructions to B. Cawley re drafting the Committee's joinder to the Debtor's opposition to certain insurers' motion to lift the stay (.1); review and edit initial version of same (.2); | 0.30 | $270.00 |
| 11/15/2023 | Timothy Burns | Review J. Bair's insurance status update to the Committee (.1); | 0.10 | $112.00 |
| 11/16/2023 | Jesse Bair | Review B. Cawley research memo re removal issues (.1); | 0.10 | $90.00 |
| 11/16/2023 | Timothy Burns | Review correspondence from PSZJ re abstention issue (.1); email research assignment to B. Cawley re same (.1); | 0.20 | $224.00 |
| 11/16/2023 | Jesse Bair | Analysis re potential abstention issues (.2); correspondence with PSZJ re same (.1); | 0.30 | $270.00 |
| 11/16/2023 | Jesse Bair | Review J. Stang correspondence re proof of claim ruling (.1); | 0.10 | $90.00 |
| 11/16/2023 | Jesse Bair | Review final version of the Debtor's objection to certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/16/2023 | Jesse Bair | Review B. Cawley research memo re mechanics for creating comprehensive coverage action (.1); | 0.10 | $90.00 |
| 11/16/2023 | Brian Cawley | Correspond with T. Burns regarding abstention research project (.2); | 0.20 | $110.00 |
| 11/16/2023 | Timothy Burns | Assess priority of Committee insurance discovery requests (.2); | 0.20 | $224.00 |
| 11/16/2023 | Jesse Bair | Review T. Burns and B. Michael correspondence re priority of insurance discovery requests (.1); | 0.10 | $90.00 |
| 11/17/2023 | Brian Cawley | Begin analysis of potential abstention issues in connection with the Chubb coverage action (4.4); | 4.40 | $2,420.00 |
| 11/17/2023 | Jesse Bair | Review final version of the Committee's joinder to the Debtor's opposition to certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Review final version of Burns Bair retention application (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Review correspondence from the Debtor re insurance issues in connection with lifting the stay on the Castro personal injury, non-abuse claim (.1); brief review re TNCRRG policy in connection with same (.1); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/20/2023 | Timothy Burns | Conference with J. Bair re Castro lift stay motion (.1); | 0.10 | $112.00 |
| 11/20/2023 | Jesse Bair | Review B. Michael correspondence re bar date notice issue (.1); | 0.10 | $90.00 |
| 11/20/2023 | Timothy Burns | Met with internal BB team re case strategy, developments, and assignments (.2); met with J. Bair and B. Cawley re abstention related research (.1); | 1.00 | $1,120.00 |
| 11/20/2023 | Jesse Bair | Conference with T. Burns re Castro lift stay motion (.1) | 0.10 | $90.00 |
| 11/20/2023 | Timothy Burns | Review correspondence from B. Michael re bar date notice issues (.1); | 0.10 | $112.00 |
| 11/20/2023 | Brian Cawley | Begin analyzing TNCRRG policy in connection with lifting the stay on the Castro personal injury, non-abuse claim, to assess the impact, if any, on coverage for abuse claims (.9); | 0.90 | $495.00 |
| 11/20/2023 | Brian Cawley | Participate in BB team meeting regarding case status and assignments (.2); | 0.20 | $110.00 |
| 11/20/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing insurance projects (.2); | 0.20 | $180.00 |
| 11/20/2023 | Brian Cawley | Continue researching abstention issues in connection with the Chubb coverage action, including focus on the home defendant rule in relation to jurisdictional issues re the Chubb coverage action (2.0); | 2.00 | $1,100.00 |
| 11/20/2023 | Jesse Bair | Conference with B. Cawley and T. Burns re lift stay supplemental research (.1); | 0.10 | $90.00 |
| 11/21/2023 | Jesse Bair | Review B. Cawley assessment of TNCRRG policy re operation of coverage limits (.1); correspondence with the Debtor re same and position on lifting of stay re the Castro personal injury action (.1); | 0.20 | $180.00 |
| 11/21/2023 | Brian Cawley | Continue analyzing forum defendant rule and jurisdictional issues in connection with the Chubb coverage action (1.8); | 1.80 | $990.00 |
| 11/21/2023 | Brian Cawley | Finish analyzing the TNCRRG policies for impact of non-abuse claims on coverage for abuse claims (1.8); | 1.80 | $990.00 |
| 11/21/2023 | Jesse Bair | Correspondence with the Debtor and certain insurers re adjournment of certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/21/2023 | Jesse Bair | Conference with T. Burns re adjournment of hearing on certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/21/2023 | Timothy Burns | Conference with J. Bair re adjournment of hearing on certain insurers' motion to lift the stay (.1); | 0.10 | $112.00 |
| 11/21/2023 | Brian Cawley | Draft summary of findings from TNCRRG policy review and send to J. Bair (.5); | 0.50 | $275.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/2023 | Jesse Bair | Review draft Order lifting the stay on the Castro personal injury action (.1); correspondence with T. Burns re same and potential edits (.1); participate in call with T. Burns re same (.1); correspondence with the Debtor re potential edits to same (.1); | 0.40 | $360.00 |
| 11/22/2023 | Brian Cawley | Continue detailed analysis re abstention and jurisdictional issues involving the Chubb coverage action, including assessment of snap removal application (2.6); discuss status of research with J. Bair (.1); | 2.70 | $1,485.00 |
| 11/22/2023 | Timothy Burns | Participate in call with J. Bair re Castro motion for relief (.1); review J. Bair correspondence re same (.1); | 0.20 | $224.00 |
| 11/22/2023 | Jesse Bair | Conference with B. Cawley re research needed re abstention issue (.1); | 0.10 | $90.00 |
| 11/25/2023 | Jesse Bair | Review notice of rescheduled hearing re certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/25/2023 | Timothy Burns | Review bar date order (.2); | 0.20 | $224.00 |
| 11/27/2023 | Jesse Bair | Review proposed edits to the draft Castro lift stay order proposed by the Debtor re defense cost issue (.1); correspond with the Debtor re additional proposed revisions to same (.1); | 0.20 | $180.00 |
| 11/27/2023 | Jesse Bair | Review and consider Judge Montali's decision on test cases from the PG&E case re potential use in ASF bankruptcy (.2); | 0.20 | $180.00 |
| 11/27/2023 | Timothy Burns | Participate in call with particular state court counsel and J. Bair re case insurance issues (.5); | 0.50 | $560.00 |
| 11/27/2023 | Jesse Bair | Participate in call with particular state court counsel and T. Burns re case insurance issues (.5); | 0.50 | $450.00 |
| 11/30/2023 | Jesse Bair | Review the Debtor and claimant's proposed final revisions to the Castro lift stay order (.1); participate in call with T. Burns re same (.1); correspond with the Debtor re same (.1); | 0.30 | $270.00 |
| 11/30/2023 | Timothy Burns | Review additional proposed edits to the Castro lift stay order (.1); review correspondence with the Debtor re same (.1); correspondence with Committee professionals re same (.2); call with J. Bair re same (.1); | 0.50 | $560.00 |
| | | **Totals for Insurance Adversary Proceeding** | **65.20** | **$50,238.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **80.00** | **$65,208.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/12/2023 | Taxi, T. Burns | $75.92 |
| 11/12/2023 | Delta Airlines, T. Burns (MSN-SFO) | $406.00 |
| 11/12/2023 | Hotel, T. Burns (1 night) | $396.58 |
| 11/12/2023 | Hotel, J. Bair (1 night) | $396.58 |

| | | | |
|---|---|---|---:|
| 11/12/2023 | Delta Airlines, J. Bair (MSN-SFO) | | $406.00 |
| 11/13/2023 | Travel meal, T. Burns | | $47.07 |
| 11/13/2023 | Travel meal, J. Bair | | $15.36 |
| 11/13/2023 | Travel meal, J. Bair | | $21.16 |
| 11/13/2023 | Travel meal, T. Burns | | $27.49 |
| 11/17/2023 | Airport parking, J. Bair | | $30.00 |

**Total Expenses**      **$1,822.16**

### Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Alyssa Turgeon | Paralegal | 0.50 | $340.00 | $170.00 |
| Brian Cawley | Associate | 28.00 | $550.00 | $15,400.00 |
| Jesse Bair | Partner | 20.90 | $900.00 | $18,810.00 |
| Karen Dempski | Paralegal | 1.20 | $340.00 | $408.00 |
| Nathan Kuenzi | Associate | 4.40 | $550.00 | $2,420.00 |
| Timothy Burns | Partner | 25.00 | $1,120.00 | $28,000.00 |

**Total Due This Invoice:**    **$67,030.16**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
           dgrassgreen@pszjlaw.com
           gbrown@pszjlaw.com
           bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor and Debtor in Possession. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

LA:4869-0039-4644.1 05068.002

1 | STATE OF CALIFORNIA     )
                                    )

2 | CITY OF LOS ANGELES    )

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On December 19, 2023, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP (FOR NOVEMBER 2023)** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On December 19, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. Please See Attached |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 19, 2023 at Los Angeles, California.

*/s/ Maria R. Viramontes*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

2  Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
   hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

3
   Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
4  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

5  John Bucheit on behalf of Interested Party Appalachian Insurance Company
   jbucheit@phrd.com
6
   George Calhoun on behalf of Interested Party Century Indemnity Company
7  george@ifrahlaw.com

8  Jason Chorley on behalf of Interested Party Century Indemnity Company
   jason.chorley@clydeco.us, Robert.willis@clydeco.us
9
   Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
10 acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

11 Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance
   Corporation
12 bcuret@spcclaw.com

13 Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
   Corporation
14 adiamond@diamondmccarthy.com

15 David Elbaum on behalf of Interested Party Century Indemnity Company
   david.elbaum@stblaw.com
16
   Michael W Ellison on behalf of Interested Party First State Insurance Company
17 mellison@sehlaw.com

18 Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   trevor.fehr@usdoj.gov
19
   Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
20 dgallo@phrd.com

21 Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   christina.goebelsmann@usdoj.gov
22
   Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
23 dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

24 Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   joshua.haevernick@dentons.com
25
   Robert G. Harris on behalf of Creditor Archbishop Riordan High School
26 rob@bindermalter.com, RobertW@BinderMalter.com

27 Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   deanna.k.hazelton@usdoj.gov
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
2  nreinhardt@duanemorris.com

3  Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jrios@ffwplaw.com, docket@ffwplaw.com
4

5  Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
   mroberts@phrd.com

6  Annette Rolain on behalf of Interested Party First State Insurance Company
   arolain@ruggerilaw.com
7

8  Cheryl C. Rouse on behalf of Creditor Victoria Castro
   rblaw@ix.netcom.com

9  Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   phillip.shine@usdoj.gov
10

11  James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
    jstang@pszjlaw.com

12  Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London
    and Certain London Market Companies
13  catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

14  Joshua D Weinberg on behalf of Interested Party First State Insurance Company
    jweinberg@ruggerilaw.com
15

16  Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
    mweiss@phrd.com

17  Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
    hwinsberg@phrd.com
18

19  Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
    yongli.yang@clydeco.us
20

21

22

23

24

25

26

27

28

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 18S<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |