```
Entered on Docket
December 19, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Signed and Filed: December 19, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Andrew W. Caine (CA BAR NO. 110345)
Brittany M. Michael (NY Bar No. 5678552)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
       dgrassgreen@pszjlaw.com
       acaine@pszjlaw.com
       bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF THE DEBTOR; AND PRODUCTION OF DOCUMENTS OF DEBTOR, PARISHES, AND AFFILIATES; AND ORDERING DEBTOR TO SUBMIT DECLARATION** |

Upon consideration of the *Ex Parte Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Oral Examination of the Debtor; and Production of Documents of Debtor, Parishes, and Affiliates; and Ordering Debtor to Submit Declaration* (the "Application"), the record in this case, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is GRANTED.

2. The Committee is authorized to issue a subpoena directed to the Debtor requiring the Debtor (a) to produce documents responsive to the Requests[1] in Stage One by January 26, 2024, Stage Two by February 9, 2024, Stage Three by March 1, 2024, and Stage Four by March 15, 2024, and (b) to provide oral testimony, no later than March 15, 2024, relating to the Debtor's search for and possession, custody, or control of documents responsive to the Requests (the "<u>Oral Testimony</u>"). Among the topics of the Oral Testimony may be the Debtor's possession, custody or control of documents identified in Requests for Parish or Affiliate information. The Committee may take the Oral Testimony of the Debtor's designated representative(s) in more than one session (but no more than two) on mutually agreeable dates as early as February 1, but no later than March 15, 2024.

3. On or after March 1, 2024, the Committee is authorized to issue subpoenas to any of the Parishes or Affiliates to seek production of documents responsive to any Requests identified in the Oral Testimony or during the Committee's review of the Debtor's document production for which the Debtor did not produce documents in response to the Requests.

4. The Committee's subpoena(s) directed to any of the Parishes or Affiliates shall require those subpoenaed parties to complete, by March 30, 2024 or no fewer than 14 calendar days after service of a subpoena, whichever is earlier, their production of documents responsive to the Requests.

5. This Order is without prejudice to the Debtor's right to seek a protective order or otherwise object to the discovery sought, nor does it prejudice the Committee's right to respond to such objections or seek to compel production.

**\*\*END OF ORDER\*\***

---

[1] All terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

COURT SERVICE LIST