Christina L. Goebelsmann, Assistant United States Trustee
State Bar No. CA 273379
Jason M. Blumberg, Trial Attorney
State Bar No. 330150
Jared A. Day, Trial Attorney
State Bar No. CA 275687
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
450 Golden Gate Avenue, Room #05-0153
San Francisco, California 94102
Telephone: (775) 784-5530
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the U.S. Trustee for Region 17
     TRACY HOPE DAVIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>                  Debtor. | Case No: 23-30564 DM<br><br>Chapter 11<br><br><br>Date: January 25, 2024<br>Time: 1:30 p.m.<br>Place: Via Zoom Webinar or Telephone |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION
FOR ORDER APPOINTING FEE EXAMINER AND ESTABLISHING
PROCEDURES FOR REQUESTING PROFESSIONAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    **PLEASE TAKE NOTICE** that a hearing will be held on **January 25, 2024, at 1:30 p.m.**, before the **Honorable Dennis Montali via Zoom Webinar or Telephone,** on the United States Trustee's Motion for Order Appointing Fee Examiner and Establishing Procedures for Requesting Professional Compensation and Reimbursement of Expenses ("Motion").

    The Motion is based upon the notice of hearing, memorandum points and authorities, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing on the Motion. You may obtain a copy of the Motion, the

1

memorandum in support, and accompanying declarations from the Court's docket on the PACER system or by contacting the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the above-captioned hearing will not be conducted in the presiding Judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

> **A RESPONSE, IF ANY, TO THE MOTION SHALL BE MADE IN WRITING AND SERVED UPON THE UNITED STATES TRUSTEE, AND FILED WITH THE BANKRUPTCY COURT, AT LEAST FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE PURSUANT TO B.L.R. 9014-1(C)(1).**

Date: December 21, 2023         Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:   */s/ Jared A. Day*
Jared A. Day
Trial Attorney for the United States Trustee

2