Catalina J. Sugayan
Michael Norton
Dan James
Yongli Yang
**CLYDE & CO US LLP**
30 S Wacker Dr, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-6917
Facsimile: (312) 635-6950
Email: catalina.sugayan@clydeco.us
michael.norton@clydeco.us
daniel.james@clydeco.us
yongli.yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London
and Certain London Market Companies*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** that Catalina J. Sugayan, Michael Norton, Dan James, and Yongli Yang, counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies in the above captioned chapter 11 case, hereby request that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served at their new address set forth below, effective as of the date hereof:

<u>Former Address</u>

Catalina J. Sugayan
Michael Norton
Dan James
Yongli Yang
CLYDE & CO US LLP
55 W Monroe St., Suite 3000
Chicago, IL 60603
(312) 635-6917

NOTICE OF CHANGE OF ADDRESS

Case: 23-30564   Doc# 391   Filed: 12/22/23   Entered: 12/22/23 08:08:24   Page 1 of 2

<u>New Address</u>

Catalina J. Sugayan
Michael Norton
Dan James
Yongli Yang
CLYDE & CO US LLP
30 S Wacker Dr, Suite 2600
Chicago, IL 60606
(312) 635-6917

Dated: December 22, 2023

CLYDE & CO US LLP
*/s/ Catalina J. Sugayan*
Catalina J. Sugayan
Michael Norton
Dan James
Yongli Yang
30 S Wacker Dr, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-6917
Facsimile: (312) 635-6950
Email: catalina.sugayan@clydeco.us
     michael.norton@clydeco.us
     daniel.james@clydeco.us
     yongli.yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*