Timothy W. Burns
WI Bar 1068086
Jesse J. Bair
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
      jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

    Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Jesse J. Bair, an active member in good standing of the bar of the State of Wisconsin, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Official Committee of Unsecured Creditors in the above-entitled action and any adversary proceeding.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I have been granted *pro hac vice* admission by the Court two times in the 12 months preceding this application;

    3.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

4. An attorney who is a member of the bar of this Court in good standing and who maintains offices within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

>James I. Stang
>Pachulski Stang Ziehl & Jones
>One Sansome Street, 34th Floor, Suite 3430
>San Francisco, CA 94104
>Telephone: 415-263-7000
>Email: jstang@pszjlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 26, 2023       */s/ Jesse J. Bair*
Jesse J. Bair
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: jbair@burnsbair.com



**Samuel A. Christensen**
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*JESSE JONAS BAIR*

*was admitted to practice as an attorney within this state on June 10, 2013 and is presently in good standing in this court.*

Dated: October 31, 2023

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court