UNITED STATES BANKRUPTCY COURT
Northern District of California San Francisco

| In re: | Case No.: 23-30564 |
|---|---|
| The Roman Catholic Archbishop of San Francisco,<br>　　　Debtor(s). | Chapter: 11 |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 12/26/2023, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the Limited Service List (as of 11/22/23) via First Class Mail. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Doc #389 - UNITED STATES TRUSTEE'S MOTION FOR ORDER APPOINTING    FEE EXAMINER AND ESTABLISHING PROCEDURES FOR REQUESTING    PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Doc #390 - NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION FOR ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR REQUESTING PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

12/26/2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100