PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>  Debtor and<br>  Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF FIRST QUARTERLY STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FROM SEPTEMBER 1, 2023 TO NOVEMBER 30, 2023** |

PLEASE TAKE NOTICE that, on September 14, 2023, the above-captioned debtor and debtor in possession (collectively, the "Debtor") filed the *Debtor's Motion for Authority to Employ*

///

*Professionals used in the Ordinary Course of Business* [ECF 114] (the "Motion"),[1] which included a nonexclusive schedule attached thereto listing the Debtor's Ordinary Course Professionals.

PLEASE TAKE FURTHER NOTICE that, on October 16, 2023, the Court entered an *Order Pursuant to 11 U.S.C. §§ 105(a), 327, 328 and 330 Authorizing the Debtor to Employ Professionals used in the Ordinary Course of Business* [ECF 211] (the "OCP Order").

PLEASE TAKE FURTHER NOTICE that, on November 10, 2023, the Debtor filed its *Notice of Filed Declarations and Questionnaires of Ordinary Course Professionals* (ECF 304).

PLEASE TAKE FURTHER NOTICE that, on November 10, 2023, the Debtor also filed its *Supplement to the List of Ordinary Course Professionals* (ECF 305).

PLEASE TAKE FURTHER NOTICE that, on November 15, 2023, the Debtor filed its *Second Notice of Filed Declarations and Questionnaires of Ordinary Course Professionals* (ECF 308).

PLEASE TAKE FURTHER NOTICE that, on November 15, 2023, the Debtor filed its *Second Supplement to the List of Ordinary Course Professionals* (ECF 309).

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 2(ix) of the OCP Order, the Debtor hereby files the statement attached hereto as **Exhibit 1** that identifies, for each Ordinary Course Professional, (a) the name of the Ordinary Course Professional, (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional from September 1, 2023 through November 30, 2023 (the "Reported Quarter"), (c) all post-petition payments made to that Ordinary Course Professional on account of post-petition services rendered through the Reported Quarter, and (d) a general description of the services rendered by that Ordinary Course Professional.

///

///

///

///

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that the Debtor may pay or recognize payment of certain amounts for services rendered and expenses incurred by any Ordinary Course Professional during the Reported Quarter at a later time, and any such payments will be disclosed in future statements to the extent required.

Dated: December 29, 2023          FELDERSTEIN FITZGERALD WILLOUGHBY
                                  PASCUZZI & RIOS LLP

                                  By:   */s/ Jason E. Rios*
                                        JASON E. RIOS
                                        PAUL J. PASCUZZI
                                        THOMAS R. PHINNEY

                                        Attorneys for The Roman Catholic Archbishop of
                                        San Francisco

Dated: December 29, 2023          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                  By:   */s/ Ori Katz*
                                        ORI KATZ
                                        ALAN H. MARTIN

                                        Attorneys for The Roman Catholic Archbishop of
                                        San Francisco

# EXHIBIT 1

Case: 23-30564    Doc# 398    Filed: 12/29/23    Entered: 12/29/23 14:44:25    Page 4 of 5

## The Roman Catholic Archbishop of San Francisco
Ordinary Course Professional Fees: Sept to Nov 2023

| Professional | Services Provided | Sep-23 | Oct-23 | Nov-23 | Quarter 1 |
|---|---|---:|---:|---:|---:|
| **Legal:** | | | | | |
| Allen, Glaessner, Hazelwood & Werth LLP | Legal Advice Representation re Abuse Lit | $   - | $   - | $   - | $   - |
| Best Best & Krieger LLP | Legal Advice re Pension/403B Plans | - | - | - | - |
| Jackson Lewis LLP | Legal Advice Representation re Employment Lit | - | - | - | - |
| Littler Mendelson, PC | Legal Advice Representation re Employment/Union | - | - | - | - |
| Rankin Stock Heaberlin O'Neal | Litigation | - | - | - | - |
| **Financial/Accounting:** | | | | | |
| Beacon Pointe LLP | Investment Advisor | - | - | - | - |
| BPM LLP | CPA Firm for Audits | - | - | - | - |
| Nicolay Consulting Group, Inc. | Pension Plan Consulting | - | - | - | - |
| Grant Thornton LLP | UBIT Tax Consulting | - | - | - | - |
| Global Retirement Partners - Heffernan | 403B Plan Advisor | - | - | - | - |
| **Other:** | | | | | |
| Stewardship Planned Giving | Consulting for Planned Giving | 8,000.00 | - | 12,000.00 | 20,000.00 |
| Korn Ferry | Executive Search Consulting | - | - | - | - |
| Partners in Mission School Leadership Search Solutions | Assists with Recruiting for Superintendent Position | - | - | - | - |
| Catholic Legal Immigration Network | Immigration | - | - | - | - |
| Gallagher Benefit Services | Professional Consulting and Insurance Brokerage Srvc | 3,387.10 | - | - | 3,387.10 |
| Perr & Knight | Consulting Actuary & Principle | - | - | - | - |
| Total: | | $ 11,387.10 | $   - | $ 12,000.00 | $ 23,387.10 |

ADSF Ordinary Course Professional Fees