Entered on Docket
December 29, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 29, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Timothy W. Burns
WI Bar 1068086
Jesse J. Bair
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Jesse J. Bair, whose business address and telephone number is:

Burns Bair LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Phone: (608) 286-2302

and who is an active member in good standing of the bar of Wisconsin, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Official Committee of the Unsecured Creditors as special insurance counsel.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**