1   PAUL J. PASCUZZI, State Bar No. 148810
    JASON E. RIOS, State Bar No. 190086
2   THOMAS R. PHINNEY, State Bar No. 159435
    FELDERSTEIN FITZGERALD
3     WILLOUGHBY PASCUZZI & RIOS LLP
    500 Capitol Mall, Suite 2250
4   Sacramento, CA  95814
    Telephone:    (916) 329-7400
5   Facsimile:    (916) 329-7435
    Email:        ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
7

8   ORI KATZ, State Bar No. 209561
    ALAN H. MARTIN, State Bar No. 132301
9   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
10     Including Professional Corporations
    Four Embarcadero Center, 17th Floor
11  San Francisco, California 94111-4109
    Telephone:    (415) 434-9100
12  Facsimile:    (415) 434-3947
    Email:        okatz@sheppardmullin.com
13                amartin@sheppardmullin.com

14  Attorneys for The Roman Catholic Archbishop of
    San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF INCREASE IN HOURLY RATES FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br><br>**[NO HEARING REQUIRED]** |

**PLEASE TAKE NOTICE** that Sheppard, Mullin, Richter & Hampton LLP ("SMRH"), is hereby providing notice of an increase in the hourly rates of its professionals and the addition of professionals working on the above-captioned case listed in paragraph 14 of the *Debtor's*

*Application to Employ Sheppard, Mullin, Richter & Hampton LLP as Bankruptcy Counsel* [ECF 120] which this Court authorized on September 25, 2023 [ECF 164].

**PLEASE TAKE FURTHER NOTICE** that pursuant to internal operating procedures and past practices, SMRH considers and adjusts as appropriate its hourly rates on January 1st of each year. The following table reflects the attorneys, professionals and paraprofessionals who have provided services to date during the pendency of this case and their increased hourly rates effective January 1, 2024, which rates have been discounted by 20% from Sheppard Mullin's normal and customary hourly rates and are offered at such discount for the purposes of this case only:

| Name | Title | Hourly Rate Effective August 21, 2023 (Petition Date) | Hourly Rate Effective January 1, 2024 |
|---|---|---|---|
| Ori Katz | Partner | $1,084 | $1,172 |
| Alan H. Martin | Partner | $956 | $1,032 |
| William R. Wyatt | Partner | $1,160 | $1,252 |
| J. Barrett Marum | Partner | $904 | $976 |
| Amanda L. Cottrell | Partner | $836 | $908 |
| Jeannie Kim | Associate | $756 | $836 |
| Steven Gersten | Associate | $756 | $836 |
| Gianna Segretti | Associate | $708 | $804 |
| Koray Erbasi | Associate | $560 | $652 |
| Chris Lawrence | Associate | $560 | $652 |
| Matt Benz | Associate | $520 | $600 |
| Scott Natsuhara | Associate | $520 | $600 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The new billing rates of SMRH attorneys, professionals and paraprofessionals who may work on this case from time-to-time are similar to those rates listed above for attorneys, professionals and paraprofessionals of similar seniority. The client has approved these adjusted hourly rates. The adjusted hourly rates will be implemented 30 days from the filing of this notice.

Dated: January 2, 2024   FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: January 2, 2024   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco