PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF INCREASE IN HOURLY RATES FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**<br><br>**[NO HEARING REQUIRED]** |

**PLEASE TAKE NOTICE** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP ("FFWPR"), is hereby providing notice of an increase in the hourly rates of its professionals, pursuant to paragraph 9 of the *Application to Employ FFWPR as Bankruptcy Counsel* [ECF 95] which this Court authorized on September 25, 2023 [ECF 163].

**PLEASE TAKE FURTHER NOTICE** that pursuant to internal operating procedures and past practices, FFWPR considers and adjusts as appropriate its hourly rates on January 1st of each year. The following table reflects the hourly rate increases for the attorneys, professionals and paraprofessionals who have provided services to date during the pendency of this case:

| Name | Title | Hourly Rate Effective August 21, 2023 (Petition Date) | Hourly Rate Effective January 1, 2024 |
|---|---|---|---|
| Paul J. Pascuzzi | Partner | $525 | $550 |
| Thomas A. Willoughby | Partner | $525 | $550 |
| Jason E. Rios | Partner | $450 | $475 |
| Thomas R. Phinney | Of Counsel | $425 | $425 No Change |
|  | Of Counsel Associates | $350 | $350 No Change |
|  | Legal Assistants | $95-$150 | $95-$150 No Change |

The new billing rates of FFWPR attorneys, professionals and paraprofessionals who may work on this case from time-to-time are similar to those rates listed above for attorneys, professionals and paraprofessionals of similar seniority. The client has approved these adjusted hourly rates. The adjusted hourly rates will be implemented 30 days from the filing of this notice.

Dated: January 2, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: January 2, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

Case: 23-30564    Doc# 402    Filed: 01/02/24    Entered: 01/02/24 13:35:13    Page 2 of 2