PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF INCREASE IN HOURLY RATES FOR WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**<br><br>**[NO HEARING REQUIRED]** |

**PLEASE TAKE NOTICE** that Weintraub Tobin Chediak Coleman Grodin ("Weintraub"), is hereby providing notice of an increase in the hourly rates of its professionals, pursuant to paragraph 9 of the *Application to Employ Weintraub as Special Corporate and Litigation Counsel*

///

[ECF 100] which this Court authorized on September 25, 2023 [ECF 166].

**PLEASE TAKE FURTHER NOTICE** that pursuant to internal operating procedures and past practices, Weintraub adjusts its hourly rates on January 1st of each year. The following table reflects the hourly rate increases for the attorneys, professionals and paraprofessionals who have provided services to date during the pendency of this case:

| Name | Title | Hourly Rate Effective August 21, 2023 (Petition Date) | Hourly Rate Effective January 1, 2024 |
|---|---|---|---|
| Paul E. Gaspari | Partner | $465 | $485 |
| Daniel C. Zamora | Partner | $450 | $475 |
| Zachary Smith | Shareholder | $500 | $500 No Change |
| Audrey Millemann | Shareholder | $450 | $450 No Change |
| | Associates/Contract | $250-$430 | $375-$450 |
| | Paralegals | $205-$240 | $205-$240 No Change |

The new billing rates of FFWPR attorneys, professionals and paraprofessionals who may work on this case from time-to-time are similar to those rates listed above for attorneys,

///
///
///
///
///
///
///
///

professionals and paraprofessionals of similar seniority.

Dated: January 4, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: January 4, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco