1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
6  Email:        ppascuzzi@ffwplaw.com
7                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
8
   ORI KATZ, State Bar No. 209561
9  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN,
10   RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
11 San Francisco, CA  94111
   Telephone: (415) 434-9100
12 Facsimile: (415) 434-3947
   Email:        okatz@sheppardmullin.com
13               amartin@sheppardmullin.com

14 Attorneys for
   The Roman Catholic Archbishop of San Francisco

15                     UNITED STATES BANKRUPTCY COURT
16         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 18 In re: | Case No.  23-30564 |
| 19 THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| 20       Debtor and<br>21       Debtor in Possession. | **NOTICE OF INCREASE IN HOURLY RATES FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR** |
| 22 | |
| 23 | |
| 24 | [No Hearing Required] |
| 25 | |

26  **PLEASE TAKE NOTICE** that Glassratner Advisory & Capital Group, LLC D/B/A B.
27 Riley Advisory Services ("B. Riley"), is hereby providing notice of an increase in the hourly rates
28

of its professionals, pursuant to the *Application to Employ B. Riley as Financial Advisor* [ECF 102] which this Court authorized on September 25, 2023 [ECF 168].

**PLEASE TAKE FURTHER NOTICE** that pursuant to internal operating procedures and past practices, B. Riley considers and adjusts as appropriate its hourly rates on January 1st of each year. The following table reflects the hourly rate increases for the professionals and paraprofessionals who have provided services to date during the pendency of this case:

| Name | Title | Hourly Rate Effective August 21, 2023 (Petition Date) | Hourly Rate Effective February 3, 2024 |
|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $675 | $740 |
| David Greenblatt | Director | $525 | $550 |
| Coral Hansen | Managing Director | $495 | $495 |
| Adriana Piltz | Director | $450 | $495 |
| Laura Clemente | Associate Director | $435 | $495 |
| Tanya Anderson | Associate Director | $395 | $415 |
| Marilee Greene | Project Assistant | $250 | $265 |

The new billing rates of B. Riley professionals and paraprofessionals who may work on this case from time-to-time are similar to those rates listed above for professionals and paraprofessionals of similar seniority. The client has approved these rate adjustments. The adjusted hourly rates will

///
///
///
///
///

be implemented 30 days from the filing of this notice.

Dated: January 4, 2024           FELDERSTEIN FITZGERALD WILLOUGHBY
                                 PASCUZZI & RIOS LLP


                                 By:    /s/ Paul J. Pascuzzi
                                        PAUL J. PASCUZZI
                                        JASON E. RIOS
                                        THOMAS R. PHINNEY

                                 Attorneys for The Roman Catholic Archbishop of
                                 San Francisco

Dated: January 4, 2024           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                 By:    /s/ Ori Katz
                                        ORI KATZ
                                        ALAN H. MARTIN

                                 Attorneys for The Roman Catholic Archbishop of
                                 San Francisco