James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF INCREASE IN HOURLY RATES FOR PACHULSKI STANG ZIEHL & JONES LLP, EFFECTIVE JANUARY 1, 2024** |

**PLEASE TAKE NOTICE THAT** the hourly billing rates of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case, have been adjusted effective January 1, 2024, as set forth in **Exhibit A**, attached hereto.

Dated: January 4, 2024          PACHULSKI STANG ZIEHL & JONES LLP

                                By: /s/ *Gillian N. Brown*
                                    Gillian N. Brown

                                Counsel to the Official Committee of Unsecured Creditors

**EXHIBIT A**

# HOURLY BILLING RATES FOR PROFESSIONALS AND PARAPROFESSIONALS OF PACHULSKI STANG ZIEHL & JONES LLP
## JANUARY 2024 RATES

| Partners | Billing Rate |
|---|---|
| Isaac M. Pachulski | $ 2,175.00 |
| Jeffrey H. Davidson | $ 2,075.00 |
| Richard M. Pachulski | $ 2,075.00 |
| Laura Davis Jones | $ 1,925.00 |
| Robert J. Feinstein | $ 1,850.00 |
| Dean A. Ziehl | $ 1,850.00 |
| James I. Stang | $ 1,850.00 |
| Alan J. Kornfeld | $ 1,825.00 |
| James W. Walker | $ 1,825.00 |
| David J. Barton | $ 1,795.00 |
| Ira D. Kharasch | $ 1,795.00 |
| Robert B. Orgel | $ 1,725.00 |
| Jeffrey N. Pomerantz | $ 1,725.00 |
| Bradford J. Sandler | $ 1,725.00 |
| Scott L. Hazan | $ 1,695.00 |
| Debra Grassgreen | $ 1,695.00 |
| Henry C. Kevane | $ 1,695.00 |
| John A. Morris | $ 1,695.00 |
| Kenneth H. Brown | $ 1,675.00 |
| Michael D. Warner | $ 1,625.00 |
| David M. Bertenthal | $ 1,595.00 |
| Linda F. Cantor | $ 1,595.00 |
| Maxim B. Litvak | $ 1,525.00 |
| Andrew W. Caine | $ 1,525.00 |
| Stanley E. Goldich | $ 1,525.00 |
| Iain A.W. Nasatir | $ 1,525.00 |
| Gabriel I. Glazer | $ 1,495.00 |
| Paul J. Labov | $ 1,450.00 |
| Jeffrey W. Dulberg | $ 1,450.00 |
| Malhar S. Pagay | $ 1,450.00 |
| Zev M. Bomrind | $ 1,525.00 |
| John D. Fiero | $ 1,395.00 |
| James E. O'Neill | $ 1,395.00 |
| Joshua M. Fried | $ 1,395.00 |
| Shirley S. Cho | $ 1,395.00 |
| Gregory V. Demo | $ 1,395.00 |
| Jason S. Pomerantz | $ 1,250.00 |
| John W. Lucas | $ 1,250.00 |
| Ilan D. Scharf | $ 1,250.00 |
| Timothy P. Cairns | $ 1,250.00 |
| Nina L. Hong | $ 1,195.00 |
| Teddy M. Kapur | $ 1,195.00 |

| Of Counsel | Billing Rate |
|---|---|
| Richard J. Gruber | $ 1,675.00 |
| Judith Elkin | $ 1,595.00 |
| Karen B. Dine | $ 1,525.00 |
| Jeffrey M. Dine | $ 1,495.00 |
| Steven J. Kahn | $ 1,495.00 |
| Jordan A. Kroop | $ 1,495.00 |
| Daryl G. Parker | $ 1,495.00 |
| James K.T. Hunter | $ 1,495.00 |
| Mary F. Caloway | $ 1,495.00 |
| Harry D. Hochman | $ 1,495.00 |
| Victoria A. Newmark | $ 1,295.00 |
| Jonathan J. Kim | $ 1,295.00 |
| Michael L. Cohen | $ 1,195.00 |
| Michael R. Seidl | $ 1,195.00 |
| Beth E. Levine | $ 1,225.00 |
| Erin Gray | $ 1,195.00 |
| Gail S. Greenwood | $ 1,195.00 |
| Jeffrey P. Nolan | $ 1,195.00 |
| Robert M. Saunders | $ 1,195.00 |
| Colin R. Robinson | $ 1,195.00 |
| Elissa A. Wagner | $ 1,195.00 |
| Tavi C. Flanagan | $ 1,195.00 |
| Gina F. Brandt | $ 1,195.00 |
| Peter J. Keane | $ 1,150.00 |
| William L. Ramseyer | $ 1,075.00 |
| Gillian N. Brown | $ 1,075.00 |
| Cia H. Mackle | $ 1,050.00 |
| Miriam Manning | $ 1,025.00 |
| Ayala A. Hassell | $ 975.00 |
| Brittany M. Michael | $ 975.00 |

| Associates | Billing Rate |
|---|---|
| Ben L. Wallen | $ 975.00 |
| Hayley R. Winograd | $ 925.00 |
| Edward A. Corma | $ 795.00 |
| Brooke E. Wilson | $ 650.00 |

| Paralegals | Billing Rate |
|---|---|
| Beth D. Dassa | $ 595.00 |
| Patricia J. Jeffries | $ 595.00 |
| Karina K. Yee | $ 595.00 |
| Patricia E. Cuniff | $ 595.00 |
| Kerri L. Labrada | $ 595.00 |
| Yves P. Derac | $ 595.00 |
| Lisa H. Petras | $ 595.00 |
| Melissa N. Flores | $ 595.00 |
| Cheryl A. Knotts | $ 545.00 |
| Hope R. Daniels | $ 545.00 |

| Law Library Dir. | Billing Rate |
|---|---|
| Leslie A. Forrester | $ 645.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Charles J. Bouzoukis | $ 475.00 |
| Andrea R. Paul | $ 475.00 |