UNITED STATES BANKRUPTCY COURT
Northern District of California San Francisco

| In re: | Case No.: 23-30564 |
|---|---|
| The Roman Catholic Archbishop of San Francisco, | Chapter: 11 |
| Debtor(s). | |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 01/04/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| Objection Of The United States Trustee To Debtor's Motion To Modify Cash Management Order |
|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
01/04/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

# Exhibit A - Certificate of Service
# The Roman Catholic Archbishop of San Francisco 23-30564

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 12837 | c/o Jeff Anderson & Associates, John Doe SF 1019, 12011 San Vincente Blvd., Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 12837 | c/o Jeff Anderson & Associates, John Doe SF 1121, 12011 San Vicente Blvd, Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 12837 | c/o Jeff Anderson & Associates, John Doe SF 1227, 12011 San Vicente Blvd, Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 12837 | c/o Joseph George Jr. Law Corp., Joseph Doe SF 541, 601 University Ave, Suite 270, Sacramento, CA, 95825-6745 | First Class |
| 12837 | c/o The Zalkin Law Firm, P.C., John DB Roe SF, 10590 W. Ocean Air Drive, Ste. 125, San Diego, CA, 92130-4682 | First Class |
| 12837 | c/o The Zalkin Law Firm, P.C., John RA Roe SF, 10590 W. Ocean Air Drive, Ste. 125, San Diego, CA, 92130-4682 | First Class |
| 12837 | California Department of Tax And Fee Admin, P.O. Box 942879, Sacramento, CA, 94279 | First Class |
| 12837 | California Office of the Attorney General, 1300 I St, Ste 1142, Sacramento, CA, 95814 | First Class |
| 12837 | Clyde & Co US LLP, Attn: Catalina J Sugayan, 55 W Monroe St, Unit 3000, Chicago,, IL, 60603 | First Class |
| 12837 | Colorado Department of Revenue, 1881 Pierce St, Lakewood, CO, 80214 | First Class |
| 12837 | Douglas B. Provencher, 823 Sonoma Avenue, Santa Rosa, CA, 95404-4714 | First Class |
| 12837 | Embolden Law PC, Attn: Douglas B Provencher, 823 Sonoma Ave, Santa Rosa, CA, 95404-4714 | First Class |
| 12837 | Employment Development Department, P.O. Box 989061, West Sacramento, CA, 95798 | First Class |
| 12837 | Felderstein, Fitzgerald et al, Jason E. Rios, 400 Capitol Mall #1750, Sacramento, CA, 95814-4432 | First Class |
| 12837 | Florida Department of Revenue, 5050 W Tennessee St, Tallahassee, FL, 32999 | First Class |
| 12837 | Georgia Department of Revenue Processing Center, P.O. Box 740397, Atlanta, GA, 30374 | First Class |
| 12837 | Internal Revenue Service, Attn: Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 12837 | James Susha, c/o Mezzetti Law Firm, Inc., 31 East Julian Street, San Jose, CA, 95112-4006 | First Class |
| 12837 | Jan Zoccoli as successor in, interest to Robert Susha, Deceased, c/o Mezzetti Law Firm, Inc., 31 East Julian Street, San Jose, CA, 95112-4006 | First Class |
| 12837 | John AA Roe SF, c/o The Zalkin Law Firm, P.C., 10590 W. Ocean Air Drive, Ste. 125, San Diego, CA, 92130-4682 | First Class |
| 12837 | John Doe SALS 1097, c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 12837 | John Doe SALS 1108, c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 12837 | John Doe SALS 1109, c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 12837 | John Doe SALS 1112, c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 12837 | John Doe SALS 1455, c/o Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA, 94552-1654 | First Class |
| 12837 | John Doe SF 1026, c/o Jeff Anderson & Associates, 12011 San Vicente Blvd, Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 12837 | John Doe SF 1247, c/o Jeff Anderson & Associates, 12011 San Vicente Blvd, Suite 700, Los Angeles, CA, 90049-4949 | First Class |
| 12837 | John PR Roe SF, c/o The Zalkin Law Firm, P.C., 10590 W. Ocean Air Drive, Ste. 125, San Diego, CA, 92130-4682 | First Class |
| 12837 | Joseph Doe SF 531, c/o Joseph George Jr. Law Corp., 601 University Ave, Suite 270, Sacramento, CA, 95825-6745 | First Class |
| 12837 | Joseph Doe SF 533, c/o Joseph George Jr. Law Corp., 601 University Ave, Suite 270, Sacramento, CA, 95825-6745 | First Class |
| 12837 | Joseph Doe SF 582, c/o Joseph George Jr. Law Corp., 601 University Ave, Suite 270, Sacramento, CA, 95825-6745 | First Class |
| 12837 | McCormick, Barstow, Sheppard,, The Roman Catholic Bishop of Fresno, Wayte & Carruth LLP, 7647 N. Fresno Street, Fresno, CA, 93720-2578 | First Class |
| 12837 | New Mexico Taxation and Revenue Department, P.O. Box 25127, Santa Fe,, NM, 87504 | First Class |
| 12837 | PACHULSKI STANG ZIEHL & JONES LLP, 10100 SANTA MONICA BOULEVARD, 13TH FLOOR, LOS ANGELES, CA, 90067-4114 | First Class |
| 12837 | Paul J. Pascuzzi, Felderstein Fitzgerald et al LLP, 500 Capitol Mall #2250, Sacramento, CA, 95814-4760 | First Class |
| 12837 | San Francisco County Clerk, 1 Dr Carlton B Goollett Pl, City Hall, Room 168, San Francisco, CA, 94102 | First Class |
| 12837 | San Francisco Tax Collector, San Francisco Tax Collector, P.O. Box 7426, San Francisco, CA, 94120 | First Class |
| 12837 | San Mateo County Tax Collector, San Mateo County Tax Collector, 555 County Center, 1st Floor, Redwood City,, CA, 94063 | First Class |
| 12837 | Sheppard, Mulin, Richter & Hampton LLP, Jeannie Kim, Four Embarcadero Center, 17th Floor, San Francisco, CA, 94111-4158 | First Class |
| 12837 | Sheppard, Mullin, Richter and Hampton, Alan H. Martin, 650 Town Center Drive, 10th Floor, Costa Mesa, CA, 92626-1993, United States of America, amartin@sheppardmullin.com | First Class |
| 12837 | Sheppard, Mullin, Richter and Hampton, Amanda L. Cottrell, 2200 Ross Avenue, 20th Floor, Dallas, TX, 75201, United States of America, acottrell@sheppardmullin.com | First Class |
| 12837 | Sheppard, Mullin, Richter and Hampton, Ori Katz, 4 Embarcadero Center 17th Fl., San Francisco, CA, 94111-4158 | First Class |
| 12837 | Sheppard, Mullin, Richter and Hampton, ORI KATZ, 4 Embarcadero Center 17th Fl., San Francisco, CA, 94111, United States of America, okatz@sheppardmullin.com | First Class |
| 12837 | State of California Franchise Tax Board, State of California Franchise Tax Board, P.O. Box 942867, Sacramento, CA, 94267 | First Class |
| 12837 | The Roman Catholic Archbishop of San Francis, One Peter Yorke Way, San Francisco, CA, 94109-6602 | First Class |
| 12837 | Virginia Department of Taxation, Virginia Department of Taxation, P.O. Box 1115, Richmond, VA, 23218 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 12837 | Virginia Employment Commission, Virginia Employment Commission, P.O. Box 26441, Richmond, VA, 23261 | First Class |