**Entered on Docket**
**January 05, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 5, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Robert M. Charles, Jr.
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel:     650.391.1380
Fax:    650.391.1395

Attorneys for Parishes of the Roman Catholic
Archdiocese of San Francisco, and The Archdiocese of
San Francisco Parish and School Juridic Persons Real
Property Support Corporation

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Robert M. Charles, Jr., whose business address and telephone number are 100 Pine Street, Suite 1750, San Francisco, CA 94111 and One South Church Avenue, Suite 2000, Tucson, Arizona 85701; (520) 629-4427 and who is an active member in good standing of the bars of Arizona and Nevada, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

123367804.1

*vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***