James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Andrew W. Caine (CA BAR NO. 110345)
Brittany M. Michael (NY Bar No. 5678552) *admitted pro hac vice*
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
dgrassgreen@pszjlaw.com
acaine@pszjlaw.com
bmichael@pszjlaw.com

Counsel to the Official Committee
of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**STATEMENT IN SUPPORT OF THE UNITED STATES TRUSTEE'S MOTION FOR ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR REQUESTING PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES** [ECF No. 389]<br><br>Hearing:<br>Date: January 25, 2025<br>Time: 1:30 p.m.<br>Place: Via ZoomGov |

The Official Committee of Unsecured Creditors (the "Committee"), by its counsel, hereby files this statement in support (the "Statement") of the *United States Trustee's Motion for Order Appointing Fee Examiner and Establishing Procedures for Requesting Professional Compensation and Reimbursement of Expenses* (the "Fee Examiner Motion").

A fee examiner is essential for the proper and transparent management of this complex Chapter 11 case. The unique nature of this case, coupled with the involvement of numerous estate-paid professionals, necessitates a meticulous review of fees. The appointment of a fee examiner will serve as a safeguard; the independent oversight is crucial to the hundreds of child sexual abuse survivors monitoring this case. From survivors' perspective, a fee examiner will maintain the integrity of the bankruptcy process, foster accountability, and uphold ethical standards. The examiner's role in scrutinizing the reasonableness of fees will contribute significantly to the fair distribution of resources, ensuring that the interests of all stakeholders, including the survivors and the Debtor, are adequately represented and protected.

Furthermore, in a case involving such sensitivity and public interest, the appointment of a fee examiner carries added significance. It not only underscores the parties' commitment to transparency but also serves to enhance confidence in the bankruptcy system. By supporting the appointment of an impartial examiner to thoroughly evaluate the compensation sought by professionals, the parties demonstrate their dedication to fairness and transparency.

This bankruptcy has an important goal: fairly and expeditiously compensating survivors . A fee examiner will keep all parties focused on that goal and will preserve estate resources for the survivors. Appointment of a fee examiner is a step that will ultimately reinforce trust in the

bankruptcy system, assuring all involved parties and the public that the proceedings are conducted with integrity and scrutiny.

Dated: January 11, 2024               PACHULSKI STANG ZIEHL & JONES LLP

By:   */s James I. Stang*
    James I. Stang (CA Bar No. 94435)
    Debra I. Grassgreen (CA Bar No. 169978)
    Andrew W. Caine (CA BAR NO. 110345)
    Brittany M. Michael (NY Bar No. 5678552)
        admitted *pro hac vice*
    Pachulski Stang Ziehl & Jones LLP
    One Sansome Street, Suite 3430
    San Francisco, California 94104
    Telephone: 415.263.7000
    Facsimile: 415.263.7010
    Email:    jstang@pszjlaw.com
               dgrassgreen@pszjlaw.com
               acaine@pszjlaw.com
               bmichael@pszjlaw.com
Counsel to the Official Committee of Unsecured Creditorsp