1 | PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
2 | THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
3 |   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
4 | Sacramento, CA 95814
Telephone:    (916) 329-7400
5 | Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
6 |              jrios@ffwplaw.com
               tphinney@ffwplaw.com
7 |
8 | ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
9 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
10 |   Including Professional Corporations
Four Embarcadero Center, 17th Floor
11 | San Francisco, California 94111-4109
Telephone:    (415) 434-9100
12 | Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
13 |              amartin@sheppardmullin.com

14 | Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DEBTOR'S RESPONSE TO UNITED STATES TRUSTEE'S MOTION FOR ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES REQUESTING PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Judge:   Hon. Dennis Montali<br>Date:    January 25, 2024<br>Time:    1:30 p.m.<br>Place:   Via ZoomGov |

The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "RCASF" or the "Debtor"), in the above-captioned chapter 11 case (the "Bankruptcy Case"), submits this response (the "Response") to the *United States Trustee's Motion for Order Appointing Fee Examiner and Establishing Procedures for Requesting Professional Compensation and Reimbursement of Expenses* filed on December 21, 2023, as ECF No. 389 (the "Motion").[1]

The Debtor has reviewed the Motion filed by Tracy Hope Davis, United States Trustee for Region 17 (the "UST"). The Debtor does not oppose the Motion and is not opposed to the appointment of either Ms. Jones or Ms. Frejka.

Dated: January 11, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By      */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic
Archbishop of San Francisco

Dated: January 11, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic
Archbishop of San Francisco

---

[1] Unless otherwise defined in this Response, capitalized terms shall have the same meanings ascribed to them in the Motion.