| | |
|---|---|
| 1 | David S. Kupetz (Bar No. 125062) |
| 2 | david.kupetz@lockelord.com |
| | **LOCKE LORD LLP** |
| 3 | 300 S. Grand Ave., Suite 2600 |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 485-1500 |
| 5 | Facsimile: (213) 485-1200 |
| 6 | |
| 7 | Attorneys for Daughters of Charity Foundation, Interested Party |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Case No. 23-30564 |
| | Chapter 11 |
| Debtor and Debtor in Posssession. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**NOTICE IS HEREBY GIVEN,** that pursuant to Fed. R. Bankr. P. 9010(b), Locke Lord LLP hereby appears as counsel for Daughters of Charity Foundation ("Interested Party") with respect to the above-captioned bankruptcy case of The Roman Catholic Archbishop of San Francisco (the "Debtor").

**NOTICE IS FURTHER GIVEN,** that pursuant to Fed. R. Bankr. P. 2002, it is requested that all notices given or required to be given in this case, including, but not limited to, all papers filed and served in all adversary proceedings in this case and all

notices mailed to any statutory committees or their authorized agents, be given to and served upon:

David S. Kupetz
LOCKE LORD LLP
300 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Telephone: (213) 687-6774
david.kupetz@lockelord.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Fed. R. Bankr. P. 2002, 3017 and 9007, but also includes, without limitation, all orders and notices of applications, hearing notices, motions, petitions, pleadings, requests, complaints, demands and other documents brought before the Court whether transmitted or conveyed by mail, hand delivery, telephone, email, facsimile, or otherwise that affects the Debtor, the property of the Debtor or its estate.

**NOTICE IS FURTHER GIVEN** that Interested Party agrees and consents to service by email at the email address set forth above.

**NOTICE IS FURTHER GIVEN** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit (unless expressly stated otherwise therein) is intended to waive (i) rights to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments in law or in equity, all of which such rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 12, 2024

Respectfully submitted,

*/s/ David S. Kupetz*

David S. Kupetz
Attorneys for Daughters of Charity
Foundation, Interested Party