PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**PROOF OF SERVICE RE NOTICE OF BAR DATE FOR FILING OF GENERAL PROOFS OF CLAIM** |

    I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 500 Capitol Mall, Ste. 2250, Sacramento, California 95814. I am over the age of 18 years and not a party to the within action.

    On today's date, I served a true and correct copy of the following document via the method set forth below:

    **1.** **NOTICE OF BAR DATE FOR FILING OF GENERAL PROOFS OF CLAIM. (ECF 350)**

1

PROOF OF SERVICE

Case: 23-30564    Doc# 423    Filed: 01/12/24    Entered: 01/12/24 14:07:12    Page 1 of 2

☑ I am readily familiar with the firm's practice of collection and processing correspondence for mailing in the ordinary course of business. Under this practice, correspondence is collected, sealed, postage thereon fully prepaid, and deposited the same day with the U. S. Postal Service.

☑ I served the above-referenced documents via First Class Mail on the following address:

Katherine Atkinson
79 Wawona St
San Francisco, CA 94127-1118

Roger Appleby
3951 Magnolia Ave
Petaluma, CA 94952

John Holtz
640 Moana Way
Pacifica, CA 94044

James Neafsey
1514 Oxford Street, Apt #102
Berkeley, CA 94709

☑ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 12, 2024 in Sacramento, California.

                                                */s/ Allison Kieser*
                                                Allison Kieser