PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF INCREASE IN HOURLY RATES FOR WEINSTEIN & NUMBERS, LLP**<br><br>[NO HEARING REQUIRED] |

**PLEASE TAKE NOTICE** that Weinstein & Numbers, LLP (hereinafter "W&N"), is hereby providing notice of an increase in the hourly rates of its professionals, pursuant to paragraph 16 of the *Application to Employ W&N as Special Insurance Counsel* [Dkt. 98] which this Court authorized on September 25, 2023 [Dkt. No. 165].

**PLEASE TAKE FURTHER NOTICE** that pursuant to internal operating procedures and past practices, W&N considers and adjusts as appropriate its hourly rates on January 1st of each year. The following table reflects the hourly rate increases for the attorneys, professionals and paraprofessionals who have provided services to date during the pendency of this case:

| Name | Title | Hourly Rate Effective March 13, 2023 (Petition Date) | Hourly Rate Effective January 1, 2024 |
|---|---|---|---|
| Barron L. Weinstein | Partner | $625 | $675 |
| Kevin L. Cifarelli | Associate | $425 | $450 |
| Adison S. Marshall | Associate | $300 | $325 |
| Charles D. Yeo | Legal Assistants | $200 | $225 |
| Robert Patterson | Certified Paralegal | $315 | $340 |
| Brian S. Carolus | Certified Paralegal | $315 | $340 |

The new billing rates of W&N attorneys, professionals and paraprofessionals who may work on this case from time-to-time are similar to those rates listed above for attorneys, professionals, and paraprofessionals of similar seniority. The client has approved these rate adjustments. The adjusted hourly rates will be implemented 30 days from the filing of this notice.

Dated: January 16, 2024　　　　WEINSTEIN & NUMBERS, LLP

　　　　　　　　　　　　　　　By: */s/ Barron L. Weinstein*
　　　　　　　　　　　　　　　　　　BARRON L. WEINSTEIN

　　　　　　　　　　　　　　　Special Insurance Counsel for
　　　　　　　　　　　　　　　The Roman Catholic Archbishop of San Francisco

Dated: January 16, 2024　　　　FELDERSTEIN FITZGERALD WILLOUGHBY
　　　　　　　　　　　　　　　PASCUZZI & RIOS LLP

　　　　　　　　　　　　　　　By: */s/ Paul J. Pascuzzi*
　　　　　　　　　　　　　　　　　　PAUL J. PASCUZZI
　　　　　　　　　　　　　　　　　　THOMAS R. PHINNEY

　　　　　　　　　　　　　　　Attorneys for
　　　　　　　　　　　　　　　The Roman Catholic Archbishop of San Francisco

| | | |
|---|---|---|
| Dated: January 16, 2024 | | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By: | /s/ Ori Katz |
| | | ORI KATZ |
| | | ALAN H. MARTIN |
| | | Attorneys for The Roman Catholic Archbishop of San Francisco |