PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 251-5000
Facsimile:    (650) 251-5002

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*

*(additional counsel listed on signature page)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**FOURTH NOTICE OF CONTINUED HEARING ON CERTAIN INSURERS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**<br><br><u>Original Date</u><br>Judge:     Hon. Dennis Montali<br>Date/Time:  January 25, 2024, 1:30 p.m.<br>Place:     Via ZoomGov<br><br><u>Continued Date</u><br>Judge:     Hon. Dennis Montali<br>Date/Time:  February 8, 2024, 1:30 p.m.<br>Place:     Via ZoomGov |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the hearing (the "**Hearing**") to consider *Certain Insurer's Motion for Relief from Automatic Stay to Permit the California Coverage Action to Continue* [Docket Nos. 251, 255] (the "**Motion**")[1] that was previously scheduled for January 25, 2024 at 1:30 p.m. has been continued and will be conducted via videoconference on **February 8, 2024 at 1:30 p.m.** before the Honorable Dennis Montali, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that by this Motion, the Insurers seek to lift the automatic stay to allow a pending state-court coverage action (the "**California Coverage Action**") to proceed in order to provide guidance and certainty as on to the extent of the Insurers' coverage obligations, if any, for claims brought by survivors of childhood sexual abuse under the California Child Victims Act against the Archdiocese.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Insurers to file and serve a reply to oppositions to the Motion is now **February 1, 2024**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Omni Agent Solutions, at https://cases.omniagentsolutions.com/?clientId=3671 or by calling 888-480-6507 (U.S. & Canada toll free); or +1 747-293-0084 for International parties or by e-mail at: RCASFinquiries@omniagnt.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Motion.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: January 18, 2024 | |

*/s/ Pierce A. MacConaghy*
PIERCE A. MACCONAGHY (SBN 341371)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: pierce.macconaghy@stblaw.com

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

ALEXANDER POTENTE (SBN 208240)
alex.potente@clydeco.us
JASON J. CHORLEY (SBN 263225)
jason.chorley@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone: 415-365-9800
Facsimile: 415-365-9801

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*