PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Pierce MacConaghy, do declare and state as follows:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2475 Hanover Street, Palo Alto, California 94304. On January 18, 2024, I served a copy of the following document:

**FOURTH NOTICE OF CONTINUED HEARING ON CERTAIN INSURERS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**

on the interested parties in this action by:

**BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I caused said documents to be enclosed in a sealed envelope addressed to the persons at the addresses listed below, first class postage fully prepaid to be placed thereon, and said envelope to be deposited in a United States mailbox.

**SEE ATTACHED**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 18, 2024, at Palo Alto, California.

By: /s/ *Pierce A. MacConaghy*
Pierce A. MacConaghy