James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (NOVEMBER 2023)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period November 1, 2023 to November 30, 2023 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2023 – November 30, 2023 | $133,844.50[1] | $5,499.37 | $139,343.87 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $107,075.60 | $5,499.37 | $112,574.97 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:  January 19, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
      Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, that PSZJ will discount its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates and a blended hourly rate of $1,050. The amount PSZJ billed during the Fee Period using its regular hourly rates was less than the blended hourly rate of $1,050; therefore, PSZJ seeks payment based on its regular hourly rates.

Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT 1**


ABBREVIATIONS KEY:

BB = Burns Bair LLP
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Archdiocese of SF O.C.C.

November 30, 2023
Invoice    136651
Client      05068.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2023

| | |
|---|---:|
| FEES | $133,844.50 |
| EXPENSES | $5,499.37 |
| **TOTAL CURRENT CHARGES** | **$139,343.87** |
| **BALANCE FORWARD** | **$267,269.63** |
| **TOTAL BALANCE DUE** | **$406,613.50** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    2
Invoice 136651
November 30, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| AWC | Caine, Andrew W. | Partner | 1,395.00 | 14.40 | $20,088.00 |
| DG | Grassgreen, Debra I. | Partner | 1,550.00 | 2.50 | $3,875.00 |
| JIS | Stang, James I. | Partner | 1,695.00 | 29.20 | $49,494.00 |
| JIS | Stang, James I. | Partner | 0.00 | 8.00 | $0.00 |
| JWL | Lucas, John W. | Partner | 1,150.00 | 4.90 | $5,635.00 |
| KHB | Brown, Kenneth H. | Partner | 1,525.00 | 0.30 | $457.50 |
| BMM | Michael, Brittany Mitchell | Counsel | 875.00 | 48.80 | $42,700.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 0.00 | 8.40 | $0.00 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 7.70 | $7,507.50 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 6.00 | $3,270.00 |
| LHP | Petras, Lisa | Paralegal | 545.00 | 1.50 | $817.50 |
| | | | | 131.70 | $133,844.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     3
Invoice 136651
November 30, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 0.30 | $457.50 |
| AC | Avoidance Action Analysis | 1.20 | $1,050.00 |
| BL | Bankruptcy Litigation | 25.90 | $31,680.50 |
| CA | Case Administration | 6.30 | $6,503.50 |
| CO | Claims Administration and Objections | 36.60 | $43,782.00 |
| CP | PSZJ Compensation | 4.30 | $3,461.50 |
| CPO | Other Professional Compensation | 0.60 | $585.00 |
| FD | First/Second Day Matters | 0.10 | $87.50 |
| GC | General Creditors' Committee | 30.10 | $34,500.50 |
| HE | Hearings | 5.10 | $6,512.50 |
| ME | Mediation | 1.10 | $1,792.50 |
| PD | Plan and Disclosure Statement | 0.30 | $508.50 |
| RPO | Other Professional Retention | 1.70 | $1,156.50 |
| SL | Stay Litigation | 1.70 | $1,766.50 |
| TR | Travel | 16.40 | $0.00 |
| | | 131.70 | $133,844.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 4
Invoice 136651
November 30, 2023

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Air Fare | $440.90 |
| Auto Travel Expense | $390.30 |
| Working Meals | $456.22 |
| Hotel Expense | $1,970.91 |
| Lexis/Nexis- Legal Research | $14.06 |
| Miscellaneous | $18.87 |
| Litigation Support Vendors | $100.83 |
| Pacer - Court Research | $49.40 |
| Postage | $17.77 |
| Travel Expense | $216.75 |
| Transcript | $1,823.36 |
| | $5,499.37 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     5
Invoice 136651
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 11/08/2023 | KHB | AA | Emails with J. Stang re alter ego issues. | 0.30 | 1,525.00 | $457.50 |
| | | | | **0.30** | | **$457.50** |
| **Avoidance Action Analysis** | | | | | | |
| 11/08/2023 | BMM | AC | Review memo regarding potential fraudulent transfer claim. | 1.20 | 875.00 | $1,050.00 |
| | | | | **1.20** | | **$1,050.00** |
| **Bankruptcy Litigation** | | | | | | |
| 11/01/2023 | AWC | BL | Read email with Debtor regarding 2004 motion and final motion. | 0.40 | 1,395.00 | $558.00 |
| 11/02/2023 | AWC | BL | Emails with Debtor counsel and team regarding 2004 motion, timing, discussion. | 0.30 | 1,395.00 | $418.50 |
| 11/02/2023 | GNB | BL | Internal PSZJ emails regarding Rule 2004 motion directed to Debtor and review O. Katz email regarding same (.1); email Committee and SCC regarding same (.1); email with PSZJ regarding perpetrator identification (.1). | 0.30 | 975.00 | $292.50 |
| 11/03/2023 | AWC | BL | Emails and calls with team regarding 2004 motion, approach (.20); emails and call with Debtor counsel regarding 2004 motion (.30). | 0.50 | 1,395.00 | $697.50 |
| 11/03/2023 | GNB | BL | Call with B. Michael regarding Rule 2004 strategy; email A. Caine regarding meet and confer with Debtor's counsel; email with O. Katz regarding same. | 0.10 | 975.00 | $97.50 |
| 11/03/2023 | JWL | BL | Call with O. Katz re Rule 2004 application (.2); call with J. Stang re same (.1); call with A. Caine re same (.2). | 0.50 | 1,150.00 | $575.00 |
| 11/05/2023 | GNB | BL | Prepare for Rule 2004 meet and confer tomorrow. | 0.10 | 975.00 | $97.50 |
| 11/06/2023 | AWC | BL | Call with Debtor counsel and team regarding 2004 motion (.90); read confidentiality drafts and emails with Debtor counsel thereon (.40); call with SMRH regarding 2004 application (.20); review/revise application (.30); and emails with team thereon (.10). | 1.90 | 1,395.00 | $2,650.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     6
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/2023 | BMM | BL | Discussion of discovery (with Debtor's counsel in part). | 0.90 | 875.00 | $787.50 |
| 11/06/2023 | GNB | BL | PSZJ call regarding Rule 2004 application (.7); including meet and confer with Debtor's counsel (.9). | 1.60 | 975.00 | $1,560.00 |
| 11/06/2023 | JIS | BL | Call with Debtor and PSZJ attorneys regarding Rule 2004 exam (partial). | 0.70 | 1,695.00 | $1,186.50 |
| 11/07/2023 | AWC | BL | Emails with team regarding 2004 application and review revised application. | 0.20 | 1,395.00 | $279.00 |
| 11/07/2023 | BMM | BL | Communications with team regarding upcoming filings. | 0.70 | 875.00 | $612.50 |
| 11/07/2023 | BMM | BL | Communications with D. Grassgreen, D. Hinojosa, and G. Brown regarding 2004 motion and edits. | 0.50 | 875.00 | $437.50 |
| 11/07/2023 | DG | BL | Review and comment on application for 2004 Order and attachments. | 0.70 | 1,550.00 | $1,085.00 |
| 11/07/2023 | GNB | BL | Revise Rule 2004 ex parte application. | 0.40 | 975.00 | $390.00 |
| 11/08/2023 | AWC | BL | Review revised 2004 application and emails with team and Burns Bair thereon (.40); read 2004 opposition and emails with team thereon (.80). | 1.20 | 1,395.00 | $1,674.00 |
| 11/08/2023 | BMM | BL | Review insurance discovery demands. | 0.80 | 875.00 | $700.00 |
| 11/08/2023 | GNB | BL | Review J. Bair email regarding Rule 2004 document request; email with B. Michael regarding same. | 0.10 | 975.00 | $97.50 |
| 11/08/2023 | GNB | BL | Revise Rule 2004 ex parte application. | 0.20 | 975.00 | $195.00 |
| 11/09/2023 | JIS | BL | Brief review of objection to Rule 2004 exam and email to PSZJ re same. | 0.10 | 1,695.00 | $169.50 |
| 11/09/2023 | JIS | BL | Call with media regarding Rule 2004 exam application. | 0.20 | 1,695.00 | $339.00 |
| 11/10/2023 | AWC | BL | Call with J. Stang and emails with SMRH regarding 2004 application. | 0.20 | 1,395.00 | $279.00 |
| 11/10/2023 | JIS | BL | Call with J. Lucas regarding outcome of 11.09 hearing. | 0.50 | 1,695.00 | $847.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:      7
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2023 | AWC | BL | Read transcript of 11/9 hearing regarding 2004 application (.20); call with SMRH regarding 2004 application (.50); emails with team regarding 2004 next steps (.30); review 2004 application (.40). | 1.40 | 1,395.00 | $1,953.00 |
| 11/13/2023 | BMM | BL | Meet and confer with Debtor's counsel regarding discovery. | 0.70 | 875.00 | $612.50 |
| 11/16/2023 | AWC | BL | Emails and call with team, BB and BRG regarding discovery and review proposed priorities. | 0.60 | 1,395.00 | $837.00 |
| 11/16/2023 | BMM | BL | Prepare chart of priority discovery requests. | 0.80 | 875.00 | $700.00 |
| 11/16/2023 | GNB | BL | Prioritize document review requests as part of meet and confer with Debtor. | 0.20 | 975.00 | $195.00 |
| 11/17/2023 | AWC | BL | Emails with team regarding discovery priorities and review lists (.50); emails with SMRH regarding discovery (.30). | 0.80 | 1,395.00 | $1,116.00 |
| 11/20/2023 | AWC | BL | Emails with SMRH, team and BRG regarding 2004 discovery, meet and confer. | 0.40 | 1,395.00 | $558.00 |
| 11/20/2023 | GNB | BL | Review emails from A. Caine and A. Cottrell regarding Committee's staged Rule 2004 document requests. | 0.10 | 975.00 | $97.50 |
| 11/27/2023 | AWC | BL | Call with state court counsel regarding discovery issues (.90); emails with BRG regarding discovery issues (.20); call with SMRH, BRG and B. Riley regarding accounting discovery (.90); read rulings regarding privilege claims/discovery (.40). | 1.40 | 1,395.00 | $1,953.00 |
| 11/27/2023 | BMM | BL | Meeting with Archdiocese regarding discovery issues (.9); prepare for same (.1). | 1.00 | 875.00 | $875.00 |
| 11/28/2023 | AWC | BL | Call with J. Stang regarding 2004 application, strategy. | 0.20 | 1,395.00 | $279.00 |
| 11/29/2023 | AWC | BL | Read debtor status report regarding 2004 application and review related emails/pleadings (.50); draft/revise status conference report/response (1.20). | 1.70 | 1,395.00 | $2,371.50 |
| 11/29/2023 | BMM | BL | Draft response to 2004 status update. | 1.00 | 875.00 | $875.00 |
| 11/29/2023 | JIS | BL | Review Debtor's status report on Rule 2004 exam and review/revise Committee status report re same. | 0.40 | 1,695.00 | $678.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/29/2023 | JIS | BL | Review of B. Michael edits to Committee status report on Rule 2004 exam. | 0.10 | 1,695.00 | $169.50 |
| 11/30/2023 | AWC | BL | Review pleadings and tentative ruling to prepare for omnibus hearing regarding 2004 application (.50); read Debtor's Counsel's edits to protective order and review/further revise and emails with team thereon (.70). | 1.20 | 1,395.00 | $1,674.00 |
| 11/30/2023 | BMM | BL | Review draft protective order. | 0.40 | 875.00 | $350.00 |
| 11/30/2023 | BMM | BL | Call with J. Stang and A. Caine (in part) regarding hearing on 2004 motion. | 0.30 | 875.00 | $262.50 |
| 11/30/2023 | GNB | BL | Review J. Stang email regarding Rule 2004 docket order and today's hearing on Committee Rule 2004 motion. | 0.10 | 975.00 | $97.50 |
| | | | | **25.90** | | **$31,680.50** |

### Case Administration

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2023 | GNB | CA | Email with P. Pascuzzi regarding Omni service of Committee's papers. | 0.10 | 975.00 | $97.50 |
| 11/03/2023 | BDD | CA | Email G. Brown re Omni service of pleadings going forward. | 0.10 | 545.00 | $54.50 |
| 11/03/2023 | BDD | CA | Updates to contact list and emails N. Brown re same (.20). | 0.20 | 545.00 | $109.00 |
| 11/07/2023 | BDD | CA | Emails P. Pascuzzi's office re hearing transcripts (.10); email N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 11/09/2023 | BDD | CA | Email J. Lucas and G. Brown re hearing transcripts. | 0.10 | 545.00 | $54.50 |
| 11/13/2023 | BMM | CA | Meeting with J. Stang and O. Katz regarding case issues. | 1.00 | 875.00 | $875.00 |
| 11/13/2023 | JIS | CA | Meeting with O. Katz regarding case background. | 1.30 | 1,695.00 | $2,203.50 |
| 11/13/2023 | JIS | CA | Telephone call with J. Lucas regarding meeting with O. Katz and exclusivity motion. | 0.10 | 1,695.00 | $169.50 |
| 11/16/2023 | JIS | CA | Review motion for extension of executory contracts and accompanying declaration. | 0.10 | 1,695.00 | $169.50 |
| 11/17/2023 | BMM | CA | Call with J. Stang regarding motion to extend exclusivity. | 0.20 | 875.00 | $175.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 9
Invoice 136651
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2023 | BMM | CA | Review recent filings (exclusivity, lease rejection deadline, ordinary course professional declarations, objection to insurers' relief from stay). | 0.60 | 875.00 | $525.00 |
| 11/20/2023 | AWC | CA | Read lease and exclusivity motions and emails and calls with team thereon. | 0.60 | 1,395.00 | $837.00 |
| 11/21/2023 | BMM | CA | Communication with J. Stang regarding meeting with the Debtor and exclusivity. | 0.20 | 875.00 | $175.00 |
| 11/21/2023 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 875.00 | $350.00 |
| 11/27/2023 | BDD | CA | Email B. Jennings re 10/26 hearing transcript. | 0.10 | 545.00 | $54.50 |
| 11/27/2023 | BDD | CA | Email N. Brown re hearing transcript (10/26). | 0.10 | 545.00 | $54.50 |
| 11/28/2023 | BDD | CA | Review docket and update critical dates memo re same (.70); email PSZJ team re same (.10); emails B. Anavim and M. Kulick re same (.10). | 0.90 | 545.00 | $490.50 |
|  |  |  |  | 6.30 |  | $6,503.50 |

**Claims Administration and Objections**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/01/2023 | BMM | CO | Draft objection to bar date motion (with J. Stang in part). | 1.00 | 875.00 | $875.00 |
| 11/01/2023 | BMM | CO | Revise bar date objection (with J. Stang in part). | 2.20 | 875.00 | $1,925.00 |
| 11/01/2023 | BMM | CO | Revise bar date objection (with J. Stang in part). | 0.20 | 875.00 | $175.00 |
| 11/01/2023 | BMM | CO | Revise bar date objection. | 0.50 | 875.00 | $437.50 |
| 11/01/2023 | BMM | CO | Call with UST and J. Lucas regarding bar date order. | 0.40 | 875.00 | $350.00 |
| 11/01/2023 | DG | CO | Review and edit opposition to bar date motion (.9); review and comment on revised claim form (.3). | 1.20 | 1,550.00 | $1,860.00 |
| 11/01/2023 | DG | CO | Correspond to and from J. Stang re: bar date motion and issues. | 0.20 | 1,550.00 | $310.00 |
| 11/01/2023 | JIS | CO | Review draft bar date objection. | 0.20 | 1,695.00 | $339.00 |
| 11/01/2023 | JIS | CO | Telephone call with B. Michael regarding bar date objection. | 0.80 | 1,695.00 | $1,356.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     10
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2023 | BMM | CO | Revise bar date objection. | 0.80 | 875.00 | $700.00 |
| 11/02/2023 | BMM | CO | Call with J. Stang regarding bar date objection. | 0.30 | 875.00 | $262.50 |
| 11/02/2023 | BMM | CO | Revise bar date objection. | 1.70 | 875.00 | $1,487.50 |
| 11/02/2023 | JIS | CO | Call with B. Michael regarding bar date objection. | 0.30 | 1,695.00 | $508.50 |
| 11/03/2023 | JIS | CO | Review insurers' objection to bar date motion. | 0.30 | 1,695.00 | $508.50 |
| 11/04/2023 | BMM | CO | Analyze bar date language and potential fraud issues. | 0.90 | 875.00 | $787.50 |
| 11/04/2023 | BMM | CO | Call with J. Stang regarding bar date objection. | 0.10 | 875.00 | $87.50 |
| 11/06/2023 | BMM | CO | Review Judge's preliminary comments on bar date. | 0.30 | 875.00 | $262.50 |
| 11/06/2023 | BMM | CO | Call with J. Stang regarding Judge's preliminary comments on bar date. | 0.40 | 875.00 | $350.00 |
| 11/06/2023 | DG | CO | Review Court Order on Proof of Claim form (.3); review J. Stang email re: same (.1). | 0.40 | 1,550.00 | $620.00 |
| 11/06/2023 | JIS | CO | Review Court's preliminary statement on bar date order and draft email to state court counsel regarding same. | 1.10 | 1,695.00 | $1,864.50 |
| 11/07/2023 | BMM | CO | Call with J. Stang and P. Pascuzzi (in part) regarding bar date. | 0.90 | 875.00 | $787.50 |
| 11/07/2023 | BMM | CO | Review Debtor's changes to bar date proposed order (.3); revise same (.4); send revisions with cover email to P. Pascuzzi (.2). | 0.90 | 875.00 | $787.50 |
| 11/07/2023 | BMM | CO | Prepare outline for bar date hearing. | 0.60 | 875.00 | $525.00 |
| 11/07/2023 | JIS | CO | Call J. Lucas regarding bar date issue on use of statement. | 0.40 | 1,695.00 | $678.00 |
| 11/07/2023 | JIS | CO | Call with B. Michael and P. Pascuzzi (partial) regarding bar date issues. | 0.90 | 1,695.00 | $1,525.50 |
| 11/07/2023 | JIS | CO | Call J. Anderson regarding bar date issues. | 0.20 | 1,695.00 | $339.00 |
| 11/07/2023 | JIS | CO | Telephone call to B. Michael regarding confidentiality provisions of bar date order. | 0.10 | 1,695.00 | $169.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    11
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2023 | JWL | CO | Review Court's tentative re bar date motion (.4); review Committee objection (.4); call with J. Stang re same (.4); review first day hearing transcript re bar date motion comments from court (.9); review referenced case law re same (.8). | 2.90 | 1,150.00 | $3,335.00 |
| 11/08/2023 | BMM | CO | Review status report and updated bar date documents. | 0.60 | 875.00 | $525.00 |
| 11/09/2023 | BMM | CO | Send J. Stang notes for bar date hearing. | 0.60 | 875.00 | $525.00 |
| 11/09/2023 | BMM | CO | Call with M. Weiss regarding bar date order. | 0.30 | 875.00 | $262.50 |
| 11/09/2023 | BMM | CO | Call with J. Stang regarding bar date objection. | 0.20 | 875.00 | $175.00 |
| 11/09/2023 | BMM | CO | Call with A. Frankel regarding claims confidentiality. | 0.30 | 875.00 | $262.50 |
| 11/09/2023 | BMM | CO | Calls with insurers and J. Stang regarding sexual abuse supplement question. | 0.30 | 875.00 | $262.50 |
| 11/09/2023 | BMM | CO | Call with J. Stang regarding hearing on bar date. | 0.30 | 875.00 | $262.50 |
| 11/09/2023 | BMM | CO | Call with J. Stang regarding bar date objection. | 0.80 | 875.00 | $700.00 |
| 11/09/2023 | JIS | CO | Review audio tape of 11.09 hearing to address issues in draft bar date order and notes regarding changes. | 0.80 | 1,695.00 | $1,356.00 |
| 11/09/2023 | JIS | CO | Prepare for 11.09 hearing: review status report from Debtor, insurer objection, Committee objection and prepare notes for argument. | 2.60 | 1,695.00 | $4,407.00 |
| 11/09/2023 | JIS | CO | Call with B. Michael (2x) regarding negotiations with insurers on bar date motion. | 0.30 | 1,695.00 | $508.50 |
| 11/09/2023 | JIS | CO | Calll with I. Scharf regarding Diocese of Ogdensburg precedent regarding access to proofs of claim. | 0.20 | 1,695.00 | $339.00 |
| 11/09/2023 | JIS | CO | Call with J. Lucas regarding issues related to bar date hearing. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | CO | Review audio tape of hearing regarding issues related to bar date order. | 0.60 | 1,695.00 | $1,017.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    12
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2023 | JIS | CO | Call with Debtor's counsel as follow up to 11.09 hearing. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | CO | Call with media regarding 11.09 hearing. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | CO | Call with B. Michael regarding open question in voluntary submission. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | CO | Call with P. Pascuzzi regarding proposed changes to bar date order. | 0.20 | 1,695.00 | $339.00 |
| 11/13/2023 | BMM | CO | Review draft order and unofficial hearing transcript. | 0.80 | 875.00 | $700.00 |
| 11/13/2023 | GNB | CO | Call with J. Stang regarding proposed bar date order. | 0.10 | 975.00 | $97.50 |
| 11/14/2023 | GNB | CO | Call with J. Stang regarding proposed bar date order. | 0.10 | 975.00 | $97.50 |
| 11/14/2023 | JIS | CO | Call with P. Pascuzzi regarding bar date order. | 0.10 | 1,695.00 | $169.50 |
| 11/14/2023 | JIS | CO | Review C. Sugayan email regarding notice question and draft response to same. | 0.40 | 1,695.00 | $678.00 |
| 11/14/2023 | JIS | CO | Review Debtor's email regarding bar date order and email message in response. | 0.10 | 1,695.00 | $169.50 |
| 11/14/2023 | JIS | CO | Review and edit draft letter to Judge Montali regarding unresolved question for claim form. | 0.20 | 1,695.00 | $339.00 |
| 11/14/2023 | JIS | CO | Review of proposed order on bar date and email from insurer regarding the change. | 0.10 | 1,695.00 | $169.50 |
| 11/16/2023 | JIS | CO | Review and forward email regarding addressees of bar date motion. | 0.10 | 1,695.00 | $169.50 |
| 11/16/2023 | JIS | CO | Draft email to Committee and state court counsel regarding ruling on bar date motion question, including review of prior emails regarding dispute over question. | 0.20 | 1,695.00 | $339.00 |
| 11/16/2023 | JIS | CO | Call with B. Michael regarding final edits to bar date pleadings as requested by Debtor. | 0.20 | 1,695.00 | $339.00 |
| 11/17/2023 | BMM | CO | Call with J. Stein regarding bar date order. | 0.30 | 875.00 | $262.50 |
| 11/18/2023 | BMM | CO | Communications with non-Committee SCC regarding bar date noticing. | 1.00 | 875.00 | $875.00 |
| 11/20/2023 | GNB | CO | Supplement list of state court lawyers to contact Debtor's counsel regarding mailing of bar date notice packages. | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     13
Invoice 136651
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2023 | JWL | CO | Respond to B. Michael regarding emails for bar date service info (1.5). | 1.50 | 1,150.00 | $1,725.00 |
| 11/22/2023 | AWC | CO | Read bar date order. | 0.50 | 1,395.00 | $697.50 |
| 11/22/2023 | BMM | CO | Emails with non-Committee SCC regarding bar date and noticing. | 1.50 | 875.00 | $1,312.50 |
| 11/29/2023 | AWC | CO | Read served bar date notices. | 0.30 | 1,395.00 | $418.50 |
|  |  |  |  | **36.60** |  | **$43,782.00** |

**PSZJ Compensation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2023 | GNB | CP | Call with B. Michael regarding Committee professionals' monthly fee statements (.1); review Committee member email regarding same, email J. Lucas regarding same, and email L. Gardiazabal regarding same (.1). | 0.20 | 975.00 | $195.00 |
| 11/14/2023 | GNB | CP | Edit PSZJ September 2023 bill. | 0.10 | 975.00 | $97.50 |
| 11/15/2023 | GNB | CP | Edit PSZJ bill for September - October 2023. | 0.40 | 975.00 | $390.00 |
| 11/16/2023 | GNB | CP | Edit PSZJ September/October 2023 bill. | 0.20 | 975.00 | $195.00 |
| 11/17/2023 | LHP | CP | Draft PSZJ application for compensation. | 1.50 | 545.00 | $817.50 |
| 11/20/2023 | GNB | CP | Edit PSZJ October 2023 bill. | 0.10 | 975.00 | $97.50 |
| 11/21/2023 | GNB | CP | Edit PSZJ October 2023 bill. | 0.50 | 975.00 | $487.50 |
| 11/26/2023 | GNB | CP | Edit PSZJ October 2023 bill. | 0.40 | 975.00 | $390.00 |
| 11/28/2023 | GNB | CP | Revise PSZJ monthly fee statement template (.5); Edit PSZJ monthly fee statement for September 2023 (.1). | 0.60 | 975.00 | $585.00 |
| 11/29/2023 | BDD | CP | Email G. Brown re PSZJ 1st quarterly fee application. | 0.10 | 545.00 | $54.50 |
| 11/29/2023 | BDD | CP | Email G. Brown re monthly billing statements and emails to billing subcommittee. | 0.10 | 545.00 | $54.50 |
| 11/29/2023 | GNB | CP | Further edit PSZJ September monthly fee application; email B. Dassa regarding first interim fee application template. | 0.10 | 975.00 | $97.50 |
|  |  |  |  | **4.30** |  | **$3,461.50** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     14
Invoice 136651
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Compensation** | | | | | | |
| 11/28/2023 | GNB | CPO | Email BRG and BB regarding protocol with Committee's billing subcommittee. | 0.40 | 975.00 | $390.00 |
| 11/29/2023 | GNB | CPO | Call with M. Babcock regarding monthly fee statements and interim fee applications. | 0.20 | 975.00 | $195.00 |
| | | | | **0.60** | | **$585.00** |
| **First/Second Day Matters** | | | | | | |
| 11/07/2023 | BMM | FD | Review orders on first day motions. | 0.10 | 875.00 | $87.50 |
| | | | | **0.10** | | **$87.50** |
| **General Creditors' Committee** | | | | | | |
| 11/01/2023 | BMM | GC | Review Committee bylaws. | 0.10 | 875.00 | $87.50 |
| 11/01/2023 | BMM | GC | Email to SCC regarding draft bar date objection. | 0.40 | 875.00 | $350.00 |
| 11/01/2023 | JIS | GC | Call with SNAP representative regarding case status. | 0.40 | 1,695.00 | $678.00 |
| 11/01/2023 | JIS | GC | Call with SNAP representative regarding case status. | 0.40 | 1,695.00 | $678.00 |
| 11/01/2023 | JIS | GC | Call with R. Simons regarding case status. | 0.10 | 1,695.00 | $169.50 |
| 11/02/2023 | BMM | GC | Meet with co-chairs and J. Stang regarding planning for the in-person Committee meeting. | 1.10 | 875.00 | $962.50 |
| 11/02/2023 | JIS | GC | Telephone conference with Committee co-chairs to review agenda and presentation for 11.12 Committee meeting. | 1.10 | 1,695.00 | $1,864.50 |
| 11/03/2023 | BDD | GC | Email B. Michael re in-person Committee meeting. | 0.10 | 545.00 | $54.50 |
| 11/03/2023 | BDD | GC | Review signatory information for common interest agreement (.10); and emails B. Michael and N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 11/07/2023 | BDD | GC | Attend weekly state court call. | 1.00 | 545.00 | $545.00 |
| 11/07/2023 | BDD | GC | Emails B. Michael re Committee meetings (.10); call with G. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 11/07/2023 | BMM | GC | Draft presentation regarding who's who in bankruptcy for Committee. | 0.90 | 875.00 | $787.50 |

Case: 23-30564    Doc# 330    Filed: 01/19/24    Entered: 01/19/24 12:25:54    Page 17 of 30

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     15
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2023 | BMM | GC | Communications with J. Stang regarding upcoming meetings. | 0.40 | 875.00 | $350.00 |
| 11/07/2023 | BMM | GC | Call with SCC regarding bar date. | 1.80 | 875.00 | $1,575.00 |
| 11/07/2023 | JIS | GC | State court counsel call (partial attendance) regarding bar date issues and stay relief motions. | 1.00 | 1,695.00 | $1,695.00 |
| 11/08/2023 | BMM | GC | Prepare presentations for in-person Committee meeting. | 1.20 | 875.00 | $1,050.00 |
| 11/08/2023 | BMM | GC | Prepare presentations for in-person Committee meeting. | 0.50 | 875.00 | $437.50 |
| 11/08/2023 | JIS | GC | Call with R. Simons regarding issues related to bar date motion and avoidance actions. | 0.60 | 1,695.00 | $1,017.00 |
| 11/09/2023 | BMM | GC | Organize materials for in-person Committee meeting. | 0.60 | 875.00 | $525.00 |
| 11/09/2023 | JIS | GC | Review letter to Archbishop from SNAP. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | GC | Call with B. Michael to review and revise powerpoint presentation for Committee meeting. | 0.50 | 1,695.00 | $847.50 |
| 11/12/2023 | BMM | GC | Preparation for in-person Committee meeting. | 2.00 | 875.00 | $1,750.00 |
| 11/12/2023 | BMM | GC | In-person meeting with the Committee regarding ongoing case issues. | 3.80 | 875.00 | $3,325.00 |
| 11/12/2023 | JIS | GC | Meeting with Committee; (3.8); prepare for meeting (.4). | 4.20 | 1,695.00 | $7,119.00 |
| 11/13/2023 | BMM | GC | Communication with the Committee regarding review of Committee professionals' fees. | 0.20 | 875.00 | $175.00 |
| 11/13/2023 | JIS | GC | Meeting with A. Hall regarding case background. | 1.20 | 1,695.00 | $2,034.00 |
| 11/15/2023 | BMM | GC | Review draft email to Committe and draft joinder regarding insurance motion to dismiss. | 0.30 | 875.00 | $262.50 |
| 11/22/2023 | BMM | GC | Email from SCC regarding claimant issue. | 0.50 | 875.00 | $437.50 |
| 11/27/2023 | BDD | GC | Participate on call with state court counsel. | 1.00 | 545.00 | $545.00 |
| 11/27/2023 | BMM | GC | Participate in SCC meeting regarding ongoing case issues (1.0); prepare for call (.10) | 1.10 | 875.00 | $962.50 |
| 11/28/2023 | GNB | GC | Email Committee's billing subcommittee regarding PSZJ September 2023 bill. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    16
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/28/2023 | JIS | GC | Call with state court counsel regarding pending motions and case strategy issues. | 1.10 | 1,695.00 | $1,864.50 |
| 11/28/2023 | JIS | GC | Call B. Michael as follow up to state court counsel call. | 0.20 | 1,695.00 | $339.00 |
| 11/29/2023 | BMM | GC | Call with G. Brown regarding Committee. | 0.20 | 875.00 | $175.00 |
| 11/29/2023 | GNB | GC | Call with B. Michael regarding Committee issues. | 0.20 | 975.00 | $195.00 |
| 11/29/2023 | GNB | GC | Email with Committee member regarding billing questions. | 0.10 | 975.00 | $97.50 |
| 11/30/2023 | BMM | GC | Meeting with Committee regarding ongoing case issues (1.0); prepare for meeting (.10). | 1.10 | 875.00 | $962.50 |
| | | | | **30.10** | | **$34,500.50** |

**Hearings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/2023 | BMM | HE | Participate in hearing on bar date order. | 2.50 | 875.00 | $2,187.50 |
| 11/09/2023 | JIS | HE | Attend hearing bar date. | 2.50 | 1,695.00 | $4,237.50 |
| 11/30/2023 | BMM | HE | Participate in hearing on relief from stay and possible discovery issues. | 0.10 | 875.00 | $87.50 |
| | | | | **5.10** | | **$6,512.50** |

**Mediation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2023 | GNB | ME | Review J. Stang email regarding mediation. | 0.10 | 975.00 | $97.50 |
| 11/02/2023 | JIS | ME | Draft email to state court counsel regarding mediation nominee. | 0.40 | 1,695.00 | $678.00 |
| 11/02/2023 | JIS | ME | Review mediator nominee website (.10); and draft email to state court counsel re same (.30). | 0.40 | 1,695.00 | $678.00 |
| 11/29/2023 | JIS | ME | Call to C. Sontchi regarding mediation role. | 0.10 | 1,695.00 | $169.50 |
| 11/29/2023 | JIS | ME | Call with R. Simons regarding mediator selection. | 0.10 | 1,695.00 | $169.50 |
| | | | | **1.10** | | **$1,792.50** |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2023 | JIS | PD | Call with P. Pascuzzi regarding exclusivity motion. | 0.10 | 1,695.00 | $169.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    17
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/16/2023 | JIS | PD | Review motion for extension of plan (.1); exclusivity and accompanying declaration and email to PSZJ re same (.1). | 0.20 | 1,695.00 | $339.00 |
| | | | | **0.30** | | **$508.50** |

**Other Professional Retention**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2023 | JIS | RPO | Call J. Lucas regarding nomination of fee examiner. | 0.20 | 1,695.00 | $339.00 |
| 11/07/2023 | BDD | RPO | Email B. Michael re Burns Bair retention application. | 0.10 | 545.00 | $54.50 |
| 11/08/2023 | BDD | RPO | Review and revise Burns Bair retention application, declarations, and order (1.30); email B. Michael re same (.10). | 1.40 | 545.00 | $763.00 |
| | | | | **1.70** | | **$1,156.50** |

**Stay Litigation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2023 | BMM | SL | Review insurers' motion for relief from stay and attached exhibits. | 1.00 | 875.00 | $875.00 |
| 11/08/2023 | BDD | SL | Emails B. Anavim re continued hearing on Victoria Castro's motion for relief from stay. | 0.10 | 545.00 | $54.50 |
| 11/22/2023 | AWC | SL | Read insurer stay relief motion (and underlying documents) and notice of continued hearing. | 0.60 | 1,395.00 | $837.00 |
| | | | | **1.70** | | **$1,766.50** |

**Travel**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2023 | BMM | TR | Travel to SF for in person meeting (partial). | 3.40 | 875.00 | N/C |
| 11/12/2023 | JIS | TR | Travel from Los Angeles to San Francisco for Committee meeting. | 4.50 | 1,695.00 | N/C |
| 11/13/2023 | JIS | TR | Travel from San Francisco to Los Angeles from Committee meeting. | 3.50 | 1,695.00 | N/C |
| 11/14/2023 | BMM | TR | Travel home from SF from in-person meeting. | 5.00 | 875.00 | N/C |
| | | | | **16.40** | | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$133,844.50**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    18

Invoice 136651

November 30, 2023

**Expenses**

| 11/02/2023 | AF | American Airlines, Tkt 00180564046795, Full refundable coach airfare , SF/LAX for meeting on 11/12 with Committee members, JIS | 440.90 |
|---|---|---|---|
| 11/02/2023 | LN | 05068.00002 Lexis Charges for 11-02-23 | 14.06 |
| 11/06/2023 | PO | UPS Store - Mail item to Maricar (Joe George Jr. Law) BMM | 17.77 |
| 11/07/2023 | TE | Travel Expense - travel agency fee, JIS | 50.00 |
| 11/09/2023 | OS | Amazon - COVID tests for Committee meeting, BMM | 100.83 |
| 11/09/2023 | TR | Sonix. ai transcript for hearing on 11/9, SLL | 12.06 |
| 11/10/2023 | AT | Lyft from Airport, BMM (to Committee meeting) | 46.44 |
| 11/10/2023 | BM | SSP America, Lunch at airport, BMM | 22.98 |
| 11/10/2023 | MC | Amazon, name tent cards. | 18.87 |
| 11/12/2023 | AT | UBER, Steve Moreno | 85.08 |
| 11/12/2023 | AT | United Taxi, Steve Moreno | 40.00 |
| 11/12/2023 | AT | Lyft from in-person meeting, BMM | 31.73 |
| 11/12/2023 | AT | Uber, JIS | 28.94 |
| 11/12/2023 | BM | Boudin - breakfast, BMM | 34.88 |
| 11/12/2023 | BM | Twyne, dinner, BMM | 13.03 |
| 11/13/2023 | AT | Uber, JIS | 51.46 |
| 11/13/2023 | AT | Uber, JIS | 7.49 |
| 11/13/2023 | AT | Uber, JIS | 49.95 |
| 11/13/2023 | BM | LAX Sky Coffee Bean, JIS | 7.56 |
| 11/13/2023 | TE | Oakland Clubhouse, Steve Moreno. | 31.75 |
| 11/14/2023 | AT | Lyft to Airport, BMM | 49.21 |
| 11/14/2023 | HT | Luma Hotel San Francisco for in-person meeting, BMM | 1,970.91 |
| 11/15/2023 | TR | eLitigation, Inv. 12152 | 435.00 |
| 11/16/2023 | BM | Coqueta - Committee Dinner without professionals, BMM | 377.77 |
| 11/16/2023 | TE | Airport parking, BMM | 135.00 |
| 11/16/2023 | TR | Transcription of continuation of 341a meeting on Oct. 12, 2023 | 984.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     19
Invoice 136651
November 30, 2023

| | | | |
|---|---|---|---|
| 11/16/2023 | TR | elitigation Services, Inc. Inv. 12153 - charge to obtain copy of audio of 10/12/23 341a meeting | 185.00 |
| 11/24/2023 | TR | Escribers, Inv. 837517, BDD | 206.80 |
| 11/30/2023 | PAC | Pacer - Court Research | 49.40 |

**Total Expenses for this Matter**            **$5,499.37**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     20
Invoice 136651
November 30, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  11/30/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $71,958.50 | $63.06 | $72,021.56 |
| 135996 | 10/31/2023 | $193,022.00 | $2,226.07 | $195,248.07 |

**Total Amount Due on Current and Prior Invoices:**          **$406,613.50**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

1  STATE OF CALIFORNIA )
                                          )
2  CITY OF LOS ANGELES )

3      I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
4  California. I am over the age of 18 and not a party to the within action; my business address is 10100
   Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5      On January 19, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE**
6  **STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (NOVEMBER 2023)** in the
   manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On January 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. The Honorable Judge Dennis Montali United States Bankruptcy Court Northern District of California 450 Golden Gate Avenue, 16th Floor San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. See Attached |

21     I declare under penalty of perjury, under the laws of the State of California and the United
22  States of America that the foregoing is true and correct.

23     Executed on January 19, 2024, at Los Angeles, California.

24

25                                          */s/ Maria R. Viramontes*
                                          Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

1    Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
2    daniel.james@clydeco.us

3    Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
4    chris.johnson@diamondmccarthy.com

5    Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
6    jkahane@duanemorris.com

7    Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
8

     Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
9    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

10    John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
11

     Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
12    bluu@duanemorris.com

13    Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
     pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
14

     Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
15    AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

16    Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
17    amina@duanemorris.com

18    Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
19    michael.norton@clydeco.us, nancy.lima@clydeco.us

20    Office of the U.S. Trustee / SF
     USTPRegion17.SF.ECF@usdoj.gov
21

     Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
22    ppascuzzi@ffwplaw.com, docket@ffwplaw.com

23    Mark D. Plevin on behalf of Interested Party Continental Casualty Company
     mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
24

     Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
25    dbp@provlaw.com

26    Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
27    nreinhardt@duanemorris.com

28    Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     jrios@ffwplaw.com, docket@ffwplaw.com

1

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
2   mroberts@phrd.com

3   Annette Rolain on behalf of Interested Party First State Insurance Company
    arolain@ruggerilaw.com
4

Cheryl C. Rouse on behalf of Creditor Victoria Castro
5   rblaw@ix.netcom.com

6   Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
    phillip.shine@usdoj.gov
7

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
8   jstang@pszjlaw.com

9   Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London
    and Certain London Market Companies
10   catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

11   Joshua D Weinberg on behalf of Interested Party First State Insurance Company
    jweinberg@ruggerilaw.com
12

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
13   mweiss@phrd.com

14   Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
    hwinsberg@phrd.com
15

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
16   Companies
    yongli.yang@clydeco.us

17

18

19

20

21

22

23

24

25

26

27

28

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| | | | | | |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |