James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
dgrassgreen@pszjlaw.com
gbrown@pszjlaw.com
bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (DECEMBER 2023)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period December 1, 2023 to December 31, 2023 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2023 – December 31, 2023 | $70,996.50[1] | $1,177.95 | $72,174.45 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $56,797.20 | $1,177.95 | $57,975.15 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated: January 19, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $75,244.00 during the Fee Period but seeks compensation only for $70,996.50. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks be reimbursed by the Debtor according to its customary reimbursement policies, *provided, however,* that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $75,244.00) and a blended hourly rate of $1,050 (here, $70,996.50). Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

## **EXHIBIT 1**

### ABBREVIATIONS KEY:

BB = Burns Bair LLP
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Archdiocese of SF O.C.C.

December 31, 2023
Invoice    136655
Client     05068.00002

RE:  Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2023

| | |
|---|---:|
| FEES | $75,244.00 |
| EXPENSES | $1,177.95 |
| COURTESY DISCOUNT | -$4,247.50 |
| **TOTAL CURRENT CHARGES** | **$72,174.45** |
| **BALANCE FORWARD** | **$407,969.50** |
| **TOTAL BALANCE DUE** | **$480,143.95** |

Doc# 431     Filed 09/24/24     Entered 01/19/24 16:31     Page 4 of 27

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     2

Invoice 136655

December 31, 2023

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,395.00 | 14.70 | $20,506.50 |
| JIS | Stang, James I. | Partner | 1,695.00 | 8.30 | $14,068.50 |
| BMM | Michael, Brittany Mitchell | Counsel | 875.00 | 31.70 | $27,737.50 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 8.40 | $8,190.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 8.70 | $4,741.50 |
| | | | | 71.80 | $75,244.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     3
Invoice 136655
December 31, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 0.70 | $612.50 |
| BL | Bankruptcy Litigation | 49.80 | $53,720.00 |
| CA | Case Administration | 3.90 | $2,851.50 |
| CP | PSZJ Compensation | 3.60 | $3,209.00 |
| CPO | Other Professional Compensation | 0.60 | $456.00 |
| GC | General Creditors' Committee | 7.20 | $7,972.00 |
| HE | Hearings | 0.40 | $514.00 |
| IC | Insurance Coverage | 2.00 | $2,652.00 |
| ME | Mediation | 0.80 | $856.00 |
| PD | Plan and Disclosure Statement | 0.20 | $194.00 |
| RPO | Other Professional Retention | 1.90 | $1,250.50 |
| SL | Stay Litigation | 0.70 | $956.50 |
| | | 71.80 | $75,244.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     4
Invoice 136655
December 31, 2023

## Summary of Expenses

| Description | Amount |
|---|---:|
| Court Fees | $317.00 |
| Litigation Support Vendors | $193.55 |
| Pacer - Court Research | $103.60 |
| Reproduction Expense | $9.60 |
| Reproduction Scan Expense | $4.30 |
| Transcript | $549.90 |
| | $1,177.95 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     5
Invoice 136655
December 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 12/08/2023 | BMM | AA | Emails with BRG regarding potential assets to investigate. | 0.70 | 875.00 | $612.50 |
| | | | | **0.70** | | **$612.50** |
| **Bankruptcy Litigation** | | | | | | |
| 12/01/2023 | AWC | BL | Emails with team regarding protective order stipulation, revisions and review edits. | 0.70 | 1,395.00 | $976.50 |
| 12/01/2023 | BMM | BL | Revise protective order. | 1.10 | 875.00 | $962.50 |
| 12/01/2023 | GNB | BL | Review email from S. Gersten regarding Committee Rule 2004 document requests. | 0.10 | 975.00 | $97.50 |
| 12/01/2023 | JIS | BL | Review and comment on proposed confidentiality agreement. | 0.60 | 1,695.00 | $1,017.00 |
| 12/01/2023 | JIS | BL | Call with A. Caine and B. Michael regarding hearing on Rule 2004 application. | 0.20 | 1,695.00 | $339.00 |
| 12/02/2023 | GNB | BL | Review emails from J. Stang and A. Caine regarding meet and confer with Debtor's counsel concerning Committee Rule 2004 document requests. | 0.10 | 975.00 | $97.50 |
| 12/04/2023 | AWC | BL | Read debtor email response regarding document requests and review requests (.50); emails with SMRH regarding requests (.30); emails with team and BRG regarding response, protective order (.30). | 1.10 | 1,395.00 | $1,534.50 |
| 12/04/2023 | BMM | BL | Respond to Debtor's questions regarding discovery requests. | 1.20 | 875.00 | $1,050.00 |
| 12/04/2023 | GNB | BL | Review emails between PSZJ and Debtor's counsel re Rule 2004 requests, confidentiality of insurance documents, and protective order. | 0.10 | 975.00 | $97.50 |
| 12/04/2023 | GNB | BL | Email PSZJ team regarding insurance document production from Debtor's counsel. | 0.20 | 975.00 | $195.00 |
| 12/04/2023 | JIS | BL | Call with J. Lucas re case status and discovery issues. | 0.20 | 1,695.00 | $339.00 |
| 12/05/2023 | AWC | BL | Review protective order drafts (.50); emails with SMRH and team regarding documents, production, protective order (.20); review and revise response re document requests (.60). | 1.30 | 1,395.00 | $1,813.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     6
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2023 | BDD | BL | Email G. Brown re production log. | 0.10 | 545.00 | $54.50 |
| 12/05/2023 | BMM | BL | Call with Debtor's counsel regarding protective order. | 0.90 | 875.00 | $787.50 |
| 12/05/2023 | GNB | BL | Email Burns Bair regarding insurance-related document production from Debtor (.1); email with PSZJ team regarding Everlaw set up (.1). | 0.20 | 975.00 | $195.00 |
| 12/05/2023 | GNB | BL | Email with J. Bair regarding insurance document review; review emails between PSZJ and Debtor's counsel regarding meet and confer; email with B. Michael regarding Everlaw setup. | 0.10 | 975.00 | $97.50 |
| 12/05/2023 | JIS | BL | Review B. Michael comments to chart for discovery discussions. | 0.30 | 1,695.00 | $508.50 |
| 12/06/2023 | AWC | BL | Emails with SMRH regarding document productions and emails with team thereon. | 0.30 | 1,395.00 | $418.50 |
| 12/06/2023 | BDD | BL | Prepare shell production log per G. Brown request (.20); emails to/call with G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 12/07/2023 | AWC | BL | Review correspondence regarding 2004 application/production. | 0.30 | 1,395.00 | $418.50 |
| 12/08/2023 | AWC | BL | Emails with team regarding 2004 discovery, next steps (.70); read SNAP letter and attachments regarding financial resources/abuse claims (.40). | 1.10 | 1,395.00 | $1,534.50 |
| 12/08/2023 | BDD | BL | Revisions to draft production log (.10) and emails G. Brown and N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/08/2023 | BMM | BL | Set up Everlaw database for review of produced documents. | 0.70 | 875.00 | $612.50 |
| 12/08/2023 | BMM | BL | Meet and confer with Debtor's counsel regarding discovery. | 0.70 | 875.00 | $612.50 |
| 12/08/2023 | BMM | BL | Send summary of meet and confer to team. | 0.40 | 875.00 | $350.00 |
| 12/08/2023 | GNB | BL | Email with PSZJ team regarding discovery meet and confers; email with B. Michael regarding Everlaw. | 0.10 | 975.00 | $97.50 |
| 12/08/2023 | GNB | BL | Email with B. Dassa and N. Brown regarding tracking chart for Debtor document productions. | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    7
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2023 | AWC | BL | Emails with SMRH regarding protective order and 2004 request issues (.30); call (partial) with team regarding protective order and 2004 issues, strategy (1.0); prepare for same (.2). | 1.20 | 1,395.00 | $1,674.00 |
| 12/11/2023 | AWC | BL | Emails with team regarding 2004 issues/debtor response and review/revise response (.70); emails with BRG regarding documents (.20). | 0.90 | 1,395.00 | $1,255.50 |
| 12/11/2023 | BMM | BL | Call with G. Brown, J. Stang (in part), and A. Caine (in part) regarding discovery and other case issues. | 1.20 | 875.00 | $1,050.00 |
| 12/11/2023 | BMM | BL | Draft response to Debtor regarding discovery status. | 1.10 | 875.00 | $962.50 |
| 12/11/2023 | BMM | BL | Draft response to Debtor regarding discovery status (with M. Babcock in part). | 0.50 | 875.00 | $437.50 |
| 12/11/2023 | GNB | BL | Email with B. Michael regarding Sheppard Mullin email concerning access key; Email with S. Gersten regarding same. | 0.10 | 975.00 | $97.50 |
| 12/11/2023 | GNB | BL | Call with PSZJ team regarding Rule 2004 strategy and document utilization strategy. | 1.00 | 975.00 | $975.00 |
| 12/11/2023 | GNB | BL | Email with PSZJ team regarding protective order. | 0.10 | 975.00 | $97.50 |
| 12/11/2023 | JIS | BL | Review email to Debtor in response to email on status of discovery. | 0.10 | 1,695.00 | $169.50 |
| 12/11/2023 | JIS | BL | Call with B. Michael  A. Caine and G. Brown regarding discovery issues and Rule 2004 exam. | 1.00 | 1,695.00 | $1,695.00 |
| 12/12/2023 | AWC | BL | Emails with team regarding 2004 application issues/response (.30); emails with SMRH regarding 2004 issues (.30). | 0.60 | 1,395.00 | $837.00 |
| 12/12/2023 | BMM | BL | Read JCP confidentiality agreement. | 0.10 | 875.00 | $87.50 |
| 12/12/2023 | BMM | BL | Prepare word documents of RFPs and 2004 Order for Debtor. | 0.10 | 875.00 | $87.50 |
| 12/12/2023 | BMM | BL | Analyze issues regarding to protective orders from the Diocese of Oakland case. | 1.70 | 875.00 | $1,487.50 |
| 12/12/2023 | BMM | BL | Analyze Debtor's discovery update. | 1.00 | 875.00 | $875.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 8

Invoice 136655

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/13/2023 | AWC | BL | Read and analyze Debtor status report regarding 2004 application (.50); call/emails with team regarding response and protective order (.20); and revise documents and status report (1.0); call with SMRH regarding 2004 issues (.60). | 2.30 | 1,395.00 | $3,208.50 |
| 12/13/2023 | BMM | BL | Draft response to 2004 status update. | 0.50 | 875.00 | $437.50 |
| 12/13/2023 | BMM | BL | Call with A. Caine regarding protective order. | 0.20 | 875.00 | $175.00 |
| 12/13/2023 | BMM | BL | Call with Debtor's counsel regarding protective order. | 0.70 | 875.00 | $612.50 |
| 12/13/2023 | BMM | BL | Revise Committee's document requests to Debtor (with M. Babcock in part). | 2.40 | 875.00 | $2,100.00 |
| 12/13/2023 | BMM | BL | Draft response to 2004 status update. | 2.40 | 875.00 | $2,100.00 |
| 12/13/2023 | BMM | BL | Revise response to 2004 status update. | 1.80 | 875.00 | $1,575.00 |
| 12/13/2023 | GNB | BL | Email with PSZJ and BRG regarding edits to protective order. | 0.10 | 975.00 | $97.50 |
| 12/13/2023 | JIS | BL | Call B. Michael for update on status of meet and confer on discovery issues. | 0.20 | 1,695.00 | $339.00 |
| 12/13/2023 | JIS | BL | Review revisions to Rule 2004 order and exhibit for document produciton. | 0.30 | 1,695.00 | $508.50 |
| 12/13/2023 | JIS | BL | Review and revise reply for Rule 2004 opposition. | 0.90 | 1,695.00 | $1,525.50 |
| 12/13/2023 | JIS | BL | Review BRG and A. Caine markup of reply to Rule 2004 opposition. | 0.10 | 1,695.00 | $169.50 |
| 12/14/2023 | AWC | BL | Call with SMRH regarding 2004 application issues (.80); emails with SMRH and team regarding revised protective order, 2004 order, and review/revise orders (1.70); hearing regarding 2004 application (.30). | 2.80 | 1,395.00 | $3,906.00 |
| 12/14/2023 | BMM | BL | Prepare for hearing on 2004. | 0.40 | 875.00 | $350.00 |
| 12/14/2023 | BMM | BL | Revise proposed 2004 order and send to Debtor. | 0.40 | 875.00 | $350.00 |
| 12/14/2023 | JIS | BL | Review Debtor's revised protective order. | 0.20 | 1,695.00 | $339.00 |
| 12/14/2023 | JIS | BL | Call with B. Michael regarding Rule 2004 hearing and revisions to protective order received from Debtor. | 0.20 | 1,695.00 | $339.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    9
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2023 | AWC | BL | Review further revised protective order and emails with SMRH thereon (.20); review proposed common interest agreement regarding NorCal cases (.10); and emails with team thereon (.10). | 0.40 | 1,395.00 | $558.00 |
| 12/15/2023 | BMM | BL | Review draft protective order. | 0.40 | 875.00 | $350.00 |
| 12/15/2023 | BMM | BL | Revise proposed 2004 order and send to Debtor. | 0.20 | 875.00 | $175.00 |
| 12/15/2023 | BMM | BL | Review protective order issues from the Oakland docket. | 0.70 | 875.00 | $612.50 |
| 12/15/2023 | BMM | BL | Finalize proposed 2004 order. | 0.40 | 875.00 | $350.00 |
| 12/18/2023 | AWC | BL | Emails with SMRH regarding additional insurance documents production. | 0.20 | 1,395.00 | $279.00 |
| 12/18/2023 | BDD | BL | Email G. Brown re insurance documents produced by Debtor. | 0.10 | 545.00 | $54.50 |
| 12/18/2023 | GNB | BL | Email with B. Dassa regarding insurance documents produced; and update Everlaw permissions relating to same (.1); revise production tracking log template (.4). | 0.50 | 975.00 | $487.50 |
| 12/19/2023 | AWC | BL | Read entered protective order (.10); emails with team regarding 2004 order (.20). | 0.30 | 1,395.00 | $418.50 |
| 12/19/2023 | BDD | BL | Email A. Caine re 2004 Order (re subpoena of Archdiocese). | 0.10 | 545.00 | $54.50 |
| 12/19/2023 | BDD | BL | Emails to/Zoom conference with A. Cottrell re access to various discovery responses. | 0.30 | 545.00 | $163.50 |
| 12/19/2023 | BDD | BL | Analyze discovery produced by Debtor (.30); Everlaw research re same (.80); multiple emails to/calls with G. Brown re same (.50). | 1.60 | 545.00 | $872.00 |
| 12/19/2023 | BMM | BL | Review draft stipulation regarding credit card program (.5); send email to A. Caine and J. Stang regarding same (.2). | 0.70 | 875.00 | $612.50 |
| 12/19/2023 | GNB | BL | Email with PSZJ team regarding discovery and protective order. | 0.10 | 975.00 | $97.50 |
| 12/19/2023 | GNB | BL | Email and call with B. Dassa regarding access to Debtor document productions (.1); revise Everlaw database permissions (.1); email Committee professionals regarding same (.1). | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    10
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2023 | GNB | BL | Briefly review order granting Committee Rule 2004 application; email PSZJ team regarding same. | 0.10 | 975.00 | $97.50 |
| 12/20/2023 | AWC | BL | Emails with team regarding 2004 subpoena and review subpoena (.20); emails with client regarding protective order, procedures (.20). | 0.40 | 1,395.00 | $558.00 |
| 12/20/2023 | BDD | BL | Review Court order re Committee discovery requests (.50); email B. Anavim and M. Kulick re same (.20). | 0.70 | 545.00 | $381.50 |
| 12/20/2023 | BDD | BL | Call with/emails to Everlaw re document upload. | 0.20 | 545.00 | $109.00 |
| 12/20/2023 | BDD | BL | Revisions to document production tracker (.20) and email G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 12/20/2023 | BMM | BL | E-mails to Committee and team regarding discovery. | 0.70 | 875.00 | $612.50 |
| 12/20/2023 | GNB | BL | Review PSZJ emails regarding Rule 2004 subpoena exhibit directed to Debtor. | 0.10 | 975.00 | $97.50 |
| 12/20/2023 | GNB | BL | Revise subpoena and attachment for Rule 2004 document requests directed to Debtor. | 0.20 | 975.00 | $195.00 |
| 12/21/2023 | GNB | BL | Analyze SSC question regarding personal jurisdiction as to protective order. | 0.10 | 975.00 | $97.50 |
| 12/21/2023 | GNB | BL | Revise exhibit A to Rule 2004 subpoena to Debtor. | 1.00 | 975.00 | $975.00 |
| 12/22/2023 | AWC | BL | Review revised 2004 subpoena and emails with team thereon. | 0.40 | 1,395.00 | $558.00 |
| | | | | **49.80** | | **$53,720.00** |

## Case Administration

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2023 | BDD | CA | Email B. Jennings re 11/9 hearing transcript (.10) and call with/email N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/05/2023 | BMM | CA | Call with Debtor regarding ongoing case issues. | 0.70 | 875.00 | $612.50 |
| 12/05/2023 | BMM | CA | Call with J. Stang regarding call with Debtor's counsel and other case issues. | 0.60 | 875.00 | $525.00 |
| 12/12/2023 | BMM | CA | Meeting with O. Katz and J. Stang (in part) regarding ongoing case issues. | 0.30 | 875.00 | $262.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    11
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/2023 | BMM | CA | Call with J. Stang regarding call with O. Katz regarding case issues. | 0.20 | 875.00 | $175.00 |
| 12/13/2023 | BDD | CA | Email G. Brown re hearing transcripts. | 0.10 | 545.00 | $54.50 |
| 12/15/2023 | BDD | CA | Review extended deadline re assumption/assignment of real property leases (.10) and email B. Anavim and M. Kulick re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/18/2023 | BDD | CA | Email G. Brown re critical dates. | 0.10 | 545.00 | $54.50 |
| 12/19/2023 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 875.00 | $350.00 |
| 12/20/2023 | BDD | CA | Review list of parties for service of document productions (.10) and email A. Cottrell and S. Gersten re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/26/2023 | BDD | CA | Review docket and update critical dates memo re same (.60); emails PSZJ team, B. Anavim, and M. Kulick re same (.20). | 0.80 | 545.00 | $436.00 |
| 12/27/2023 | BDD | CA | Email B. Anavim re critical dates. | 0.10 | 545.00 | $54.50 |
| | | | | **3.90** | | **$2,851.50** |

**PSZJ Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2023 | GNB | CP | Email with B. Dassa regarding monthly fee statements. | 0.10 | 975.00 | $97.50 |
| 12/05/2023 | BDD | CP | Address issues re monthly fee statements (.20) and emails G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 12/05/2023 | BDD | CP | Email G. Brown re emails to subcommittee re monthly fee statements going forward. | 0.10 | 545.00 | $54.50 |
| 12/06/2023 | GNB | CP | Edit PSZJ November 2023 bill. | 0.40 | 975.00 | $390.00 |
| 12/07/2023 | BDD | CP | Email G. Brown re PSZJ 1st quarterly fee application. | 0.10 | 545.00 | $54.50 |
| 12/10/2023 | GNB | CP | Edit PSZJ November 2023 bill. | 0.20 | 975.00 | $195.00 |
| 12/11/2023 | BDD | CP | Email G. Brown re PSZJ 1st quarterly fee application. | 0.10 | 545.00 | $54.50 |
| 12/12/2023 | GNB | CP | Review emails from Committee billing subgroup regarding monthly bills. | 0.10 | 975.00 | $97.50 |
| 12/13/2023 | GNB | CP | Prepare email for Committee billing subgroup regarding PSZJ monthly fee statements. | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     12

Invoice 136655

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/13/2023 | GNB | CP | Email with Committee billing subgroup regarding Committee professionals' monthly bills. | 0.10 | 975.00 | $97.50 |
| 12/14/2023 | GNB | CP | Call with L. Gardiazabal (PSZJ) regarding PSZJ bills for monthly fee statements. | 0.10 | 975.00 | $97.50 |
| 12/17/2023 | GNB | CP | Edit PSZJ September, October, and November monthly fee statements. | 0.20 | 975.00 | $195.00 |
| 12/19/2023 | GNB | CP | Draft protocol for filing and service of monthly fee statements. | 0.20 | 975.00 | $195.00 |
| 12/19/2023 | GNB | CP | Review and edit PSZJ October 2023 bill (.5); approve filing copies and certificate of service of PSZJ and BB monthly fee statements, and email with Debtor's counsel regarding provision of same to Debtor (.1). | 0.60 | 975.00 | $585.00 |
| 12/19/2023 | GNB | CP | Review and edit PSZJ monthly fee statement for October 2023. | 0.20 | 975.00 | $195.00 |
| 12/20/2023 | BDD | CP | Email B. Anavim and M. Kulick re PSZJ October monthly fee statement. | 0.10 | 545.00 | $54.50 |
| 12/20/2023 | GNB | CP | Finalize PSZJ October 2023 monthly fee statement for filing and service; email Debtor's counsel regarding same. | 0.10 | 975.00 | $97.50 |
| 12/26/2023 | GNB | CP | Email Committee billing subgroup regarding monthly bills. | 0.10 | 975.00 | $97.50 |
| 12/30/2023 | GNB | CP | Email B. Dassa regarding notice of PSZJ 2024 billing rate changes. | 0.10 | 975.00 | $97.50 |
| | | | | 3.60 | | $3,209.00 |

**Other Professional Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2023 | BDD | CPO | Email G. Brown re transmittal of Debtor's professionals' monthly fee statements to subcommittee. | 0.10 | 545.00 | $54.50 |
| 12/14/2023 | GNB | CPO | Email with J. Bair regarding BB October monthly fee statement; call with B. Dassa regarding PSZJ monthly fee applications; email with B. Dassa regarding PSZJ first interim fee application. | 0.10 | 975.00 | $97.50 |
| 12/18/2023 | GNB | CPO | Email with J. Bair regarding BB monthly fee statements and pro hac vice papers. | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 13

Invoice 136655

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2023 | GNB | CPO | Email with PSZJ team regarding pro hac papers for BB. | 0.10 | 975.00 | $97.50 |
| 12/26/2023 | BDD | CPO | Email subcommittee re November fee statements filed by Debtor and its professionals. | 0.10 | 545.00 | $54.50 |
| 12/26/2023 | BDD | CPO | Email G. Brown re emails to subcommittee re future invoices. | 0.10 | 545.00 | $54.50 |
| | | | | 0.60 | | $456.00 |

### General Creditors' Committee

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2023 | BMM | GC | Communications with SCC regarding bar date materials. | 0.30 | 875.00 | $262.50 |
| 12/01/2023 | JIS | GC | Call with Committee re open issues. | 1.00 | 1,695.00 | $1,695.00 |
| 12/04/2023 | BMM | GC | Participate in meeting with Committee members regarding ongoing case issues. | 0.30 | 875.00 | $262.50 |
| 12/04/2023 | JIS | GC | Call with Committee professionals regarding case and insurance issues. | 0.60 | 1,695.00 | $1,017.00 |
| 12/06/2023 | BMM | GC | Participate in meeting with non-Committee SCC regarding ongoing case issues. | 0.80 | 875.00 | $700.00 |
| 12/06/2023 | JIS | GC | Attend town hall for state court counsel regarding case status. | 0.60 | 1,695.00 | $1,017.00 |
| 12/08/2023 | BMM | GC | Create list of non-Committee SCC for future communications. | 0.40 | 875.00 | $350.00 |
| 12/11/2023 | BMM | GC | Email to SCC regarding case update and upcoming meeting. | 0.40 | 875.00 | $350.00 |
| 12/12/2023 | BDD | GC | Attend weekly Committee call. | 0.40 | 545.00 | $218.00 |
| 12/12/2023 | BMM | GC | Meeting with state court counsel regarding ongoing case issues. | 0.40 | 875.00 | $350.00 |
| 12/12/2023 | BMM | GC | Communications with SCC regarding ongoing case issues. | 0.60 | 875.00 | $525.00 |
| 12/15/2023 | BMM | GC | Draft common interest agreement. | 0.80 | 875.00 | $700.00 |
| 12/15/2023 | BMM | GC | Communications with Committee regarding upcoming meetings. | 0.20 | 875.00 | $175.00 |
| 12/15/2023 | BMM | GC | Emails with creditors and creditors' counsel regarding case inquiries. | 0.40 | 875.00 | $350.00 |

7.20            $7,972.00

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     14
Invoice 136655
December 31, 2023

## Hearings

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/14/2023 | BMM | HE | Participate in hearing on the 2004 motion. | 0.20 | 875.00 | $175.00 |
| 12/14/2023 | JIS | HE | Attend hearing regarding Rule 2004 examination motion. | 0.20 | 1,695.00 | $339.00 |
| | | | | **0.40** | | **$514.00** |

## Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/2023 | BMM | IC | Call with T. Burns, J. Bair, and J. Stang regarding insurance strategy. | 0.50 | 875.00 | $437.50 |
| 12/13/2023 | BMM | IC | (Partial) Call with Debtor's counsel regarding insurance strategy. | 0.40 | 875.00 | $350.00 |
| 12/13/2023 | JIS | IC | Call with Debtor's counsel regarding insurance issues. | 1.10 | 1,695.00 | $1,864.50 |
| | | | | **2.00** | | **$2,652.00** |

## Mediation

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/15/2023 | AWC | ME | Emails with team regarding approach, timing, issues. | 0.30 | 1,395.00 | $418.50 |
| 12/20/2023 | BMM | ME | Emails to team regarding mediator selection. | 0.50 | 875.00 | $437.50 |
| | | | | **0.80** | | **$856.00** |

## Plan and Disclosure Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/2023 | AWC | PD | Read report regarding exclusivity motion. | 0.10 | 1,395.00 | $139.50 |
| 12/15/2023 | BDD | PD | Review extended exclusivity deadlines (.1); and email B. Anavim and M. Kulick re same (.1). | 0.10 | 545.00 | $54.50 |
| | | | | **0.20** | | **$194.00** |

## Other Professional Retention

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/19/2023 | BDD | RPO | Review pro hac vice applications for Burns Bair (.10) and emails to/call with G. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/20/2023 | BDD | RPO | Research pro hac vice admissions issues (.20) and emails G. Brown and B. Michael re same (.10). | 0.30 | 545.00 | $163.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     15
Invoice 136655
December 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2023 | GNB | RPO | Email with PSZJ team regarding pro hac papers for BB. | 0.10 | 975.00 | $97.50 |
| 12/21/2023 | BDD | RPO | Continue addressing issues re Burns Bair pro hac vice applications (.30) and emails to/calls with G. Brown re same (.20). | 0.50 | 545.00 | $272.50 |
| 12/21/2023 | GNB | RPO | Revise and edit BB pro hac applications and proposed orders (.1); email B. Dassa regarding same (.1). | 0.20 | 975.00 | $195.00 |
| 12/22/2023 | BDD | RPO | Continue research on issues re Burns Bair pro hac vice applications. | 0.30 | 545.00 | $163.50 |
| 12/22/2023 | GNB | RPO | Email with BB regarding pro hac vice papers. | 0.10 | 975.00 | $97.50 |
| 12/26/2023 | BDD | RPO | Email G. Brown re Burns Bair filed pro hac vice applications. | 0.10 | 545.00 | $54.50 |
| 12/26/2023 | GNB | RPO | Call with S. Lee regarding Burns Bair filing status with Court. | 0.10 | 975.00 | $97.50 |
|  |  |  |  | **1.90** |  | **$1,250.50** |

**Stay Litigation**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 12/06/2023 | BDD | SL | Review docket re updated hearing information for Motion for Relief from Stay filed by certain insurers (.10); emails B. Anavim and M. Kulick re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/07/2023 | JIS | SL | Call with T. Burns, J. Bair and B. Michael regarding stay relief issues related to insurance coverage action. | 0.50 | 1,695.00 | $847.50 |
|  |  |  |  | **0.70** |  | **$956.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$75,244.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     16

Invoice 136655

December 31, 2023

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 12/04/2023 | TR | Escribers, Inc. 842485, BDD | 549.90 |
| 12/08/2023 | FF | Courts USBC- CA, Registration Fee with ND Cal, BMM | 317.00 |
| 12/19/2023 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/19/2023 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/20/2023 | RE | (48 @0.20 PER PG) | 9.60 |
| 12/31/2023 | OS | Everlaw Inc, Inv. 101153, Diocese of San Francisco database for December 2023 | 193.55 |
| 12/31/2023 | PAC | Pacer - Court Research | 103.60 |

**Total Expenses for this Matter**                     **$1,177.95**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     17
Invoice 136655
December 31, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  12/31/2023**                    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $71,958.50 | $63.06 | $72,021.56 |
| 135996 | 10/31/2023 | $193,022.00 | $2,226.07 | $195,248.07 |
| 136651 | 11/30/2023 | $135,200.50 | $5,499.37 | $140,699.87 |

**Total Amount Due on Current and Prior Invoices:**                                                   **$480,143.95**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
         dgrassgreen@pszjlaw.com
         gbrown@pszjlaw.com
         bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.:  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )<br>)<br>CITY OF LOS ANGELES ) |
| 2 | |

3     I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5     On January 19, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (DECEMBER 2023)** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On January 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached. |

    I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed on January 19, 2024, at Los Angeles, California.

                                                    */s/ Maria R. Viramontes*
                                                    Maria V. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies

1    daniel.james@clydeco.us

2    Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
     Corporation
3    chris.johnson@diamondmccarthy.com

4    Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
5    jkahane@duanemorris.com

6    Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     okatz@sheppardmullin.com, LSegura@sheppardmullin.com

7    Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
8

9    John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
     jlucas@pszjlaw.com, ocarpio@pszjlaw.com

10   Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
     bluu@duanemorris.com
11

12   Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
     pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

13   Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
14

15   Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
     amina@duanemorris.com
16

17   Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
     michael.norton@clydeco.us, nancy.lima@clydeco.us
18

19   Office of the U.S. Trustee / SF
     USTPRegion17.SF.ECF@usdoj.gov

20   Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     ppascuzzi@ffwplaw.com, docket@ffwplaw.com

21   Mark D. Plevin on behalf of Interested Party Continental Casualty Company
     mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
22

23   Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
     dbp@provlaw.com

24   Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
25   nreinhardt@duanemorris.com

26   Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     jrios@ffwplaw.com, docket@ffwplaw.com
27

28   Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
     mroberts@phrd.com

4

| | |
|---|---|
| 1 | Annette Rolain on behalf of Interested Party First State Insurance Company<br>arolain@ruggerilaw.com |
| 2 | |
| 3 | Cheryl C. Rouse on behalf of Creditor Victoria Castro<br>rblaw@ix.netcom.com |
| 4 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 5 | James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jstang@pszjlaw.com |
| 6 | |
| 7 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London<br>and Certain London Market Companies<br>catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 8 | |
| 9 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>jweinberg@ruggerilaw.com |
| 10 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 11 | |
| 12 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 13 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market<br>Companies<br>yongli.yang@clydeco.us |
| 14 | |

5

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |