Timothy W. Burns (*admitted pro hac vice*)
WI Bar 1068086
Jesse J. Bair (*admitted pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
       jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>            Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR DECEMBER 2023** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period December 1, 2023 through December 31, 2023 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2023 – December 31, 2023 | $31,591.00 [1] | $656.00 | $32,247.00 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $25,272.80 | $656.00 | $25,928.80 |

---

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated:  January 19, 2024                          **BURNS BAIR LLP**

                                                           By: /s/ *Jesse J. Bair*
                                                                   Jesse J. Bair

                                                                   *Special Insurance Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT 1



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of Archbishop of San Francisco**

**Issue Date :** 1/10/2024

**Bill # :** 01334

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 12/12/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re case developments and next-steps (.4); | 0.50 | $450.00 |
| 12/12/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re case developments and next-steps (.4); | 0.40 | $448.00 |
| | | **Totals for Committee Meetings** | **0.90** | **$898.00** |

### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 12/7/2023 | Jesse Bair | Begin reviewing and editing Burns Bair invoice for inclusion with monthly fee submission (1.2); | 1.20 | $1,080.00 |
| 12/11/2023 | Jesse Bair | Continue reviewing and editing Burns Bair invoices for October and November time for inclusion in monthly fee submission (1.0); | 1.00 | $900.00 |
| 12/11/2023 | Jesse Bair | Correspondence with G. Brown and the Committee re Burns Bair's first monthly fee submission (.1); | 0.10 | $90.00 |
| 12/14/2023 | Karen Dempski | Draft Burns Bair monthly fee application (.4); correspondence with J. Bair re same (.1); | 0.50 | $170.00 |
| 12/14/2023 | Jesse Bair | Review and edit Burns Bair's first monthly fee submission (.2); correspondence with G. Brown re same (.1); | 0.30 | $270.00 |
| 12/18/2023 | Jesse Bair | Edit and finalize Burns Bair's first monthly fee submission (.2); correspondence with G. Brown re same (.1); | 0.30 | $270.00 |
| | | **Totals for Fee Applications** | **3.40** | **$2,780.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
| --- | --- | --- | --- | --- |
| 12/1/2023 | Jesse Bair | Provide instructions to B. Cawley re recent case insurance developments and abstention research in connection with same (.1); | 0.10 | $90.00 |
| 12/1/2023 | Jesse Bair | Review J. Stang correspondence re potential mediators (.1); | 0.10 | $90.00 |
| 12/3/2023 | Jesse Bair | Review B. Michael correspondence re proof of claim issues (.1); | 0.10 | $90.00 |
| 12/4/2023 | Timothy Burns | Review correspondence with B. Michael and J. Bair re Debtor insurance policies (.1); consideration of issues re Debtor insurance program (.1); | 0.20 | $224.00 |
| 12/4/2023 | Jesse Bair | Review final version of proposed Order granting motion to lift the stay re the Castro personal injury action (.1); correspondence with the Debtor and Castro counsel re same (.1); | 0.20 | $180.00 |
| 12/4/2023 | Jesse Bair | Correspondence with B. Michael re production of Debtor insurance materials (.1); | 0.10 | $90.00 |
| 12/4/2023 | Jesse Bair | Review B. Michael correspondence re recent case developments and next-steps (.1); | 0.10 | $90.00 |
| 12/5/2023 | Brian Cawley | Continue detailed analysis re abstention and jurisdictional issues involving the Chubb coverage action, including assessment of mandatory abstention and forum defendant rule (3.0); draft memorandum summarizing research results re same (.8); | 3.80 | $2,090.00 |
| 12/5/2023 | Timothy Burns | Review B. Michael correspondence re status of discovery and mediation update (.1); | 0.10 | $112.00 |
| 12/6/2023 | Brian Cawley | Complete research on abstention issue in connection with the Chubb coverage action (.5); finish drafting summary of research for partner review (.7); | 1.20 | $660.00 |
| 12/6/2023 | Jesse Bair | Review and consider notice of continuance of certain insurers' motion to lift the stay (.1); correspondence with T. Burns re same (.1); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/7/2023 | Timothy Burns | Review certain insurers' lift stay continuance motion (.1); correspondence with PSZJ re same (.1); | 0.20 | $224.00 |
| 12/7/2023 | Timothy Burns | Review Order re Castro relief from stay motion (.1); | 0.10 | $112.00 |
| 12/7/2023 | Timothy Burns | Review and respond to correspondence from PSZJ re insurance lift stay and removal issues (.2); | 0.20 | $224.00 |
| 12/7/2023 | Timothy Burns | Participate in conference with PSZJ and J. Bair re certain insurers' lift stay motion, potential resolution of same, and overall case insurance issues with the Debtor (.3); | 0.30 | $336.00 |
| 12/7/2023 | Jesse Bair | Review correspondence with B. Michael and T. Burns re issues in connection with certain insurers' lift stay motion (.1); | 0.10 | $90.00 |
| 12/7/2023 | Jesse Bair | Participate in conference with PSZJ and T. Burns re certain insurers' lift stay motion, potential resolution of same, and overall case insurance issues with the Debtor (.3); | 0.30 | $270.00 |
| 12/8/2023 | Jesse Bair | Review correspondence from the Debtor re call to discuss case insurance issues (.1); | 0.10 | $90.00 |
| 12/9/2023 | Jesse Bair | Review additional correspondence with the debtor and T. Burns re call to discuss case insurance issues (.1); | 0.10 | $90.00 |
| 12/10/2023 | Jesse Bair | Review correspondence from the Debtor re recent insurance document production (.1); correspondence with BB team re same (.1); | 0.20 | $180.00 |
| 12/11/2023 | Brian Cawley | Begin analyzing newly produced Debtor insurance documents (1.9); conference with J. Bair re review of same (.1); | 2.00 | $1,100.00 |
| 12/11/2023 | Timothy Burns | Review B. Michael correspondence re case discovery issues (.1); | 0.10 | $112.00 |
| 12/11/2023 | Alyssa Turgeon | Begin assisting with review of recently produced debtor insurance policies (1.3); | 1.30 | $442.00 |
| 12/11/2023 | Jesse Bair | Review B. Cawley research memo re abstention issues in connection with certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 12/11/2023 | Jesse Bair | Additional review of B. Cawley research memo re mechanisms for creating comprehensive insurance coverage action in connection with certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 12/11/2023 | Jesse Bair | Participate in conference with B. Cawley re contents of recent Debtor insurance document production (.1); | 0.10 | $90.00 |
| 12/11/2023 | Jesse Bair | Review Debtor correspondence re upcoming insurance meeting with the Debtor (.1); | 0.10 | $90.00 |
| 12/12/2023 | Jesse Bair | Review B. Michael correspondence re case developments, discovery status, and Rule 2004 issues (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/2023 | Alyssa Turgeon | Continue assisting with review of recently produced debtor insurance policies (1.0); | 1.00 | $340.00 |
| 12/13/2023 | Jesse Bair | Prepare for case insurance meeting with the Debtor (.1); | 0.10 | $90.00 |
| 12/13/2023 | Jesse Bair | Participate in case insurance meeting with the Debtor, PSZJ, and T. Burns (.8); | 0.80 | $720.00 |
| 12/13/2023 | Jesse Bair | Participate in post-meeting call with PSZJ and T. Burns re outcome of insurance meeting with the Debtor and next-steps re case insurance issues (.2); | 0.20 | $180.00 |
| 12/13/2023 | Jesse Bair | Participate in conference with T. Burns re next-steps re case insurance strategy (.1); | 0.10 | $90.00 |
| 12/13/2023 | Timothy Burns | Participate in post-meeting call with PSZJ and J. Bair re outcome of insurance meeting with the Debtor and next-steps re case insurance issues (.2); participate in call with J. Bair re next-steps re case insurance strategy (.1); participate in call with state court counsel re case insurance strategy (.2); | 0.50 | $560.00 |
| 12/13/2023 | Timothy Burns | Prepare for insurance meeting with the Debtor (.1); participate in case insurance meeting with the Debtor, PSZJ, and J. Bair (.8); | 0.90 | $1,008.00 |
| 12/15/2023 | Jesse Bair | Review the Committee's second status report re its Rule 2004 application to the Debtor (.2); | 0.20 | $180.00 |
| 12/15/2023 | Jesse Bair | Review J. Stang correspondence re revised protective order (.1); | 0.10 | $90.00 |
| 12/15/2023 | Brian Cawley | Participate in conference with J. Bair re work needed re Diocesan coverage chart / policy review project (.2); | 0.20 | $110.00 |
| 12/15/2023 | Brian Cawley | Continue analyzing historical Diocesan insurance coverage documents in connection with Diocesan coverage chart project (1.7); | 1.70 | $935.00 |
| 12/15/2023 | Jesse Bair | Provide instructions to B. Cawley re work needed re Diocesan coverage chart / policy review project (.2); | 0.20 | $180.00 |
| 12/18/2023 | Jesse Bair | Review correspondence re recent production of insurance secondary evidence from the Debtor (.1); | 0.10 | $90.00 |
| 12/18/2023 | Jesse Bair | Correspondence with G. Brown re Burns Bair pro hac vice submissions (.1); | 0.10 | $90.00 |
| 12/18/2023 | Brian Cawley | Begin drafting debtor insurance coverage chart based on insurance documents received (3.4); | 3.40 | $1,870.00 |
| 12/19/2023 | Jesse Bair | Correspondence with K. Dempski re recent debtor document production (.1); correspondence with G. Brown re same (.1); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/2023 | Karen Dempski | Download/upload secondary evidence of insurance policies (.2); | 0.20 | $68.00 |
| 12/20/2023 | Jesse Bair | Provide instructions to B. Cawley re recent Debtor insurance document production and review of same (.1); | 0.10 | $90.00 |
| 12/20/2023 | Alyssa Turgeon | Continue assisting with review of recently produced debtor historical insurance materials (4.0); | 4.00 | $1,360.00 |
| 12/21/2023 | Alyssa Turgeon | Continue assisting with review of recently produced debtor historical insurance materials (1.5); | 1.50 | $510.00 |
| 12/21/2023 | Brian Cawley | Analyze newly produced historical Diocesan insurance coverage materials, including secondary evidence, in connection with Diocesan coverage chart project (2.2); | 2.20 | $1,210.00 |
| 12/22/2023 | Timothy Burns | Developed mediation strategy re insurers and potential plan provisions (1.0); | 1.00 | $1,120.00 |
| 12/22/2023 | Jesse Bair | Participate in conference with B. Cawley re status of Debtor insurance document review project (.2); | 0.20 | $180.00 |
| 12/22/2023 | Jesse Bair | Review and edit Burns Bair pro hac vice submissions (.1); correspondence with PSZJ re same (.1); | 0.20 | $180.00 |
| 12/22/2023 | Brian Cawley | Discuss status of insurance coverage review project with J. Bair (.2); | 0.20 | $110.00 |
| 12/22/2023 | Brian Cawley | Continue analyzing newly produced historical Diocesan insurance coverage materials, including secondary evidence, in connection with Diocesan coverage chart project (4.4); | 4.40 | $2,420.00 |
| 12/24/2023 | Timothy Burns | Review B. Michael correspondence re 2004 Order and Protective Order and related attachments (.2); | 0.20 | $224.00 |
| 12/24/2023 | Timothy Burns | Respond to PSZJ correspondence re debtor document productions (.1); | 0.10 | $112.00 |
| 12/26/2023 | Brian Cawley | Continue analyzing newly produced historical Diocesan insurance coverage materials, including secondary evidence, in connection with Diocesan coverage chart project (2.3); | 2.30 | $1,265.00 |
| 12/26/2023 | Brenda Horn-Edwards | Edit pro hac vice application for T. Burns (.1); file application and proposed order in CM/ECF (.1); | 0.20 | $68.00 |
| 12/26/2023 | Brenda Horn-Edwards | Edit pro hac vice application for J. Bair (.1); file application and proposed order in CM/ECF (.1); correspond with J. Bair re same (.1); | 0.30 | $102.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/2023 | Brian Cawley | Continue analyzing newly produced historical Diocesan insurance coverage materials, including secondary evidence, in connection with Diocesan coverage chart project (4.3); | 4.30 | $2,365.00 |
| 12/28/2023 | Brian Cawley | Continue drafting debtor insurance coverage chart based on insurance documents received (2.1); | 2.10 | $1,155.00 |
| 12/28/2023 | Brian Cawley | Finalize debtor coverage chart for partner review (1.2); | 1.20 | $660.00 |
| 12/28/2023 | Brian Cawley | Draft summary of coverage chart and notable points for T. Burns and J. Bair (.7); | 0.70 | $385.00 |
| | | **Totals for Insurance Recovery Activities** | **46.90** | **$27,913.00** |

**Total Hours and Fees**      51.20      $31,591.00

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/26/2023 | Pro hac vice application filing fee for T. Burns | $328.00 |
| 12/26/2023 | Pro hac vice application filing fee for J. Bair | $328.00 |

**Total Expenses**      **$656.00**

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Alyssa Turgeon | Paralegal | 7.80 | $340.00 | $2,652.00 |
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Brian Cawley | Associate | 29.70 | $550.00 | $16,335.00 |
| Jesse Bair | Partner | 8.20 | $900.00 | $7,380.00 |
| Karen Dempski | Paralegal | 0.70 | $340.00 | $238.00 |
| Timothy Burns | Partner | 4.30 | $1,120.00 | $4,816.00 |

**Total Due This Invoice:**     **$32,247.00**

```
1   James I. Stang (CA Bar No. 94435)
    Debra I. Grassgreen (CA Bar No. 169978)
2   Gillian N. Brown (CA Bar No. 205132)
    Brittany M. Michael (admitted pro hac vice)
3   PACHULSKI STANG ZIEHL & JONES LLP
    One Sansome Street, Suite 3430
4   San Francisco, California 94104
    Tel: 415.263.7000; Fax: 415.263.7010
5   Email:  jstang@pszjlaw.com
            dgrassgreen@pszjlaw.com
6           gbrown@pszjlaw.com
            bmichael@pszjlaw.com
7
    Counsel to the Official Committee of Unsecured Creditors
8
```

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA           )
                              )
CITY OF LOS ANGELES           )

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On January 19, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR DECEMBER 2023** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On January 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>Please See Attached |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 19, 2024 at Los Angeles, California.

                                              */s/ Maria R. Viramontes*
                                              Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

| | |
|---|---|
| 1 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 2 | nreinhardt@duanemorris.com |
| 3 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jrios@ffwplaw.com, docket@ffwplaw.com |
| 4 | |
| 5 | Matthew Roberts on behalf of Interested Party Appalachian Insurance Company<br>mroberts@phrd.com |
| 6 | Annette Rolain on behalf of Interested Party First State Insurance Company<br>arolain@ruggerilaw.com |
| 7 | |
| 8 | Cheryl C. Rouse on behalf of Creditor Victoria Castro<br>rblaw@ix.netcom.com |
| 9 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 10 | |
| 11 | James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jstang@pszjlaw.com |
| 12 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 13 | catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 14 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>jweinberg@ruggerilaw.com |
| 15 | |
| 16 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 17 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 18 | |
| 19 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>yongli.yang@clydeco.us |

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| | | | | | |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |