PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppartmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF FOURTH MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**<br><br>[No Hearing Required] |



Case: 23-30564 Doc# 435 Filed: 01/19/24 Entered: 01/19/24 16:03:39 Page 1 of 11

| **Name of Applicant:** | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2023 through December 31, 2023 |
| Amount of Compensation Requested: | $55,003.00 |
| Net of 20% Holdback: | $44,002.40 |
| Amount of Expenses Requested: | N/A |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $44,002.40 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtors"), for the period from December 1, 2023 through December 31 2023 (the "Fee Period"). By this fourth statement, B. Riley seeks payment in the amount of $44,002.40, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

during the Fee Period.

Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the period December 1, 2023 through December 31, 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses, or objections to this Fee Statement, if any, must be filed and served on or before the 14th day (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtors are to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: January 19, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: January 19, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco



Case: 23-30564 Doc# 435 Filed: 01/19/24 Entered: 01/19/24 16:03:39 Page 3 of 11

**Exhibit 1**

**Summary of Total Hours and Fees by Professional**
**Compensation by Professional Person for Hourly Services**
**for the Period from December 1, 2023 through December 31, 2023**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $675.00 | 24.6 | $16,605.00 |
| David Greenblatt | Director | $525.00 | 22.5 | 11,812.50 |
| Coral Hansen | Managing Director | $495.00 | 15.6 | 7,722.00 |
| Adriana Piltz | Director | $450.00 | 1.3 | 585.00 |
| Tanya Anderson | Associate Director | $395.00 | 33.3 | 13,153.50 |
| Eli Cattan | Associate | $375.00 | 12 | 4,500.00 |
| Marilee Greene | Project Assistant | $250.00 | 2.5 | 625.00 |
| **TOTAL** | | | **111.8** | **$55,003.00** |

**Exhibit 2**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from December 1, 2023 through December 31, 2023**

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 44.5 | $23,668.00 |
| Case Administration | 0.4 | 270.00 |
| Employment/Fee Applications | 3.4 | 1,097.50 |
| Litigation | 23.8 | 11,880.00 |
| Monthly Operating Reports | 39.7 | 18,087.50 |
| **TOTAL** | **111.8** | **$55,003.00** |

**Exhibit 3**

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
| --- | --- |
| N/A | N/A |
| **TOTAL** | |

**Exhibit 4**

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

January 9, 2024 Invoice # : 63817

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period December 1, 2023 through December 31, 2023

**Billing Recap by Professional**

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 24.60 | 675.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 15.60 | 495.00 |
| David Greenblatt, CPA, CIRA | 22.50 | 525.00 |
| Adriana Piltz | 1.30 | 450.00 |
| Tanya Anderson, CPA | 33.30 | 395.00 |
| Eli Cattan | 12.00 | 375.00 |
| Marilee Greene | 2.50 | 250.00 |

| | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 111.80 | $55,003.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below. Tax ID Number: 83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*



Case: 23-30564 Doc# 435 Filed: 01/19/24 Entered: 01/19/24 16:03:39 Page 8 of 11

**Professional Services Detail**

Business Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/1/2023 | C. Hansen | Prepare for and call with M. Flannigan re: status | 0.60 |
| | C. Hansen | Correspondence with K. Kelleher re: accounting systems | 0.70 |
| 12/4/2023 | T. Anderson | Discussion of professional fees reconciliation with D. Greeblatt, W. Weitz, A. Piltz & T. Anderson | 1.30 |
| | T. Anderson | Professional fees reconciliation updates from review | 1.90 |
| | A. Piltz | Discussion of professional fees reconciliation with D. Greeblatt, W. Weitz, A. Piltz & T. Anderson | 1.30 |
| | D. Greenblatt | Discussion of professional fees reconciliation with D. Greenblatt, W. Weitz, A. Piltz & T. Anderson | 1.30 |
| | W. Weitz | Discussion of professional fees reconciliation with D. Greenblatt, W. Weitz, A. Piltz & T. Anderson | 1.30 |
| 12/5/2023 | T. Anderson | Confirm ordinary course professional payments; confirm updates to professionals reconciliation | 0.90 |
| | D. Greenblatt | Call with W. Weitz and Counsel re: update | 0.70 |
| | D. Greenblatt | Update professional fee tracker | 0.80 |
| | D. Greenblatt | Prepare ordinary course professional fee tracker | 1.20 |
| | W. Weitz | Professional fee retainer analysis and reconciliation | 0.40 |
| | W. Weitz | Research re: purported Livermore real estate parcel ownership | 0.40 |
| | W. Weitz | Call with M. Flanagan re: professional fees | 0.50 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: update | 0.70 |
| | W. Weitz | Call with Counsel re: amended Statements and Schedules | 0.80 |
| 12/6/2023 | T. Anderson | Confirm updates to professionals reconciliation | 0.20 |
| | T. Anderson | Call with W. Weitz re: retainers | 0.40 |
| | T. Anderson | Updates to prepaid on amended schedules | 0.60 |
| | W. Weitz | Draft memo to client re: analysis of professional retainers | 0.40 |
| | W. Weitz | Research, analysis and reconciliation of professional fees | 1.10 |
| | W. Weitz | Call with T. Anderson re: retainers | 0.40 |
| 12/7/2023 | T. Anderson | Call with Omni and W. Weitz re: Schedule and Statements amendments | 0.70 |
| | W. Weitz | Call with Omni and T. Anderson re: Schedule and Statements amendments | 0.70 |
| 12/8/2023 | T. Anderson | Review of draft Amended Schedules with W. Weitz | 0.50 |
| | T. Anderson | Review Omni Statements and Schedules | 0.60 |
| | T. Anderson | Review of Omni schedules and SOFA; call with Omni to review changes to SOFA and SOAL | 1.20 |
| 12/9/2023 | T. Anderson | Review of Omni schedules and SOFA | 2.00 |
| 12/11/2023 | T. Anderson | Calls with Omni re: amendments to schedules | 0.30 |
| | T. Anderson | Call with Management re: November MOR | 0.30 |
| | T. Anderson | Call with W. Weitz and Omni re: amended schedules | 0.40 |
| | T. Anderson | Follow up correspondence re: amendments to schedules | 1.20 |
| | W. Weitz | Research, phone call and email correspondence with Counsel re: inclusion of a non-abuse litigant on SOAL | 0.40 |
| | W. Weitz | Finalize updated Statements and Schedules; send to client for review | 0.40 |
| | W. Weitz | Call with client and Counsel re: payroll processing and administration | 0.50 |
| | W. Weitz | Final review of amended SOFA and SOAL; send to client for review and sign-off | 1.40 |
| | W. Weitz | Call with T. Anderson and Omni re: amended schedules | 0.40 |
| 12/12/2023 | C. Hansen | Correspondence with G. Lee re: her questions pertaining to GAAP adjustments | 0.40 |
| 12/13/2023 | C. Hansen | Status call wtih W. Weitz | 0.20 |
| | W. Weitz | Status call with C. Hansen | 0.20 |
| 12/14/2023 | W. Weitz | Calls with D. Greenblatt and T. Anderson re: MOR disbursement categorizations | 0.40 |
| | W. Weitz | Review updated proposed amended Statements and Schedules; send to client for review and signature | 0.50 |
| | W. Weitz | Assemble final amended Statements and Schedules for filing; forward to Counsel | 0.90 |
| | T. Anderson | Calls with W. Weitz and D. Greenblatt re: MOR disbursement categorizations | 0.40 |
| | D. Greenblatt | Calls with W. Weitz and T. Anderson re: MOR disbursement categorizations | 0.40 |
| 12/15/2023 | C. Hansen | Review ordinary course professional fee tracker provided to client | 0.20 |
| | C. Hansen | Review Professional Accounting Entries proposed to client | 0.80 |
| | C. Hansen | Search docket for all professional fee statements; download and send to client | 1.60 |
| | D. Greenblatt | Prepare accounting entries for professional fee invoices/payments | 2.20 |
| | W. Weitz | Call with M. Flanagan re: MOR, professional retainers and payments, OCP tracking | 0.30 |

| Date | Name | Description | | Hours |
|---|---|---|---|---|
| 12/15/2023 | W. Weitz | Email correspondence and calls with D. Greenblatt and M. Flanagan re: accounting for retainers and professional fee payments | | 1.20 |
| 12/18/2023 | T. Anderson | RPSC contract research | | 0.50 |
| | D. Greenblatt | Call with Debtor re: ordinary course professional payments | | 0.30 |
| | W. Weitz | Call with Counsel re: balanced pool investment accounts | | 0.50 |
| 12/19/2023 | D. Greenblatt | Call with W. Weitz and Counsel re: update | | 0.90 |
| | D. Greenblatt | Continue to update ordinary course professional analysis | | 1.20 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: update | | 0.90 |
| 12/20/2023 | D. Greenblatt | Call with Counsel and Debtor re: ordinary course professional analysis | | 0.60 |
| 12/21/2023 | W. Weitz | Update call with D. Greenblatt re: MORs and OCP analysis | | 0.50 |
| | D. Greenblatt | Update call with W. Weitzt re: MORs and OCP analysis | | 0.50 |
| | SUBTOTAL: | | [ 44.50 | 23668.00] |

Case Administration

| Date | Name | Description | | Hours |
|---|---|---|---|---|
| 12/26/2023 | W. Weitz | Review recent filings and call with P. Pascuzzi re: same | | 0.40 |
| | SUBTOTAL: | | [ 0.40 | 270.00] |

Employment/Fee Applications

| Date | Name | Description | | Hours |
|---|---|---|---|---|
| 12/5/2023 | M. Greene | Adjust entries in Timeslips for November Fee Statement | | 0.90 |
| | M. Greene | Edit, flag entries and review data for November Fee Statement | | 1.30 |
| 12/6/2023 | D. Greenblatt | Prepare November Fee Statement | | 0.90 |
| 12/8/2023 | M. Greene | Edit and prepare November Fee Statement | | 0.30 |
| | SUBTOTAL: | | [ 3.40 | 1097.50] |

Litigation

| Date | Name | Description | | Hours |
|---|---|---|---|---|
| 12/4/2023 | W. Weitz | Finalize plaintiff counsel notification reconciliation and send to Counsel | | 1.20 |
| | W. Weitz | Call with Counsel re: discovery | | 1.30 |
| 12/5/2023 | W. Weitz | Retrieve and review accounting system contract for Counsel | | 0.20 |
| | W. Weitz | Litigation party research | | 0.60 |
| | W. Weitz | Call with Counsel re: data discovery | | 1.00 |
| 12/7/2023 | W. Weitz | Call with Counsel and client re: discovery production | | 1.30 |
| 12/8/2023 | W. Weitz | Call with Counsel re: discovery requests | | 0.20 |
| | W. Weitz | Set up file structure for organization of production | | 1.10 |
| 12/11/2023 | E. Cattan | Review and catalog files received re: committees, schedules, minutes, files and organization charts | | 3.60 |
| | E. Cattan | Continue to review and catalog files received re: committes, schedules, minutes, files and organization charts | | 1.40 |
| 12/12/2023 | E. Cattan | Review and catalog files received re: financial results, assets and liabilties | | 3.60 |
| | C. Hansen | Call with K. Kelleher re software databases and research re: same | | 0.90 |
| | E. Cattan | Continue to review and catalog files received re: financial results, assets and liabilties | | 1.40 |
| 12/15/2023 | C. Hansen | Call with W. Weitz and D. Greenblatt re: discovery requests and MOR issues | | 0.30 |
| | C. Hansen | Review documents in 2004 folder | | 1.80 |
| | D. Greenblatt | Call with W. Weitz and C. Hansen re: discovery requests and MOR issues | | 0.30 |
| | W. Weitz | Call with D. Greenblatt and C. Hansen re: discovery requests and MOR issues | | 0.30 |
| | W. Weitz | Call with Counsel re: discovery requests | | 0.50 |
| | W. Weitz | Review discovery status reports from Debtor and OCUC | | 0.80 |
| 12/20/2023 | E. Cattan | Catalog new documents received into OCUC file folders | | 2.00 |
| | SUBTOTAL: | | [ 23.80 | 11880.00] |

Monthly Operating Reports

| Date | Name | Description | | Hours |
|---|---|---|---|---|
| 12/4/2023 | T. Anderson | Prepare November MOR schedules | | 0.60 |
| 12/6/2023 | T. Anderson | Prepare November MOR schedules | | 1.10 |
| 12/7/2023 | T. Anderson | Prepare November MOR schedules | | 1.00 |

| Date | Professional | Description | Hours |
|---|---|---|---|
| 12/8/2023 | T. Anderson | Call with management to review receipts and disbursements | 0.40 |
| 12/11/2023 | C. Hansen | Review November cash receipts and disbursements template prepared by client for MOR | 1.20 |
| 12/12/2023 | T. Anderson | Prepare MOR schedules | 0.70 |
| 12/13/2023 | T. Anderson | Call with W. Weitz and Management re: amendments and MOR update | 0.50 |
| | T. Anderson | Prepare MOR schedules | 2.00 |
| | T. Anderson | Continue to prepare MOR schedules | 2.00 |
| | T. Anderson | Continue to prepare MOR schedules | 2.40 |
| | C. Hansen | Begin review of November MOR | 1.10 |
| | W. Weitz | Call with T. Anderson and Management re: amendments and MOR update | 0.50 |
| 12/14/2023 | T. Anderson | Review of MOR with T. Anderson, C. Hansen & D. Greenblatt | 0.70 |
| | T. Anderson | Redact bank statements and updates to MOR | 2.00 |
| | T. Anderson | Redact bank statements and updates to MOR | 2.50 |
| | C. Hansen | Review of MOR with T. Anderson, C. Hansen & D. Greenblatt | 0.70 |
| | C. Hansen | Review Professional fees category and updates to MOR | 0.90 |
| | C. Hansen | Review MOR draft prepared by T. Anderson; correspondence with M. Flannigan re: same | 2.10 |
| | D. Greenblatt | Review and analysis of categories of MOR and prepare edits | 1.70 |
| | D. Greenblatt | Review November 2023 MOR and prepare edits/changes | 2.30 |
| | D. Greenblatt | Finalize draft MOR and send to client for review | 2.30 |
| | D. Greenblatt | Review of MOR with T. Anderson, C. Hansen & D. Greenblatt | 0.70 |
| 12/15/2023 | T. Anderson | Call with T. Anderson, D. Greenblatt, C. Hansen & Management re: MOR review | 0.70 |
| | C. Hansen | Call with T. Anderson, D. Greenblatt, C. Hansen & Management re: MOR review | 0.70 |
| | D. Greenblatt | Call with T. Anderson, D. Greenblatt, C. Hansen & Management re: MOR review | 0.70 |
| | D. Greenblatt | Continue to review and update November MOR | 1.20 |
| 12/18/2023 | T. Anderson | MOR updates for bank information | 2.00 |
| 12/20/2023 | T. Anderson | MOR updates | 0.80 |
| | C. Hansen | Review MOR drafts | 1.40 |
| | D. Greenblatt | Update November 2023 MOR and send to Debtor for review | 1.10 |
| 12/21/2023 | T. Anderson | Update MOR with Management comments | 0.50 |
| | D. Greenblatt | Finalize November MOR and send to Counsel for filing | 1.20 |

SUBTOTAL: [ 39.70 18087.50]