PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [DECEMBER 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, (hereinafter "FFWPR"), attorneys for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for December

-1-

2023. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of December 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2023 through December 31, 2023 | $36,838.50 | $34.00 | $36,872.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $29,470.80 | $34.00 | $29,504.80 |

The itemized billing statement for the fees and costs billed is attached hereto as **Exhibit A**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: January 19, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By:/s/ Paul J. Pascuzzi
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

# Exhibit A

December 2023 Invoice

FFWPR MONTHLY PROFESSIONAL FEE
STATEMENT FOR DECEMBER 2023

-3-

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



# Invoice 13162

**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: carneyp@sfarch.org

| Date | Jan 08, 2024 |
|---|---|
| Terms | |
| Service Thru | Dec 31, 2023 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 12/01/2023 | PJP | **B230 - Financing/Cash Collections:** Call with J. Rios re motion re credit card program (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/01/2023 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re employee letter re bankruptcy issues, review prior draft of letter to answer questions (.2). Call from and to K. Kelsey re employee issues re bankruptcy (.2). Emails from and to M. Flanagan re workers comp letter of credit issues (.1). | 0.50 | $ 525.00/hr | $ 262.50 |
| 12/01/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to M. Flanagan re Finance Council meeting (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 12/01/2023 | JER | **B230 - Financing/Cash Collections:** Address multiple case issues with PJP including ordinary course professionals and US Bank Card program. | 0.50 | $ 450.00/hr | $ 225.00 |
| 12/01/2023 | JER | **B230 - Financing/Cash Collections:** Evaluate issues regarding replacement Credit Card motion. | 0.30 | $ 450.00/hr | $ 135.00 |
| 12/01/2023 | JER | **B160 - Fee/Employment Applications:** Work on follow up with Client Team re notices re Second Set of Ordinary Course Professionals and no objections. | 0.30 | $ 450.00/hr | $ 135.00 |
| 12/04/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Follow up email to Committee counsel re approval as to form Castro relief from stay order, email to C. Rouse re same (.2). Further emails from and to J. Bair re approval of Castro order, email to C. Rouse and J. Bair re same (.2). Email to client team re insurer coverage action relief from stay proposal, consider issues re same (.3). Email responses from client team re same, email to A. Frankel re same (.2). | 0.90 | $ 525.00/hr | $ 472.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/2023 | PJP | **B210 - Business Operations:** Prepare for call with M. Flanagan re workers comp insurance issue (.2). Attend same with M. Flanagan, Gallagher team re same, note to file (.6). | 0.80 | $ 525.00/hr | $ 420.00 |
| 12/04/2023 | PJP | **L320 - Document Production:** Review numerous emails re Committee Rule 2004 application, from and to client, Committee counsel, re status (.4). | 0.40 | $ 525.00/hr | $ 210.00 |
| 12/04/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to W. Weitz, J. Kim re survivor consents for service on attorneys of claims notice (.2). Review analysis of consents, litigation records and scheduled claims, consider strategy on claims not previously aware of (.3). Email to P. Gaspari, D. Zamora, P. Carney, B. Weinstein re claims issues (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 12/04/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to L. Parada, D. Mann re creditor/interested party inquiry, call to D. Mann re same (.2). Call from R. Harris (high school) re case status (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 12/05/2023 | TRP | **B310 - Claims Administration and Objections:** Review emails from Omni and K. Kim regarding noticing issues (.1); telephone conference with J. Kim regarding claims noticing issues (.3); emails with W. Weitz regarding claims noticing (.3); zoom meeting regarding claims noticing and other status with case professionals (.8). | 1.50 | $ 425.00/hr | $ 637.50 |
| 12/05/2023 | PJP | **B160 - Fee/Employment Applications:** Email to client and professionals re no objections to October fee notices (.1). Email from and to M. Flanagan re status of fee examiner issue (.1). Email to client team re fee examiner motion in other diocese case, review same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 12/05/2023 | PJP | **L320 - Document Production:** Emails re protective order, document production, further meet and confer re Committee Rule 2004 application (.3). Review Committee revisions to protective order, consider issues (.2). Call with A. Cottrell re protective order issues (.2). Emails to and from B. Weinstein re protective order issues (.3). | 1.00 | $ 525.00/hr | $ 525.00 |
| 12/05/2023 | PJP | **B210 - Business Operations:** Further emails re property purchaser inquiry (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/05/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly update call with Committee counsel (.2). Attend same (.5). | 0.70 | $ 525.00/hr | $ 367.50 |
| 12/05/2023 | JER | **B320 - Plan and Disclosure Statement:** Review emails regarding agreement with Committee to modify proposed order granting motion to extend plan exclusivity deadlines. Review changes to proposed order. | 0.30 | $ 450.00/hr | $ 135.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to A. Frankel re California coverage action relief from stay motion continuance (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 12/05/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from R. Harris re common interest agreements from his clients, emails to A. Martin re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/05/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client team meeting (.5). Email to A. Martin, O. Katz re same (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 12/05/2023 | ASK | **B320 - Plan and Disclosure Statement:** Initial draft of status report re Extension of Exclusivity. | 0.20 | $ 105.00/hr | $ 21.00 |
| 12/05/2023 | PJP | **B190 - Other Contested Matters:** Prepare for professionals organization, strategy call (.2). Attend same (.8). | 1.00 | $ 525.00/hr | $ 525.00 |
| 12/05/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to W. Weitz, J. Kim re claims noticing issues, questions (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/06/2023 | TRP | **B310 - Claims Administration and Objections:** Telephone call with J. Kim (Omni) regarding claims notices (.1); telephone conference with K. Kim and L. Solorzano (Omni) regarding claims bar date noticing (.5); draft email and telephone conference with L. Solorzano regarding claim notices (.2); review emails from J. Kim and L. Solorzano regarding claims bar date noticing (.2). | 1.00 | $ 425.00/hr | $ 425.00 |
| 12/06/2023 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell, O. Katz re meet and confer on Committee document requests (.2). Review particular questions on same, consider issues (.2). Review further email re discovery produced in JCP 5108 subject to protective order and restrictions on production to Committee, consider strategy re same (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 12/06/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to A. Diamond, A. Martin re case status, common interest agreement (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/06/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email Castro relief from stay order to P. Carney, P. Gaspari (.1). Email to client team re insurer continuance of coverage action relief from stay (.1). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/06/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Carney re notice issues for claimants (.3). Emails from and to P. Carney re counsel for related entities (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 12/06/2023 | JER | **B320 - Plan and Disclosure Statement:** Draft Status Report re Motion to Extend Plan Exclusivity. (.4). Email with PJP regarding same. (.1). Emails with SMRH Team regarding same. (.1). Address revisions to Status Report. (.1) | 0.70 | $ 450.00/hr | $ 315.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/2023 | BJ | **B160 - Fee/Employment Applications:** Prepare draft FFWPR Monthly Fee Statement for November 2023. | 0.60 | $ 105.00/hr | $ 63.00 |
| 12/06/2023 | PJP | **B230 - Financing/Cash Collections:** Call with M. Flanagan re credit card program replacement issues (.4). Email to J. Rios re update on same (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 12/07/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to A. Martin re CASC changes to common interest agreement (.2). Review changes to same (.2). Call with A. Diamond re case issues (.7). | 1.10 | $ 525.00/hr | $ 577.50 |
| 12/07/2023 | PJP | **L320 - Document Production:** Review certain documents subject to production per Committee Rule 2004 application, consider issues re same (.7). Emails from and to P. Carney, P. Gaspari, D. Zamora, A. Cottrell, A. Martin re same (.2). Email to Sheppard team working on Committee Rule 2004 issues re strategy and status (.3). Call with A. Cottrell, O. Katz, S. Gersten re Rule 2004 issues, protective order (.7) | 1.90 | $ 525.00/hr | $ 997.50 |
| 12/07/2023 | JER | **B320 - Plan and Disclosure Statement:** Finalize Status Report re Motion to Extend Exclusivity. Direct filing and service. | 0.10 | $ 450.00/hr | $ 45.00 |
| 12/07/2023 | JER | **B320 - Plan and Disclosure Statement:** Emails with ADSF Team regarding FedEx suspension of service re pre-petition claim and follow up. | 0.20 | $ 450.00/hr | $ 90.00 |
| 12/07/2023 | PJP | **B210 - Business Operations:** Review letter of credit for workers comp issues, related documents (.3). Email to M. Flanagan re same (.1). | 0.40 | $ 525.00/hr | $ 210.00 |
| 12/07/2023 | ASK | **B320 - Plan and Disclosure Statement:** Finalize and file status report to extend exclusivity period and send for service. | 0.30 | $ 0.00/hr | No Charge |
| 12/07/2023 | BJ | **B160 - Fee/Employment Applications:** Review, revise and redact Weintraub invoices; prepare draft Weintraub Monthly Fee Statement for November 2023. | 1.00 | $ 105.00/hr | $ 105.00 |
| 12/07/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team meeting (.3). Attend same re case status and strategy (1.0) | 1.30 | $ 525.00/hr | $ 682.50 |
| 12/07/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from B. Michaels re meeting with Committee re insurance issues, email to insurance professionals team re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/08/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails to and from O. Katz re Committee call re insurance, other matters (.2). Call from B. Weinstein re call with Committee (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 12/08/2023 | JER | **B210 - Business Operations:** Emails with Client Team regarding FedEx claim and account suspension. (.3). Email with PJP regarding same. (.1) | 0.40 | $ 450.00/hr | $ 180.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/2023 | JER | **B230 - Financing/Cash Collections:** Review emails regarding Debtor's proposed new credit card/debit card program. (.2). Email to PJP regarding same. (.3). Research and analysis regarding same. (.5) | 1.00 | $ 450.00/hr | $ 450.00 |
| 12/08/2023 | JER | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and analysis of multiple emails regarding Committee request for meeting regarding Motion for Relief from Stay re Insurance Action and related issues. | 0.30 | $ 450.00/hr | $ 135.00 |
| 12/08/2023 | PJP | **L320 - Document Production:** Call with P. Carney, P. Gaspari, A, Cottrell, S. Gerston re protective order issues (1.0). Emails from and to A. Martin re document production (.3). | 1.30 | $ 525.00/hr | $ 682.50 |
| 12/08/2023 | PJP | **B210 - Business Operations:** Call with O. Katz re finance council meeting coverage, preparation, notes to file (.4). | 0.40 | $ 525.00/hr | $ 210.00 |
| 12/09/2023 | PJP | **B230 - Financing/Cash Collections:** Emails from and to J. Rios, O. Katz re credit card program issues (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 12/09/2023 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Review docket order re motion to extend, emails to client and J. Rios re submission of order (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/09/2023 | PJP | **B320 - Plan and Disclosure Statement:** Review docket order re motion to extend exclusivity, emails to client and J. Rios re submission of order (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/09/2023 | JER | **B230 - Financing/Cash Collections:** Multiple emails with O. Katz and PJP regarding proposed ADSF Debit Card program and preparation of Stipulation/Motion. (.3). Analysis regarding same. (.1) | 0.40 | $ 450.00/hr | $ 180.00 |
| 12/10/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Email with PJP regarding docket order granting Lease Assumption extension Motion and follow up for 12/14 hearings. (.2) | 0.20 | $ 450.00/hr | $ 90.00 |
| 12/10/2023 | JER | **B230 - Financing/Cash Collections:** Multiple emails with ADSF Team and O. Katz regarding proposed ADSF Debit Card program and preparation of Stipulation/Motion. (.4). Prepare outline of details and issues for Stipulation/Motion. (.4) | 0.80 | $ 450.00/hr | $ 360.00 |
| 12/11/2023 | JER | **B230 - Financing/Cash Collections:** Draft Stipulation re Cash Management Debit Cards and analysis regarding same. (.2). Telephone conference with M. Flanagan regarding same. (.8). Review Bank Card agreement documents regarding same. (.2) | 1.20 | $ 450.00/hr | $ 540.00 |
| 12/11/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Revise and finalize order granting motion to extend plan exclusivity deadlines per Court Docket ruling. | 0.20 | $ 450.00/hr | $ 90.00 |
| 12/11/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Revise and finalize order granting motion to extend deadline for assumption or rejection of real property leases per Court Docket ruling. | 0.20 | $ 450.00/hr | $ 90.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/2023 | JER | **B150 - Meetings of and Communications with Creditors:** Review and respond to telephone call from notice party and potential creditor Tracy Thompson. (.2). Emails with PJP and W. Weitz and follow up regarding same. (.6). Email with ADSF regarding same. (.2) | 1.00 | $ 450.00/hr | $ 450.00 |
| 12/11/2023 | BJ | **B160 - Fee/Employment Applications:** Review and categorize Weinstein's billing statement. | 0.40 | $ 105.00/hr | $ 42.00 |
| 12/11/2023 | BJ | **B160 - Fee/Employment Applications:** Prepare Weinstein November Monthly Fee Statement. | 0.60 | $ 105.00/hr | $ 63.00 |
| 12/12/2023 | JER | **B230 - Financing/Cash Collections:** Review emails with USB regarding proposed Bank Card agreements. (.2). Review proposed Bank Card Agreements and prepare outline of open issues. (1.3). Email with O. Katz regarding preparation of Stipulation re cash management. (.1) Telephone call from M. Flanagan regarding same. (.1). Conference with USB and M. Flanagan regarding proposed Bank Card Agreements and open issues. (.7) | 2.40 | $ 450.00/hr | $ 1,080.00 |
| 12/12/2023 | JER | **B150 - Meetings of and Communications with Creditors:** Telephone call with T. Thompson responding to Creditor inquiry. (.1). Email regarding same. (.2) | 0.30 | $ 450.00/hr | $ 135.00 |
| 12/12/2023 | JER | **B230 - Financing/Cash Collections:** Draft proposed Stipulation re cash management and new US Bank cards. | 1.30 | $ 450.00/hr | $ 585.00 |
| 12/12/2023 | TRP | **B110 - Case Administration:** review and reply to email from W. Weitz regarding amendment to Schedules and SOFA (.2). | 0.20 | $ 425.00/hr | $ 85.00 |
| 12/12/2023 | TRP | **B310 - Claims Administration and Objections:** Review and reply to email regarding Committee access to survivor Proof of Claims (.4) | 0.40 | $ 425.00/hr | $ 170.00 |
| 12/12/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to A. Frankel re case management conference filing in California insurance coverage action (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/12/2023 | PJP | **B160 - Fee/Employment Applications:** Emails from and to P. Carney re Weintraub employment issue (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/12/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from J. Rios, P. Carney re parish employee issue (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 12/13/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to J. Kim, T. Phinney re Committee access to filed claims issues, consider issues re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/13/2023 | JER | **B230 - Financing/Cash Collections:** Draft and revise proposed stipulation re US Bank Cards and amendment of Cash Management Order. (.6). Draft proposed amended order. (.6). Revise Stipulation and proposed Order. (.4). Analysis and address terms of proposed agreements. (.2) | 1.80 | $ 450.00/hr | $ 810.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2023 | JER | **B230 - Financing/Cash Collections:** Telephone call with A. Martin re proposed stipulation re US Bank Cards and amendment of Cash Management Order. (.2). Telephone call with M. Flanagan regarding same. (.2). Review and address email from USB regarding same. (.2). Obtain and review Wells Fargo credit card agreements documents. (.5). Telephone call with A. Martin regarding same. (.2) | 1.30 | $ 450.00/hr | $ 585.00 |
| 12/14/2023 | TRP | **B110 - Case Administration:** Emails with W. Weitz regarding amended schedules and SOFA (.3); revise global notes (.5). | 0.80 | $ 425.00/hr | $ 340.00 |
| 12/14/2023 | JER | **B230 - Financing/Cash Collections:** Revise proposed Stipulation re US Bank, Bank Card. (1.0). Emails with ADSF Team and M. Flanagan regarding the proposed Stipulation and the Bank Agreement documents. (.6). Telephone calls with M. Flanagan regarding same. (.4) Telephone call with PJP regarding same. (.1). Email to Committee and UST regarding proposed Stipulation and Order. (.5) | 2.60 | $ 450.00/hr | $ 1,170.00 |
| 12/14/2023 | JER | **B210 - Business Operations:** Telephone call from M. Flanagan and ADSF Team regarding Verizon cancellation and invoice issues. (.3). Telephone call from M. Flanagan regarding same. (.1). Review invoices and exchange emails with Client Team regarding invoices and resuming Verizon service. (.6) | 1.00 | $ 450.00/hr | $ 450.00 |
| 12/14/2023 | BJ | **B160 - Fee/Employment Applications:** Prepare B. Riley Monthly Fee Statement for November 2023. | 0.60 | $ 105.00/hr | $ 63.00 |
| 12/15/2023 | TRP | **B110 - Case Administration:** Review and finalize Amended Schedules and Global Notes for filing (.8); emails with B. Riley team regarding amended creditor matrix (.4). | 1.20 | $ 425.00/hr | $ 510.00 |
| 12/15/2023 | PJP | **B190 - Other Contested Matters:** Email to professionals re team call, status (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 12/15/2023 | PJP | **B260 - Board of Directors Matters:** Emails from and to O. Katz re finance counsel meeting, status (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 12/15/2023 | JER | **B210 - Business Operations:** Review and analysis of email from Verizon regarding account status and pre-petition/post-petition invoice issues. | 0.20 | $ 450.00/hr | $ 90.00 |
| 12/15/2023 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review Order granting motion to extend the period for assumption or rejection of real property leases. | 0.10 | $ 450.00/hr | $ 45.00 |
| 12/15/2023 | JER | **B320 - Plan and Disclosure Statement:** Review Order granting motion to extend the exclusivity period. | 0.10 | $ 450.00/hr | $ 45.00 |
| 12/15/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to B. Michaels re Committee access to sealed schedules, review prior order re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/15/2023 | PJP | **B120 - Asset Analysis and Recovery:** Review NY decision on insurance coverage action issues for relevant impacts, email to P. Carney, B. Weinstein, P. Gaspari re same (.3). | 0.30 | $ 525.00/hr | $ 157.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/2023 | JER | **B230 - Financing/Cash Collections:** Emails with US Bank regarding proposed Bank Card program. (.3). Telephone call from M. Flanagan regarding same. (.2). Telephone call from A. Martin regarding proposed amendment of Cash Management Order. (.1) | 0.60 | $ 450.00/hr | $ 270.00 |
| 12/16/2023 | PJP | **B190 - Other Contested Matters:** Review Oakland insurer motion re Committee Rule 2004 app for relevant information, case issues (shared) (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/18/2023 | TRP | **B110 - Case Administration:** Review and revise attachments to amended schedules regarding additional creditors (sealed and unsealed) (.6); telephone conference with W. Weitz regarding amended schedules (.1). | 0.70 | $ 425.00/hr | $ 297.50 |
| 12/18/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues with T. Phinney re claims noticing, amended schedules new creditors and claims noticing (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 12/18/2023 | PJP | **B160 - Fee/Employment Applications:** Review all professionals November fee notices (.2). Draft supplemental disclosure for Weintraub further services (.7). Review Omni 156 November invoice, email to P. Carney, M. Flanagan re same (.2). | 1.10 | $ 525.00/hr | $ 577.50 |
| 12/18/2023 | ASK | **B110 - Case Administration:** Finalize attachments to amended Schedules, file amended Schedules and SOFA. | 0.80 | $ 0.00/hr | No Charge |
| 12/18/2023 | JER | **B230 - Financing/Cash Collections:** Emails with UST and ADSF regarding proposed US Bank Cards. | 0.30 | $ 450.00/hr | $ 135.00 |
| 12/19/2023 | TRP | **B310 - Claims Administration and Objections:** Draft email to B. Whitaker regarding supplemental service of claims notice. | 0.20 | $ 425.00/hr | $ 85.00 |
| 12/19/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with B. Michaels re case status and issues (.4). Emails from and to creditor re inquiry on bankruptcy, email to W. Weitz re same (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 12/19/2023 | PJP | **B230 - Financing/Cash Collections:** Email to J. Rios re call with B. Michaels re Committee input on debit card program stipulation (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/19/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Long email to client team re mediator selection/options (.5). Call with D. Zamora re mediator issues (.3). | 0.80 | $ 525.00/hr | $ 420.00 |
| 12/19/2023 | PJP | **B190 - Other Contested Matters:** Prepare for professionals task coordination call (.2). Attend same (.9). | 1.10 | $ 525.00/hr | $ 577.50 |
| 12/19/2023 | BJ | **B160 - Fee/Employment Applications:** Prepare Notice of Increase in Hourly Rates for FFWPR. | 0.70 | $ 105.00/hr | $ 73.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2023 | JER | **B230 - Financing/Cash Collections:** Preparation for and attend US Bank Card conference. (1.0). Telephone calls with M. Flanagan regarding proposed US Bank Card issues. (.2). Draft modifications to Amendment No. 1. (.2). Emails with US Bank regarding proposed odifications to Amendment No. 1. and US Trustee questions. (.4) | 1.80 | $ 450.00/hr | $ 810.00 |
| 12/19/2023 | JER | **B230 - Financing/Cash Collections:** Draft modifications to US Bank Card stipulation to address comments from US Trustee and Committee. (.7) Email to US Trustee and Committee regarding same. (.2). Telephone call from U. Trustee regarding same. (.1) | 1.00 | $ 450.00/hr | $ 450.00 |
| 12/19/2023 | JER | **B160 - Fee/Employment Applications:** Emails with Client Team regarding Ordinary Course Professionals Order and implementation for BBK and Korn Ferry. | 0.30 | $ 450.00/hr | $ 135.00 |
| 12/19/2023 | JER | **B210 - Business Operations:** Review and analysis of ADSF question about residence property. (.2). Follow up with PJP regarding same. (.1) | 0.30 | $ 450.00/hr | $ 135.00 |
| 12/20/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review Rockville Centre developments (.2). Call with counsel in other diocese matters regarding case issues (.6). | 0.80 | $ 525.00/hr | $ 420.00 |
| 12/20/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client team call, email re same (.3). Prepare for call (.2). Attend client team call (1.2). | 1.70 | $ 525.00/hr | $ 892.50 |
| 12/20/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Review potential mediators, consider strategy (.4). Review mediator appointment motion filed by Oakland, review selected mediators information (.3). Call with O. Katz re same (.5). | 1.20 | $ 525.00/hr | $ 630.00 |
| 12/20/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Review email from W. Weitz, email to creditor regarding inquiry on notice (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/20/2023 | ASK | **B230 - Financing/Cash Collections:** Initial draft of Declaration for Michael Flanangan re Motion to modify Cash Management motion (.4); revise corresponding motion and exhibits (1.7) | 2.10 | $ 105.00/hr | $ 220.50 |
| 12/20/2023 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell re Committee access to production issues, review protective order (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 12/20/2023 | PJP | **B210 - Business Operations:** Review Travelers proposal regarding letter of credit requirement on 2007 workers comp insurance, consider strategy (.5). Emails to M. Flanagan, insurance brokers re same (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 12/20/2023 | JER | **B230 - Financing/Cash Collections:** Review and revise Motion to approve US Bank Card program. (3.2). Review and revise M. Flanagan declaration regarding same. (1.1) | 4.30 | $ 450.00/hr | $ 1,935.00 |
| 12/20/2023 | JER | **B120 - Asset Analysis and Recovery:** Evaluate and respond to ADSF question re Archbishop Residence. | 0.30 | $ 450.00/hr | $ 135.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2023 | JER | **B230 - Financing/Cash Collections:** Work on revisions to proposed Stipulation re US Bank Card program. (.2). Telephone call with PJP regarding US Bank Card program issues. (.1). Review and evaluate US Bank Card Agreement and related documents. (.5) | 0.80 | $ 450.00/hr | $ 360.00 |
| 12/21/2023 | PJP | **B210 - Business Operations:** Emails re Traveler's workers comp issues (.2). Call with M. Flanagan re same and strategy, notes to file (.3). | 0.50 | $ 525.00/hr | $ 262.50 |
| 12/21/2023 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to A. Frankel re coverage action motion for relief from stay (.2). Call from B. Weinstein re same (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 12/21/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Draft email to Committee counsel re mediators (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 12/21/2023 | ASK | **B110 - Case Administration:** Finalize and file November 2023 monthly operating report. | 0.30 | $ 0.00/hr | No Charge |
| 12/21/2023 | ASK | **B230 - Financing/Cash Collections:** Draft Notice of Hearing and proposed Order for Motion to Modify Cash Management Order. | 0.50 | $ 105.00/hr | $ 52.50 |
| 12/21/2023 | PJP | **B160 - Fee/Employment Applications:** Review requirements for updated budgets and staffing plans, review prior budgets and staffing plans (.2). Email to B. Weinstein re updated budget and staffing plan (.2). Email to P. Gaspari re updated budget and staffing plan (.2). Revise FFWPR staffing plan and budget (.2). | 0.80 | $ 525.00/hr | $ 420.00 |
| 12/21/2023 | JER | **B230 - Financing/Cash Collections:** Revise and finalize Motion to Amend Cash Management and Authorize Bank Cards. (.8). Revise and finalize Declaration of M. Flanagan regarding same. (.8) Revise Notice of Hearing on Motion. (.6). Revise proposed order on Motion. (.7). Emails regarding same. (.1). Communications with M. Flanagan regarding same. (.3) Emails with US Trustee's office regarding same. (.1). Telephone call from co-counsel regarding cash management issues for Motion. (.3) | 3.70 | $ 450.00/hr | $ 1,665.00 |
| 12/22/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Consider issues on selection of mediators, other cases mediators (.4). | 0.40 | $ 525.00/hr | $ 210.00 |
| 12/26/2023 | PJP | **B110 - Case Administration:** Email to B. Whittaker re updated limited service list (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 12/26/2023 | PJP | **B160 - Fee/Employment Applications:** Review UST motion to appoint fee examiner, email to client re same (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 12/26/2023 | JER | **B230 - Financing/Cash Collections:** Emails with US Bank regarding proposed Bank Card program. | 0.20 | $ 450.00/hr | $ 90.00 |
| 12/27/2023 | PJP | **B110 - Case Administration:** Emails from and to Omni re updated limited service list, review same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/27/2023 | ASK | **B110 - Case Administration:** Finalize and file updated limited service list. | 0.20 | $ 0.00/hr | No Charge |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/2023 | JER | **B230 - Financing/Cash Collections:** Emails with US Bank regarding finalizing account agreement documents. (.4). Telephone call from M. Flanagan regarding same. (.1) | 0.50 | $ 450.00/hr | $ 225.00 |
| 12/27/2023 | JER | **B160 - Fee/Employment Applications:** Draft and revise Quarterly Statement re Ordinary Course Professionals required by Court Order. (.7). Draft and revise Exhibit to Statement. (.4). Further emails regarding preparation of OCP Quarterly Report. (.3) | 1.40 | $ 450.00/hr | $ 630.00 |
| 12/27/2023 | PJP | **B210 - Business Operations:** Email from and to Fr. Summerhays re authorized payments (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/27/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to plaintiff office paralegal re filing claims (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/28/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to Fr. Summerhays, R. Rocio, P. Carney re survivor inquiry about claim filing (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/28/2023 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re Travelers letter of credit issue (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 12/28/2023 | JER | **B160 - Fee/Employment Applications:** Review Quarterly Worksheet for Ordinary Course Professionals. (.2) Follow up emails with ADSF Team regarding same for Quarterly Report. (.5). Further emails with M. Flanagan to address issues regarding same. (.3) | 1.00 | $ 450.00/hr | $ 450.00 |
| 12/28/2023 | JER | **B190 - Other Contested Matters:** Review email from Insurers counsel re 2004 document production demand and follow up regarding same. | 0.10 | $ 0.00/hr | No Charge |
| 12/29/2023 | JER | **B160 - Fee/Employment Applications:** Emails with ADSF Team and BRiley regarding preparation of Ordinary Course Professionals Quarterly Report. (.4). Review and finalize Quarterly Notice for filing and service. (.5) | 0.90 | $ 450.00/hr | $ 405.00 |
| 12/29/2023 | ASK | **B160 - Fee/Employment Applications:** Finalize, file and serve notice of 1st quarterly statement re OCPs. | 0.90 | $ 0.00/hr | No Charge |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 12/18/2023 | FA | Filing Fee for Amended Schedules. | $ 34.00 |

| | |
|---|---|
| Total Hours | 84.50 hrs |
| Total Biller | $ 36,838.50 |
| Total Expenses | $ 34.00 |
| Total Invoice Amount | $ 36,872.50 |
| Previous Balance | $ 142,602.47 |
| 12/15/2023 Payment - Trust Account A payment was transferred from the Trust Account | ($40,299.28) |
| **Balance (Amount Due)** | **$ 139,175.69** |

**Trust Account Summary**

**Billing Period: 12/01/2023 - 01/08/2024**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | | |
|---|---|---|---|---|
| $40,299.28 | $132,869.79 | $0.00 | | |
| **Date** | **Transaction** | **Deposit** | **Disbursement** | **Balance** |
| 12/06/2023 | Applied to invoice #12931 | | $26,491.39 | $66,079.12 |
| 12/06/2023 | Applied to invoice #12969 | | $52,652.90 | $13,426.22 |
| 12/06/2023 | Applied to invoice #13051 | | $13,426.22 | $0.00 |
| 12/15/2023 | Received From-Archdiocese of San Francisco | $40,299.28 | | $40,299.28 |
| 12/15/2023 | Applied to invoice #13051 | | $40,299.28 | $0.00 |

**User Hours Summary**

**Billing Period: 12/01/2023 - 12/31/2023**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 32.60 | $ 525.00 | $ 17,115.00 |
| Jake E Rios | 36.60 | $ 450.00 | $ 16,470.00 |
| Jake E Rios | 0.10 | $ 450.00 | $ 0.00 |
| Thomas R Phinney | 6.00 | $ 425.00 | $ 2,550.00 |
| Allison Kieser | 2.80 | $ 105.00 | $ 294.00 |
| Allison Kieser | 2.50 | $ 105.00 | $ 0.00 |
| Brenda Jennings | 3.90 | $ 105.00 | $ 409.50 |