PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINSTEIN & NUMBERS LLP [DECEMBER 2023]**<br><br>[NO HEARING REQUIRED] |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Weinstein & Numbers LLP, (hereinafter "Weinstein"), insurance counsel for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the month of December 2023 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing

Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weinstein on account of the Debtor for the month of December 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2023 through December 31, 2023 | $22,106.50 | $15.50 | $22,122.00 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $17,685.20 | $15.50 | $17,700.70 |

Attached hereto as **Exhibit A** is a summary of Weinstein's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weinstein professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of Weinstein's fees incurred during the period of December 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weinstein

///

///

///

///

///

within 14 days from the date of service of this Statement.

Dated: January 19, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By: */s/ Paul J. Pascuzzi*
     PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: January 19, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
     ORI KATZ
     ALAN H. MARTIN

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Fee Period of
<u>December 2023</u>**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $425 | 10.40 | $4,420.00 |
| Adison Marshall | Associate | $350 | 9.90 | $3,465.00 |
| Barron L. Weinstein | Managing Partner | $625 | 7.50 | $4,687.50 |
| Brian Carolus | Legal Assistant/Paralegal | $210 | 22.40 | $4,704.00 |
| Bob Patterson | Legal Assistant/Paralegal | $315 | 13.80 | $4,347.00 |
| Chuck Yeo | Legal Assistant/Paralegal | $210 | 2.30 | $483.00 |
| **TOTAL** | | | **66.30** | **$22,106.50** |

# Exhibit B

## Summary of Compensation by Project Category
## Compensation by Project Category for Hourly Services
## for the Fee Period of December 2023

### Bankruptcy Categories

| Description | Hours | Amount |
|---|---:|---:|
| Mediation | 0.40 | $250.00 |
| Discovery | 4.00 | $1,700.00 |
| Relief from Stay | 4.60 | $2,750.50 |
| **SUB-TOTAL** | **9.00** | **$4,700.50** |

### Litigation

| Litigation (Abuse Claims) | Hours | Amount |
|---|---:|---:|
| **SUB-TOTAL** | **57.30** | **$17,406.00** |
| **TOTAL** | **66.30** | **$22,106.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Case Anywhere | $15.50 |
| **TOTAL** | **$15.50** |

# Exhibit D

# Weinstein Invoices

**Weinstein & Numbers, LLP**
*Attorneys at Law*

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 12/01/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review All Dioceses excel matrix and update claimant folder titles and update tender matrix claimant entries and tender matrix table of contents and update coverage chart entries. | 2.50 | $525.00 |
| 12/04/2023 | BLW | Motion Practice: Review and prepare correspondence regarding motion to release stay (.3); review file regarding status of tenders (.2). | 0.50 | $312.50 |
| 12/04/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Download Master Dioceses excel matrix and coverage chart and tender matrix volumes 1-6 to remote work computer (.1). Review Master Dioceses excel matrix and update tender matrix claimant entries (1.3), update tender matrix table of contents (1.1), Review Master Dioceses excel matrix and update coverage chart entries (1.2). | 3.70 | $777.00 |
| 12/04/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional invoices received from defense counsel (1.4); prepare and chart additional invoices to carriers in connection with accepted claims (.9). | 2.30 | $724.50 |
| 12/04/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available | 0.40 | $170.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Insurance Coverage): Review of correspondence from defense counsel regarding bankruptcy and coverage issues and analyze file to prepare response. | | |
| 12/05/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Upload coverage chart and all 6 tender matrix volumes to Dropbox and download, save all to local office server (.2). Review Master Dioceses excel matrix and update tender matrix claimant entries (1.375). Update tender matrix table of contents (1.375). Review Master Dioceses excel matrix and update claimant folder titles (1.375). Review Master Dioceses excel matrix and update coverage chart entries (1.375). | 5.80 | $1,218.00 |
| 12/05/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional invoices received from defense counsel (1.3); prepare and chart additional invoices to carriers in connection with accepted claims (.8). | 2.10 | $661.50 |
| 12/05/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze correspondence from defense counsel, bankruptcy counsel and coverage counsel regarding litigation issues in bankruptcy. | 0.20 | $85.00 |
| 12/06/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review Master Dioceses excel matrix and update tender matrix claimant entries (1.5969). Update tender matrix table of contents (1.5969). Review Master Dioceses excel matrix and update claimant folder titles (1.8151). Review Master Dioceses excel matrix and update coverage chart entries (1.5969). Create new coverage chart entry (.1). | 6.80 | $1,428.00 |
| 12/06/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for mediation (1.4); review and analyze weintraub tobin charts regarding claims (0.7). | 2.10 | $735.00 |
| 12/06/2023 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review CMO and update litigation calendar regarding continuation of 12/27/23 CMC. | 0.30 | $63.00 |
| 12/07/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review coverage chart and update claimant folder titles (1.7183). Update coverage chart claimant entries (.2). | 2.00 | $420.00 |
| 12/07/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for mediation (4.5). | 4.50 | $1,575.00 |
| 12/08/2023 | KLC | Discovery: Analyze policies and secondary evidence for production. | 1.70 | $722.50 |
| 12/08/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for mediation (1.5). | 1.50 | $525.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/08/2023 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review file and prepare for production of secondary policy evidence. | 0.40 | $84.00 |
| 12/09/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional claims received from defense counsel (1.4); prepare and draft additional tender notices to carriers in connection with additional claims (1.2). | 2.60 | $819.00 |
| 12/11/2023 | KLC | Discovery: Continue analysis of policies for production to Committee Counsel (1.6) revise tender letters to Allianz, Travelers, Chubb and Hartford and prepare Dropbox folders for carriers (.7) | 2.30 | $977.50 |
| 12/11/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new tenders (.3). Update tender matrix carrier data and update tender matrix table of contents (.2) Update coverage chart claimant entry (.1). | 0.50 | $105.00 |
| 12/12/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from carrier regarding new claim and respond to request for information. | 0.60 | $255.00 |
| 12/13/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new tenders. | 0.30 | $63.00 |
| 12/13/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Attend Zoom meeting with Ori Katz and Committee counsel regarding strategy as to insurers (.7); telephone conference with Ori Katz regarding same (.2); review insurance documents for production to Committee (1.4) | 2.30 | $1,437.50 |
| 12/13/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional invoices from defense counsel for recent defense work on claims (.4); prepare updates to reimbursement spreadsheets, outlining invoices and requests for reimbursement (1.3). | 1.70 | $535.50 |
| 12/13/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for mediation (1.1). | 1.10 | $385.00 |
| 12/14/2023 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and update coverage chart (.2); review file regarding secondary policy evidence and add Bates stamping for production (1.1). | 1.30 | $273.00 |
| 12/14/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of claimant files and claim list to reconcile claims (.6) prepare correspondence to defense counsel with request for documents (.1) | 0.70 | $297.50 |
| 12/15/2023 | BLW | Motion Practice: Research regarding Chubb's coverage action and motion for relief from stay (1.1). | 1.10 | $687.50 |
| 12/15/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of email from defense counsel regarding new claim (.1) analyze fact sheet of claimant and documents produced to evaluate coverage (.4) prepare tender | 0.70 | $297.50 |

| | | | | |
|---|---|---|---|---|
| | | letter to carrier for new claim and prepare email to adjuster (.2) | | |
| 12/16/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional documents related to requests for relief from stay. | 0.40 | $126.00 |
| 12/18/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Organize claimant folder (.1). Review and chart new carrier correspondence (.1). | 0.30 | $63.00 |
| 12/19/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence and claim number received. | 0.20 | $42.00 |
| 12/19/2023 | BLW | Mediation: Attend Zoom meeting with counsel regarding mediation issues (.2) | 0.20 | $125.00 |
| 12/19/2023 | CDY | Motion Practice: Review docket and additional briefing documents and notices for hearing on Motion for Relief from Stay. | 0.30 | $63.00 |
| 12/19/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Prepare for and participate in teleconference with bankruptcy counsel Pascuzzi and Phinney. | 0.50 | $212.50 |
| 12/19/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional pleadings in connection with bankruptcy proceedings. | 1.60 | $504.00 |
| 12/20/2023 | BLW | Motion Practice: Review correspondence regarding mediation issues (.2); attend Zoom conference to discuss selection of mediators and motion for release of stay (1.5); research recent court orders regarding same (.7). | 2.70 | $1,687.50 |
| 12/20/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of agenda and materials regarding bankruptcy in preparation for meeting with counsel (.5) participate in teleconference with bankruptcy counsel and client (1.3) review of bankruptcy orders regarding stay issues (.3) | 2.10 | $892.50 |
| 12/21/2023 | BLW | Mediation: Review correspondence regarding mediation procedure (0.2). | 0.20 | $125.00 |
| 12/21/2023 | BLW | Motion Practice: Review pleadings regarding state court coverage action (.3); telephone conference with counsel regarding same (.2). | 0.50 | $312.50 |
| 12/22/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from Appalachian Insurance Counsel regarding outstanding claims (.1) analyze file for response to request for information (.2) review of correspondence from bankruptcy counsel (.2) | 0.50 | $212.50 |
| 12/26/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional correspondence and invoices from defense counsel (1.2); enter and incorporate additional invoices into detailed spreadsheet regarding defense fees and costs (1.9). | 3.10 | $976.50 |
| 12/27/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for | 0.70 | $245.00 |

| | | | | |
|---|---|---|---|---|
| | | mediation (.7). | | |
| 12/27/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from bankruptcy counsel regarding motions, pleadings and related bankruptcy issues (.5) review of correspondence from Chubb in response to tender of claim (2) | 0.70 | $297.50 |
| 12/29/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondences and claim numbers received. | 0.30 | $63.00 |
| | | | **Services Subtotal** | **$22,106.50** |

| Current Services | | Total |
|---|---|---|
| 12/04/2023 | Shared expense regarding Case Anywhere depository and document system access. | $15.50 |
| | **Expenses Subtotal** | **$15.50** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 10.4 | $425.00 | $4,420.00 |
| Adison Marshall | 9.9 | $350.00 | $3,465.00 |
| Barry Weinstein | 7.5 | $625.00 | $4,687.50 |
| Brian Carolus | 22.4 | $210.00 | $4,704.00 |
| Bob Patterson | 13.8 | $315.00 | $4,347.00 |
| Chuck Yeo | 2.3 | $210.00 | $483.00 |
| | | **Subtotal** | **$22,122.00** |
| | | **Total This Invoice** | **$22,122.00** |