1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA 95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:         ppascuzzi@ffwplaw.com
6              jrios@ffwplaw.com
               tphinney@ffwplaw.com
7

8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
10   Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:     (415) 434-9100
12 Facsimile:     (415) 434-3947
   Email:         okatz@sheppardmullin.com
13              amartin@sheppardmullin.com

14 Attorneys for The Roman Catholic Archbishop of
   San Francisco

15                UNITED STATES BANKRUPTCY COURT

16      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 In re                                    Case No. 23-30564

19 THE ROMAN CATHOLIC ARCHBISHOP           Chapter 11
   OF SAN FRANCISCO,
20                                          **MONTHLY PROFESSIONAL FEE**
            Debtor and                      **STATEMENT FOR WEINTRAUB TOBIN**
21          Debtor in Possession.           **[DECEMBER 2023]**

22

23 **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

24          **NOTICE IS HEREBY GIVEN** that Weintraub Tobin Chediak Coleman Grodin, Law

25 Corporation, (hereinafter "WT"), special corporation and litigation attorneys for Debtor and Debtor

26 in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly

27 Professional Fee Statements for the month of December 2023. Pursuant to the Order Establishing

28 Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF

Case: 23-30564    Doc# 438    Filed: 01/19/24    Entered: 01/19/24 16:10:11    Page 1 of
22

No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by WT on account of the Debtor for the month of December 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2023 through December 31, 2023 | $16,266.00 | $670.94 | $16,936.94 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $13,012.80 | $670.94 | $13,683.74 |

Attached hereto as ***Exhibit A*** is a summary of WT's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each WT professional during the Fee Period.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of WT's fees incurred during the period of December 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon WT within

///
///
///
///
///
///

Case: 23-30564   Doc# 438   Filed: 01/19/24   Entered: 01/19/24 16:39:28   Page 2 of 22

1   14 days from the date of service of this Statement.

2   Dated: January 19, 2024

3                                              FELDERSTEIN FITZGERALD
                                               WILLOUGHBY PASCUZZI & RIOS LLP

4                                    By:*/s/ Paul J. Pascuzzi*
5                                       PAUL J. PASCUZZI

6                                       Attorneys for Debtor and Debtor in Possession
                                        The Roman Catholic Archbishop of San Francisco
7

8   Dated: January 19, 2024             SHEPPARD, MULLIN, RICHTER & HAMPTON
                                        LLP
9

10                          By:     */s/ Ori Katz*
11                                  ORI KATZ
                                    ALAN H. MARTIN
12
                                    Attorneys for The Roman Catholic Archbishop of
13                                  San Francisco

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 23-30564    Doc# 438    Filed: 01/19/24    Entered: 01/19/24 16:11:28    Page 3 of 22

**Exhibit A**

**Compensation by Professional Person for Hourly Services**
**for the Period of December 2023**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $465.00 | 15.90 | $7,393.50 |
| Daniel C. Zamora | Shareholder | $450.00 | 9.80 | $4,410.00 |
| Benjamin J. Lewis | Associate | $415.00 | 1.00 | $415.00 |
| Alexa K. Horner | Associate | $325.00 | 3.80 | $1,235.00 |
| Brian Gonzaga | Paralegal | $225.00 | 12.50 | $2,812.50 |
| **TOTAL** | | | **43.00** | **$16,266.00** |

Case: 23-30564    Doc# 438    Filed: 01/19/24    Entered: 01/19/24 16:10:23    Page 4 of 22

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of December 2023**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Case Administration | 15.30 | $7,114.50 |
| Asset Analysis and Recovery | 0.30 | $139.50 |
| Claims Administration | 0.30 | $139.50 |
| Document Production | 19.40 | $5,917.50 |
| Settlement/Non-Binding ADR | 0.30 | $135.00 |
| Communication/Other Counsel | 0.30 | $124.50 |
| **TOTAL** | **35.90** | **$13,570.50** |

**Litigation**

| Litigation | Hours | Amount |
|---|---|---|
| **TOTAL** | **7.10** | **$2,695.50** |
| **GRAND TOTAL** | **43.00** | **16,266.00** |

Case: 23-30564   Doc# 438   Filed: 01/19/24   Entered: 01/19/24 16:20:23   Page 5 of 22

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Court Fees | $405.04 |
| Filing Fees | $19.90 |
| Litigation Support Vendors | $246.00 |
| **TOTAL** | **$670.94** |

Case: 23-30564    Doc# 438    Filed: 01/19/24    Entered: 01/19/24 16:22:28    Page 6 of 22

**Exhibit D**

**WT Invoices**



**weintraub tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

January 04, 2024
Client:        150363

For Professional Services Rendered Through December 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000000 | General matters | 98472957 | $1,294.50 | $246.00 | $1,540.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,634.50 |
| Current Charges | $1,540.50 |
| Less Retainer Applied | $2,808.00 |
| **Balance Due:** | **$2,367.00** |

| | |
|---|---|
| **Retainer Balance** | **$169,276.33** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

January 04, 2024
Client:      150363
Matter:     000000
Invoice #:   98472957

Page:         1

RE:  General matters

For Professional Services Rendered Through December 31, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 12/4/2023 | DCZ | Trial testimony preparation with Fr. Ian Quito and Msgr. Romulo Vergara. [L450 - A101](2.30) | 2.30 | $1,035.00 |
| 12/5/2023 | DCZ | Phone calll with the District Attorney about trial testimony of Msgr. Vergara and Fr. Quito. [L450 - A107](0.30) | 0.30 | $135.00 |
| 12/12/2023 | BJLE | Preparation of audit response regarding claims associated with Riodan High School. [L190 - A107](0.30) | 0.30 | $124.50 |
| | | Total Services | 2.90 | $1,294.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.60 | $450.00 | $1,170.00 |
| AKH | Alexa Horner | ASSOCIATE | 0.30 | $325.00 | $97.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.80 | $415.00 | $332.00 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|---|---|---|
| 11/5/2023 | Case Anywhere LLC- Service- Document service and production upload fee [E100 - E118] | $246.00 |

The Archdiocese of San Francisco

RE: General matters

January 04, 2024
Client:       150363
Matter:       000000
Invoice #:   98472957

Page:           2

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| | Total Expenses | $246.00 |

| | | |
|---|---|---|
| Total Fees to Date: | $952,572.00 | Previous Balance | $3,634.50 |
| Total Disbursements to Date: | $31,931.80 | Current Charges | $1,540.50 |
| Total to Date: | $984,503.80 | Less Retainer Applied | $2,808.00 |
| | | **Balance Due** | **$2,367.00** |

| | |
|---|---|
| **Retainer Balance** | **$169,276.33** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Litigation Support Vendors | 0.00 | $246.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.50 | $0.00 |
| L120 | Analysis/Strategy - Communicate/In Firm | 0.30 | $0.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $124.50 |
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 2.30 | $1,035.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Cou | 0.30 | $135.00 |
| | **Total Hours** | **2.90** | |
| | **Total Fees:** | | **$1,294.50** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

January 04, 2024
Client:        150363

For Professional Services Rendered Through December 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | ██████ v. Archdiocese of San Francisco | 98472712 | $0.00 | $405.04 | $405.04 |

## Account Summary

| | |
|---|---|
| Previous Balance | $1,159.54 |
| Current Charges | $405.04 |
| Less Retainer Applied | $1,147.54 |
| **Balance Due:** | **$417.04** |

| | |
|---|---|
| **Retainer Balance** | **$965.94** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

January 04, 2024

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000390 |
| Invoice #: | 98472712 |
| Page: | 1 |

RE: ▮▮▮▮▮▮ v. Archdiocese of San Francisco

For Professional Services Rendered Through December 31, 2023

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| LAG | Louis A. Gonzalez, Jr. | SHAREHOLDER | 0.30 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $159,374.00 | Previous Balance | | $1,159.54 |
| Total Disbursements to Date: | $36,242.26 | Current Charges | | $405.04 |
| Total to Date: | $195,616.26 | Less Retainer Applied | | $1,147.54 |
| | | **Balance Due** | | **$417.04** |

| | |
|---|---|
| **Retainer Balance** | **$965.94** |

The Archdiocese of San Francisco

RE: ███████████ v. Archdiocese of San Francisco

January 04, 2024
Client:        150363
Matter:        000390
Invoice #:   98472712

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $405.04 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.30 | $0.00 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

January 04, 2024
Client:          150363

For Professional Services Rendered Through December 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98472803 | $1,401.00 | $0.00 | $1,401.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $1,401.00 |
| **Balance Due:** | **$1,401.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

January 04, 2024
Client:          150363
Matter:          000944
Invoice #:       98472803

Page:                1

RE: Victoria Castro

For Professional Services Rendered Through December 31, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 12/6/2023 | AKH | Review of pleadings and file documents from prior counsel and drafting of memo for current status of case. [L190 - A104](2.20) | 2.20 | $715.00 |
| 12/7/2023 | AKH | Continued review of file and draft summary memo. [L190 - A104](1.60) | 1.60 | $520.00 |
| 12/15/2023 | BJLE | Email with David Shook regarding substitution. [L190 - A107](0.20) | 0.20 | $83.00 |
| 12/18/2023 | BJLE | Exchange of emails with David Stock regarding substitution of attorney. [L190 - A107](0.20) | 0.20 | $83.00 |
| | | Total Services | 4.20 | $1,401.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| AKH | Alexa Horner | ASSOCIATE | 3.80 | $325.00 | $1,235.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $415.00 | $166.00 |

| | |
|------|------|
| Total Fees to Date: | $1,401.00 |
| Total Disbursements to Date: | $0.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

January 04, 2024
Client: 150363
Matter: 000944
Invoice #: 98472803

Page: 2

| | | |
|---|---|---|
| | Current Charges | $1,401.00 |
| | **Balance Due** | **$1,401.00** |
| Total to Date: | $1,401.00 | |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L190 | Other - Review/Analyze | 3.80 | $1,235.00 |
| L190 | Other – Communicate/Other Counsel | 0.40 | $166.00 |
| | **Total Hours** | **4.20** | |
| | **Total Fees:** | | **$1,401.00** |



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

January 04, 2024
Client:          150363

For Professional Services Rendered Through December 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98472765 | $13,570.50 | $19.90 | $13,590.40 |

## Account Summary

| | |
|---|---|
| Previous Balance | $12,512.07 |
| Current Charges | $13,590.40 |
| **Balance Due:** | **$26,102.47** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

January 04, 2024
Client:     150363
Matter:    900036
Invoice #:   98472765

Page:       1

RE: Bankruptcy

For Professional Services Rendered Through December 31, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/1/2023 | DCZ | Review and analysis of ex parte application authorizing production of documents pursuant to Rule 2004. [L320 - A104](0.60) | 0.60 | $270.00 |
| 12/1/2023 | DCZ | Phone call with Sheppard Mullin regarding Rule 2004 document request. [L320 - A107](0.90) | 0.90 | $405.00 |
| 12/1/2023 | DCZ | Review and analysis of prior productions of documents in response to Rule 2004 Request. [L320 - A104](0.40) | 0.40 | $180.00 |
| 12/1/2023 | PEG | Call with Shepard Mullin regarding responses to 2004 requests. [B100 - B110](1.00) | 1.00 | $465.00 |
| 12/4/2023 | PEG | Exchange with Paul Pascuzzi re claims list. [B300 - B310](0.30) | 0.30 | $139.50 |
| 12/4/2023 | BGON | Compile and review discovery responses to send to Bankruptcy attorneys re 2004 request. [L140 - A104](2.50) | 2.50 | $562.50 |
| 12/5/2023 | DCZ | Conference call with Paula Carney regarding document requested in Rule 2004 request. [L320 - A106](0.40) | 0.40 | $180.00 |
| 12/5/2023 | DCZ | Review and analysis of production of documents for Rule 20004 Examination. [L320 - A104](1.60) | 1.60 | $720.00 |
| 12/5/2023 | PEG | Call with Paula Carney and Daniel Zamora regarding Rule 2004 production. [B100 - B110](0.50) | 0.50 | $232.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 04, 2024
Client:       150363
Matter:       900036
Invoice #:   98472765

Page:          2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/5/2023 | BGON | Compile and review discovery responses to send to Bankruptcy attorneys re 2004 request. [L140 - A104](4.40) | 4.40 | $990.00 |
| 12/6/2023 | DCZ | Review and analysis of document production for Rule 2004 requests. [L320 - A104](1.90) | 1.90 | $855.00 |
| 12/6/2023 | DCZ | Phone call with Sheppard Mullin regarding production of documents pursuant to Rule 2004 request. [L320 - A107](0.30) | 0.30 | $135.00 |
| 12/6/2023 | DCZ | Drafted correspondence to Paul Passcuzzi regarding documents for Rule 2004 requests. [L320 - A107](0.30) | 0.30 | $135.00 |
| 12/6/2023 | PEG | Review Volume 1 of IRB binders re Rule 2004 requests. [B100 - B110](1.40) | 1.40 | $651.00 |
| 12/6/2023 | BGON | Compile and review discovery responses to send to Bankruptcy attorneys re 2004 request. [L140 - A104](5.60) | 5.60 | $1,260.00 |
| 12/7/2023 | PEG | Call with Paula Carney re Rule 2004 requests. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/7/2023 | PEG | Call with Alan Martin re 2004 requests. [B100 - B120](0.30) | 0.30 | $139.50 |
| 12/7/2023 | PEG | Review volume II of review board minutes. [B100 - B110](1.70) | 1.70 | $790.50 |
| 12/7/2023 | PEG | Exchange with Pascuzzi re committee discussion re insurance coverage. [B100 - B110](0.20) | 0.20 | $93.00 |
| 12/7/2023 | PEG | Call with Paul Pascuzi, Alan Martin and team, and Paula Carney and team re ongoing issues in proceeding. [B100 - B110](1.00) | 1.00 | $465.00 |
| 12/8/2023 | PEG | Continued review of IRB binders. [B100 - B110](1.70) | 1.70 | $790.50 |
| 12/8/2023 | PEG | Prepare email to Amanda Cottrell regarding rule 2004 production. [B100 - B110](0.40) | 0.40 | $186.00 |
| 12/8/2023 | PEG | Conference with Shepard Mullin and Paula Carney regarding protective order. [B100 - B110](1.00) | 1.00 | $465.00 |
| 12/11/2023 | DCZ | Drafting correspondence to Sheppard Mullin regarding Rule 2004 production of documents. [L320 - A107](0.20) | 0.20 | $90.00 |
| 12/11/2023 | DCZ | Phone call with Sheppard Mullin regarding Rule 2004 production of documents. [L320 - A107](0.30) | 0.30 | $135.00 |
| 12/11/2023 | PEG | Review of memorandum from Amanda Cottrell regarding further revisions to draft protective order. Review of same. Preparation of reply to Amanda regarding same. [B100 - B110](0.60) | 0.60 | $279.00 |
| 12/11/2023 | PEG | Call with Amanda Cottrell regarding protective order. [B100 - B110](0.40) | 0.40 | $186.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 04, 2024
Client:       150363
Matter:       900036
Invoice #:    98472765

Page:            3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/11/2023 | PEG | Review of Sheppard status report on rule 2004 production. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/12/2023 | PEG | Review and edit draft status report on Rule 2004 requests. [B100 - B110](0.50) | 0.50 | $232.50 |
| 12/12/2023 | PEG | Review of further reply from Amanda Cottrell and review of revised draft status report. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/13/2023 | PEG | Review of memorandum from Amanda Cottrell regarding Committee position on protective order. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/13/2023 | PEG | Call with Weinstein regarding call with Committee regarding insurance litigation. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/13/2023 | PEG | Follow up call with Amanda regarding revised proposal. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/14/2023 | PEG | Further email exchanges with Cottrell regarding R2004 production. [B100 - B110](0.40) | 0.40 | $186.00 |
| 12/14/2023 | PEG | Follow up exchange with Ori. [B100 - B110](0.20) | 0.20 | $93.00 |
| 12/14/2023 | PEG | Appearance at hearing on rule 2004 order. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/15/2023 | BJLE | Exchange of emails with Kevin Cifarelli regarding request for pleadings re 2004 request. [L190 - A107](0.30) | 0.30 | $124.50 |
| 12/18/2023 | PEG | Exchanges with Paul Pascuzzi regarding supplemental disclosure. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/19/2023 | DCZ | Phone call with Paul Pascuzzi regarding potential bankruptcy mediators. [L160 - A107](0.30) | 0.30 | $135.00 |
| 12/19/2023 | PEG | Call with Paula Carney regarding Medicare selection. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/20/2023 | PEG | Exchange with Pascuzzi and Weinstein regarding mediator selection. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/20/2023 | PEG | Call with bankruptcy/litigation team regarding mediator proposals. [B100 - B110](1.00) | 1.00 | $465.00 |
| 12/21/2023 | PEG | Exchange with Pascuzzi regarding response to Committee. [B100 - B110](0.30) | 0.30 | $139.50 |
| | | Total Services | 35.90 | $13,570.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|-----|----------------|-------------|-------|---------|-----------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 15.90 | $465.00 | $7,393.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 04, 2024
Client:       150363
Matter:       900036
Invoice #:   98472765

Page:            4

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 7.20 | $450.00 | $3,240.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $415.00 | $124.50 |
| BGON | Brian Gonzaga | PARALEGAL | 12.50 | $225.00 | $2,812.50 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/14/2023 | One Legal, LLC- Filing fee- Filing, Notice/Declaration/Memorandum of Points & Authorities/Proof of Service, Alameda County Superior Court [E100 - E112] | $19.90 |

| | |
|---|---|
| Total Expenses | $19.90 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $42,405.50 | Previous Balance | $12,512.07 |
| Total Disbursements to Date: | $1,839.87 | Current Charges | $13,590.40 |
| Total to Date: | $44,245.37 | **Balance Due** | **$26,102.47** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 15.30 | $7,114.50 |
| B100 | Asset Analysis and Recovery | 0.30 | $139.50 |
| B300 | Claims Administration and Objections | 0.30 | $139.50 |
| E100 | Court Fees | 0.00 | $19.90 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 04, 2024
Client:          150363
Matter:          900036
Invoice #:   98472765

Page:              5

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L140 | Document/File Management - Review/Analyze | 12.50 | $2,812.50 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.30 | $135.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $124.50 |
| L320 | Document Production - Review/Analyze | 4.50 | $2,025.00 |
| L320 | Document Production - Communicate w/Client | 0.40 | $180.00 |
| L320 | Document Production - Communicate/Other Couns | 2.00 | $900.00 |

**Total Hours**   35.90

**Total Fees:**   **$13,570.50**