PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:	(916) 329-7400
Facsimile:	(916) 329-7435
Email:	ppascuzzi@ffwplaw.com
	jrios@ffwplaw.com
	tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:	(415) 434-9100
Facsimile:	(415) 434-3947
Email:	okatz@sheppardmullin.com
	amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR OMNI AGENT SOLUTIONS, INC. [DECEMBER 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Omni Agent Solutions, Inc., (hereinafter "Omni"), administrative agent for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the month of December 2023.

Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Omni on account of the Debtor for the month of December 2023 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1 – December 31, 2023 | $5,920.65 | $0.00 | $5,920.65 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $4,736.52 | $0.00 | $4,736.52 |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Omni within 14 days from the date of service of this Statement.

Dated: January 19, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: January 19, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

Exhibit A

December 2023 Invoice



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

January 17, 2024

327 -The Roman Catholic Archbishop of San Francisco

**Invoice Number: 12407**
Invoice Period: 12-01-2023 - 12-31-2023

Please reference your Invoice Number on your Remittance

| | |
|---|---|
| Payment by Wire | Payment by Check |
| Account #: 5400008002 | Omni Management Group |
| Account Name: Omni Management Group | 5955 DeSoto Avenue, Suite #100 |
| ABA/Routing # Wire or ACH: 322070381 | Woodland Hills, CA 91367 |
| Bank: East West Bank | |

| | |
|---|---:|
| **Fees** | 6,578.50 |
| **Discount** | (657.85) |
| **Total for this Invoice** | 5,920.65 |
| **Previous Balance** | 3,480.57 |
| **Total Amount to Pay** | 9,401.22 |



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

January 17, 2024

327 -The Roman Catholic Archbishop of San Francisco

**Invoice Number: 12407**
Invoice Period: 12-01-2023 - 12-31-2023

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-06-2023 | Sejal Kelly | Review e-mail received and respond to W. Weitz @ BRiley re amending of schedules and SOFAs | 0.20 | 240.00 | 48.00 |
| 12-07-2023 | Sejal Kelly | Call with W. Weitz and T. Andersen @ BRiley re amendments to schedules and statements | 0.40 | 240.00 | 96.00 |
| 12-07-2023 | Sejal Kelly | Coordinate and supervise amendments to schedules and SOFAs | 0.40 | 240.00 | 96.00 |
| 12-07-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 0.50 | 240.00 | 120.00 |
| 12-07-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: amendments to schedules & SOFAs | 0.10 | 190.00 | 19.00 |
| 12-07-2023 | Yelena Bederman | Process amendments to schedules and SOFAs | 2.50 | 190.00 | 475.00 |
| 12-07-2023 | Tara Saldajeno | Download secured files from the FTP website re: Amended SOAL & SOFA data | 0.20 | 160.00 | 32.00 |
| 12-07-2023 | Luis Solorzano | Prepare for and call with S. Kelly @Omni and T. | 1.50 | 240.00 | 360.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Anderson and W. Weitz @Briley Financial re amendments to Schedules and SOFAs | | | |
| 12-07-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 1.30 | 240.00 | 312.00 |
| 12-07-2023 | Mark Bishay | Work on amended SOFA form | 0.30 | 155.00 | 46.50 |
| 12-10-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.00 | 240.00 | 480.00 |
| 12-11-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities; redline of changes made to redacted version | 4.50 | 240.00 | 1,080.00 |
| 12-11-2023 | Tara Saldajeno | Upload amended Schedules and SOFA files to the secure FTP website | 0.20 | 160.00 | 32.00 |
| 12-11-2023 | Yelena Bederman | Prepare amended schedules & SOFAs | 1.50 | 190.00 | 285.00 |
| 12-11-2023 | Caroline Zemp | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.00 | 170.00 | 340.00 |
| 12-11-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA data files | 1.40 | 240.00 | 336.00 |
| 12-11-2023 | Brittney Whitaker | Call with T. Anderson and W. Weitz @ B Riley re schedule amendments | 0.20 | 240.00 | 48.00 |
| 12-11-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re updates to the Schedules and SOFAs | 0.20 | 240.00 | 48.00 |
| 12-11-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz and T. Anderson @ B Riley re schedule and sofa draft | 0.20 | 240.00 | 48.00 |
| 12-11-2023 | Brittney Whitaker | Call with T. Anderson @ B Riley re amendments for Schedules | 0.20 | 240.00 | 48.00 |
| 12-11-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities; redline of changes made to unredacted version | 3.40 | 240.00 | 816.00 |
| 12-13-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities; redline of changes made to redacted version | 1.40 | 240.00 | 336.00 |
| 12-13-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities; redline of | 1.30 | 240.00 | 312.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | changes made to unredacted version | | | |
| 12-13-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re additions for Schedule F | 0.20 | 240.00 | 48.00 |
| 12-13-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedule F | 0.10 | 190.00 | 19.00 |
| 12-13-2023 | Yelena Bederman | Prepare amended Schedule of Assets and Liabilities | 0.10 | 190.00 | 19.00 |
| 12-13-2023 | Yelena Bederman | Prepare drafts for amended schedules & SOFAs | 0.50 | 190.00 | 95.00 |
| 12-13-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 2.30 | 240.00 | 552.00 |
| 12-14-2023 | Tara Saldajeno | Upload amended Schedule and SOFA documents to FTP website | 0.20 | 160.00 | 32.00 |
| | | **Total** | | | 6,578.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 15.30 | 240.00 | 3,672.00 |
| Caroline Zemp | 2.00 | 170.00 | 340.00 |
| Luis Solorzano | 2.80 | 240.00 | 672.00 |
| Mark Bishay | 0.30 | 155.00 | 46.50 |
| Sejal Kelly | 3.50 | 240.00 | 840.00 |
| Tara Saldajeno | 0.60 | 160.00 | 96.00 |
| Yelena Bederman | 4.80 | 190.00 | 912.00 |
| **Total** | | | **6,578.50** |

|  |  |
|---|---|
| **Subtotal for this Invoice** | 6,578.50 |
| **Discount** | (657.85) |
| **Total for this Invoice** | 5,920.65 |
| **Previous Balance** | 3,480.57 |
| **Total Amount to Pay** | **9,401.22** |

327 -The Roman Catholic Archbishop of San Francisco

January 17, 2024

**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Invoice Number: 12407**
Invoice Period: 12-01-2023 - 12-31-2023

## REMITTANCE COPY

**RE: Schedules & SOFAs**
　Schedules & SOFAs

|  |  |
|---|---:|
| **Fees** | 6,578.50 |
| **Discount** | (657.85) |
| **Total for this Invoice** | 5,920.65 |
| **Previous Balance** | 3,480.57 |
| **Total Amount to Pay** | **9,401.22** |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---:|---:|---:|
| 10-18-2023 | Invoice 12161 | Schedules & SOFAs | 17,402.85 | (13,922.28) | 3,480.57 |
| 01-17-2024 | Invoice 12407 | Schedules & SOFAs | 5,920.65 |  | 5,920.65 |
|  |  |  | **Balance** |  | **9,401.22** |

Invoice Number: 12407　　　　We appreciate your business　　　　Page 5 of 5

Case: 23-30564    Doc# 439    Filed: 01/19/24    Entered: 01/19/24 16:17:23    Page 8 of 8