ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:       okatz@sheppardmullin.com
           amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP [DECEMBER 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter and Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby files its *Monthly Professional Fee Statement for December 2023*. Under the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered by the Court on October 16, 2023 [ECF No. 212], the total legal fees earned and expenses incurred by Sheppard Mullin on account of the Debtor for December 2023 are as follows:

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| December 1 – December 31, 2023 | $129,008.40 | $290.50 | $129.298.90 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $103,206.72 | $290.50 | $103,497.22 |

SMRH:4875-5564-6239.3

The itemized billing statement for the fees and costs billed for December 2023 is attached hereto as **Exhibit 1**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated: January 22, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
                    */s/ Ori Katz*

ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco

**Exhibit 1**

December 2023 Invoice

SMRH:4875-2664-6238.3   MONTHLY PROFESSIONAL FEE STATEMENT/PORSHOCARD, POLK, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP [DECEMBER 2023]



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
January 17, 2024
Invoice 380098510

| | | |
|---|---|---|
| Our Matter No. | 90YY-375176 | |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives | |
| Billing Atty: | Ori Katz | |

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2023

| | | |
|---|---|---|
| Current Fees | $ 129,008.40 | |
| Current Disbursements | $ 290.50 | |
| Total Current Activity | | $ 129,298.90 |
| Total Due for This Invoice | | $ 129,298.90 |

---

### DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:    Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 23.70 | $ 956.00 | $ 22,657.20 |
| Ori Katz | 19.10 | $ 1,084.00 | $ 20,704.40 |
| J. Barrett Marum | 1.80 | $ 904.00 | $ 1,627.20 |
| Amanda L. Cottrell | 27.10 | $ 836.00 | $ 22,655.60 |
| Jeannie Kim | 18.70 | $ 756.00 | $ 14,137.20 |
| Steven G. Gersten | 49.20 | $ 756.00 | $ 37,195.20 |
| Gianna E. Segretti | 12.70 | $ 708.00 | $ 8,991.60 |
| Matt Benz | 1.40 | $ 520.00 | $ 728.00 |
| Eduardo G. Linares | .60 | $ 520.00 | $ 312.00 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
January 17, 2024
Invoice 380098510

Our Matter No.    90YY-375176
The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Billing Atty:    Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2023

| | |
|---|---|
| Current Fees | $ 129,008.40 |
| Current Disbursements | $ 290.50 |
| Total Current Activity | $ 129,298.90 |
| Total Due for This Invoice | $ 129,298.90 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 23.70 | $ 956.00 | $ 22,657.20 |
| Ori Katz | 19.10 | $ 1,084.00 | $ 20,704.40 |
| J. Barrett Marum | 1.80 | $ 904.00 | $ 1,627.20 |
| Amanda L. Cottrell | 27.10 | $ 836.00 | $ 22,655.60 |
| Jeannie Kim | 18.70 | $ 756.00 | $ 14,137.20 |
| Steven G. Gersten | 49.20 | $ 756.00 | $ 37,195.20 |
| Gianna E. Segretti | 12.70 | $ 708.00 | $ 8,991.60 |
| Matt Benz | 1.40 | $ 520.00 | $ 728.00 |
| Eduardo G. Linares | .60 | $ 520.00 | $ 312.00 |

### DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:    Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA   ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St     Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

FOR PROFESSIONAL SERVICES THROUGH 12/31/23

## FEE DETAIL

### Asset Analysis & Recovery

12/07/23     Reviewed information received as to additional RCASF assets identified.

Alan  H. Martin                    .40 hrs.

12/20/23     Analyzed document and data received concerning balanced pool items as to non-RCASF sub-accounts and possible steps.

Alan  H. Martin                    1.10 hrs.

*Timekeeper Summary of: Asset Analysis & Recovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Alan  H. Martin* | *1.50* | *$ 956.00* | *$ 1,434.00* |
| *Totals* | *1.50* | *$ 956.00* | *$ 1,434.00* |

### Relief from Stay and Adequate Protection Proceedings

12/13/23     Analysis of procedural issues raised by committee with respect to stay relief motion (.5).

Ori Katz                    .50 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 3 of 32

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 0.50 | $ 1,084.00 | $ 542.00 |
| Totals | 0.50 | $ 1,084.00 | $ 542.00 |

## Meetings of and Communications with Creditors

12/01/23    Corresponded with B. Michaels regarding claims portal and service of bar date notices (.1).

Jeannie Kim                          .10 hrs.

12/05/23    Correspondence with P. Pascuzzi as to inquiries from various creditors and proposed replies.

Alan  H. Martin                      .30 hrs.

12/06/23    Prepared for call discussions with creditor's counsel concerning case developments.

Alan  H. Martin                      .40 hrs.

12/12/23    Participate in meeting with committee counsel (.3).

Ori Katz                             .30 hrs.

12/12/23    Corresponded with B. Michaels regarding committee request for copies of filed proofs of claim (.1); corresponded with T. Phinney regarding same (.1).

Jeannie Kim                          .20 hrs.

12/13/23    Call with committee to discuss rule 2004 order and stipulated protective order (.6).

Ori Katz                             .60 hrs.

12/14/23    Post status conference emails with committee counsel in connection with review of final forms of orders to be uploaded regarding discovery matters (1.6).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 4 of 32

|  | Ori Katz | 1.60 hrs. |

12/14/23   Meet and confer with committee re discovery matters (.9).

|  | Ori Katz | .90 hrs. |

12/21/23   Review of draft email to committee re mediators (.1).

|  | Ori Katz | .10 hrs. |

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.70 | $ 956.00 | $ 669.20 |
| Ori Katz | 3.50 | $ 1,084.00 | $ 3,794.00 |
| Jeannie Kim | 0.30 | $ 756.00 | $ 226.80 |
| Totals | 4.50 | $ 1,042.22 | $ 4,690.00 |

## Fee/Employment Applications & Statements

12/01/23   Review and analyze document vendor bids and proposed statements of work and draft
email to client summarizing same (1.0).

|  | Steven  G. Gersten | 1.00 hrs. |

12/04/23   Review, analyze, and revise draft engagement agreement and Statement of Work from
document vendor to be retained to assist with response to the committee's requests for
production (2.7).

|  | Steven  G. Gersten | 2.70 hrs. |

12/05/23   Exchanged emails with Sheppard Mullin team re employment of Transperfect.

|  | J. Barrett Marum | .20 hrs. |

12/05/23   Review and comment on draft agreement with proposed eDiscovery vendor
Transperfect.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                              Invoice 380098510
Ori Katz                                                                                                  Page 5 of 32

| Amanda  L. Cottrell | .30 hrs. |
|---|---|

12/05/23    Reviewed and analyzed draft Transperfect engagement agreement (.3).

| Jeannie Kim | .30 hrs. |
|---|---|

12/05/23    Review document vendor's redline to revised agreement and statement of work and make further revisions to same to conform to the needs of the bankruptcy case (1.4); email P. Carney re document vendor agreement and statement of work (.3).

| Steven  G. Gersten | 1.70 hrs. |
|---|---|

12/06/23    Review and approve the final TransPerfect Statement of Work.

| Amanda  L. Cottrell | .20 hrs. |
|---|---|

12/06/23    Reviewed and revised Transperfect engagement agreement (.8); reviewed and analyzed interim compensation order (.2); begin reviewing and revising documents in support of November monthly fee statement (.1).

| Jeannie Kim | 1.10 hrs. |
|---|---|

12/06/23    Revise draft agreement and statement of work for document vendor (.5); confer with D. Brill (Transperfect) re revised agreement and statement of work (.4); email P. Carney re document vendor agreement and statement of work (.3).

| Steven  G. Gersten | 1.20 hrs. |
|---|---|

12/07/23    Email D. Brill and P. Carney re executed agreement and statement of work (.3).

| Steven  G. Gersten | .30 hrs. |
|---|---|

12/14/23    Reviewed and revised documents in support of Sheppard Mullin monthly fee statement (.5).

| Jeannie Kim | .50 hrs. |
|---|---|

12/18/23    Reviewed and revised Sheppard Mullin November monthly fee statement (.3).

| Jeannie Kim | .30 hrs. |
|---|---|

12/18/23    Drafted monthly professional fee statement cover sheet for November.

| Eduardo  G. Linares | .40 hrs. |
|---|---|

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 6 of 32

| 12/19/23 | Reviewed draft fee and staffing reports. | |
|---|---|---|
| | Alan  H. Martin | .60 hrs. |

| 12/19/23 | Exchanged emails with J. Kim re employment of Transperfect. | |
|---|---|---|
| | J. Barrett Marum | .10 hrs. |

| 12/19/23 | Finalized Sheppard Mullin November monthly fee statement (.1); coordinated filing and service of same (.2); developed strategy to employ Transperfect as litigation consultant (.3). | |
|---|---|---|
| | Jeannie Kim | .60 hrs. |

| 12/19/23 | Revised November 2023 monthly fee statement cover sheet. | |
|---|---|---|
| | Eduardo  G. Linares | .20 hrs. |

| 12/20/23 | Exchanged emails with Sheppard Mullin team re employment application for Transperfect. | |
|---|---|---|
| | J. Barrett Marum | .20 hrs. |

| 12/20/23 | Reviewed correspondence with D. Brill regarding Transperfect engagement letter (.1); developed strategy to employ Transperfect as debtor's litigation consultant (.2); reviewed revised monthly budget and staffing plan (.2). | |
|---|---|---|
| | Jeannie Kim | .50 hrs. |

| 12/22/23 | Revised draft quarterly staff reports, fee estimates and related  items for client review. | |
|---|---|---|
| | Alan  H. Martin | .40 hrs. |

| 12/22/23 | Reviewed draft 2024 Q1 staffing plan and updated budget (.1); began reviewing U.S. Trustee's motion to appoint fee examiner (.1). | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 12/22/23 | Prepared SMRH staffing plan exhibit (0.5). Prepared notice of increase of SMRH fees (0.6). | |
|---|---|---|
| | Gianna  E. Segretti | 1.10 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 7 of 32

12/28/23        Prepared fee report and notice items for client review and submission.

                            Alan  H. Martin                              .40 hrs.

12/31/23        Reviewed correspondence regarding Sheppard Mullin 2024 Q1 budget and staffing plans (.1).

                            Jeannie Kim                              .10 hrs.

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.40 | $ 956.00 | $ 1,338.40 |
| J. Barrett Marum | 0.50 | $ 904.00 | $ 452.00 |
| Gianna  E. Segretti | 1.10 | $ 708.00 | $ 778.80 |
| Amanda  L. Cottrell | 0.50 | $ 836.00 | $ 418.00 |
| Jeannie Kim | 3.60 | $ 756.00 | $ 2,721.60 |
| Steven  G. Gersten | 6.90 | $ 756.00 | $ 5,216.40 |
| Eduardo  G. Linares | 0.60 | $ 520.00 | $ 312.00 |
| Totals | 14.60 | $ 769.67 | $ 11,237.20 |

**Assumption/Rejection of Leases and Contracts**

12/09/23        Reviewed court order regarding motion to extend time to assume/reject unexpired leases (.1).

                            Jeannie Kim                              .10 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 8 of 32

*Timekeeper Summary of: Assumption/Rejection of Leases and Contracts*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.10 | $ 756.00 | $ 75.60 |
| Totals | 0.10 | $ 756.00 | $ 75.60 |

## Case Administration - General

12/05/23   Attended debtor professionals calls with P. Pascuzzi, et al. as to various open items.

    Alan  H. Martin                                      .70 hrs.

12/05/23   Prepared items for discussion with client GC Carney, et al. re upcoming case strategy call.

    Alan  H. Martin                                      .40 hrs.

12/05/23   Telephone conference with debtor professionals regarding case strategy and open workstreams (.9).

    Jeannie Kim                                      .90 hrs.

12/07/23   Attended strategy call with client General Counsel P. Carney and other client representatives.

    Alan  H. Martin                                      1.00 hrs.

12/07/23   Call with debtor re case status (.3).

    Ori Katz                                      .30 hrs.

12/08/23   Call with Mr. Flanagan to discuss overall case status (.2).

    Ori Katz                                      .20 hrs.

12/14/23   Meeting with debtor's finance council to discuss bankruptcy case generally (1.0).

    Ori Katz                                      1.00 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 9 of 32

| 12/15/23 | Corresponded with FFWPR team regarding amended schedules and revised creditor mailing matrix (.2); corresponded with debtor professionals regarding outstanding workstreams (.2). |
| | Jeannie Kim | .40 hrs. |
| 12/19/23 | Reviewed documents received from counsel for CASC. |
| | Alan  H. Martin | .40 hrs. |
| 12/19/23 | Reviewed and revised checklist of open workstreams (.2); telephone conference with debtor professionals regarding same (1.0). |
| | Jeannie Kim | 1.20 hrs. |
| 12/20/23 | Reviewed correspondence and documents from the client case administration items. |
| | Alan  H. Martin | .20 hrs. |
| 12/20/23 | Call with Mr. Pascuzzi to discuss preparation for call with debtor re status update (.4). |
| | Ori Katz | .40 hrs. |
| 12/20/23 | Discussions with debtor re case status (.6). |
| | Ori Katz | .60 hrs. |
| 12/26/23 | Corresponded with P. Pascuzzi and B. Whitaker regarding monthly updates to limited service list (.1). |
| | Jeannie Kim | .10 hrs. |
| 12/27/23 | Exchanged correspondence with client (P. Carney) regarding  miscellaneous administration issues. |
| | Alan  H. Martin | .30 hrs. |
| 12/28/23 | Telephone conference with client (P. Carney and Fr. Summerhays) regarding miscellaneous administrative items and issues. |
| | Alan  H. Martin | .40 hrs. |



*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 3.40 | $ 956.00 | $ 3,250.40 |
| Ori Katz | 2.50 | $ 1,084.00 | $ 2,710.00 |
| Jeannie Kim | 2.60 | $ 756.00 | $ 1,965.60 |
| Totals | 8.50 | $ 932.47 | $ 7,926.00 |

## Business Operations

12/04/23    Reviewed information received as to new credit card program and related approval steps.

Alan  H. Martin                    .20 hrs.

12/08/23    Developed strategy re potential modification of first day cash management order (1.0).

Ori Katz                    1.00 hrs.

12/13/23    Reviewed data received as to credit card program and possible cash management motion update.

Alan  H. Martin                    .40 hrs.

12/13/23    Worked on draft stipulation and order amendment concerning credit card program update.

Alan  H. Martin                    .40 hrs.

12/13/23    Telephone conference (2x) with J. Rios re new credit card program items and draft documents re same.

Alan  H. Martin                    .40 hrs.

12/14/23    Telephone conference with co-counsel (Rios) as draft credit card filings.

Alan  H. Martin                    .40 hrs.

12/14/23    Reviewed correspondence with M. Flanagan regarding US Bank stipulation (.2).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 11 of 32

|  |  |  |
|---|---|---|
|  | Jeannie Kim | .20 hrs. |

| 12/18/23 | Exchanged items with J. Passsarello regarding administration of balanced pool accounts. | |
|---|---|---|
|  | Alan  H. Martin | .40 hrs. |

| 12/18/23 | Telephone conference with J. Passarello re administration of certain balanced pool accounts. | |
|---|---|---|
|  | Alan  H. Martin | .40 hrs. |

| 12/18/23 | Reviewed and analyzed cash management filings in connection with potential modifications to cash management order. | |
|---|---|---|
|  | Gianna  E. Segretti | .90 hrs. |

| 12/19/23 | Reviewed information from client re administration of balanced pool. | |
|---|---|---|
|  | Alan  H. Martin | .40 hrs. |

| 12/19/23 | Continued preparing motion to modify cash management order. | |
|---|---|---|
|  | Gianna  E. Segretti | 1.20 hrs. |

| 12/20/23 | Continued reviewing prior cash management filings and orders in connection with preparation of motion to modify final cash management order. | |
|---|---|---|
|  | Gianna  E. Segretti | 1.00 hrs. |

| 12/21/23 | Prepared components to the draft motion to modify the cash management order as to new credit cards. | |
|---|---|---|
|  | Alan  H. Martin | .50 hrs. |

| 12/21/23 | Prepared components to the draft M. Flanagan declaration in support of motion to modify cash management order as to bank cards. | |
|---|---|---|
|  | Alan  H. Martin | .30 hrs. |

| 12/21/23 | Prepared revisions to the draft orders to modify cash management order re bank cards. | |
|---|---|---|
|  | Alan  H. Martin | .40 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 12 of 32

| 12/21/23 | Telephone conference with J. Rios (2x) as to draft motion to modify the cash management order and ancillary documents. |
|---|---|
| | Alan  H. Martin  .40 hrs. |

| 12/21/23 | Continued preparation of motion to modify cash management order. |
|---|---|
| | Gianna  E. Segretti  1.90 hrs. |

| 12/26/23 | Drafted stipulation re administration of balanced pool investments. |
|---|---|
| | Gianna  E. Segretti  .30 hrs. |

| 12/28/23 | Prepared portions of draft stipulation concerning administration of balanced pool accounts. |
|---|---|
| | Alan  H. Martin  .40 hrs. |

| 12/28/23 | Reviewed amended schedules in connection with stipulation regarding administration of balanced pool investments. |
|---|---|
| | Jeannie Kim  .20 hrs. |

| 12/28/23 | Drafted stipulation to modify cash management order re administration of Balanced Pool accounts. |
|---|---|
| | Gianna  E. Segretti  5.20 hrs. |

*Timekeeper Summary of: Business Operations*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 5.00 | $ 956.00 | $  4,780.00 |
| Ori Katz | 1.00 | $ 1,084.00 | $  1,084.00 |
| Gianna  E. Segretti | 10.50 | $ 708.00 | $  7,434.00 |
| Jeannie Kim | 0.40 | $ 756.00 | $  302.40 |
| Totals | 16.90 | $ 804.76 | $ 13,600.40 |

**Claims Administration and Objections**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 13 of 32

| 12/01/23 | Corresponded with P. Egloff regarding publication notice updates (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 12/01/23 | Corresponded with B. Whitaker regarding sample individualized GUC proofs of claim and bar date notice (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 12/03/23 | Corresponded with B. Whitaker regarding service of bar date notices (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 12/04/23 | Analyzed claims notice publication steps update from client (P. Marlow). | |
|---|---|---|
| | Alan  H. Martin | .40 hrs. |

| 12/04/23 | Corresponded with B. Riley and FFWPR teams regarding service of survivor claims bar date (.2); corresponded with P. Egloff regarding publication notice updates (.1); corresponded with P. Marlow regarding publication notice to pastors and debtor administrators (.2); reviewed correspondence from state court counsel and prepared schedule of confidential service of survivor bar date (1.0). | |
|---|---|---|
| | Jeannie Kim | 1.50 hrs. |

| 12/05/23 | Reviewed draft GUC proof of claims and corresponded with Omni regarding same (.2); telephone conference with B. Whitaker regarding service of bar date notices (.3); corresponded with J. Rios, R. Rodriguez, and T. Phinney regarding service of bar date notices on pro se creditors (.3); multiple telephone conference with T. Phinney regarding service of bar date notices (.3); conferred and corresponded (multiple) with R. Rodriguez regarding service of bar date notices on participants in Abuse Survivor programs (.5); prepared draft service list for service of bar date notices on counsel to survivor creditors (2.4); corresponded with W. Weitz regarding same (.1); corresponded with J. Stein regarding authorization to serve counsel with bar date notices (.2). | |
|---|---|---|
| | Jeannie Kim | 4.30 hrs. |

| 12/06/23 | Telephone conference with P. Marlow at client regarding notices to parishes and client follow-up. | |
|---|---|---|
| | Alan  H. Martin | .20 hrs. |

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 14 of 32

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| | | |
|---|---|---|
| 12/06/23 | Multiple telephone conferences with Omni team regarding service of bar date notices (.6); multiple telephone conferences with T. Phinney regarding same (.7); prepared list of potential pro se claimants (.3); transmitted service lists to Omni team (.2); corresponded with Omni team and T. Phinney regarding same (.7); corresponded with debtor professional team regarding status of same (.1). | |
| | Jeannie Kim | 2.60 hrs. |
| 12/12/23 | Corresponded with B. Whitaker regarding certificate of service regarding service of bar date notices (.1). | |
| | Jeannie Kim | .10 hrs. |
| 12/18/23 | Corresponded with B. Whitaker regarding services of bar date notices (.2). | |
| | Jeannie Kim | .20 hrs. |
| 12/19/23 | Telephone call to B. Whitaker regarding service of bar date notices (.1); corresponded with T. Phinney and B. Whitaker regarding revised creditor mailing matrix (.1). | |
| | Jeannie Kim | .20 hrs. |
| 12/26/23 | Reviewed correspondence from P. Egloff regarding publication update (.1). | |
| | Jeannie Kim | .10 hrs. |

*Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Alan  H. Martin* | *0.60* | *$ 956.00* | *$ 573.60* |
| *Jeannie Kim* | *9.30* | *$ 756.00* | *$ 7,030.80* |
| *Totals* | *9.90* | *$ 768.12* | *$ 7,604.40* |

**Plan and Disclosure Statement (including Business Plan)**

| | | |
|---|---|---|
| 12/06/23 | Review status report in connection with motion requesting extension of exclusivity (.2). | |
| | Ori Katz | .20 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 15 of 32

12/06/23      Reviewed and revised draft status report regarding plan exclusivity motion (.2).

                    Jeannie Kim                               .20 hrs.

12/09/23      Reviewed court order granting motion to extend plan exclusivity periods (.1).

                    Jeannie Kim                               .10 hrs.

12/11/23      Reviewed and revised draft order granting motion to extend plan exclusivity periods
               (.2).

                    Jeannie Kim                               .20 hrs.

*Timekeeper Summary of: Plan and Disclosure Statement (including Business Plan)*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 0.20 | $ 1,084.00 | $ 216.80 |
| Jeannie Kim | 0.50 | $ 756.00 | $ 378.00 |
| Totals | 0.70 | $ 849.71 | $ 594.80 |

## Analysis/Strategy

12/11/23      Email to P.Carney re: strategy respond to production demands.

                    Amanda  L. Cottrell                       .10 hrs.

12/14/23      Call with A. Uetz re: Oakland protective orders.

                    Amanda  L. Cottrell                       .20 hrs.

12/15/23      Call from W. Weitz to discuss status of discovery workstreams and other strategy
               issues.

                    Amanda  L. Cottrell                       .40 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 16 of 32

*Timekeeper Summary of: Analysis/Strategy*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Amanda  L. Cottrell* | *0.70* | *$ 836.00* | *$ 585.20* |
| *Totals* | *0.70* | *$ 836.00* | *$ 585.20* |

## Settlement/Non-Binding ADR

12/19/23        Analyzed items received regarding committee proposed mediator candidates.

Alan  H. Martin                         .40 hrs.

12/20/23        Attended call with client team regarding potential mediation protocol and related items.

Alan  H. Martin                         1.10 hrs.

12/20/23        Call with debtor to discuss mediation matters (1.0).

Ori Katz                         1.00 hrs.

*Timekeeper Summary of: Settlement/Non-Binding ADR*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Alan  H. Martin* | *1.50* | *$ 956.00* | *$ 1,434.00* |
| *Ori Katz* | *1.00* | *$ 1,084.00* | *$ 1,084.00* |
| *Totals* | *2.50* | *$ 1,007.20* | *$ 2,518.00* |

## Written Motions/Submissions

12/11/23        Prepared comments re draft status report of debtor response to 2004 motion.

Alan  H. Martin                         .60 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                          Invoice 380098510
Ori Katz                                                                                               Page 17 of 32

| 12/11/23 | Begin drafting second status report re debtor's document collection and production efforts in response to the committee's discovery requests. |
|---|---|

Steven  G. Gersten                    1.80 hrs.

| 12/12/23 | Analyzed comments as to draft status report re pending 2004 motion. |
|---|---|

Alan  H. Martin                    .40 hrs.

| 12/12/23 | Revisions to second status update re discovery matters (.8). |
|---|---|

Ori Katz                    .80 hrs.

| 12/12/23 | Draft and revise second status report to Court regarding Debtor's informal discovery efforts and objections to committee's Rule 2004 requests. |
|---|---|

Amanda  L. Cottrell                    2.30 hrs.

| 12/12/23 | Finalized debtor's status report regarding response to committee's motion for 2004 exam (.6); reviewed and revised certificate of service regarding same (.1); corresponded with L. Parada regarding service of chamber's copy of same (.1); coordinated filing and service of same (.3). |
|---|---|

Jeannie Kim                    1.10 hrs.

| 12/12/23 | Complete initial draft of second status report re the debtor's document collection and production efforts in response to the committee's discovery requests. |
|---|---|

Steven  G. Gersten                    1.50 hrs.

| 12/12/23 | Reviewed and revised draft of second status update re committee Rule 2004 requests (1.4). |
|---|---|

Matt Benz                    1.40 hrs.

| 12/29/23 | Draft discovery update. |
|---|---|

Amanda  L. Cottrell                    1.00 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Written Motions/Submissions*

| _Timekeeper_ | _Hours_ | _Average Rate/Hr_ | _Dollars_ |
|---|---|---|---|
| Alan  H. Martin | 1.00 | $ 956.00 | $ 956.00 |
| Ori Katz | 0.80 | $ 1,084.00 | $ 867.20 |
| Amanda  L. Cottrell | 3.30 | $ 836.00 | $ 2,758.80 |
| Jeannie Kim | 1.10 | $ 756.00 | $ 831.60 |
| Steven  G. Gersten | 3.30 | $ 756.00 | $ 2,494.80 |
| Matt Benz | 1.40 | $ 520.00 | $ 728.00 |
| *Totals* | *10.90* | *$ 792.33* | *$ 8,636.40* |

## Discovery

| 11/27/23 | Analyzed discovery issues raised by committee's discovery requests (1.4). |
|---|---|
| | Ori Katz                             1.40 hrs. |

| 11/29/23 | Review of latest draft of stipulated protective order (.3). |
|---|---|
| | Ori Katz                             .30 hrs. |

| 11/29/23 | Reviewed and analyzed open issues raised by committee in connection with their Rule 2004 examination application (1.6). |
|---|---|
| | Ori Katz                             1.60 hrs. |

| 12/01/23 | Attended call with co-counsel team concerning litigation files related to committee 2004 demands. |
|---|---|
| | Alan  H. Martin                      .50 hrs. |

| 12/01/23 | Telephone conference with client team concerning certain categories of production requests by committee. |
|---|---|
| | Alan  H. Martin                      .40 hrs. |

| 12/01/23 | Analyzed data and draft litigation consultant re committee discovery requests. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                             Invoice 380098510
Ori Katz                                                                                                 Page 19 of 32

|                | Alan  H. Martin | .40 hrs. |

12/01/23    Follow up re attempted resolution of open discovery issues raised by committee counsel (1.4).

|                | Ori Katz | 1.40 hrs. |

12/01/23    Confer with P. Carney and M. Flanagan re discovery response efforts (.7); draft and update action item list re responding to the committee's requests for production for client (1.0).

|                | Steven  G. Gersten | 1.70 hrs. |

12/04/23    Attended client call as to discovery demands.

|                | Alan  H. Martin | .30 hrs. |

12/04/23    Conference with P. Carney, M. Flanagan, B. Riley and other client representatives re: committee's specific Rule 2004 RFPs.

|                | Amanda  L. Cottrell | 1.40 hrs. |

12/04/23    Correspondence to A. Caine re: meet and confer issues on RFPs.

|                | Amanda  L. Cottrell | .50 hrs. |

12/04/23    Revise and update discovery action item list for client as part of effort to respond to the committee's requests for production (1.5); confer with M. Flanagan, K. Kelleher, and client team re requests for production (1.4).

|                | Steven  G. Gersten | 2.90 hrs. |

12/05/23    Correspondence with client (P. Carney, et al.) as to open discovery steps.

|                | Alan  H. Martin | .40 hrs. |

12/05/23    Analyzed additional comments from committee counsel concerning certain RFP.

|                | Alan  H. Martin | .40 hrs. |

12/05/23    Exchanged emails with Sheppard Mullin team re revisions to protective order.

|                | J. Barrett Marum | .10 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 20 of 32

12/05/23      Review and comment on draft redline protective order from committee.

        Amanda  L. Cottrell             .40 hrs.

12/05/23      Conference with P.l Pascuzzi re: committee's redline edits to draft protective order.

        Amanda  L. Cottrell             .30 hrs.

12/05/23      Meet and confer with committee counsel re: committee's redline edits to the draft stipulated protective order.

        Amanda  L. Cottrell             1.00 hrs.

12/05/23      Review and analyze committee's comments on the draft stipulated protective order and researched legal bases to support same.

        Steven  G. Gersten             1.60 hrs.

12/05/23      Confer with B. Michael re the committee's edits to draft stipulated protective order.

        Steven  G. Gersten             1.00 hrs.

12/05/23      Develop strategy to produce documents and data in response to the committee's request for same (.8); confer with M. Flanagan, K. Kelleher, G. Lee and client team re responses to the committee's requests for production (1.0).

        Steven  G. Gersten             1.80 hrs.

12/06/23      Revise draft protective order.

        Amanda  L. Cottrell             .70 hrs.

12/06/23      Analyze committee's responses to debtor's specific RFP objections.

        Amanda  L. Cottrell             .40 hrs.

12/07/23      Telephone conference with P. Gaspari concerning discovery-related issues.

        Alan  H. Martin             .40 hrs.

12/07/23      Analyzed additional comments from the committee as to proposed Rule 2004 protective order components.

        Alan  H. Martin             .60 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                                                                             Invoice 380098510
Ori Katz                                                                                                                                                     Page 21 of 32

12/07/23        Call to discuss discovery matters (.7).

                        Ori Katz                                        .70 hrs.

12/07/23        Conference with S. Gersten, P. Pascuzzi, and O. Katz re discovery and stipulated
                        protective order.

                        Amanda  L. Cottrell                    .60 hrs.

12/07/23        Conference with TransPerfect to discuss set up of discovery platform.

                        Amanda  L. Cottrell                    .20 hrs.

12/07/23        Further revise stipulated protective order.

                        Amanda  L. Cottrell                    .40 hrs.

12/07/23        Video conference with R. Yee, M. Flanagan, G. Lee, W. Weitz, Fr. Summerhays, and
                        other client team members to discuss ediscovery vendor and committee's financial
                        information requests.

                        Amanda  L. Cottrell                    1.30 hrs.

12/07/23        Review, analyze, and revise draft protective order.

                        Steven  G. Gersten                    1.90 hrs.

12/07/23        Confer with M. Flanagan, K. Kelleher, G. Lee, W. Weitz, M. Cottrell, and R. Yee re
                        responding to the committee's requests for production.

                        Steven  G. Gersten                    1.00 hrs.

12/07/23        Confer with Transperfect project team re status of discovery and anticipated work
                        streams to on-board them as the debtor's document vendor for discovery.

                        Steven  G. Gersten                    .50 hrs.

12/08/23        Prepared input concerning client responses to discovery demands by the committee.

                        Alan  H. Martin                        .50 hrs.

12/08/23        Reviewed various correspondence received from the client team (GC P. Carney, et al.)
                        concerning discovery responses to committee 2004 requests.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          January 17, 2024
Alternatives                                                                                    Invoice 380098510
Ori Katz                                                                                        Page 22 of 32

|  | Alan  H. Martin | .40 hrs. |

12/08/23     Prepared comments to the draft Protective Order to address client and committee concerns.

|  | Alan  H. Martin | .40 hrs. |

12/08/23     Call from W. Weitz re: organization and access to data sharepoint.

|  | Amanda  L. Cottrell | .20 hrs. |

12/08/23     Call with O. Katz re: review and analysis of potentially responsive to committee requests.

|  | Amanda  L. Cottrell | .40 hrs. |

12/08/23     Call with O. Katz and M. Flanagan re: pending document collection and review.

|  | Amanda  L. Cottrell | .40 hrs. |

12/08/23     Meet and confer with B. Michael re: status of document collection.

|  | Amanda  L. Cottrell | .50 hrs. |

12/08/23     Draft and revise summary of discovery collection for update to committee.

|  | Amanda  L. Cottrell | 1.10 hrs. |

12/08/23     Conference with P. Carney P.  Gaspari re proposed comments to protective order.

|  | Amanda  L. Cottrell | 1.40 hrs. |

12/08/23     Confer with B. Michael re status update on debtor's efforts to respond to the committee's priority requests for production and discovery requests more generally (1.0); begin drafting detailed email update to committee counsel re debtor's efforts to respond to committee's discovery requests (2.5); review and analyze documents provided by client in response to the committee's discovery requests (.4); update discovery action item tracker re responding to committee's discovery requests (1.0).

|  | Steven  G. Gersten | 4.90 hrs. |

12/08/23     Review and analyze proposed revisions to draft stipulated protective order.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 23 of 32

|  | Steven  G. Gersten | 1.50 hrs. |

12/10/23  Complete drafting detailed email update to committee counsel re debtor's efforts to respond to requests for production.

|  | Steven  G. Gersten | 3.90 hrs. |

12/11/23  Attended call regarding protective order with the client team.

|  | Alan  H. Martin | .30 hrs. |

12/11/23  Email correspondence to P. Gaspari and P. Carney re comments on stipulated protective order.

|  | Amanda  L. Cottrell | .60 hrs. |

12/11/23  Draft correspondence to committee re status of discovery.

|  | Amanda  L. Cottrell | .50 hrs. |

12/11/23  Call with M. Flanagan, W. Weitz, and K. Kelsey re potential production items.

|  | Amanda  L. Cottrell | .60 hrs. |

12/11/23  Call with P. Carney and P. Gaspari re: strategy and discovery confidentiality.

|  | Amanda  L. Cottrell | .50 hrs. |

12/11/23  Email memo to M. Flanagan and P. Carney re: discovery workstreams and follow up items.

|  | Amanda  L. Cottrell | .40 hrs. |

12/11/23  Review and analyze case law in support/opposition of committee comments to draft stipulated protective order.

|  | Steven  G. Gersten | 1.20 hrs. |

12/11/23  Review and analyze additional documents potentially responsive to committee's requests for production.

|  | Steven  G. Gersten | .30 hrs. |

12/12/23  Reviewed correspondence and comments from committee received as to 2004 process.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 24 of 32

|          | Alan  H. Martin | .20 hrs. |
| -------- | --------------- | -------- |

12/12/23    Call from M. Flanagan re discovery.

|          | Amanda  L. Cottrell | .40 hrs. |
| -------- | ------------------- | -------- |

12/12/23    Meet and confer with A. Caine, J. Stang, and B. Michael re discovery.

|          | Amanda  L. Cottrell | .20 hrs. |
| -------- | ------------------- | -------- |

12/12/23    Developed strategy re relief and process requested in status report re: committee's Rule 2004 requests.

|          | Amanda  L. Cottrell | .70 hrs. |
| -------- | ------------------- | -------- |

12/13/23    Worked on revisions to draft protective order terms.

|          | Alan  H. Martin | .40 hrs. |
| -------- | --------------- | -------- |

12/13/23    Meet and confer with A. Caine and B. Michael re: draft stipulated protective order.

|          | Amanda  L. Cottrell | .50 hrs. |
| -------- | ------------------- | -------- |

12/13/23    Developed strategy stipulated protective order.

|          | Amanda  L. Cottrell | .70 hrs. |
| -------- | ------------------- | -------- |

12/13/23    Call with P. Gaspari re discovery.

|          | Amanda  L. Cottrell | .20 hrs. |
| -------- | ------------------- | -------- |

12/13/23    Review and analyze committee's edits and revisions to draft stipulated protective order.

|          | Steven  G. Gersten | .40 hrs. |
| -------- | ------------------ | -------- |

12/14/23    Developed strategy to resolving remaining disputes with committee regarding Rule 2004 application (2.4).

|          | Ori Katz | 2.40 hrs. |
| -------- | -------- | --------- |

12/14/23    Exchanged numerous emails with Sheppard Mullin team re Rule 2004 exam proposed order.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 25 of 32

|  |  |  |  |
|---|---|---|---|
|  | J. Barrett Marum | .20 hrs. |  |

| 12/14/23 | Meet and confer with A. Caine and B. Michael re: Rule 2004 discovery and protective order (1); revisions re same (.5). |

|  | Amanda  L. Cottrell | 1.50 hrs. |

| 12/14/23 | Exchanged emails and voice message with A. Caine re stipulation protective order. |

|  | Amanda  L. Cottrell | .40 hrs. |

| 12/14/23 | Review and approve updated protective order and notice for efiling. |

|  | Amanda  L. Cottrell | .20 hrs. |

| 12/14/23 | Prepared stipulation, proposed form of order, and notice of stipulated protective order. |

|  | Gianna  E. Segretti | 1.10 hrs. |

| 12/15/23 | Correspondence with Pachulski to confirm agreed orders (.1); telephone call with S. Gersten submission of same (.1). |

|  | Amanda  L. Cottrell | .20 hrs. |

| 12/15/23 | Finalized agreed proposed stipulated protective order, notice of filing of protective order, and proposed order entering the protective order for filing and service. |

|  | Steven  G. Gersten | 1.50 hrs. |

| 12/18/23 | Analyzed select discovery items received from the client team regarding 2004 request. |

|  | Alan  H. Martin | .70 hrs. |

| 12/18/23 | Call from M. Flanagan re discovery. |

|  | Amanda  L. Cottrell | .30 hrs. |

| 12/18/23 | Call from M. Flanagan re: discovery. |

|  | Amanda  L. Cottrell | .20 hrs. |

| 12/18/23 | Correspondence to M. Flanagan re open document collection work streams. |

|  | Amanda  L. Cottrell | .50 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 26 of 32

| 12/18/23 | Revised and finalized stipulated protective order for submission to court (.7); corresponded with L. Parada regarding same (.1). |
|---|---|
| | Jeannie Kim                      .80 hrs. |

| 12/21/23 | Review and transmit documents to document vendor in response to committee's discovery requests (1.0); review and analyze information provided by client concerning services provided by RCASF to other entities (.4). |
|---|---|
| | Steven  G. Gersten               1.40 hrs. |

| 12/28/23 | Prepared for upcoming meeting with committee professionals re discovery matters (.8). |
|---|---|
| | Ori Katz                         .80 hrs. |

| 12/29/23 | Analyzed information received from the client as to 2004 responses. |
|---|---|
| | Alan  H. Martin                  .70 hrs. |

*Timekeeper Summary of: Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 7.00 | $ 956.00 | $ 6,692.00 |
| Ori Katz | 8.60 | $ 1,084.00 | $ 9,322.40 |
| J. Barrett Marum | 0.30 | $ 904.00 | $ 271.20 |
| Gianna  E. Segretti | 1.10 | $ 708.00 | $ 778.80 |
| Amanda  L. Cottrell | 19.80 | $ 836.00 | $ 16,552.80 |
| Jeannie Kim | 0.80 | $ 756.00 | $ 604.80 |
| Steven  G. Gersten | 27.50 | $ 756.00 | $ 20,790.00 |
| Totals | 65.10 | $ 845.04 | $ 55,012.00 |

**Written Discovery**

| 12/01/23 | Draft specific objections and requests for clarification re the committee's priority requests for production and serve same on committee counsel by email. |
|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 27 of 32

|  | Steven  G. Gersten | 2.90 hrs. |

12/01/23    Review and analyze documents potentially responsive to the committee's discovery
requests for production (.6).

|  | Steven  G. Gersten | .60 hrs. |

12/06/23    Revise and analyze documents potentially responsive to the committee's requests (1.0);
update discovery action item tracker (.5).

|  | Steven  G. Gersten | 1.50 hrs. |

12/07/23    Review and analyze documents potentially responsive to committee's requests for
production relating to claims of abuse (1.0).

|  | Steven  G. Gersten | 1.00 hrs. |

12/26/23    Begin drafting RFP response.

|  | Steven  G. Gersten | 1.50 hrs. |

12/28/23    Finalize RFP response.

|  | Steven  G. Gersten | 1.40 hrs. |

12/28/23    Draft email update to client re status of response to committee's RFPs.

|  | Steven  G. Gersten | .60 hrs. |

*Timekeeper Summary of: Written Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Steven  G. Gersten | 9.50 | $ 756.00 | $ 7,182.00 |
| Totals | 9.50 | $ 756.00 | $ 7,182.00 |

**Document Production**

12/01/23    Prepared discussion/report items for client team call regarding document productions.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                              Invoice 380098510
Ori Katz                                                                                                  Page 28 of 32

Alan  H. Martin

.40 hrs.

12/01/23   Exchanged numerous emails with Sheppard Mullin team re document production to committee (.5). Exchanged emails with Sheppard Mullin team re revisions to protective order and production of insurance policies without entry of same (.2).

J. Barrett Marum

.70 hrs.

12/01/23   Prepare redacted insurance policies for production to committee.

Steven  G. Gersten

.40 hrs.

12/04/23   Reviewed potential production items.

Alan  H. Martin

.80 hrs.

12/04/23   Analyzed to informal discovery production (.8).

Ori Katz

.80 hrs.

12/04/23   Exchanged emails with Sheppard Mullin team re production of insurance policies.

J. Barrett Marum

.10 hrs.

12/04/23   Draft and email cover letter and production of redacted insurance policies to committee.

Steven  G. Gersten

.30 hrs.

12/05/23   Reviewed emails re initial production of documents to committee.

J. Barrett Marum

.10 hrs.

12/05/23   Drafted summary of status of document production and client investigation.

Amanda  L. Cottrell

.20 hrs.

12/05/23   Conference with K. Kelleher, M. Flanagan, Fr. Summarhays, W. Weitz, S. Gersten, and G. Lee to discuss potential production terms.

Amanda  L. Cottrell

1.10 hrs.

12/05/23   Review and analyze potential documents production to committee.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 29 of 32

|  | Amanda  L. Cottrell | .30 hrs. |

| 12/05/23 | Draft cover email and produce by email unredacted insurance policies in response to committee's requests for production. |  |

|  | Steven  G. Gersten | .30 hrs. |

| 12/06/23 | Exchanged correspondence with RCASF litigation counsel concerning production of litigation files and related items. |  |

|  | Alan  H. Martin | .40 hrs. |

| 12/07/23 | Further reviewed potential production items. |  |

|  | Amanda  L. Cottrell | .80 hrs. |

| 12/15/23 | Review and prepare secondary insurance coverage documents  for production (.3); draft cover letter and produce secondary coverage documents in response to the committee's requests for production (.3). |  |

|  | Steven  G. Gersten | .60 hrs. |

| 12/18/23 | Reviewed email from S. Gersten re document production. |  |

|  | J. Barrett Marum | .10 hrs. |

| 12/19/23 | Reproduce debtor's first and second document productions to additional members of committee counsel at their request. |  |

|  | Steven  G. Gersten | .40 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Document Production*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.60 | $ 956.00 | $ 1,529.60 |
| Ori Katz | 0.80 | $ 1,084.00 | $ 867.20 |
| J. Barrett Marum | 1.00 | $ 904.00 | $ 904.00 |
| Amanda  L. Cottrell | 2.40 | $ 836.00 | $ 2,006.40 |
| Steven  G. Gersten | 2.00 | $ 756.00 | $ 1,512.00 |
| Totals | 7.80 | $ 874.26 | $ 6,819.20 |

## Trial and Hearing Attendance

12/14/23    Attend status conference in case to update court re latest discussions with committee related to discovery matters (.2).

Ori Katz                                    .20 hrs.

12/14/23    Attend hearing on protective order and Rule 2004 requests.

Amanda  L. Cottrell                    .40 hrs.

*Timekeeper Summary of: Trial and Hearing Attendance*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 0.20 | $ 1,084.00 | $ 216.80 |
| Amanda  L. Cottrell | 0.40 | $ 836.00 | $ 334.40 |
| Totals | 0.60 | $ 918.67 | $ 551.20 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 31 of 32

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|------------|-------|-----------------|---------|
| Amanda L. Cottrell | 27.10 | $ 836.00 | $ 22,655.60 |
| Ori Katz | 19.10 | $ 1,084.00 | $ 20,704.40 |
| Alan H. Martin | 23.70 | $ 956.00 | $ 22,657.20 |
| J. Barrett Marum | 1.80 | $ 904.00 | $ 1,627.20 |
| Matt Benz | 1.40 | $ 520.00 | $ 728.00 |
| Steven G. Gersten | 49.20 | $ 756.00 | $ 37,195.20 |
| Jeannie Kim | 18.70 | $ 756.00 | $ 14,137.20 |
| Gianna E. Segretti | 12.70 | $ 708.00 | $ 8,991.60 |
| Eduardo G. Linares | .60 | $ 520.00 | $ 312.00 |

**Total Fees for Professional Services** **$ 129,008.40**

### SUMMARY OF DISBURSEMENTS

| 11/20/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 11/30/2023 | 7.70 |
|----------|------------------------------------------------------------------------------------------------------------|------|
| 11/29/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 11/30/2023 | 50.60 |
| 12/12/23 | Westlaw research by Cottrell, Amanda, on 12/12/2023. | 232.20 |

**Total Disbursements** **$ 290.50**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 12/14/23 | 380098012 | 146,098.17 | 145,627.60 | 470.57 | 0.00 | 0.00 | -45,402.25 | $ 100,695.92 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 100,695.92 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 129,298.90 |
| | | | | **Total Due For This Matter** | | | | **$ 229,994.82** |