Robert M. Charles, Jr.
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel:   650.391.1380
Fax:   650.391.1395

Attorneys for Parishes of the Roman Catholic
Archdiocese of San Francisco, The Archdiocese of San
Francisco Parish and School Juridic Persons Real
Property Support Corporation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>  Debtor and<br>  Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for the Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation and requests all required notices be directed to:

> Robert M. Charles, Jr.
> Lewis Roca Rothgerber Christie LLP
> One South Church Avenue, Suite 2000
> Tucson, Arizona 85701-1666
> Telephone:  520.629.4427
> Facsimile:  520.622.3088
> RCharles@lewisroca.com

| | |
|---|---|
| Dated: January 23, 2024 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | By: */s/ Robert M. Charles, Jr.*<br>Robert M. Charles, Jr.<br>*Attorneys for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation* |