Christina L. Goebelsmann, Assistant United States Trustee
State Bar No. CA 273379
Jason M. Blumberg, Trial Attorney
State Bar No. 330150
Jared A. Day, Trial Attorney
State Bar No. CA 275687
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
450 Golden Gate Avenue, Room #05-0153
San Francisco, California 94102
Telephone: (775) 784-5530
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the U.S. Trustee for Region 17
      TRACY HOPE DAVIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>                    Debtor. | Case No: 23-30564 DM<br><br>Chapter 11 |

**UNITED STATES TRUSTEE'S RESPONSE TO DOCKET TEXT ORDER GRANTING UNITED STATES TRUSTEE'S MOTION <u>FOR ORDER APPOINTING FEE EXAMINER</u>**

      Tracy Hope Davis, United States Trustee for Region 17 (the "United States Trustee"), by and through her undersigned counsel, hereby files this *Response to the Court's Docket Text Order Granting the United States Trustee's Motion for Order Appointing Fee Examiner* (the "Motion"). *See* ECF No. 389.

1

1. At the First Day hearings conducted on August 24, 2023, this Office communicated that the United States Trustee was considering seeking the appointment of a fee examiner in the above-captioned chapter 11 case. The United States Trustee thereafter contacted general bankruptcy counsel for the Debtor and the Official Committee of Unsecured Creditors (the "Consultation Parties") to confer regarding the potential appointment of a fee examiner and to seek the recommendations of individuals to propose to the Court.

2. The Consultation Parties recommended the candidates identified in the Motion, namely Lori Lapin Jones of Lori Lapin Jones PLLC and Elise S. Frejka of Frejka PLLC, who indicated their interest in the appointment. The only other candidate recommended by the Consultation Parties is also outside the Ninth Circuit. That candidate was not proposed in the United States Trustee's Motion because that candidate declined further consideration.

3. The Consultation Parties did not recommend any candidates with experience in the Ninth Circuit and familiarity with Northern District of California Bankruptcy Court practice. The United States Trustee will continue the dialogue with the Consultation Parties and submit the names of additional fee examiner candidates for the Court's consideration, if the Court would prefer to consider additional experienced candidates for the appointment of fee examiner in this case.

Date: January 24, 2024

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Jared A. Day*
Jared A. Day
Trial Attorney for the United States Trustee