PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*

*(additional counsel listed on signature page)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>　　　　　Debtor and<br>　　　　　Debtor in Possession. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>**STATUS REPORT OF CERTAIN INSURERS IN CONNECTION WITH THEIR MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE**<br><br>No Hearing Requested<br>Judge: Hon. Dennis Montali |

1   Century Indemnity Company, as successor to CCI Insurance Company and Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964 (collectively, the "**Insurers**") submit this brief status report in lieu of a reply brief concerning the *Motion of Certain Insurers for Relief from the Automatic Stay to Permit California Coverage Action to Continue* [Docket No. 251, 255] (the "**Motion**").

Since the filing of the Motion, the Insurers and the Roman Catholic Archbishop of San Francisco (the "**Debtor**") have met and conferred in an attempt to partially resolve the Motion. The Debtor and Insurer have reached an agreement in the form of a stipulation, attached hereto as <u>Exhibit A</u> (the "**Stipulation**"), whereby the Insurers would withdraw the Motion without prejudice subject to the terms set forth further in the Stipulation. The Insurers have been advised that the Debtor has sought comment from the Official Committee of Unsecured Creditors, which is currently reviewing the Stipulation.

The Debtor and Insurers intend to seek Court approval of the Stipulation prior to the hearing on the Motion. Upon the Court's approval, the Insurers will withdraw the Motion without prejudice. The Insurers, with the consent of the Debtor, reserve their right to file and serve a substantive reply to oppositions to the Motion in the event the Court does not approve and enter the Stipulation as set forth in Exhibit A.

[SIGNATURE PAGE TO FOLLOW]

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: February 1, 2024 | | |

/s/ Pierce A. MacConaghy
Pierce A. MacConaghy (BAR NO. 341371)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
pierce.macconaghy@stblaw.com

Andrew T. Frankel (*pro hac vice*)
Michael H. Torkin (*pro hac vice*)
David Elbaum (*pro hac vice*)

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
afrankel@stblaw.com
michael.torkin@stblaw.com
david.elbaum@stblaw.com

Alexander Potente (BAR NO. 208240)
alex.potente@clydeco.us
Jason J. Chorley (BAR NO. 263225)
jason.chorley@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone:	415-365-9800
Facsimile:	415-365-9801

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*