**Exhibit A**

**Draft Stipulation and Order to Withdraw Without Prejudice the Motion of Certain Insurers for Relief from the Automatic Stay to Permit California Coverage Action to Continue**

| | |
|---|---|
| PAUL J. PASCUZZI, State Bar No. 148810<br>JASON E. RIOS, State Bar No. 190086<br>THOMAS R. PHINNEY, State Bar No. 159435<br>FELDERSTEIN FITZGERALD<br>   WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>Telephone:  (916) 329-7400<br>Facsimile:  (916) 329-7435<br>Email:  ppascuzzi@ffwplaw.com<br>         jrios@ffwplaw.com<br>         tphinney@ffwplaw.com<br><br>ORI KATZ, State Bar No. 209561<br>ALAN H. MARTIN, State Bar No. 132301<br>SHEPPARD, MULLIN, RICHTER &<br>   HAMPTON LLP<br>A Limited Liability Partnership Including<br>   Professional Corporations<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone:  (415) 434-9100<br>Facsimile:  (415) 434-3947<br>Email:  okatz@sheppardmullin.com<br>         amartin@sheppardmullin.com<br><br>*Attorneys for The Roman Catholic Archbishop of San Francisco* | PIERCE A. MACCONAGHY (SBN 341371)<br>pierce.macconaghy@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304<br>Telephone:  (650) 251-5000<br>Facsimile:  (650) 251-5002<br><br>ANDREW T. FRANKEL (*pro hac vice*)<br>afrankel@stblaw.com<br>MICHAEL H. TORKIN (*pro hac vice*)<br>michael.torkin@stblaw.com<br>DAVID ELBAUM (*pro hac vice*)<br>david.elbaum@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br><br>*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America,*<br>*Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*<br><br>*(additional counsel listed on signature page)* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>**[DRAFT] STIPULATION AND ORDER TO WITHDRAW WITHOUT PREJUDICE THE MOTION OF CERTAIN INSURERS FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CALIFORNIA COVERAGE ACTION TO CONTINUE** |

Century Indemnity Company, as successor to CCI Insurance Company and Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964 (collectively, the "**Insurers**") and the Roman Catholic Archbishop of San Francisco (the "**RCASF**" or the "**Debtor**," and, together with the Insurers, the "**Parties**"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "**Bankruptcy Case**"), enter into this stipulation and agreement (the "**Stipulation**") to withdraw without prejudice the *Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue* [Docket Nos. 251, 255] (the "**Motion**").[1] The Parties hereby stipulate and agree as follows:

## RECITALS

A. On October 27, 2023, the Insurers filed the Motion, which seeks to lift the automatic stay to allow a pending state-court coverage action (the "**California Coverage Action**") to proceed in order to provide guidance and certainty on the extent of the Insurers' and Debtor's respective contractual rights and obligations for claims brought by survivors of childhood sexual abuse under the California Child Victims Act against the Archdiocese.

B. On November 16, 2023, the Debtor filed an objection (the "**Objection**") to the Motion.[2]

C. On November 16, 2023, the Official Committee of Unsecured Creditors (the "**Committee**") joined the Objection.[3]

D. The Parties have met and conferred with respect to the Insurers' request for relief by the Motion. As a result, the Parties have come to an agreement regarding the relief requested by the Motion.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

[2] *Debtor's Opposition to Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue* [Docket No. 313].

[3] *Committee's Joinder to Debtor's Opposition to Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue* [Docket No. 321].

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED:**

1. The Insurers agree to withdraw the Motion without prejudice.

2. The Insurers agree that they will not file a renewed motion to lift the stay without providing the Debtor with at least 45-days' prior notice. The Debtor agrees it will not seek to remove the California Coverage Action without providing Insurers with at least 45-days' prior notice.

3. Neither the Insurers' agreement to withdraw the Motion, nor the pendency of the stay, may be used in any manner (i) to challenge the Insurers' standing, (ii) in opposing any further motion to lift the stay, or (iii) as a waiver, admission, or limitation of any kind with respect to the Insurers' or the Debtor's rights, claims, defenses, or objections in connection with the California Coverage Action or this Bankruptcy Case.

4. Other than as agreed to above, the Debtor and the Insurers reserve all rights, claims, defenses, and objections.

[SIGNATURE PAGES TO FOLLOW]

Dated: February [_], 2024

                                        */s/ [DRAFT]*
Pierce A. MacConaghy (BAR NO. 341371)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
pierce.macconaghy@stblaw.com

Andrew T. Frankel (*pro hac vice*)
Michael H. Torkin (*pro hac vice*)
David Elbaum (*pro hac vice*)

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
afrankel@stblaw.com
michael.torkin@stblaw.com
david.elbaum@stblaw.com

Alexander Potente (BAR NO. 208240)
alex.potente@clydeco.us
Jason J. Chorley (BAR NO. 263225)
jason.chorley@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone:    415-365-9800
Facsimile:    415-365-9801

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, and Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964*

Case: 23-30564    Doc# 446-1    Filed: 02/01/24    Entered: 02/01/24 19:26:30    Page 5 of 6

| | | |
|---|---|---|
| Dated: February [_], 2024 | | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP |

By: [*DRAFT*] _____
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: February [_], 2024    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: [*DRAFT*] _____
ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic Archbishop of San Francisco

Case: 23-30564    Doc# 446-1    Filed: 02/01/24    Entered: 02/01/24 19:26:30    Page 6 of 6