JENNIFER WITHERELL CRASTZ (SBN 185487)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Blvd., 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jcrastz@hrhlaw.com

Attorneys for Creditor
CITY NATIONAL BANK

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>*Debtor*. | Case No. 23-30564<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO CLERK OF THIS COURT, DEBTOR, DEBTOR'S ATTORNEY, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND TO ALL INTERESTED PARTIES:

 PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Hemar, Rousso & Heald, LLP hereby requests notice of all matters in the above-captioned case which require notice to creditors, or to other parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise. Said notices shall be sent as follows:

1
REQUEST FOR SPECIAL NOTICE

Jennifer Witherell Crastz, Esq.
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436-2829
Tel. No. (818) 501-3800
Fax No. (818) 501-2985
Email: jcrastz@hrhlaw.com

The undersigned represents CITY NATIONAL BANK, a creditor and party in interest as to the above estate.

Dated: February 5, 2024

HEMAR, ROUSSO & HEALD, LLP

/s/ *Jennifer Witherell Crastz*

BY: _____
JENNIFER WITHERELL CRASTZ
Attorneys for Creditor,
CITY NATIONAL BANK