PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
 amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING REVISED FORM OF PROPOSED ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY TRANSPERFECT LEGAL SOLUTIONS TO PROVIDE LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a)**<br><br>[*No Hearing Required*]<br><br>Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that on January 19, 2024, the Roman Catholic Archbishop of San Francisco (the "<u>Debtor</u>" or "<u>RCASF</u>"), the debtor and debtor in possession in the above-

captioned bankruptcy case (the "Bankruptcy Case") filed the *Debtor's Application to Employ TransPerfect Legal Solutions to Provide Litigation Support Consulting and E-Discovery Services Under Bankruptcy Code Sections 327(a) and 328(a)* [ECF No. 433] (the "Application").[1] Thereafter, Tracy Hope Davis, United States Trustee for Region 17 (the "UST"), by and through her counsel of record, reached out to the Debtor's counsel and provided comments on the proposed form of order granting the Application. The Debtor has considered the UST's comments, consulted with TransPerfect, and determined to request entry of the modified form of proposed order appended to this notice as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that a redline comparison of the revised proposed form of order and the original form of proposed order of which the Application sought court approval is appended to this notice as Exhibit 2.

Dated: February 6, 2024     FELDERSTEIN FITZGERALD
                            WILLOUGHBY PASCUZZI & RIOS LLP

                            By     /s/ Paul J. Pascuzzi
                                PAUL J. PASCUZZI
                                JASON E. RIOS
                                THOMAS R. PHINNEY
                                Attorneys for The Roman Catholic
                                Archbishop of San Francisco

Dated: February 6, 2024     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            By     /s/ Ori Katz
                                ORI KATZ
                                ALAN H. MARTIN
                                Attorneys for The Roman Catholic
                                Archbishop of San Francisco

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Application.

Case: 23-30564   Doc# 451   Filed: 02/06/24   Entered: 02/06/24 18:56:29   Page 2 of 8

**Exhibit 1**

[Revised Form of Proposed Order]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY TRANSPERFECT LEGAL SOLUTIONS TO PROVIDE LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a)**<br><br>[*No Hearing Required*]<br><br>Judge:    Hon. Dennis Montali |

The Court, having read and considered the *Debtor's Application to Employ TransPerfect Legal Solutions to Provide Litigation Support Consulting and E-Discovery Services Under Bankruptcy Code Sections 327(a) and 328(a)* (the "Application"),[2] filed by the Roman Catholic Archbishop of San Francisco (the "Debtor" or "RCASF"), the debtor and debtor in possession in the above-captioned bankruptcy case (the "Bankruptcy Case") on January 19, 2024 [ECF No. 433], and the accompanying declaration of David Brill in support thereof, and good cause appearing therefor,

---
[2] Capitalized terms not defined herein shall have the meanings given to them in the Application.

Case: 23-30564   Doc# 451   Filed: 02/06/24   Entered: 02/06/24 18:56:29   Page 3 of 8

IT IS HEREBY ORDERED that:

1. The Application, as modified by this Order, is APPROVED.

2. The Debtor is authorized to employ TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as TransPerfect Legal Solutions ("TransPerfect") as its litigation support consultant and e-discovery vendor to provide the Services under Bankruptcy Code sections 327(a) and 328(a), and Bankruptcy Rule 2014(a), effective as of December 21, 2023.

3. TransPerfect is authorized to perform the Services described in the Application and the Engagement Agreement attached as Exhibit 1 to the Brill Declaration.

4. Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not alter the result dictated by the holding in *Baker Botts L.L.P. v. ASARCO LLC*, 135 S. Ct. 2158, 2169 (2015) and its construction of 11 U.S.C. § 330(a)(1).

5. Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not entitle TransPerfect to interest on unpaid invoices.

6. Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not entitle TransPerfect to indemnity for claims arising from its own gross negligence, bad faith or willful misconduct."

***END OF [PROPOSED] ORDER***

**Exhibit 2**

[Redline Comparison of Revised Form of Proposed Order
and Original Form of Proposed Order]

-1-

Case No. 23-30564
NOTICE OF REVISED FORM OF PROPOSED ORDER
GRANTING APPLICATION TO EMPLOY TRANSPERFECT - EX. 2

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY TRANSPERFECT LEGAL SOLUTIONS TO PROVIDE LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a)**<br><br>[*No Hearing Required*]<br><br>Judge:     Hon. Dennis Montali |

The Court, having read and considered the *Debtor's Application to Employ TransPerfect Legal Solutions to Provide Litigation Support Consulting and E-Discovery Services Under*

-1-                                                                                    Case No. 23-30564

*Bankruptcy Code Sections 327(a) and 328(a)* (the "Application"),[1] filed by the Roman Catholic Archbishop of San Francisco (the "Debtor" or "RCASF"), the debtor and debtor in possession in the above-captioned bankruptcy case (the "Bankruptcy Case") on January [•]19, 2024, as Docket [ECF No. [•433], and the accompanying Declarationdeclaration of David Brill in support thereof, and good cause appearing therefor,

    IT IS HEREBY ORDERED that:

    1.    The Application, as modified by this Order, is APPROVED.

    2.    The Debtor is authorized to employ TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as TransPerfect Legal Solutions ("TransPerfect") as its litigation support consultant and e-discovery vendor to provide the Services under Bankruptcy Code sections 327(a) and 328(a), and Bankruptcy Rule 2014(a), effective as of December 21, 2023.

    3.    TransPerfect is authorized to perform the Services described in the Application and the Engagement Agreement attached as Exhibit 1 to the Brill Declaration.

    4.    Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not alter the result dictated by the holding in *Baker Botts L.L.P. v. ASARCO LLC*, 135 S. Ct. 2158, 2169 (2015) and its construction of 11 U.S.C. § 330(a)(1).

    5.    Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not entitle TransPerfect to interest on unpaid invoices.

    6.    Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not entitle TransPerfect to indemnity for claims arising from its own gross negligence, bad faith or willful misconduct."

***END OF [PROPOSED] ORDER***

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Application.

| Summary report: Litera Compare for Word 11.4.0.111 Document comparison done on 2/6/2024 3:23:53 PM | |
|---|---|
| **Style name:** SMRH Standard | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** nd://4890-9390-4803/1/RCASF - Order Granting Application to Employ TransPerfect.docx | |
| **Modified DMS:** nd://4890-9390-4803/2/RCASF - Order Granting Application to Employ TransPerfect.docx | |
| **Changes:** | |
| Add | 16 |
| Delete | 8 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 24 |