PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF JASON E. RIOS IN SUPPORT OF DEBTOR'S SECOND MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**<br><br>Date:     March 7, 2024<br>Time:     1:30 p.m.<br>Location: via ZoomGov<br>Judge:    Hon. Dennis Montali |

///

I, Jason E. Rios, declare:

1. I am an attorney duly licensed to practice law in the State of California and a partner with Felderstein Fitzgerald Willoughby Pascuzzi & Rios, LLP, attorneys for The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein ("RCASF" or "Debtor"). I submit this Declaration in support of the Debtor's Second Motion to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code (the "Motion")[1]. If called as a witness, I would and could testify competently to the matters stated herein.

2. Attached as **Exhibit B** to the Motion are true and correct copies of the Stipulations entered into between the Consenting Lessors/Counterparties and the Debtor referred to in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2024 at Sacramento, California.

/s/ Jason E. Rios
JASON E. RIOS

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.