PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
　WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:　(916) 329-7400
Facsimile:　(916) 329-7435
Email:　　　ppascuzzi@ffwplaw.com
　　　　　　jrios@ffwplaw.com
　　　　　　tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:　(415) 434-9100
Facsimile:　(415) 434-3947
Email:　　　okatz@sheppardmullin.com
　　　　　　amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　Debtor and<br>　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON DEBTOR'S SECOND MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**<br><br>Date:　　　March 7, 2024<br>Time:　　　1:30 p.m.<br>Location:　Via ZoomGov<br>Judge:　　 Hon. Dennis Montali |

///

**This Amended Notice of Hearing corrects the deadline for filing and service of written opposition to the Motion, which is February 22, 2024 as set forth below.**

**NOTICE IS HEREBY GIVEN** that The Roman Catholic Archbishop of San Francisco, Debtor and Debtor-in-Possession herein ("Debtor"), has filed a *Second Motion to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code* (the "Motion") and that a hearing on the Motion is scheduled before the Honorable Dennis Montali on March 7, 2024, at 1:30 p.m. at the United States Bankruptcy Court, Northern District of California, San Francisco Division, before the Honorable Dennis Montali (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Joseph J. Passarello in support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023, at [ECF No. 14] ("Passarello Background Decl."), the *Declaration of Paul Gaspari in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023 at [ECF No. 15] ("Gaspari Decl."), and the additional *Declaration of Fr. Patrick Summerhays in support of this Motion*, the pleadings and papers on file in this case, and such other evidence and argument as may be submitted before or during the Hearing on the Motion.

By the Motion, the Debtor seeks, pursuant to section 365(d)(4) of title 11 of the United States Code (the "Bankruptcy Code") to extend the current deadline of March 18, 2024, to assume or reject all unexpired leases of nonresidential real property (the "Assumption/Rejection Deadline") until the earlier of (i) the expiration of the term of the Unexpired Lease, or (ii) the effective date of a reorganization plan for the Debtor in this Bankruptcy Case (the "Extended Deadline").

The Debtor is a party to the leases identified in Schedule G of the Debtor's Schedules (the "Unexpired Leases") filed as Docket No. 152, including leases with Chesterton Academy of San Francisco, Children's Council of San Francisco, Cruise LLC, Daughters of Charity, JEH Enterprises, Inc., the Cemeteries, Seneca Family of Agencies, the Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, the Roman Catholic Seminary of San Francisco, and The Sleep Train, Inc./Mattress Firm. The Debtor has determined that the Debtor's Unexpired Lease interests as lessee include (i) an Unexpired Lease entered by the Debtor as lessee with The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, and (ii) a revocable license for the Debtor to use certain nonresidential real property, and to the extent it constitutes a lease, a real property interest in the ground upon which a building sits, both located at 320 Middlefield Road, Menlo Park, California 94025 and entered into with The Roman Catholic Seminary of San Francisco.[1]

Pursuant to section 365(d)(4) of the Bankruptcy Code, if the Unexpired Leases for which the Debtor is the lessee are not assumed or rejected on or prior to the Assumption/Rejection Deadline, such unexpired leases shall be deemed rejected unless the Debtor receives, pursuant to section 365(d)(4)(B) of the Bankruptcy Code, an extension of time within which it may assume or reject the Unexpired Leases. In this case, there is sufficient cause to grant the Debtor's requested extension of time within which it may assume or reject any Unexpired Leases.

The Debtor is in the early stages of the case and working to build a foundation for a plan of reorganization. It is actively taking steps to develop a plan of reorganization with its constituents. Additional time is needed to fully evaluate the progress and dynamics of the case, and the potential effect of assumption or rejection of the lease under the unique circumstances of this case.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in

---

[1] The real property has located on it the building commonly known as the "Archbishop's Residence" reserved for the Archbishop or his designated use and may, therefore, include residential real property; provided, however, that the Debtor has leased the building to the Chesterton Academy of St. James, which operates a private Catholic high school at the premises.

support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's Claims Agent Omni Agent Solutions, Inc., at https://www.omniagentsolutions.com/RCASF. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. Counsel, parties and other interested parties may attend the hearing in person or by Zoom. Additional information is available on Judge Montali's Procedures page on the court's website. Information on attending the hearing by Zoom will be provided on Judge Montali's calendar posted on the court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by **February 22, 2024**. Any opposition or response must be filed and served on the Limited Service List as provided on the Omni website. The updated Limited Service List may also be obtained from the Omni website listed above. Failure to file timely opposition and appear at the hearing may constitute a waiver of your objections. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: February 9, 2024    FELDERSTEIN FITZGERALD WILLOUGHBY
                           PASCUZZI & RIOS LLP


                     By:   */s/ Jason E. Rios*
                           PAUL J. PASCUZZI
                           JASON E. RIOS
                           THOMAS R. PHINNEY

                           Attorneys for The Roman Catholic Archbishop of
                           San Francisco

Dated: February 9, 2024        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                               By:    */s/ Ori Katz*
                                      ORI KATZ
                                      ALAN H. MARTIN

                                      Attorneys for The Roman Catholic Archbishop of San Francisco