PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                      amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON DEBTOR'S SECOND MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIODS [11 U.S.C. § 1121(d)]**<br><br>Date:      March 7, 2024<br>Time:     1:30 p.m.<br>Location:  Via ZoomGov<br>Judge:    Hon. Dennis Montali |

**This Amended Notice of Hearing corrects the deadline for filing and service of written opposition to the Motion, which is February 22, 2024 as set forth below.**

1     **NOTICE IS HEREBY GIVEN** that The Roman Catholic Archbishop of San Francisco, debtor and debtor-in-possession herein ("Debtor"), has filed a *Motion for Order Extending Exclusivity Periods* [11 U.S.C. § 1121(d)] (the "Motion") and that a hearing on the Motion is scheduled before the Honorable Dennis Montali on March 7, 2024, at 1:30 p.m. at the United States Bankruptcy Court, Northern District of California, San Francisco Division, before the Honorable Dennis Montali (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF 14], the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF 15], and the additional *Declaration of Fr. Patrick Summerhays in support of this Motion* and the pleadings and papers on file in this case, and such other evidence and argument as may be submitted before or during the hearing on the Motion.

By the Motion, the Debtor seeks entry of an order pursuant to 11 U.S.C. §1121(d) extending the exclusivity periods within which Debtor has the exclusive right to propose a plan (which currently expires on March 21, 2024) and obtain acceptance of such a plan (which currently expires on May 23, 2024), until June 25, 2024 (95 days), and August 26, 2024 (95 days), respectively. The Debtor believes that the relief requested is necessary and appropriate given the early stage of the case, the complexity of the case, the steady progress in the postpetition management of the case, and the progress toward developing a process to facilitate a plan of reorganization. Further, the survivor claims bar date has not yet passed and parties in interest have not yet participated in mediation. The requested relief is without prejudice to: (a) Debtor's right to seek further extensions and the rights of parties in interest with standing to oppose such requests, and (b) the rights of parties in interest

1 with standing to seek to shorten or terminate Debtor's exclusivity periods and Debtor's right to oppose such requests.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's proposed Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/RCASF, free of charge. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. Counsel, parties and other interested parties may attend the hearing in person or by Zoom. Additional information is available on Judge Montali's Procedures page on the court's website. Information on attending the hearing by Zoom will be provided on Judge Montali's calendar posted on the court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by **February 22, 2024**. Any opposition or response must be filed and served on the Limited Service List as provided in the Interim Order Approving Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claim at ECF 38. The updated Limited Service List may be obtained from the Omni website listed above. Failure to file timely opposition and appear at the hearing may constitute a waiver of your objections. Your rights may be affected. You

///
///
///

-3-   Case No. 23-30564
AMENDED NOTICE OF HEARING ON SECOND MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIODS

Case: 23-30564   Doc# 467   Filed: 02/09/24   Entered: 02/09/24 14:03:53   Page 3 of 4

should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: February 9, 2024    FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By:    */s/ Jason E. Rios*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: February 9, 2024    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco