**Entered on Docket**
**February 12, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: February 12, 2024**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY TRANSPERFECT LEGAL SOLUTIONS TO PROVIDE LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a)**

[*No Hearing Required*]

Judge: Hon. Dennis Montali

The Court, having read and considered the *Debtor's Application to Employ TransPerfect Legal Solutions to Provide Litigation Support Consulting and E-Discovery Services Under*

*Bankruptcy Code Sections 327(a) and 328(a)* (the "Application"),[1] filed by the Roman Catholic Archbishop of San Francisco (the "Debtor" or "RCASF"), the debtor and debtor in possession in the above-captioned bankruptcy case (the "Bankruptcy Case") on January 19, 2024 [ECF No. 433], and the accompanying declaration of David Brill in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Application, as modified by this Order, is APPROVED.

2. The Debtor is authorized to employ TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as TransPerfect Legal Solutions ("TransPerfect") as its litigation support consultant and e-discovery vendor to provide the Services under Bankruptcy Code sections 327(a) and 328(a), and Bankruptcy Rule 2014(a), effective as of December 21, 2023.

3. TransPerfect is authorized to perform the Services described in the Application and the Engagement Agreement attached as Exhibit 1 to the Brill Declaration.

4. Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not alter the result dictated by the holding in *Baker Botts L.L.P. v. ASARCO LLC*, 135 S. Ct. 2158, 2169 (2015) and its construction of 11 U.S.C. § 330(a)(1).

5. Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not entitle TransPerfect to interest on unpaid invoices.

6. Notwithstanding any provision in the Engagement Agreement to the contrary, approval of the Application shall not entitle TransPerfect to indemnity for claims arising from its own gross negligence, bad faith or willful misconduct.

APPROVED AS TO FORM.

By: */s/ Jason Blumberg*
Jason Blumberg
Trial Attorney for Tracy Hope Davis,
United States Trustee for Region 17

*****END OF ORDER*****

[1] Capitalized terms not defined herein shall have the meanings given to them in the Application.

Case: 23-30564 Doc# 468 Filed: 02/12/24 Entered: 02/12/24 11:58:19 Page 2 of 3

## Court Service List

Registered ECF Participants only.