| | | | |
|---|---|---|---|
| In re: | THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO | Bankruptcy No.: | 23-30564 |
| | | R.S. No.: | JWC-1 |
| | | Hearing Date: | 03/07/2024 |
| Debtor(s) | | Time: | 9:30 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 08/21/2023     Chapter: 11
    Prior hearings on this obligation: N/A     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): CERTIFICATE OF DEPOSIT

Secured Creditor [X] or lessor [ ]
Fair market value: $ 76,000.00     Source of value: face value of CD
Contract Balance: $ 76,000.00     Pre-Petition Default: $_____
Monthly Payment: $_____     No. of months: _____
Insurance Advance: $_____     Post-Petition Default: $_____
                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): N/A

Fair market value: $_____     Source of value: _____     If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.): N/A

Approx. Bal. $_____     Pre-Petition Default: $_____
As of (date): _____     No. of months: _____
Mo. payment: $_____     Post-Petition Default: $_____
Notice of Default (date): _____     No. of months: _____
Notice of Trustee's Sale: _____     Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: N/A | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Debtor owes Movant as a result of a draw on a stand-by letter of credit secured by a certificate of deposit.

02/12/2024

/s/ *Jennifer Witherell Crastz*
Signature
JENNIFER WITHERELL CRASTZ
Print or Type Name

Attorney for Movant