JENNIFER WITHERELL CRASTZ (SBN 185487)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jcrastz@hrhlaw.com
File No. 3789-20240063

Attorneys for Movant,
CITY NATIONAL BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | CHAPTER 11 |
| Debtor. | |
| CITY NATIONAL BANK, | RS No.: JWC-1 |
| Movant. | **CERITIFICATE OF SERVICE RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY [PERSONAL PROPERTY AND SUPPORTING DOCUMENTS** |
| vs. | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | DATE: March 7, 2024<br>TIME: 1:30 p.m.<br>CTRM: 17 (16th Floor)<br>JUDGE: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Respondent. | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP ("the business"), 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On February 13, 2024, I served the following document described as: **(1) NOTICE OF HEARING; (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BRIAN McDONALD IN SUPPORT THEREOF (3) RELIEF FROM STAY COVER SHEET; (4) CERTIFICATE OF SERVICE** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

X  **(By First Class Mail)** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, at the addresses on the attached service list.

X  **(To Be Served By The Court Via Notice Of Electronic Filing (NEF))** The foregoing document(s) will be served by the court via NEF and hyperlink to the document. On February __, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses provided on the attached Electronic Mail Notice List.

**SERVICE LIST ATTACHED**

X  **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 13, 2024, at Encino, California.

/s/ *MaryAnn Granzow*
_____
MARY ANN GRANZOW

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **Electronic Mail Notice List:** |

Jesse Bair    jbair@burnsbair.com
Hagop T. Bedoyan    hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
Gillian Nicole Brown    gbrown@pszjlaw.com
John Bucheit    jbucheit@phrd.com
Timothy W. Burns    tburns@burnsbair.com, kdempski@burnsbair.com
George Calhoun    george@ifrahlaw.com
Robert M Charles    rcharles@lewisroca.com
Jason Chorley    jason.chorley@clydeco.us, Robert.willis@clydeco.us
Amanda L. Cottrell    acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
Blaise S Curet    bcuret@spcclaw.com
Jared A. Day    jared.a.day@usdoj.gov
Allan B Diamond    adiamond@diamondmccarthy.com
David Elbaum    david.elbaum@stblaw.com
Michael W Ellison    mellison@sehlaw.com
Trevor Ross Fehr    trevor.fehr@usdoj.gov
Robert David Gallo    dgallo@phrd.com
Christina Lauren Goebelsmann    christina.goebelsmann@usdoj.gov
Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Joshua K Haevernick    joshua.haevernick@dentons.com
Robert G. Harris    rob@bindermalter.com, RobertW@BinderMalter.com
Deanna K. Hazelton    deanna.k.hazelton@usdoj.gov
Todd C. Jacobs    tjacobs@phrd.com
Daniel James    daniel.james@clydeco.us
Christopher D. Johnson    chris.johnson@diamondmccarthy.com
Jeff D. Kahane    jkahane@duanemorris.com
Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
Jeannie Kim    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
David S. Kupetz    David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com
Christina Marie Lincoln    clincoln@robinskaplan.com
John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Betty Luu    bluu@duanemorris.com
Pierce MacConaghy    pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
Alan H. Martin    AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
Patrick Maxcy    , docket.general.lit.chi@dentons.com
Andrew Mina    amina@duanemorris.com
Michael Norton    michael.norton@clydeco.us, nancy.lima@clydeco.us
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
Mark D. Plevin    mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
Douglas B. Provencher    dbp@provlaw.com
Nathan W. Reinhardt    nreinhardt@duanemorris.com
Jason E. Rios    jrios@ffwplaw.com, docket@ffwplaw.com
Matthew Roberts    mroberts@phrd.com

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

| | |
|---|---|
| 1 | Annette Rolain     arolain@ruggerilaw.com |
| 2 | Cheryl C. Rouse     rblaw@ix.netcom.com |
| | Phillip John Shine     phillip.shine@usdoj.gov |
| 3 | James I. Stang     jstang@pszjlaw.com |
| 4 | Catalina Sugayan     catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| | Joshua D Weinberg     jweinberg@ruggerilaw.com |
| 5 | Matthew Michael Weiss     mweiss@phrd.com |
| 6 | Harris Winsberg     hwinsberg@phrd.com |
| | Yongli Yang     yongli.yang@clydeco.us |

**Served by U.S. First Class Mail:**

**Debtor**
The Roman Catholic Archbishop of San Francisco
Attn: Fr. Patrick Summerhays
One Peter Yorke Way
San Francisco, CA 94109

**Responsible Individual**
Fr. Patrick Summerhays
The Roman Catholic Archbishop of San Francisco
One Peter York Way
San Francisco, CA 94109

**Debtor's Attorneys**
Amanda L. Cottrell
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75201

Ori Katz/Jeannie Kim/
Sheppard, Mulin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Alan H. Martin
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993

Paul J. Pascuzzi
Felderstein Fitzgerald et al LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

Jason E. Rios
Felderstein, Fitzgerald et al
400 Capitol Mall #1750
Sacramento, CA 95814

**The Official Committee of Unsecured Creditors**
The Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436

**Attorneys for the Official Committee of Unsecured Creditors**
Jesse Bair
Burns Bair LLP
10 E. Doty Street, Suite 600
Madison, WI 53703

Gillian Nicole Brown
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Timothy W. Burns
Burns Bair LLP
10 E. Doty Street, Suite 600
Madison, WI 53703

Debra I. Grassgreen
John William Lucas
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436

Brittany M. Michael
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067

**United States Trustee**
Phillip John Shine
Office of the United States Trustee
280 South First Street, Rm. 268
San Jose, CA 95113

**Attorneys for the Office of the U.S. Trustee**
Jason Blumberg
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Jared A. Day
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509

Christina Lauren Goebelsmann
Department of Justice
450 Golden Gate Ave., 5th Floor
Ste 05-0153
San Francisco, CA 94102

Deanna K. Hazelton
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721

**U.S. Securities and Exchange Commission**
U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591

**LIMITED SERVICE LIST**

A.S./J.B.
Attn: Kim Dougherty, Esq.
Just Law Collaborative
210 Washington Street
N Easton, MA 02356

Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society
Binder & Malter LLP
Attn: Robert G Harris
2775 Park Avenue
Santa Clara, CA 95050

C.B.
Attn: Kim Dougherty, Esq.
Just Law Collaborative
210 Washington Street
N Easton, MA 02356

D.R.
Attn: Kim Dougherty, Esq.
Just Law Collaborative
210 Washington Street
N Easton, MA 02356

H.F.
Attn: Kim Dougherty, Esq.
Just Law Collaborative
210 Washington Street
N Easton, MA 02356

California Department of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279

California Office of the Attorney General
1300 I Street, Suite 1142
Sacramento, CA 95814

Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company
Clyde & Co US LLP
Attn: Alexander Potente /Jason J Chorley
150 California Street, 15th Floor
San Francisco, CA 94111

Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies
Clyde & Co US LLP
Attn: Catalina J. Sugayan
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606

Colorado Department of Revenue
1881 Pierce Street
Lakewood, CO 80214

Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation
Craig & Winkelman LLP
Attn: Robin D. Craig
2001 Addison Street, Suite 300
Berkeley, CA 94704

Counsel for Continental Casualty Company
Crowell & Moring LLP
Attn: Miranda H. Turner /Jordan A. Hess
1001 Pennsylvania Avenue
NW Washington, DC 20004

7
CERTIFICATE OF SERVICE

Case: 23-30564   Doc# 469-2   Filed: 02/13/24   Entered: 02/13/24 14:13:56   Page 7 of 12

Crowell & Moring LLP
Attn: Mark D. Plevin
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111

Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America

Dentons US LLP
Attn: Joshua Haevernick
1999 Harrison Street, Suite 1300
Oakland, CA 94612

Dentons US LLP
Attn: Patrick C. Maxcy /John Grossbart
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606

Dentons US LLP
Attn: Geoffrey M. Miller /Lauren Macksoud
1221 Avenue of the Americas
New York, NY 10020-1089

Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation

Diamond McCarthy LLP
Attn: Allan Diamond/ Christopher Johnson
909 Fannin, Suite 3700
Houston, TX 77010

Diamond McCarthy LLP
Attn: Damion D. Robinson
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071

Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies

Duane Morris LLP
Attn: Jeff D. Kahane/Russell W. Roten/Andrew Mina/Nathan Reinhardt/Betty Luu
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450

Embolden Law PC
Attn: Douglas B. Provencher
823 Sonoma Avenue
Santa Rosa, CA 95404-4714

Employment Development Department
P.O. Box 989061
West Sacramento, CA 95798

| | |
|---|---|
| 1 | Estey & Bomberger, LLP |
| | Attn: Stephen Estey |
| 2 | 2869 India Street |
| 3 | San Diego, CA 92103 |
| 4 | Fiore Achermann |
| | Attn: Sophia Achermann |
| 5 | 605 Market Street, Suite 1103 |
| | San Francisco, CA 94105 |
| 6 | |
| 7 | Florida Department of Revenue |
| | 5050 W. Tennessee Street |
| 8 | Tallahassee, FL 32399 |
| 9 | GDR Group, Inc. |
| | Attn: Robert R. Redwitz |
| 10 | 3 Park Plaza, Suite 1700 |
| 11 | Irvine, CA 92614 |
| 12 | Georgia Department of Revenue Processing Center |
| | P.O. Box 740397 |
| 13 | Atlanta, GA 30374 |
| 14 | Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company |
| 15 | Attn: George Calhoun |
| 16 | Ifrah PLLC |
| | 1717 Pennsylvania Avenue NW, Ste 650 |
| 17 | Washington DC 20006 |
| 18 | Internal Revenue Service |
| | Attn: Centralized Insolvency Operation |
| 19 | P.O. Box 7346 |
| 20 | Philadelphia, PA 19101-7346 |
| 21 | Kern County Treasurer and Tax Collector Office |
| | Attn: Bankruptcy Division |
| 22 | P.O. Box 579 |
| 23 | Bakersfield, CA 93302-0579 |
| 24 | Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation |
| 25 | Lewis Roca Rothgerber Christie LLP |
| 26 | One S. Church Avenue, Suite 2000 |
| | Tucson, AZ 85701-1666 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Counsel for Daughters of Charity Foundation |
| | Locke Lord LLP |
| 2 | Attn: David S. Kupetz |
| 3 | 300 S. Grand Avenue, Suite 2600 |
| | Los Angeles, CA 90071 |
| 4 | |
| | Counsel for The Roman Catholic Bishop of Fresno |
| 5 | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |
| | Attn: Hagop T. Bedoyan |
| 6 | 7647 N. Fresno Street |
| 7 | Fresno, CA 93720 |
| 8 | New Mexico Taxation and Revenue Department |
| | P.O. Box 25127 |
| 9 | Santa Fe, NM 87504 |
| 10 | Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company |
| 11 | Nicolaides Fink Thorpe Michaelides Sullivan LLP |
| | Attn: Matthew C. Lovell |
| 12 | 101 Montgomery Street, Suite 2300 |
| | San Francisco, CA 94104 |
| 13 | |
| | Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, |
| 14 | Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company |
| | Parker, Hudson, Rainer & Dobbs LLP |
| 15 | Attn: Todd C. Jacobs/John E. Bucheit |
| 16 | 2 N. Riverside Plaza, Suite 1850 |
| | Chicago, IL 60606 |
| 17 | |
| | Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, |
| 18 | Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company; Appalachian |
| 19 | Insurance Company |
| | Parker, Hudson, Rainer & Dobbs LLP |
| 20 | Attn: Harris B. Winsberg/Matthew M. Weiss/R. David Gallo/Matthew G. Roberts |
| | 303 Peachtree Street NE, Suite 3600 |
| 21 | Atlanta, Georgia 30308 |
| 22 | |
| | Counsel for Appalachian Insurance Company |
| 23 | Robins Kaplan LLP |
| | Attn: Christina M. Lincoln |
| 24 | 2121 Avenue of the Stars, Suite 2800 |
| | Los Angeles, CA 90067 |
| 25 | |
| 26 | Rosalie Marcic |
| | Attn: Jeannette A. Vaccaro, Esq. |
| 27 | 315 Street, 10th Floor |
| | San Francisco, CA 94104 |
| 28 | |

Counsel for Appalachian Insurance Company
Robins Kaplan LLP
Attn: Melissa M. D'Alelio/Taylore E. Karpa Schollard/Michele N. Detherage
800 Boylston Street, Suite 2500
Boston, MA 02199

Counsel for Interested Party First State Insurance Company
Ruggeri Parks Weinberg LLP
Attn: Annette P Rolain/Joshua Weinberg
1875 K Street NW, Suite 600
Washington, DC 20006-1251

San Francisco County Clerk
1 Dr Carlton B Goollett Pl
City Hall, Room 168
San Francisco, CA 94102

San Francisco Tax Collector
c/o Secured Property Tax
P.O. Box 7426
San Francisco, CA 94120

San Mateo County Tax Collector
555 County Center, 1st Floor
Redwood City, CA 94063

Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company
Simpson Thacher & Bartlett LLP
Attn: Andrew T. Frankel/Michael H. Torkin
425 Lexington Avenue
New York, NY 10017

Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company
Simpson Thacher & Bartlett LLP
Attn: David Elbaum
425 Lexington Avenue
New York, NY 10017

Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation
Sinnott, Puebla, Campagne & Curet, APLC
Attn: Blaise S. Curet
2000 Powell Street, Suite 830
Emeryville, CA 94608

| | |
|---|---|
| 1 | Counsel for Interested Party First State Insurance Company |
| | Smith Ellison |
| 2 | Attn: Michael W. Ellison |
| 3 | 2151 Michelson Dr, Suite 185 |
| | Irvine, CA 92612 |
| 4 | |
| 5 | State of California Franchise Tax Board |
| | P.O. Box 942867 |
| 6 | Sacramento, CA 94267 |
| 7 | Virginia Department of Taxation |
| | P.O. Box 1115 |
| 8 | Richmond, VA 23218 |
| 9 | Virginia Employment Commission |
| | P.O. Box 26441 |
| 10 | Richmond, VA 23261 |