JENNIFER WITHERELL CRASTZ (SBN 185487)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jcrastz@hrhlaw.com
File No. 3789-20240063

Attorneys for Movant,
CITY NATIONAL BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor.<br>_____<br>CITY NATIONAL BANK,<br><br>Movant.<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Respondent. | CASE NO.: 23-30564<br><br>CHAPTER 11<br><br><br><br><br>RS No.: JWC-1<br><br>**NOTICE OF HEARING RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY [PERSONAL PROPERTY**<br><br>DATE: March 7, 2024<br>TIME: 1:30 p.m.<br>CTRM: 17 (16th Floor)<br>JUDGE: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**TO THE HONORABLE DENNIS MONTALI, THE DEBTOR, THE DEBTOR'S COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS' COMMITTEE, AND ALL OTHER PARTIES IN INTEREST:**

    **NOTICE IS HEREBY GIVEN THAT** creditor CITY NATIONAL BANK ("Movant") hereby moves the Court for Relief from the Automatic Stay. Said Motion will be heard on March 7,

2024, at 1:30 p.m. before the Honorable Dennis Montali, Courtroom 17 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, CA 94102.

Said Motion will be made upon the grounds that cause exists for the Relief from Stay in that THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO (hereinafter, "Debtor") has not repaid Movant for the draw on the stand-by letter of credit and there is no equity in the property, a certificate of deposit.

Movant will request that the Relief from Automatic Stay consist of allowing Movant to proceed with its remedies under state law.

Said Motion will be based upon this Notice, the accompanying Declaration of Brian McDonald, and Memorandum of Points and Authorities, upon all papers, records and documents, on file herein and upon evidence, oral and documentary, that may be presented at the hearing of the Motion.

**The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

Opposition to Motion. No party in interest shall be required to file written opposition to this motion. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

DATED: February 12, 2024                    HEMAR, ROUSSO & HEALD, LLP

                                            /s/ *Jennifer Witherell Crastz*
                                        BY: _____
                                            JENNIFER WITHERELL CRASTZ
                                            Attorneys for Movant,
                                            CITY NATIONAL BANK