Berkeley Research Group, LLC
Paul N. Shields
D. Ray Strong
Matthew K. Babcock
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email:  pshields@thinkbrg.com
              rstrong@thinkbrg.com
              mbabcock@thinkbrg.com

Financial Advisor to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>Debtor and Debtor In Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF INCREASE IN HOURLY RATES FOR BERKELEY RESEARCH GROUP, LLC, EFFECTIVE AS OF JANUARY 1, 2024** |

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On November 7, 2023, this Court entered an order authorizing the Official Committee of Unsecured Creditors to retain BRG as its financial advisor in this bankruptcy case, effective as of October 9, 2023 [Docket No. 288] (the "Retention Order").

2. This Notice is provided pursuant to the terms set forth in the Retention Order, that Berkeley Research Group, LLC ("BRG") "shall provide reasonable notice to the Debtor and the U.S. Trustee of any increase of [BRG's] hourly rates."

3. As stated in BRG's retention application [Docket No. 236], "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience and increases in the cost of doing business." Effective January 1, 2024, BRG's standard hourly rates increased.

4. To provide notice of BRG's new standard hourly rates, set forth below are BRG's standard hourly rates for personnel that may work on this engagement (before the 10% rate concession) effective January 1, 2024.[1]

| Position | 2024 Hourly Rate |
|---|---|
| Managing Director | $755.00 - $1,150.00 |
| Director & Associate Director | $480.00 - $755.00 |
| Professional Staff | $225.00 - $480.00 |
| Support Staff | $160.00 - $375.00 |

5. I certify that the Official Committee of Unsecured Creditors has consented to these rate increases.

Dated: February 13, 2024

Respectfully submitted,

By /s/ Matthew K Babcock
   Matthew K. Babcock
   Berkeley Research Group, LLC
   201 South Main Street, Suite 450
   Salt Lake City, Utah 84111
   Telephone: (801) 364-6233
   Email: mbabcock@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

---

[1] The below ranges are for BRG professionals in the Corporate Finance practice group who may practice in bankruptcy and non-bankruptcy related matters. They exclude BRG professionals in other industry practice groups who may also provide specialized services in these Chapter 11 Cases. To the extent such other professionals provide services, they will charge their standard hourly rates as they would in non-bankruptcy matters.