1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD WILLOUGHBY
3    PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, California 95814
   Telephone:  (916) 329-7400
5  Facsimile:  (916) 329-7435
   Email:      ppascuzzi@ffwplaw.com
6              jrios@ffwplaw.com
               tphinney@ffwplaw.com
7

8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
     A Limited Liability Partnership
10    Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francsico, California 94111-4109
   Telephone:  (415) 434-9100
12 Facsimile:  (415) 434-3947
   Email:      okatz@sheppartmullin.com
13             amartin@sheppardmullin.com

14 Attorneys for The Roman Catholic Archbishop of
   San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF FIFTH MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**<br><br>[No Hearing Required] |

-1-

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2024 through January 31, 2024 |
| Amount of Compensation Requested: | $26,529.50 |
| Net of 20% Holdback: | $21,223.60 |
| Amount of Expenses Requested: | N/A |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $21,223.60 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from January 1, 2024 through January 31 2024 (the "Fee Period"). By this fifth statement, B. Riley seeks payment in the amount of $21,223.60, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

during the Fee Period.

Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the period January 1, 2024 through January 31, 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses, or objections to this Fee Statement, if any, must be filed and served on the 14th day (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: February 20, 2024

        FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
    PAUL J. PASCUZZI
    JASON E. RIOS
    THOMAS R. PHINNEY

    Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: February 20, 2024

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
    ORI KATZ
    ALAN H. MARTIN

    Attorneys for The Roman Catholic Archbishop of San Francisco

# Exhibit 1

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from January 1, 2024 through January 31, 2024**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $675.00 | 13.4 | $9,045.00 |
| David Greenblatt | Director | $525.00 | 8.8 | 4,620.00 |
| Coral Hansen | Managing Director | $495.00 | 16.2 | 8,019.00 |
| Tanya Anderson | Associate Director | $395.00 | 7.9 | 3,120.50 |
| Marilee Greene | Project Assistant | $250.00 | 6.9 | 1,725.00 |
| **TOTAL** | | | **53.2** | **$26,529.50** |

**Exhibit 2**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from January 1, 2024 through January 31, 2024**

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 24.6 | $14,130.50 |
| Asset Analysis | 9.2 | 4,770.00 |
| Case Administration | 0.3 | 202.50 |
| Employment/Fee Applications | 7.2 | 1,947.00 |
| Litigation | 2.5 | 1,345.50 |
| Monthly Operating Reports | 9.4 | 4,134.00 |
| **TOTAL** | **53.2** | **$26,529.50** |

**Exhibit 3**

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---:|
| N/A | N/A |
| **TOTAL** | |

**Exhibit 4**

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

February 14, 2024                                                    Invoice # :   64057

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  January 1, 2024      through      January 31, 2024

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Wayne P. Weitz | 13.40 | 675.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 16.20 | 495.00 |
| David Greenblatt, CPA, CIRA | 8.80 | 525.00 |
| Tanya Anderson, CPA | 7.90 | 395.00 |
| Marilee Greene | 6.90 | 250.00 |

| | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 53.20 | $26,529.50 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.    Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*

3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

      Hours

Asset Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 1/10/2024 | C. Hansen | Review files received by client and gather D&L Statements; prepare summary of balances available | 3.20 |
| | C. Hansen | Continue to review files received by client and gather D&L Statements; prepare summary of balances available | 0.70 |
| 1/11/2024 | C. Hansen | Research lease agreements and save to directory | 2.60 |
| 1/16/2024 | C. Hansen | Finalize search and summary of leases and D&L statements | 1.50 |
| 1/30/2024 | W. Weitz | Lease research for Counsel; email correspondence re: same | 1.20 |

SUBTOTAL: [ 9.20 4770.00]

Business Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 1/2/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.50 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.50 |
| | W. Weitz | Review cash management stip; comments to Counsel | 0.40 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.50 |
| | W. Weitz | Calls, emails with Counsel and client re: Balanced Pool | 1.50 |
| 1/3/2024 | M. Greene | BRAS team call re: case deadlines and direction | 0.30 |
| | T. Anderson | BRAS team call re: case deadlines and direction | 0.80 |
| | C. Hansen | BRAS team call re: case deadlines and direction | 0.60 |
| | D. Greenblatt | BRAS team call re: case deadlines and direction | 0.60 |
| | W. Weitz | BRAS team call re: case deadlines and direction | 0.50 |
| 1/4/2024 | C. Hansen | Review stipulation documents | 0.10 |
| | C. Hansen | Calls and correspondence with J. Kim re: investment accounts; review documents re: same | 0.40 |
| | C. Hansen | Multiple calls with W. Weitz and Counsel re: Balanced Pool stipulation | 0.70 |
| | D. Greenblatt | Prepare professional fee analysis update and send to Debtor for payment processing | 1.80 |
| | W. Weitz | Call with client and Counsel re: payroll issues | 0.30 |
| | W. Weitz | Multiple phone calls with C. Hansen and Counsel re: Balanced Pool stipulation | 0.70 |
| 1/5/2024 | C. Hansen | Review email re: Balanced Pool detail and cash flow chart | 0.30 |
| | C. Hansen | Calls with W. Weitz and C. Hansen re: Investment Pool Account and stipulation | 0.60 |
| | W. Weitz | Review professional fee payment grid analysis | 0.30 |
| | W. Weitz | Calls with W. Weitz and C. Hansen re: Investment Pool Account and stipulation | 0.60 |
| 1/8/2024 | W. Weitz | Calls, e-mails with B. Riley team and Counsel re: credit card program and monthly reporting | 1.40 |
| | T. Anderson | Review of draft Amended Schedules with W. Weitz | 0.50 |
| | W. Weitz | Review of draft Amended Schedules with T. Anderson | 0.50 |
| 1/9/2024 | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.50 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.50 |
| | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.50 |
| 1/10/2024 | W. Weitz | Research and correspondence with Counsel re: certain outstanding checks | 0.50 |
| 1/16/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.70 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.70 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.70 |
| 1/22/2024 | W. Weitz | Call and email correspondence with M. Fitzgerald re: PTO payouts | 0.30 |
| 1/23/2024 | D. Greenblatt | Prepare UST fee calculation per client request | 0.40 |
| 1/24/2024 | T. Anderson | Call with management T. Anderson, W. Weitz re: PTO and vacation payouts | 0.60 |
| | D. Greenblatt | Call with W. Weitz and Counsel re: update | 1.00 |
| | W. Weitz | Call with management T. Anderson, W. Weitz re: PTO and vacation payouts | 0.60 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: update | 1.00 |
| 1/30/2024 | W. Weitz | Call with client re: PTO payout calculations; review with D. Greenblatt to ensure proper reporting | 0.40 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 1/30/2024 | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.60 |  |
|  | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.60 |  |
|  | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: weekly update and coordination | 0.60 |  |
|  | SUBTOTAL: | [ | 24.60 | 14130.50] |

### Case Administration

|  |  |  | Hours |  |
|---|---|---|---|---|
| 1/9/2024 | W. Weitz | Update call with Counsel | 0.30 |  |
|  | SUBTOTAL: | [ | 0.30 | 202.50] |

### Employment/Fee Applications

|  |  |  | Hours |
|---|---|---|---|
| 1/3/2024 | M. Greene | Edit entries in Timeslips | 1.00 |
|  | M. Greene | Edit and revise data for the monthly fee statement | 0.80 |
| 1/8/2024 | M. Greene | Email to W. Weitz re: verifying specific entries; revisions in Timeslips and checking fee statement data for accuracy | 0.40 |
|  | C. Hansen | Review timeslips and make edits | 0.60 |
| 1/9/2024 | M. Greene | Finalize fee statement documents for the December Fee Statement | 0.70 |
| 1/18/2024 | M. Greene | Create files for first interim fee application | 0.30 |
|  | M. Greene | Prepare declaration and application for IFA with research from the court docket | 0.80 |
|  | M. Greene | Enter data for months September-December and and calculate costs with pivot tables for Interim Fee Application | 1.30 |
| 1/24/2024 | M. Greene | Continue entering data for months September-December and calculate costs with pivot tables for Interim Fee Application | 1.30 |
|  | SUBTOTAL: | [ 7.20 | 1947.00] |

### Litigation

| 1/5/2024 | C. Hansen | Review Debtor's Counsel draft response to Committee discovery letter and related exhibits | 0.40 |
|---|---|---|---|
| 1/9/2024 | C. Hansen | Meeting with litigators re: responses to Committee requests | 1.50 |
| 1/29/2024 | W. Weitz | Update call with A. Cottrell re: discovery requests | 0.60 |
|  | SUBTOTAL: | [ 2.50 | 1345.50] |

### Monthly Operating Reports

| 1/2/2024 | T. Anderson | Prepare client calendar for MOR; prepare December MOR schedules | 1.00 |
|---|---|---|---|
|  | C. Hansen | Review proposed MOR schedule and provide feedback | 0.30 |
| 1/3/2024 | T. Anderson | Update MOR with bank statements | 0.30 |
| 1/5/2024 | T. Anderson | Call with management re: MOR | 0.30 |
| 1/16/2024 | T. Anderson | Update MOR with additional bank statements; review comments and redact bank statements for MOR | 1.50 |
|  | D. Greenblatt | Review December 2023 MOR and prepare edits | 1.10 |
| 1/17/2024 | T. Anderson | Update MOR with additional bank statements and review comments | 1.40 |
|  | D. Greenblatt | Continue to review December 2023 MOR and update | 1.20 |
| 1/18/2024 | T. Anderson | Calls with D. Greenblatt, T. Anderson, C. Hansen and Client re: December 2023 MOR | 0.40 |
|  | T. Anderson | Updates to MOR from client review | 0.70 |
|  | C. Hansen | Call with D. Greenblatt, T. Anderson, C. Hansen and Client re: December 2023 MOR | 0.40 |
|  | D. Greenblatt | Call with D. Greenblatt, T. Anderson, C. Hansen and Client re: December 2023 MOR | 0.40 |
| 1/24/2024 | T. Anderson | Begin preparation of January MOR | 0.40 |
|  | SUBTOTAL: | [ 9.40 | 4134.00] |

GlassRatner Advisory & Capital Group LLC