PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:      (916) 329-7400
Facsimile:       (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:       (415) 434-3947
Email:            okatz@sheppardmullin.com
                      amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [JANUARY 2024]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, (hereinafter "FFWPR"), attorneys for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for January

2024. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of January 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2024 – January 31, 2024 | $42,263.50 | $541.41 | $42,804.91 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $33,810.80 | $541.41 | $34,352.21 |

The itemized billing statement for the fees and costs billed is attached hereto as **Exhibit A**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: February 20, 2024

                                            FELDERSTEIN FITZGERALD
                                            WILLOUGHBY PASCUZZI & RIOS LLP

                                        By:*/s/ Paul J. Pascuzzi*
                                            PAUL J. PASCUZZI

                                        Attorneys for Debtor and Debtor in Possession
                                        The Roman Catholic Archbishop of San Francisco

<u>Exhibit A</u>

January 2024 Invoice

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: carneyp@sfarch.org

# Invoice 13206

| | |
|---|---|
| Date | Feb 08, 2024 |
| Terms | |
| Service Thru | Jan 31, 2024 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/01/2024 | PJP | **B320 - Plan and Disclosure Statement:** Review case and chapter 11 plan status of other diocese chapter 11 cases (shared) (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/02/2024 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell, O. Katz re discovery from Committee (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/02/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly call with Committee Counsel (.3). Attend same (.7). | 1.00 | $ 525.00/hr | $ 525.00 |
| 01/02/2024 | PJP | **B230 - Financing/Cash Collections:** Call to J. Rios re Committee communication re debt card motion (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/02/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from and to A. Martin re notices of hourly rate increases, attention to filing and service (.2). Follow up on budgets for Weintraub, staffing plan (.1). Email from P. Gaspari, review revised staffing plan, notice of hourly rate increases (.3). Email to client re budgets and staffing plans (.2). | 0.80 | $ 525.00/hr | $ 420.00 |
| 01/02/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Carney re hearings on January 11 (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/02/2024 | JER | **B160 - Fee/Employment Applications:** Emails regarding follow up to Quarterly Ordinary Course Professionals Statement. | 0.20 | $ 450.00/hr | $ 90.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/2024 | JER | **B230 - Financing/Cash Collections:** Draft email to J. Stang re proposed US Bank program motion and request for Committee support for proposed modifications to Cash Management Order. (.7). Telephone call from A. Martin regarding proposed balanced fund modifications to Cash Management Order to coordinate. (.2). Emails with ADSF team. (.2). Review US Bank proposed agreement for Bank Card Program to address requested revisions. (.3). Emails with US Bank re documents for proposed US Bank program motion and proposed revisions. (.3). Telephone call with M. Flanagan regarding same. (.1). Emails with ADSF Team regarding same. (.2). | 2.00 | $ 450.00/hr | $ 900.00 |
| 01/02/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination and tasks call (.2). Attend same (.5). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/02/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to A. Frankel re relief from stay on coverage action (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/03/2024 | PJP | **B160 - Fee/Employment Applications:** Email to client team re no objections filed to November fee notices (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 01/03/2024 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re Travelers workers comp issues, consider strategy (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/03/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from A. Frankel re insurer coverage action relief from stay motion (.1). Review notice of continued hearing re same (.1). Email to B. Weinstein, P. Carney, P. Gaspari, Fr. Summerhays re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 01/03/2024 | JER | **B230 - Financing/Cash Collections:** Address US Trustee request for Bank Card Agreements and US Bank requests for confidentiality. (.1). Telephone calls from and to US Bank regarding same. (.2). Exchange emails with US Trustee regarding same. (.3). Emails with J. Stang regarding same. (.2) Multiple emails with M. Flanagan with multiple questions regarding same. (.7). Telephone call with UST regarding same. (.1) Further telephone calls with US Bank (.4), emails with US Bank (.3) and redactions to address UST request for Agreements and UST not agreeing to US Bank request for confidentiality. (.2) | 2.50 | $ 450.00/hr | $ 1,125.00 |
| 01/03/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from D. Rand re creditor inquiry (.1). Email to Fr. Summerhays, P. Carney re same (.1). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/03/2024 | PJP | **B310 - Claims Administration and Objections:** Emails re addresses for workers comp potential claimants, consider issues re service of notice of claims deadline (.2). | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/2024 | PJP | **L320 - Document Production:** Prepare for call with co-counsel A. Cottrell and O. Katz re Committee Rule 2004 app document production issues, status (.5). Attend same (.8). Call with client team re status of Committee document production issues (.7). | 2.00 | $ 525.00/hr | $ 1,050.00 |
| 01/04/2024 | JER | **B230 - Financing/Cash Collections:** Emails with UST and US Bank regarding UST request for Bank Card Agreement(s). (.2). Review US Trustee Objections to Motion re US Bank Cards. (.4). Emails with US Bank regarding FDIC insurance issue. (.2). Telephone call with PJP regarding objections. (.2). Email with Client Team regarding same. (.2). Telephone call with M. Flanagan regarding same. (.4) | 1.60 | $ 450.00/hr | $ 720.00 |
| 01/04/2024 | PJP | **B230 - Financing/Cash Collections:** Brief review of UST objection to motion to modify cash management order re card program (.2). Call with J. Rios re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 01/04/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with R. Charles re case issues re parishes and Real Property Support Corp. (.2). Email to R. Charles re Committee document requests (.2). Call with P. Califano re case issues re St. Patrick's (.2). Email to P. Califano re Committee document requests (.1). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/05/2024 | ASK | **B160 - Fee/Employment Applications:** Draft FFWPR 1st Interim Fee App. | 3.20 | $ 105.00/hr | $ 336.00 |
| 01/05/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with attorneys for Daughters of Charity (.1). Attend same, notes to file (.3). Email to client team re same (.1). Call from C. Louderback re creditor issues (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/05/2024 | PJP | **B230 - Financing/Cash Collections:** Consider issues with J. Rios re UST issues with card program motion, email from J. Blumberg re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/05/2024 | JER | **B230 - Financing/Cash Collections:** Address US Trustee email regarding Bank Card Motion and emails regarding same. (.6) Telephone call to US Trustee regarding same. (.1). Telephone call to M. Flanagan regarding same. (.2). Telephone call with PJP regarding same. (.2) | 1.10 | $ 450.00/hr | $ 495.00 |
| 01/05/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Call from P. Gaspari re mediator issues (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 01/06/2024 | PJP | **B320 - Plan and Disclosure Statement:** Review Rockville case insurer objections re insurance assignment concepts in chapter 11 plans (shared) (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/08/2024 | PJP | **L320 - Document Production:** Emails from and to M. Weiss and insurers re access to documents produced to Committee, consider issues re same (.3). Emails to and from client team re same (.2). Emails from and to A. Cottrell re Committee Rule 2004 app document production issues (.2). | 0.70 | $ 525.00/hr | $ 367.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/08/2024 | ASK | **B160 - Fee/Employment Applications:** Continue draft of first interim fee app. | 1.50 | $ 105.00/hr | $ 157.50 |
| 01/08/2024 | ASK | **B230 - Financing/Cash Collections:** Initial draft of status report re motion to modify cash management motion. | 0.30 | $ 105.00/hr | $ 31.50 |
| 01/08/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to related entity counsel re case issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/08/2024 | BJ | **B160 - Fee/Employment Applications:** Prepare the December Monthly Fee Statements for FFWPR and Weintraub Tobin. | 1.60 | $ 105.00/hr | $ 168.00 |
| 01/08/2024 | PJP | **B230 - Financing/Cash Collections:** Call from J. Rios re card program motion issues (.2). Call with M. Flanagan, J. Rios re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 01/08/2024 | JER | **B230 - Financing/Cash Collections:** Telephone call with M. Flenagan regarding US Bank card motion and UST request for account statements. (.2). Follow up with PJP regarding same. (.2). Follow up with W. Weitz regarding same. (.2). Telephone call with J. Blumberg regarding same, (.1). Further telephone calls with M. Flanagan and PJP regarding same. (.2). Analysis regarding same. (.3) | 1.20 | $ 450.00/hr | $ 540.00 |
| 01/09/2024 | PJP | **L320 - Document Production:** Call with A. Cottrell, W. Weitz, others re Committee rule 2004 document production issues (.5). Email from B. Weinstein re insurer request for documents, consider issues re same (.2). Email to M. Weiss and numerous other insurers re protective order, access to documents produced to Committee (.3). Email to client team re same, A. Cottrell, S. Gersten re insurer access issues (.3). | 1.30 | $ 525.00/hr | $ 682.50 |
| 01/09/2024 | PJP | **B310 - Claims Administration and Objections:** Review website and call with P. Marlow re claims information on website (.2). Emails from and to P. Marlow re same, review website (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 01/09/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly call with Committee counsel (.2). Attend same (.4). Follow up call with O. Katz re same (.1). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/09/2024 | ASK | **B160 - Fee/Employment Applications:** Finish draft FFWPR first interim fee app, revised to include December. | 2.50 | $ 105.00/hr | $ 262.50 |
| 01/09/2024 | PJP | **B230 - Financing/Cash Collections:** Email to J. Rios re filing on card program motion resolution (.2). Review status report and revised order on same (.2). Call with J. Rios re same (.1). Review docket text order, emails to and from client team re card program motion (.2). | 0.70 | $ 525.00/hr | $ 367.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/2024 | JER | **B230 - Financing/Cash Collections:** Review and revise Status Report re Motion to Modify Cash Management Motion. (.5). Revise proposed Order and redline for court. (.3). Emails with SMRH and PJP regarding same. (.2). Telephone call from PJP and email to UST and Committee regarding same. (.2). Revise Status Report and direct finalizing for filing and service. (.3). Emails with M. Flanagan regarding same. (.1). Review Court's docket ruling regarding the Motion and follow up with Client regarding same. (.2) | 1.80 | $ 450.00/hr | $ 810.00 |
| 01/09/2024 | JER | **B210 - Business Operations:** Emails with Client Team regarding FedEx suspension and claim. | 0.20 | $ 450.00/hr | $ 90.00 |
| 01/09/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination tasks call (.2). Attend same (.5). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/09/2024 | ASK | **B160 - Fee/Employment Applications:** Begin calculations for Weintraub 1st Interim fee app. | 1.70 | $ 105.00/hr | $ 178.50 |
| 01/09/2024 | BJ | **B160 - Fee/Employment Applications:** Begin preparing Weinstein & Numbers December Monthly Fee Statement. | 0.30 | $ 105.00/hr | $ 31.50 |
| 01/10/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from D. Greenblatt and to B. Michaels, J. Bair re Committee professionals w-9s for payment (.1). Emails from and to B. Weinstein re hourly rate increase, attention to notice of same (.2). | 0.30 | $ 525.00/hr | $ 157.50 |
| 01/10/2024 | JER | **B230 - Financing/Cash Collections:** Emails with Client Team regarding court approval of Bank Card Motion. (.2). Finalize proposed Order granting motion and email to UST and Committee regarding same. (.3) | 0.50 | $ 450.00/hr | $ 225.00 |
| 01/10/2024 | PJP | **B210 - Business Operations:** Review draft stipulation re additional possible modification of cash management motion, emails from and to J. Kim re same (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 01/10/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to M. Flanagan re notice to claimants (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 01/10/2024 | PJP | **L320 - Document Production:** Emails from A. Caine re Committee subpoenas and document requests, from and to A. Cottrell, S. Gersten re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/10/2024 | ASK | **B160 - Fee/Employment Applications:** continue working on Weintraub fee app calculations | 2.20 | $ 105.00/hr | $ 231.00 |
| 01/10/2024 | PJP | **B210 - Business Operations:** Call with O. Katz re client operations questions, issues (.3). Review cash management motion and order re same (.6). | 0.90 | $ 525.00/hr | $ 472.50 |
| 01/10/2024 | JER | **B210 - Business Operations:** Review and analysis of Client inquiry regarding pre-petition checks and cash management order. (.2). Telephone call with W. Weitz regarding same. (.1). Telephone call with PJP regarding same. (.1). Email to Client Team regarding same. (.4) | 0.80 | $ 450.00/hr | $ 360.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/2024 | ASK | **B160 - Fee/Employment Applications:** continue working on Weintraub fee app calculations | 3.10 | $ 105.00/hr | $ 325.50 |
| 01/11/2024 | PJP | **B210 - Business Operations:** Call from M. Flanagan, J. Passarello re operations questions (.1). Prepare for call with M. Flanagan, O. Katz re operations issues (.2). Attend same (.5). | 0.80 | $ 525.00/hr | $ 420.00 |
| 01/11/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with counsel for related entities re case status (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 01/11/2024 | JER | **B160 - Fee/Employment Applications:** Analysis and email to address Client inquiry regarding Perr Knight fees and OCP cap. | 0.40 | $ 450.00/hr | $ 180.00 |
| 01/11/2024 | JER | **B230 - Financing/Cash Collections:** Follow up emails with Committee Counsel re approval of proposed Order re modification of cash management for Bank Cards. (.2). Direct finalizing proposed order. (.1) | 0.30 | $ 450.00/hr | $ 135.00 |
| 01/12/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to M. Flanagan re notice to additional claimants, attention to same and proof of service (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/12/2024 | ASK | **B230 - Financing/Cash Collections:** Finalize and file the revised final proposed order re cash management. | 0.40 | $ 0.00/hr | No Charge |
| 01/12/2024 | ASK | **B310 - Claims Administration and Objections:** Draft, finalize and file proof of service regarding additional general claims service. | 0.20 | $ 0.00/hr | No Charge |
| 01/12/2024 | JER | **B310 - Claims Administration and Objections:** Review and respond to inquiry from Catholic Immigration Network regarding claims bar date notice and proofs of claim. | 0.40 | $ 450.00/hr | $ 180.00 |
| 01/12/2024 | JER | **B230 - Financing/Cash Collections:** Finalize proposed order re Bank Card Motion and direct filing and service. | 0.20 | $ 450.00/hr | $ 90.00 |
| 01/16/2024 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell re Committee document production, weekly update calls with Committee (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/16/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and consider strategy on email from A. Frankel re Chubb coverage action relief from stay (.4). Emails to and from B. Weinstein re same (.2). Call with B. Weinstein, K. Cifarelli re strategy on same (.5). | 1.10 | $ 525.00/hr | $ 577.50 |
| 01/16/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly call with Committee counsel (.2). Attend same, notes to file (.3). | 0.50 | $ 525.00/hr | $ 262.50 |
| 01/16/2024 | JER | **B160 - Fee/Employment Applications:** Email from Ordinary Course Professional. | 0.10 | $ 450.00/hr | $ 45.00 |
| 01/16/2024 | BJ | **B160 - Fee/Employment Applications:** Prepare December Monthly Fee Statement for Weinstein & Numbers. | 1.00 | $ 105.00/hr | $ 105.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/16/2024 | PJP | **B210 - Business Operations:** Review email from J. Kim, O, Katz re operations questions, consider issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/16/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination call (.2). Attend same, notes to file (.8) | 1.00 | $ 525.00/hr | $ 525.00 |
| 01/16/2024 | ASK | **B160 - Fee/Employment Applications:** Run calculations for Weinstein interim fee app. | 2.00 | $ 105.00/hr | $ 210.00 |
| 01/16/2024 | JER | **B230 - Financing/Cash Collections:** Review order approving US Bank Card Motion. (.1). Email to Client team regarding entry of order and follow up regarding same. (.2). Email to B. Riley regarding same for MOR's. (.1) | 0.40 | $ 450.00/hr | $ 180.00 |
| 01/17/2024 | PJP | **B110 - Case Administration:** Review Rockville Centre disclosure statement hearing article, review Archdiocese of Baltimore order setting abuse claims deadlines and procedures (shared) (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/17/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call to A. Frankel re Chubb motion for relief from stay, notes to file re same (.3). Email to B. Weinstein and client team re same (.4). Emails from client team re same (.1). | 0.80 | $ 525.00/hr | $ 420.00 |
| 01/17/2024 | ASK | **B160 - Fee/Employment Applications:** Draft of Weinstein 1st Interim Fee App; draft declaration for P. Pascuzzi to FFWPR fee app. | 2.10 | $ 105.00/hr | $ 220.50 |
| 01/17/2024 | PJP | **B210 - Business Operations:** Emails from and to O. Katz re operations issues (.2). Review prior court authorizations re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 01/17/2024 | PJP | **B160 - Fee/Employment Applications:** Review docket text order re UST motion for fee examiner, email to client team re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/17/2024 | BJ | **B160 - Fee/Employment Applications:** Prepare December Monthly Fee Statement for Omni. | 0.50 | $ 105.00/hr | $ 52.50 |
| 01/18/2024 | PJP | **B160 - Fee/Employment Applications:** Review Omni December billings, email to client re same (.2). Email re filing and service of December professional fee statements, instructions re same (.2). Review draft application to employ Transperfect, emails from and to J, Kim re same (.3). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/18/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Consider issues on mediators selection, review other cases mediation status, email to client team re same (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 01/18/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to A. Frankel re court inquiry on motion for relief from stay re coverage action (.2). Emails from court and to client team re continued hearing (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 01/18/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to R. Rodriguez re survivor inquiries and attempts to reach Committee counsel, consider issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from Omni and to B. Jennings re access sharevault for confidential survivor claims reports and copies, access sharevault (.2). Email from J. Kim to B. Michael re Committee access to claims (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 01/19/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from R. Rodriguez re contact from survivor, email to B. Michael re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/19/2024 | ASK | **B110 - Case Administration:** File MOR for December 2023. | 0.10 | $ 0.00/hr | No Charge |
| 01/19/2024 | PJP | **L320 - Document Production:** Emails from and to client re document production issues, consider strategy re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/19/2024 | PJP | **B160 - Fee/Employment Applications:** Email to client team re committee monthly fee notices and other recent filings (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/19/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Carney, review documents, re real property question (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 01/19/2024 | PJP | **B110 - Case Administration:** Emails re December monthly operating report finalizing and filing (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/22/2024 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re employee issues (.2). Email from and to P. Carney re Diocese of San Jose issue (.1). Emails from and to P. Carney re operations questions (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 01/22/2024 | PJP | **B160 - Fee/Employment Applications:** Email to J. Kim re schedule for first interim fee apps for professionals (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 01/22/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with other diocesan counsel re case issues, status (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 01/23/2024 | ASK | **B160 - Fee/Employment Applications:** Add detail to categories in Weintraub fee app. | 1.00 | $ 105.00/hr | $ 105.00 |
| 01/23/2024 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re operations issues (.1). Emails from and to J. Passarello re questions (.1). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/23/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Review O. Katz email re Committee call issues, consider strategy (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/24/2024 | PJP | **L320 - Document Production:** Emails from and to and call to S. Gersten re Committee document production issues (.2). Email to R. Charles re coordination on same (.1). Call with J. Passarello re same (.3). Call with S. Gersten re document production response coordination (.1). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/24/2024 | ASK | **B160 - Fee/Employment Applications:** Revisions to detail of entries for Weinstein Fee App. | 1.20 | $ 105.00/hr | $ 126.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/2024 | PJP | **B210 - Business Operations:** Call from W. Weitz re client questions on employee issues (.2). Call from J. Kim re client call on employee issues, notes to file, review prior memo on same questions (.2). Prepare for call with P. Carney, M. Flanagan re operations issues (.2). Attend call re same (.4). | 1.00 | $ 525.00/hr | $ 525.00 |
| 01/24/2024 | PJP | **B190 - Other Contested Matters:** Review prior chart of tasks, prepare for professionals coordination call (.5). Attend same (1.0). | 1.50 | $ 525.00/hr | $ 787.50 |
| 01/24/2024 | PJP | **B160 - Fee/Employment Applications:** Email to staff re first interim fee application schedule (.1). Email to Debtor professionals re same (.2). Email to committee professionals re same (.1). | 0.40 | $ 525.00/hr | $ 210.00 |
| 01/24/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Telephone call from PJP re Motion to Extend Deadline re assumption of real property leases and follow up regarding same. | 0.20 | $ 450.00/hr | $ 90.00 |
| 01/24/2024 | JER | **B320 - Plan and Disclosure Statement:** Telephone call from PJP re Motion to Extend Plan Exclusivity Period and follow up regarding same. | 0.20 | $ 450.00/hr | $ 90.00 |
| 01/25/2024 | PJP | **L320 - Document Production:** Email from S. Gersten to B. Michaels re production of documents, Rule 2004 issues, consider strategy (.2). Emails from and to A. Cottrell re same and consider issues on her questions (.3). Call with A. Cottrell, O. Katz re document production issues (.5). Call to P. Gaspari re same (.1). Call with attorneys for CASC and RPSC re Committee document requests, coordination (1.1). Emails to attorneys for related entities re Committee document requests (.3). Prepare for call with P. Gaspari, A. Cottrell, S. Gersten, O.Katz re Committee document requests (.2). Attend same (.7). Call with P. Califano re document issues (.5). | 3.90 | $ 525.00/hr | $ 2,047.50 |
| 01/25/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft long email to client team re numerous case issues and strategy (1.2). Further email re same (.1). | 1.30 | $ 525.00/hr | $ 682.50 |
| 01/25/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review A. Frankel email and proposal on relief from stay motion, revise proposal and draft email to A. Frankel responding to same (.4). Emails from A. Frankel re same, consider issues on response (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 01/25/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Consider issues on Committee requests in weekly call, review pleadings in other cases re same (.9). | 0.90 | $ 525.00/hr | $ 472.50 |
| 01/26/2024 | PJP | **L320 - Document Production:** Emails from J. Kim to numerous related entity counsel re case issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/26/2024 | PJP | **B310 - Claims Administration and Objections:** Email to J. Kim re status of client team access to filed claims (.3). | 0.30 | $ 525.00/hr | $ 157.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/26/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from A. Frankel, consider issues, email to A. Frankel re motion for relief from stay on coverage action (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 01/26/2024 | PJP | **L320 - Document Production:** Emails from A. Cottrell re coordinating with related entity counsel (.2). Review draft response to Committee subpoena (.6). Review further drafts of response, revise same (.4). | 1.20 | $ 525.00/hr | $ 630.00 |
| 01/26/2024 | PJP | **B210 - Business Operations:** Emails from and to P. Carney, P. Gaspari re operations issues (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 01/27/2024 | PJP | **B110 - Case Administration:** Emails from B. Whittaker re updated limited service list, to staff to prepare for filing (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 01/29/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from J. Blumberg re Transperfect employment application, email to J. Kim, O. Katz re same (.1). Email from G. Brown re timing on first interim fee applications, email to O. Katz, J. Kim re same (.2). | 0.30 | $ 525.00/hr | $ 157.50 |
| 01/29/2024 | PJP | **B210 - Business Operations:** Consider issues on client business operations questions for call with P. Carney, M. Flanagan (.3). Attend same with P. Gaspari, P. Carney, M. Flanagan, Fr. Summerhays (.5). Review email from P. Gaspari re operations issue, consider issues, email to P. Gaspari and client team re same (.3). | 1.10 | $ 525.00/hr | $ 577.50 |
| 01/29/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review and revise motion to extend deadline for assumption of leases. | 0.60 | $ 450.00/hr | $ 270.00 |
| 01/29/2024 | JER | **B320 - Plan and Disclosure Statement:** Attention to drafting motion to extend plan exclusivity. | 0.30 | $ 450.00/hr | $ 135.00 |
| 01/29/2024 | PJP | **L320 - Document Production:** Call with R. Harris re high schools information requested by Committee in Rule 2004 app (.2). Email to R. Harris re same (.1). Email to D. Egan, S. Williamson Committee Rule 2004 app and related documents (.2). Prepare for call with related entity counsel (.2). Attend same with A. Cottrell, S. Gersten (.8). | 1.50 | $ 525.00/hr | $ 787.50 |
| 01/29/2024 | BJ | **B185 - Assumption/Rejection of Leases and Contracts:** Begin preparation of 2nd motion to extend time to assume or reject contracts (1). Continue preparation of 2nd motion to extend time to assume or reject contracts. Prepare 2 stipulations in support of motion to extend time to assume or reject and declaration of Jason E. Rios in support of same. (3.5). | 4.50 | $ 105.00/hr | $ 472.50 |
| 01/29/2024 | BJ | **B185 - Assumption/Rejection of Leases and Contracts:** Continue preparation of 2nd motion to extend time to assume or reject contracts. Prepare 2 stipulations in support of motion to extend time to assume or reject and declaration of Jason E. Rios in support of same. | 3.50 | $ 105.00/hr | $ 367.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to P. Carney re claims procedures order noticing requirements questions (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 01/29/2024 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Emails from and to J. Rios re extension motions on leases/exclusivity (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/30/2024 | TRP | **B310 - Claims Administration and Objections:** Review detailed draft Proofs of Service from Omni for Abuse Claims Bar Date and General Claims Bar Date (redacted and unredacted versions) (.7); consider issues re same with P. Pascuzzi (.3). | 1.00 | $ 425.00/hr | $ 425.00 |
| 01/30/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly Committee counsel call (.2). Attend same with O. Katz, B. Michaels, notes to file (.3). | 0.50 | $ 525.00/hr | $ 262.50 |
| 01/30/2024 | PJP | **B120 - Asset Analysis and Recovery:** Email to B. Weinstein re insurance issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/30/2024 | PJP | **B310 - Claims Administration and Objections:** Consider issues on proof of service of survivor claims notices per order (.3). Emails from and to Arizona taxing authority re estimate claim, email to M. Flanagan re same (.2). Emails re signatures on confidentiality agreement for Survivor claims access, sign same (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/30/2024 | PJP | **B190 - Other Contested Matters:** Review update chart of tasks to prepare for professionals coordination call (.3). Emails from and to A. Martin re same (.2). Attend coordination call (.7). | 1.20 | $ 525.00/hr | $ 630.00 |
| 01/30/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Email to W. Weitz re schedule of nonresidential real property leases for extension of deadline for assumption. (.3). Analysis regarding same. (.3). Emails with PJP regarding same. (.6) Analysis regarding requirements under Section 365 for second extension. (.4). Emails with Debtor team regarding schedule of leases. (.5). | 2.10 | $ 450.00/hr | $ 945.00 |
| 01/30/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review and revise Motion for second extension of assumption deadline and related pleadings (1.1). Draft proposed Order for Motion (.2). | 1.30 | $ 450.00/hr | $ 585.00 |
| 01/30/2024 | PJP | **B210 - Business Operations:** Emails re payments to employees leaving (.2). Email to and from B. Michael, J. Blumberg re same (.3). Email to K. Kelsey re approvals on employee payments (.1). Emails from and to P. Carney re superintendent issues, consider strategy (.3). | 0.90 | $ 525.00/hr | $ 472.50 |
| 01/30/2024 | PJP | **L320 - Document Production:** Call with R. Charles re RPSC and parishes Committee document production issues (.3). Email to A. Cottrell and S. Gersten re same (.2). Email to R. Charles re same (.2). | 0.70 | $ 525.00/hr | $ 367.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2024 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Call with J. Rios re lease extension motion issues, review emails with client re same (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 01/31/2024 | TRP | **B310 - Claims Administration and Objections:** Review detailed records regarding survivor contacts and service instructions (.8); draft notice and proposed revisions to four Proofs of Service (1.2). | 2.00 | $ 425.00/hr | $ 850.00 |
| 01/31/2024 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Call with J. Rios re lease assumption deadline extension (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 01/31/2024 | PJP | **L320 - Document Production:** Call with R. Harris re Committee document request issues (.2). Emails to and from A Cottrell, S. Gersten re protective order and insurer access to documents (.2). Emails re call with related entity on Committee document requests (.2). Call with A. Cottrell, S. Gersten and related entity counsel and Committee document requests (1.1). | 1.70 | $ 525.00/hr | $ 892.50 |
| 01/31/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to J. Kim re confidentiality agreements for survivor claims access (.2). Emails from and to M. Flanagan re question from creditor about claims (.2). Review claims register of filed claims by Omni, consider issues re additional data needed (.4). Emails to J. Kim, T. Phinney re same (.2). Further emails with J. Kim re claims report from Omni (.2). Emails from and to M. Schlosser re Arizona tax claim, email to client re same (.2). | 1.40 | $ 525.00/hr | $ 735.00 |
| 01/31/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails to and from A. Frankel re motion for relief from stay (.2). Further email from A. Frankel re relief from stay resolution, email to client team re same (.3). Email to Committee counsel re same (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 01/31/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Revise Motion to Extend Assumption Deadline. (.4). Draft Declaration in support of motion to extend lease assumption deadline. (.2). | 0.60 | $ 450.00/hr | $ 270.00 |
| 01/31/2024 | JER | **B320 - Plan and Disclosure Statement:** Drafting of Declaration in support of motion to extend plan exclusivity. | 0.20 | $ 450.00/hr | $ 90.00 |
| 01/31/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review and revise Stipulation with Landlord Seminary re assumption extension. | 1.00 | $ 450.00/hr | $ 450.00 |
| 01/31/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review and revise Stipulation with Landlord RPSC re assumption extension. | 0.40 | $ 450.00/hr | $ 180.00 |
| 01/31/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review lease agreements re Motion to Extend Assumption Deadline. (.3). Emails and telephone call with W. Weitz regarding same. (.4). Follow up with PJP regarding lease issues. (.3). Draft email to PJP regarding issues and follow up regarding same. (.3) | 1.30 | $ 450.00/hr | $ 585.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 01/31/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from B. Michaels re fee examiner proposal, consider issues (.2). Emails to and from O. Katz, email to client team re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 01/31/2024 | TRP | **B310 - Claims Administration and Objections:** Review and evaluate claims tracking chart and possible additional data fields to include (1.0); create chart of possible data fields to streamline later analysis of survivor Proofs of Claim (.8); draft email to B. Whitaker and J. Kim regarding same (.5). | 2.30 | $ 425.00/hr | $ 977.50 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 01/31/2024 | FA | Lexis Online Research - January 2024 | $ 507.11 |
| 01/31/2024 | FA | Pacer - 319 Pages and 1 Audio File | $ 34.30 |

| | |
|---|---|
| Total Hours | 111.10 hrs |
| Total Biller | $ 42,263.50 |
| Total Expenses | $ 541.41 |
| Total Invoice Amount | $ 42,804.91 |
| Previous Balance | $ 139,175.69 |
| 01/17/2024 Payment - Trust Account<br>A payment was transferred from the Trust Account | ($55,818.19) |
| **Balance (Amount Due)** | **$ 126,162.41** |

**Trust Account Summary**

**Billing Period: 01/01/2024 - 02/08/2024**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | |
|---|---|---|---|
| $55,818.19 | $55,818.19 | $0.00 | |
| **Date** | **Transaction** | **Deposit** | **Disbursement** | **Balance** |
| 01/12/2024 | Received From-Archdiocese of San Francisco | $55,818.19 | | $55,818.19 |
| 01/17/2024 | Applied to invoice #13126 | | $55,818.19 | $0.00 |

**User Hours Summary**

**Billing Period: 01/01/2024 - 01/31/2024**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 51.00 | $ 525.00 | $ 26,775.00 |
| Jake E Rios | 21.90 | $ 450.00 | $ 9,855.00 |
| Thomas R Phinney | 5.30 | $ 425.00 | $ 2,252.50 |
| Allison Kieser | 20.80 | $ 105.00 | $ 2,184.00 |
| Allison Kieser | 0.70 | $ 105.00 | $ 0.00 |
| Brenda Jennings | 11.40 | $ 105.00 | $ 1,197.00 |