PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINSTEIN & NUMBERS LLP [JANUARY 2024]**<br><br>[NO HEARING REQUIRED] |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Weinstein & Numbers LLP, (hereinafter "Weinstein"), insurance counsel for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the month of January 2024 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing

Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weinstein on account of the Debtor for the month of January 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2024 through January 31, 2024 | $20,665.50 | $0.00 | $20,665.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $16,532.40 | $0.00 | $16,532.40 |

Attached hereto as **Exhibit A** is a summary of Weinstein's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weinstein professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of Weinstein's fees incurred during the period of January 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weinstein

///

///

///

///

///

within 14 days from the date of service of this Statement.

Dated: February 20, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By: */s/ Paul J. Pascuzzi*
      PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: February 20, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
      ORI KATZ
      ALAN H. MARTIN

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

# Exhibit A

## Compensation by Professional Person for Hourly Services
## for the Fee Period of
## January 2024

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $425 | 5.50 | $2,337.50 |
| Adison Marshall | Associate | $350 | 4.30 | $1,505.00 |
| Barron L. Weinstein | Managing Partner | $625 | 3.80 | $2,375.00 |
| Brian Carolus | Legal Assistant/Paralegal | $210 | 34.40 | $7,224.00 |
| Bob Patterson | Legal Assistant/Paralegal | $315 | 22.00 | $6,930.00 |
| Chuck Yeo | Legal Assistant/Paralegal | $210 | 1.40 | $294.00 |
| **TOTAL** | | | **71.40** | **$20,665.50** |

# Exhibit B

## Summary of Compensation by Project Category
## Compensation by Project Category for Hourly Services
## for the Fee Period of January 2024

### Bankruptcy Categories

| Description | Hours | Amount |
|---|---:|---:|
| Asset Analysis and Recovery | 3.50 | $1,487.50 |
| Discovery | 0.80 | $500.00 |
| Motion Practice | 2.20 | $1,375.00 |
| Fee Application | 0.80 | $168.00 |
| **SUB-TOTAL** | **7.30** | **$3,530.50** |

### Litigation

| | Hours | Amount |
|---|---:|---:|
| **Litigation (Abuse Claims)** | **64.10** | **$17,135.00** |
| **TOTAL** | **71.40** | **$20,665.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| N/A | |
| **TOTAL** | **$0.00** |

# Exhibit D

# Weinstein Invoices

# Weinstein & Numbers, LLP
### Attorneys at Law

INVOICE # 33867
Date: 02/01/2024

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 01/02/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze pleadings and correspondence from bankruptcy counsel regarding motion for relief from stay and Debtor's agreement not to remove California Coverage action. | 0.60 | $255.00 |
| 01/02/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze reimbursements from Chubb to tenders and evaluate outstanding invoices and claims for payment by Chubb. | 0.60 | $255.00 |
| 01/04/2024 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review notice regarding continued hearing and update litigation calendar. | 0.30 | $63.00 |
| 01/05/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze email and letter from Chubb in response to tender. | 0.20 | $85.00 |
| 01/06/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with CY regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (.5). | 1.10 | $346.50 |
| 01/08/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix | 0.30 | $63.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | claimant entries. | | |
| 01/08/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Phone call with defense counsel billing coordinator Carillo regarding fees and reimbursement by carriers (.3) review of claims chart regarding accepted claims and payments (.3) analyze reservation of rights letter from carrier and update claims chart (.2) | 0.80 | $340.00 |
| 01/08/2024 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review pleadings in Rockville bankruptcy regarding insurers' objections to plan. | 0.80 | $500.00 |
| 01/09/2024 | BLW | Motion Practice: Review motion for relief from stay regarding state court coverage action (.4); telephone conference with counsel regarding same (.2); prepare correspondence regarding same (.2). | 0.80 | $500.00 |
| 01/09/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and respond to correspondence with bankruptcy counsel regarding coverage issues and strategize regarding Committee request for documents. | 0.30 | $127.50 |
| 01/09/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any missing pleadings in preparation for mediation (.5) | 0.50 | $175.00 |
| 01/09/2024 | CDY | Fee Application: Review file and prepare draft notice regarding hourly rates. | 0.80 | $168.00 |
| 01/09/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with CY regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (1.5). | 2.30 | $724.50 |
| 01/10/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence and claim number received (.1). Organize claimant folder (.1). | 0.20 | $42.00 |
| 01/10/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any missing pleadings in preparation for mediation (2.5). | 2.50 | $875.00 |
| 01/10/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.7); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (1.4). | 2.10 | $661.50 |
| 01/10/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from Chubb in response to tender of claim. | 0.20 | $85.00 |
| 01/11/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and file new correspondence and pleadings. | 0.10 | $21.00 |
| 01/12/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available | 0.20 | $42.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Insurance Coverage): Review and file new correspondence and pleading received (.1). Review and chart new correspondence (.1). | | |
| 01/12/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of email from Weintraub regarding Young claim; analyze adoption form from claimant Young and prepare correspondence to carriers with new pleading. | 0.30 | $127.50 |
| 01/16/2024 | BLW | Motion Practice: Review documents regarding motion for relief from stay (.9); attend conference with counsel to discuss same (.5). | 1.40 | $875.00 |
| 01/16/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Prepare for and participate in conference call with bankruptcy counsel Pascuzzi regarding bankruptcy and insurance issues. | 0.50 | $212.50 |
| 01/19/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List. | 3.60 | $756.00 |
| 01/19/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of correspondence from Chubbb regarding Sasseen claim. | 0.10 | $42.50 |
| 01/19/2024 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review notice regarding additional continuance of hearing and update litigation calendar. | 0.30 | $63.00 |
| 01/22/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List (4.3631). Update tender matrix carrier data (.1). Update tender matrix table of contents (.1). | 4.60 | $966.00 |
| 01/22/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional documents and checks from Travelers regarding payments related to current claims (1.6); update reimbursement spreadsheet in connection with additional payments from Travelers (1.6). | 3.20 | $1,008.00 |
| 01/22/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze coverage position letter from carrier and memorandum re policies in from 1963-1966. | 0.30 | $127.50 |
| 01/23/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List (6.6867). Update tender matrix carrier data (.1). | 6.80 | $1,428.00 |
| 01/23/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional documents and checks from Travelers regarding payments related to current claims (.9); update reimbursement spreadsheet in connection with additional payments from Travelers (.7). | 1.60 | $504.00 |
| 01/24/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List (6.2175). Update tender matrix carrier data (.1). Update tender matrix table of contents (.1). Review and file new correspondence received (.1). | 6.60 | $1,386.00 |
| 01/24/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of email from defense counsel and | 0.40 | $170.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | analyze new complaint and potential coverage; prepare email to defense counsel regarding potential coverage. | | |
| 01/25/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List (5.6050). Review and chart new carrier correspondence and claim number received (.2). Update tender matrix carrier data (.3). Update tender matrix table of contents (.2). | 6.40 | $1,344.00 |
| 01/26/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List ( ). Update tender matrix carrier data (.2). Update tender matrix table of contents (.1). Update claimant folder title (.1). Organize claimant folder (.1). | 4.30 | $903.00 |
| 01/26/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional documents and checks from Travelers regarding payments related to current claims (1.6); update reimbursement spreadsheet in connection with additional payments from Travelers (2.6). | 4.20 | $1,323.00 |
| 01/28/2024 | BLW | Discovery: Review and prepare correspondence with Creditors' coverage counsel regarding production of documents. | 0.80 | $500.00 |
| 01/29/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of correspondence from defense counsel; analyze new complaint and evaluate potential coverage. | 0.60 | $255.00 |
| 01/29/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, coverage chart, and carrier correspondence; draft, tender notice on new 2023 claim (0.3). | 0.30 | $105.00 |
| 01/30/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze correspondence from Chubb in response to notice of claim. | 0.30 | $127.50 |
| 01/30/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folder and tender matrix claimant entry and coverage chart entry (.1). Create new claimant folder (.1). Review and file new pleading to new claimant folder (.1). Create new tender matrix claimant entry (.1). Update tender matrix table of contents (.1). Create new coverage chart entry (.1). Review and chart new correspondence and claim number (.1147). | 0.80 | $168.00 |
| 01/30/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze correspondence regarding mediation and coverage with carriers' counsel. | 0.30 | $127.50 |
| 01/30/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with CY regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (3.2). | 3.80 | $1,197.00 |
| 01/31/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new tenders (.2). Review claimant folders and pleadings for new claimant data (.1075). | 0.50 | $105.00 |

| | | | | |
|---|---|---|---|---|
| | | Organize claimant folder (.1). | | |
| 01/31/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, coverage chart, and correspondence (.3); draft, revise, and send tender notices (.6); review and analyze tenders for claimant Burns (.1). | 1.00 | $350.00 |
| 01/31/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with CY regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (3.1). | 3.70 | $1,165.50 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 5.5 | $425.00 | $2,337.50 |
| Adison Marshall | 4.3 | $350.00 | $1,505.00 |
| Barry Weinstein | 3.8 | $625.00 | $2,375.00 |
| Brian Carolus | 34.4 | $210.00 | $7,224.00 |
| Bob Patterson | 22.0 | $315.00 | $6,930.00 |
| Chuck Yeo | 1.4 | $210.00 | $294.00 |
| | | **Subtotal** | **$20,665.50** |
| | | **Total This Invoice** | **$20,665.50** |