PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN [JANUARY 2024]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that Weintraub Tobin Chediak Coleman Grodin, Law

Corporation, (hereinafter "Weintraub"), special corporate and litigation attorneys for debtor and

debtor in possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly

Professional Fee Statements for the month of January 2024.  Pursuant to the Order Establishing

Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF

Case: 23-30564    Doc# 482    Filed: 02/20/24    Entered: 02/20/24 10:44:17    Page 1 of 21

No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of January 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2024 through January 31, 2024 | $6,574.50 | $56.50 | $6,631.00 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $5,259.60 | $56.50 | $5,316.10 |

Attached hereto as **Exhibit A** is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the period of January 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub within

///

///

///

///

///

Case: 23-30564    Doc# 482    Filed: 02/20/24    Entered: 02/20/24 10:44:17    Page 2 of 21

14 days from the date of service of this Statement.

Dated: February 20, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: February 20, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP

By:     /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of
San Francisco

Case: 23-30564     Doc# 482     Filed: 02/20/24     Entered: 02/20/24 10:44:17     Page 3 of 21

**Exhibit A**

**Compensation by Professional Person for Hourly Services**
**for the Period of January 2024**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $465 | 7.90 | $3,673.50 |
| Daniel C. Zamora | Shareholder | $450 | 1.90 | $855.00 |
| Gary D. Rothstein | Of Counsel | $450 | 0.70 | $315.00 |
| Benjamin J. Lewis | Associate | $415 | 1.90 | $788.50 |
| Alexa K. Horner | Associate | $325 | 2.90 | $942.50 |
| **TOTAL** | | | **15.30** | **$6,574.50** |

Case No. 23-30564

MONTHLY FEE STATEMENT
JANUARY 2024

Case: 23-30564    Doc# 482    Filed: 02/20/24    Entered: 02/20/24 10:44:17    Page 4 of 21

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of January 2024**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Case Administration | 3.90 | $1,813.50 |
| Claims Administration/Objections | 0.60 | $279.00 |
| Document Production | 1.60 | $720.00 |
| Other Contested Matters | 1.40 | $651.00 |
| **TOTAL** | **7.50** | **$3,463.50** |

**Litigation**

| Litigation | Hours | Amount |
|---|---|---|
| **TOTAL** | **7.80** | **$3,111.00** |
| **GRAND TOTAL** | **15.30** | **$6,574.50** |

Case No. 23-30564
MONTHLY FEE STATEMENT
JANUARY 2024

Case: 23-30564   Doc# 482   Filed: 02/20/24   Entered: 02/20/24 10:44:11   Page 5 of 21

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Filing Fees | $56.50 |
| **TOTAL** | **$56.50** |

Case: 23-30564    Doc# 482    Filed: 02/20/24    Entered: 02/20/24 10:44:11    Page 6 of 21

**Exhibit D**

**Weintraub Invoices**

Case: 23-30564    Doc# 482    Filed: 02/20/24    Entered: 02/20/24 10:44:13    Page 57 of 21



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:        150363

For Professional Services Rendered Through January 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98475104 | $3,463.50 | $0.00 | $3,463.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $26,102.47 |
| Current Charges | $3,463.50 |
| **Balance Due:** | **$29,565.97** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:          150363
Matter:          900036
Invoice #:    98475104

Page:                  1

RE:  Bankruptcy

For Professional Services Rendered Through January 31, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/2/2024 | PEG | Exchange with Paul Pascuzzi regarding staffing. [B100 - B110](0.20) | 0.20 | $93.00 |
| 1/2/2024 | PEG | Review of memorandum from Pascuzzi regarding budget and staffing plan. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/8/2024 | PEG | Review of memorandum from Pascuzzi regarding insurer request for Rule 2004 information; preparation of reply to all regarding same. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/9/2024 | PEG | Review of memoranda from and preparation of memoranda to Pascuzzi and Cottrell regarding insurer document requests. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/9/2024 | PEG | Call with Weinstein regarding communication with Chubb. [B100 - B190](0.30) | 0.30 | $139.50 |
| 1/11/2024 | PEG | Review of Committee Statement on fee examiner. Review of draft response. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/17/2024 | PEG | Exchange of memoranda with  Pascuzzi and Weinstein regarding carrier standstill. [B100 - B190](0.40) | 0.40 | $186.00 |
| 1/18/2024 | PEG | Review of memorandum from Pascuzzi regarding Oakland mediator disputes. [B100 - B110](0.20) | 0.20 | $93.00 |
| 1/18/2024 | PEG | Preparation of memorandum to Weinstein and Pascuzzi regarding carrier motion. [B100 - B190](0.20) | 0.20 | $93.00 |

The Archdiocese of San Francisco

RE:  Bankruptcy

February 02, 2024
Client:        150363
Matter:        900036
Invoice #:    98475104

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/18/2024 | PEG | Review of memorandum from Pascuzzi regarding cancellation of motion for relief by Chubb. [B100 - B190](0.20) | 0.20 | $93.00 |
| 1/25/2024 | DCZ | Phone call with bankruptcy counsel regarding Rule 2004 examination document requests. [L320 - A107](0.70) | 0.70 | $315.00 |
| 1/25/2024 | PEG | Call with Paul Pascuzzi regarding Rule 2004 production. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/25/2024 | PEG | Conference call with Shepard Mullin and Paul Pascuzzi regarding Rule 2004 production. [B100 - B110](0.60) | 0.60 | $279.00 |
| 1/26/2024 | DCZ | Drafting response and objections to Rule 2004 document requests. [L430 - A103](0.90) | 0.90 | $405.00 |
| 1/26/2024 | PEG | Review of memorandum from Pascuzzi regarding access to Proofs of Claim. [B300 - B310](0.30) | 0.30 | $139.50 |
| 1/26/2024 | PEG | Review and edit draft objections to Rule 2004 production. [B100 - B110](0.60) | 0.60 | $279.00 |
| 1/26/2024 | PEG | Further exchanges with Cottrel. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/30/2024 | PEG | Further exchange with Paula Carney and Paul Pascuzzi regarding audit response. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/30/2024 | PEG | Preparation of memorandum to Rick Smith regarding investigation report. [B100 - B110](0.20) | 0.20 | $93.00 |
| 1/30/2024 | PEG | Exchange with Shepard Mulllin regarding claims confidentiality agreement. [B300 - B310](0.30) | 0.30 | $139.50 |
| 1/31/2024 | PEG | Review of memoranda from Paul Pascuzzi regarding resolution of insurer motion for relief from stay. [B100 - B190](0.30) | 0.30 | $139.50 |
| | | Total Services | 7.50 | $3,463.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 5.90 | $465.00 | $2,743.50 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.60 | $450.00 | $720.00 |

| | |
|---|---|
| Total Fees to Date: | $45,869.00 |
| Total Disbursements to Date: | $1,839.87 |
| Total to Date: | $47,708.87 |

The Archdiocese of San Francisco

RE:  Bankruptcy

February 02, 2024
Client:        150363
Matter:        900036
Invoice #:    98475104

Page:              3

---

| | | |
|---|---|---:|
| Previous Balance | | $26,102.47 |
| Current Charges | | $3,463.50 |
| **Balance Due** | | **$29,565.97** |

| Task | Description | Hours | Amount |
|------|-------------|------:|-------:|
| B100 | Case Administration | 3.90 | $1,813.50 |
| B100 | Other Contested Matters (excluding assumption/re | 1.40 | $651.00 |
| B300 | Claims Administration and Objections | 0.60 | $279.00 |
| L320 | Document Production - Communicate/Other Couns | 0.70 | $315.00 |
| L430 | Written Motions/Submissions - Draft/Revise | 0.90 | $405.00 |
| | *Total Hours* | *7.50* | |
| | *Total Fees:* | | *$3,463.50* |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

February 05, 2024
Client:          150363

For Professional Services Rendered Through January 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000000 | General matters | 98475103 | $1,380.00 | $0.00 | $1,380.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $2,367.00 |
| Current Charges | $1,380.00 |
| **Balance Due:** | **$3,747.00** |

| | |
|---|---|
| **Retainer Balance** | **$146,880.81** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

February 05, 2024
Client: 150363
Matter: 000000
Invoice #: 98475103

Page: 1

RE: General matters

For Professional Services Rendered Through January 31, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/5/2023 | GDR | (Fr. John Ward Trust Matter) Review correspondence from lost funds recovery company regarding unclaimed property; research California State Controller's website regarding unclaimed property for Fr. John Ward; prepare email to Paula Carney regarding same. [B200 - B250](0.70) | 0.70 | $315.00 |
| 1/23/2024 | DCZ | Phone call with Paula Carney regarding audit response letter. [B100 - B110](0.30) | 0.30 | $135.00 |
| 1/24/2024 | PEG | Drafting of audit response letter. [B200 - B210](0.40) | 0.40 | $186.00 |
| 1/25/2024 | PEG | Finalize audit response letter. [B200 - B210](0.40) | 0.40 | $186.00 |
| 1/29/2024 | PEG | Review of memorandum from Amanda Cottrell regarding Rule 2004 production. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/29/2024 | PEG | Conference call with Michael Flanagan, Paula Carney, et al. regarding audit responses. [B100 - B110](0.60) | 0.60 | $279.00 |
| 1/29/2024 | PEG | Preparation of edits to audit response letter. [B100 - B110](0.30) | 0.30 | $139.50 |
| | | Total Services | 3.00 | $1,380.00 |

The Archdiocese of San Francisco

RE: General matters

February 05, 2024
Client:      150363
Matter:      000000
Invoice #:   98475103

Page:             2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 2.00 | $465.00 | $930.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.30 | $450.00 | $135.00 |
| GDR | Gary D. Rothstein | OF COUNSEL | 0.70 | $450.00 | $315.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $953,952.00 | Previous Balance | $2,367.00 |
| Total Disbursements to Date: | $31,931.80 | Current Charges | $1,380.00 |
| Total to Date: | $985,883.80 | **Balance Due** | **$3,747.00** |

| | |
|---|---|
| **Retainer Balance** | **$146,880.81** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 1.50 | $693.00 |
| B200 | Business Operations | 0.80 | $372.00 |
| B200 | Real Estate | 0.70 | $315.00 |
| | **Total Hours** | **3.00** | |
| | **Total Fees:** | | **$1,380.00** |



**weintraub | tobin**
weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:          150363

For Professional Services Rendered Through January 31, 2024

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | ████ V. ████ | 98475101 | $130.00 | $0.00 | $130.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $130.00 |
| **Balance Due:** | **$130.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:        150363
Matter:        000945
Invoice #:    98475101

Page:              1

RE: ██████████ V. ██████████

For Professional Services Rendered Through January 31, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 1/16/2024 | AKH | Drafted notice of stay of proceedings. [B100 - B110](0.40) | 0.40 | $130.00 |
| | | Total Services | 0.40 | $130.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| AKH | Alexa Horner | ASSOCIATE | 0.40 | $325.00 | $130.00 |

| Total Fees to Date: | $130.00 |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $130.00 |

| Current Charges | $130.00 |
|---|---|
| **Balance Due** | **$130.00** |

The Archdiocese of San Francisco

RE: ██████████ V. ██████████

February 02, 2024
Client:         150363
Matter:        000945
Invoice #:    98475101

Page:            2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 0.40 | $130.00 |
| L190 | Other - Communicate/Other Counsel | 0.40 | $0.00 |
| L210 | Pleadings - Draft/Revise | 0.50 | $0.00 |
| | **Total Hours** | *0.40* | |
| | **Total Fees:** | *$130.00* | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:          150363

For Professional Services Rendered Through January 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98475102 | $1,601.00 | $56.50 | $1,657.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $1,401.00 |
| Current Charges | $1,657.50 |
| **Balance Due:** | **$3,058.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:      150363
Matter:      000944
Invoice #:   98475102

Page:         1

RE: Victoria Castro

For Professional Services Rendered Through January 31, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/8/2024 | BJLE | Call with Plaintiff's counsel regarding case and next steps. [L120 - A101](0.50) | 0.50 | $207.50 |
| 1/19/2024 | BJLE | Exchange of emails with Paula Carney regarding Notice of Stay. [L190 - A106](0.20) | 0.20 | $83.00 |
| 1/23/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding claim and next steps. [L190 - A107](0.40) | 0.40 | $166.00 |
| 1/24/2024 | AKH | Meeting with Plaintiff's counsel regarding potential insurance resolution. [B100 - B110](0.30) | 0.30 | $97.50 |
| 1/24/2024 | AKH | Correspondence with insurance carrier regarding insurance coverage for resolution of the matter. [B100 - B110](0.60) | 0.60 | $195.00 |
| 1/24/2024 | BJLE | Exchange of emails with Doug Shaffer regarding claim. [L190 - A107](0.20) | 0.20 | $83.00 |
| 1/24/2024 | BJLE | Telephone call with Doug Shaffer regarding bankruptcy and insurance coverage. [L190 - A107](0.20) | 0.20 | $83.00 |
| 1/25/2024 | AKH | Drafted summary of case for audit response letter. [B100 - B110](0.40) | 0.40 | $130.00 |
| 1/30/2024 | AKH | Preparation and evaluation of litigation strategy for discussions with Plaintiff's counsel. [B100 - B110](1.20) | 1.20 | $390.00 |
| 1/30/2024 | BJLE | Review and analysis of discovery. [L310 - A104](0.40) | 0.40 | $166.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

February 02, 2024
Client: 150363
Matter: 000944
Invoice #: 98475102

Page: 2

---

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| | | Total Services | 4.10 | $1,601.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|-------------------|-----------|-------|---------|----------|
| AKH | Alexa Horner | ASSOCIATE | 2.50 | $325.00 | $812.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.90 | $415.00 | $788.50 |

## EXPENSES

| Date | Description of Expenses | Amount |
|----------|--------------------------|--------|
| 1/9/2024 | Ace Attorney Service, Inc.- Filing fee- Filing, Substitution of Attorney, San Mateo County Superior Court, 12/18/2023 [E100 - E112] | $56.50 |
| | Total Expenses | $56.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $3,002.00 | Previous Balance | $1,401.00 |
| Total Disbursements to Date: | $56.50 | Current Charges | $1,657.50 |
| Total to Date: | $3,058.50 | **Balance Due** | **$3,058.50** |

| Task | Description | Hours | Amount |
|------|--------------------|-------|---------|
| B100 | Case Administration | 2.50 | $812.50 |
| E100 | Court Fees | 0.00 | $56.50 |

The Archdiocese of San Francisco

RE:  Victoria Castro

February 02, 2024
Client:          150363
Matter:         000944
Invoice #:    98475102

Page:                        3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Plan & Prepare For | 0.50 | $207.50 |
| L190 | Other - Communicate w/Client | 0.20 | $83.00 |
| L190 | Other - Communicate/Other Counsel | 0.80 | $332.00 |
| L310 | Written Discovery - Review/Analyze | 0.40 | $166.00 |

**Total Hours** *4.40*

**Total Fees:** **$1,601.00**