James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
            dgrassgreen@pszjlaw.com
            gbrown@pszjlaw.com
            bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No.:  23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (JANUARY 2024)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period January 1, 2024 to January 31, 2024 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2024 – January 31, 2024 | $78,841.00[1] | $181.80 | $79,022.80 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $63,072.80 | $181.80 | $63,254.60 |

     Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   February 20, 2024          PACHULSKI STANG ZIEHL & JONES LLP

                        By: */s/ Gillian N. Brown*
                            Gillian N. Brown

                          Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $86,206.00 during the Fee Period but seeks compensation only for $78,841.00. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $86,206.00) and a blended hourly rate of $1,050 (here, $78,841.00). Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

Pachulski Stang Ziehl & Jones LLP
Attorneys at Law
San Francisco, California

## **EXHIBIT 1**

## ABBREVIATIONS KEY:

BB = Burns Bair LLP
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.

January 31, 2024
Invoice    136837
Client      05068.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2024

| | |
|---|---:|
| FEES | $86,206.00 |
| EXPENSES | $181.80 |
| COURTESY DISCOUNT | -$7,365.00 |
| **TOTAL CURRENT CHARGES** | **$79,022.80** |
| **BALANCE FORWARD** | **$480,143.95** |
| **LAST PAYMENT** | **-$193,075.10** |
| **TOTAL BALANCE DUE** | **$366,091.66** |

Doc# 483     Filed 02/20/24     Entered 02/20/24 10:14     Page 4 of 28

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     2

Invoice 136837

January 31, 2024

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,525.00 | 8.60 | $13,115.00 |
| JIS | Stang, James I. | Partner | 1,850.00 | 7.20 | $13,320.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 975.00 | 37.10 | $36,172.50 |
| GNB | Brown, Gillian N. | Counsel | 1,075.00 | 12.10 | $13,007.50 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 17.80 | $10,591.00 |
|  |  |  |  | 82.80 | $86,206.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    3

Invoice 136837

January 31, 2024

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 1.00 | $1,762.50 |
| BL | Bankruptcy Litigation | 40.20 | $43,022.00 |
| CA | Case Administration | 8.60 | $9,587.50 |
| CO | Claims Administration and Objections | 0.70 | $692.50 |
| CP | PSZJ Compensation | 16.50 | $12,201.50 |
| CPO | Other Professional Compensation | 0.90 | $679.50 |
| FD | First/Second Day Matters | 0.30 | $555.00 |
| GC | General Creditors' Committee | 12.80 | $14,750.50 |
| IC | Insurance Coverage | 0.80 | $1,480.00 |
| RFS | Relief from Stay | 0.60 | $1,045.00 |
| RPO | Other Professional Retention | 0.40 | $430.00 |
| | | 82.80 | $86,206.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    4
Invoice 136837
January 31, 2024

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $86.70 |
| Postage | $33.50 |
| Reproduction Expense | $61.60 |
| | $181.80 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     5
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 01/19/2024 | BMM | AA | Call with Citizens for Balanced Growth regarding property identified in pleading. | 0.10 | 975.00 | $97.50 |
| 01/24/2024 | JIS | AA | Call with BRG regarding update on real estate/financial analysis. | 0.90 | 1,850.00 | $1,665.00 |
| | | | | **1.00** | | **$1,762.50** |
| **Bankruptcy Litigation** | | | | | | |
| 01/02/2024 | AWC | BL | Emails with SMRH regarding discovery matters (.20); call and emails with BRG regarding discovery matters (.20); review subpoena exhibit and emails with team thereon (.30). | 0.70 | 1,525.00 | $1,067.50 |
| 01/03/2024 | AWC | BL | Read emails regarding status of insurance-related documents (.20); read DRVC templates regarding document search issues (.50); read memo regarding property holding issues (.70). | 1.40 | 1,525.00 | $2,135.00 |
| 01/04/2024 | AWC | BL | Emails with SMRH regarding additional produced documents(.1); skim documents (.6); and emails with BRG thereon (.1). | 0.80 | 1,525.00 | $1,220.00 |
| 01/04/2024 | GNB | BL | Email with Committee professionals regarding Debtor's document production set 4; email PSZJ team regarding issue with Debtor productions. | 0.10 | 1,075.00 | $107.50 |
| 01/04/2024 | GNB | BL | Read email from M. Babcock regarding financial documents from Debtor; read emails between A. Caine and S. Gersten regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/04/2024 | GNB | BL | Review protective order (.3); email BRG team regarding agreements to be bound to protective order (.1). | 0.40 | 1,075.00 | $430.00 |
| 01/04/2024 | GNB | BL | Email with T. Piserchio (Everlaw) regarding execution of agreement to be bound to protective order. | 0.10 | 1,075.00 | $107.50 |
| 01/05/2024 | AWC | BL | Emails and call with SMRH regarding documents, subpoena. | 0.30 | 1,525.00 | $457.50 |
| 01/05/2024 | GNB | BL | Notate Debtor document productions in Everlaw. | 0.20 | 1,075.00 | $215.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 6
Invoice 136837
January 31, 2024

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2024 | AWC | BL | Emails with team regarding subpoena, discovery issues. | 0.30 | 1,525.00 | $457.50 |
| 01/08/2024 | BMM | BL | Review emails from debtor and team regarding discovery. | 0.90 | 975.00 | $877.50 |
| 01/08/2024 | BMM | BL | Call with G. Brown regarding discovery issues. | 0.20 | 975.00 | $195.00 |
| 01/08/2024 | BMM | BL | Revise exhibit for 2004 subpoena. | 0.30 | 975.00 | $292.50 |
| 01/08/2024 | GNB | BL | Email with A. Caine regarding discovery status and issues to raise with Debtor's counsel. | 0.10 | 1,075.00 | $107.50 |
| 01/08/2024 | GNB | BL | Call with B. Michael regarding Debtor's document production. | 0.20 | 1,075.00 | $215.00 |
| 01/08/2024 | GNB | BL | Finalize Rule 2004 subpoena for service on Debtor's counsel. | 0.10 | 1,075.00 | $107.50 |
| 01/08/2024 | GNB | BL | Draft email for A. Caine to accompany service of Rule 2004 subpoena to Debtor's counsel. | 0.20 | 1,075.00 | $215.00 |
| 01/09/2024 | AWC | BL | Review subpoena (.1); and revise cover email (.4); and emails with team thereon (.2). | 0.70 | 1,525.00 | $1,067.50 |
| 01/09/2024 | BDD | BL | Email G. Brown re Rule 2004 Subpoena to Debtor. | 0.10 | 595.00 | $59.50 |
| 01/09/2024 | BMM | BL | Revise draft email to debtor regarding discovery. | 0.20 | 975.00 | $195.00 |
| 01/09/2024 | GNB | BL | Finalize Rule 2004 subpoena directed to Debtor (.2); revise cover email for same in consultation with PSZJ team (.3). | 0.50 | 1,075.00 | $537.50 |
| 01/10/2024 | GNB | BL | Email with Anderson & Associates re agreement to be bound to protective order; email B. Michael regarding related issues. | 0.10 | 1,075.00 | $107.50 |
| 01/11/2024 | BMM | BL | Prepare tracker for outstanding confidentiality agreement signatures. | 0.10 | 975.00 | $97.50 |
| 01/12/2024 | BDD | BL | Email G. Brown re Debtor's document productions. | 0.10 | 595.00 | $59.50 |
| 01/12/2024 | GNB | BL | Read A. Cottrell's email response to A. Caine email regarding discovery meetings and format of productions; email B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:  7
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2024 | GNB | BL | Call with B. Michael regarding A. Cottrell email today; email C. Mackle and B. Dassa regarding document production issues. | 0.10 | 1,075.00 | $107.50 |
| 01/12/2024 | GNB | BL | Call with BRG regarding agreement to be bound to protective order, financial data to be produced by Debtor, communications between financial advisors. | 0.30 | 1,075.00 | $322.50 |
| 01/16/2024 | BDD | BL | Review documents produced by Debtor to date. | 0.30 | 595.00 | $178.50 |
| 01/23/2024 | BMM | BL | Meeting with Debtor's counsel, BRG and G. Brown regarding discovery. | 0.80 | 975.00 | $780.00 |
| 01/23/2024 | BMM | BL | Meeting with BRG and G. Brown regarding discovery. | 0.60 | 975.00 | $585.00 |
| 01/23/2024 | GNB | BL | Call with B. Michael, BRG, and Debtor's counsel regarding Rule 2004 document request phase 1 deadline. | 0.80 | 1,075.00 | $860.00 |
| 01/23/2024 | GNB | BL | Follow up call with B. Michael and BRG following today's call with Debtor's counsel. | 0.60 | 1,075.00 | $645.00 |
| 01/23/2024 | GNB | BL | Email with C. Ter-Gevorkian regarding agreements to be bound to protective order; update Everlaw permissions. | 0.10 | 1,075.00 | $107.50 |
| 01/24/2024 | BMM | BL | Review production of parish financials and other financial documents. | 8.50 | 975.00 | $8,287.50 |
| 01/25/2024 | AWC | BL | Emails with SMRH and team regarding discovery, production issues, next steps (.40); emails with BRG regarding next steps for financial database information (.30). | 0.70 | 1,525.00 | $1,067.50 |
| 01/25/2024 | BMM | BL | Review production of parish financials and other financial documents. | 3.20 | 975.00 | $3,120.00 |
| 01/26/2024 | GNB | BL | Begin review of Debtor's responses and objections to phase 1 Rule 2004 discovery. | 0.10 | 1,075.00 | $107.50 |
| 01/26/2024 | GNB | BL | Review S. Gersten's email regarding document production this evening; email B. Michael regarding same; email paralegal team regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/28/2024 | BMM | BL | Upload documents from Debtor to Everlaw. | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     8
Invoice 136837
January 31, 2024

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 01/29/2024 | AWC | BL | Emails with SMRH regarding new production (.3); and emails with team regarding handling (.1). | 0.40 | 1,525.00 | $610.00 |
| 01/29/2024 | BDD | BL | Call with G. Brown re production log. | 0.20 | 595.00 | $119.00 |
| 01/29/2024 | BDD | BL | Additions/revisions to production log (docs produced by Debtor). | 0.40 | 595.00 | $238.00 |
| 01/29/2024 | BMM | BL | Review Debtor's document production. | 3.80 | 975.00 | $3,705.00 |
| 01/29/2024 | GNB | BL | Email and call with B. Dassa regarding document production this weekend. | 0.10 | 1,075.00 | $107.50 |
| 01/29/2024 | GNB | BL | Review correspondence from A. Cottrell regarding Sage financial system; review BRG emails regarding same; email with PSZJ team regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/30/2024 | AWC | BL | Read ASF objections to document requests (.80): emails with SMRH, BRG and team regarding Sage issues (.30); emails with team regarding document production issues (.30). | 1.40 | 1,525.00 | $2,135.00 |
| 01/30/2024 | BMM | BL | Review Debtor's document production. | 3.80 | 975.00 | $3,705.00 |
| 01/30/2024 | BMM | BL | Review Debtor's document production. | 0.70 | 975.00 | $682.50 |
| 01/30/2024 | GNB | BL | Email with B. Michael regarding defect in Debtor's production of JCCP documents; review A. Caine email to A. Cottrell regarding information needed from Sage. | 0.10 | 1,075.00 | $107.50 |
| 01/31/2024 | AWC | BL | Skim new production of documents from Debtor (.40); emails with team regarding discovery issues (.40);  call with SMRH regarding Sage issues (.20); emails with BRG regarding Sage issues (.20). | 1.20 | 1,525.00 | $1,830.00 |
| 01/31/2024 | BDD | BL | Review additional discovery provided by Debtor and revisions to production log re same (1.20); prepare draft production log pursuant to discovery propounded by Committee to Debtor (Stage One subpoena) (.30). | 1.50 | 595.00 | $892.50 |
| 01/31/2024 | BMM | BL | Analyze the Debtor's produced financial statements. | 1.60 | 975.00 | $1,560.00 |
| 01/31/2024 | GNB | BL | Email with PSZJ team regarding content of and issues with most recent document production from Debtor. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 9
Invoice 136837
January 31, 2024

|  |  |  |  |  | 40.20 |  | $43,022.00 |
|---|---|---|---|---|---|---|---|

**Case Administration**

| 01/03/2024 | JIS | CA | Case status call with Debtor's counsel. | 0.70 | 1,850.00 | $1,295.00 |
|---|---|---|---|---|---|---|
| 01/04/2024 | BDD | CA | Review docket re upcoming hearings (.10) and email M. Kulick re same (.10). | 0.20 | 595.00 | $119.00 |
| 01/04/2024 | BDD | CA | Email N. Brown re PSZJ Notice of Increase in Hourly Rates (.10); email Omni re service of same (.10); email G. Brown re same (.10). | 0.30 | 595.00 | $178.50 |
| 01/05/2024 | BDD | CA | Email G. Brown re critical dates. | 0.10 | 595.00 | $59.50 |
| 01/09/2024 | BDD | CA | Review docket and update critical dates memo re same (.40); email PSZJ team re same (.10). | 0.50 | 595.00 | $297.50 |
| 01/09/2024 | BMM | CA | Call with debtor's counsel regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 01/11/2024 | BDD | CA | Email G. Brown re PSZJ Notice of Increase of Hourly Rates (.10) and email Omni team re status of service of same (.10). | 0.20 | 595.00 | $119.00 |
| 01/16/2024 | BDD | CA | Review docket re updated critical dates (.10) and email PSZJ team re same (.10). | 0.20 | 595.00 | $119.00 |
| 01/16/2024 | BMM | CA | Call with debtor's counsel regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 01/19/2024 | BDD | CA | Email G. Brown re continuance of hearing on Insurers' Mtn for RFS to Permit CA Coverage Action to Continue. | 0.10 | 595.00 | $59.50 |
| 01/19/2024 | BMM | CA | Call with J. Stang regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 01/19/2024 | GNB | CA | Review status of issues in Diocese of Santa Rosa case per J. Montali's instruction at first-day hearing for diocesan bankruptcy cases to run similarly in Bankr. N.D. Cal. (0.5); and draft email summary to PSZJ team re same (.9). | 1.40 | 1,075.00 | $1,505.00 |
| 01/23/2024 | BDD | CA | Review docket and update critial dates memo re same (.60); emails G. Brown, B. Michael and B. Anavim re same (.10). | 0.70 | 595.00 | $416.50 |
| 01/23/2024 | BMM | CA | Meeting with Debtor's counsel regarding ongoing case issues. | 0.60 | 975.00 | $585.00 |
| 01/23/2024 | BMM | CA | Follow-up meeting with J. Stang regarding Debtor's counsel call. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    10
Invoice 136837
January 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/24/2024 | JIS | CA | Status call with Debtor's counsel. (partial). | 1.20 | 1,850.00 | $2,220.00 |
| 01/24/2024 | JIS | CA | Call with B. Michael as follow up to call with Debtor's counsel. | 0.20 | 1,850.00 | $370.00 |
| 01/30/2024 | BDD | CA | Review court docket re updated critical dates (.10) and email PSZJ team re same (.10). | 0.20 | 595.00 | $119.00 |
| 01/30/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 01/30/2024 | JIS | CA | Call B. Michael regarding discovery and case status. | 0.20 | 1,850.00 | $370.00 |
|  |  |  |  | 8.60 |  | $9,587.50 |

**Claims Administration and Objections**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2024 | GNB | CO | Review bar date order; email with B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/30/2024 | BMM | CO | Review request for employee priority treatment. | 0.20 | 975.00 | $195.00 |
| 01/30/2024 | BMM | CO | Respond to Debtor's request for employee priority treatment. | 0.20 | 975.00 | $195.00 |
| 01/30/2024 | BMM | CO | Call with J. Stang regarding request for employee priority treatment. | 0.20 | 975.00 | $195.00 |
|  |  |  |  | 0.70 |  | $692.50 |

**PSZJ Compensation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2024 | BDD | CP | Email G. Brown and B. Michael re Notice of Increase in Hourly Rates. | 0.10 | 595.00 | $59.50 |
| 01/03/2024 | BDD | CP | Prepare Notice of Increase in PSZJ hourly rates (.30) and email G. Brown re same (.10). | 0.40 | 595.00 | $238.00 |
| 01/08/2024 | BDD | CP | Email G. Brown re PSZJ 1st quarterly fee application. | 0.10 | 595.00 | $59.50 |
| 01/09/2024 | BDD | CP | Draft PSZJ 1st quarterly fee application (1.10) and emails G. Brown re same (.10). | 1.20 | 595.00 | $714.00 |
| 01/10/2024 | BDD | CP | Review subpoena re documents to be produced by Debtor (.10) and email N. Brown re same (.10). | 0.20 | 595.00 | $119.00 |
| 01/10/2024 | BDD | CP | Continue drafting PSZJ 1st interim fee application. | 0.30 | 595.00 | $178.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    11
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2024 | BDD | CP | Call with G. Brown re PSZJ November 2023 monthly fee statement. | 0.10 | 595.00 | $59.50 |
| 01/10/2024 | BMM | CP | Draft statement in support of fee examiner. | 1.20 | 975.00 | $1,170.00 |
| 01/10/2024 | GNB | CP | Email with PSZJ accounting department regarding PSZJ W-9 for Debtor; email BRG regarding W-9 for their future payments of fees and expenses. | 0.10 | 1,075.00 | $107.50 |
| 01/11/2024 | BDD | CP | Continue drafting PSZJ 1st interim fee application (2.70) and emails G. Brown and N. Brown re same (.20). | 2.90 | 595.00 | $1,725.50 |
| 01/11/2024 | BDD | CP | Continue drafting PSZJ 1st interim fee application (3.10) and emails accounting, G. Brown and N. Brown re same (.20). | 3.30 | 595.00 | $1,963.50 |
| 01/11/2024 | BMM | CP | Revise statement in support of fee examiner for filing. | 0.40 | 975.00 | $390.00 |
| 01/11/2024 | GNB | CP | Email with PSZJ team regarding filing and service of statement in support of fee examiner; email with J. Bair regarding fees to trust account. | 0.10 | 1,075.00 | $107.50 |
| 01/11/2024 | GNB | CP | Email with B. Dassa regarding template for interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 01/12/2024 | GNB | CP | Review edits to edit Nov. 2023 PSZJ bill (.2); edit Dec. 2023 PSZJ bill (1.0); review PSZJ retention application in connection with same (.1). | 1.30 | 1,075.00 | $1,397.50 |
| 01/12/2024 | GNB | CP | Begin edits to template for PSZJ's first interim fee application. | 0.30 | 1,075.00 | $322.50 |
| 01/16/2024 | BDD | CP | Review UST large case guidelines (.20) and email G. Brown re same (.10). | 0.30 | 595.00 | $178.50 |
| 01/16/2024 | BDD | CP | Prepare Declaration of J. Stang in support of PSZJ's 1st interim fee application (.60) and email G. Brown re same (.10). | 0.70 | 595.00 | $416.50 |
| 01/16/2024 | BDD | CP | Review Notice of Applicability of Large Case Guidelines and email G. Brown re same. | 0.10 | 595.00 | $59.50 |
| 01/16/2024 | GNB | CP | Call with B. Michael regarding first interim fee applications (.1); email with BRG and BB regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 01/16/2024 | GNB | CP | Revise PSZJ November 2023 bill. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:   12
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/16/2024 | GNB | CP | Revise PSZJ December 2023 bill. | 0.10 | 1,075.00 | $107.50 |
| 01/19/2024 | GNB | CP | Finalize PSZJ monthly fee statement for December 2023. | 0.20 | 1,075.00 | $215.00 |
| 01/19/2024 | GNB | CP | Finalize PSZJ monthly fee statement for November 2023. | 0.10 | 1,075.00 | $107.50 |
| 01/19/2024 | GNB | CP | Email P. Pascuzzi and O. Katz regarding PSZJ and BB monthly fee statements to be provided to Debtor and regarding first interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 01/24/2024 | GNB | CP | Review U.S. Trustee's response to docket text order on fee examiner motion; email PSZJ team regarding same (.1); review biographies of potential fee examiners in N.D. California and email PSZJ team regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 01/25/2024 | GNB | CP | Review J. Stang and B. Michael emails regarding potential fee examiners with experience in N.D. California (.1); email with PSZJ team regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 01/25/2024 | GNB | CP | Review fee examiner status in Dioceses of Santa Rosa and Oakland, and email PSZJ team regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/25/2024 | GNB | CP | Email with J. Lucas regarding potential fee examiners. | 0.10 | 1,075.00 | $107.50 |
| 01/25/2024 | GNB | CP | Call with B. Michael regarding timing of first interim fee applications and Committee ability to review drafts. | 0.10 | 1,075.00 | $107.50 |
| 01/26/2024 | GNB | CP | Email Committee professionals regarding suggested response to Debtor's counsel re interim fee application filing deadline. | 0.10 | 1,075.00 | $107.50 |
| 01/26/2024 | GNB | CP | Email P. Pascuzzi regarding timing for first interim fee applications; email Committee professionals regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/30/2024 | BDD | CP | Email G. Brown re PSZJ first quarterly fee application. | 0.10 | 595.00 | $59.50 |
| 01/31/2024 | BDD | CP | Email G. Brown re PSZJ first interim fee application. | 0.10 | 595.00 | $59.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     13
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2024 | BDD | CP | Begin reviewing Sept - Dec 2023 monthly fee statements/invoices (re work descriptions) in connection with preparation of PSZJ 1st interim fee application. | 1.30 | 595.00 | $773.50 |
| 01/31/2024 | GNB | CP | Email and call with B. Dassa regarding PSZJ first interim fee application; email with B. Michael, BRG, and BB regarding same. | 0.10 | 1,075.00 | $107.50 |
| | | | | **16.50** | | **$12,201.50** |

**Other Professional Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2024 | GNB | CPO | Review debtor's notice regarding payments to ordinary course professionals; email BRG and B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/11/2024 | BDD | CPO | Email G. Brown re Burns Bair first interim fee application. | 0.10 | 595.00 | $59.50 |
| 01/14/2024 | GNB | CPO | Email with J. Bair regarding first interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 01/19/2024 | GNB | CPO | Email with J. Bair regarding BB December monthly fee statement. | 0.10 | 1,075.00 | $107.50 |
| 01/22/2024 | BDD | CPO | Review December fee applications filed by Debtor's professionals (.20) and email Committee subcommittee re same (.10). | 0.30 | 595.00 | $178.50 |
| 01/25/2024 | BDD | CPO | Email G. Brown and B. Michael re professional fee spreadsheet. | 0.10 | 595.00 | $59.50 |
| 01/25/2024 | BDD | CPO | Email G. Brown re hearing on first interim fee applications. | 0.10 | 595.00 | $59.50 |
| | | | | **0.90** | | **$679.50** |

**First/Second Day Matters**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2024 | JIS | FD | Review amended cash management order regarding debit card program. | 0.30 | 1,850.00 | $555.00 |
| | | | | **0.30** | | **$555.00** |

**General Creditors' Committee**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2024 | AWC | GC | Read revised/final common interest agreement. | 0.20 | 1,525.00 | $305.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     14
Invoice 136837
January 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2024 | JIS | GC | Call with state court counsel regarding stay issues and mediation. | 1.00 | 1,850.00 | $1,850.00 |
| 01/04/2024 | GNB | GC | Draft email to Committee and SCC regarding notices of increase in hourly billing rates. | 0.20 | 1,075.00 | $215.00 |
| 01/04/2024 | JIS | GC | Call with co-chairs regarding case status. | 1.50 | 1,850.00 | $2,775.00 |
| 01/05/2024 | GNB | GC | Email with Committee regarding call on January 8; email J. Stang regarding agenda for same. | 0.10 | 1,075.00 | $107.50 |
| 01/06/2024 | GNB | GC | Email with Committee members regarding joinder to protective order. | 0.10 | 1,075.00 | $107.50 |
| 01/08/2024 | BMM | GC | Call with J. Stang regarding Committee meetings and other case issues. | 0.40 | 975.00 | $390.00 |
| 01/08/2024 | GNB | GC | Email Committee regarding confidentiality. | 0.30 | 1,075.00 | $322.50 |
| 01/08/2024 | GNB | GC | Call with Committee regarding status of case. | 0.60 | 1,075.00 | $645.00 |
| 01/10/2024 | BMM | GC | Communications with Committee member about ongoing case issues. | 0.70 | 975.00 | $682.50 |
| 01/10/2024 | BMM | GC | Communications with Committee and counsel regarding joinder to confidentiality agreement. | 0.30 | 975.00 | $292.50 |
| 01/11/2024 | BDD | GC | Attend weekly Committee meeting (.30) and email B. Michael re same (.10). | 0.40 | 595.00 | $238.00 |
| 01/11/2024 | BMM | GC | Participate in meeting with Committee regarding ongoing case issues. | 0.80 | 975.00 | $780.00 |
| 01/15/2024 | BMM | GC | Communications with SCC regarding upcoming meeting and confidentiality agreements. | 0.80 | 975.00 | $780.00 |
| 01/16/2024 | BDD | GC | Emails B. Michael re weekly Committee meetings. | 0.10 | 595.00 | $59.50 |
| 01/16/2024 | BDD | GC | Prepare minutes from 1/11/24 committee call (.30) and email B. Michael re same (.10). | 0.40 | 595.00 | $238.00 |
| 01/16/2024 | BMM | GC | Communications with G. Brown and Committee members regarding meetings. | 0.30 | 975.00 | $292.50 |
| 01/16/2024 | GNB | GC | Review emails from Committee member regarding meetings; email and call with B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/17/2024 | GNB | GC | Email with Committee subgroup regarding agenda item for next meeting. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    15
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/19/2024 | BMM | GC | Communication with pro se claimant. | 0.50 | 975.00 | $487.50 |
| 01/19/2024 | BMM | GC | Call with SCC regarding ongoing case issues. | 1.20 | 975.00 | $1,170.00 |
| 01/19/2024 | BMM | GC | Call with R. Simons regarding pre-bankruptcy state court litigation. | 0.60 | 975.00 | $585.00 |
| 01/25/2024 | BMM | GC | Communication to Committee with update on ongoing case issues. | 0.40 | 975.00 | $390.00 |
| 01/25/2024 | BMM | GC | Communications with SCC and Committee regarding review of documents produced by debtor. | 0.50 | 975.00 | $487.50 |
| 01/25/2024 | BMM | GC | Training on using Everlaw, e-discovery platform, for state court counsel. | 0.40 | 975.00 | $390.00 |
| 01/25/2024 | BMM | GC | Call with G. Brown regarding Committee communications. | 0.50 | 975.00 | $487.50 |
| 01/26/2024 | AWC | GC | Emails with team and client regarding meetings, planning, upcoming items. | 0.30 | 1,525.00 | $457.50 |
| | | | | **12.80** | | **$14,750.50** |

**Insurance Coverage**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2024 | JIS | IC | Call with special insurance counsel regarding insurance demands. | 0.30 | 1,850.00 | $555.00 |
| 01/04/2024 | JIS | IC | Call with T. Burns regarding stay relief for insurance strategy. | 0.50 | 1,850.00 | $925.00 |
| | | | | **0.80** | | **$1,480.00** |

**Relief from Stay**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2024 | AWC | RFS | Emails with J. Stang and client regarding stay relief issues. | 0.20 | 1,525.00 | $305.00 |
| 01/03/2024 | JIS | RFS | Draft email to state court counsel regarding stay relief issues related to insurance demands and bellwether cases. | 0.40 | 1,850.00 | $740.00 |
| | | | | **0.60** | | **$1,045.00** |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/19/2024 | GNB | RPO | Review Debtor's motion to employ TransPerfect (.3); draft email to PSZJ regarding analysis of same (.1). | 0.40 | 1,075.00 | $430.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    16
Invoice 136837
January 31, 2024

|                                         | 0.40 | $430.00 |

**TOTAL SERVICES FOR THIS MATTER:**                    **$86,206.00**

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 01/11/2024 | PO | Postage | 22.05 |
| 01/11/2024 | RE | ( 105 @0.20 PER PG) | 21.00 |
| 01/11/2024 | RE | ( 105 @0.20 PER PG) | 21.00 |
| 01/19/2024 | PO | Postage | 11.45 |
| 01/19/2024 | RE | 98 pages | 19.60 |
| 01/31/2024 | PAC | Pacer - Court Research | 86.70 |

**Total Expenses for this Matter**          **$181.80**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     18
Invoice 136837
January 31, 2024

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  01/31/2024**　　　**(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $20,148.38 | $0.00 | $20,148.38 |
| 135996 | 10/31/2023 | $54,046.16 | $0.00 | $54,046.16 |
| 136651 | 11/30/2023 | $135,200.50 | $5,499.37 | $140,699.87 |
| 136655 | 12/31/2023 | $70,996.50 | $1,177.95 | $72,174.45 |

**Total Amount Due on Current and Prior Invoices:**　　　**$366,091.66**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No.:  23-30564 |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )|
| 2 | CITY OF LOS ANGELES )|

3   I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On February 20, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (JANUARY 2024)** in the manner stated below:

| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On January 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. The Honorable Judge Dennis Montali United States Bankruptcy Court Northern District of California 450 Golden Gate Avenue, 16th Floor San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. See Attached. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 20, 2024, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria V. Viramontes

2

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies

3

daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

4

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London
 and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
yongli.yang@clydeco.us

5

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 18S<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |