ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:       okatz@sheppardmullin.com
           amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP JANUARY 2024** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter and Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby files its *Monthly Professional Fee Statement for January 2024*. Under the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered by the Court on October 16, 2023 [ECF No. 212], the total legal fees earned and expenses incurred by Sheppard Mullin on account of the Debtor for January 2024 are as follows:

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| January 1 – January 31, 2024 | $183,955.60 | $3,754.04 | $187,709.64 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $147,164.48 | $3,754.04 | $150,918.52 |

Case: 23-30564    Doc# 464    Filed: 02/23/24    Entered: 02/23/24 13:31:34    Page 1 of 36

The itemized billing statement for the fees and costs billed for January 2024 is attached hereto as **Exhibit 1**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated: February 20, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       _/s/ Ori Katz_

ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco

# **Exhibit 1**

January 2024 Invoice

Case: 23-30564    Doc# 404    Filed: 02/20/24    Entered: 02/20/24    Page 3 of
36

MONTHLY PROFESSIONAL FEE STATEMENT/PORTER SHEPPARD, PAUL, INC. & RICHTER
& HAMPTON LLP [JANUARY 2024]



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Fr. Patrick Summerhays                                         SMRH Tax ID 95-1463164
Vicar General and Moderator of the Curia                        February 15, 2024
The Roman Catholic Archbishop of San Francisco                  Invoice 380100158
One Peter Yorke Way
San Francisco, CA 94109

Our Matter No.      90YY-375176
                    The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                    Alternatives
Billing Atty:       Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2024

| | | |
|---|---|---|
| Current Fees | $ 183,955.60 | |
| Current Disbursements | $ 3,754.04 | |
| Total Current Activity | | $ 187,709.64 |
| Total Due for This Invoice | | $ 187,709.64 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>          Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St       Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives                      February 15, 2024
Ori Katz                                                                                                                Invoice 380100158
                                                                                                                        Page 2 of 2

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 15.10 | $ 956.00 | $ 14,435.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| J. Barrett Marum | 2.10 | $ 904.00 | $ 1,898.40 |
| Amanda L. Cottrell | 82.40 | $ 836.00 | $ 68,886.40 |
| Jeannie Kim | 39.00 | $ 756.00 | $ 29,484.00 |
| Steven G. Gersten | 45.30 | $ 672.56 | $ 30,466.80 |
| Gianna E. Segretti | 17.50 | $ 708.00 | $ 12,390.00 |
| Matt Benz | 9.70 | $ 520.00 | $ 5,044.00 |
| Eduardo G. Linares | .20 | $ 520.00 | $ 104.00 |

 **SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
February 15, 2024
Invoice 380100158

Our Matter No.      90YY-375176
                    The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                    Alternatives
Billing Atty:       Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2024

Current Fees                              $  183,955.60
Current Disbursements                     $    3,754.04

Total Current Activity                                    $  187,709.64

Total Due for This Invoice                                $  187,709.64

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 15.10 | $ 956.00 | $ 14,435.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| J. Barrett Marum | 2.10 | $ 904.00 | $ 1,898.40 |
| Amanda L. Cottrell | 82.40 | $ 836.00 | $ 68,886.40 |
| Jeannie Kim | 39.00 | $ 756.00 | $ 29,484.00 |
| Steven G. Gersten | 45.30 | $ 672.56 | $ 30,466.80 |
| Gianna E. Segretti | 17.50 | $ 708.00 | $ 12,390.00 |
| Matt Benz | 9.70 | $ 520.00 | $ 5,044.00 |
| Eduardo G. Linares | .20 | $ 520.00 | $ 104.00 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St         Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

FOR PROFESSIONAL SERVICES THROUGH 01/31/24

## **FEE DETAIL**

### Relief from Stay and Adequate Protection Proceedings

01/24/24        Reviewed strategy to respond to insurers' stay relief motion (.1).

Jeannie Kim                              .10 hrs.

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Jeannie Kim* | *0.10* | *$ 756.00* | *$ 75.60* |
| *Totals* | *0.10* | *$ 756.00* | *$ 75.60* |

### Meetings of and Communications with Creditors

01/02/24        Weekly check in call with committee counsel (.5).

Ori Katz                              .50 hrs.

01/09/24        Weekly check-in call with committee counsel (.5).

Ori Katz                              .50 hrs.

01/11/24        Telephone conference with counsel for RCACS as to miscellaneous issues.

Alan  H. Martin                              .50 hrs.

01/11/24        Corresponded with counsel for RCACS as to call follow up.

Alan  H. Martin                              .20 hrs.

01/16/24        Weekly check-in call with committee counsel (.3).

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 3 of 31

|  | Ori Katz | .30 hrs. |

01/22/24    Prepared  items concerning parishes.

Alan  H. Martin                     .80 hrs.

01/23/24    Participate in standing weekly call with committee counsel (.5).

Ori Katz                          .50 hrs.

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.50 | $ 956.00 | $ 1,434.00 |
| Ori Katz | 1.80 | $ 1,084.00 | $ 1,951.20 |
| Totals | 3.30 | $ 1,025.82 | $ 3,385.20 |

## Fee/Employment Applications & Statements

01/02/24    Reviewed and responded to correspondence with P. Carney and P. Summerhays
regarding notice of increase in Sheppard Mullin 2024 rates (.1); coordinated filing and
service of same (.4)

Jeannie Kim                       .50 hrs.

01/03/24    Exchanged emails with Transperfect re employment application.

J. Barrett Marum                  .30 hrs.

01/03/24    Began reviewing and revising documents in support of December professional fee
statement (.1); reviewed strategy to prepare TransPerfect employment application (.2)

Jeannie Kim                       .30 hrs.

01/04/24    Exchanged emails re employment application for Transperfect.

J. Barrett Marum                  .40 hrs.

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz
February 15, 2024
Invoice 380100158
Page 4 of 31

01/04/24   Reviewed Transperfect statement of work in connection with employment application for same (.1); reviewed and revised documents in support of December monthly fee statement (1.1)

Jeannie Kim                                1.20 hrs.

01/08/24   Further reviewed and revised documents in support of December monthly fee statement (.2).

Jeannie Kim                                .20 hrs.

01/08/24   Reviewed strategy to respond to U.S. Trustee's motion to appoint fee examiner (.1).

Jeannie Kim                                .10 hrs.

01/09/24   Exchanged emails with G. Segretti re Transperfect employment application.

J. Barrett Marum                           .10 hrs.

01/09/24   Follow-up regarding preparation of TransPerfect employment application (.3).

Jeannie Kim                                .30 hrs.

01/09/24   Further reviewed and revised documents in support of December monthly fee statement (.2).

Jeannie Kim                                .20 hrs.

01/09/24   Continued drafting application to employ TransPerfect.

Gianna  E. Segretti                        1.50 hrs.

01/10/24   Exchanged emails with Sheppard Mullin team re Transperfect employment application.

J. Barrett Marum                           .10 hrs.

01/10/24   Continued preparing application to employ TransPerfect.

Gianna  E. Segretti                        2.10 hrs.

01/11/24   Exchanged emails with SMRH team re Transperfect invoice.

J. Barrett Marum                           .30 hrs.

# **Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    February 15, 2024
Alternatives                                                                                             Invoice 380100158
Ori Katz                                                                                                 Page 5 of 31

| 01/11/24 | Developed strategy regarding TransPerfect employment and monthly fee statements (.3); prepared draft response to UST's motion to appoint fee examiner (.4); corresponded with P. Pascuzzi regarding same (.2); reviewed committee's response to U.S. Trustee's motion (.1); reviewed and revised debtor's response (.1); corresponded with client regarding same (.2); coordinated filing and service of same (.2) |
|---|---|
| | Jeannie Kim                          1.50 hrs. |

| 01/11/24 | Continued drafting application to employ TransPerfect. |
|---|---|
| | Gianna  E. Segretti                    .90 hrs. |

| 01/12/24 | Coordinated filing and service of debtor's response to U.S. Trustee's motion to appoint fee examiner (.2). |
|---|---|
| | Jeannie Kim                           .20 hrs. |

| 01/15/24 | Developed strategy regarding TransPerfect employment application (.2). |
|---|---|
| | Jeannie Kim                           .20 hrs. |

| 01/15/24 | Continued preparing application to employ TransPerfect. |
|---|---|
| | Gianna  E. Segretti                    .80 hrs. |

| 01/16/24 | Exchanged emails with G. Segretti re employment application for Transperfect. |
|---|---|
| | J. Barrett Marum                      .10 hrs. |

| 01/16/24 | Corresponded with Sheppard Mullin team regarding November invoice (.1); reviewed creditor mailing matrix in connection with preparation of declaration in support of TransPerfect employment application (.3) |
|---|---|
| | Jeannie Kim                           .40 hrs. |

| 01/16/24 | Reviewed and revised documents in support of Sheppard Mullin December monthly fee statement (.5). |
|---|---|
| | Jeannie Kim                           .50 hrs. |

| 01/16/24 | Continued drafting application to employ TransPerfect as e-discovery vendor. |
|---|---|
| | Gianna  E. Segretti                   3.50 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic            February 15, 2024
Alternatives                                                                                      Invoice 380100158
Ori Katz                                                                                          Page 6 of 31

01/17/24        Exchanged emails with J. Kim re Transperfect employment application.

          J. Barrett Marum                     .10 hrs.

01/17/24        Reviewed and revised TransPerfect employment application (1.1); further reviewed and
                revised documents in support of Sheppard Mullin December monthly fee statement (.4);
                coordinated TransPerfect conflicts search (.4); reviewed court's ruling regarding U.S.
                Trustee's motion re fee examiner (.1)

          Jeannie Kim                          2.00 hrs.

01/18/24        Reviewed items received as to proposed Transperfect engagement and filings.

          Alan  H. Martin                      .40 hrs.

01/18/24        Corresponded with the client as to pending monthly fee summary and related items.

          Alan  H. Martin                      .20 hrs.

01/18/24        Reviewed and commented on Transperfect employment application.

          J. Barrett Marum                     .30 hrs.

01/18/24        Corresponded with P. Pascuzzi regarding December monthly fee statements (.1);
                reviewed further revised draft TransPerfect employment application (.5); reviewed and
                revised declaration in support of TransPerfect employment application (.3);
                corresponded with D. Brill regarding same (.2); reviewed revisions to TransPerfect
                employment application and supporting declaration of D. Brill (.3); began preparation
                of December monthly fee statement for filing and service (.1); corresponded with P.
                Pascuzzi regarding TransPerfect employment application (.2); coordinated filing and
                service of same (.1)

          Jeannie Kim                          1.80 hrs.

01/18/24        Revised application to employ TransPerfect (1.0). Revised Brill declaration in support
                of application to employ TransPerfect (0.5).  Exchanged emails with D. Brill of
                TransPerfect re application to employ TransPerfect (0.5). Began preparing application
                to employ TransPerfect and supporting declaration for filing (0.5).

          Gianna  E. Segretti                  2.50 hrs.

01/18/24        Prepared the SMRH Monthly Fee Statement for December.

          Eduardo  G. Linares                  .20 hrs.

SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    February 15, 2024
Alternatives                                                                                             Invoice 380100158
Ori Katz                                                                                                 Page 7 of 31

| 01/19/24 | Exchanged emails with Sheppard Mullin team re revisions to Transperfect employment application. | |
|---|---|---|
| | J. Barrett Marum | .10 hrs. |

| 01/19/24 | Reviewed and finalized TransPerfect employment application for filing and service (.3); finalized Sheppard Mullin December monthly fee statement for filing and service (.3); reviewed correspondence with client regarding same (.1). | |
|---|---|---|
| | Jeannie Kim | .70 hrs. |

| 01/19/24 | Prepared application for employment of TransPerfect and supporting declaration for filing. | |
|---|---|---|
| | Gianna  E. Segretti | 1.90 hrs. |

| 01/22/24 | Follow-up regarding approval of Sheppard Mullin December invoice (.2); coordinated filing and service of same (.2). | |
|---|---|---|
| | Jeannie Kim | .40 hrs. |

| 01/22/24 | Finalized Sheppard Mullin December monthly fee statement (.1) and coordinated filing and service of same (.1). | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |

| 01/23/24 | Exchanged correspondence with the client team as to pending employment motion. | |
|---|---|---|
| | Alan  H. Martin | .30 hrs. |

| 01/24/24 | Corresponded with P. Pascuzzi regarding proposed briefing schedule regarding first interim fee applications (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 01/29/24 | Exchanged emails with J. Kim re Transperfect employment application and U.S. Trustee comments re same. | |
|---|---|---|
| | J. Barrett Marum | .20 hrs. |

| 01/29/24 | Reviewed and responded to U.S. Trustee's comments on proposed order regarding TransPerfect employment (.3); corresponded with P. Pascuzzi regarding committee's response to proposed hearing on first interim fee applications (.1). | |
|---|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                February 15, 2024
Alternatives                                                                                          Invoice 380100158
Ori Katz                                                                                              Page 8 of 31

Jeannie Kim                          .40 hrs.

01/30/24      Reviewed correspondence received from client as to the pending employment motion.

              Alan  H. Martin                      .20 hrs.


              *Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.10 | $ 956.00 | $ 1,051.60 |
| J. Barrett Marum | 2.00 | $ 904.00 | $ 1,808.00 |
| Gianna  E. Segretti | 13.20 | $ 708.00 | $ 9,345.60 |
| Jeannie Kim | 11.20 | $ 756.00 | $ 8,467.20 |
| Eduardo  G. Linares | 0.20 | $ 520.00 | $ 104.00 |
| Totals | 27.70 | $ 750.05 | $ 20,776.40 |


**Non-Working Travel**


01/15/24      Travel from Dallas, Texas to San Francisco, California in advance of client meetings re
              discovery.

              Steven  G. Gersten                   5.00 hrs.

01/18/24      Return travel to Dallas, Texas from San Francisco, California following meetings with
              client team.

              Steven  G. Gersten                   5.00 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 9 of 31

*Timekeeper Summary of: Non-Working Travel*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Steven G. Gersten | 10.00 | $ 378.00 | $ 3,780.00 |
| Totals | 10.00 | $ 378.00 | $ 3,780.00 |

## Case Administration - General

01/01/24    Exchanged correspondence with P. Pascuzzi on pending filings.

Alan H. Martin                .40 hrs.

01/01/24    Reviewed and revised checklist of open workstreams (.7).

Jeannie Kim                .70 hrs.

01/02/24    Attended debtor professionals team call.

Alan H. Martin                .80 hrs.

01/02/24    Participate in debtor professionals' weekly call (.5).

Ori Katz                .50 hrs.

01/02/24    Telephone conference with debtor professionals regarding open workstreams and case strategy (.7).

Jeannie Kim                .70 hrs.

01/09/24    Participate in weekly debtor professionals call (.5).

Ori Katz                .50 hrs.

01/09/24    Reviewed and revised checklist of open workstreams (.2); conferred and corresponded with P. Pascuzzi and B. Riley team regarding same (.6)

Jeannie Kim                .80 hrs.

01/11/24    Reviewed various correspondence received from the client as to administration items.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                February 15, 2024
Alternatives                                                                                          Invoice 380100158
Ori Katz                                                                                              Page 10 of 31

|            | Alan  H. Martin                                                                                         | .30 hrs. |
| ---------- | ------------------------------------------------------------------------------------------------------- | -------- |
| 01/15/24   | Prepared items concerning tomorrow professionals call.                                                  |          |
|            | Alan  H. Martin                                                                                         | .60 hrs. |
| 01/16/24   | Prepared for and attended  call with the debtor professionals team.                                     |          |
|            | Alan  H. Martin                                                                                         | .80 hrs. |
| 01/16/24   | Updated checklist of open workstreams (.7).                                                             |          |
|            | Jeannie Kim                                                                                             | .70 hrs. |
| 01/16/24   | Participated in debtor professionals' call (.9).                                                        |          |
|            | Jeannie Kim                                                                                             | .90 hrs. |
| 01/19/24   | Correspondence with the client (Carney) as to miscellaneous administration items for the debtor.       |          |
|            | Alan  H. Martin                                                                                         | .20 hrs. |
| 01/22/24   | Exchanged correspondence with client (P. Carney) regarding miscellaneous administration items.         |          |
|            | Alan  H. Martin                                                                                         | .30 hrs. |
| 01/23/24   | Draft email re open committee issues to be shared with other debtor professionals (.4).                 |          |
|            | Ori Katz                                                                                                | .40 hrs. |
| 01/23/24   | Reviewed notice of appearance for non-debtor Catholic entities and updated master certificate of service to reflect same (.1). | |
|            | Jeannie Kim                                                                                             | .10 hrs. |
| 01/23/24   | Reviewed report regarding discussions with committee (.1).                                              |          |
|            | Jeannie Kim                                                                                             | .10 hrs. |
| 01/24/24   | Participate in portion of call with other debtor professionals to discuss case status (.5).             |          |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                February 15, 2024
Alternatives                                                                                          Invoice 380100158
Ori Katz                                                                                              Page 11 of 31

|                | Ori Katz        | .50 hrs.  |
|----------------|-----------------|-----------|

01/24/24   Prepared (.3) for debtor professionals call and participated in same (1.0).

|                | Jeannie Kim     | 1.30 hrs. |

01/25/24   Reviewed supplemental common interest agreement (.6) and acknowledgment of same (.1); corresponded with R. Michelson, P. Califano, R. Harris, R. Charles, D. Egan, A. Diamond, and D. Azman requesting review and execution of supplemental common interest agreement (.5); corresponded with D. Egan and S. Williamson regarding same (.1); corresponded with R. Harris regarding same (.1).

|                | Jeannie Kim     | 1.40 hrs. |

01/26/24   Corresponded with D. Azman regarding review and execution of supplemental common interest agreement (.2).

|                | Jeannie Kim     | .20 hrs.  |

01/26/24   Correspondence to R. Charles requesting review and execution of supplemental common interest agreement (.2).

|                | Jeannie Kim     | .20 hrs.  |

01/29/24   Corresponded with P. Pascuzzi, S. Williamson, and D. Azman regarding review and execution of common interest agreement (.2); prepared common interest execution tracker (.2); reviewed voice mail message from R. Michelson regarding same (.1); updated open workstreams checklist (.3).

|                | Jeannie Kim     | .80 hrs.  |

01/30/24   Prepared for and attended call debtor co-counsel regarding open administration items.

|                | Alan  H. Martin | .70 hrs.  |

01/30/24   Participated in weekly debtor professionals' call (1.0); prepared for Feb. 6 debtor professionals' call (.2).

|                | Jeannie Kim     | 1.20 hrs. |

01/30/24   Corresponded with L. Linksy regarding proposed final common interest agreement (.2); conferred and corresponded with R. Michelson regarding same (.4); conferred with A. Martin regarding common interest agreement (.3)



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 12 of 31

Jeannie Kim                                    .90 hrs.


*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 4.10 | $ 956.00 | $ 3,919.60 |
| Ori Katz | 1.90 | $ 1,084.00 | $ 2,059.60 |
| Jeannie Kim | 10.00 | $ 756.00 | $ 7,560.00 |
| Totals | 16.00 | $ 846.20 | $ 13,539.20 |


## Business Operations


01/02/24        Corresponded with B. Riley as to cash management issues 2x.

                Alan  H. Martin                     .20 hrs.

01/02/24        Analyzed items as to the cash management/poll items.

                Alan  H. Martin                     .60 hrs.

01/02/24        Telephone conference with B. Riley as to cash management procedures.

                Alan  H. Martin                     .40 hrs.

01/02/24        Developed strategy regarding stipulation to govern non-debtor entity withdrawal of
                pooled investment accounts (.6); corresponded with W. Weitz regarding same (.2);
                reviewed and revised draft stipulation regarding same (.3).

                Jeannie Kim                         1.10 hrs.

01/02/24        Revised stipulation re balanced pool.

                Gianna  E. Segretti                 3.00 hrs.

01/04/24        Telephone conference with C. Hansen regarding balanced pool (.3); revised stipulation
                regarding same (1.4); corresponded with J. Passarello regarding same (.1)

                Jeannie Kim                         1.80 hrs.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 13 of 31

| 01/04/24 | Conferred with W. Weitz re balanced pool background (0.5). Revised stipulation re balanced pool (0.7). | | |
|---|---|---|---|
| | Gianna  E. Segretti | 1.20 hrs. | |

| 01/05/24 | Follow-up regarding stipulation regarding continued use of Balanced Pool accounts in ordinary course (.2). | | |
|---|---|---|---|
| | Jeannie Kim | .20 hrs. | |

| 01/08/24 | Follow-up regarding stipulation regarding continued use of Balanced Pool accounts in ordinary course (.2). | | |
|---|---|---|---|
| | Jeannie Kim | .20 hrs. | |

| 01/09/24 | Review and analyze draft stipulation to amend cash management order re: pooled investment account. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | .70 hrs. | |

| 01/09/24 | Follow-up regarding stipulation regarding continued administration of Balanced Pool accounts in ordinary course (.3); corresponded with P. Pascuzzi regarding same (.1). | | |
|---|---|---|---|
| | Jeannie Kim | .40 hrs. | |

| 01/10/24 | Attention to potential need to seek additional relief in connection with cash management motion (1.7). | | |
|---|---|---|---|
| | Ori Katz | 1.70 hrs. | |

| 01/10/24 | Corresponded with P. Pascuzzi regarding administration of investments in ordinary course (.1). | | |
|---|---|---|---|
| | Jeannie Kim | .10 hrs. | |

| 01/11/24 | Call with debtor to discuss questions raised by debtor re operations (.5). | | |
|---|---|---|---|
| | Ori Katz | .50 hrs. | |

| 01/11/24 | Review and comment on draft stipulation to amend final cash management order. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | .30 hrs. | |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 14 of 31

| 01/11/24 | Reviewed draft comments on stipulation to amend cash management order in connection with ordinary course use of Balanced Pool funds (.2). | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |
| 01/15/24 | Analyzed investment pool account information. | |
| | Alan  H. Martin | .70 hrs. |
| 01/15/24 | Reviewed internal comments on stipulation regarding administration of Balanced Pool accounts in ordinary course (.3); corresponded with P. Pascuzzi regarding same (.1). | |
| | Jeannie Kim | .40 hrs. |
| 01/16/24 | Reviewed various items received concerning cash management developments. | |
| | Alan  H. Martin | .40 hrs. |
| 01/17/24 | Reviewed various correspondence and information from the client as to cash management items and steps. | |
| | Alan  H. Martin | .40 hrs. |
| 01/17/24 | Attention to potential need for revisions to cash management order based on questions raised by debtor (.5). | |
| | Ori Katz | .50 hrs. |
| 01/17/24 | Developed strategy regarding administration of investment accounts (.3). | |
| | Jeannie Kim | .30 hrs. |
| 01/19/24 | Analyzed items as to cash management implementation steps. | |
| | Alan  H. Martin | .70 hrs. |
| 01/19/24 | Correspondence with the client team as to cash management implementation items. | |
| | Alan  H. Martin | .10 hrs. |
| 01/22/24 | Follow-up regarding ordinary course administration of investment accounts (.1). | |
| | Jeannie Kim | .10 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                February 15, 2024
Alternatives                                                                                          Invoice 380100158
Ori Katz                                                                                              Page 15 of 31

01/22/24        Analyzed Balanced Pool considerations.

                Gianna  E. Segretti                    .10 hrs.


*Timekeeper Summary of: Business Operations*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 3.50 | $ 956.00 | $ 3,346.00 |
| Ori Katz | 2.70 | $ 1,084.00 | $ 2,926.80 |
| Gianna  E. Segretti | 4.30 | $ 708.00 | $ 3,044.40 |
| Amanda  L. Cottrell | 1.00 | $ 836.00 | $ 836.00 |
| Jeannie Kim | 4.80 | $ 756.00 | $ 3,628.80 |
| Totals | 16.30 | $ 845.52 | $ 13,782.00 |


## Employee Benefits and Pensions


01/22/24        Corresponded with M. Flanagan regarding PTO guidance (.1); corresponded with K.
                Kelsey and W. Weitz regarding same (.2).

                Jeannie Kim                            .30 hrs.

01/22/24        Telephone conference with P. Pascuzzi regarding strategy regarding separating
                employees and treatment of priority claims of same (.1); conferred with A. Martin
                regarding same (.1).

                Jeannie Kim                            .20 hrs.

01/24/24        Telephone conference with client team regarding PTO claims (.3); reviewed and
                analyzed final order regarding wages motion (.6); telephone conference with P.
                Pascuzzi regarding same and PTO guidance (.2); drafted email memorandum to client
                team regarding same (.4); corresponded with B. Riley team regarding updated
                procedures regarding PTO claims (.2); telephone conference with K. Kelsey regarding
                updated PTO guidance and procedures (.1).

                Jeannie Kim                            1.80 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 16 of 31

01/30/24     Telephone conference with K. Kelsey regarding employee benefits to be paid at
             separation (.3); corresponded with K. Kelsey regarding same (.4); drafted form
             separation letter (.4); reviewed correspondence from U.S. Trustee and committee
             regarding consent to Employee Obligations to be paid under final wages order (.2);
             corresponded with P. Pascuzzi regarding same (.4).

                     Jeannie Kim                          1.70 hrs.

01/31/24     Reviewed and revised form separation letter (.2); corresponded with K. Kelsey
             regarding same (.1).

                     Jeannie Kim                           .30 hrs.


                *Timekeeper Summary of: Employee Benefits and Pensions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Jeannie Kim* | *4.30* | *$ 756.00* | *$ 3,250.80* |
| *Totals* | *4.30* | *$ 756.00* | *$ 3,250.80* |


## Claims Administration and Objections

01/09/24     Telephone conference with B. Whitaker and coordinated filing and service of certificate
             of service regarding notice of bar dates (.4).

                     Jeannie Kim                           .40 hrs.

01/16/24     Reviewed certificate of service filed by Omni regarding service of bar date notices (.1);
             corresponded with P. Egloff regarding second publications of bar date publication
             notice (.1).

                     Jeannie Kim                           .20 hrs.

01/17/24     Corresponded with P. Egloff regarding status of publication notices of bar dates (.1).

                     Jeannie Kim                           .10 hrs.

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic       February 15, 2024
Alternatives                                                                                                        Invoice 380100158
Ori Katz                                                                                                            Page 17 of 31

| 01/18/24 | Corresponded with B. Whitaker regarding status of confidential certificate of service regarding service of survivor bar date notice (.1); reviewed confidential FTP established to share confidential survivor proofs of claim with committee (.2); corresponded with Omni team regarding confidential FTP for committee access to proofs of claim (.3); telephone conference with B. Whitaker regarding same (.2) |

|   | Jeannie Kim | .80 hrs. |

| 01/19/24 | Corresponded with P. Egloff regarding status of publication notice placements (.1). |

|   | Jeannie Kim | .10 hrs. |

| 01/19/24 | Conferred and corresponded with K. Nownes regarding FTP for transmittal of confidential claims to committee professionals (.4). |

|   | Jeannie Kim | .40 hrs. |

| 01/24/24 | Corresponded with Omni team regarding confidential certificates of service regarding service of bar date notice (.2). |

|   | Jeannie Kim | .20 hrs. |

| 01/26/24 | Corresponded with P. Pascuzzi, P. Gaspari, and B. Weinstein regarding debtor team access to survivor proofs of claim (.2). |

|   | Jeannie Kim | .20 hrs. |

| 01/29/24 | Corresponded with T. Phinney regarding filing and service of confidential certificate of service regarding service of bar date notices (.2). |

|   | Jeannie Kim | .20 hrs. |

| 01/30/24 | Corresponded with G. Egloff regarding La Prensa publication of bar date notice (.1); corresponded with Omni team regarding Sheppard Mullin (.2) and client team (.1) access to confidential proofs of claims; finalized final form of claims confidentiality agreement (.1); corresponded with debtor professionals requesting review and execution of same (.2); follow-up correspondence with B. Michael regarding claims confidentiality agreement (.1) |

|   | Jeannie Kim | .80 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                February 15, 2024
Alternatives                                                                                         Invoice 380100158
Ori Katz                                                                                             Page 18 of 31

01/31/24     Coordinate Sheppard Mullin access and review of confidential survivor claims (2.8); corresponded with B. Whitaker regarding committee and client access to same (.4); corresponded with B. Michael regarding committee access to same (.2); conferred and corresponded with B. Whitaker regarding confidential FTP and claims register (.6); corresponded with P. Pascuzzi and W. Weitz regarding debtor professionals' access to confidential claims (.3); reviewed and analyzed claims procedures order (.1); tracked confidential claim access (.2); corresponded with Omni team and T. Phinney regarding claims tracking (.1); corresponded with P. Pascuzzi regarding committee member access to confidential claims (.1); corresponded with B. Michael regarding same (.1); corresponded with T. Phinney regarding confidential certificates of service regarding bar date notices (.1).

Jeannie Kim                          5.00 hrs.

*Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 8.40 | $ 756.00 | $ 6,350.40 |
| Totals | 8.40 | $ 756.00 | $ 6,350.40 |

**Analysis/Strategy**

01/09/24     Conference with S. Gersten to review client documents for production  and preparation for custodian interviews.

Amanda  L. Cottrell                  .80 hrs.

01/09/24     Review and reply to Paul Pascuzzi's client correspondence concerning the named insurer's requests for copies of document production to Committee.

Amanda  L. Cottrell                  .20 hrs.

01/09/24     Analyze tracker focusing on Committee document requests to prepare questions for B. Riley.

Amanda  L. Cottrell                  .50 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    February 15, 2024
Alternatives                                                                                              Invoice 380100158
Ori Katz                                                                                                  Page 19 of 31

01/12/24          Analyze and draft proposed schedule for client meetings to collect documents
                  responsive to Rule 2004 requests.

                          Amanda  L. Cottrell                    1.00 hrs.

01/15/24          Analyze client documents and prepare materials for custodian interviews.

                          Amanda  L. Cottrell                    3.00 hrs.

01/24/24          Analyze discovery for production and to prepare written responses.

                          Amanda  L. Cottrell                    2.00 hrs.

01/25/24          Conference with P. Pascuzzi re: ongoing review for Abuse Claim RFPs.

                          Amanda  L. Cottrell                     .50 hrs.

01/26/24          Conference with Matt Benz re: legal research issues on certain privileges.

                          Amanda  L. Cottrell                     .30 hrs.

01/30/24          Review and analyze client documents for Rule 2004 discovery.

                          Amanda  L. Cottrell                    1.20 hrs.

01/31/24          Call with Rob Harris.

                          Amanda  L. Cottrell                     .50 hrs.

01/31/24          Call from Andy Caine to discuss pending RFPs and confirm no February 2024 debtor
                  deposition.

                          Amanda  L. Cottrell                     .20 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 20 of 31

*Timekeeper Summary of: Analysis/Strategy*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| Amanda  L. Cottrell | *10.20* | *$ 836.00* | *$ 8,527.20* |
| *Totals* | *10.20* | *$ 836.00* | *$ 8,527.20* |

## Discovery

01/02/24    Correspondence with Pachulski and client team regarding updates and conferrals on phased discovery.

    Amanda  L. Cottrell                    1.00 hrs.

01/03/24    Attention to upcoming discovery matters, including rolling production in response to committee requests (2.7).

    Ori Katz                    2.70 hrs.

01/04/24    Follow up re open items related to committee discovery requests (2.6).

    Ori Katz                    2.60 hrs.

01/04/24    Conference with Paul Pascuzzi to provide update on the status of discovery and production to the Committee.

    Amanda  L. Cottrell                    .90 hrs.

01/05/24    Correspondence with client re: document collection.

    Amanda  L. Cottrell                    .10 hrs.

01/08/24    Analyze Committee's RFPs and draft email to P. Carney, Fr. Summerhays, and M. Flanagan on resources needed for upcoming custodian interviews.

    Amanda  L. Cottrell                    2.00 hrs.

01/08/24    Developed strategy to respond to insurer's requests to review document production.

    Amanda  L. Cottrell                    .30 hrs.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                     February 15, 2024
Alternatives                                                                                              Invoice 380100158
Ori Katz                                                                                                  Page 21 of 31

01/08/24        Organize information and prepare summary email to P. Pascuzzi Committee RFPs.

                Amanda  L. Cottrell                    .50 hrs.

01/09/24        Conference with W. Weitz and C. Hanson of B. Riley to discuss Committee discovery.

                Amanda  L. Cottrell                    1.20 hrs.

01/10/24        Review and analyze client documents for key issue tagging and follow up with client
                team during custodian interviews.

                Amanda  L. Cottrell                    2.40 hrs.

01/12/24        Prepare for and confer with Chris Johnson and Steven Gersten re: Committee Rule
                2004 discovery.

                Amanda  L. Cottrell                    .90 hrs.

01/12/24        Draft correspondence to Pachulski re: Rule 2004 discovery questions and format.

                Amanda  L. Cottrell                    .40 hrs.

01/14/24        Prepare outline and materials for client site visit re: document collection.

                Amanda  L. Cottrell                    3.00 hrs.

01/16/24        Analyzed various data items from the client team concerning 2004 discovery requests.

                Alan  H. Martin                        .80 hrs.

01/16/24        On-site interviews with client team to identify and discuss potentially responsive
                information re: Rule 2004 discovery requests.

                Amanda  L. Cottrell                    8.50 hrs.

01/16/24        Meet with client team re discovery in response to the Committee's subpoena.

                Steven  G. Gersten                     7.20 hrs.

01/17/24        Analyzed various data items received as to 2004 requests.

                Alan  H. Martin                        .90 hrs.

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 22 of 31

01/17/24     Correspondence re: establishing standing weekly calls to discuss Committee's Rule 2004 discovery.

     Amanda  L. Cottrell     .20 hrs.

01/17/24     On-site interviews with client team to identify and discuss potentially responsive information re: Rule 2004 discovery requests.

     Amanda  L. Cottrell     10.00 hrs.

01/17/24     Meet with client team re discovery in response to the Committee's subpoena.

     Steven  G. Gersten     7.60 hrs.

01/18/24     Attention to discovery issues being raised by committee in connection with debtor's production under Rule 2004 (2.4).

     Ori Katz     2.40 hrs.

01/18/24     Draft list of follow up of collection issues following custodian interviews.

     Amanda  L. Cottrell     1.70 hrs.

01/19/24     Examined items received as to the 2004 requests.

     Alan  H. Martin     .90 hrs.

01/19/24     Draft list of discovery action items in support of response to the Committee's subpoena following meetings with client team.

     Steven  G. Gersten     3.30 hrs.

01/23/24     Reviewed items concerning pending 2004 production.

     Alan  H. Martin     .60 hrs.

01/23/24     Follow up with Sheppard litigation team re discovery progress (.5).

     Ori Katz     .50 hrs.

01/23/24     Review proposed debtor response to committee position on discovery matters (1.8).

     Ori Katz     1.80 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    February 15, 2024
Alternatives                                                                                               Invoice 380100158
Ori Katz                                                                                                  Page 23 of 31

| 01/23/24 | Conference with Committee Counsel Brittany Michael, Gillian Brown and their financial advisors. |
|---|---|
| | Amanda  L. Cottrell |  1.00 hrs. |

01/23/24    Developed strategy re responses to specific additional questions from committee counsel and their financial advisors.

Amanda  L. Cottrell                .50 hrs.

01/24/24    Prepared updates to documents (concerning 2004) as to various parties.

Alan  H. Martin                .80 hrs.

01/24/24    Conference with M. Flanagan, P. Carney, and Fr. Summerhays re: continuing action items to collect Rule 2004 documents.

Amanda  L. Cottrell                .60 hrs.

01/25/24    Call with attorneys Pascuzzi and Cottrell to discuss claim discovery (.5).

Ori Katz                .50 hrs.

01/25/24    Conference with Kerry Kelleher re: collection of additional documents or information.

Amanda  L. Cottrell                1.00 hrs.

01/25/24    Call with non-debtor counsel Rob Charles, Allan Diamond and others.

Amanda  L. Cottrell                1.10 hrs.

01/25/24    Conference with Paul Gaspari, Daniel Zamora and Paul Pascuzzi re: discovery issues.

Amanda  L. Cottrell                .70 hrs.

01/26/24    Reviewed various correspondence from client concerning 2004 items and responses.

Alan  H. Martin                .50 hrs.

01/26/24    Correspondence to schedule calls with targets of Committee's Rule 2004 discovery.

Amanda  L. Cottrell                .50 hrs.

01/26/24    Correspondence with Kerry Kelleher.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 24 of 31

|  |  | Amanda  L. Cottrell | .70 hrs. |
|---|---|---|---|

01/29/24     Conference with counsel for cemeteries, seminary and certain high schools Peter Califano, Paul Pascuzzi, Steven Gersten, Dan Egan, Steve Williamson, Rob Harris.

|  |  | Amanda  L. Cottrell | 1.00 hrs. |
|---|---|---|---|

01/29/24     Prepare for and attend call with Marvin Sanchez to plan for additional IT collection.

|  |  | Amanda  L. Cottrell | .60 hrs. |
|---|---|---|---|

01/29/24     Attention to production of additional files from B. Riley.

|  |  | Amanda  L. Cottrell | .20 hrs. |
|---|---|---|---|

01/29/24     Correspondence to Marvin Sanchez re: IT discovery issues.

|  |  | Amanda  L. Cottrell | .10 hrs. |
|---|---|---|---|

01/29/24     Correspondence to Mike DeFrancesco at Sage re Committee's requests.

|  |  | Amanda  L. Cottrell | .10 hrs. |
|---|---|---|---|

01/29/24     Conference call from Wayne Weitz.

|  |  | Amanda  L. Cottrell | .70 hrs. |
|---|---|---|---|

01/30/24     Call and voice message to Andy Caine after his email asking for new Sage call different from prior Committee request.

|  |  | Amanda  L. Cottrell | .10 hrs. |
|---|---|---|---|

01/30/24     Draft detailed email responses to Marvin Sanchez.

|  |  | Amanda  L. Cottrell | .30 hrs. |
|---|---|---|---|

01/30/24     Call with Alex Russo of Sage.

|  |  | Amanda  L. Cottrell | .30 hrs. |
|---|---|---|---|

01/30/24     Prepare for and interview Mary Connolly.

|  |  | Amanda  L. Cottrell | 1.00 hrs. |
|---|---|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    February 15, 2024
Alternatives                                                                                             Invoice 380100158
Ori Katz                                                                                                 Page 25 of 31

| 01/31/24 | Prepared comments as to proposed confidential data protocol. |
|---|---|

              Alan  H. Martin             .40 hrs.

| 01/31/24 | Correspondence to Paula Carney, Michael Flanagan, Fr. Summerhays, and Marvin Sanchez, among others, for discovery. |
|---|---|

              Amanda  L. Cottrell           .30 hrs.

| 01/31/24 | Conference with Lisa Linsky re: Sacred Heart High School. |
|---|---|

              Amanda  L. Cottrell           1.20 hrs.

*Timekeeper Summary of: Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 4.90 | $ 956.00 | $ 4,684.40 |
| Ori Katz | 10.50 | $ 1,084.00 | $ 11,382.00 |
| Amanda  L. Cottrell | 45.10 | $ 836.00 | $ 37,703.60 |
| Steven  G. Gersten | 18.10 | $ 756.00 | $ 13,683.60 |
| Totals | 78.60 | $ 858.19 | $ 67,453.60 |

**Written Discovery**

| 01/22/24 | Draft and revise written objections and responses to Stage One RFPs. |
|---|---|

              Amanda  L. Cottrell           1.50 hrs.

| 01/23/24 | Drafting and revising written discovery responses and document review. |
|---|---|

              Amanda  L. Cottrell           5.10 hrs.

| 01/24/24 | Review, edit, and comment on objections and responses to the Stage One requests in the Committee's Rule 2004 subpoena in advance of Jan. 26, 2024 deadline for serving same. |
|---|---|

              Steven  G. Gersten           .50 hrs.



90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic    February 15, 2024
Alternatives                                                                                                              Invoice 380100158
Ori Katz                                                                                                                   Page 26 of 31

| 01/25/24 | Coordinated service of written discovery responses (.2). | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |
| 01/26/24 | Attention to objections and responses to committee's discovery request pursuant to Rule 2004 (2.7). | |
| | Ori Katz | 2.70 hrs. |
| 01/26/24 | Prepared revised draft of Debtor's responses and objections to Committee's Stage One Rule 2004 subpoenas (1.8). | |
| | Matt Benz | 1.80 hrs. |
| 01/29/24 | Conducted research in support of discovery objections (3.6). | |
| | Matt Benz | 3.60 hrs. |
| 01/30/24 | Conducted research in support of discovery objections (1.7). | |
| | Matt Benz | 1.70 hrs. |

*Timekeeper Summary of: Written Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 2.70 | $ 1,084.00 | $ 2,926.80 |
| Amanda  L. Cottrell | 6.60 | $ 836.00 | $ 5,517.60 |
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Steven  G. Gersten | 0.50 | $ 756.00 | $ 378.00 |
| Matt Benz | 7.10 | $ 520.00 | $ 3,692.00 |
| Totals | 17.10 | $ 740.68 | $ 12,665.60 |

## Document Production

| 01/04/24 | Exchanged emails with committee counsel re document productions. |
|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 27 of 31

|  | J. Barrett Marum | .10 hrs. |
|---|---|---|
| 01/04/24 | Review and analyze client financial documents prepared for new production set. | |
|  | Amanda  L. Cottrell | 1.10 hrs. |
| 01/04/24 | Draft cover letter for and serve by email the Debtor's fourth production of documents in response to the Committee's requests for production. | |
|  | Steven  G. Gersten | 1.00 hrs. |
| 01/07/24 | Conducted legal research regarding scope and format of production (2.6). | |
|  | Matt Benz | 2.60 hrs. |
| 01/08/24 | Review and analyze client documents for issue tagging, possible redaction, and production. | |
|  | Amanda  L. Cottrell | 2.50 hrs. |
| 01/10/24 | Review and analyze client documents for issue tagging, possible redaction, and production. | |
|  | Amanda  L. Cottrell | 1.80 hrs. |
| 01/11/24 | Review and analyze client documents for issue tagging, possible redaction, and production. | |
|  | Amanda  L. Cottrell | 2.50 hrs. |
| 01/18/24 | Review and analyze client documents for issue tagging, possible redaction, and production. | |
|  | Amanda  L. Cottrell | 1.30 hrs. |
| 01/22/24 | Review and analyze client documents for issue tagging, possible redaction, and production. | |
|  | Amanda  L. Cottrell | 2.00 hrs. |
| 01/22/24 | Review, analyze, and redact documents to prepare them for production in response to the Committee's Rule 2004 subpoena. | |
|  | Steven  G. Gersten | 3.30 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

01/24/24        Review and prepare client files for production.

                Amanda  L. Cottrell                    4.50 hrs.

01/26/24        Revise and finalize written responses to Rule 2004 RFPs and prepare document production with input from Debtor's representatives and professionals.

                Amanda  L. Cottrell                    3.80 hrs.

01/26/24        Review, analyze, and redact documents to prepare them for production in response to the Committee's Rule 2004 subpoena (11.6); draft cover letter and serve DEBTOR005 production (.8).

                Steven  G. Gersten                    12.40 hrs.

*Timekeeper Summary of: Document Production*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| J. Barrett Marum | 0.10 | $ 904.00 | $ 90.40 |
| Amanda  L. Cottrell | 19.50 | $ 836.00 | $ 16,302.00 |
| Steven  G. Gersten | 16.70 | $ 756.00 | $ 12,625.20 |
| Matt Benz | 2.60 | $ 520.00 | $ 1,352.00 |
| Totals | 38.90 | $ 780.71 | $ 30,369.60 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                February 15, 2024
Alternatives                                                                                          Invoice 380100158
Ori Katz                                                                                              Page 29 of 31

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda L. Cottrell | 82.40 | $ 836.00 | $ 68,886.40 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| Alan H. Martin | 15.10 | $ 956.00 | $ 14,435.60 |
| J. Barrett Marum | 2.10 | $ 904.00 | $ 1,898.40 |
| Matt Benz | 9.70 | $ 520.00 | $ 5,044.00 |
| Steven G. Gersten | 45.30 | $ 672.56 | $ 30,466.80 |
| Jeannie Kim | 39.00 | $ 756.00 | $ 29,484.00 |
| Eduardo G. Linares | .20 | $ 520.00 | $ 104.00 |
| Gianna E. Segretti | 17.50 | $ 708.00 | $ 12,390.00 |

**Total Fees for Professional Services**             **$ 183,955.60**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 01/10/24 | A. Cottrell - Airfare (01/15/24-01/17/24) to San Francisco for Custodian Interviews. | 927.20 |
| 01/11/24 | S. Gersten - Airfare to San Francisco for the Custodian Interview in the RCASF matter. (01.15.2024-01.17.2024) | 736.20 |
| 01/15/24 | S. Gersten - Lyft from the airport to the hotel in San Francisco for the Custodian Interview in the RCASF matter. | 47.38 |
| 01/16/24 | A. Cottrell - Uber from the airport to the hotel in San Francisco for Custodian Interviews. | 97.61 |
| 01/16/24 | A. Cottrell - Uber from the hotel to the client to conduct Custodian Interviews. | 33.84 |
| 01/16/24 | S. Gersten - Lyft from the client to the hotel in San Francisco for the Custodian Interview in the RCASF matter. | 18.98 |
| 01/17/24 | A. Cottrell - Lodging 01.15.24-01.17.24 - .Hotel charges in San Francisco for Custodian Interviews. | 719.12 |
| 01/17/24 | A. Cottrell - Uber from the hotel to the client to conduct Custodian Interviews. | 35.43 |
| 01/17/24 | A. Cottrell - Uber from the client to the hotel after the Custodian Interviews. | 34.68 |
| 01/17/24 | A. Cottrell - Uber from the hotel to the airport after concluding the Custodian Interviews. | 98.53 |
| 01/17/24 | S. Gersten - Hotel stay (01/15/24-01/17/24) in San Francisco for the Custodian Interview in the RCASF matter. | 637.42 |
| 01/18/24 | A. Cottrell - Parking at DFW Airport for the duration of travel to San Francisco for Custodian Interviews. | 139.90 |
| 01/18/24 | A. Cottrell - Inflight Wi-Fi - San Francisco for Custodian Interviews. | 19.00 |
| 01/18/24 | S. Gersten - Parking at DFW airport for the duration of the Custodian Interview in the RCASF matter. (01.15.2024-01.18.2024) | 81.00 |
| 12/18/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 12/31/2023 | 9.50 |
| 01/17/24 | A. Cottrell - Dinner at the hotel after the duration of the Custodian Interviews before the flight back to DFW. | 66.00 |
| 01/17/24 | A. Cottrell - Breakfast at the hotel in San Francisco for Custodian Interviews. | 52.25 |

**Total Disbursements**               **$ 3,754.04**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 12/14/23 | 380098012 | 146,098.17 | 145,627.60 | 470.57 | 0.00 | 0.00 | -45,402.25 | $ 100,695.92 |
| 01/17/24 | 380098510 | 129,298.90 | 129,008.40 | 290.50 | 0.00 | 0.00 | 0.00 | 129,298.90 |

|  |  |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 229,994.82 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 187,709.64 |
| **Total Due For This Matter** | **$ 417,704.46** |