BINDER MALTER HARRIS & ROME-BANKS LLP
Robert G. Harris #124678
Julie H. Rome-Banks #142364
Wendy W. Smith #133887
Reno Fernandez #251934
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: rob@bindermalter.com
Email: julie@bindermalter.com
Email: wendy@bindermalter.com
Email: reno@bindermalter.com

Attorneys for Franciscan Friars of California, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Debtor.

Case No. 23-30564-DM

Chapter 11

## CERTIFICATE OF SERVICE

I, Blanca E. Garza, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On February 20, 2024, I served a true and correct copy of the following document (s):

PROOF OF CLAIM

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at 2775 Park Ave., Santa Clara, California, to all parties entitled to receive

Case: 23-30564  Doc# 485  Filed: 02/20/24  Entered: 02/20/24 15:02:28  Page 1 of 2
Page 1

| 1 | first class mail notices, and electronic mail as indicated and addressed as follows: |
| 2 | Paul J. Pascuzzi |
| | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP |
| 3 | 500 Capitol Mall, Suite 2250 |
| | Sacramento, CA 95814 |
| 4 | Email: ppascuzzi@ffwplaw.com |
| | Via EMAIL |
| 5 | |
| | Committee Counsel |
| 6 | Brittney M. Michael |
| | Pachulski Stang Ziehl & Jones LLP |
| 7 | 780 Third Avenue, 34th Floor |
| | New York, NY 10017-2024 |
| 8 | Email: bmichael@pszjlaw.com |
| | Via EMAIL |
| 9 | |
| 10 | |
| 11 | |
| 12 | Executed on February 20, 2024, at Santa Clara California. I certify under penalty of |
| 13 | perjury that the foregoing is true and correct. |
| 14 | |
| 15 | /s/ Blanca E. Garza |
| | Blanca E. Garza |