BINDER MALTER HARRIS & ROME-BANKS LLP
Robert G. Harris #124678
Julie H. Rome-Banks #142364
Wendy W. Smith #133887
Reno Fernandez #251934
2775 Park Avenue
Santa Clara, CA  95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: rob@bindermalter.com
Email: julie@bindermalter.com
Email: wendy@bindermalter.com
Email: reno@bindermalter.com

Attorneys for Hanna Boys Center

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>Debtor. | Case No. 23-30564-DM<br><br>Chapter 11 |

CERTIFICATE OF SERVICE

I, Blanca E. Garza, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On February 20, 2024, I served a true and correct copy of the following document (s):

PROOF OF CLAIM

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at 2775 Park Ave., Santa Clara, California, to all parties entitled to receive

first class mail notices, and electronic mail as indicated and addressed as follows:

Debtor's Counsel
Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Email: ppascuzzi@ffwplaw.com
Via EMAIL

Committee Counsel
Brittney M. Michael
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Email: bmichael@pszjlaw.com
Via EMAIL

   Executed on February 20, 2024, at Santa Clara California. I certify under penalty of perjury that the foregoing is true and correct.

                      */s/ Blanca E. Garza*
                       Blanca E. Garza