BINDER MALTER HARRIS & ROME-BANKS LLP
Robert G. Harris #124678
Julie H. Rome-Banks #142364
Wendy W. Smith #133887
Reno Fernandez #251934
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: rob@bindermalter.com
Email: julie@bindermalter.com
Email: wendy@bindermalter.com
Email: reno@bindermalter.com

Attorneys for Diocese of San Jose

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>Debtor. | Case No. 23-30564-DM<br><br>Chapter 11 |

CERTIFICATE OF SERVICE

I, Blanca E. Garza, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On February 20, 2024, I served a true and correct copy of the following document (s):

PROOF OF CLAIM

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at 2775 Park Ave., Santa Clara, California, to all parties entitled to receive

| | |
|---|---|
| 1 | first class mail notices, and electronic mail as indicated and addressed as follows: |
| 2 | Paul J. Pascuzzi |
| | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP |
| 3 | 500 Capitol Mall, Suite 2250 |
| | Sacramento, CA 95814 |
| 4 | Email: ppascuzzi@ffwplaw.com |
| | Via EMAIL |
| 5 | |
| | Committee Counsel |
| 6 | Brittney M. Michael |
| | Pachulski Stang Ziehl & Jones LLP |
| 7 | 780 Third Avenue, 34th Floor |
| | New York, NY 10017-2024 |
| 8 | Email: bmichael@pszjlaw.com |
| | Via EMAIL |

Executed on February 20, 2024, at Santa Clara California. I certify under penalty of perjury that the foregoing is true and correct.

/s/ Blanca E. Garza
Blanca E. Garza