1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA 95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9    A Limited Liability Partnership
     Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:    (415) 434-9100
   Facsimile:    (415) 434-3947
12 Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
13
   Attorneys for The Roman Catholic
14 Archbishop of San Francisco

15                          UNITED STATES BANKRUPTCY COURT

16                NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| 17 | In re | Case No. 23-30564 |
|---|---|---|
| 18 | THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| 19 | | **JOINT STATEMENT OF DEBTOR AND COMMITTEE IN RESPONSE TO UNITED STATES TRUSTEE'S SUPPLEMENTAL BRIEF IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION FOR ORDER APPOINTING FEE EXAMINER** |
| 20 | Debtor and Debtor in Possession. | |
| 21 | | |
| 22 | | *[No Hearing Requested]* |
| 23 | | |

24        The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the

25 "RCASF" or the "Debtor") in the above-captioned chapter 11 case (the "Bankruptcy Case"), and

26 the Official Committee of Unsecured Creditors (the "Committee"), by its undersigned counsel,

27 submit this joint statement in response to the *United States Trustee's Supplemental Brief in Support*

28

*of United States Trustee's Motion for Order Appointing Fee Examiner* [ECF No. 493] filed on February 21, 2024 (the "Supplemental Fee Examiner Brief").

The Debtor and the Committee have (a) reviewed the Supplemental Fee Examiner Brief filed by Tracy Hope Davis, United States Trustee for Region 17, (b) evaluated all of the proposed fee examiner candidates, and (c) met and conferred regarding the proposed appointment of these candidates.

Upon meeting and conferring, the Debtor and the Committee believe that under the circumstances, Elise S. Frejka ("Ms. Frejka") of Frejka PLLC is the most appropriate candidate to be appointed as fee examiner in the Bankruptcy Case.

The Debtor and Committee understand that Ms. Frejka is willing to provide fee examiner services in this Bankruptcy Case under a compensation structure of $530/hour and reimbursement of actual expenses, subject to Court approval under standards analogous to sections 327, 330 and 331 of the Bankruptcy Code.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Debtor and Committee support Ms. Frejka's appointment on such terms.

Dated: February 26, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By  /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic
Archbishop of San Francisco

Dated: February 26, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco

Dated: February 26, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ James I. Stang
JAMES I. STANG
BRITTANY M. MICHAEL (admitted *pro hac vice*)
Counsel to the Official Committee of Unsecured
Creditors