PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **DECLARATION OF PAUL E. GASPARI IN SUPPORT OF FIRST INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION** |
| | Date:      April 4, 2024 |
| | Time:      1:30 p.m. |
| | Location:  Via ZoomGov |
| | Judge:     Hon. Dennis Montali |

Case No. 23-30564
DECLARATION IN SUPPORT OF WT FIRST
INTERIM APPLICATION FOR ALLOWANCE OF FEES
- 1 -

Case: 23-30564   Doc# 502   Filed: 02/28/24   Entered: 02/28/24 12:58:31   Page 1 of 151

I, Paul E. Gaspari, declare:

1.  I am an attorney duly licensed to practice law in the State of California and a partner with Weintraub Tobin Chediak Coleman Grodin Law Corporation ("Weintraub"), special corporate and litigation attorneys for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2.  I have been a shareholder of Weintraub since 2012. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for first allowance of attorneys' fees and reimbursement of expenses (the "Application"), and to the best of my knowledge, all statements are true and correct.

3.  During the approximately five-and-a-half-month period of August 21, 2023, through and including January 31, 2024, (the "Application Period"), Weintraub billed the Debtor for legal services in the sum of $58,035.00. The services performed by Weintraub during this case have been specific to its role as special corporate and litigation counsel to the Debtor.

4.  The detailed billing statements reflecting Weintraub's time records is attached hereto as **_Exhibit A_** and reflects total fees in the amount of $58,035.00 incurred during the Application Period. A breakdown of the professionals who billed to this case during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Case Administration | 43.90 | $16,451.00 |
| Asset Analysis and Recovery | 0.30 | $139.50 |
| Meetings of and Communications with Creditors | 12.30 | $5,712.00 |
| Fee/Employment Applications | 0.20 | $93.00 |
| Other Contested Matters | 11.20 | $5,193.00 |
| Business Operations | 5.60 | $2,547.00 |
| Real Estate | 0.70 | $315.00 |

| CATEGORY | HOURS | FEES |
|---|---|---|
| Claims Administration and Objections | 10.60 | $4,924.50 |
| Plan and Disclosure Statement | 0.40 | $186.00 |
| Fact Investigation/Analysis | 20.80 | $6,807.00 |
| Analysis/Strategy | 1.80 | $772.00 |
| Document/File Management | 12.50 | $2,812.50 |
| Settlement/Non-Binding ADR | 0.30 | $135.00 |
| Other Case Assessment, Development and Administration | 6.30 | $2,272.50 |
| Court Mandated Conference | 4.00 | $1,860.00 |
| Written Discovery | 6.00 | $1,566.00 |
| Document Production | 8.60 | $3,873.00 |
| Other Discovery | 0.60 | $150.00 |
| Expert Witnesses | 1.40 | $651.00 |
| Written Motions and Submissions | 0.90 | $405.00 |
| Trial and Hearing Attendance | 2.60 | $1,170.00 |
| **Totals** | **151.00** | **$59,953.00** |
| **Reduced Amount** | | **($1,918.00)** [1] |
| **Corrected Totals** | **151.00** | **$58,035.00** |

5.       I have used my best billing judgment to allocate the services covered by this interim fee application to task categories listed above.  I will continue to do so going forward on all Weintraub monthly fee notices and interim fee applications.  A brief description of the type of services contained in each category is as follows:

a.       The B110 "Case Administration" task code under the ABA model codes includes, in addition to normal case administration matters, coordination and compliance matters, including preparation of statement of financial affairs, schedules, list of contracts, United States

---

[1] Approximately 16.40 hours of time was erroneously charged for PEG at $575 per hour rather than $465 per hour.  2.70 hours of time was erroneously charged for DCZ at $475 per hour rather than $450 per hour, and 0.30 hours of time was erroneously charged for GR at $605 per hour rather than $450 per hour.  The firm will voluntarily reduce the requested fees by $1,918.00 to correct this inadvertent error.

Trustee interim statements and operating reports; contacts with the United States Trustee, and general creditor inquiries. In the past, Weintraub had a separate task code for "schedules and SOFA" and monthly operating reports ("MOR"). If the Court requires a breakout of the billings for schedules/SOFA and for MORs, Counsel will comply.

b. The B120 "Asset Analysis and Recovery" task code was used for identification and review of potential assets including causes of action and non-litigation recoveries.

c. The B150 "Meetings of and Communications with Creditors" task code was used for preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings.

d. The B160 "Fee/Employment Applications" task code under the ABA model includes both fee application time and employment application time. If the Court requires these tasks listed separately, Counsel will comply.

e. The B190 "Other Contested Matters" task code under the ABA model includes analysis and preparation of all other motions, opposition to motions and reply memoranda in support of motions.

f. The B210 "Business Operations" task code under the ABA model includes issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues, and other similar problems.

g. The B250 "Real Estate" task code under the ABA model includes review and analysis of real estate-related matters, including purchase agreements and lease provisions (e.g., common area maintenance clauses).

h. The B310 "Claims Administration and Objections" task code under the ABA model includes specific claim inquiries; bar date motions; analyses, objections, and allowances of claims.

i. The B320 "Plan and Disclosure Statement" task code under the ABA model includes formulation, presentation, and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the

Case No. 23-30564
DECLARATION IN SUPPORT OF WT FIRST
INTERIM APPLICATION FOR ALLOWANCE OF FEES
-4-

Case: 23-30564   Doc# 502   Filed: 02/28/24   Entered: 02/28/24 12:58:31   Page 4 of
151

allowance and objections to allowance of claims.

j. The L110 "Fact Investigation/Development" task code under the UTBMS model includes interview of client personnel/potential witnesses; review of documents; work with an investigator; legal research for initial case assessment purposes; communication for fact investigation.

k. The L120 "Analysis/Strategy" task code under the UTBMS model includes discussions/writings/meetings on case strategy; preparation of litigation plan; communication on case strategy.

l. The L140 "Document/File Management" task code under the UTBMS model includes file organization/administration for database construction/management.

m. The L160 "Settlement/Non-Binding ADR" task code under the UTBMS model includes planning/participation in settlement discussions/conferences; implementation of settlement; pursing mediation; travel to/from mediation; attend mediation; pre-litigation demand letters; research settlement; communications regarding settlement/mediation/ADR.

n. The L190 "Other Case Assessment, Development and Administration" task code under the UTBMS model includes any other case assessment, development and administration.

o. The L230 "Court Mandated Conferences" task code under the UTBMS model includes preparing for hearing required by court order or procedural rules; travel to/from Court Ordered Conferences; attending hearing required by court order or procedural rules.

p. The L310 "Written Discovery" task code under the UTBMS model includes developing, responding to, objecting to, and negotiating interrogatories and requests to admit. Includes mandatory meet-and-confer sessions. Also covers mandatory written disclosures as under Rule 26(a).

q. The L320 "Document Production" task code under the UTBMS model includes developing, responding to, objecting to, and negotiating document requests, including the mandatory meet-and-confer sessions to resolve objections. Includes identifying documents for production, reviewing documents for privilege, effecting production, and preparing requested

privilege lists; drafting responses to request to produce; subpoenas and reviewing subpoenaed documents.

r.     The L390 "Other Discovery" task code under the UTBMS model includes any other discovery.

s.     The L420 "Expert Witnesses" task code under the UTBMS model includes preparing for examination of expert witness, preparing for cross examination of expert witness.

t.     The L430 "Written Motions and Submissions" task code under the UTBMS model includes developing written motions during prep for trial; preparing for Motions in Limine; responding/arguing to written motions during prep for trial; and developing/reviewing written pre-trial filings/witness lists.

u.     The L450 "Trial and Hearing Attendance" task code under the UTBMS model includes appearing at trial; appearing at trial related hearings; appearing at court-mandated conferences; travel to and from trial and hearing; communication regarding trial progression.

6.     During the Application Period, Weintraub incurred actual and necessary expenses in the amount of $21,968.44 as follows:

| Category | Total |
|---|---|
| Litigation support vendors | $1,962.00 |
| Court/Filing Fees | $12,279.55 |
| On-Line Legal Research | $487.00 |
| Document Management | $1,017.34 |
| Messenger/Delivery Service | $6,222.50 |
| **Total Expenses** | **$21,968.44** |

7.     This is Counsel's first interim fee motion, so no previous fee motions have been filed.

8.     With respect to the Bankruptcy Rule 2016(a) requirements for attorney fee applications, Weintraub has received payments pursuant to the Court's order approving interim compensation procedures at ECF No. 212, which provides for payment of 80% of fees and 100% of costs.  Weintraub received a retainer prepetition from the Debtor, of which $210,754.20 remained on the Petition Date.  Thus, Weintraub has applied $64,614.74 of its retainer, such that it

has been paid 80% of fees and 100% of costs for the outstanding fees for August through December 31, 2023, as of the time this application was filed. The retainer balance as of December 31, 2023, was $146,139.46.

9. With respect to Bankruptcy Rule 2016(b), Weintraub has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

10. I certify that to the best of my knowledge Weintraub has complied with the U.S. Trustee's guidelines ("U.S. Trustee Guidelines").

11. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by the my firm's clients.

12. With respect to the identity of the billers, the billing includes JJ, PG, and BG, staff members who billed to this matter. JJ, Judith Janney, is a legal assistant at Weintraub and assisted with fact investigation as needed in this case. Her billing rate during the period covered by this Application was $240 per hour. PG, Philip Green, is a contract attorney and assisted with discovery as needed in this case. His billing rate during the period covered by this Application was $250 per hour. BG, Brian Gonzaga, is a legal assistant at Weintraub and assisted with fact investigation and file management as needed in this case. His billing rate during the period covered by this Application was $225 per hour.

Case: 23-30564   Doc# 502   Filed: 02/28/24   Entered: 02/28/24 12:58:31   Page 7 of 151

13.     In accordance with UST Guidelines for Large Cases, Weintraub prepared budgets and staffing plans for period during the application which were reviewed with and approved by the Debtor.

14.     As required by the UST Large Case guidelines, Weintraub provides the following:

a.      Weintraub did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

b.      If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?  No, the fees requested were substantially under the fees budgeted for the time period.

c.      Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? No.

d.      Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  No.

e.      Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  No.

f.      The fee application does not include any rate increases since retention. Weintraub hourly rates were adjusted effective February 2024 by the filing of an appropriate notice at ECF 409.

15.     I respectfully submit that all the billings and expenses have been reasonable and necessary in this case and respectfully request that they be approved.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 21, 2024, at Sacramento, California.

_____
PAUL E. Gaspari

1

**Exhibit A**

2
Weintraub Invoices

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 23-30564    Doc# 502    Filed: 02/28/24    Entered: 02/28/24 12:58:31    Page 9 of
151

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000000 | General matters | 98467540 | $3,510.00 | $0.00 | $3,510.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,987.00 |
| Current Charges | $3,510.00 |
| Less Retainer Applied | $3,987.00 |
| **Balance Due:** | **$3,510.00** |

| | |
|---|---|
| **Retainer Balance** | **$209,511.48** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

October 11, 2023
Client: 150363
Matter: 000000
Invoice #: 98467540

Page: 1

RE: General matters

For Professional Services Rendered Through September 30, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/22/2023 | DCZ | Drafting outline for preparation of Msgr. Vergara and Fr. Quito for criminal testimony. [B200 - B210](0.90) | 0.90 | $405.00 |
| 8/22/2023 | DCZ | Meeting with Msgr. Vergara and Fr. Quito to prepare for trial testimony preparation. [L110 - A109](5.20) | 5.20 | $2,340.00 |
| 8/22/2023 | DCZ | Phone call with Paula Carney regarding result of trial preparation meeting with Msgr. Vergara and Fr. Quito. [B200 - B210](0.30) | 0.30 | $135.00 |
| 8/23/2023 | DCZ | Drafting correspondence to District Attorney regarding testimony of Msgr. Vergara and Fr. Quito. [B200 - B210](0.30) | 0.30 | $135.00 |
| 8/23/2023 | DCZ | Phone call with Msgr. Vergara regarding criminal trial testimony. [B200 - B210](0.20) | 0.20 | $90.00 |
| 8/24/2023 | DCZ | Drafted correspondence to District Attorney regarding criminal testimony of Msgr. Vergara and Fr. Quito. [B200 - B210](0.30) | 0.30 | $135.00 |
| 8/24/2023 | DCZ | Phone call with Msgr. Vergara regarding scheduling of testimony at criminal trial. [B200 - B210](0.20) | 0.20 | $90.00 |
| 8/29/2023 | DCZ | Memos to District Attorney regarding continued trial date and criminal testimony of Msgr. Vergara and Fr. Quito. [B200 - B210](0.40) | 0.40 | $180.00 |
| | | **Total Services** | 7.80 | $3,510.00 |

The Archdiocese of San Francisco

RE: General matters

October 11, 2023
Client: 150363
Matter: 000000
Invoice #: 98467540

Page: 2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 7.80 | $450.00 | $3,510.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $951,153.00 | Previous Balance | $3,987.00 |
| | | Current Charges | $3,510.00 |
| Total Disbursements to Date: | $31,685.80 | Less Retainer Applied | $3,987.00 |
| Total to Date: | $982,838.80 | **Balance Due** | **$3,510.00** |

| | |
|---|---|
| **Retainer Balance** | **$209,511.48** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B200 | Business Operations | 2.60 | $1,170.00 |
| E100 | Delivery/Messenger | 0.00 | $0.00 |
| L110 | Fact Investigation/Development - Appear For/Atter | 5.20 | $2,340.00 |
| | **Total Hours** | **7.80** | |
| | **Total Fees:** | | **$3,510.00** |



**weintraub**|**tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98467541 | $10,894.00 | $0.00 | $10,894.00 |

Current Summary

Current Charges        $10,894.00
**Balance Due:**        **$10,894.00**

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

October 11, 2023
Client:        150363
Matter:        900036
Invoice #:     98467541

Page:            1

RE: Bankruptcy

For Professional Services Rendered Through September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/23/2023 | DCZ | Conference call with all diocesan counsel regarding diocesan issues. [B200 - B210](0.60) | 0.60 | $285.00 |
| 8/23/2023 | PEG | Call with Jeff Anderson regarding approach to carriers. [B100 - B150](0.30) | 0.30 | $172.50 |
| 8/23/2023 | PEG | Call with Ed Zawitoski regarding settlement overview. [B200 - B210](0.30) | 0.30 | $172.50 |
| 8/23/2023 | PEG | 1st day motions hearing preparation meeting. [B100 - B190](0.40) | 0.40 | $230.00 |
| 8/23/2023 | PEG | Review initial order from Judge Montali. [B100 - B190](0.30) | 0.30 | $172.50 |
| 8/24/2023 | PEG | Appearance at 1st day motions hearing. [B100 - B190](1.50) | 1.50 | $862.50 |
| 8/24/2023 | PEG | Follow up call with Pascuzzi and clients regarding hearing. [B100 - B190](0.60) | 0.60 | $345.00 |
| 8/25/2023 | PEG | Exchange with Alan Martin regarding number of Fact Sheets actually received to date. [B300 - B310](0.20) | 0.20 | $115.00 |
| 8/25/2023 | PEG | Exchange with Paul Pascuzzi and Alan Martin re potential for expert retention; review CV. [L420 - A107](0.30) | 0.30 | $172.50 |
| 8/28/2023 | PEG | Exchanges with Paul Pascuzzi regarding certificates of merit and automatic stay. [B100 - B190](0.30) | 0.30 | $172.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 11, 2023
Client:      150363
Matter:      900036
Invoice #:   98467541

Page:          2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/29/2023 | PEG | Multiple emails with Paula Carney regarding KQED radio presentation on Chapter 11 proceeding. [B200 - B210](0.30) | 0.30 | $172.50 |
| 8/30/2023 | DCZ | Phone call with Paul Pascuzzi discussing stipulating to relief from stay for certificate of merit execution. [B100 - B190](0.40) | 0.40 | $190.00 |
| 8/30/2023 | DCZ | Conference call with other counsel regarding stipulating to relief from stay for certificate of merit review. [B100 - B190](0.60) | 0.60 | $285.00 |
| 8/30/2023 | PEG | Call with Diocesan defense counsel regarding strategies in 5108. [L120 - A107](0.50) | 0.50 | $287.50 |
| 8/30/2023 | PEG | Call with Pascuzzi regarding certificate of merit processing and the automatic stay. [B100 - B190](0.30) | 0.30 | $172.50 |
| 8/30/2023 | PEG | Conference call with counsel for Oakland regarding certificate of merit process and automatic stay. [B100 - B190](0.50) | 0.50 | $287.50 |
| 8/31/2023 | PEG | Call with Paula Carney regarding automatic stay issues. [B100 - B190](0.30) | 0.30 | $172.50 |
| 8/31/2023 | PEG | Review Camden decision regarding plan confirmation; exchanges with Pascuzzi and Martin. [B300 - B320](0.40) | 0.40 | $230.00 |
| 8/31/2023 | PEG | Exchange with Pascuzzi regarding fees. [B100 - B160](0.20) | 0.20 | $115.00 |
| 9/1/2023 | PEG | Exchange with Pascuzzi regarding selection of creditors committee. [B100 - B150](0.30) | 0.30 | $172.50 |
| 9/5/2023 | DCZ | Drafted email to San Mateo District Attorney about criminal trial testimony. [B200 - B210](0.30) | 0.30 | $142.50 |
| 9/12/2023 | GDR | ( ██████████ ) Review correspondence regarding unclaimed T Rowe Price ERA Fund; prepare email to Paula Carney regarding same. [B200 - B210](0.30) | 0.30 | $181.50 |
| 9/18/2023 | DCZ | Phone call with Thomas Phinney regarding unknown claimants fund. [B300 - B310](0.30) | 0.30 | $142.50 |
| 9/18/2023 | PEG | Call with Tom Phinney regarding future claims rep. [B300 - B310](0.30) | 0.30 | $172.50 |
| 9/18/2023 | PEG | Review of memorandum from Pascuzzi regarding 341 hearing. [B100 - B150](0.20) | 0.20 | $115.00 |
| 9/18/2023 | PEG | Conference call with Paul Pascuzzi, Alan Martin and financial advisor regarding valuations. [L420 - A107](0.80) | 0.80 | $460.00 |
| 9/19/2023 | PEG | Follow up call with Weinstein regarding potential experts. [L420 - A107](0.30) | 0.30 | $172.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 11, 2023
Client:       150363
Matter:       900036
Invoice #:    98467541

Page:         3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/19/2023 | PEG | Further exchange with Phinney regarding future claims. [B300 - B310](0.20) | 0.20 | $115.00 |
| 9/20/2023 | PEG | Telephone call with Alan Martin regarding upcoming 341 hearing. [B100 - B150](0.30) | 0.30 | $172.50 |
| 9/20/2023 | PEG | Call with Paul Pascuzzi regarding 341 hearing. [B100 - B150](0.30) | 0.30 | $172.50 |
| 9/25/2023 | DCZ | Drafting correspondence to Paula Carney summarizing settlements during past year. [B100 - B150](0.50) | 0.50 | $237.50 |
| 9/26/2023 | PEG | Call from Pascuzzi regarding 341 hearing. [B100 - B150](0.20) | 0.20 | $115.00 |
| 9/26/2023 | PEG | Call with Paula Carney regarding 341 hearing preparation. [B100 - B150](0.30) | 0.30 | $172.50 |
| 9/27/2023 | PEG | Call with Archbishop, Fr. Sommerhays, Joe Passarello, Paula Carney and Paul Pascuzzi regarding 341 hearing. [B100 - B150](1.40) | 1.40 | $805.00 |
| 9/27/2023 | PEG | Preparation of edits to public statements. [B200 - B210](0.40) | 0.40 | $230.00 |
| 9/28/2023 | PEG | Pre- hearing meeting with Fr. Summerhays, Joe Passarello and Paul Pascuzzi. [B100 - B190](0.80) | 0.80 | $460.00 |
| 9/28/2023 | PEG | Attend 341 hearing. [B100 - B150](2.70) | 2.70 | $1,552.50 |
| 9/28/2023 | PEG | Post-hearing meeting with clients. [B100 - B150](1.00) | 1.00 | $575.00 |
| 9/29/2023 | PEG | Review of email from Pascuzzi confirming continuation of 341 hearing. [B100 - B150](0.20) | 0.20 | $115.00 |
| | | **Total Services** | 19.40 | $10,894.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|-----|------------------|-------------|-------|----------|------------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 16 4 ~~16.70~~ | $575.00 | ~~$9,602.50~~ 9430 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.70 | $475.00 | $1,282.50 |
| GDR | Gary D. Rothstein | OF COUNSEL | 0.30 | $605.00 | $181.50 |

19 4          10,894.-

| | |
|---|---|
| Total Fees to Date: | $10,894.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $10,894.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 11, 2023
Client:      150363
Matter:      900036
Invoice #:   98467541

Page:        4

| Current Charges | $10,894.00 |
| Balance Due | $10,894.00 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Meetings of and Communications with Creditors | 7.70 | $4,377.50 |
| B100 | Fee/Employment Applications | 0.20 | $115.00 |
| B100 | Other Contested Matters (excluding assumption/re | 6.00 | $3,350.00 |
| B200 | Business Operations | 2.20 | $1,184.00 |
| B300 | Claims Administration and Objections | 1.00 | $545.00 |
| B300 | Plan and Disclosure Statement (including Business | 0.40 | $230.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.50 | $287.50 |
| L420 | Expert Witnesses - Communicate/Other Counsel | 1.70 | $805.00 |
| | **Total Hours** | **19.40** | |

**Total Fees:** **$10,894.00**

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | Archdiocese of San Francisco | 98467224 | $60.00 | $1,099.54 | $1,159.54 |

| | |
|---|---|
| Previous Balance | $1,795.94 |
| Current Charges | $1,159.54 |
| Less Retainer Applied | $1,795.94 |
| **Balance Due:** | **$1,159.54** |

| | |
|---|---|
| Retainer Balance | **$965.94** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:        150363
Matter:        000390
Invoice #:   98467224

Page:                 1

RE:   ███████ v. Archdiocese of San Francisco

For Professional Services Rendered Through September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/29/2023 | JJAN | Process records received from Array: Kaiser Permanente; Ralph's Grocery Company; San Jose City College; Teamsters Union Local 572. [L110 - A110](0.25) | 0.25 | $60.00 |
| | | **Total Services** | 0.25 | $60.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|-----|-------|-------|------|--------|
| JJAN | Judith Janney | PARALEGAL | 0.25 | $240.00 | $60.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/29/2023 | One Legal, LLC- Filing fee- Filing, Notice/Proof of Service, San Francisco County Superior Court [E100 - E112] | $12.95 |

The Archdiocese of San Francisco

RE: ■■■■■ v. Archdiocese of San Francisco

October 11, 2023
Client:            150363
Matter:            000390
Invoice #:      98467224

Page:                 2

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/29/2023 | OnDemand Legal, Inc- Filing fee- Filing, Defendant's Notice of Motion and Motion to Bifurcate Trial/Defendant's Motion in Limine No. 1: to Prohibit Mention of Defendant's Wealth or Profits; Defendant's Memorandum of Points and Authorities in Support of Motion to Bifurcate Trial; Request for Judicial Notice and Defendant's Motion to Bifurcate Trial, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $530.04 |
| 8/29/2023 | OnDemand Legal, Inc- Filing fee- Filing, Defendant's Motion in Limine No. 2 - 3/Declaration of Zachary Smith in Support of Defendant's Motions in Limine/Proof of Service, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $303.00 |
| 8/29/2023 | OnDemand Legal, Inc- Filing fee- Filing, Proof of Service/Answer to Second Amended Notice of Adoption of the Master Complaint, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $91.55 |
| 9/5/2023 | Case Anywhere LLC- Service- Document service fee [E100 - E124] | $162.00 |
| | **Total Expenses** | **$1,099.54** |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $159,374.00 | Previous Balance | | $1,795.94 |
| Total Disbursements to Date: | $35,837.22 | Current Charges | | $1,159.54 |
| Total to Date: | $195,211.22 | Less Retainer Applied | | $1,795.94 |
| | | **Balance Due** | | **$1,159.54** |

| | |
|---|---|
| **Retainer Balance** | **$965.94** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $937.54 |
| E100 | Other | 0.00 | $162.00 |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

October 11, 2023
Client: 150363
Matter: 000390
Invoice #: 98467224

Page: 3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Manage Data/Fil | 0.25 | $60.00 |
| | Total Hours | 0.25 | |
| | Total Fees: | | $60.00 |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

*Current Fees & Expenses*

| Matter # | Description | | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| 000398 | | v. Doe 1, et al. | 98467207 | $540.00 | $133.00 | $673.00 |

| | |
|---|---|
| Previous Balance | $1,069.50 |
| Current Charges | $673.00 |
| Less Payments | $1,069.50 |
| **Balance Due:** | **$673.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:     150363
Matter:    000398
Invoice #:  98467207
Page:      1

RE: ██████████████████████ v. Doe 1, et al.

For Professional Services Rendered Through September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/29/2023 | JJAN | Process records received from Array: Balboa High School; California State Prison Solano; Downtown High School; Emery High School; George Washington High School; Placer County Sheriff's Office; Terra Linda High School; University of Phoenix. [L110 - A110](0.35) | 0.35 | $84.00 |
| 8/29/2023 | JJAN | Process records received from Array: Balboa High School; Coastline Community College, Administrative Center; Institute of Business and Technology; John F Kennedy High School; Macro Plastics. [L110 - A110](0.25) | 0.25 | $60.00 |
| 8/29/2023 | JJAN | Process records received from Array: San Francisco Department of Public Health. [L110 - A110](0.30) | 0.30 | $72.00 |
| 8/29/2023 | JJAN | Process records received from Array: San Francisco Unified School District. [L110 - A110](0.30) | 0.30 | $72.00 |
| 8/29/2023 | JJAN | Process records received from Array: California Correctional Health Care Services. [L110 - A110](0.20) | 0.20 | $48.00 |
| 8/29/2023 | JJAN | Process records received from Array: CDCR - Archive Unit; Placer County Sheriff's office (███████████). [L110 - A110](0.20) | 0.20 | $48.00 |
| 8/29/2023 | JJAN | Process records received from Array: Contra Costa County Jail; Napa County Jail; Sacramento County Jail San Mateo County Office Main Jail; California State Prison Solano (████████). [L110 - A110](0.25) | 0.25 | $60.00 |

The Archdiocese of San Francisco

RE: ████████████ v. Doe 1, et al.

October 11, 2023
Client:        150363
Matter:        000398
Invoice #:   98467207

Page:              2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/29/2023 | JJAN | Process records received from Array: Solano County Sheriff's Office (████████). [L110 - A110](0.20) | 0.20 | $48.00 |
| 8/29/2023 | JJAN | Process records received by Array: TrueBlue; Adult Custody Health Services for Santa Clara County; Placer County Sheriff's Office (████████). [L110 - A110](0.20) | 0.20 | $48.00 |
| | | **Total Services** | 2.25 | $540.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|-----|-----|-------|-------|------|--------|
| JJAN | Judith Janney | PARALEGAL | 2.25 | $240.00 | $540.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 8/29/2023 | Array- Service- Placer County Sheriff's Office re. ████████ [E100 - E112] | $133.00 |
| | **Total Expenses** | $133.00 |

| Total Fees to Date: | $65,567.50 | Previous Balance | $1,069.50 |
|---|---|---|---|
| Total Disbursements to Date: | $12,857.12 | Current Charges | $673.00 |
| Total to Date: | $78,424.62 | Less Payments | $1,069.50 |
| | | **Balance Due** | **$673.00** |

The Archdiocese of San Francisco

RE: ███████████████████████ v. Doe 1, et al.

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $133.00 |
| L110 | Fact Investigation/Development - Manage Data/Fil | 2.25 | $540.00 |
| | **Total Hours** | **2.25** | |
| | **Total Fees:** | | **$540.00** |



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, ESQ

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000399 | John Doe ▮▮▮▮. Doe 1, et al. | 98466414 | $72.00 | $0.00 | $72.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $72.00 |
| Balance Due: | $72.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, ESQ

October 11, 2023
Client:         150363
Matter:        000399
Invoice #: 98466414

Page:              1

RE: John Doe ▮▮▮▮▮▮▮▮▮ v. Doe 1, et al.
    Insurance claim # GHC0034685

For Professional Services Rendered Through        September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|--|
| 8/29/2023 | JJAN | Process records received by Array: Santa Clara County Electrical JATC; Federal Realty Investment Trust; Cupertino Electric, Inc.; ▮▮▮▮▮ LMFT. | 0.30 | |
| | | **Total Services** | 0.30 | $72.00 |

## Timekeeper Summary

| | | Hours | Rate | Amount |
|--|--|-------|------|--------|
| JJAN | Judith Janney | 0.30 | $240.00 | $72.00 |

| | | |
|--|--|--|
| Current Charges | | $72.00 |
| Balance Due | | $72.00 |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000415 | John ███ Doe ███████ v. Doe 1, et al. | 98467225 | $0.00 | $4,728.46 | $4,728.46 |

| | |
|---|---|
| Previous Balance | $25,808.05 |
| Current Charges | $4,728.46 |
| Less Retainer Applied | $25,808.05 |
| **Balance Due:** | **$4,728.46** |

| | |
|---|---|
| Retainer Balance | **$1,216.25** |

# Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 11, 2023
Client:            150363
Matter:            000415
Invoice #:      98467225

Page:                1

RE: John ███ Doe ████████ v. Doe 1, et al.

For Professional Services Rendered Through September 30, 2023

---

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/5/2023 | Case Anywhere LLC- Service- Document service fee [E100 - E124] | $192.00 |
| 9/18/2023 | OnDemand Legal, Inc- Filing fee- Filing, Defendant's Memorandum of Points and Authorities in Support of Motion to Bifurcate Trial;Proof of Service;Defendant's Motion in Limine No. 1: to Prohibit Mention of Defendant's Wealth or Profits; Proof of Service; Declaration of Zachary Smith in Support of Defendant's Opposition to Plaintiffs' Joint Motion to Consolidate Cases for Trial [Public Redacted Materials], San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $1,577.79 |
| 9/18/2023 | OnDemand Legal, Inc- Filing fee- Filing, Answer to "Second Amended Notice of Adoption Form" and "Second Amended Master Complaint for Damages"/Proof of Service, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $91.61 |
| 9/18/2023 | OnDemand Legal, Inc- Filing fee- Filing, Answer to "Second Amended Notice of Adoption Form" and "Second Amended Master Complaint for Damages", Alameda Superior Court, 8/18/2023 [E100 - E112] | $171.61 |
| 9/21/2023 | OnDemand Legal, Inc- Filing fee- Filing, Defendant's Notice and Motion to Strike Irrelevant and Improper Matter from Plaintiff's Pleading/Defendant's Memorandum of Points and Authorities in Support of Motion to Strike Irrelevant and Improper Matter from Plaintiff's Pleading/Defendant's Motion in Limine 2-4, San Francisco County Superior Court, 8/18/2023 [E100 - E112] | $372.50 |

The Archdiocese of San Francisco

RE: John ▆ Doe (▆▆▆▆▆) v. Doe 1, et al.

October 11, 2023
Client:        150363
Matter:       000415
Invoice #:   98467225

Page:              2

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/24/2023 | Park Dietz & Associates, Inc- Filing fee- Deposition transcript review & correction  [E100 - E112] | $2,310.00 |
| 9/30/2023 | One Legal, LLC- Service- Filing, Notice/Proof of Service, San Francisco County Superior Court [E100 - E112] | $12.95 |
| | **Total Expenses** | $4,728.46 |

| | | | |
|--|--|--|--|
| Total Fees to Date: | $469,013.50 | Previous Balance | $25,808.05 |
| Total Disbursements to Date: | $141,065.76 | Current Charges | $4,728.46 |
| Total to Date: | $610,079.26 | Less Retainer Applied | $25,808.05 |
| | | **Balance Due** | **$4,728.46** |

**Retainer Balance**          **$1,216.25**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | On-Line Research | 0.00 | $0.00 |
| E100 | Court Fees | 0.00 | $4,536.46 |
| E100 | Other | 0.00 | $192.00 |
| | **Total Hours** | **0.00** | |
| | | **Total Fees:** | **$0.00** |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, ESQ

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000421 | ▮ v. Archdiocese of San Francisco, et al. | 98466415 | $72.00 | $0.00 | $72.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $72.00 |
| Balance Due: | $72.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, ESQ

October 11, 2023
Client:      150363
Matter:      000421
Invoice #: 98466415

Page:           1

RE: ▮▮▮▮▮ v. Archdiocese of San Francisco, et al.
Insurance claim # GHC0035321

For Professional Services Rendered Through      September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours |
|------|----------|-------------------------|-------|
| 8/29/2023 | JJAN | Process records from Array: Santa Clara Valley Medical Center; County of Santa Clara Employee Services Agency. | 0.30 |

| | Total Services | 0.30 | $72.00 |
|--|--|--|--|

### Timekeeper Summary

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| JJAN | Judith Janney | 0.30 | $240.00 | $72.00 |

| | Current Charges | $72.00 |
|--|--|--|
| | Balance Due | $72.00 |



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, ESQ

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000435 | John Doe ███ v. Doe 1, et al. | 98466432 | $0.00 | $238.00 | $238.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $263.36 |
| Current Charges | $238.00 |
| Less Payments | $263.36 |
| Balance Due: | $238.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, ESQ

October 11, 2023
Client:          150363
Matter:          000435
Invoice #: 98466432

Page:                1

RE: John Doe███ v. Doe 1, et al.
Claim No. GHC0037013

For Professional Services Rendered Through        September 30, 2023

EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/22/2023 | Array- Records- Prestige Ford re.███████ | $238.00 |
| | **Total Expenses** | $238.00 |

| | |
|------|--------|
| Previous Balance | $263.36 |
| Current Charges | $238.00 |
| Less Payments | $263.36 |
| Balance Due | $238.00 |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:    Paula Carney, ESQ

October 11, 2023
Client:          150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000436 | John Doe     v. Doe 1, et al. | 98466416 | $72.00 | $0.00 | $72.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $311.00 |
| Current Charges | $72.00 |
| Less Payments | $311.00 |
| **Balance Due:** | $72.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, ESQ

October 11, 2023
Client: 150363
Matter: 000436
Invoice #: 98466416

Page: 1

RE: John Doe ▮▮▮▮ v. Doe 1, et al.

Insurance claim # GHC0036992

For Professional Services Rendered Through    September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|-------------------------|-------|--|
| 8/29/2023 | JJAN | Process records from Array: George Washington University Law School. | 0.30 | |
| | | **Total Services** | 0.30 | $72.00 |

## Timekeeper Summary

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| JJAN | Judith Janney | 0.30 | $240.00 | $72.00 |

| | |
|------------------|----------|
| Previous Balance | $311.00 |
| Current Charges | $72.00 |
| Less Payments | $311.00 |
| Balance Due | $72.00 |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, ESQ

October 11, 2023
Client:          150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000444 | John ████ Doe ████████ | 98466417 | $48.00 | $0.00 | $48.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $48.00 |
| **Balance Due:** | $48.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

### weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney, ESQ

October 11, 2023
Client:        150363
Matter:        000444
Invoice #: 98466417

Page:            1

RE:  John ▓▓ Doe ▓▓▓▓▓▓
Insurance Claim # GHC0035323

For Professional Services Rendered Through    September 30, 2023

---

### SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|-------------------------|-------|--|
| 8/29/2023 | JJAN | Process records from Array: Adventist Health California Medical Group, Inc. | 0.20 | |
| | | **Total Services** | 0.20 | $48.00 |

### Timekeeper Summary

| | | Hours | Rate | Amount |
|--|--|-------|------|--------|
| JJAN | Judith Janney | 0.20 | $240.00 | $48.00 |

| | |
|--|--|
| Current Charges | $48.00 |
| Balance Due | $48.00 |



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000464 | John Doe ███████ v. The Roman Catholic Ar | 98466433 | $0.00 | $179.34 | $179.34 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $179.34 |
| Balance Due: | $179.34 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 0022034B7

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client:        150363
Matter:       000464
Invoice #: 98466433

Page:             1

RE:  John Doe ███████████ v. The Roman Catholic Archbishop of
     GHC0044705

For Professional Services Rendered Through        September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/12/2023 | Array- Records- Richard J. Shaw, M.D. re. ██████████ | $179.34 |

|  | Total Expenses | $179.34 |
|--|----------------|---------|

|  | Current Charges | $179.34 |
|--|-----------------|---------|
|  | Balance Due | $179.34 |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000469 | John Doe ███████████ | 98467213 | $0.00 | $469.00 | $469.00 |

Current Charges     $469.00
**Balance Due:**     **$469.00**

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:       150363
Matter:       000469
Invoice #:    98467213

Page:              1

RE: John Doe █████████ ████████████████

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | Array- Records- San Francisco State University re. ███████ Suarez [E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- UPS Supply Chain Solutions re. ███████ Suarez [E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- UPS SCS re. ██████████ [E100 - E107] | $133.00 |
| | **Total Expenses** | $469.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $4,499.00 | Current Charges | $469.00 |
| Total Disbursements to Date: | $2,087.45 | **Balance Due** | **$469.00** |
| Total to Date: | $6,586.45 | | |

The Archdiocese of San Francisco

RE: John Doe ████████ █████████████████

October 11, 2023
Client:        150363
Matter:        000469
Invoice #:   98467213

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $469.00 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000470 | John Doe ███████ ████████ | 98467214 | $0.00 | $311.50 | $311.50 |

Account Summary

| | |
|---|---|
| Previous Balance | $1,665.50 |
| Current Charges | $311.50 |
| Less Payments | $1,665.50 |
| **Balance Due:** | **$311.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363
Matter:          000470
Invoice #:     98467214
Page:                  1

RE:  John Doe ██████ (███████████)

For Professional Services Rendered Through September 30, 2023

### EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | Array- Service- College of San Mateo re. ██████████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Pacific Management Group re. ██████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Furtado, Jaspovice, & Simons re ██████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Local Union 913 re. ████████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- ████████ re. ██████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Sitike Clinic re. ████████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- ████████████ E100 - E107] | $44.50 |
|  | **Total Expenses** | **$311.50** |

| | |
|---|---|
| Total Fees to Date: | $2,503.00 |
| Total Disbursements to Date: | $1,765.95 |
| Total to Date: | $4,268.95 |

The Archdiocese of San Francisco

RE: John Doe███████ ▌

October 11, 2023
Client:          150363
Matter:          000470
Invoice #:    98467214

Page:                2

| | |
|---|---|
| Previous Balance | $1,665.50 |
| Current Charges | $311.50 |
| Less Payments | $1,665.50 |
| **Balance Due** | **$311.50** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Delivery/Messenger | 0.00 | $311.50 |

|  | | |
|---|---|---|
| **Total Hours** | 0.00 | |
| **Total Fees:** | $0.00 | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:      150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000471 | Doe 1, et al. | 98467215 | $0.00 | $466.00 | $466.00 |

Current Summary

| | |
|---|---|
| Current Charges | $466.00 |
| **Balance Due:** | **$466.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client: 150363
Matter: 000471
Invoice #: 98467215
Page: 1

RE: ████████ Doe 1, et al.

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | Array- Records- Abraham Lincoln High School re. ████████ [E100 - E107] | $116.50 |
| 9/21/2023 | Array- Records- Good Samaritan Hospital re. ████████ E100 - E107] | $116.50 |
| 9/21/2023 | Array- Records- Palo Alto VA Medical Center re. ████████ [E100 - E107] | $116.50 |
| 9/21/2023 | Array- Records- Union School District re. ████████ [E100 - E107] | $116.50 |
| | **Total Expenses** | **$466.00** |

| | | | |
|------|------|------|------|
| Total Fees to Date: | $4,675.00 | Current Charges | $466.00 |
| Total Disbursements to Date: | $617.50 | **Balance Due** | **$466.00** |
| Total to Date: | $5,292.50 | | |

The Archdiocese of San Francisco
RE: ▮▮▮▮▮▮ v. Doe 1, et al.

October 11, 2023
Client:        150363
Matter:        000471
Invoice #:    98467215

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $466.00 |
| | | **Total Hours** 0.00 | |
| | | **Total Fees:** $0.00 | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000476 | | 98467208 | $0.00 | $2,889.90 | $2,889.90 |

Account Summary

Current Charges         $2,889.90
**Balance Due:**         **$2,889.90**

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

 **weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: 

October 11, 2023
Client:       150363
Matter:     000476
Invoice #:  98467208
Page:         1

For Professional Services Rendered Through September 30, 2023

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | One Legal, LLC- Filing fee- Filing, Answer/Proof of Service, Alameda County Superior Court [E100 - E112] | $2,889.90 |
| | **Total Expenses** | $2,889.90 |

| Total Fees to Date: | $798.00 | Current Charges | $2,889.90 |
|---|---|---|---|
| Total Disbursements to Date: | $2,889.90 | **Balance Due** | **$2,889.90** |
| Total to Date: | $3,687.90 | | |

The Archdiocese of San Francisco

RE:

October 11, 2023
Client:        150363
Matter:        000476
Invoice #:     98467208

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $2,889.90 |
| | **Total Hours** | **0.00** | |
| | **Total Fees:** | | **$0.00** |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000513 | John Doe [redacted] aka [redacted] v Doe 1, et al. | 98467216 | $0.00 | $1,046.50 | $1,046.50 |

Client Summary

| | |
|---|---|
| Previous Balance | $1,513.50 |
| Current Charges | $1,046.50 |
| Less Payments | $1,513.50 |
| **Balance Due:** | **$1,046.50** |

# Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
| | |
|---|---|
| Client: | 150363 |
| Matter: | 000513 |
| Invoice #: | 98467216 |
| Page: | 1 |

RE: John Doe ████ aka ████████ v Doe 1, et al.

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 9/21/2023 | Array- Service- Jeff Anderson & Associates re. ████ [E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- San Francisco Unified School District re. ████ [E100 - E107] | $116.50 |
| 9/21/2023 | Array- Records- Mt Diablo Unified School District re ████ E100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- Acalanes Union High School District re ████ [100 - E107] | $168.00 |
| 9/21/2023 | Array- Records- John Adams CC re ████ [E100 - E107] | $258.00 |
| 9/21/2023 | Array- Records- re ████ [100 - E107] | $168.00 |
| | Total Expenses | $1,046.50 |

| | |
|---|---|
| Total Fees to Date: | $1,898.50 |
| Total Disbursements to Date: | $1,046.50 |
| Total to Date: | $2,945.00 |

The Archdiocese of San Francisco

RE: John Doe ████ ak ████ v Doe 1, et al.

| | |
|---|---|
| Previous Balance | $1,513.50 |
| Current Charges | $1,046.50 |
| Less Payments | $1,513.50 |
| **Balance Due** | **$1,046.50** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Delivery/Messenger | 0.00 | $1,046.50 |
| | **Total Hours** | **0.00** | |
| | **Total Fees:** | **$0.00** | |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through          September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000515 | | 98466438 | $83.00 | $0.00 | $83.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $83.00 |
| Balance Due: | $83.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client:      150363
Matter:      000515
Invoice #: 98466438

Page:          1

RE: ████████████

For Professional Services Rendered Through      September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 9/18/2023 | BJLE | Telephone call with Wayne Weitz regarding requested information for bankruptcy statement. | 0.20 | |
| | | **Total Services** | 0.20 | **$83.00** |

### Timekeeper Summary

| | | Hours | Rate | Amount |
|------|----------------|-------|----------|---------|
| BJLE | Benjamin J. Lewis | 0.20 | $415.00 | $83.00 |

| | | |
|---|---|---|
| | Current Charges | $83.00 |
| | Balance Due | $83.00 |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
Orie Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000546 | | 98467217 | $0.00 | $1,315.66 | $1,315.66 |

| | |
|---|---|
| Previous Balance | $899.50 |
| Current Charges | $1,315.66 |
| Less Payments | $899.50 |
| **Balance Due:** | **$1,315.66** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363
Matter:        000546
Invoice #:     98467217

Page:          1

RE: ██████████████

For Professional Services Rendered Through September 30, 2023

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/7/2023 | Array- Filing fee- Regarding ████████ case number: JCCP 5108; 22CV015046 [E100 - E112] | $191.18 |
| 9/7/2023 | Array- Filing fee- Regarding ████████ Case Number: JCCP 5108; 22CV015046 [E100 - E112] | $156.18 |
| 9/10/2023 | Array- Filing fee- Regarding ████████ Case Number: JCCP 5108; 22CV015046 [E100 - E112] | $124.30 |
| 9/21/2023 | Array- Service- Peralta Community College District re ████████ [E100 - E107] | $114.50 |
| 9/21/2023 | Array- Service- Intelliswift Software Inc. re. ████████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Collabera LLC re. ████████ [E100 - E107] | $166.00 |
| 9/21/2023 | Array- Service- Techlink Systems re. ████████ [E100 - E107] | $149.50 |
| 9/21/2023 | Array- Service- Ipost re. ████████ [E100 - E107] | $166.00 |
| 9/21/2023 | Array- Service- Westaff re. ████████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Roth Staffing Companies L.P. re ████████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Records- The Judge Group re. ████████ [E100 - E107] | $114.50 |

The Archdiocese of San Francisco

RE: ████████

October 11, 2023
Client:        150363
Matter:        000546
Invoice #:   98467217

Page:            2

## EXPENSES

| Date | Description of Expenses | | Amount |
|------|------------------------|---|--------|
| | | Total Expenses | $1,315.66 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $750.00 | Previous Balance | $899.50 |
| Total Disbursements to Date: | $1,465.16 | Current Charges | $1,315.66 |
| Total to Date: | $2,215.16 | Less Payments | $899.50 |
| | | **Balance Due** | **$1,315.66** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $844.00 |
| E100 | Court Fees | 0.00 | $471.66 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |


**weintraub|tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363

For Professional Services Rendered Through September 30, 2023

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000554 | ▇▇▇▇▇▇ | 98467226 | $0.00 | $969.50 | $969.50 |

| | |
|---|---|
| Previous Balance | $192.00 |
| Current Charges | $969.50 |
| Less Retainer Applied | $192.00 |
| Balance Due: | $969.50 |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: 

| | |
|---|---|
| October 11, 2023 | |
| Client: | 150363 |
| Matter: | 000554 |
| Invoice #: | 98467226 |
| Page: | 1 |

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/29/2023 | Array- Service- Veregy Consulting LLC re. ████ [E100 - E107] | $204.50 |
| 8/29/2023 | Array- Service- Beach Consulting, Inc. re. ████ [E100 - E107] | $166.00 |
| 8/29/2023 | Array- Service- Sure Power Consulting, LLC re. ████ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- Capgemini America, Inc. re. ████ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- Pacific Gas & Electric Company re ████ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- Itron Networked Solutions, Inc. re. ████ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- United Parcel Service, Inc. re. ████ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Service- Civil Rights & Compliance Office Cal Poly, SLO re. ████ [E100 - E107] | $44.50 |
| 8/29/2023 | Array- Records- Cuesta College re. ████ [E100 - E107] | $166.00 |
| 8/29/2023 | Array- Records- CSU East Bay re. ████ [E100 - E107] | $166.00 |

The Archdiocese of San Francisco

RE: █████████████

## EXPENSES

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| | Total Expenses | $969.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $960.00 | Previous Balance | $192.00 |
| Total Disbursements to Date: | $1,100.50 | Current Charges | $969.50 |
| Total to Date: | $2,060.50 | Less Retainer Applied | $192.00 |
| | | Balance Due | $969.50 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $969.50 |
| | | **Total Hours** 0.00 | |
| | | **Total Fees:** $0.00 | |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000581 | | 98467219 | $0.00 | $131.00 | $131.00 |

Billing Summary

| | |
|---|---|
| Previous Balance | $1,093.50 |
| Current Charges | $131.00 |
| Less Payments | $1,093.50 |
| Balance Due: | $131.00 |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:         150363
Matter:         000581
Invoice #:    98467219
Page:               1

RE: 

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | Array- Service- Placer County Sheriff's Office re. ███ [E100 - E107] | $131.00 |
| | Total Expenses | $131.00 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $1,093.50 | Previous Balance | $1,093.50 |
| Total Disbursements to Date: | $1,081.00 | Current Charges | $131.00 |
| Total to Date: | $2,174.50 | Less Payments | $1,093.50 |
| | | Balance Due | $131.00 |

The Archdiocese of San Francisco
RE: ████████

October 11, 2023
Client:        150363
Matter:        000581
Invoice #:     98467219

Page:             2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $131.00 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:    Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through         September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000651 | John ▇▇ Doe (▇▇▇▇▇▇) | 98466420 | $249.00 | $0.00 | $249.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $249.00 |
| Balance Due: | $249.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney, Esq.

October 11, 2023
Client:        150363
Matter:       000651
Invoice #: 98466420

Page:              1

RE:  John ███ Doe ████████

For Professional Services Rendered Through      September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 9/25/2023 | BJLE | preparation of response to Paula Carney regarding information and documents related to ████ ████████ | 0.60 | |
| | | **Total Services** | 0.60 | $249.00 |

### Timekeeper Summary

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.60 | $415.00 | $249.00 |

| | |
|---|---|
| Current Charges | $249.00 |
| Balance Due | $249.00 |



**weintraub|tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:     150363

**For Professional Services Rendered Through September 30, 2023**

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000660 | John ▮ Doe ▮ | 98467209 | $0.00 | $1,454.90 | $1,454.90 |

Current Charges       $1,454.90
**Balance Due:**      **$1,454.90**

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000660 |
| Invoice #: | 98467209 |
| Page: | 1 |

RE: John ███ Doe ███████

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 9/21/2023 | One Legal, LLC- Filing fee- Filing, Answer/Proof of Service, Alameda County Superior Court [E100 - E112] | $1,454.90 |

| | | |
|---|---|---|
| | Total Expenses | $1,454.90 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $873.50 | Current Charges | $1,454.90 |
| Total Disbursements to Date: | $1,454.90 | **Balance Due** | **$1,454.90** |
| Total to Date: | $2,328.40 | | |

The Archdiocese of San Francisco

RE: John █████ Doe (██████████)

October 11, 2023

Client: 150363
Matter: 000660
Invoice #: 98467209

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $1,454.90 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:    Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000695 | Jane Doe ███████████ | 98466443 | $207.50 | $0.00 | $207.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $207.50 |
| Balance Due: | $207.50 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney, Esq.

October 11, 2023
Client:        150363
Matter:      000695
Invoice #: 98466443

Page:            1

RE:  Jane Doe ███████ ████████████████

For Professional Services Rendered Through      September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 9/7/2023 | BJLE | Review of case file and analyze whether Notice of Claim must be filed for Diocese of Oakland Bankruptcy proceeding and prepare information for Paul Pascuzzi. | 0.50 | |
| | | **Total Services** | 0.50 | $207.50 |

### Timekeeper Summary

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.50 | $415.00 | $207.50 |

| | |
|---|---|
| Current Charges | $207.50 |
| Balance Due | $207.50 |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:      150363

For Professional Services Rendered Through September 30, 2023

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000697 | John Doe ████████████ | 98467210 | $0.00 | $12.95 | $12.95 |

Current Charges                    $12.95
**Balance Due:**                   $12.95

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:        150363
Matter:        000697
Invoice #:     98467210

Page:          1

RE:  John Doe ███ ████████████████

For Professional Services Rendered Through September 30, 2023

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | One Legal, LLC- Filing fee- Filing, Answer/Proof of Service, Alameda County Superior Court [E100 - E112] | $12.95 |
| | Total Expenses | $12.95 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $787.50 | Current Charges | $12.95 |
| Total Disbursements to Date: | $2,902.85 | **Balance Due** | **$12.95** |
| Total to Date: | $3,690.35 | | |

The Archdiocese of San Francisco

RE: John Doe ██ █

October 11, 2023
Client:        150363
Matter:        000697
Invoice #:    98467210

Page:             2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $12.95 |

**Total Hours**    0.00

**Total Fees:**  $0.00



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

Current Fees & Expenses

| Matter # | Description | | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| 000719 | John | Doe | 98467211 | $0.00 | $1,454.90 | $1,454.90 |

Current Charges

| Current Charges | $1,454.90 |
|---|---|
| **Balance Due:** | **$1,454.90** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

October 11, 2023
Client:          150363
Matter:          000719
Invoice #:     98467211
Page:                    1

RE: John ████ Doe ████████████

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | One Legal, LLC- Filing fee- Filing, Answer/Proof of Service, Alameda County Superior Court [E100 - E112] | $1,454.90 |
| | **Total Expenses** | $1,454.90 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $839.50 | Current Charges | $1,454.90 |
| Total Disbursements to Date: | $1,454.90 | **Balance Due** | $1,454.90 |
| Total to Date: | $2,294.40 | | |

The Archdiocese of San Francisco

RE: John ███ Doe ██████████

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $1,454.90 |
| | | **Total Hours** 0.00 | |
| | | **Total Fees:** $0.00 | |



**weintraub|tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:   Paula Carney, Esq.

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000735 | ▉Doe▉ ▉ | 98466444 | $207.50 | $0.00 | $207.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $207.50 |
| Balance Due: | $207.50 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client:          150363
Matter:          000735
Invoice #: 98466444

Page:              1

RE:  ████ Doe ████  ████████████

For Professional Services Rendered Through     September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|--|
| 9/7/2023 | BJLE | Review of case file and analyze whether Notice of Claim must be filed for Diocese of Oakland Bankruptcy proceeding and prepare information for Paul Pascuzzi. | 0.50 | |
| | | **Total Services** | 0.50 | $207.50 |

## Timekeeper Summary

| | | Hours | Rate | Amount |
|--|--|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.50 | $415.00 | $207.50 |

|  | |
|--|--|
| Current Charges | $207.50 |
| Balance Due | $207.50 |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney, Esq.

October 11, 2023
Client: 150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000747 | Jane Doe ▉▉▉▉▉▉▉▉ | 98466445 | $207.50 | $0.00 | $207.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $207.50 |
| Balance Due: | $207.50 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:  Paula Carney, Esq.

October 11, 2023
Client:        150363
Matter:        000747
Invoice #: 98466445

Page:              1

RE:  Jane Doe ████████ █████████████

For Professional Services Rendered Through        September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|-------------------------|-------|---|
| 9/7/2023 | BJLE | Review of case file and analyze whether Notice of Claim must be filed for Diocese of Oakland Bankruptcy proceeding and prepare information for Paul Pascuzzi. | 0.50 | |
| | | **Total Services** | 0.50 | $207.50 |

## Timekeeper Summary

| | | Hours | Rate | Amount |
|---|---|-------|------|--------|
| BJLE | Benjamin J. Lewis | 0.50 | $415.00 | $207.50 |

| | | |
|---|---|---|
| Current Charges | | $207.50 |
| Balance Due | | $207.50 |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:    Paula Carney

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000759 | Jane Doe ██████████ | 98466447 | $180.00 | $0.00 | $180.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $180.00 |
| **Balance Due:** | **$180.00** |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to:  WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney

October 11, 2023
Client:          150363
Matter:          000759
Invoice #: 98466447

Page:             1

RE: Jane Doe███████████████

For Professional Services Rendered Through     September 30, 2023

### SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 9/26/2023 | BGON | Review and organize ███ personnel file. Code documents for privilege log. Run production and privilege log and upload to Sharefile. | 0.80 | |
| | | **Total Services** | 0.80 | $180.00 |

### Timekeeper Summary

| | | | Hours | Rate | Amount |
|---|---|---|-------|------|--------|
| BGON | Brian Gonzaga | | 0.80 | $225.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Current Charges | | | $180.00 |
| | | Balance Due | | | $180.00 |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention:    Paula Carney

October 11, 2023
Client:        150363

For Professional Services Rendered Through        September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000790 | John Doe ███ | 98466449 | $249.00 | $0.00 | $249.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $249.00 |
| Balance Due: | $249.00 |

## Invoices Due Upon Presentation

For proper credit please return this remittance sheet with payment.

This invoice may reflect a change in billing rates.

Payments made by Electronic Funds Transfer should be sent to:
Five Star Bank, Rocklin, CA aba # 121143037
Credit to: WT acct # 002203487

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Attention: Paula Carney

October 11, 2023
Client:        150363
Matter:        000790
Invoice #: 98466449

Page:        1

RE: John Doe ████████    ████████

For Professional Services Rendered Through    September 30, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | |
|------|----------|------------------------|-------|---|
| 9/6/2023 | BJLE | Exchange of emails with Paul Pascuzzi regarding Catholic Charities bankruptcy claim. | 0.20 | |
| 9/7/2023 | BJLE | Exchange of emails with Randy Michelson regarding filing notice of claim with Oakland. | 0.20 | |
| 9/7/2023 | BJLE | Exchange of emails with Paul Meringolo regarding filing notice of claim for Diocese of Oakland Bankruptcy. | 0.20 | |
| | | **Total Services** | 0.60 | $249.00 |

Timekeeper Summary

| | | Hours | Rate | Amount |
|------|------------------|-------|--------|--------|
| BJLE | Benjamin J. Lewis | 0.60 | $415.00 | $249.00 |

| | |
|---|---|
| Current Charges | $249.00 |
| Balance Due | $249.00 |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:     150363

For Professional Services Rendered Through    September 30, 2023

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000795 | John Doe ████████████ | 98467261 | $166.00 | $0.00 | $166.00 |

Current Charges     $166.00
**Balance Due:**     **$166.00**

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin
## weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:     150363
Matter:    000795
Invoice #:  98467261

Page:     1

RE: John Doe ███ ████████

For Professional Services Rendered Through October 11, 2023

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/11/2023 | BJLE | Exchange of emails with Rick Leamy regarding obtaining personnel file for ██████ 310 - A106](0.20) | 0.20 | $86.00 |
| 9/19/2023 | BJLE | Exchange of emails with Rick Leamy regarding accused individual personnel file. [L310 - A106](0.20) | 0.20 | $86.00 |
| | | Total Services | 0.40 | $166.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $430.00 | $172.00 |

| | | | | |
|------|------|------|------|------|
| Total Fees to Date: | $645.50 | Current Charges | | $166.00 |
| Total Disbursements to Date: | $0.00 | Balance Due | | **$166.00** |
| Total to Date: | $645.50 | | | |

The Archdiocese of San Francisco

RE: John Doe ██████ ████████████████

October 11, 2023
Client:         150363
Matter:         000795
Invoice #:   98467261

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L310 | Written Discovery - Communicate/With Client | 0.40 | $166.00 |
| | **Total Hours** | 0.40 | |
| | **Total Fees:** | | **$166.00** |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client:          150363

For Professional Services Rendered Through September 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000930 | Jane Roe ████ ████████ | 98467212 | $0.00 | $400.50 | $400.50 |

| | |
|---|---|
| Previous Balance | $192.00 |
| Current Charges | $400.50 |
| Less Retainer Applied | $192.00 |
| **Balance Due:** | **$400.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 11, 2023
Client: 150363
Matter: 000930
Invoice #: 98467212

Page: 1

RE: Jane Roe ███ ████████████████

For Professional Services Rendered Through September 30, 2023

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/21/2023 | Array- Service- Vintage High School re. ███████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- El Camino High School re. ████████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Westmoor High School re. ███████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Los Angeles City College re. ██████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- California State University Northridge re. ████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- California State University, Los Angeles re. ████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Los Angeles Unified School District re. █████ [E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Patricia Burke, LMFT re. ████████ E100 - E107] | $44.50 |
| 9/21/2023 | Array- Service- Olive View UCLA Medical Center re ██████ E100 - E107] | $44.50 |

|  | Total Expenses | $400.50 |

The Archdiocese of San Francisco

RE: Jane Roe ██ (█████████████████)

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $828.00 | Previous Balance | | $192.00 |
| Total Disbursements to Date: | $400.50 | Current Charges | | $400.50 |
| Total to Date: | $1,228.50 | Less Retainer Applied | | $192.00 |
| | | Balance Due | | $400.50 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Delivery/Messenger | 0.00 | $400.50 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

November 06, 2023
Client:          150363

For Professional Services Rendered Through October 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000000 | General matters | 98468956 | $124.50 | $0.00 | $124.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,510.00 |
| Current Charges | $124.50 |
| **Balance Due:** | **$3,634.50** |

| | |
|---|---|
| **Retainer Balance** | **$209,511.48** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Case: 23-30564    Doc# 502    Filed: 02/28/24    Entered: 02/28/24 12:58:31    Page 94 of 151


weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

November 06, 2023
Client:        150363
Matter:        000000
Invoice #:     98468956

Page:             1

RE: General matters

For Professional Services Rendered Through October 31, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 10/3/2023 | BJLE | Review of email from Paula Carney regarding ▇▇▇ ▇▇▇ Review of files and preparation of response. [L190 - A106](0.30) | 0.30 | $124.50 |
| | | Total Services | 0.30 | $124.50 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $415.00 | $124.50 |

| Total Fees to Date: | $951,277.50 | Previous Balance | $3,510.00 |
|---|---|---|---|
| Total Disbursements to Date: | $31,685.80 | Current Charges | $124.50 |
| Total to Date: | $982,963.30 | **Balance Due** | **$3,634.50** |

The Archdiocese of San Francisco

RE: General matters

November 06, 2023
Client:             150363
Matter:            000000
Invoice #:      98468956

Page:                    2

---

**Retainer Balance**                          **$209,511.48**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L190 | Other - Communicate w/Client | 0.30 | $124.50 |

**Total Hours**  **0.30**

**Total Fees:** **$124.50**



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:          150363

For Professional Services Rendered Through October 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000499 | John Doe ▮▮▮▮ aka ▮▮▮▮▮▮▮▮ | 98468639 | $0.00 | $36.70 | $36.70 |

## Account Summary

| | |
|---|---|
| Current Charges | $36.70 |
| **Balance Due:** | **$36.70** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.


**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:      150363
Matter:      000499
Invoice #:   98468639

Page:              1

RE: John Doe ▮▮▮▮ aka ▮▮▮▮▮▮▮

For Professional Services Rendered Through October 31, 2023

---

### EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 9/15/2023 | Federal Express- Express Mail- 9/12/2023 ▮▮▮▮ [E100 - E107] | $36.70 |

| | |
|--|--|
| Total Expenses | $36.70 |

| | |
|--|--|
| Total Fees to Date: | $4,336.50 |
| Total Disbursements to Date: | $36.70 |
| Total to Date: | $4,373.20 |

| | |
|--|--|
| Current Charges | $36.70 |
| Balance Due | $36.70 |

The Archdiocese of San Francisco

RE: John Doe [REDACTED] aka [REDACTED]

November 03, 2023
Client:        150363
Matter:        000499
Invoice #:     98468639

Page:          2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $36.70 |
| | | **Total Hours** 0.00 | |
| | | **Total Fees:** $0.00 | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:      150363

For Professional Services Rendered Through October 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000769 | John Doe ▮ (aka ▮▮▮▮ ) | 98468640 | $0.00 | $1,483.68 | $1,483.68 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,854.50 |
| Current Charges | $1,483.68 |
| Less Payments | $3,854.50 |
| **Balance Due:** | **$1,483.68** |

### Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Case: 23-30564     Doc# 502     Filed: 02/28/24     Entered: 02/28/24 12:58:31     Page 100 of 151



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:        150363
Matter:        000769
Invoice #:     98468640
Page:                  1

RE: John Doe ███ (aka ███████ )

For Professional Services Rendered Through October 31, 2023

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.60 | $430.00 | $258.00 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/21/2023 | Array- Records- ██████████ re. █████ ██ | $166.00 |
| 8/21/2023 | Array- Records- ██████ re. ████████ | $131.00 |
| 8/21/2023 | Array- Records- ████████ re. ██████ ██ | $166.00 |
| 8/21/2023 | Array- Records- ██████ re. █████████ | $256.00 |
| 8/21/2023 | Array- Records- ███████████ re. ██████ | $191.16 |
| 8/21/2023 | Array- Records- ███████ re. ██████ ██ | $191.16 |
| 8/21/2023 | Array- Records- █████████ re. ██████ | $191.18 |
| 8/21/2023 | Array- Records- ██████████ re. ████ ██ | $191.18 |

The Archdiocese of San Francisco

RE: John Doe ███ (aka ████████████ )

November 03, 2023
Client:            150363
Matter:           000769
Invoice #:    98468640

Page:              2

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|

| | Total Expenses | $1,483.68 |
|---|---|---|

| Total Fees to Date: | $3,558.00 |
|---|---|
| Total Disbursements to Date: | $1,940.18 |
| Total to Date: | $5,498.18 |

| | |
|---|---|
| Previous Balance | $3,854.50 |
| Current Charges | $1,483.68 |
| Less Payments | $3,854.50 |
| **Balance Due** | **$1,483.68** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| | {Invalid Task} | 0.00 | $1,483.68 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.60 | $0.00 |
| | **Total Hours** | 0.00 | |
| | **Total Fees:** | $0.00 | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:          150363

For Professional Services Rendered Through October 31, 2023

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000932 | ███████████ | 98468641 | $124.50 | $0.00 | $124.50 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $124.50 |
| **Balance Due:** | **$124.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 03, 2023
Client:      150363
Matter:     000932
Invoice #:   98468641

Page:        1

RE: ███████████████

For Professional Services Rendered Through October 31, 2023

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/21/2023 | BJLE | Exchange of emails with Plaintiff's counsel regarding Plaintiff's deposition and stay. [L110 - A107](0.30) | 0.30 | $124.50 |
| | | **Total Services** | 0.30 | $124.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $415.00 | $124.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $124.50 | Current Charges | $124.50 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$124.50** |
| Total to Date: | $124.50 | | |

The Archdiocese of San Francisco

RE: ███████████████████

November 03, 2023
Client:        150363
Matter:        000932
Invoice #:     98468641

Page:            2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun./Other( | 0.30 | $124.50 |
| | Total Hours | 0.30 | |
| | Total Fees: | $124.50 | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

November 13, 2023
Client:          150363

For Professional Services Rendered Through October 31, 2023

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98469541 | $13,500.50 | $64.17 | $13,564.67 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $10,894.00 |
| Current Charges | $13,564.67 |
| **Balance Due:** | **$24,458.67** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

November 13, 2023
Client:         150363
Matter:         900036
Invoice #:      98469541

Page:              1

RE:  Bankruptcy

For Professional Services Rendered Through October 31, 2023

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/5/2023 | BGON | Review cases and prepare summary of cases with Santa Rosa or Oakland as co-defendant. [B100 - B110](4.30) | 4.30 | $967.50 |
| 9/7/2023 | BGON | Draft Notice of Claim forms and addendum for filing with the Bankruptcy Court in cases with the Diocese of Oakland as a Co-Defendant. [L110 - A104](6.20) | 6.20 | $1,395.00 |
| 9/18/2023 | BGON | Review and update of case information and send to W. Weitz to prepare Bankruptcy Statements and Schedules. [B100 - B110](6.00) | 6.00 | $1,350.00 |
| 9/19/2023 | BGON | Review and update of case information and send to W. Weitz to prepare Bankruptcy Statements and Schedules. [B100 - B110](4.50) | 4.50 | $1,012.50 |
| 10/2/2023 | PEG | Call with Pascuzzi regarding continued 341 hearing preparation. [L230 - A107](0.30) | 0.30 | $139.50 |
| 10/4/2023 | PEG | Review of Creditor Committee litigation hold letter. [L320 - A104](0.20) | 0.20 | $93.00 |
| 10/4/2023 | PEG | Review of memorandum from Alan Martin regarding claim in Santa Rosa proceeding. [L110 - A107](0.20) | 0.20 | $93.00 |
| 10/4/2023 | PEG | Prepare for meeting with Archbishop regarding 341 hearing. [L230 - A101](0.60) | 0.60 | $279.00 |
| 10/4/2023 | PEG | Review of memoranda from Paul Pascuzzi and Fr. Summerhays; review of draft proposed statement and Q&A. [L230 - A101](0.60) | 0.60 | $279.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 13, 2023
Client:        150363
Matter:        900036
Invoice #:    98469541

Page:            2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 10/5/2023 | PEG | Meeting at Chancery to prepare for continued 341 hearing. [L230 - A101](2.50) | 2.50 | $1,162.50 |
| 10/5/2023 | BJLE | Exchange of emails with Paula Carney regarding status update on Santa Rosa Claims. [L190 - A106](0.20) | 0.20 | $83.00 |
| 10/5/2023 | BJLE | Review of Archdiocese of San Francisco cases and confirm claims that have Diocese of Santa Rosa as co-defendants in preparation for filing bankruptcy claim. [L120 - A104](0.50) | 0.50 | $207.50 |
| 10/11/2023 | PEG | Review of draft claim to be submitted in Santa Rosa proceeding. [B300 - B310](0.30) | 0.30 | $139.50 |
| 10/11/2023 | PEG | Prepare for continued 341 hearing. [B100 - B110](0.70) | 0.70 | $325.50 |
| 10/11/2023 | PEG | Review and edit claims procedures motion. [B300 - B310](0.40) | 0.40 | $186.00 |
| 10/11/2023 | BJLE | Review of victim assistance documents and preparation of list of victims per request from client. [L120 - A106](0.30) | 0.30 | $124.50 |
| 10/12/2023 | PEG | Pre-meeting for 341 hearing. [B100 - B150](1.00) | 1.00 | $465.00 |
| 10/12/2023 | PEG | Appearance at continued 341 hearing. [B100 - B150](3.00) | 3.00 | $1,395.00 |
| 10/12/2023 | PEG | Follow up with Mezzetti and Starcevich regarding coverage. [B100 - B150](0.30) | 0.30 | $139.50 |
| 10/12/2023 | BJLE | Review of Victim Assistance Coordinator Files to analyze what document are in the file, what victims are listed, and ascertain victim contact information. [L110 - A104](0.50) | 0.50 | $207.50 |
| 10/12/2023 | PMG | Reviewed discovery responses and prepared information regarding claimants for claims in related proceedings. [L310 - A104](5.60) | 5.60 | $1,400.00 |
| 10/13/2023 | PMG | Prepared contact information regarding claimants. [L390 - A104](0.60) | 0.60 | $150.00 |
| 10/14/2023 | PEG | Review of final form of claim in Santa Rosa proceeding. Preparation of reply to Alan Martin regarding same. [B300 - B310](0.30) | 0.30 | $139.50 |
| 10/15/2023 | PEG | Review of reply from Alan Martin. [B300 - B310](0.20) | 0.20 | $93.00 |
| 10/25/2023 | PEG | Exchange with Pascuzzi regarding abuse definition in claim form. [B300 - B310](0.30) | 0.30 | $139.50 |
| 10/25/2023 | PEG | Conference call with Debtor team regarding status/task issues. [B100 - B110](0.80) | 0.80 | $372.00 |
| 10/25/2023 | PEG | Review of and preparation of comments on draft form of Claim and Supplement. [B300 - B310](0.40) | 0.40 | $186.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 13, 2023
Client:        150363
Matter:        900036
Invoice #:   98469541

Page:              3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/26/2023 | PEG | Appearance at continued hearings before Judge Montali. [B100 - B110](0.70) | 0.70 | $325.50 |
| 10/30/2023 | PEG | Review of carrier motion for relief from stay. Call with Weinstein regarding motion. [B100 - B190](0.50) | 0.50 | $232.50 |
| 10/30/2023 | PEG | Call with Paula Carney regarding relief from stay motions. [B100 - B190](0.30) | 0.30 | $139.50 |
| 10/30/2023 | PEG | Call with Paula Carney regarding Statement on IRB process. [B100 - B150](0.30) | 0.30 | $139.50 |
| 10/31/2023 | PEG | Call with Jeff Anderson regarding claim forms. [B300 - B310](0.30) | 0.30 | $139.50 |
| | | Total Services | 42.90 | $13,500.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 14.20 | $465.00 | $6,603.00 |
| PMG | Philip Green | ASSOCIATE | 6.20 | $250.00 | $1,550.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.50 | $415.00 | $622.50 |
| BGON | Brian Gonzaga | PARALEGAL | 21.00 | $225.00 | $4,725.00 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 8/25/2023 | Federal Express- Express Mail- 8/16/2023 Paula Carney [E100 - E107] | $34.02 |
| 9/22/2023 | Federal Express- Express Mail- 9/18/2023 Beth C. Hopwood [E100 - E107] | $30.15 |
| | Total Expenses | $64.17 |

| | | | |
|------|------|------|------|
| Total Fees to Date: | $24,394.50 | Previous Balance | $10,894.00 |
| Total Disbursements to Date: | $64.17 | Current Charges | $13,564.67 |
| Total to Date: | $24,458.67 | **Balance Due** | **$24,458.67** |

The Archdiocese of San Francisco

RE: Bankruptcy

November 13, 2023
Client:          150363
Matter:          900036
Invoice #:    98469541

Page:                4

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 17.00 | $4,353.00 |
| B100 | Meetings of and Communications with Creditors | 4.60 | $2,139.00 |
| B100 | Other Contested Matters (excluding assumption/re | 0.80 | $372.00 |
| B300 | Claims Administration and Objections | 2.20 | $1,023.00 |
| E100 | Delivery/Messenger | 0.00 | $64.17 |
| L110 | Fact Investigation/Development - Review/Analyze | 6.70 | $1,602.50 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $93.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.50 | $207.50 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.30 | $124.50 |
| L190 | Other - Communicate w/Client | 0.20 | $83.00 |
| L230 | Court Mandated Conferences - Plan & Prepare Fo | 3.70 | $1,720.50 |
| L230 | Court Mandated Conferences - Commun./Other Co | 0.30 | $139.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 13, 2023
Client: 150363
Matter: 900036
Invoice #: 98469541

Page: 5

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L310 | Written Discovery - Review/Analyze | 5.60 | $1,400.00 |
| L320 | Document Production - Review/Analyze | 0.20 | $93.00 |
| L390 | Other Discovery - Review/Analyze | 0.60 | $150.00 |

**Total Hours** 42.90

**Total Fees:** $13,500.50



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 05, 2023
Client:        150363

For Professional Services Rendered Through November 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000811 | Jane Doe▮▮▮▮ (aka ▮▮▮▮▮ ) | 98470717 | $166.00 | $0.00 | $166.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $166.00 |
| **Balance Due:** | **$166.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Case: 23-30564    Doc# 502    Filed: 02/28/24    Entered: 02/28/24 12:58:31    Page 112
of 151



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 05, 2023
Client:          150363
Matter:          000811
Invoice #:    98470717

Page:                1

RE:  Jane Doe ███████ (aka █████████████ )

For Professional Services Rendered Through November 30, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 11/9/2023 | BJLE | Exchange of emails with Plaintiff's counsel Jennifer Stein regarding Plaintiff's question about stay on discovery. [L310 - A107](0.40) | 0.40 | $166.00 |
| | | Total Services | 0.40 | $166.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | ~~0.00~~ 0.40 | $415.00 | ~~$249.00~~ $166.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $575.50 | Current Charges | $166.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$166.00** |
| Total to Date: | $575.50 | | |

The Archdiocese of San Francisco

RE: Jane Doe ███████ (aka ██████████████)

December 05, 2023
Client: 150363
Matter: 000811
Invoice #: 98470717

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L310 | Written Discovery - Communicate/Other Counsel | 0.40 | $166.00 |
| L320 | Document Production - Communicate/Other Couns | 0.20 | $0.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | | **$166.00** |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 05, 2023
Client:          150363

For Professional Services Rendered Through November 30, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000907 | John ███ (aka ███████ ) | 98470718 | $67.50 | $0.00 | $67.50 |

## Account Summary

| | |
|---|---|
| Current Charges | $67.50 |
| **Balance Due:** | **$67.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 05, 2023
Client:       150363
Matter:       000907
Invoice #:    98470718

Page:              1

RE:  John ████ (aka ████████)

For Professional Services Rendered Through November 30, 2023

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 11/27/2023 | BGON | Review of newly received plaintiff fact sheet and update of case information. [L190 - A104](0.30) | 0.30 | $67.50 |
| | | Total Services | 0.30 | $67.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BGON | Brian Gonzaga | PARALEGAL | 0.30 | $225.00 | $67.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $1,523.00 | Current Charges | $67.50 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$67.50** |
| Total to Date: | $1,523.00 | | |

The Archdiocese of San Francisco

RE: John ██████ (aka ██████████)

December 05, 2023
Client:          150363
Matter:          000907
Invoice #:   98470718

Page:            2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L190 | Other - Review/Analyze | 0.30 | $67.50 |
| | Total Hours | 0.30 | |
| | Total Fees: | $67.50 | |



weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

December 07, 2023
Client:          150363

For Professional Services Rendered Through November 30, 2023

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98472084 | $6,312.00 | $1,755.80 | $8,067.80 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $22,587.17 |
| Current Charges | $8,067.80 |
| Less Retainer Applied | $18,142.90 |
| **Balance Due:** | **$12,512.07** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

December 07, 2023
Client:          150363
Matter:        900036
Invoice #:    98472084

Page:                 1

RE:  Bankruptcy

For Professional Services Rendered Through November 30, 2023

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 11/1/2023 | PEG | Call with Paul Pascuzzi regarding Committee objection to claim form. [B300 - B310](0.30) | 0.30 | $139.50 |
| 11/1/2023 | PEG | Conference call with Pascuzzi, Martin, Carney and Weinstein regarding motion for relief and claims forms. [B100 - B110](1.10) | 1.10 | $511.50 |
| 11/1/2023 | PEG | Review of further email from Pascuzzi regarding objections to claim form. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/2/2023 | PEG | Review of memorandum from Pascuzzi regarding objections to claim form. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/2/2023 | PEG | Conference call with Pascuzzi, Martin, Carney and Weinstein regarding claim form, relief from stay and 2004 issues. [B100 - B110](0.80) | 0.80 | $372.00 |
| 11/2/2023 | PEG | Review of 2004 discovery request. [B100 - B190](0.50) | 0.50 | $232.50 |
| 11/2/2023 | PEG | Review and edit revised claim form language. Preparation of reply to Pascuzzi regarding same. [B300 - B310](0.40) | 0.40 | $186.00 |
| 11/3/2023 | PEG | Call with Jeff Anderson regarding Claims Form Supplement language; preparation of memorandum to Anderson regarding same; preparation of reply to Pascuzzi regarding same. [B300 - B310](0.40) | 0.40 | $186.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

December 07, 2023
Client:        150363
Matter:        900036
Invoice #:     98472084

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 11/3/2023 | PEG | Review of insurer objections to claims procedures motion; preparation of memorandum to Pascuzzi, Martin and Weinstein regarding same. [B300 - B310](0.70) | 0.70 | $325.50 |
| 11/3/2023 | PEG | Review of reply from Anderson. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/3/2023 | PEG | Exchange with Pascuzzi and Martin regarding Rule 2004 requests. [B100 - B110](0.30) | 0.30 | $139.50 |
| 11/4/2023 | PEG | Exchange with Weinstein regarding motion for relief from stay. [B100 - B190](0.20) | 0.20 | $93.00 |
| 11/4/2023 | PEG | Call from Anderson. Preparation of memorandum to Pascuzzi . Review of reply from Pascuzzi regarding claim procedure objection. [B300 - B310](0.40) | 0.40 | $186.00 |
| 11/6/2023 | PEG | Review of further memorandum from Pascuzzi regarding Rule 2004 request; preparation of memorandum to Shepard Mullin regarding same. [B100 - B190](0.30) | 0.30 | $139.50 |
| 11/6/2023 | PEG | Review of Court's Preliminary Comments on Claims Bar Date, etc. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/7/2023 | DCZ | Conference call to discuss document request response to Rule 2004 Application. [L320 - A107](0.80) | 0.80 | $360.00 |
| 11/7/2023 | PEG | Call with Shepard Mullin regarding Rule 2004 issues. [B100 - B190](0.80) | 0.80 | $372.00 |
| 11/7/2023 | PEG | Call with Weinstein regarding parish insurance program and motion for relief from stay. [B100 - B190](0.30) | 0.30 | $139.50 |
| 11/7/2023 | PEG | Review of reply from Brittany Michael regarding Claim Form issues. [B300 - B310](0.20) | 0.20 | $93.00 |
| 11/8/2023 | PEG | Review of draft Objections to Rule 2004 requests; provide comment to Ori Katz and Amanda Cottrell regarding same. [B100 - B190](0.60) | 0.60 | $279.00 |
| 11/8/2023 | PEG | Call with Pascuzzi regarding upcoming hearing. [B100 - B110](0.30) | 0.30 | $139.50 |
| 11/9/2023 | PEG | Attend hearing on proof of claim form and supplement forms. [B300 - B310](2.50) | 2.50 | $1,162.50 |
| 11/13/2023 | PEG | Review of draft objection to Chubb motion for relief from stay. [B100 - B190](0.30) | 0.30 | $139.50 |
| 11/13/2023 | PEG | Call with Weinstein regarding claim form questions. [B300 - B310](0.30) | 0.30 | $139.50 |
| 11/14/2023 | PEG | Review of further exchange of emails between carriers, committee and debtor regarding questions on supplemental questionnaire. [B300 - B310](0.50) | 0.50 | $232.50 |
| 11/17/2023 | PEG | Review of memoranda from and preparation of memoranda to Paula Carney and Michael Flanagan regarding credit card program. [B100 - B110](0.40) | 0.40 | $186.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

December 07, 2023
Client:        150363
Matter:        900036
Invoice #:   98472084

Page:              3

---

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 11/29/2023 | PEG | Review of proposed protective order. [B100 - B110](0.40) | 0.40 | $186.00 |
| | | Total Services | 13.60 | $6,312.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 12.80 | $465.00 | $5,952.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.80 | $450.00 | $360.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/22/2023 | One Legal, LLC- Filing fee- Filing, Notice of Stay of Proceedings, Alameda County Superior Court [E100 - E112] | $19.90 |
| 8/23/2023 | One Legal, LLC- Filing fee- Filing, Notice of Stay of Proceedings (Bankruptcy), Alameda County Superior Court [E100 - E112] | $19.90 |
| 11/5/2023 | Case Anywhere LLC- Service- Document service and production upload fee [E100 - E118] | $1,716.00 |
| | Total Expenses | $1,755.80 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $28,835.00 | Previous Balance | $22,587.17 |
| Total Disbursements to Date: | $1,819.97 | Current Charges | $8,067.80 |
| Total to Date: | $30,654.97 | Less Retainer Applied | $18,142.90 |
| | | **Balance Due** | **$12,512.07** |

The Archdiocese of San Francisco

RE:  Bankruptcy

December 07, 2023
Client:        150363
Matter:        900036
Invoice #:   98472084

Page:              4

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 3.30 | $1,534.50 |
| B100 | Other Contested Matters (excluding assumption/re | 3.00 | $1,395.00 |
| B300 | Claims Administration and Objections | 6.50 | $3,022.50 |
| E100 | Court Fees | 0.00 | $39.80 |
| E100 | Litigation Support Vendors | 0.00 | $1,716.00 |
| L320 | Document Production - Communicate/Other Couns | 0.80 | $360.00 |

|  |  |
|---|---|
| **Total Hours** | **13.60** |
| **Total Fees:** | **$6,312.00** |



**weintraub tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

January 04, 2024
Client:        150363

For Professional Services Rendered Through December 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000000 | General matters | 98472957 | $1,294.50 | $246.00 | $1,540.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,634.50 |
| Current Charges | $1,540.50 |
| Less Retainer Applied | $2,808.00 |
| **Balance Due:** | **$2,367.00** |

| **Retainer Balance** | **$169,276.33** |
|---|---|

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.


weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

January 04, 2024
Client:         150363
Matter:         000000
Invoice #:      98472957

Page:               1

RE: General matters

For Professional Services Rendered Through December 31, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 12/4/2023 | DCZ | Trial testimony preparation with Fr. Ian Quito and Msgr. Romulo Vergara. [L450 - A101](2.30) | 2.30 | $1,035.00 |
| 12/5/2023 | DCZ | Phone calll with the District Attorney about trial testimony of Msgr. Vergara and Fr. Quito. [L450 - A107](0.30) | 0.30 | $135.00 |
| 12/12/2023 | BJLE | Preparation of audit response regarding claims associated with Riodan High School. [L190 - A107](0.30) | 0.30 | $124.50 |
| | | Total Services | 2.90 | $1,294.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.60 | $450.00 | $1,170.00 |
| AKH | Alexa Horner | ASSOCIATE | 0.30 | $325.00 | $97.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.80 | $415.00 | $332.00 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 11/5/2023 | Case Anywhere LLC- Service- Document service and production upload fee [E100 - E118] | $246.00 |

The Archdiocese of San Francisco

RE: General matters

January 04, 2024
Client: 150363
Matter: 000000
Invoice #: 98472957

Page: 2

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| | Total Expenses | $246.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $952,572.00 | Previous Balance | $3,634.50 |
| Total Disbursements to Date: | $31,931.80 | Current Charges | $1,540.50 |
| Total to Date: | $984,503.80 | Less Retainer Applied | $2,808.00 |
| | | **Balance Due** | **$2,367.00** |

| | |
|---|---|
| **Retainer Balance** | **$169,276.33** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Litigation Support Vendors | 0.00 | $246.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.50 | $0.00 |
| L120 | Analysis/Strategy - Communicate/In Firm | 0.30 | $0.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $124.50 |
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 2.30 | $1,035.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Coul | 0.30 | $135.00 |
| | **Total Hours** | **2.90** | |
| | **Total Fees:** | | **$1,294.50** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

January 04, 2024
Client:      150363

For Professional Services Rendered Through December 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | ▇▇▇▇ v. Archdiocese of San Francisco | 98472712 | $0.00 | $405.04 | $405.04 |

## Account Summary

| | |
|---|---|
| Previous Balance | $1,159.54 |
| Current Charges | $405.04 |
| Less Retainer Applied | $1,147.54 |
| **Balance Due:** | **$417.04** |

| | |
|---|---|
| **Retainer Balance** | **$965.94** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub** **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

January 04, 2024

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000390 |
| Invoice #: | 98472712 |
| Page: | 1 |

RE: ▮▮▮▮▮▮ v. Archdiocese of San Francisco

For Professional Services Rendered Through December 31, 2023

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| LAG | Louis A. Gonzalez, Jr. | SHAREHOLDER | 0.30 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $159,374.00 | Previous Balance | | $1,159.54 |
| Total Disbursements to Date: | $36,242.26 | Current Charges | | $405.04 |
| Total to Date: | $195,616.26 | Less Retainer Applied | | $1,147.54 |
| | | **Balance Due** | | **$417.04** |

| | |
|---|---|
| **Retainer Balance** | **$965.94** |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

January 04, 2024
Client:          150363
Matter:          000390
Invoice #:    98472712

Page:                 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $405.04 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.30 | $0.00 |
| | Total Hours | 0.00 | |
| | Total Fees: | $0.00 | |



**weintraub tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

January 04, 2024
Client:        150363

For Professional Services Rendered Through December 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98472803 | $1,401.00 | $0.00 | $1,401.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $1,401.00 |
| **Balance Due:** | **$1,401.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

January 04, 2024
Client:       150363
Matter:       000944
Invoice #:    98472803

Page:              1

RE: Victoria Castro

For Professional Services Rendered Through December 31, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/6/2023 | AKH | Review of pleadings and file documents from prior counsel and drafting of memo for current status of case. [L190 - A104](2.20) | 2.20 | $715.00 |
| 12/7/2023 | AKH | Continued review of file and draft summary memo. [L190 - A104](1.60) | 1.60 | $520.00 |
| 12/15/2023 | BJLE | Email with David Shook regarding substitution. [L190 - A107](0.20) | 0.20 | $83.00 |
| 12/18/2023 | BJLE | Exchange of emails with David Stock regarding substitution of attorney. [L190 - A107](0.20) | 0.20 | $83.00 |
| | | Total Services | 4.20 | $1,401.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| AKH | Alexa Horner | ASSOCIATE | 3.80 | $325.00 | $1,235.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $415.00 | $166.00 |

| | |
|---|---|
| Total Fees to Date: | $1,401.00 |
| Total Disbursements to Date: | $0.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

January 04, 2024
Client:      150363
Matter:      000944
Invoice #:   98472803

Page:          2

| | | |
|---|---|---|
| Current Charges | | $1,401.00 |
| Balance Due | | $1,401.00 |

Total to Date:        $1,401.00

| Task | Description | Hours | Amount |
|---|---|---|---|
| L190 | Other - Review/Analyze | 3.80 | $1,235.00 |
| L190 | Other - Communicate/Other Counsel | 0.40 | $166.00 |
| | Total Hours | 4.20 | |
| | Total Fees: | | $1,401.00 |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

January 04, 2024
Client:          150363

For Professional Services Rendered Through December 31, 2023

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98472765 | $13,570.50 | $19.90 | $13,590.40 |

## Account Summary

| | |
|---|---|
| Previous Balance | $12,512.07 |
| Current Charges | $13,590.40 |
| **Balance Due:** | **$26,102.47** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

January 04, 2024
Client:        150363
Matter:        900036
Invoice #:   98472765

Page:            1

RE: Bankruptcy

For Professional Services Rendered Through December 31, 2023

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/1/2023 | DCZ | Review and analysis of ex parte application authorizing production of documents pursuant to Rule 2004. [L320 - A104](0.60) | 0.60 | $270.00 |
| 12/1/2023 | DCZ | Phone call with Sheppard Mullin regarding Rule 2004 document request. [L320 - A107](0.90) | 0.90 | $405.00 |
| 12/1/2023 | DCZ | Review and analysis of prior productions of documents in response to Rule 2004 Request. [L320 - A104](0.40) | 0.40 | $180.00 |
| 12/1/2023 | PEG | Call with Shepard Mullin regarding responses to 2004 requests. [B100 - B110](1.00) | 1.00 | $465.00 |
| 12/4/2023 | PEG | Exchange with Paul Pascuzzi re claims list. [B300 - B310](0.30) | 0.30 | $139.50 |
| 12/4/2023 | BGON | Compile and review discovery responses to send to Bankruptcy attorneys re 2004 request. [L140 - A104](2.50) | 2.50 | $562.50 |
| 12/5/2023 | DCZ | Conference call with Paula Carney regarding document requested in Rule 2004 request. [L320 - A106](0.40) | 0.40 | $180.00 |
| 12/5/2023 | DCZ | Review and analysis of production of documents for Rule 20004 Examination. [L320 - A104](1.60) | 1.60 | $720.00 |
| 12/5/2023 | PEG | Call with Paula Carney and Daniel Zamora regarding Rule 2004 production. [B100 - B110](0.50) | 0.50 | $232.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 04, 2024
Client:        150363
Matter:       900036
Invoice #:    98472765

Page:            2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/5/2023 | BGON | Compile and review discovery responses to send to Bankruptcy attorneys re 2004 request. [L140 - A104](4.40) | 4.40 | $990.00 |
| 12/6/2023 | DCZ | Review and analysis of document production for Rule 2004 requests. [L320 - A104](1.90) | 1.90 | $855.00 |
| 12/6/2023 | DCZ | Phone call with Sheppard Mullin regarding production of documents pursuant to Rule 2004 request. [L320 - A107](0.30) | 0.30 | $135.00 |
| 12/6/2023 | DCZ | Drafted correspondence to Paul Passcuzzi regarding documents for Rule 2004 requests. [L320 - A107](0.30) | 0.30 | $135.00 |
| 12/6/2023 | PEG | Review Volume 1 of IRB binders re Rule 2004 requests. [B100 - B110](1.40) | 1.40 | $651.00 |
| 12/6/2023 | BGON | Compile and review discovery responses to send to Bankruptcy attorneys re 2004 request. [L140 - A104](5.60) | 5.60 | $1,260.00 |
| 12/7/2023 | PEG | Call with Paula Carney re Rule 2004 requests. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/7/2023 | PEG | Call with Alan Martin re 2004 requests. [B100 - B120](0.30) | 0.30 | $139.50 |
| 12/7/2023 | PEG | Review volume II of review board minutes. [B100 - B110](1.70) | 1.70 | $790.50 |
| 12/7/2023 | PEG | Exchange with Pascuzzi re committee discussion re insurance coverage. [B100 - B110](0.20) | 0.20 | $93.00 |
| 12/7/2023 | PEG | Call with Paul Pascuzi, Alan Martin and team, and Paula Carney and team re ongoing issues in proceeding. [B100 - B110](1.00) | 1.00 | $465.00 |
| 12/8/2023 | PEG | Continued review of IRB binders. [B100 - B110](1.70) | 1.70 | $790.50 |
| 12/8/2023 | PEG | Prepare email to Amanda Cottrell regarding rule 2004 production. [B100 - B110](0.40) | 0.40 | $186.00 |
| 12/8/2023 | PEG | Conference with Shepard Mullin and Paula Carney regarding protective order. [B100 - B110](1.00) | 1.00 | $465.00 |
| 12/11/2023 | DCZ | Drafting correspondence to Sheppard Mullin regarding Rule 2004 production of documents. [L320 - A107](0.20) | 0.20 | $90.00 |
| 12/11/2023 | DCZ | Phone call with Sheppard Mullin regarding Rule 2004 production of documents. [L320 - A107](0.30) | 0.30 | $135.00 |
| 12/11/2023 | PEG | Review of memorandum from Amanda Cottrell regarding further revisions to draft protective order. Review of same. Preparation of reply to Amanda regarding same. [B100 - B110](0.60) | 0.60 | $279.00 |
| 12/11/2023 | PEG | Call with Amanda Cottrell regarding protective order. [B100 - B110](0.40) | 0.40 | $186.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 04, 2024
Client:        150363
Matter:       900036
Invoice #:   98472765

Page:              3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/11/2023 | PEG | Review of Sheppard status report on rule 2004 production. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/12/2023 | PEG | Review and edit draft status report on Rule 2004 requests. [B100 - B110](0.50) | 0.50 | $232.50 |
| 12/12/2023 | PEG | Review of further reply from Amanda Cottrell and review of revised draft status report. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/13/2023 | PEG | Review of memorandum from Amanda Cottrell regarding Committee position on protective order. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/13/2023 | PEG | Call with Weinstein regarding call with Committee regarding insurance litigation. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/13/2023 | PEG | Follow up call with Amanda regarding revised proposal. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/14/2023 | PEG | Further email exchanges with Cottrell regarding R2004 production. [B100 - B110](0.40) | 0.40 | $186.00 |
| 12/14/2023 | PEG | Follow up exchange with Ori. [B100 - B110](0.20) | 0.20 | $93.00 |
| 12/14/2023 | PEG | Appearance at hearing on rule 2004 order. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/15/2023 | BJLE | Exchange of emails with Kevin Cifarelli regarding request for pleadings re 2004 request. [L190 - A107](0.30) | 0.30 | $124.50 |
| 12/18/2023 | PEG | Exchanges with Paul Pascuzzi regarding supplemental disclosure. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/19/2023 | DCZ | Phone call with Paul Pascuzzi regarding potential bankruptcy mediators. [L160 - A107](0.30) | 0.30 | $135.00 |
| 12/19/2023 | PEG | Call with Paula Carney regarding Medicare selection. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/20/2023 | PEG | Exchange with Pascuzzi and Weinstein regarding mediator selection. [B100 - B110](0.30) | 0.30 | $139.50 |
| 12/20/2023 | PEG | Call with bankruptcy/litigation team regarding mediator proposals. [B100 - B110](1.00) | 1.00 | $465.00 |
| 12/21/2023 | PEG | Exchange with Pascuzzi regarding response to Committee. [B100 - B110](0.30) | 0.30 | $139.50 |
| | | Total Services | 35.90 | $13,570.50 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------------------|-------------|-------|---------|-----------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 15.90 | $465.00 | $7,393.50 |

Case: 23-30564    Doc# 502    Filed: 02/28/24    Entered: 02/28/24 12:58:31    Page 135 of 151

The Archdiocese of San Francisco

RE: Bankruptcy

January 04, 2024
Client:          150363
Matter:          900036
Invoice #:    98472765

Page:               4

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 7.20 | $450.00 | $3,240.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $415.00 | $124.50 |
| BGON | Brian Gonzaga | PARALEGAL | 12.50 | $225.00 | $2,812.50 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/14/2023 | One Legal, LLC- Filing fee- Filing, Notice/Declaration/Memorandum of Points & Authorities/Proof of Service, Alameda County Superior Court [E100 - E112] | $19.90 |
| | Total Expenses | $19.90 |

| Total Fees to Date: | $42,405.50 | | Previous Balance | $12,512.07 |
|---|---|---|---|---|
| Total Disbursements to Date: | $1,839.87 | | Current Charges | $13,590.40 |
| Total to Date: | $44,245.37 | | **Balance Due** | **$26,102.47** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 15.30 | $7,114.50 |
| B100 | Asset Analysis and Recovery | 0.30 | $139.50 |
| B300 | Claims Administration and Objections | 0.30 | $139.50 |
| E100 | Court Fees | 0.00 | $19.90 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 04, 2024
Client:        150363
Matter:        900036
Invoice #:   98472765

Page:            5

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L140 | Document/File Management - Review/Analyze | 12.50 | $2,812.50 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.30 | $135.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $124.50 |
| L320 | Document Production - Review/Analyze | 4.50 | $2,025.00 |
| L320 | Document Production - Communicate w/Client | 0.40 | $180.00 |
| L320 | Document Production - Communicate/Other Couns | 2.00 | $900.00 |
| | **Total Hours** | **35.90** | |
| | **Total Fees:** | | **$13,570.50** |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:        150363

For Professional Services Rendered Through January 31, 2024

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98475104 | $3,463.50 | $0.00 | $3,463.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $26,102.47 |
| Current Charges | $3,463.50 |
| **Balance Due:** | **$29,565.97** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:         150363
Matter:         900036
Invoice #:    98475104

Page:              1

RE:  Bankruptcy

For Professional Services Rendered Through January 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/2/2024 | PEG | Exchange with Paul Pascuzzi regarding staffing. [B100 - B110](0.20) | 0.20 | $93.00 |
| 1/2/2024 | PEG | Review of memorandum from Pascuzzi regarding budget and staffing plan. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/8/2024 | PEG | Review of memorandum from Pascuzzi regarding insurer request for Rule 2004 information; preparation of reply to all regarding same. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/9/2024 | PEG | Review of memoranda from and preparation of memoranda to Pascuzzi and Cottrell regarding insurer document requests. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/9/2024 | PEG | Call with Weinstein regarding communication with Chubb. [B100 - B190](0.30) | 0.30 | $139.50 |
| 1/11/2024 | PEG | Review of Committee Statement on fee examiner. Review of draft response. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/17/2024 | PEG | Exchange of memoranda with  Pascuzzi and Weinstein regarding carrier standstill. [B100 - B190](0.40) | 0.40 | $186.00 |
| 1/18/2024 | PEG | Review of memorandum from Pascuzzi regarding Oakland mediator disputes. [B100 - B110](0.20) | 0.20 | $93.00 |
| 1/18/2024 | PEG | Preparation of memorandum to Weinstein and Pascuzzi regarding carrier motion. [B100 - B190](0.20) | 0.20 | $93.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 02, 2024
Client: 150363
Matter: 900036
Invoice #: 98475104

Page: 2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/18/2024 | PEG | Review of memorandum from Pascuzzi regarding cancellation of motion for relief by Chubb. [B100 - B190](0.20) | 0.20 | $93.00 |
| 1/25/2024 | DCZ | Phone call with bankruptcy counsel regarding Rule 2004 examination document requests. [L320 - A107](0.70) | 0.70 | $315.00 |
| 1/25/2024 | PEG | Call with Paul Pascuzzi regarding Rule 2004 production. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/25/2024 | PEG | Conference call with Shepard Mullin and Paul Pascuzzi regarding Rule 2004 production. [B100 - B110](0.60) | 0.60 | $279.00 |
| 1/26/2024 | DCZ | Drafting response and objections to Rule 2004 document requests. [L430 - A103](0.90) | 0.90 | $405.00 |
| 1/26/2024 | PEG | Review of memorandum from Pascuzzi regarding access to Proofs of Claim. [B300 - B310](0.30) | 0.30 | $139.50 |
| 1/26/2024 | PEG | Review and edit draft objections to Rule 2004 production. [B100 - B110](0.60) | 0.60 | $279.00 |
| 1/26/2024 | PEG | Further exchanges with Cottrel. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/30/2024 | PEG | Further exchange with Paula Carney and Paul Pascuzzi regarding audit response. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/30/2024 | PEG | Preparation of memorandum to Rick Smith regarding investigation report. [B100 - B110](0.20) | 0.20 | $93.00 |
| 1/30/2024 | PEG | Exchange with Shepard Mulllin regarding claims confidentiality agreement. [B300 - B310](0.30) | 0.30 | $139.50 |
| 1/31/2024 | PEG | Review of memoranda from Paul Pascuzzi regarding resolution of insurer motion for relief from stay. [B100 - B190](0.30) | 0.30 | $139.50 |
| | | Total Services | 7.50 | $3,463.50 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 5.90 | $465.00 | $2,743.50 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.60 | $450.00 | $720.00 |

| | |
|---|---|
| Total Fees to Date: | $45,869.00 |
| Total Disbursements to Date: | $1,839.87 |
| Total to Date: | $47,708.87 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 02, 2024
Client:              150363
Matter:              900036
Invoice #:    98475104

Page:                    3

| | |
|---|---|
| Previous Balance | $26,102.47 |
| Current Charges | $3,463.50 |
| **Balance Due** | **$29,565.97** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 3.90 | $1,813.50 |
| B100 | Other Contested Matters (excluding assumption/re | 1.40 | $651.00 |
| B300 | Claims Administration and Objections | 0.60 | $279.00 |
| L320 | Document Production - Communicate/Other Couns | 0.70 | $315.00 |
| L430 | Written Motions/Submissions - Draft/Revise | 0.90 | $405.00 |

| | |
|---|---|
| **Total Hours** | **7.50** |
| **Total Fees:** | **$3,463.50** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

February 05, 2024
Client:      150363

For Professional Services Rendered Through January 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000000 | General matters | 98475103 | $1,380.00 | $0.00 | $1,380.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $2,367.00 |
| Current Charges | $1,380.00 |
| **Balance Due:** | **$3,747.00** |

| | |
|---|---|
| **Retainer Balance** | **$146,880.81** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

February 05, 2024
Client: 150363
Matter: 000000
Invoice #: 98475103

Page: 1

RE: General matters

For Professional Services Rendered Through January 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/5/2023 | GDR | (Fr. John Ward Trust Matter) Review correspondence from lost funds recovery company regarding unclaimed property; research California State Controller's website regarding unclaimed property for Fr. John Ward; prepare email to Paula Carney regarding same. [B200 - B250](0.70) | 0.70 | $315.00 |
| 1/23/2024 | DCZ | Phone call with Paula Carney regarding audit response letter. [B100 - B110](0.30) | 0.30 | $135.00 |
| 1/24/2024 | PEG | Drafting of audit response letter. [B200 - B210](0.40) | 0.40 | $186.00 |
| 1/25/2024 | PEG | Finalize audit response letter. [B200 - B210](0.40) | 0.40 | $186.00 |
| 1/29/2024 | PEG | Review of memorandum from Amanda Cottrell regarding Rule 2004 production. [B100 - B110](0.30) | 0.30 | $139.50 |
| 1/29/2024 | PEG | Conference call with Michael Flanagan, Paula Carney, et al. regarding audit responses. [B100 - B110](0.60) | 0.60 | $279.00 |
| 1/29/2024 | PEG | Preparation of edits to audit response letter. [B100 - B110](0.30) | 0.30 | $139.50 |
| | | Total Services | 3.00 | $1,380.00 |

The Archdiocese of San Francisco

RE: General matters

February 05, 2024
Client:       150363
Matter:       000000
Invoice #:   98475103

Page:              2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 2.00 | $465.00 | $930.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.30 | $450.00 | $135.00 |
| GDR | Gary D. Rothstein | OF COUNSEL | 0.70 | $450.00 | $315.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $953,952.00 | Previous Balance | $2,367.00 |
| Total Disbursements to Date: | $31,931.80 | Current Charges | $1,380.00 |
| Total to Date: | $985,883.80 | **Balance Due** | **$3,747.00** |

| | |
|---|---|
| **Retainer Balance** | **$146,880.81** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 1.50 | $693.00 |
| B200 | Business Operations | 0.80 | $372.00 |
| B200 | Real Estate | 0.70 | $315.00 |
| | **Total Hours** | **3.00** | |
| | **Total Fees:** | | **$1,380.00** |



weintraub | tobin

weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:          150363

For Professional Services Rendered Through January 31, 2024

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | ████ V. ████ | 98475101 | $130.00 | $0.00 | $130.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $130.00 |
| **Balance Due:** | **$130.00** |

## Invoices Due Upon Presentation

### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:           150363
Matter:           000945
Invoice #:     98475101

Page:                    1

RE: ██████████  V. ████████████

For Professional Services Rendered Through January 31, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/16/2024 | AKH | Drafted notice of stay of proceedings. [B100 - B110](0.40) | 0.40 | $130.00 |
| | | Total Services | 0.40 | $130.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| AKH | Alexa Horner | ASSOCIATE | 0.40 | $325.00 | $130.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $130.00 | Current Charges | $130.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$130.00** |
| Total to Date: | $130.00 | | |

The Archdiocese of San Francisco

RE: ███████████ V. ███████████

February 02, 2024
Client:        150363
Matter:        000945
Invoice #:   98475101

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 0.40 | $130.00 |
| L190 | Other - Communicate/Other Counsel | 0.40 | $0.00 |
| L210 | Pleadings - Draft/Revise | 0.50 | $0.00 |

**Total Hours** **0.40**

**Total Fees:** **$130.00**



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:          150363

For Professional Services Rendered Through January 31, 2024

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98475102 | $1,601.00 | $56.50 | $1,657.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $1,401.00 |
| Current Charges | $1,657.50 |
| **Balance Due:** | **$3,058.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

February 02, 2024
Client:              150363
Matter:             000944
Invoice #:     98475102

Page:                    1

RE:  Victoria Castro

For Professional Services Rendered Through January 31, 2024

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 1/8/2024 | BJLE | Call with Plaintiff's counsel regarding case and next steps. [L120 - A101](0.50) | 0.50 | $207.50 |
| 1/19/2024 | BJLE | Exchange of emails with Paula Carney regarding Notice of Stay. [L190 - A106](0.20) | 0.20 | $83.00 |
| 1/23/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding claim and next steps. [L190 - A107](0.40) | 0.40 | $166.00 |
| 1/24/2024 | AKH | Meeting with Plaintiff's counsel regarding potential insurance resolution. [B100 - B110](0.30) | 0.30 | $97.50 |
| 1/24/2024 | AKH | Correspondence with insurance carrier regarding insurance coverage for resolution of the matter. [B100 - B110](0.60) | 0.60 | $195.00 |
| 1/24/2024 | BJLE | Exchange of emails with Doug Shaffer regarding claim. [L190 - A107](0.20) | 0.20 | $83.00 |
| 1/24/2024 | BJLE | Telephone call with Doug Shaffer regarding bankruptcy and insurance coverage. [L190 - A107](0.20) | 0.20 | $83.00 |
| 1/25/2024 | AKH | Drafted summary of case for audit response letter. [B100 - B110](0.40) | 0.40 | $130.00 |
| 1/30/2024 | AKH | Preparation and evaluation of litigation strategy for discussions with Plaintiff's counsel. [B100 - B110](1.20) | 1.20 | $390.00 |
| 1/30/2024 | BJLE | Review and analysis of discovery. [L310 - A104](0.40) | 0.40 | $166.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

February 02, 2024
Client:    150363
Matter:    000944
Invoice #:  98475102

Page:    2

---

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| | | Total Services | 4.10 | $1,601.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|-----|-----------------|-----------|-------|---------|---------|
| AKH | Alexa Horner | ASSOCIATE | 2.50 | $325.00 | $812.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.90 | $415.00 | $788.50 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 1/9/2024 | Ace Attorney Service, Inc.- Filing fee- Filing, Substitution of Attorney, San Mateo County Superior Court, 12/18/2023 [E100 - E112] | $56.50 |
| | Total Expenses | $56.50 |

| Total Fees to Date: | $3,002.00 |
|---------------------|-----------|
| Total Disbursements to Date: | $56.50 |
| Total to Date: | $3,058.50 |

| Previous Balance | $1,401.00 |
|------------------|-----------|
| Current Charges | $1,657.50 |
| **Balance Due** | **$3,058.50** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 2.50 | $812.50 |
| E100 | Court Fees | 0.00 | $56.50 |

The Archdiocese of San Francisco

RE: Victoria Castro

February 02, 2024
Client: 150363
Matter: 000944
Invoice #: 98475102

Page: 3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Plan & Prepare For | 0.50 | $207.50 |
| L190 | Other - Communicate w/Client | 0.20 | $83.00 |
| L190 | Other - Communicate/Other Counsel | 0.80 | $332.00 |
| L310 | Written Discovery - Review/Analyze | 0.40 | $166.00 |

**Total Hours** **4.40**

**Total Fees:** **$1,601.00**