

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LL
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000; Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
dgrassgreen@pszjlaw.com
gbrown@pszjlaw.com
bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

Signed and Filed: February 28, 2024

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY BURR PILGER MEYER, INC.** |

Upon consideration of the *EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY BURR PILGER MEYER, INC. (the "Application") [Dkt. No. 496], the record in this case, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is GRANTED.

2. The Committee is authorized to issue a subpoena directed to Burr Pilger Meyer, Inc. ("BPM"), requiring BPM (a) to complete its production, by **April 5, 2024**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached as **Exhibit 1** to the Application; and (b) to provide oral testimony, on a mutually agreed date no later than **May 10, 2024**, relating to BPM's search for and possession, custody, or control of documents responsive to the Requests.

**\*\*END OF ORDER\*\***

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair | | jbair@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | 202-628-5116 | mturner@crowell.com<br>jhess@crowell.com |
| *NOA - Counsel for Continental Casualty Company, Registered ECF User | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | 415-986-2827 | mplevin@crowell.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, Registered ECF User | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Nathan W Reinhardt<br>Andrew Mina<br>Jeff D Kahane<br>Betty Luu | | nreinhardt@duanemorris.com<br>amina@duanemorris.com<br>JKahane@duanemorris.com<br>BLuu@duanemorris.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pzjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | david.elbaum@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |