1  TIMOTHY W. BURNS (*admitted pro hac vice*)
   Wisconsin Bar #1068086
2  JESSE J. BAIR (*admitted pro hac vice*)
   Wisconsin Bar #1083779
3  **BURNS BAIR LLP**
   10 E. Doty Street, Suite 600
4  Madison, Wisconsin 53703-3392
   Telephone: (608) 286-2302
5  Email: tburns@burnsbair.com
           jbair@burnsbair.com
6
   *Special Insurance Counsel to*
7  *The Official Committee of Unsecured Creditors*

8               **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9                   **SAN FRANCISCO DIVISION**

10                                          Case No. 23-30564

11  *In re:*                                Chapter 11

12  THE ROMAN CATHOLIC ARCHBISHOP          **COVER SHEET TO FIRST INTERIM FEE**
    OF SAN FRANCISCO,                       **APPLICATION OF BURNS BAIR LLP AS**
13                                          **SPECIAL INSURANCE COUNSEL TO THE**
                                            **OFFICIAL COMMITTEE OF UNSECURED**
14          Debtor and Debtor in Possession. **CREDITORS FOR ALLOWANCE AND**
                                            **PAYMENT OF COMPENSATION AND**
15                                          **REIMBURSEMENT OF EXPENSES FOR**
                                            **THE PERIOD OF OCTOBER 19, 2023**
16                                          **THROUGH JANUARY 31, 2024**

17                                          Judge:   Hon. Dennis Montali
18                                           Date:    April 4, 2024
                                            Time:    1:30 p.m. (Pacific Time)
19                                          Objection Deadline: March 21, 2024
                                            Place:  United States Bankruptcy Court
20                                                   450 Golden Gate Avenue
                                                     San Francisco, California 94102
21

22

23

24

25

26

27

28

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Name of Client: | The Official Committee of Unsecured Creditors |
| Time period covered by this application: | October 19, 2023 – January 31, 2024 |
| Total compensation sought this period: | $105,927.00[1] |
| Total expenses sought this period: | $2,527.46 |
| Petition date: | August 21, 2023 |
| Retention date: | October 19, 2023 |
| Date of Order approving employment: | November 29, 2023 |
| Total compensation allowed by interim order to date: | N/A |
| Total expenses allowed by interim order to date: | N/A |
| Total compensation approved by interim order to date: | N/A |
| Total expenses approved by interim order to date: | N/A |
| Blended rate in the Interim Application for all attorneys: | $775.09 |
| Blended rate in the Interim Application for all timekeepers: | $738.68 |
| Fees sought in this application already paid pursuant to a monthly fee statement but not yet allowed: | $88,613.06 |
| Expenses sought in this application already paid pursuant to a monthly fee statement but not yet allowed: | $2,527.46 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals included in this application: | 7 |
| Number of professionals billing fewer than 15 hours to the case during this period: | 4 |
| Are any rates higher than those approved or disclosed at retention? | No |
| Interim or Final: | Interim |

[1] The compensation amount reflects a reduction of $1680 to account for two time entries on Burns Bair's monthly fee statement for October and November time, which, due to an inadvertent clerical error, incorrectly listed Mr. Burns' time as 1 hour for each of the relevant entries, when the correct time should have been .2 hours and .3 hours, respectively. *See* entries for November 12 and November 20.

# SUMMARY OF MONTHLY FEE STATEMENTS

| Date Filed & Docket | Period Covered | Total Compensation and Expenses Incurred | | Total Amount Previously Requested with Prior Monthly Fee Statement | | Total Amount Paid to Date | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (80%) | Expenses (100%) |
| 12/19/2023 [Dkt. 382] | 10/19/2023 - 11/30/2023 | $63,528.00[2] | $1,822.16 | $52,166.40 | $1,822.16 | $52,166.40 | $1,822.16 |
| 1/19/2024 [Dkt. 432] | 12/1/2023 - 12/31/2023 | $31,591.00 | $656.00 | $25,272.80 | $656.00 | $25,272.80 | $656.00 |
| 2/15/2024 [Dkt. 477] | 1/1/2024 - 1/31/2024 | $10,808.00 | $49.30 | $8,646.40 | $49.30 | $8,646.40 | $49.30 |

Summary of Any Objections to Monthly Fee Statements:  None

Compensation and Expenses Sought in this Interim Fee Application Not Yet Paid:  $19,841.40

---

[2] As noted earlier, the firm is reducing its fees sought in its first monthly fee statement by $1680 to account for two time entries which, due to an inadvertent clerical error, incorrectly listed Mr. Burns' time as 1 hour for each of the relevant entries, when the correct time should have been .2 hours and .3 hours, respectively. *See* entries for November 12 and November 20. The applicable charts in this application have been amended throughout to adjust for the reduced hours worked and compensation sought.

TIMOTHY W. BURNS (*admitted pro hac vice*)
Wisconsin Bar #1068086
JESSE J. BAIR (*admitted pro hac vice*)
Wisconsin Bar #1083779
**BURNS BAIR LLP**
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
        jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| *In re:*<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**FIRST INTERIM FEE APPLICATION OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 19, 2023 THROUGH JANUARY 31, 2024**<br><br>Judge: Hon. Dennis Montali<br>Date: April 4, 2024<br>Time: 1:30 p.m. (Pacific Time)<br>Objection Deadline: March 21, 2024<br>Place: United States Bankruptcy Court<br>      450 Golden Gate Avenue<br>      San Francisco, California 94102 |

Burns Bair LLP (the "**Applicant**" or "**Burns Bair**"), special insurance counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the Roman Catholic Archbishop of San Francisco (the "**Debtor**") in the above captioned chapter 11 case (the "**Chapter 11 Case**") hereby submits its First Interim Fee Application (the "**Interim Application**"), for an order, in substantially the form attached hereto as **Exhibit A**, pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the United States

Trustee Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "**U.S. Trustee Guidelines**"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* (the "**Northern District Guidelines**"), and the Local Bankruptcy Rules for the Northern District of California (the "**Local Rules**"), and the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "**Interim Compensation Order**") [Dkt. No. 212] entered by the Court on October 16, 2023, for interim approval and allowance of (i) compensation for professional services rendered to the Committee from October 19, 2023 through and including January 31, 2024 (the "**Interim Fee Period**") and (ii) reimbursement of expenses incurred in connection with such services; and, in support thereof, respectfully represents as follows:

## **PRELIMINARY STATEMENT**

1.      Since Burns Bair's retention by the Committee on October 19, 2023, Burns Bair has been actively engaged in all aspects of the case with the goal of maximizing insurance recoveries to unsecured creditors of the Debtor.  Upon its retention, Burns Bair reviewed and analyzed the Debtor's historical insurance policy materials, assessed and negotiated resolution of certain insurance-related lift-stay motions, presented to the Committee on case insurance issues, and began to develop the Committee's overall insurance strategy, among other time-sensitive tasks.

2.      These efforts have required Burns Bair to work closely with the Committee and its lead counsel to keep the Committee informed throughout this Chapter 11 Case. Burns Bair has also worked with the Debtor and its professional advisors, always with the goal of maximizing insurance returns for the unsecured creditors.

3.      The Interim Application is based upon the points and authorities cited herein, the Certification of Jesse J. Bair, filed concurrently herewith, the exhibits attached thereto, the pleadings, papers, and records on file in this case, and any evidence or argument that the Court may entertain at the time of the hearing on the Interim Application.

## JURISDICTION

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. sections 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Local Rules. This is a core proceeding pursuant to 28 U.S.C. section 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. sections 1408 and 1409.

## CASE BACKGROUND AND STATUS

### A.      Debtor's Bankruptcy Proceedings

5.      The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on August 21, 2023 (the "**Petition Date**"). The Debtor continues to operate its business and manages its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date of filing of this Interim Application, no trustee or examiner has been appointed in this Chapter 11 Case. To date, the Debtor has not filed a plan or disclosure statement, and the Applicant does not know when the Debtor anticipates filing one.

### B.      Selection of the Committee

6.      On September 1, 2023, pursuant to Section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "**U.S. Trustee**") selected interested creditors to serve on the Committee. Pursuant to section 1102(a)(1) of the Bankruptcy Code, the U.S. Trustee appointed nine members to serve on the Committee. On September 14, 2023, the Committee selected Pachulski Stang Ziehl & Jones LLP as its lead counsel. On October 19, 2023, the Committee selected Burns Bair LLP as special insurance counsel.

### C.      The Committee's Retention of Burns Bair

7.      On November 29, 2023, the Court entered the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Burns Bair LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors,* effective October 19, 2023 [Dkt. No. 348] (the "**Retention Order**"). The Retention Order authorizes compensation and reimbursement to Burns Bair in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Northern District Guidelines, the Local Rules, and the Interim

Compensation Order. Subject to Burns Bair's application to the Court, the Debtor is authorized by the Retention Order to compensate Burns Bair at its standard hourly rates for services performed and to reimburse it for actual and necessary expenses incurred. The Retention Order authorizes Burns Bair to provide the following services to the Committee: (1) analyze, investigate, and assess the availability of coverage under the Debtor's insurance policies; (2) represent the Committee in any adversary proceedings by and between the Debtor and its insurers; (3) engage in potential mediation and/or other resolution of the claims, demands, and/or lawsuits related to the Debtor's insurance policies; (4) advise, negotiate, and advocate on behalf of the Committee with respect to the Debtor's insurance policies; and (5) provide related advice and assistance to the Committee as necessary [Dkt No. 323].

**D.    Summary of Professional Compensation and Reimbursement of Expenses Requested**

8.    By this Interim Application, the Applicant seeks interim allowance of compensation in the amount of **$105,927.00** and actual and necessary expenses in the amount of **$2,527.46** for a total allowance of **$108,454.46** for the Interim Fee Period.

9.    All services for which Burns Bair requests compensation were performed for or on behalf of the Committee. Burns Bair has received no promises of payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application.

10.    There is no agreement or understanding between Burns Bair and any other person other than the partners of Burns Bair for the sharing of compensation to be received for services rendered in this Chapter 11 Case. In connection with the Chapter 11 Case, as of this date Burns Bair has been paid **$88,613.06** in fees and **$2,527.46** in expenses.

11.    Burns Bair has billed the Committee in accordance with its existing billing rates and procedures in effect during the Interim Fee Period. These rates are the same rates Burns Bair charges for services rendered by its attorneys and paraprofessionals in comparable matters and are reasonable given the compensation charged by comparably skilled practitioners in similar matters in both the California and national markets. The Summary Sheet filed herewith contains tables listing the Burns Bair attorneys and paraprofessionals who have performed

services for the Committee during the Interim Fee Period, including their job titles, hourly rates, aggregate number of hours worked in this matter, and, for attorneys, the year in which each professional was licensed to practice law. Exhibit D also contains a table summarizing the hours worked by the Firm's attorneys and paraprofessionals broken down by project billing code. Burns Bair maintains computerized time records, which have been filed on the docket with the Firm's monthly fee statements and furnished to the Committee, the Debtor, and the U.S. Trustee in the format specified by the Interim Compensation Order and are attached hereto as Exhibit F. The Committee has reviewed and approved on a monthly basis the fees and expenses requested herein.

12. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Interim Fee Period but were not processed prior to the preparation of this Application, Burns Bair reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## SUMMARY OF SERVICES PERFORMED BY BURNS BAIR DURING THE INTERIM FEE PERIOD

13. During the Interim Fee Period, Burns Bair professionals expended 143.4 hours on behalf of the Committee. Of this, 65.9 hours were expended by Burns Bair partners, 65.5 by Burns Bair associates, and 12.0 by paraprofessionals. In accordance with the Interim Compensation Order, the Northern District Guidelines, the U.S. Trustee Guidelines, and the Local Rules, Burns Bair has classified services performed into four specific categories set forth below. Burns Bair has attempted to place the services provided in the category that best relates to such services; because certain services may relate to one or more categories, however, services pertaining to one category may in fact be included in another category. The following summary of services rendered during the Interim Fee Period is not intended to be a detailed description of the work performed. Rather, it merely highlights certain project billing categories in which significant services were rendered by Burns Bair, as well as identifies some of the issues Burns Bair was required to address.

### A. Committee Meetings
**Fees: $16,232.00; Total Hours: 16.3**

14. During the Interim Fee Period, Burns Bair attorneys attended Committee meetings and state court counsel meetings for the purpose of advising on case insurance issues. Meetings with the Committee and their state court counsel are a necessary aspect of Burns Bair's legal representation of the Committee.

### B. Fee Applications
**Fees: $4,558.00; Total Hours: 5.6**

15. During the Interim Fee Period, Burns Bair prepared three Monthly Fee Statements for the period of October 19, 2023 through January 31, 2024: October 19, 2023 through November 30, 2023 [Dkt. No. 382], December 1, 2023 through December 31, 2023 [Dkt. No. 432], and January 1, 2024 through January 31, 2024 [Dkt. 477].

### C. Hearings
**Fees: $0; Total Hours: 0**

16. During the Interim Fee Period, Burns Bair attorneys did not participate in any case hearings.

### D. Insurance Recovery Activities
**Fees: $85,137.00; Total Hours: 121.5**

17. In addition to the above described tasks, during the Interim Fee Period, Burns Bair expended a considerable number of hours on behalf of the Committee performing additional insurance recovery activities including, but not limited to, participating in meet and confer sessions with the Debtor regarding case insurance issues; drafting insurance discovery requests to the Debtor; detailed review and analysis of the Debtor's historical insurance materials, including drafting a revised Debtor coverage chart; assessed and negotiated resolution of certain insurers' motion to lift the stay to proceed with their state court coverage lawsuit against the Debtor, including associated legal research and assessment of various issues concerning abstention, removal, jurisdiction, and the procedural mechanics for converting the current coverage action into a global lawsuit involving all of the Debtor's insurers; drafted the Committee's joinder in opposition to certain insurers' lift stay motion; assessed and negotiated resolution of lift-stay motion filed by non-abuse personal injury claimant, including analysis of

relevant Debtor insurance policies to ensure that prosecution of lawsuit would not deplete available insurance for abuse survivors; analyzed insurance issues in connection with the Proof of Claim form; and began formulating overall insurance strategy on behalf of the Committee, including consideration of mediation issues, Plan structure, and potential test cases and/or insurance demands. These tasks are not meant to be a detailed description of all work performed.

## ACTUAL AND NECESSARY DISBURSEMENTS

18.     During the Interim Fee Period, Burns Bair incurred a total of **$2,527.46** in expenses. These expenses relate primarily to travel in connection with an in-person Committee meeting, as well as payment for court fees. These expenses are reasonable and necessary for the administration of the Chapter 11 Case.

## LEGAL BASIS FOR INTERIM COMPENSATION

19.     The professional services for which Burns Bair requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Burns Bair's professional responsibilities as special insurance counsel for the Committee in this Chapter 11 Case. Burns Bair's services have been necessary and beneficial to the Committee, the Debtor, its estate, creditors, and other parties of interest.

20.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Burns Bair respectfully submits that the amount requested by Burns Bair is fair and reasonable given the complexity of the Chapter 11 Case, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Burns Bair has reviewed the requirements of the Interim Compensation Order, the Northern District Guidelines, and the UST Guidelines and believes that the Interim Application complies with all of them.

## COMPLIANCE WITH LARGE CASE REQUIREMENTS

21.     Charts and tables based on such forms, and certain other exhibits, are attached and filled out with data to the extent relevant to this Chapter 11 Case:

**Exhibit B:** Customary and Comparable Compensation Disclosures with Fee Applications;

**Exhibit C:** Summary of Timekeepers in this Application;

**Exhibit D**: Summary of Compensation by Project Category;

**Exhibit E:** Summary of Expense Reimbursement; and

**Exhibit F:** Detailed records for the Compensation Period.

22.     Pursuant to paragraph C.5 of the Large Case Guidelines, Burns Bair provides the following statements:

| | |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No. |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees. | No. Any time worked on these tasks would have been in connection with preparing monthly fee statements. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | No. |
| If the fee application includes any rate increases since retention: <br> i. Did your client review and approve those rate increases in advance? <br> ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458? | N/A |

**AVAILABLE FUNDS**

23.     The Applicant understands that the Debtor's estate has sufficient funds available to pay the fees and costs sought herein.

**NOTICE**

Notice of the Interim Application has been provided to parties in interest in accordance with the procedures set forth in the Interim Compensation Order.  Burns Bair submits that, in view of the facts and circumstances of the Chapter 11 Case, such notice is sufficient, and no other or further notice need be provided.

**CONCLUSION**

Burns Bair respectfully requests an interim allowance to Burns Bair as compensation for fees in the amount of **$105,927.00** and actual and necessary expenses in the amount of **$2,527.46** for a total allowance of **$108,454.46**; and for such other and further relief as this Court deems proper.

Dated: February 29, 2024          Respectfully submitted,

                                  **BURNS BAIR LLP**

                                  By: */s/ Jesse J. Bair*
                                       Jesse J. Bair

                                  *Special Insurance Counsel for the Official*
                                  *Committee of Unsecured Creditors*

**EXHIBIT A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TIMOTHY W. BURNS (*admitted pro hac vice*)
Wisconsin Bar #1068086
JESSE J. BAIR (*admitted pro hac vice*)
Wisconsin Bar #1083779
**BURNS BAIR LLP**
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2302
Email:  tburns@burnsbair.com
           jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| *In re:*<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 19, 2023 THROUGH JANUARY 31, 2024**<br><br>Judge:   Hon. Dennis Montali<br>Date:    April 4, 2024<br>Time:    1:30 p.m. (Pacific Time)<br>Objection Deadline: March 21, 2024<br>Place:  United States Bankruptcy Court<br>            450 Golden Gate Avenue<br>            San Francisco, California 94102 |

Upon consideration of the *First Interim Fee Application of Burns Bair LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 19, 2023 through January 31, 2024* (the "**Interim Application**");[3] and this Court having jurisdiction to consider the Interim Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334,

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Application.

the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal) and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Interim Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Interim Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Interim Application of Burns Bair; and, upon the record and all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Interim Application is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and that the legal and factual bases set forth in the Interim Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Interim Application is granted as provided herein.

2.      Burns Bair is awarded an interim allowance of its compensation for professional services rendered in the amount of $108,454.46 consisting of $105,927.00 of fees and reimbursement of $2,527.46 of actual and necessary expenses incurred during the Interim Fee Period.

3.      The Debtor is directed to pay Burns Bair the amount allowed in paragraph 2 above.

4.      The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

** END OF ORDER **

## **Court Service List**

*All registered ECF participants.*

# EXHIBIT B

## Customary and Comparable Disclosures with Fee Applications

**Privacy Act Statement.** 28 U.S.C. § 586(a)(3)(A) authorizes the collection of this information. The United States Trustee will use the information contained in this form to evaluate whether compensation and reimbursement of expenses filed by attorneys in larger chapter 11 cases - those cases with $50 million or more in assets and $50 million or more in liabilities - are appropriate and reasonable pursuant to 11 U.S.C. § 330. Disclosure of this information may be to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: **https://www.gpo.gov/fdsys/pkg/FR-2006-10-11/pdf/E6-16814.pdf**.

Failure to provide this information could result in an objection to your fee application, or other action by the United States Trustee. 11 U.S.C. § 330.

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | BILLED[4] Firm for proceeding year, excluding bankruptcy | BILLED In the Interim Fee Period |
| Partner | $1,010.28 | $998.82 |
| Associate | $511.02 | $550.00 |
| Paralegal | $361.32 | $340.00 |
| All Timekeepers Aggregated | $631.00 | $738.68 |

Case Name:        Roman Catholic Archbishop of San Francisco
Case Number:     23-BK-30564
Applicant's Mame:  Burns Bair LLP
Date of Application:  February 29, 2024
Interim or Final:      Interim

---

[4] In addition to traditional hourly matters, Burns Bair also worked on contingent cases where hours are tracked each month, but not billed to the client.

## EXHIBIT C

### Summary of Timekeepers Included in this Interim Fee Application

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | TOAL FEES |
|---|---|---|---|---|---|
| Timothy W. Burns | Partner | 1991 | $1,120.00 | 29.60 | $33,152.00 |
| Jesse J. Bair | Partner | 2013 | $900.00 | 36.30 | $32,670.00 |
| Nathan M. Kuenzi | Associate | 2020 | $550.00 | 4.40 | $2,420.00 |
| Brian P. Cawley | Associate | 2020 | $550.00 | 61.10 | $33,605.00 |
| Brenda Horn-Edwards | Paralegal | N/A | $340.00 | .90 | $306.00 |
| Karen Dempski | Paralegal | N/A | $340.00 | 2.80 | $952.00 |
| Alyssa Turgeon | Paralegal | N/A | $340.00 | 8.30 | $2,822.00 |
| | | | | **Total: 143.4** | **$105,927.00** |

## EXHIBIT D

### Summary of Compensation Requested by Category

| Category | Hours Billed this Fee Period | Total for Fee Statement |
|---|:---:|:---:|
| Committee Meetings | 16.3 | $16,232.00 |
| Fee Applications | 5.6 | $4,558.00 |
| Hearings | 0 | $0 |
| Insurance Recovery Activities | 121.5 | $85,137.00 |
| **Total:** | **143.4** | **$105,927.00** |

**<u>EXHIBIT E</u>**

**Summary of Expense Reimbursement**

| Expense Category | Total Expenses |
|---|---|
| Court Fees | $656.00 |
| PACER | $49.30 |
| Travel (flights, taxi, hotels, meals, parking) | $1,822.16 |
| **TOTAL:** | **$2,527.46** |

**EXHIBIT F**

**Burns Bair LLP Invoices**



Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of**
**Archbishop of San Francisco**

**Issue Date :** 12/11/2023

**Bill # :** 01323

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 10/23/2023 | Jesse Bair | Correspond with B. Michael re in-person Committee meeting (.1); | 0.10 | $90.00 |
| 10/26/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re case status, strategy, and next steps (1.0); | 1.00 | $900.00 |
| 10/26/2023 | Timothy Burns | Participate in Committee meeting for insurance purposes re case status, strategy, and next steps (1.4); | 1.40 | $1,568.00 |
| 11/5/2023 | Jesse Bair | Correspondence with B. Michael re upcoming in-person Committee meeting (.1); | 0.10 | $90.00 |
| 11/7/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re case status and strategy (1.0); | 1.00 | $1,120.00 |
| 11/7/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case status and strategy (1.0); | 1.00 | $900.00 |
| 11/12/2023 | Timothy Burns | Participate in conference with PSZJ re in-person Committee meeting (.5); | 0.50 | $560.00 |
| 11/12/2023 | Timothy Burns | Participate in in-person Committee meeting for insurance purposes re case overview, strategy and next-steps (3.2); | 3.20 | $3,584.00 |
| 11/12/2023 | Jesse Bair | Participate in in-person Committee meeting for insurance purposes re case overview, strategy and next-steps (3.2); | 3.20 | $2,880.00 |
| 11/12/2023 | Timothy Burns | Participate in conference with state court counsel re in-person Committee meeting (.2); | 1.00 | $1,120.00 |
| 11/12/2023 | Jesse Bair | Participate in conference with T. Burns re upcoming, in person Committee meeting (.2); participate in conference with T. Burns and state court counsel re same (.2); | 0.40 | $360.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/12/2023 | Timothy Burns | Participate in conference with J. Bair re upcoming, in person Committee meeting (.2); | 0.20 | $224.00 |
| 11/18/2023 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| 11/27/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments and next-steps (1.1); | 1.10 | $990.00 |
| 11/27/2023 | Jesse Bair | Participate in post-state court counsel meeting with T. Burns re outcome of meeting and case next-steps (.2); | 0.20 | $180.00 |
| 11/27/2023 | Timothy Burns | Participate in conference with J. Bair re outcome of state court counsel meeting and case next-steps (.2); | 0.20 | $224.00 |
| 11/27/2023 | Jesse Bair | Review agenda and prepare for state court counsel meeting (.1); | 0.10 | $90.00 |
| | | **Totals for Committee Meetings** | **14.80** | **$14,970.00** |

## Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | **Totals for Fee Applications** | **0.0** | **$0.00** |

## Insurance Adversary Proceeding

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 10/20/2023 | Brian Cawley | Draft revised insurance discovery requests to the Debtor (.8); | 0.80 | $440.00 |
| 10/20/2023 | Brian Cawley | Participate in conference with T. Burns re insurance document requests to the Debtor (.4); | 0.40 | $220.00 |
| 10/20/2023 | Timothy Burns | Review and respond to correspondence with PSZJ re insurance document requests to the Debtor (.2); | 0.20 | $224.00 |
| 10/20/2023 | Timothy Burns | Review and edit insurance document requests to the Debtor (.6); | 0.60 | $672.00 |
| 10/20/2023 | Timothy Burns | Participate in conference with B. Cawley re insurance document requests to the Debtor (.4); | 0.40 | $448.00 |
| 10/23/2023 | Jesse Bair | Review and consider draft insurance document requests to the Debtor (.2); | 0.20 | $180.00 |
| 10/28/2023 | Timothy Burns | Participate in call with J. Stang re certain insurers' motion to lift stay (.2); brief review of the insurers' lift stay papers (.2); | 0.40 | $448.00 |
| 10/28/2023 | Timothy Burns | Correspond with the Debtor re Debtor insurance information (.1); | 0.10 | $112.00 |
| 10/28/2023 | Timothy Burns | Participate in call with J. Bair re insurance status and strategy, including the insurers' lift stay motion of the state court coverage action (.2); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/28/2023 | Jesse Bair | Participate in call with T. Burns re insurance status and strategy, including the insurers' lift stay motion of the state court coverage action (.2); review correspondence with T. Burns, J. Stang, and the Debtor re same (.1); | 0.30 | $270.00 |
| 10/29/2023 | Nathan Kuenzi | Review correspondence and attached materials from J. Bair re drafting Burns Bair retention application (.4); | 0.40 | $220.00 |
| 10/29/2023 | Jesse Bair | Correspondence with B. Michael re Burns Bair retention application (.1); correspondence with B. Horn and N. Kuenzi re drafting same (.1); | 0.20 | $180.00 |
| 10/30/2023 | Jesse Bair | Participate in conference with B. Michael, J. Stang, and T. Burns re insurance proof of claim form issues (.3); | 0.30 | $270.00 |
| 10/30/2023 | Timothy Burns | Conference with B. Cawley re the insurers' motion for relief from stay (.1); | 0.10 | $112.00 |
| 10/30/2023 | Brian Cawley | Draft summary memo re recent Committee meeting for T. Burns (.3); participate in conference with T. Burns re the insurers' motion for relief from stay (.1); | 0.40 | $220.00 |
| 10/30/2023 | Timothy Burns | Participate in call PSZJ and J. Bair re insurance proof of claim form issues (.3); | 0.30 | $336.00 |
| 10/30/2023 | Timothy Burns | Begin preparing for upcoming in-person Committee meeting (.3); | 0.30 | $336.00 |
| 10/30/2023 | Jesse Bair | Participate in call with the Debtor and T. Burns re case insurance issues, including the insurers' motion to lift the stay on the state court insurance action (.4); | 0.40 | $360.00 |
| 10/30/2023 | Nathan Kuenzi | Begin drafting Burns Bair retention application (1.1); | 1.10 | $605.00 |
| 10/30/2023 | Jesse Bair | Review B. Michael correspondence re case status and recent developments (.1); | 0.10 | $90.00 |
| 10/30/2023 | Timothy Burns | Participate in call with the Debtor and J. Bair re case insurance issues, including the insurers' motion to lift the stay on the state court insurance action (.4); | 0.40 | $448.00 |
| 10/31/2023 | Timothy Burns | Review certain insurers' motion for relief from stay briefing and related attachments (1.7); | 1.70 | $1,904.00 |
| 10/31/2023 | Nathan Kuenzi | Correspondence with J. Bair re drafting Burns Bair retention application (.1); | 0.10 | $55.00 |
| 10/31/2023 | Timothy Burns | Conference with J. Bair re certain insurers' motion for relief from stay (.2); | 0.20 | $224.00 |
| 10/31/2023 | Timothy Burns | Review Castro personal injury claimant motion for relief from stay (.3); | 0.30 | $336.00 |
| 10/31/2023 | Jesse Bair | Conference with T. Burns re certain insurers' motion for relief from stay (.2); | 0.20 | $180.00 |
| 10/31/2023 | Jesse Bair | Correspond with N. Kuenzi re drafting Burns Bair retention papers (.1); | 0.10 | $90.00 |
| 10/31/2023 | Brian Cawley | Discuss state court coverage action research project with T. Burns (.2); | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2023 | Brian Cawley | Research and analyze details re certain insurers' state court coverage action against the Debtor, including judge overseeing same (1.0); | 1.00 | $550.00 |
| 10/31/2023 | Alyssa Turgeon | Identify and obtain relevant pleadings from certain insurers' sate court action against the Debtor (0.5); | 0.50 | $170.00 |
| 10/31/2023 | Timothy Burns | Review correspondence re proof of claim issues (.1); | 0.10 | $112.00 |
| 10/31/2023 | Nathan Kuenzi | Finish drafting Burns Bair retention application and related exhibits (2.4); | 2.40 | $1,320.00 |
| 10/31/2023 | Timothy Burns | Conference with B. Cawley re research assignments re lift stay briefing (.2); | 0.20 | $224.00 |
| 10/31/2023 | Timothy Burns | Review correspondence re Committee and state court counsel meetings (.1); | 0.10 | $112.00 |
| 11/1/2023 | Jesse Bair | Review B. Michael correspondence re weekly team meeting (.1); | 0.10 | $90.00 |
| 11/2/2023 | Jesse Bair | Prepare for call with the Debtor re case insurance issues (.2); | 0.20 | $180.00 |
| 11/2/2023 | Jesse Bair | Preliminary review re Burns Bair retention application (.1); provide instructions to N. Kuenzi re additional edits needed to same (.1); | 0.20 | $180.00 |
| 11/2/2023 | Jesse Bair | Participate in call with the Debtor re case insurance issues (.5): | 0.50 | $450.00 |
| 11/2/2023 | Nathan Kuenzi | Participate in conference with J. Bair re additional edits needed to Burns Bair retention application (.1); | 0.10 | $55.00 |
| 11/2/2023 | Nathan Kuenzi | Draft revisions to Burns Bair retention application documents (.3); | 0.30 | $165.00 |
| 11/3/2023 | Timothy Burns | Participate in call with certain insurers re their motion for relief from stay (.3); | 0.30 | $336.00 |
| 11/3/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of call with certain insurers' counsel re lift stay issues (.1); | 0.10 | $90.00 |
| 11/3/2023 | Timothy Burns | Met with J. Bair re outcome of call with debtor's insurance counsel re stay relief issues (.2); | 0.20 | $224.00 |
| 11/3/2023 | Jesse Bair | Participate in call with J. Stang and T. Burns re case insurance issues, strategy, and lift stay motion positions (.4); | 0.40 | $360.00 |
| 11/3/2023 | Timothy Burns | Participate in call with state court counsel re certain insurers' motion for relief from stay (.3); | 0.30 | $336.00 |
| 11/3/2023 | Jesse Bair | Review and respond to correspondence with the Debtor re insurance issues in connection with lift stay motion of non-abuse personal injury claim (.2); | 0.20 | $180.00 |
| 11/3/2023 | Timothy Burns | Participate in conference with J. Bair re outcome of call with state court counsel re certain insurers' motion for relief from stay (.1); participate in call with J. Stang and J. Bair re case insurance issues, strategy, and lift stay motion positions (.4); | 0.50 | $560.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/3/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of insurance call with the Debtor (.2); | 0.20 | $180.00 |
| 11/3/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of call with state court counsel re lift stay insurance issues (.1); | 0.10 | $90.00 |
| 11/4/2023 | Timothy Burns | Review J. Bair correspondence with Debtor re motion J. relief re personal injury case and related insurance issues (.1); review correspondence with J. Bair and PSZJ re same (.1); review additional correspondence with J. Stang and Debtor re same (.1); | 0.30 | $336.00 |
| 11/4/2023 | Timothy Burns | Review correspondence from PSZJ re the Committee's Rule 2004 motion to debtor (.1); | 0.10 | $112.00 |
| 11/4/2023 | Timothy Burns | Draft internal memo re certain insurers' motion for relief from stay, potential strategy re same, and supplemental research needed in connection with same (.8); | 0.80 | $896.00 |
| 11/4/2023 | Brian Cawley | Analyze T. Burns memo re potential insurance lift stay strategy and related research projects (.2); | 0.20 | $110.00 |
| 11/4/2023 | Timothy Burns | Reviewed the insurers' limited objection to proof of claim order (.2); | 0.20 | $224.00 |
| 11/4/2023 | Timothy Burns | Review the Committee's limited objection to proof of claim order (.2); | 0.20 | $224.00 |
| 11/4/2023 | Jesse Bair | Review correspondence from Debtor insurance counsel re the personal injury lift stay motion (.1); review additional correspondence with Committee and Debtor bankruptcy counsel re same (.1); | 0.20 | $180.00 |
| 11/4/2023 | Timothy Burns | Review compromise language proposed by debtor re supplemental proof of claim language (.1); | 0.10 | $112.00 |
| 11/4/2023 | Timothy Burns | Review J. Stang correspondence with state court counsel re mediator selection (.1); | 0.10 | $112.00 |
| 11/5/2023 | Jesse Bair | Review and edit Burns Bair's retention application papers (.6); | 0.60 | $540.00 |
| 11/5/2023 | Jesse Bair | Review and respond to correspondence with PSZJ and the Debtor re Rule 2004 meet and confer (.2); | 0.20 | $180.00 |
| 11/5/2023 | Jesse Bair | Review correspondence with J. Stang and state court counsel re potential mediators (.1); | 0.10 | $90.00 |
| 11/6/2023 | Jesse Bair | Participate in conference with T. Burns re insurance case developments and next-steps (.1); | 0.10 | $90.00 |
| 11/6/2023 | Timothy Burns | Met with J. Bair re insurance case developments and next-steps (.1); | 0.10 | $112.00 |
| 11/7/2023 | Timothy Burns | Review Castro personal injury claimant relief from stay motion in connection with the Committee's position re same for insurance purposes (1.1); | 1.10 | $1,232.00 |
| 11/7/2023 | Jesse Bair | Correspond with K. Dempski re preparing Burns Bair pro hac vice materials (.1); | 0.10 | $90.00 |

| 11/7/2023 | Timothy Burns | Participate in conference with J. Bair re relief from stay issues on personal injury Castro claim (.3); review correspondence with Debtor and PSZJ re same (.2); | 0.50 | $560.00 |
|---|---|---|---|---|
| 11/7/2023 | Timothy Burns | Prepared response to debtor's counsel re Castro claims relief motion (.4); | 0.40 | $448.00 |
| 11/7/2023 | Brian Cawley | Detailed research re case law re removal and jurisdictional issues in connection with the Committee's response to certain insurers' motion to lift the stay (5.4); | 5.40 | $2,970.00 |
| 11/7/2023 | Jesse Bair | Review and edit T. Burns memorandum re stay relief issues in connection with personal injury claim (.2); | 0.20 | $180.00 |
| 11/7/2023 | Timothy Burns | Prepared draft report to state court counsel re Castro claims relief motion (.4); | 0.40 | $448.00 |
| 11/7/2023 | Jesse Bair | Review the Court's tentative order on POC issues (.1); | 0.10 | $90.00 |
| 11/7/2023 | Jesse Bair | Participate in conference with T. Burns re relief from stay issues on Castro personal injury claim (.3); | 0.30 | $270.00 |
| 11/8/2023 | Timothy Burns | Participate in call with the Debtor re insurance issues in connection with motions for relief from stay (.8); | 0.80 | $896.00 |
| 11/8/2023 | Timothy Burns | Participate in call with J. Bair re outcome of call with the Debtor re insurance issues in connection with lift stay motions (.2); participate in call with J. Stang re same and next-steps (.2); correspondence with the Debtor re Castro motion for relief from stay (.1); | 0.50 | $560.00 |
| 11/8/2023 | Karen Dempski | Prepare draft pro hac vice applications for T. Burns and J. Bair (1.2); | 1.20 | $408.00 |
| 11/8/2023 | Jesse Bair | Review revised version of Burns Bair retention application (.1); | 0.10 | $90.00 |
| 11/8/2023 | Jesse Bair | Review and respond to correspondence with PSZJ re final version of the Rule 2004 discovery requests (.1); participate in call with T. Burns re outcome of call with the Debtor re insurance issues in connection with the lift stay motions (.2); | 0.30 | $270.00 |
| 11/8/2023 | Brian Cawley | Draft summary of research for T. Burns of removal and jurisdictional issues in connection with the Committee's response to certain insurers' motion to lift the stay (1.2); | 1.20 | $660.00 |
| 11/8/2023 | Jesse Bair | Analysis re B. Michael insurance questions and draft supplemental Rule 2004 insurance discovery requests (.5); | 0.50 | $450.00 |
| 11/9/2023 | Jesse Bair | Participate in conference with T. Burns re strategy in response to certain insurers' motion to lift the stay (.2); participate in call with T. Burns and state court counsel re same (.3); | 0.50 | $450.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/9/2023 | Brian Cawley | Research and draft memo re options for converting the current state court coverage action into a comprehensive coverage action with all insurer defendants (3.2); | 3.20 | $1,760.00 |
| 11/9/2023 | Jesse Bair | Review and edit Burns Bair pro hac vice applications (.2); | 0.20 | $180.00 |
| 11/9/2023 | Timothy Burns | Review research memo from B. Cawley re issues in connection with the insurers' motion to lift stay (.2); | 0.20 | $224.00 |
| 11/10/2023 | Jesse Bair | Participate in call with PSZJ and T. Burns re outcome of proof of claim hearing (.2); | 0.20 | $180.00 |
| 11/10/2023 | Timothy Burns | Participate in call with PSZJ and J. Bair re hearing on POC supplemental information (.2); | 0.20 | $224.00 |
| 11/12/2023 | Jesse Bair | Brief review of presentations for upcoming Committee meeting (.1); review B. Michael correspondence re same (.1); | 0.20 | $180.00 |
| 11/13/2023 | Jesse Bair | Analysis re case insurance next-steps (.1); | 0.10 | $90.00 |
| 11/14/2023 | Timothy Burns | Reviewed and responded to J. Bair re email from B. Michael re insurance questions re claims procedure order (.2); | 0.20 | $224.00 |
| 11/14/2023 | Jesse Bair | Brief review of the Debtor's draft objection to certain insurers' motion to lift the stay (.1); correspond with T. Burns re same, potential Committee joinder, and related issues (.2); | 0.30 | $270.00 |
| 11/14/2023 | Jesse Bair | Respond to B. Michael correspondence re the insurers' suggested edits to the claims procedure order (.2); | 0.20 | $180.00 |
| 11/15/2023 | Jesse Bair | Review correspondence with the Debtor re certain insurers' lift stay motion (.1); | 0.10 | $90.00 |
| 11/15/2023 | Timothy Burns | Review letter from the Debtor to the Court re proof of claim form (.1); | 0.10 | $112.00 |
| 11/15/2023 | Timothy Burns | Review and revise debtor's draft opposition to stay relief motion by certain insurers (.4); correspond with J. Bair re same (.1); | 0.50 | $560.00 |
| 11/15/2023 | Brian Cawley | Draft the Committee's joinder to the debtor's opposition to certain insurers' stay relief motion (.7); | 0.70 | $385.00 |
| 11/15/2023 | Jesse Bair | Participate in call with T. Burns re debtor's opposition to stay relief motion by insurers (.1); | 0.10 | $90.00 |
| 11/15/2023 | Timothy Burns | Participate in call with J. Bair re debtor's opposition to stay relief motion by insurers (.1); | 0.10 | $112.00 |
| 11/15/2023 | Timothy Burns | Review draft joinder to debtor's lift-stay opposition (.1); review related correspondence with J. Bair and PSZJ re same (.1); | 0.20 | $224.00 |
| 11/15/2023 | Jesse Bair | Draft insurance case update to the Committee (.5); | 0.50 | $450.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/15/2023 | Jesse Bair | Review and edit draft version of the Debtor's objection to certain insurers' motion to lift stay, including incorporating T. Burns' suggested edits (.2); correspondence with B. Michael re same and related insurance issues (.1); | 0.30 | $270.00 |
| 11/15/2023 | Timothy Burns | Review Debtor correspondence re certain insurers' lift stay motion (.1) review correspondence with PSZJ re same (.1); additional analysis re lift stay issues (.1); | 0.30 | $336.00 |
| 11/15/2023 | Jesse Bair | Correspondence with B. Michael and J. Stang re suggested edits to insurance update memo to the Committee (.1); | 0.10 | $90.00 |
| 11/15/2023 | Jesse Bair | Provide instructions to B. Cawley re drafting the Committee's joinder to the Debtor's opposition to certain insurers' motion to lift the stay (.1); review and edit initial version of same (.2); | 0.30 | $270.00 |
| 11/15/2023 | Timothy Burns | Review J. Bair's insurance status update to the Committee (.1); | 0.10 | $112.00 |
| 11/16/2023 | Jesse Bair | Review B. Cawley research memo re removal issues (.1); | 0.10 | $90.00 |
| 11/16/2023 | Timothy Burns | Review correspondence from PSZJ re abstention issue (.1); email research assignment to B. Cawley re same (.1); | 0.20 | $224.00 |
| 11/16/2023 | Jesse Bair | Analysis re potential abstention issues (.2); correspondence with PSZJ re same (.1); | 0.30 | $270.00 |
| 11/16/2023 | Jesse Bair | Review J. Stang correspondence re proof of claim ruling (.1); | 0.10 | $90.00 |
| 11/16/2023 | Jesse Bair | Review final version of the Debtor's objection to certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/16/2023 | Jesse Bair | Review B. Cawley research memo re mechanics for creating comprehensive coverage action (.1); | 0.10 | $90.00 |
| 11/16/2023 | Brian Cawley | Correspond with T. Burns regarding abstention research project (.2); | 0.20 | $110.00 |
| 11/16/2023 | Timothy Burns | Assess priority of Committee insurance discovery requests (.2); | 0.20 | $224.00 |
| 11/16/2023 | Jesse Bair | Review T. Burns and B. Michael correspondence re priority of insurance discovery requests (.1); | 0.10 | $90.00 |
| 11/17/2023 | Brian Cawley | Begin analysis of potential abstention issues in connection with the Chubb coverage action (4.4); | 4.40 | $2,420.00 |
| 11/17/2023 | Jesse Bair | Review final version of the Committee's joinder to the Debtor's opposition to certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Review final version of Burns Bair retention application (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Review correspondence from the Debtor re insurance issues in connection with lifting the stay on the Castro personal injury, non-abuse claim (.1); brief review re TNCRRG policy in connection with same (.1); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/20/2023 | Timothy Burns | Conference with J. Bair re Castro lift stay motion (.1); | 0.10 | $112.00 |
| 11/20/2023 | Jesse Bair | Review B. Michael correspondence re bar date notice issue (.1); | 0.10 | $90.00 |
| 11/20/2023 | Timothy Burns | Met with internal BB team re case strategy, developments, and assignments (.2); met with J. Bair and B. Cawley re abstention related research (.1); | 1.00 | $1,120.00 |
| 11/20/2023 | Jesse Bair | Conference with T. Burns re Castro lift stay motion (.1) | 0.10 | $90.00 |
| 11/20/2023 | Timothy Burns | Review correspondence from B. Michael re bar date notice issues (.1); | 0.10 | $112.00 |
| 11/20/2023 | Brian Cawley | Begin analyzing TNCRRG policy in connection with lifting the stay on the Castro personal injury, non-abuse claim, to assess the impact, if any, on coverage for abuse claims (.9); | 0.90 | $495.00 |
| 11/20/2023 | Brian Cawley | Participate in BB team meeting regarding case status and assignments (.2); | 0.20 | $110.00 |
| 11/20/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing insurance projects (.2); | 0.20 | $180.00 |
| 11/20/2023 | Brian Cawley | Continue researching abstention issues in connection with the Chubb coverage action, including focus on the home defendant rule in relation to jurisdictional issues re the Chubb coverage action (2.0); | 2.00 | $1,100.00 |
| 11/20/2023 | Jesse Bair | Conference with B. Cawley and T. Burns re lift stay supplemental research (.1); | 0.10 | $90.00 |
| 11/21/2023 | Jesse Bair | Review B. Cawley assessment of TNCRRG policy re operation of coverage limits (.1); correspondence with the Debtor re same and position on lifting of stay re the Castro personal injury action (.1); | 0.20 | $180.00 |
| 11/21/2023 | Brian Cawley | Continue analyzing forum defendant rule and jurisdictional issues in connection with the Chubb coverage action (1.8); | 1.80 | $990.00 |
| 11/21/2023 | Brian Cawley | Finish analyzing the TNCRRG policies for impact of non-abuse claims on coverage for abuse claims (1.8); | 1.80 | $990.00 |
| 11/21/2023 | Jesse Bair | Correspondence with the Debtor and certain insurers re adjournment of certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/21/2023 | Jesse Bair | Conference with T. Burns re adjournment of hearing on certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/21/2023 | Timothy Burns | Conference with J. Bair re adjournment of hearing on certain insurers' motion to lift the stay (.1); | 0.10 | $112.00 |
| 11/21/2023 | Brian Cawley | Draft summary of findings from TNCRRG policy review and send to J. Bair (.5); | 0.50 | $275.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/22/2023 | Jesse Bair | Review draft Order lifting the stay on the Castro personal injury action (.1); correspondence with T. Burns re same and potential edits (.1); participate in call with T. Burns re same (.1); correspondence with the Debtor re potential edits to same (.1); | 0.40 | $360.00 |
| 11/22/2023 | Brian Cawley | Continue detailed analysis re abstention and jurisdictional issues involving the Chubb coverage action, including assessment of snap removal application (2.6); discuss status of research with J. Bair (.1); | 2.70 | $1,485.00 |
| 11/22/2023 | Timothy Burns | Participate in call with J. Bair re Castro motion for relief (.1); review J. Bair correspondence re same (.1); | 0.20 | $224.00 |
| 11/22/2023 | Jesse Bair | Conference with B. Cawley re research needed re abstention issue (.1); | 0.10 | $90.00 |
| 11/25/2023 | Jesse Bair | Review notice of rescheduled hearing re certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 11/25/2023 | Timothy Burns | Review bar date order (.2); | 0.20 | $224.00 |
| 11/27/2023 | Jesse Bair | Review proposed edits to the draft Castro lift stay order proposed by the Debtor re defense cost issue (.1); correspond with the Debtor re additional proposed revisions to same (.1); | 0.20 | $180.00 |
| 11/27/2023 | Jesse Bair | Review and consider Judge Montali's decision on test cases from the PG&E case re potential use in ASF bankruptcy (.2); | 0.20 | $180.00 |
| 11/27/2023 | Timothy Burns | Participate in call with particular state court counsel and J. Bair re case insurance issues (.5); | 0.50 | $560.00 |
| 11/27/2023 | Jesse Bair | Participate in call with particular state court counsel and T. Burns re case insurance issues (.5); | 0.50 | $450.00 |
| 11/30/2023 | Jesse Bair | Review the Debtor and claimant's proposed final revisions to the Castro lift stay order (.1); participate in call with T. Burns re same (.1); correspond with the Debtor re same (.1); | 0.30 | $270.00 |
| 11/30/2023 | Timothy Burns | Review additional proposed edits to the Castro lift stay order (.1); review correspondence with the Debtor re same (.1); correspondence with Committee professionals re same (.2); call with J. Bair re same (.1); | 0.50 | $560.00 |
| | | **Totals for Insurance Adversary Proceeding** | **65.20** | **$50,238.00** |

| | | | | |
|------|------|-------------|-------|--------|
| **Total Hours and Fees** | | | **80.00** | **$65,208.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 11/12/2023 | Taxi, T. Burns | $75.92 |
| 11/12/2023 | Delta Airlines, T. Burns (MSN-SFO) | $406.00 |
| 11/12/2023 | Hotel, T. Burns (1 night) | $396.58 |
| 11/12/2023 | Hotel, J. Bair (1 night) | $396.58 |

| | | | |
|---|---|---|--:|
| 11/12/2023 | Delta Airlines, J. Bair (MSN-SFO) | | $406.00 |
| 11/13/2023 | Travel meal, T. Burns | | $47.07 |
| 11/13/2023 | Travel meal, J. Bair | | $15.36 |
| 11/13/2023 | Travel meal, J. Bair | | $21.16 |
| 11/13/2023 | Travel meal, T. Burns | | $27.49 |
| 11/17/2023 | Airport parking, J. Bair | | $30.00 |

**Total Expenses**                                                                     **$1,822.16**

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|--:|--:|--:|
| Alyssa Turgeon | Paralegal | 0.50 | $340.00 | $170.00 |
| Brian Cawley | Associate | 28.00 | $550.00 | $15,400.00 |
| Jesse Bair | Partner | 20.90 | $900.00 | $18,810.00 |
| Karen Dempski | Paralegal | 1.20 | $340.00 | $408.00 |
| Nathan Kuenzi | Associate | 4.40 | $550.00 | $2,420.00 |
| Timothy Burns | Partner | 25.00 | $1,120.00 | $28,000.00 |

**Total Due This Invoice:**   **$67,030.16**



**Burns ı Bair**

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :**     1/10/2024

**Bill # :**     01334

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 12/12/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re case developments and next-steps (.4); | 0.50 | $450.00 |
| 12/12/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re case developments and next-steps (.4); | 0.40 | $448.00 |
| | | **Totals for Committee Meetings** | **0.90** | **$898.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 12/7/2023 | Jesse Bair | Begin reviewing and editing Burns Bair invoice for inclusion with monthly fee submission (1.2); | 1.20 | $1,080.00 |
| 12/11/2023 | Jesse Bair | Continue reviewing and editing Burns Bair invoices for October and November time for inclusion in monthly fee submission (1.0); | 1.00 | $900.00 |
| 12/11/2023 | Jesse Bair | Correspondence with G. Brown and the Committee re Burns Bair's first monthly fee submission (.1); | 0.10 | $90.00 |
| 12/14/2023 | Karen Dempski | Draft Burns Bair monthly fee application (.4); correspondence with J. Bair re same (.1); | 0.50 | $170.00 |
| 12/14/2023 | Jesse Bair | Review and edit Burns Bair's first monthly fee submission (.2); correspondence with G. Brown re same (.1); | 0.30 | $270.00 |
| 12/18/2023 | Jesse Bair | Edit and finalize Burns Bair's first monthly fee submission (.2); correspondence with G. Brown re same (.1); | 0.30 | $270.00 |
| | | **Totals for Fee Applications** | **3.40** | **$2,780.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 12/1/2023 | Jesse Bair | Provide instructions to B. Cawley re recent case insurance developments and abstention research in connection with same (.1); | 0.10 | $90.00 |
| 12/1/2023 | Jesse Bair | Review J. Stang correspondence re potential mediators (.1); | 0.10 | $90.00 |
| 12/3/2023 | Jesse Bair | Review B. Michael correspondence re proof of claim issues (.1); | 0.10 | $90.00 |
| 12/4/2023 | Timothy Burns | Review correspondence with B. Michael and J. Bair re Debtor insurance policies (.1); consideration of issues re Debtor insurance program (.1); | 0.20 | $224.00 |
| 12/4/2023 | Jesse Bair | Review final version of proposed Order granting motion to lift the stay re the Castro personal injury action (.1); correspondence with the Debtor and Castro counsel re same (.1); | 0.20 | $180.00 |
| 12/4/2023 | Jesse Bair | Correspondence with B. Michael re production of Debtor insurance materials (.1); | 0.10 | $90.00 |
| 12/4/2023 | Jesse Bair | Review B. Michael correspondence re recent case developments and next-steps (.1); | 0.10 | $90.00 |
| 12/5/2023 | Brian Cawley | Continue detailed analysis re abstention and jurisdictional issues involving the Chubb coverage action, including assessment of mandatory abstention and forum defendant rule (3.0); draft memorandum summarizing research results re same (.8); | 3.80 | $2,090.00 |
| 12/5/2023 | Timothy Burns | Review B. Michael correspondence re status of discovery and mediation update (.1); | 0.10 | $112.00 |
| 12/6/2023 | Brian Cawley | Complete research on abstention issue in connection with the Chubb coverage action (.5); finish drafting summary of research for partner review (.7); | 1.20 | $660.00 |
| 12/6/2023 | Jesse Bair | Review and consider notice of continuance of certain insurers' motion to lift the stay (.1); correspondence with T. Burns re same (.1); | 0.20 | $180.00 |

| | | | | |
|---|---|---|---|---|
| 12/7/2023 | Timothy Burns | Review certain insurers' lift stay continuance motion (.1); correspondence with PSZJ re same (.1); | 0.20 | $224.00 |
| 12/7/2023 | Timothy Burns | Review Order re Castro relief from stay motion (.1); | 0.10 | $112.00 |
| 12/7/2023 | Timothy Burns | Review and respond to correspondence from PSZJ re insurance lift stay and removal issues (.2); | 0.20 | $224.00 |
| 12/7/2023 | Timothy Burns | Participate in conference with PSZJ and J. Bair re certain insurers' lift stay motion, potential resolution of same, and overall case insurance issues with the Debtor (.3); | 0.30 | $336.00 |
| 12/7/2023 | Jesse Bair | Review correspondence with B. Michael and T. Burns re issues in connection with certain insurers' lift stay motion (.1); | 0.10 | $90.00 |
| 12/7/2023 | Jesse Bair | Participate in conference with PSZJ and T. Burns re certain insurers' lift stay motion, potential resolution of same, and overall case insurance issues with the Debtor (.3); | 0.30 | $270.00 |
| 12/8/2023 | Jesse Bair | Review correspondence from the Debtor re call to discuss case insurance issues (.1); | 0.10 | $90.00 |
| 12/9/2023 | Jesse Bair | Review additional correspondence with the debtor and T. Burns re call to discuss case insurance issues (.1); | 0.10 | $90.00 |
| 12/10/2023 | Jesse Bair | Review correspondence from the Debtor re recent insurance document production (.1); correspondence with BB team re same (.1); | 0.20 | $180.00 |
| 12/11/2023 | Brian Cawley | Begin analyzing newly produced Debtor insurance documents (1.9); conference with J. Bair re review of same (.1); | 2.00 | $1,100.00 |
| 12/11/2023 | Timothy Burns | Review B. Michael correspondence re case discovery issues (.1); | 0.10 | $112.00 |
| 12/11/2023 | Alyssa Turgeon | Begin assisting with review of recently produced debtor insurance policies (1.3); | 1.30 | $442.00 |
| 12/11/2023 | Jesse Bair | Review B. Cawley research memo re abstention issues in connection with certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 12/11/2023 | Jesse Bair | Additional review of B. Cawley research memo re mechanisms for creating comprehensive insurance coverage action in connection with certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 12/11/2023 | Jesse Bair | Participate in conference with B. Cawley re contents of recent Debtor insurance document production (.1); | 0.10 | $90.00 |
| 12/11/2023 | Jesse Bair | Review Debtor correspondence re upcoming insurance meeting with the Debtor (.1); | 0.10 | $90.00 |
| 12/12/2023 | Jesse Bair | Review B. Michael correspondence re case developments, discovery status, and Rule 2004 issues (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/2023 | Alyssa Turgeon | Continue assisting with review of recently produced debtor insurance policies (1.0); | 1.00 | $340.00 |
| 12/13/2023 | Jesse Bair | Prepare for case insurance meeting with the Debtor (.1); | 0.10 | $90.00 |
| 12/13/2023 | Jesse Bair | Participate in case insurance meeting with the Debtor, PSZJ, and T. Burns (.8); | 0.80 | $720.00 |
| 12/13/2023 | Jesse Bair | Participate in post-meeting call with PSZJ and T. Burns re outcome of insurance meeting with the Debtor and next-steps re case insurance issues (.2); | 0.20 | $180.00 |
| 12/13/2023 | Jesse Bair | Participate in conference with T. Burns re next-steps re case insurance strategy (.1); | 0.10 | $90.00 |
| 12/13/2023 | Timothy Burns | Participate in post-meeting call with PSZJ and J. Bair re outcome of insurance meeting with the Debtor and next-steps re case insurance issues (.2); participate in call with J. Bair re next-steps re case insurance strategy (.1); participate in call with state court counsel re case insurance strategy (.2); | 0.50 | $560.00 |
| 12/13/2023 | Timothy Burns | Prepare for insurance meeting with the Debtor (.1); participate in case insurance meeting with the Debtor, PSZJ, and J. Bair (.8); | 0.90 | $1,008.00 |
| 12/15/2023 | Jesse Bair | Review the Committee's second status report re its Rule 2004 application to the Debtor (.2); | 0.20 | $180.00 |
| 12/15/2023 | Jesse Bair | Review J. Stang correspondence re revised protective order (.1); | 0.10 | $90.00 |
| 12/15/2023 | Brian Cawley | Participate in conference with J. Bair re work needed re Diocesan coverage chart / policy review project (.2); | 0.20 | $110.00 |
| 12/15/2023 | Brian Cawley | Continue analyzing historical Diocesan insurance coverage documents in connection with Diocesan coverage chart project (1.7); | 1.70 | $935.00 |
| 12/15/2023 | Jesse Bair | Provide instructions to B. Cawley re work needed re Diocesan coverage chart / policy review project (.2); | 0.20 | $180.00 |
| 12/18/2023 | Jesse Bair | Review correspondence re recent production of insurance secondary evidence from the Debtor (.1); | 0.10 | $90.00 |
| 12/18/2023 | Jesse Bair | Correspondence with G. Brown re Burns Bair pro hac vice submissions (.1); | 0.10 | $90.00 |
| 12/18/2023 | Brian Cawley | Begin drafting debtor insurance coverage chart based on insurance documents received (3.4); | 3.40 | $1,870.00 |
| 12/19/2023 | Jesse Bair | Correspondence with K. Dempski re recent debtor document production (.1); correspondence with G. Brown re same (.1); | 0.20 | $180.00 |

| | | | | |
|---|---|---|---|---|
| 12/19/2023 | Karen Dempski | Download/upload secondary evidence of insurance policies (.2); | 0.20 | $68.00 |
| 12/20/2023 | Jesse Bair | Provide instructions to B. Cawley re recent Debtor insurance document production and review of same (.1); | 0.10 | $90.00 |
| 12/20/2023 | Alyssa Turgeon | Continue assisting with review of recently produced debtor historical insurance materials (4.0); | 4.00 | $1,360.00 |
| 12/21/2023 | Alyssa Turgeon | Continue assisting with review of recently produced debtor historical insurance materials (1.5); | 1.50 | $510.00 |
| 12/21/2023 | Brian Cawley | Analyze newly produced historical Diocesan insurance coverage materials, including secondary evidence, in connection with Diocesan coverage chart project (2.2); | 2.20 | $1,210.00 |
| 12/22/2023 | Timothy Burns | Developed mediation strategy re insurers and potential plan provisions (1.0); | 1.00 | $1,120.00 |
| 12/22/2023 | Jesse Bair | Participate in conference with B. Cawley re status of Debtor insurance document review project (.2); | 0.20 | $180.00 |
| 12/22/2023 | Jesse Bair | Review and edit Burns Bair pro hac vice submissions (.1); correspondence with PSZJ re same (.1); | 0.20 | $180.00 |
| 12/22/2023 | Brian Cawley | Discuss status of insurance coverage review project with J. Bair (.2); | 0.20 | $110.00 |
| 12/22/2023 | Brian Cawley | Continue analyzing newly produced historical Diocesan insurance coverage materials, including secondary evidence, in connection with Diocesan coverage chart project (4.4); | 4.40 | $2,420.00 |
| 12/24/2023 | Timothy Burns | Review B. Michael correspondence re 2004 Order and Protective Order and related attachments (.2); | 0.20 | $224.00 |
| 12/24/2023 | Timothy Burns | Respond to PSZJ correspondence re debtor document productions (.1); | 0.10 | $112.00 |
| 12/26/2023 | Brian Cawley | Continue analyzing newly produced historical Diocesan insurance coverage materials, including secondary evidence, in connection with Diocesan coverage chart project (2.3); | 2.30 | $1,265.00 |
| 12/26/2023 | Brenda Horn-Edwards | Edit pro hac vice application for T. Burns (.1); file application and proposed order in CM/ECF (.1); | 0.20 | $68.00 |
| 12/26/2023 | Brenda Horn-Edwards | Edit pro hac vice application for J. Bair (.1); file application and proposed order in CM/ECF (.1); correspond with J. Bair re same (.1); | 0.30 | $102.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/2023 | Brian Cawley | Continue analyzing newly produced historical Diocesan insurance coverage materials, including secondary evidence, in connection with Diocesan coverage chart project (4.3); | 4.30 | $2,365.00 |
| 12/28/2023 | Brian Cawley | Continue drafting debtor insurance coverage chart based on insurance documents received (2.1); | 2.10 | $1,155.00 |
| 12/28/2023 | Brian Cawley | Finalize debtor coverage chart for partner review (1.2); | 1.20 | $660.00 |
| 12/28/2023 | Brian Cawley | Draft summary of coverage chart and notable points for T. Burns and J. Bair (.7); | 0.70 | $385.00 |
| | | **Totals for Insurance Recovery Activities** | **46.90** | **$27,913.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **51.20** | **$31,591.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/26/2023 | Pro hac vice application filing fee for T. Burns | $328.00 |
| 12/26/2023 | Pro hac vice application filing fee for J. Bair | $328.00 |
| **Total Expenses** | | **$656.00** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Alyssa Turgeon | Paralegal | 7.80 | $340.00 | $2,652.00 |
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Brian Cawley | Associate | 29.70 | $550.00 | $16,335.00 |
| Jesse Bair | Partner | 8.20 | $900.00 | $7,380.00 |
| Karen Dempski | Paralegal | 0.70 | $340.00 | $238.00 |
| Timothy Burns | Partner | 4.30 | $1,120.00 | $4,816.00 |

**Total Due This Invoice: $32,247.00**



**Burns | Bair**

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :**  2/5/2024

**Bill # :**  01367

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 1/10/2024 | Jesse Bair | Review B. Michael correspondence re agenda for upcoming Committee meeting and case developments (.1); | 0.10 | $90.00 |
| 1/19/2024 | Jesse Bair | Prepare for state court counsel meeting re potential case insurance strategies (.1); | 0.10 | $90.00 |
| 1/19/2024 | Jesse Bair | Participate in state court counsel meeting re potential case insurance strategies (1.2); | 1.20 | $1,080.00 |
| | | **Totals for Committee Meetings** | **1.40** | **$1,260.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 1/9/2024 | Jesse Bair | Review and edit Burns Bair invoice for inclusion with monthly fee submission (1.0); correspondence with B. Horn re same (.1); | 1.10 | $990.00 |
| 1/10/2024 | Jesse Bair | Correspondence with the Committee re Burns Bair's monthly fee submission (.1); | 0.10 | $90.00 |
| 1/14/2024 | Jesse Bair | Correspondence with G. Brown re first round of interim fee applications (.1); | 0.10 | $90.00 |
| 1/16/2024 | Jesse Bair | Correspondence with G. Brown and BRG re first round of interim fee applications (.1); | 0.10 | $90.00 |
| 1/16/2024 | Brenda Horn-Edwards | Draft monthly Burns Bair professional fee statement (.3); correspond with J. Bair re same (.1); | 0.40 | $136.00 |
| 1/18/2024 | Jesse Bair | Review and edit Burns Bair monthly fee submission (.1); review and respond to correspondence with PSZJ re same (.2); | 0.30 | $270.00 |
| 1/19/2024 | Timothy Burns | Review fee examiner order (.1); | 0.10 | $112.00 |
| | | **Totals for Fee Applications** | **2.20** | **$1,778.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 1/2/2024 | Jesse Bair | Review J. Stang correspondence re potential mediators and debtor position re same (.1); | 0.10 | $90.00 |
| 1/2/2024 | Jesse Bair | Participate in call with J. Stang and T. Burns re potential test case strategy (.3); | 0.30 | $270.00 |
| 1/2/2024 | Timothy Burns | Participate in call with J. Stang and J. Bair re potential test case strategy (.3); | 0.30 | $336.00 |
| 1/3/2024 | Jesse Bair | Review third notice of continuance of certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 1/4/2024 | Jesse Bair | Brief analysis of insurance issues in connection with potential test case strategy (.1); | 0.10 | $90.00 |
| 1/4/2024 | Timothy Burns | Participate in additional call with J. Stang re insurance case strategy (.3); brief analysis re status of underlying lawsuits prior to bankruptcy in connection with potential test cases (.1); | 0.40 | $448.00 |
| 1/4/2024 | Jesse Bair | Review correspondence with the Debtor and PSZJ re recent debtor document productions (.1); | 0.10 | $90.00 |
| 1/5/2024 | Karen Dempski | Download/upload DEBTOR004 production documents (.5); | 0.50 | $170.00 |
| 1/7/2024 | Timothy Burns | Review Committee coverage chart prepared by B. Cawley (.2); | 0.20 | $224.00 |
| 1/8/2024 | Jesse Bair | Review correspondence with PSZJ re state court counsel meeting and potential insurance demands (.1); | 0.10 | $90.00 |
| 1/9/2024 | Jesse Bair | Brief review re current version of the Committee's Rule 2004 subpoena on the Debtor (.1); review correspondence with A. Cain and the Debtor re same and Debtor discovery issues (.1); | 0.20 | $180.00 |
| 1/9/2024 | Jesse Bair | Brief review re Debtor coverage chart prepared by B. Cawley (.1); | 0.10 | $90.00 |
| 1/9/2024 | Timothy Burns | Review correspondence with the debtor and PSZJ re Rule 2004 subpoena (.1); | 0.10 | $112.00 |
| 1/15/2024 | Jesse Bair | Review correspondence with B. Michael and state court counsel re upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| 1/15/2024 | Jesse Bair | Review correspondence with PSZJ and the Debtor re discovery production issues and proposed weekly call re discovery issues (.1); | 0.10 | $90.00 |
| 1/17/2024 | Jesse Bair | Review case protective order (.2); review and execute agreement to be bound by same (.1); | 0.30 | $270.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/17/2024 | Jesse Bair | Review and execute bar date confidentiality order (.1); correspond with B. Michael re same (.1); | 0.20 | $180.00 |
| 1/18/2024 | Timothy Burns | Participate in call with state court counsel re case insurance strategy (.1). | 0.10 | $112.00 |
| 1/18/2024 | Jesse Bair | Continued analysis re issues in connection with potential insurance demands and/or test cases (.1); | 0.10 | $90.00 |
| 1/19/2024 | Jesse Bair | Correspondence with the Debtor re Debtor coverage chart (.1); | 0.10 | $90.00 |
| 1/19/2024 | Jesse Bair | Review and respond to correspondence with state court counsel re insurance demand letter issues (.2); | 0.20 | $180.00 |
| 1/21/2024 | Jesse Bair | Review fourth notice of continuance re certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 1/22/2024 | Jesse Bair | Review correspondence with the Debtor re case discovery meeting (.1); | 0.10 | $90.00 |
| 1/23/2024 | Timothy Burns | Review correspondence with the Debtor and PSZJ re discovery meeting and current production status (.2); | 0.20 | $224.00 |
| 1/24/2024 | Brian Cawley | Draft revised version of Committee coverage chart to incorporate suggested partner edits (.7); | 0.70 | $385.00 |
| 1/24/2024 | Jesse Bair | Analysis regarding the Debtor's insurance coverage program in connection with potential test cases (.4); | 0.40 | $360.00 |
| 1/24/2024 | Jesse Bair | Draft email memorandum to state court counsel re potential test case issues (.2); | 0.20 | $180.00 |
| 1/24/2024 | Jesse Bair | Correspondence with B. Cawley re Debtor excess coverage in the 1980s (.1); | 0.10 | $90.00 |
| 1/25/2024 | Jesse Bair | Review B. Michael correspondence re case update and discovery issues (.1); | 0.10 | $90.00 |
| 1/27/2024 | Timothy Burns | Review Debtor correspondence re document production issues (.1); | 0.10 | $112.00 |
| 1/27/2024 | Karen Dempski | Download/upload recent Debtor document production (.4); | 0.40 | $136.00 |
| 1/28/2024 | Jesse Bair | Analysis re the Westchester Excess policies (.1); correspondence with the Debtor re same (.1); | 0.20 | $180.00 |
| 1/28/2024 | Jesse Bair | Review correspondence from the debtor re recent document productions (.1); | 0.10 | $90.00 |
| 1/28/2024 | Jesse Bair | Review the debtor's responses and objections to the Committee's stage one Rule 2004 examination (.2); | 0.20 | $180.00 |
| 1/30/2024 | Brian Cawley | Compare draft Committee coverage chart with debtor's version and begin drafting summary of differences (1.7); | 1.70 | $935.00 |
| 1/30/2024 | Brian Cawley | Analyze historical policy documentation to determine accuracy of current version of debtor coverage chart (1.0); | 1.00 | $550.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/30/2024 | Jesse Bair | Review the debtor's draft coverage chart (.1); correspondence with the Debtor re same and related secondary evidence (.1); | 0.20 | $180.00 |
| 1/30/2024 | Jesse Bair | Review correspondence with the Diocese and PSZJ re case discovery issues (.1); | 0.10 | $90.00 |
| 1/30/2024 | Jesse Bair | Correspondence with B. Cawley re analysis needed re discrepancies between the debtor and committee coverage charts (.1); | 0.10 | $90.00 |
| 1/31/2024 | Timothy Burns | Participate in call with J. Stang and B. Michael re ongoing insurance projects and strategy (.1); correspond with J. Bair re same (.1); | 0.20 | $224.00 |
| 1/31/2024 | Timothy Burns | Review correspondence with PSZJ and debtor re document production matters (.1); | 0.10 | $112.00 |
| | | **Totals for Insurance Recovery Activities** | **10.10** | **$7,770.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **13.70** | **$10,808.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/01/2024 | Fourth Quarter 2023 PACER | $49.30 |
| **Total Expenses** | | **$49.30** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.40 | $340.00 | $136.00 |
| Brian Cawley | Associate | 3.40 | $550.00 | $1,870.00 |
| Jesse Bair | Partner | 7.20 | $900.00 | $6,480.00 |
| Karen Dempski | Paralegal | 0.90 | $340.00 | $306.00 |
| Timothy Burns | Partner | 1.80 | $1,120.00 | $2,016.00 |

**Total Due This Invoice:** **$10,857.30**