PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF BARRON L. WEINSTEIN IN SUPPORT OF FIRST INTERIM APPLICATION OF WEINSTEIN & NUMBERS, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION**<br><br>Date: April 4, 2024<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

Case: 23-30564 Doc# 508 Filed: 02/29/24 Entered: 02/29/24 09:29:08 Page 1 of 32

I, Barron L. Weinstein, declare:

1. I am an attorney duly licensed to practice law in the State of California and a partner with Weinstein & Numbers, LLP ("W&N"), special corporate and insurance counsel for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. I am a partner of W&N. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying First Interim Application of Weinstein & Numbers, LLP, for Allowance of Fees and Reimbursement of Expenses (the "Application"), and to the best of my knowledge, all statements are true and correct.

3. During the approximately five-and-a-half-month period of August 21, 2023, through and including January 31, 2024, (the "Application Period"), W&N billed the Debtor for legal services in the sum of $95,475.50. The services performed by W&N during this case have been specific to its role as special insurance counsel to the Debtor.

4. The detailed billing statements reflecting W&N's time records is attached hereto as ***Exhibit A*** and reflects total fees in the amount of $95,475.50 incurred during the Application Period. A breakdown of the professionals who billed to this case during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Asset Analysis and Recovery | 3.80 | $1,615.00 |
| Discovery | 8.80 | $4,700.00 |
| Employment Applications | 7.60 | $3,297.50 |
| Fee Applications | 1.90 | $399.00 |
| Litigation | 246.30 | $71,170.00 |
| Mediation | 3.20 | $2,000.00 |
| Motion Practice | 17.50 | 10,813.00 |
| Preparation of Materials for Parties in Bankruptcy Proceedings | 4.80 | $1,481.00 |
| **Totals** | **293.90** | **$95,475.50** |

Case: 23-30564 Doc# 508 Filed: 02/29/24 Entered: 02/29/24 09:29:08 Page 2 of 32

5. I have used my best billing judgment to allocate the services covered by this interim fee application to task categories listed above. I will continue to do so going forward on all W&N monthly fee notices and interim fee applications. A brief description of the type of services contained in each category is as follows:

a. The "Asset Analysis and Recovery" task code was used for identification and review of potential assets including causes of action and non-litigation recoveries.

b. The "Discovery" task code was used for matters relating to analysis and communications regarding Committee production requests.

c. The "Employment Applications" task code was used for matters relating to review and preparation of correspondence regarding application for employment, finalize application and declaration, telephone conference with counsel regarding employment application.

d. The "Fee Applications" task code was used for matters relating to reviewing correspondence from Mr. Pascuzzi regarding request for billing, payment, retainer balance details, prepare spreadsheet regarding same, review monthly fee notice and confirm billing details and breakdown for billing entries.

e. The "Litigation" task code was used for matters relating to the review of each abuse claim to determine which insurance policies might apply, preparation of correspondence tendering each claim to each carrier with potential coverage, maintaining charts of all tenders and responses, maintaining charts of identifying information for each abuse claim as necessary to pursue coverage, conferencing with insurance adjusters and coverage counsel to address questions and requests for information, and collaborating with defense and bankruptcy counsel to coordinate the insurance coverage issues with ongoing defense and bankruptcy issues.

f. The "Mediation" task code was used for matters related to the review of correspondence regarding mediation strategy, prepare correspondence regarding mediation, attend Zoom meeting regarding issues of mediation and overall strategy with counsel and client, numerous telephone conferences regarding mediation.

g. The "Motion Practice" task code was used for matters related to attending Zoom meetings with counsel and client to discuss hearing on pending motions, review pleadings

Case: 23-30564 Doc# 508 Filed: 02/29/24 Entered: 02/29/24 09:29:08 Page 3 of 32

and file notes to prepare for hearing, attend hearing via Zoom, review pleadings regarding state court coverage action, telephone conference with counsel regarding same.

h. The "Preparation of Materials for Parties in Bankruptcy Proceedings" task code was used for matters related to review of correspondence from bankruptcy counsel regarding requests from Committee and prepare response, analysis of policies and secondary evidence for production to bankruptcy counsel, review of complaint, evaluate coverage and prepare tender letter to carrier, conferencing with Committee counsel and preparing information for them regarding the Debtor's coverage.

6. During the Application Period, W&N incurred actual and necessary expenses in the amount of $64.07 as follows:

| Category | Total |
|---|---|
| Court Fees | $48.57 |
| Document management | $15.50 |
| **Total Expenses** | **$64.07** |

7. This is Counsel's first interim fee motion, so no previous fee motions have been filed.

8. With respect to the Bankruptcy Rule 2016(a) requirements for attorney fee applications, W&N has not received any payments to date in this case from any source after the Petition Date. On the Petition Date, Counsel held a retainer totaling $136,133.00. The balance of the retainer as of January 31, 2024, is $76,220.93, after payment of 80% of fees and 100% of expenses for August through December fee notices.

9. With respect to Bankruptcy Rule 2016(b), W&N has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

Case: 23-30564 Doc# 508 Filed: 02/29/24 Entered: 02/29/24 09:29:08 Page 4 of 32

10. I certify that to the best of my knowledge W&N has complied with the U.S. Trustee's guidelines ("U.S. Trustee Guidelines").

11. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by the my firm's clients.

12. In accordance with UST Guidelines for Large Cases, W&N prepared budgets and staffing plans for the period during the application which were reviewed with and approved by the Debtor.

13. As required by the UST Large Case guidelines, W&N provides the following:

a. W&N did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

b. If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? No, the fees requested were substantially under the fees budgeted for the time period.

c. Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? No.

d. Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? No.

e. Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? No.

f. The fee application does not include any rate increases since retention. W&N hourly rates were adjusted effective February 2024 by the filing of an appropriate notice at ECF 425.

Case: 23-30564 Doc# 508 Filed: 02/29/24 Entered: 02/29/24 09:29:08 Page 5 of 32

14. I respectfully submit that all the billings and expenses have been reasonable and necessary in this case and respectfully request that they be approved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2024, at Larkspur, California.

/s/
BARRON L. WEINSTEIN

Case No. 23-30564
DECLARATION IN SUPPORT OF W&N FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES
-6-
Case: 23-30564 Doc# 508 Filed: 02/29/24 Entered: 02/29/24 09:29:08 Page 6 of 32

**Exhibit A**

August 21, 2023 through January 31, 2024

Billing Statements

Case No. 23-30564
DECLARATION IN SUPPORT OF W&N FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES

-7-

Case: 23-30564 Doc# 508 Filed: 02/29/24 Entered: 02/29/24 09:29:08 Page 7 of 32

**Weinstein & Numbers, LLP**
*Attorneys at Law*

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

INVOICE # 33721
Date: 08/31/2023

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 08/21/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review files and prepare correspondence regarding bankruptcy filing (35 min); telephone conferences regarding carrier request for waiver of conflict (30 min). | 1.10 | $687.50 |
| 08/21/2023 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review complaints and related claim documents filed for multiple claimants (.2); update file regarding same (.1); review file and prepare materials for filing of stay (.3). | 0.60 | $126.00 |
| 08/21/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from counsel for carrier concerning bankruptcy (.1) analyze correspondence from carriers re claims (.4) prepare correspondence and documents for carriers concerning bellwether cases (.2) review of voluntary bankruptcy petition and discuss with Weinstein (.1) | 0.80 | $340.00 |
| 08/21/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Prepare draft notice of stay regarding bankruptcy proceedings for filing in Chubb v. RCASF action (1.0). | 1.00 | $350.00 |
| 08/21/2023 | CDY | Employment Application: Conflicts check regarding bankruptcy proceeding (.6); review file and send memo re final, fully-executed conflict waiver (.2). | 0.80 | $168.00 |

| | | | | |
|---|---|---|---|---|
| 08/22/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review file regarding bankruptcy stay; finalize Notice of Stay for coverage action. | 0.50 | $312.50 |
| 08/22/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Prepare correspondence regarding insufficient disk space in system to file carrier correspondence. | 0.20 | $42.00 |
| 08/22/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze draft notice of stay and notice filed in JCCP 5108 (0.3); revise draft notice (0.3); coordinate filing of notice with CY (0.3). | 0.90 | $315.00 |
| 08/23/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Telephone conference with counsel regarding strategy for settlement discussions (10 min); review and prepare correspondence regarding Chubb coverage litigation (10 min). | 0.40 | $250.00 |
| 08/23/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new correspondences and claim number received prepare correspondences regarding the same. | 0.70 | $147.00 |
| 08/23/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings and coverage chart (0.2); review, analyze, and revise tender/notice correspondence to carriers (0.3); finalize tender letters and send to carriers (0.2). | 0.70 | $245.00 |
| 08/23/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze defense counsel invoices submitted to client for payment for July 2023 (1.1); prepare updates to reimbursement spreadsheet with new invoice information (.7). | 1.80 | $567.00 |
| 08/24/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new correspondences and tenders and prepare correspondences regarding the same (.2). Update tender matrix claimant entry and tender matrix table of contents, update coverage chart claimant entry, and prepare correspondence regarding all (.2). | 0.50 | $105.00 |
| 08/24/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and prepare correspondence regarding carrier’s reimbursement of past fees and costs. | 0.30 | $187.50 |
| 08/25/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and file, chart new carrier correspondence to 103 claimants and prepare correspondence regarding the same. | 2.80 | $588.00 |
| 08/28/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and prepare correspondence with insurance adjuster regarding tender with request for information. | 0.20 | $85.00 |
| 08/28/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze notice of stay and clerk's email, and confer with CY regarding refiling of notice of stay (0.2). | 0.20 | $70.00 |

| | | | | |
|---|---|---|---|---|
| 08/29/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart correspondences and prepare correspondences regarding the same. | 0.50 | $105.00 |
| 08/29/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze notice of adoption forms for multiple claimants and prepare correspondence to carriers (.4) review of correspondence from defense counsel regarding coverage and requests for information concerning 11 claims (.2) analyze five claims and prepare correspondence to defense counsel (.3) analyze coverage letter from carrier and prepare correspondence to carrier regarding coverage position (.2) review of correspondence from defense counsel re coverage (.2) | 1.30 | $552.50 |
| 08/29/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze defense counsel invoices submitted to client for payment (2.3); prepare updates to reimbursement spreadsheet with new invoice information (1.4). | 3.70 | $1,165.50 |
| 08/30/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart carrier correspondence and prepare correspondence regarding the same. | 0.20 | $42.00 |
| 08/30/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart correspondences and new tender and update tender matrix carrier data and update tender matrix to reflect new data provided in tender and prepare correspondences regarding all. | 0.30 | $63.00 |
| 08/30/2023 | BLW | Employment Application: Review and revise draft application for employment; | 2.00 | $1,250.00 |
| 08/30/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review various correspondence from defense counsel regarding insurer reimbursement for fees and costs (.3) review of correspondence from defense counsel regarding coverage by multiple carriers for claims and claims with shared coverage (.2) analyze file regarding overlapping policy periods (.3) prepare response to defense counsel re claims with overlapping policy periods and coverage position of carriers (.5) evaluate potential coverage for claimant and prepare correspondence to adjuster regarding adoption of master complaint (.3) analyze new fact sheet from claimant and evaluate scope of claim (.2) analyze potential additional coverage for claim and prepare new tender letter to carrier (.4). | 2.20 | $935.00 |
| | | | **Services Subtotal** | **$8,698.50** |

| Current Services | | Total |
|---|---|---|
| 08/22/2023 | Filing fees and service fees regarding Notice of Stay for Century Indemnity et al. v. RCASF action. | $48.57 |
| | **Expenses Subtotal** | **$48.57** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Kevin Cifarelli | 4.5 | $425.00 | $1,912.50 |
| Adison Marshall | 2.8 | $350.00 | $980.00 |
| Barry Weinstein | 4.3 | $625.00 | $2,687.50 |
| Brian Carolus | 5.2 | $210.00 | $1,092.00 |
| Bob Patterson | 5.5 | $315.00 | $1,732.50 |
| Chuck Yeo | 1.4 | $210.00 | $294.00 |
| | | **Subtotal** | **$8,747.07** |
| | | **Total This Invoice** | **$8,747.07** |

**Weinstein & Numbers, LLP**
*Attorneys at Law*

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 09/01/2023 | BLW | Employment Application: Prepare application for employment in bankruptcy proceedings and related documents. | 1.40 | $875.00 |
| 09/01/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze defense counsel invoices submitted to client for payment (2.2); prepare updates to reimbursement spreadsheet with new invoice information (.9). | 3.10 | $976.50 |
| 09/01/2023 | CDY | Employment Application: File review regarding bankruptcy application (.2); drafting of application (.6); review and check extensive list for conflicts of interest (1.6). | 2.20 | $462.00 |
| 09/02/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze defense counsel invoices submitted to client for payment (1.1); prepare updates to reimbursement spreadsheet with new invoice information (.6). | 1.70 | $535.50 |
| 09/03/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and prepare correspondence regarding bankruptcy issues. | 0.50 | $312.50 |
| 09/04/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (1.8); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (.9). | 2.70 | $850.50 |

| | | | | |
|---|---|---|---|---|
| 09/06/2023 | BLW | Employment Application: Review and prepare correspondence regarding application for employment as debtor's insurance counsel (20 min); finalize application and declaration for filing (10 min); telephone conference with counsel regarding same (10 min). | 0.70 | $437.50 |
| 09/08/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (1.7); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (1.4). | 3.10 | $976.50 |
| 09/09/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (1.4); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (.7). | 2.10 | $661.50 |
| 09/10/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (.6); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (.7). | 1.30 | $409.50 |
| 09/12/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of three letters from excess carrier concerning coverage and requests for information (.9) review of file and prepare response to carrier request for information. (.5) | 1.40 | $595.00 |
| 09/13/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from counsel regarding litigation. | 0.10 | $42.50 |
| 09/14/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondences received. | 0.40 | $84.00 |
| 09/14/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze four coverage letters from carrier in response to tenders, evaluate requests for information and prepare responses. | 0.60 | $255.00 |
| 09/15/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence received. | 0.20 | $42.00 |
| 09/18/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Conference meeting regarding upcoming mediation, Tender Reconciliation List, tender matrix entries, and claimants for whom pleadings are currently missing (.75). Prepare a list of claimants for whom pleadings are currently missing from our system records (.4). Review new claimant excel matrix chart received and expand out 528 compressed rows for visibility (.4). | 1.60 | $336.00 |
| 09/18/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Conduct file review of 78 claims to determine pleadings and discovery served by claimants (2.7); prepare memorandum regarding claims (.5). | 3.20 | $1,360.00 |
| 09/18/2023 | CDY | Employment Application: File review and analysis regarding data on application for employment. | 0.50 | $105.00 |

| | | | | |
|---|---|---|---|---|
| 09/19/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new claimant excel matrix chart received and expand 528 compressed rows for visibility (.5). Review new claimant excel matrix and merge duplicate claimant folders and update claimant folder titles and update tender matrix entries and tender matrix table of contents and update coverage chart entries and create new claimant folders and create new tender matrix claimant entries and create new coverage chart claimant entries (2.6). | 3.20 | $672.00 |
| 09/19/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Telephone conference with Paul Gaspari and review correspondence regarding possible retention of expert. | 0.20 | $125.00 |
| 09/21/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate large collection of claimant documents into network system folders (2.7); prepare comprehensive spreadsheet, identifying. missing pleadings, documents, and other data related to each claimant (1.6). | 4.30 | $1,354.50 |
| 09/23/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional defense counsel invoices (1.7); prepare additions and edits to reimbursement chart for use by attorney in connection with reimbursement of paid invoices from carriers (2.1). | 3.80 | $1,197.00 |
| 09/25/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from excess carrier's adjuster re coverage issues raised, and request for information by carrier. | 0.60 | $255.00 |
| 09/25/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of multiple letters from carrier and analyze coverage position and respond to request for information. | 0.60 | $255.00 |
| 09/27/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and incorporate additional plaintiff fact sheets and notices of adoption into claimant folders. | 2.30 | $724.50 |
| 09/27/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze three separate reservation of rights letters from carriers regarding coverage position with requests for informations (.9) prepare responses to request for information to carrier (.5) | 1.40 | $595.00 |
| 09/28/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and file new carrier correspondences. | 0.60 | $126.00 |
| 09/29/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new plaintiff excel matrix and update claimant folder titles (1.1); update tender matrix entries and tender matrix table of contents (.7); update coverage chart entries and create new claimant folders (1.2); create new tender matrix claimant entries and create new coverage chart claimant entries (.4). | 3.40 | $714.00 |
| 09/29/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze Weintraub Tobin claims list (.5); review and analyze our claims list and update to reflect | 1.10 | $385.00 |

| | | | | |
|---|---|---|---|---|
| | | date and carrier correspondence (.4); review and analyze carrier correspondence and pleadings to update claims list chart (.2). | | |
| 09/30/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new plaintiff excel matrix and merge duplicate claimants and update claimant folder titles (2.5); update tender matrix entries and tender matrix table of contents (.5); update coverage chart entries and create new claimant folders (2.7): and create new tender matrix claimant entries and create new coverage chart claimant entries (1.8). | 7.50 | $1,575.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 7.9 | $425.00 | $3,357.50 |
| Adison Marshall | 1.1 | $350.00 | $385.00 |
| Barry Weinstein | 2.8 | $625.00 | $1,750.00 |
| Brian Carolus | 16.9 | $210.00 | $3,549.00 |
| Bob Patterson | 24.4 | $315.00 | $7,686.00 |
| Chuck Yeo | 2.7 | $210.00 | $567.00 |
| | | **Subtotal** | **$17,294.50** |
| | | **Total This Invoice** | **$17,294.50** |

**Weinstein & Numbers, LLP**
***Attorneys at Law***

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 10/02/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new plaintiff excel matrix and update claimant folder titles and update tender matrix entries and tender matrix table of contents and update coverage chart entries and create new claimant folders and create new tender matrix claimant entries and create new coverage chart claimant entries (2.1). Zoom conference regarding new billing practices and upcoming mediation (.7). | 2.80 | $588.00 |
| 10/02/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review files and meet with team regarding status and preparation for mediation. | 0.30 | $187.50 |
| 10/02/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence, coverage chart, and tender reconciliation in order to prepare outgoing tenders. | 0.90 | $315.00 |
| 10/06/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence and claim number received (.1). Review claimant folder and tender matrix claimant entry (.1). Create new claimant folders, create new tender matrix claimant entries and update tender matrix table of contents, create new coverage chart claimant entries, and prepare correspondence regarding all (.3). | 0.50 | $105.00 |

| | | | | |
|---|---|---|---|---|
| 10/06/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze coverage letter from Lloyd's and summary of policies from Lloyd's in response to [redacted] claim. | 0.40 | $170.00 |
| 10/09/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review new plaintiff excel matrix and update claimant folder titles, tender matrix, and coverage chart claimant entries. | 1.20 | $252.00 |
| 10/11/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Create new folder (.1). Review all tender matrix volumes and identify, highlight carrier denials for coverage denials identification project (1.6). Update tender matrix carrier data (.3). | 2.10 | $441.00 |
| 10/11/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and prepare correspondence regarding status of bankruptcy proceedings and new coverage counsel for Committee. | 0.30 | $187.50 |
| 10/12/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review all tender matrix volumes and identify, highlight carrier denials for coverage denials identification project (4.8). Update tender matrix carrier data (.5). Review claimant folder and tender matrix claimant entry (.1). | 5.40 | $1,134.00 |
| 10/13/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review all tender matrix volumes and identify, highlight carrier denials for coverage denials identification project (4.7). Update tender matrix claimant and carrier data (1.2). | 5.90 | $1,239.00 |
| 10/18/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of multiple emails and correspondence from defense counsel and counsel for carriers regarding claims notice procedure. | 0.30 | $127.50 |
| 10/23/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze correspondence from Chubb in response to four tenders of claims and analyze coverage issues. | 0.40 | $170.00 |
| 10/27/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review excel matrix and update claimant folder titles, tender matrix, and coverage chart. | 4.10 | $861.00 |
| 10/30/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Telephone conferences with counsel regarding motions for relief from stay (1.2); review pleadings regarding same (.7). | 1.70 | $1,062.50 |
| 10/30/2023 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of correspondence from bankruptcy counsel, carrier counsel and Committe Counsel re claims procedures motion and motion for relief from stay and fee examination. | 0.30 | $127.50 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 1.4 | $425.00 | $595.00 |
| Adison Marshall | 0.9 | $350.00 | $315.00 |

| | | | |
|---|---|---|---|
| Barry Weinstein | 2.3 | $625.00 | $1,437.50 |
| Brian Carolus | 22.0 | $210.00 | $4,620.00 |
| | | **Subtotal** | **$6,967.50** |
| | | **Total This Invoice** | **$6,967.50** |

**Weinstein & Numbers, LLP**
***Attorneys at Law***

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 11/01/2023 | BLW | Review file notes and correspondence to prepare for Zoom meeting with counsel (.4); attend Zoom meeting with counsel to discuss pending motions (1.2) | 1.60 | $1,000.00 |
| 11/02/2023 | BLW | Review correspondence regarding mediation strategy (.5); prepare correspondence regarding same (.3); Attend Zoom meeting regarding issues of relief from stay motions, mediation and overall strategy with counsel and client (1.0); telephone conferences with carrier and Committee counsel regarding relief from stay and claim process (1.0). | 2.80 | $1,750.00 |
| 11/03/2023 | BSC | Review All Dioceses excel matrix and update claimant folder titles (.5); update tender matrix claimant entries and tender matrix table of contents (.3); and update coverage chart entries (.3). | 1.10 | $231.00 |
| 11/06/2023 | BLW | Review correspondence regarding discovery issues (.5); prepare correspondence regarding same (.2); review Rule 2004 Application and discuss with counsel (.5) and discuss with counsel (.3). | 1.50 | $937.50 |
| 11/07/2023 | KLC | Analyze claims made to National Catholic Insurance to evaluate decrease in coverage from new claim and motion for relief from stay (.4) analyze National Catholic policies re scope of coverage (.3) | 0.70 | $297.50 |
| 11/07/2023 | BLW | Attend Zoom meeting with counsel to discuss discovery issues (1.3); review 2004 application regarding production of insurance | 2.50 | $1,562.50 |

| | | | | |
|---|---|---|---|---|
| | | information (.7); review file notes and correspondence regarding same (.5). | | |
| 11/08/2023 | BLW | Review and prepare correspondence regarding mostion for relief from stay (.7); Telephone conference with Committee Counsel regarding pending motions (.9); Telephone conference with co-counsel regarding same (.3). | 1.90 | $1,187.50 |
| 11/09/2023 | BLW | Attend Zoom meeting with counsel and client to discuss hearing on pending motions (.6); Review pleadings and file notes to prepare for hearing (1.0); attend hearing via Zoom (2.5). | 4.10 | $2,562.50 |
| 11/13/2023 | BLW | Telephone conference with counsel regarding claim procedures (.2); review correspondence regarding opposition to motion for relief from stay (.2); review opposition to motion (.2). | 0.60 | $375.00 |
| 11/14/2023 | BLW | Telephone conferences with counsel regarding claim procedures and supplemental questionnaire (.7); review correspondence and draft pleadings regarding same (1.3). | 2.00 | $1,250.00 |
| 11/17/2023 | RP | Review, analyze, and incorporate additional defense counsel invoices provided by defense counsel (1.7); prepare additions and edits to global spreadsheet, outlining all defense fees and costs for accepted claims (2.1). | 3.80 | $1,197.00 |
| 11/20/2023 | CDY | Review memo from Mr. Pascuzzi regarding request for billing/ payment/retainer balance details (.2); prepare spreadsheet re same (.6); review Fee Notice and confirm belling details and breakdown for October billing entries (.3). | 1.10 | $231.00 |
| 11/21/2023 | RP | Review, analyze, and incorporate additional defense counsel invoices produced by defense counsel related to accepted claims (1.3); prepare edits and additions to global spreadsheet, outlining all fees and costs for global activity and claimant activities to date (1.9). | 3.20 | $1,008.00 |
| 11/22/2023 | RP | Review, analyze, and incorporate additional defense counsel invoices produced by defense counsel related to accepted claims (1.3); prepare edits and additions to global spreadsheet, outlining all fees and costs for global activity and claimant activities to date (1.3). | 3.60 | $1,134.00 |
| 11/27/2023 | KLC | Review of correspondence from bankruptcy counsel regarding requests from Committee and prepare response (.3) analysis of policies and secondary evidence for production to bankruptcy counsel (.6) review of complaint, evaluate coverage and prepare tender letter to carrier (.6) | 1.50 | $637.50 |
| 11/27/2023 | CDY | Collate additional policy documents and organize DropBox regarding same. | 0.30 | $63.00 |
| 11/27/2023 | RP | Review, analyze, and incorporate additional defense counsel invoices produced by defense counsel related to accepted claims (1.1); prepare edits and additions to global spreadsheet, outlining all fees and costs for global activity and claimant activities to date (.7). | 1.80 | $567.00 |
| 11/28/2023 | BSC | Organize claimant folder (.1). Review and chart new tender and prepare correspondence regarding the same (.2). | 0.40 | $84.00 |
| 11/28/2023 | RP | Review, analyze, and incorporate additional defense counsel | 2.30 | $724.50 |

| | | | | |
|---|---|---|---|---|
| | | invoices produced by defense counsel related to accepted claims (1.3); prepare edits and additions to global spreadsheet, outlining all fees and costs for global activity and claimant activities to date (1.0). | | |
| 11/29/2023 | BSC | Review Master Diocese excel matrix and update claimant folder titles and tender matrix claimant entries (2.3); update tender matrix table of contents and coverage chart entries (1.6). | 3.90 | $819.00 |
| 11/30/2023 | BSC | Review Master Diocese excel matrix and update claimant folder titles and tender matrix claimant entries (3.8); update tender matrix table of contents and coverage chart entries (2.3). | 6.10 | $1,281.00 |
| 11/30/2023 | KLC | Review of correspondence from carrier counsel regarding insurance policies and analyze policies for production (.4) analyze redacted portions of policies and prepare for production (.3) | 0.70 | $297.50 |
| 11/30/2023 | CDY | Review original policy production; collate and review policy documents for production of unredacted and secondary evidence documents; Bates stamp and create a shared data link for policy docs; teleconference with A. Cottrell regarding same. | 2.60 | $546.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 2.9 | $425.00 | $1,232.50 |
| Barry Weinstein | 17.0 | $625.00 | $10,625.00 |
| Brian Carolus | 11.5 | $210.00 | $2,415.00 |
| Bob Patterson | 14.7 | $315.00 | $4,630.50 |
| Chuck Yeo | 4.0 | $210.00 | $840.00 |
| | | **Subtotal** | **$19,743.00** |
| | | **Total This Invoice** | **$19,743.00** |

## Detailed Statement of Account

### Past Due Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 33721 | 11/23/2023 | $8,747.07 | $7,007.37 | $1,739.70 |
| 33725 | 11/23/2023 | $17,294.50 | $13,835.60 | $3,458.90 |
| 33775 | 12/14/2023 | $6,967.50 | $0.00 | $6,967.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 33800 | 12/31/2023 | $19,743.00 | $0.00 | $19,743.00 |
| | | | **Total for This Matter** | **$31,909.10** |
| | | | **Total Amount Due** | **$31,909.10** |

INVOICE # 33844
Date: 01/08/2024

**Weinstein & Numbers, LLP**
*Attorneys at Law*

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 12/01/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review All Dioceses excel matrix and update claimant folder titles and update tender matrix claimant entries and tender matrix table of contents and update coverage chart entries. | 2.50 | $525.00 |
| 12/04/2023 | BLW | Motion Practice: Review and prepare correspondence regarding motion to release stay (.3); review file regarding status of tenders (.2). | 0.50 | $312.50 |
| 12/04/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Download Master Dioceses excel matrix and coverage chart and tender matrix volumes 1-6 to remote work computer (.1). Review Master Dioceses excel matrix and update tender matrix claimant entries (1.3), update tender matrix table of contents (1.1), Review Master Dioceses excel matrix and update coverage chart entries (1.2). | 3.70 | $777.00 |
| 12/04/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional invoices received from defense counsel (1.4); prepare and chart additional invoices to carriers in connection with accepted claims (.9). | 2.30 | $724.50 |
| 12/04/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available | 0.40 | $170.00 |

| | | | | |
|---|---|---|---|---|
| | | Insurance Coverage): Review of correspondence from defense counsel regarding bankruptcy and coverage issues and analyze file to prepare response. | | |
| 12/05/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Upload coverage chart and all 6 tender matrix volumes to Dropbox and download, save all to local office server (.2).<br>Review Master Dioceses excel matrix and update tender matrix claimant entries (1.375). Update tender matrix table of contents (1.375). Review Master Dioceses excel matrix and update claimant folder titles (1.375). Review Master Dioceses excel matrix and update coverage chart entries (1.375). | 5.80 | $1,218.00 |
| 12/05/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional invoices received from defense counsel (1.3); prepare and chart additional invoices to carriers in connection with accepted claims (.8). | 2.10 | $661.50 |
| 12/05/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze correspondence from defense counsel, bankruptcy counsel and coverage counsel regarding litigation issues in bankruptcy. | 0.20 | $85.00 |
| 12/06/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review Master Dioceses excel matrix and update tender matrix claimant entries (1.5969). Update tender matrix table of contents (1.5969). Review Master Dioceses excel matrix and update claimant folder titles (1.8151). Review Master Dioceses excel matrix and update coverage chart entries (1.5969). Create new coverage chart entry (.1). | 6.80 | $1,428.00 |
| 12/06/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for mediation (1.4); review and analyze weintraub tobin charts regarding claims (0.7). | 2.10 | $735.00 |
| 12/06/2023 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review CMO and update litigation calendar regarding continuation of 12/27/23 CMC. | 0.30 | $63.00 |
| 12/07/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review coverage chart and update claimant folder titles (1.7183). Update coverage chart claimant entries (.2). | 2.00 | $420.00 |
| 12/07/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for mediation (4.5). | 4.50 | $1,575.00 |
| 12/08/2023 | KLC | Discovery: Analyze policies and secondary evidence for production. | 1.70 | $722.50 |
| 12/08/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for mediation (1.5). | 1.50 | $525.00 |

| | | | | |
|---|---|---|---|---|
| 12/08/2023 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review file and prepare for production of secondary policy evidence. | 0.40 | $84.00 |
| 12/09/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional claims received from defense counsel (1.4); prepare and draft additional tender notices to carriers in connection with additional claims (1.2). | 2.60 | $819.00 |
| 12/11/2023 | KLC | Discovery: Continue analysis of policies for production to Committee Counsel (1.6) revise tender letters to Allianz, Travelers, Chubb and Hartford and prepare Dropbox folders for carriers (.7) | 2.30 | $977.50 |
| 12/11/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new tenders (.3). Update tender matrix carrier data and update tender matrix table of contents (.2) Update coverage chart claimant entry (.1). | 0.50 | $105.00 |
| 12/12/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from carrier regarding new claim and respond to request for information. | 0.60 | $255.00 |
| 12/13/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new tenders. | 0.30 | $63.00 |
| 12/13/2023 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Attend Zoom meeting with Ori Katz and Committee counsel regarding strategy as to insurers (.7); telephone conference with Ori Katz regarding same (.2); review insurance documents for production to Committee (1.4) | 2.30 | $1,437.50 |
| 12/13/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional invoices from defense counsel for recent defense work on claims (.4); prepare updates to reimbursement spreadsheets, outlining invoices and requests for reimbursement (1.3). | 1.70 | $535.50 |
| 12/13/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for mediation (1.1). | 1.10 | $385.00 |
| 12/14/2023 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and update coverage chart (.2); review file regarding secondary policy evidence and add Bates stamping for production (1.1). | 1.30 | $273.00 |
| 12/14/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of claimant files and claim list to reconcile claims (.6) prepare correspondence to defense counsel with request for documents (.1) | 0.70 | $297.50 |
| 12/15/2023 | BLW | Motion Practice: Research regarding Chubb's coverage action and motion for relief from stay (1.1). | 1.10 | $687.50 |
| 12/15/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of email from defense counsel regarding new claim (.1) analyze fact sheet of claimant and documents produced to evaluate coverage (.4) prepare tender | 0.70 | $297.50 |

| | | | | |
|---|---|---|---|---|
| | | letter to carrier for new claim and prepare email to adjuster (.2) | | |
| 12/16/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional documents related to requests for relief from stay. | 0.40 | $126.00 |
| 12/18/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Organize claimant folder (.1). Review and chart new carrier correspondence (.1). | 0.30 | $63.00 |
| 12/19/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence and claim number received. | 0.20 | $42.00 |
| 12/19/2023 | BLW | Mediation: Attend Zoom meeting with counsel regarding mediation issues (.2) | 0.20 | $125.00 |
| 12/19/2023 | CDY | Motion Practice: Review docket and additional briefing documents and notices for hearing on Motion for Relief from Stay. | 0.30 | $63.00 |
| 12/19/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Prepare for and participate in teleconference with bankruptcy counsel Pascuzzi and Phinney. | 0.50 | $212.50 |
| 12/19/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional pleadings in connection with bankruptcy proceedings. | 1.60 | $504.00 |
| 12/20/2023 | BLW | Motion Practice: Review correspondence regarding mediation issues (.2); attend Zoom conference to discuss selection of mediators and motion for release of stay (1.5); research recent court orders regarding same (.7). | 2.70 | $1,687.50 |
| 12/20/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of agenda and materials regarding bankruptcy in preparation for meeting with counsel (.5) participate in teleconference with bankruptcy counsel and client (1.3) review of bankruptcy orders regarding stay issues (.3) | 2.10 | $892.50 |
| 12/21/2023 | BLW | Mediation: Review correspondence regarding mediation procedure (0.2). | 0.20 | $125.00 |
| 12/21/2023 | BLW | Motion Practice: Review pleadings regarding state court coverage action (.3); telephone conference with counsel regarding same (.2). | 0.50 | $312.50 |
| 12/22/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from Appalachian Insurance Counsel regarding outstanding claims (.1) analyze file for response to request for information (.2) review of correspondence from bankruptcy counsel (.2) | 0.50 | $212.50 |
| 12/26/2023 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional correspondence and invoices from defense counsel (1.2); enter and incorporate additional invoices into detailed spreadsheet regarding defense fees and costs (1.9). | 3.10 | $976.50 |
| 12/27/2023 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any outstanding tenders, missing responses, or missing pleadings in preparation for | 0.70 | $245.00 |

| | | | | |
|---|---|---|---|---|
| | | mediation (.7). | | |
| 12/27/2023 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from bankruptcy counsel regarding motions, pleadings and related bankruptcy issues (.5) review of correspondence from Chubb in response to tender of claim (2) | 0.70 | $297.50 |
| 12/29/2023 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondences and claim numbers received. | 0.30 | $63.00 |
| | | | **Services Subtotal** | **$22,106.50** |

| Current Services | | Total |
|---|---|---|
| 12/04/2023 | Shared expense regarding Case Anywhere depository and document system access. | $15.50 |
| | **Expenses Subtotal** | **$15.50** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 10.4 | $425.00 | $4,420.00 |
| Adison Marshall | 9.9 | $350.00 | $3,465.00 |
| Barry Weinstein | 7.5 | $625.00 | $4,687.50 |
| Brian Carolus | 22.4 | $210.00 | $4,704.00 |
| Bob Patterson | 13.8 | $315.00 | $4,347.00 |
| Chuck Yeo | 2.3 | $210.00 | $483.00 |
| | | **Subtotal** | **$22,122.00** |
| | | **Total This Invoice** | **$22,122.00** |

INVOICE # 33867
Date: 02/01/2024

**Weinstein & Numbers, LLP**
*Attorneys at Law*

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 01/02/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze pleadings and correspondence from bankruptcy counsel regarding motion for relief from stay and Debtor's agreement not to remove California Coverage action. | 0.60 | $255.00 |
| 01/02/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze reimbursements from Chubb to tenders and evaluate outstanding invoices and claims for payment by Chubb. | 0.60 | $255.00 |
| 01/04/2024 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review notice regarding continued hearing and update litigation calendar. | 0.30 | $63.00 |
| 01/05/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze email and letter from Chubb in response to tender. | 0.20 | $85.00 |
| 01/06/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with CY regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (.5). | 1.10 | $346.50 |
| 01/08/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix | 0.30 | $63.00 |

| | | | | |
|---|---|---|---|---|
| | | claimant entries. | | |
| 01/08/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Phone call with defense counsel billing coordinator Carillo regarding fees and reimbursement by carriers (.3) review of claims chart regarding accepted claims and payments (.3) analyze reservation of rights letter from carrier and update claims chart (.2) | 0.80 | $340.00 |
| 01/08/2024 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review pleadings in Rockville bankruptcy regarding insurers' objections to plan. | 0.80 | $500.00 |
| 01/09/2024 | BLW | Motion Practice: Review motion for relief from stay regarding state court coverage action (.4); telephone conference with counsel regarding same (.2); prepare correspondence regarding same (.2). | 0.80 | $500.00 |
| 01/09/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and respond to correspondence with bankruptcy counsel regarding coverage issues and strategize regarding Committee request for documents. | 0.30 | $127.50 |
| 01/09/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any missing pleadings in preparation for mediation (.5) | 0.50 | $175.00 |
| 01/09/2024 | CDY | Fee Application: Review file and prepare draft notice regarding hourly rates. | 0.80 | $168.00 |
| 01/09/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with CY regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (1.5). | 2.30 | $724.50 |
| 01/10/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence and claim number received (.1). Organize claimant folder (.1). | 0.20 | $42.00 |
| 01/10/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence, pleadings, and files to determine if any missing pleadings in preparation for mediation (2.5). | 2.50 | $875.00 |
| 01/10/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.7); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (1.4). | 2.10 | $661.50 |
| 01/10/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from Chubb in response to tender of claim. | 0.20 | $85.00 |
| 01/11/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and file new correspondence and pleadings. | 0.10 | $21.00 |
| 01/12/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available | 0.20 | $42.00 |

| | | | | |
|---|---|---|---|---|
| | | Insurance Coverage): Review and file new correspondence and pleading received (.1). Review and chart new correspondence (.1). | | |
| 01/12/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of email from Weintraub regarding Young claim; analyze adoption form from claimant Young and prepare correspondence to carriers with new pleading. | 0.30 | $127.50 |
| 01/16/2024 | BLW | Motion Practice: Review documents regarding motion for relief from stay (.9); attend conference with counsel to discuss same (.5). | 1.40 | $875.00 |
| 01/16/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Prepare for and participate in conference call with bankruptcy counsel Pascuzzi regarding bankruptcy and insurance issues. | 0.50 | $212.50 |
| 01/19/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List. | 3.60 | $756.00 |
| 01/19/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of correspondence from Chubbb regarding Sasseen claim. | 0.10 | $42.50 |
| 01/19/2024 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review notice regarding additional continuance of hearing and update litigation calendar. | 0.30 | $63.00 |
| 01/22/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List (4.3631). Update tender matrix carrier data (.1). Update tender matrix table of contents (.1). | 4.60 | $966.00 |
| 01/22/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional documents and checks from Travelers regarding payments related to current claims (1.6); update reimbursement spreadsheet in connection with additional payments from Travelers (1.6). | 3.20 | $1,008.00 |
| 01/22/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze coverage position letter from carrier and memorandum re policies in from 1963-1966. | 0.30 | $127.50 |
| 01/23/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List (6.6867). Update tender matrix carrier data (.1). | 6.80 | $1,428.00 |
| 01/23/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional documents and checks from Travelers regarding payments related to current claims (.9); update reimbursement spreadsheet in connection with additional payments from Travelers (.7). | 1.60 | $504.00 |
| 01/24/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List (6.2175). Update tender matrix carrier data (.1). Update tender matrix table of contents (.1). Review and file new correspondence received (.1). | 6.60 | $1,386.00 |
| 01/24/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of email from defense counsel and | 0.40 | $170.00 |

| | | | | |
|---|---|---|---|---|
| | | analyze new complaint and potential coverage; prepare email to defense counsel regarding potential coverage. | | |
| 01/25/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List (5.6050). Review and chart new carrier correspondence and claim number received (.2). Update tender matrix carrier data (.3). Update tender matrix table of contents (.2). | 6.40 | $1,344.00 |
| 01/26/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders and tender matrix and coverage chart and update Tender Reconciliation List ( ). Update tender matrix carrier data (.2). Update tender matrix table of contents (.1). Update claimant folder title (.1). Organize claimant folder (.1). | 4.30 | $903.00 |
| 01/26/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and incorporate additional documents and checks from Travelers regarding payments related to current claims (1.6); update reimbursement spreadsheet in connection with additional payments from Travelers (2.6). | 4.20 | $1,323.00 |
| 01/28/2024 | BLW | Discovery: Review and prepare correspondence with Creditors' coverage counsel regarding production of documents. | 0.80 | $500.00 |
| 01/29/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of correspondence from defense counsel; analyze new complaint and evaluate potential coverage. | 0.60 | $255.00 |
| 01/29/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, coverage chart, and carrier correspondence; draft, tender notice on new 2023 claim (0.3). | 0.30 | $105.00 |
| 01/30/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze correspondence from Chubb in response to notice of claim. | 0.30 | $127.50 |
| 01/30/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folder and tender matrix claimant entry and coverage chart entry (.1). Create new claimant folder (.1). Review and file new pleading to new claimant folder (.1). Create new tender matrix claimant entry (.1). Update tender matrix table of contents (.1). Create new coverage chart entry (.1). Review and chart new correspondence and claim number (.1147). | 0.80 | $168.00 |
| 01/30/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze correspondence regarding mediation and coverage with carriers' counsel. | 0.30 | $127.50 |
| 01/30/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with CY regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (3.2). | 3.80 | $1,197.00 |
| 01/31/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new tenders (.2). Review claimant folders and pleadings for new claimant data (.1075). | 0.50 | $105.00 |

| | | | | |
|---|---|---|---|---|
| | | Organize claimant folder (.1). | | |
| 01/31/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, coverage chart, and correspondence (.3); draft, revise, and send tender notices (.6); review and analyze tenders for claimant Burns (.1). | 1.00 | $350.00 |
| 01/31/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with CY regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (3.1). | 3.70 | $1,165.50 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 5.5 | $425.00 | $2,337.50 |
| Adison Marshall | 4.3 | $350.00 | $1,505.00 |
| Barry Weinstein | 3.8 | $625.00 | $2,375.00 |
| Brian Carolus | 34.4 | $210.00 | $7,224.00 |
| Bob Patterson | 22.0 | $315.00 | $6,930.00 |
| Chuck Yeo | 1.4 | $210.00 | $294.00 |
| | | **Subtotal** | **$20,665.50** |
| | | **Total This Invoice** | **$20,665.50** |