PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:       ppascuzzi@ffwplaw.com
             jrios@ffwplaw.com
             tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:       okatz@sheppardmullin.com
             amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR**<br><br>Date:     April 4, 2024<br>Time:     1:30 p.m.<br>Location: Via ZoomGov<br>Judge:    Hon. Dennis Montali |

///

GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, (hereinafter "B. Riley"), financial advisor for The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("RCASF" or "Debtor"), submits this application (the "Application") for first interim allowance of fees and reimbursement of expenses for the period of August 21, 2023 (the "Petition Date"), through and including January 31, 2024 (the "Application Period"), as set forth in the Request for Relief below. In support of this Application, B. Riley relies on this Application, the Declaration of Wayne P. Weitz (the "Weitz Declaration") filed in support of this Application, the Declaration of Father Summerhays ("Summerhays Declaration"), and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the hearing on this Application.

## I.

## RELIEF REQUESTED

Through this Application, B. Riley requests an Order:

1. Approving on an interim basis B. Riley's fees in the amount of $449,209.75 and reimbursement of expenses in the amount of $12,864.01 for a total of $462,073.76 incurred from the Petition Date through January 31, 2024.

2. Authorizing payment to B. Riley by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer; and

3. For such other relief as the Court deems just and proper.

## II.

## BACKGROUND FACTS

On the Petition Date, the Debtor filed a voluntary Chapter 11 Bankruptcy Petition. The Debtor remains in possession of its estate, no trustee having been appointed. The Debtor is operating and managing its business as a debtor in possession pursuant to the provisions of Sections 1107 and 1108 of the Bankruptcy Code. On September 1, 2023, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") (ECF No. 58).

A description of the Debtor's history, business operations, operational structure, the

reasons for commencing the Chapter 11 Case, the relief sought from the Court, and the facts and circumstances supporting this Motion are set forth in the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023, at ECF14 (the "Passarello Declaration")

On September 25, 2023, the Court entered its order granting the Debtor's application to employ B. Riley as financial advisor, effective as of August 21, 2023 (ECF 168).

### III.
### STATUS OF CASE

To avoid unnecessary duplication, the case status is set forth in the First Interim Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Counsel for Debtor in Possession and incorporated herein by this reference.

### IV.
### SERVICES RENDERED

The services performed by B. Riley in this case have been categorized into task billing categories. Detailed billing statements reflecting B. Riley's time records and out of pocket expenses, including a summary of the aggregate and itemized hours and total compensation requested with respect to the professionals who provided compensable services are attached to the Weitz Declaration as ***Exhibit A***.

The billing statements are organized by task, and the content of the billings included in each task is generally explained below.

A listing of the billing task categories showing the number of professional hours expended and fees incurred under each billing task category is shown below:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Asset Analysis | 60.60 | $29,666.00 |
| Business Analysis | 450.70 | $231,264.00 |
| Business Operations | 0.30 | $202.50 |
| Case Administration | 31.70 | $18,745.50 |

| CATEGORY | HOURS | FEES |
|---|---:|---:|
| Debtor Meeting/Communications | 7.30 | $4,483.50 |
| Employment/Fee Applications | 15.90 | $5,848.50 |
| Litigation | 41.70 | $23,530.50 |
| Monthly Operating Reports | 300.00 | $137,694.00 |
| Non-working Travel | 75.20 | $16,907.00 |
| **Subtotal** | **983.40** | **$468,341.50** |
| **Adjustment for Billing Rate[1]** | | **$(19,131.75)** |
| **Totals** | **983.40** | **$449,209.75** |
| **Average Hourly Rate** | | **$456.79** |

Below is a general description of the work performed in each task category.

A. <u>Asset Analysis</u>. B.Riley expended 60.60 hours in this category for a total charge of $29,666.00. The services performed in this category generally include but are not limited to: research and analysis of Debtor's real estate holdings; preparation of schedules of real estate holdings; preparation of support schedules for the United States Trustee's Initial Debtor Interview data submission; and analysis and review of other Debtor assets.

B. <u>Business Analysis</u>. B. Riley expended 450.70 hours in this category for a total charge of $231,264.00. The services performed in this category generally include but are not limited to: analysis and review of the Debtor's financial statements and banking records; assisting the Debtor with various accounting tasks in connection with the bankruptcy; analysis and tracking of professional fee statements, retainers and payments; analysis and monitoring the Debtor's cash flow projections; reviewing and reconciling monthly cash activities; assisting with the preparation of Debtor's Schedules of Assets and Liabilities, Statement of Financial Affairs and Initial Debtor Interview information for the United States Trustee.

C. <u>Business Operations</u>. B. Riley expended 0.30 hours in this category for a total charge of $202.50. The services performed in this category include analysis of professional retainers to

---

[1] For the period August 21, 2023, through January 31, 2024, B. Riley inadvertently billed one professional at a rate $45 per hour higher than the rates included in its prepetition engagement letter. This adjustment corrects for that error.

reconcile professional fee payments.

      D.      <u>Case Administration</u>. B. Riley expended 31.70 hours in this category for a total charge of $18,745.50. The services performed in this category generally include but are not limited to: review of various court pleadings; coordination with counsel on case strategy and deliverables; and correspondence with Debtor and counsel regarding case matters.

      E.      <u>Debtor Meeting/Communications</u>. B. Riley expended 7.30 hours in this category for a total charge of $4,483.50. The services performed in this category generally include but are not limited to participation in meetings with the Debtor and the United States Trustee; and correspondence with the Debtor.

      F.      <u>Employment/Fee Application</u>. B. Riley expended 15.90 hours in this category for a total charge of $5,848.50. The services performed in this category generally include but are not limited to: preparation of employment application; review of various pleadings related to employment and compensation; and drafting and finalizing monthly professional fee statements.

      G.      <u>Litigation</u>. B. Riley expended 2.40 hours in this category for a total charge of $1,620.00. The services performed in this category generally include but are not limited to: communications with Debtor's counsel regarding various litigation matters; research and analysis related to Debtor's pending litigation matters; preparation of litigation case schedule; and activities related to the Committee's information requests.

      H.      <u>Monthly Operating Reports</u>. B. Riley expended 300.00 hours in this category for a total charge of $137,694.00. The services performed in this category generally include but are not limited to: assisting the Debtor with preparation of Monthly Operating Reports, including analysis of bank accounts and monthly transaction data; and assisting Debtor with treatment and categorization of certain financial transactions;

      I.      <u>Non-working Travel</u>. B. Riley expended 75.20 hours in this category for a total charge of $16,907.00. The services performed in this category generally include time spent traveling to and from meetings with the Debtor's staff in their office. These hours are billed at one-half (1/2) the billing rate for each B. Riley professional.

///

-5-

Case No. 23-30564
B. RILEY FIRST INTERIM APPLICATION
FOR ALLOWANCE OF FEES

Case: 23-30564   Doc# 510   Filed: 02/29/24   Entered: 02/29/24 09:53:17   Page 5 of 8

A listing of hours and fees by professional is as follows:

| Professional | Hourly Rate | Hours Billed | Total |
|---|---|---|---|
| Wayne P. Weitz | $675.00 | 211.70 | $142,897.50 |
| David Greenblatt | $525.00 | 101.70 | $53,392.50 |
| - Greenblatt Travel | $262.50 | 12.00 | $3,150.00 |
| Coral Hansen | $495.00 | 209.30 | $103,603.50 |
| - Hansen Travel | $247.50 | 25.50 | $6,311.25 |
| Adriana Piltz | $450.00 | 2.50 | $1,125.00 |
| Sushil Krishnan | $425.00 | 32.20 | $13,685.00 |
| Tanya Anderson | $395.00 | 327.80 | $129,481.00 |
| - Anderson Travel | $197.50 | 37.70 | $7,445.75 |
| Eli Cattan | $375.00 | 12.00 | $4,500.00 |
| Marilee Greene | $250.00 | 11.00 | $2,750.00 |
| **Subtotal** | | **983.40** | **$468,341.50** |
| **Adjustment** | | | **$(19,131.75)** |
| **Total** | | | **$449,209.75** |
| Average Rate | $456.79 | | |

The expenses incurred during the period covered by this Application are as follows:

| Category | Total |
|---|---|
| Lodging | $5,124.50 |
| Meals | $843.05 |
| Mileage | $231.22 |
| Online Research and Data Conversion | $845.50 |
| Transportation | $1,276.11 |
| Travel – Air/Rail | $4,543.63 |
| **Total Expenses** | **$12,864.01** |

V.

**SUMMARY OF FEES AND EXPENSES**

Detailed billing statements reflecting B. Riley's time records and out of pocket expenses filed as ***Exhibit A*** to the Weitz Declaration in support of this Application reflects total fees in the

///

amount of $449,209.75 and expenses in the amount of $12,864.01 for a total of $462,073.76, incurred during the Motion Period.

B. Riley requests an order under Bankruptcy Code section 330 approving fees in this case of $449,209.75 and expenses in the amount of $12,964.01 for a total of $462,073.76 for the period of August 21, 2023, through and including January 31, 2024, as reasonable and necessary for the administration of this case.

## VI.

## PAYMENTS RECEIVED TO DATE; AVAILABILITY OF FUNDS

With respect to the Bankruptcy Rule 2016(a) requirements for fee applications, B. Riley has not received any payments to date in this case from any source, other than the Debtor. B. Riley received a retainer prepetition from the Debtor, of which $64,334.42 (the "Retainer") remained on the Petition Date.

Pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (ECF 212), B. Riley has filed and served fee notices for August 21 through September 30, 2023 (ECF 242), October 2023 (ECF 332), November 2023 (ECF 377), December 2023 (ECF 435) and January 2024 (ECF 479). No objections were received on the August through December fee notices, while the time for objections to the January fee notice has not yet expired. Thus, B. Riley has applied its $64,334.42 retainer and received payment in the amount of $257,976.79 from the Debtor, such that it has been paid 80% of fees and 100% of costs for the outstanding fees for August 21, through December 31, 2023, as of the time this application was filed.

With respect to Bankruptcy Rule 2016(b), B. Riley has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between B. Riley and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

# VII.

# CONCLUSION

Based on all of the above, B. Riley respectfully requests that this Court enter an order granting the relief requested herein, and for such other and further relief as the Court deems necessary and proper.

Dated: February 29, 2024

GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES

By: */s/ Wayne E. Weitz*
WAYNE E. WEITZ
Financial Advisors to Debtor and Debtor in Possession, The Roman Catholic Archbishop of San Francisco

Dated: February 29, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
Attorneys for Debtor and Debtor
The Roman Catholic Archbishop of San Francisco

Dated: February 29, 2024

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
Attorneys for Debtor and Debtor
The Roman Catholic Archbishop of San Francisco