PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT FOR THE DEBTOR IN POSSESSION**<br><br>Date:      April 4, 2024<br>Time:      1:30 p.m.<br>Location: Via ZoomGov<br>Judge:     Hon. Dennis Montali |

Omni Agent Solutions, Inc., (hereinafter "Omni"), administrative agent for The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "RCASF" or the "Debtor"), submits this application (the "Application") for first interim allowance of fees and reimbursement of expenses for the period of August 21, 2023 (the "Petition Date"), through and including December 31, 2023 (the "Application Period") as set forth in the Request for Relief below. In support of this Application, Omni relies on the *Declaration of Paul H. Deutch* ("Deutch Decl.") filed in support of this Application, the *Declaration of Fr. Patrick Summerhays* ("Summerhays Decl.") in support of this Application, and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the hearing on this Application.

## I.

## RELIEF REQUESTED

Through this Application, Omni requests an Order:

1. Approving on an interim basis, Omni's fees in the amount of $23,323.50 and reimbursement of expenses in the amount of $0.00 for a total of $23,323.50 incurred from the Petition Date through December 31, 2023.

2. Authorizing payment to Omni by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer; and

3. For such other relief as the Court deems just and proper.

## II.

## BACKGROUND FACTS

On August 21, 2023, the Debtor filed a voluntary chapter 11 bankruptcy petition. The Debtor remains in possession of its estate, no trustee having been appointed. The Debtor is operating and managing its business as a debtor in possession pursuant to the provisions of Sections 1107 and 1108 of the Bankruptcy Code. On September 1, 2023, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "OCC") (ECF 58).

A description of the Debtor's history, business operations, operational structure, the reasons for commencing the Chapter 11 Case, the relief sought from the Court, and the facts and

circumstances supporting this Application are set forth in the *Declaration of Joseph J. Passarello in support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023, at ECF 14, and the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023 at ECF 15.

On August 25, 2023, the Court entered its order granting the Debtor's application to employ Omni as administrative agent, effective as of August 21, 2023, at ECF 37.

## III.

## STATUS OF CASE

To avoid unnecessary duplication, the case status is set forth in the First Interim Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Counsel for Debtor in Possession and incorporated herein by this reference.

## IV.

## SERVICES RENDERED

The services performed by Omni in this case have been categorized into task billing categories. Detailed billing statements reflecting Omni's time records and out of pocket expenses, including a summary of the aggregate and itemized hours and total compensation requested with respect to the professionals who provided compensable services are attached to the Deutch Decl., as *Exhibit A*.

The billing statements are organized by task, and the content of the billings included in each task is generally explained below. The following is a listing of the billing task categories showing the number of professional hours expended and fees incurred under each billing task category:

| CATEGORY | HOURS | FEES |
|---|---:|---:|
| Preparation of Schedules/Statement of Financial Affairs ("Schedules" and "SoFAs") | 122.50 | $23,323.50 |
| **Totals** | **122.50** | **$23,323.50** |

Below is a general description of the work performed in each task category.

A. Preparation of Schedules/SoFAs.

This category includes all work performed by Omni in assisting the Debtor in the preparation of its Schedules and SoFAs. Omni received large and frequent batches of data from the Debtor and its professionals. Such data was properly formatted, when necessary, and incorporated into draft Schedules and SoFAs. Omni conducted multiple reviews of draft work product with the Debtor and its professionals to ensure the accuracy of the final Schedules and SoFAs.

A breakdown of the professionals who billed time to Preparation of Schedules/SoFAs and the number of hours billed by each is as follows:

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Ada Ferrer | 3.40 | $200 | $680.00 |
| Anthony Roque | 2.90 | $140 | $406.00 |
| Ashley Stefanovic | 2.80 | $125 | $350.00 |
| Brittney Whitaker | 35.7 | $240 | $8,568.00 |
| Caroline Zemp | 2.00 | $170 | $340.00 |
| Carrie Hernandez | 1.10 | $180 | $198.00 |
| Javon Couch | 6.40 | $170 | $1,088.00 |
| Karen Graves | 0.50 | $145 | $72.50 |
| Luis Solorzano | 9.20 | $240 | $2,208.00 |
| Lyanne Ramirez | 3.00 | $135 | $405.00 |
| Mark Bishay | 0.30 | $155 | $46.50 |
| Michelle Ignacio | 1.20 | $155 | $186.00 |
| Noah Hurst | 1.60 | $165 | $264.00 |
| Sejal Kelly | 29.90 | $240 | $7,176.00 |
| Tara Saldajeno | 11.60 | $160 | $1,856.00 |
| Yelena Bederman | 10.90 | $190 | $2,071.00 |
| **TOTAL** | 122.50 | ---- | $25,915.00 |
| **DISCOUNT** | ---- | ---- | ($2,591.50) |
| **ADJ. TOTAL** | 122.50 | ---- | $23,323.50 |

## V.

## SUMMARY OF FEES AND EXPENSES

Detailed billing statements reflecting Omni's time records and out of pocket expenses reflect total fees in the amount of $23,323.50 and expenses in the amount of $0.00 for a total of $23,323.50, incurred during the Application Period.

Omni has calculated a blended hourly rate of $190.40 by dividing the total fees billed by the total number of hours recorded.

Omni did not incur any expenses during the Application Period.

Omni requests an order under Bankruptcy Code section 330 approving fees in this case of $23,323.50 and expenses in the amount of $0.00 for a total of $23,323.50 for the period of August 21, 2023, through and including December 31, 2023, as reasonable and necessary for the administration of this case.

## VI.

## FACTORS TO CONSIDER

The order approving Omni's employment authorizes compensation on a basis that would allow payment for services rendered on an hourly rate consistent with the Ninth Circuit decision in *In re Manoa Fin. Co.,* 853 F2d 687 (9th Cir. 1988), after notice to all interested parties. Consistent with the *Manoa* Decision, various factors were suggested by the Court in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), for consideration in awarding compensation in a bankruptcy case. Though not specifically required for approval under the lodestar or *Manoa* case, several of the *Johnson* factors have been specifically codified by the Bankruptcy Reform Act of 1994 and as such, these factors are discussed below:

**(a)** **Time and labor required (11 U.S.C. § 330(a)(3)(A))**: Omni has utilized sixteen (16) professionals who have expended 122.50 in billable hours during the Application period. The blended hourly rate based on the billed hours is $190.40. This is a very reasonable rate for a case as complex and difficult as the present Case.

**(b)** **Novelty and difficulty of the questions (11 U.S.C. § 330(a)(3)(D))**: This case involves a not-for-profit religious institution with unique and complex noticing requirements including the confidentiality of survivor data. Omni is particularly suited to handle this case because of its prior experience in such chapter 11 cases as Boy Scouts of America and USA Gymnastics.

**(c)** **Skill requisite to perform the services properly (11 U.S.C. § 330(a)(3)(D))**: Omni is skilled in providing administrative services in complex chapter 11 cases and has special experience and technology to render services on benefit of the estate. Omni's professionals have many years of combined experience in similarly complicated cases.

**(d)** **Customary fees (11 U.S.C. §§ 330(a)(3)(B and E))**: The rates charged by Omni are Omni's standard billing rates ($40-$250 per hour), which are generally used by Omni

with respect to its other restructuring clients.

**(e)** **Amount of work involved and result obtained (11 U.S.C. § 330(a)(3)(D))**: As stated above, Omni has expended 122.50 of billable hours on behalf of the Debtor during the Application Period performing the services described herein.

**(f)** **Experience, reputation, and ability of Omni**: Omni has many years of experience providing administrative services in complex bankruptcy reorganizations. Omni also enjoys a national reputation for quality work and integrity in the restructuring community.

**(g)** **Professional relationship with the client**: Other than as disclosed in its application for approval of employment of Omni, Omni has no relationship with the U.S. Trustee, the Debtor, its officers and directors, or its creditors.

**(h)** **Awards in similar cases (11 U.S.C. § 330(a)(3)(F))**: The compensation sought by this Application is consistent with that authorized in similar cases.

In addition to the foregoing *Johnson* factors, section 330 also examines whether the services were:

**(i)** **Necessary to the Administration of the Bankruptcy Case (11 U.S.C. § 330(a)(3)(C))**: Omni respectfully submits that Omni's services were necessary to the administration of this Case and in total have benefited the estate.

## VII.

## PAYMENTS RECEIVED TO DATE; AVAILABILITY OF FUNDS

With respect to the Bankruptcy Rule 2016(a) requirements, Omni has not received any payments to date in this case from any source, other than the Debtor. Omni received a prepetition retainer from the Debtor in the amount of $50,000.00.

Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis (ECF 212), Omni has filed and served fee notices for September 2023 (ECF 244) and December 2023 (ECF 439). No objections have been received on any of the fee notices.

With respect to Bankruptcy Rule 2016(b), Omni has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any

representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between Omni and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

## VIII.
## CONCLUSION

Based on all of the above, Omni respectfully requests that this Court enter an order granting the relief requested herein, and for such other and further relief as the Court deems necessary and proper.

Dated: February 29, 2024  OMNI AGENT SOLUTIONS, INC.

By: */s/ Paul H. Deutch*
PAUL H. DEUTCH

Administrative Agent for The Roman Catholic Archbishop of San Francisco

Dated: February 29, 2024  FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: February 29, 2024  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco