1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3     WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:         ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9     A Limited Liability Partnership
      Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
12 Email:         okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
13

14 Attorneys for The Roman Catholic Archbishop of
   San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF PAUL H. DEUTCH IN SUPPORT OF FIRST INTERIM APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT FOR THE DEBTOR IN POSSESSION**<br><br>Date:     April 4, 2024<br>Time:    1:30 p.m.<br>Location: Via ZoomGov<br>Judge:   Hon. Dennis Montali |

I, Paul H. Deutch, declare under the penalty of perjury that:

1. I am the Executive Vice President of Omni Agent Solutions ("Omni"), which serves as administrative agent to the debtor and debtor in possession (the "Debtor").

2. I am familiar with the work performed by Omni on behalf of the Debtor.

3. I have reviewed the foregoing First Interim Application of Omni Agent Solutions, Inc., for Allowance of Fees and Reimbursement of Expenses as Administrative Agent for the Debtor (the "Application"), and to the best of my knowledge, all statements are true and correct.

4. I certify that to the best of my knowledge FFWPR has complied with the U.S. Trustee's guidelines ("U.S. Trustee Guidelines").

5. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, generally accepted by the my firm's clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, at New York, New York.

*/s/ Paul H. Deutch*
PAUL H. DEUTCH

# Exhibit A

August 21, 2023, to December 31, 2023, Invoices



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

October 18, 2023

327 -The Roman Catholic Archbishop of San Francisco

**Invoice Number: 12161**
Invoice Period: 09-01-2023 - 09-30-2023

Payment Terms: Upon Receipt

RE: Schedules & SOFAs

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-11-2023 | Sejal Kelly | Correspond with W. Weitz @ BRiley re upcoming schedules and SOFA deadline | 0.20 | 240.00 | 48.00 |
| 09-12-2023 | Brittney Whitaker | Conference call with S. Kelly @ Omni; W. Weitz, @ B Riley re schedules and sofas tracking sheets | 1.10 | 240.00 | 264.00 |
| 09-12-2023 | Sejal Kelly | Conference call with B. Whitaker @ Omni; W. Weitz, @ B Riley re schedules and sofas tracking sheets | 1.10 | 240.00 | 264.00 |
| 09-12-2023 | Brittney Whitaker | Calls with W. Weitz @ B Riley re service list and matrix | 0.20 | 240.00 | 48.00 |
| 09-13-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 1.10 | 240.00 | 264.00 |
| 09-13-2023 | Ashley Stefanovic | Prepare Schedule of Assets and Liabilities | 1.10 | 125.00 | 137.50 |
| 09-14-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.50 | 240.00 | 120.00 |
| 09-14-2023 | Javon Couch | Prepare Statement of Financial Affairs | 1.70 | 170.00 | 289.00 |
| 09-14-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA data files | 0.60 | 240.00 | 144.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-14-2023 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 2.40 | 160.00 | 384.00 |
| 09-14-2023 | Tara Saldajeno | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.30 | 160.00 | 48.00 |
| 09-14-2023 | Tara Saldajeno | Perform quality assurance on Schedules and SOFA data files | 0.70 | 160.00 | 112.00 |
| 09-15-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA data files | 3.30 | 240.00 | 792.00 |
| 09-15-2023 | Brittney Whitaker | Perform quality assurance on Statement of Financial Affairs | 1.40 | 240.00 | 336.00 |
| 09-15-2023 | Ashley Stefanovic | Prepare Statement of Financial Affairs | 0.80 | 125.00 | 100.00 |
| 09-15-2023 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 1.90 | 160.00 | 304.00 |
| 09-15-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re Schedules and SOFAs files | 0.20 | 240.00 | 48.00 |
| 09-15-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: schedules | 0.10 | 190.00 | 19.00 |
| 09-15-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 2.00 | 190.00 | 380.00 |
| 09-15-2023 | Yelena Bederman | Coordinate preparation of load files for schedules | 0.50 | 190.00 | 95.00 |
| 09-15-2023 | Javon Couch | Prepare Statement of Financial Affairs | 1.30 | 170.00 | 221.00 |
| 09-15-2023 | Karen Graves | Perform quality assurance on Schedules and SOFA data files | 0.50 | 145.00 | 72.50 |
| 09-15-2023 | Anthony Roque | Prepare Schedule of Assets and Liabilities | 2.50 | 140.00 | 350.00 |
| 09-15-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 1.60 | 165.00 | 264.00 |
| 09-15-2023 | Lyanne Ramirez | Prepare Schedule of Assets and Liabilities | 1.30 | 135.00 | 175.50 |
| 09-15-2023 | Carrie Hernandez | Perform quality assurance on Schedules and SOFA data files | 1.10 | 180.00 | 198.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-15-2023 | Ada Ferrer | Perform quality assurance on Schedules and SOFA data files | 0.60 | 200.00 | 120.00 |
| 09-16-2023 | Ada Ferrer | Perform quality assurance on Schedules and SOFA data files | 0.80 | 200.00 | 160.00 |
| 09-16-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.20 | 190.00 | 38.00 |
| 09-16-2023 | Yelena Bederman | Prepare schedules & SOFAs drafts | 0.10 | 190.00 | 19.00 |
| 09-16-2023 | Anthony Roque | Prepare Schedule of Assets and Liabilities | 0.40 | 140.00 | 56.00 |
| 09-16-2023 | Lyanne Ramirez | Prepare Statement of Financial Affairs | 1.10 | 135.00 | 148.50 |
| 09-16-2023 | Javon Couch | Prepare Statement of Financial Affairs | 0.70 | 170.00 | 119.00 |
| 09-16-2023 | Ashley Stefanovic | Prepare Statement of Financial Affairs | 0.90 | 125.00 | 112.50 |
| 09-16-2023 | Tara Saldajeno | Prepare Statement of Financial Affairs | 3.40 | 160.00 | 544.00 |
| 09-16-2023 | Brittney Whitaker | Perform quality assurance on Statement of Financial Affairs | 0.60 | 240.00 | 144.00 |
| 09-17-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 3.40 | 240.00 | 816.00 |
| 09-17-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.30 | 190.00 | 57.00 |
| 09-17-2023 | Yelena Bederman | Prepare schedules & SOFAs drafts | 0.10 | 190.00 | 19.00 |
| 09-18-2023 | Sejal Kelly | Call with W. Weitz @ B Riley and B. Whitaker @ Omni re Schedule and SOFAs updates | 0.20 | 240.00 | 48.00 |
| 09-18-2023 | Brittney Whitaker | Call with W. Weitz @ B Riley and S. Kelly @ Omni re Schedule and SOFAs updates | 0.20 | 240.00 | 48.00 |
| 09-18-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.50 | 240.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-18-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA data files | 1.80 | 240.00 | 432.00 |
| 09-19-2023 | Sejal Kelly | Call with W. Weitz @ BR re Schedules and SOFA discussion | 0.10 | 240.00 | 24.00 |
| 09-19-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.70 | 240.00 | 648.00 |
| 09-19-2023 | Sejal Kelly | Review emails/attachments received from client re: updates to schedules and SOFA | 0.60 | 240.00 | 144.00 |
| 09-19-2023 | Sejal Kelly | Review e-mail received and respond to W. Weitz @ BR re updates to schedules and SOFA | 0.40 | 240.00 | 96.00 |
| 09-19-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.80 | 240.00 | 672.00 |
| 09-19-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA data files | 1.40 | 240.00 | 336.00 |
| 09-20-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re (.2) SOFA drafts. (.2) SOFA 7 exhibit | 0.40 | 240.00 | 96.00 |
| 09-20-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re revised exhibits for Schedule F and SOFA 7 | 0.20 | 240.00 | 48.00 |
| 09-20-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.60 | 240.00 | 144.00 |
| 09-20-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 0.80 | 240.00 | 192.00 |
| 09-20-2023 | Brittney Whitaker | Perform quality assurance on Statement of Financial Affairs | 2.20 | 240.00 | 528.00 |
| 09-20-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.70 | 240.00 | 168.00 |
| 09-20-2023 | Brittney Whitaker | Perform quality assurance on Schedules data files | 1.40 | 240.00 | 336.00 |
| 09-20-2023 | Sejal Kelly | Calls with B. Whitaker re Schedule and SOFAs revisions | 1.40 | 240.00 | 336.00 |
| 09-20-2023 | Sejal Kelly | Conference call with B. Whitaker @ Omni; W. Weitz @ B. Riley re Schedules and SOFA page turn | 0.60 | 240.00 | 144.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-20-2023 | Brittney Whitaker | Conference call with S. Kelly @ Omni; W. Weitz @ B. Riley re Schedules and SOFA page turn | 0.60 | 240.00 | 144.00 |
| 09-20-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.00 | 190.00 | 190.00 |
| 09-20-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: drafts | 0.10 | 190.00 | 19.00 |
| 09-20-2023 | Javon Couch | Prepare Statement of Financial Affairs | 1.20 | 170.00 | 204.00 |
| 09-20-2023 | Javon Couch | Prepare Schedule of Assets and Liabilities | 1.30 | 170.00 | 221.00 |
| 09-20-2023 | Ada Ferrer | Perform quality assurance on Schedules and SOFA data files | 2.00 | 200.00 | 400.00 |
| 09-20-2023 | Brittney Whitaker | Calls with S. Kelly re Schedule and SOFAs revisions | 1.40 | 240.00 | 336.00 |
| 09-20-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.10 | 190.00 | 19.00 |
| 09-20-2023 | Yelena Bederman | Prepare schedules and SOFAs drafts | 0.20 | 190.00 | 38.00 |
| 09-20-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker & J. Couch re: schedule H | 0.10 | 190.00 | 19.00 |
| 09-20-2023 | Tara Saldajeno | Prepare Statement of Financial Affairs | 1.50 | 160.00 | 240.00 |
| 09-20-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedule EF | 0.10 | 190.00 | 19.00 |
| 09-20-2023 | Michelle Ignacio | Prepare Schedule AB changes requested to add Headers for Q 76 | 0.50 | 155.00 | 77.50 |
| 09-20-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.30 | 240.00 | 552.00 |
| 09-20-2023 | Lyanne Ramirez | Prepare Statement of Financial Affairs | 0.60 | 135.00 | 81.00 |
| 09-20-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities | 3.60 | 240.00 | 864.00 |
| 09-20-2023 | Sejal Kelly | Prepare Statement of Financial Affairs | 2.40 | 240.00 | 576.00 |

Case: 23-30564    Doc# 514    Filed: 02/29/24    Entered: 02/29/24 10:11:52    Page 8 of 13

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-20-2023 | Brittney Whitaker | Calls with W. Weitz @ B Riley re revisions to Schedules and SOFAs | 0.60 | 240.00 | 144.00 |
| 09-21-2023 | Javon Couch | Review SOAL & SOFA exhibits and load to ShareVault | 0.20 | 170.00 | 34.00 |
| 09-21-2023 | Brittney Whitaker | Calls with S. Kelly re Schedule and SOFAs revisions | 0.40 | 240.00 | 96.00 |
| 09-21-2023 | Sejal Kelly | Calls with W Weitz @ BR re updates to schedules and SOFA | 0.20 | 240.00 | 48.00 |
| 09-21-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 6.20 | 240.00 | 1,488.00 |
| 09-21-2023 | Sejal Kelly | Calls with W. Weitz @ BR re changes to schedules and status updates | 1.10 | 240.00 | 264.00 |
| 09-21-2023 | Tara Saldajeno | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.80 | 160.00 | 128.00 |
| 09-21-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: signature pages | 0.10 | 190.00 | 19.00 |
| 09-21-2023 | Yelena Bederman | Prepare signature pages | 0.10 | 190.00 | 19.00 |
| 09-21-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedule F exhibit | 0.10 | 190.00 | 19.00 |
| 09-21-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.50 | 190.00 | 95.00 |
| 09-21-2023 | Michelle Ignacio | Prepare SofA & Schedule EF changes requested | 0.70 | 155.00 | 108.50 |
| 09-21-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: unredacted schedules | 0.10 | 190.00 | 19.00 |
| 09-21-2023 | Yelena Bederman | Prepare unredacted version of schedules | 0.30 | 190.00 | 57.00 |
| 09-21-2023 | Brittney Whitaker | Perform quality assurance on Statement of Financial Affairs | 0.50 | 240.00 | 120.00 |
| 09-21-2023 | Sejal Kelly | Calls with B. Whitaker re Schedule and SOFAs revisions | 0.40 | 240.00 | 96.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-22-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 0.80 | 240.00 | 192.00 |
| | | Total | | | 19,336.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Ada Ferrer | 3.40 | 200.00 | 680.00 |
| Anthony Roque | 2.90 | 140.00 | 406.00 |
| Ashley Stefanovic | 2.80 | 125.00 | 350.00 |
| Brittney Whitaker | 20.40 | 240.00 | 4,896.00 |
| Carrie Hernandez | 1.10 | 180.00 | 198.00 |
| Javon Couch | 6.40 | 170.00 | 1,088.00 |
| Karen Graves | 0.50 | 145.00 | 72.50 |
| Luis Solorzano | 6.40 | 240.00 | 1,536.00 |
| Lyanne Ramirez | 3.00 | 135.00 | 405.00 |
| Michelle Ignacio | 1.20 | 155.00 | 186.00 |
| Noah Hurst | 1.60 | 165.00 | 264.00 |
| Sejal Kelly | 26.40 | 240.00 | 6,336.00 |
| Tara Saldajeno | 11.00 | 160.00 | 1,760.00 |
| Yelena Bederman | 6.10 | 190.00 | 1,159.00 |
| **Total** | | | 19,336.50 |

| | |
|---|---|
| **Subtotal for this Invoice** | 19,336.50 |
| **Discount** | (1,933.65) |
| **Total for this Invoice** | 17,402.85 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay** | 17,402.85 |



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

January 17, 2024

327 -The Roman Catholic Archbishop of San Francisco

**Invoice Number: 12407**
Invoice Period: 12-01-2023 - 12-31-2023

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-06-2023 | Sejal Kelly | Review e-mail received and respond to W. Weitz @ BRiley re amending of schedules and SOFAs | 0.20 | 240.00 | 48.00 |
| 12-07-2023 | Sejal Kelly | Call with W. Weitz and T. Andersen @ BRiley re amendments to schedules and statements | 0.40 | 240.00 | 96.00 |
| 12-07-2023 | Sejal Kelly | Coordinate and supervise amendments to schedules and SOFAs | 0.40 | 240.00 | 96.00 |
| 12-07-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 0.50 | 240.00 | 120.00 |
| 12-07-2023 | Mark Bishay | Work on amended SOFA form | 0.30 | 155.00 | 46.50 |
| 12-07-2023 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 1.30 | 240.00 | 312.00 |
| 12-07-2023 | Luis Solorzano | Prepare for and call with S. Kelly @Omni and T. Anderson and W. Weitz @Briley Financial re amendments to Schedules and SOFAs | 1.50 | 240.00 | 360.00 |
| 12-07-2023 | Tara Saldajeno | Download secured files from the FTP website re: | 0.20 | 160.00 | 32.00 |

Case: 23-30564   Doc# 514   Filed: 02/29/24   Entered: 02/29/24 10:11:52   Page 11 of 13

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Amended SOAL & SOFA data | | | |
| 12-07-2023 | Yelena Bederman | Process amendments to schedules and SOFAs | 2.50 | 190.00 | 475.00 |
| 12-07-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: amendments to schedules & SOFAs | 0.10 | 190.00 | 19.00 |
| 12-10-2023 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.00 | 240.00 | 480.00 |
| 12-11-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities; redline of changes made to redacted version | 4.50 | 240.00 | 1,080.00 |
| 12-11-2023 | Tara Saldajeno | Upload amended Schedules and SOFA files to the secure FTP website | 0.20 | 160.00 | 32.00 |
| 12-11-2023 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA data files | 1.40 | 240.00 | 336.00 |
| 12-11-2023 | Brittney Whitaker | Call with T. Anderson and W. Weitz @ B Riley re schedule amendments | 0.20 | 240.00 | 48.00 |
| 12-11-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re updates to the Schedules and SOFAs | 0.20 | 240.00 | 48.00 |
| 12-11-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz and T. Anderson @ B Riley re schedule and sofa draft | 0.20 | 240.00 | 48.00 |
| 12-11-2023 | Brittney Whitaker | Call with T. Anderson @ B Riley re amendments for Schedules | 0.20 | 240.00 | 48.00 |
| 12-11-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities; redline of changes made to unredacted version | 3.40 | 240.00 | 816.00 |
| 12-11-2023 | Caroline Zemp | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.00 | 170.00 | 340.00 |
| 12-11-2023 | Yelena Bederman | Prepare amended schedules & SOFAs | 1.50 | 190.00 | 285.00 |
| 12-13-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 2.30 | 240.00 | 552.00 |
| 12-13-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities; redline of changes made to redacted version | 1.40 | 240.00 | 336.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-13-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities; redline of changes made to unredacted version | 1.30 | 240.00 | 312.00 |
| 12-13-2023 | Brittney Whitaker | Review e-mail received and respond to W. Weitz @ B Riley re additions for Schedule F | 0.20 | 240.00 | 48.00 |
| 12-13-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedule F | 0.10 | 190.00 | 19.00 |
| 12-13-2023 | Yelena Bederman | Prepare amended Schedule of Assets and Liabilities | 0.10 | 190.00 | 19.00 |
| 12-13-2023 | Yelena Bederman | Prepare drafts for amended schedules & SOFAs | 0.50 | 190.00 | 95.00 |
| 12-14-2023 | Tara Saldajeno | Upload amended Schedule and SOFA documents to FTP website | 0.20 | 160.00 | 32.00 |
| | | **Total** | | | 6,578.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 15.30 | 240.00 | 3,672.00 |
| Caroline Zemp | 2.00 | 170.00 | 340.00 |
| Luis Solorzano | 2.80 | 240.00 | 672.00 |
| Mark Bishay | 0.30 | 155.00 | 46.50 |
| Sejal Kelly | 3.50 | 240.00 | 840.00 |
| Tara Saldajeno | 0.60 | 160.00 | 96.00 |
| Yelena Bederman | 4.80 | 190.00 | 912.00 |
| **Total** | | | 6,578.50 |

| | |
|---|---|
| **Subtotal for this Invoice** | 6,578.50 |
| **Discount** | (657.85) |
| **Total for this Invoice** | 5,920.65 |
| **Previous Balance** | 3,480.57 |
| **Total Amount to Pay** | 9,401.22 |