1   ORI KATZ, State Bar No. 209561
    ALAN H. MARTIN, State Bar No. 132301
2   JEANNIE KIM, State Bar No. 270713
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3     A Limited Liability Partnership
      Including Professional Corporations
4   Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
5   Telephone:    (415) 434-9100
    Facsimile:    (415) 434-3947
6   Email:        okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
7                 jekim@sheppardmullin.com

8   Attorneys for The Roman Catholic Archbishop of
    San Francisco
9

10              UNITED STATES BANKRUPTCY COURT

11      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  In re                                    Case No. 23-30564

13  THE ROMAN CATHOLIC ARCHBISHOP            Chapter 11
    OF SAN FRANCISCO,
14                                           **DECLARATION OF ORI KATZ IN
              Debtor and                     SUPPORT OF FIRST INTERIM FEE
15            Debtor in Possession.          APPLICATION OF SHEPPARD,
                                             MULLIN, RICHTER & HAMPTON LLP,
16                                           FOR ALLOWANCE AND PAYMENT OF
                                             COMPENSATION AND
17                                           REIMBURSEMENT OF EXPENSES FOR
                                             THE PERIOD OF AUGUST 21, 2023,
18                                           THROUGH JANUARY 31, 2024**

19                                           *First Interim Fee Application of Sheppard,
                                             Mullin, Richter & Hampton LLP Filed
20                                           Concurrently Herewith*

21                                           The Hon. Dennis Montali

22                                           Date:      April 4, 2024
                                             Time:      1:30 p.m.
23                                           Place:     Videoconference via Zoom Webinar

24                                           Objection Deadline:  March 21, 2024
25
26
27
28

SMRH:4871-2884-5225.2   KATZ DECLARATION IN SUPPORT OF SMRH FIRST INTERIM FEE APPLICATION

I, Ori Katz, declare as follows:

1. I am a partner in the Finance and Bankruptcy Practice Group of the firm Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin" or the "Applicant"), at its office located at Four Embarcadero Center, 17th Floor, San Francisco, California 94111, and as such am authorized to make this declaration on behalf of Sheppard Mullin. I am an attorney licensed to practice law in all of the Courts of the State of California and in all of the United States District Courts in California. Sheppard Mullin is co-counsel of record for The Roman Catholic Archbishop of San Francisco ("RCASF" or the "Debtor").

2. The matters stated herein are true and correct and are within my personal knowledge or information provided to me by other attorneys or employees of Sheppard Mullin, and if called upon to testify as a witness, I could and would testify competently thereto.

3. This declaration is made in support of the *First Interim Fee Application of Sheppard, Mullin, Richter & Hampton LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 21, 2023, Through January 31, 2024* (the "Application"). I give capitalized terms not defined here the same meaning given to them in the Application.

4. By the Application, Sheppard Mullin seeks an order of the Court: (a) awarding and allowing interim compensation in the amount of $816,443.60 and actual and necessary expenses in the amount of $5,679.51 for total allowance in the amount of **$822,123.11**; (b) approving and ratifying amounts paid by the Debtor to Sheppard Mullin to date in the aggregate amount of to $404,418.65[1] on account of the Interim Monthly Fee Statements, which amount accounts for reimbursement of 100% of expenses incurred and 80% of fees earned during the Application Period; (c) authorizing Sheppard Mullin to draw down on amounts paid by the Debtor on account of the

---

[1] For the avoidance of doubt the Debtor's "payment" to Sheppard Mullin in the aggregate amount of $404,418.65 is pursuant to application of: (a) a $100,000 retainer held by Sheppard Mullin as of the Petition Date, (b) a credit balance of $33,102.70 held in favor of the Debtor; and (c) cash receipts in the aggregate amount of $271,315.95. As of the filing of this Application, Sheppard Mullin has not yet received payments from the Debtor on account of interim monthly fee statements for services rendered between December 1, 2023 and January 31, 2024.

Interim Monthly Fee Statements but currently are held in trust; (d) authorizing the Debtor to pay to Sheppard Mullin the balance due on account of fees awarded and allowed and reimbursement of expenses incurred as allowed and approved by the Court; and (e) granting such other relief that the Court deems just and proper.

5. Sheppard Mullin's attorneys spent approximately 986.9 hours, at a blended hourly billing rate of $827.28, performing the services described in the Application during the Application Period.

6. In view of the time expended, the responsibilities assumed, and the reputation and skill of the Applicant's attorneys, I submit that the fees requested in the Application represent the reasonable value of the services rendered on behalf of the Debtor. I believe that the services rendered were necessary, and that the attorney's fees requested constitute reasonable and necessary fees. The services Sheppard Mullin performed for the Debtor were provided by the firm's bankruptcy practitioners. In some instances, multiple Sheppard Mullin attorneys (and FFWPR attorneys as appropriate) reviewed and/or revised the same document or conferred with each other regarding the same issue because of the complexity and importance of each such document or issue to the Debtor and this Bankruptcy Case. I believe the attention devoted to such matters by its attorneys involved is warranted and appropriate.

7. The Application was prepared at my direction and under my supervision and is the Applicant's second and final application for compensation in the Bankruptcy Case. Upon a review of the Application, I find that it accurately reflects the work performed by the Applicant during the Application Period and substantively conforms with the with the United States Trustee's guidelines (the "Trustee's Guidelines") for compensation and expense reimbursement for professionals and the United States Bankruptcy Court for the Northern District of California's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees (the "Northern District Guidelines," and together with the Trustee's Guidelines, the "Guidelines").

8. As of the date of the Application, Sheppard Mullin has received $271,315.95 from the Debtor on account of services rendered to, and expenses incurred on behalf of, the Debtor under the Interim Monthly Fee Statements.

9.      There is no agreement or understanding between the Applicant and any other person, other than members of the Applicant, for the sharing of compensation and expense reimbursement to be received for services rendered and costs incurred in this case.

10.      All expense reimbursements requested by the Applicant have been billed at rates in accordance with practices no less favorable than those customarily employed by the Applicant and generally accepted by the Applicant's clients.

11.      Attached to this declaration as <u>Exhibit 1</u> is a summary of Sheppard Mullin professionals listing the (a) name and title of each individual who provided services to the Debtor during the Application Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each individual, and (d) amount of fees earned by each individual during the Application Period.

12.      Attached to this declaration as <u>Exhibit 2</u> is a summary of the services rendered and compensation sought, sorted by project category during the Application Period.

13.      Attached to this declaration as <u>Exhibit 3</u> are copies of Sheppard Mullin's invoices, which include detailed, contemporaneously maintained time entries by each professional in increments of tenths (1/10) of an hour to describe the fees incurred during the Application Period as well as descriptions of the expenses advanced on behalf of the Debtor for which Sheppard Mullin seeks reimbursement.  The invoices have been filed with the Court in support of each of the Interim Monthly Fee Statements.

14.      Pursuant to the Guidelines, the Applicant provided to the Debtor's Responsible Individual, Rev. Patrick Summerhays, a true and correct copy of the Application, along with a letter inviting discussion, questions, comments, concerns, or objections to the Application.  Attached to this declaration as <u>Exhibit 4</u> is a copy of that letter.

15.      The fees and disbursements sought are billed at rates in accordance with those generally charged by the Applicant and generally accepted by the Applicant's clients.

/ / /

/ / /

/ / /

/ / /

16.     The Applicant has not charged the Debtor with a premium for the services it has provided to the Debtor as compared to other services, nor does the Applicant charge a premium for bankruptcy-related services compared to other services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of February, 2024, at San Francisco, California.


*/s/ Ori Katz*
Ori Katz

SMRH:4871-2884-5225.2                    KATZ DECLARATION IN SUPPORT OF SMRH FIRST INTERIM FEE APPLICATION

**Exhibit 1**

**Summary of Total Hours and Fees by Professional for
Hourly Services for the Period from August 21, 2023 through January 31, 2024**

| Timekeeper | Title | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ori Katz | Partner | $1,084.00 | 113.70 | $123,250.80 |
| William R. Wyatt | Partner | $1,160.00 | 0.70 | $812.00 |
| Alan H. Martin | Partner | $956.00 | 206.60 | $197,509.60 |
| J. Barrett Marum | Partner | $904.00 | 20.90 | $18,893.60 |
| Amanda L. Cottrell | Partner | $836.00 | 149.60 | $125,065.60 |
| Jeannie Kim | Associate | $756.00 | 230.60 | $174,333.60 |
| Jeannie Kim | Associate | $0.00 | 2.60 | $0.00 |
| Alexandria G. Lattner | Associate | $756.00 | 9.00 | $6,804.00 |
| Alexandria G. Lattner | Associate | $0.00 | 1.60 | $0.00 |
| Steven G. Gersten | Associate | $756.00 | 97.00 | $69,552.00 |
| Gianna E. Segretti | Associate | $708.00 | 105.80 | $74,906.40 |
| Gianna E. Segretti | Associate | $0.00 | 1.60 | $0.00 |
| Koray Erbasi | Associate | $560.00 | 3.50 | $1,960.00 |
| Scott Natsuhara | Associate | $520.00 | 1.60 | $832.00 |
| Matt Benz | Associate | $520.00 | 25.50 | $13,260.00 |
| Chris D. Lawrence | Associate | $560.00 | 15.80 | $8,848.00 |
| Eduardo G. Linares | Associate | $546.00 | 0.80 | $416.00 |
| | | **TOTAL** | **986.9** | **$816,443.60** |

**Exhibit 2**

**Summary of Compensation by Project Category for
Hourly Services for the Period from August 21, 2023 through January 31, 2024**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Asset Analysis & Recovery | 7.90 | $7,432.40 |
| Relief from Stay and Adequate Protection Proceedings | 4.10 | $3,883.60 |
| Meetings of and Communications with Creditors | 45.80 | $44,119.20 |
| Fee/Employment Applications & Statements | 84.70 | $63,561.20 |
| Non-Working Travel | 10.00 | $3,780.00 |
| Assumption/Rejection of Leases and Contracts | 0.90 | $840.40 |
| Case Administration - General | 160.70 | $137,454.00 |
| Business Operations | 34.60 | $28,712.00 |
| Employee Benefits and Pensions | 10.70 | $9,511.60 |
| Financing/Cash Collections | 85.40 | $75,028.40 |
| Claims and Plan | 0.40 | $382.40 |
| Claims Administration and Objections | 165.50 | $129,087.60 |
| Plan and Disclosure Statement (Including Business Plan) | 1.40 | $1,124.00 |
| Analysis/Strategy | 10.90 | $9,112.40 |
| Settlement/Non-Binding ADR | 2.50 | $2,518.00 |
| Written Motions/Submissions | 10.90 | $8,636.40 |
| Case Assessment, Development and Administration | 5.40 | $5,148.80 |
| Pre-Trial Pleadings and Motions | 0.70 | $629.20 |
| Pleadings | 10.80 | $8,454.40 |
| Discovery | 235.10 | $198,452.00 |
| Written Discovery | 50.30 | $40,155.20 |
| Discovery Motions | 0.90 | $680.40 |
| Document Production | 46.70 | $37,188.80 |
| Trial and Hearing Attendance | 0.60 | $551.20 |
| **TOTAL:** | **986.9** | **$816,443.60** |

Case: 23-30564   Doc# 520-1   Filed: 02/29/24   Entered: 02/29/24 13:38:10   Page 8 of 245

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Exhibit 3</u>**

**Invoices Attached to Fee Statements Covering the Application Period**
**(August 21, 2023 through January 31, 2024)**

Case No. 23-30564



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Fr. Patrick Summerhays                              SMRH Tax ID 95-1463164
Vicar General and Moderator of the Curia                  October 19, 2023
The Roman Catholic Archbishop of San Francisco         Invoice 380095733
One Peter Yorke Way
San Francisco, CA 94109

Our Matter No.      90YY-375176
                    The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                    Alternatives
Billing Atty:       Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

| | | |
|---|---|---|
| Current Fees | $ 81,875.60 | |
| Current Disbursements | $ 449.30 | |
| Total Current Activity | | $ 82,324.90 |
| Total Due for This Invoice | | $ 82,324.90 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 25.10 | $ 956.00 | $ 23,995.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| Jeannie Kim | 28.50 | $ 756.00 | $ 21,546.00 |
| Alexandria G. Lattner | 9.00 | $ 756.00 | $ 6,804.00 |
| Gianna E. Segretti | 11.70 | $ 708.00 | $ 8,283.60 |
| Gianna E. Segretti | 1.60 | N/C | $ 0.00 |
| Jeannie Kim | 1.80 | N/C | $ 0.00 |
| Alexandria G. Lattner | 1.60 | N/C | $ 0.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u> Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays                              SMRH Tax ID 95-1463164
Vicar General and Moderator of the Curia                    October 19, 2023
The Roman Catholic Archbishop of San Francisco          Invoice 380095733
One Peter Yorke Way
San Francisco, CA 94109

| | |
|---|---|
| Our Matter No. | 90YY-375176 |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

| | |
|---|---:|
| Current Fees | $ 81,875.60 |
| Current Disbursements | $ 449.30 |
| | |
| Total Current Activity | $ 82,324.90 |
| Total Due for This Invoice | $ 82,324.90 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---:|---:|---:|
| Alan H. Martin | 25.10 | $ 956.00 | $ 23,995.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| Jeannie Kim | 28.50 | $ 756.00 | $ 21,546.00 |
| Alexandria G. Lattner | 9.00 | $ 756.00 | $ 6,804.00 |
| Gianna E. Segretti | 11.70 | $ 708.00 | $ 8,283.60 |
| Gianna E. Segretti | 1.60 | N/C | $ 0.00 |
| Jeannie Kim | 1.80 | N/C | $ 0.00 |
| Alexandria G. Lattner | 1.60 | N/C | $ 0.00 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank: Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic        October 19, 2023
Alternatives        Invoice 380095733
Ori Katz        Page 2 of 21

FOR PROFESSIONAL SERVICES THROUGH 08/31/23

## FEE DETAIL

### Asset Analysis & Recovery

08/28/23        Conferred with P. Pascuzzi and A. Martin regarding RCBSR claim (.2).

        Jeannie  Kim        .20 hrs.    $ 756.00/hr.

08/29/23        Reviewed strategy to assert claims against Santa Rosa and Oakland dioceses in connection with outstanding loans to same (.1).

        Jeannie  Kim        .10 hrs.    $ 756.00/hr.

*Timekeeper Summary of: Asset Analysis & Recovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Jeannie Kim* | *0.30* | *$ 756.00* | *$ 226.80* |
| *Totals* | *0.30* | *$ 756.00* | *$ 226.80* |

### Relief from Stay and Adequate Protection Proceedings

08/29/23        Prepared information and analysis for tomorrow's call with counsel for Oakland regarding JCP 5108 CMC Order to address common stay issues.

        Alan  H.  Martin        .40 hrs.    $ 956.00/hr.

08/30/23        Telephone conference with P. Pascuzzi and state court counsel P. Gaspari and D. Zamora concerning JCP 5108 CMC Order, automatic stay scope and additional information needed from claimants, etc.

        Alan  H.  Martin        .60 hrs.    $ 956.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 3 of 21

| 08/30/23 | Exchanged correspondence with P. Pascuzzi, P. Gaspari and P. Summerhays as to JCP 5108 CMC Order, automatic stay scope and additional information needed from claimants, etc. | | |
|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 08/30/23 | Correspondence with P. Carney at RCASF regarding litigation and stay items. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Alan  H. Martin* | *1.50* | *$ 956.00* | *$ 1,434.00* |
| *Totals* | *1.50* | *$ 956.00* | *$ 1,434.00* |

**Meetings of and Communications with Creditors**

| 08/21/23 | Worked on items as to the 341 meeting of creditors. | | |
|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 08/21/23 | Conferred with P. Pascuzzi regarding first meeting of creditors and U.S. Trustee compliance items (.2) | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 08/30/23 | Telephone conference with counsel to Greek Orthodox Church SF and Greek Orthodox Diocese of America regarding underlying state court litigation (.1) | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 4 of 21

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 0.30 | $ 956.00 | $ 286.80 |
| Jeannie Kim | 0.30 | $ 756.00 | $ 226.80 |
| Totals | 0.60 | $ 856.00 | $ 513.60 |

## Fee/Employment Applications & Statements

08/28/23     Reviewed draft Sheppard Mullin employment application (.2).

        Jeannie  Kim                                        .20 hrs.     $ 756.00/hr.

08/28/23     Reviewed and revised draft application to employ Sheppard Mullin (.3).

        Gianna  E.  Segretti                                        .30 hrs.     $ 708.00/hr.

08/30/23     Coordinated with T. Phinney regarding preparation of employment applications
and other pleadings (.2).

        Jeannie  Kim                                        .20 hrs.     $ 756.00/hr.

08/30/23     Corresponded with P. Pascuzzi regarding employment applications (.1).

        Jeannie  Kim                                        .10 hrs.     $ 756.00/hr.

08/30/23     Further revised SMRH Employment application.

        Gianna  E.  Segretti                                        .10 hrs.     $ 708.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 5 of 21

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| Gianna  E. Segretti | 0.40 | $ 708.00 | $ 283.20 |
| Jeannie Kim | 0.50 | $ 756.00 | $ 378.00 |
| Totals | 0.90 | $ 734.67 | $ 661.20 |

## Case Administration - General

08/21/23      Reviewed information concerning proposed notice procedures.

       Alan  H.  Martin      .30 hrs.    $ 956.00/hr.

08/21/23      Prepared items concerning insurance motion First Day package.

       Alan  H.  Martin      .30 hrs.    $ 956.00/hr.

08/21/23      Exchanged correspondence and comments with Pascuzzi regarding concerning
finalization of the First Day filings for submission to the court.

       Alan  H.  Martin      .30 hrs.    $ 956.00/hr.

08/21/23      Final review and revision in connection with first day filing package (3.4).

       Ori  Katz      3.40 hrs.    $ 1084.00/hr.

08/21/23      Coordinate with Sheppard and FFWPR team re filing and service matters (1.3).

       Ori  Katz      1.30 hrs.    $ 1084.00/hr.

08/21/23      Coordinate with chambers re new case filing (.4).

       Ori  Katz      .40 hrs.    $ 1084.00/hr.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

08/21/23        Finalized first day motions for filing and service (6.6); telephone call to L.
                Parada (USBC) regarding first day hearing and chambers copies of first day
                motions (.1); conferred and corresponded with B. Whittaker and P. Pascuzzi
                regarding service of first day motions (.5); reviewed and revised omnibus
                notice of hearing on first day motions (1.2); conferred and corresponded with
                FFWPR team regarding same (.4); coordinated filing and service of same (.4);
                coordinated service of chambers copy of first day motions (.5); reviewed and
                revised global notes to schedules (.2); conferred with Sheppard Mullin team
                regarding case status (.6)

                        Jeannie  Kim                      10.50 hrs.        $  756.00/hr.

08/21/23        Reviewed J. Passarello first day declaration (.2); corresponded with B.
                Whitaker and P. Pascuzzi regarding service of first day motions (.2).

                        Jeannie  Kim                       .40 hrs.        $  756.00/hr.

08/21/23        Conferred with Sheppard team re case strategy (.4).

                        Gianna  E.  Segretti               .40 hrs.        $  708.00/hr.

08/22/23        Telephone conference with Pascuzzi re new developments concerning the First
                Day hearings.

                        Alan  H.  Martin                    .30 hrs.        $  956.00/hr.

08/22/23        Work on outline for presentation to court at first day hearing (1.5).

                        Ori  Katz                          1.50 hrs.        $  1084.00/hr.

08/22/23        Prepared for first day hearing and service of notice of hearing on first day
                motions (.9); corresponded with J. Blumberg regarding interim order regarding
                abuse survivor programs (.1)

                        Jeannie  Kim                       1.00 hrs.        $  756.00/hr.

08/22/23        Conferred and corresponded with messenger service and U.S. Bankruptcy
                Court regarding service of chambers copies of first day motions (.3);
                corresponded with Omni and T. Phinney regarding service of first day motions
                (.2)

                        Jeannie  Kim                        .50 hrs.        $  756.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic     October 19, 2023
Alternatives                                                                               Invoice 380095733
Ori Katz                                                                                   Page 7 of 21

08/23/23       Attended client team call concerning preparation for tomorrow's First Day
               hearings.

                         Alan  H.  Martin                .40 hrs.        $ 956.00/hr.

08/23/23       Worked on client follow-up concerning tomorrow's First Day hearings.

                         Alan  H.  Martin                .60 hrs.        $ 956.00/hr.

08/23/23       Analyzed additional data from B. Riley team concerning insurance motion.

                         Alan  H.  Martin                .40 hrs.        $ 956.00/hr.

08/23/23       Prepared additional presentation components for first day hearings.

                         Alan  H.  Martin                .20 hrs.        $ 956.00/hr.

08/23/23       Analyzed US Trustee's omnibus objections and prepared proposed responses.

                         Alan  H.  Martin                .40 hrs.        $ 956.00/hr.

08/23/23       Preparation for first day hearing (3.4).

                         Ori  Katz                       3.40 hrs.       $ 1084.00/hr.

08/23/23       Corresponded with U.S. Bankruptcy Court regarding chambers copy of
               supplement to cash management motion (.2)

                         Jeannie  Kim                    .20 hrs.        $ 756.00/hr.

08/23/23       Reviewed and revised draft orders regarding emergency first day motion
               regarding limit notice (.3), cash management (.2), survivor abuse programs (.3),
               insurance (.2); corresponded with P. Pascuzzi regarding same (.2);
               corresponded with P. Pascuzzi and J. Blumberg regarding U.S. Trustee
               comments on survivor abuse program (.2); corresponded with P. Pascuzzi and
               Omni team regarding service of first day motions (.3); coordinated filing and
               service of same (.2).

                         Jeannie  Kim                    1.90 hrs.       $ 756.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 19, 2023
Alternatives                                                                                              Invoice 380095733
Ori Katz                                                                                                  Page 8 of 21

| 08/23/23 | Review and revise interim orders approving first day motions (2.6); correspondence with P. Pascuzzi re same (.1). | | |
|---|---|---|---|
| | Alexandria  G.  Lattner | 2.70 hrs. | $  756.00/hr. |
| 08/23/23 | Drafted orders for first day motions. | | |
| | Gianna  E.  Segretti | 2.80 hrs. | $  708.00/hr. |
| 08/24/23 | Attended First Day hearing. | | |
| | Alan  H.  Martin | 1.60 hrs. | $  956.00/hr. |
| 08/24/23 | Correspondence with the client team concerning today's hearing follow-up. | | |
| | Alan  H.  Martin | .20 hrs. | $  956.00/hr. |
| 08/24/23 | Worked on preparation items concerning today's insurance motion. | | |
| | Alan  H.  Martin | .40 hrs. | $  956.00/hr. |
| 08/24/23 | Prepare for hearing on first day motions (1.3). | | |
| | Ori  Katz | 1.30 hrs. | $  1084.00/hr. |
| 08/24/23 | Meet and confer (phone and email) with UST re their omnibus objection to first day relief in connection with revisions to interim orders (2.8). | | |
| | Ori  Katz | 2.80 hrs. | $  1084.00/hr. |
| 08/24/23 | Call with Mr. Pascuzzi to discuss next steps in case (.2). | | |
| | Ori  Katz | .20 hrs. | $  1084.00/hr. |
| 08/24/23 | Reviewed revised forms of interim order approving first day motions (.7). | | |
| | Ori  Katz | .70 hrs. | $  1084.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 9 of 21

| 08/24/23 | Coordinated filing and service of certificates of service regarding first day motions (.2); prepared for hearing on first day motions (.2); finalized proposed interim utilities (.2), cash management (.2), insurance (.1), employee obligations (.3), survivor abuse programs (.2), Omni appointment (.3), and limit notice (.3) orders for lodging; conferred and corresponded with FFWPR and Sheppard Mullin teams regarding same and preparation of notice of final hearing on first day motions (.6); coordinated lodging of interim orders on first day motions (.4); reviewed draft notice of commencement of case (.1); corresponded with J. Blumberg regarding U.S. Trustee approval of proposed interim orders regarding first day motions (.2); corresponded with debtor professionals regarding case strategy and next steps (.2) | | |
|---|---|---|---|
| | Jeannie  Kim | 3.50 hrs. | $ 756.00/hr. |
| 08/24/23 | [NO CHARGE]   Attended and observed hearing on first day motions (1.8). | | |
| | Jeannie  Kim | .00 hrs. | $ 0.00/hr. |
| 08/24/23 | Reviewed and revised orders for first day emergency relief in preparation to lodge the same. | | |
| | Alexandria  G.  Lattner | .90 hrs. | $ 756.00/hr. |
| 08/24/23 | [NO CHARGE]  Attended first day hearing. | | |
| | Alexandria  G.  Lattner | .00 hrs. | $ 0.00/hr. |
| 08/24/23 | [NO CHARGE]  Attended hearing on emergency motions. | | |
| | Gianna  E.  Segretti | .00 hrs. | $ 0.00/hr. |
| 08/24/23 | Began preparing notice of final hearing on first day motions. | | |
| | Gianna  E.  Segretti | 1.40 hrs. | $ 708.00/hr. |
| 08/25/23 | Follow-up on bank inquiries regarding the cash management proceedings and open items post-First Day hearing. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 10 of 21

08/25/23    Analyzed information concerning US Trustee comments to First Day filings
            and proposed orders.

            Alan  H.  Martin              .30 hrs.        $ 956.00/hr.

08/25/23    Reviewed data concerning service entity-related inquiries.

            Alan  H.  Martin              .40 hrs.        $ 956.00/hr.

08/25/23    Respond to information requests of UST (.4).

            Ori  Katz                     .40 hrs.        $ 1084.00/hr.

08/25/23    Reviewed and revised notice of final hearing regarding first day motions (.2);
            coordinated SMRH filing and service of same (.6); corresponded with Omni
            team and P. Pascuzzi regarding service of same and interim orders on first day
            motions (.3); telephone call to chambers regarding status of entry of first day
            motions (.1); corresponded with P. Pascuzzi regarding same (.1); telephone
            conference with L. Parada (USBC) regarding same (.1); corresponded with J.
            Passarello regarding status of same (.2); monitored docket regarding same (.3);
            reviewed and analyzed entered interim orders on first day motions (.1).

            Jeannie  Kim                  2.00 hrs.       $ 756.00/hr.

08/25/23    Finished drafting notice of final hearing on first day motions (2.6). correspond
            with FFWPR and Sheppard teams re first day hearing (.4); conducted additional
            research and analysis re requirements for allowance of proof of claims (0.8).

            Gianna  E.  Segretti          3.80 hrs.       $ 708.00/hr.

08/27/23    Corresponded with P. Pascuzzi regarding professionals' call agenda (.2)

            Jeannie  Kim                  .20 hrs.        $ 756.00/hr.

08/27/23    Reviewed checklist of outstanding workstreams.

            Gianna  E.  Segretti          .10 hrs.        $ 708.00/hr.

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 11 of 21

08/28/23    Corresponded with P. Pascuzzi regarding motion to extend time to file
schedules (.1); corresponded with J. Blumberg regarding communications with
B. Riley (.1); revised case status checklist (1.1); revised application to extend
time to file schedules (.3); reviewed P. Pascuzzi declaration in support of same
(.2); reviewed declaration of Joseph Passarello in support of same (.2); revised
proposed order (.2)

Jeannie  Kim                    2.20 hrs.       $  756.00/hr.

08/29/23    Prepared items concerning discussions with B. Riley and P. Pascuzzi as to
upcoming filings.

Alan  H.  Martin                .40 hrs.        $  956.00/hr.

08/29/23    Attended call with P. Pascuzzi and B. Riley as to open steps concerning
pending motions for 9/14 hearings and upcoming filings.

Alan  H.  Martin                1.00 hrs.       $  956.00/hr.

08/29/23    Participate in a portion of call among professionals to coordinate next phase of
case (.5).

Ori  Katz                       .50 hrs.        $  1084.00/hr.

08/29/23    Telephone conference with FFWPR and B. Riley teams regarding case status
and strategy for next steps (1.0); reviewed comments on revisions to checklist
of next steps (.1).

Jeannie  Kim                    1.10 hrs.       $  756.00/hr.

08/29/23    Telephone conference with debtor professionals regarding upcoming tasks and
strategy.

Alexandria  G.  Lattner         1.00 hrs.       $  756.00/hr.

08/29/23    Conferred with A. Martin re motions and applications (0.2).  Continued
conducting research for claims procedures motion (0.6).

Gianna  E.  Segretti            .80 hrs.        $  708.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

08/30/23      Analyzed research, briefing and related orders from the Camden Diocese proceedings re proposed plan components as to potential impact on RCASF proceedings.

              Alan  H.  Martin                    .90 hrs.      $ 956.00/hr.

08/30/23      Reviewed items received from B. Riley concerning draft schedules of assets and liabilities.

              Alan  H.  Martin                    .20 hrs.      $ 956.00/hr.

08/30/23      Call with Mr. Blumberg re filing of MORs (.3).

              Ori  Katz                           .30 hrs.      $ 1084.00/hr.

08/30/23      Reviewed entered order granting application to extend deadline to file schedules and statement of financial affairs (.1).

              Jeannie  Kim                        .10 hrs.      $ 756.00/hr.

08/30/23      Reviewed order extending time to file schedules and SOFA. (0.1).

              Gianna  E.  Segretti                .10 hrs.      $ 708.00/hr.

08/31/23      Analyzed comments from UST team concerning MOR issues.

              Alan  H.  Martin                    .40 hrs.      $ 956.00/hr.

08/31/23      Report to professionals re call with UST re filing of MORs (.1).

              Ori  Katz                           .10 hrs.      $ 1084.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 13 of 21

*Timekeeper Summary of: Case Administration - General*

| _Timekeeper_ | _Hours_ | _Average Rate/Hr_ | _Dollars_ |
|---|---|---|---|
| Alan  H. Martin | 9.30 | $ 956.00 | $ 8,890.80 |
| Ori Katz | 16.30 | $ 1,084.00 | $ 17,669.20 |
| Gianna  E. Segretti | 9.40 | $ 708.00 | $ 6,655.20 |
| Jeannie Kim | 23.60 | $ 756.00 | $ 17,841.60 |
| Alexandria  G. Lattner | 4.60 | $ 756.00 | $ 3,477.60 |
| Totals | 63.20 | $ 862.89 | $ 54,534.40 |

## Business Operations

08/21/23        Follow-as to finalizing utilities First Day package.

Alan  H.  Martin                              .20 hrs.      $ 956.00/hr.

*Timekeeper Summary of: Business Operations*

| _Timekeeper_ | _Hours_ | _Average Rate/Hr_ | _Dollars_ |
|---|---|---|---|
| Alan  H. Martin | 0.20 | $ 956.00 | $ 191.20 |
| Totals | 0.20 | $ 956.00 | $ 191.20 |

## Employee Benefits and Pensions

08/21/23        Worked on final refinement as to the wage and benefits package.

Alan  H.  Martin                              .30 hrs.      $ 956.00/hr.

08/22/23        Address questions raised re first day employee wage and benefit motion (1.9).

Ori  Katz                                       1.90 hrs.     $ 1084.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 14 of 21

| 08/24/23 | Worked on issues concerning UST comments to the wage motion and proposed order refinements ahead of today's hearing. |
|---|---|

| | Alan H. Martin | .60 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 08/24/23 | Reviewed results of conferral with J. Blumberg and revised proposed interim employee obligations order (.4); reviewed corresponded with J. Blumberg regarding same (.2) |
|---|---|

| | Jeannie Kim | .60 hrs. | $ 756.00/hr. |
|---|---|---|---|

*Timekeeper Summary of: Employee Benefits and Pensions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 0.90 | $ 956.00 | $ 860.40 |
| Ori Katz | 1.90 | $ 1,084.00 | $ 2,059.60 |
| Jeannie Kim | 0.60 | $ 756.00 | $ 453.60 |
| Totals | 3.40 | $ 992.24 | $ 3,373.60 |

**Financing/Cash Collections**

| 08/21/23 | Worked on items concerning the cash management motion. |
|---|---|

| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 08/21/23 | Analyzed various items received from B. Riley concerning additional BofA non-debtor accounts. |
|---|---|

| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 08/21/23 | Telephone conference with Weitz (B. Riley) concerning additional non-debtor BofA accounts and steps regarding supplemental cash management motion filing and declaration. |
|---|---|

| | Alan H. Martin | .30 hrs. | $ 956.00/hr. |
|---|---|---|---|

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 19, 2023
Alternatives                                                                                              Invoice 380095733
Ori Katz                                                                                                  Page 15 of 21

08/21/23          Reviewed and analyzed cash management issues (.2)

                  Jeannie  Kim                        .20 hrs.         $ 756.00/hr.

08/22/23          Analyzed information from B. Riley concerning additional BofA accounts of
                  non-debtor Catholic entities.

                  Alan  H.  Martin                    .30 hrs.         $ 956.00/hr.

08/22/23          Telephone conference with B. Riley concerning additional BofA accounts non-
                  debtor Catholic entities.

                  Alan  H.  Martin                    .50 hrs.         $ 956.00/hr.

08/22/23          Worked on draft cash management motion supplement and related Passarello
                  declaration regarding additional accounts.

                  Alan  H.  Martin                    1.60 hrs.        $ 956.00/hr.

08/22/23          Worked on components to draft cash management order additions as to the cash
                  management account.

                  Alan  H.  Martin                    .40 hrs.         $ 956.00/hr.

08/22/23          Telephone conference with B. Riley (Weitz) concerning RCASF account
                  treatment.

                  Alan  H.  Martin                    .40 hrs.         $ 956.00/hr.

08/22/23          Analyzed to issues related to cash management motion in advance of first day
                  hearing (1.4).

                  Ori  Katz                           1.40 hrs.        $ 1084.00/hr.

08/22/23          Developed strategy regarding disclosure of cash management accounts (.2);
                  telephone conference with B. Riley and FFWPR team regarding same (.6);
                  reviewed and revised supplement to cash management motion (.5); revised
                  declaration in support of supplement to cash management motion (.3);
                  corresponded with M. McIntyre regarding debtor in possession bank accounts
                  (.2)

                  Jeannie  Kim                        1.80 hrs.        $ 756.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 16 of 21

| 08/22/23 | Prepared for and attended call with B. Riley, and P. Pascuzzi,re open items for cash management motion (.6).  Drafted Supplement to cash management motion (2.7) and supplemental declaration in support thereof (.8). | | |
| | Alexandria  G.  Lattner | 4.10 hrs. | $ 756.00/hr. |
| 08/23/23 | Worked on draft additional First Day submissions concerning cash management for tomorrow's hearing. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 08/23/23 | Worked on items concerning updates for the cash management motion. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 08/23/23 | Worked on revisions to updated proposed cash management order. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 08/24/23 | Follow-up concerning possible refinements to the proposed cash management order scope and language ahead of today's hearing. | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |
| 08/24/23 | Exchanged correspondence and data with B. Riley team concerning cash management items for today's hearing, US Trustee requested revisions. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 08/24/23 | Reviewed items from account holders concerning the cash management motion ahead of today's First Day hearings. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 08/24/23 | Reviewed results of conferral with J. Blumberg (.3) and revised proposed interim cash management order (.6) | | |
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |
| 08/26/23 | Analyzed data items concerning cash management follow-up with BofA and Wells Fargo concerning various accounts treatment. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic     October 19, 2023
Alternatives                                                                               Invoice 380095733
Ori Katz                                                                                   Page 17 of 21

08/27/23     Reviewed information concerning additional account inquiries and prepared follow-up concerning cash management and final hearing.

           Alan  H.  Martin          .40 hrs.     $  956.00/hr.

08/28/23     Worked on items re cash management re banks and comments to the First Day Order.

           Alan  H.  Martin          .40 hrs.     $  956.00/hr.

08/31/23     Reviewed data from Joe Passarello concerning additional BofA non-debtor accounts.

           Alan  H.  Martin          .50 hrs.     $  956.00/hr.

08/31/23     Prepared comments as to additional accounts to address in cash management motion supplement and supplemental declaration.

           Alan  H.  Martin          .40 hrs.     $  956.00/hr.

08/31/23     Corresponded with P. Pascuzzi regarding proposed final cash management order (.1).

           Jeannie  Kim          .10 hrs.     $  756.00/hr.

08/31/23     Reviewed and analyzed information re cash management system from. P. Pascuzzi.

           Alexandria  G.  Lattner          .30 hrs.     $  756.00/hr.

*Timekeeper Summary of: Financing/Cash Collections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 9.00 | $ 956.00 | $ 8,604.00 |
| Ori Katz | 1.40 | $ 1,084.00 | $ 1,517.60 |
| Jeannie Kim | 3.00 | $ 756.00 | $ 2,268.00 |
| Alexandria  G. Lattner | 4.40 | $ 756.00 | $ 3,326.40 |
| Totals | 17.80 | $ 882.92 | $ 15,716.00 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## Claims Administration and Objections

08/24/23          Conducted research on modifying proof of claim form.

                        Gianna  E.  Segretti                    1.60 hrs.        $  708.00/hr.

08/29/23          Analyzed proposed approaches as to the draft claims protocol.

                        Alan  H.  Martin                    .60 hrs.        $  956.00/hr.

08/30/23          Worked on components to the draft claims procedure motion.

                        Alan  H.  Martin                    .80 hrs.        $  956.00/hr.

08/30/23          Continued draft research claims procedures motion. (0.2).

                        Gianna  E.  Segretti                    .20 hrs.        $  708.00/hr.

*Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.40 | $ 956.00 | $ 1,338.40 |
| Gianna  E. Segretti | 1.80 | $ 708.00 | $ 1,274.40 |
| Totals | 3.20 | $ 816.50 | $ 2,612.80 |

## Case Assessment, Development and Administration

08/22/23          Worked on draft common interest agreement and ancillary items.

                        Alan  H.  Martin                    .80 hrs.        $  956.00/hr.

08/23/23          Worked on draft Common Interest Agreement components.

                        Alan  H.  Martin                    .60 hrs.        $  956.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 19, 2023
Alternatives                                                                                              Invoice 380095733
Ori Katz                                                                                                  Page 19 of 21

| 08/27/23 | Prepared components for draft common interest agreement. | | |
|---|---|---|---|
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |

| 08/28/23 | Prepared components for draft common interest agreement. | | |
|---|---|---|---|
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |

| 08/28/23 | Reviewed correspondence with non-debtor Catholic entities regarding common interest of agreement (.1). | | |
|---|---|---|---|
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |

| 08/28/23 | Reviewed draft common interest agreement. | | |
|---|---|---|---|
| | Gianna E. Segretti | .10 hrs. | $ 708.00/hr. |

| 08/29/23 | Worked on proposed common interest agreement revisions. | | |
|---|---|---|---|
| | Alan H. Martin | .30 hrs. | $ 956.00/hr. |

| 08/29/23 | Reviewed draft common interest agreement with non-debtor entities (.1). | | |
|---|---|---|---|
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |

*Timekeeper Summary of: Case Assessment, Development and Administration*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 2.50 | $ 956.00 | $ 2,390.00 |
| Gianna E. Segretti | 0.10 | $ 708.00 | $ 70.80 |
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Totals | 2.80 | $ 932.86 | $ 2,612.00 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 19, 2023
Invoice 380095733
Page 20 of 21

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| Alan H. Martin | 25.10 | $ 956.00 | $ 23,995.60 |
| Jeannie Kim | 28.50 | $ 756.00 | $ 21,546.00 |
| Alexandria G. Lattner | 9.00 | $ 756.00 | $ 6,804.00 |
| Gianna E. Segretti | 11.70 | $ 708.00 | $ 8,283.60 |

**Total Fees for Professional Services**      **$ 81,875.60**

## SUMMARY OF TIMEKEEPER PHASES

| Phase | Hours | Dollars |
|---|---|---|
| Asset Analysis & Recovery | .30 | $ 226.80 |
| Relief from Stay and Adequate Protection Proceedings | 1.50 | $ 1,434.00 |
| Meetings of and Communications with Creditors | .60 | $ 513.60 |
| Fee/Employment Applications & Statements | .90 | $ 661.20 |
| Case Administration - General | 63.20 | $ 54,534.40 |
| Business Operations | .20 | $ 191.20 |
| Employee Benefits and Pensions | 3.40 | $ 3,373.60 |
| Financing/Cash Collections | 17.80 | $ 15,716.00 |
| Claims Administration and Objections | 3.20 | $ 2,612.80 |
| Case Assessment, Development and Administration | 2.80 | $ 2,612.00 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## <u>SUMMARY OF DISBURSEMENTS</u>

| | | |
|---|---|---|
| 08/16/23 | Zoom Legal Couriers - Inv#2316 - Messenger services rendered - 2023-08-22 - 2023-08-31 | 237.50 |
| 08/31/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 8/31/2023 | 52.60 |
| | Color Copies | 15.00 |
| | Duplication | 144.20 |
| | **Total Disbursements** | **$ 449.30** |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Fr. Patrick Summerhays                                SMRH Tax ID 95-1463164
Vicar General and Moderator of the Curia              October 24, 2023
The Roman Catholic Archbishop of San Francisco        Invoice 380095910
One Peter Yorke Way
San Francisco, CA 94109

Our Matter No.      90YY-375176
                    The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                    Alternatives
Billing Atty:       Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2023

Current Fees                          $ 129,304.40
Current Disbursements                 $ 380.05

Total Current Activity                                        $ 129,684.45

Total Due for This Invoice                                    $ 129,684.45

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 42.90 | $ 956.00 | $ 41,012.40 |
| Ori Katz | 17.40 | $ 1,084.00 | $ 18,861.60 |
| Jeannie Kim | 53.50 | $ 756.00 | $ 40,446.00 |
| Gianna E. Segretti | 37.30 | $ 708.00 | $ 26,408.40 |
| Chris D. Lawrence | 4.60 | $ 560.00 | $ 2,576.00 |

## DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| <u>Electronic Payments</u> | <u>Payment by Check</u> | <u>Overnight Mail Delivery</u> |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>  Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA  ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St  Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| | |
|---|---|
| Fr. Patrick Summerhays | SMRH Tax ID 95-1463164 |
| Vicar General and Moderator of the Curia | October 24, 2023 |
| The Roman Catholic Archbishop of San Francisco | Invoice 380095910 |
| One Peter Yorke Way | |
| San Francisco, CA 94109 | |

Our Matter No.    90YY-375176
                       The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Billing Atty:        Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2023

| | |
|---|---:|
| Current Fees | $ 129,304.40 |
| Current Disbursements | $ 380.05 |
| Total Current Activity | $ 129,684.45 |
| Total Due for This Invoice | $ 129,684.45 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---:|---:|---:|
| Alan H. Martin | 42.90 | $ 956.00 | $ 41,012.40 |
| Ori Katz | 17.40 | $ 1,084.00 | $ 18,861.60 |
| Jeannie Kim | 53.50 | $ 756.00 | $ 40,446.00 |
| Gianna E. Segretti | 37.30 | $ 708.00 | $ 26,408.40 |
| Chris D. Lawrence | 4.60 | $ 560.00 | $ 2,576.00 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:       Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St      Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

FOR PROFESSIONAL SERVICES THROUGH 09/30/23

## FEE DETAIL

**Meetings of and Communications with Creditors**

| | | | |
|---|---|---|---|
| 09/01/23 | Analyzed filings received concerning the appointment of the Creditors Committee. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 09/13/23 | Worked on reply to creditor information requests (.4). | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 09/14/23 | Discussion with committee counsel in advance of hearing (.5). | | |
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |
| 09/18/23 | Teleconference with Pascuzzi et al creditor inquiries (.40). | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 09/18/23 | Initial call with committee counsel to discuss overall case issues (1.1). | | |
| | Ori  Katz | 1.10 hrs. | $ 1084.00/hr. |
| 09/18/23 | Draft memo re notes from committee call (.6). | | |
| | Ori  Katz | .60 hrs. | $ 1084.00/hr. |
| 09/20/23 | Call with debtor to discuss requests of committee in connection with wage motion (.5). | | |
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |
| 09/20/23 | Evaluation of response to committee in connection with issues raised on wage motion (.8). | | |
| | Ori  Katz | .80 hrs. | $ 1084.00/hr. |



## FEE DETAIL

| 09/20/23 | Attention to committee requests re cash management motion (.4). |
|---|---|

| | Ori  Katz | .40 hrs. | $  1084.00/hr. |
|---|---|---|---|

| 09/20/23 | Prepare report to debtor re status of committee negotiations to resolve contested matters related to first day motions (.7). |
|---|---|

| | Ori  Katz | .70 hrs. | $  1084.00/hr. |
|---|---|---|---|

| 09/21/23 | Emails with committee re their concerns in connection with first day motions (.5). |
|---|---|

| | Ori  Katz | .50 hrs. | $  1084.00/hr. |
|---|---|---|---|

| 09/22/23 | Call with committee and UST re fee examiner (.5). |
|---|---|

| | Ori  Katz | .50 hrs. | $  1084.00/hr. |
|---|---|---|---|

| 09/22/23 | Reviewed and responded to correspondence from committee counsel regarding documents filed under seal (.3) |
|---|---|

| | Jeannie  Kim | .30 hrs. | $  756.00/hr. |
|---|---|---|---|

| 09/24/23 | Worked on data point items in regards to client preparation for the upcoming IDI interview and 341 meeting. |
|---|---|

| | Alan  H.  Martin | 1.30 hrs. | $  956.00/hr. |
|---|---|---|---|

| 09/24/23 | Reviewed strategy regarding 341(a) meeting of creditors (.1) |
|---|---|

| | Jeannie  Kim | .10 hrs. | $  756.00/hr. |
|---|---|---|---|

| 09/25/23 | Reviewed and analyzed documents in connection with preparation for upcoming 341(a) meeting of creditors (.3) |
|---|---|

| | Jeannie  Kim | .30 hrs. | $  756.00/hr. |
|---|---|---|---|



## FEE DETAIL

09/26/23 Prepared draft report items for client team re IDI and 341 creditors meeting (.70).  Attended call with Pascuzzi et re Initial Debtor Interview preparation (.60).  Telephone conference with Weitz (B. Riley) re info requests concerning Vallombrosa Center (.40).

   Alan  H.  Martin    1.70 hrs.  $ 956.00/hr.

09/26/23 Gather information in response to information requests from committee counsel (1.4).

   Ori  Katz    1.40 hrs.  $ 1084.00/hr.

09/26/23 Call with Mr. Lucas (committee counsel) to discuss committee information requests (.4).

   Ori  Katz    .40 hrs.  $ 1084.00/hr.

09/26/23 Reviewed report regarding telephone conference with committee counsel (.1); prepared proposed final order regarding emergency motion to continue insurance programs (.3); corresponded with J. Lucas regarding same (.2)

   Jeannie  Kim    .60 hrs.  $ 756.00/hr.

09/27/23 Worked on items concerning Committee inquiries regarding specific investment data pertaining to cash management motion (1.10). Analyzed comments from the Committee as to pending cash management motion (.60). Attended client preparation meeting concerning tomorrow's 341 meeting of creditors (.50).  Reviewed additional data items from Pascuzzi as to 341 meeting of creditors preparation (.60).

   Alan  H.  Martin    2.80 hrs.  $ 956.00/hr.

09/27/23 Emails with committee counsel re first day motions (.6).

   Ori  Katz    .60 hrs.  $ 1084.00/hr.

09/27/23 Follow up with debtor re resolution of several first day motions (.2).

   Ori  Katz    .20 hrs.  $ 1084.00/hr.



## FEE DETAIL

| 09/27/23 | Attention to concerns raised by committee re "credibly accused" aspect of wage motion (1.0). |
|---|---|

| | Ori  Katz | 1.00 hrs. | $ 1084.00/hr. |
|---|---|---|---|

| 09/27/23 | Prepared for 341(a) meeting (.1) |
|---|---|

| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
|---|---|---|---|

| 09/28/23 | Reviewed correspondence received from Weitz (B. Riley) as to 341 meeting items (.30).  Attended call with client team re 341 meeting prep (.20).  Attended 341 meeting (3.10).  Worked on follow-up to 341 meeting inquires regarding high schools (.40). |
|---|---|

| | Alan  H.  Martin | 4.00 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 09/28/23 | Prepared for 341(a) meeting of creditors (.2); observed same (2.9); prepared file memorandum regarding same (.5) |
|---|---|

| | Jeannie  Kim | 3.60 hrs. | $ 756.00/hr. |
|---|---|---|---|

| 09/29/23 | Attended call with Pascuzzi and B. Riley re pending cash management, 341 meeting follow-up and related items. |
|---|---|

| | Alan  H.  Martin | 1.50 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 09/29/23 | Worked on investment account updates for Committee. |
|---|---|

| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 09/29/23 | Preliminary review and preparation of draft stipulated protective order with committee (.2). |
|---|---|

| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
|---|---|---|---|

| 09/30/23 | Worked on items concerning proposed confidentiality agreement from the creditors committee. |
|---|---|

| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
|---|---|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 24, 2023
Alternatives                                                                                             Invoice 380095910
Ori Katz                                                                                                 Page 6 of 29

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 13.10 | $ 956.00 | $ 12,523.60 |
| Ori Katz | 9.20 | $ 1,084.00 | $ 9,972.80 |
| Jeannie Kim | 5.20 | $ 756.00 | $ 3,931.20 |
| Totals | 27.50 | $ 961.00 | $ 26,427.60 |

## Fee/Employment Applications & Statements

09/01/23     Corresponded with W. Weitz regarding conflicts list (.1); coordinated fulsome conflicts search in connection with preparation of Sheppard Mullin employment application (.3)

          Jeannie  Kim                                    .40 hrs.      $ 756.00/hr.

09/01/23     Continued drafting application to employ Sheppard Mullin as co-counsel to debtor (3.2).

          Gianna  E.  Segretti                          3.20 hrs.      $ 708.00/hr.

09/05/23     Continued drafting application to employ Sheppard Mullin.  (1.6) Reviewed engagement letter. (0.2)

          Gianna  E.  Segretti                          1.80 hrs.      $ 708.00/hr.

09/06/23     Reviewed draft Sheppard Mullin employment application (.1); coordinated conflicts search in connection with same (.1)

          Jeannie  Kim                                    .20 hrs.      $ 756.00/hr.

09/06/23     Continued drafting application to employ Sheppard Mullin. (0.5) Drafted declaration in support of application to employ Sheppard Mullin. (1.5)

          Gianna  E.  Segretti                          2.00 hrs.      $ 708.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 7 of 29

| 09/07/23 | Worked on components to the draft employment application. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 09/07/23 | Coordinated fulsome conflicts search in connection with Sheppard Mullin employment application (.4); corresponded with B. Riley team regarding same (.1); assisted with preparation of budget and staffing plan per U.S. Trustee guidelines (.2); reviewed draft FRBP 2016 statements for FFWPR and Sheppard Mullin (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | .80 hrs. | $ 756.00/hr. |

| 09/07/23 | Prepared Rule 2016(b) forms. (1.0) Revised SMRH employment application (1.0) Prepared staffing plan forms for SMRH (1.3) | | |
|---|---|---|---|
| | Gianna  E.  Segretti | 3.20 hrs. | $ 708.00/hr. |

| 09/08/23 | Coordinated conflicts search in connection with Sheppard Mullin employment application (.8) | | |
|---|---|---|---|
| | Jeannie  Kim | .80 hrs. | $ 756.00/hr. |

| 09/11/23 | Reviewed status of conflicts check in connection with Sheppard Mullin employment application (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

| 09/11/23 | Further reviewed and revised SMRH employment application. (0.1) | | |
|---|---|---|---|
| | Gianna  E.  Segretti | .10 hrs. | $ 708.00/hr. |

| 09/12/23 | Prepared comments/revisions to 2016 statement for submission. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 09/12/23 | Reviewed and analyzed conflicts report (.2); reviewed and revised 2016b statements for Sheppard Mullin and FFWPR (.2) | | |
|---|---|---|---|
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |

| 09/12/23 | Reviewed and revised Rule 2016 statement (.3). | | |
|---|---|---|---|
| | Gianna  E.  Segretti | .30 hrs. | $ 708.00/hr. |

Case: 23-30564    Doc# 520-1    Filed: 02/29/24    Entered: 02/29/24 13:38:10    Page 38
of 245

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 8 of 29

| 09/13/23 | Prepared comments to SM 2016 statement. (.3) Made comments/revisions to SM employment application (.4). | | |
|---|---|---|---|
| | Alan H. Martin | .70 hrs. | $ 956.00/hr. |

| 09/13/23 | Reviewed and analyzed conflicts report (.4); reviewed and revised Katz declaration in support of Sheppard Mullin employment application (1.2); reviewed and revised Sheppard Mullin employment application (.3); reviewed draft comments and further reviewed and revised same (.4) | | |
|---|---|---|---|
| | Jeannie Kim | 2.30 hrs. | $ 756.00/hr. |

| 09/14/23 | Worked on components to the draft SMRH employment application and related draft Katz declaration. | | |
|---|---|---|---|
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |

| 09/14/23 | Correspondence with client concerning SMRH employment application and Katz declaration. | | |
|---|---|---|---|
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |

| 09/14/23 | Reviewed motion to employ ordinary course professionals (.2); further reviewed and revised Katz declaration in support of Sheppard Mullin employment application (.3) | | |
|---|---|---|---|
| | Jeannie Kim | .50 hrs. | $ 756.00/hr. |

| 09/14/23 | Reviewed FFWPR task codes to ensure coordination (.1) | | |
|---|---|---|---|
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |

| 09/14/23 | Reviewed comments regarding SMRH employment application. | | |
|---|---|---|---|
| | Gianna E. Segretti | .20 hrs. | $ 708.00/hr. |

| 09/15/23 | Reviewed and analyzed FFWPR August invoice in connection with coordination of representation (.3); developed strategy regarding same and Sheppard Mullin budget (.6) | | |
|---|---|---|---|
| | Jeannie Kim | .90 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 9 of 29

| 09/18/23 | Worked on refinements to the draft SMRH employment application (.40). Corresponded with Fr. Summerhays as to the draft SMRH employment application (.10) | | |
|---|---|---|---|
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |

| 09/18/23 | Coordinated filing and service of Sheppard Mullin employment application (.4); corresponded with P. Pascuzzi regarding task codes for invoicing (.2); coordinated Sheppard Mullin billing codes/compliance with U.S. Trustee fee guidelines (.1); reviewed correspondence from J. Blumberg regarding U.S. Trustee's concerns regarding proposed estate professionals' employment applications (.2); began preparation of proposed order granting Sheppard Mullin employment application (.2); coordinated filing and service of rule 2016(b) statement (.3) | | |
|---|---|---|---|
| | Jeannie  Kim | 1.50 hrs. | $ 756.00/hr. |

| 09/18/23 | Further revisions and revised application to employ Sheppard Mullin. (.3) | | |
|---|---|---|---|
| | Gianna  E.  Segretti | .30 hrs. | $ 708.00/hr. |

| 09/19/23 | Reviewed and analyzed draft declaration of P. Carney regarding compliance with U.S. Trustee's fee guidelines (.2); reviewed draft response to J. Blumberg regarding comments on estate professionals' employment applications (.2); corresponded with J. Blumberg regarding draft order employing Sheppard Mullin (.2); reviewed and revised draft order (.5); coordinated with P. Pascuzzi regarding billing task codes (.1); began reviewing documents in support of Sheppard Mullin first interim fee application (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | 1.30 hrs. | $ 756.00/hr. |

| 09/19/23 | Drafted proposed order to employ Sheppard Mullin. (1.9) . | | |
|---|---|---|---|
| | Gianna  E.  Segretti | 1.90 hrs. | $ 708.00/hr. |

| 09/20/23 | Corresponded with J. Rios regarding errata regarding Sheppard Mullin employment application (.1); reviewed and revised draft notice of errata regarding same (.3); coordinated filing and service of same (.2); coordinated implementation of task codes corresponding to FFWPR task codes (.1); reviewed open issues regarding U.S. Trustee's proposal regarding fee examiner (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | .80 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 10 of 29

| | | | |
|---|---|---|---|
| 09/20/23 | Drafted notice of errata to Katz Declaration in support of application to employ Sheppard Mullin. (2.3) Directed service of notice of errata. (0.5) Conferred with internal team re need for new hearing notice. (0.3) | | |
| | Gianna E. Segretti | 3.10 hrs. | $ 708.00/hr. |
| 09/21/23 | Corresponded with U.S. Trustee regarding lack of comments on proposed order regarding Sheppard Mullin employment (.1); finalized and lodged same with court (.2); corresponded with P. Carney regarding U.S. Trustee and committee positions regarding fee examiner (.1) | | |
| | Jeannie Kim | .40 hrs. | $ 756.00/hr. |
| 09/22/23 | Reviewed entered order regarding estate employment of Omni Agent Solutions (.1); reviewed status of proposed order granting Sheppard Mullin employment (.1) | | |
| | Jeannie Kim | .20 hrs. | $ 756.00/hr. |
| 09/25/23 | Reviewed and analyzed entered orders authorizing employment of estate professionals (.1); corresponded with client regarding potential appointment of fee examiner (.1) | | |
| | Jeannie Kim | .20 hrs. | $ 756.00/hr. |
| 09/27/23 | Reviewed U.S. Trustee's comments on proposed interim compensation procedures (.1) | | |
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |
| 09/28/23 | Reviewed U.S. Trustee's objection to ordinary course professional motion (.1) | | |
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 2.60 | $ 956.00 | $ 2,485.60 |
| Gianna  E. Segretti | 16.10 | $ 708.00 | $ 11,398.80 |
| Jeannie Kim | 11.10 | $ 756.00 | $ 8,391.60 |
| Totals | 29.80 | $ 747.52 | $ 22,276.00 |

## Assumption/Rejection of Leases and Contracts

09/25/23       Analyzed items concerning master lease agreement and proposed steps (.80).

Alan  H.  Martin                           .80 hrs.      $ 956.00/hr.

*Timekeeper Summary of: Assumption/Rejection of Leases and Contracts*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.80 | $ 956.00 | $ 764.80 |
| Totals | 0.80 | $ 956.00 | $ 764.80 |

## Case Administration - General

09/01/23       Compose email to UST re MORs (.4).

Ori  Katz                           .40 hrs.      $ 1084.00/hr.

09/01/23       Reviewed and analyzed major case milestone dates (.1)

Jeannie  Kim                           .10 hrs.      $ 756.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 12 of 29

| 09/01/23 | Reviewed major statutory deadlines in case triggered by petition date (.2); reviewed correspondence with J. Blumberg regarding request to extend time to file August monthly operating report (.1) | | |
|---|---|---|---|
| | Jeannie Kim | .30 hrs. | $ 756.00/hr. |
| 09/05/23 | Reviewed updated data B. Riley team concerning debtor accounts and responses for impacted account holders. | | |
| | Alan H. Martin | .50 hrs. | $ 956.00/hr. |
| 09/05/23 | Reviewed and revised draft checklist regarding postpetition open items (.4) | | |
| | Jeannie Kim | .40 hrs. | $ 756.00/hr. |
| 09/06/23 | Attended call with Pascuzzi as to preparation for 9/14 hearing. | | |
| | Alan H. Martin | .80 hrs. | $ 956.00/hr. |
| 09/06/23 | Professional call to review checklist in advance of second day hearing (.8). | | |
| | Ori Katz | .80 hrs. | $ 1084.00/hr. |
| 09/06/23 | Follow up with UST re MORs (.1). | | |
| | Ori Katz | .10 hrs. | $ 1084.00/hr. |
| 09/06/23 | Reviewed correspondence with J. Blumberg regarding extension of time to file August monthly operating report (.1) | | |
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |
| 09/06/23 | Telephone conference with FFWPR and B. Riley teams regarding case status and preparation for second day hearing (.4) | | |
| | Jeannie Kim | .40 hrs. | $ 756.00/hr. |
| 09/07/23 | Call with UST to discuss MORs (.2). | | |
| | Ori Katz | .20 hrs. | $ 1084.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          October 24, 2023
Alternatives                                                                                   Invoice 380095910
Ori Katz                                                                                       Page 13 of 29

09/07/23        Report of UST MOR discussion to co-counsel and B. Riley (.1).

                        Ori  Katz                      .10 hrs.        $ 1084.00/hr.

09/09/23        Reviewed correspondence and information from Pascuzzi as to account
                transitions.

                        Alan  H.  Martin                .40 hrs.        $ 956.00/hr.

09/10/23        Corresponded with J. Rios regarding October 14 omnibus hearing (.2)

                        Jeannie  Kim                    .20 hrs.        $ 756.00/hr.

09/11/23        Reviewed status of debtor's preparation of schedules and statement of financial
                affairs (.1); reviewed and revised global notes to same (1.0)

                        Jeannie  Kim                   1.10 hrs.        $ 756.00/hr.

09/12/23        Worked on filings concerning the ex parte application permitting continuance
                of the deadlines for monthly operating reports.

                        Alan  H.  Martin                .30 hrs.        $ 956.00/hr.

09/12/23        Prepared revisions to the draft methodology filings re schedules and statements
                to be submitted.

                        Alan  H.  Martin                .40 hrs.        $ 956.00/hr.

09/12/23        Prepared revisions to the draft methodology filings re schedules and statements
                to be submitted.

                        Alan  H.  Martin                .20 hrs.        $ 956.00/hr.

09/12/23        Prepared for professionals' check-in call (.1); developed strategy regarding
                preparation of ex parte application to extend deadline to file August monthly
                operating report (.2); corresponded with B. Riley team regarding preparation of
                schedules and statement of financial affairs (.1); reviewed and revised global
                notes to schedules and statement of financial affairs (.1)

                        Jeannie  Kim                    .50 hrs.        $ 756.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                October 24, 2023
Alternatives                                                                                         Invoice 380095910
Ori Katz                                                                                             Page 14 of 29

| 09/13/23 | Preparation for second day hearing (1.8). | | |
|---|---|---|---|
| | Ori  Katz | 1.80 hrs. | $ 1084.00/hr. |

| 09/13/23 | Meet and confer with UST in advance of second day hearing (.2). | | |
|---|---|---|---|
| | Ori  Katz | .20 hrs. | $ 1084.00/hr. |

| 09/13/23 | Prepared ex parte application for order extending time to file August monthly operating report (.2); telephone conference with FFWPR and B. Riley teams regarding case status and strategy (1.1); reviewed correspondence with U.S. Trustee regarding second day hearing strategy (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | 1.40 hrs. | $ 756.00/hr. |

| 09/13/23 | Prepared ex parte application to extend deadline to file monthly operating report. | | |
|---|---|---|---|
| | Chris  D.  Lawrence | .30 hrs. | $ 560.00/hr. |

| 09/14/23 | Attended RCASF second day hearing. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 09/14/23 | Prepare for second day hearing (.7). | | |
|---|---|---|---|
| | Ori  Katz | .70 hrs. | $ 1084.00/hr. |

| 09/14/23 | Attend second day hearing (.4). | | |
|---|---|---|---|
| | Ori  Katz | .40 hrs. | $ 1084.00/hr. |

| 09/14/23 | Corresponded with P. Pascuzzi regarding strategy for second day hearing arguments (.2); observed continued hearings on emergency first day motions (.4) (NO CHARGE) | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

| 09/14/23 | Drafted ex parte application and proposed order requesting extension of deadline to file initial monthly operating report. | | |
|---|---|---|---|
| | Chris  D.  Lawrence | 2.70 hrs. | $ 560.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          October 24, 2023
Alternatives                                                                                    Invoice 380095910
Ori Katz                                                                                        Page 15 of 29

| 09/15/23 | Reviewed and revised ex parte application for order to extend time to file August monthly operating report (.9); reviewed and revised same (.3); further reviewed and revised same (.2); corresponded with J. Lucas (PSZJ) regarding same (.2); developed billing strategy (task codes) (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | 1.70 hrs. | $ 756.00/hr. |
| 09/15/23 | Revised ex parte application seeking leave to file August monthly operating report at a later date. | | |
| | Chris  D.  Lawrence | 1.30 hrs. | $ 560.00/hr. |
| 09/15/23 | Further revised ex parte to extend deadline to file August monthly operating report. | | |
| | Chris  D.  Lawrence | .30 hrs. | $ 560.00/hr. |
| 09/17/23 | Analyzed draft schedules/statement of affairs from B. Riley and provided comments. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 09/17/23 | Exchanged correspondence with B. Riley concerning statement of affairs comments. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 09/17/23 | Worked on draft methodology concerning statement of affairs. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 09/18/23 | Analyzed draft Initial debtor Interview forms and provided input to Wentz (B. Riley) (.50). | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 16 of 29

09/18/23      Corresponded with J. Lucas regarding committee position regarding debtor's request for extension of time to file August monthly operating report (.3); reviewed and revised ex parte application to extend time to file August monthly operating report (.5); corresponded with J. Blumberg regarding same (.1); coordinated filing and service of same (.1); reviewed and analyzed draft IDI responses (.2); corresponded with W. Weitz regarding draft IDI responses (.3); conferred and corresponded with J. Blumberg regarding U.S. Trustee's comments on ex parte application to extend time to file August monthly operating report (.3); reviewed and revised ex parte application to incorporate U.S. Trustee's comments (.1); corresponded with J. Lucas regarding same (.1); prepared order granting ex parte application (.1); coordinated filing and service of same (.3); reviewed and analyzed report regarding initial discussion with committee counsel and resulting action items (.2); updated ongoing open tasks/issues check-list (.3); reviewed draft schedules and statement of financial affairs (.3)

                Jeannie  Kim                3.20 hrs.    $ 756.00/hr.

09/19/23      Attended call with Pascuzzi and Weitz re draft schedules and statement of affairs revisions and updates.

                Alan  H.  Martin           .70 hrs.    $ 956.00/hr.

09/19/23      Participate in professionals call to review post-filing checklist (.9).

                Ori  Katz                .90 hrs.    $ 1084.00/hr.

09/19/23      Reviewed and analyzed draft schedules and statement of financial affairs (.4); reviewed and revised global notes regarding methodology and preparation of same (.2); corresponded with B. Riley regarding same (.1); corresponded with P. Pascuzzi regarding comments on same (.1); reviewed and revised global notes based on P. Pascuzzi's comments (.1)

                Jeannie  Kim            .90 hrs.    $ 756.00/hr.

09/20/23      Attended calls with Weitz and Pascuzzi as to refinements to draft schedules,statement and related draft methodology filings (.90). Teleconference with Pascuzzi et al as to draft schedules components (.40). Exchanged corr with Weitz (B. Riley) re monthly operating report submissions (.20).

                Alan  H.  Martin           1.50 hrs.    $ 956.00/hr.

![Sheppard Mullin]

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic            October 24, 2023
Alternatives                                                                                      Invoice 380095910
Ori Katz                                                                                          Page 17 of 29

09/20/23        Telephone conference with P. Pascuzzi and B. Riley team regarding schedules
                and statement of financial affairs (.6); reviewed drafts of same (.3); reviewed
                and revised global notes regarding same (.6); corresponded with B. Riley and
                FFWPR team regarding J. Passarello comments on same (.3); reviewed entered
                order extending time to file August monthly operating report (.1); corresponded
                with P. Pascuzzi regarding notice of final hearing on debtor's first day motions
                (.2)

                        Jeannie  Kim                            2.10 hrs.      $  756.00/hr.

09/21/23        Teleconference with Wayne Weitz re detail for the schedules and related
                methodology filing items (.40) Worked on draft components to
                statements/schedules methodology filings (.90). Corresponded with J.
                Passarello regarding draft schedules comments ( .20). Analyzed further
                revisions to the draft schedules as to assets and related contracts (.60).

                        Alan  H.  Martin                        2.10 hrs.      $  956.00/hr.

09/21/23        Reviewed final draft of schedules and statement of financial affairs for filing
                and service (.2); reviewed and revised draft global notes regarding schedules
                and statement of financial affairs (.2); coordinated filing and service of same
                with FFWPR and B. Riley teams (.2); corresponded with Omni regarding final
                hearing regarding first day motions (.1)

                        Jeannie  Kim                            .70 hrs.       $  756.00/hr.

09/22/23        Reviewed draft checklist regarding outstanding case administration tasks (.1)

                        Jeannie  Kim                            .10 hrs.       $  756.00/hr.

09/24/23        Updated case strategy and outstanding item checklist (.3)

                        Jeannie  Kim                            .30 hrs.       $  756.00/hr.

09/25/23        Worked on entity report items requested by Pascuzzi and client team regarding
                Initial Debtor interview (.60).  Attended call with Pascuzzi regarding steps
                concerning pending "2nd Day" motions (.20).

                        Alan  H.  Martin                        .80 hrs.       $  956.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic   October 24, 2023
Alternatives                                                                            Invoice 380095910
Ori Katz                                                                                Page 18 of 29

| | | | |
|---|---|---|---|
| 09/25/23 | Prepared for weekly case strategy and task distribution discussion (.1); telephone conference with FFWPR and B. Riley teams regarding weekly check-in and strategy discussion (.3) | | |
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |
| 09/26/23 | Draft memo to debtor re open issues from first day motions (.7). | | |
| | Ori  Katz | .70 hrs. | $ 1084.00/hr. |
| 09/27/23 | Corresponded with J. Lucas regarding comments on insurance motion (.2); corresponded with J. Lucas regarding final hearing on first day motions (.2); corresponded with FFWPR and B. Riley teams regarding case strategy (.1); prepared email status update to U.S. Bankruptcy Court regarding matters set for hearing on Oct. 5 (.6); corresponded with L. Parada regarding same (.2) | | |
| | Jeannie  Kim | 1.30 hrs. | $ 756.00/hr. |
| 09/29/23 | Corresponded with J. Blumberg regarding stipulation to continue Oct. 5 hearings (.1); prepared for professionals' call (.3); telephone conference with B. Riley and FFWPR teams regarding case status and strategy (1.0); corresponded with P. Pascuzzi regarding press coverage (.1); developed claims analysis strategy (.1) | | |
| | Jeannie  Kim | 1.60 hrs. | $ 756.00/hr. |

*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 10.20 | $ 956.00 | $ 9,751.20 |
| Ori Katz | 6.30 | $ 1,084.00 | $ 6,829.20 |
| Jeannie Kim | 17.00 | $ 756.00 | $ 12,852.00 |
| Chris  D. Lawrence | 4.60 | $ 560.00 | $ 2,576.00 |
| Totals | 38.10 | $ 840.12 | $ 32,008.40 |

**Employee Benefits and Pensions**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 24, 2023
Alternatives                                                                                              Invoice 380095910
Ori Katz                                                                                                  Page 19 of 29

09/20/23          Reviewed committee position regarding emergency first day payroll motion
                  (.3)

                         Jeannie  Kim                              .30 hrs.        $  756.00/hr.


                  *Timekeeper Summary of: Employee Benefits and Pensions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Jeannie Kim* | *0.30* | *$ 756.00* | *$ 226.80* |
| *Totals* | *0.30* | *$ 756.00* | *$ 226.80* |


## Financing/Cash Collections


09/01/23          Worked on draft items for the proposed supplements concerning the cash
                  management motion and additional accounts.

                         Alan  H.  Martin                          .40 hrs.        $  956.00/hr.

09/01/23          Attended call with Pascuzzi and Weitz (B. Riley) concerning additional
                  revisions and potential order supplements added to the cash collateral motion.

                         Alan  H.  Martin                          .60 hrs.        $  956.00/hr.

09/01/23          Attention to revisions to cash management motion (.3).

                         Ori  Katz                                 .30 hrs.        $ 1084.00/hr.

09/01/23          Telephone conference with P. Pascuzzi, J. Passarello, and W. Weitz regarding
                  cash management and other early case administration issues (.4); reviewed draft
                  final order regarding cash management motion (.2); developed strategy
                  regarding request for supplemental relief related to cash management system
                  (.2)

                         Jeannie  Kim                              .80 hrs.        $  756.00/hr.

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 20 of 29

| 09/04/23 | Reviewed data concerning schools. | | |
|---|---|---|---|
| | Alan H. Martin | .30 hrs. | $ 956.00/hr. |

09/05/23   Worked on open items concerning pending cash management motions set for
hearing on 9/14.

        Alan H. Martin      .40 hrs.    $ 956.00/hr.

09/05/23   Drafted second supplement to cash management motion (.5)

        Jeannie Kim      .50 hrs.    $ 756.00/hr.

09/06/23   Prepared revisions to draft cash management motion and supplement.

        Alan H. Martin      .50 hrs.    $ 956.00/hr.

09/06/23   Prepared revisions to the draft Passarello second supplemental declaration
additional accounts.

        Alan H. Martin      .40 hrs.    $ 956.00/hr.

09/06/23   Correspondence with Pascuzzi and Weitz as to draft supplement to the cash
management motion and second supplemental Passarello declaration.

        Alan H. Martin      .20 hrs.    $ 956.00/hr.

09/06/23   Drafted second supplement to cash management motion (1.9); reviewed
correspondence from Wells Fargo regarding credit card program and resolution
of concerns of same (.2)

        Jeannie Kim      2.10 hrs.    $ 756.00/hr.

09/07/23   Reviewed UST cash management objection filings and related information.

        Alan H. Martin      .40 hrs.    $ 956.00/hr.

09/07/23   Analyzed additional account information received as to bank accounts re cash
management motion supplements.

        Alan H. Martin      .60 hrs.    $ 956.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    October 24, 2023
Alternatives                                                                                             Invoice 380095910
Ori Katz                                                                                                 Page 21 of 29

| | | | |
|---|---|---|---|
| 09/07/23 | Reviewed U.S. Trustee's objection to final cash management relief (.2); corresponded with P. Pascuzzi regarding outstanding U.S. Trustee compliance and developed strategy to respond to same (.3); reviewed and revised second supplement to cash management motion (.2); corresponded with FFWPR and B. Riley teams regarding same (.2); reviewed status of CNB account conversion (.1); reviewed Wells Fargo's comments regarding debtor's credit cards (.1) | | |
| | Jeannie  Kim | 1.10 hrs. | $  756.00/hr. |
| 09/08/23 | Attended call with Pascuzzi, B. Riley team, et al. concerning UST objections to the pending cash management motion, account updates and reply steps. | | |
| | Alan  H.  Martin | .60 hrs. | $  956.00/hr. |
| 09/08/23 | Worked on components for the Joe Passarello declaration re accounts items and reply brief re cash management. | | |
| | Alan  H.  Martin | .90 hrs. | $  956.00/hr. |
| 09/08/23 | Telephone conference with FFWPR and B. Riley teams regarding second day hearing and U.S. Trustee's objection to cash management motion (.6); researched section 345 issues (.2); reviewed correspondence with J. Passarello and B. Riley regarding reply to U.S. Trustee's objection to cash management motion and supporting declaration of J. Passarello regarding same (.2); drafted reply to U.S. Trustee's objection to cash management motion (.6); began drafting second supplemental declaration of J. Passarello in support of same (.3) | | |
| | Jeannie  Kim | 1.90 hrs. | $  756.00/hr. |
| 09/09/23 | Worked on components to draft cash management reply/supplement. | | |
| | Alan  H.  Martin | .60 hrs. | $  956.00/hr. |
| 09/10/23 | Worked on components draft cash management reply/update brief. | | |
| | Alan  H.  Martin | .40 hrs. | $  956.00/hr. |
| 09/10/23 | Analyzed additional debtor data received concerning cash management update. | | |
| | Alan  H.  Martin | .30 hrs. | $  956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          October 24, 2023
Alternatives                                                                                    Invoice 380095910
Ori Katz                                                                                        Page 22 of 29

| 09/10/23 | Continued drafting reply to U.S. Trustee's objection to cash management motion (2.6); reviewed and revised same (.4); drafted second supplemental declaration of J. Passarello in support of reply to cash management motion (.8) | | | |
|---|---|---|---|---|
| | Jeannie  Kim | 3.80 hrs. | $  756.00/hr. | |

| 09/11/23 | Worked on components to the draft cash management reply. | | | |
|---|---|---|---|---|
| | Alan  H.  Martin | .60 hrs. | $  956.00/hr. | |

| 09/11/23 | Prepared revisions to the draft Passarello declaration re cash management. | | | |
|---|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $  956.00/hr. | |

| 09/11/23 | Correspondence with Passarello (2x) re the draft cash management reply and declaration. | | | |
|---|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $  956.00/hr. | |

| 09/11/23 | Reviewed and analyzed comments of J. Passarello regarding cash management reply and supporting declaration of same (.2) | | | |
|---|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $  756.00/hr. | |

| 09/11/23 | Reviewed and revised reply to U.S. Trustee's objection to cash management motion (.2); reviewed and revised second supplemental Passarello declaration in support of same (.4); corresponded with P. Pascuzzi and W. Weitz regarding same (.4); corresponded with P. Pascuzzi regarding proof of compliance regarding bank/investment accounts to U.S. Trustee (.1); reviewed and revised draft second interim order regarding cash management (.5); reviewed correspondence with J. Passarello regarding review and execution of same (.2) | | | |
|---|---|---|---|---|
| | Jeannie  Kim | 1.80 hrs. | $  756.00/hr. | |

| 09/12/23 | Attended call with J. Passarello and W. Weitz concerning the cash management motion supplement, account details and related information. | | | |
|---|---|---|---|---|
| | Alan  H.  Martin | .50 hrs. | $  956.00/hr. | |

| 09/12/23 | Prepared  components to the draft cash management supplement/reply. | | | |
|---|---|---|---|---|
| | Alan  H.  Martin | .60 hrs. | $  956.00/hr. | |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 23 of 29

| 09/12/23 | Telephone conference with J. Passarello regarding updates to draft supplemental declaration re cash management. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 09/12/23 | Prepared revisions to the draft Passarello cash management supplemental declaration. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 09/12/23 | Correspondence with J. Passarello as to account questions as to cash management motion. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 09/12/23 | Review and comment on reply in support of cash management motion (.6). | | |
|---|---|---|---|
| | Ori  Katz | .60 hrs. | $ 1084.00/hr. |

| 09/12/23 | Telephone conference with J. Passarello, P. Summerhays, P. Pascuzzi, and C. Hansen regarding Passarello declaration in support of cash management (.4); telephone conference with P. Pascuzzi regarding reply to U.S. Trustee's objection regarding same (.2); reviewed and revised reply (.6) and second supplemental declaration (.3); corresponded with J. Passarello regarding review and execution of second supplemental declaration of same (.3); coordinated filing and service of same (.7); conferred and corresponded with B. Whitaker regarding service of reply (.2) | | |
|---|---|---|---|
| | Jeannie  Kim | 2.70 hrs. | $ 756.00/hr. |

| 09/13/23 | Worked on updated account items concerning cash management in advance of hearing (.6). | | |
|---|---|---|---|
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |

| 09/13/23 | Corresponded with J. Passarello regarding reply to U.S. Trustee's objection to cash management motion (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 24 of 29

09/14/23    Reviewed correspondence from Bank of America regarding converted debtor in possession accounts (.1); reviewed and revised second interim cash management order (.3); corresponded with J. Blumberg regarding same (.3); coordinated lodging of same (.2)

Jeannie  Kim                         .90 hrs.        $ 756.00/hr.

09/16/23    Reviewed information received re cash management.

Alan  H.  Martin                      .40 hrs.        $ 956.00/hr.

09/21/23    Prepared items for discussion with B. Riley re draft investment update items (.40).

Alan  H.  Martin                      .40 hrs.        $ 956.00/hr.

09/22/23    Teleconference with B. Riley team as to open items to prepare in response concerning investment accounts (1.0). Analyzed from B. Riley re open items to prepare in response to committee request concerning investment accounts (.40).

Alan  H.  Martin                     1.40 hrs.        $ 956.00/hr.

09/22/23    Corresponded with B. Riley team regarding open cash management issues (.2)

Jeannie  Kim                         .20 hrs.        $ 756.00/hr.

09/26/23    Worked on information and analysis concerning Committee inquiries concerning investment accounts (cash management motion) (.40).

Alan  H.  Martin                      .40 hrs.        $ 956.00/hr.

09/26/23    Corresponded with B. RIley regarding status of response to inquiries regarding cash management and investment accounts (.2)

Jeannie  Kim                         .20 hrs.        $ 756.00/hr.

09/27/23    Analysis re open issues re cash management motion (1.0).

Ori  Katz                           1.00 hrs.        $ 1084.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 25 of 29

*Timekeeper Summary of: Financing/Cash Collections*

| _Timekeeper_ | _Hours_ | _Average Rate/Hr_ | _Dollars_ |
|---|---|---|---|
| Alan  H. Martin | 13.00 | $ 956.00 | $ 12,428.00 |
| Ori Katz | 1.90 | $ 1,084.00 | $ 2,059.60 |
| Jeannie Kim | 16.30 | $ 756.00 | $ 12,322.80 |
| *Totals* | 31.20 | $ 859.31 | $ 26,810.40 |

## Claims Administration and Objections

09/06/23        Continued drafting claims procedures motion.

        Gianna  E. Segretti                2.10 hrs.        $ 708.00/hr.

09/07/23        Continued drafting claims procedures motion.

        Gianna  E. Segretti                .90 hrs.        $ 708.00/hr.

09/08/23        Continued drafting claims procedures motion. (0.3)

        Gianna  E. Segretti                .30 hrs.        $ 708.00/hr.

09/11/23        Continued drafting claims procedures motion. (0.1)

        Gianna  E. Segretti                .10 hrs.        $ 708.00/hr.

09/12/23        Reviewed and analyzed claims procedures briefing and final orders in other
        diocesan cases. (2.6) Continued drafting claims procedures motion. (1.5)

        Gianna  E. Segretti                4.10 hrs.        $ 708.00/hr.

09/13/23        Continued drafting claims procedures motion.

        Gianna  E. Segretti                1.00 hrs.        $ 708.00/hr.

09/14/23        Worked on portions of the draft claims procedure motion.

        Alan  H. Martin                .60 hrs.        $ 956.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 26 of 29

| 09/14/23 | Analyzed case law for argument requesting use of specialized questionnaire to serve to abuse claimants. (1.5) Continued drafting claims procedures motion. (4.7) | | |
|---|---|---|---|
| | Gianna  E.  Segretti | 6.20 hrs. | $ 708.00/hr. |
| 09/15/23 | Drafted proposed order to claims procedures motion. (2.1) Drafted declaration in support of claims procedures motion. (1.4) | | |
| | Gianna  E.  Segretti | 3.50 hrs. | $ 708.00/hr. |
| 09/22/23 | Worked draft claims procedures motion-related components (.20). Reviewed additional committee request as to RCASF investments pool (.20). | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 09/22/23 | Reviewed and revised draft order granting claims procedures motion (.8) | | |
| | Jeannie  Kim | .80 hrs. | $ 756.00/hr. |
| 09/22/23 | Further revised exhibits to claims procedures motion. (0.1) Drafted confidential survivor proof of claim. (2.9) | | |
| | Gianna  E.  Segretti | 3.00 hrs. | $ 708.00/hr. |
| 09/23/23 | Reviewed and revised P. Marlow declaration in support of claims procedures motion (.6) | | |
| | Jeannie  Kim | .60 hrs. | $ 756.00/hr. |
| 09/24/23 | Reviewed and revised draft claims procedures motion (.9) | | |
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |
| 09/25/23 | Reviewed and revised claims procedures motion (.7) | | |
| | Jeannie  Kim | .70 hrs. | $ 756.00/hr. |
| 09/26/23 | Corresponded with P. Marlow regarding claims procedures (.1) | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 27 of 29

| 09/28/23 | Corresponded with T. Phinney regarding comments on claims procedures motion (.2); began review and revisions to same (.2) | | |
|---|---|---|---|
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |
| 09/29/23 | Continued reviewing and revising draft claims procedures motion (.1) | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

*Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.00 | $ 956.00 | $ 956.00 |
| Gianna  E. Segretti | 21.20 | $ 708.00 | $ 15,009.60 |
| Jeannie Kim | 3.60 | $ 756.00 | $ 2,721.60 |
| Totals | 25.80 | $ 724.31 | $ 18,687.20 |

**Case Assessment, Development and Administration**

| 09/01/23 | Worked on follow-up to proposed comments from various parties as to the draft common interest agreement. | | |
|---|---|---|---|
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 09/01/23 | Correspondence with counsel for Sacred Heart Prep regarding the draft common interest agreement. | | |
| | Alan  H.  Martin | .10 hrs. | $ 956.00/hr. |
| 09/01/23 | Telephone conference with counsel for Sacred Heart Prep regarding the draft common interest agreement. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 09/08/23 | Analyzed correspondence received from counsel for cemeteries. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

October 24, 2023
Invoice 380095910
Page 28 of 29

09/18/23  Teleconference with counsel for Sacred Heart as to case developments (.40).

Alan H. Martin          .40 hrs.     $ 956.00/hr.

09/20/23  Teleconferenced with Pascuzzi and counsel for Secred Heart High School concerning the case filing common interest agreement issues (.40).

Alan H. Martin          .40 hrs.     $ 956.00/hr.

*Timekeeper Summary of: Case Assessment, Development and Administration*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 2.20 | $ 956.00 | $ 2,103.20 |
| Totals | 2.20 | $ 956.00 | $ 2,103.20 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 17.40 | $ 1,084.00 | $ 18,861.60 |
| Alan H. Martin | 42.90 | $ 956.00 | $ 41,012.40 |
| Jeannie Kim | 53.50 | $ 756.00 | $ 40,446.00 |
| Chris D. Lawrence | 4.60 | $ 560.00 | $ 2,576.00 |
| Gianna E. Segretti | 37.30 | $ 708.00 | $ 26,408.40 |

**Total Fees for Professional Services**          **$ 129,304.40**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF TIMEKEEPER PHASES

| Phase | Hours | Dollars |
|---|---|---|
| Meetings of and Communications with Creditors | 27.50 | $ 26,427.60 |
| Fee/Employment Applications & Statements | 29.80 | $ 22,276.00 |
| Assumption/Rejection of Leases and Contracts | .80 | $ 764.80 |
| Case Administration - General | 38.10 | $ 32,008.40 |
| Employee Benefits and Pensions | .30 | $ 226.80 |
| Financing/Cash Collections | 31.20 | $ 26,810.40 |
| Claims Administration and Objections | 25.80 | $ 18,687.20 |
| Case Assessment, Development and Administration | 2.20 | $ 2,103.20 |

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/12/23 | Federal Express on 09/12/23 | 19.65 |
| 09/22/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 9/30/2023 | 5.90 |
| 09/30/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 9/30/2023 | 328.30 |
| | Duplication | 26.20 |

**Total Disbursements** | | **$ 380.05**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***<u>Remittance Copy</u>***
***Please return this page with your payment.***

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
November 15, 2023
Invoice 380096770

Our Matter No.     90YY-375176
                      The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Billing Atty:        Ori Katz

**<u>INVOICE SUMMARY</u>**

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2023

| | |
|---|---|
| Current Fees | $ 146,672.00 |
| Current Disbursements | $ 335.05 |

| | |
|---|---|
| Total Current Activity | $ 147,007.05 |
| Total Due for This Invoice | $ 147,007.05 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **<u>Electronic Payments</u>** | **<u>Payment by Check</u>** | **<u>Overnight Mail Delivery</u>** |
|---|---|---|
| <u>Account Name:</u>  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>       Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA     ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| William R. Wyatt | .70 | $ 1,160.00 | $ 812.00 |
| Alan H. Martin | 59.30 | $ 956.00 | $ 56,690.80 |
| Ori Katz | 17.10 | $ 1,084.00 | $ 18,536.40 |
| Jeannie Kim | 59.20 | $ 756.00 | $ 44,755.20 |
| Gianna E. Segretti | 26.20 | $ 708.00 | $ 18,549.60 |
| Koray Erbasi | .60 | $ 560.00 | $ 336.00 |
| Scott Natsuhara | 1.60 | $ 520.00 | $ 832.00 |
| Chris D. Lawrence | 11.00 | $ 560.00 | $ 6,160.00 |
| Jeannie Kim | .80 | N/C | $ 0.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
November 15, 2023
Invoice 380096770

Our Matter No.    90YY-375176
                      The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Billing Atty:       Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2023

| | |
|---|---|
| Current Fees | $ 146,672.00 |
| Current Disbursements | $ 335.05 |
| Total Current Activity | $ 147,007.05 |
| Total Due for This Invoice | $ 147,007.05 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| William R. Wyatt | .70 | $ 1,160.00 | $ 812.00 |
| Alan H. Martin | 59.30 | $ 956.00 | $ 56,690.80 |
| Ori Katz | 17.10 | $ 1,084.00 | $ 18,536.40 |
| Jeannie Kim | 59.20 | $ 756.00 | $ 44,755.20 |
| Gianna E. Segretti | 26.20 | $ 708.00 | $ 18,549.60 |
| Koray Erbasi | .60 | $ 560.00 | $ 336.00 |
| Scott Natsuhara | 1.60 | $ 520.00 | $ 832.00 |
| Chris D. Lawrence | 11.00 | $ 560.00 | $ 6,160.00 |
| Jeannie Kim | .80 | N/C | $ 0.00 |

## DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:     Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |

Case: 23-30564   Doc# 520-1   Filed: 02/29/24   Entered: 02/29/24 13:38:10   Page 63 of 245



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

FOR PROFESSIONAL SERVICES THROUGH 10/31/23

## **FEE DETAIL**

### Asset Analysis & Recovery

| | | | |
|---|---|---|---|
| 10/04/23 | Worked on Santa Rosa Chapter 11 claim steps by ADSF. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 10/04/23 | Correspondence with client team and litigation counsel re possible disputes re claims against Santa Rosa. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 10/06/23 | Revised draft RCASF claim to assist in Santa Rosa Chapter 11 proceedings. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 10/10/23 | Worked on draft claim components for Santa Rosa Chapter 11 proceeding. | | |
| | Alan  H.  Martin | 1.20 hrs. | $ 956.00/hr. |
| 10/10/23 | Reviewed and analyzed draft proof of claim to submit in Santa Rosa diocese bankruptcy case. | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/11/23 | Worked on components to the draft proof of claim for the Santa Rosa proceeding. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/11/23 | Correspondence with J. Passarello, et al. re draft proof of claim for the Santa Rosa proceeding and related items and issues. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 10/13/23 | Worked on claims items and draft submissions concerning claims in the Santa Rosa Chapter 11 case. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic            November 15, 2023
Alternatives                                                                                     Invoice 380096770
Ori Katz                                                                                         Page 3 of 37

## FEE DETAIL

10/13/23        Correspondence with P. Carney and client teams concerning Santa Rosa proof
                of claim.

                        Alan  H.  Martin                    .20 hrs.        $ 956.00/hr.

10/13/23        Reviewed comments from client team concerning Santa Rosa proof of claim.

                        Alan  H.  Martin                    .40 hrs.        $ 956.00/hr.

10/16/23        Correspondence with P. Carney (RCASF) regarding claim in the Santa Rosa
                Chapter 11 and claim packet refinements.

                        Alan  H.  Martin                    .20 hrs.        $ 956.00/hr.

10/16/23        Worked on final refinements to the claim packet in the Santa Rosa Chapter 11
                proceedings.

                        Alan  H.  Martin                    .40 hrs.        $ 956.00/hr.

10/16/23        Reviewed corresponded with P. Carney regarding Santa Rosa proof of claim.

                        Jeannie  Kim                        .10 hrs.        $ 756.00/hr.

10/23/23        Correspondence with client  team concerning claim follow-up in the Santa Rosa
                Chapter 11.

                        Alan  H.  Martin                    .40 hrs.        $ 956.00/hr.


*Timekeeper Summary of: Asset Analysis & Recovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 5.80 | $ 956.00 | $ 5,544.80 |
| Jeannie Kim | 0.30 | $ 756.00 | $ 226.80 |
| Totals | 6.10 | $ 946.16 | $ 5,771.60 |


**Relief from Stay and Adequate Protection Proceedings**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 4 of 37

| 10/09/23 | Conferred and corresponded with C. Rouse regarding stay relief for slip & fall case. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/27/23 | Reviewed and analyzed creditor V. Castro's stay relief motion. | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Jeannie Kim* | *0.30* | *$ 756.00* | *$ 226.80* |
| *Totals* | *0.30* | *$ 756.00* | *$ 226.80* |

## Meetings of and Communications with Creditors

| 10/03/23 | Prepare for meet and confer with committee counsel. | | |
|---|---|---|---|
| | Ori  Katz | .40 hrs. | $ 1084.00/hr. |
| 10/03/23 | Meet and confer with committee counsel re open issues related to pending motions. | | |
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |
| 10/09/23 | Reviewed FedEx request for debtor account  information. | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/10/23 | Drafted email response to T. Reed of FedEx re client's FedEx account numbers. | | |
| | Gianna  E.  Segretti | .20 hrs. | $ 708.00/hr. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic        November 15, 2023
Alternatives                                                                                  Invoice 380096770
Ori Katz                                                                                      Page 5 of 37

| 10/12/23 | Attended 341 Meeting of creditors. | | |
|---|---|---|---|
| | Alan  H.  Martin | 2.10 hrs. | $ 956.00/hr. |

| 10/12/23 | Developed strategy re follow-up items after 341 meeting. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/12/23 | Meet and confer with committee counsel re remaining first day motions in connection with upcoming final hearing. | | |
|---|---|---|---|
| | Ori  Katz | .30 hrs. | $ 1084.00/hr. |

| 10/12/23 | [NO CHARGE]  Observed part of 341(a) meeting. | | |
|---|---|---|---|
| | Jeannie  Kim | .00 hrs. | $ 0.00/hr. |

| 10/25/23 | Meet and confer with committee professionals re cash management. | | |
|---|---|---|---|
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |

| 10/27/23 | Attended call with P. Pascuzzi and Committee regarding claims procedure motion regarding notices and possible protocol refinements. | | |
|---|---|---|---|
| | Alan  H.  Martin | 1.40 hrs. | $ 956.00/hr. |

| 10/30/23 | Correspondence with the Committee counsel regarding  claims motion update. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 4.10 | $ 956.00 | $ 3,919.60 |
| Ori Katz | 1.70 | $ 1,084.00 | $ 1,842.80 |
| Gianna  E. Segretti | 0.20 | $ 708.00 | $ 141.60 |
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Totals | 6.20 | $ 976.65 | $ 6,055.20 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    November 15, 2023
Alternatives                                                                                              Invoice 380096770
Ori Katz                                                                                                  Page 6 of 37

**Fee/Employment Applications & Statements**

| 10/04/23 | Corresponded with J. Blumberg and J. Lucas regarding U.S. Trustee's comments on proposed interim compensation procedures. | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

| 10/17/23 | Reviewed interim compensation procedures order (.2); prepared Sheppard Mullin monthly fee statement (August) (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |

| 10/18/23 | Reviewed and revised documents in support of Sheppard Mullin monthly fee statement. | | |
|---|---|---|---|
| | Jeannie  Kim | 2.00 hrs. | $ 756.00/hr. |

| 10/19/23 | Began preparation of documents in support of August/September Sheppard Mullin monthly fee statement (.7); corresponded with J. Rios regarding fee statement cover sheet (.1); reviewed and revised same (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.00 hrs. | $ 756.00/hr. |

| 10/22/23 | Reviewed and revised draft interim fees report items for client consideration and court submission. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/23/23 | Reviewed monthly fee statement in connection with submission of same to the client team. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/23/23 | Reviewed and revised documents in support of September professional fee statement. | | |
|---|---|---|---|
| | Jeannie  Kim | 1.10 hrs. | $ 756.00/hr. |

| 10/24/23 | Revised August/September monthly fee report for client review. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 7 of 37

| 10/24/23 | Correspondence with client GC regarding monthly fee submission and related steps. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $  956.00/hr. |

| 10/24/23 | Continued review and revision of documents in support of Sheppard Mullin professional fee statements (.8); reviewed and revised professional fee statement cover sheet (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.10 hrs. | $  756.00/hr. |

| 10/24/23 | Drafted August monthly fee statement cover sheet (.7).  Reviewed and analyzed invoice (.1).  Reviewed and revised monthly fee statement cover sheet (.4). Revised monthly fee statement to incorporate September 2023 invoice (.4). | | |
|---|---|---|---|
| | Scott  Natsuhara | 1.60 hrs. | $  520.00/hr. |

| 10/25/23 | Reviewed and revised draft cover pleading to Sheppard Mullin monthly fee statements (.2); corresponded with P. Pascuzzi regarding filing and service of same (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .30 hrs. | $  756.00/hr. |

| 10/26/23 | Coordinated filing and service of Sheppard Mullin monthly fee statements. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $  756.00/hr. |

| 10/30/23 | Reviewed list of potential fee examiner candidates. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $  756.00/hr. |

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.40 | $  956.00 | $  1,338.40 |
| Jeannie Kim | 6.50 | $  756.00 | $  4,914.00 |
| Scott Natsuhara | 1.60 | $  520.00 | $  832.00 |
| Totals | 9.50 | $  745.73 | $  7,084.40 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 8 of 37

## Case Administration - General

| 10/02/23 | Reviewed and revised final order regarding insurance programs (.2); corresponded with J. Lucas and J. Blumberg regarding same (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. |

| 10/03/23 | Corresponded with J. Blumberg and J. Lucas regarding stipulation to vacate Oct. 5 hearing (.2); reviewed and revised same (.1); coordinated filing and service of same (.2); corresponded with L. Parada regarding same (.2); reviewed and revised interim order granting utilities motion (.1); reviewed and revised draft final insurance order (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |

| 10/04/23 | Telephone conference with FFWPR and B. Riley team regarding open issues and case strategy. | | |
|---|---|---|---|
| | Jeannie  Kim | 1.00 hrs. | $ 756.00/hr. |

| 10/04/23 | Corresponded with U.S. Bankruptcy Court, P. Pascuzzi and J. Lucas regarding standing omnibus hearing dates. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

| 10/04/23 | Researched "mega case" procedural rules/guidelines. | | |
|---|---|---|---|
| | Koray  Erbasi | .60 hrs. | $ 560.00/hr. |

| 10/05/23 | Meet and confer with UST re second day hearing. | | |
|---|---|---|---|
| | Ori  Katz | .30 hrs. | $ 1084.00/hr. |

| 10/06/23 | Reviewed limited service list (.2); corresponded with P. Pascuzzi regarding same (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |

| 10/07/23 | Prepared for weekly professionals check-in call. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    November 15, 2023
Alternatives                                                                                              Invoice 380096770
Ori Katz                                                                                                  Page 9 of 37

| 10/09/23 | Correspondence with P. Pascuzzi regarding open tasks. | | |
|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

| 10/09/23 | Reviewed and revised checklist in advance of debtor professionals call. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

| 10/10/23 | Attended call with P. Pascuzzi, et al. concerning case administration. | | |
|---|---|---|---|
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |

| 10/10/23 | Telephone conference with FFWPR and B. Riley teams regarding case status and strategy. | | |
|---|---|---|---|
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |

| 10/10/23 | Corresponded with P. Pascuzzi regarding abuse survivors programs. | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

| 10/13/23 | Reviewed and revised draft final order granting abuse survivor program motion (.1); prepared draft finals order granting motion to establish limited notice procedures (.1); reviewed and revised draft final order granting insurance motion (.2); prepared draft final order granting utilities motion (.4); corresponded with P. Pascuzzi regarding same (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |

| 10/15/23 | Updated open task list and prepared for weekly professionals' call. | | |
|---|---|---|---|
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |

| 10/16/23 | Attended call with P. Pascuzzi regarding upcoming hearings and general case developments. | | |
|---|---|---|---|
| | Alan  H.  Martin | .90 hrs. | $ 956.00/hr. |

| 10/16/23 | Correspondence with the client team concerning Committee information requests. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic    November 15, 2023
Alternatives                                                                              Invoice 380096770
Ori Katz                                                                                  Page 10 of 37

| 10/16/23 | Call with debtor professionals re upcoming deadlines in case. | | |
|---|---|---|---|
| | Ori  Katz | .80 hrs. | $ 1084.00/hr. |

| 10/16/23 | Telephone conference with FFWPR and B. Riley teams regarding open issues and case strategy. | | |
|---|---|---|---|
| | Jeannie  Kim | .80 hrs. | $ 756.00/hr. |

| 10/16/23 | Corresponded with P. Pascuzzi regarding draft final orders on emergency first day motions (.1); reviewed and revised same (.1); corresponded with J. Blumberg and J. Lucas regarding same (.1); telephone conference with P. Pascuzzi and B. Riley team regarding case status and strategy (.8). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.10 hrs. | $ 756.00/hr. |

| 10/17/23 | Drafted final order granting insurance motion (.1); corresponded with J. Blumberg and J. Lucas regarding same (.2); coordinated lodging of same (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |

| 10/17/23 | Drafted final order regarding notice procedures and temporary suspension of bar date. | | |
|---|---|---|---|
| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. |

| 10/19/23 | Corresponded with J. Blumberg regarding proposed final orders on resolved first day motions. | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

| 10/19/23 | Corresponded with J. Blumberg, P. Pascuzzi and J. Lucas regarding final order regarding abuse survivor motion. | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |

| 10/20/23 | Corresponded with P. Pascuzzi regarding September monthly operating report. | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 11 of 37

| 10/20/23 | Corresponded with P. Pascuzzi and J. Lucas regarding proposed final order regarding abuse survivor motion (.1); corresponded with P. Pascuzzi and L. Parada regarding final order regarding abuse survivor motion (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/23/23 | Prepared for weekly debtor professionals' call. | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
| 10/23/23 | Corresponded with B. Whitaker regarding updated limited notice list. | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
| 10/24/23 | Telephone conference with P. Pascuzzi as to various open items concerning cash management, claims procedure, etc. | | |
| | Alan  H.  Martin | .90 hrs. | $ 956.00/hr. |
| 10/24/23 | Prepared discussion items for overview/update  call with the client team. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/24/23 | Participate in a portion of call among debtor professionals. | | |
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |
| 10/24/23 | Reviewed and revised outstanding task list (.2); attended debtor professionals call (.8). | | |
| | Jeannie  Kim | 1.00 hrs. | $ 756.00/hr. |
| 10/25/23 | Attended call with the client team concerning case update and related next steps. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 10/30/23 | Reviewed and revised checklist of outstanding issues to address. | | |
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 12 of 37

| | | | |
|---|---|---|---|
| 10/31/23 | Attended call with P. Pascuzzi, et al. regarding pending motions generally, new information developments. | | |
| | Alan H. Martin | .60 hrs. | $ 956.00/hr. |
| 10/31/23 | Analyzed items from P. Pascuzzi regarding entity-related inquiries. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/31/23 | Participate in a portion of call among debtor professionals. | | |
| | Ori Katz | .50 hrs. | $ 1084.00/hr. |
| 10/31/23 | Telephone conference with P. Pascuzzi and B. Riley team regarding case strategy. | | |
| | Jeannie Kim | .70 hrs. | $ 756.00/hr. |

*Timekeeper Summary of: Case Administration - General*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan H. Martin* | *5.10* | *$ 956.00* | *$ 4,875.60* |
| *Ori Katz* | *2.10* | *$ 1,084.00* | *$ 2,276.40* |
| *Koray Erbasi* | *0.60* | *$ 560.00* | *$ 336.00* |
| *Jeannie Kim* | *10.80* | *$ 756.00* | *$ 8,164.80* |
| *Totals* | *18.60* | *$ 841.55* | *$ 15,652.80* |

**Business Operations**

| | | | |
|---|---|---|---|
| 10/02/23 | Analyzed objection received to pending Ordinary Court Professional motion. | | |
| | Alan H. Martin | .30 hrs. | $ 956.00/hr. |
| 10/03/23 | Reviewed U.S. Trustee comments/objections to ordinary course professional motion (.1); corresponded with committee regarding same (.2) | | |
| | Jeannie Kim | .30 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 13 of 37

| 10/08/23 | Analyzed additional information received from Archbishop Cordilone concerning operational items. | | |
|---|---|---|---|
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |
| 10/12/23 | Attend hearing re motions related to court-approved professionals. | | |
| | Ori Katz | .40 hrs. | $ 1084.00/hr. |

*Timekeeper Summary of: Business Operations*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 0.50 | $ 956.00 | $ 478.00 |
| Ori Katz | 0.40 | $ 1,084.00 | $ 433.60 |
| Jeannie Kim | 0.30 | $ 756.00 | $ 226.80 |
| Totals | 1.20 | $ 948.67 | $ 1,138.40 |

## Employee Benefits and Pensions

| 10/02/23 | Reviewed and addressed committee comments re first day wage motion in attempt to resolve concerns. | | |
|---|---|---|---|
| | Ori Katz | 1.40 hrs. | $ 1084.00/hr. |
| 10/09/23 | Analyzed Ninth Circuit decision re disclosure of priest information. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/17/23 | Reviewed draft reply to objections to Wage Motion and ancillary information. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/26/23 | Corresponded with P. Pascuzzi regarding draft final order regarding employee obligations. | | |
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

10/27/23          Reviewed draft final order regarding employee obligations.

                            Jeannie  Kim                          .10 hrs.      $ 756.00/hr.


*Timekeeper Summary of: Employee Benefits and Pensions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.80 | $ 956.00 | $ 764.80 |
| Ori Katz | 1.40 | $ 1,084.00 | $ 1,517.60 |
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Totals | 2.40 | $ 1,014.00 | $ 2,433.60 |


## Financing/Cash Collections

10/02/23          Prepared updates and revisions to the draft cash management orders for 10/5 hearing.

                            Alan  H.  Martin                      .40 hrs.      $ 956.00/hr.

10/02/23          Prepared stipulation to continue final hearing regarding cash management and employee obligations (1.3); corresponded with P. Pascuzzi, J. Blumberg, and J. Lucas regarding same (.2)

                            Jeannie  Kim                          1.50 hrs.    $ 756.00/hr.

10/03/23          Follow up with UST re their pending objection to the cash management motion.

                            Ori  Katz                             .60 hrs.      $ 1084.00/hr.

10/04/23          Reviewed and responded to UST comments re investment accounts.

                            Alan  H.  Martin                      .40 hrs.      $ 956.00/hr.

10/05/23          Draft report to co-counsel re suggested approach to cash management.

                            Ori  Katz                             .40 hrs.      $ 1084.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          November 15, 2023
Alternatives                                                                                    Invoice 380096770
Ori Katz                                                                                        Page 15 of 37

| 10/12/23 | Work on supplemental briefing in support of cash management motion. | | |
|---|---|---|---|
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |

| 10/13/23 | Report to client team re need for court guidance in connection with cash management motion as it relates to debtor's investment accounts. | | |
|---|---|---|---|
| | Ori  Katz | .40 hrs. | $ 1084.00/hr. |

| 10/13/23 | Outline re supplemental reply in support of cash management motion. | | |
|---|---|---|---|
| | Ori  Katz | .70 hrs. | $ 1084.00/hr. |

| 10/13/23 | Reviewed strategy to respond to U.S. Trustee's opposition and committee's response to cash management motion. | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

| 10/16/23 | Reviewed additional detailed data from B. Riley concerning RCASF cash management accounts in response to Committee and US Trustee concerns and upcoming cash management motion hearing. | | |
|---|---|---|---|
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |

| 10/16/23 | Begin preparation of reply to U.S. Trustee's opposition and committee's response to cash management motion. | | |
|---|---|---|---|
| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. |

| 10/17/23 | Reviewed data items received from B. Riley re cash management. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/17/23 | Exchanged correspondence with P. Pascuzzi as to cash management motion comments. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 10/17/23 | Began drafting supplemental reply to U.S. Trustee's objections to cash management motion. | | |
|---|---|---|---|
| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 16 of 37

| 10/18/23 | Revised draft reply in support of cash management motion. | | |
|---|---|---|---|
| | Ori  Katz | 1.20 hrs. | $ 1084.00/hr. |

| 10/18/23 | Drafted supplemental reply to U.S. Trustee objections to cash management motion (1.3); corresponded with C. Hansen regarding converted debtor in possession accounts (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.50 hrs. | $ 756.00/hr. |

| 10/19/23 | Revised draft cash management motion supplement and reviewed related data. | | |
|---|---|---|---|
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |

| 10/19/23 | Continued drafting supplemental reply to U.S. Trustee objections to cash management motion (5.2); telephone conference with W. Weitz regarding same (.1); corresponded with FFWPR and B. Riley teams regarding same (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | 5.60 hrs. | $ 756.00/hr. |

| 10/20/23 | Further revised reply brief in support of cash management. | | |
|---|---|---|---|
| | Ori  Katz | 1.80 hrs. | $ 1084.00/hr. |

| 10/20/23 | Telephone conference with W. Weitz regarding investment accounts/cash management (.5); reviewed and revised supplemental reply to U.S. Trustee objections to cash management motion (3.4); conferred and corresponded with W. Weitz regarding same (.4); drafted third supplemental declaration of J. Passarello in support of supplemental reply (1.2); prepared blackline of proposed final cash management order granting supplemental reply (.2); corresponded with J. Passarello and P. Carney regarding draft supplemental reply (.3); further reviewed and revised same (.2); coordinated filing and service of same (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | 6.50 hrs. | $ 756.00/hr. |

| 10/24/23 | Prepared for cash management hearing (.2); corresponded with J. Blumberg regarding cash management (.2); corresponded with committee regarding same (.1). | | |
|---|---|---|---|
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 17 of 37

| 10/25/23 | Conferred and corresponded re legal status of debtor investments held with broker-dealers. | | |
|---|---|---|---|
| | William  R.  Wyatt | .30 hrs. | $ 1160.00/hr. |

| 10/25/23 | Prepared items for call with Weitz of B. Riley team regarding cash management questions from US Trustee and Committee. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/25/23 | Attended call with Weitz of B. Riley and Committee counsel J. Lucas concerning pending cash management concerns raised by the US Trustee and the Committee. | | |
|---|---|---|---|
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |

| 10/25/23 | Analyzed US Trustee comments and proposed resolution terms concerning the cash management terms. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/25/23 | Cash management meet and confer with trustee. | | |
|---|---|---|---|
| | Ori  Katz | .20 hrs. | $ 1084.00/hr. |

| 10/25/23 | Prepare for cash management hearing. | | |
|---|---|---|---|
| | Ori  Katz | 1.60 hrs. | $ 1084.00/hr. |

| 10/25/23 | Reviewed and revised final cash management order (.2); conferred and corresponded with P. Pascuzzi regarding same (.2); further reviewed and revised same (.2); reviewed strategy for oral argument and potential settlement of cash management motion (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |

| 10/26/23 | Conferred re debtor investment issues. | | |
|---|---|---|---|
| | William  R.  Wyatt | .40 hrs. | $ 1160.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 18 of 37

| 10/26/23 | Examined comments from the US Trustee as to the claims procedure motion and proposed protocol. | | |
|---|---|---|---|
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/26/23 | Analyzed items from the Committee regarding cash management motion. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/26/23 | Prepare for hearing re debtor investment accounts. | | |
| | Ori Katz | 3.00 hrs. | $ 1084.00/hr. |
| 10/26/23 | Appear at hearing on cash management motion to argue re debtor's investment accounts. | | |
| | Ori Katz | .70 hrs. | $ 1084.00/hr. |
| 10/26/23 | Corresponded with W. Weitz regarding potential liquidation of investment accounts (.2); prepared O. Katz for cash management hearing (.4); reviewed strategy and meet and confer reports regarding cash management motion (.2); revised draft final cash management order (.2); corresponded with J. Blumberg and J. Lucas regarding same (.2); attended hearing on cash management and employee obligations motions (1.0 - no charge). | | |
| | Jeannie Kim | 1.20 hrs. | $ 756.00/hr. |
| 10/30/23 | Analyzed ruling from the court granting cash management motion and overruling US Trustee's objection. | | |
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |
| 10/30/23 | Reviewed and analyzed memorandum of decision regarding cash management (.2); revised draft order granting same (.1). | | |
| | Jeannie Kim | .30 hrs. | $ 756.00/hr. |
| 10/31/23 | Reviewed and revised draft final order granting cash management motion (.1); corresponded with P. Pascuzzi, J. Blumberg and J. Lucas regarding same (.2); lodge same with court (.1). | | |
| | Jeannie Kim | .40 hrs. | $ 756.00/hr. |



### *Timekeeper Summary of: Financing/Cash Collections*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *William  R. Wyatt* | *0.70* | *$ 1,160.00* | *$ 812.00* |
| *Alan  H. Martin* | *5.30* | *$ 956.00* | *$ 5,066.80* |
| *Ori Katz* | *11.10* | *$ 1,084.00* | *$ 12,032.40* |
| *Jeannie Kim* | *19.10* | *$ 756.00* | *$ 14,439.60* |
| *Totals* | *36.20* | *$ 893.67* | *$ 32,350.80* |

## Claims and Plan

10/05/23        Analyzed information received concerning Committee litigation hold request.

Alan  H.  Martin                    .40 hrs.        $ 956.00/hr.

### *Timekeeper Summary of: Claims and Plan*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan  H. Martin* | *0.40* | *$ 956.00* | *$ 382.40* |
| *Totals* | *0.40* | *$ 956.00* | *$ 382.40* |

## Claims Administration and Objections

10/02/23        Telephone conference with client as to potential media sources concerning claims protocol – publications and notice.

Alan  H.  Martin                    .40 hrs.        $ 956.00/hr.

10/02/23        Prepared correspondence for the client team concerning claims protocol claims steps and notices.

Alan  H.  Martin                    .30 hrs.        $ 956.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 20 of 37

| 10/02/23 | Telephone conference with P. Egloff of Miller Media concerning media notice sources, etc. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/02/23 | Revised draft optional survivors' supplement to the proof of claim. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/02/23 | Reviewed and revised claims procedures motion (.2); corresponded with P. Egloff regarding publication notice (.2) | | |
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |
| 10/03/23 | Reviewed and revised draft claims procedures motion segments. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 10/03/23 | Reviewed and revised claims procedures motion (1.1); reviewed comments from P. Egloff regarding publication notice (.1). | | |
| | Jeannie  Kim | 1.20 hrs. | $ 756.00/hr. |
| 10/04/23 | Revised draft claims motion procedures components. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 10/04/23 | Reviewed and revised claims procedures motion and supporting exhibits (3.5); corresponded with B. Whitaker regarding same (.2). | | |
| | Jeannie  Kim | 3.70 hrs. | $ 756.00/hr. |
| 10/04/23 | Revised claims procedures motion (1.2).  Revised declaration to claims procedures motion (1.1).  Revised exhibits 1, 2, and 3 to claims procedures motion (2.1).  Drafted exhibits 4 through 7 of claims procedures motion (2.8). | | |
| | Gianna  E.  Segretti | 7.20 hrs. | $ 708.00/hr. |
| 10/05/23 | Reviewed draft claims procedure motion. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 21 of 37

| 10/05/23 | Corresponded with P. Marlow regarding publication notice of bar dates. | | |
|---|---|---|---|
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |

| 10/06/23 | Analyzed client data items received concerning components of claims procedure motion and related exhibits. | | |
|---|---|---|---|
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |

| 10/06/23 | Telephone conference with client media contact P. Marlow concerning comments to the draft claims procedure motion papers and possible publications. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/06/23 | Correspondence with P. Egloff of Miller Media concerning comments to the draft claims procedure motion papers and possible publications. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 10/06/23 | Telephone conference with P. Egloff of Miller Media concerning analysis as to comments to the proposed publications concerning claims motion. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/06/23 | Reviewed and revised draft notice of survivor claims bar date (.1); reviewed and revised draft notice of general bar date (.2); reviewed and revised claims procedures motion (2.1); reviewed and revised draft survivor claim form (.3). | | |
|---|---|---|---|
| | Jeannie  Kim | 2.70 hrs. | $ 756.00/hr. |

| 10/06/23 | Revised exhibits to claims procedures motion. | | |
|---|---|---|---|
| | Gianna  E.  Segretti | 4.50 hrs. | $ 708.00/hr. |

| 10/07/23 | Revised draft claims procedure motion and related draft exhibits. | | |
|---|---|---|---|
| | Alan  H.  Martin | 1.60 hrs. | $ 956.00/hr. |

| 10/07/23 | Correspondence with P. Pascuzzi re draft claims procedure motion. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |



90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 22 of 37

| 10/07/23 | Reviewed and revised draft survivor claims form and supplement to same (.4); reviewed and revised general proof of claim exhibit (.1); reviewed and revised draft order granting claims procedures motion (.1); reviewed and revised draft claims procedures motion (.6); reviewed and revised publication notice exhibit (.1); reviewed and revised confidentiality agreement exhibit (.2); reviewed and revised notice of general bar date (.2); further reviewed and revise draft claims procedures motion and supporting exhibits (.2). | | | |

| | Jeannie  Kim | 1.90 hrs. | $ 756.00/hr. |

| 10/07/23 | Reviewed comments from P. Pascuzzi and T. Phinney re claims procedures motion and exhibits (0.2).  Revised exhibits to claims procedures motion (0.8). | | | |

| | Gianna  E.  Segretti | 1.00 hrs. | $ 708.00/hr. |

| 10/08/23 | Assessed claims procedure/suggested publications by client team. | | | |

| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/08/23 | Further reviewed and revised claims procedures motion and supporting exhibits. | | | |

| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. |

| 10/08/23 | Reviewed revised claims procedures motion and exhibits. | | | |

| | Gianna  E.  Segretti | .20 hrs. | $ 708.00/hr. |

| 10/09/23 | Reviewed draft claims procedure motion exhibits. | | | |

| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |

| 10/09/23 | Reviewed data from P. Egloff of Miller as to media as to claim procedure motion. | | | |

| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 10/09/23 | Correspondence with P. Pascuzzi regarding draft claims procedure motion and open information items. | | | |

| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 23 of 37

| 10/09/23 | Revised claims procedures motion and supporting exhibits in response to comments from P. Marlowe and P. Egloff. | | |
|---|---|---|---|
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |
| 10/09/23 | Further revised claims procedures motion. | | |
| | Gianna  E.  Segretti | 1.70 hrs. | $ 708.00/hr. |
| 10/10/23 | Telephone conference with P. Marlow of client concerning publications for claims notice. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 10/10/23 | Reviewed revisions to the draft claims procedure motion per P. Marlow comments. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/10/23 | Correspondence with P. Pascuzzi concerning draft claims procedure motion updates. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 10/10/23 | Reviewed and revised claims procedures motion (.5); reviewed and revised proposed order regarding same (.2). | | |
| | Jeannie  Kim | .70 hrs. | $ 756.00/hr. |
| 10/10/23 | Further revised Marlow declaration in support of claims procedures motion. | | |
| | Gianna  E.  Segretti | .50 hrs. | $ 708.00/hr. |
| 10/11/23 | Reviewed P. Marlow declaration re claims procedure motion. | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |
| 10/11/23 | Correspondence with P. Marlow and client team re Marlow declaration re claims procedure motion. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 24 of 37

| | | | |
|---|---|---|---|
| 10/11/23 | Reviewed P. Marlow comments on draft declaration of same regarding publication notice of bar dates (.2); reviewed and analyzed further revised drafts of claims procedures motion and supporting documents (.3); corresponded with P. Egloff regarding publication notice (.1). | | |
| | Jeannie  Kim | .60 hrs. | $ 756.00/hr. |
| 10/11/23 | Reviewed changes to declaration of P. Marlow in support of claims procedures motion from P. Marlow (0.2).  Revised declaration accordingly (0.3). | | |
| | Gianna  E.  Segretti | .50 hrs. | $ 708.00/hr. |
| 10/12/23 | Prepared components to the draft P. Marlow declaration re claims protocol motion. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/12/23 | Reviewed proposed order re Claims Procedures. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/12/23 | Analyzed information received from client concerning claims procedure draft motion. | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |
| 10/15/23 | Revised claims procedure exhibits updates for hearing. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 10/16/23 | Reviewed client comments to draft claims procedure motion and exhibits. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 10/17/23 | Reviewed claims procedure motion inserts and supplement refinements. | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |
| 10/17/23 | Analyzed information from insurers as to draft claim motion. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          November 15, 2023
Alternatives                                                                                    Invoice 380096770
Ori Katz                                                                                        Page 25 of 37

| 10/17/23 | Reviewed and revised Marlow declaration in support of claims procedures motion (.2); reviewed Insurers' comments on proposed claims procedures (.3); reviewed FFWPR comments on claims procedures motion (.1); reviewed Omni comments on same (.2); reviewed and revised claim procedures motion and supporting exhibits (.3); corresponded with J. Lucas, J. Blumberg and P. Pascuzzi regarding comments on same (.2). | | |
|---|---|---|---|
| | Jeannie  Kim | 1.30 hrs. | $ 756.00/hr. |
| 10/17/23 | Drafted notice of hearing (1.0).  Revised claims procedures motion and supporting documents to incorporate comments from P. Pascuzzi and others (1.7). | | |
| | Gianna  E.  Segretti | 2.70 hrs. | $ 708.00/hr. |
| 10/18/23 | Analyzed comments from certain insurers' counsel to draft claims procedure motion and claim exhibits. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/18/23 | Attended call with P. Pascuzzi concerning draft claims procedure motion components and exhibits and comments from insurer's counsel. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 10/18/23 | Revised draft claims procedure motion components given insurer comments and other revisions. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 10/18/23 | Exchanged correspondence with P. Marlow at client re claims procedure motion draft updates. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 10/18/23 | Telephone conference with P. Pascuzzi regarding draft claims procedures motion (.3); reviewed and revised claims procedures motion and exhibits (.6); reviewed insurers' comments on same (.2). | | |
| | Jeannie  Kim | 1.10 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic      November 15, 2023
Alternatives                                                                                Invoice 380096770
Ori Katz                                                                                    Page 26 of 37

| 10/18/23 | Further reviewed comments to claims procedures motion (0.5). Further revised claims procedures motion and supporting exhibits and declaration to incorporate comments from P. Pascuzzi and relevant parties (3.4). | | |
|---|---|---|---|
| | Gianna  E.  Segretti | 3.90 hrs. | $ 708.00/hr. |
| 10/19/23 | Analyzed additional comments from various insurers' counsel concerning draft claims procedure motion and supplement survivor claim form. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 10/19/23 | Reviewed and revised draft claims procedures motion, order and draft claim form and supplement. | | |
| | Alan  H.  Martin | 1.20 hrs. | $ 956.00/hr. |
| 10/19/23 | Correspond with P. Marlow regarding draft claims procedures. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 10/19/23 | Exchanged correspondence with P. Pascuzzi concerning final revisions and inserts to the draft claims procedures motion. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 10/19/23 | Reviewed P. Pascuzzi comments on draft motion (.2); reviewed comments from Omni regarding proposed noticing procedures (.2); corresponded with FFWPR team regarding strategy to notice all creditors and potential claimants (.2); reviewed and revised exhibits in support of claims procedure motion (.2); reviewed and revised notice of hearing on claim procedures motion (.2); corresponded with P. Marlow regarding review and execution of P. Marlow declaration in support of claim procedures motion (.2); coordinated finalization of exhibits (.7), filing and service (SMRH and with Omni) of claim procedures motion and supporting declarations and exhibits (.3). | | |
| | Jeannie  Kim | 2.20 hrs. | $ 756.00/hr. |
| 10/19/23 |  Further revised claims procedures motion and exhibits (2.1). Prepared claims procedures motion, all supporting exhibits and declaration, and notice of hearing for filing (1.5). | | |
| | Gianna  E.  Segretti | 3.60 hrs. | $ 708.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 27 of 37

| 10/23/23 | Worked on administrative related items concerning the pending claims procedure motion to implement post-hearing. | | |
|---|---|---|---|
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 10/24/23 | Analyzed items received concerning the pending claims protocol motion. | | |
| | Alan H. Martin | .70 hrs. | $ 956.00/hr. |
| 10/24/23 | Corresponded with P. Pascuzzi regarding committee comments on claims procedure order, bar date notices and claim form. | | |
| | Jeannie Kim | .20 hrs. | $ 756.00/hr. |
| 10/25/23 | Attended call with P. Pascuzzi concerning initial comments from the Committee as to the claims procedure motion and exhibits. | | |
| | Alan H. Martin | 1.10 hrs. | $ 956.00/hr. |
| 10/25/23 | Prepared response items regarding Committee comments to the claims procedure motion. | | |
| | Alan H. Martin | .60 hrs. | $ 956.00/hr. |
| 10/25/23 | Reviewed and analyzed committee proposed comments regarding claims procedures order and related notices/claim forms (.2); telephone conference with P. Pascuzzi regarding committee comments on claims bar date motion (1.4). | | |
| | Jeannie Kim | 1.60 hrs. | $ 756.00/hr. |
| 10/26/23 | Reviewed draft responses to Committee re claims protocol comments. | | |
| | Alan H. Martin | .70 hrs. | $ 956.00/hr. |
| 10/26/23 | Reviewed U.S. Trustee's comments on claim procedures motion. | | |
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |
| 10/27/23 | Prepared response to Committee comments re claims protocol. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| 10/27/23 | Reviewed proposed updates to draft claims protocol order, confidential form and notice/instruction documents. | | |
|---|---|---|---|
| | Alan  H.  Martin | 1.40 hrs. | $ 956.00/hr. |
| 10/27/23 | Telephone conference with client contact (Marlow) regarding claims noticing process and related coordination. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 10/27/23 | Reviewed and revised proposed bar date notice, survivor claims form, and confidentiality agreement. | | |
| | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |
| 10/27/23 | Reviewed exhibits to claims procedures motion. | | |
| | Gianna  E.  Segretti | .20 hrs. | $ 708.00/hr. |
| 10/29/23 | Exchanged correspondence with P. Pascuzzi concerning additional comments from the US Trustee and the Committee concerning claims procedure motion exhibits. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 10/29/23 | Revised proposed claims motion order and supplemental filing. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 10/29/23 | Reviewed and responded to U.S. Trustee's comment on proposed form of order granting claims procedures motion. | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 10/30/23 | Correspondence with various insurers counsel regarding claims motion update. | | |
| | Alan  H.  Martin | .10 hrs. | $ 956.00/hr. |
| 10/30/23 | Revised proposed claims procedure order in response to US Trustee comments. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| 10/30/23 | Prepared various revisions to the claims procedure order, survivors claim form and confidentiality agreement  in response to Committee comments. | | |
| --- | --- | --- | --- |
| | Alan  H.  Martin | .80 hrs. | $  956.00/hr. |

| 10/30/23 | Correspondence with the US Trustee regarding claims motion exhibit updates. | | |
| --- | --- | --- | --- |
| | Alan  H.  Martin | .10 hrs. | $  956.00/hr. |

| 10/30/23 | Reviewed correspondence from insurer's counsel concerning the claims motion filings. | | |
| --- | --- | --- | --- |
| | Alan  H.  Martin | .10 hrs. | $  956.00/hr. |

| 10/30/23 | Worked on follow-up items with client contact P. Marlow regarding implementation steps planned following 11/9 claims procedure hearing. | | |
| --- | --- | --- | --- |
| | Alan  H.  Martin | .40 hrs. | $  956.00/hr. |

| 10/30/23 | Reviewed proposal from proposed claims valuation expert (.1); reviewed U.S. Trustee's comments on forms of proposed order on claims procedures motion, bar date notice and survivor claim form (.1); reviewed revised draft bar date notice and survivor claim form (.3); corresponded with B. Curet regarding Insurers' comments on proposed claims procedures (.1); reviewed U.S. Trustee's consent to revised forms of proposed order on claims procedures motion, revised proposed bar date notice and revised proposed survivor claim form (.2). | | |
| --- | --- | --- | --- |
| | Jeannie  Kim | .80 hrs. | $  756.00/hr. |

| 10/31/23 | Analyzed items received from the Committee concerning proposed refinements to the claims procedures motion exhibits - survivor claim supplement, confidentiality agreement and the proposed order. | | |
| --- | --- | --- | --- |
| | Alan  H.  Martin | .40 hrs. | $  956.00/hr. |

| 10/31/23 | Reviewed correspondence and data from the Committee counsel regarding claims procedures motion exhibits. | | |
| --- | --- | --- | --- |
| | Alan  H.  Martin | .20 hrs. | $  956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          November 15, 2023
Alternatives                                                                                    Invoice 380096770
Ori Katz                                                                                        Page 30 of 37

10/31/23          Prepared claims protocol information for client as to media/publications steps.

                        Alan  H.  Martin                      .40 hrs.          $  956.00/hr.


                  *Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 27.20 | $ 956.00 | $ 26,003.20 |
| Gianna  E. Segretti | 26.00 | $ 708.00 | $ 18,408.00 |
| Jeannie Kim | 20.50 | $ 756.00 | $ 15,498.00 |
| Totals | 73.70 | $ 812.88 | $ 59,909.20 |

## Plan and Disclosure Statement (including Business Plan)

10/19/23          Researched diocesan chapter 11 plans.

                        Jeannie  Kim                         .20 hrs.          $  756.00/hr.


                  *Timekeeper Summary of: Plan and Disclosure Statement (including Business
                  Plan)*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Totals | 0.20 | $ 756.00 | $ 151.20 |

## Case Assessment, Development and Administration

10/26/23          Meet and confer with committee counsel re discovery matters.

                        Ori  Katz                            .40 hrs.          $  1084.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          November 15, 2023
Alternatives                                                                                     Invoice 380096770
Ori Katz                                                                                          Page 31 of 37

*Timekeeper Summary of: Case Assessment, Development and Administration*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 0.40 | $ 1,084.00 | $ 433.60 |
| Totals | 0.40 | $ 1,084.00 | $ 433.60 |

## Pre-Trial Pleadings and Motions

10/05/23      Reviewed and revised draft motion to extend deadline for removal of actions.

      Alan  H.  Martin      .40 hrs.  $ 956.00/hr.

10/05/23      Telephone conference P. Pascuzzi re draft motion to extend deadline for removal of actions.

      Alan  H.  Martin      .10 hrs.  $ 956.00/hr.

10/05/23      Conferred with FFWPR team regarding local noticing rules in connection with motion to extend removal deadline.

      Jeannie  Kim      .20 hrs.  $ 756.00/hr.

*Timekeeper Summary of: Pre-Trial Pleadings and Motions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.50 | $ 956.00 | $ 478.00 |
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Totals | 0.70 | $ 898.86 | $ 629.20 |

## Discovery



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    November 15, 2023
Alternatives                                                                                             Invoice 380096770
Ori Katz                                                                                                 Page 32 of 37

10/01/23        Reviewed and revised draft Confidentiality Agreement.

                Alan  H.  Martin                         .60 hrs.        $ 956.00/hr.

10/01/23        Prepared Confidentiality Agreement in support of document production
                between the Debtor and the Committee of Creditors.

                Chris  D.  Lawrence                     4.90 hrs.        $ 560.00/hr.

10/02/23        Revised draft Confidentiality Agreement components and ancillary items.

                Alan  H.  Martin                        1.10 hrs.        $ 956.00/hr.

10/02/23        Edited draft Confidentiality Agreement.

                Chris  D.  Lawrence                      .70 hrs.        $ 560.00/hr.

10/03/23        Revised draft Confidentiality Agreement and related exhibits.

                Alan  H.  Martin                        1.10 hrs.        $ 956.00/hr.

10/03/23        Correspondence with P. Pascuzzi re draft Confidentiality Agreement
                components and related exhibits.

                Alan  H.  Martin                         .20 hrs.        $ 956.00/hr.

10/03/23        Revised draft Confidentiality Agreement.

                Chris  D.  Lawrence                      .30 hrs.        $ 560.00/hr.

10/04/23        Reviewed and responded to litigation hold request received.

                Alan  H.  Martin                         .80 hrs.        $ 956.00/hr.

10/05/23        Analyzed information received concerning Committee litigation hold request.

                Alan  H.  Martin                         .50 hrs.        $ 956.00/hr.

10/09/23        Revised draft Confidentiality Agreement.

                Alan  H.  Martin                         .60 hrs.        $ 956.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          November 15, 2023
Alternatives                                                                                    Invoice 380096770
Ori Katz                                                                                        Page 33 of 37

10/09/23        Corresponded with P. Pascuzzi regarding stipulated protective
                order/Confidentiality Agreement (.2); assist with preparation of same (.2).

                Jeannie  Kim                        .40 hrs.        $  756.00/hr.

10/10/23        Analyzed research received as to scope of confidentiality protocol and
                addressed in draft Confidentiality Agreement.

                Alan  H.  Martin                    .90 hrs.        $  956.00/hr.

10/10/23        Revised proposed protective order and stipulation.

                Chris  D.  Lawrence                 3.40 hrs.       $  560.00/hr.

10/11/23        Revised draft Confidentiality Agreement and related protective order and
                reviewed comments from committee counsel re same.

                Alan  H.  Martin                    1.20 hrs.       $  956.00/hr.

10/11/23        Reviewed committee comments on proposed stipulated protective
                order/Confidentiality Agreement.

                Jeannie  Kim                        .20 hrs.        $  756.00/hr.

10/11/23        Revised protective order and stipulation to incorporate creditor's committee
                comments.

                Chris  D.  Lawrence                 1.70 hrs.       $  560.00/hr.

10/23/23        Revised components of proposed Confidentiality Agreement/protective order.

                Alan  H.  Martin                    .80 hrs.        $  956.00/hr.

10/27/23        Developed strategy to respond to possible discovery requests protocol from
                Committee counsel.

                Alan  H.  Martin                    .40 hrs.        $  956.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Discovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan  H. Martin* | *8.20* | *$ 956.00* | *$ 7,839.20* |
| *Jeannie Kim* | *0.60* | *$ 756.00* | *$ 453.60* |
| *Chris  D. Lawrence* | *11.00* | *$ 560.00* | *$ 6,160.00* |
| *Totals* | *19.80* | *$ 729.94* | *$ 14,452.80* |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 17.10 | $ 1,084.00 | $ 18,536.40 |
| Alan H. Martin | 59.30 | $ 956.00 | $ 56,690.80 |
| William R. Wyatt | .70 | $ 1,160.00 | $ 812.00 |
| Koray Erbasi | .60 | $ 560.00 | $ 336.00 |
| Jeannie Kim | 59.20 | $ 756.00 | $ 44,755.20 |
| Chris D. Lawrence | 11.00 | $ 560.00 | $ 6,160.00 |
| Scott Natsuhara | 1.60 | $ 520.00 | $ 832.00 |
| Gianna E. Segretti | 26.20 | $ 708.00 | $ 18,549.60 |

**Total Fees for Professional Services** **$ 146,672.00**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 35 of 37

## SUMMARY OF TIMEKEEPER PHASES

| Phase | Hours | Dollars |
|---|---|---|
| Asset Analysis & Recovery | 6.10 | $ 5,771.60 |
| Relief from Stay and Adequate Protection Proceedings | .30 | $ 226.80 |
| Meetings of and Communications with Creditors | 6.20 | $ 6,055.20 |
| Fee/Employment Applications & Statements | 9.50 | $ 7,084.40 |
| Case Administration - General | 18.60 | $ 15,652.80 |
| Business Operations | 1.20 | $ 1,138.40 |
| Employee Benefits and Pensions | 2.40 | $ 2,433.60 |
| Financing/Cash Collections | 36.20 | $ 32,350.80 |
| Claims and Plan | .40 | $ 382.40 |
| Claims Administration and Objections | 73.70 | $ 59,909.20 |
| Plan and Disclosure Statement (including Business Plan) | .20 | $ 151.20 |
| Case Assessment, Development and Administration | .40 | $ 433.60 |
| Pre-Trial Pleadings and Motions | .70 | $ 629.20 |
| Discovery | 19.80 | $ 14,452.80 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## <u>SUMMARY OF DISBURSEMENTS</u>

| | | |
|---|---|---:|
| 10/30/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 10/31/2023 | 10.90 |
| 10/31/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 10/31/2023 | 265.50 |
| | Color Copies | 12.25 |
| | Duplication | 36.60 |
| | Postage | 9.80 |
| | **Total Disbursements** | **$ 335.05** |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

November 15, 2023
Invoice 380096770
Page 37 of 37

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 10/19/23 | 380095733 | 82,324.90 | 81,875.60 | 449.30 | 0.00 | 0.00 | 0.00 | $ 82,324.90 |
| 10/24/23 | 380095910 | 129,684.45 | 129,304.40 | 380.05 | 0.00 | 0.00 | 0.00 | 129,684.45 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 212,009.35 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 147,007.05 |
| **Total Due For This Matter** | **$ 359,016.40** |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*<u>Remittance Copy</u>*
*Please return this page with your payment.*

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
December 14, 2023
Invoice 380098012

| Our Matter No. | 90YY-375176 |
|---|---|
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## **<u>INVOICE SUMMARY</u>**

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

| | | |
|---|---|---|
| Current Fees | $ 145,627.60 | |
| Current Disbursements | $ 470.57 | |
| Total Current Activity | | $ 146,098.17 |
| Total Due for This Invoice | | $ 146,098.17 |

## **DUE IMMEDIATELY UPON RECEIPT**
### **Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **<u>Electronic Payments</u>** | **<u>Payment by Check</u>** | **<u>Overnight Mail Delivery</u>** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>            Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA        ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St        Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                           Invoice 380098012
Ori Katz                                                                                               Page 2 of 2

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 40.50 | $ 956.00 | $ 38,718.00 |
| Ori Katz | 20.90 | $ 1,084.00 | $ 22,655.60 |
| J. Barrett Marum | 17.00 | $ 904.00 | $ 15,368.00 |
| Amanda L. Cottrell | 40.10 | $ 836.00 | $ 33,523.60 |
| Jeannie Kim | 31.70 | $ 756.00 | $ 23,965.20 |
| Steven G. Gersten | 2.50 | $ 756.00 | $ 1,890.00 |
| Gianna E. Segretti | .40 | $ 708.00 | $ 283.20 |
| Koray Erbasi | 2.90 | $ 560.00 | $ 1,624.00 |
| Matt Benz | 14.40 | $ 520.00 | $ 7,488.00 |
| Chris D. Lawrence | .20 | $ 560.00 | $ 112.00 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
December 14, 2023
Invoice 380098012

Our Matter No.    90YY-375176
                  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                  Alternatives
Billing Atty:     Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

| | |
|---|---|
| Current Fees | $ 145,627.60 |
| Current Disbursements | $ 470.57 |
| Total Current Activity | $ 146,098.17 |
| Total Due for This Invoice | $ 146,098.17 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 40.50 | $ 956.00 | $ 38,718.00 |
| Ori Katz | 20.90 | $ 1,084.00 | $ 22,655.60 |
| J. Barrett Marum | 17.00 | $ 904.00 | $ 15,368.00 |
| Amanda L. Cottrell | 40.10 | $ 836.00 | $ 33,523.60 |
| Jeannie Kim | 31.70 | $ 756.00 | $ 23,965.20 |
| Steven G. Gersten | 2.50 | $ 756.00 | $ 1,890.00 |
| Gianna E. Segretti | .40 | $ 708.00 | $ 283.20 |
| Koray Erbasi | 2.90 | $ 560.00 | $ 1,624.00 |
| Matt Benz | 14.40 | $ 520.00 | $ 7,488.00 |
| Chris D. Lawrence | .20 | $ 560.00 | $ 112.00 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank: Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

FOR PROFESSIONAL SERVICES THROUGH 11/30/23

## **FEE DETAIL**

### Relief from Stay and Adequate Protection Proceedings

| 11/01/23 | Attended client team call concerning two newly filed motions for relief from stay and related strategies. |
|---|---|

|  | Alan  H.  Martin | 1.20 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 11/01/23 | Correspondence with P. Pascuzzi as to relief from stay follow-up. |
|---|---|

|  | Alan  H.  Martin | .10 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 11/02/23 | Reviewed correspondence with committee regarding Castro stay relief motion (.1) |
|---|---|

|  | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
|---|---|---|---|

| 11/05/23 | Worked on issues regarding Castro motion for relief from stay. |
|---|---|

|  | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
|---|---|---|---|

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.60 | $ 956.00 | $ 1,529.60 |
| Jeannie Kim | 0.10 | $ 756.00 | $ 75.60 |
| Totals | 1.70 | $ 944.24 | $ 1,605.20 |

### Meetings of and Communications with Creditors

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                                       December 14, 2023
Alternatives                                                                                                                 Invoice 380098012
Ori Katz                                                                                                                     Page 3 of 35

| 11/02/23 | Meet and confer with committee counsel re Rule 2004 examination request (.4). |
|---|---|
| | Ori Katz | .40 hrs. | $ 1084.00/hr. |

| 11/02/23 | Reviewed correspondence from SNAP regarding chapter 11 case (.1) |
|---|---|
| | Jeannie Kim | .10 hrs. | $ 756.00/hr. |

| 11/06/23 | Prepare for meet and confer with committee re open discovery issues related to their document requests (1.1). |
|---|---|
| | Ori Katz | 1.10 hrs. | $ 1084.00/hr. |

| 11/06/23 | Call with committee counsel to discuss committee examination request (.3). |
|---|---|
| | Ori Katz | .30 hrs. | $ 1084.00/hr. |

| 11/06/23 | Meet and confer with Committee Counsel followed by debrief with P. Pascuzzi (1). |
|---|---|
| | Amanda L. Cottrell | .10 hrs. | $ 836.00/hr. |

| 11/28/23 | Meet and confer with committee counsel as part of regular standing call between with committee professionals (.6). |
|---|---|
| | Ori Katz | .60 hrs. | $ 1084.00/hr. |

| 11/29/23 | Analyzed various creditor inquiries received as to Chapter 11. |
|---|---|
| | Alan H. Martin | .30 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| _Timekeeper_ | _Hours_ | _Average Rate/Hr_ | _Dollars_ |
|---|---|---|---|
| Alan  H. Martin | 0.30 | $ 956.00 | $ 286.80 |
| Ori Katz | 2.40 | $ 1,084.00 | $ 2,601.60 |
| Amanda  L. Cottrell | 0.10 | $ 836.00 | $ 83.60 |
| Jeannie Kim | 0.10 | $ 756.00 | $ 75.60 |
| Totals | 2.90 | $ 1,050.90 | $ 3,047.60 |

## Fee/Employment Applications & Statements

08/14/23  Reviewed correspondence with P. Deutch regarding Omni section 156 application.

Jeannie  Kim  .20 hrs.  $ 756.00/hr.

11/03/23  Reviewed and analyzed potential Sheppard Mullin conflict and determined none exists (.1)

Jeannie  Kim  .10 hrs.  $ 756.00/hr.

11/15/23  Finalized documents in support of Sheppard Mullin October monthly fee statement (.5); began preparation of monthly fee statement cover sheet (.2)

Jeannie  Kim  .70 hrs.  $ 756.00/hr.

11/16/23  Prepared cover sheet for October monthly fee statement (.1); corresponded with P. Pascuzzi regarding same (.1)

Jeannie  Kim  .20 hrs.  $ 756.00/hr.

11/17/23  Prepared the SMRH Monthly Fee Statement for October.

Koray  Erbasi  .70 hrs.  $ 560.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                             Invoice 380098012
Ori Katz                                                                                                 Page 5 of 35

| 11/20/23 | Coordinated filing and service of Sheppard Mullin October monthly fee statement (.2); reviewed and analyzed potential conflict and determined none exists (.1) |
|---|---|

Jeannie  Kim                                          .30 hrs.      $ 756.00/hr.

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Koray Erbasi* | *0.70* | *$ 560.00* | *$ 392.00* |
| *Jeannie Kim* | *1.50* | *$ 756.00* | *$ 1,134.00* |
| *Totals* | *2.20* | *$ 693.64* | *$ 1,526.00* |

## Case Administration - General

| 11/05/23 | Reviewed and revised checklist of open workstreams (.3) |
|---|---|

Jeannie  Kim                                          .30 hrs.      $ 756.00/hr.

| 11/06/23 | Reviewed correspondence from CASC counsel as to open items. |
|---|---|

Alan  H.  Martin                                      .10 hrs.      $ 956.00/hr.

| 11/06/23 | Participate in portion of debtor professional call (.5). |
|---|---|

Ori  Katz                                             .50 hrs.      $ 1084.00/hr.

| 11/06/23 | Telephone conference with debtor professionals regarding case strategy and open workstreams (.7) |
|---|---|

Jeannie  Kim                                          .70 hrs.      $ 756.00/hr.

| 11/09/23 | Review draft Pro hac vice application pro hac vice (.2). |
|---|---|

Amanda  L.  Cottrell                                  .20 hrs.      $ 836.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                             Invoice 380098012
Ori Katz                                                                                                 Page 6 of 35

| 11/09/23 | Reviewed and revised pro hac vice application for A. Cottrell (.2); researched local rules regarding documents in support of same (.2) | | |
|---|---|---|---|
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |
| 11/09/23 | Prepared the Pro hac vice Application for A. Cottrell. | | |
| | Koray  Erbasi | .60 hrs. | $ 560.00/hr. |
| 11/09/23 | Prepared the Proposed Order Granting Pro hac vice Application for A. Cottrell. | | |
| | Koray  Erbasi | .50 hrs. | $ 560.00/hr. |
| 11/09/23 | Prepared the Pro hac vice Application for S. Gersten. | | |
| | Koray  Erbasi | .60 hrs. | $ 560.00/hr. |
| 11/09/23 | Prepared the Proposed Order Granting Pro hac vice Application for S. Gersten. | | |
| | Koray  Erbasi | .50 hrs. | $ 560.00/hr. |
| 11/12/23 | Began updating checklist of open workstreams (.1) | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
| 11/13/23 | Attended strategy call with P. Pascuzzi as to miscellaneous items. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 11/13/23 | Participate in portion of call among debtor's professionals (.5). | | |
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |
| 11/13/23 | Reviewed and revised checklist of outstanding tasks (.2); telephone conference with FFWPR and B. Riley teams regarding case progress and strategy (.8) | | |
| | Jeannie  Kim | 1.00 hrs. | $ 756.00/hr. |
| 11/15/23 | Reviewed information received from high schools as to entity steps and accounts. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 7 of 35

| | | | |
|---|---|---|---|
| 11/15/23 | Correspondence with client (P. Carney) as to pending administration items. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 11/16/23 | Correspondence (2x) with client (P. Carney) re pending filings and client comments. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 11/17/23 | Updated outstanding workstreams checklist (.4) | | |
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |
| 11/20/23 | Attended strategy call with Paul Pascuzzi, et al. regarding claims procedure steps, pending Committee 2004 exam demands and related items. | | |
| | Alan  H.  Martin | 1.10 hrs. | $ 956.00/hr. |
| 11/20/23 | Participate in weekly coordination call among professionals (.9). | | |
| | Ori  Katz | .90 hrs. | $ 1084.00/hr. |
| 11/20/23 | Telephone conference with debtor professionals regarding case strategy and open workstreams (1.1) | | |
| | Jeannie  Kim | 1.10 hrs. | $ 756.00/hr. |
| 11/20/23 | Prepared for debtor professionals' call regarding outstanding tasks (.1) | | |
| | Jeannie  Kim | .10 hrs. | $ 756.00/hr. |
| 11/21/23 | Telephone conference with FFWPR and B. Riley teams regarding open workstreams and case strategy (.8) | | |
| | Jeannie  Kim | .80 hrs. | $ 756.00/hr. |
| 11/27/23 | Analyzed proposal from the Committee concerning the pending motion to extend the exclusivity periods. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 8 of 35

| 11/27/23 | Reviewed and revised open workstreams checklist (.3); corresponded with L. Parada (USBC) and regarding omnibus hearing dates (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | .40 hrs. | $  756.00/hr. |
| 11/28/23 | Attended call with Pascuzzi re general case administration issues. | | |
| | Alan  H.  Martin | .80 hrs. | $  956.00/hr. |
| 11/28/23 | Prepared analysis items for call with school counsel. | | |
| | Alan  H.  Martin | .70 hrs. | $  956.00/hr. |
| 11/28/23 | Participate in standing call with debtor professionals to discuss case status (.8). | | |
| | Ori  Katz | .80 hrs. | $  1084.00/hr. |
| 11/28/23 | Participated in weekly debtor professionals call regarding case strategy (.9) | | |
| | Jeannie  Kim | .90 hrs. | $  756.00/hr. |
| 11/29/23 | Attended call with counsel for SCHS regarding Chapter 11 proceedings. | | |
| | Alan  H.  Martin | .40 hrs. | $  956.00/hr. |

*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 5.00 | $  956.00 | $  4,780.00 |
| Ori Katz | 2.70 | $  1,084.00 | $  2,926.80 |
| Amanda  L. Cottrell | 0.20 | $  836.00 | $  167.20 |
| Koray Erbasi | 2.20 | $  560.00 | $  1,232.00 |
| Jeannie Kim | 6.20 | $  756.00 | $  4,687.20 |
| Totals | 16.30 | $  846.21 | $  13,793.20 |

**Employee Benefits and Pensions**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                             Invoice 380098012
Ori Katz                                                                                                 Page 9 of 35

11/21/23          Telephone conference with W. Weitz regarding PTO claims (.1); reviewed draft
                  communication to client regarding same (.2)

                        Jeannie  Kim                              .30 hrs.        $  756.00/hr.


*Timekeeper Summary of: Employee Benefits and Pensions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.30 | $ 756.00 | $ 226.80 |
| Totals | 0.30 | $ 756.00 | $ 226.80 |


## Financing/Cash Collections

11/27/23          Reviewed transcript of cash management hearing (.2)

                        Jeannie  Kim                              .20 hrs.        $  756.00/hr.


*Timekeeper Summary of: Financing/Cash Collections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Totals | 0.20 | $ 756.00 | $ 151.20 |


## Claims Administration and Objections

11/01/23          Worked on items concerning draft notice – publication steps and coordination
                  with Marlow at RCASF.

                        Alan  H.  Martin                          .40 hrs.        $  956.00/hr.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          December 14, 2023
Alternatives                                                                                    Invoice 380098012
Ori Katz                                                                                        Page 10 of 35

| 11/01/23 | Call with Mr. Pascuzzi re claim procedure motion (.5). | | | |
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. | |

| 11/01/23 | Prepared P. Marlow/client publication notice tracker (.3) | | | |
| | Jeannie  Kim | .30 hrs. | $ 756.00/hr. | |

| 11/01/23 | Reviewed correspondence with A. Frankel regarding response to insurer's comments on claims procedures notice (.1); reviewed correspondence with J. Blumberg regarding U.S. Trustee's comments on claims procedures notice (.1) | | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. | |

| 11/02/23 | Analyzed Committee limited objection to the claims procedure motion. | | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. | |

| 11/02/23 | Analyzed Insurer limited objection to the claims procedure motion and work-related exhibits revision. | | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. | |

| 11/02/23 | Corresponded with P. Marlow regarding publication notice (.2) | | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. | |

| 11/03/23 | Reviewed client update as to claims notice publishing steps. | | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. | |

| 11/03/23 | Analyzed Committee comments as to updated draft claims procedure motion. | | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. | |

| 11/03/23 | Reviewed and analyzed limited objections to claim procedures motion (.2); corresponded with P. Marlow regarding strategy for compliance with proposed publication notice requirements (.2) | | | |
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. | |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| 11/05/23 | Worked on proposed refinements to the draft claims protocol motion order and optional survivor claim supplement for consideration by the Committee and Insurers. | | |
| | Alan H. Martin | .90 hrs. | $ 956.00/hr. |
| 11/05/23 | Correspondence with P. Pascuzzi regarding claims motion steps. | | |
| | Alan H. Martin | .10 hrs. | $ 956.00/hr. |
| 11/05/23 | Drafted status report regarding objections and responses to claims procedures motion (1.6) | | |
| | Jeannie Kim | 1.60 hrs. | $ 756.00/hr. |
| 11/06/23 | Analyzed the Court's rulings and initial comments to the claims procedure motion and related exhibits. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |
| 11/06/23 | Exchanged correspondence with P. Pascuzzi re revisions to claims procedures motion's exhibits concerning the Court's comments. | | |
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |
| 11/06/23 | Worked on revisions to the claims draft order, supplement and related instructions. | | |
| | Alan H. Martin | .70 hrs. | $ 956.00/hr. |
| 11/06/23 | Reviewed court's comments on claims procedures motion (.2) | | |
| | Jeannie Kim | .20 hrs. | $ 756.00/hr. |
| 11/06/23 | Reviewed court's preliminary comments to Claims Procedures Motion. | | |
| | Gianna E. Segretti | .40 hrs. | $ 708.00/hr. |
| 11/07/23 | Assessed Committee and Insurer comments regarding the ongoing negotiations for the claims procedures and ancillary exhibits for possible revisions. | | |
| | Alan H. Martin | .40 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                          Invoice 380098012
Ori Katz                                                                                              Page 12 of 35

| 11/07/23 | Worked on revisions to the pending claims procedure motion's proposed exhibits. | | |
|---|---|---|---|
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |

| 11/07/23 | Correspondence with P. Marlow of RCASF concerning ongoing publication preparation steps re the claims procedures. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 11/07/23 | Reviewed committee comments regarding claims procedures motion and proposed relief requested (.3); reviewed and revised status report regarding objections to claims procedures motion and debtor's meet and confer efforts (.5); reviewed and revised exhibits in support of same (1.9) | | |
|---|---|---|---|
| | Jeannie  Kim | 2.70 hrs. | $ 756.00/hr. |

| 11/08/23 | Worked on draft status update re claims procedures motion. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/08/23 | Revised updated draft claims procedures exhibits for attachment to court status update filing. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/08/23 | Telephone conference with P. Marlow of RCASF as to updated draft claims notices and publication steps as to Miller Media and RCASF. | | |
|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

| 11/08/23 | Telephone conference with P. Egloff of Miller Media as to claims publications notice open items and comments. | | |
|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

| 11/08/23 | Reviewed claims notice procedure comments/information from P. Marlow of RCASF. | | |
|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                          Invoice 380098012
Ori Katz                                                                                              Page 13 of 35

| 11/08/23 | Reviewed and revised status report regarding claims procedures motion (1.2); reviewed and revised publication notice (.2); reviewed and revised survivor notice of bar dates (.5); reviewed and revised draft order regarding motion (.3); reviewed and revised survivor claim form (.4); reviewed and revised confidentiality agreement (.1); reviewed and analyzed insurers' comments on draft documents regarding claims procedures (.2); coordinated filing and service of status report and related documents (.3) |
|---|---|

|  | Jeannie  Kim | 3.20 hrs. | $ 756.00/hr. |
|---|---|---|---|

| 11/09/23 | Exchanged correspondence with co-counsel P. Pascuzzi concerning ancillary exhibit items re today's hearing. |
|---|---|

|  | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 11/09/23 | Worked on items concerning follow up today's claims procedures and ancillary exhibits for revisions. |
|---|---|

|  | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 11/09/23 | Prepare for hearing on claim motion and Rule 2004 examination (.6). |
|---|---|

|  | Ori  Katz | .60 hrs. | $ 1084.00/hr. |
|---|---|---|---|

| 11/09/23 | Attend hearing on claim motion and Rule 2004 examination (2.5). |
|---|---|

|  | Ori  Katz | 2.50 hrs. | $ 1084.00/hr. |
|---|---|---|---|

| 11/09/23 | Coordinated filing and service of request for judicial notice and status report regarding claims procedures (.2); attended meeting with client regarding hearing on claims procedures motion (.5); prepared for same (.2); attended hearing regarding claims procedures motion (2.5) [no charge] |
|---|---|

|  | Jeannie  Kim | .90 hrs. | $ 756.00/hr. |
|---|---|---|---|

| 11/10/23 | Worked on items further steps concerning claims procedures and ancillary exhibits for proposed revisions. |
|---|---|

|  | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |
|---|---|---|---|

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                              Invoice 380098012
Ori Katz                                                                                                  Page 14 of 35

| 11/10/23 | Reviewed insurer's comments on draft order granting claims procedures motion (.2) | | |
|---|---|---|---|
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 11/12/23 | Prepared comment items concerning further potential revisions to the proposed claims procedure exhibits for post-hearing meet and confer. | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |
| 11/12/23 | Reviewed additional claims procedure items received from P. Pascuzzi. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 11/13/23 | Provided notice information to P. Marlow at RCASF as to media source steps as to claims procedure. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 11/13/23 | Corresponded with P. Marlow regarding publication notice and status of court approval of same (.2) | | |
| | Jeannie  Kim | .20 hrs. | $ 756.00/hr. |
| 11/14/23 | Analyzed additional comments from the Committee and the Insurer Group concerning proposed revisions to the claims procedure order and the survivor claims supplement. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 11/14/23 | Analyzed research as to constitutionality as to claim submissions. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 11/15/23 | Corresponded with P. Egloff and P. Marlow regarding final form of publication notice of bar dates (.2); corresponded with P. Marlow regarding publication notice costs (.2) | | |
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |

SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          December 14, 2023
Alternatives                                                                                    Invoice 380098012
Ori Katz                                                                                        Page 15 of 35

| 11/16/23 | Assessed additional committee and insurer proposed comments to the pending draft claims procedures order and related exhibits. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/16/23 | Exchanged correspondence and information with Miller Media (P. Egloff) concerning claims procedures notice open items and refinements. | | |
|---|---|---|---|
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

| 11/16/23 | Reviewed proofs of claim filed in case (.1); reviewed court's ruling on claims procedures order dispute between insurers and committee (.1); corresponded with P. Marlow and P. Egloff regarding publication notice of bar dates (.4); telephone conference with P. Pascuzzi regarding lodging of order granting claims procedures motion (.2); telephone conference with P. Egloff regarding publication notice requirements (.1); corresponded with B. Whitaker regarding service of bar date notices (.4); corresponded with committee counsel regarding court docket text order resolving dispute between committee and insurers (.2) | | |
|---|---|---|---|
| | Jeannie  Kim | 1.50 hrs. | $ 756.00/hr. |

| 11/17/23 | Prepared revisions to proposed claims procedure motion order and exhibits as to court, committee and insurer input. | | |
|---|---|---|---|
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |

| 11/17/23 | Reviewed draft items from the client (P. Marlow) as to draft publication notices and questions. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/17/23 | Correspondence with P. Marlow at RCASF concerning publication notices and refinements. | | |
|---|---|---|---|
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 11/17/23 | Corresponded with P. Pascuzzi regarding final form of order granting claims procedures motion (.2); corresponded with survivor claimants' counsel regarding service of bar date notices (.3); developed strategy to ensure accurate service of same (.1); corresponded with P. Marlow and P. Egloff regarding Spanish language publication notice (.1) | | |
|---|---|---|---|
| | Jeannie  Kim | .70 hrs. | $ 756.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 16 of 35

| | | | |
|---|---|---|---|
| 11/20/23 | Analyzed proposed changes re to draft claims procedures order and exhibits. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 11/20/23 | Reviewed and revised order granting claims procedures motion (.6); finalized publication notice (.1); finalized survivor proof of claim form (.3); finalized general bar date notice (.2); coordinated lodging of same (.1); reviewed exemplar certificate of service regarding service of bar date notices (.2); corresponded with P. Egloff regarding publication notice proof (.1) | | |
| | Jeannie  Kim | 1.60 hrs. | $ 756.00/hr. |
| 11/21/23 | Conferred with P. Pascuzzi re claims procedure order implementation steps. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 11/21/23 | Exchanged information with P. Marlow at RCASF concerning claims notice protocol. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
| 11/21/23 | Reviewed order granting bar date motion (.1); conferred with P. Egloff and B. Whitaker regarding publication notice and service of bar date notices (.3); reviewed and revised publication notice (.1); corresponded with state court counsel regarding authorization to accept service of bar date notices (.9) | | |
| | Jeannie  Kim | 1.40 hrs. | $ 756.00/hr. |
| 11/22/23 | Corresponded with T. Phinney and B. Whitaker regarding service of bar date notices (.2); corresponded with state court counsel regarding authorization to serve same on counsel (.6) | | |
| | Jeannie  Kim | .80 hrs. | $ 756.00/hr. |
| 11/27/23 | Exchanged correspondence with Miller Media concerning claims notice publication steps. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 17 of 35

| 11/27/23 | Conferred and corresponded with T. Phinney and B. Whitaker regarding service of bar date notices (1.0); prepared survivor service lists (.2); corresponded with M. Pascual and J. Stang regarding authorization to accept service of bar date notices (.2); corresponded with W. Weitz regarding same (.1); corresponded with P. Egloff regarding publication notice of bar date (.1) | | |
|---|---|---|---|
| | Jeannie Kim | 1.60 hrs. | $ 756.00/hr. |
| 11/28/23 | Correspondence with P. Marlow of client concerning claim publication issues. | | |
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |
| 11/28/23 | Telephone conference with B. Whitaker regarding service of bar date notices (.2) | | |
| | Jeannie Kim | .20 hrs. | $ 756.00/hr. |
| 11/29/23 | Finalized notice of general (.1) and survivor (.4) proof of claim bar date (.1) for filing and service; coordinated filing and service of same (.3); corresponded with B. Whitaker regarding service of bar date notices (.3); reviewed status of publication notice (.2) | | |
| | Jeannie Kim | 1.40 hrs. | $ 756.00/hr. |
| 11/30/23 | Exchanged correspondence with Miller Media concerning claims notice publication new developments. | | |
| | Alan H. Martin | .20 hrs. | $ 956.00/hr. |
| 11/30/23 | Corresponded with B. Michaels regarding Survivor proof of claim forms (.2); corresponded with B. Whittaker regarding status of Omni posting of same (.4); reviewed status of publication notice given (.1); follow-up correspondence with B. Michaels regarding survivor proof of claim forms and Omni claims portal (.2); corresponded with T. Phinney and P. Marlow regarding social media postings and formal publication notice of bar dates (.2); continued preparing for service of survivor claims bar date notice (.2) | | |
| | Jeannie Kim | 1.30 hrs. | $ 756.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 14.50 | $ 956.00 | $ 13,862.00 |
| Ori Katz | 3.60 | $ 1,084.00 | $ 3,902.40 |
| Gianna  E. Segretti | 0.40 | $ 708.00 | $ 283.20 |
| Jeannie Kim | 21.00 | $ 756.00 | $ 15,876.00 |
| Totals | 39.50 | $ 858.83 | $ 33,923.60 |

## Plan and Disclosure Statement (including Business Plan)

11/16/23        Conferred and corresponded with J. Rios regarding review and execution of J. Passarello declaration in support of motion to extend plan exclusivity periods (.3); prepared filing copies of J. Passarello declarations (.2)

Jeannie  Kim                                    .50 hrs.       $  756.00/hr.

*Timekeeper Summary of: Plan and Disclosure Statement (including Business Plan)*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.50 | $ 756.00 | $ 378.00 |
| Totals | 0.50 | $ 756.00 | $ 378.00 |

## Pleadings

11/27/23        Prepared components of draft protective order.

Alan  H.  Martin                                .80 hrs.       $  956.00/hr.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

11/27/23        Revised proposed protective order.

               Chris  D.  Lawrence                      .20 hrs.        $ 560.00/hr.

11/28/23        Prepared revisions to draft protective order components.

               Alan  H.  Martin                        1.10 hrs.        $ 956.00/hr.

11/28/23        Conference with A. Martin, B. Marum, S. Gersten and M. Benz to review and discuss redline edits to the draft stipulated protective order.

               Amanda  L.  Cottrell                    .80 hrs.        $ 836.00/hr.

11/28/23        Draft and revise proposed stipulated protective order for O. Katz and A. Martin.

               Amanda  L.  Cottrell                    .80 hrs.        $ 836.00/hr.

11/28/23        Reviewed procedural rules re stipulated protective orders and motions to seal (1.4); reviewed draft stipulated protective order and revised formatting of same (.4); telephone conference with A. Cottrell, S. Gersten, A.. Martin, and B. Marum re revisions to stipulated protective order (.6); incorporated revisions to stipulated protective order (.7).

               Matt  Benz                             3.10 hrs.        $ 520.00/hr.

11/29/23        Prepared components and revisions concerning proposed draft protective order.

               Alan  H.  Martin                        .80 hrs.        $ 956.00/hr.

11/29/23        Correspondence with P. Camey re draft protective order.

               Alan  H.  Martin                        .20 hrs.        $ 956.00/hr.

11/29/23        Exchanged correspondence with RCASF state court counsel as to the draft protective order components.

               Alan  H.  Martin                        .20 hrs.        $ 956.00/hr.

11/29/23        Reviewed and commented on updated protective order.  (.6)  Exchanged emails with Sheppard Mullin team re same.  (.2)  Drafted email to Committee counsel re proposed protective order.  (.2)

               J. Barrett  Marum                     1.00 hrs.        $ 904.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          December 14, 2023
Alternatives                                                                                    Invoice 380098012
Ori Katz                                                                                        Page 20 of 35

| 11/29/23 | Draft and revise debtor's comments on proposed stipulated protective order. |
|---|---|

|  | Amanda  L.  Cottrell | 1.00 hrs. | $ 836.00/hr. |
|---|---|---|---|

| 11/29/23 | Correspondence with B. Marum, O. Katz and S. Gersten re: revised stipulated protective order and coordination with all of debtor's counsel in review of same. |
|---|---|

|  | Amanda  L.  Cottrell | .50 hrs. | $ 836.00/hr. |
|---|---|---|---|

| 11/30/23 | Exchanged emails with Sheppard Mullin team re draft protective order. |
|---|---|

|  | J. Barrett  Marum | .30 hrs. | $ 904.00/hr. |
|---|---|---|---|

*Timekeeper Summary of: Pleadings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H.  Martin | 3.10 | $ 956.00 | $ 2,963.60 |
| J. Barrett Marum | 1.30 | $ 904.00 | $ 1,175.20 |
| Amanda  L.  Cottrell | 3.10 | $ 836.00 | $ 2,591.60 |
| Chris  D.  Lawrence | 0.20 | $ 560.00 | $ 112.00 |
| Matt Benz | 3.10 | $ 520.00 | $ 1,612.00 |
| Totals | 10.80 | $ 782.81 | $ 8,454.40 |

**Discovery**

| 11/01/23 | Analyzed items concerning Committee draft discovery requests. |
|---|---|

|  | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |
|---|---|---|---|

| 11/01/23 | Analysis of propose Rule 2004 application to be made by the committee (1.6). |
|---|---|

|  | Ori  Katz | 1.60 hrs. | $ 1084.00/hr. |
|---|---|---|---|

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                              Invoice 380098012
Ori Katz                                                                                                  Page 21 of 35

| 11/02/23 | Correspondence with P. Pascuzzi concerning draft 2004 application received from the Committee. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

| 11/02/23 | Worked on initial review of portions of the 2004 examination draft received from the Committee. | | |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/02/23 | Attended team call regarding meet and confer issues and steps as Committee 2004 motion. | | |
| | Alan  H.  Martin | .50 hrs. | $ 956.00/hr. |

| 11/02/23 | Attention to drafting of objection to Rule 2004 examination request of the committee (1.7). | | |
| | Ori  Katz | 1.70 hrs. | $ 1084.00/hr. |

| 11/02/23 | Strategy calls with O. Katz re Rule 2004 exam request.  (.3)  Reviewed and analyzed proposed Rule 2004 exam request.  (.4)  Call with Sheppard Mullin team re same.  (.3) | | |
| | J. Barrett  Marum | 1.00 hrs. | $ 904.00/hr. |

| 11/02/23 | Conference with O. Katz re: Rule 2004 requests (.5); review same (.5). | | |
| | Amanda  L.  Cottrell | 1.00 hrs. | $ 836.00/hr. |

| 11/02/23 | Developed strategy to respond to committee's pending 2004 exam (.3); reviewed correspondence with committee regarding 2004 exam (.2) | | |
| | Jeannie  Kim | .50 hrs. | $ 756.00/hr. |

| 11/03/23 | Exchanged correspondence with P. Pascuzzi regarding Committee draft 2004 exam application content. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                             Invoice 380098012
Ori Katz                                                                                                 Page 22 of 35

| | | | |
|---|---|---|---|
| 11/03/23 | Continued evaluation of discovery matters in light of committee's Rule 2004 application (2.0). | | |
| | Ori  Katz | 2.00 hrs. | $ 1084.00/hr. |
| 11/03/23 | Exchanged emails re opposing motion for issuance of Rule 2004 exam order. | | |
| | J. Barrett  Marum | .20 hrs. | $ 904.00/hr. |
| 11/03/23 | Correspondence to M. Benz and S. Gersten re: Rule 2004 objections (.2); continue to analyze Rule 2004 demands to prepare objections with team (1.6). | | |
| | Amanda  L.  Cottrell | 1.80 hrs. | $ 836.00/hr. |
| 11/03/23 | Conference with M. Benz and S. Gersten to discuss research for motion for protective order re: Committee's Rule 2004. | | |
| | Amanda  L.  Cottrell | 1.00 hrs. | $ 836.00/hr. |
| 11/03/23 | Review Committee's proposed Rule 2004 Motion (.4); review correspondence from A. Cottrell re planning Debtor's response re same (.1); telephone conference with A. Cottrell and S. Gersten re work streams and strategy for responding to Committee's Rule 2004 motion (.4); prepared initial shell draft of objection to Committee's Rule 2004 Motion (1.7); researched case law to support of objection (1.7). | | |
| | Matt Benz | 4.30 hrs. | $ 520.00/hr. |
| 11/05/23 | Prepared issues summary and comments concerning the Commitee's proposed 2004 examination application. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 11/05/23 | Exchanged emails with committee counsel re call to discuss Rule 2004 exam. | | |
| | J. Barrett  Marum | .10 hrs. | $ 904.00/hr. |
| 11/05/23 | Research Ninth Circuit case law re scope of Rule 2004 debtor's exam. | | |
| | Amanda  L.  Cottrell | 2.00 hrs. | $ 836.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 23 of 35

| 11/06/23 | Worked on draft confidentiality agreement content regarding 2004 motion discussions with the Committee counsel. | | |

| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/06/23 | Conferred with A. Cottrell and B Marum concerning follow-up steps to Committee meet and confer concerning its draft 2004 application and information categories. | | |

| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |

| 11/06/23 | Report to co-counsel re latest discussions with committee re their application for examination under Rule 2004 (.3). | | |

| | Ori  Katz | .30 hrs. | $ 1084.00/hr. |

| 11/06/23 | Exchanged emails re Rule 2004 exam request and meet and confer call.  (.1) Call with SMRH team and P. Pascuzzi re meet and confer.  (.3)  Call with SMRH and Pachulski teams re scope of Rule 2004 exam request.  (.6)  Follow up call with SMRH team and P. Pascuzzi re scope of Rule 2004 exam request. (.5)  Call with A. Martin re case background.  (.2)  Call with A. Martin and A. Cottrell re strategy on Rule 2004 exam request.  (.8) | | |

| | J. Barrett  Marum | 2.50 hrs. | $ 904.00/hr. |

| 11/06/23 | Continue to research and draft objections to Committee's draft Rule 2004 request (1.5); research other committee's use or limitations on Rule 2004 examinations (.5). | | |

| | Amanda  L.  Cottrell | 2.00 hrs. | $ 836.00/hr. |

| 11/06/23 | Conference with P. Pascuzzi and O. Katz on precall to meet and confer with Committee counsel (.4). | | |

| | Amanda  L.  Cottrell | 1.30 hrs. | $ 836.00/hr. |

| 11/06/23 | investigate pre-petition litigation data room (.6). | | |

| | Amanda  L.  Cottrell | .60 hrs. | $ 836.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 24 of 35

| 11/06/23 | Drafted correspondence to A. Cottrell and S. Gersten re status of draft objection to committee rule 2004 motion (.2); researched case law in support of debtor's objections to committee 2004 exam request (.6). |

Matt  Benz    .80 hrs.    $ 520.00/hr.

| 11/07/23 | Worked on components to the draft objection and request for hearing re the Committee's planned 2004 examination. |

Alan  H.  Martin    .80 hrs.    $ 956.00/hr.

| 11/07/23 | Reviewed correspondence and related items from P. Carney at RCASF as to 2004 motion. |

Alan  H.  Martin    .30 hrs.    $ 956.00/hr.

| 11/07/23 | Call with A. Cottrell, S. Gersten, P. Gaspari, D. Zamora, P. Carney and B. Weinstein re Rule 2004 exam request and documents.  (.8)  Call with A. Cottrell, P. Pascuzzi, A. Uetz and S. Gersten re Rule 2004 exam request.  (.5) Reviewed and commented on draft objection to Rule 2004 exam request.  (.6) |

J. Barrett  Marum    1.90 hrs.    $ 904.00/hr.

| 11/07/23 | Research, draft and revise Debtor's Objection to Rule  2004 and request for hearing. |

Amanda  L.  Cottrell    6.60 hrs.    $ 836.00/hr.

| 11/07/23 | Participated in telephone conference re open items for objection to committee's Rule 2004 motion (.3); researched case law in support of debtor's objection to committee rule 2004 exam (2.3); drafted section of objection re same (1.6); reviewed and revised(1.6); researched procedures rules re objection committee 2004 exam (.4). |

Matt  Benz    6.20 hrs.    $ 520.00/hr.

| 11/08/23 | Analyzed Committee's 2004 examination filings as to additional changes to version previously received and impact on draft RCASF objection. |

Alan  H.  Martin    .30 hrs.    $ 956.00/hr.

Case: 23-30564   Doc# 520-1   Filed: 02/29/24   Entered: 02/29/24 13:38:10   Page 125 of 245

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    December 14, 2023
Alternatives                                                                                             Invoice 380098012
Ori Katz                                                                                                 Page 25 of 35

| 11/08/23 | Provided comments to the updated RCASF draft objection and request for hearing re the Committee's planned 2004 examination. | | |
|---|---|---|---|
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 11/08/23 | Reviewed correspondence and related items from P. Carney at RCASF as to 2004 motion. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 11/08/23 | Correspondence with P. Carney of RCASF concerning the RCASF's objection to the Committee 2004 examination and next steps. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 11/08/23 | Prepare to address discovery dispute in the event it is raised at upcoming hearing on claim motion (1.0). | | |
| | Ori  Katz | 1.00 hrs. | $ 1084.00/hr. |
| 11/08/23 | Exchanged numerous emails with Sheppard Mullin team re objection to Rule 2004 exam request.  (.4)  Drafted email to chambers re opposition to ex parte application for Rule 2004 exam request.  (.2) | | |
| | J. Barrett  Marum | .60 hrs. | $ 904.00/hr. |
| 11/08/23 | Revise request for hearing and objections to Committee's Rule 2004 Application. | | |
| | Amanda  L.  Cottrell | 2.80 hrs. | $ 836.00/hr. |
| 11/09/23 | Prepared items concerning further 2004 Committee meet and confer discussions. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 11/09/23 | Exchanged emails with SMRH team re Rule 2004 exam request. | | |
| | J. Barrett  Marum | .20 hrs. | $ 904.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| 11/09/23 | Prepare with O. Katz and attend hearing with focus on confidentiality issues (2.7). |
| | Amanda  L.  Cottrell | 2.70 hrs. | $ 836.00/hr. |

| 11/10/23 | Worked on response and meet and confer approach as to numerous certain categories contained in the Committee 2004 demands. |
| | Alan  H.  Martin | .90 hrs. | $ 956.00/hr. |

| 11/10/23 | Follow up with co-counsel and debtor re issues of concern to be flagged for committee in connection with discovery requests (1.6). |
| | Ori  Katz | 1.60 hrs. | $ 1084.00/hr. |

| 11/10/23 | Exchanged emails with Sheppard Mullin team re Rule 2004 exam. |
| | J. Barrett  Marum | .20 hrs. | $ 904.00/hr. |

| 11/13/23 | Developed strategy re client coordination/responses concerning 2004 motion proposed demands. |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/13/23 | Conference with W. Weitz re: financial data. |
| | Amanda  L.  Cottrell | .80 hrs. | $ 836.00/hr. |

| 11/14/23 | Prepared items re Committee 2004 demand and related meet and confer. |
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/14/23 | Telephone conference with W. Weitz concerning miscellaneous RCASF financial reporting items. |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |

| 11/14/23 | Correspondence with W. Weitz as to additional RCASF financial reporting items. |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                     December 14, 2023
Alternatives                                                                                               Invoice 380098012
Ori Katz                                                                                                   Page 27 of 35

| | | | |
|---|---|---|---|
| 11/15/23 | Revised draft confidentiality agreement components re 2004 demands. | | |
| | Alan  H.  Martin | .90 hrs. | $ 956.00/hr. |
| 11/15/23 | Attention to response to committee discovery requests based on follow up meet and confer (1.3). | | |
| | Ori  Katz | 1.30 hrs. | $ 1084.00/hr. |
| 11/16/23 | Analyzed updated information demands from the Committee and sub parts. | | |
| | Alan  H.  Martin | .60 hrs. | $ 956.00/hr. |
| 11/17/23 | Prepared analysis to components concerning initial 2004 info request categories by Committee. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 11/17/23 | Developed strategy regarding retention of litigation consultant (.2); reviewed and analyzed other diocesan litigation dockets in connection with selection and retention of e-discovery vendor (.2) | | |
| | Jeannie  Kim | .40 hrs. | $ 756.00/hr. |
| 11/20/23 | Reviewed email to Committee as to 2004 document requests list. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 11/20/23 | Attended internal call re response preparation and steps concerning the Committee's update production request | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 11/20/23 | Prepared draft response items concerning 2004 demands. | | |
| | Alan  H.  Martin | .70 hrs. | $ 956.00/hr. |
| 11/20/23 | Attention to response to committee discovery requests (1.7). | | |
| | Ori  Katz | 1.70 hrs. | $ 1084.00/hr. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                December 14, 2023
Alternatives                                                                                        Invoice 380098012
Ori Katz                                                                                            Page 28 of 35

| 11/21/23 | Examined items from state court counsel as to the Committee 2004 document requests. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/21/23 | Evaluation of internal confidentiality protocols needed in order to protect sensitive information (.5). | | |
|---|---|---|---|
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |

| 11/21/23 | Exchanged emails with Sheppard Mullin team re proposed responses to discovery requests (.2). | | |
|---|---|---|---|
| | J. Barrett  Marum | .20 hrs. | $ 904.00/hr. |

| 11/22/23 | Analyzed entity data received from client as 2004 request. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/27/23 | Attended call with Committee counsel, B. Riley, et al. regarding Committee document demands and potential productions. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/27/23 | Attended internal call regarding updated 2004 requests from the Committee and response. | | |
|---|---|---|---|
| | Alan  H.  Martin | .40 hrs. | $ 956.00/hr. |

| 11/27/23 | Draft and revise debtor's status report re: proposed Rule 2004 discovery and committee. | | |
|---|---|---|---|
| | Amanda  L.  Cottrell | .20 hrs. | $ 836.00/hr. |

| 11/28/23 | Review of status report re 2004 examination to be filed in connection with upcoming hearing on November 30 (.5). | | |
|---|---|---|---|
| | Ori  Katz | .50 hrs. | $ 1084.00/hr. |

| 11/28/23 | Draft and revise status report to Court re: Committee's overbroad proposed Rule 2004 RFPs. | | |
|---|---|---|---|
| | Amanda  L.  Cottrell | 1.00 hrs. | $ 836.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 29 of 35

| 11/28/23 | Conference and correspondence with A. Martin re: information needed to provide to client to further initial production of certain financial information. | | |
|---|---|---|---|
| | Amanda  L.  Cottrell | .30 hrs. | $ 836.00/hr. |
| 11/29/23 | Analyzed Committee's status report filing concerning the pending 2004 examination motion. | | |
| | Alan  H.  Martin | .30 hrs. | $ 956.00/hr. |
| 11/30/23 | Correspondence with P. Camey at client regarding 2004 steps, etc. | | |
| | Alan  H.  Martin | .20 hrs. | $ 956.00/hr. |
| 11/30/23 | Reviewed court's statement concerning the pending 2004 examination/status reports, etc. | | |
| | Alan  H.  Martin | .10 hrs. | $ 956.00/hr. |
| 11/30/23 | Draft and revise talking points for status conference re: conferrals on Committee's Rule 2004 requests. | | |
| | Amanda  L.  Cottrell | 1.00 hrs. | $ 836.00/hr. |

*Timekeeper Summary of: Discovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan  H. Martin* | *15.20* | *$ 956.00* | *$ 14,531.20* |
| *Ori Katz* | *12.20* | *$ 1,084.00* | *$ 13,224.80* |
| *J. Barrett Marum* | *6.90* | *$ 904.00* | *$ 6,237.60* |
| *Amanda  L. Cottrell* | *25.10* | *$ 836.00* | *$ 20,983.60* |
| *Jeannie Kim* | *0.90* | *$ 756.00* | *$ 680.40* |
| *Matt Benz* | *11.30* | *$ 520.00* | *$ 5,876.00* |
| *Totals* | *71.60* | *$ 859.41* | *$ 61,533.60* |

**Written Discovery**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 30 of 35

| 11/10/23 | Conference call from A. Martin to discuss Rule 2004 RFPs. | | |
|---|---|---|---|
| | Amanda  L.  Cottrell | .30 hrs. | $ 836.00/hr. |

| 11/13/23 | Meet and confer call with Committee counsel and Sheppard Mullin team re Rule 2004 exam request.  (.5)  Call with Sheppard Mullin team and P. Carney re Rule 2004 exam requests and documents to be produced in response to same. (.5)  Follow up emails with Sheppard Mullin team re Rule 2004 exam requests. (.2) | | |
|---|---|---|---|
| | J. Barrett  Marum | 1.20 hrs. | $ 904.00/hr. |

| 11/13/23 | Meet and confer with Committee's counsel re: draft Rule 2004 RFPs and process (.6); additional conference with O. Katz and B. Marum re: same (.4); conference with P. Carney to walk through Committee's draft Rule 2004 RFPs and process (.5). | | |
|---|---|---|---|
| | Amanda  L.  Cottrell | 1.50 hrs. | $ 836.00/hr. |

| 11/14/23 | Exchanged emails with Sheppard Mullin team re call to discuss accounting system and potential production of same. | | |
|---|---|---|---|
| | J. Barrett  Marum | .40 hrs. | $ 904.00/hr. |

| 11/15/23 | Prepared for call re accounting system and potential production of same.  (.2) Call with Debtor team, Sheppard Mullin team and financial advisor re same. (1.1) | | |
|---|---|---|---|
| | J. Barrett  Marum | 1.30 hrs. | $ 904.00/hr. |

| 11/15/23 | Call with J. Passarello, M. Flanagan, K. Kelleher, W. Weitz, C. Hanson, G. Lee and B. Marum re document collection, review and production in response to Committee's Rule 2004 discovery requests; review Excel chart of RFPs for use in tracking collection and production. | | |
|---|---|---|---|
| | Steven  G.  Gersten | 1.50 hrs. | $ 756.00/hr. |

| 11/16/23 | Exchanged emails with SMRH team re accounting system and follow up call to discuss specific requests. | | |
|---|---|---|---|
| | J. Barrett  Marum | .10 hrs. | $ 904.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 31 of 35

| 11/17/23 | Prepared for follow up meeting with debtor team re accounting system (.3). Call with Debtor and Sheppard Mullin teams re accounting system and simple document requests (1.0)  Exchanged emails with Sheppard Mullin team re selection of discovery vendor (.3). | | |
| --- | --- | --- | --- |
| | J. Barrett  Marum | 1.60 hrs. | $ 904.00/hr. |
| 11/17/23 | Prepare for and conference with client accounting team to discuss Committee's draft RFPs 30-90. | | |
| | Amanda  L.  Cottrell | 1.50 hrs. | $ 836.00/hr. |
| 11/17/23 | Call with J. Passarello, M. Flanagan, K. Kelleher, W. Weitz, C. Hanson, G. Lee and B. Marum re document collection, review, and production. | | |
| | Steven  G.  Gersten | 1.00 hrs. | $ 756.00/hr. |
| 11/19/23 | Prepared items concerning Committee pending 2004 motion category demands. | | |
| | Alan  H.  Martin | .80 hrs. | $ 956.00/hr. |
| 11/19/23 | Exchanged emails with Sheppard Mullin team re committee's priority discovery requests. | | |
| | J. Barrett  Marum | .20 hrs. | $ 904.00/hr. |
| 11/20/23 | Call with Sheppard Mullin team re committee's pared down discovery requests. (.9)  Reviewed and commented on email to committee re narrowed requests. (.2)  Reviewed email form Debtor re options for exporting data from Quickbooks Online.  (.2) | | |
| | J. Barrett  Marum | 1.30 hrs. | $ 904.00/hr. |
| 11/20/23 | Conference with A. Martin, B. Marum, and S. Gersten to review and discuss the Committee's pared down 41 RFPs with focus on development of financial exports and abuse claims issues. | | |
| | Amanda  L.  Cottrell | 1.30 hrs. | $ 836.00/hr. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

December 14, 2023
Invoice 380098012
Page 32 of 35

| 11/20/23 | Prepare for and attend professionals' weekly status and strategy call to provide updates on the Committee's Rule 2004 RFPs, including debrief with B. Riley. (1.5). | | |
|---|---|---|---|
| | Amanda L. Cottrell | 1.50 hrs. | $ 836.00/hr. |

| 11/20/23 | Correspondence and conference with B. Riley re: Committee's Rule 2004 requests. | | |
|---|---|---|---|
| | Amanda L. Cottrell | 1.00 hrs. | $ 836.00/hr. |

| 11/21/23 | Work on organizing information and workflow for the initial phase of client production in response to certain Rule 2004 requests. | | |
|---|---|---|---|
| | Amanda L. Cottrell | 1.00 hrs. | $ 836.00/hr. |

| 11/27/23 | Exchanged emails with Sheppard Mullin team re Rule 2004 exam committee priority requests. (.1) Call with Sheppard Mullin team re Rule 2004 exam requests and next steps re same. (.6) Call with committee professionals and debtor professionals re accounting data and potential production of same. (.9) | | |
|---|---|---|---|
| | J. Barrett Marum | 1.60 hrs. | $ 904.00/hr. |

| 11/27/23 | Conference with Wayne Weitz re: discussion on Rule 2004 RFPs for certain financial information. | | |
|---|---|---|---|
| | Amanda L. Cottrell | .50 hrs. | $ 836.00/hr. |

| 11/27/23 | Correspondence with S. Gersten, O. Katz and B. Marum re: status on client investigation for financial data responsive to Rule 2004 RFPs. | | |
|---|---|---|---|
| | Amanda L. Cottrell | .50 hrs. | $ 836.00/hr. |

| 11/27/23 | Conference with B. Marum, O. Katz, A. Martin and S. Gersten to review and discuss strategy and near term action items for discovery including status report and conference this week. | | |
|---|---|---|---|
| | Amanda L. Cottrell | 1.00 hrs. | $ 836.00/hr. |

| 11/27/23 | Correspondence with B. Weinstein re: production of insurance policy documents to Committee. | | |
|---|---|---|---|
| | Amanda L. Cottrell | .20 hrs. | $ 836.00/hr. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic     December 14, 2023
Alternatives                                                                              Invoice 380098012
Ori Katz                                                                                   Page 33 of 35

11/27/23     Meet and confer with BRG, Pachulski, B. Riley and team to discuss Committee's RFPs on accounting data.

        Amanda  L.  Cottrell        .90 hrs.    $ 836.00/hr.

11/27/23     Debrief with W. Weitz and S. Gersten.

        Amanda  L.  Cottrell        .40 hrs.    $ 836.00/hr.

11/28/23     Exchanged emails with Sheppard Mullin team re status report to Court re Committee's Rule 2004 exam request.  (.2)  Call with Sheppard Mullin team re revisions to protective order.  (.7)

        J. Barrett  Marum        .90 hrs.    $ 904.00/hr.

11/29/23     Exchanged emails with Sheppard Mullin team re potential initial production re Committee discovery.  (.2)

        J. Barrett  Marum        .20 hrs.    $ 904.00/hr.

*Timekeeper Summary of: Written Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.80 | $ 956.00 | $ 764.80 |
| J. Barrett Marum | 8.80 | $ 904.00 | $ 7,955.20 |
| Amanda  L. Cottrell | 11.60 | $ 836.00 | $ 9,697.60 |
| Steven  G. Gersten | 2.50 | $ 756.00 | $ 1,890.00 |
| Totals | 23.70 | $ 856.86 | $ 20,307.60 |

**Discovery Motions**

11/28/23     Finalized debtor's status report regarding committee 2004 exam application (.4); coordinated filing and service of same (.3)

        Jeannie  Kim        .70 hrs.    $ 756.00/hr.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

11/29/23      Reviewed docket text order regarding committee 2004 exam application (.1) and strategy to respond to same (.1)

Jeannie  Kim                              .20 hrs.      $  756.00/hr.


*Timekeeper Summary of: Discovery Motions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.90 | $ 756.00 | $ 680.40 |
| Totals | 0.90 | $ 756.00 | $ 680.40 |


### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda L. Cottrell | 40.10 | $ 836.00 | $ 33,523.60 |
| Ori Katz | 20.90 | $ 1,084.00 | $ 22,655.60 |
| Alan H. Martin | 40.50 | $ 956.00 | $ 38,718.00 |
| J. Barrett Marum | 17.00 | $ 904.00 | $ 15,368.00 |
| Matt Benz | 14.40 | $ 520.00 | $ 7,488.00 |
| Koray Erbasi | 2.90 | $ 560.00 | $ 1,624.00 |
| Steven G. Gersten | 2.50 | $ 756.00 | $ 1,890.00 |
| Jeannie Kim | 31.70 | $ 756.00 | $ 23,965.20 |
| Chris D. Lawrence | .20 | $ 560.00 | $ 112.00 |
| Gianna E. Segretti | .40 | $ 708.00 | $ 283.20 |

**Total Fees for Professional Services**              **$ 145,627.60**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF TIMEKEEPER PHASES

| Phase | Hours | Dollars |
|-------|-------|---------|
| Relief from Stay and Adequate Protection Proceedings | 1.70 | $ 1,605.20 |
| Meetings of and Communications with Creditors | 2.90 | $ 3,047.60 |
| Fee/Employment Applications & Statements | 2.20 | $ 1,526.00 |
| Case Administration - General | 16.30 | $ 13,793.20 |
| Employee Benefits and Pensions | .30 | $ 226.80 |
| Financing/Cash Collections | .20 | $ 151.20 |
| Claims Administration and Objections | 39.50 | $ 33,923.60 |
| Plan and Disclosure Statement (including Business Plan) | .50 | $ 378.00 |
| Pleadings | 10.80 | $ 8,454.40 |
| Discovery | 71.60 | $ 61,533.60 |
| Written Discovery | 23.70 | $ 20,307.60 |
| Discovery Motions | .90 | $ 680.40 |

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 11/09/23 | S.Gersten-Charge for a Certificate of Good Standing from the NDTX for a Pro Hac Vice Application in the Northern District of California Bankruptcy Court | 20.00 |
| 11/09/23 | A.Cottrell-Filing fee for a Pro Hac Vice Motion for Admission in the NDCA Bankruptcy Court for A. Cottrell. | 317.00 |
| 11/28/23 | Federal Express on 11/28/23 | 16.24 |
| 11/29/23 | Federal Express on 11/29/23 | 19.43 |
| 10/31/23 | Lexis research by Leibovici, Lisa on 10/31/2023. | 95.40 |
| | Color Copies | 2.50 |

**Total Disbursements**                                              **$ 470.57**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
January 17, 2024
Invoice 380098510

Our Matter No.      90YY-375176
                    The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                    Alternatives
Billing Atty:       Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2023

| | |
|---|---|
| Current Fees | $ 129,008.40 |
| Current Disbursements | $ 290.50 |

| | |
|---|---|
| Total Current Activity | $ 129,298.90 |
| Total Due for This Invoice | $ 129,298.90 |

---

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:           Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives                January 17, 2024
Ori Katz                                                                                                          Invoice 380098510
                                                                                                                  Page 2 of 2

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 23.70 | $ 956.00 | $ 22,657.20 |
| Ori Katz | 19.10 | $ 1,084.00 | $ 20,704.40 |
| J. Barrett Marum | 1.80 | $ 904.00 | $ 1,627.20 |
| Amanda L. Cottrell | 27.10 | $ 836.00 | $ 22,655.60 |
| Jeannie Kim | 18.70 | $ 756.00 | $ 14,137.20 |
| Steven G. Gersten | 49.20 | $ 756.00 | $ 37,195.20 |
| Gianna E. Segretti | 12.70 | $ 708.00 | $ 8,991.60 |
| Matt Benz | 1.40 | $ 520.00 | $ 728.00 |
| Eduardo G. Linares | .60 | $ 520.00 | $ 312.00 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
January 17, 2024
Invoice 380098510

| | |
|---|---|
| Our Matter No. | 90YY-375176 |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2023

| | |
|---|---|
| Current Fees | $ 129,008.40 |
| Current Disbursements | $ 290.50 |
| Total Current Activity | $ 129,298.90 |
| Total Due for This Invoice | $ 129,298.90 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 23.70 | $ 956.00 | $ 22,657.20 |
| Ori Katz | 19.10 | $ 1,084.00 | $ 20,704.40 |
| J. Barrett Marum | 1.80 | $ 904.00 | $ 1,627.20 |
| Amanda L. Cottrell | 27.10 | $ 836.00 | $ 22,655.60 |
| Jeannie Kim | 18.70 | $ 756.00 | $ 14,137.20 |
| Steven G. Gersten | 49.20 | $ 756.00 | $ 37,195.20 |
| Gianna E. Segretti | 12.70 | $ 708.00 | $ 8,991.60 |
| Matt Benz | 1.40 | $ 520.00 | $ 728.00 |
| Eduardo G. Linares | .60 | $ 520.00 | $ 312.00 |

## DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank: Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 2 of 32

FOR PROFESSIONAL SERVICES THROUGH 12/31/23

### **FEE DETAIL**

## Asset Analysis & Recovery

12/07/23  Reviewed information received as to additional RCASF assets identified.

Alan  H. Martin  .40 hrs.

12/20/23  Analyzed document and data received concerning balanced pool items as to non-RCASF sub-accounts and possible steps.

Alan  H. Martin  1.10 hrs.

*Timekeeper Summary of: Asset Analysis & Recovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan  H. Martin* | *1.50* | *$  956.00* | *$  1,434.00* |
| *Totals* | *1.50* | *$  956.00* | *$  1,434.00* |

## Relief from Stay and Adequate Protection Proceedings

12/13/23  Analysis of procedural issues raised by committee with respect to stay relief motion (.5).

Ori Katz  .50 hrs.

Case: 23-30564    Doc# 520-1    Filed: 02/29/24    Entered: 02/29/24 13:38:10    Page 140 of 245



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 3 of 32

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 0.50 | $ 1,084.00 | $ 542.00 |
| Totals | 0.50 | $ 1,084.00 | $ 542.00 |

## Meetings of and Communications with Creditors

12/01/23     Corresponded with B. Michaels regarding claims portal and service of bar date notices (.1).

 Jeannie Kim     .10 hrs.

12/05/23     Correspondence with P. Pascuzzi as to inquiries from various creditors and proposed replies.

 Alan  H. Martin     .30 hrs.

12/06/23     Prepared for call discussions with creditor's counsel concerning case developments.

 Alan  H. Martin     .40 hrs.

12/12/23     Participate in meeting with committee counsel (.3).

 Ori Katz     .30 hrs.

12/12/23     Corresponded with B. Michaels regarding committee request for copies of filed proofs of claim (.1); corresponded with T. Phinney regarding same (.1).

 Jeannie Kim     .20 hrs.

12/13/23     Call with committee to discuss rule 2004 order and stipulated protective order (.6).

 Ori Katz     .60 hrs.

12/14/23     Post status conference emails with committee counsel in connection with review of final forms of orders to be uploaded regarding discovery matters (1.6).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          January 17, 2024
Alternatives                                                                                    Invoice 380098510
Ori Katz                                                                                        Page 4 of 32

|          | Ori Katz | 1.60 hrs. |

12/14/23          Meet and confer with committee re discovery matters (.9).

|          | Ori Katz | .90 hrs. |

12/21/23          Review of draft email to committee re mediators (.1).

|          | Ori Katz | .10 hrs. |

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.70 | $ 956.00 | $ 669.20 |
| Ori Katz | 3.50 | $ 1,084.00 | $ 3,794.00 |
| Jeannie Kim | 0.30 | $ 756.00 | $ 226.80 |
| Totals | 4.50 | $ 1,042.22 | $ 4,690.00 |

## Fee/Employment Applications & Statements

12/01/23          Review and analyze document vendor bids and proposed statements of work and draft email to client summarizing same (1.0).

|          | Steven  G. Gersten | 1.00 hrs. |

12/04/23          Review, analyze, and revise draft engagement agreement and Statement of Work from document vendor to be retained to assist with response to the committee's requests for production (2.7).

|          | Steven  G. Gersten | 2.70 hrs. |

12/05/23          Exchanged emails with Sheppard Mullin team re employment of Transperfect.

|          | J. Barrett Marum | .20 hrs. |

12/05/23          Review and comment on draft agreement with proposed eDiscovery vendor Transperfect.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 5 of 32

|            | Amanda  L. Cottrell | .30 hrs. |
|---|---|---|

12/05/23    Reviewed and analyzed draft Transperfect engagement agreement (.3).

|            | Jeannie Kim | .30 hrs. |
|---|---|---|

12/05/23    Review document vendor's redline to revised agreement and statement of work and make further revisions to same to conform to the needs of the bankruptcy case (1.4); email P. Carney re document vendor agreement and statement of work (.3).

|            | Steven  G. Gersten | 1.70 hrs. |
|---|---|---|

12/06/23    Review and approve the final TransPerfect Statement of Work.

|            | Amanda  L. Cottrell | .20 hrs. |
|---|---|---|

12/06/23    Reviewed and revised Transperfect engagement agreement (.8); reviewed and analyzed interim compensation order (.2); begin reviewing and revising documents in support of November monthly fee statement (.1).

|            | Jeannie Kim | 1.10 hrs. |
|---|---|---|

12/06/23    Revise draft agreement and statement of work for document vendor (.5); confer with D. Brill (Transperfect) re revised agreement and statement of work (.4); email P. Carney re document vendor agreement and statement of work (.3).

|            | Steven  G. Gersten | 1.20 hrs. |
|---|---|---|

12/07/23    Email D. Brill and P. Carney re executed agreement and statement of work (.3).

|            | Steven  G. Gersten | .30 hrs. |
|---|---|---|

12/14/23    Reviewed and revised documents in support of Sheppard Mullin monthly fee statement (.5).

|            | Jeannie Kim | .50 hrs. |
|---|---|---|

12/18/23    Reviewed and revised Sheppard Mullin November monthly fee statement (.3).

|            | Jeannie Kim | .30 hrs. |
|---|---|---|

12/18/23    Drafted monthly professional fee statement cover sheet for November.

|            | Eduardo  G. Linares | .40 hrs. |
|---|---|---|

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 6 of 32

12/19/23    Reviewed draft fee and staffing reports.

            Alan  H. Martin                                    .60 hrs.

12/19/23    Exchanged emails with J. Kim re employment of Transperfect.

            J. Barrett Marum                                .10 hrs.

12/19/23    Finalized Sheppard Mullin November monthly fee statement (.1); coordinated filing and service of same (.2); developed strategy to employ Transperfect as litigation consultant (.3).

            Jeannie Kim                                      .60 hrs.

12/19/23    Revised November 2023 monthly fee statement cover sheet.

            Eduardo  G. Linares                              .20 hrs.

12/20/23    Exchanged emails with Sheppard Mullin team re employment application for Transperfect.

            J. Barrett Marum                                .20 hrs.

12/20/23    Reviewed correspondence with D. Brill regarding Transperfect engagement letter (.1); developed strategy to employ Transperfect as debtor's litigation consultant (.2); reviewed revised monthly budget and staffing plan (.2).

            Jeannie Kim                                      .50 hrs.

12/22/23    Revised draft quarterly staff reports, fee estimates and related  items for client review.

            Alan  H. Martin                                    .40 hrs.

12/22/23    Reviewed draft 2024 Q1 staffing plan and updated budget (.1); began reviewing U.S. Trustee's motion to appoint fee examiner (.1).

            Jeannie Kim                                      .20 hrs.

12/22/23    Prepared SMRH staffing plan exhibit (0.5). Prepared notice of increase of SMRH fees (0.6).

            Gianna  E. Segretti                              1.10 hrs.



90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

January 17, 2024
Invoice 380098510
Page 7 of 32

| 12/28/23 | Prepared fee report and notice items for client review and submission. | |
|---|---|---|
| | Alan  H. Martin | .40 hrs. |
| 12/31/23 | Reviewed correspondence regarding Sheppard Mullin 2024 Q1 budget and staffing plans (.1). | |
| | Jeannie Kim | .10 hrs. |

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.40 | $ 956.00 | $ 1,338.40 |
| J. Barrett Marum | 0.50 | $ 904.00 | $ 452.00 |
| Gianna  E. Segretti | 1.10 | $ 708.00 | $ 778.80 |
| Amanda  L. Cottrell | 0.50 | $ 836.00 | $ 418.00 |
| Jeannie Kim | 3.60 | $ 756.00 | $ 2,721.60 |
| Steven  G. Gersten | 6.90 | $ 756.00 | $ 5,216.40 |
| Eduardo  G. Linares | 0.60 | $ 520.00 | $ 312.00 |
| *Totals* | *14.60* | *$ 769.67* | *$ 11,237.20* |

**Assumption/Rejection of Leases and Contracts**

| 12/09/23 | Reviewed court order regarding motion to extend time to assume/reject unexpired leases (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 8 of 32

*Timekeeper Summary of: Assumption/Rejection of Leases and Contracts*

| _Timekeeper_ | _Hours_ | _Average Rate/Hr_ | _Dollars_ |
|---|---|---|---|
| *Jeannie Kim* | *0.10* | *$ 756.00* | *$ 75.60* |
| *Totals* | *0.10* | *$ 756.00* | *$ 75.60* |

## Case Administration - General

12/05/23    Attended debtor professionals calls with P. Pascuzzi, et al. as to various open items.

          Alan  H. Martin                               .70 hrs.

12/05/23    Prepared items for discussion with client GC Carney, et al. re upcoming case strategy call.

          Alan  H. Martin                               .40 hrs.

12/05/23    Telephone conference with debtor professionals regarding case strategy and open workstreams (.9).

          Jeannie Kim                                  .90 hrs.

12/07/23    Attended strategy call with client General Counsel P. Carney and other client representatives.

          Alan  H. Martin                               1.00 hrs.

12/07/23    Call with debtor re case status (.3).

          Ori Katz                                     .30 hrs.

12/08/23    Call with Mr. Flanagan to discuss overall case status (.2).

          Ori Katz                                     .20 hrs.

12/14/23    Meeting with debtor's finance council to discuss bankruptcy case generally (1.0).

          Ori Katz                                     1.00 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          January 17, 2024
Alternatives                                                                                    Invoice 380098510
Ori Katz                                                                                        Page 9 of 32

| | | |
|---|---|---|
| 12/15/23 | Corresponded with FFWPR team regarding amended schedules and revised creditor mailing matrix (.2); corresponded with debtor professionals regarding outstanding workstreams (.2). | |
| | Jeannie Kim | .40 hrs. |
| 12/19/23 | Reviewed documents received from counsel for CASC. | |
| | Alan  H. Martin | .40 hrs. |
| 12/19/23 | Reviewed and revised checklist of open workstreams (.2); telephone conference with debtor professionals regarding same (1.0). | |
| | Jeannie Kim | 1.20 hrs. |
| 12/20/23 | Reviewed correspondence and documents from the client case administration items. | |
| | Alan  H. Martin | .20 hrs. |
| 12/20/23 | Call with Mr. Pascuzzi to discuss preparation for call with debtor re status update (.4). | |
| | Ori Katz | .40 hrs. |
| 12/20/23 | Discussions with debtor re case status (.6). | |
| | Ori Katz | .60 hrs. |
| 12/26/23 | Corresponded with P. Pascuzzi and B. Whitaker regarding monthly updates to limited service list (.1). | |
| | Jeannie Kim | .10 hrs. |
| 12/27/23 | Exchanged correspondence with client (P. Carney) regarding  miscellaneous administration issues. | |
| | Alan  H. Martin | .30 hrs. |
| 12/28/23 | Telephone conference with client (P. Carney and Fr. Summerhays) regarding miscellaneous administrative items and issues. | |
| | Alan  H. Martin | .40 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          January 17, 2024
Alternatives                                                                                    Invoice 380098510
Ori Katz                                                                                        Page 10 of 32

*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 3.40 | $ 956.00 | $ 3,250.40 |
| Ori Katz | 2.50 | $ 1,084.00 | $ 2,710.00 |
| Jeannie Kim | 2.60 | $ 756.00 | $ 1,965.60 |
| Totals | 8.50 | $ 932.47 | $ 7,926.00 |

## Business Operations

12/04/23   Reviewed information received as to new credit card program and related approval steps.

Alan  H. Martin                    .20 hrs.

12/08/23   Developed strategy re potential modification of first day cash management order (1.0).

Ori Katz                    1.00 hrs.

12/13/23   Reviewed data received as to credit card program and possible cash management motion update.

Alan  H. Martin                    .40 hrs.

12/13/23   Worked on draft stipulation and order amendment concerning credit card program update.

Alan  H. Martin                    .40 hrs.

12/13/23   Telephone conference (2x) with J. Rios re new credit card program items and draft documents re same.

Alan  H. Martin                    .40 hrs.

12/14/23   Telephone conference with co-counsel (Rios) as draft credit card filings.

Alan  H. Martin                    .40 hrs.

12/14/23   Reviewed correspondence with M. Flanagan regarding US Bank stipulation (.2).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                January 17, 2024
Alternatives                                                                                          Invoice 380098510
Ori Katz                                                                                              Page 11 of 32

|              | Jeannie Kim                                                                                                       | .20 hrs.   |
|--------------|-------------------------------------------------------------------------------------------------------------------|------------|

| 12/18/23 | Exchanged items with J. Passsarello regarding administration of balanced pool accounts. |
|----------|--------|

|          | Alan  H. Martin | .40 hrs. |

| 12/18/23 | Telephone conference with J. Passarello re administration of certain balanced pool accounts. |

|          | Alan  H. Martin | .40 hrs. |

| 12/18/23 | Reviewed and analyzed cash management filings in connection with potential modifications to cash management order. |

|          | Gianna  E. Segretti | .90 hrs. |

| 12/19/23 | Reviewed information from client re administration of balanced pool. |

|          | Alan  H. Martin | .40 hrs. |

| 12/19/23 | Continued preparing motion to modify cash management order. |

|          | Gianna  E. Segretti | 1.20 hrs. |

| 12/20/23 | Continued reviewing prior cash management filings and orders in connection with preparation of motion to modify final cash management order. |

|          | Gianna  E. Segretti | 1.00 hrs. |

| 12/21/23 | Prepared components to the draft motion to modify the cash management order as to new credit cards. |

|          | Alan  H. Martin | .50 hrs. |

| 12/21/23 | Prepared components to the draft M. Flanagan declaration in support of motion to modify cash management order as to bank cards. |

|          | Alan  H. Martin | .30 hrs. |

| 12/21/23 | Prepared revisions to the draft orders to modify cash management order re bank cards. |

|          | Alan  H. Martin | .40 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

12/21/23      Telephone conference with J. Rios (2x) as to draft motion to modify the cash management order and ancillary documents.

                Alan  H. Martin                          .40 hrs.

12/21/23      Continued preparation of motion to modify cash management order.

                Gianna  E. Segretti                  1.90 hrs.

12/26/23      Drafted stipulation re administration of balanced pool investments.

                Gianna  E. Segretti                  .30 hrs.

12/28/23      Prepared portions of draft stipulation concerning administration of balanced pool accounts.

                Alan  H. Martin                          .40 hrs.

12/28/23      Reviewed amended schedules in connection with stipulation regarding administration of balanced pool investments.

                Jeannie Kim                           .20 hrs.

12/28/23      Drafted stipulation to modify cash management order re administration of Balanced Pool accounts.

                Gianna  E. Segretti                  5.20 hrs.

*Timekeeper Summary of: Business Operations*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 5.00 | $ 956.00 | $ 4,780.00 |
| Ori Katz | 1.00 | $ 1,084.00 | $ 1,084.00 |
| Gianna  E. Segretti | 10.50 | $ 708.00 | $ 7,434.00 |
| Jeannie Kim | 0.40 | $ 756.00 | $ 302.40 |
| Totals | 16.90 | $ 804.76 | $ 13,600.40 |

**Claims Administration and Objections**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          January 17, 2024
Alternatives                                                                                  Invoice 380098510
Ori Katz                                                                                        Page 13 of 32

| 12/01/23 | Corresponded with P. Egloff regarding publication notice updates (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 12/01/23 | Corresponded with B. Whitaker regarding sample individualized GUC proofs of claim and bar date notice (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 12/03/23 | Corresponded with B. Whitaker regarding service of bar date notices (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 12/04/23 | Analyzed claims notice publication steps update from client (P. Marlow). | |
|---|---|---|
| | Alan  H. Martin | .40 hrs. |

| 12/04/23 | Corresponded with B. Riley and FFWPR teams regarding service of survivor claims bar date (.2); corresponded with P. Egloff regarding publication notice updates (.1); corresponded with P. Marlow regarding publication notice to pastors and debtor administrators (.2); reviewed correspondence from state court counsel and prepared schedule of confidential service of survivor bar date (1.0). | |
|---|---|---|
| | Jeannie Kim | 1.50 hrs. |

| 12/05/23 | Reviewed draft GUC proof of claims and corresponded with Omni regarding same (.2); telephone conference with B. Whitaker regarding service of bar date notices (.3); corresponded with J. Rios, R. Rodriguez, and T. Phinney regarding service of bar date notices on pro se creditors (.3); multiple telephone conference with T. Phinney regarding service of bar date notices (.3); conferred and corresponded (multiple) with R. Rodriguez regarding service of bar date notices on participants in Abuse Survivor programs (.5); prepared draft service list for service of bar date notices on counsel to survivor creditors (2.4); corresponded with W. Weitz regarding same (.1); corresponded with J. Stein regarding authorization to serve counsel with bar date notices (.2). | |
|---|---|---|
| | Jeannie Kim | 4.30 hrs. |

| 12/06/23 | Telephone conference with P. Marlow at client regarding notices to parishes and client follow-up. | |
|---|---|---|
| | Alan  H. Martin | .20 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                January 17, 2024
Alternatives                                                                                           Invoice 380098510
Ori Katz                                                                                                Page 14 of 32

12/06/23      Multiple telephone conferences with Omni team regarding service of bar date notices
              (.6); multiple telephone conferences with T. Phinney regarding same (.7); prepared list
              of potential pro se claimants (.3); transmitted service lists to Omni team (.2);
              corresponded with Omni team and T. Phinney regarding same (.7); corresponded with
              debtor professional team regarding status of same (.1).

                        Jeannie Kim                          2.60 hrs.

12/12/23      Corresponded with B. Whitaker regarding certificate of service regarding service of bar
              date notices (.1).

                        Jeannie Kim                          .10 hrs.

12/18/23      Corresponded with B. Whitaker regarding services of bar date notices (.2).

                        Jeannie Kim                          .20 hrs.

12/19/23      Telephone call to B. Whitaker regarding service of bar date notices (.1); corresponded
              with T. Phinney and B. Whitaker regarding revised creditor mailing matrix (.1).

                        Jeannie Kim                          .20 hrs.

12/26/23      Reviewed correspondence from P. Egloff regarding publication update (.1).

                        Jeannie Kim                          .10 hrs.


                *Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 0.60 | $ 956.00 | $ 573.60 |
| Jeannie Kim | 9.30 | $ 756.00 | $ 7,030.80 |
| Totals | 9.90 | $ 768.12 | $ 7,604.40 |


**Plan and Disclosure Statement (including Business Plan)**


12/06/23      Review status report in connection with motion requesting extension of exclusivity (.2).

                        Ori Katz                             .20 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| | | |
|---|---|---|
| 12/06/23 | Reviewed and revised draft status report regarding plan exclusivity motion (.2). | |
| | Jeannie Kim | .20 hrs. |
| 12/09/23 | Reviewed court order granting motion to extend plan exclusivity periods (.1). | |
| | Jeannie Kim | .10 hrs. |
| 12/11/23 | Reviewed and revised draft order granting motion to extend plan exclusivity periods (.2). | |
| | Jeannie Kim | .20 hrs. |

*Timekeeper Summary of: Plan and Disclosure Statement (including Business Plan)*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Ori Katz* | *0.20* | *$ 1,084.00* | *$ 216.80* |
| *Jeannie Kim* | *0.50* | *$ 756.00* | *$ 378.00* |
| *Totals* | *0.70* | *$ 849.71* | *$ 594.80* |

## Analysis/Strategy

| | | |
|---|---|---|
| 12/11/23 | Email to P.Carney re: strategy respond to production demands. | |
| | Amanda  L. Cottrell | .10 hrs. |
| 12/14/23 | Call with A. Uetz re: Oakland protective orders. | |
| | Amanda  L. Cottrell | .20 hrs. |
| 12/15/23 | Call from W. Weitz to discuss status of discovery workstreams and other strategy issues. | |
| | Amanda  L. Cottrell | .40 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 16 of 32

*Timekeeper Summary of: Analysis/Strategy*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda  L. Cottrell | 0.70 | $ 836.00 | $ 585.20 |
| Totals | 0.70 | $ 836.00 | $ 585.20 |

## Settlement/Non-Binding ADR

12/19/23        Analyzed items received regarding committee proposed mediator candidates.

Alan  H. Martin                        .40 hrs.

12/20/23        Attended call with client team regarding potential mediation protocol and related items.

Alan  H. Martin                        1.10 hrs.

12/20/23        Call with debtor to discuss mediation matters (1.0).

Ori Katz                        1.00 hrs.

*Timekeeper Summary of: Settlement/Non-Binding ADR*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.50 | $ 956.00 | $ 1,434.00 |
| Ori Katz | 1.00 | $ 1,084.00 | $ 1,084.00 |
| Totals | 2.50 | $ 1,007.20 | $ 2,518.00 |

## Written Motions/Submissions

12/11/23        Prepared comments re draft status report of debtor response to 2004 motion.

Alan  H. Martin                        .60 hrs.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                             Invoice 380098510
Ori Katz                                                                                                 Page 17 of 32

12/11/23        Begin drafting second status report re debtor's document collection and production
                efforts in response to the committee's discovery requests.

                        Steven  G. Gersten                        1.80 hrs.

12/12/23        Analyzed comments as to draft status report re pending 2004 motion.

                        Alan  H. Martin                           .40 hrs.

12/12/23        Revisions to second status update re discovery matters (.8).

                        Ori Katz                                  .80 hrs.

12/12/23        Draft and revise second status report to Court regarding Debtor's informal discovery
                efforts and objections to committee's Rule 2004 requests.

                        Amanda  L. Cottrell                       2.30 hrs.

12/12/23        Finalized debtor's status report regarding response to committee's motion for 2004 exam
                (.6); reviewed and revised certificate of service regarding same (.1); corresponded with
                L. Parada regarding service of chamber's copy of same (.1); coordinated filing and
                service of same (.3).

                        Jeannie Kim                               1.10 hrs.

12/12/23        Complete initial draft of second status report re the debtor's document collection and
                production efforts in response to the committee's discovery requests.

                        Steven  G. Gersten                        1.50 hrs.

12/12/23        Reviewed and revised draft of second status update re committee Rule 2004 requests
                (1.4).

                        Matt Benz                                 1.40 hrs.

12/29/23        Draft discovery update.

                        Amanda  L. Cottrell                       1.00 hrs.



90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                             Invoice 380098510
Ori Katz                                                                                                 Page 18 of 32

*Timekeeper Summary of: Written Motions/Submissions*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| Alan  H. Martin | *1.00* | *$ 956.00* | *$ 956.00* |
| Ori Katz | *0.80* | *$ 1,084.00* | *$ 867.20* |
| Amanda  L. Cottrell | *3.30* | *$ 836.00* | *$ 2,758.80* |
| Jeannie Kim | *1.10* | *$ 756.00* | *$ 831.60* |
| Steven  G. Gersten | *3.30* | *$ 756.00* | *$ 2,494.80* |
| Matt Benz | *1.40* | *$ 520.00* | *$ 728.00* |
| *Totals* | *10.90* | *$ 792.33* | *$ 8,636.40* |

## Discovery

11/27/23        Analyzed discovery issues raised by committee's discovery requests (1.4).

                    Ori Katz                    1.40 hrs.

11/29/23        Review of latest draft of stipulated protective order (.3).

                    Ori Katz                    .30 hrs.

11/29/23        Reviewed and analyzed open issues raised by committee in connection with their Rule 2004 examination application (1.6).

                    Ori Katz                    1.60 hrs.

12/01/23        Attended call with co-counsel team concerning litigation files related to committee 2004 demands.

                    Alan  H. Martin                    .50 hrs.

12/01/23        Telephone conference with client team concerning certain categories of production requests by committee.

                    Alan  H. Martin                    .40 hrs.

12/01/23        Analyzed data and draft litigation consultant re committee discovery requests.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                            Invoice 380098510
Ori Katz                                                                                                Page 19 of 32

|               | Alan  H. Martin | .40 hrs. |
|---|---|---|

12/01/23    Follow up re attempted resolution of open discovery issues raised by committee counsel (1.4).

|               | Ori Katz | 1.40 hrs. |
|---|---|---|

12/01/23    Confer with P. Carney and M. Flanagan re discovery response efforts (.7); draft and update action item list re responding to the committee's requests for production for client (1.0).

|               | Steven  G. Gersten | 1.70 hrs. |
|---|---|---|

12/04/23    Attended client call as to discovery demands.

|               | Alan  H. Martin | .30 hrs. |
|---|---|---|

12/04/23    Conference with P. Carney, M. Flanagan, B. Riley and other client representatives re: committee's specific Rule 2004 RFPs.

|               | Amanda  L. Cottrell | 1.40 hrs. |
|---|---|---|

12/04/23    Correspondence to A. Caine re: meet and confer issues on RFPs.

|               | Amanda  L. Cottrell | .50 hrs. |
|---|---|---|

12/04/23    Revise and update discovery action item list for client as part of effort to respond to the committee's requests for production (1.5); confer with M. Flanagan, K. Kelleher, and client team re requests for production (1.4).

|               | Steven  G. Gersten | 2.90 hrs. |
|---|---|---|

12/05/23    Correspondence with client (P. Carney, et al.) as to open discovery steps.

|               | Alan  H. Martin | .40 hrs. |
|---|---|---|

12/05/23    Analyzed additional comments from committee counsel concerning certain RFP.

|               | Alan  H. Martin | .40 hrs. |
|---|---|---|

12/05/23    Exchanged emails with Sheppard Mullin team re revisions to protective order.

|               | J. Barrett Marum | .10 hrs. |
|---|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    January 17, 2024
Alternatives                                                                                              Invoice 380098510
Ori Katz                                                                                                  Page 20 of 32

12/05/23        Review and comment on draft redline protective order from committee.

                        Amanda  L. Cottrell                    .40 hrs.

12/05/23        Conference with P.l Pascuzzi re: committee's redline edits to draft protective order.

                        Amanda  L. Cottrell                    .30 hrs.

12/05/23        Meet and confer with committee counsel re: committee's redline edits to the draft
                stipulated protective order.

                        Amanda  L. Cottrell                    1.00 hrs.

12/05/23        Review and analyze committee's comments on the draft stipulated protective order and
                researched legal bases to support same.

                        Steven  G. Gersten                     1.60 hrs.

12/05/23        Confer with B. Michael re the committee's edits to draft stipulated protective order.

                        Steven  G. Gersten                     1.00 hrs.

12/05/23        Develop strategy to produce documents and data in response to the committee's request
                for same (.8); confer with M. Flanagan, K. Kelleher, G. Lee and client team re
                responses to the committee's requests for production (1.0).

                        Steven  G. Gersten                     1.80 hrs.

12/06/23        Revise draft protective order.

                        Amanda  L. Cottrell                    .70 hrs.

12/06/23        Analyze committee's responses to debtor's specific RFP objections.

                        Amanda  L. Cottrell                    .40 hrs.

12/07/23        Telephone conference with P. Gaspari concerning discovery-related issues.

                        Alan  H. Martin                        .40 hrs.

12/07/23        Analyzed additional comments from the committee as to proposed Rule 2004 protective
                order components.

                        Alan  H. Martin                        .60 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 21 of 32

| | | |
|---|---|---|
| 12/07/23 | Call to discuss discovery matters (.7). | |
| | Ori Katz | .70 hrs. |
| 12/07/23 | Conference with S. Gersten, P. Pascuzzi, and O. Katz re discovery and stipulated protective order. | |
| | Amanda  L. Cottrell | .60 hrs. |
| 12/07/23 | Conference with TransPerfect to discuss set up of discovery platform. | |
| | Amanda  L. Cottrell | .20 hrs. |
| 12/07/23 | Further revise stipulated protective order. | |
| | Amanda  L. Cottrell | .40 hrs. |
| 12/07/23 | Video conference with R. Yee, M. Flanagan, G. Lee, W. Weitz, Fr. Summerhays, and other client team members to discuss ediscovery vendor and committee's financial information requests. | |
| | Amanda  L. Cottrell | 1.30 hrs. |
| 12/07/23 | Review, analyze, and revise draft protective order. | |
| | Steven  G. Gersten | 1.90 hrs. |
| 12/07/23 | Confer with M. Flanagan, K. Kelleher, G. Lee, W. Weitz, M. Cottrell, and R. Yee re responding to the committee's requests for production. | |
| | Steven  G. Gersten | 1.00 hrs. |
| 12/07/23 | Confer with Transperfect project team re status of discovery and anticipated work streams to on-board them as the debtor's document vendor for discovery. | |
| | Steven  G. Gersten | .50 hrs. |
| 12/08/23 | Prepared input concerning client responses to discovery demands by the committee. | |
| | Alan  H. Martin | .50 hrs. |
| 12/08/23 | Reviewed various correspondence received from the client team (GC P. Carney, et al.) concerning discovery responses to committee 2004 requests. | |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

|  |  |  |
|---|---|---|
|  | Alan  H. Martin | .40 hrs. |

12/08/23    Prepared comments to the draft Protective Order to address client and committee concerns.

|  |  |  |
|---|---|---|
|  | Alan  H. Martin | .40 hrs. |

12/08/23    Call from W. Weitz re: organization and access to data sharepoint.

|  |  |  |
|---|---|---|
|  | Amanda  L. Cottrell | .20 hrs. |

12/08/23    Call with O. Katz re: review and analysis of potentially responsive to committee requests.

|  |  |  |
|---|---|---|
|  | Amanda  L. Cottrell | .40 hrs. |

12/08/23    Call with O. Katz and M. Flanagan re: pending document collection and review.

|  |  |  |
|---|---|---|
|  | Amanda  L. Cottrell | .40 hrs. |

12/08/23    Meet and confer with B. Michael re: status of document collection.

|  |  |  |
|---|---|---|
|  | Amanda  L. Cottrell | .50 hrs. |

12/08/23    Draft and revise summary of discovery collection for update to committee.

|  |  |  |
|---|---|---|
|  | Amanda  L. Cottrell | 1.10 hrs. |

12/08/23    Conference with P. Carney P.  Gaspari re proposed comments to protective order.

|  |  |  |
|---|---|---|
|  | Amanda  L. Cottrell | 1.40 hrs. |

12/08/23    Confer with B. Michael re status update on debtor's efforts to respond to the committee's priority requests for production and discovery requests more generally (1.0); begin drafting detailed email update to committee counsel re debtor's efforts to respond to committee's discovery requests (2.5); review and analyze documents provided by client in response to the committee's discovery requests (.4); update discovery action item tracker re responding to committee's discovery requests (1.0).

|  |  |  |
|---|---|---|
|  | Steven  G. Gersten | 4.90 hrs. |

12/08/23    Review and analyze proposed revisions to draft stipulated protective order.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                January 17, 2024
Alternatives                                                                                          Invoice 380098510
Ori Katz                                                                                              Page 23 of 32

|            | Steven  G. Gersten | 1.50 hrs. |

12/10/23    Complete drafting detailed email update to committee counsel re debtor's efforts to respond to requests for production.

|            | Steven  G. Gersten | 3.90 hrs. |

12/11/23    Attended call regarding protective order with the client team.

|            | Alan  H. Martin | .30 hrs. |

12/11/23    Email correspondence to P. Gaspari and P. Carney re comments on stipulated protective order.

|            | Amanda  L. Cottrell | .60 hrs. |

12/11/23    Draft correspondence to committee re status of discovery.

|            | Amanda  L. Cottrell | .50 hrs. |

12/11/23    Call with M. Flanagan, W. Weitz, and K. Kelsey re potential production items.

|            | Amanda  L. Cottrell | .60 hrs. |

12/11/23    Call with P. Carney and P. Gaspari re: strategy and discovery confidentiality.

|            | Amanda  L. Cottrell | .50 hrs. |

12/11/23    Email memo to M. Flanagan and P. Carney re: discovery workstreams and follow up items.

|            | Amanda  L. Cottrell | .40 hrs. |

12/11/23    Review and analyze case law in support/opposition of committee comments to draft stipulated protective order.

|            | Steven  G. Gersten | 1.20 hrs. |

12/11/23    Review and analyze additional documents potentially responsive to committee's requests for production.

|            | Steven  G. Gersten | .30 hrs. |

12/12/23    Reviewed correspondence and comments from committee received as to 2004 process.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 24 of 32

|            | Alan  H. Martin | .20 hrs. |
|---|---|---|
| 12/12/23 | Call from M. Flanagan re discovery. | |
|            | Amanda  L. Cottrell | .40 hrs. |
| 12/12/23 | Meet and confer with A. Caine, J. Stang, and B. Michael re discovery. | |
|            | Amanda  L. Cottrell | .20 hrs. |
| 12/12/23 | Developed strategy re relief and process requested in status report re: committee's Rule 2004 requests. | |
|            | Amanda  L. Cottrell | .70 hrs. |
| 12/13/23 | Worked on revisions to draft protective order terms. | |
|            | Alan  H. Martin | .40 hrs. |
| 12/13/23 | Meet and confer with A. Caine and B. Michael re: draft stipulated protective order. | |
|            | Amanda  L. Cottrell | .50 hrs. |
| 12/13/23 | Developed strategy stipulated protective order. | |
|            | Amanda  L. Cottrell | .70 hrs. |
| 12/13/23 | Call with P. Gaspari re discovery. | |
|            | Amanda  L. Cottrell | .20 hrs. |
| 12/13/23 | Review and analyze committee's edits and revisions to draft stipulated protective order. | |
|            | Steven  G. Gersten | .40 hrs. |
| 12/14/23 | Developed strategy to resolving remaining disputes with committee regarding Rule 2004 application (2.4). | |
|            | Ori Katz | 2.40 hrs. |
| 12/14/23 | Exchanged numerous emails with Sheppard Mullin team re Rule 2004 exam proposed order. | |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 25 of 32

|  | J. Barrett Marum | .20 hrs. |

| 12/14/23 | Meet and confer with A. Caine and B. Michael re: Rule 2004 discovery and protective order (1); revisions re same (.5). |

|  | Amanda  L. Cottrell | 1.50 hrs. |

| 12/14/23 | Exchanged emails and voice message with A. Caine re stipulation protective order. |

|  | Amanda  L. Cottrell | .40 hrs. |

| 12/14/23 | Review and approve updated protective order and notice for efiling. |

|  | Amanda  L. Cottrell | .20 hrs. |

| 12/14/23 | Prepared stipulation, proposed form of order, and notice of stipulated protective order. |

|  | Gianna  E. Segretti | 1.10 hrs. |

| 12/15/23 | Correspondence with Pachulski to confirm agreed orders (.1); telephone call with S. Gersten submission of same (.1). |

|  | Amanda  L. Cottrell | .20 hrs. |

| 12/15/23 | Finalized agreed proposed stipulated protective order, notice of filing of protective order, and proposed order entering the protective order for filing and service. |

|  | Steven  G. Gersten | 1.50 hrs. |

| 12/18/23 | Analyzed select discovery items received from the client team regarding 2004 request. |

|  | Alan  H. Martin | .70 hrs. |

| 12/18/23 | Call from M. Flanagan re discovery. |

|  | Amanda  L. Cottrell | .30 hrs. |

| 12/18/23 | Call from M. Flanagan re: discovery. |

|  | Amanda  L. Cottrell | .20 hrs. |

| 12/18/23 | Correspondence to M. Flanagan re open document collection work streams. |

|  | Amanda  L. Cottrell | .50 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 26 of 32

| 12/18/23 | Revised and finalized stipulated protective order for submission to court (.7); corresponded with L. Parada regarding same (.1). |
|---|---|
| | Jeannie Kim .80 hrs. |

| 12/21/23 | Review and transmit documents to document vendor in response to committee's discovery requests (1.0); review and analyze information provided by client concerning services provided by RCASF to other entities (.4). |
|---|---|
| | Steven  G. Gersten 1.40 hrs. |

| 12/28/23 | Prepared for upcoming meeting with committee professionals re discovery matters (.8). |
|---|---|
| | Ori Katz .80 hrs. |

| 12/29/23 | Analyzed information received from the client as to 2004 responses. |
|---|---|
| | Alan  H. Martin .70 hrs. |

*Timekeeper Summary of: Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 7.00 | $ 956.00 | $ 6,692.00 |
| Ori Katz | 8.60 | $ 1,084.00 | $ 9,322.40 |
| J. Barrett Marum | 0.30 | $ 904.00 | $ 271.20 |
| Gianna  E. Segretti | 1.10 | $ 708.00 | $ 778.80 |
| Amanda  L. Cottrell | 19.80 | $ 836.00 | $ 16,552.80 |
| Jeannie Kim | 0.80 | $ 756.00 | $ 604.80 |
| Steven  G. Gersten | 27.50 | $ 756.00 | $ 20,790.00 |
| Totals | 65.10 | $ 845.04 | $ 55,012.00 |

## Written Discovery

| 12/01/23 | Draft specific objections and requests for clarification re the committee's priority requests for production and serve same on committee counsel by email. |
|---|---|


Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

|  | Steven  G. Gersten | 2.90 hrs. |
|---|---|---|

12/01/23    Review and analyze documents potentially responsive to the committee's discovery requests for production (.6).

|  | Steven  G. Gersten | .60 hrs. |
|---|---|---|

12/06/23    Revise and analyze documents potentially responsive to the committee's requests (1.0); update discovery action item tracker (.5).

|  | Steven  G. Gersten | 1.50 hrs. |
|---|---|---|

12/07/23    Review and analyze documents potentially responsive to committee's requests for production relating to claims of abuse (1.0).

|  | Steven  G. Gersten | 1.00 hrs. |
|---|---|---|

12/26/23    Begin drafting RFP response.

|  | Steven  G. Gersten | 1.50 hrs. |
|---|---|---|

12/28/23    Finalize RFP response.

|  | Steven  G. Gersten | 1.40 hrs. |
|---|---|---|

12/28/23    Draft email update to client re status of response to committee's RFPs.

|  | Steven  G. Gersten | .60 hrs. |
|---|---|---|

*Timekeeper Summary of: Written Discovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Steven  G. Gersten* | *9.50* | *$ 756.00* | *$ 7,182.00* |
| *Totals* | *9.50* | *$ 756.00* | *$ 7,182.00* |

**Document Production**

12/01/23    Prepared discussion/report items for client team call regarding document productions.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 28 of 32

|            |                                   |            |
|------------|-----------------------------------|------------|
|            | Alan  H. Martin                   | .40 hrs.   |

12/01/23    Exchanged numerous emails with Sheppard Mullin team re document production to committee (.5). Exchanged emails with Sheppard Mullin team re revisions to protective order and production of insurance policies without entry of same (.2).

|            | J. Barrett Marum                  | .70 hrs.   |

12/01/23    Prepare redacted insurance policies for production to committee.

|            | Steven  G. Gersten                | .40 hrs.   |

12/04/23    Reviewed potential production items.

|            | Alan  H. Martin                   | .80 hrs.   |

12/04/23    Analyzed to informal discovery production (.8).

|            | Ori Katz                          | .80 hrs.   |

12/04/23    Exchanged emails with Sheppard Mullin team re production of insurance policies.

|            | J. Barrett Marum                  | .10 hrs.   |

12/04/23    Draft and email cover letter and production of redacted insurance policies to committee.

|            | Steven  G. Gersten                | .30 hrs.   |

12/05/23    Reviewed emails re initial production of documents to committee.

|            | J. Barrett Marum                  | .10 hrs.   |

12/05/23    Drafted summary of status of document production and client investigation.

|            | Amanda  L. Cottrell               | .20 hrs.   |

12/05/23    Conference with K. Kelleher, M. Flanagan, Fr. Summarhays, W. Weitz, S. Gersten, and G. Lee to discuss potential production terms.

|            | Amanda  L. Cottrell               | 1.10 hrs.  |

12/05/23    Review and analyze potential documents production to committee.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 29 of 32

        Amanda  L. Cottrell              .30 hrs.

12/05/23     Draft cover email and produce by email unredacted insurance policies in response to committee's requests for production.

        Steven  G. Gersten             .30 hrs.

12/06/23     Exchanged correspondence with RCASF litigation counsel concerning production of litigation files and related items.

        Alan  H. Martin              .40 hrs.

12/07/23     Further reviewed potential production items.

        Amanda  L. Cottrell             .80 hrs.

12/15/23     Review and prepare secondary insurance coverage documents  for production (.3); draft cover letter and produce secondary coverage documents in response to the committee's requests for production (.3).

        Steven  G. Gersten             .60 hrs.

12/18/23     Reviewed email from S. Gersten re document production.

        J. Barrett Marum             .10 hrs.

12/19/23     Reproduce debtor's first and second document productions to additional members of committee counsel at their request.

        Steven  G. Gersten             .40 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 30 of 32

*Timekeeper Summary of: Document Production*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.60 | $ 956.00 | $ 1,529.60 |
| Ori Katz | 0.80 | $ 1,084.00 | $ 867.20 |
| J. Barrett Marum | 1.00 | $ 904.00 | $ 904.00 |
| Amanda  L. Cottrell | 2.40 | $ 836.00 | $ 2,006.40 |
| Steven  G. Gersten | 2.00 | $ 756.00 | $ 1,512.00 |
| Totals | 7.80 | $ 874.26 | $ 6,819.20 |

## Trial and Hearing Attendance

12/14/23    Attend status conference in case to update court re latest discussions with committee related to discovery matters (.2).

Ori Katz    .20 hrs.

12/14/23    Attend hearing on protective order and Rule 2004 requests.

Amanda  L. Cottrell    .40 hrs.

*Timekeeper Summary of: Trial and Hearing Attendance*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 0.20 | $ 1,084.00 | $ 216.80 |
| Amanda  L. Cottrell | 0.40 | $ 836.00 | $ 334.40 |
| Totals | 0.60 | $ 918.67 | $ 551.20 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda L. Cottrell | 27.10 | $ 836.00 | $ 22,655.60 |
| Ori Katz | 19.10 | $ 1,084.00 | $ 20,704.40 |
| Alan H. Martin | 23.70 | $ 956.00 | $ 22,657.20 |
| J. Barrett Marum | 1.80 | $ 904.00 | $ 1,627.20 |
| Matt Benz | 1.40 | $ 520.00 | $ 728.00 |
| Steven G. Gersten | 49.20 | $ 756.00 | $ 37,195.20 |
| Jeannie Kim | 18.70 | $ 756.00 | $ 14,137.20 |
| Gianna E. Segretti | 12.70 | $ 708.00 | $ 8,991.60 |
| Eduardo G. Linares | .60 | $ 520.00 | $ 312.00 |

**Total Fees for Professional Services**      **$ 129,008.40**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 11/20/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 11/30/2023 | 7.70 |
| 11/29/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 11/30/2023 | 50.60 |
| 12/12/23 | Westlaw research by Cottrell, Amanda, on 12/12/2023. | 232.20 |

**Total Disbursements**      **$ 290.50**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

January 17, 2024
Invoice 380098510
Page 32 of 32

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 12/14/23 | 380098012 | 146,098.17 | 145,627.60 | 470.57 | 0.00 | 0.00 | -45,402.25 | $ 100,695.92 |
| | | | | Total Outstanding Fees, Disbursements, Taxes and Other | | | | $ 100,695.92 |
| | | | | Interest on Outstanding A/R | | | | 0.00 |
| | | | | Fees and Disbursements Due for this Invoice | | | | 129,298.90 |
| | | | | **Total Due For This Matter** | | | | **$ 229,994.82** |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
***Please return this page with your payment.***

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
February 15, 2024
Invoice 380100158

Our Matter No.     90YY-375176
                   The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                   Alternatives
Billing Atty:      Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2024

| | | |
|---|---|---|
| Current Fees | $ 183,955.60 | |
| Current Disbursements | $ 3,754.04 | |
| Total Current Activity | | $ 187,709.64 |
| Total Due for This Invoice | | $ 187,709.64 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>    Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives                    February 15, 2024
Ori Katz                                                                                                       Invoice 380100158
                                                                                                               Page 2 of 2

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 15.10 | $ 956.00 | $ 14,435.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| J. Barrett Marum | 2.10 | $ 904.00 | $ 1,898.40 |
| Amanda L. Cottrell | 82.40 | $ 836.00 | $ 68,886.40 |
| Jeannie Kim | 39.00 | $ 756.00 | $ 29,484.00 |
| Steven G. Gersten | 45.30 | $ 672.56 | $ 30,466.80 |
| Gianna E. Segretti | 17.50 | $ 708.00 | $ 12,390.00 |
| Matt Benz | 9.70 | $ 520.00 | $ 5,044.00 |
| Eduardo G. Linares | .20 | $ 520.00 | $ 104.00 |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
February 15, 2024
Invoice 380100158

Our Matter No.　90YY-375176
　　　　　　　The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
　　　　　　　Alternatives
Billing Atty:　Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2024

| | |
|---|---|
| Current Fees | $ 183,955.60 |
| Current Disbursements | $ 3,754.04 |
| Total Current Activity | $ 187,709.64 |
| Total Due for This Invoice | $ 187,709.64 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 15.10 | $ 956.00 | $ 14,435.60 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| J. Barrett Marum | 2.10 | $ 904.00 | $ 1,898.40 |
| Amanda L. Cottrell | 82.40 | $ 836.00 | $ 68,886.40 |
| Jeannie Kim | 39.00 | $ 756.00 | $ 29,484.00 |
| Steven G. Gersten | 45.30 | $ 672.56 | $ 30,466.80 |
| Gianna E. Segretti | 17.50 | $ 708.00 | $ 12,390.00 |
| Matt Benz | 9.70 | $ 520.00 | $ 5,044.00 |
| Eduardo G. Linares | .20 | $ 520.00 | $ 104.00 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:    Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |

Case: 23-30564　Doc# 520-1　Filed: 02/29/24　Entered: 02/29/24 13:38:10　Page 173 of 245



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

FOR PROFESSIONAL SERVICES THROUGH 01/31/24

## **FEE DETAIL**

**Relief from Stay and Adequate Protection Proceedings**

| 01/24/24 | Reviewed strategy to respond to insurers' stay relief motion (.1). |
|---|---|

Jeannie Kim .10 hrs.

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.10 | $ 756.00 | $ 75.60 |
| Totals | 0.10 | $ 756.00 | $ 75.60 |

**Meetings of and Communications with Creditors**

| 01/02/24 | Weekly check in call with committee counsel (.5). |
|---|---|

Ori Katz .50 hrs.

| 01/09/24 | Weekly check-in call with committee counsel (.5). |
|---|---|

Ori Katz .50 hrs.

| 01/11/24 | Telephone conference with counsel for RCACS as to miscellaneous issues. |
|---|---|

Alan  H. Martin .50 hrs.

| 01/11/24 | Corresponded with counsel for RCACS as to call follow up. |
|---|---|

Alan  H. Martin .20 hrs.

| 01/16/24 | Weekly check-in call with committee counsel (.3). |
|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                      February 15, 2024
Alternatives                                                                                               Invoice 380100158
Ori Katz                                                                                                   Page 3 of 31

|  |  |  |
|---|---|---|
|  | Ori Katz | .30 hrs. |

01/22/24     Prepared  items concerning parishes.

|  |  |  |
|---|---|---|
|  | Alan  H. Martin | .80 hrs. |

01/23/24     Participate in standing weekly call with committee counsel (.5).

|  |  |  |
|---|---|---|
|  | Ori Katz | .50 hrs. |

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.50 | $ 956.00 | $ 1,434.00 |
| Ori Katz | 1.80 | $ 1,084.00 | $ 1,951.20 |
| Totals | 3.30 | $ 1,025.82 | $ 3,385.20 |

## Fee/Employment Applications & Statements

01/02/24     Reviewed and responded to correspondence with P. Carney and P. Summerhays regarding notice of increase in Sheppard Mullin 2024 rates (.1); coordinated filing and service of same (.4)

|  |  |  |
|---|---|---|
|  | Jeannie Kim | .50 hrs. |

01/03/24     Exchanged emails with Transperfect re employment application.

|  |  |  |
|---|---|---|
|  | J. Barrett Marum | .30 hrs. |

01/03/24     Began reviewing and revising documents in support of December professional fee statement (.1); reviewed strategy to prepare TransPerfect employment application (.2)

|  |  |  |
|---|---|---|
|  | Jeannie Kim | .30 hrs. |

01/04/24     Exchanged emails re employment application for Transperfect.

|  |  |  |
|---|---|---|
|  | J. Barrett Marum | .40 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          February 15, 2024
Alternatives                                                                                                                    Invoice 380100158
Ori Katz                                                                                                                           Page 4 of 31

| 01/04/24 | Reviewed Transperfect statement of work in connection with employment application for same (.1); reviewed and revised documents in support of December monthly fee statement (1.1) |
|---|---|
| | Jeannie Kim                                  1.20 hrs. |

| 01/08/24 | Further reviewed and revised documents in support of December monthly fee statement (.2). |
|---|---|
| | Jeannie Kim                                  .20 hrs. |

| 01/08/24 | Reviewed strategy to respond to U.S. Trustee's motion to appoint fee examiner (.1). |
|---|---|
| | Jeannie Kim                                  .10 hrs. |

| 01/09/24 | Exchanged emails with G. Segretti re Transperfect employment application. |
|---|---|
| | J. Barrett Marum                             .10 hrs. |

| 01/09/24 | Follow-up regarding preparation of TransPerfect employment application (.3). |
|---|---|
| | Jeannie Kim                                  .30 hrs. |

| 01/09/24 | Further reviewed and revised documents in support of December monthly fee statement (.2). |
|---|---|
| | Jeannie Kim                                  .20 hrs. |

| 01/09/24 | Continued drafting application to employ TransPerfect. |
|---|---|
| | Gianna  E. Segretti                          1.50 hrs. |

| 01/10/24 | Exchanged emails with Sheppard Mullin team re Transperfect employment application. |
|---|---|
| | J. Barrett Marum                             .10 hrs. |

| 01/10/24 | Continued preparing application to employ TransPerfect. |
|---|---|
| | Gianna  E. Segretti                          2.10 hrs. |

| 01/11/24 | Exchanged emails with SMRH team re Transperfect invoice. |
|---|---|
| | J. Barrett Marum                             .30 hrs. |

| 01/11/24 | Developed strategy regarding TransPerfect employment and monthly fee statements (.3); prepared draft response to UST's motion to appoint fee examiner (.4); corresponded with P. Pascuzzi regarding same (.2); reviewed committee's response to U.S. Trustee's motion (.1); reviewed and revised debtor's response (.1); corresponded with client regarding same (.2); coordinated filing and service of same (.2) |

| Jeannie Kim | 1.50 hrs. |

| 01/11/24 | Continued drafting application to employ TransPerfect. |

| Gianna  E. Segretti | .90 hrs. |

| 01/12/24 | Coordinated filing and service of debtor's response to U.S. Trustee's motion to appoint fee examiner (.2). |

| Jeannie Kim | .20 hrs. |

| 01/15/24 | Developed strategy regarding TransPerfect employment application (.2). |

| Jeannie Kim | .20 hrs. |

| 01/15/24 | Continued preparing application to employ TransPerfect. |

| Gianna  E. Segretti | .80 hrs. |

| 01/16/24 | Exchanged emails with G. Segretti re employment application for Transperfect. |

| J. Barrett Marum | .10 hrs. |

| 01/16/24 | Corresponded with Sheppard Mullin team regarding November invoice (.1); reviewed creditor mailing matrix in connection with preparation of declaration in support of TransPerfect employment application (.3) |

| Jeannie Kim | .40 hrs. |

| 01/16/24 | Reviewed and revised documents in support of Sheppard Mullin December monthly fee statement (.5). |

| Jeannie Kim | .50 hrs. |

| 01/16/24 | Continued drafting application to employ TransPerfect as e-discovery vendor. |

| Gianna  E. Segretti | 3.50 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 6 of 31

| 01/17/24 | Exchanged emails with J. Kim re Transperfect employment application. | |
|---|---|---|
| | J. Barrett Marum | .10 hrs. |

| 01/17/24 | Reviewed and revised TransPerfect employment application (1.1); further reviewed and revised documents in support of Sheppard Mullin December monthly fee statement (.4); coordinated TransPerfect conflicts search (.4); reviewed court's ruling regarding U.S. Trustee's motion re fee examiner (.1) | |
|---|---|---|
| | Jeannie Kim | 2.00 hrs. |

| 01/18/24 | Reviewed items received as to proposed Transperfect engagement and filings. | |
|---|---|---|
| | Alan  H. Martin | .40 hrs. |

| 01/18/24 | Corresponded with the client as to pending monthly fee summary and related items. | |
|---|---|---|
| | Alan  H. Martin | .20 hrs. |

| 01/18/24 | Reviewed and commented on Transperfect employment application. | |
|---|---|---|
| | J. Barrett Marum | .30 hrs. |

| 01/18/24 | Corresponded with P. Pascuzzi regarding December monthly fee statements (.1); reviewed further revised draft TransPerfect employment application (.5); reviewed and revised declaration in support of TransPerfect employment application (.3); corresponded with D. Brill regarding same (.2); reviewed revisions to TransPerfect employment application and supporting declaration of D. Brill (.3); began preparation of December monthly fee statement for filing and service (.1); corresponded with P. Pascuzzi regarding TransPerfect employment application (.2); coordinated filing and service of same (.1) | |
|---|---|---|
| | Jeannie Kim | 1.80 hrs. |

| 01/18/24 | Revised application to employ TransPerfect (1.0). Revised Brill declaration in support of application to employ TransPerfect (0.5).  Exchanged emails with D. Brill of TransPerfect re application to employ TransPerfect (0.5). Began preparing application to employ TransPerfect and supporting declaration for filing (0.5). | |
|---|---|---|
| | Gianna  E. Segretti | 2.50 hrs. |

| 01/18/24 | Prepared the SMRH Monthly Fee Statement for December. | |
|---|---|---|
| | Eduardo  G. Linares | .20 hrs. |

![Sheppard Mullin]

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    February 15, 2024
Alternatives                                                                                              Invoice 380100158
Ori Katz                                                                                                  Page 7 of 31

01/19/24       Exchanged emails with Sheppard Mullin team re revisions to Transperfect employment
               application.

                    J. Barrett Marum                          .10 hrs.

01/19/24       Reviewed and finalized TransPerfect employment application for filing and service (.3);
               finalized Sheppard Mullin December monthly fee statement for filing and service (.3);
               reviewed correspondence with client regarding same (.1).

                    Jeannie Kim                               .70 hrs.

01/19/24       Prepared application for employment of TransPerfect and supporting declaration for
               filing.

                    Gianna  E. Segretti                      1.90 hrs.

01/22/24       Follow-up regarding approval of Sheppard Mullin December invoice (.2); coordinated
               filing and service of same (.2).

                    Jeannie Kim                               .40 hrs.

01/22/24       Finalized Sheppard Mullin December monthly fee statement (.1) and coordinated filing
               and service of same (.1).

                    Jeannie Kim                               .20 hrs.

01/23/24       Exchanged correspondence with the client team as to pending employment motion.

                    Alan  H. Martin                           .30 hrs.

01/24/24       Corresponded with P. Pascuzzi regarding proposed briefing schedule regarding first
               interim fee applications (.1).

                    Jeannie Kim                               .10 hrs.

01/29/24       Exchanged emails with J. Kim re Transperfect employment application and U.S.
               Trustee comments re same.

                    J. Barrett Marum                          .20 hrs.

01/29/24       Reviewed and responded to U.S. Trustee's comments on proposed order regarding
               TransPerfect employment (.3); corresponded with P. Pascuzzi regarding committee's
               response to proposed hearing on first interim fee applications (.1).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 8 of 31

                Jeannie Kim                       .40 hrs.

01/30/24      Reviewed correspondence received from client as to the pending employment motion.

                Alan  H. Martin                 .20 hrs.

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.10 | $ 956.00 | $ 1,051.60 |
| J. Barrett Marum | 2.00 | $ 904.00 | $ 1,808.00 |
| Gianna  E. Segretti | 13.20 | $ 708.00 | $ 9,345.60 |
| Jeannie Kim | 11.20 | $ 756.00 | $ 8,467.20 |
| Eduardo  G. Linares | 0.20 | $ 520.00 | $ 104.00 |
| Totals | 27.70 | $ 750.05 | $ 20,776.40 |

**Non-Working Travel**

01/15/24      Travel from Dallas, Texas to San Francisco, California in advance of client meetings re discovery.

                Steven  G. Gersten             5.00 hrs.

01/18/24      Return travel to Dallas, Texas from San Francisco, California following meetings with client team.

                Steven  G. Gersten             5.00 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Non-Working Travel*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Steven  G. Gersten | 10.00 | $ 378.00 | $ 3,780.00 |
| Totals | 10.00 | $ 378.00 | $ 3,780.00 |

## Case Administration - General

01/01/24     Exchanged correspondence with P. Pascuzzi on pending filings.

     Alan  H. Martin     .40 hrs.

01/01/24     Reviewed and revised checklist of open workstreams (.7).

     Jeannie Kim     .70 hrs.

01/02/24     Attended debtor professionals team call.

     Alan  H. Martin     .80 hrs.

01/02/24     Participate in debtor professionals' weekly call (.5).

     Ori Katz     .50 hrs.

01/02/24     Telephone conference with debtor professionals regarding open workstreams and case strategy (.7).

     Jeannie Kim     .70 hrs.

01/09/24     Participate in weekly debtor professionals call (.5).

     Ori Katz     .50 hrs.

01/09/24     Reviewed and revised checklist of open workstreams (.2); conferred and corresponded with P. Pascuzzi and B. Riley team regarding same (.6)

     Jeannie Kim     .80 hrs.

01/11/24     Reviewed various correspondence received from the client as to administration items.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 10 of 31

|            |                                                                                                    | Alan  H. Martin          | .30 hrs.  |
|------------|----------------------------------------------------------------------------------------------------|--------------------------|-----------|
| 01/15/24   | Prepared items concerning tomorrow professionals call.                                             |                          |           |
|            |                                                                                                    | Alan  H. Martin          | .60 hrs.  |
| 01/16/24   | Prepared for and attended  call with the debtor professionals team.                                |                          |           |
|            |                                                                                                    | Alan  H. Martin          | .80 hrs.  |
| 01/16/24   | Updated checklist of open workstreams (.7).                                                        |                          |           |
|            |                                                                                                    | Jeannie Kim              | .70 hrs.  |
| 01/16/24   | Participated in debtor professionals' call (.9).                                                   |                          |           |
|            |                                                                                                    | Jeannie Kim              | .90 hrs.  |
| 01/19/24   | Correspondence with the client (Carney) as to miscellaneous administration items for the debtor.  |                          |           |
|            |                                                                                                    | Alan  H. Martin          | .20 hrs.  |
| 01/22/24   | Exchanged correspondence with client (P. Carney) regarding miscellaneous administration items.    |                          |           |
|            |                                                                                                    | Alan  H. Martin          | .30 hrs.  |
| 01/23/24   | Draft email re open committee issues to be shared with other debtor professionals (.4).           |                          |           |
|            |                                                                                                    | Ori Katz                 | .40 hrs.  |
| 01/23/24   | Reviewed notice of appearance for non-debtor Catholic entities and updated master certificate of service to reflect same (.1). |                          |           |
|            |                                                                                                    | Jeannie Kim              | .10 hrs.  |
| 01/23/24   | Reviewed report regarding discussions with committee (.1).                                         |                          |           |
|            |                                                                                                    | Jeannie Kim              | .10 hrs.  |
| 01/24/24   | Participate in portion of call with other debtor professionals to discuss case status (.5).        |                          |           |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    February 15, 2024
Alternatives                                                                                             Invoice 380100158
Ori Katz                                                                                                 Page 11 of 31

|                |                                                                                                   |            |
|----------------|---------------------------------------------------------------------------------------------------|------------|
|                | Ori Katz                                                                                          | .50 hrs.   |

01/24/24    Prepared (.3) for debtor professionals call and participated in same (1.0).

Jeannie Kim                    1.30 hrs.

01/25/24    Reviewed supplemental common interest agreement (.6) and acknowledgment of same (.1); corresponded with R. Michelson, P. Califano, R. Harris, R. Charles, D. Egan, A. Diamond, and D. Azman requesting review and execution of supplemental common interest agreement (.5); corresponded with D. Egan and S. Williamson regarding same (.1); corresponded with R. Harris regarding same (.1).

Jeannie Kim                    1.40 hrs.

01/26/24    Corresponded with D. Azman regarding review and execution of supplemental common interest agreement (.2).

Jeannie Kim                    .20 hrs.

01/26/24    Correspondence to R. Charles requesting review and execution of supplemental common interest agreement (.2).

Jeannie Kim                    .20 hrs.

01/29/24    Corresponded with P. Pascuzzi, S. Williamson, and D. Azman regarding review and execution of common interest agreement (.2); prepared common interest execution tracker (.2); reviewed voice mail message from R. Michelson regarding same (.1); updated open workstreams checklist (.3).

Jeannie Kim                    .80 hrs.

01/30/24    Prepared for and attended call debtor co-counsel regarding open administration items.

Alan  H. Martin                .70 hrs.

01/30/24    Participated in weekly debtor professionals' call (1.0); prepared for Feb. 6 debtor professionals' call (.2).

Jeannie Kim                    1.20 hrs.

01/30/24    Corresponded with L. Linksy regarding proposed final common interest agreement (.2); conferred and corresponded with R. Michelson regarding same (.4); conferred with A. Martin regarding common interest agreement (.3)



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          February 15, 2024
Alternatives                                                                                   Invoice 380100158
Ori Katz                                                                                       Page 12 of 31

Jeannie Kim                          .90 hrs.


*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 4.10 | $ 956.00 | $ 3,919.60 |
| Ori Katz | 1.90 | $ 1,084.00 | $ 2,059.60 |
| Jeannie Kim | 10.00 | $ 756.00 | $ 7,560.00 |
| Totals | 16.00 | $ 846.20 | $ 13,539.20 |


## Business Operations


01/02/24      Corresponded with B. Riley as to cash management issues 2x.

              Alan  H. Martin                    .20 hrs.

01/02/24      Analyzed items as to the cash management/poll items.

              Alan  H. Martin                    .60 hrs.

01/02/24      Telephone conference with B. Riley as to cash management procedures.

              Alan  H. Martin                    .40 hrs.

01/02/24      Developed strategy regarding stipulation to govern non-debtor entity withdrawal of
              pooled investment accounts (.6); corresponded with W. Weitz regarding same (.2);
              reviewed and revised draft stipulation regarding same (.3).

              Jeannie Kim                        1.10 hrs.

01/02/24      Revised stipulation re balanced pool.

              Gianna  E. Segretti                3.00 hrs.

01/04/24      Telephone conference with C. Hansen regarding balanced pool (.3); revised stipulation
              regarding same (1.4); corresponded with J. Passarello regarding same (.1)

              Jeannie Kim                        1.80 hrs.

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                February 15, 2024
Alternatives                                                                                                                                      Invoice 380100158
Ori Katz                                                                                                                                            Page 13 of 31

01/04/24         Conferred with W. Weitz re balanced pool background (0.5). Revised stipulation re
                 balanced pool (0.7).

                 Gianna  E. Segretti                          1.20 hrs.

01/05/24         Follow-up regarding stipulation regarding continued use of Balanced Pool accounts in
                 ordinary course (.2).

                 Jeannie Kim                                  .20 hrs.

01/08/24         Follow-up regarding stipulation regarding continued use of Balanced Pool accounts in
                 ordinary course (.2).

                 Jeannie Kim                                  .20 hrs.

01/09/24         Review and analyze draft stipulation to amend cash management order re: pooled
                 investment account.

                 Amanda  L. Cottrell                          .70 hrs.

01/09/24         Follow-up regarding stipulation regarding continued administration of Balanced Pool
                 accounts in ordinary course (.3); corresponded with P. Pascuzzi regarding same (.1).

                 Jeannie Kim                                  .40 hrs.

01/10/24         Attention to potential need to seek additional relief in connection with cash
                 management motion (1.7).

                 Ori Katz                                     1.70 hrs.

01/10/24         Corresponded with P. Pascuzzi regarding administration of investments in ordinary
                 course (.1).

                 Jeannie Kim                                  .10 hrs.

01/11/24         Call with debtor to discuss questions raised by debtor re operations (.5).

                 Ori Katz                                     .50 hrs.

01/11/24         Review and comment on draft stipulation to amend final cash management order.

                 Amanda  L. Cottrell                          .30 hrs.

Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 14 of 31

| 01/11/24 | Reviewed draft comments on stipulation to amend cash management order in connection with ordinary course use of Balanced Pool funds (.2). | |
|---|---|---|
| | Jeannie Kim | .20 hrs. |
| 01/15/24 | Analyzed investment pool account information. | |
| | Alan  H. Martin | .70 hrs. |
| 01/15/24 | Reviewed internal comments on stipulation regarding administration of Balanced Pool accounts in ordinary course (.3); corresponded with P. Pascuzzi regarding same (.1). | |
| | Jeannie Kim | .40 hrs. |
| 01/16/24 | Reviewed various items received concerning cash management developments. | |
| | Alan  H. Martin | .40 hrs. |
| 01/17/24 | Reviewed various correspondence and information from the client as to cash management items and steps. | |
| | Alan  H. Martin | .40 hrs. |
| 01/17/24 | Attention to potential need for revisions to cash management order based on questions raised by debtor (.5). | |
| | Ori Katz | .50 hrs. |
| 01/17/24 | Developed strategy regarding administration of investment accounts (.3). | |
| | Jeannie Kim | .30 hrs. |
| 01/19/24 | Analyzed items as to cash management implementation steps. | |
| | Alan  H. Martin | .70 hrs. |
| 01/19/24 | Correspondence with the client team as to cash management implementation items. | |
| | Alan  H. Martin | .10 hrs. |
| 01/22/24 | Follow-up regarding ordinary course administration of investment accounts (.1). | |
| | Jeannie Kim | .10 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 15 of 31

01/22/24        Analyzed Balanced Pool considerations.

                Gianna  E. Segretti              .10 hrs.


*Timekeeper Summary of: Business Operations*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| Alan  H. Martin | 3.50 | $ 956.00 | $ 3,346.00 |
| Ori Katz | 2.70 | $ 1,084.00 | $ 2,926.80 |
| Gianna  E. Segretti | 4.30 | $ 708.00 | $ 3,044.40 |
| Amanda  L. Cottrell | 1.00 | $ 836.00 | $ 836.00 |
| Jeannie Kim | 4.80 | $ 756.00 | $ 3,628.80 |
| Totals | 16.30 | $ 845.52 | $ 13,782.00 |


## Employee Benefits and Pensions


01/22/24        Corresponded with M. Flanagan regarding PTO guidance (.1); corresponded with K.
                Kelsey and W. Weitz regarding same (.2).

                Jeannie Kim                      .30 hrs.

01/22/24        Telephone conference with P. Pascuzzi regarding strategy regarding separating
                employees and treatment of priority claims of same (.1); conferred with A. Martin
                regarding same (.1).

                Jeannie Kim                      .20 hrs.

01/24/24        Telephone conference with client team regarding PTO claims (.3); reviewed and
                analyzed final order regarding wages motion (.6); telephone conference with P.
                Pascuzzi regarding same and PTO guidance (.2); drafted email memorandum to client
                team regarding same (.4); corresponded with B. Riley team regarding updated
                procedures regarding PTO claims (.2); telephone conference with K. Kelsey regarding
                updated PTO guidance and procedures (.1).

                Jeannie Kim                      1.80 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 16 of 31

| 01/30/24 | Telephone conference with K. Kelsey regarding employee benefits to be paid at separation (.3); corresponded with K. Kelsey regarding same (.4); drafted form separation letter (.4); reviewed correspondence from U.S. Trustee and committee regarding consent to Employee Obligations to be paid under final wages order (.2); corresponded with P. Pascuzzi regarding same (.4). |
|---|---|

|  | Jeannie Kim | 1.70 hrs. |
|---|---|---|

| 01/31/24 | Reviewed and revised form separation letter (.2); corresponded with K. Kelsey regarding same (.1). |
|---|---|

|  | Jeannie Kim | .30 hrs. |
|---|---|---|

*Timekeeper Summary of: Employee Benefits and Pensions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Jeannie Kim* | *4.30* | *$ 756.00* | *$ 3,250.80* |
| *Totals* | *4.30* | *$ 756.00* | *$ 3,250.80* |

## Claims Administration and Objections

| 01/09/24 | Telephone conference with B. Whitaker and coordinated filing and service of certificate of service regarding notice of bar dates (.4). |
|---|---|

|  | Jeannie Kim | .40 hrs. |
|---|---|---|

| 01/16/24 | Reviewed certificate of service filed by Omni regarding service of bar date notices (.1); corresponded with P. Egloff regarding second publications of bar date publication notice (.1). |
|---|---|

|  | Jeannie Kim | .20 hrs. |
|---|---|---|

| 01/17/24 | Corresponded with P. Egloff regarding status of publication notices of bar dates (.1). |
|---|---|

|  | Jeannie Kim | .10 hrs. |
|---|---|---|

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 17 of 31

| 01/18/24 | Corresponded with B. Whitaker regarding status of confidential certificate of service regarding service of survivor bar date notice (.1); reviewed confidential FTP established to share confidential survivor proofs of claim with committee (.2); corresponded with Omni team regarding confidential FTP for committee access to proofs of claim (.3); telephone conference with B. Whitaker regarding same (.2) |
| --- | --- |

|  | Jeannie Kim | .80 hrs. |
| --- | --- | --- |

| 01/19/24 | Corresponded with P. Egloff regarding status of publication notice placements (.1). |
| --- | --- |

|  | Jeannie Kim | .10 hrs. |
| --- | --- | --- |

| 01/19/24 | Conferred and corresponded with K. Nownes regarding FTP for transmittal of confidential claims to committee professionals (.4). |
| --- | --- |

|  | Jeannie Kim | .40 hrs. |
| --- | --- | --- |

| 01/24/24 | Corresponded with Omni team regarding confidential certificates of service regarding service of bar date notice (.2). |
| --- | --- |

|  | Jeannie Kim | .20 hrs. |
| --- | --- | --- |

| 01/26/24 | Corresponded with P. Pascuzzi, P. Gaspari, and B. Weinstein regarding debtor team access to survivor proofs of claim (.2). |
| --- | --- |

|  | Jeannie Kim | .20 hrs. |
| --- | --- | --- |

| 01/29/24 | Corresponded with T. Phinney regarding filing and service of confidential certificate of service regarding service of bar date notices (.2). |
| --- | --- |

|  | Jeannie Kim | .20 hrs. |
| --- | --- | --- |

| 01/30/24 | Corresponded with G. Egloff regarding La Prensa publication of bar date notice (.1); corresponded with Omni team regarding Sheppard Mullin (.2) and client team (.1) access to confidential proofs of claims; finalized final form of claims confidentiality agreement (.1); corresponded with debtor professionals requesting review and execution of same (.2); follow-up correspondence with B. Michael regarding claims confidentiality agreement (.1) |
| --- | --- |

|  | Jeannie Kim | .80 hrs. |
| --- | --- | --- |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                February 15, 2024
Alternatives                                                                                          Invoice 380100158
Ori Katz                                                                                              Page 18 of 31

01/31/24     Coordinate Sheppard Mullin access and review of confidential survivor claims (2.8); corresponded with B. Whitaker regarding committee and client access to same (.4); corresponded with B. Michael regarding committee access to same (.2); conferred and corresponded with B. Whitaker regarding confidential FTP and claims register (.6); corresponded with P. Pascuzzi and W. Weitz regarding debtor professionals' access to confidential claims (.3); reviewed and analyzed claims procedures order (.1); tracked confidential claim access (.2); corresponded with Omni team and T. Phinney regarding claims tracking (.1); corresponded with P. Pascuzzi regarding committee member access to confidential claims (.1); corresponded with B. Michael regarding same (.1); corresponded with T. Phinney regarding confidential certificates of service regarding bar date notices (.1).

             Jeannie Kim                         5.00 hrs.


*Timekeeper Summary of: Claims Administration and Objections*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Jeannie Kim* | *8.40* | *$ 756.00* | *$ 6,350.40* |
| *Totals* | *8.40* | *$ 756.00* | *$ 6,350.40* |


**Analysis/Strategy**


01/09/24     Conference with S. Gersten to review client documents for production  and preparation for custodian interviews.

             Amanda  L. Cottrell                 .80 hrs.

01/09/24     Review and reply to Paul Pascuzzi's client correspondence concerning the named insurer's requests for copies of document production to Committee.

             Amanda  L. Cottrell                 .20 hrs.

01/09/24     Analyze tracker focusing on Committee document requests to prepare questions for B. Riley.

             Amanda  L. Cottrell                 .50 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

01/12/24        Analyze and draft proposed schedule for client meetings to collect documents responsive to Rule 2004 requests.

                Amanda  L. Cottrell                    1.00 hrs.

01/15/24        Analyze client documents and prepare materials for custodian interviews.

                Amanda  L. Cottrell                    3.00 hrs.

01/24/24        Analyze discovery for production and to prepare written responses.

                Amanda  L. Cottrell                    2.00 hrs.

01/25/24        Conference with P. Pascuzzi re: ongoing review for Abuse Claim RFPs.

                Amanda  L. Cottrell                     .50 hrs.

01/26/24        Conference with Matt Benz re: legal research issues on certain privileges.

                Amanda  L. Cottrell                     .30 hrs.

01/30/24        Review and analyze client documents for Rule 2004 discovery.

                Amanda  L. Cottrell                    1.20 hrs.

01/31/24        Call with Rob Harris.

                Amanda  L. Cottrell                     .50 hrs.

01/31/24        Call from Andy Caine to discuss pending RFPs and confirm no February 2024 debtor deposition.

                Amanda  L. Cottrell                     .20 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Analysis/Strategy*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Amanda  L. Cottrell* | *10.20* | *$ 836.00* | *$ 8,527.20* |
| *Totals* | *10.20* | *$ 836.00* | *$ 8,527.20* |

## Discovery

01/02/24    Correspondence with Pachulski and client team regarding updates and conferrals on phased discovery.

        Amanda  L. Cottrell        1.00 hrs.

01/03/24    Attention to upcoming discovery matters, including rolling production in response to committee requests (2.7).

        Ori Katz        2.70 hrs.

01/04/24    Follow up re open items related to committee discovery requests (2.6).

        Ori Katz        2.60 hrs.

01/04/24    Conference with Paul Pascuzzi to provide update on the status of discovery and production to the Committee.

        Amanda  L. Cottrell        .90 hrs.

01/05/24    Correspondence with client re: document collection.

        Amanda  L. Cottrell        .10 hrs.

01/08/24    Analyze Committee's RFPs and draft email to P. Carney, Fr. Summerhays, and M. Flanagan on resources needed for upcoming custodian interviews.

        Amanda  L. Cottrell        2.00 hrs.

01/08/24    Developed strategy to respond to insurer's requests to review document production.

        Amanda  L. Cottrell        .30 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

01/08/24        Organize information and prepare summary email to P. Pascuzzi Committee RFPs.

                    Amanda  L. Cottrell                          .50 hrs.

01/09/24        Conference with W. Weitz and C. Hanson of B. Riley to discuss Committee discovery.

                    Amanda  L. Cottrell                        1.20 hrs.

01/10/24        Review and analyze client documents for key issue tagging and follow up with client team during custodian interviews.

                    Amanda  L. Cottrell                        2.40 hrs.

01/12/24        Prepare for and confer with Chris Johnson and Steven Gersten re: Committee Rule 2004 discovery.

                    Amanda  L. Cottrell                          .90 hrs.

01/12/24        Draft correspondence to Pachulski re: Rule 2004 discovery questions and format.

                    Amanda  L. Cottrell                          .40 hrs.

01/14/24        Prepare outline and materials for client site visit re: document collection.

                    Amanda  L. Cottrell                        3.00 hrs.

01/16/24        Analyzed various data items from the client team concerning 2004 discovery requests.

                    Alan  H. Martin                          .80 hrs.

01/16/24        On-site interviews with client team to identify and discuss potentially responsive information re: Rule 2004 discovery requests.

                    Amanda  L. Cottrell                        8.50 hrs.

01/16/24        Meet with client team re discovery in response to the Committee's subpoena.

                    Steven  G. Gersten                        7.20 hrs.

01/17/24        Analyzed various data items received as to 2004 requests.

                    Alan  H. Martin                          .90 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 22 of 31

01/17/24     Correspondence re: establishing standing weekly calls to discuss Committee's Rule 2004 discovery.

Amanda  L. Cottrell                    .20 hrs.

01/17/24     On-site interviews with client team to identify and discuss potentially responsive information re: Rule 2004 discovery requests.

Amanda  L. Cottrell            10.00 hrs.

01/17/24     Meet with client team re discovery in response to the Committee's subpoena.

Steven  G. Gersten            7.60 hrs.

01/18/24     Attention to discovery issues being raised by committee in connection with debtor's production under Rule 2004 (2.4).

Ori Katz                    2.40 hrs.

01/18/24     Draft list of follow up of collection issues following custodian interviews.

Amanda  L. Cottrell            1.70 hrs.

01/19/24     Examined items received as to the 2004 requests.

Alan  H. Martin                .90 hrs.

01/19/24     Draft list of discovery action items in support of response to the Committee's subpoena following meetings with client team.

Steven  G. Gersten            3.30 hrs.

01/23/24     Reviewed items concerning pending 2004 production.

Alan  H. Martin                .60 hrs.

01/23/24     Follow up with Sheppard litigation team re discovery progress (.5).

Ori Katz                    .50 hrs.

01/23/24     Review proposed debtor response to committee position on discovery matters (1.8).

Ori Katz                    1.80 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          February 15, 2024
Alternatives                                                                                    Invoice 380100158
Ori Katz                                                                                        Page 23 of 31

01/23/24        Conference with Committee Counsel Brittany Michael, Gillian Brown and their
                financial advisors.

                        Amanda  L. Cottrell                  1.00 hrs.

01/23/24        Developed strategy re responses to specific additional questions from committee
                counsel and their financial advisors.

                        Amanda  L. Cottrell                  .50 hrs.

01/24/24        Prepared updates to documents (concerning 2004) as to various parties.

                        Alan  H. Martin                      .80 hrs.

01/24/24        Conference with M. Flanagan, P. Carney, and Fr. Summerhays re: continuing action
                items to collect Rule 2004 documents.

                        Amanda  L. Cottrell                  .60 hrs.

01/25/24        Call with attorneys Pascuzzi and Cottrell to discuss claim discovery (.5).

                        Ori Katz                             .50 hrs.

01/25/24        Conference with Kerry Kelleher re: collection of additional documents or information.

                        Amanda  L. Cottrell                  1.00 hrs.

01/25/24        Call with non-debtor counsel Rob Charles, Allan Diamond and others.

                        Amanda  L. Cottrell                  1.10 hrs.

01/25/24        Conference with Paul Gaspari, Daniel Zamora and Paul Pascuzzi re: discovery issues.

                        Amanda  L. Cottrell                  .70 hrs.

01/26/24        Reviewed various correspondence from client concerning 2004 items and responses.

                        Alan  H. Martin                      .50 hrs.

01/26/24        Correspondence to schedule calls with targets of Committee's Rule 2004 discovery.

                        Amanda  L. Cottrell                  .50 hrs.

01/26/24        Correspondence with Kerry Kelleher.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic        February 15, 2024
Alternatives                                                                                 Invoice 380100158
Ori Katz                                                                                     Page 24 of 31

        Amanda  L. Cottrell           .70 hrs.

01/29/24     Conference with counsel for cemeteries, seminary and certain high schools Peter Califano, Paul Pascuzzi, Steven Gersten, Dan Egan, Steve Williamson, Rob Harris.

        Amanda  L. Cottrell           1.00 hrs.

01/29/24     Prepare for and attend call with Marvin Sanchez to plan for additional IT collection.

        Amanda  L. Cottrell           .60 hrs.

01/29/24     Attention to production of additional files from B. Riley.

        Amanda  L. Cottrell           .20 hrs.

01/29/24     Correspondence to Marvin Sanchez re: IT discovery issues.

        Amanda  L. Cottrell           .10 hrs.

01/29/24     Correspondence to Mike DeFrancesco at Sage re Committee's requests.

        Amanda  L. Cottrell           .10 hrs.

01/29/24     Conference call from Wayne Weitz.

        Amanda  L. Cottrell           .70 hrs.

01/30/24     Call and voice message to Andy Caine after his email asking for new Sage call different from prior Committee request.

        Amanda  L. Cottrell           .10 hrs.

01/30/24     Draft detailed email responses to Marvin Sanchez.

        Amanda  L. Cottrell           .30 hrs.

01/30/24     Call with Alex Russo of Sage.

        Amanda  L. Cottrell           .30 hrs.

01/30/24     Prepare for and interview Mary Connolly.

        Amanda  L. Cottrell           1.00 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    February 15, 2024
Alternatives                                                                                             Invoice 380100158
Ori Katz                                                                                                 Page 25 of 31

| 01/31/24 | Prepared comments as to proposed confidential data protocol. |
|---|---|
| | Alan  H. Martin                    .40 hrs. |

| 01/31/24 | Correspondence to Paula Carney, Michael Flanagan, Fr. Summerhays, and Marvin Sanchez, among others, for discovery. |
|---|---|
| | Amanda  L. Cottrell                    .30 hrs. |

| 01/31/24 | Conference with Lisa Linsky re: Sacred Heart High School. |
|---|---|
| | Amanda  L. Cottrell                    1.20 hrs. |

*Timekeeper Summary of: Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 4.90 | $ 956.00 | $ 4,684.40 |
| Ori Katz | 10.50 | $ 1,084.00 | $ 11,382.00 |
| Amanda  L. Cottrell | 45.10 | $ 836.00 | $ 37,703.60 |
| Steven  G. Gersten | 18.10 | $ 756.00 | $ 13,683.60 |
| Totals | 78.60 | $ 858.19 | $ 67,453.60 |

**Written Discovery**

| 01/22/24 | Draft and revise written objections and responses to Stage One RFPs. |
|---|---|
| | Amanda  L. Cottrell                    1.50 hrs. |

| 01/23/24 | Drafting and revising written discovery responses and document review. |
|---|---|
| | Amanda  L. Cottrell                    5.10 hrs. |

| 01/24/24 | Review, edit, and comment on objections and responses to the Stage One requests in the Committee's Rule 2004 subpoena in advance of Jan. 26, 2024 deadline for serving same. |
|---|---|
| | Steven  G. Gersten                    .50 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          February 15, 2024
Alternatives                                                                                    Invoice 380100158
Ori Katz                                                                                        Page 26 of 31

01/25/24          Coordinated service of written discovery responses (.2).

                         Jeannie Kim                              .20 hrs.

01/26/24          Attention to objections and responses to committee's discovery request pursuant to
                  Rule 2004 (2.7).

                         Ori Katz                                2.70 hrs.

01/26/24          Prepared revised draft of Debtor's responses and objections to Committee's Stage One
                  Rule 2004 subpoenas (1.8).

                         Matt Benz                               1.80 hrs.

01/29/24          Conducted research in support of discovery objections (3.6).

                         Matt Benz                               3.60 hrs.

01/30/24          Conducted research in support of discovery objections (1.7).

                         Matt Benz                               1.70 hrs.

*Timekeeper Summary of: Written Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 2.70 | $ 1,084.00 | $ 2,926.80 |
| Amanda  L. Cottrell | 6.60 | $ 836.00 | $ 5,517.60 |
| Jeannie Kim | 0.20 | $ 756.00 | $ 151.20 |
| Steven  G. Gersten | 0.50 | $ 756.00 | $ 378.00 |
| Matt Benz | 7.10 | $ 520.00 | $ 3,692.00 |
| Totals | 17.10 | $ 740.68 | $ 12,665.60 |

## Document Production

01/04/24          Exchanged emails with committee counsel re document productions.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 27 of 31

|  |  | J. Barrett Marum | .10 hrs. |
|---|---|---|---|

01/04/24    Review and analyze client financial documents prepared for new production set.

|  |  | Amanda  L. Cottrell | 1.10 hrs. |
|---|---|---|---|

01/04/24    Draft cover letter for and serve by email the Debtor's fourth production of documents in response to the Committee's requests for production.

|  |  | Steven  G. Gersten | 1.00 hrs. |
|---|---|---|---|

01/07/24    Conducted legal research regarding scope and format of production (2.6).

|  |  | Matt Benz | 2.60 hrs. |
|---|---|---|---|

01/08/24    Review and analyze client documents for issue tagging, possible redaction, and production.

|  |  | Amanda  L. Cottrell | 2.50 hrs. |
|---|---|---|---|

01/10/24    Review and analyze client documents for issue tagging, possible redaction, and production.

|  |  | Amanda  L. Cottrell | 1.80 hrs. |
|---|---|---|---|

01/11/24    Review and analyze client documents for issue tagging, possible redaction, and production.

|  |  | Amanda  L. Cottrell | 2.50 hrs. |
|---|---|---|---|

01/18/24    Review and analyze client documents for issue tagging, possible redaction, and production.

|  |  | Amanda  L. Cottrell | 1.30 hrs. |
|---|---|---|---|

01/22/24    Review and analyze client documents for issue tagging, possible redaction, and production.

|  |  | Amanda  L. Cottrell | 2.00 hrs. |
|---|---|---|---|

01/22/24    Review, analyze, and redact documents to prepare them for production in response to the Committee's Rule 2004 subpoena.

|  |  | Steven  G. Gersten | 3.30 hrs. |
|---|---|---|---|



| 01/24/24 | Review and prepare client files for production. |
|---|---|

Amanda  L. Cottrell        4.50 hrs.

| 01/26/24 | Revise and finalize written responses to Rule 2004 RFPs and prepare document production with input from Debtor's representatives and professionals. |
|---|---|

Amanda  L. Cottrell        3.80 hrs.

| 01/26/24 | Review, analyze, and redact documents to prepare them for production in response to the Committee's Rule 2004 subpoena (11.6); draft cover letter and serve DEBTOR005 production (.8). |
|---|---|

Steven  G. Gersten        12.40 hrs.

*Timekeeper Summary of: Document Production*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *J. Barrett Marum* | *0.10* | *$ 904.00* | *$ 90.40* |
| *Amanda  L. Cottrell* | *19.50* | *$ 836.00* | *$ 16,302.00* |
| *Steven  G. Gersten* | *16.70* | *$ 756.00* | *$ 12,625.20* |
| *Matt Benz* | *2.60* | *$ 520.00* | *$ 1,352.00* |
| *Totals* | *38.90* | *$ 780.71* | *$ 30,369.60* |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 29 of 31

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda L. Cottrell | 82.40 | $ 836.00 | $ 68,886.40 |
| Ori Katz | 19.60 | $ 1,084.00 | $ 21,246.40 |
| Alan H. Martin | 15.10 | $ 956.00 | $ 14,435.60 |
| J. Barrett Marum | 2.10 | $ 904.00 | $ 1,898.40 |
| Matt Benz | 9.70 | $ 520.00 | $ 5,044.00 |
| Steven G. Gersten | 45.30 | $ 672.56 | $ 30,466.80 |
| Jeannie Kim | 39.00 | $ 756.00 | $ 29,484.00 |
| Eduardo G. Linares | .20 | $ 520.00 | $ 104.00 |
| Gianna E. Segretti | 17.50 | $ 708.00 | $ 12,390.00 |

**Total Fees for Professional Services**  $ 183,955.60



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 01/10/24 | A. Cottrell - Airfare (01/15/24-01/17/24) to San Francisco for Custodian Interviews. | 927.20 |
| 01/11/24 | S. Gersten - Airfare to San Francisco for the Custodian Interview in the RCASF matter. (01.15.2024-01.17.2024) | 736.20 |
| 01/15/24 | S. Gersten - Lyft from the airport to the hotel in San Francisco for the Custodian Interview in the RCASF matter. | 47.38 |
| 01/16/24 | A. Cottrell - Uber from the airport to the hotel in San Francisco for Custodian Interviews. | 97.61 |
| 01/16/24 | A. Cottrell - Uber from the hotel to the client to conduct Custodian Interviews. | 33.84 |
| 01/16/24 | S. Gersten - Lyft from the client to the hotel in San Francisco for the Custodian Interview in the RCASF matter. | 18.98 |
| 01/17/24 | A. Cottrell - Lodging 01.15.24-01.17.24 - .Hotel charges in San Francisco for Custodian Interviews. | 719.12 |
| 01/17/24 | A. Cottrell - Uber from the hotel to the client to conduct Custodian Interviews. | 35.43 |
| 01/17/24 | A. Cottrell - Uber from the client to the hotel after the Custodian Interviews. | 34.68 |
| 01/17/24 | A. Cottrell - Uber from the hotel to the airport after concluding the Custodian Interviews. | 98.53 |
| 01/17/24 | S. Gersten - Hotel stay (01/15/24-01/17/24) in San Francisco for the Custodian Interview in the RCASF matter. | 637.42 |
| 01/18/24 | A. Cottrell - Parking at DFW Airport for the duration of travel to San Francisco for Custodian Interviews. | 139.90 |
| 01/18/24 | A. Cottrell - Inflight Wi-Fi - San Francisco for Custodian Interviews. | 19.00 |
| 01/18/24 | S. Gersten - Parking at DFW airport for the duration of the Custodian Interview in the RCASF matter. (01.15.2024-01.18.2024) | 81.00 |
| 12/18/23 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2. Statement Date: 12/31/2023 | 9.50 |
| 01/17/24 | A. Cottrell - Dinner at the hotel after the duration of the Custodian Interviews before the flight back to DFW. | 66.00 |
| 01/17/24 | A. Cottrell - Breakfast at the hotel in San Francisco for Custodian Interviews. | 52.25 |

**Total Disbursements** $\qquad$ **$ 3,754.04**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

February 15, 2024
Invoice 380100158
Page 31 of 31

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 12/14/23 | 380098012 | 146,098.17 | 145,627.60 | 470.57 | 0.00 | 0.00 | -45,402.25 | $ 100,695.92 |
| 01/17/24 | 380098510 | 129,298.90 | 129,008.40 | 290.50 | 0.00 | 0.00 | 0.00 | 129,298.90 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 229,994.82 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 187,709.64 |
| **Total Due For This Matter** | **$ 417,704.46** |

Case: 23-30564    Doc# 520-1    Filed: 02/29/24    Entered: 02/29/24 13:38:10    Page 203 of 245

**<u>Exhibit 4</u>**

**Letter to Client Regarding Application**

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

Ori Katz
415.774.3238 direct
okatz@sheppardmullin.com

Our File Number:  90YY-375176

February 29, 2024

***VIA E-MAIL***

Rev. Patrick Summerhays
Vicar General, Moderator of the Curia
Archdiocese of San Francisco
1 Peter Yorke Way
San Francisco, CA 941096602
Summerhays.Patrick@sfarch.org

Re:     *In re The Roman Catholic Archbishop of San Francisco*, (Case No. 23-30564)
        Sheppard Mullin's First Interim Fee Application

Dear Rev. Summerhays:

We enclose an electronic, PDF copy of our first interim application for award and allowance of compensation and reimbursement of expenses (the "Sheppard First Interim Fee Application") incurred as co-counsel for The Roman Catholic Archbishop of San Francisco in the above-referenced chapter 11 bankruptcy case, my supporting declaration, and all supporting exhibits.

A debtor in possession must exercise reasonable business judgment in monitoring the fees and expenses of its professionals, which amounts will be paid by the debtor's bankruptcy estate, subject to court approval.  We invite you to discuss with us any objections, concerns or questions you may have regarding the Sheppard First Interim Fee Application.  The Office of the United States Trustee will also accept your comments.  The bankruptcy court will consider the Sheppard First Interim Fee Application, and any objections to it asserted and filed by any party in interest on or before March 21, 2024, or fourteen days before the hearing on the Sheppard First Interim Fee Application, which has been scheduled for April 4, 2024, at 1:30 p.m.

**Sheppard**Mullin

Rev. Patrick Summerhays
February 28, 2024
Page 2


If you have no objections to the Sheppard First Interim Fee Application, please simply let me know by email at your earliest convenience.  Should you have any questions, objections or other concerns regarding the Sheppard First Interim Fee Application please do not hesitate to contact me.

Very truly yours,

Ori Katz
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Enclosures

cc:     Paula Carney, Esq.
        Paul J. Pascuzzi, Esq.
        Alan H. Martin, Esq.


SMRH:4892-6408-6185.1

**Exhibit 5**

**Professional Biographies of Sheppard Mullin Attorneys**

# SheppardMullin



→ **Ori Katz**

**Partner**
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

T:  +1.415.774.3238
C: +1.415.517.6907
F:  +1.415.434.3947
okatz@sheppardmullin.com

Ori Katz is a partner in the Finance and Bankruptcy Practice Group in the firm's San Francisco office and a member of the firm's Executive Committee.

**Areas of Practice**

Ori specializes in business bankruptcies and other aspects of insolvency law. He has represented debtors, individual creditors, creditors' committees, parties purchasing assets out of bankruptcy and parties involved in bankruptcy litigation. He has successfully reorganized companies in a wide range of industries, including real estate, retail, construction, biotech, agriculture, telecommunications, media and the internet. He has also represented lenders in connection with receiverships, loan workouts, restructurings, foreclosures and borrower bankruptcies, and acted as receivership counsel in connection with various appointments. Ori is a frequent speaker on matters relating to bankruptcy and insolvency law.

## Honors

Best Lawyers in America (Litigation - Bankruptcy), *Best Lawyers,* 2024

Top Bankruptcy Lawyer, *Daily Journal*, 2022

Fellow, American College of Bankruptcy

500 Leading U.S. Bankruptcy and Restructuring Lawyers, *Lawdragon,* 2020, 2022-2023

Leading Bankruptcy/Restructuring Lawyer, *Chambers and Partners*, 2013-2023

Best Lawyers in America (Bankruptcy and Creditor/Debtor Rights/Insolvency and Reorganization Law), *Best Lawyers,* 2017-2024

Lawyer of the Year, (Bankruptcy and Creditor/Debtor Rights/Insolvency and Reorganization Law), *Best Lawyers,* 2019, 2023

Northern California Super Lawyer, *Super Lawyers*, 2014-2024

Northern California Rising Star, *Super Lawyers*, 2010-2013

Listed in *Legal 500*, 2012

Co-Chair, *California Bankruptcy Forum*, 23rd Annual Insolvency Conference (May 2011)

www.sheppardmullin.com

## Articles

**Finance & Bankruptcy Law Blog**
- "Dealing with the Financial Impact of the Coronavirus," March 6, 2020

## Media Mentions

Imperial Toy Plans Sale to Ja-Ru
*The Deal*, 11.19.2019

Patriot National D&O Payouts Can Resume, Judge Says
*Law360*, 04.02.2018

Lawsuit Claims Profit Rights to Martin Scorsese's 'Silence' Were Fraudulently Transferred
*The Hollywood Reporter*, 02.01.2017

Crunchies Food Snags Disclosure Statement Approval
*The Deal Pipeline*, 05.07.2015

Crunchies Wins Sale Nod
*The Deal Pipeline*, 10.23.2014

Vail Lake wins fourth exclusivity extension
*The Deal Pipeline*, 09.26.2014

Vail Lake wins sale approval
*The Deal Pipeline*, 09.02.2014

Speyside Fund to acquire Pacific Steel assets
*The Deal Pipeline*, 08.07.2014

Easy Life Furniture to liquidate in Chapter 11
*The Deal Pipeline*, 05.02.2014

PSC secures final DIP use
*The Deal Pipeline*, 04.11.2014

Vail Lake extends exclusivity
03.20.2014

MMFX exits Chapter 11
*Daily Deal/The Deal*, 08.12.2011

MMFX Steel set to exit in August
*Daily Deal/The Deal*, 07.27.2011

MMFX wins access to reduced DIP
*Daily Deal/The Deal*, 03.03.2011

www.sheppardmullin.com

MMFX seeks final clearance to use DIP
*Daily Deal/The Deal*, 12.23.2010

MMFX Steel joins Canadian affiliates in Ch. 11
*Daily Deal/The Deal*, 12.14.2010

## Speaking Engagements

Speaker, *CRYPTO COLLAPSE: What Does 2023 Hold in Store for the Crypto World?,* presented by Turnaround Management Association, January 25, 2023

Speaker, *Navigating Bankruptcy Without Sinking the Ship*, presented by ADR Services, Inc., July 27, 2022

Speaker, *Cryptocurrency and Blockchain: What Is It? How Does It Apply to Restructurings and Bankruptcy?*, presented to the ABI Winter Leadership Conference, December 11, 2021

Speaker, *Delivering The Sizzle and The Steak In Sub. Chapter V Cases*, presented to the Central California Bankruptcy Association 2021 Institute, September 23, 2021

Speaker, Subchapter V: Practical Insights from the Leading Edge, presented to the Northern California Chapter, Turnaround Management Association, March 31, 2021

Speaker, *Techniques in Valuing and Selling Closely Held Businesses*, presented to the Bay Area Bankruptcy Forum, January 14, 2020

Speaker, *The Party's Over; Now, Who's Cleaning Up?: The Post-Apocalyptic Landscape Following a § 363 Sale*, presented at the ABI's Winter Leadership Conference, December 6, 2019

Speaker, *Recent Developments in Business Bankruptcy*, presented at the Bar Association of San Francisco's Commercial Law and Bankruptcy Section's Annual Symposium, October 22, 2019 and November 6, 2019

Speaker, *Business Bankruptcy Developments in 2019*, presented at the Western Bankers Association, Bank Counsel Seminar, October 10, 2019

Speaker, *Recent Developments in Business Bankruptcy*, presented at the Bar Association of San Francisco's Commercial Law and Bankruptcy Section's Annual Symposium, October 23, 2018 and November 7, 2018

Speaker, *Insolvency Issues in Business Cases*, presented by the Sacramento Valley Bankruptcy Forum, 2018 Fall Symposium, November 9, 2018

Speaker, *Bankruptcy & Tax: Navigating the Perilous Waters of the New Tax Code*, presented by the Bar Association of San Francisco's Commercial Law and Bankruptcy section, September 11, 2018

Speaker, *The Fight Between Secured Creditors and Junior or Unsecured Creditors in Bankruptcy*, presented at the ABI's Bankruptcy Battleground West Conference, March 6, 2018

Speaker *Recent Developments in Business Bankruptcy*, presented at the Bar Association of San Francisco's Commercial Law and Bankruptcy Section's Annual Symposium, November 7, 2017

Speaker, *Gift-Wrapped Sales and Structured Dismissals*, presented by the Bay Area Bankruptcy Judges' Conference, April 14, 2017

Speaker, *Cutting Edge Chapter 11 Issues,* presented by the Central California Bankruptcy Institute, September 23, 2016

Speaker, *Technology and IP – Distressed Asset Sale Processes and Issues,* presented by the Special Assets Management Association, October 22, 2015

Speaker, *Stacking the Deck: Identifying and Protecting Assets and Pre-Petition Business Performance*, presented by the California Bankruptcy Forum, 27th Annual Insolvency Conference, May 16, 2015

Speaker, *Individual Chapter 11 Cases*, presented at the ABI's Bankruptcy Battleground West Conference, March 24, 2015

Moderator, *Financing the Business Receivership*, presented by the California Receiver's Forum at the Loyola VI Complex Case Symposium, January 24, 2015

Speaker, *5th Annual Year End Restructuring Market Review*, presented by the Turnaround Management Association, November 20, 2014

Speaker, *All the World's a Stage (Mock Cross Examination)*, presented by the National Conference of Bankruptcy Judges, 88th Annual Meeting, Plenary Session, October 10, 2014

Speaker, *Hot Topics: Substantive Consolidation in Bankruptcy Cases*, presented by the California State Bar, Business Law Section, Webinar, May 29, 2014

Moderator, *A Judges' Discussion of Best Practices for Effective Advocacy Revisited*, presented by the California Bankruptcy Forum, 26th Annual Insolvency Conference, May 17, 2014

Speaker, *Mock Hearing: Confirmation Issues*, presented at the ABI's 25th Annual Winter Leadership Conference, December 6, 2013

Speaker, *363 Sales – Is the Fast Track the Right One for You?,* presented by the ABI Southwest Bankruptcy Conference, August 23, 2013

Speaker, *Receivership vs. ABC vs. Bankruptcy,* presented by the California Receiver's Forum at the Loyola V Complex Case Symposium, January 19, 2013

Speaker, *Business Insolvency Essentials: Chapter 11 Bankruptcy and More,* presented by Pincus Professional Education, September 28, 2012

Speaker, *Special Asset Considerations in Chapter 11 Cases,* presented by the ABI Southwest Bankruptcy Conference, September 9, 2011

Speaker, *Real Estate Issues in Bankruptcy Cases,* presented by The Business, Commercial & Bankruptcy Law Section of the Barristers Club, December 6, 2010.

Speaker, *Recent Developments in Asset Sales,* presented by the California Law and Bankruptcy Section of the Bar Association of San Francisco, October 24, 2008

Program Moderator, *Bankruptcy Practice 101: An In-Depth Guide to Practice in the U.S. Bankruptcy Courts Taught by Current and Former Law Clerks,* February 8, 2008

## Memberships

Member, Insolvency Law Committee, Business Law Section, State Bar of California

Member, Bay Area Bankruptcy Forum

Member, State Bar of California

Member, American Bar Association

Member, Bar Association of San Francisco

## Podcasts & Webinars

Nota Bene Episode 140: Navigating Troubled Company Acquisitions in the Wake of COVID-19 with Ori Katz (Summer Repeat)
08.25.2021

Nota Bene Podcast Episode 132: 2021 Business Bankruptcy Trends with Ori Katz
06.30.2021

## Practices

Bankruptcy and Restructuring

Bankruptcy Litigation

Commercial Lending and Financial Transactions

Commercial Mortgage Backed Securities ("CMBS")

Distressed Acquisitions Under Bankruptcy Code
§ 363

Distressed Real Estate Loan Workouts and Enforcement

Municipal and Public Entity Restructuring

## Industries

Blockchain

Blockchain and Fintech

Financial Services

Fintech

# Sheppard Mullin

## Education

J.D., Boston University, 2000, *magna cum laude*

B.A., University of California, Santa Barbara, 1996

## Clerkships

Extern to the Honorable Lynne Riddle, U.S. Bankruptcy Judge for the Central District of California

Extern to the Honorable William C. Hillman, U.S. Bankruptcy Judge for the District of Boston, Massachusetts

## Admissions

California

Federal Ninth Circuit Court of Appeals

Northern, Southern, Eastern and Central District Courts of California

www.sheppardmullin.com

# Sheppard Mullin



→ **William R. Wyatt**

**Partner**                                   T: +1.650.815.2655
1540 El Camino Real              C: +1.415.713.2695
Suite 120                               F: +1.650.815.4697
Menlo Park, CA 94025          bwyatt@sheppardmullin.com

Bill Wyatt is a partner in the Finance and Bankruptcy and Corporate Practice Groups in the firm's Silicon Valley and San Francisco offices. He is also a member of the Asset-Based Lending Team.

**Areas of Practice**

Bill started as an associate at Sheppard Mullin in 1982 and became a partner in January 1990. He specializes in commercial law, real and personal property secured loan transactions, workouts and bankruptcy.

Bill has significant experience handling a broad range of financing transactions, including secured and unsecured credit facilities, bond and note financings, public finance transactions, letters of credit and other credit enhancements, derivative products, real property secured transactions, asset-based accounts, inventory and equipment financing transactions, equipment leasing transactions (including aircraft and rail) and project finance transactions. He has been involved in negotiating and documenting lines of credit secured by accounts, inventory, equipment and real estate, construction loans, and credit enhancements for tax-exempt bond and certificate of participation transactions. He also has experience with aircraft leasing and lending, ship financing, rail car and other types of equipment financing transactions, and has negotiated and documented both leveraged and non-leveraged leases of aircraft and rail equipment and manufacturing and medical facilities. Bill also regularly advises clients on swap and other derivatives transactions and related issues.

While his practice is focused primarily on transaction planning and documentation, he has substantial experience with loan workouts and the bankruptcy aspects of financial transactions. He has represented both institutional lenders, lessors and borrowers.

**Representative Transactions**

Represented domestic commercial bank in loan to aircraft lessor.

Representation of indenture trustee of certificate of participation issuance in Chapter 9 bankruptcy of the Richmond Unified School District

Representation of Wells Fargo Bank, Comerica Bank and Union Bank of California as issuers of direct-pay letters of credit to support variable rate bonds issued by the California Pollution Control Financing Authority

Representation of commercial finance company as purchaser of both taxable and tax-exempt bonds issued by the California State Community Development Authority and various city and county redevelopment authorities to finance various schools and healthcare facilities

www.sheppardmullin.com

# SheppardMullin

Representation of Union Bank of California, as agent and lender in connection with a secured revolving mortgage warehouse facility to a leading housing tax credit syndicator

Representation of agent bank in connection with workout and restructure of a syndicated financing to a captive finance company making real estate secured development loans to national mini-storage developer

## Honors

Best Lawyer in America, Banking and Finance, *Best Lawyers*, 2018-2024

## Articles

**Corporate & Securities Law Blog Posts**
- "Sheppard Submits Comments to Main Street Loan Program," April 17, 2020

## Media Mentions

Sheppard Mullin's Finance and Bankruptcy practice supports client's aggressive growth plan by streamlining process to remove manual work
*Office & Dragons*, 10.17.2022

Sheppard Mullin Represents Kratos Defense & Security Solutions Inc.
*San Diego Business Journal*, 05.26.2014

Sheppard Mullin Advises Kratos In $625 Million Note Offering
*Daily Journal*, 05.13.2014

Sheppard Mullin Advises RadNet In Tender Offer
*Daily Journal*, 03.11.2014

## Events

MCLE Marathon 2023 with Elimination of Bias Credit
Sheppard Mullin Silicon Valley Office, 01.13.2023

The Next Four Years in Finance & Bankruptcy - The Road Ahead After the U.S. 2020 Election
Webinar, 12.08.2020

The Mortgage Banking Industry – 2019 in Review and A Look Ahead Webinar
02.04.2020

Breakfast With Your Finance & Bankruptcy Lawyers
Why The Boilerplate Is Important
Sheppard Mullin New York, 03.17.2016

www.sheppardmullin.com

Breakfast With Your Finance & Bankruptcy Lawyers
Detroit and the Future of Municipal Bankruptcy: What We've Learned
04.30.2015

Breakfast With Your Finance & Bankruptcy Lawyers
Leverage Buyouts & Fraudulent Conveyances Risks
07.23.2014

Roundtable With Your Finance & Bankruptcy Lawyers
Intercreditor Agreements – What and How to Negotiate Them to Get What You Need
05.22.2014

Breakfast With Your Finance & Bankruptcy Lawyers
Municipal Bankruptcies - What To Learn From Detroit?
Sheppard Mullin New York, 03.11.2014

Breakfast With Your Finance & Bankruptcy Lawyers
Enforcement of Judgments - Between Contract Enforcement and Bankruptcy
Sheppard Mullin New York, 10.31.2013

Breakfast With Your Finance & Bankruptcy Lawyers
Real Estate Bankruptcy Issues: Cash Collateral, the Automatic Stay, Assignments of Rent, Lease Assumption
and Rejection and Plan Issues
Sheppard Mullin New York, 04.12.2013

Lunch With Your Finance & Bankruptcy Lawyers
Real Estate Bankruptcy Issues: Cash Collateral, the Automatic Stay, Assignments of Rent, Lease Assumption
and Rejection and Plan Issues
Sheppard Mullin Washington, D.C., 04.08.2013

Breakfast With Your Finance & Bankruptcy Lawyers
The Future Of Metavante And Its Impact On New Financings Supported by Hedges
Sheppard Mullin New York, 01.16.2013

## Memberships

Member, Bar Association of San Francisco

Member, Corporation, Banking and Business Law and Real Property, Probate and Trust Law Sections, American
Bar Association

Member, Financial Lawyer's Conference, Bankruptcy Study Group

## Podcasts & Webinars

MCLE Marathon 2023 with Elimination of Bias Credit
01.13.2023

www.sheppardmullin.com

The Next Four Years in Finance & Bankruptcy
12.08.2020

## Practices

Commercial Lending and Financial Transactions

Real Estate, Energy, Land Use & Environmental

Healthcare

Bankruptcy and Restructuring

Bankruptcy Litigation

Derivatives and Structured Products

Distressed Acquisitions Under Bankruptcy Code
§ 363

Distressed Real Estate Loan Workouts and Enforcement

Real Estate Finance

## Industries

Aviation

Blockchain

Blockchain and Fintech

Energy, Infrastructure and Project Finance

Financial Services

Fintech

Healthcare

## Education

J.D., Stanford University, 1982

M.S., Mechanical Engineering, Purdue University, 1979

B.S., Mechanical Engineering, Purdue University, 1977, *with distinction*

## Admissions

California

New York

## Additional Office

New York

www.sheppardmullin.com

**Sheppard**Mullin



→ **Alan H. Martin**

**Partner**
650 Town Center Drive
Tenth Floor
Costa Mesa, CA 92626

T: +1.714.424.2831
C: +1.714.222.3332
F: +1.714.513.5130
amartin@sheppardmullin.com

Alan Martin is a partner in the Finance and Bankruptcy Practice Group and Co-leader of the firm's Bankruptcy Litigation Team. He specializes in commercial finance law, corporate restructuring, asset acquisition and disposition, bankruptcy, workouts, enforcement of creditors rights and remedies, and related commercial litigation.

**Areas of Practice**

Alan's expertise includes extensive work in bankruptcy and state courts, as well as structured finance documentation in domestic and international matters. He also represents insurers, special servicers, creditors committees, secured and unsecured creditors, trustees, landlords, federal receivers, equipment lessors and debtors, along with various parties in municipal restructurings. Alan's experience includes knowledge of the commercial real estate, healthcare, food and beverage, retail, manufacturing, hospitality, insurance and recreation industries.

## Honors

*Best Lawyers*, Orange County Litigation - Bankruptcy Lawyer of the Year, 2014-2015 and 2017-2018, 2020-2024

*Legal 500*, Corporate Restructuring, 2007, 2012-2017

*Best Lawyers in America*, Bankruptcy and Creditor-Debtor Rights Law, 2007-2024

2012 "Best in Sales" SPIRE Award, Commercial Real Estate Women, Orange County Chapter, February 2013 for the Catholic Diocese of Orange's acquisition of the Crystal Cathedral Campus

Recommended Lawyer - Tax: Not-for-profit, *Legal 500*, 2022

## Experience

**Representative Matters**

- Represented the Catholic Diocese of Orange in the successful, contested acquisition of the Crystal Cathedral site and 30 acre campus from the Chapter 11 estate of the Crystal Cathedral Ministries.
- Represented creditors committee and subcommittee in Chapter 9 municipal insolvency proceedings of the County of Orange, California.
- Represented agent bank on loan workout, bankruptcy, enforcement of creditor's rights, lien litigation, guarantor proceedings and related REO sales concerning several large syndicated commercial loans to a national residential developer.

www.sheppardmullin.com

- Represented agent bank on a large, syndicated loan concerning a partially completed ski resort hotel complex in Northern California. The representation entailed creditor's rights enforcement as to numerous obligors in bankruptcy proceedings, related state court receivership proceedings and extensive lien litigation.

- Represented insurers regarding both trade credit and varied related insurance issues in retailers' Chapter 11 proceedings.

- Represented agent bank on loan workout, extensive land use issues, enforcement of creditor's rights, and lien and guarantor litigation concerning a series of syndicated and participated loans made to a large national official shopping mall developer in Southern California.

- Represented federal receiver in SEC receivership proceedings concerning an illegal investment program which victimized over 1,000 investors nationwide. Representation entailed, among other things, disposition of extensive resort-related real estate holdings in several states, pursuit of litigation against various company officials and development of a distribution plan to the investors.

- Represented health care lenders concerning loan workouts, receiverships and creditor's rights enforcement of rights and remedies concerning a series of clinic, hospital and senior care locations.

- Represented creditors committee in the Chapter 11 proceedings of large home improvement retailer House2Home, which entailed disposition of extensive inventory and commercial real estate holdings and related issues throughout the Western United States.

- Represented existing lender in successful, heavily contested "new value" equity acquisition of Chapter 11 reorganized multi-family real estate debtors. The debtors owned several large apartment complexes in four states and the court-approved acquisition by the secured lender-related entity occurred over the objection of the old equity holders.

- Represented international food and beverage broker/creditor in the federal court receivership of Asian seafood importer.

- Represented equipment lessor in Chapter 11 proceedings of office supply store chain, including successful trial result concerning "true lease" treatment of the agreements concerning the extensive equipment involved.

## Articles

- Co-Author of California Mechanics Liens and Related Construction Remedies (4th ed Cal CEB 2012)
- "What Do The 2005 Bankruptcy Amendments Mean For The Healthcare Industry?" June 22, 2005

**Finance & Bankruptcy Law Blog Posts**

- "Dealing with the Financial Impact of the Coronavirus," March 6, 2020
- "Chapter 9 - California and Federal Bankruptcy Law/Relative Bargaining Positions," June 29, 2012
- "What Do the Bankruptcy Amendments Mean for the Healthcare Industry?", June 11, 2005
- "So Your Customer Filed for Bankruptcy Protection: What to Expect Under the New Bankruptcy Act", May 19, 2005

www.sheppardmullin.com

## Speaking Engagements

He is frequent speaker on various banking, commercial law, bankruptcy and healthcare topics.

## Events

PPP and Other Assistance Programs – What's Worked, What Hasn't and What to Do Going Forward
2020 Restaurant Legal Summit Virtual Edition
10.14.2020

Foreclosure Litigation and Receivership: What it Entails and Looking Forward
Webinar, 09.22.2020

The Workout of Distressed Properties
Real Estate on the Ground Webinar Series
09.10.2020

Managing Distress in the Cannabis Industry – Meeting Challenges and Opportunities
Webinar, 09.09.2020

Municipal Restructurings after COVID-19: State Bankruptcies? What's Next?
Webinar, 04.28.2020

Navigating Complex Legal Issues Resulting From COVID-19: What Retailers Need to Know
Webinar, 03.18.2020

## Memberships

Chairman of the Board, Regional Center of Orange County, 2013-2019

Board of Directors, Regional Center of Orange County, 2006-2012; 2013-2020

Board of Directors, Special Olympics of Southern California, 2020-Present

Member and Chair, Orange County Regional Leadership Council - Special Olympics

Member, Pujols Family Foundation - Southern California Advisory Board

Member, Orange County Bankruptcy Forum

Member, Los Angeles Bankruptcy Forum

Member, Orange County Bar Association

Member, American Bar Association

Member, American Bankruptcy Institute

Screening Committee, Ninth Circuit Bankruptcy Judgeships for the Central District of California, 1991-1993, 2000

Former member, Board of Directors, California Bankruptcy Forum, 1997-2000

Former President, Orange County Bankruptcy Forum, 1997-1998

www.sheppardmullin.com

Former President, Orange County Chapter of the University of Virginia Alumni Association, 1989-1995

## Podcasts & Webinars

Foreclosure Litigation and Receivership: What it Entails and Looking Forward
09.22.2020

Cannabis Webinar Wednesday - Managing Distress in the Cannabis Industry – Meeting Challenges and Opportunities
09.09.2020

Municipal Restructuring Post COVID 19: State Bankruptcies? What's Next Webinar
04.28.2020

## Practices

Bankruptcy and Restructuring

Bankruptcy Litigation

Commercial Lending and Financial Transactions

Municipal and Public Entity Restructuring

Asset Based Lending

Commercial Mortgage Backed Securities ("CMBS")

Debtor in Possession (DIP) Financing

Equity Sponsor Finance

International Reach

China

Litigation

Distressed Acquisitions Under Bankruptcy Code
§ 363

Distressed Real Estate Loan Workouts and Enforcement

Equipment Leasing

Financial Services Litigation

Real Estate Finance

Syndicated Credit Facilities

## Industries

Artificial Intelligence

Cannabis

Energy, Infrastructure and Project Finance

Food and Beverage

Healthcare

Hospitality

Insurance

Nonprofit

REIT

Retail, Fashion & Beauty

## Education

J.D., University of Virginia School of Law, 1987

B.A., University of Virginia, 1984, *high honors*

## Admissions

U.S. District Courts for Central, Eastern, Northern and Southern Districts of California

U.S. Supreme Court

## Additional Office

Los Angeles



# SheppardMullin

→ **J. Barrett Marum**

**Partner**
1540 El Camino Real
Suite 120
Menlo Park, CA 94025

T:  +1.650.815.2683
bmarum@sheppardmullin.com

Barrett Marum is a Partner in the Finance and Bankruptcy and Business Trial Practice Groups in the firm's San Diego and Silicon Valley offices.

**Areas of Practice**

Barrett practices in the areas of bankruptcy law and commercial litigation. He has experience representing parties involved in complex insolvency proceedings, including representing creditors and other parties in pre-bankruptcy litigation, workout negotiations and bankruptcy proceedings. Barrett also has a wide variety of experience representing plaintiffs, defendants and court-appointed receivers in disputes in state and federal court, including claims involving breach of contract, real property, unfair business practices, business torts, federal banking laws and regulations and borrower litigation against lenders.

## Honors

Best Lawyers in America, Bankruptcy, *Best Lawyers*, 2018-2024

## Experience

**Representative matters**

- Counsel to the Chapter 7 Trustee *in re Pacific Metro, LLC*, United States Bankruptcy Court for the Northern District of California, Case No. 10-55788-SLJ.

- Debtors' counsel in six administratively consolidated bankruptcy cases pending in the Southern District of California *in re Vail Lake Rancho California, LLC*, Case No. 12-16684-LA11.

- Obtained confirmation on behalf of a Chapter 11 Trustee, within 175 days of the Trustee's appointment, of a full payment and fully consensual plan *in re Ramesh and Sina Akhtarzad*, Central District of California Case No. 2:11-bk-61640-RN.

- Counsel to the Official Joint Committee of Unsecured Creditors *in re Siliken Manufacturing USA, Inc. and Siliken USA, Inc.*, administratively consolidated into Southern District of California Case No. 13-00119-CL11

- Represented ad hoc committee of owners of eleven franchises in Pat & Oscar's bankruptcy proceedings filed in the Central District of California.

- Represented a receiver appointed by the Northern District of California over real estate in California, Arizona and Idaho worth multiple millions. Assisted the Receiver in successfully liquidating all assets of the estate.

www.sheppardmullin.com

- Represented a receiver appointed over a cable franchise in National City and Chula Vista. Obtained approval of sale of the business to lender via a credit bid.
- Represented secured creditor holding a claim in excess of $9 million in bankruptcy proceedings pending in the Central District of California.
- Obtained stay relief in a single asset real estate case for a secured creditor owed more than $15 million.
- Second chair trial counsel for a lender in a breach of guaranty action filed in Fresno Superior Court that resulted in a $7.5 million judgment for the lender.
- Represented affordable housing developer's equity interests as a co-plan proponent in Chapter 11 proceedings pending in the Western District of Tennessee.
- Special litigation counsel and counsel to equity interest holder in San Diego bankruptcy proceedings involving the enforceability of affordable housing restrictions.
- Represented a creditor with a claim against several debtors of more than $115 million. Obtained confirmation of a Chapter 11 plan of liquidation as a co-plan proponent.
- Obtained sua sponte summary judgment for a client on fraudulent transfer claims asserted by one of a debtor's creditors.
- Negotiated and documented workouts of multi-million dollar loans for a major lender.
- Lead attorney representing a major originator and holder of option-arm and negative amortization loans in hundreds of borrower lawsuits across the United States.

## Speaking Engagements

Panelist, Presentation on Fraudulent Transfers and Preferences, California Bankruptcy Forum, Young Insolvency Professionals, May 2014

Panelist, Distress Asset Sales, Association for Corporate Growth, June 15, 2010

## Events

No "Magic Words" Needed - What Tribes Need to Know about Bankruptcy in Light of Lac du Flambeau v. Coughlin
07.27.2023

Protecting Your Company When Key Suppliers and Customers Enter Bankruptcy
Finance & Bankruptcy Roundtable
03.25.2015

## Memberships

Member, San Diego Bankruptcy Forum

Member, San Diego County Bar Association

Member, Federal Bar Association

# Sheppard Mullin

## Practices

Alternative Dispute Resolution

Bankruptcy and Restructuring

Bankruptcy Litigation

Commercial Lending and Financial Transactions

Debtor in Possession (DIP) Financing

Distressed Acquisitions Under Bankruptcy Code
§ 363

Distressed Real Estate Loan Workouts and Enforcement

E-Discovery

Financial Services Litigation

Litigation

## Industries

Food and Beverage

Mortgage Banking

## Education

J.D., University of California, Los Angeles, 2003, *Order of the Coif*

B.A., University of California at Berkeley, 2000, *High Honors*

## Clerkships

Judicial Law Clerk to the Honorable Thomas J. Whelan, U.S. District Judge for the Southern District of California

## Admissions

California

U.S. District Court for the Southern District of California

U.S. District Court for the Central District of California

U.S. District Court for the Northern District of California

U.S. District Court for the Eastern District of California

## Additional Office

San Diego (Downtown)

www.sheppardmullin.com

**SheppardMullin**



→ **Amanda L. Cottrell**

**Partner**
2200 Ross Avenue
20th Floor
Dallas, TX 75201

T:  +1.469.391.7432
F:  +1.469.391.7577
acottrell@sheppardmullin.com

Amanda Cottrell is a partner in the Business Trial Practice Group in the firm's Dallas office.

**Overview**

An aggressive trial lawyer, Amanda is a problem solver who helps individuals and companies protect their money and property in high-stakes litigation. While the subject matter of her practice can vary depending on a client's needs, there is always a common thread: strategic lawyering and successful results.

In the past 15 years, Amanda's complex deal litigation has covered a wide array of disputes. She has helped business leaders successfully navigate high stress situations usually arising from contracts, company break ups, and acquisitions – such as purchase price and working capital adjustments, business performance and earn-out disputes, breaches of contract terms, representations and warranties, or fiduciary and fraud claims. With representations spanning many industries, Amanda has honed her expertise primarily in the areas of real estate, oil and gas, healthcare, commercial contracts, insurance, and telecommunications.

Getting her start as a commercial real estate attorney, Amanda is considered a go-to real estate litigator by her peers and clients. She routinely represents data centers, real estate investors, banks, and special servicers in commercial disputes. Based in Texas, Amanda also has substantial experience in upstream oil and gas litigation. She has represented major oil and gas companies, independents, and landowners in disputes over mineral title ownership, operating agreements, surface use and damages, pooling, lease covenants, royalties, post-production processing costs, and co-tenancy accounting.

Amanda's clients and colleagues appreciate her attention to detail, hard work ethic and good judgment – and she is often brought in by her colleagues to either be the lead litigator on multidisciplinary teams or local counsel in Texas. Amanda supports the firm's restructuring practice, providing strategic counsel in contested matters filed in bankruptcy courts from coast to coast. She also partners with Sheppard Mullin's White Collar Defense and Corporate Investigation team with a focus on healthcare industry clients in fraud, false claims, and kickback matters being investigated or prosecuted by state and federal agencies.

Prior to joining Sheppard Mullin, Amanda spent nine years working with a team led by a former U.S. Attorney for the Northern District of Texas and an additional 20 months as a leader on a court-appointed compliance monitor team for a large international technology company.

Amanda is an avid distance runner, earning two varsity letters in cross country and track at Vanderbilt University. Her endurance and mental tenacity shine through in her law practice. Amanda's efforts have been recognized by colleagues and peers in a variety of legal publications, including *Best Lawyers*, *Super Lawyers*,

www.sheppardmullin.com

*Thomson Reuters* and *D Magazine*.

For the past three years, Amanda has served as Co-Chair of the North Texas Food Bank's *Partners 4 Hope Campaign* that has provided over one million nutritious meals to local families.

## Honors

Best Lawyers in America, *Best Lawyers*, 2024

Best Lawyers in Dallas, *D Magazine*, 2022

Texas Top Women - Rising Stars, *Super Lawyers,* 2022

Texas Rising Star, *Super Lawyers*, 2016-2022

Best Lawyers Under 40, *D Magazine*, 2019-2021

Dallas Bar Association WE LEAD Class of 2019

## Articles

- A Journey of Gratitude and Friendship: An Interview with Frank Stevenson
  *The Texas Lawbook*, 02.14.2024
- Zoomed to Perfection: Lawsuits Settled, Pajamas Approved
  *Headnotes Dallas Bar Association*, February 2024
- How SCOTUS 'Shook the Rails' on State Court Jurisdiction
  *The Texas Lawbook*, 07.12.2023
- Justices' Jurisdiction Ruling Could Increase Business Liability
  *Law360*, 06.02.2022

**Corporate & Securities Law Blog Posts**

- "Texas Revolution: State Legislature Creates New Business Court System to Handle Significant Commercial Disputes," July 28, 2023

## Media Mentions

Law360's 2023 Texas Editorial Advisory Board
*Law360*, 08.30.2023

 Donor Spot
*North Texas Food Bank Blog*, 03.28.2022

Alpha Media Hits Ch. 11 To Beat COVID-19 'Headwinds'
*Law360*, 01.25.2021

Sheppard Mullin Adds Dallas Litigation Partner
*The Texas Lawbook*, 05.13.2019

## Events

Do We Still Have A Deal? An Overview of Force Majeure and "Impossibility" In Texas Contracts
Webinar, 03.26.2020

## Memberships

Secretary, Dallas Chapter, Women in White Collar Defense Association

Member, Oil, Gas & Energy Resources Law Section, State Bar of Texas

At-Large Director of the Dallas Bar Association's Board of Director's 2024-2026

Member, Energy Section, Dallas Bar Association

## Podcasts & Webinars

Do We Still Have A Deal? An Overview of Force Majeure and "Impossibility" In Texas Contracts
03.26.2020

## Practices

Litigation

Bankruptcy Litigation

White Collar Defense and Corporate Investigations

Real Estate, Energy, Land Use & Environmental

Land Use Litigation

Bankruptcy and Restructuring

Construction

Distressed Real Estate Loan Workouts and Enforcement

## Industries

Energy, Infrastructure and Project Finance

## Education

J.D., Southern Methodist University, 2008, *magna cum laude, Order of the Coif*

B.A., Vanderbilt University, 2005, *summa cum laude*

## Admissions

Texas

U.S. District Courts for the Northern, Eastern, Southern and Western Districts of Texas

www.sheppardmullin.com

# SheppardMullin



→ **Jeannie Kim**

**Associate**
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

T:  +1.415.774.3114
JeKim@sheppardmullin.com

Jeannie Kim is an associate in the Finance and Bankruptcy Practice Group in the firm's San Francisco office.

**Areas of Practice**

Jeannie represents corporate debtors-in-possession, official committees of unsecured creditors, chapter 11 trustees, asset purchasers, and individual creditors in all aspects of complex chapter 11 cases, related litigation, state and federal receivership cases, state insolvency proceedings, and out-of-court workouts. She has also represented financial institutions, technology companies, commercial landlords, and vendors as secured creditors, contract counterparties, and administrative creditors in insolvency proceedings. Jeannie has also provided general legal counsel to commercial clients in a range of industries including technology, commercial leasing, entertainment, retail, hospitality, manufacturing and distribution, consumer products, alternative energy, mining, aviation, and real estate development.

## Honors

- Super Lawyers Northern Calif. "Rising Star" (2018 - 2020); Southern Calif. "Rising Star" (2013 - 2016)
- "Best Lawyers Under 40," National Asian Pacific American Bar Association (2018)
- "40 Under 40" Inaugural Class, American Bankruptcy Institute (2017)
- Rising Star Semi-Finalist, International Women's Insolvency and Restructuring Confederation (2017)

## Articles

- Hearts Are Still in San Francisco—The Bay Area's Case for a Comeback
  *Journal of Corporate Renewal*, 10.04.2023
- Guest Editor
  *Journal of Corporate Renewal, the member magazine for the Turnaround Management Association*, January 2020, July/August 2019
- Protecting Exclusive Distribution Rights for Patented Products and Other Licensed IP
  *The Licensing Journal, Volume 40 number 10*, November/December 2020
- Protecting Exclusive Distribution Rights for Patented Products and Other Licensed IP
  *Journal of Corporate Renewal*, July/August 2020

www.sheppardmullin.com

## Speaking Engagements

- American Bankruptcy Institute, Southwest Bankruptcy Conference, ABITalks Speaker, *Climate Change, Tourism, and Chapter 11: A Case Study of In re Redwood Empire Lodging, L.P.* (September 2022)
- American Bankruptcy Institute, Annual Spring Meeting, Panelist, *Reconsidering Value Allocation: Tools for Junior Stakeholders* (April 2022)
- American Bankruptcy Institute, Southwest Bankruptcy Conference, Panelist, *First Look at Small Business Reorganization Act Cases* (August 2021)
- Bar Association of San Francisco, Panelist, *Walks, Talks, and Smells Like Fraud: Ponzi Schemes in Bankruptcy* (September 2020)
- Bar Association of San Francisco, Commercial Law and Bankruptcy Section, Panelist, *Cannabis and Bankruptcy: The Hazy State of the Law* (July 2019)
- Association of Insolvency and Restructuring Advisors, Annual Bankruptcy & Restructuring Conference, Panelist, *Financial Toolbox* (June 2019, 2018, 2017, and 2016)
- American Bankruptcy Institute, Annual Winter Leadership Conference, *Should We File It Here or There? Venue Options in Cross-Border Cases* (December 2018)
- Bay Area Bankruptcy Forum, Judges' Night, *The Problems with Cannabis Cases* (September 2018)
- National Conference of Bankruptcy Judges 91st Annual Conference, Contestant, *'Fish Tank' Live at the Paris Hotel – Will the Shooter be Able to Sell Its Assets Without Successor Liability?* (October 2017)
- International Association of Korean Lawyers, 25th Annual Conference, Panelist, *New Kid on the Block* [Comparative review of specialized courts to adjudicate insolvency and restructuring proceedings in the U.S, South Korea, and Europe] (September 2017)
- National Asian Pacific American Bar Association, 26th Annual Conference, Moderator, *Where's the Money? Recovering Hidden Assets – International Judgment Enforcement* (November 2014)
- National Asian Pacific American Bar Association, 25th Annual Conference, Panelist, *Silver Linings Playbook: Playing Smart to Achieve Success* (November 2013)

## Events

Trending Legal Issues in the Retail Industry
Webinar, 06.16.2020

## Memberships

- Committee Member and Panelist, Roadways to the Bench, United States Bankruptcy Court for the Northern District of California, (April 2023)
- Co-Chair, Bench-Bar Liaison Committee for the United States Bankruptcy Court for the Northern District of California (2022 - 2023); Member (2020 - 2022)
- Turnaround Management Association (2017 - Present); Network of Women Chair, Northern California Chapter (2020 – 2023); *Journal of Corporate Renewal* Editorial Advisory Board (2019 - 2020)

- American Bankruptcy Institute (2010 - Present); Annual Southwest Bankruptcy Conference, Sponsorship Co-Chair (2022-2023); Advisory Board Member (2019 - 2023)
- Bar Association of San Francisco, Commercial Law and Bankruptcy Section, Vice Chair (2023); Treasurer (2022); Secretary (2021); Executive Committee Member (2019 - 2020)
- California Bankruptcy Forum - Bay Area, Orange County, or Los Angeles Forum Member (2010 - Present); Bay Area Bankruptcy Forum, Treasurer (2022 - 2023); Programming Committee Co-Chair (2020 – 2023); At-Large Director (2019 - 2021); General Education Co-Chair (34th Annual Insolvency Conference); Panel Co-Producer, General Session Education Program (32nd Annual Insolvency Conference); Young Insolvency Professionals Program Co-Chair (29th and 33rd Annual Insolvency Conference); Panel Co-Producer, Young Insolvency Professionals Program (28th and 27th Annual Insolvency Conferences)
- International Women's Insolvency and Restructuring Confederation (2010 - Present); Northern California Network Events Co-Chair (2016 - 2018)
- National Conference of Bankruptcy Judges, 2018 Education Committee (October 2018)
- Orange County Bar Association, Appointments Committee Member (2018)
- Orange County Asian American Bar Association (2011 - Present); 25th President (2018 - 2019); President-Elect (2017- 2018); Treasurer (2016 - 2017); Secretary (2015 - 2016); Director (2013 - 2015)
- National Asian Pacific American Bar Association, Direct/Affiliate Member (2009 - Present); Bankruptcy, Restructuring and Creditors'/Debtors' Rights Committee Co-Chair (2014- 2018)
- Collaborative Bar Leadership Academy (American Bar Association), Inaugural Class Member (2013); NAPABA Alumni Committee Representative (2014)
- University of California, Irvine – School of Law Domestic Violence Clinic, Attorney Supervisor (2014)

## Podcasts & Webinars

Trending Legal Issues in the Retail Industry
06.16.2020

## Practices

Bankruptcy and Restructuring

Bankruptcy Litigation

Distressed Acquisitions Under Bankruptcy Code
§ 363

## Industries

Financial Services

## Education

J.D. Loyola Law School, Los Angeles, 2009, Dean's Scholar (2005 - 2006)

**Sheppard**Mullin

Postgraduate Diploma, University of St. Andrews, 2006

B.A.,University of California, Los Angeles, 2002, Phi Alpha Theta History Honor Society, UCLA President's Washington Scholarship for Public Policy Research

## Clerkships

*Judicial Law Clerk to the Honorable Alan Jaroslovsky, U.S. Bankruptcy Court, Northern District of California.*

*Judicial Law Clerk to the Honorable Thomas E. Carlson (Recalled Judge), U.S. Bankruptcy Court, Northern District of California .*

*Judicial Law Clerk to the Honorable Deborah J. Saltzman, U.S. Bankruptcy Court, Central District of California.*

## Admissions

California

Federal Ninth Circuit Court of Appeals

Northern, Southern, Eastern and Central District Courts of California

www.sheppardmullin.com

# SheppardMullin



→ **Alexandria G. Lattner**

**Associate**
650 Town Center Drive
Tenth Floor
Costa Mesa, CA 92626

T: +1.714.424.2838
F: +1.714.428.5954
alattner@sheppardmullin.com

Alexandria Lattner is an associate in the Finance & Bankruptcy Practice Group in the firm's Orange County office.

**Areas of Practice**

Alexandria represents corporate chapter 11 debtors, secured creditors, and unsecured creditors in bankruptcy proceedings. She also has significant experience in commercial litigation and appellate matters.

## Articles

- Analysis of Just Energy Group Bankruptcy Proceedings
  *Financier Worldwide Magazine*, 01.2023

**Consumer Finance and Fintech Blog Posts**

- "CFPB Takes Aim at Prepaid Card Providers Distributing Government Benefits," February 18, 2022
- "CFPB Provides Guidance on How Consumers Can Obtain and Dispute Inaccuracies in Credit Reports," January 28, 2022

## Practices

Bankruptcy and Restructuring

Bankruptcy Litigation

Distressed Real Estate Loan Workouts and Enforcement

## Education

J.D., Pepperdine University School of Law, 2016, *cum laude*

B.A., Pepperdine University, 2012

## Clerkships

Judicial Law Clerk to the Honorable Robert N. Kwan, U.S. Bankruptcy Court, Central District of California

## Admissions

California

www.sheppardmullin.com

**SheppardMullin**



→ **Steven G. Gersten**

**Associate**
2200 Ross Avenue
20th Floor
Dallas, TX 75201

T:  +1.469.391.7444
F:  +1.469.391.7588
sgersten@sheppardmullin.com

Steven Gersten is an associate in the Business Trial Practice Group in the firm's Dallas office.

**Overview**

Steven solves clients' problems by quickly mastering the facts and the law and weaving them together to develop big-picture strategies and compelling presentations to achieve client-focused wins. He keeps an active trial practice, representing parties in complex business litigation in state, federal, and bankruptcy courts, arbitrations, and white collar defense and investigations.

Steven graduated *magna cum laude* from Washington University in St. Louis School, where he externed for the Honorable Raymond W. Gruender of the United States Court of Appeals for the Eighth Circuit, served as a Senior Staff Editor on the Washington University Law Review, was a two-time member of the National Moot Court team, and received the Judge Amandus Brackman Moot Court Award.

*Bankruptcy Litigation*

As a member of the firm's Bankruptcy Litigation practice, Steven advises debtors, creditors, and liquidating trustees on contested matters in complex Chapter 11 and Chapter 7 cases. He was a key member of the litigation teams in the Seadrill Partners LLC and Alpha Media cases, the latter of which was recognized as the Turnaround Management Association's "Large Company Turnaround of the Year" in 2021, and played key roles in successfully suing the Small Business Administration to enable multiple clients to obtain Payment Protection Plan loans despite still being in bankruptcy.

*Complex Commercial Litigation*

A true generalist, Steven represents clients big and small embroiled in high-stakes business litigation in state and federal courts, as well as arbitration. His clients span a range of industries, including telecom, transportation, aerospace and defense, software development, and healthcare, and he routinely represents them in matters involving complex contractual disputes, securities fraud, partnership disputes, trade secrets, restrictive covenant litigation, and defamation. Steven also regularly represents commercial real estate clients, including companies, banks, private lenders, and special servicers, in commercial disputes involving land use issues, contractual covenants, financial instruments, and commercial loan enforcement.

Steven's experience covers the entire litigation process, from pre-suit through trial or settlement, including significant wins for clients seeking or facing emergency injunctive relief. Steven's substantial experience with document collection and electronic discovery across a wide array of clients allows him to help clients navigate

www.sheppardmullin.com

the oft-burdensome discovery process as efficiently as possible, helping to minimize discovery-related litigation costs and business interruptions. In all cases, Steven channels his competitive nature to quickly become an expert on his clients' businesses and the legal matters at hand, while leveraging his experience and mastery of details to spot legal issues and formulate big picture strategies tailored to each clients' unique needs.

*White Collar Criminal Defense and Investigations*

In addition to his active litigation docket—and, at time, in tandem with it—Steven represents clients in civil and criminal matters prosecuted by federal and state agencies, with an emphasis on matters involving the False Claims Act. For the first few years of his career, Steven worked with a team led by a former U.S. Attorney for the Northern District of Texas and represented companies and individuals involved in DOJ and SEC investigations. Later, he served as a key team member for the court-appointed compliance monitor of a Chinese telecom company, where he led teams of lawyers and consultants conducting audits with a focus on international export controls and trade regulations administered by BIS and OFAC.

In connection with this work, Steven has become a seasoned investigator, with substantial experience managing and participating in multinational investigations with sensitive timelines and deliverables, many of which implicated potential liabilities in the tens- if not hundreds-of-millions of dollars. He has conducted thousands of witness interview, authored investigation reports, and advised general counsels and special board committees on an array of legal issues, including fraud allegations, false statements, corporate ethics issues, securities violations, and disclosure obligations.

## Honors

'Large Company Turnaround of the Year Award' for service as lead restructuring counsel to Alpha Media, *Turnaround Management Association's Chicago/Midwest Chapter*, 2021

## Articles

**Finance and Bankruptcy Law Blog Posts**

- "A Bankruptcy Conundrum: When You Must Seek Relief To Seek Relief," June 28, 2021

## Practices

Litigation

Bankruptcy Litigation

Distressed Real Estate Loan Workouts and Enforcement

## Education

J.D., Washington University School of Law, 2013, *magna cum laude*

B.A., Queens College, City University of New York, 2010 *cum laude*, *High Honors* in Psychology

# Sheppard Mullin

## Clerkships

Extern to the Honorable Raymond W. Gruender of the United States Court of Appeals for the Eighth Circuit.

## Admissions

Texas

U.S. District Court for the Northern District of Texas

www.sheppardmullin.com

# SheppardMullin



**Gianna Segretti**

**Associate**
650 Town Center Drive
Tenth Floor
Costa Mesa, CA 92626

T: +1.714.424.2822
gsegretti@sheppardmullin.com

Gianna Segretti is an associate in the Finance and Bankruptcy Practice Group in the firm's Orange County office.

**Areas of Practice**

Gianna practices in the areas of bankruptcy law and commercial litigation. She has experience representing creditors in bankruptcy litigation and proceedings as well as experience representing plaintiffs and defendants in disputes in state and federal court, including claims involving breach of contract, real property, unfair business practices, business torts, and federal banking laws and regulations.

## Media Mentions

Meet the Sheppard Mullin Litigator Facing Off with California Police Unions Over Misconduct Records
*The American Lawyer*, 08.03.2020

## Practices

Bankruptcy and Restructuring

Bankruptcy Litigation

Distressed Acquisitions Under Bankruptcy Code
§ 363

## Education

J.D., Santa Clara University, 2018, *cum laude*, *Order of the Coif*

B.A., University of California, Berkeley, 2006

## Admissions

California

Northern, Southern, Eastern and Central District Courts of California

www.sheppardmullin.com

**Sheppard**Mullin



➡ **Koray Erbasi**

**Associate**
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

T: +1.415.774.2937
F: +1.415.403.6239
kerbasi@sheppardmullin.com

Koray Erbasi is an associate in the Finance and Bankruptcy Practice Group in the firm's San Francisco office.

## Practices

Bankruptcy and Restructuring

## Education

J.D., University of California, Los Angeles, 2020

## Admissions

California

www.sheppardmullin.com

# SheppardMullin



→ **Scott Natsuhara**

**Associate**
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071

T: +1.213.617.5576
snatsuhara@sheppardmullin.com

Scott Natsuhara is an associate in the Finance and Bankruptcy Practice Group in the firm's Los Angeles office.

**Areas of Practice**

Before law school and joining Sheppard Mullin, Scott worked for Bank of America and Banc of California as a Business Banking Relationship Manager and Business Development Officer that focused on originating commercial loans.

## Articles

- "Will the Consumer Financial Protection Bureau Start Regulating Commercial Lending to Small Business? A brief analysis of the current state of commercial regulation and evaluating its future," USC Gould's Business Law Digest, January 9, 2021

**Consumer Finance and Fintech Blog**

- "New CFPB Circular: Reopening Closed Accounts May Violate CFPA," May 26, 2023

- "Washington State Enacts Credit Repair Law," May 12, 2023

- "CFPB: TILA Does Not Preempt State Commercial Financial Disclosures," April 10, 2023

## Practices

Bankruptcy and Restructuring

Commercial Lending and Financial Transactions

Corporate

Distressed Real Estate Loan Workouts and Enforcement

## Education

J.D., University of Southern California, 2022

B.A., University of California, San Diego, 2012

## Admissions

California

www.sheppardmullin.com

**Sheppard**Mullin



→ **Matt Benz**

**Associate**
321 North Clark Street
32nd Floor
Chicago, IL 60654

T: +1.312.499.6359
F: +1.312.962.0771
mbenz@sheppardmullin.com

Matt Benz is an associate in the Finance and Bankruptcy Practice Group in the firm's Chicago office.

**Areas of Practice**

Matt concentrates his practice on both debtor and creditor representations in all aspects of corporate restructuring, bankruptcy and financial distress.

## Articles

- Eye on Privacy: 2023 Year in Review
  01.26.2024
- Regulators' Focus On AI Highlights Risks For Lenders
  *Law360*, 10.16.2023
- How Fed's Crypto Denial Fits Into Broad Regulatory Movement
  *Law360*, 03.06.2023

**Consumer Finance and Fintech Blog Posts**

- "FTC Announces Settlement of Junk Fee Enforcement Action," February 9, 2024
- "CFPB Continues Focus on Credit Reporting with Guidance on FCRA Compliance," January 26, 2024
- "CFPB Brings String of Enforcement Actions to Round Out 2023," January 26, 2024
- "Federal Court Issues Nationwide Injunction of CFPB's Small Business Lending Rule," November 3, 2023
- "NY Federal Court Rules CFPB Vicarious Liability Suit Can Proceed," October 19, 2023
- "CFPB Initiates FCRA Rulemaking on Medical Debt and Data Brokers," October 5, 2023
- "FTC Judge Orders Tax Filing Software Company to Stop Advertising Products as 'Free'," September 21, 2023
- "FTC Settles FCRA Suit Against "People-Search" Companies," September 21, 2023
- "CFPB Sues Installment Lender for Alleged Loan Churning Operation," September 1, 2023
- "FTC Publishes INFORM Act Guidance for Third Party Sellers," August 25, 2023

www.sheppardmullin.com

- "CFPB Sues Auto-Loan Servicer for Allegedly Harming Consumers," August 18, 2023
- "CFPB Forecasts New Rule Cracking Down on Consumer Data Sales," August 18, 2023
- "Nevada EWA Legislation Creates Novel Regulatory Framework," August 4, 2023
- "Latest CFPB Supervisory Highlights Detail UDAAPs Across Range of Areas," August 4, 2023
- "CFPB Sues Lease-to-Own Finance Company for Allegedly Deceiving Consumers," July 20, 2023
- "Texas, Louisiana Enact Digital Asset Licensing Legislation," July 10, 2023
- "FTC Notifies Online Marketplaces of Obligations Under INFORM Act," June 23, 2023
- "CFPB Highlights Risks of Storing Funds in Digital Payment Apps," June 9, 2023
- "Colorado Approves DIDMCA Opt-Out, Raising Concerns for Consumer Credit Access," May 26, 2023
- "CFPB, FTC Continue Crack Down on Debt Relief Schemes," May 19, 2023
- "Lawsuit Challenges CFPB Reporting Rule for Small Business Lending," May 5, 2023
- "CFPB Statement of Interest Highlights Focus on Discriminatory Access to Credit," May 1, 2023
- "Federal Regulators Remain Focused on AI-based Discrimination," May 1, 2023
- "CFPB Director Elevates Priorities for Data Privacy & Repeat Offenders," April 14, 2023
- "CFPB Issues Guidance on "Abusive" Conduct in Financial Markets," April 10, 2023
- "NYDFS Examination of Crypto Payment Service Provider Ends in Settlement," April 10, 2023
- "CFPB, FTC Seek Public Comment on Tenant Background Checks," March 24, 2023
- "CFPB Report Details Financial Profiles of BNPL Borrowers," March 16, 2023
- "Recent CFPB Actions Focus on Protecting Military Families," March 3, 2023
- "Massachusetts AG Settles Enforcement Action Against Auto Lender," March 2, 2023
- "Latest CFPB Rule Proposal Takes Aim at Credit Card Late Fees," February 10, 2023
- "Fed Board Denies Crypto Firm's Bid to Join Federal Reserve System," February 2, 2023
- "Colorado AG Secures Latest Settlement over Unearned GAP Fees," January 26, 2023
- "Iowa AG Usury Investigation into Bank Partnership Ends in Settlement," January 19, 2023
- "CFPB and New York AG File Suit Against "Predatory" Auto Lender," January 12, 2023
- "CFPB and State Regulators Hone in on Interest-Bearing Crypto Accounts," December 15, 2022
- "CFPB Targets Financial Services Company for Deceptive Advertising," December 8, 2022

- "CFPB Issues Latest Crack Down on Junk Fees," November 11, 2022

## Books

Illinois Marijuana Laws and Regulations 2022
10.24.2022

## Practices

Bankruptcy and Restructuring

Bankruptcy Litigation

Distressed Acquisitions Under Bankruptcy Code
§ 363

Distressed Real Estate Loan Workouts and Enforcement

## Industries

Healthcare

Retail, Fashion & Beauty

Cannabis

## Education

J.D., University of Illinois, 2022, *magna cum laude*

B.A., University of Illinois at Urbana-Champaign, 2019

## Admissions

Illinois

# **Sheppard**Mullin



→ **Chris Lawrence**

**Associate**
650 Town Center Drive
Tenth Floor
Costa Mesa, CA 92626

T:  +1.714.424.2818
F:  +1.714.428.5930
clawrence@sheppardmullin.com

Chris Lawrence is an associate in the Business Trial Practice Group in the firm's Orange County office.

**Areas of Practice**

Chris represents clients in a variety of commercial and business litigation matters, including business torts/contracts, real estate litigation, and eminent domain.

Chris provides comprehensive litigation services for every stage of the litigation, including pre-lawsuit advisement and negotiation, discovery, law and motion, settlement, mediation and pre-trial preparation.

Chris is a committed *pro bono* attorney. He regularly represents parents in adoption proceedings and consistently volunteers at the Federal Pro Se Clinic in Santa Ana, California, providing legal advice to individuals representing themselves in federal civil actions. In addition, Chris has significant experience representing veterans and their families seeking benefits from the Department of Veterans Affairs. Before joining Sheppard Mullin, Chris served on Active Duty in the U.S. Navy Submarine Force.

## Honors

"Bob Gerber Pro Bono Award," 2023

## Practices

Litigation

## Industries

Cannabis

## Education

J.D., University of California, Irvine School of Law, 2021, *magna cum laude, Pro Bono High Honors; Staff Editor, UC Irvine Law Review;* Staff Editor *UC Irvine Journal of International, Transnational, and Comparative Law*; Finalist in the UC Irvine Moot Court Competition.

www.sheppardmullin.com

B.S., Arizona State University, 2015, *summa cum laude*

## Clerkships

During law school, Chris served as an extern to the Honorable Otis D. Wright II of the U.S. District Court for the Central District of California.

## Admissions

California

U.S. Court of Appeals for Veterans Claims

www.sheppardmullin.com



# SheppardMullin

→ **Eduardo Gutierrez Linares**

**Associate**
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

T: +1.415.774.2915
egutierrezlinares@sheppardmullin.com

Eduardo Gutierrez Linares is an associate in the Finance and Bankruptcy Practice Group in the firm's San Francisco office.

## Practices

Bankruptcy and Restructuring

## Education

J.D., University of California, Davis, 2023

B.S., University of California, Davis, 2019

## Admissions

California

## Languages

Spanish

www.sheppardmullin.com