James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **COVER SHEET TO FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 14, 2023 THROUGH JANUARY 31, 2024** |
| | Date:    April 4, 2024<br>Time:    1:30 p.m.<br>Place:    Via ZoomGov<br>Judge:   Hon. Dennis Montali |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**Summary Cover Sheet of Application**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Time period covered by this application: | 9/14/23 – 1/31/24 |
| Total compensation sought this period: | $548,662.50 |
| Total expenses sought this period: | $9,148.25 |
| Petition date: | 8/21/23 |
| Retention date: | 9/14/23 |
| Date of order approving employment: | 10/24/23 |
| Total fees approved by interim order to date: | N/A |
| Total expenses approved by interim order to date: | N/A |
| Total allowed fees paid to date: | N/A |
| Total allowed expenses paid to date: | N/A |
| Blended rate in this application for all attorneys based | $987.50 |
| Blended rate in this application for all timekeepers | $842.66 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $211,984.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $2,289.13 |
| Number of professionals included in this application: | 10 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 4 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4875-2798-4809.3 05068.002    2

## SUMMARY OF MONTHLY FEE STATEMENTS FOR THE INTERIM PERIOD

| Date Monthly Fee Statement Filed | Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Paid (80%) | Expenses Paid (100%) |
|---|---|---|---|---|---|---|
| 12/18/23 | 381 | 9/14/23 – 9/30/23 | $71,958.50 | $63.06 | $57,566.80 | $63.06 |
| 12/20/23 | 384 | 10/1/23 – 10/31/23 | $193,022.00 | $2,226.07 | $154,417.60 | $2,226.07 |
| 1/19/24 | 430 | 11/1/23 – 11/30/23 | $133,844.50 | $5,499.37 | $0.00 | $0.00 |
| 1/19/24 | 431 | 12/1/23 – 12/31/23 | $70,996.50 | $1,177.95 | $0.00 | $0.00 |
| 2/20/24 | 483 | 1/1/24 – 1/31/24 | $78,841.00 | $181.80 | $0.00 | $0.00 |

Summary of Objections to Monthly Fee Statements:  N/A

-end-

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>       Debtor and Debtor in Possession. | Case No.:  23-30564<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 14, 2023 THROUGH JANUARY 31, 2024**<br><br>Date:     April 4, 2024<br>Time:    1:30 p.m.<br>Place:   Via ZoomGov<br>Judge:  Hon. Dennis Montali |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

14875-2798-4809.3 05068.002

# TABLE OF CONTENTS

I. INTRODUCTION ..................................................................................................3

    A.    General Background and Present Posture of Case ......................................3

    B.    Employment of PSZJ ................................................................................3

    C.    Compensation Paid to PSZJ and Its Source ............................................3

    D.    PSZJ Monthly Fee Statements and Invoices for the Fee Period ..............4

II. PROJECT BILLING AND NARRATIVE STATEMENT OF SERVICES PSZJ
RENDERED ...........................................................................................................4

    A.    Asset Analysis ...........................................................................................5

    B.    Avoidance Actions Analysis ......................................................................6

    C.    Bankruptcy Litigation ...............................................................................6

    D.    Case Administration ..................................................................................7

    E.    Claims Administration/Objection .............................................................8

    F.    Compensation of Professionals .................................................................8

    G.    Compensation of Professionals/Other ......................................................9

    H.    Financial Filings .......................................................................................9

    I.    First Day ...................................................................................................9

    J.    General Creditors' Committee ..................................................................9

    K.    Hearings .................................................................................................10

    L.    Insurance Coverage/Insurance Litigation...............................................10

    M.    Mediation ...............................................................................................11

    N.    Meeting of and Communications With Creditors ...................................11

    O.    Plan and Disclosure Statement ...............................................................11

    P.    Relief from Stay .....................................................................................11

    Q.    Retention of Professionals.......................................................................11

    R.    Retention of Professionals/Others ..........................................................12

    S.    Stay Litigation ........................................................................................12

    T.    Travel .....................................................................................................12

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| U. | List of Expenses by Category | ............................................................12 |
| V. | Hourly Rates | ............................................................13 |
| W. | Professionals and Paraprofessionals | ............................................13 |
| X. | Client Review of Billing Statements | ....................................14 |
| Y. | Notice of Application and Hearing | ......................................14 |
| Z. | Voluntary Reductions | ............................................................14 |
| AA. | Other Compliance with Large Case Guidelines Requirements | ...............................14 |

III. THE FEES AND EXPENSES REQUESTED SHOULD  BE AWARDED BASED UPON APPLICABLE LAW ...............................................................16

| | | |
|---|---|---|
| A. | Evaluation of Requests for Compensation | .................................16 |
| B. | Section 330(a)(3) Factors | ............................................................17 |
| C. | Available Funds | ............................................................18 |

IV. CONCLUSION ...........................................................................................18

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4875-2798-4809.3 05068.002

ii

# TABLE OF AUTHORITIES

**Cases**

*American Benefit Life Ins. Co. v. Baddock* (*In re First Colonial Corp. of America*)
544 F.2d 1291 (5th Cir. 1977)..................................................................................... 17

*Burgess v. Klenske* (*In re Manoa Finance Co., Inc.*)
853 F.2d 687 (9th Cir. 1988)..................................................................................... 16

*Johnson v. Georgia Highway Express, Inc.*
488 F.2d 714 (5th Cir. 1974)............................................................................... 16, 17

*Kerr v. Screen Extras Guild, Inc.*
526 F.2d 67 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976) .................................. 16

**Statutes**

11 U.S.C. § 330 .......................................................................................... 2, 16, 17

11 U.S.C. §§ 101, et seq .................................................................................... 2, 3

11 U.S.C. §331 ....................................................................................................... 16

42 U.S.C. §2000 et seq ........................................................................................... 16

**Other Authorities**

Civil Rights Act of 1964 ........................................................................................ 16

**Rules**

Fed. R. Civ. P. 2016 ................................................................................................ 2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Debtor") in the above captioned chapter 11 case (the "Case") hereby submits its *First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 14, 2023 through January 31, 2024* (the "Application"), pursuant to sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2016, the *United States Trustee Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "Large Case Guidelines"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the Northern District of California*, dated February 19, 2014 (the "Local Guidelines"), and the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Docket No. 212] (the "Interim Compensation Order").

By the Application, PSZJ seeks interim allowance and payment in the total amount of $557,810.75 consisting of the following: (i) compensation in the amount of $548,662.50 for professional services PSZJ rendered to the Committee from September 14, 2023 through January 31, 2024 (the "Fee Period"), and (ii) reimbursement of expenses in the amount of $9,148.25 that PSZJ incurred during the Fee Period in connection with such services.

Summary charts detailing the amount of fees charged and hours worked by each of PSZJ's professionals and paraprofessionals during the Fee Period are incorporated here and set forth in **Exhibits A through E**.[1]

This Application is based upon the contents hereof, together with all exhibits attached hereto; the declaration of James I. Stang, filed concurrently herewith; the pleadings, papers, and

---

[1] The Office of the United States Trustee (the "UST") established the United States Trustee Guidelines (the "UST Guidelines"). The UST promulgated forms (the "UST Forms") to aid in compliance with the UST Guidelines. PSZJ's charts and tables based on those UST Forms are attached hereto as **Exhibits A-E**.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Pachulski Stang Ziehl & Jones LLP
Attorneys at Law
San Francisco, California

1  records on file in this Case; and any evidence or argument that the Court may entertain at the time

2  of the hearing on the Application.

3                                                    **I.**

4                                          **INTRODUCTION**

5  **A.      General Background and Present Posture of Case**

6          On August 21, 2023, the Debtor commenced the Case by filing a voluntary petition under

7  chapter 11 of Title 11 of the Bankruptcy Code, 11 U.S.C. §101 et seq. (the "<u>Bankruptcy Code</u>").

8  The Debtor is a debtor in possession. No trustee or examiner has been appointed in the Case.

9          On September 1, 2023, the Office of the United States Trustee (the "<u>UST</u>") appointed the

10 Committee.  The Committee consists of nine individuals who were sexually abused as minors by

11 perpetrators for whom the Debtor was responsible.  *See Appointment of Committee of Unsecured*

12 *Creditors* [Docket No. 58].

13 **B.      Employment of PSZJ**

14         On September 14, 2023, the Committee selected PSZJ as its counsel. On October 9, 2023,

15 the Committee filed its *Application of the Official Committee of Unsecured Creditors for Order*

16 *Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official*

17 *Committee of Unsecured Creditors* [Docket No. 188].  On October 24, 2023, the Court entered its

18 *Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official*

19 *Committee of Unsecured Creditors* (the "<u>PSZJ Employment Order</u>") [Docket No. 237].  A true

20 and correct copy of the PSZJ Employment Order is attached hereto as **Exhibit G**.

21 **C.      Compensation Paid to PSZJ and Its Source**

22         All services for which PSZJ requests allowance and payment of compensation in this

23 Application were performed on behalf of the Committee.  PSZJ has received no payment and no

24 promises for payment from any source other than the Debtor for services rendered or to be

25 rendered in any capacity whatsoever in connection with the matters covered by this Application.

26 There is no agreement or understanding between PSZJ and anyone other than the Debtor and

27 partners of PSZJ regarding compensation that PSZJ may receive for services rendered in this Case.

28 PSZJ has not received a retainer in this Case.

4875-2798-4809.3 05068.002   3

**D.      PSZJ Monthly Fee Statements and Invoices for the Fee Period**

Set forth below is a chart outlining the fees and expenses that PSZJ has requested and been paid to date on account of monthly fee statements (the "Monthly Fee Statements") it filed in accordance with the Interim Compensation Order:

| Date Monthly Fee Statement Filed | Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Paid (80%) | Expenses Paid (100%) |
|---|---|---|---|---|---|---|
| 12/18/23 | 381 | 9/14/23 – 9/30/23 | $71,958.50 | $63.06 | $57,566.80 | $63.06 |
| 12/20/23 | 384 | 10/1/23 – 10/31/23 | $193,022.00 | $2,226.07 | $154,417.60 | $2,226.07 |
| 1/19/24 | 430 | 11/1/23 – 11/30/23 | $133,844.50 | $5,499.37 | $0.00 | $0.00 |
| 1/19/24 | 431 | 12/1/23 – 12/31/23 | $70,996.50 | $1,177.95 | $0.00 | $0.00 |
| 2/20/24 | 483 | 1/1/24 – 1/31/24 | $78,841.00 | $181.80 | $0.00 | $0.00 |

During the Fee Period, PSZJ's professionals and paraprofessionals expended a total of 551.60 hours in connection with providing necessary services to the Committee.

## II.

## PROJECT BILLING AND NARRATIVE STATEMENT

## OF SERVICES PSZJ RENDERED

In accordance with the Local Guidelines and the Bankruptcy Local Rules for the Northern District of California, PSZJ classified into categories all services it performed and for which it seeks compensation. PSZJ attempted to place the services performed in the category that best relates to the service provided. However, because certain services rendered in this Case affected multiple categories, services pertaining to one category may occasionally be included in another category. PSZJ has established the following billing categories in this Case to date:

- Asset Analysis
- Avoidance Actions
- Bankruptcy Litigation
- Case Administration
- Claims Administration/Objection
- Compensation of Professionals
- Compensation of Professionals/Other

- Financial Filings
- First Day
- General Creditors' Committee
- Hearings
- Insurance Coverage/Insurance Litigation
- Mediation
- Meeting of and Communications With Creditors
- Plan and Disclosure Statement
- Relief from Stay
- Retention of Professionals
- Retention of Professionals/Other
- Stay Litigation
- Travel

**Exhibit F** contains PSZJ's Monthly Fee Statements, to which are attached PSZJ's invoices for each calendar month during the Fee Period. The Monthly Fee Statements include detailed breakdowns of PSZJ's time entries and the expenses PSZJ incurred. As part of its employment, PSZJ agreed with the Committee to charge the *lesser* of: (a) the actual hourly rates normally charged by PSZJ attorneys during a calendar month; or (b) a blended rate of $1,050 per hour for attorneys who worked on the Case during that calendar month. *See Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216] (the "Lucas Declaration"). During the Fee Period, PSZJ's application of the blended rate has resulted in a discount to the estate in the amount of $30,314.50.

Furthermore, PSZJ will contribute ten percent (10%) of all fees it receives in this Case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid to it, PSZJ holds those funds in a trust account until a settlement trust is established through a plan of reorganization.

A. **Asset Analysis**

Time billed to this category during the Fee Period included, among other things: reviewing the *Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Debtor's Schedules"); analyzing Debtor's investments; considering potential discovery to investigate assets of the estate; evaluating alter ego issues that may impact what is considered property of the estate; conferring with Berkeley Research Group LLC ("BRG"), the Committee's financial advisor,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

regarding investigation of potential property of the estate, including, but not limited to, real property and financial analyses; and (4) conferring with Citizens for Balanced Growth regarding assets of the estate.

**Total Hours 4.70; Total Fees after discount $4,837.86**

**B.** **Avoidance Actions Analysis**

Time billed to this category during the Fee Period included, among other things: preparing for and holding detailed discussions with the state court counsel who represent individual Committee members in their underlying sexual abuse litigation and their sexual abuse proofs of claim ("SCC") regarding potential avoidance actions and Committee standing to pursue such litigation.

**Total Hours 2.00; Total Fees after discount $2,265.08**

**C.** **Bankruptcy Litigation**

Time billed to this category during the Fee Period included a variety of work. PSZJ prepared a draft litigation hold letter at the onset of its involvement in this Case. PSZJ considered the proposed sale of St. Jude. PSZJ reviewed information from third parties regarding potential avenues of investigation into the Debtor's assets. PSZJ also reviewed a proposed stipulation regarding the Debtor's credit card program. PSZJ negotiated a protective order among the parties to the Case at the Debtor's request in order to facilitate the production of documents to the Committee. Then PSZJ coordinated the joinder of Committee members, SCC, and Committee-side professionals in that protective order, involving dozens of individuals. Separate from the Debtor, PSZJ additionally negotiated a common interest agreement between it and SCC.

The focus of PSZJ's bankruptcy litigation work during the Fee Period involved its efforts surrounding document requests directed to the Debtor. To that end, PSZJ prepared an *ex parte* application under Federal Rule of Bankruptcy Procedure 2004 (the "Rule 2004 Application") seeking information from Debtor, its parishes, and its affiliates in order to satisfy the Committee's obligations under § 1103 of the Bankruptcy Code to investigate property of the Debtor's estate to maximize the recovery to unsecured creditors. PSZJ worked with other Committee professionals to hone requests for production of documents set forth in the Rule 2004 Application. Following

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  the Debtor's objection to the Rule 2004 Application, the parties met and conferred,  and the

2  Debtor filed status reports on the discovery issues to which PSZJ responded. PSZJ developed and

3  negotiated a staged production schedule. PSZJ also responded to media inquiries regarding the

4  Rule 2004 Application in this Case of public interest. PSZJ reviewed the documents that the

5  Debtor has produced, which includes the updating of a production log and charts that track

6  whether documents responsive to document requests have been produced. PSZJ maintains the

7  document productions in an e-discovery platform, Everlaw, where it can code and notate its

8  analysis of those documents. PSZJ continues to meet and confer with Debtor's counsel and with

9  BRG regarding the Debtor's document productions and objections to Committee document

10  requests.

11       **Total Hours 178.10; Total Fees after discount $186,488.20**

12  **D.      Case Administration**

13       This category relates to work regarding administration of this Case.  Time billed to this

14  category during the Fee Period included, among other things: reviewing the court docket for

15  objection and hearing dates in order to update the critical dates memorandum on at least a weekly

16  basis; preparing a roster of Committee-side participants in the Case; reviewing Judge Montali's

17  procedures; and conferring with the Committee regarding communications preferences and

18  logistics.

19       PSZJ bills its time to this category for calls with Debtor's counsel regarding ongoing Case

20  issues. Among those discussion during the Fee Period were the section 341(a) meetings in this

21  Case, bar date motion issues, the Debtor's Deposit and Loan Fund and other property of the estate,

22  the existence of a list of "credibly accused" perpetrators of sexual abuse, and the claims agent's

23  service of papers that the Committee files in this Case. PSZJ's work in progress memorandum for

24  internal use is also billed to this category. PSZJ has reviewed the status of various issues in the

25  other two Northern District of California Catholic diocese bankruptcies per Judge Montali's

26  instructions at the first-day hearing that all of these cases should run similarly.

27       **Total Hours 37.40; Total Fees after discount $32,994.47**

28

**E.**     <u>Claims Administration/Objection</u>

Time billed to this category during the Fee Period relates almost entirely to work on the sexual abuse claims bar date. This included, among other things: negotiating with the Debtor regarding the bar date motion; reviewing similar issues in other archdiocese/diocese bankruptcy cases for the sake of comparison; researching proof of claim forms; conferring with the Committee, SCC, and Burns Bair LLP ("<u>Burns Bair</u>"), special insurance counsel to the Committee, regarding the bar date; drafting the Committee's objection to bar date motion; reviewing and analyzing insurers' objection to bar date motion; preparing for and attending the hearing on bar date motion; reporting to SCC regarding the Court's comments at that hearing; reviewing the Court's ruling on the bar date motion as well as the transcript; responding to media inquiries regarding the bar date hearing; reviewing the bar date order; conferring with Debtor's counsel and the Committee regarding that order; conferring with SCC who do not represent Committee members regarding bar date noticing; reviewing bar date notice packages; and supplementing the Debtor's list of SCC who might have needed to contact Debtor's counsel regarding mailing of bar date packages to their clients.

Aside from bar date issues, PSZJ also billed time in this category to its review and response to the Debtor's request for priority treatment of employee claims.

**Total Hours 76.60; Total Fees after discount $81,851.37**

**F.**     <u>Compensation of Professionals</u>

Time billed to this category during the Fee Period relates to work relating to PSZJ's compensation in this Case includes, among other things, communicating over a period of time with Debtor's counsel and the UST regarding appointment of a fee examiner; reviewing the interim compensation procedures motion and order thereon; preparing monthly fee statements for September, October, November, and December 2023, and discussing PSZJ's bills with the Committee's billing subgroup; preparing a notice of increase in PSZJ's hourly rates; preparing the outline for PSZJ's first interim fee application; communicating with Debtor's counsel regarding the timing of filing interim fee applications; and reviewing the Large Case Guidelines requirements.

1      **Total Hours 26.10; Total Fees after discount $19,326.50**

2   **G.**     **Compensation of Professionals/Other**

3      Time billed to this category relates to PSZJ's work assisting with the compensation of the

4 other professionals in this Case and includes, among other things: conferring with Burns Bair

5 regarding monthly fee statements, the first interim fee application, and pro hac vice applications;

6 reviewing monthly fee statements filed by the Debtor's professionals and emailing with the

7 Committee's billing subcommittee regarding same; and reviewing the Debtor's notice regarding

8 payments to ordinary course professionals.

9      **Total Hours 2.10; Total Fees after discount $1,636.73**

10  **H.**    **Financial Filings**

11     Time billed to this category during the Fee Period included, among other things: reviewing

12 the Debtor's Schedules; meeting with the Committee and SCC regarding the two section 341(a)

13 meetings of creditors ("341(a) Meetings"); and reviewing the Debtor's monthly operating reports.

14     **Total Hours 1.70; Total Fees after discount $1,462.38**

15  **I.**     **First Day**

16     Time billed to this category during the Fee Period included, among other things: conferring

17 with the Debtor's counsel regarding wage and cash management motions and orders for final

18 relief, and general case administration issues; speaking with the Debtor's counsel and its financial

19 advisor regarding cash management issues and investment of funds; drafting a response to the

20 Debtor's wage motion and reviewing the Debtor's reply to that response; revising the final order

21 on an insurance motion; and reviewing the amended cash management order.

22     **Total Hours 11.50; Total Fees after discount $11,462.76**

23  **J.**    **General Creditors' Committee**

24     Time billed to this category during the Fee Period involved PSZJ's communications with

25 the Committee and SCC.  PSZJ also responded to inquiries from the Committee's constituency of

26 other unsecured creditors, mainly sexual abuse survivors in their pro se capacity or, where

27 retained, with their personal counsel. In particular, PSZJ's work included the following: drafting

28 an overview of the chapter 11 process and presenting that overview to the Committee; preparing

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Committee bylaws and conferring with the Committee regarding same; drafting a common interest agreement among Committee counsel and the SCC; crafting meeting agendas for standing Committee meetings; preparing for and attending an in-person meeting with the Committee; attending standing telephonic and video conference meetings regarding all activity in the Case, including, but not limited to, general strategy, responses to pending motions, the potential filing of motions or applications, the bar date and associated materials, a potential claims reviewer, the confidentiality agreement with the Debtor, documents produced by the Debtor, and all ongoing and anticipated issues; emailing with the Committee and SCC with updates on open issues and to answer questions; conferring with sexual abuse survivors who do not sit on the Committee; coordinating and participating in Committee interviews of potential financial advisors and special insurance counsel; conferring with the media regarding child protection issues; conferring with representatives of Survivors Network of Those Abused by Priests regarding issues in the Case; communicating with the Committee regarding professional fees; leading a town hall for SCC and for non-Committee SCC regarding the Case; and training the Committee members and SCC on the Everlaw e-discovery platform.

**Total Hours 121.50; Total Fees after discount $126,713.00**

**K.      Hearings**

Time billed to this category during the Fee Period included, PSZJ attorneys attending hearings regarding the following issues: final approval of first-day motions; the bar date; relief from stay and possible discovery issue; and the Committee's Rule 2004 Application.

**Total Hours 6.50; Total Fees after discount $8,053.14**

**L.      Insurance Coverage/Insurance Litigation**

Time billed to these two related categories during the Fee Period included, among other things, reviewing first-day orders and revising the insurance order; conferring with Debtor's counsel and Burns Bair regarding insurance-related issues; researching the Committee's rights to intervene in state court coverage actions; and working with Burns Bair regarding insurance demands and stay relief.

**Total Hours 6.30; Total Fees after discount $8,466.44**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**M.**     <u>Mediation</u>

Time billed to this category during the Fee Period included reviewing mediator nominee websites; emailing SCC regarding mediator candidates; conferring with the Honorable Christopher Sontchi regarding his potential role as a mediator in the Case; and meeting with the Committee regarding mediator selection.

**Total Hours 2.00; Total Fees after discount $2,762.22**

**N.**     <u>Meeting of and Communications With Creditors</u>

Time billed to this category during the Fee Period included, among other things: reviewing the Notice of Case Commencement regarding the 341(a) Meeting, preparing for the 341(a) Meetings, which included, but was not limited to, a review of the Debtor's website details regarding child protection measure; attending the 341(a) Meeting and the continued 341(a) Meeting; conferring with the Committee regarding questions for 341(a) Meetings; and reviewing 341(a ) Meeting hearing transcripts.

**Total Hours 31.10; Total Fees after discount $36,340.56**

**O.**     <u>Plan and Disclosure Statement</u>

Time billed to this category during the Fee Period included, among other things: conferring with Debtor's counsel regarding plan exclusivity and reviewing the Debtor's motion for extension of plan exclusivity.

**Total Hours 0.50; Total Fees after discount $691.55**

**P.**     <u>Relief from Stay</u>

Time billed to this category during the Fee Period included, among other things: conferring with the Committee regarding stay relief issues; and conferring with SCC regarding stay relief issues related to insurance demands and bellwether sexual abuse cases.

**Total Hours 0.60; Total Fees after discount $955.72**

**Q.**     <u>Retention of Professionals</u>

Time billed to this category relates to PSZJ's time running a conflict check; preparing the Committee's application and associated papers to employ PSZJ; and conferring with Committee co-chairs regarding those papers.

**Total Hours 10.50; Total Fees after discount $8,123.86**

**R.     Retention of Professionals/Others**

Time billed to this category relates to the Committee's retention of professionals other than PSZJ, and includes, among other things: conferring with potential special insurance counsel to the Committee; meeting with SCC regarding the retention of additional Committee professionals; evaluating the retention application of Debtor's local counsel; conferring with potential Committee professionals regarding materials for Committee review; preparing BRG's retention application (and related pleadings); analyzing Burns Bair's application to be retained as special insurance counsel to the Committee, and revising that application and related pleadings; researching legal issues relating to Burns Bair attorneys' pro hac vice applications; and reviewing Debtor's motion to employ TransPerfect.

**Total Hours 12.90; Total Fees after discount $10,537.30**

**S.     Stay Litigation**

Time billed to this category during the Fee Period included, among other things: reviewing Victoria Castro's motion for relief from stay; reviewing insurers' motion for relief from; and conferring with Burns Bair regarding stay relief issues related to an insurance coverage action.

**Total Hours 3.10; Total Fees after discount $3,693.36**

**T.     Travel**

PSZJ has not charged any fees relating to the 16.4 hours it incurred in travel time for an in-person meeting with Committee members.

**Total Hours 16.40; Total Fees $0.00**

**U.     List of Expenses by Category**

PSZJ has advanced costs, including certain in-house charges, on behalf of the Committee in connection with the performance of the legal services described in this Application. During the Fee Period, PSZJ incurred a total of $9,148.25 in expenses. PSZJ made every effort to keep the costs in this Case to a minimum. A description of the expenses is set forth in **Exhibit D**, attached hereto.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    PSZJ customarily charges $0.20 per page for photocopying and $0.10 per page for

2    scanning documents.  PSZJ's photocopying machines automatically record the number of copies

3    and scans made when the person performing the copying photocopying or scanning services enters

4    the client's account number into a device attached to the photocopier.  PSZJ summarizes each

5    client's photocopying charges on a daily basis.  Whenever feasible, PSZJ sends large copying

6    projects to an outside copy service that charges a reduced rate for photocopying.

7    Ordinarily, PSZJ charges $1.00 per page for outgoing facsimile transmissions.  Pursuant to

8    the Local Guidelines, however, PSZJ has agreed not to charge for outgoing facsimiles.  Fax

9    receipts are charged at $0.20 per page, the same cost as PSZJ charges for photocopies.

10    Regarding providers of on-line legal research (e.g., LEXIS and Bloomberg), PSZJ charges

11    the standard usage rates these providers charge for computerized legal research.  PSZJ bills its

12    clients the actual amount charged by such services, with no premium.  Any volume discount PSZJ

13    receives from these vendors is passed on to the client.  PSZJ does not charge for local or long

14    distance calls placed by attorneys from their offices.  PSZJ only bills its clients for the actual costs

15    charged to PSZJ by teleconferencing services in the event that PSZJ personnel initiate a multi-

16    party teleconference.

17  **V.    Hourly Rates**

18    The regular hourly rates of all professionals and paraprofessionals rendering services in

19    this Case are set forth in **Exhibit B**, attached hereto. PSZJ billed its time for each calendar month

20    during the Fee Period on an hourly basis using its regular hourly rates, *provided*, *however*, that

21    PSZJ discounted its total fees during each calendar month of the Fee Period to *the lesser* of the

22    amount billed using regular hourly rates and a blended hourly rate of $1,050.  During the Fee

23    Period, PSZJ's application of the blended rate has decreased the amount of PSZJ's fee request by

24    $30,314.50.

25  **W.    Professionals and Paraprofessionals**

26    The biographies of the attorneys who have worked on this Case during the Fee Period, and

27    a description of their professional experience and education are attached hereto as **Exhibit H**.

28    PSZJ has no understanding, agreement, or arrangement of any kind to divide with or pay to

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  anyone any of the fees to be awarded in this Case, except as such fees may be shared among PSZJ

2  partners.

3  **X.      Client Review of Billing Statements**

4          Pursuant to the Local Guidelines, a cover letter enclosing this Application (along with the

5  first interim fee applications of Burns Bair and BRG) will be emailed to the group of four

6  Committee members whom the Committee has charged with handling fee issues in this Case. The

7  letter invites the Committee to discuss with the Committee professionals and the UST any

8  objections, concerns, or questions the Committee may have with regard to the requested

9  compensation and reimbursement set forth in the Committee professionals' first interim fee

10  applications. A copy of that cover letter is attached hereto as **Exhibit I.**

11  **Y.      Notice of Application and Hearing**

12          PSZJ will provide notice of this Application and the hearing thereon to all parties in

13  interest listed on the *Limited Service List (as of January 25, 2024)* [Doc. No. 445] in accordance

14  with this Court's Local Bankruptcy Rules and the *Final Order Granting Debtor's Emergency*

15  *Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3)*

16  *Temporarily Suspend Deadline for Filing Proofs of Claims* [Doc. 227]. Complete copies of the

17  Application will be promptly furnished to any other party upon specific request to undersigned

18  counsel at PSZJ. Therefore, notice should be deemed adequate under the circumstances and in

19  accordance with Federal Rules of Bankruptcy Procedure 2002(a)(6) and 2002(c)(2).

20  **Z.      Voluntary Reductions**

21          During the Fee Period, PSZJ provided a voluntary reduction of fees in the amount of

22  $30,314.50 because it discounted its total fees during each calendar month of the Fee Period to the

23  lesser of the amount billed using regular hourly rates and a blended hourly rate of $1,050.

24  **AA.    Other Compliance with Large Case Guidelines Requirements**

25          **Exhibits A through E**, attached hereto, contain information that complies with the

26  requirements of the Large Case Guidelines. In addition, pursuant to paragraph C.5 of the Large

27  Case Guidelines, PSZJ provides the following information:

28

| INQUIRY | STATEMENTS |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | Yes, PSZJ's application of a blended rate of $1050 has resulted in a voluntary discount of PSZJ's fees in the amount of $30,314.50. PSZJ billed its time for each calendar month during the Fee Period on an hourly basis using its regular hourly rates, *provided*, *however*, that PSZJ discounted its total fees during each calendar month of the Fee Period to *the lesser* of the amount billed using regular hourly rates and a blended hourly rate of $1,050. PSZJ has maintained its blended hourly rate of $1,050 as its regular hourly rates increased in January 2024. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | Not applicable. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No. |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees. | Yes. PSZJ spent 4.0 hours editing time records in preparation of monthly fee statements. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | No. |
| If the fee application includes any rate increases since retention:<br>    i. Did your client review and approve those rate increases in advance?<br>    ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have | i. Yes, however PSZJ has maintained its blended hourly rate at $1,050 even as its regular hourly rates increased in January 2024. PSZJ discounts its total fees during each calendar month to *the lesser* of the amount billed using regular hourly rates and a blended hourly rate of $1,050.<br>ii. Yes. |

Case: 23-30564   Doc# 521   Filed: 02/29/24   Entered: 02/29/24 14:21:49   Page 21 of 205

4875-2798-4809.3 05068.002

15

| INQUIRY | STATEMENTS |
|---|---|
| you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | |

## III.

## THE FEES AND EXPENSES REQUESTED SHOULD

## BE AWARDED BASED UPON APPLICABLE LAW

The fees and expenses that PSZJ requests by this Application are an appropriate award for PSZJ's services in acting as counsel to the Committee.

**A.**   **Evaluation of Requests for Compensation**

Pursuant to Bankruptcy Code section 330, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred. Pursuant to Bankruptcy Code section 331, the Court may award interim compensation and reimbursement to a professional. As set forth above, the fees for which PSZJ requests compensation and the costs incurred for which PSZJ requests reimbursement are for actual and necessary services rendered and costs incurred.

In determining the amount of allowable fees under Bankruptcy Code section 330(a), courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *Burgess v. Klenske* (*In re Manoa Finance Co., Inc.*), 853 F.2d 687, 691 (9th Cir. 1988).

In assessing the propriety of an award of attorneys' fees, twelve factors relevant to determining such fees were identified in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-719 (5th Cir. 1974) (involving a Title VII class action case under the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq.) and *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976): (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the service properly; (4) the preclusion of other employment by the professional due to acceptance of the case; (5) the customary fee; (6) whether fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the

4875-2798-4809.3 05068.002

16

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1   professionals; (10) the undesirability of the case; (11) the nature and length of the professional

2   relationship with the client; and (12) awards in similar cases. *See American Benefit Life Ins. Co. v.*

3   *Baddock* (*In re First Colonial Corp. of America*), 544 F.2d 1291 (5th Cir. 1977) (finding *Johnson*

4   criteria applicable in bankruptcy cases).

5          The time for which PSZJ seeks compensation is detailed in the Monthly Fee Statements

6   contained in **Exhibit F**, attached hereto.  PSZJ's services and time expenditures are reasonable in

7   light of the labor required and outcomes achieved in this Case.  PSZJ's charges for its professional

8   services are based upon the time, nature, extent, and value of such services and the cost of

9   comparable services in the San Francisco area, other than in a case under the Bankruptcy Code.

10  The compensation PSZJ seeks by way of this Application is the customary compensation that

11  commonly sought by PSZJ and other professionals representing trustees, committees, and debtors

12  in similar circumstances.

13  **B.      Section 330(a)(3) Factors**

14         Bankruptcy Code section 330(a)(3) sets forth five factors to be considered by the Court on

15  this Application.  *See* 11 U.S.C. § 330 (a)(3).  Although several of these factors (such as the time

16  involved, the timeliness of PSZJ's performance, and the complexity of the case) were addressed

17  above, PSZJ believes two of the five factors should be discussed separately here.

18         First, Bankruptcy Code section 330(a)(3)(C) requires that professional services be

19  necessary to the administration of the case or beneficial at the time at which the service was

20  rendered toward completion.  PSZJ contends that the facts of this Case make it evident that PSZJ's

21  services were both necessary and beneficial to the estate in investigating assets of the estate,

22  keeping the Committee informed about developments in the Case and soliciting its approval of

23  actions that PSZJ took on behalf of the Committee.

24         Second, Bankruptcy Code section 330(a)(3)(E) requires compensation to be reasonable

25  based on customary compensation charged by comparably skilled practitioners in cases other than

26  cases under the Bankruptcy Code.  As set forth in the Lucas Declaration, PSZJ asserts that its

27  attorneys are skilled and have particular expertise in representing official committees of unsecured

28  creditors in cases such as this Case involving sexual abuse claims. PSZJ further contends that it

has performed well in this Case, and that the fees it charges are commensurate with the fees charged by PSZJ's counterparts engaged in non-bankruptcy specialties of the law.

**C.**     **Available Funds**

PSZJ is informed and believes that the Debtor has sufficient funds available for the payment of the fees and costs that PSZJ requests by this Application.

**IV.**

**CONCLUSION**

PSZJ believes that the services it rendered for which it seeks compensation in this Application have been beneficial to the estate, that the costs PSZJ incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

WHEREFORE, PSZJ respectfully requests that this Court (a) authorize allowance of and direct the Debtor to pay PSZJ its fees and costs, and (b) award interim compensation in the amount of $557,810.75, which represents the sum of PSZJ's legal fees billed during the Fee Period in the amount of $548,662.50 and reimbursement for expenses PSZJ paid in the amount of $9,148.25 during the Fee Period; and (c) grant such other and further relief as may be appropriate under the circumstances.

Dated:  February 29, 2024                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ James I. Stang*
James I. Stang
Debra I. Grassgreen
Gillian N. Brown
Brittany M. Michael
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
           dgrassgreen@pszjlaw.com
           gbrown@pszjlaw.com
           bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# <u>EXHIBIT A</u>

**Customary and Comparable Compensation Disclosures with Fee Applications**

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS
(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | | BLENDED HOURLY RATE | |
|---|---|---|---|
| | | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy* | BILLED In this fee application |
| | Sr./Equity Partner | $1,600.00 | $1,050.00 |
| | Of Counsel | $1,275.00 | $925.00 |
| | Associates | $830.00 | $0 |
| | Law Library Director | $645.00 | $0 |
| | Paralegal | $585.00 | $553.00 |
| | Case Management Assistants | $475.00 | $0 |
| | All timekeepers aggregated | $950.00** | $842.66 |

\* Represents approximate blended hourly rate. Non-estate work for PSZJ represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For the fiscal year ending 2023, non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2024 will represent approximately 8-10% of the Firm's revenues.

\*\*Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

| | |
|---|---|
| Case Name: | The Roman Catholic Archdiocese of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | February 29, 2024 |
| Interim or Final: | Interim |

LA:4891-4686-8621.5 05068.002

# EXHIBIT B

**Summary of Timekeepers Included in this Application**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|
| Stang, James, I. | Partner | Bankruptcy | 1980 | 86.00 | $133,326.00 | $1,695/$1,850[1] | 1 |
| Brown, Kenneth H. | Partner | Bankruptcy | 1981 | 7.70 | $11,742.50 | $1,525/$1,675[2] | 1 |
| Caine, Andrew W. | Partner | Litigation | 1983 | 47.40 | $67,241.00 | $1,395/$1,525[3] | 1 |
| Nasatir, Iain A.W. | Partner | Bankruptcy | 1983 | 3.60 | $5,022.00 | $1,395/$1,525[4] | 1 |
| Grassgreen, Debra I. | Partner | Bankruptcy | 1994 | 8.50 | $13,175.00 | $1,550/$1,695[5] | 1 |
| Lucas, John W. | Partner | Bankruptcy | 2005 | 58.50 | $67,275.00 | $1,150/$1,250[6] | 1 |
| Brown, Gillian N. | Counsel | Litigation | 1999 | 54.20 | $54,055.00 | $975/$1,075[7] | 1 |
| Michael, Brittany M. | Counsel | Bankruptcy | 2015 | 224.80 | $193,060.00 | $875/$975[8] | 1 |
| Dassa, Beth D. | Paralegal | Bankruptcy | N/A | 59.40 | $33,263.00 | $545/$595[9] | 1 |
| Petras, Lisa H. | Paralegal | Bankruptcy | N/A | 1.50 | $817.50 | $545 | 1 |
| **Sub-Total** | | | | | **$578,977.00** | | |
| **Discount[10]** | | | | | **( $30,314.50)** | | |
| **Grand Total** | | | | | **$548,662.50** | | |

---

[1] PSZJ and the Committee agreed that PSZJ would charge the *lesser* of: (a) the actual hourly rates normally charged by PSZJ attorneys during a calendar month; or (b) a blended rate of $1,050 per hour for attorneys who worked on the Case during that calendar month. As set forth in the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time for each calendar month during the Fee Period on an hourly basis using its regular hourly rates, *provided*, *however*, that PSZJ discounted its total fees during each calendar month of the Fee Period to *the lesser* of the amount billed using regular hourly rates and a blended hourly rate of $1,050.

[2] *See id.*

[3] *See id.*

[4] *See id.*

[5] *See id.*

[6] *See id.*

[7] *See id.*

[8] *See id.*

[9] *See id.*

| | |
|---|---|
| Case Name: | The Roman Catholic Archdiocese of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | February 29, 2024 |
| Interim or Final: | Interim |

# EXHIBIT C

## (Not Applicable)

# EXHIBIT D

**Summary of Compensation by Project Category**
**Detailed Summary of Expenses**

# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

LA:4891-4686-8621.5 05068.002

| PROJECT CATEGORY | HOURS BILLED | FEES SOUGHT |
|---|---|---|
| Asset Analysis | 4.70 | $4,837.86 |
| Avoidance Actions | 2.00 | $2,265.08 |
| Bankruptcy Litigation | 178.10 | $186,488.20 |
| Case Administration | 37.40 | $32,994.47 |
| Claims Administration | 76.60 | $81,851.37 |
| Compensation of Professionals | 26.10 | $19,326.50 |
| Other Professional Compensation | 2.10 | $1,636.73 |
| First Day | 11.50 | $11,462.76 |
| Financial Filings | 1.70 | $1,462.38 |
| General Creditors' Committee | 121.50 | $126,713.00 |
| Hearings | 6.50 | $8,053.14 |
| Insurance Coverage/Insurance Litigation | 6.30 | $8,466.44 |
| Meeting of and Communications with Creditors | 31.10 | $36,340.56 |
| Mediation | 2.00 | $2,762.22 |
| Plan & Disclosure Statement | 0.50 | $691.55 |
| Relief from Stay | 0.60 | $955.72 |
| Retention of Professionals | 10.50 | $8,123.86 |
| Other Professional Retention | 12.90 | $10,537.30 |
| Stay Litigation | 3.10 | $3,693.36 |
| Travel | 16.40 | $0.00 |
| **Total** | **551.60** | **$548,662.50** |

| | |
|---|---|
| Case Name: | The Roman Catholic Archdiocese of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | February 29, 2024 |
| Interim or Final: | Interim |

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

LA:4891-4686-8621.5 05068.002

**EXHIBIT D-2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Airfare | $1,421.66 |
| Auto Travel Expense | $390.30 |
| Court Fees | $317.00 |
| Hotel Expense | $1,970.91 |
| Lexis-Nexis/Legal Research | $53.09 |
| Litigation Support Vendors | $527.53 |
| Name tents/name tags for in-person Committee meeting on 11/12/23 | $18.87 |
| Pacer – Court Research | $421.90 |
| Postage | $51.27 |
| Reproduction Expense | $213.80 |
| Reproduction/Scan Expense | $4.30 |
| Transcript | $2,395.77 |
| Travel Expense | $905.63 |
| Working Meals | $456.22 |
| **Grand Total** | **$9,148.25** |

| | |
|---|---|
| Case Name: | The Roman Catholic Archdiocese of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | February 29, 2024 |
| Interim or Final: | Interim |

# EXHIBIT E

**Summary Cover Sheet of Application**

LA:4891-4686-8621.5 05068.002

# EXHIBIT E
## SUMMARY COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Time period covered by this application: | 9/14/23 – 1/31/24 |
| Total compensation sought this period: | $548,662.50 |
| Total expenses sought this period: | $9,148.25 |
| Petition date: | 8/21/23 |
| Retention date: | 9/14/23 |
| Date of order approving employment: | 10/24/23 |
| Total fees approved by interim order to date: | N/A |
| Total expenses approved by interim order to date: | N/A |
| Total allowed fees paid to date: | N/A |
| Total allowed expenses paid to date: | N/A |
| Blended rate in this application for all attorneys: | $987.50 |
| Blended rate in this application for all timekeepers: | $842.66 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $211,984.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $2,289.13 |
| Number of professionals included in this application: | 10 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 4 |

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

# EXHIBIT F

1  James I. Stang (CA Bar No. 94435)
   Debra I. Grassgreen (CA Bar No. 169978)
2  Gillian N. Brown (CA Bar No. 205132)
   Brittany M. Michael (admitted pro hac vice)
3  PACHULSKI STANG ZIEHL & JONES LLP
   One Sansome Street, Suite 3430
4  San Francisco, California 94104
   Tel: 415.263.7000; Fax: 415.263.7010
5  Email:  jstang@pszjlaw.com
           dgrassgreen@pszjlaw.com
6          gbrown@pszjlaw.com
           bmichael@pszjlaw.com
7
   Counsel to the Official Committee of Unsecured Creditors
8

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (SEPTEMBER 2023)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period September 14, 2023 to September 30, 2023 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212].  The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 14, 2023 – September 30, 2023 | $71,958.50[1] | $63.06 | $72,021.56 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $57,566.80 | $63.06 | $57,629.86 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated: December 19, 2023            PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Gillian N. Brown*
      Gillian N. Brown

      Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

---

[1] PSZJ billed fees in the amount of $81,777.00 during the Fee Period but seeks compensation only for $71,958.50. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks be reimbursed by the Debtor according to its customary reimbursement policies, *provided, however,* that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $81,777.00) and a blended hourly rate of $1,050 (here, $71,958.50).

Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

EXHIBIT 1



PACHULSKI STANG ZIEHL & JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.
JWL

September 30, 2023
Invoice    135790
Client      05068.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2023

| | |
|---|---:|
| FEES | $81,777.00 |
| EXPENSES | $63.06 |
| COURTESY DISCOUNT | -$9,818.50 |
| **TOTAL CURRENT CHARGES** | **$72,021.56** |
| **TOTAL BALANCE DUE** | **$72,021.56** |

Case: Doc# 5381    Filed: 09/22/23    Entered: 09/22/23 15:43    Page 42 of 205

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| DG | Grassgreen, Debra I. | Partner | 1,550.00 | 4.50 | $6,975.00 |
| IAWN | Nasatir, Iain A.W. | Partner | 1,395.00 | 3.60 | $5,022.00 |
| JIS | Stang, James I. | Partner | 1,695.00 | 10.20 | $17,289.00 |
| JWL | Lucas, John W. | Partner | 1,150.00 | 28.50 | $32,775.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 875.00 | 16.40 | $14,350.00 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 3.10 | $3,022.50 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 4.30 | $2,343.50 |
| | | | | 70.60 | $81,777.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 3

Invoice 135790

September 30, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 2.20 | $1,925.00 |
| CA | Case Administration | 9.20 | $7,580.00 |
| CP | PSZJ Compensation | 1.00 | $1,492.50 |
| FD | First/Second Day Matters | 2.30 | $2,697.50 |
| FF | Financial Filings | 1.50 | $1,543.50 |
| GC | General Creditors' Committee | 27.00 | $30,551.00 |
| HE | Hearings | 0.50 | $575.00 |
| IL | Insurance Litigation | 2.70 | $3,766.50 |
| MC | Meetings of and Communications with Creditors | 18.80 | $26,140.00 |
| RP | PSZJ Retention | 4.20 | $3,616.00 |
| RPO | Other Professional Retention | 1.20 | $1,890.00 |
| | | 70.60 | $81,777.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    4
Invoice 135790
September 30, 2023

**Summary of Expenses**

| Description | Amount |
| --- | --- |
| Litigation Support Vendors | $53.15 |
| Pacer - Court Research | $2.30 |
| Transcript | $7.61 |
| | $63.06 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     5
Invoice 135790
September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 09/25/2023 | BMM | AA | Review schedules and SOFA and develop separate charts to be kept of lawsuits and affiliates. | 2.20 | 875.00 | $1,925.00 |
| | | | | **2.20** | | **$1,925.00** |
| **Case Administration** | | | | | | |
| 09/14/2023 | JWL | CA | Call with J. Stein re committee selection and coordination with Committee re initial meeting, second day hearing, process forward (.6); call with J. Blumberg re selection of counsel and committee chair (.1). | 0.70 | 1,150.00 | $805.00 |
| 09/15/2023 | BMM | CA | Review critical dates and prepare work-in-progress list. | 2.00 | 875.00 | $1,750.00 |
| 09/18/2023 | BDD | CA | Review docket and update critical dates memo re same (.40); emails PSZJ team re same (.10) | 0.50 | 545.00 | $272.50 |
| 09/18/2023 | JWL | CA | Attend call with O. Katz, P. Pascuzzi, J. Stang, and D.Grassgreen re initial case meeting for background (1.1); follow up call with J. Stang re agenda for committee call (.3). | 1.40 | 1,150.00 | $1,610.00 |
| 09/19/2023 | BDD | CA | Review docket re critical dates (.10) and emails G. Brown re same (.10) | 0.20 | 545.00 | $109.00 |
| 09/19/2023 | DG | CA | Correspond with J. Stang re: 2019 requirements. | 0.10 | 1,550.00 | $155.00 |
| 09/19/2023 | GNB | CA | Add context for Committee to critical dates calendar. | 0.20 | 975.00 | $195.00 |
| 09/20/2023 | BDD | CA | Review docket and update critical dates memo re same (.70); multiple emails/call with G. Brown re same (.10); emails B. Anavim and M. Kulick re same (.10). | 0.90 | 545.00 | $490.50 |
| 09/20/2023 | BDD | CA | Call with court clerk re Judge Montali's Zoom procedures for hearings. | 0.10 | 545.00 | $54.50 |
| 09/20/2023 | BDD | CA | Email B. Anavim re this week's critical dates memorandum. | 0.10 | 545.00 | $54.50 |
| 09/20/2023 | BDD | CA | Review Judge Montali court procedures (.20) and email G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     6
Invoice 135790
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | BMM | CA | Communications with SCC regarding Committee contact sheet. | 0.20 | 875.00 | $175.00 |
| 09/20/2023 | GNB | CA | Email PSZJ team regarding Judge Montali procedures, 341(a) access, and information for Committee regarding deadlines. | 0.20 | 975.00 | $195.00 |
| 09/21/2023 | BMM | CA | Prepare Committee contact sheet. | 0.50 | 875.00 | $437.50 |
| 09/25/2023 | BMM | CA | Communications with Committee regarding communication preferences and logistics. | 0.40 | 875.00 | $350.00 |
| 09/26/2023 | BDD | CA | Revisions to conflicts check (1.1); email B. Michael re same (.10); email N. de Leon re same (.10). | 1.30 | 545.00 | $708.50 |
| 09/27/2023 | BDD | CA | Email B. Michael re Dkt. 147 filed under seal. | 0.10 | 545.00 | $54.50 |
| | | | | **9.20** | | **$7,580.00** |

**PSZJ Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/19/2023 | DG | CP | Review correspondence from US Trustee counsel re: large fee guidelines and call to discuss fee examiner. | 0.10 | 1,550.00 | $155.00 |
| 09/19/2023 | GNB | CP | Review motion for interim compensation procedures. | 0.10 | 975.00 | $97.50 |
| 09/21/2023 | DG | CP | Correspond with O. Katz and J. Lucas and P. Pascuzzi re: fee examiner. | 0.10 | 1,550.00 | $155.00 |
| 09/22/2023 | DG | CP | Call with counsel for Debtor re: fee examiner (.3); call with U.S. Trustee attorney re: same (.3); emails with possible examiner (.1). | 0.70 | 1,550.00 | $1,085.00 |
| | | | | **1.00** | | **$1,492.50** |

**First/Second Day Matters**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | JWL | FD | Calls with O. Katz regarding wage motion and order (.2). | 0.20 | 1,150.00 | $230.00 |
| 09/22/2023 | BMM | FD | Call with J. Stang regarding first days. | 0.10 | 875.00 | $87.50 |
| 09/26/2023 | DG | FD | Review and respond to emails from O. Katz and J. Lucas re: cash management. | 0.20 | 1,550.00 | $310.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     7
Invoice 135790
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/26/2023 | JWL | FD | Call with O. Katz regarding final relief for wages and cash management (.5); review and revise final insurance motion order (.5); review investment information for the cash management invested cash (.8). | 1.80 | 1,150.00 | $2,070.00 |
| | | | | 2.30 | | $2,697.50 |

**Financial Filings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2023 | JWL | FF | Review Schedules and Statements (.5); email to committee and state court counsel re 341 meeting (.5); follow up emails to committee and state court counsel re same (.2). | 1.20 | 1,150.00 | $1,380.00 |
| 09/27/2023 | BDD | FF | Review spreadsheet re Schedules/SOFAs (.20); email B. Michael re same (.10) | 0.30 | 545.00 | $163.50 |
| | | | | 1.50 | | $1,543.50 |

**General Creditors' Committee**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/14/2023 | JWL | GC | Introductory email to Committee re kick off call and next steps. | 0.90 | 1,150.00 | $1,035.00 |
| 09/14/2023 | JWL | GC | Emails with J. Manly re committee member email, scheduling. | 0.70 | 1,150.00 | $805.00 |
| 09/15/2023 | JWL | GC | Call with J. Stang regarding agenda for first meeting (.5); emails with committee members regarding initial meeting (.5); darft outline for first meeting with Committee (.8). | 1.80 | 1,150.00 | $2,070.00 |
| 09/16/2023 | JWL | GC | Call with J. Anderson re case status. | 0.20 | 1,150.00 | $230.00 |
| 09/18/2023 | BMM | GC | Draft summary of filed motions and applications for the Committee. | 2.50 | 875.00 | $2,187.50 |
| 09/18/2023 | JWL | GC | Draft on presentation for initial Committee meeting. | 0.50 | 1,150.00 | $575.00 |
| 09/19/2023 | DG | GC | Call with J. Lucas re: Committee meeting. | 0.30 | 1,550.00 | $465.00 |
| 09/19/2023 | GNB | GC | Calls with J. Lucas regarding preparation for first Committee meeting. | 0.10 | 975.00 | $97.50 |
| 09/19/2023 | GNB | GC | Revise summary of pending motions and recommendations for Committee meeting. | 1.30 | 975.00 | $1,267.50 |
| 09/19/2023 | GNB | GC | Prepare agenda for first Committee meeting. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    8

Invoice 135790

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/19/2023 | GNB | GC | Email with PSZJ team regarding information for Committee for first meeting. | 0.10 | 975.00 | $97.50 |
| 09/19/2023 | JWL | GC | Call with J. Stein re introductory meeting with Committee (.6); call with J. Amala re same (.4); review and comment on presentation materials for kick off meeting for Committee (1.5). | 2.50 | 1,150.00 | $2,875.00 |
| 09/20/2023 | JWL | GC | Draft agenda for kick off meeting and meeting materials (.8); call with J. Stang regarding initial Committee meeting (.5); email to Committee re kick off meeting (.3); emails with Committee members regarding format for kick off meeting (.7). | 2.30 | 1,150.00 | $2,645.00 |
| 09/21/2023 | BMM | GC | Participate in and take minutes at Committee meeting. | 1.30 | 875.00 | $1,137.50 |
| 09/21/2023 | DG | GC | Review materials for Committee call (.3); attend first Committee call (1.3). | 1.60 | 1,550.00 | $2,480.00 |
| 09/21/2023 | JWL | GC | Prepare for initial Committee meeting (.5); attend initial Committee meeting (1.3); respond to Committee questions re administration of committee (.5). | 2.30 | 1,150.00 | $2,645.00 |
| 09/22/2023 | JIS | GC | Attend zoom meeting of Committee. | 1.30 | 1,695.00 | $2,203.50 |
| 09/25/2023 | JIS | GC | Call with J. Lucas regarding 9/25 call with Committee members regarding 341 meeting and Committee orientation. | 0.50 | 1,695.00 | $847.50 |
| 09/28/2023 | BMM | GC | (Partial) Participate in and take notes at the 341 meeting of creditors. | 2.20 | 875.00 | $1,925.00 |
| 09/28/2023 | DG | GC | Review and respond to emails from J. Stang and B. Michaels re: chapter 11 demonstrative. | 0.30 | 1,550.00 | $465.00 |
| 09/28/2023 | JWL | GC | Prepare agenda for weekly committee call (.5); attend weekly Committee call regarding case status and strategy issues (1.3). | 1.80 | 1,150.00 | $2,070.00 |
| 09/28/2023 | JWL | GC | Attend Committee meeting regarding follow up questions re 341 meeting (.5); review UST objection re ordinary course professionals motion (.3). | 0.80 | 1,150.00 | $920.00 |
| 09/29/2023 | BMM | GC | Draft overview of chapter 11 for Committee. | 0.70 | 875.00 | $612.50 |
| 09/29/2023 | BMM | GC | Communications with Committee members regarding ongoing case issues. | 0.40 | 875.00 | $350.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     9

Invoice 135790

September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2023 | BMM | GC | Communications with Committee answering questions. | 0.40 | 875.00 | $350.00 |
|  |  |  |  | 27.00 |  | $30,551.00 |

**Hearings**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/14/2023 | JWL | HE | Attend second day hearing regarding final approval of first day motions (includes wait time for hearing to commence). | 0.50 | 1,150.00 | $575.00 |
|  |  |  |  | 0.50 |  | $575.00 |

**Insurance Litigation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/26/2023 | IAWN | IL | Review first day orders and declarations re insurance. | 2.30 | 1,395.00 | $3,208.50 |
| 09/26/2023 | IAWN | IL | Revise order re insurance. | 0.20 | 1,395.00 | $279.00 |
| 09/26/2023 | IAWN | IL | Exchange emails and telephone calls with J. Lucas re insurance order. | 0.20 | 1,395.00 | $279.00 |
|  |  |  |  | 2.70 |  | $3,766.50 |

**Meetings of and Communications with Creditors**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | BDD | MC | Review Notice of Case Commencement re 341a meeting of creditors (.10) and emails G. Brown, J. Lucas and B. Michael re same (.10) | 0.20 | 545.00 | $109.00 |
| 09/21/2023 | DG | MC | Emails with G. Brown, J. Lucas and J. Stang re: meeting of creditors. | 0.30 | 1,550.00 | $465.00 |
| 09/21/2023 | GNB | MC | Telephone conference with J. Lucas regarding preparation for 341(a) meeting; Email PSZJ team regarding same. | 0.10 | 975.00 | $97.50 |
| 09/22/2023 | DG | MC | Review and respond to emails from J. Lucas, B. Michaels and J. Stang re: 341 meeting (.3); review correspondence from state court counsel re: same (.2). | 0.50 | 1,550.00 | $775.00 |
| 09/22/2023 | GNB | MC | Email with PSZJ team regarding 341(a) meeting and strategy. | 0.20 | 975.00 | $195.00 |
| 09/22/2023 | JWL | MC | Call with Committee Co-Chairs re 341 meeting (.8); email to co-chairs re questions for 341 meeting (.5). | 1.30 | 1,150.00 | $1,495.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     10
Invoice 135790
September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/24/2023 | JWL | MC | Email to Committee and state court counsel regarding 341 issues and bylaws (.2); review and revise outline of questions for 341 meeting (.5); and email to Committee re same (.2). | 0.90 | 1,150.00 | $1,035.00 |
| 09/25/2023 | IAWN | MC | Review 341 insurance questions and revise. | 0.90 | 1,395.00 | $1,255.50 |
| 09/25/2023 | JIS | MC | Call with co-chair regarding 341 meeting. | 0.70 | 1,695.00 | $1,186.50 |
| 09/25/2023 | JWL | MC | Call with J. Stein re 341 meeting and Committee member participation (.4);  call with A. Horowitz re same (.2); update 341 meeting questions (1.0). | 1.60 | 1,150.00 | $1,840.00 |
| 09/25/2023 | JWL | MC | Prepare for (.2) and attend Committee member call regarding 341 meeting (1.0); call with J. Stang regarding information for Committee regarding 341 meeting and bankruptcy background (.5). | 1.70 | 1,150.00 | $1,955.00 |
| 09/26/2023 | DG | MC | Call with J. Lucas re: call with Debtor's counsel and hearing issues. | 0.30 | 1,550.00 | $465.00 |
| 09/26/2023 | JIS | MC | Review 341 questions and independent review board member backgrounds. | 1.90 | 1,695.00 | $3,220.50 |
| 09/26/2023 | JIS | MC | Review Archdiocese website for treatment of child protection measures. | 0.50 | 1,695.00 | $847.50 |
| 09/26/2023 | JWL | MC | Email update to Committee and state court counsel regarding preparations for 341 meeting (.5). | 0.50 | 1,150.00 | $575.00 |
| 09/28/2023 | JIS | MC | Attend 341(a) meeting. | 4.30 | 1,695.00 | $7,288.50 |
| 09/28/2023 | JWL | MC | Attend section 341 meeting and collect notes for questioning and continued meeting. | 2.90 | 1,150.00 | $3,335.00 |
|  |  |  |  | 18.80 |  | $26,140.00 |

**PSZJ Retention**

| 09/14/2023 | GNB | RP | Communications with PSZJ team regarding retention application for PSZJ. | 0.30 | 975.00 | $292.50 |
|---|---|---|---|---|---|---|
| 09/15/2023 | BMM | RP | Call with G. Brown regarding retention application. | 0.10 | 875.00 | $87.50 |
| 09/17/2023 | BMM | RP | Prepare retention application. | 1.00 | 875.00 | $875.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    11
Invoice 135790
September 30, 2023

|            |     |     |                                                                      | Hours | Rate     | Amount     |
|------------|-----|-----|----------------------------------------------------------------------|-------|----------|------------|
| 09/20/2023 | BDD | RP  | Draft PSZJ retention application for B. Michael (.20) and email re same (.10). | 0.30  | 545.00   | $163.50    |
| 09/20/2023 | BMM | RP  | Draft retention application.                                         | 1.00  | 875.00   | $875.00    |
| 09/20/2023 | BMM | RP  | Prepare conflict list and convey to A. Bonn.                        | 0.50  | 875.00   | $437.50    |
| 09/25/2023 | BMM | RP  | Prepare application to employ PSZJ.                                  | 0.50  | 875.00   | $437.50    |
| 09/25/2023 | BMM | RP  | Draft retention application.                                         | 0.40  | 875.00   | $350.00    |
| 09/25/2023 | GNB | RP  | Begin review of conflict check report.                              | 0.10  | 975.00   | $97.50     |
|            |     |     |                                                                      | **4.20** |       | **$3,616.00** |

**Other Professional Retention**

|            |     |     |                                                                      | Hours | Rate     | Amount     |
|------------|-----|-----|----------------------------------------------------------------------|-------|----------|------------|
| 09/18/2023 | GNB | RPO | Email PSZJ team regarding Sheppard Mullin retention motion.         | 0.10  | 975.00   | $97.50     |
| 09/21/2023 | GNB | RPO | Email with PSZJ team regarding potential Committee special counsel.  | 0.10  | 975.00   | $97.50     |
| 09/26/2023 | JIS | RPO | Call with potential insurance counsel regarding case background.     | 0.50  | 1,695.00 | $847.50    |
| 09/26/2023 | JIS | RPO | Draft emails to Manly & Associates regarding retention of additional Committee professionals. | 0.20  | 1,695.00 | $339.00    |
| 09/30/2023 | JIS | RPO | Call with potential insurance counsel regarding case background.     | 0.30  | 1,695.00 | $508.50    |
|            |     |     |                                                                      | **1.20** |       | **$1,890.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                              **$81,777.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    12

Invoice 135790

September 30, 2023

---

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 08/28/2023 | TR | Sonix.AI, transcript of hearing on 8/28/2023, SLL | 7.61 |
| 09/18/2023 | OS | MN Lawyer Registration  - Fee for Certificate of Good Standing | 53.15 |
| 09/30/2023 | PAC | Pacer - Court Research | 2.30 |

**Total Expenses for this Matter** **$63.06**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

1   STATE OF CALIFORNIA        )
                                     )

2   CITY OF LOS ANGELES        )

3         I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

        On December 19, 2023, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (SEPTEMBER 2023)** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On December 19, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. <br><br> The Honorable Judge Dennis Montali <br> United States Bankruptcy Court <br> Northern District of California <br> 450 Golden Gate Avenue, 16th Floor <br> San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. Please See Attached |

        I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

        Executed on December 19, 2023 at Los Angeles, California.

                              */s/ Maria R. Viramontes*

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
2  nreinhardt@duanemorris.com

3  Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jrios@ffwplaw.com, docket@ffwplaw.com
4
   Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
5  mroberts@phrd.com

6  Annette Rolain on behalf of Interested Party First State Insurance Company
   arolain@ruggerilaw.com
7
   Cheryl C. Rouse on behalf of Creditor Victoria Castro
8  rblaw@ix.netcom.com

9  Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   phillip.shine@usdoj.gov
10
   James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
11 jstang@pszjlaw.com

12 Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London
    and Certain London Market Companies
13 catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

14 Joshua D Weinberg on behalf of Interested Party First State Insurance Company
   jweinberg@ruggerilaw.com
15
   Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
16 mweiss@phrd.com

17 Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
   hwinsberg@phrd.com
18
   Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
19 Market Companies
   yongli.yang@clydeco.us
20

21

22

23

24

25

26

27

28

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

VIA EMAIL

| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
       dgrassgreen@pszjlaw.com
       gbrown@pszjlaw.com
       bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (OCTOBER 2023)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period October 1, 2023 to October 31, 2023 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

DOCS_LA:351589.2 05068/002

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2023 – October 31, 2023 | $193,022.00[1] | $2,226.07 | $195,248.07 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $154,417.60 | $2,226.07 | $156,643.67 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated: December 20, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
    Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $201,905.50 during the Fee Period but seeks compensation only for $193,022.00. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks to be reimbursed by the Debtor according to its customary reimbursement policies, *provided, however,* that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $201,905.50) and a blended hourly rate of $1,050 (here, $193,022.00).
Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# EXHIBIT 1

## ABBREVIATIONS KEY:

BB = Burns Bair LLP
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.

December 19, 2023
Invoice    135996
Client      05068.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2023

| | |
|---|---:|
| FEES | $201,905.50 |
| EXPENSES | $2,226.07 |
| COURTESY DISCOUNT | -$8,883.50 |
| **TOTAL CURRENT CHARGES** | **$195,248.07** |
| **BALANCE FORWARD** | **$72,021.56** |
| **TOTAL BALANCE DUE** | **$267,269.63** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    2

Invoice 135996

December 19, 2023

---

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| AWC | Caine, Andrew W. | Partner | 1,395.00 | 9.70 | $13,531.50 |
| DG | Grassgreen, Debra I. | Partner | 1,550.00 | 1.50 | $2,325.00 |
| JIS | Stang, James I. | Partner | 1,695.00 | 23.10 | $39,154.50 |
| JWL | Lucas, John W. | Partner | 1,150.00 | 25.10 | $28,865.00 |
| KHB | Brown, Kenneth H. | Partner | 1,525.00 | 7.40 | $11,285.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 875.00 | 82.40 | $72,100.00 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 22.90 | $22,327.50 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 22.60 | $12,317.00 |
| | | | | 194.70 | $201,905.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    3

Invoice 135996

December 19, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 0.50 | $519.50 |
| AC | Avoidance Action Analysis | 0.80 | $1,271.00 |
| BL | Bankruptcy Litigation | 62.20 | $67,755.00 |
| CA | Case Administration | 9.40 | $8,747.00 |
| CO | Claims Administration and Objections | 39.30 | $39,159.00 |
| CP | PSZJ Compensation | 0.70 | $381.50 |
| FD | First/Second Day Matters | 8.80 | $8,885.00 |
| FF | Financial Filings | 0.20 | $109.00 |
| GC | General Creditors' Committee | 44.40 | $46,357.00 |
| HE | Hearings | 0.50 | $575.00 |
| IC | Insurance Coverage | 0.80 | $1,356.00 |
| MC | Meetings of and Communications with Creditors | 12.30 | $13,953.00 |
| ME | Mediation | 0.10 | $169.50 |
| RP | PSZJ Retention | 6.30 | $5,169.50 |
| RPO | Other Professional Retention | 7.70 | $6,427.00 |
| SL | Stay Litigation | 0.70 | $1,071.50 |
| | | 194.70 | $201,905.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     4
Invoice 135996
December 19, 2023

## Summary of Expenses

| Description | Amount |
|---|---:|
| Air Fare | $980.76 |
| Lexis/Nexis- Legal Research | $39.03 |
| Litigation Support Vendors | $180.00 |
| Pacer - Court Research | $179.90 |
| Reproduction Expense - @0.20 per page | $142.60 |
| Travel Expense | $688.88 |
| Transcript | $14.90 |
| | $2,226.07 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:   5
Invoice 135996
December 19, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 10/03/2023 | BMM | AA | Call with J. Stang and J. Lucas (in part) regarding discovery, DLF, and other case issues. | 0.40 | 875.00 | $350.00 |
| 10/26/2023 | JIS | AA | Call with J. Lucas regarding investments. | 0.10 | 1,695.00 | $169.50 |
| | | | | **0.50** | | **$519.50** |
| **Avoidance Action Analysis** | | | | | | |
| 10/30/2023 | JIS | AC | Draft email to state court counsel regarding avoidance action and standing. | 0.30 | 1,695.00 | $508.50 |
| 10/31/2023 | KHB | AC | Review draft email from J. Stang re avoidance of transaction (.2); confer with J. Stang re same (.3). | 0.50 | 1,525.00 | $762.50 |
| | | | | **0.80** | | **$1,271.00** |
| **Bankruptcy Litigation** | | | | | | |
| 10/02/2023 | BMM | BL | Revise draft litigation hold letter. | 0.30 | 875.00 | $262.50 |
| 10/02/2023 | BMM | BL | Revise draft litigation hold letter. | 0.20 | 875.00 | $175.00 |
| 10/02/2023 | BMM | BL | Communications with S. Lee regarding litigation hold letter. | 0.20 | 875.00 | $175.00 |
| 10/02/2023 | KHB | BL | Review draft litigation hold letter (.3); emails to B. Michael re proposed revisions (.2); confer with J. Lucas re same (.2). | 0.70 | 1,525.00 | $1,067.50 |
| 10/04/2023 | BMM | BL | Edit draft confidentiality agreement. | 0.60 | 875.00 | $525.00 |
| 10/04/2023 | JIS | BL | Review confidentiality agreement. | 0.20 | 1,695.00 | $339.00 |
| 10/04/2023 | KHB | BL | Review and revise proposed protective order (4.8); emails with B. Michael re same (.2); emails with J. Lucas re same (.2). | 5.20 | 1,525.00 | $7,930.00 |
| 10/06/2023 | BMM | BL | Revise draft confidentiality agreement. | 0.50 | 875.00 | $437.50 |
| 10/09/2023 | AWC | BL | Emails with Committee and team regarding 2004 motion (.2); and review prior pleadings (.5). | 0.70 | 1,395.00 | $976.50 |
| 10/09/2023 | BMM | BL | Call with BRG (in part), J. Stang and J. Lucas regarding discovery and other case issues. | 1.50 | 875.00 | $1,312.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/2023 | GNB | BL | Emails A. Caine and B. Dassa regarding Rule 2004 to Debtor (.1); communications with M. Babcock regarding same (.1). | 0.20 | 975.00 | $195.00 |
| 10/09/2023 | GNB | BL | Call with J. Lucas regarding Rule 2004 motion to Debtor and wage motion response. | 0.20 | 975.00 | $195.00 |
| 10/09/2023 | GNB | BL | Call with J. Stang regarding Rule 2004 document requests. | 0.10 | 975.00 | $97.50 |
| 10/09/2023 | GNB | BL | Revise common interest and confidentiality agreement between Committee counsel and state court counsel. | 1.40 | 975.00 | $1,365.00 |
| 10/09/2023 | KHB | BL | Revision to confidentially agreement (.5); emails from J. Lucas and SCC re same (.3). | 0.80 | 1,525.00 | $1,220.00 |
| 10/10/2023 | AWC | BL | Discussions with J. Stang and BRG regarding discovery. | 0.30 | 1,395.00 | $418.50 |
| 10/10/2023 | JIS | BL | Conference call with BRG, J. Lucas, B. Michael regarding financial discovery. | 0.60 | 1,695.00 | $1,017.00 |
| 10/11/2023 | AWC | BL | Emails and call with BRG and team regarding discovery, financial information. | 0.60 | 1,395.00 | $837.00 |
| 10/12/2023 | AWC | BL | Call with team regarding 2004 motion/requests and review prior requests (.70); emails with BRG regarding financial information requests and review draft requests (.40). | 1.10 | 1,395.00 | $1,534.50 |
| 10/12/2023 | BMM | BL | Meeting with A. Caine and G. Brown regarding 2004 motion (.3); prepare for same (.1). | 0.40 | 875.00 | $350.00 |
| 10/12/2023 | GNB | BL | Call with A. Caine and B. Michael regarding Rule 2004 document requests for Archdiocese. | 0.30 | 975.00 | $292.50 |
| 10/13/2023 | BMM | BL | Review BRG discovery list. | 0.40 | 875.00 | $350.00 |
| 10/13/2023 | BMM | BL | Meet with M. Babcock regarding discovery list. | 0.50 | 875.00 | $437.50 |
| 10/16/2023 | AWC | BL | Read memo regarding St. Jude Center, proposed sale. | 0.90 | 1,395.00 | $1,255.50 |
| 10/16/2023 | BMM | BL | Prepare due diligence requests for the 2004 motion. | 1.80 | 875.00 | $1,575.00 |
| 10/16/2023 | BMM | BL | Revise requests for 2004. | 1.60 | 875.00 | $1,400.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     7

Invoice 135996

December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2023 | GNB | BL | Email with PSZJ team regarding Rule 2004 requests. | 0.10 | 975.00 | $97.50 |
| 10/16/2023 | GNB | BL | Draft portions of Exhibit A to Rule 2004 document requests to Debtor (2.9); emails PSZJ team regarding same (.2). | 3.10 | 975.00 | $3,022.50 |
| 10/17/2023 | AWC | BL | Emails with BRG and team regarding document requests and review/revise requests. | 1.20 | 1,395.00 | $1,674.00 |
| 10/17/2023 | BMM | BL | Further revise discovery requests for 2004 motion. | 1.70 | 875.00 | $1,487.50 |
| 10/17/2023 | GNB | BL | Review A. Caine edits to proposed Rule 2004 document requests to Debtor (.1); emails with PSZJ team regarding same (.1). | 0.20 | 975.00 | $195.00 |
| 10/17/2023 | GNB | BL | Revise Rule 2004 document requests directed to Archdiocese. | 0.50 | 975.00 | $487.50 |
| 10/17/2023 | JIS | BL | Review due diligence list and comment. | 0.90 | 1,695.00 | $1,525.50 |
| 10/18/2023 | AWC | BL | Read revised document requests and emails with team thereon. | 0.40 | 1,395.00 | $558.00 |
| 10/20/2023 | BMM | BL | Draft 2004 Motion requesting Archdiocese & Affiliate information. | 3.50 | 875.00 | $3,062.50 |
| 10/22/2023 | GNB | BL | Revise Rule 2004 requests directed to Debtor, including document requests, instructions, and definitions. | 0.70 | 975.00 | $682.50 |
| 10/23/2023 | AWC | BL | Emails with team regarding document requests/issues/approach (.2); and read revised requests/emails to Committee (3). | 0.50 | 1,395.00 | $697.50 |
| 10/23/2023 | BDD | BL | Case research for B. Michael re 2004 motion (.70) and email B. Michael re same (.10). | 0.80 | 545.00 | $436.00 |
| 10/23/2023 | BMM | BL | Draft 2004 Motion requesting Archdiocese & Affiliate information. | 1.10 | 875.00 | $962.50 |
| 10/23/2023 | BMM | BL | Draft 2004 Motion requesting Archdiocese & Affiliate information. | 3.00 | 875.00 | $2,625.00 |
| 10/23/2023 | BMM | BL | Revise requests for 2004. | 0.70 | 875.00 | $612.50 |
| 10/23/2023 | BMM | BL | Draft 2004 Motion requesting Archdiocese & Affiliate information. | 2.20 | 875.00 | $1,925.00 |
| 10/23/2023 | GNB | BL | Email with PSZJ team regarding Rule 2004 document requests. | 0.10 | 975.00 | $97.50 |

|            |     |     |                                                                                      | Hours | Rate     | Amount     |
|------------|-----|-----|--------------------------------------------------------------------------------------|-------|----------|------------|
| 10/24/2023 | AWC | BL  | Emails with team regarding discovery requests/revision.                              | 0.40  | 1,395.00 | $558.00    |
| 10/24/2023 | BMM | BL  | Draft 2004 Motion requesting Archdiocese & Affiliate information.                    | 0.80  | 875.00   | $700.00    |
| 10/24/2023 | JIS | BL  | Review Rule 2004 motion.                                                             | 0.20  | 1,695.00 | $339.00    |
| 10/25/2023 | AWC | BL  | Review and revise draft 2004 motion  (1.0); and emails with team thereon (.1).       | 1.10  | 1,395.00 | $1,534.50  |
| 10/26/2023 | AWC | BL  | Emails with team regarding 2004 motion.                                              | 0.40  | 1,395.00 | $558.00    |
| 10/26/2023 | BMM | BL  | Review case law for 2004 motion.                                                     | 2.10  | 875.00   | $1,837.50  |
| 10/26/2023 | GNB | BL  | Call with J. Stang regarding Rule 2004 document requests directed to the Archdiocese. | 0.10  | 975.00   | $97.50     |
| 10/26/2023 | GNB | BL  | Email with PSZJ team regarding Rule 2004 document requests.                          | 0.20  | 975.00   | $195.00    |
| 10/27/2023 | AWC | BL  | Research regarding and review revised 2004 motion and emails with team thereon.      | 0.60  | 1,395.00 | $837.00    |
| 10/27/2023 | BMM | BL  | Revise 2004 motion.                                                                  | 1.10  | 875.00   | $962.50    |
| 10/28/2023 | GNB | BL  | Revise Rule 2004 document requests directed to Archdiocese.                          | 5.10  | 975.00   | $4,972.50  |
| 10/29/2023 | GNB | BL  | Revise Rule 2004 document requests directed to Archdiocese (1.6); email PSZJ team regarding same (.1). | 1.70  | 975.00   | $1,657.50  |
| 10/30/2023 | AWC | BL  | Review and revise 2004 motion and document requests.                                 | 0.90  | 1,395.00 | $1,255.50  |
| 10/30/2023 | GNB | BL  | Revise draft Rule 2004 motion, including exhibits thereto (.5); call with J. Stang regarding same (.3); email with PSZJ team regarding same (.1). | 0.90  | 975.00   | $877.50    |
| 10/30/2023 | JIS | BL  | Revise Rule 2004 definitions.                                                        | 0.10  | 1,695.00 | $169.50    |
| 10/30/2023 | JIS | BL  | Telephone call with G. Brown regarding Rule 2004 definitions.                        | 0.30  | 1,695.00 | $508.50    |
| 10/31/2023 | AWC | BL  | Emails with team regarding 2004 motion and read revised versions.                    | 0.60  | 1,395.00 | $837.00    |
| 10/31/2023 | GNB | BL  | Finalize Rule 2004 ex parte application (1.4); email PSZJ team regarding same (.1); call with J. Lucas regarding same (.1). | 1.60  | 975.00   | $1,560.00  |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     9

Invoice 135996

December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2023 | JIS | BL | Review transmittal emails for Rule 2004 exams. | 0.20 | 1,695.00 | $339.00 |
| 10/31/2023 | JWL | BL | Review and comment on Committee's Bankruptcy Rule 2004 application (1.5); calls with G. Brown regarding same (.3). | 1.80 | 1,150.00 | $2,070.00 |
| | | | | 62.20 | | $67,755.00 |

## Case Administration

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2023 | BDD | CA | Email to/call with G. Brown re critical dates memo. | 0.10 | 545.00 | $54.50 |
| 10/02/2023 | JIS | CA | Call with Debtor's counsel regarding 341 meeting, bar date, DLF, credibly accused list. | 0.90 | 1,695.00 | $1,525.50 |
| 10/03/2023 | BDD | CA | Review docket and update critical dates memo re same (.50); multiple emails to/calls with G. Brown re further updates to calendar (.20); circulate critical dates memo to PSZJ team (.10); emails B. Anavim and M. Kulick re same (.10). | 0.90 | 545.00 | $490.50 |
| 10/03/2023 | JIS | CA | Call with J. Lucas regarding call with Debtor's counsel and status. | 0.70 | 1,695.00 | $1,186.50 |
| 10/09/2023 | BDD | CA | Emails B. Michael and N. Brown re standing orders for case transcripts. | 0.10 | 545.00 | $54.50 |
| 10/09/2023 | BMM | CA | Update work-in-progress memo (.7); revise meeting minutes (.7); prepare Committee dropbox (.5). | 1.90 | 875.00 | $1,662.50 |
| 10/10/2023 | BDD | CA | Review docket and update critical dates memo re same (.30); emails PSZJ team and N. Brown re same (.20). | 0.50 | 545.00 | $272.50 |
| 10/10/2023 | BDD | CA | Email N. Brown re standing order requests for transcripts (.10); email B. Michael re same (.10). | 0.20 | 545.00 | $109.00 |
| 10/12/2023 | BDD | CA | Confer with Omni re service lists (.20) and emails G. Brown and N. de Leon re same (.10). | 0.30 | 545.00 | $163.50 |
| 10/12/2023 | BMM | CA | Update work-in-progress memo. | 0.50 | 875.00 | $437.50 |
| 10/13/2023 | BDD | CA | Email N. Brown re hearing transcript (10/12 hearing). | 0.10 | 545.00 | $54.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     10
Invoice 135996
December 19, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2023 | GNB | CA | Email with PSZJ team regarding error on email address from noticing agent master service list. | 0.10 | 975.00 | $97.50 |
| 10/16/2023 | BMM | CA | Review emails, critical dates memo and outstanding tasks to update work-in-progress memo. | 0.80 | 875.00 | $700.00 |
| 10/17/2023 | BDD | CA | Review docket and update critical dates memo re same (.30); email PSZJ team re same (.10). | 0.40 | 545.00 | $218.00 |
| 10/17/2023 | GNB | CA | Emails B. Dassa regarding edits to critical dates calendar; emails B. Dassa regarding Omni service of Committee papers. | 0.10 | 975.00 | $97.50 |
| 10/18/2023 | BDD | CA | Email G. Brown re Zoom instructions for Judge Montali's hearings. | 0.10 | 545.00 | $54.50 |
| 10/30/2023 | BDD | CA | Email G. Brown re updating critical dates memo. | 0.10 | 545.00 | $54.50 |
| 10/30/2023 | BMM | CA | Update work-in-progress memo and send to team. | 0.90 | 875.00 | $787.50 |
| 10/31/2023 | BDD | CA | Review docket and update critical dates memo re same (.20); email PSZJ team re same (.10); email B. Anavim and M. Kulick re same (.10). | 0.40 | 545.00 | $218.00 |
| 10/31/2023 | JIS | CA | Status call with Debtor. | 0.30 | 1,695.00 | $508.50 |
|  |  |  |  | 9.40 |  | $8,747.00 |

## Claims Administration and Objections

| 10/03/2023 | BMM | CO | Analyze bar date filings in trial cases. | 0.50 | 875.00 | $437.50 |
|---|---|---|---|---|---|---|
| 10/04/2023 | BMM | CO | Analyze bar date filings in trial cases. | 0.70 | 875.00 | $612.50 |
| 10/06/2023 | BMM | CO | Respond to questions regarding claims objections. | 0.70 | 875.00 | $612.50 |
| 10/16/2023 | BMM | CO | Call with J. Stang and J. Lucas (in part) regarding bar date litigation and other case issues. | 0.60 | 875.00 | $525.00 |
| 10/17/2023 | BMM | CO | Revise draft bar date documents including comparison to Dioceses of Santa Rosa, Oakland, and Ogdensburg bar date orders. | 4.50 | 875.00 | $3,937.50 |
| 10/18/2023 | BMM | CO | Analyze bar date filings in Diocese of Santa Rosa, Diocese of Oakland, and Diocese of Ogdensburg cases. | 3.50 | 875.00 | $3,062.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    11
Invoice 135996
December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/2023 | BMM | CO | Incorporate J. Stein edits to draft survivor form. | 0.50 | 875.00 | $437.50 |
| 10/18/2023 | BMM | CO | Call with J. Stang regarding edits to bar date documents. | 0.60 | 875.00 | $525.00 |
| 10/18/2023 | BMM | CO | Draft summary of Dioceses of Oakland and Santa Rosa bar date litigation and 2004 litigation. | 0.50 | 875.00 | $437.50 |
| 10/18/2023 | BMM | CO | Incorporate J. Stein edits to draft survivor form. | 0.50 | 875.00 | $437.50 |
| 10/18/2023 | BMM | CO | Incorporate J. Stang edits to bar date documents. | 0.40 | 875.00 | $350.00 |
| 10/18/2023 | BMM | CO | Draft summary of Dioceses of Oakland and Santa Rosa bar date litigation and 2004 litigation. | 0.50 | 875.00 | $437.50 |
| 10/18/2023 | GNB | CO | Emails with PSZJ team regarding bar date. | 0.10 | 975.00 | $97.50 |
| 10/18/2023 | JIS | CO | Telephone call with B. Michael to review bar date pleadings. | 0.60 | 1,695.00 | $1,017.00 |
| 10/18/2023 | JIS | CO | Review draft proof of claim materials. | 0.30 | 1,695.00 | $508.50 |
| 10/18/2023 | JWL | CO | Review revised proof of claim form, order, and notices and provide comments (1.0). | 1.00 | 1,150.00 | $1,150.00 |
| 10/19/2023 | BDD | CO | Review bar date motion and email B. Anavim and M. Kulick re same. | 0.10 | 545.00 | $54.50 |
| 10/19/2023 | BMM | CO | Call with J. Stein regarding bar date documents. | 0.50 | 875.00 | $437.50 |
| 10/20/2023 | BMM | CO | Further revise bar date documents based on state court counsel feedback. | 2.00 | 875.00 | $1,750.00 |
| 10/23/2023 | BMM | CO | Further revise bar date documents based on state court counsel feedback. | 0.50 | 875.00 | $437.50 |
| 10/23/2023 | BMM | CO | Prepare and send redlines to bar date documents for Debtor's counsel. | 0.30 | 875.00 | $262.50 |
| 10/23/2023 | JWL | CO | Research regarding proof of claim related issues (2.0). | 2.00 | 1,150.00 | $2,300.00 |
| 10/24/2023 | BMM | CO | Call with J. Stein regarding bar date documents. | 0.60 | 875.00 | $525.00 |
| 10/27/2023 | BMM | CO | Meeting with J. Lucas and Debtor's counsel regarding bar date filing. | 1.70 | 875.00 | $1,487.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     12
Invoice 135996
December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/27/2023 | JWL | CO | Review proof of claim forms, order, and confidentiality agreement (1.2); call with B. Michael and Debtor's counsel regarding proof of claim form and order (1.5). | 2.70 | 1,150.00 | $3,105.00 |
| 10/30/2023 | BMM | CO | Meeting with J. Stang, J. Bair, and T. Burns regarding bar date motion. | 0.30 | 875.00 | $262.50 |
| 10/30/2023 | BMM | CO | Analyze updated bar date documents from the Archdiocese. | 1.00 | 875.00 | $875.00 |
| 10/30/2023 | BMM | CO | Analyze draft bar date documents from Archdiocese. | 0.90 | 875.00 | $787.50 |
| 10/30/2023 | DG | CO | Call with J. Lucas re: bar date and claim supplement. | 0.30 | 1,550.00 | $465.00 |
| 10/30/2023 | GNB | CO | Call with J. Lucas regarding bar date; review/J. Stang email to SCC regarding proof of claim issues for bar date motion. | 0.10 | 975.00 | $97.50 |
| 10/30/2023 | JIS | CO | Telephone call with J. Lucas regarding bar date subpoena. | 0.40 | 1,695.00 | $678.00 |
| 10/30/2023 | JIS | CO | Telephone call with B. Michael regarding bar date subpoena. | 0.10 | 1,695.00 | $169.50 |
| 10/30/2023 | JIS | CO | Telephone call with I. Scharf regarding bar date subpoena. | 0.20 | 1,695.00 | $339.00 |
| 10/30/2023 | JIS | CO | Telephone call with B. Michael regarding bar date objection. | 0.20 | 1,695.00 | $339.00 |
| 10/30/2023 | JIS | CO | Telephone call with Burns Bair and B. Michael regarding bar date. | 0.30 | 1,695.00 | $508.50 |
| 10/30/2023 | JIS | CO | Telephone call with J. Anderson regarding bar date. | 0.20 | 1,695.00 | $339.00 |
| 10/30/2023 | JIS | CO | Draft email to state court counsel regarding bar date. | 0.10 | 1,695.00 | $169.50 |
| 10/30/2023 | JIS | CO | Call B. Michael regarding Archdiocese changes to bar date. | 0.10 | 1,695.00 | $169.50 |
| 10/31/2023 | BMM | CO | Draft objection to bar date motion. | 0.90 | 875.00 | $787.50 |
| 10/31/2023 | BMM | CO | Draft objection to bar date motion. | 2.30 | 875.00 | $2,012.50 |
| 10/31/2023 | BMM | CO | Draft objection to bar date motion (with J. Stang in part). | 3.90 | 875.00 | $3,412.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    13
Invoice 135996
December 19, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2023 | BMM | CO | Draft objection to bar date motion (with J. Stang in part). | 0.80 | 875.00 | $700.00 |
| 10/31/2023 | DG | CO | Review email from J. Stang re: bar date motion (.1); call with J. Stang re: same (.4); call with J. Lucas re: same (.2). | 0.70 | 1,550.00 | $1,085.00 |
| 10/31/2023 | JIS | CO | Review email regarding bar date motions and review bar date pleadings. | 0.60 | 1,695.00 | $1,017.00 |
|  |  |  |  | **39.30** |  | **$39,159.00** |

**PSZJ Compensation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2023 | BDD | CP | Emails G. Brown, B. Michael and B. Anavim re interim compensation procedure deadlines. | 0.20 | 545.00 | $109.00 |
| 10/10/2023 | BDD | CP | Email N. Brown re hearing on ordinary course professionals and interim compensation procedures motion. | 0.10 | 545.00 | $54.50 |
| 10/16/2023 | BDD | CP | Email J. Lucas, B. Michael and G. Brown re PSZJ monthly fee statements. | 0.10 | 545.00 | $54.50 |
| 10/17/2023 | BDD | CP | Review interim compensation procedures order (.10) and emails B. Anavim and M. Kulick re same (.10). | 0.20 | 545.00 | $109.00 |
| 10/26/2023 | BDD | CP | Email J. Lucas and G. Brown re PSZJ September fee statement. | 0.10 | 545.00 | $54.50 |
|  |  |  |  | **0.70** |  | **$381.50** |

**First/Second Day Matters**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2023 | JWL | FD | Call with J. Stang re wage motion and cash management (.5); call with O. Katz and P. Pascuzzi re wage motion and cash management (.3). | 0.80 | 1,150.00 | $920.00 |
| 10/05/2023 | JWL | FD | Call with P. Pascuzzi re general case administration issues and wage order (.5); calls with J. Stang re accused list and wage order issues (.6). | 1.10 | 1,150.00 | $1,265.00 |
| 10/09/2023 | JWL | FD | Email with BRG team re cash management issues and investment of Debtor cash (.3); call with G. Brown re wage motion response and 2004 issues (.2). | 0.50 | 1,150.00 | $575.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 14

Invoice 135996

December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2023 | GNB | FD | Review filed documents relevant to Committee's response to emergency motion to pay certain employees (.5); Begin drafting response (.2). | 0.70 | 975.00 | $682.50 |
| 10/12/2023 | BDD | FD | Review deadlines and email J. Lucas and G. Brown re opposition to respond to Debtor's wage motion. | 0.10 | 545.00 | $54.50 |
| 10/12/2023 | GNB | FD | Review filed documents relevant to Committee's response to emergency motion to pay certain employees (.3); research for factual supplements to response (.6); continue drafting response (.7); call with J. Lucas regarding same (.1). | 1.70 | 975.00 | $1,657.50 |
| 10/12/2023 | GNB | FD | Revise response to emergency motion to pay certain employees (.6); email with PSZJ team regarding filing and service of Committee's response to emergency motion to pay certain employees (.1). | 0.70 | 975.00 | $682.50 |
| 10/12/2023 | JWL | FD | Review and revise response to wage motion and final order (.8). | 0.80 | 1,150.00 | $920.00 |
| 10/13/2023 | GNB | FD | Revise Committee's response to emergency motion to pay certain employees. | 0.40 | 975.00 | $390.00 |
| 10/18/2023 | BDD | FD | Email N. Brown re 10/12 hearing transcript. | 0.10 | 545.00 | $54.50 |
| 10/18/2023 | BDD | FD | Email eScribers re hearing transcript (10/12 hearing). | 0.10 | 545.00 | $54.50 |
| 10/18/2023 | BDD | FD | Email PSZJ team re 10/12 hearing transcript. | 0.10 | 545.00 | $54.50 |
| 10/20/2023 | GNB | FD | Review Debtor reply on motion for payment of wages; email PSZJ team regarding same. | 0.10 | 975.00 | $97.50 |
| 10/23/2023 | BDD | FD | Email G. Brown re 10/12 hearing transcript. | 0.10 | 545.00 | $54.50 |
| 10/24/2023 | JWL | FD | Call with O. Katz regarding cash management motion (.1); review Debtor reply to cash mgt. objection (.5). | 0.60 | 1,150.00 | $690.00 |
| 10/25/2023 | BDD | FD | Emails PSZJ team re final hearing on cash management and wage motions (.10); call to court clerk re same (.10). | 0.20 | 545.00 | $109.00 |
| 10/25/2023 | JWL | FD | Call with Debtor's counsel regarding cash management and investment of funds (.4). | 0.40 | 1,150.00 | $460.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     15
Invoice 135996
December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/27/2023 | BDD | FD | Review hearing transcripts received to date (.10) and emails B. Jennings at Pascuzzi re same (.20). | 0.30 | 545.00 | $163.50 |
| | | | | **8.80** | | **$8,885.00** |

**Financial Filings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2023 | BDD | FF | Review August and September MORs (.10) and email BRG team re same (.10). | 0.20 | 545.00 | $109.00 |
| | | | | **0.20** | | **$109.00** |

**General Creditors' Committee**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2023 | BMM | GC | Prepare agenda and other materials for Committee meeting on ongoing case issues. | 0.90 | 875.00 | $787.50 |
| 10/02/2023 | GNB | GC | Revise and edit Committee Bylaws. | 1.00 | 975.00 | $975.00 |
| 10/03/2023 | BMM | GC | Draft presentation on the chapter 11 process for the Committee. | 1.70 | 875.00 | $1,487.50 |
| 10/03/2023 | GNB | GC | Email B. Dassa regarding edits to information to be emailed today to Committee and SCC (.1); email B. Michael and D. Hinojosa regarding same; email PSZJ team regarding same (.1). | 0.20 | 975.00 | $195.00 |
| 10/03/2023 | JWL | GC | Respond to email from Committee chairs regarding case administration issues (.5); email to entire committee re same (.3). | 0.80 | 1,150.00 | $920.00 |
| 10/05/2023 | BDD | GC | Review Committee bylaws (.20) and emails B. Michael and N. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 10/05/2023 | BMM | GC | Call with J. Lucas regarding Committee meeting and other case issues. | 0.20 | 875.00 | $175.00 |
| 10/05/2023 | BMM | GC | Participate in and take minutes at Committee meeting regarding ongoing case issues. | 1.40 | 875.00 | $1,225.00 |
| 10/05/2023 | BMM | GC | Communications with Committee and professionals regarding interviews. | 0.50 | 875.00 | $437.50 |
| 10/05/2023 | BMM | GC | Communications with Committee members regarding upcoming meetings and bylaws. | 0.90 | 875.00 | $787.50 |
| 10/05/2023 | BMM | GC | Draft presentation on the chapter 11 process for the Committee. | 1.00 | 875.00 | $875.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    16
Invoice 135996
December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2023 | BMM | GC | Draft presentation on the chapter 11 process for the Committee. | 0.70 | 875.00 | $612.50 |
| 10/05/2023 | JIS | GC | Committee call. | 1.30 | 1,695.00 | $2,203.50 |
| 10/05/2023 | JWL | GC | Call with B. Michaels re preparations for 10/5 committee meeting (.2); call with S. Moreno regarding open committee issues (.4). | 0.60 | 1,150.00 | $690.00 |
| 10/05/2023 | KHB | GC | Emails with J. Lucas re common interest agreement. | 0.20 | 1,525.00 | $305.00 |
| 10/06/2023 | BDD | GC | Review Committee by-laws/signatures (.10) and emails B. Michael and N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 10/06/2023 | BMM | GC | Review chart of diocesan bankruptcies for Committee review. | 0.20 | 875.00 | $175.00 |
| 10/06/2023 | BMM | GC | Draft common interest agreement. | 0.90 | 875.00 | $787.50 |
| 10/06/2023 | JIS | GC | Draft email to state court counsel and Committee regarding wage motion. | 0.40 | 1,695.00 | $678.00 |
| 10/08/2023 | JWL | GC | Respond to email from financial advisory interviewee (.5). | 0.50 | 1,150.00 | $575.00 |
| 10/09/2023 | BMM | GC | Participate in meeting with the Committee interviewing FAs and discussing other ongoing case issues. | 1.30 | 875.00 | $1,137.50 |
| 10/09/2023 | BMM | GC | Prepare documents for distribution to Committee. | 0.60 | 875.00 | $525.00 |
| 10/09/2023 | JWL | GC | Prepare for (.3) and attend Committee meeting regarding financial advisor interviews (1.3). | 1.60 | 1,150.00 | $1,840.00 |
| 10/10/2023 | GNB | GC | Further revise common interest and confidentiality agreement between Committee counsel and state court counsel. | 0.20 | 975.00 | $195.00 |
| 10/10/2023 | JIS | GC | Final review of common interest agreement. | 0.10 | 1,695.00 | $169.50 |
| 10/10/2023 | JWL | GC | Call with J. Stang, B. Michaels, and BRG team regarding work streams and investment accounts (1.7). | 1.70 | 1,150.00 | $1,955.00 |
| 10/11/2023 | BMM | GC | Call with J. Stang regarding Committee meeting. | 0.40 | 875.00 | $350.00 |
| 10/12/2023 | BMM | GC | Communications with Committee regarding in person meeting. | 0.20 | 875.00 | $175.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    17
Invoice 135996
December 19, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2023 | JIS | GC | Prepare for committee meeting, including reviewing agenda (.1.); attend Committee meeting (partial) (.90). | 1.00 | 1,695.00 | $1,695.00 |
| 10/12/2023 | JWL | GC | Prepare for (.3) and attend weekly committee update call (1.0); emails with Committee regarding open action items (.3). | 1.60 | 1,150.00 | $1,840.00 |
| 10/13/2023 | GNB | GC | Draft email to Committee and state court counsel regarding recent developments in case. | 0.10 | 975.00 | $97.50 |
| 10/16/2023 | BDD | GC | Email B. Michael re weekly Committee meetings. | 0.10 | 545.00 | $54.50 |
| 10/17/2023 | BDD | GC | Review by-laws and address issues re same (.30); emails B. Michael and N. Brown re same (.20). | 0.50 | 545.00 | $272.50 |
| 10/17/2023 | BMM | GC | Communications with Committee members regarding upcoming meetings. | 0.40 | 875.00 | $350.00 |
| 10/17/2023 | JIS | GC | Telephone call with B. Michael regarding Committee agenda. | 0.40 | 1,695.00 | $678.00 |
| 10/18/2023 | BDD | GC | Email B. Michael re weekly Committee meetings. | 0.10 | 545.00 | $54.50 |
| 10/18/2023 | BDD | GC | Email N. Brown re finalized bylaws. | 0.10 | 545.00 | $54.50 |
| 10/18/2023 | BDD | GC | Email B. Michael re finalized bylaws. | 0.10 | 545.00 | $54.50 |
| 10/18/2023 | BDD | GC | Review 10/19 committee meeting agenda. | 0.10 | 545.00 | $54.50 |
| 10/18/2023 | BMM | GC | Communication with SCC regarding draft bar date orders. | 0.30 | 875.00 | $262.50 |
| 10/18/2023 | JIS | GC | Telephone call with media regarding child protection issues. | 0.60 | 1,695.00 | $1,017.00 |
| 10/18/2023 | JIS | GC | Review meeting materials regarding increased child protection cap. | 0.20 | 1,695.00 | $339.00 |
| 10/18/2023 | JWL | GC | Review information from debtor re increased expenses under survivor assistance program (.4); email to committee re same and recommendation (.5). | 0.90 | 1,150.00 | $1,035.00 |
| 10/19/2023 | BDD | GC | Participate in weekly Committee call (1.80); prepare minutes and circulate to B. Michael re same (.50). | 2.30 | 545.00 | $1,253.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    18
Invoice 135996
December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2023 | BDD | GC | Review common interest agreement and signatures received (.20) and emails N. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 10/19/2023 | BMM | GC | Communications with special insurance counsel candidates regarding meeting. | 0.40 | 875.00 | $350.00 |
| 10/19/2023 | BMM | GC | Participate in Committee meeting including special insurance counsel interviews and discussion of other case matters. | 1.90 | 875.00 | $1,662.50 |
| 10/19/2023 | JIS | GC | Call with SCC regarding bar date, discovery, and claims reviewer. | 1.20 | 1,695.00 | $2,034.00 |
| 10/20/2023 | BDD | GC | Email N. Brown re common interest agreement. | 0.10 | 545.00 | $54.50 |
| 10/20/2023 | JWL | GC | Prepare for (.6) and attend call with counsel to committee members regarding comments to proof of claim form and related documents (1.2). | 1.80 | 1,150.00 | $2,070.00 |
| 10/23/2023 | BDD | GC | Emails B. Michael and N. Brown re common interest agreement. | 0.20 | 545.00 | $109.00 |
| 10/23/2023 | BMM | GC | Call with J. Stein regarding Committee confidentiality. | 0.60 | 875.00 | $525.00 |
| 10/23/2023 | BMM | GC | Communication with Committee regarding ongoing case issues. | 0.60 | 875.00 | $525.00 |
| 10/25/2023 | BMM | GC | Email communications with team and Committee regarding upcoming meetings. | 0.90 | 875.00 | $787.50 |
| 10/25/2023 | JIS | GC | Call with B. Michael regarding status for Committee call. | 0.10 | 1,695.00 | $169.50 |
| 10/26/2023 | BDD | GC | Participate on weekly Committee call (1.20); prepare Committee minutes (.30); call with J. Stang re same (.10). | 1.60 | 545.00 | $872.00 |
| 10/26/2023 | BMM | GC | Participate in Committee meeting regarding ongoing case issues (1.2); prepare for same (.1). | 1.30 | 875.00 | $1,137.50 |
| 10/26/2023 | GNB | GC | Address Committee members and SCC at Committee meeting regarding Rule 2004 document requests. | 0.60 | 975.00 | $585.00 |
| 10/26/2023 | JIS | GC | Call with Committee (1.2); prepare for same (.2). | 1.40 | 1,695.00 | $2,373.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 19
Invoice 135996
December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2023 | JWL | GC | (Partial) Attend weekly committee meeting regarding case status and strategy (1.1). | 1.10 | 1,150.00 | $1,265.00 |
| 10/30/2023 | JIS | GC | Review slide presentation for Committee meeting. | 0.20 | 1,695.00 | $339.00 |
| 10/30/2023 | JIS | GC | Review and revise email to Committee regarding case update. | 0.10 | 1,695.00 | $169.50 |
| 10/31/2023 | BMM | GC | Call with J. Stang regarding presentation for Committee on chapter 11 process. | 0.60 | 875.00 | $525.00 |
| 10/31/2023 | JIS | GC | Call with B. Michael regarding Committee presentation for 11/12 meeting. | 0.60 | 1,695.00 | $1,017.00 |
| | | | | 44.40 | | $46,357.00 |

**Hearings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2023 | JWL | HE | Attend hearing re ordinary course professionals motion and compensation procedures, including pre-hearing time. | 0.50 | 1,150.00 | $575.00 |
| | | | | 0.50 | | $575.00 |

**Insurance Coverage**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2023 | JIS | IC | Call T. Burns regarding Archdiocese of San Francisco insurance strategy. | 0.20 | 1,695.00 | $339.00 |
| 10/30/2023 | JIS | IC | Research regarding Committee rights to intervene in state court coverage action. | 0.60 | 1,695.00 | $1,017.00 |
| | | | | 0.80 | | $1,356.00 |

**Meetings of and Communications with Creditors**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2023 | GNB | MC | Email Committee and SCC regarding continued 341(a) hearing. | 0.10 | 975.00 | $97.50 |
| 10/11/2023 | JIS | MC | Review 341 transcripts for October 12, 2023 continued meeting. | 1.00 | 1,695.00 | $1,695.00 |
| 10/11/2023 | JWL | MC | Prepare agenda for weekly Committee meeting (.2) and preparations for 341 meeting (.3). | 0.50 | 1,150.00 | $575.00 |
| 10/12/2023 | BMM | MC | (Partial) Participate in continued 341 meeting. | 2.80 | 875.00 | $2,450.00 |
| 10/12/2023 | JIS | MC | Prepare for 341(a) hearing. | 0.80 | 1,695.00 | $1,356.00 |
| 10/12/2023 | JIS | MC | Attend 341(a) hearing. | 3.00 | 1,695.00 | $5,085.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    20

Archdiocese of San Francisco O.C.C.

Invoice 135996

Client 05068.00002

December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2023 | JIS | MC | Review 341(a) hearing with I. Scharf. | 0.20 | 1,695.00 | $339.00 |
| 10/16/2023 | BDD | MC | Emails B. Michael and N. Brown re continued 341a meeting (.10) and call with N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 10/19/2023 | BDD | MC | Email K. Moore re transcript of continued 341a meeting of creditors. | 0.10 | 545.00 | $54.50 |
| 10/19/2023 | BDD | MC | Email B. Michael re continued 341a meeting. | 0.10 | 545.00 | $54.50 |
| 10/20/2023 | BDD | MC | Email B. Michael re 10/12 continued meeting of creditors. | 0.10 | 545.00 | $54.50 |
| 10/23/2023 | BDD | MC | Address transcript issues re 341a continued meeting of creditors including call with J. Stang (.70); emails/calls with N. Brown re same (.60); emails G. Brown and B. Michael re same (.20), emails to/calls with UST re same (.10); emails transcription company re same (.20). | 1.80 | 545.00 | $981.00 |
| 10/24/2023 | BDD | MC | Review audio re 10/12 continued meeting of creditors (.40) and emails B. Michael, G. Brown, N. Brown, L. Canty, and transcript. service re same (.50); calls with/emails to S. Lee re same (.10); review audio for 9/28 original meeting of creditors, sent by UST (.10). | 1.10 | 545.00 | $599.50 |
| 10/24/2023 | JIS | MC | Review continued 341 transcript. | 0.20 | 1,695.00 | $339.00 |
| 10/26/2023 | BDD | MC | Email B. Michael re 10/12 341a hearing transcript. | 0.10 | 545.00 | $54.50 |
| 10/26/2023 | BDD | MC | Email K. Moore at eLitigation services re 10/12 hearing transcript. | 0.10 | 545.00 | $54.50 |
| 10/27/2023 | BDD | MC | Email PSZJ team re official 341 hearing transcript (10/12 continued meeting of creditors). | 0.10 | 545.00 | $54.50 |
| | | | | 12.30 | | $13,953.00 |

**Mediation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2023 | JIS | ME | Draft email regarding mediation candidates. | 0.10 | 1,695.00 | $169.50 |
| | | | | 0.10 | | $169.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    21
Invoice 135996
December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**PSZJ Retention**

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2023 | BDD | RP | Email G. Brown re PSZJ retention application. | 0.10 | 545.00 | $54.50 |
| 10/03/2023 | GNB | RP | Draft email to Committee Co-Chairs regarding PSZJ retention application. | 0.10 | 975.00 | $97.50 |
| 10/05/2023 | BMM | RP | Revise retention application. | 0.80 | 875.00 | $700.00 |
| 10/05/2023 | JWL | RP | Review and revise application to retain PSZJ and supporting declaration (1.0). | 1.00 | 1,150.00 | $1,150.00 |
| 10/06/2023 | BDD | RP | Prepare notice of PSZJ's retention application (.80) and multiple emails B. Michael re same (.40); revisions to PSZJ retention application (.40) and multiple emails to/calls with N. Brown re same (.50). | 2.10 | 545.00 | $1,144.50 |
| 10/06/2023 | BMM | RP | Communications with Co-Chairs regarding retention application. | 0.20 | 875.00 | $175.00 |
| 10/06/2023 | BMM | RP | Communications with B. Dassa and Co-Chairs regarding retention application. | 0.70 | 875.00 | $612.50 |
| 10/09/2023 | GNB | RP | Emails B. Dassa regarding PSZJ retention application issues. | 0.10 | 975.00 | $97.50 |
| 10/12/2023 | JWL | RP | Update proposed order re PSZJ retention in response to UST comments (.3); prepare supplemental declaration in support of PSZJ application (.5). | 0.80 | 1,150.00 | $920.00 |
| 10/17/2023 | BDD | RP | Emails J. Lucas and N. Brown re J. Lucas supplemental declaration in support of PSZJ retention application. | 0.10 | 545.00 | $54.50 |
| 10/23/2023 | BDD | RP | Email J. Lucas re lodgment of PSZJ retention order. | 0.10 | 545.00 | $54.50 |
| 10/24/2023 | BDD | RP | Emails J. Lucas and G. Brown re PSZJ retention order. | 0.20 | 545.00 | $109.00 |
| | | | | **6.30** | | **$5,169.50** |

**Other Professional Retention**

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2023 | DG | RPO | Review financial advisor candidates materials. | 0.50 | 1,550.00 | $775.00 |
| 10/05/2023 | BMM | RPO | Communications with potential professionals regarding materials for Committee review. | 0.60 | 875.00 | $525.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:  22
Invoice 135996
December 19, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2023 | JIS | RPO | Call and email financial advisor candidates regarding fees proposal. | 0.10 | 1,695.00 | $169.50 |
| 10/06/2023 | BMM | RPO | Communications with potential professionals regarding materials for Committee review. | 0.20 | 875.00 | $175.00 |
| 10/16/2023 | BDD | RPO | Email B. Michael re preparation of BRG's retention application. | 0.10 | 545.00 | $54.50 |
| 10/17/2023 | JIS | RPO | Review special insurance counsel emails. | 0.60 | 1,695.00 | $1,017.00 |
| 10/18/2023 | JIS | RPO | Telephone call with T. Burns regarding counsel candidates. | 0.20 | 1,695.00 | $339.00 |
| 10/19/2023 | BDD | RPO | Prepare BRG retention application and related pleadings (dec) (order) (1.80); email B. Michael re same (.10). | 1.90 | 545.00 | $1,035.50 |
| 10/19/2023 | BDD | RPO | Review BRG retention in Diocese of Oakland case (.10) and email B. Michael and G. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 10/19/2023 | BMM | RPO | Revise BRG retention application. | 0.80 | 875.00 | $700.00 |
| 10/21/2023 | BMM | RPO | Revise BRG retention application. | 0.50 | 875.00 | $437.50 |
| 10/23/2023 | BDD | RPO | Revisions to BRG retention application and related pleadings (.50) and emails B. Michael and N. Brown re same (.30); call with N. Brown re same (.10). | 0.90 | 545.00 | $490.50 |
| 10/24/2023 | BDD | RPO | Revisions to BRG retention application (.10) and emails B. Michael and N. Brown re same (.10); call with N. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 10/24/2023 | BDD | RPO | Email J. Lucas and G. Brown re local rules regarding objection deadlines for retention applications. | 0.10 | 545.00 | $54.50 |
| 10/25/2023 | BDD | RPO | Email J. Lucas re BRG retention order. | 0.10 | 545.00 | $54.50 |
| 10/26/2023 | BDD | RPO | Email B. Michael re Burns Bair retention application. | 0.10 | 545.00 | $54.50 |
| 10/26/2023 | BDD | RPO | Email J. Lucas re revised proposed order and blackline for BRG retention application (.10); email to/call with N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 10/30/2023 | BDD | RPO | Revisions to BRG proposed order per UST comments (.10) and emails N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 10/31/2023 | BDD | RPO | Email J. Lucas re BRG revised retention order. | 0.10 | 545.00 | $54.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     23

Invoice 135996

December 19, 2023

|  |  |  | | 7.70 |  | $6,427.00 |

**Stay Litigation**

| 10/23/2023 | JIS | SL | Telephone conference  with J. Lucas regarding stay issues. | 0.60 | 1,695.00 | $1,017.00 |
| 10/27/2023 | BDD | SL | Email G. Brown re Motion for Relief from Stay filed by V. Castro. | 0.10 | 545.00 | $54.50 |
|  |  |  | | 0.70 |  | $1,071.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$201,905.50**

**Expenses**

| | | | |
|---|---|---|---:|
| 10/13/2023 | RE | ( 345 @0.20 PER PG) | 69.00 |
| 10/15/2023 | OS | Prezi, platform for Committee presentation, BMM | 180.00 |
| 10/19/2023 | AF | Delta Airlines, Tkt 0062182302074, MN/SF/MN, 11/10 - 17/2023 for in-person meeting. Coach fare fully refundable, BMM | 467.80 |
| 10/23/2023 | LN | 05068.00002 Lexis Charges for 10-23-23 | 11.47 |
| 10/23/2023 | LN | 05068.00002 Lexis Charges for 10-23-23 | 27.56 |
| 10/24/2023 | RE | ( 240 @0.20 PER PG) | 48.00 |
| 10/24/2023 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 10/24/2023 | TR | Sonix.AI, transcript of hearing on 10/24/2023 | 14.90 |
| 10/26/2023 | AF | Southwest Airlines, Tkt 5262217719143, LAX/Oakland (rt), S. Moreno - Travel for Committee in-person meeting on Nov. 12. | 512.96 |
| 10/26/2023 | TE | Southwest Airlines, LA-Oakland CA, TKT#52680564045756, JIS | 259.98 |
| 10/27/2023 | TE | Delta airlines, SF-LA,TKT#00680564045781, JIS | 378.90 |
| 10/27/2023 | TE | Travel agency service, TKT#89008574427463, JIS | 50.00 |
| 10/31/2023 | RE | ( 120 @0.20 PER PG) | 24.00 |
| 10/31/2023 | PAC | Pacer - Court Research | 179.90 |

**Total Expenses for this Matter**                                      **$2,226.07**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     25

Invoice 135996

December 19, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 10/31/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $71,958.50 | $63.06 | $72,021.56 |

**Total Amount Due on Current and Prior Invoices:**          **$267,269.63**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.:  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

1

| | | |
|---|---|---|
| 1 | STATE OF CALIFORNIA | ) |
| 2 | CITY OF LOS ANGELES | ) |

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On December 20, 2023, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (OCTOBER 2023)** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On December 20, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. <br><br> The Honorable Judge Dennis Montali <br> United States Bankruptcy Court <br> Northern District of California <br> 450 Golden Gate Avenue, 16th Floor <br> San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. See Attached. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 20, 2023, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria V. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company

3

| | |
|---|---|
| 1 | tjacobs@phrd.com |
| 2 | Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 3 | daniel.james@clydeco.us |
| 4 | Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation |
| 5 | chris.johnson@diamondmccarthy.com |
| 6 | Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 7 | jkahane@duanemorris.com |
| 8 | Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 9 | |
| 10 | Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jekim@sheppardmullin.com, dgatmen@sheppardmullin.com |
| 11 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 12 | |
| 13 | Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>bluu@duanemorris.com |
| 14 | |
| 15 | Pierce MacConaghy on behalf of Interested Party Century Indemnity Company<br>pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com |
| 16 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 17 | |
| 18 | Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>amina@duanemorris.com |
| 19 | |
| 20 | Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>michael.norton@clydeco.us, nancy.lima@clydeco.us |
| 21 | |
| 22 | Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov |
| 23 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 24 | |
| 25 | Mark D. Plevin on behalf of Interested Party Continental Casualty Company<br>mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 26 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher<br>dbp@provlaw.com |
| 27 | |
| 28 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>nreinhardt@duanemorris.com |

4

1

2  Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jrios@ffwplaw.com, docket@ffwplaw.com

3  Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
   mroberts@phrd.com
4

5  Annette Rolain on behalf of Interested Party First State Insurance Company
   arolain@ruggerilaw.com

6  Cheryl C. Rouse on behalf of Creditor Victoria Castro
   rblaw@ix.netcom.com
7

8  Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   phillip.shine@usdoj.gov

9  James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   jstang@pszjlaw.com
10

11 Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London
   and Certain London Market Companies
   catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
12

13 Joshua D Weinberg on behalf of Interested Party First State Insurance Company
   jweinberg@ruggerilaw.com

14 Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
   mweiss@phrd.com
15

16 Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
   hwinsberg@phrd.com

17 Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
   Market Companies
18 yongli.yang@clydeco.us

19

20

21

22

23

24

25

26

27

28

5

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance  Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance  Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theF.Afirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| | | | | | |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |

1  James I. Stang (CA Bar No. 94435)
   Debra I. Grassgreen (CA Bar No. 169978)
2  Gillian N. Brown (CA Bar No. 205132)
   Brittany M. Michael (admitted pro hac vice)
3  PACHULSKI STANG ZIEHL & JONES LLP
   One Sansome Street, Suite 3430
4  San Francisco, California 94104
   Tel: 415.263.7000; Fax: 415.263.7010
5  Email:  jstang@pszjlaw.com
           dgrassgreen@pszjlaw.com
6          gbrown@pszjlaw.com
           bmichael@pszjlaw.com
7
8  Counsel to the Official Committee of Unsecured Creditors

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

12  In re:                                    Case No.:  23-30564

13  THE ROMAN CATHOLIC ARCHBISHOP OF          Chapter 11
    SAN FRANCISCO,
14                                            **MONTHLY PROFESSIONAL FEE**
             Debtor and Debtor in Possession. **STATEMENT FOR PACHULSKI STANG**
15                                            **ZIEHL & JONES LLP (NOVEMBER 2023)**

16

17      **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

18      **NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel

19  to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly

20  professional fee statement for the period November 1, 2023 to November 30, 2023 (the "Fee

21  Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional*

22  *Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023

23  [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee

24  Period are as follows:

25

26

27                  [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

28

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2023 – November 30, 2023 | $133,844.50[1] | $5,499.37 | $139,343.87 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $107,075.60 | $5,499.37 | $112,574.97 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   January 19, 2024       PACHULSKI STANG ZIEHL & JONES LLP

                      By: */s/ Gillian N. Brown*
                        Gillian N. Brown

                      Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

---

[1] As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, that PSZJ will discount its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates and a blended hourly rate of $1,050. The amount PSZJ billed during the Fee Period using its regular hourly rates was less than the blended hourly rate of $1,050; therefore, PSZJ seeks payment based on its regular hourly rates.

Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

# EXHIBIT 1

ABBREVIATIONS KEY:

BB = Burns Bair LLP
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.

November 30, 2023
Invoice    136651
Client      05068.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2023

| | |
|---|---:|
| FEES | $133,844.50 |
| EXPENSES | $5,499.37 |
| **TOTAL CURRENT CHARGES** | **$139,343.87** |
| **BALANCE FORWARD** | **$267,269.63** |
| **TOTAL BALANCE DUE** | **$406,613.50** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    2
Invoice 136651
November 30, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| AWC | Caine, Andrew W. | Partner | 1,395.00 | 14.40 | $20,088.00 |
| DG | Grassgreen, Debra I. | Partner | 1,550.00 | 2.50 | $3,875.00 |
| JIS | Stang, James I. | Partner | 1,695.00 | 29.20 | $49,494.00 |
| JIS | Stang, James I. | Partner | 0.00 | 8.00 | $0.00 |
| JWL | Lucas, John W. | Partner | 1,150.00 | 4.90 | $5,635.00 |
| KHB | Brown, Kenneth H. | Partner | 1,525.00 | 0.30 | $457.50 |
| BMM | Michael, Brittany Mitchell | Counsel | 875.00 | 48.80 | $42,700.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 0.00 | 8.40 | $0.00 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 7.70 | $7,507.50 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 6.00 | $3,270.00 |
| LHP | Petras, Lisa | Paralegal | 545.00 | 1.50 | $817.50 |
| | | | | 131.70 | $133,844.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     3
Invoice 136651
November 30, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 0.30 | $457.50 |
| AC | Avoidance Action Analysis | 1.20 | $1,050.00 |
| BL | Bankruptcy Litigation | 25.90 | $31,680.50 |
| CA | Case Administration | 6.30 | $6,503.50 |
| CO | Claims Administration and Objections | 36.60 | $43,782.00 |
| CP | PSZJ Compensation | 4.30 | $3,461.50 |
| CPO | Other Professional Compensation | 0.60 | $585.00 |
| FD | First/Second Day Matters | 0.10 | $87.50 |
| GC | General Creditors' Committee | 30.10 | $34,500.50 |
| HE | Hearings | 5.10 | $6,512.50 |
| ME | Mediation | 1.10 | $1,792.50 |
| PD | Plan and Disclosure Statement | 0.30 | $508.50 |
| RPO | Other Professional Retention | 1.70 | $1,156.50 |
| SL | Stay Litigation | 1.70 | $1,766.50 |
| TR | Travel | 16.40 | $0.00 |
| | | 131.70 | $133,844.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     4
Invoice 136651
November 30, 2023

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Air Fare | $440.90 |
| Auto Travel Expense | $390.30 |
| Working Meals | $456.22 |
| Hotel Expense | $1,970.91 |
| Lexis/Nexis- Legal Research | $14.06 |
| Miscellaneous | $18.87 |
| Litigation Support Vendors | $100.83 |
| Pacer - Court Research | $49.40 |
| Postage | $17.77 |
| Travel Expense | $216.75 |
| Transcript | $1,823.36 |
| | $5,499.37 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     5
Invoice 136651
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 11/08/2023 | KHB | AA | Emails with J. Stang re alter ego issues. | 0.30 | 1,525.00 | $457.50 |
|  |  |  |  | **0.30** | | **$457.50** |
| **Avoidance Action Analysis** | | | | | | |
| 11/08/2023 | BMM | AC | Review memo regarding potential fraudulent transfer claim. | 1.20 | 875.00 | $1,050.00 |
|  |  |  |  | **1.20** | | **$1,050.00** |
| **Bankruptcy Litigation** | | | | | | |
| 11/01/2023 | AWC | BL | Read email with Debtor regarding 2004 motion and final motion. | 0.40 | 1,395.00 | $558.00 |
| 11/02/2023 | AWC | BL | Emails with Debtor counsel and team regarding 2004 motion, timing, discussion. | 0.30 | 1,395.00 | $418.50 |
| 11/02/2023 | GNB | BL | Internal PSZJ emails regarding Rule 2004 motion directed to Debtor and review O. Katz email regarding same (.1); email Committee and SCC regarding same (.1); email with PSZJ regarding perpetrator identification (.1). | 0.30 | 975.00 | $292.50 |
| 11/03/2023 | AWC | BL | Emails and calls with team regarding 2004 motion, approach (.20); emails and call with Debtor counsel regarding 2004 motion (.30). | 0.50 | 1,395.00 | $697.50 |
| 11/03/2023 | GNB | BL | Call with B. Michael regarding Rule 2004 strategy; email A. Caine regarding meet and confer with Debtor's counsel; email with O. Katz regarding same. | 0.10 | 975.00 | $97.50 |
| 11/03/2023 | JWL | BL | Call with O. Katz re Rule 2004 application (.2); call with J. Stang re same (.1); call with A. Caine re same (.2). | 0.50 | 1,150.00 | $575.00 |
| 11/05/2023 | GNB | BL | Prepare for Rule 2004 meet and confer tomorrow. | 0.10 | 975.00 | $97.50 |
| 11/06/2023 | AWC | BL | Call with Debtor counsel and team regarding 2004 motion (.90); read confidentiality drafts and emails with Debtor counsel thereon (.40); call with SMRH regarding 2004 application (.20); review/revise application (.30); and emails with team thereon (.10). | 1.90 | 1,395.00 | $2,650.50 |

Pachulski Stang Ziehl & Jones LLP

Page:     6

Archdiocese of San Francisco O.C.C.

Invoice 136651

Client 05068.00002

November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/2023 | BMM | BL | Discussion of discovery (with Debtor's counsel in part). | 0.90 | 875.00 | $787.50 |
| 11/06/2023 | GNB | BL | PSZJ call regarding Rule 2004 application (.7); including meet and confer with Debtor's counsel (.9). | 1.60 | 975.00 | $1,560.00 |
| 11/06/2023 | JIS | BL | Call with Debtor and PSZJ attorneys regarding Rule 2004 exam (partial). | 0.70 | 1,695.00 | $1,186.50 |
| 11/07/2023 | AWC | BL | Emails with team regarding 2004 application and review revised application. | 0.20 | 1,395.00 | $279.00 |
| 11/07/2023 | BMM | BL | Communications with team regarding upcoming filings. | 0.70 | 875.00 | $612.50 |
| 11/07/2023 | BMM | BL | Communications with D. Grassgreen, D. Hinojosa, and G. Brown regarding 2004 motion and edits. | 0.50 | 875.00 | $437.50 |
| 11/07/2023 | DG | BL | Review and comment on application for 2004 Order and attachments. | 0.70 | 1,550.00 | $1,085.00 |
| 11/07/2023 | GNB | BL | Revise Rule 2004 ex parte application. | 0.40 | 975.00 | $390.00 |
| 11/08/2023 | AWC | BL | Review revised 2004 application and emails with team and Burns Bair thereon (.40); read 2004 opposition and emails with team thereon (.80). | 1.20 | 1,395.00 | $1,674.00 |
| 11/08/2023 | BMM | BL | Review insurance discovery demands. | 0.80 | 875.00 | $700.00 |
| 11/08/2023 | GNB | BL | Review J. Bair email regarding Rule 2004 document request; email with B. Michael regarding same. | 0.10 | 975.00 | $97.50 |
| 11/08/2023 | GNB | BL | Revise Rule 2004 ex parte application. | 0.20 | 975.00 | $195.00 |
| 11/09/2023 | JIS | BL | Brief review of objection to Rule 2004 exam and email to PSZJ re same. | 0.10 | 1,695.00 | $169.50 |
| 11/09/2023 | JIS | BL | Call with media regarding Rule 2004 exam application. | 0.20 | 1,695.00 | $339.00 |
| 11/10/2023 | AWC | BL | Call with J. Stang and emails with SMRH regarding 2004 application. | 0.20 | 1,395.00 | $279.00 |
| 11/10/2023 | JIS | BL | Call with J. Lucas regarding outcome of 11.09 hearing. | 0.50 | 1,695.00 | $847.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    7
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2023 | AWC | BL | Read transcript of 11/9 hearing regarding 2004 application (.20); call with SMRH regarding 2004 application (.50); emails with team regarding 2004 next steps (.30); review 2004 application (.40). | 1.40 | 1,395.00 | $1,953.00 |
| 11/13/2023 | BMM | BL | Meet and confer with Debtor's counsel regarding discovery. | 0.70 | 875.00 | $612.50 |
| 11/16/2023 | AWC | BL | Emails and call with team, BB and BRG regarding discovery and review proposed priorities. | 0.60 | 1,395.00 | $837.00 |
| 11/16/2023 | BMM | BL | Prepare chart of priority discovery requests. | 0.80 | 875.00 | $700.00 |
| 11/16/2023 | GNB | BL | Prioritize document review requests as part of meet and confer with Debtor. | 0.20 | 975.00 | $195.00 |
| 11/17/2023 | AWC | BL | Emails with team regarding discovery priorities and review lists (.50); emails with SMRH regarding discovery (.30). | 0.80 | 1,395.00 | $1,116.00 |
| 11/20/2023 | AWC | BL | Emails with SMRH, team and BRG regarding 2004 discovery, meet and confer. | 0.40 | 1,395.00 | $558.00 |
| 11/20/2023 | GNB | BL | Review emails from A. Caine and A. Cottrell regarding Committee's staged Rule 2004 document requests. | 0.10 | 975.00 | $97.50 |
| 11/27/2023 | AWC | BL | Call with state court counsel regarding discovery issues (.90); emails with BRG regarding discovery issues (.20); call with SMRH, BRG and B. Riley regarding accounting discovery (.90); read rulings regarding privilege claims/discovery (.40). | 1.40 | 1,395.00 | $1,953.00 |
| 11/27/2023 | BMM | BL | Meeting with Archdiocese regarding discovery issues (.9); prepare for same (.1). | 1.00 | 875.00 | $875.00 |
| 11/28/2023 | AWC | BL | Call with J. Stang regarding 2004 application, strategy. | 0.20 | 1,395.00 | $279.00 |
| 11/29/2023 | AWC | BL | Read debtor status report regarding 2004 application and review related emails/pleadings (.50); draft/revise status conference report/response (1.20). | 1.70 | 1,395.00 | $2,371.50 |
| 11/29/2023 | BMM | BL | Draft response to 2004 status update. | 1.00 | 875.00 | $875.00 |
| 11/29/2023 | JIS | BL | Review Debtor's status report on Rule 2004 exam and review/revise Committee status report re same. | 0.40 | 1,695.00 | $678.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    8
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/29/2023 | JIS | BL | Review of B. Michael edits to Committee status report on Rule 2004 exam. | 0.10 | 1,695.00 | $169.50 |
| 11/30/2023 | AWC | BL | Review pleadings and tentative ruling to prepare for omnibus hearing regarding 2004 application (.50); read Debtor's Counsel's edits to protective order and review/further revise and emails with team thereon (.70). | 1.20 | 1,395.00 | $1,674.00 |
| 11/30/2023 | BMM | BL | Review draft protective order. | 0.40 | 875.00 | $350.00 |
| 11/30/2023 | BMM | BL | Call with J. Stang and A. Caine (in part) regarding hearing on 2004 motion. | 0.30 | 875.00 | $262.50 |
| 11/30/2023 | GNB | BL | Review J. Stang email regarding Rule 2004 docket order and today's hearing on Committee Rule 2004 motion. | 0.10 | 975.00 | $97.50 |
| | | | | 25.90 | | $31,680.50 |

### Case Administration

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2023 | GNB | CA | Email with P. Pascuzzi regarding Omni service of Committee's papers. | 0.10 | 975.00 | $97.50 |
| 11/03/2023 | BDD | CA | Email G. Brown re Omni service of pleadings going forward. | 0.10 | 545.00 | $54.50 |
| 11/03/2023 | BDD | CA | Updates to contact list and emails N. Brown re same (.20). | 0.20 | 545.00 | $109.00 |
| 11/07/2023 | BDD | CA | Emails P. Pascuzzi's office re hearing transcripts (.10); email N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 11/09/2023 | BDD | CA | Email J. Lucas and G. Brown re hearing transcripts. | 0.10 | 545.00 | $54.50 |
| 11/13/2023 | BMM | CA | Meeting with J. Stang and O. Katz regarding case issues. | 1.00 | 875.00 | $875.00 |
| 11/13/2023 | JIS | CA | Meeting with O. Katz regarding case background. | 1.30 | 1,695.00 | $2,203.50 |
| 11/13/2023 | JIS | CA | Telephone call with J. Lucas regarding meeting with O. Katz and exclusivity motion. | 0.10 | 1,695.00 | $169.50 |
| 11/16/2023 | JIS | CA | Review motion for extension of executory contracts and accompanying declaration. | 0.10 | 1,695.00 | $169.50 |
| 11/17/2023 | BMM | CA | Call with J. Stang regarding motion to extend exclusivity. | 0.20 | 875.00 | $175.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     9

Invoice 136651

November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2023 | BMM | CA | Review recent filings (exclusivity, lease rejection deadline, ordinary course professional declarations, objection to insurers' relief from stay). | 0.60 | 875.00 | $525.00 |
| 11/20/2023 | AWC | CA | Read lease and exclusivity motions and emails and calls with team thereon. | 0.60 | 1,395.00 | $837.00 |
| 11/21/2023 | BMM | CA | Communication with J. Stang regarding meeting with the Debtor and exclusivity. | 0.20 | 875.00 | $175.00 |
| 11/21/2023 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 875.00 | $350.00 |
| 11/27/2023 | BDD | CA | Email B. Jennings re 10/26 hearing transcript. | 0.10 | 545.00 | $54.50 |
| 11/27/2023 | BDD | CA | Email N. Brown re hearing transcript (10/26). | 0.10 | 545.00 | $54.50 |
| 11/28/2023 | BDD | CA | Review docket and update critical dates memo re same (.70); email PSZJ team re same (.10); emails B. Anavim and M. Kulick re same (.10). | 0.90 | 545.00 | $490.50 |
|  |  |  |  | 6.30 |  | $6,503.50 |

**Claims Administration and Objections**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/01/2023 | BMM | CO | Draft objection to bar date motion (with J. Stang in part). | 1.00 | 875.00 | $875.00 |
| 11/01/2023 | BMM | CO | Revise bar date objection (with J. Stang in part). | 2.20 | 875.00 | $1,925.00 |
| 11/01/2023 | BMM | CO | Revise bar date objection (with J. Stang in part). | 0.20 | 875.00 | $175.00 |
| 11/01/2023 | BMM | CO | Revise bar date objection. | 0.50 | 875.00 | $437.50 |
| 11/01/2023 | BMM | CO | Call with UST and J. Lucas regarding bar date order. | 0.40 | 875.00 | $350.00 |
| 11/01/2023 | DG | CO | Review and edit opposition to bar date motion (.9); review and comment on revised claim form (.3). | 1.20 | 1,550.00 | $1,860.00 |
| 11/01/2023 | DG | CO | Correspond to and from J. Stang re: bar date motion and issues. | 0.20 | 1,550.00 | $310.00 |
| 11/01/2023 | JIS | CO | Review draft bar date objection. | 0.20 | 1,695.00 | $339.00 |
| 11/01/2023 | JIS | CO | Telephone call with B. Michael regarding bar date objection. | 0.80 | 1,695.00 | $1,356.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     10

Invoice 136651

November 30, 2023

|            |     |    |                                                                                                   | Hours | Rate     | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------------------|-------|----------|------------|
| 11/02/2023 | BMM | CO | Revise bar date objection.                                                                        | 0.80  | 875.00   | $700.00    |
| 11/02/2023 | BMM | CO | Call with J. Stang regarding bar date objection.                                                  | 0.30  | 875.00   | $262.50    |
| 11/02/2023 | BMM | CO | Revise bar date objection.                                                                        | 1.70  | 875.00   | $1,487.50  |
| 11/02/2023 | JIS | CO | Call with B. Michael regarding bar date objection.                                                | 0.30  | 1,695.00 | $508.50    |
| 11/03/2023 | JIS | CO | Review insurers' objection to bar date motion.                                                    | 0.30  | 1,695.00 | $508.50    |
| 11/04/2023 | BMM | CO | Analyze bar date language and potential fraud issues.                                             | 0.90  | 875.00   | $787.50    |
| 11/04/2023 | BMM | CO | Call with J. Stang regarding bar date objection.                                                  | 0.10  | 875.00   | $87.50     |
| 11/06/2023 | BMM | CO | Review Judge's preliminary comments on bar date.                                                  | 0.30  | 875.00   | $262.50    |
| 11/06/2023 | BMM | CO | Call with J. Stang regarding Judge's preliminary comments on bar date.                            | 0.40  | 875.00   | $350.00    |
| 11/06/2023 | DG  | CO | Review Court Order on Proof of Claim form (.3); review J. Stang email re: same (.1).              | 0.40  | 1,550.00 | $620.00    |
| 11/06/2023 | JIS | CO | Review Court's preliminary statement on bar date order and draft email to state court counsel regarding same. | 1.10  | 1,695.00 | $1,864.50  |
| 11/07/2023 | BMM | CO | Call with J. Stang and P. Pascuzzi (in part) regarding bar date.                                  | 0.90  | 875.00   | $787.50    |
| 11/07/2023 | BMM | CO | Review Debtor's changes to bar date proposed order (.3); revise same (.4); send revisions with cover email to P. Pascuzzi (.2). | 0.90  | 875.00   | $787.50    |
| 11/07/2023 | BMM | CO | Prepare outline for bar date hearing.                                                             | 0.60  | 875.00   | $525.00    |
| 11/07/2023 | JIS | CO | Call J. Lucas regarding bar date issue on use of statement.                                       | 0.40  | 1,695.00 | $678.00    |
| 11/07/2023 | JIS | CO | Call with B. Michael and P. Pascuzzi (partial) regarding bar date issues.                         | 0.90  | 1,695.00 | $1,525.50  |
| 11/07/2023 | JIS | CO | Call J. Anderson regarding bar date issues.                                                       | 0.20  | 1,695.00 | $339.00    |
| 11/07/2023 | JIS | CO | Telephone call to B. Michael regarding confidentiality provisions of bar date order.             | 0.10  | 1,695.00 | $169.50    |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    11

Invoice 136651

November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2023 | JWL | CO | Review Court's tentative re bar date motion (.4); review Committee objection (.4); call with J. Stang re same (.4); review first day hearing transcript re bar date motion comments from court (.9); review referenced case law re same (.8). | 2.90 | 1,150.00 | $3,335.00 |
| 11/08/2023 | BMM | CO | Review status report and updated bar date documents. | 0.60 | 875.00 | $525.00 |
| 11/09/2023 | BMM | CO | Send J. Stang notes for bar date hearing. | 0.60 | 875.00 | $525.00 |
| 11/09/2023 | BMM | CO | Call with M. Weiss regarding bar date order. | 0.30 | 875.00 | $262.50 |
| 11/09/2023 | BMM | CO | Call with J. Stang regarding bar date objection. | 0.20 | 875.00 | $175.00 |
| 11/09/2023 | BMM | CO | Call with A. Frankel regarding claims confidentiality. | 0.30 | 875.00 | $262.50 |
| 11/09/2023 | BMM | CO | Calls with insurers and J. Stang regarding sexual abuse supplement question. | 0.30 | 875.00 | $262.50 |
| 11/09/2023 | BMM | CO | Call with J. Stang regarding hearing on bar date. | 0.30 | 875.00 | $262.50 |
| 11/09/2023 | BMM | CO | Call with J. Stang regarding bar date objection. | 0.80 | 875.00 | $700.00 |
| 11/09/2023 | JIS | CO | Review audio tape of 11.09 hearing to address issues in draft bar date order and notes regarding changes. | 0.80 | 1,695.00 | $1,356.00 |
| 11/09/2023 | JIS | CO | Prepare for 11.09 hearing:  review status report from Debtor, insurer objection, Committee objection and prepare notes for argument. | 2.60 | 1,695.00 | $4,407.00 |
| 11/09/2023 | JIS | CO | Call with B. Michael (2x) regarding negotiations with insurers on bar date motion. | 0.30 | 1,695.00 | $508.50 |
| 11/09/2023 | JIS | CO | Calll with I. Scharf regarding Diocese of Ogdensburg precedent regarding access to proofs of claim. | 0.20 | 1,695.00 | $339.00 |
| 11/09/2023 | JIS | CO | Call with J. Lucas regarding issues related to bar date hearing. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | CO | Review audio tape of hearing regarding issues related to bar date order. | 0.60 | 1,695.00 | $1,017.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    12

Invoice 136651

November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2023 | JIS | CO | Call with Debtor's counsel as follow up to 11.09 hearing. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | CO | Call with media regarding 11.09 hearing. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | CO | Call with B. Michael regarding open question in voluntary submission. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | CO | Call with P. Pascuzzi regarding proposed changes to bar date order. | 0.20 | 1,695.00 | $339.00 |
| 11/13/2023 | BMM | CO | Review draft order and unofficial hearing transcript. | 0.80 | 875.00 | $700.00 |
| 11/13/2023 | GNB | CO | Call with J. Stang regarding proposed bar date order. | 0.10 | 975.00 | $97.50 |
| 11/14/2023 | GNB | CO | Call with J. Stang regarding proposed bar date order. | 0.10 | 975.00 | $97.50 |
| 11/14/2023 | JIS | CO | Call with P. Pascuzzi regarding bar date order. | 0.10 | 1,695.00 | $169.50 |
| 11/14/2023 | JIS | CO | Review C. Sugayan email regarding notice question and draft response to same. | 0.40 | 1,695.00 | $678.00 |
| 11/14/2023 | JIS | CO | Review Debtor's email regarding bar date order and email message in response. | 0.10 | 1,695.00 | $169.50 |
| 11/14/2023 | JIS | CO | Review and edit draft letter to Judge Montali regarding unresolved question for claim form. | 0.20 | 1,695.00 | $339.00 |
| 11/14/2023 | JIS | CO | Review of proposed order on bar date and email from insurer regarding the change. | 0.10 | 1,695.00 | $169.50 |
| 11/16/2023 | JIS | CO | Review and forward email regarding addressees of bar date motion. | 0.10 | 1,695.00 | $169.50 |
| 11/16/2023 | JIS | CO | Draft email to Committee and state court counsel regarding ruling on bar date motion question, including review of prior emails regarding dispute over question. | 0.20 | 1,695.00 | $339.00 |
| 11/16/2023 | JIS | CO | Call with B. Michael regarding final edits to bar date pleadings as requested by Debtor. | 0.20 | 1,695.00 | $339.00 |
| 11/17/2023 | BMM | CO | Call with J. Stein regarding bar date order. | 0.30 | 875.00 | $262.50 |
| 11/18/2023 | BMM | CO | Communications with non-Committee SCC regarding bar date noticing. | 1.00 | 875.00 | $875.00 |
| 11/20/2023 | GNB | CO | Supplement list of state court lawyers to contact Debtor's counsel regarding mailing of bar date notice packages. | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     13

Invoice 136651

November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2023 | JWL | CO | Respond to B. Michael regarding emails for bar date service info (1.5). | 1.50 | 1,150.00 | $1,725.00 |
| 11/22/2023 | AWC | CO | Read bar date order. | 0.50 | 1,395.00 | $697.50 |
| 11/22/2023 | BMM | CO | Emails with non-Committee SCC regarding bar date and noticing. | 1.50 | 875.00 | $1,312.50 |
| 11/29/2023 | AWC | CO | Read served bar date notices. | 0.30 | 1,395.00 | $418.50 |
| | | | | 36.60 | | $43,782.00 |

**PSZJ Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2023 | GNB | CP | Call with B. Michael regarding Committee professionals' monthly fee statements (.1); review Committee member email regarding same, email J. Lucas regarding same, and email L. Gardiazabal regarding same (.1). | 0.20 | 975.00 | $195.00 |
| 11/14/2023 | GNB | CP | Edit PSZJ September 2023 bill. | 0.10 | 975.00 | $97.50 |
| 11/15/2023 | GNB | CP | Edit PSZJ bill for September - October 2023. | 0.40 | 975.00 | $390.00 |
| 11/16/2023 | GNB | CP | Edit PSZJ September/October 2023 bill. | 0.20 | 975.00 | $195.00 |
| 11/17/2023 | LHP | CP | Draft PSZJ application for compensation. | 1.50 | 545.00 | $817.50 |
| 11/20/2023 | GNB | CP | Edit PSZJ October 2023 bill. | 0.10 | 975.00 | $97.50 |
| 11/21/2023 | GNB | CP | Edit PSZJ October 2023 bill. | 0.50 | 975.00 | $487.50 |
| 11/26/2023 | GNB | CP | Edit PSZJ October 2023 bill. | 0.40 | 975.00 | $390.00 |
| 11/28/2023 | GNB | CP | Revise PSZJ monthly fee statement template (.5); Edit PSZJ monthly fee statement for September 2023 (.1). | 0.60 | 975.00 | $585.00 |
| 11/29/2023 | BDD | CP | Email G. Brown re PSZJ 1st quarterly fee application. | 0.10 | 545.00 | $54.50 |
| 11/29/2023 | BDD | CP | Email G. Brown re monthly billing statements and emails to billing subcommittee. | 0.10 | 545.00 | $54.50 |
| 11/29/2023 | GNB | CP | Further edit PSZJ September monthly fee application; email B. Dassa regarding first interim fee application template. | 0.10 | 975.00 | $97.50 |
| | | | | 4.30 | | $3,461.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     14
Invoice 136651
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Compensation** | | | | | | |
| 11/28/2023 | GNB | CPO | Email BRG and BB regarding protocol with Committee's billing subcommittee. | 0.40 | 975.00 | $390.00 |
| 11/29/2023 | GNB | CPO | Call with M. Babcock regarding monthly fee statements and interim fee applications. | 0.20 | 975.00 | $195.00 |
| | | | | **0.60** | | **$585.00** |
| **First/Second Day Matters** | | | | | | |
| 11/07/2023 | BMM | FD | Review orders on first day motions. | 0.10 | 875.00 | $87.50 |
| | | | | **0.10** | | **$87.50** |
| **General Creditors' Committee** | | | | | | |
| 11/01/2023 | BMM | GC | Review Committee bylaws. | 0.10 | 875.00 | $87.50 |
| 11/01/2023 | BMM | GC | Email to SCC regarding draft bar date objection. | 0.40 | 875.00 | $350.00 |
| 11/01/2023 | JIS | GC | Call with SNAP representative regarding case status. | 0.40 | 1,695.00 | $678.00 |
| 11/01/2023 | JIS | GC | Call with SNAP representative regarding case status. | 0.40 | 1,695.00 | $678.00 |
| 11/01/2023 | JIS | GC | Call with R. Simons regarding case status. | 0.10 | 1,695.00 | $169.50 |
| 11/02/2023 | BMM | GC | Meet with co-chairs and J. Stang regarding planning for the in-person Committee meeting. | 1.10 | 875.00 | $962.50 |
| 11/02/2023 | JIS | GC | Telephone conference with Committee co-chairs to review agenda and presentation for 11.12 Committee meeting. | 1.10 | 1,695.00 | $1,864.50 |
| 11/03/2023 | BDD | GC | Email B. Michael re in-person Committee meeting. | 0.10 | 545.00 | $54.50 |
| 11/03/2023 | BDD | GC | Review signatory information for common interest agreement (.10); and emails B. Michael and N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 11/07/2023 | BDD | GC | Attend weekly state court call. | 1.00 | 545.00 | $545.00 |
| 11/07/2023 | BDD | GC | Emails B. Michael re Committee meetings (.10); call with G. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 11/07/2023 | BMM | GC | Draft presentation regarding who's who in | 0.90 | 875.00 | $787.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    15
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2023 | BMM | GC | Communications with J. Stang regarding upcoming meetings. | 0.40 | 875.00 | $350.00 |
| 11/07/2023 | BMM | GC | Call with SCC regarding bar date. | 1.80 | 875.00 | $1,575.00 |
| 11/07/2023 | JIS | GC | State court counsel call (partial attendance) regarding bar date issues and stay relief motions. | 1.00 | 1,695.00 | $1,695.00 |
| 11/08/2023 | BMM | GC | Prepare presentations for in-person Committee meeting. | 1.20 | 875.00 | $1,050.00 |
| 11/08/2023 | BMM | GC | Prepare presentations for in-person Committee meeting. | 0.50 | 875.00 | $437.50 |
| 11/08/2023 | JIS | GC | Call with R. Simons regarding issues related to bar date motion and avoidance actions. | 0.60 | 1,695.00 | $1,017.00 |
| 11/09/2023 | BMM | GC | Organize materials for in-person Committee meeting. | 0.60 | 875.00 | $525.00 |
| 11/09/2023 | JIS | GC | Review letter to Archbishop from SNAP. | 0.10 | 1,695.00 | $169.50 |
| 11/10/2023 | JIS | GC | Call with B. Michael to review and revise powerpoint presentation for Committee meeting. | 0.50 | 1,695.00 | $847.50 |
| 11/12/2023 | BMM | GC | Preparation for in-person Committee meeting. | 2.00 | 875.00 | $1,750.00 |
| 11/12/2023 | BMM | GC | In-person meeting with the Committee regarding ongoing case issues. | 3.80 | 875.00 | $3,325.00 |
| 11/12/2023 | JIS | GC | Meeting with Committee; (3.8); prepare for meeting (.4). | 4.20 | 1,695.00 | $7,119.00 |
| 11/13/2023 | BMM | GC | Communication with the Committee regarding review of Committee professionals' fees. | 0.20 | 875.00 | $175.00 |
| 11/13/2023 | JIS | GC | Meeting with A. Hall regarding case background. | 1.20 | 1,695.00 | $2,034.00 |
| 11/15/2023 | BMM | GC | Review draft email to Committe and draft joinder regarding insurance motion to dismiss. | 0.30 | 875.00 | $262.50 |
| 11/22/2023 | BMM | GC | Email from SCC regarding claimant issue. | 0.50 | 875.00 | $437.50 |
| 11/27/2023 | BDD | GC | Participate on call with state court counsel. | 1.00 | 545.00 | $545.00 |
| 11/27/2023 | BMM | GC | Participate in SCC meeting regarding ongoing case issues (1.0); prepare for call (.10) | 1.10 | 875.00 | $962.50 |
| 11/28/2023 | GNB | GC | Email Committee's billing subcommittee regarding PSZJ September 2023 bill. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     16
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/28/2023 | JIS | GC | Call with state court counsel regarding pending motions and case strategy issues. | 1.10 | 1,695.00 | $1,864.50 |
| 11/28/2023 | JIS | GC | Call B. Michael as follow up to state court counsel call. | 0.20 | 1,695.00 | $339.00 |
| 11/29/2023 | BMM | GC | Call with G. Brown regarding Committee. | 0.20 | 875.00 | $175.00 |
| 11/29/2023 | GNB | GC | Call with B. Michael regarding Committee issues. | 0.20 | 975.00 | $195.00 |
| 11/29/2023 | GNB | GC | Email with Committee member regarding billing questions. | 0.10 | 975.00 | $97.50 |
| 11/30/2023 | BMM | GC | Meeting with Committee regarding ongoing case issues (1.0); prepare for meeting (.10). | 1.10 | 875.00 | $962.50 |
| | | | | **30.10** | | **$34,500.50** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/09/2023 | BMM | HE | Participate in hearing on bar date order. | 2.50 | 875.00 | $2,187.50 |
| 11/09/2023 | JIS | HE | Attend hearing bar date. | 2.50 | 1,695.00 | $4,237.50 |
| 11/30/2023 | BMM | HE | Participate in hearing on relief from stay and possible discovery issues. | 0.10 | 875.00 | $87.50 |
| | | | | **5.10** | | **$6,512.50** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2023 | GNB | ME | Review J. Stang email regarding mediation. | 0.10 | 975.00 | $97.50 |
| 11/02/2023 | JIS | ME | Draft email to state court counsel regarding mediation nominee. | 0.40 | 1,695.00 | $678.00 |
| 11/02/2023 | JIS | ME | Review mediator nominee website (.10); and draft email to state court counsel re same (.30). | 0.40 | 1,695.00 | $678.00 |
| 11/29/2023 | JIS | ME | Call to C. Sontchi regarding mediation role. | 0.10 | 1,695.00 | $169.50 |
| 11/29/2023 | JIS | ME | Call with R. Simons regarding mediator selection. | 0.10 | 1,695.00 | $169.50 |
| | | | | **1.10** | | **$1,792.50** |

**Plan and Disclosure Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/13/2023 | JIS | PD | Call with P. Pascuzzi regarding exclusivity motion. | 0.10 | 1,695.00 | $169.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    17
Invoice 136651
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/16/2023 | JIS | PD | Review motion for extension of plan (.1); exclusivity and accompanying declaration and email to PSZJ re same (.1). | 0.20 | 1,695.00 | $339.00 |
| | | | | **0.30** | | **$508.50** |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2023 | JIS | RPO | Call J. Lucas regarding nomination of fee examiner. | 0.20 | 1,695.00 | $339.00 |
| 11/07/2023 | BDD | RPO | Email B. Michael re Burns Bair retention application. | 0.10 | 545.00 | $54.50 |
| 11/08/2023 | BDD | RPO | Review and revise Burns Bair retention application, declarations, and order (1.30); email B. Michael re same (.10). | 1.40 | 545.00 | $763.00 |
| | | | | **1.70** | | **$1,156.50** |

**Stay Litigation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/07/2023 | BMM | SL | Review insurers' motion for relief from stay and attached exhibits. | 1.00 | 875.00 | $875.00 |
| 11/08/2023 | BDD | SL | Emails B. Anavim re continued hearing on Victoria Castro's motion for relief from stay. | 0.10 | 545.00 | $54.50 |
| 11/22/2023 | AWC | SL | Read insurer stay relief motion (and underlying documents) and notice of continued hearing. | 0.60 | 1,395.00 | $837.00 |
| | | | | **1.70** | | **$1,766.50** |

**Travel**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/10/2023 | BMM | TR | Travel to SF for in person meeting (partial). | 3.40 | 875.00 | N/C |
| 11/12/2023 | JIS | TR | Travel from Los Angeles to San Francisco for Committee meeting. | 4.50 | 1,695.00 | N/C |
| 11/13/2023 | JIS | TR | Travel from San Francisco to Los Angeles from Committee meeting. | 3.50 | 1,695.00 | N/C |
| 11/14/2023 | BMM | TR | Travel home from SF from in-person meeting. | 5.00 | 875.00 | N/C |
| | | | | **16.40** | | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**                          **$133,844.50**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 18
Invoice 136651
November 30, 2023

**Expenses**

| | | | |
|---|---|---|---|
| 11/02/2023 | AF | American Airlines, Tkt 00180564046795, Full refundable coach airfare , SF/LAX for meeting on 11/12 with Committee members, JIS | 440.90 |
| 11/02/2023 | LN | 05068.00002 Lexis Charges for 11-02-23 | 14.06 |
| 11/06/2023 | PO | UPS Store - Mail item to Maricar (Joe George Jr. Law) BMM | 17.77 |
| 11/07/2023 | TE | Travel Expense - travel agency fee, JIS | 50.00 |
| 11/09/2023 | OS | Amazon - COVID tests for Committee meeting, BMM | 100.83 |
| 11/09/2023 | TR | Sonix. ai transcript for hearing on 11/9, SLL | 12.06 |
| 11/10/2023 | AT | Lyft from Airport, BMM (to Committee meeting) | 46.44 |
| 11/10/2023 | BM | SSP America, Lunch at airport, BMM | 22.98 |
| 11/10/2023 | MC | Amazon, name tent cards. | 18.87 |
| 11/12/2023 | AT | UBER, Steve Moreno | 85.08 |
| 11/12/2023 | AT | United Taxi, Steve Moreno | 40.00 |
| 11/12/2023 | AT | Lyft from in-person meeting, BMM | 31.73 |
| 11/12/2023 | AT | Uber, JIS | 28.94 |
| 11/12/2023 | BM | Boudin - breakfast, BMM | 34.88 |
| 11/12/2023 | BM | Twyne, dinner, BMM | 13.03 |
| 11/13/2023 | AT | Uber, JIS | 51.46 |
| 11/13/2023 | AT | Uber, JIS | 7.49 |
| 11/13/2023 | AT | Uber, JIS | 49.95 |
| 11/13/2023 | BM | LAX Sky Coffee Bean, JIS | 7.56 |
| 11/13/2023 | TE | Oakland Clubhouse, Steve Moreno. | 31.75 |
| 11/14/2023 | AT | Lyft to Airport, BMM | 49.21 |
| 11/14/2023 | HT | Luma Hotel San Francisco for in-person meeting, BMM | 1,970.91 |
| 11/15/2023 | TR | eLitigation, Inv. 12152 | 435.00 |
| 11/16/2023 | BM | Coqueta - Committee Dinner without professionals, BMM | 377.77 |
| 11/16/2023 | TE | Airport parking, BMM | 135.00 |
| 11/16/2023 | TR | Transcription of continuation of 341a meeting on Oct. 12, 2023 | 984.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     19

Invoice 136651

November 30, 2023

| | | | |
|---|---|---|---|
| 11/16/2023 | TR | elitigation Services, Inc. Inv. 12153 - charge to obtain copy of audio of 10/12/23 341a meeting | 185.00 |
| 11/24/2023 | TR | Escribers, Inv. 837517, BDD | 206.80 |
| 11/30/2023 | PAC | Pacer - Court Research | 49.40 |

**Total Expenses for this Matter**                                        **$5,499.37**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    20
Invoice 136651
November 30, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  11/30/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $71,958.50 | $63.06 | $72,021.56 |
| 135996 | 10/31/2023 | $193,022.00 | $2,226.07 | $195,248.07 |

**Total Amount Due on Current and Prior Invoices:**          **$406,613.50**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | CITY OF LOS ANGELES ) |

3    I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5    On January 19, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (NOVEMBER 2023)** in the manner stated below:

| | |
|---|---|
| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On January 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 19, 2024, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

1 | Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

2 | Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

3 | Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

4 | Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

5 | Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

6 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

7 | Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

8 | Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

9 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

10 | Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

11 | Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

12 | Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

13 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

14 | Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

15 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

16 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

17 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

| | |
|---|---|
| 1 | |
| 2 | Matthew Roberts on behalf of Interested Party Appalachian Insurance Company<br>mroberts@phrd.com |
| 3 | Annette Rolain on behalf of Interested Party First State Insurance Company<br>arolain@ruggerilaw.com |
| 4 | |
| 5 | Cheryl C. Rouse on behalf of Creditor Victoria Castro<br>rblaw@ix.netcom.com |
| 6 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 7 | |
| 8 | James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jstang@pszjlaw.com |
| 9 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London<br> and Certain London Market Companies |
| 10 | catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 11 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>jweinberg@ruggerilaw.com |
| 12 | |
| 13 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 14 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 15 | |
| 16 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>yongli.yang@clydeco.us |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

**VIA EMAIL**

| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |

1
2
3
4
5
6
7

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
          dgrassgreen@pszjlaw.com
          gbrown@pszjlaw.com
          bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>   Debtor and Debtor in Possession. | Case No.:  23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (DECEMBER 2023)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period December 1, 2023 to December 31, 2023 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| Period | Fees | Expenses | Total |
|--------|------|----------|-------|
| December 1, 2023 – December 31, 2023 | $70,996.50[1] | $1,177.95 | $72,174.45 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $56,797.20 | $1,177.95 | $57,975.15 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   January 19, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Gillian N. Brown*
     Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $75,244.00 during the Fee Period but seeks compensation only for $70,996.50. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks to be reimbursed by the Debtor according to its customary reimbursement policies, *provided, however*, that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $75,244.00) and a blended hourly rate of $1,050 (here, $70,996.50). Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

## EXHIBIT 1

ABBREVIATIONS KEY:

BB = Burns Bair LLP
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.

December 31, 2023
Invoice    136655
Client     05068.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2023

| | |
|---|---|
| FEES | $75,244.00 |
| EXPENSES | $1,177.95 |
| COURTESY DISCOUNT | -$4,247.50 |
| **TOTAL CURRENT CHARGES** | **$72,174.45** |
| **BALANCE FORWARD** | **$407,969.50** |
| **TOTAL BALANCE DUE** | **$480,143.95** |

Case: Doc# 531    Filed 09/24    Entered 02/29 16:33    Page 129 of 205

Pachulski Stang Ziehl & Jones LLP

Page:     2

Archdiocese of San Francisco O.C.C.

Invoice 136655

Client 05068.00002

December 31, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,395.00 | 14.70 | $20,506.50 |
| JIS | Stang, James I. | Partner | 1,695.00 | 8.30 | $14,068.50 |
| BMM | Michael, Brittany Mitchell | Counsel | 875.00 | 31.70 | $27,737.50 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 8.40 | $8,190.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 8.70 | $4,741.50 |
| | | | | 71.80 | $75,244.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     3

Invoice 136655

December 31, 2023

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 0.70 | $612.50 |
| BL | Bankruptcy Litigation | 49.80 | $53,720.00 |
| CA | Case Administration | 3.90 | $2,851.50 |
| CP | PSZJ Compensation | 3.60 | $3,209.00 |
| CPO | Other Professional Compensation | 0.60 | $456.00 |
| GC | General Creditors' Committee | 7.20 | $7,972.00 |
| HE | Hearings | 0.40 | $514.00 |
| IC | Insurance Coverage | 2.00 | $2,652.00 |
| ME | Mediation | 0.80 | $856.00 |
| PD | Plan and Disclosure Statement | 0.20 | $194.00 |
| RPO | Other Professional Retention | 1.90 | $1,250.50 |
| SL | Stay Litigation | 0.70 | $956.50 |
| | | 71.80 | $75,244.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     4
Invoice 136655
December 31, 2023

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Court Fees | $317.00 |
| Litigation Support Vendors | $193.55 |
| Pacer - Court Research | $103.60 |
| Reproduction Expense | $9.60 |
| Reproduction Scan Expense | $4.30 |
| Transcript | $549.90 |
| | $1,177.95 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     5

Invoice 136655

December 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 12/08/2023 | BMM | AA | Emails with BRG regarding potential assets to investigate. | 0.70 | 875.00 | $612.50 |
|  |  |  |  | **0.70** |  | **$612.50** |
| **Bankruptcy Litigation** | | | | | | |
| 12/01/2023 | AWC | BL | Emails with team regarding protective order stipulation, revisions and review edits. | 0.70 | 1,395.00 | $976.50 |
| 12/01/2023 | BMM | BL | Revise protective order. | 1.10 | 875.00 | $962.50 |
| 12/01/2023 | GNB | BL | Review email from S. Gersten regarding Committee Rule 2004 document requests. | 0.10 | 975.00 | $97.50 |
| 12/01/2023 | JIS | BL | Review and comment on proposed confidentiality agreement. | 0.60 | 1,695.00 | $1,017.00 |
| 12/01/2023 | JIS | BL | Call with A. Caine and B. Michael regarding hearing on Rule 2004 application. | 0.20 | 1,695.00 | $339.00 |
| 12/02/2023 | GNB | BL | Review emails from J. Stang and A. Caine regarding meet and confer with Debtor's counsel concerning Committee Rule 2004 document requests. | 0.10 | 975.00 | $97.50 |
| 12/04/2023 | AWC | BL | Read debtor email response regarding document requests and review requests (.50); emails with SMRH regarding requests (.30); emails with team and BRG regarding response, protective order (.30). | 1.10 | 1,395.00 | $1,534.50 |
| 12/04/2023 | BMM | BL | Respond to Debtor's questions regarding discovery requests. | 1.20 | 875.00 | $1,050.00 |
| 12/04/2023 | GNB | BL | Review emails between PSZJ and Debtor's counsel re Rule 2004 requests, confidentiality of insurance documents, and protective order. | 0.10 | 975.00 | $97.50 |
| 12/04/2023 | GNB | BL | Email PSZJ team regarding insurance document production from Debtor's counsel. | 0.20 | 975.00 | $195.00 |
| 12/04/2023 | JIS | BL | Call with J. Lucas re case status and discovery issues. | 0.20 | 1,695.00 | $339.00 |
| 12/05/2023 | AWC | BL | Review protective order drafts (.50); emails with SMRH and team regarding documents, production, protective order (.20); review and revise response re document requests (.60). | 1.30 | 1,395.00 | $1,813.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 6
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2023 | BDD | BL | Email G. Brown re production log. | 0.10 | 545.00 | $54.50 |
| 12/05/2023 | BMM | BL | Call with Debtor's counsel regarding protective order. | 0.90 | 875.00 | $787.50 |
| 12/05/2023 | GNB | BL | Email Burns Bair regarding insurance-related document production from Debtor (.1); email with PSZJ team regarding Everlaw set up (.1). | 0.20 | 975.00 | $195.00 |
| 12/05/2023 | GNB | BL | Email with J. Bair regarding insurance document review; review emails between PSZJ and Debtor's counsel regarding meet and confer; email with B. Michael regarding Everlaw setup. | 0.10 | 975.00 | $97.50 |
| 12/05/2023 | JIS | BL | Review B. Michael comments to chart for discovery discussions. | 0.30 | 1,695.00 | $508.50 |
| 12/06/2023 | AWC | BL | Emails with SMRH regarding document productions and emails with team thereon. | 0.30 | 1,395.00 | $418.50 |
| 12/06/2023 | BDD | BL | Prepare shell production log per G. Brown request (.20); emails to/call with G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 12/07/2023 | AWC | BL | Review correspondence regarding 2004 application/production. | 0.30 | 1,395.00 | $418.50 |
| 12/08/2023 | AWC | BL | Emails with team regarding 2004 discovery, next steps (.70); read SNAP letter and attachments regarding financial resources/abuse claims (.40). | 1.10 | 1,395.00 | $1,534.50 |
| 12/08/2023 | BDD | BL | Revisions to draft production log (.10) and emails G. Brown and N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/08/2023 | BMM | BL | Set up Everlaw database for review of produced documents. | 0.70 | 875.00 | $612.50 |
| 12/08/2023 | BMM | BL | Meet and confer with Debtor's counsel regarding discovery. | 0.70 | 875.00 | $612.50 |
| 12/08/2023 | BMM | BL | Send summary of meet and confer to team. | 0.40 | 875.00 | $350.00 |
| 12/08/2023 | GNB | BL | Email with PSZJ team regarding discovery meet and confers; email with B. Michael regarding Everlaw. | 0.10 | 975.00 | $97.50 |
| 12/08/2023 | GNB | BL | Email with B. Dassa and N. Brown regarding tracking chart for Debtor document productions. | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     7
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2023 | AWC | BL | Emails with SMRH regarding protective order and 2004 request issues (.30); call (partial) with team regarding protective order and 2004 issues, strategy (1.0); prepare for same (.2). | 1.20 | 1,395.00 | $1,674.00 |
| 12/11/2023 | AWC | BL | Emails with team regarding 2004 issues/debtor response and review/revise response (.70);  emails with BRG regarding documents (.20). | 0.90 | 1,395.00 | $1,255.50 |
| 12/11/2023 | BMM | BL | Call with G. Brown, J. Stang (in part), and A. Caine (in part) regarding discovery and other case issues. | 1.20 | 875.00 | $1,050.00 |
| 12/11/2023 | BMM | BL | Draft response to Debtor regarding discovery status. | 1.10 | 875.00 | $962.50 |
| 12/11/2023 | BMM | BL | Draft response to Debtor regarding discovery status (with M. Babcock in part). | 0.50 | 875.00 | $437.50 |
| 12/11/2023 | GNB | BL | Email with B. Michael regarding Sheppard Mullin email concerning access key; Email with S. Gersten regarding same. | 0.10 | 975.00 | $97.50 |
| 12/11/2023 | GNB | BL | Call with PSZJ team regarding Rule 2004 strategy and document utilization strategy. | 1.00 | 975.00 | $975.00 |
| 12/11/2023 | GNB | BL | Email with PSZJ team regarding protective order. | 0.10 | 975.00 | $97.50 |
| 12/11/2023 | JIS | BL | Review email to Debtor in response to email on status of discovery. | 0.10 | 1,695.00 | $169.50 |
| 12/11/2023 | JIS | BL | Call with B. Michael  A. Caine and G. Brown regarding discovery issues and Rule 2004 exam. | 1.00 | 1,695.00 | $1,695.00 |
| 12/12/2023 | AWC | BL | Emails with team regarding 2004 application issues/response (.30); emails with SMRH regarding 2004 issues (.30). | 0.60 | 1,395.00 | $837.00 |
| 12/12/2023 | BMM | BL | Read JCP confidentiality agreement. | 0.10 | 875.00 | $87.50 |
| 12/12/2023 | BMM | BL | Prepare word documents of RFPs and 2004 Order for Debtor. | 0.10 | 875.00 | $87.50 |
| 12/12/2023 | BMM | BL | Analyze issues regarding to protective orders from the Diocese of Oakland case. | 1.70 | 875.00 | $1,487.50 |
| 12/12/2023 | BMM | BL | Analyze Debtor's discovery update. | 1.00 | 875.00 | $875.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 8

Invoice 136655

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/13/2023 | AWC | BL | Read and analyze Debtor status report regarding 2004 application (.50); call/emails with team regarding response and protective order (.20); and revise documents and status report (1.0); call with SMRH regarding 2004 issues (.60). | 2.30 | 1,395.00 | $3,208.50 |
| 12/13/2023 | BMM | BL | Draft response to 2004 status update. | 0.50 | 875.00 | $437.50 |
| 12/13/2023 | BMM | BL | Call with A. Caine regarding protective order. | 0.20 | 875.00 | $175.00 |
| 12/13/2023 | BMM | BL | Call with Debtor's counsel regarding protective order. | 0.70 | 875.00 | $612.50 |
| 12/13/2023 | BMM | BL | Revise Committee's document requests to Debtor (with M. Babcock in part). | 2.40 | 875.00 | $2,100.00 |
| 12/13/2023 | BMM | BL | Draft response to 2004 status update. | 2.40 | 875.00 | $2,100.00 |
| 12/13/2023 | BMM | BL | Revise response to 2004 status update. | 1.80 | 875.00 | $1,575.00 |
| 12/13/2023 | GNB | BL | Email with PSZJ and BRG regarding edits to protective order. | 0.10 | 975.00 | $97.50 |
| 12/13/2023 | JIS | BL | Call B. Michael for update on status of meet and confer on discovery issues. | 0.20 | 1,695.00 | $339.00 |
| 12/13/2023 | JIS | BL | Review revisions to Rule 2004 order and exhibit for document produciton. | 0.30 | 1,695.00 | $508.50 |
| 12/13/2023 | JIS | BL | Review and revise reply for Rule 2004 opposition. | 0.90 | 1,695.00 | $1,525.50 |
| 12/13/2023 | JIS | BL | Review BRG and A. Caine markup of reply to Rule 2004 opposition. | 0.10 | 1,695.00 | $169.50 |
| 12/14/2023 | AWC | BL | Call with SMRH regarding 2004 application issues (.80); emails with SMRH and team regarding revised protective order, 2004 order, and review/revise orders (1.70); hearing regarding 2004 application (.30). | 2.80 | 1,395.00 | $3,906.00 |
| 12/14/2023 | BMM | BL | Prepare for hearing on 2004. | 0.40 | 875.00 | $350.00 |
| 12/14/2023 | BMM | BL | Revise proposed 2004 order and send to Debtor. | 0.40 | 875.00 | $350.00 |
| 12/14/2023 | JIS | BL | Review Debtor's revised protective order. | 0.20 | 1,695.00 | $339.00 |
| 12/14/2023 | JIS | BL | Call with B. Michael regarding Rule 2004 hearing and revisions to protective order received from Debtor. | 0.20 | 1,695.00 | $339.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     9

Invoice 136655

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2023 | AWC | BL | Review further revised protective order and emails with SMRH thereon (.20); review proposed common interest agreement regarding NorCal cases (.10); and emails with team thereon (.10). | 0.40 | 1,395.00 | $558.00 |
| 12/15/2023 | BMM | BL | Review draft protective order. | 0.40 | 875.00 | $350.00 |
| 12/15/2023 | BMM | BL | Revise proposed 2004 order and send to Debtor. | 0.20 | 875.00 | $175.00 |
| 12/15/2023 | BMM | BL | Review protective order issues from the Oakland docket. | 0.70 | 875.00 | $612.50 |
| 12/15/2023 | BMM | BL | Finalize proposed 2004 order. | 0.40 | 875.00 | $350.00 |
| 12/18/2023 | AWC | BL | Emails with SMRH regarding additional insurance documents production. | 0.20 | 1,395.00 | $279.00 |
| 12/18/2023 | BDD | BL | Email G. Brown re insurance documents produced by Debtor. | 0.10 | 545.00 | $54.50 |
| 12/18/2023 | GNB | BL | Email with B. Dassa regarding insurance documents produced; and update Everlaw permissions relating to same (.1); revise production tracking log template (.4). | 0.50 | 975.00 | $487.50 |
| 12/19/2023 | AWC | BL | Read entered protective order (.10); emails with team regarding 2004 order (.20). | 0.30 | 1,395.00 | $418.50 |
| 12/19/2023 | BDD | BL | Email A. Caine re 2004 Order (re subpoena of Archdiocese). | 0.10 | 545.00 | $54.50 |
| 12/19/2023 | BDD | BL | Emails to/Zoom conference with A. Cottrell re access to various discovery responses. | 0.30 | 545.00 | $163.50 |
| 12/19/2023 | BDD | BL | Analyze discovery produced by Debtor (.30); Everlaw research re same (.80); multiple emails to/calls with G. Brown re same (.50). | 1.60 | 545.00 | $872.00 |
| 12/19/2023 | BMM | BL | Review draft stipulation regarding credit card program (.5); send email to A. Caine and J. Stang regarding same (.2). | 0.70 | 875.00 | $612.50 |
| 12/19/2023 | GNB | BL | Email with PSZJ team regarding discovery and protective order. | 0.10 | 975.00 | $97.50 |
| 12/19/2023 | GNB | BL | Email and call with B. Dassa regarding access to Debtor document productions (.1); revise Everlaw database permissions (.1); email Committee professionals regarding same (.1). | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     10
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2023 | GNB | BL | Briefly review order granting Committee Rule 2004 application; email PSZJ team regarding same. | 0.10 | 975.00 | $97.50 |
| 12/20/2023 | AWC | BL | Emails with team regarding 2004 subpoena and review subpoena (.20); emails with client regarding protective order, procedures (.20). | 0.40 | 1,395.00 | $558.00 |
| 12/20/2023 | BDD | BL | Review Court order re Committee discovery requests (.50); email B. Anavim and M. Kulick re same (.20). | 0.70 | 545.00 | $381.50 |
| 12/20/2023 | BDD | BL | Call with/emails to Everlaw re document upload. | 0.20 | 545.00 | $109.00 |
| 12/20/2023 | BDD | BL | Revisions to document production tracker (.20) and email G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 12/20/2023 | BMM | BL | E-mails to Committee and team regarding discovery. | 0.70 | 875.00 | $612.50 |
| 12/20/2023 | GNB | BL | Review PSZJ emails regarding Rule 2004 subpoena exhibit directed to Debtor. | 0.10 | 975.00 | $97.50 |
| 12/20/2023 | GNB | BL | Revise subpoena and attachment for Rule 2004 document requests directed to Debtor. | 0.20 | 975.00 | $195.00 |
| 12/21/2023 | GNB | BL | Analyze SSC question regarding personal jurisdiction as to protective order. | 0.10 | 975.00 | $97.50 |
| 12/21/2023 | GNB | BL | Revise exhibit A to Rule 2004 subpoena to Debtor. | 1.00 | 975.00 | $975.00 |
| 12/22/2023 | AWC | BL | Review revised 2004 subpoena and emails with team thereon. | 0.40 | 1,395.00 | $558.00 |
| | | | | **49.80** | | **$53,720.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/04/2023 | BDD | CA | Email B. Jennings re 11/9 hearing transcript (.10) and call with/email N. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/05/2023 | BMM | CA | Call with Debtor regarding ongoing case issues. | 0.70 | 875.00 | $612.50 |
| 12/05/2023 | BMM | CA | Call with J. Stang regarding call with Debtor's counsel and other case issues. | 0.60 | 875.00 | $525.00 |
| 12/12/2023 | BMM | CA | Meeting with O. Katz and J. Stang (in part) regarding ongoing case issues. | 0.30 | 875.00 | $262.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     11
Invoice 136655
December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/2023 | BMM | CA | Call with J. Stang regarding call with O. Katz regarding case issues. | 0.20 | 875.00 | $175.00 |
| 12/13/2023 | BDD | CA | Email G. Brown re hearing transcripts. | 0.10 | 545.00 | $54.50 |
| 12/15/2023 | BDD | CA | Review extended deadline re assumption/assignment of real property leases (.10) and email B. Anavim and M. Kulick re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/18/2023 | BDD | CA | Email G. Brown re critical dates. | 0.10 | 545.00 | $54.50 |
| 12/19/2023 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 875.00 | $350.00 |
| 12/20/2023 | BDD | CA | Review list of parties for service of document productions (.10) and email A. Cottrell and S. Gersten re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/26/2023 | BDD | CA | Review docket and update critical dates memo re same (.60); emails PSZJ team, B. Anavim, and M. Kulick re same (.20). | 0.80 | 545.00 | $436.00 |
| 12/27/2023 | BDD | CA | Email B. Anavim re critical dates. | 0.10 | 545.00 | $54.50 |
| | | | | 3.90 | | $2,851.50 |

## PSZJ Compensation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2023 | GNB | CP | Email with B. Dassa regarding monthly fee statements. | 0.10 | 975.00 | $97.50 |
| 12/05/2023 | BDD | CP | Address issues re monthly fee statements (.20) and emails G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 12/05/2023 | BDD | CP | Email G. Brown re emails to subcommittee re monthly fee statements going forward. | 0.10 | 545.00 | $54.50 |
| 12/06/2023 | GNB | CP | Edit PSZJ November 2023 bill. | 0.40 | 975.00 | $390.00 |
| 12/07/2023 | BDD | CP | Email G. Brown re PSZJ 1st quarterly fee application. | 0.10 | 545.00 | $54.50 |
| 12/10/2023 | GNB | CP | Edit PSZJ November 2023 bill. | 0.20 | 975.00 | $195.00 |
| 12/11/2023 | BDD | CP | Email G. Brown re PSZJ 1st quarterly fee application. | 0.10 | 545.00 | $54.50 |
| 12/12/2023 | GNB | CP | Review emails from Committee billing subgroup regarding monthly bills. | 0.10 | 975.00 | $97.50 |
| 12/13/2023 | GNB | CP | Prepare email for Committee billing subgroup regarding PSZJ monthly fee statements. | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 12
Invoice 136655
December 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/13/2023 | GNB | CP | Email with Committee billing subgroup regarding Committee professionals' monthly bills. | 0.10 | 975.00 | $97.50 |
| 12/14/2023 | GNB | CP | Call with L. Gardiazabal (PSZJ) regarding PSZJ bills for monthly fee statements. | 0.10 | 975.00 | $97.50 |
| 12/17/2023 | GNB | CP | Edit PSZJ September, October, and November monthly fee statements. | 0.20 | 975.00 | $195.00 |
| 12/19/2023 | GNB | CP | Draft protocol for filing and service of monthly fee statements. | 0.20 | 975.00 | $195.00 |
| 12/19/2023 | GNB | CP | Review and edit PSZJ October 2023 bill (.5); approve filing copies and certificate of service of PSZJ and BB monthly fee statements, and email with Debtor's counsel regarding provision of same to Debtor (.1). | 0.60 | 975.00 | $585.00 |
| 12/19/2023 | GNB | CP | Review and edit PSZJ monthly fee statement for October 2023. | 0.20 | 975.00 | $195.00 |
| 12/20/2023 | BDD | CP | Email B. Anavim and M. Kulick re PSZJ October monthly fee statement. | 0.10 | 545.00 | $54.50 |
| 12/20/2023 | GNB | CP | Finalize PSZJ October 2023 monthly fee statement for filing and service; email Debtor's counsel regarding same. | 0.10 | 975.00 | $97.50 |
| 12/26/2023 | GNB | CP | Email Committee billing subgroup regarding monthly bills. | 0.10 | 975.00 | $97.50 |
| 12/30/2023 | GNB | CP | Email B. Dassa regarding notice of PSZJ 2024 billing rate changes. | 0.10 | 975.00 | $97.50 |
|  |  |  |  | 3.60 |  | $3,209.00 |

## Other Professional Compensation

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2023 | BDD | CPO | Email G. Brown re transmittal of Debtor's professionals' monthly fee statements to subcommittee. | 0.10 | 545.00 | $54.50 |
| 12/14/2023 | GNB | CPO | Email with J. Bair regarding BB October monthly fee statement; call with B. Dassa regarding PSZJ monthly fee applications; email with B. Dassa regarding PSZJ first interim fee application. | 0.10 | 975.00 | $97.50 |
| 12/18/2023 | GNB | CPO | Email with J. Bair regarding BB monthly fee statements and pro hac vice papers. | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     13
Invoice 136655
December 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2023 | GNB | CPO | Email with PSZJ team regarding pro hac papers for BB. | 0.10 | 975.00 | $97.50 |
| 12/26/2023 | BDD | CPO | Email subcommittee re November fee statements filed by Debtor and its professionals. | 0.10 | 545.00 | $54.50 |
| 12/26/2023 | BDD | CPO | Email G. Brown re emails to subcommittee re future invoices. | 0.10 | 545.00 | $54.50 |
|  |  |  |  | **0.60** |  | **$456.00** |

**General Creditors' Committee**

| 12/01/2023 | BMM | GC | Communications with SCC regarding bar date materials. | 0.30 | 875.00 | $262.50 |
|---|---|---|---|---|---|---|
| 12/01/2023 | JIS | GC | Call with Committee re open issues. | 1.00 | 1,695.00 | $1,695.00 |
| 12/04/2023 | BMM | GC | Participate in meeting with Committee members regarding ongoing case issues. | 0.30 | 875.00 | $262.50 |
| 12/04/2023 | JIS | GC | Call with Committee professionals regarding case and insurance issues. | 0.60 | 1,695.00 | $1,017.00 |
| 12/06/2023 | BMM | GC | Participate in meeting with non-Committee SCC regarding ongoing case issues. | 0.80 | 875.00 | $700.00 |
| 12/06/2023 | JIS | GC | Attend town hall for state court counsel regarding case status. | 0.60 | 1,695.00 | $1,017.00 |
| 12/08/2023 | BMM | GC | Create list of non-Committee SCC for future communications. | 0.40 | 875.00 | $350.00 |
| 12/11/2023 | BMM | GC | Email to SCC regarding case update and upcoming meeting. | 0.40 | 875.00 | $350.00 |
| 12/12/2023 | BDD | GC | Attend weekly Committee call. | 0.40 | 545.00 | $218.00 |
| 12/12/2023 | BMM | GC | Meeting with state court counsel regarding ongoing case issues. | 0.40 | 875.00 | $350.00 |
| 12/12/2023 | BMM | GC | Communications with SCC regarding ongoing case issues. | 0.60 | 875.00 | $525.00 |
| 12/15/2023 | BMM | GC | Draft common interest agreement. | 0.80 | 875.00 | $700.00 |
| 12/15/2023 | BMM | GC | Communications with Committee regarding upcoming meetings. | 0.20 | 875.00 | $175.00 |
| 12/15/2023 | BMM | GC | Emails with creditors and creditors' counsel regarding case inquiries. | 0.40 | 875.00 | $350.00 |

7.20                     $7,972.00

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     14

Invoice 136655

December 31, 2023

## Hearings

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/14/2023 | BMM | HE | Participate in hearing on the 2004 motion. | 0.20 | 875.00 | $175.00 |
| 12/14/2023 | JIS | HE | Attend hearing regarding Rule 2004 examination motion. | 0.20 | 1,695.00 | $339.00 |
| | | | | **0.40** | | **$514.00** |

## Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/2023 | BMM | IC | Call with T. Burns, J. Bair, and J. Stang regarding insurance strategy. | 0.50 | 875.00 | $437.50 |
| 12/13/2023 | BMM | IC | (Partial) Call with Debtor's counsel regarding insurance strategy. | 0.40 | 875.00 | $350.00 |
| 12/13/2023 | JIS | IC | Call with Debtor's counsel regarding insurance issues. | 1.10 | 1,695.00 | $1,864.50 |
| | | | | **2.00** | | **$2,652.00** |

## Mediation

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/15/2023 | AWC | ME | Emails with team regarding approach, timing, issues. | 0.30 | 1,395.00 | $418.50 |
| 12/20/2023 | BMM | ME | Emails to team regarding mediator selection. | 0.50 | 875.00 | $437.50 |
| | | | | **0.80** | | **$856.00** |

## Plan and Disclosure Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/2023 | AWC | PD | Read report regarding exclusivity motion. | 0.10 | 1,395.00 | $139.50 |
| 12/15/2023 | BDD | PD | Review extended exclusivity deadlines (.1); and email B. Anavim and M. Kulick re same (.1). | 0.10 | 545.00 | $54.50 |
| | | | | **0.20** | | **$194.00** |

## Other Professional Retention

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/19/2023 | BDD | RPO | Review pro hac vice applications for Burns Bair (.10) and emails to/call with G. Brown re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/20/2023 | BDD | RPO | Research pro hac vice admissions issues (.20) and emails G. Brown and B. Michael re same (.10). | 0.30 | 545.00 | $163.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     15

Invoice 136655

December 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2023 | GNB | RPO | Email with PSZJ team regarding pro hac papers for BB. | 0.10 | 975.00 | $97.50 |
| 12/21/2023 | BDD | RPO | Continue addressing issues re Burns Bair pro hac vice applications (.30) and emails to/calls with G. Brown re same (.20). | 0.50 | 545.00 | $272.50 |
| 12/21/2023 | GNB | RPO | Revise and edit BB pro hac applications and proposed orders (.1); email B. Dassa regarding same (.1). | 0.20 | 975.00 | $195.00 |
| 12/22/2023 | BDD | RPO | Continue research on issues re Burns Bair pro hac vice applications. | 0.30 | 545.00 | $163.50 |
| 12/22/2023 | GNB | RPO | Email with BB regarding pro hac vice papers. | 0.10 | 975.00 | $97.50 |
| 12/26/2023 | BDD | RPO | Email G. Brown re Burns Bair filed pro hac vice applications. | 0.10 | 545.00 | $54.50 |
| 12/26/2023 | GNB | RPO | Call with S. Lee regarding Burns Bair filing status with Court. | 0.10 | 975.00 | $97.50 |
|  |  |  |  | **1.90** |  | **$1,250.50** |

**Stay Litigation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/2023 | BDD | SL | Review docket re updated hearing information for Motion for Relief from Stay filed by certain insurers (.10); emails B. Anavim and M. Kulick re same (.10). | 0.20 | 545.00 | $109.00 |
| 12/07/2023 | JIS | SL | Call with T. Burns, J. Bair and B. Michael regarding stay relief issues related to insurance coverage action. | 0.50 | 1,695.00 | $847.50 |
|  |  |  |  | **0.70** |  | **$956.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                 **$75,244.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:      16

Invoice 136655

December 31, 2023

**Expenses**

| | | | |
|---|---|---|---|
| 12/04/2023 | TR | Escribers, Inc. 842485, BDD | 549.90 |
| 12/08/2023 | FF | Courts USBC- CA, Registration Fee with ND Cal, BMM | 317.00 |
| 12/19/2023 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/19/2023 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/20/2023 | RE | (48 @0.20 PER PG) | 9.60 |
| 12/31/2023 | OS | Everlaw Inc, Inv. 101153, Diocese of San Francisco database for December 2023 | 193.55 |
| 12/31/2023 | PAC | Pacer - Court Research | 103.60 |
| | **Total Expenses for this Matter** | | **$1,177.95** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:   17
Invoice 136655
December 31, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 12/31/2023**   **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $71,958.50 | $63.06 | $72,021.56 |
| 135996 | 10/31/2023 | $193,022.00 | $2,226.07 | $195,248.07 |
| 136651 | 11/30/2023 | $135,200.50 | $5,499.37 | $140,699.87 |

**Total Amount Due on Current and Prior Invoices:**   **$480,143.95**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.:  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

1

1  STATE OF CALIFORNIA                    )
                                          )
2  CITY OF LOS ANGELES                    )

3          I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
   California. I am over the age of 18 and not a party to the within action; my business address is 10100
4  Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5          On January 19, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE
   STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (DECEMBER 2023)** in the
6  manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On January 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached. |

           I declare under penalty of perjury, under the laws of the State of California and the United
   States of America that the foregoing is true and correct.

           Executed on January 19, 2024, at Los Angeles, California.


                                          */s/ Maria R. Viramontes*
                                          Maria V. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies

3

1  daniel.james@clydeco.us

2  Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
3  chris.johnson@diamondmccarthy.com

4  Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
5  jkahane@duanemorris.com

6  Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   okatz@sheppardmullin.com, LSegura@sheppardmullin.com

7  Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
8  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

9  John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   jlucas@pszjlaw.com, ocarpio@pszjlaw.com

10 Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   bluu@duanemorris.com
11

12 Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
   pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

13 Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
14

15 Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   amina@duanemorris.com

16 Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
17 michael.norton@clydeco.us, nancy.lima@clydeco.us

18 Office of the U.S. Trustee / SF
19 USTPRegion17.SF.ECF@usdoj.gov

20 Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   ppascuzzi@ffwplaw.com, docket@ffwplaw.com

21 Mark D. Plevin on behalf of Interested Party Continental Casualty Company
   mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
22

23 Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
   dbp@provlaw.com

24 Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
25 nreinhardt@duanemorris.com

26 Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jrios@ffwplaw.com, docket@ffwplaw.com
27

28 Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
   mroberts@phrd.com

4

1    Annette Rolain on behalf of Interested Party First State Insurance Company
     arolain@ruggerilaw.com
2
     Cheryl C. Rouse on behalf of Creditor Victoria Castro
3    rblaw@ix.netcom.com

4    Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
     phillip.shine@usdoj.gov
5
     James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
6    jstang@pszjlaw.com

7    Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London
      and Certain London Market Companies
8    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

9    Joshua D Weinberg on behalf of Interested Party First State Insurance Company
     jweinberg@ruggerilaw.com
10
     Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
     mweiss@phrd.com
11
     Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
12   hwinsberg@phrd.com

13   Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
14   yongli.yang@clydeco.us

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/ Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/ Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
       dgrassgreen@pszjlaw.com
       gbrown@pszjlaw.com
       bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.:  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (JANUARY 2024)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period January 1, 2024 to January 31, 2024 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2024 – January 31, 2024 | $78,841.00[1] | $181.80 | $79,022.80 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $63,072.80 | $181.80 | $63,254.60 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   February 20, 2024          PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
      Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $86,206.00 during the Fee Period but seeks compensation only for $78,841.00. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks to be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $86,206.00) and a blended hourly rate of $1,050 (here, $78,841.00). Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# **EXHIBIT 1**

ABBREVIATIONS KEY:

BB = Burns Bair LLP
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Archdiocese of SF O.C.C.

January 31, 2024
Invoice    136837
Client    05068.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2024

| | |
|---|---|
| FEES | $86,206.00 |
| EXPENSES | $181.80 |
| COURTESY DISCOUNT | -$7,365.00 |
| **TOTAL CURRENT CHARGES** | **$79,022.80** |
| **BALANCE FORWARD** | **$480,143.95** |
| **LAST PAYMENT** | **-$193,075.10** |
| **TOTAL BALANCE DUE** | **$366,091.66** |

Case: 23-30564   Doc# 883   Filed: 02/29/24   Entered: 02/29/24 14:50:48   Page 156
of 205

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 2

Invoice 136837

January 31, 2024

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,525.00 | 8.60 | $13,115.00 |
| JIS | Stang, James I. | Partner | 1,850.00 | 7.20 | $13,320.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 975.00 | 37.10 | $36,172.50 |
| GNB | Brown, Gillian N. | Counsel | 1,075.00 | 12.10 | $13,007.50 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 17.80 | $10,591.00 |
| | | | | 82.80 | $86,206.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    3

Archdiocese of San Francisco O.C.C.

Invoice 136837

Client 05068.00002

January 31, 2024

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 1.00 | $1,762.50 |
| BL | Bankruptcy Litigation | 40.20 | $43,022.00 |
| CA | Case Administration | 8.60 | $9,587.50 |
| CO | Claims Administration and Objections | 0.70 | $692.50 |
| CP | PSZJ Compensation | 16.50 | $12,201.50 |
| CPO | Other Professional Compensation | 0.90 | $679.50 |
| FD | First/Second Day Matters | 0.30 | $555.00 |
| GC | General Creditors' Committee | 12.80 | $14,750.50 |
| IC | Insurance Coverage | 0.80 | $1,480.00 |
| RFS | Relief from Stay | 0.60 | $1,045.00 |
| RPO | Other Professional Retention | 0.40 | $430.00 |
| | | 82.80 | $86,206.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     4

Invoice 136837

January 31, 2024

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Pacer - Court Research | $86.70 |
| Postage | $33.50 |
| Reproduction Expense | $61.60 |
| | $181.80 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     5
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 01/19/2024 | BMM | AA | Call with Citizens for Balanced Growth regarding property identified in pleading. | 0.10 | 975.00 | $97.50 |
| 01/24/2024 | JIS | AA | Call with BRG regarding update on real estate/financial analysis. | 0.90 | 1,850.00 | $1,665.00 |
| | | | | **1.00** | | **$1,762.50** |
| **Bankruptcy Litigation** | | | | | | |
| 01/02/2024 | AWC | BL | Emails with SMRH regarding discovery matters (.20); call and emails with BRG regarding discovery matters (.20); review subpoena exhibit and emails with team thereon (.30). | 0.70 | 1,525.00 | $1,067.50 |
| 01/03/2024 | AWC | BL | Read emails regarding status of insurance-related documents (.20); read DRVC templates regarding document search issues (.50); read memo regarding property holding issues (.70). | 1.40 | 1,525.00 | $2,135.00 |
| 01/04/2024 | AWC | BL | Emails with SMRH regarding additional produced documents(.1); skim documents (.6); and emails with BRG thereon (.1). | 0.80 | 1,525.00 | $1,220.00 |
| 01/04/2024 | GNB | BL | Email with Committee professionals regarding Debtor's document production set 4; email PSZJ team regarding issue with Debtor productions. | 0.10 | 1,075.00 | $107.50 |
| 01/04/2024 | GNB | BL | Read email from M. Babcock regarding financial documents from Debtor; read emails between A. Caine and S. Gersten regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/04/2024 | GNB | BL | Review protective order (.3); email BRG team regarding agreements to be bound to protective order (.1). | 0.40 | 1,075.00 | $430.00 |
| 01/04/2024 | GNB | BL | Email with T. Piserchio (Everlaw) regarding execution of agreement to be bound to protective order. | 0.10 | 1,075.00 | $107.50 |
| 01/05/2024 | AWC | BL | Emails and call with SMRH regarding documents, subpoena. | 0.30 | 1,525.00 | $457.50 |
| 01/05/2024 | GNB | BL | Notate Debtor document productions in Everlaw. | 0.20 | 1,075.00 | $215.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     6
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2024 | AWC | BL | Emails with team regarding subpoena, discovery issues. | 0.30 | 1,525.00 | $457.50 |
| 01/08/2024 | BMM | BL | Review emails from debtor and team regarding discovery. | 0.90 | 975.00 | $877.50 |
| 01/08/2024 | BMM | BL | Call with G. Brown regarding discovery issues. | 0.20 | 975.00 | $195.00 |
| 01/08/2024 | BMM | BL | Revise exhibit for 2004 subpoena. | 0.30 | 975.00 | $292.50 |
| 01/08/2024 | GNB | BL | Email with A. Caine regarding discovery status and issues to raise with Debtor's counsel. | 0.10 | 1,075.00 | $107.50 |
| 01/08/2024 | GNB | BL | Call with B. Michael regarding Debtor's document production. | 0.20 | 1,075.00 | $215.00 |
| 01/08/2024 | GNB | BL | Finalize Rule 2004 subpoena for service on Debtor's counsel. | 0.10 | 1,075.00 | $107.50 |
| 01/08/2024 | GNB | BL | Draft email for A. Caine to accompany service of Rule 2004 subpoena to Debtor's counsel. | 0.20 | 1,075.00 | $215.00 |
| 01/09/2024 | AWC | BL | Review subpoena (.1); and revise cover email (.4); and emails with team thereon (.2). | 0.70 | 1,525.00 | $1,067.50 |
| 01/09/2024 | BDD | BL | Email G. Brown re Rule 2004 Subpoena to Debtor. | 0.10 | 595.00 | $59.50 |
| 01/09/2024 | BMM | BL | Revise draft email to debtor regarding discovery. | 0.20 | 975.00 | $195.00 |
| 01/09/2024 | GNB | BL | Finalize Rule 2004 subpoena directed to Debtor (.2); revise cover email for same in consultation with PSZJ team (.3). | 0.50 | 1,075.00 | $537.50 |
| 01/10/2024 | GNB | BL | Email with Anderson & Associates re agreement to be bound to protective order; email B. Michael regarding related issues. | 0.10 | 1,075.00 | $107.50 |
| 01/11/2024 | BMM | BL | Prepare tracker for outstanding confidentiality agreement signatures. | 0.10 | 975.00 | $97.50 |
| 01/12/2024 | BDD | BL | Email G. Brown re Debtor's document productions. | 0.10 | 595.00 | $59.50 |
| 01/12/2024 | GNB | BL | Read A. Cottrell's email response to A. Caine email regarding discovery meetings and format of productions; email B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     7
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2024 | GNB | BL | Call with B. Michael regarding A. Cottrell email today; email C. Mackle and B. Dassa regarding document production issues. | 0.10 | 1,075.00 | $107.50 |
| 01/12/2024 | GNB | BL | Call with BRG regarding agreement to be bound to protective order, financial data to be produced by Debtor, communications between financial advisors. | 0.30 | 1,075.00 | $322.50 |
| 01/16/2024 | BDD | BL | Review documents produced by Debtor to date. | 0.30 | 595.00 | $178.50 |
| 01/23/2024 | BMM | BL | Meeting with Debtor's counsel, BRG and G. Brown regarding discovery. | 0.80 | 975.00 | $780.00 |
| 01/23/2024 | BMM | BL | Meeting with BRG and G. Brown regarding discovery. | 0.60 | 975.00 | $585.00 |
| 01/23/2024 | GNB | BL | Call with B. Michael, BRG, and Debtor's counsel regarding Rule 2004 document request phase 1 deadline. | 0.80 | 1,075.00 | $860.00 |
| 01/23/2024 | GNB | BL | Follow up call with B. Michael and BRG following today's call with Debtor's counsel. | 0.60 | 1,075.00 | $645.00 |
| 01/23/2024 | GNB | BL | Email with C. Ter-Gevorkian regarding agreements to be bound to protective order; update Everlaw permissions. | 0.10 | 1,075.00 | $107.50 |
| 01/24/2024 | BMM | BL | Review production of parish financials and other financial documents. | 8.50 | 975.00 | $8,287.50 |
| 01/25/2024 | AWC | BL | Emails with SMRH and team regarding discovery, production issues, next steps (.40); emails with BRG regarding next steps for financial database information (.30). | 0.70 | 1,525.00 | $1,067.50 |
| 01/25/2024 | BMM | BL | Review production of parish financials and other financial documents. | 3.20 | 975.00 | $3,120.00 |
| 01/26/2024 | GNB | BL | Begin review of Debtor's responses and objections to phase 1 Rule 2004 discovery. | 0.10 | 1,075.00 | $107.50 |
| 01/26/2024 | GNB | BL | Review S. Gersten's email regarding document production this evening; email B. Michael regarding same; email paralegal team regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/28/2024 | BMM | BL | Upload documents from Debtor to Everlaw. | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     8

Invoice 136837

January 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | AWC | BL | Emails with SMRH regarding new production (.3); and emails with team regarding handling (.1). | 0.40 | 1,525.00 | $610.00 |
| 01/29/2024 | BDD | BL | Call with G. Brown re production log. | 0.20 | 595.00 | $119.00 |
| 01/29/2024 | BDD | BL | Additions/revisions to production log (docs produced by Debtor). | 0.40 | 595.00 | $238.00 |
| 01/29/2024 | BMM | BL | Review Debtor's document production. | 3.80 | 975.00 | $3,705.00 |
| 01/29/2024 | GNB | BL | Email and call with B. Dassa regarding document production this weekend. | 0.10 | 1,075.00 | $107.50 |
| 01/29/2024 | GNB | BL | Review correspondence from A. Cottrell regarding Sage financial system; review BRG emails regarding same; email with PSZJ team regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/30/2024 | AWC | BL | Read ASF objections to document requests (.80): emails with SMRH, BRG and team regarding Sage issues (.30); emails with team regarding document production issues (.30). | 1.40 | 1,525.00 | $2,135.00 |
| 01/30/2024 | BMM | BL | Review Debtor's document production. | 3.80 | 975.00 | $3,705.00 |
| 01/30/2024 | BMM | BL | Review Debtor's document production. | 0.70 | 975.00 | $682.50 |
| 01/30/2024 | GNB | BL | Email with B. Michael regarding defect in Debtor's production of JCCP documents; review A. Caine email to A. Cottrell regarding information needed from Sage. | 0.10 | 1,075.00 | $107.50 |
| 01/31/2024 | AWC | BL | Skim new production of documents from Debtor (.40); emails with team regarding discovery issues (.40);  call with SMRH regarding Sage issues (.20); emails with BRG regarding Sage issues (.20). | 1.20 | 1,525.00 | $1,830.00 |
| 01/31/2024 | BDD | BL | Review additional discovery provided by Debtor and revisions to production log re same (1.20); prepare draft production log pursuant to discovery propounded by Committee to Debtor (Stage One subpoena) (.30). | 1.50 | 595.00 | $892.50 |
| 01/31/2024 | BMM | BL | Analyze the Debtor's produced financial statements. | 1.60 | 975.00 | $1,560.00 |
| 01/31/2024 | GNB | BL | Email with PSZJ team regarding content of and issues with most recent document production from Debtor. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    9
Invoice 136837
January 31, 2024

| | | | | 40.20 | | $43,022.00 |
|---|---|---|---|---|---|---|

**Case Administration**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2024 | JIS | CA | Case status call with Debtor's counsel. | 0.70 | 1,850.00 | $1,295.00 |
| 01/04/2024 | BDD | CA | Review docket re upcoming hearings (.10) and email M. Kulick re same (.10). | 0.20 | 595.00 | $119.00 |
| 01/04/2024 | BDD | CA | Email N. Brown re PSZJ Notice of Increase in Hourly Rates (.10); email Omni re service of same (.10); email G. Brown re same (.10). | 0.30 | 595.00 | $178.50 |
| 01/05/2024 | BDD | CA | Email G. Brown re critical dates. | 0.10 | 595.00 | $59.50 |
| 01/09/2024 | BDD | CA | Review docket and update critical dates memo re same (.40); email PSZJ team re same (.10). | 0.50 | 595.00 | $297.50 |
| 01/09/2024 | BMM | CA | Call with debtor's counsel regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 01/11/2024 | BDD | CA | Email G. Brown re PSZJ Notice of Increase of Hourly Rates (.10) and email Omni team re status of service of same (.10). | 0.20 | 595.00 | $119.00 |
| 01/16/2024 | BDD | CA | Review docket re updated critical dates (.10) and email PSZJ team re same (.10). | 0.20 | 595.00 | $119.00 |
| 01/16/2024 | BMM | CA | Call with debtor's counsel regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 01/19/2024 | BDD | CA | Email G. Brown re continuance of hearing on Insurers' Mtn for RFS to Permit CA Coverage Action to Continue. | 0.10 | 595.00 | $59.50 |
| 01/19/2024 | BMM | CA | Call with J. Stang regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 01/19/2024 | GNB | CA | Review status of issues in Diocese of Santa Rosa case per J. Montali's instruction at first-day hearing for diocesan bankruptcy cases to run similarly in Bankr. N.D. Cal. (0.5); and draft email summary to PSZJ team re same (.9). | 1.40 | 1,075.00 | $1,505.00 |
| 01/23/2024 | BDD | CA | Review docket and update crital dates memo re same (.60); emails G. Brown, B. Michael and B. Anavim re same (.10). | 0.70 | 595.00 | $416.50 |
| 01/23/2024 | BMM | CA | Meeting with Debtor's counsel regarding ongoing case issues. | 0.60 | 975.00 | $585.00 |
| 01/23/2024 | BMM | CA | Follow-up meeting with J. Stang regarding Debtor's counsel call | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 10
Invoice 136837
January 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/24/2024 | JIS | CA | Status call with Debtor's counsel. (partial). | 1.20 | 1,850.00 | $2,220.00 |
| 01/24/2024 | JIS | CA | Call with B. Michael as follow up to call with Debtor's counsel. | 0.20 | 1,850.00 | $370.00 |
| 01/30/2024 | BDD | CA | Review court docket re updated critical dates (.10) and email PSZJ team re same (.10). | 0.20 | 595.00 | $119.00 |
| 01/30/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 01/30/2024 | JIS | CA | Call B. Michael regarding discovery and case status. | 0.20 | 1,850.00 | $370.00 |
|  |  |  |  | 8.60 |  | $9,587.50 |

**Claims Administration and Objections**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2024 | GNB | CO | Review bar date order; email with B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/30/2024 | BMM | CO | Review request for employee priority treatment. | 0.20 | 975.00 | $195.00 |
| 01/30/2024 | BMM | CO | Respond to Debtor's request for employee priority treatment. | 0.20 | 975.00 | $195.00 |
| 01/30/2024 | BMM | CO | Call with J. Stang regarding request for employee priority treatment. | 0.20 | 975.00 | $195.00 |
|  |  |  |  | 0.70 |  | $692.50 |

**PSZJ Compensation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2024 | BDD | CP | Email G. Brown and B. Michael re Notice of Increase in Hourly Rates. | 0.10 | 595.00 | $59.50 |
| 01/03/2024 | BDD | CP | Prepare Notice of Increase in PSZJ hourly rates (.30) and email G. Brown re same (.10). | 0.40 | 595.00 | $238.00 |
| 01/08/2024 | BDD | CP | Email G. Brown re PSZJ 1st quarterly fee application. | 0.10 | 595.00 | $59.50 |
| 01/09/2024 | BDD | CP | Draft PSZJ 1st quarterly fee application (1.10) and emails G. Brown re same (.10). | 1.20 | 595.00 | $714.00 |
| 01/10/2024 | BDD | CP | Review subpoena re documents to be produced by Debtor (.10) and email N. Brown re same (.10). | 0.20 | 595.00 | $119.00 |
| 01/10/2024 | BDD | CP | Continue drafting PSZJ 1st interim fee application. | 0.30 | 595.00 | $178.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    11

Invoice 136837

January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2024 | BDD | CP | Call with G. Brown re PSZJ November 2023 monthly fee statement. | 0.10 | 595.00 | $59.50 |
| 01/10/2024 | BMM | CP | Draft statement in support of fee examiner. | 1.20 | 975.00 | $1,170.00 |
| 01/10/2024 | GNB | CP | Email with PSZJ accounting department regarding PSZJ W-9 for Debtor; email BRG regarding W-9 for their future payments of fees and expenses. | 0.10 | 1,075.00 | $107.50 |
| 01/11/2024 | BDD | CP | Continue drafting PSZJ 1st interim fee application (2.70) and emails G. Brown and N. Brown re same (.20). | 2.90 | 595.00 | $1,725.50 |
| 01/11/2024 | BDD | CP | Continue drafting PSZJ 1st interim fee application (3.10) and emails accounting, G. Brown and N. Brown re same (.20). | 3.30 | 595.00 | $1,963.50 |
| 01/11/2024 | BMM | CP | Revise statement in support of fee examiner for filing. | 0.40 | 975.00 | $390.00 |
| 01/11/2024 | GNB | CP | Email with PSZJ team regarding filing and service of statement in support of fee examiner; email with J. Bair regarding fees to trust account. | 0.10 | 1,075.00 | $107.50 |
| 01/11/2024 | GNB | CP | Email with B. Dassa regarding template for interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 01/12/2024 | GNB | CP | Review edits to edit Nov. 2023 PSZJ bill (.2); edit Dec. 2023 PSZJ bill (1.0); review PSZJ retention application in connection with same (.1). | 1.30 | 1,075.00 | $1,397.50 |
| 01/12/2024 | GNB | CP | Begin edits to template for PSZJ's first interim fee application. | 0.30 | 1,075.00 | $322.50 |
| 01/16/2024 | BDD | CP | Review UST large case guidelines (.20) and email G. Brown re same (.10). | 0.30 | 595.00 | $178.50 |
| 01/16/2024 | BDD | CP | Prepare Declaration of J. Stang in support of PSZJ's 1st interim fee application (.60) and email G. Brown re same (.10). | 0.70 | 595.00 | $416.50 |
| 01/16/2024 | BDD | CP | Review Notice of Applicability of Large Case Guidelines and email G. Brown re same. | 0.10 | 595.00 | $59.50 |
| 01/16/2024 | GNB | CP | Call with B. Michael regarding first interim fee applications (.1); email with BRG and BB regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 01/16/2024 | GNB | CP | Revise PSZJ November 2023 bill. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    12
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/16/2024 | GNB | CP | Revise PSZJ December 2023 bill. | 0.10 | 1,075.00 | $107.50 |
| 01/19/2024 | GNB | CP | Finalize PSZJ monthly fee statement for December 2023. | 0.20 | 1,075.00 | $215.00 |
| 01/19/2024 | GNB | CP | Finalize PSZJ monthly fee statement for November 2023. | 0.10 | 1,075.00 | $107.50 |
| 01/19/2024 | GNB | CP | Email P. Pascuzzi and O. Katz regarding PSZJ and BB monthly fee statements to be provided to Debtor and regarding first interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 01/24/2024 | GNB | CP | Review U.S. Trustee's response to docket text order on fee examiner motion; email PSZJ team regarding same (.1); review biographies of potential fee examiners in N.D. California and email PSZJ team regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 01/25/2024 | GNB | CP | Review J. Stang and B. Michael emails regarding potential fee examiners with experience in N.D. California (.1); email with PSZJ team regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 01/25/2024 | GNB | CP | Review fee examiner status in Dioceses of Santa Rosa and Oakland, and email PSZJ team regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/25/2024 | GNB | CP | Email with J. Lucas regarding potential fee examiners. | 0.10 | 1,075.00 | $107.50 |
| 01/25/2024 | GNB | CP | Call with B. Michael regarding timing of first interim fee applications and Committee ability to review drafts. | 0.10 | 1,075.00 | $107.50 |
| 01/26/2024 | GNB | CP | Email Committee professionals regarding suggested response to Debtor's counsel re interim fee application filing deadline. | 0.10 | 1,075.00 | $107.50 |
| 01/26/2024 | GNB | CP | Email P. Pascuzzi regarding timing for first interim fee applications; email Committee professionals regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/30/2024 | BDD | CP | Email G. Brown re PSZJ first quarterly fee application. | 0.10 | 595.00 | $59.50 |
| 01/31/2024 | BDD | CP | Email G. Brown re PSZJ first interim fee application. | 0.10 | 595.00 | $59.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    13
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2024 | BDD | CP | Begin reviewing Sept - Dec 2023 monthly fee statements/invoices (re work descriptions) in connection with preparation of PSZJ 1st interim fee application. | 1.30 | 595.00 | $773.50 |
| 01/31/2024 | GNB | CP | Email and call with B. Dassa regarding PSZJ first interim fee application; email with B. Michael, BRG, and BB regarding same. | 0.10 | 1,075.00 | $107.50 |
| | | | | **16.50** | | **$12,201.50** |

**Other Professional Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2024 | GNB | CPO | Review debtor's notice regarding payments to ordinary course professionals; email BRG and B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/11/2024 | BDD | CPO | Email G. Brown re Burns Bair first interim fee application. | 0.10 | 595.00 | $59.50 |
| 01/14/2024 | GNB | CPO | Email with J. Bair regarding first interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 01/19/2024 | GNB | CPO | Email with J. Bair regarding BB December monthly fee statement. | 0.10 | 1,075.00 | $107.50 |
| 01/22/2024 | BDD | CPO | Review December fee applications filed by Debtor's professionals (.20) and email Committee subcommittee re same (.10). | 0.30 | 595.00 | $178.50 |
| 01/25/2024 | BDD | CPO | Email G. Brown and B. Michael re professional fee spreadsheet. | 0.10 | 595.00 | $59.50 |
| 01/25/2024 | BDD | CPO | Email G. Brown re hearing on first interim fee applications. | 0.10 | 595.00 | $59.50 |
| | | | | **0.90** | | **$679.50** |

**First/Second Day Matters**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2024 | JIS | FD | Review amended cash management order regarding debit card program. | 0.30 | 1,850.00 | $555.00 |
| | | | | **0.30** | | **$555.00** |

**General Creditors' Committee**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2024 | AWC | GC | Read revised/final common interest agreement. | 0.20 | 1,525.00 | $305.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     14
Invoice 136837
January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2024 | JIS | GC | Call with state court counsel regarding stay issues and mediation. | 1.00 | 1,850.00 | $1,850.00 |
| 01/04/2024 | GNB | GC | Draft email to Committee and SCC regarding notices of increase in hourly billing rates. | 0.20 | 1,075.00 | $215.00 |
| 01/04/2024 | JIS | GC | Call with co-chairs regarding case status. | 1.50 | 1,850.00 | $2,775.00 |
| 01/05/2024 | GNB | GC | Email with Committee regarding call on January 8; email J. Stang regarding agenda for same. | 0.10 | 1,075.00 | $107.50 |
| 01/06/2024 | GNB | GC | Email with Committee members regarding joinder to protective order. | 0.10 | 1,075.00 | $107.50 |
| 01/08/2024 | BMM | GC | Call with J. Stang regarding Committee meetings and other case issues. | 0.40 | 975.00 | $390.00 |
| 01/08/2024 | GNB | GC | Email Committee regarding confidentiality. | 0.30 | 1,075.00 | $322.50 |
| 01/08/2024 | GNB | GC | Call with Committee regarding status of case. | 0.60 | 1,075.00 | $645.00 |
| 01/10/2024 | BMM | GC | Communications with Committee member about ongoing case issues. | 0.70 | 975.00 | $682.50 |
| 01/10/2024 | BMM | GC | Communications with Committee and counsel regarding joinder to confidentiality agreement. | 0.30 | 975.00 | $292.50 |
| 01/11/2024 | BDD | GC | Attend weekly Committee meeting (.30) and email B. Michael re same (.10). | 0.40 | 595.00 | $238.00 |
| 01/11/2024 | BMM | GC | Participate in meeting with Committee regarding ongoing case issues. | 0.80 | 975.00 | $780.00 |
| 01/15/2024 | BMM | GC | Communications with SCC regarding upcoming meeting and confidentiality agreements. | 0.80 | 975.00 | $780.00 |
| 01/16/2024 | BDD | GC | Emails B. Michael re weekly Committee meetings. | 0.10 | 595.00 | $59.50 |
| 01/16/2024 | BDD | GC | Prepare minutes from 1/11/24 committee call (.30) and email B. Michael re same (.10). | 0.40 | 595.00 | $238.00 |
| 01/16/2024 | BMM | GC | Communications with G. Brown and Committee members regarding meetings. | 0.30 | 975.00 | $292.50 |
| 01/16/2024 | GNB | GC | Review emails from Committee member regarding meetings; email and call with B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |
| 01/17/2024 | GNB | GC | Email with Committee subgroup regarding agenda item for next meeting. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     15

Invoice 136837

January 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/19/2024 | BMM | GC | Communication with pro se claimant. | 0.50 | 975.00 | $487.50 |
| 01/19/2024 | BMM | GC | Call with SCC regarding ongoing case issues. | 1.20 | 975.00 | $1,170.00 |
| 01/19/2024 | BMM | GC | Call with R. Simons regarding pre-bankruptcy state court litigation. | 0.60 | 975.00 | $585.00 |
| 01/25/2024 | BMM | GC | Communication to Committee with update on ongoing case issues. | 0.40 | 975.00 | $390.00 |
| 01/25/2024 | BMM | GC | Communications with SCC and Committee regarding review of documents produced by debtor. | 0.50 | 975.00 | $487.50 |
| 01/25/2024 | BMM | GC | Training on using Everlaw, e-discovery platform, for state court counsel. | 0.40 | 975.00 | $390.00 |
| 01/25/2024 | BMM | GC | Call with G. Brown regarding Committee communications. | 0.50 | 975.00 | $487.50 |
| 01/26/2024 | AWC | GC | Emails with team and client regarding meetings, planning, upcoming items. | 0.30 | 1,525.00 | $457.50 |
| | | | | **12.80** | | **$14,750.50** |

**Insurance Coverage**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2024 | JIS | IC | Call with special insurance counsel regarding insurance demands. | 0.30 | 1,850.00 | $555.00 |
| 01/04/2024 | JIS | IC | Call with T. Burns regarding stay relief for insurance strategy. | 0.50 | 1,850.00 | $925.00 |
| | | | | **0.80** | | **$1,480.00** |

**Relief from Stay**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2024 | AWC | RFS | Emails with J. Stang and client regarding stay relief issues. | 0.20 | 1,525.00 | $305.00 |
| 01/03/2024 | JIS | RFS | Draft email to state court counsel regarding stay relief issues related to insurance demands and bellwether cases. | 0.40 | 1,850.00 | $740.00 |
| | | | | **0.60** | | **$1,045.00** |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/19/2024 | GNB | RPO | Review Debtor's motion to employ TransPerfect (.3); draft email to PSZJ regarding analysis of same (.1). | 0.40 | 1,075.00 | $430.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     16
Invoice 136837
January 31, 2024

|  | 0.40 | $430.00 |

**TOTAL SERVICES FOR THIS MATTER:**                    $86,206.00

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    17
Invoice 136837
January 31, 2024

**Expenses**

| | | | |
|---|---|---|---|
| 01/11/2024 | PO | Postage | 22.05 |
| 01/11/2024 | RE | ( 105 @0.20 PER PG) | 21.00 |
| 01/11/2024 | RE | ( 105 @0.20 PER PG) | 21.00 |
| 01/19/2024 | PO | Postage | 11.45 |
| 01/19/2024 | RE | 98 pages | 19.60 |
| 01/31/2024 | PAC | Pacer - Court Research | 86.70 |

**Total Expenses for this Matter** **$181.80**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    18

Invoice 136837

January 31, 2024

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  01/31/2024**            **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $20,148.38 | $0.00 | $20,148.38 |
| 135996 | 10/31/2023 | $54,046.16 | $0.00 | $54,046.16 |
| 136651 | 11/30/2023 | $135,200.50 | $5,499.37 | $140,699.87 |
| 136655 | 12/31/2023 | $70,996.50 | $1,177.95 | $72,174.45 |

**Total Amount Due on Current and Prior Invoices:**                          **$366,091.66**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
       dgrassgreen@pszjlaw.com
       gbrown@pszjlaw.com
       bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.:  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

1 | STATE OF CALIFORNIA )
   |                    )
2 | CITY OF LOS ANGELES )

3      I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
California. I am over the age of 18 and not a party to the within action; my business address is 10100
4 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5      On February 20, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE
STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (JANUARY 2024)** in the
6 manner stated below:

| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On January 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached. |

     I declare under penalty of perjury, under the laws of the State of California and the United
States of America that the foregoing is true and correct.

     Executed on February 20, 2024, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria V. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies

1    daniel.james@clydeco.us

2    Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
     Corporation
3    chris.johnson@diamondmccarthy.com

4    Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
5    jkahane@duanemorris.com

6    Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     okatz@sheppardmullin.com, LSegura@sheppardmullin.com

7    Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
8

9    John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
     jlucas@pszjlaw.com, ocarpio@pszjlaw.com

10   Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
     bluu@duanemorris.com
11

12   Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
     pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

13   Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
14

15   Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
     amina@duanemorris.com
16

17   Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
     michael.norton@clydeco.us, nancy.lima@clydeco.us
18

19   Office of the U.S. Trustee / SF
     USTPRegion17.SF.ECF@usdoj.gov

20   Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     ppascuzzi@ffwplaw.com, docket@ffwplaw.com

21   Mark D. Plevin on behalf of Interested Party Continental Casualty Company
     mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
22

23   Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
     dbp@provlaw.com

24   Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
25   nreinhardt@duanemorris.com

26   Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     jrios@ffwplaw.com, docket@ffwplaw.com
27

28   Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
     mroberts@phrd.com

4

| | |
|---|---|
| 1 | Annette Rolain on behalf of Interested Party First State Insurance Company<br>arolain@ruggerilaw.com |
| 2 | |
| | Cheryl C. Rouse on behalf of Creditor Victoria Castro |
| 3 | rblaw@ix.netcom.com |
| 4 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 5 | |
| | James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors |
| 6 | jstang@pszjlaw.com |
| 7 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London<br> and Certain London Market Companies |
| 8 | catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 9 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>jweinberg@ruggerilaw.com |
| 10 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 11 | |
| 12 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 13 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market |
| | Companies |
| 14 | yongli.yang@clydeco.us |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

5

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance  Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance  Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-986-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |

# EXHIBIT G



1  James I. Stang (CA Bar No. 94435)
   Debra I. Grassgreen (CA Bar No. 169978)
2  John W. Lucas (CA Bar No. 271038)
   Pachulski Stang Ziehl & Jones LLP
3  One Sansome Street, Suite 3430
   San Francisco, California 94104
4  Telephone: 415.263.7000
   Facsimile: 415.263.7010
5  Email:  jstang@pszjlaw.com
            dgrassgreen@pszjlaw.com
6           jlucas@pszjlaw.com

**Signed and Filed: October 24, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

7  Counsel to the Official Committee of Unsecured Creditors

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

               **SAN FRANCISCO DIVISION**
10

11 In re:                                    Case No.:  23-30564

12 THE ROMAN CATHOLIC ARCHBISHOP OF           Chapter 11
   SAN FRANCISCO,
13                                            **ORDER APPROVING APPLICATION**
              Debtor and Debtor in Possession. **OF THE OFFICIAL COMMITTEE OF**
14                                            **UNSECURED CREDITORS FOR**
                                              **ORDER APPROVING**
15                                            **EMPLOYMENT OF PACHULSKI**
                                              **STANG ZIEHL & JONES LLP AS**
16                                            **COUNSEL TO THE OFFICIAL**
                                              **COMMITTEE OF UNSECURED**
17                                            **CREDITORS**

18         The Court has considered the *Application of the Official Committee of Unsecured Creditors*

19 *for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official*

20 *Committee of Unsecured Creditors* [Docket No. 188] (the "Application"), filed by the Official

21 Committee of Unsecured Creditors in the above-captioned case (the "Committee"), and the

22 declaration of Steven A. Moreno and the declaration and supplemental declaration of John W.

23 Lucas, each in support of the Application. Based upon the record before the Court, it appears that

24 Pachulski Stang Ziehl & Jones LLP (the "Firm") does not hold or represent any interest adverse to

25 the estate in the matters on which it is to be employed, that the Firm is a disinterested person, that its

26 employment is in the best interest of the estate, and that no hearing on the Application is required.

27         **IT IS HEREBY ORDERED THAT:**

28         1.    The Application is granted as set forth herein.

2.      The Committee is authorized to employ the Firm as its counsel on the terms and conditions set forth more fully in the Application, effective as of September 14, 2023.

3.      The Firm shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court.  For the avoidance of doubt, the Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* shall apply to the retention and compensation of the Firm in this case.

4.      Notwithstanding anything to the contrary in this Order or the Application, the Court is not approving the terms and conditions of the Firm's employment under 11 U.S.C. § 328(a).

5.      The Firm shall provide reasonable notice to the Debtor and the U.S. Trustee of any increase of the Firm's hourly rates.

6.      For the avoidance of doubt, the Firm shall not withdraw from representation of the Committee in this Chapter 11 case absent Court approval.

7.      The Firm shall make a reasonable effort to comply with the U.S. Trustee's Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases.

8.      Notwithstanding paragraph 6 of the Lucas Declaration, the Court is not approving any terms of any plan of reorganization at this time.

9.      To the extent the Application is inconsistent with this Order, the terms of this Order shall govern.

10.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**\*\*END OF ORDER\*\***

ORDER APPROVING EMPLOYMENT OF
PACHULSKI STANG ZIEHL & JONES
AS COUNSEL TO COMMITTEE

2

# EXHIBIT H



## PACHULSKI STANG ZIEHL & JONES



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# James I. Stang

Tel: 310.277.6910 | jstang@pszjlaw.com

**EDUCATION**

Franklin & Marshall College;
University of California at
Berkeley (B.A., with honors,
1977)

Hastings College of the Law,
University of California (J.D.
1980)

Order of the Coif

**BAR AND COURT
ADMISSIONS**

1980, California

Mr. Stang, a founding partner of the firm, has dedicated the better part of his forty years' of restructuring practice to helping plaintiffs pursue their rights against institutions that file bankruptcy in an attempt to evade liability. He has represented close to twenty creditors' committees in recent mass tort chapter 11 cases, and is frequently called upon when the stakes are high, including Boy Scouts of America, Weinstein Company, Takata, USA Gymnastics, and seventeen chapter 11 cases involving the Roman Catholic Church. Mr. Stang has been featured in *The Wall Street Journal* for his work on behalf of victims.

Mr. Stang is a fellow of the American College of Bankruptcy, named in the Best Lawyers in America, and has been named "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights every year since 2005. He was listed by *Lawdragon* as one of the 2020 "Lawdragon 500 Leading Global Restructuring & Insolvency Lawyers." He holds an AV Peer Preeminent Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He has lectured and written extensively on both bankruptcy and receivership issues. Mr. Stang is a graduate of UC Berkeley and received his J.D. from UC Hastings College of Law, where he was editor in chief of *Hastings International and Comparative Law Review*. Mr. Stang is admitted to practice in California, and is resident in our Los Angeles office.

## Representations

Tort litigants' committees in the chapter 11 cases of the Catholic Diocese of Spokane (Washington) and the Diocese of Davenport (Iowa); creditors' committees in the chapter 11 cases of the Roman Catholic Bishop of San Diego, the Catholic Diocese of Fairbanks (Alaska), the Catholic Diocese of Wilmington (Delaware), the Society of Jesus, Oregon Province, the related cases of The Christian Brothers of Ireland, Inc. and The Christian Brothers Institute, the Archdiocese of Milwaukee, the Roman Catholic Church of the Diocese of Gallup (New Mexico), the Roman Catholic Bishop of Helena (Montana), the Roman Catholic Bishop of Stockton (California), the Roman



Catholic Bishop of Great Falls (Montana), the Roman Catholic Church of the Archdiocese of Santa Fe (New Mexico), the Diocese of Rochester (New York), the Diocese of Buffalo (New York), the Roman Catholic Church for the Archdiocese of New Orleans

Creditors' committee in Weinstein Company Holdings

Abuse survivors' committees in USA Gymnastics, Boy Scouts of America, Madison Square Boys & Girls Club

Subcommittee of employee organizations in Orange County chapter 9 case

Chapter 11 debtors in American Suzuki Motor Corporation; Gateway Educational Products (manufacturer of "Hooked on Phonics"); American Tissue; Chippendales; Inacom Corporation; Rhodes Homes; Sizzler Restaurants International; Superior TeleCom

Bankruptcy counsel for the Tobacco Committee of the National Association of Attorneys General

Receiver appointed for various car dealerships (Nissan, Porsche, Audi, Toyota)

## Professional Affiliations

"Bankruptcy Lawyer of the Year," Century City Bar Association (2010)

Fellow, American College of Bankruptcy

Member, Los Angeles Bankruptcy Forum Board of Directors (ex officio)

## Publications

Your Client Filed for Bankruptcy: What Now?
Plaintiff Magazine, June 2023

"Boy Scouts Victims Urge Judge to Release Names of Abusers" (*Bloomberg*, February 19, 2020)

"Veteran of Catholic Chapter 11s Represents Weinstein Victims" (*Wall Street Journal*, April 08, 2018)

"Weinstein Creditors Hire Firm That Represented Catholic Church Abuse Victims" (*Variety*, March 30, 2018)

James Stang Articles (*National Catholic Reporter*)

Dollar Signs of the Cross (*UC Hastings Law*, September 9, 2015)

"An Unholy Dispute" (*Los Angeles and San Francisco Daily Journal*, October 02, 2007)

"Assumption of Contracts and Leases: The Obstacle of the Historical Default, " *24 California Bankruptcy Journal* 39 (1998)(addressing "going dark" provisions of car dealership agreements)





One Sansome Street
Suite 3430
San Francisco, CA 94104

# Debra Grassgreen

Tel: 415.217.5102 | Tel: 415.263.7000 | dgrassgreen@pszjlaw.com

**EDUCATION**

University of Florida (B.S. B.A. 1988; Outstanding Female Graduate)

University of Florida (J.D., with honors, 1991)

**BAR AND COURT ADMISSIONS**

1992, Florida

1994, California

Debra Grassgreen, immediate past president of the International Insolvency Institute, is a senior partner in Pachulski Stang Ziehl & Jones' San Francisco office and chairs the firm's international insolvency practice. She has significant experience representing debtors, trustees, and creditors' committees in large and complex chapter 11 cases nationwide and internationally in the technology, media, telecommunications, and life sciences industries both in and out of court. Some of her more notable engagements include representing solar power manufacturer Solyndra, American Suzuki Motor Corporation, Mesa Airlines, and the creditors (including abuse survivors) in the Weinstein Company chapter 11 case. In addition, Ms. Grassgreen has represented high profile individuals, including boxer Mike Tyson and singer Toni Braxton, among others.

Ms. Grassgreen, an American College of Bankruptcy Fellow, has held a variety of leadership positions in prestigious insolvency organizations including the International Women's Insolvency & Restructuring Confederation and the American College of Bankruptcy, chairing its Insolvency Committee and, currently, is its 9th Circuit Regent. For the past ten years, she has participated in the United Nations Commission on International Trade Law's Working Group V and its expert group meetings as an NGO delegate. She is widely regarded as a leading expert on cross border restructuring matters and frequently speaks and writes on cross border matters and others.

Ms. Grassgreen has garnered several accolades for her work in the insolvency arena. Last year, the *Los Angeles and San Francisco Daily Journal* named Ms. Grassgreen to its list of "Top Bankruptcy Lawyers" in California and, for several years, has listed Ms. Grassgreen as one of its "Top Women Lawyers." In 2021, the International Women's Insolvency and Restructuring Confederation selected her as its 2021 "Woman of the Year in Restructuring." She holds *Chambers USA*'s highest rank (Band 1) in Bankruptcy/Restructuring and *Martindale-Hubbell*'s highest recognition for ethical standards and legal ability (AV Preeminent). She is listed in *Who's*


*Who Legal: Thought Leaders—Global Elite; Lawdragon* as one of its 2023 and 2022 "500 Leading U.S. Bankruptcy & Restructuring Lawyers" and one of its 2020 "500 Leading Global Restructuring & Insolvency Lawyers;" and in "Best Lawyers in America" (every year since 2001) for her work in both Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation - Bankruptcy.

Ms. Grassgreen is a graduate of the University of Florida, where she also received her J.D., and is admitted to practice in Florida as well as California.

## Representations

Debtors/trustees: Amyris; Watsonville Hospital; MobiTV; Solyndra LLC; American Suzuki Motor Corporation; Blue Earth; APVO; Tintri; New Zoom; Ultura (APTwater Rochem); Airxpanders; Select Staffing; Exigen (USA); Digital Domain Media; Highway Technologies; Global Aviation (cocounsel); Mesa Air Group; MagnaChip Semiconductor; Dunmore Homes; Woodside Homes; Webvan Group; Pacific Crossing Limited (subsidiary of Global Crossing); RBX Industries; Laura West Enterprises; Clarent Corporation; Breed Technologies; TCW/Camil Holdings; Sleepmaster Corporation; Sizzler International; Fresh Choice; Tri-Valley Growers; Dana Corporation (cocounsel); Le-Nature's; Crown Paper; Mike Tyson; Toni Braxton; Ronald Isley

Creditors' committees: Professional Financial Investors; Chinos Holdings (J. Crew Group); EP Energy; The Weinstein Company; Open Road Films; Payless Holdings (2017); Payless Holdings (2019); Zetta Jet; BCBG Max Azria; SFX Entertainment; RDIO, Inc.; BR Festivals; Twenty First Century Film Corporation; Death Row Records/Marion "Suge" Knight; Flying J; Trident Microsystems (Far East) Ltd; LandSource Communities Development; Chrysler (cocounsel); SK Foods; Frank Parsons International

Tort claimants' committee in Boy Scouts of America

Lenders/investors/creditors in Videology (Group M); Ciber (Zayo); Baupost (PG&E); Stion (Khosla Ventures); Quirky Inc. (KleinerPerkins, A16, Norwest); Nirvanix; KiOR (Khosla Ventures); PacWest Telecom (CVC)

Out-of-court workouts: International bioengineering firm; Israeli solar developer; Spanish & US-based wind developer; provider of end-to-end mobile media solutions; solar module manufacturer Amonix; numerous venture-backed technology companies

Other: Counsel to Uber Technologies; counsel to PharmaTop, creditors' committee chair in Mallinckrodt LLC; counsel to former San Francisco Mayor Art Agnos as receiver of the SF Housing Authority

## Professional Affiliations

President, International Insolvency Institute (2019-)



Executive vice president, International Insolvency Institute (2017-2019)

Fellow, American College of Bankruptcy (Chair, International Committee, 2022-)

Board of directors, American College of Bankruptcy Foundation (2013-2016)

Member, Advisory Committee of the American Bankruptcy Institute Commission to Study the Reform of Chapter 11

Board of directors, International Women's Insolvency & Restructuring Confederation ("IWIRC")(2010-2014)

IWIRC delegate to UNCITRAL

Member, International Bar Association

## Programs and Lectures

Practicing Law Institute (standing faculty); American Bankruptcy Institute; Turnaround Management Association; State Bar of California; Beverly Hills Bar Association; American Bar Association; Bar Association of San Francisco; University of Florida College of Law; California Continuing Education of the Bar; Association of Insolvency and Restructuring Accountants; International Council of Shopping Centers, International Insolvency Institute, INSOL, UNCITRAL

## Publications

The Use of Mediation to Improve Global Restructuring Outcomes in a Post-Pandemic World
Global Restructuring Review (GRR), September 10, 2021

First Day Motions (3d ed.)
A Guide to the Critical First Days of a Bankruptcy Case
American Bankruptcy Institute, June 2012

Valuation and the Chapter 11 Process
Contested Valuation in Corporate Bankruptcy: A Collier Monograph (LexisNexis), 2011

Individual Chapter 11 Cases After BAPCPA
What Happened to the "Fresh Start"?
2006 Annual Survey of Bankruptcy Law 309 (West 2006), 2006

Coauthor with M. Litvak: *First Day Motions: A Guide to the Critical First Days of a Bankruptcy Case* (ABI 2d ed. 2006)(sole author of 1st ed. 2003)

Coauthor with P. Egan: "Valuation and the Chapter 11 Process" in *Contested Valuation in Corporate Bankruptcy - A Collier Monograph* (LexisNexis 2011)

Author: "Individual Chapter 11 Cases After BAPCPA: What Happened to the "Fresh Start?" 2006 *Annual Survey of Bankruptcy Law* 309 (West 2006)

"Property of the Estate," in *Understanding the Basics of Bankruptcy &*



*Reorganization 2005*, 880 *PLI/Comm* 145 (2005)

"Sale of Assets," in *Understanding the Basics of Bankruptcy & Reorganization 2005*, 880 *PLI/Comm* 249 (2005)

"Rejection, Assumption and Assignment of Real Estate Leases Generally," in *Impact of Bankruptcy on Real Property Transactions* (Cal. Cont. Ed. of the Bar 2003)



PACHULSKI
STANG
ZIEHL &
JONES



One Sansome Street
Suite 3430
San Francisco, CA 94104

# Kenneth H. Brown

Tel: 415.263.7000 | kbrown@pszjlaw.com

**EDUCATION**

University of California at
Santa Barbara (B.A., with
high honors, 1977)

Hastings College of Law,
University of California (J.D.
1981)

**BAR AND COURT
ADMISSIONS**

1981, California

Mr. Brown has extensive experience in bankruptcy and commercial
litigation. He has represented and advised debtors, unsecured creditors,
secured creditors, insurers, creditors' committees, and trustees in large
complex chapter 11 and chapter 15 cases and in related litigation in both
state and federal court. Mr. Brown leads the firm's litigation team in
representations of the sex-abuse survivor committees in the chapter 11
bankruptcy cases involving the Roman Catholic Church. These matters
involve the intersection of the First Amendment and the Religious Freedom
Restoration Act ("RFRA") with Bankruptcy Code and focus on recovering
assets transferred by the debtor prior to filing bankruptcy as part of asset
protection scheme to protect the assets from the claims of the victims of sex
abuse. The representations also require expertise in identifying, analyzing,
and prosecuting claims against the management of the debtor for allowing
or facilitating the sexual misconduct and abuse. Mr. Brown led the team that
obtained a judgment in one of these cases worth in excess of $100 million.
Mr. Brown also specializes in defending employers in WARN Act class-
action litigation and advising them on the intersection of the WARN Act and
bankruptcy. Mr. Brown also has extensive experience representing
professional firms and their principals in dissolutions and bankruptcies.

He is a graduate of U.C. Santa Barbara and received his J.D. at Hastings
College of the Law, where he was articles editor for the *Hastings Law
Journal*. Mr. Brown is a former director of the Bay Area Bankruptcy Forum, a
former member of the State Bar of California Business Law Section
Subcommittee on Debtor/Creditor Relations and Bankruptcy, and frequently
serves as a mediator for the Bankruptcy Dispute Resolution Program for the
Northern District of California and the San Francisco Bar Association. He
holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest
recognition for ethical standards and legal ability. He has been listed in
every edition of *Best Lawyers in America* since 2018 for his work in
Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law
and Litigation - Bankruptcy. Mr. Brown is admitted to practice in California
and is resident in our San Francisco office.


## Representations

Law firm bankruptcies: Brobeck, Phleger & Harrison; Heller Ehrman, Landels Ripley & Diamond

Creditors' committees in Boy Scouts of America; TK Holdings Inc. (Takata Americas); The Weinstein Company ; USA Gymnastics

Committees in Catholic church bankruptcies: Christian Brothers Institute; Archdiocese of Santa Fe; Archdiocese of Milwaukee; Catholic Diocese of Fairbanks; Catholic Diocese of Wilmington; Diocese of Great Falls; Roman Catholic Diocese of Rochester; Roman Catholic Diocese of San Diego

Cross-border case: Katsumi Iida

## Professional Affiliations

Director, Bay Area Bankruptcy Forum (2001-)

Mediator, San Francisco Bar Association, Early Settlement Program (1997-2003)

Bankruptcy Dispute Resolution Program, United States Bankruptcy Court for the Northern District of California (1994-)

Member, State Bar of California Business Law Section Debtor/Creditor Committee (1999-2002)

## Programs and Lectures

Lecturer, American Bankruptcy Institute; Association of Insolvency & Restructuring Advisors; Bar Association of San Francisco; Santa Clara County Bar Association

## Publications

The Estate's Potential Claims Against Management for Failure to Prevent Sexual Misconduct
356 American Bankruptcy Trustee Journal 30 (No. 3 Summer 2019), September 2019

Stranger in Paradise? The Role of a Foreign Bankruptcy Trustee in Chapter 15
27 ABI Journal No. 3 at 26 (April 2008), April 2008

"Discovery in Debt Collection Actions," in *Debt Collection Practice in California* (2d ed. 2000)

"Tenants in Distress: Pitfalls and Opportunities for the Retail Landlord," *Shopping Center Business* (1998).

"Law Firm Break-Ups and Bankruptcies," 3 *Legal Malpractice Report* (No. 2 1992)

Co-author, "Dissolutions of Professional Firms Under State Law," in program materials for the Third Annual Northwest Bankruptcy Institute (1989)



PACHULSKI
STANG
ZIEHL &
JONES



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Andrew W. Caine

Tel: 310.277.6910 | acaine@pszjlaw.com

**EDUCATION**

Northwestern University
(B.A. 1980)

University of California
School of Law, Los Angeles
(J.D. 1983)

Phi Beta Kappa

**BAR AND COURT ADMISSIONS**

1983, California

**CLERKSHIPS**

Judicial extern, Arthur
Alarcon (9th Cir.)

As chair of Pachulski Stang Ziehl & Jones's postconfirmation practice group, Mr. Caine oversees the entire spectrum of claims and avoidance litigation for debtors, creditors committees, trustees, liquidation or post-confirmation trusts, and defendants, from "mega cases" to smaller, individual matters. While many lawyers handle this type of work few, if any, can produce outstanding recoveries for all parties by calling upon the same case experience and litigation background, or utilize the proprietary avoidance and preference claim analysis software that Mr. Caine has helped to develop. He also spends considerable time as "general counsel," assisting liquidating trustees in the administration of postconfirmation estates/corporate winddowns, and representing individuals and business entities in avoidance and claims litigation defense. He brings an experienced, responsive approach to all such disputes that might result in litigation, and lectures nationally on such topics.

In addition, Mr. Caine has lead responsibility in litigation concerning a variety of business, bankruptcy, and commercial law issues, as well as the representation of debtors, trustees, creditors, and committees in chapter 11 reorganization cases. He handles matters in state and federal courts, with an emphasis on disputes tried in bankruptcy court, including contested reorganization matters.

Mr. Caine has written numerous articles and often lectures nationally on bankruptcy and litigation, and is a past president and former chair and vice president of education of the American Bankruptcy Institute, the world's largest organization of insolvency professionals, with over 12,000 members. He is a member of the Registry of Mediators for the United States Bankruptcy Court for the District of Delaware, and a former member of the Los Angeles Superior Court panel of business law arbitrators. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest rating for ethical standards and legal ability, and has been named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights every year since 2007 in a peer survey conducted by Law & Politics and the publishers of Los Angeles



magazine, an honor bestowed on only 5% of Southern California attorneys. He has been named to *Best Lawyers in America* every year since the 2016 edition for the practice area of Bankruptcy and Creditor Debtor Rights/ Insolvency and Reorganization Law.

Mr. Caine is a graduate of Northwestern University and received his J.D. from UCLA. Mr. Caine is admitted to practice in California and is resident in our Los Angeles office.

## Representations

Chapter 11 debtors in Murray, Inc.; Fleming Distribution; Breed Technologies; AmeriServe Food Distribution; HomePlace of America, Inacom Corporation; TWA

Creditors' committee in Circuit City Stores; CB Holding Corporation (fka Charlie Brown's); Madison Associates, fka Pannell Kerr Foster

Litigation: Hilton Hotels and Bass Hotels

## Professional Affiliations

Member, Registry of Mediators for the United States Bankruptcy Court for the District of Delaware

Chair, 2004-2005, American Bankruptcy Institute (ABI)

President, 2002-2003, ABI

Vice President of Education, 1999-2001, ABI

Associate editor, *American Bankruptcy Institute Journal*

Executive editor, ABI Website Editorial Board

## Publications

Co-Author, "The Influence of Outcomes and Procedures on Formal Leaders," 41 *Journal of Personality and Social Psychology* (No. 4 1981)



## PACHULSKI STANG ZIEHL & JONES



# Iain A.W. Nasatir

Tel: 310.277.6910   |   inasatir@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

Williams College; Columbia University (B.A. 1979)

Benjamin N. Cardozo School of Law (J.D., *cum laude*, 1982)

Order of Barristers; National Moot Court Team

**BAR AND COURT ADMISSIONS**

1983, New York

1991, California

Iain Nasatir specializes in insurance coverage, insolvency, regulatory, reinsurance, and bankruptcy disputes. Currently, he is involved with insurance coverage issues in the firm's representations of creditors' committees of sexual-abuse survivors in the chapter 11 bankruptcies of the Diocese of Buffalo, the Diocese of Rochester, the Archdiocese of New Orleans, and the Archdiocese of Santa Fe, and in other sex-abuse related bankruptcies (e.g., Boy Scouts of America and U.S.A Gymnastics). Prior committee representations involving sexual-abuse coverage issues include bankruptcies of the Gallup, Stockton and Davenport dioceses and The Weinstein Company. Other cases have involved debtors' obligations for SIRS and deductibles in bankruptcy (e.g., law firms Sedgwick and Heller Ehrman) and the interplay between state insurance regulators and bankruptcy court jurisdiction (e.g., Superior National, Fremont General and Executive Life).

For further information on the diocesan and other sex-abuse cases, please see general firm discussion.

In the course of the firm's bankruptcy representation of Sizzler Restaurants, Mr. Nasatir advised on complex reinsurance and insurance defense issues arising in the bankruptcy regarding the debtor's captive, and successfully implemented a mandatory mediation program in the bankruptcy court to maximize the opportunity for a premium refund to be paid to the debtor. Mr. Nasatir has also been involved in similar capacities for the trustee of a bankrupt American subsidiary of a Japanese scrap metal company and for Breed Technologies in its bankruptcy. In addition to handling coverage issues on primary insurance and reinsurance agreements, Mr. Nasatir has represented policyholders in coverage disputes, including D & O coverage litigation with National Union Fire Insurance Company and other similar carriers.

On the litigation front, Mr. Nasatir obtained a defense judgment at trial on behalf of Fremont General in a suit brought by the Bank of New York over workers compensation deposits. He also obtained dismissals for the same



client in lawsuits brought by the California Insurance Commissioner. On behalf of his Superior National client, he settled a reinsurance fraud dispute with a "walk-away."

He attended Stowe School in Bucks, England, Williams College, Columbia College and Cardozo School of Law. Mr. Nasatir is admitted to practice in New York and California, and is resident in our Los Angeles office.

## Representations

Fremont General; Superior National; Commonwealth Insurance; Farmers; Certain Underwriters at Lloyds; Reinsurance Association of America

Insurance Insolvencies: KWELM; Mission Insurance; Transit Insurance; Executive Life

## Professional Affiliations

Vice-chair, ABA Torts & Insurance Practice Section (2006-2007)

Member, International Association of Insurance Receivers

## Programs and Lectures

Lecturer, International Reinsurance Congress; Inter-Pacific Bar Association, Turnaround Management Association, International Association of Insurance Receivers and ABA TIPS Insurance Coverage Programs

## Publications

The Rights and Duties of Insurers and Insureds Under Self-Insured Retentions
50 The Brief 44 (Fall 2020)

Co-author, "Recent Developments in Excess, Surplus Lines, and Reinsurance," 39*ABA Tort Trial & Insurance Practice Law Journal* 376 (2004)

"Insurer's Collapse Highlights Hazards to Investors," *National Law Journal* (April 1995)

"For All the Wrong Reasons D & O Claims Should Diminish," *Risk Management* (Oct. 1994)

"Whose Contract Is It Anyway?" *Mealey's Litigation Reports Reinsurance* (Aug. 1994)

Co-author, "Communications Under Wraps," *Best's Review* (Sept.1992)

Co-Author, "Late Notice: In Harm's Way," *Best's Review* (Sept.1991)





One Sansome Street
Suite 3430
San Francisco, CA 94104

# John W. Lucas

Tel: 415.217.5108 | jlucas@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A. *magna
cum laude,*1992)

University of Oregon School
of Law (J.D. 2004)

**BAR AND COURT
ADMISSIONS**

2010, California

2005, New York

**CLERKSHIPS**

Law clerk, Judge Robert D.
Drain (Bankr. S.D.N.Y.
2004-06)

Mr. Lucas represents debtors, creditors' committees, creditors, and trustees in chapter 11 cases and companies in out-of-court restructurings with an emphasis on transportation, financial products, food services, retail, automotive, and technology. Mr. Lucas is a graduate of the University of California at Los Angeles and received his J.D. from the University of Oregon School of Law and was a member of the *Oregon Law Review*. Mr. Lucas is admitted to practice in California and New York and is resident in our San Francisco office.

## Representations

Chapter 11 debtors: Sedgwick LLP; Kona Grill; Barfly Ventures; Tintri Inc.; A. M. Castle & Co.; Blue Earth; NewZoom Inc.; Response Genetics; Tri-Valley Learning Corporation; Elephant Bar Restaurants; Z'Tejas Restaurants; Highway Technologies; American Suzuki Motor Corporation; Global Aviation; Mesa Airlines; Lehman Brothers Holdings; Champion Enterprises; Heller Ehrman LLP; Lexington Precision; Silicon Graphics

Chapter 11 creditors: Cottonwood Cajon in Premier Golf Properties; Lehman Commercial Paper Inc. and Lehman ALI Inc. in Palmdale Hills Property LLC ("SunCal"); indenture trustee in Calpine; bondholders in Portrait Corporations of America

Creditors' committees: Boy Scouts of America; Uni-Pixel; Rdio Inc.; Yellow Cab of San Francisco; Champps/Fox & Hound Restaurants; Trident Microsystems (Far East) Ltd.

Trustees: Yashouafar; Evergreen International Aviation; Exigen (USA)

Section 363 asset sales: Represented buyers in Bartlett Mgt. Services (KFC franchise); Quality Discount Ice Cream; Nurserymen's Exchange



Out-of-court restructurings: Security Capital Assurance Ltd. and a professional sports franchise

## Professional Affiliations

Board member, American Bankruptcy Institute (2019-)

Co-chair, American Bankruptcy Institute Annual Southwest Bankruptcy Conference (2014-18)

Advisory Board Member, American Bankruptcy Institute Annual Southwest Bankruptcy Conference (2011-14)

## Publications

Debtor-in-Possession Financing
*Funding a Chapter 11 Case*
American Bankruptcy Institute (2012)

Creditor's Self-Interest Precludes Fee Reimbursement From the Estate
September 2012

First Day Motions (3d ed.)
A Guide to the Critical First Days of a Bankruptcy Case
American Bankruptcy Institute, June 2012

"Approval of the DIP Financing Order" in *Debtor-in-Possession Financing: Funding a Chapter 11 Case* (ABI 2012)

Coauthor, "The Role and Retention of the Chief Restructuring Officer," in *The Americas Restructuring and Insolvency Guide* (2008/2009)

"The Article 9 Buyer's Seller Rule & The Justification for Its Harsh Effects," 83 *Oregon Law Review* 289 (2004)





PACHULSKI
STANG
ZIEHL &
JONES



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Gillian N. Brown

Tel: 310.277.6910    |    gbrown@pszjlaw.com

**EDUCATION**

University of California at
Berkeley (B.A., with honors,
1994)

University of California at
Berkeley (J.D. 1999)

Phi Beta Kappa; Alumni
Scholar

**BAR AND COURT
ADMISSIONS**

1999, California

2008, Washington, D.C.

2010, New York

2018, Texas (inactive)

**CLERKSHIPS**

Law clerk, Judge William M.
Hoeveler (S.D. Fla.
1999-2000)

Ms. Brown has litigated matters in California and Texas state courts, federal district courts, and federal bankruptcy courts. She is a graduate of the University of California at Berkeley and attended the Centro Studi della Boston University in Padova, Italy. At BerkeleyLaw, she was a notes & comments editor for the *California Law Review* and book review editor for the *Berkeley Women's Law Review.*

Ms. Brown's practice includes representing clients in general business litigation, including contract disputes, business tort litigation, and unfair competition actions. She has also prosecuted and defended class actions and complex litigation, defended employees and employers in employment discrimination matters, and represented both debtors and creditors' committees in bankruptcy litigation. Since 2004, Ms. Brown has represented sex abuse survivors in bankruptcy cases involving the Roman Catholic Church. Ms. Brown was named a "Southern California Super Lawyers Rising Star" every year from 2004 - 2008; named a "Southern California Super Lawyer" in 2015, 2016, 2018, 2019, and 2020; and recognized in the 2023 and 2024 editions of *Best Lawyers in America.*

She is fluent in Italian.

## Representations

Business litigation: Trial verdict in excess of $2 million in *Mortgage Lenders Network USA v. Wells Fargo Bank* (Bankr. D. Del. 2009); Trial counsel in successful litigation finding investment pool assets worth $120 million to be property of the chapter 11 estate, *Official Committee v. Catholic Diocese of Wilmington, Inc. (In re Catholic Diocese of Wilmington, Inc.)*, 432 B.R. 135 (Bankr. D. Del. 2010)

Committees of sex-abuse survivors: Archdiocese of New Orleans; Boy Scouts of America; Madison Boys and Girls Club, Inc.; Diocese of Rockville Centre; Catholic Diocese of Spokane; Diocese of Davenport; Roman Catholic




Bishop of San Diego; Society of Jesus, Oregon Province; Catholic Bishop of Northern Alaska; Catholic Diocese of Wilmington; Archdiocese of Milwaukee; Christian Brothers of Ireland Inc. and Christian Brothers Institute; Roman Catholic Church of the Diocese of Gallup; Roman Catholic Bishop of Helena, Montana; Roman Catholic Bishop of Stockton

Class actions/complex litigation: plaintiff class in *In re Structured Settlement Litigation*; defense of FUJIFILM Holdings America Corporation

## Professional Affiliations

Adjunct professor, legal studies and political science, South Puget Sound Community College (online 2020-2022)

President, Beverly Hills Bar Foundation (2014-2015)

Board of directors, Beverly Hills Bar Foundation (2011-2014)

Board of directors, Boalt Hall Alumni Association (2010-2013)

Advisory board, Western Center on Law & Poverty (2007-2012)

Member, American Bar Association Electronic Discovery Working Group (2011-2014)

Member, International Women's Insolvency and Restructuring Confederation

## Publications

E-Discovery Issues
Business Credit, October 2008



PACHULSKI
STANG
ZIEHL &
JONES



780 Third Avenue
34th Floor
New York, NY 10017-2024

# Brittany Mitchell Michael

Tel: 212.561.7700 | bmichael@pszjlaw.com

**EDUCATION**

Wesleyan University (B.A.)

University of Minnesota Law
School (J.D.)

**BAR AND COURT
ADMISSIONS**

Minnesota

New York

Ms. Michael has successfully represented creditors' committees, debtors, and large commercial creditors in complex chapter 11 cases, including extensive experience in representing committees in mass-tort bankruptcy cases such as the Archdiocese of San Francisco, the Diocese of Rockville Centre, the Diocese of Rochester, the Diocese of Buffalo, the Archdiocese of St. Paul and Minneapolis, the Diocese of Duluth, the Archdiocese of Agaña, the Diocese of New Ulm, and the Diocese of Winona.

Ms. Michael received her B.A. at Wesleyan University and earned her J.D. at University of Minnesota Law School. Ms. Michael was recently named one of the American Bankruptcy Institute's "40 Under 40" among bankruptcy attorneys. Ms. Michael was a 2022 IWIRC Rising Star Finalist, a recipient of the Deinard Legal Clinic Award (2019) and the Advocates for Human Rights Volunteer Award (2019), and was named an "Attorney of the Year" by Minnesota Lawyer for her work in representing the creditors' committee in the chapter 11 case of the Archdiocese of St. Paul and Minneapolis. She is a member of the Minnesota and New York state bars.

## Professional Affiliations

Member, Northeast Investors Cooperative

Treasurer, International Women's Insolvency & Restructuring Conference, Minneapolis chapter

## Publications

*Expanding the Integration Mandate to Employment: The Push to Apply the Principles of the* Olmstead *Decision to Disability Employment Services*, 30 ABA Journal of Labor & Employment Law 155 (2014)

Co-author, *The United Nations Working Group on Arbitrary Detention: Procedures and Summary of Jurisprudence,* 38 Human Rights Quarterly 655 (2016)

# EXHIBIT I



James I. Stang

February 29, 2024

310..277.6910
jstang@pszjlaw.com

**LOS ANGELES**

10100 SANTA MONICA BLVD. 13ᵀᴴ FL.

LOS ANGELES. CALIFORNIA 90067-4003

310.277.6910

**NEW YORK**

780 THIRD AVENUE. 34ᵀᴴ FL.

NEW YORK, NEW YORK 10017-2024

212.561.7700

**WILMINGTON**

919 NORTH MARKET STREET. 17ᵀᴴ FLOOR.

P.O. BOX 8705

WILMINGTON, DELAWARE 19899-8705

302.652.4100

**HOUSTON**

700 LOUISIANA STREET. STE. 4500

HOUSTON, TEXAS 77002

713.691.9385

**SAN FRANCISCO**

ONE SANSOME STREET. 34ᵀᴴ FL. STE. 3430

SAN FRANCISCO, CALIFORNIA 94104

415.263.7000

**Via Email**
Mr. Jerold M. Dumlao
Ms. Madeline McFeely
Ms. Sophia M. Prevatte
Mr. Manuel Suarez

> **Re: In re The Roman Catholic Archdiocese of San
> Francisco:** *First Interim Fee Applications of the
> Committee's Professionals*

Dear Jerry, Madeline, Sophia, and Manny:

Attached please find the first interim fee applications (the "Applications") that the Committee's professionals in this case (Burns Bair, LLP; Berkeley Research Group, LLC; and Pachulski Stang Ziehl & Jones LLP) filed today. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the bankruptcy estate's professionals. I am providing these Applications to you in your capacity as the Committee members who attend to fee issues in the Archdiocese of San Francisco's bankruptcy case.

You have previously reviewed all of the bills underlying these Applications. We invite you to discuss with us any objections, concerns, or questions you have regarding these Applications. The Office of the United States Trustee similarly will accept your comments. The Bankruptcy Court will consider at the hearing on these Applications, currently set for April 4, 2024, any timely-filed objections by any party in interest in this case.



      Once we receive the Debtor's professionals' interim fee applications, we will forward those to you, as well.

                Very truly yours,

                */s/ James I. Stang*

                James I. Stang


Enclosures

cc: Debra I. Grassgreen, Esq. (i/o)
     Gillian N. Brown, Esq. (i/o)
     Brittany M. Michael, Esq. (i/o)
     Ms. Beth D. Dassa (i/o)
     Timothy Burns, Esq. (i/o)
     Jesse Bair, Esq. (i/o)
     Mr. Ray Strong (i/o)
     Mr. Matthew Babcock (i/o)
     Mr. Dallin Godfrey (i/o)