PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                   jrios@ffwplaw.com
                   tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:           okatz@sheppardmullin.com
                   amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date:　　　April 4, 2024<br>Time:　　　1:30 p.m.<br>Location:　Via ZoomGov<br>Judge:　　Hon. Dennis Montali |

**OMNIBUS NOTICE OF HEARING ON DEBTOR IN POSSESSION'S MOTIONS FOR:**

**1. FIRST INTERIM APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE DEBTOR IN POSSESSION**

**2. FIRST INTERIM APPLICATION OF SHEPPARD MULLIN RICHTER & HAMPTON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND**

REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 21, 2023, THROUGH JANUARY 31, 2024

3. **FIRST INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION**

4. **FIRST INTERIM APPLICATION OF WEINSTEIN & NUMBERS, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION**

5. **FIRST INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR**

6. **FIRST INTERIM APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT FOR THE DEBTOR IN POSSESSION**

**NOTICE IS HEREBY GIVEN** that The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession herein ("Debtor"), has filed the above-referenced six interim applications for allowance of fees and reimbursement of expenses. These six applications (hereafter referred to collectively as the "First Interim Fee Applications") seek entry of orders allowing fees and reimbursement of expenses described below pursuant to 11 U.S.C. §§ 330 and 331, and Fed. R. Bankr. Proc. 2016.

**NOTICE IS HEREBY GIVEN** that the hearing on the First Interim Fee Applications is scheduled before the Honorable Dennis Montali on April 4, 2024, at 1:30 p.m. at the United States Bankruptcy Court, Northern District of California, San Francisco Division, before the Honorable Dennis Montali (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the First Interim Fee Applications or supporting documents, nor does it summarize all of the

evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the First Interim Fee Applications and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's Claims Agent Omni Agent Solutions, Inc., at https://www.omniagentsolutions.com/RCASF. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that any opposition or response to the First Interim Fee Applications must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by March 21, 2024. Any opposition or response must be filed and served on the Limited Service List as provided in the *Final Order Granting Motion to Establish Notice Procedures and to File Confidential Information Under Seal* at ECF No. 227. The updated Limited Service List may be obtained from the Omni website listed above. Failure to file timely opposition and appear at the Hearing may constitute a waiver of your objections.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

The First Interim Fee Applications are supported by the previously filed *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023, at ECF 14 ("Passarello Background Decl."), and the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023 at ECF 15 ("Gaspari Decl.").and the additional declarations in support of each Application as described below. As described in the First Interim Fee Applications, the Debtor has made substantial progress in establishing the foundations for operating in chapter 11 and establishing a process for a global mediation to provide a framework for a chapter 11 Plan of Reorganization. The First Interim Fee Applications are described below, filed and served herewith. The titles of each of the First Interim Fee Applications are followed by a summary description of the relief requested in each First Interim Fee Applications

Fee Application are set forth below.

### I. FIRST INTERIM APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE DEBTOR IN POSSESSION

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), co-bankruptcy counsel for the Debtor, submits its application (the "FFWPR Application") for first interim allowance of fees and reimbursement of expenses for the period of August 21, 2023 (the "Petition Date"), through and including January 31, 2024 (the "Application Period") as set forth in the Request for Relief below. In support of the FFWPR Application, FFWPR relies on the *Declaration of Paul J. Pascuzzi* filed in support of the FFWPR Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the FFWPR Application, FFWPR requests an Order:

1. Approving on an interim basis FFWPR's fees in the amount of $311,527.00 and reimbursement of expenses in the amount of $3,323.39 for a total of $314,850.39 incurred during the Application Period, and

2. Authorizing payment to FFWPR by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

### II. FIRST INTERIM APPLICATION OF SHEPPARD MULLIN RICHTER & HAMPTON LLP FOR ALLOWANCE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 21, 2023, THROUGH JANUARY 31, 2024

Sheppard Mullin Richter & Hampton LLP (hereinafter "SMRH"), co-bankruptcy counsel for the Debtor, submits its application (the "SMRH Application") for first interim allowance of fees and reimbursement of expenses for the Application Period as set forth in the Request for Relief below. In support of the SMRH Application, SMRH relies on the *Declaration of Ori Katz in Support of First Interim Fee Application of Sheppard, Mullin, Richter & Hampton LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August*

*21, 2023, Through January 31, 2024* filed in support of the SMRH Application, and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the SMRH Application, SMRH requests an Order:

1. Awarding and allowing interim compensation in the amount of $816,443.60 and actual and necessary expenses in the amount of $5,679.51 for total allowance in the amount of $822,123.11;

2. Approving and ratifying amounts paid by the Debtors to Sheppard Mullin to date in the aggregate amount of to $271,315.95 on account of the Interim Monthly Fee Statements, which amount accounts for reimbursement of 100% of expenses incurred and 80% of fees earned during the Application Period;

3. Authorizing Sheppard Mullin to draw down on amounts paid by the Debtor on account of the Interim Monthly Fee Statements but currently are held in trust;

4. Authorizing the Debtor to pay to Sheppard Mullin the balance due on account of fees awarded and allowed and reimbursement of expenses incurred as allowed and approved by the Court,

5. Granting such other relief that the Court deems just and proper.

**III. FIRST INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION**

Weintraub Tobin Chediak Coleman Grodin Law Corporation, (hereinafter "Weintraub"), special corporate and litigation attorneys for the Debtor, submits its application (the "Weintraub Application") for first interim allowance of fees and reimbursement of expenses for the Application Period as set forth in the Request for Relief below. In support of the Weintraub Application, Weintraub relies on the *Declaration of Paul E. Gaspari* filed in support of the Weintraub Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the Weintraub Application, Weintraub requests an Order:

1. Approving on an interim basis Weintraub's fees in the amount of $58,035.00 and reimbursement of expenses in the amount of $21,968.44 for a total of $80,003.44 incurred during the Application Period, and

2. Authorizing payment to Weintraub by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

### IV. FIRST INTERIM APPLICATION OF WEINSTEIN & NUMBERS, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION

Weinstein & Numbers, LLP (hereinafter "W&N"), special corporate and litigation attorneys for the Debtor, submits its application (the "W&N Application") for first interim allowance of fees and reimbursement of expenses for the Application Period as set forth in the Request for Relief below. In support of the W&N Application, W&N relies on the *Declaration of Barron Weinstein* filed in support of the W&N Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the W&N Application, W&N requests an Order:

1. Approving on an interim basis W&N's fees in the amount of $95,475.50 and reimbursement of expenses in the amount of $64.07 for a total of $95,539.57 incurred during the Application Period, and

2. Authorizing payment to W&N by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

### V. FIRST INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR

GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, (hereinafter "B. Riley"), financial advisor for the Debtor, submits its application (the "B. Riley Application") for first interim allowance of fees and reimbursement of expenses for the Application Period as set

forth in the Request for Relief below. In support of the B. Riley Application, B. Riley relies on the *Declaration of Wayne P. Weitz* filed in support of the B. Riley Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the B. Riley Application, B. Riley requests an Order:

1. Approving on an interim basis B. Riley's fees in the amount of $449,209.75 and reimbursement of expenses in the amount of $12,864.01 for a total of $462,073.76 incurred during the Application Period, and

2. Authorizing payment to B. Riley by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

## VI. FIRST INTERIM APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT FOR THE DEBTOR IN POSSESSION

Omni Agent Solutions, Inc., (hereinafter "Omni"), pursuant to 11 U.S.C. §§ 105(a), 330, and 331, and the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF 212], and the *Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent, and (II) Granting Related Relief* [ECF 37], submits its first fee application (the "Omni Application")[1] seeking interim approval and allowance of compensation and reimbursement of expenses incurred as administrative advisor to the Debtor for the Application Period as set forth in the Request for Relief below. In support of the Omni Application, Omni relies on the *Declaration of Paul H. Deutch* filed in support of the Omni Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the hearing on the Omni Application.

Through the Omni Application, Omni requests an Order:

1. Approving on an interim basis Omni's fees in the amount of $23,323.50 Omni did not incur any expenses as administrative advisor in connection with its Administrative Advisor

---

[1] Capitalized terms not otherwise defined in this section VI of this notice shall have the same meanings ascribed to them in the Omni Application.

Services to the Debtor during the Application Period, and

    2.    Authorizing payment to Omni by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

Dated: February 28, 2024    FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

    By:    */s/ Paul J. Pascuzzi*
                PAUL J. PASCUZZI
                JASON E. RIOS
                THOMAS R. PHINNEY

                Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: February 28, 2024    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By:    */s/ Ori Katz*
                ORI KATZ
                ALAN H. MARTIN

                Attorneys for The Roman Catholic Archbishop of San Francisco