James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD ENDING JANUARY 31, 2024**<br><br>[Relates to Docket Nos. 505, 519, and 521<br><br>Date:   April 4, 2024<br>Time:   1:30 p.m.<br>Place:  Via ZoomGov<br>Judge:  Hon. Dennis Montali |

**PLEASE TAKE NOTICE THAT** a hearing will be held on April 4, 2024, at 1:30 p.m. (the "Hearing"), and will take place via ZoomGov before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the interim applications (the "Applications") for compensation and reimbursement of expenses of the Official Committee of Unsecured Creditors'

professionals (the "Committee Professionals")[1] employed in the above-captioned bankruptcy case (the "Case") of The Roman Catholic Archbishop of San Francisco, the above-captioned debtor and debtor in possession (the "Debtor"). In-person appearances in the courtroom for the Hearing will not be permitted.

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court's website at https://www.canb.uscourts.gov/procedure/connecting-court-hearing-zoom provides general information regarding how to connect to a video or telephonic hearing such as ZoomGov. If you have questions about how to participate in a video or telephonic hearing, you may contact the Bankruptcy Court by calling 888-821-7606. Specific information on attending the Hearing via ZoomGov will be provided on Judge Montali's electronic calendar shortly before the Hearing on the Court's website at: https://www.canb.uscourts.gov/judge/montali/calendar.

**PLEASE TAKE FURTHER NOTICE THAT** the Committee Professionals have filed the Applications requesting allowance of compensation and reimbursement of expenses as set forth below:

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** (Counsel to the Official Committee of Unsecured Creditors) | One Sansome Street, Suite 3430 San Francisco, California 94104 Attention: Gillian N. Brown, Esq. Email: gbrown@pszjlaw.com |

*First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 14, 2023 through January 31, 2024* [Docket No. 521]

| | |
|---|---|
| Fees | $548,662.50 |
| Expenses | $9,148.25 |
| Total | $557,810.75 |
| Application Period | September 14, 2023 – January 31, 2024 |

---

[1] Counsel to the Official Committee of Unsecured Creditors (the "Committee") files this Notice at the request of Debtor's counsel. Counsel to the Committee understands that Debtor's counsel will file a notice of the same Hearing date and time but providing information only as to the professionals for Debtor The Roman Catholic Archbishop of San Francisco.

| | | |
|---|---|---|
| **BERKELEY RESEARCH GROUP, LLC** (Financial Advisor to the Official Committee of Unsecured Creditors) | | 201 S. Main Street, Suite 450<br>Salt Lake City, UT 84111<br>Attention: Mr. D. Ray Strong<br>Email: rstrong@thinkbrg.com |

*First Interim Fee Application of Berkeley Research Group, LLC for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period October 9, 2023 through January 31, 2024* [Docket No. 519]

| | |
|---|---|
| Fees | $62,181.00 |
| Expenses | $0.00 |
| Total | $62,181.00 |
| Application Period | October 9, 2023 – January 31, 2024 |

\*\*\*

| | |
|---|---|
| **BURNS BAIR LLP** (Special Insurance Counsel to the Official Committee of Unsecured Creditors) | 10 East Doty Street, Suite 600<br>Madison, WI 53703<br>Attention: Jesse J. Bair, Esq.<br>Email: jbair@burnsbair.com |

*First Interim Fee Application of Burns Bair LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 19, 2023 through January 31, 2024* [Docket No. 505]

| | |
|---|---|
| Fees | $105,927.00 |
| Expenses | $2,527.46 |
| Total | $108,454.46 |
| Application Period | October 19, 2023 – January 31, 2024 |

The Applications are based upon this Notice; the Applications themselves, along with the exhibits thereto; the declarations filed in support of the Applications; any and all supplemental papers that may be filed in support of the Applications; the papers on file in this Case; and on such arguments or evidence as may be presented at the Hearing. Copies of the Applications and

associated papers may be obtained from the website maintained by the Debtor's claims and noticing agent, Omni Agent Solutions, at https://cases.omniagentsolutions.com/?clientId=3671.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Docket No. 212], **any opposition to the relief requested in the Applications must be filed and served no later than 4:00 p.m. (Pacific Time) on March 21, 2024.** Any opposition must be (a) filed in writing with the Clerk of the Bankruptcy Court located at 450 Golden Gate Avenue, San Francisco, CA 94102 (or at the following mailing address: 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102), <u>and</u> (b) must be served on the applicable Committee Professional(s) at the U.S. Mail or email address(es) listed above. **Failure to file and serve a timely objection may result in a waiver of such objection.**

Dated: February 29, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
James I. Stang
Debra I. Grassgreen
Gillian N. Brown
Brittany M. Michael
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
    dgrassgreen@pszjlaw.com
    gbrown@pszjlaw.com
    bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors