PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
 amartin@sheppardmullin.com
 jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S SECOND MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**<br><br>Related to Docket No. 455<br><br>Date: March 7, 2024<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

-1-

The undersigned counsel to the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "RCASF" or "Debtor"), hereby certifies that:

As of the date hereof, no answer, objection, or other responsive pleading has been received to the *Debtor's Second Motion to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code* [Dkt. No. 455] (the "Motion"), filed on February 8, 2024. The undersigned further certifies that the Court's docket in this case has been reviewed on February 29, 2024 and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the *Amended Notice of Hearing on Debtor's Second Motion to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of The Bankruptcy Cod* [Dkt No. 466] (the "Amended Notice"), objections to the Motion were to be filed and served no later than February 22, 2024 at 5:00 p.m. prevailing Pacific Time.

It is hereby respectfully requested that the Order uploaded concurrently herewith be entered by the Court.

Dated: February 29, 2024    FELDERSTEIN FITZGERALD
                            WILLOUGHBY PASCUZZI & RIOS LLP

                            By    */s/ Paul J. Pascuzzi*
                            PAUL J. PASCUZZI
                            JASON E. RIOS
                            THOMAS R. PHINNEY
                            Attorneys for The Roman Catholic
                            Archbishop of San Francisco

Dated: February 29, 2024    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            By    */s/ Ori Katz*
                            ORI KATZ
                            ALAN H. MARTIN
                            JEANNIE KIM

                            Attorneys for The Roman Catholic
                            Archbishop of San Francisco

-2-

SMRH:4864-1965-0985.2
Case: 23-30564    Doc# 525    Filed: 02/29/24    Entered: 02/29/24 16:42:36    Page 2 of 2