PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                    jrios@ffwplaw.com
                    tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:           okatz@sheppardmullin.com
                    amartin@sheppardmullin.com
                    jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>   Debtor and<br>   Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S SECOND MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIODS [11 U.S.C. § 1121(d)]**<br><br>Related to Docket No. 459<br><br>Date:  March 7, 2024<br>Time:  1:30 p.m.<br>Location: Via ZoomGov<br>Judge:  Hon. Dennis Montali |

-1-

The undersigned counsel to the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "RCASF" or "Debtor"), hereby certifies that:

As of the date hereof, no answer, objection, or other responsive pleading has been received to the *Debtor's Second Motion for Order Extending Exclusivity Periods [11 U.S.C. § 1121(d)]* [Dkt. No. 459] (the "Motion"), filed on February 8, 2024. The undersigned further certifies that the Court's docket in this case has been reviewed on February 29, 2024 and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the *Amended Notice of Hearing on Debtor's Second Motion for Order Extending Exclusivity Periods [11 U.S.C. § 1121(d)]* [Dkt No. 467] (the "Amended Notice"), objections to the Motion were to be filed and served no later than February 22, 2024 at 5:00 p.m. prevailing Pacific Time.

It is hereby respectfully requested that the Order uploaded concurrently herewith be entered by the Court.

Dated: February 29, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By     */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic
Archbishop of San Francisco

Dated: February 29, 2024

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN
JEANNIE KIM

Attorneys for The Roman Catholic
Archbishop of San Francisco

-2-