

Signed and Filed: March 4, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
Email:  ppascuzzi@ffwplaw.com
         jrios@ffwplaw.com
         tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  okatz@sheppardmullin.com
         amartin@sheppardmullin.com
         jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>   Debtor and<br>   Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S SECOND MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**<br><br>Date:      March 7, 2024<br>Time:      1:30 p.m.<br>Location:  Via ZoomGov<br>Judge:     Hon. Dennis Montali |

Upon consideration of the second motion (the "Motion")[1] filed by the debtor and debtor in possession The Roman Catholic Archbishop of San Francisco, ("Debtor") for entry of an order (this "Order") pursuant to section 365(d)(4) of the Bankruptcy Code extending the time in which the Debtor may assume or reject unexpired leases of nonresidential real property; the lessors for such leases having consented to the requested extension, and the Court having reviewed the Motion and having considered the record at the hearing held before this Court (the "Hearing"), if any; and having determined that the legal and factual bases set forth in the Motion and at the Hearing establish good cause for the relief granted herein,

IT IS THEREFORE ORDERED:

1. The Motion is GRANTED and the Stipulations submitted in support of the Motion are approved.

2. The time period within which the Debtor may assume or assign unexpired nonresidential real property leases is extended in accordance with section 365(d)(4) of the Bankruptcy Code until the earlier of (i) the expiration of the term of the Unexpired Lease, or (ii) the effective date of a reorganization plan for the Debtor in this Bankruptcy Case.

3. The extension of time granted herein is without prejudice to the Debtor's rights to seek further extensions of its time to assume or reject any unexpired nonresidential real estate lease as provided in section 365(d)(4) of the Bankruptcy Code.

4. The Debtor is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

***END OF ORDER***

---

[1] Capitalized terms not defined herein shall have the same meanings given to them in the Motion.

**Court Service List**

Registered ECF Participants only.