JENNIFER WITHERELL CRASTZ (SBN 185487)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jcrastz@hrhlaw.com
File No. 3789-20240063

Attorneys for Movant,
CITY NATIONAL BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | CHAPTER 11 |
| Debtor. | |
| CITY NATIONAL BANK, | RS No.: JWC-1 |
| Movant. | **CERITIFICATE OF SERVICE RE: PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY [PERSONAL PROPERTY** |
| vs. | DATE: March 7, 2024<br>TIME: 1:30 p.m.<br>CTRM: 17 (16th Floor)<br>JUDGE: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | |
| Respondent. | |

1
CERTIFICATE OF SERVICE

Case: 23-30564    Doc# 533    Filed: 03/05/24    Entered: 03/05/24 15:30:47    Page 1 of 10

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA       )
                          )
COUNTY OF LOS ANGELES     )

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP ("the business"), 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

      I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

      On March 5, 2024, I served the following document described as: **PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY [PERSONAL PROPERTY** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

X    **(By First Class Mail)** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, at the addresses on the attached service list.

X    **(To Be Served By The Court Via Notice Of Electronic Filing (NEF))** The foregoing document(s) will be served by the court via NEF and hyperlink to the document. On February __, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses provided on the attached Electronic Mail Notice List.

**SERVICE LIST ATTACHED**

X    **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 5, 2024, at Encino, California.

/s/ *MaryAnn Granzow*

_____
MARY ANN GRANZOW

# SERVICE LIST

**Electronic Mail Notice List:**

Jesse Bair  jbair@burnsbair.com
Hagop T. Bedoyan  hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
Jason Blumberg  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
Gillian Nicole Brown  gbrown@pszjlaw.com
John Bucheit  jbucheit@phrd.com
Timothy W. Burns  tburns@burnsbair.com, kdempski@burnsbair.com
George Calhoun  george@ifrahlaw.com
Robert M Charles  rcharles@lewisroca.com
Jason Chorley  jason.chorley@clydeco.us, Robert.willis@clydeco.us
Amanda L. Cottrell  acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
Jennifer Witherell Crastz  jcrastz@hemar-rousso.com
Blaise S Curet  bcuret@spcclaw.com
Jared A. Day  jared.a.day@usdoj.gov
Allan B Diamond  adiamond@diamondmccarthy.com
David Elbaum  david.elbaum@stblaw.com
Michael W Ellison  mellison@sehlaw.com
Trevor Ross Fehr  trevor.fehr@usdoj.gov
Robert David Gallo  dgallo@phrd.com
Christina Lauren Goebelsmann  christina.goebelsmann@usdoj.gov
Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Joshua K Haevernick  joshua.haevernick@dentons.com
Robert G. Harris  rob@bindermalter.com, RobertW@BinderMalter.com
Deanna K. Hazelton  deanna.k.hazelton@usdoj.gov
Todd C. Jacobs  tjacobs@phrd.com
Daniel James  daniel.james@clydeco.us
Christopher D. Johnson  chris.johnson@diamondmccarthy.com
Jeff D. Kahane  jkahane@duanemorris.com
Ori Katz  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
Jeannie Kim  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
David S. Kupetz  David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com
Christina Marie Lincoln  clincoln@robinskaplan.com
John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Betty Luu  bluu@duanemorris.com
Pierce MacConaghy  pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
Alan H. Martin  AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
Patrick Maxcy  , docket.general.lit.chi@dentons.com
Andrew Mina  amina@duanemorris.com
Michael Norton  michael.norton@clydeco.us, nancy.lima@clydeco.us
Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
Mark D. Plevin  mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
Douglas B. Provencher  dbp@provlaw.com
Nathan W. Reinhardt  nreinhardt@duanemorris.com
Jason E. Rios  jrios@ffwplaw.com, docket@ffwplaw.com
Matthew Roberts  mroberts@phrd.com

| | |
|---|---|
| 1 | Annette Rolain    arolain@ruggerilaw.com |
| 2 | Cheryl C. Rouse    rblaw@ix.netcom.com |
| | Phillip John Shine    phillip.shine@usdoj.gov |
| 3 | James I. Stang    jstang@pszjlaw.com |
| | Catalina Sugayan    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 4 | Joshua D Weinberg    jweinberg@ruggerilaw.com |
| | Matthew Michael Weiss    mweiss@phrd.com |
| 5 | Harris Winsberg    hwinsberg@phrd.com |
| | Yongli Yang    yongli.yang@clydeco.us |

**Served by U.S. First Class Mail:**

**Debtor**
The Roman Catholic Archbishop of San Francisco
Attn: Fr. Patrick Summerhays
One Peter Yorke Way
San Francisco, CA 94109

**Responsible Individual**
Fr. Patrick Summerhays
The Roman Catholic Archbishop of San Francisco
One Peter York Way
San Francisco, CA 94109

**Debtor's Attorneys**
Amanda L. Cottrell
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75201

Ori Katz/Jeannie Kim/
Sheppard, Mulin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Alan H. Martin
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993

Paul J. Pascuzzi
Felderstein Fitzgerald et al LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

Jason E. Rios
Felderstein, Fitzgerald et al
400 Capitol Mall #1750
Sacramento, CA 95814

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

**The Official Committee of Unsecured Creditors**
The Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436

**Attorneys for the Official Committee of Unsecured Creditors**
Jesse Bair
Burns Bair LLP
10 E. Doty Street, Suite 600
Madison, WI 53703

Gillian Nicole Brown
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Timothy W. Burns
Burns Bair LLP
10 E. Doty Street, Suite 600
Madison, WI 53703

Debra I. Grassgreen
John William Lucas
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436

Brittany M. Michael
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067

**United States Trustee**
Phillip John Shine
Office of the United States Trustee
280 South First Street, Rm. 268
San Jose, CA 95113

**Attorneys for the Office of the U.S. Trustee**
Jason Blumberg
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Jared A. Day
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509

Christina Lauren Goebelsmann
Department of Justice
450 Golden Gate Ave., 5th Floor
Ste 05-0153
San Francisco, CA 94102

Deanna K. Hazelton
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721

**U.S. Securities and Exchange Commission**
U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

# Single Order Upload

[23-30564 The Roman Catholic Archbishop of San Francisco](#)

**The new document Proposed Order Granting MFRS FINAL.pdf was uploaded successfully on 3/5/2024 at 3:28 PM**

**Order type:** Hearing Scheduled

[23-30564 The Roman Catholic Archbishop of San Francisco](#)

**Related document number:** 469
**Related document description:** Motion for Relief From Stay
**Order ID:** [737891](#)
**Hearing date:** 03/07/2024

[Do it again](#)

JENNIFER WITHERELL CRASTZ (SBN 185487)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jcrastz@hrhlaw.com
File No. 3789-20240063

Attorneys for Movant,
CITY NATIONAL BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | CASE NO.: 23-30564<br><br>CHAPTER 11 |
| CITY NATIONAL BANK,<br><br>Movant.<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Respondent. | RS No.: JWC-1<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY [PERSONAL PROPERTY**<br><br>DATE: March 7, 2024<br>TIME: 1:30 p.m.<br>CTRM: 17 (16th Floor)<br>JUDGE: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

Upon review of the Motion for Relief From the Automatic Stay ("Motion") filed by Creditor CITY NATIONAL BANK ("Movant") against Debtor THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO ("Debtor"), and there being no opposition filed to the Motion, and good cause appearing therefor, the Court hereby orders as follows:

1. The property to which this Order applies is a Certificate of Deposit in the face amount of $76,000.00 ("CD Account") as a security for a potential draw;

2. Relief from automatic stay is granted solely to allow Movant to exercise its rights under the Standby Letter of Credit Application, Letter of Credit, and Assignments of Deposit Account and applicable law to liquidate the CD Account to reimburse Movant for the $76,000.00 balance due on the Letter of Credit, plus interests, fees and costs.

3. Should Movant assert that any deficiency is owed after credit from the CD Account, Movant shall amend its Proof of Claim No. 14 to reflect any balance due as a nonpriority unsecured claim.

4. That the 14-day stay of Fed. R. Bankr. P. 4001(a)(3) is waived.

IT IS SO ORDERED.

**\* END OF ORDER \***

APPROVED AS TO FORM AND CONTENT:

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

/s/ *Paul J. Pascuzzi*
By:_____
PAUL J. PASCUZZI
Debtor's Counsel

## COURT SERVICE LIST

N/A. All parties are all ECF registered participants

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY [PERSONAL PROPERTY]

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800