```
JENNIFER WITHERELL CRASTZ (SBN 185487)
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile:  (818) 501-2985
Email: jcrastz@hrhlaw.com
File No. 3789-20240063

Attorneys for Movant,
CITY NATIONAL BANK
```

Entered on Docket
March 05, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 5, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>     Debtor.<br>_____<br>CITY NATIONAL BANK,<br><br>     Movant.<br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>     Respondent. | CASE NO.: 23-30564<br><br>CHAPTER 11<br><br><br><br><br><br>RS No.: JWC-1<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY [PERSONAL PROPERTY**<br><br>DATE: March 7, 2024<br>TIME:  1:30 p.m.<br>CTRM: 17 (16th Floor)<br>JUDGE: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

Upon review of the Motion for Relief From the Automatic Stay ("Motion") filed by Creditor CITY NATIONAL BANK ("Movant") against Debtor THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO ("Debtor"), and there being no opposition filed to the Motion, and good cause appearing therefor, the Court hereby orders as follows:

1. The property to which this Order applies is a Certificate of Deposit in the face amount of $76,000.00 ("CD Account") as a security for a potential draw;

2. Relief from automatic stay is granted solely to allow Movant to exercise its rights under the Standby Letter of Credit Application, Letter of Credit, and Assignments of Deposit Account and applicable law to liquidate the CD Account to reimburse Movant for the $76,000.00 balance due on the Letter of Credit, plus interests, fees and costs.

3. Should Movant assert that any deficiency is owed after credit from the CD Account, Movant shall amend its Proof of Claim No. 14 to reflect any balance due as a nonpriority unsecured claim.

4. That the 14-day stay of Fed. R. Bankr. P. 4001(a)(3) is waived.

IT IS SO ORDERED.

**\* END OF ORDER \***

APPROVED AS TO FORM AND CONTENT:

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

  /s/ *Paul J. Pascuzzi*
By:_____
PAUL J. PASCUZZI
Debtor's Counsel

# COURT SERVICE LIST

N/A. All parties are all ECF registered participants

Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436
(818) 501-3800