Joshua Haevernick (SBN 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: joshua.haevernick@dentons.com

Patrick C. Maxcy (*pro hac vice* pending)
John Grossbart (*pro hac vice* pending)
Keith Moskowitz (*pro hac vice* pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: patrick.maxcy@dentons.com
john.grossbart@dentons.com
keith.moskowitz@dentons.com

Geoffrey M. Miller (*pro hac vice* pending)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: geoffrey.miller@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY GEOFFREY M. MILLER *PRO HAC VICE*** |

    Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Geoffrey M. Miller, an active member in good standing of the bar of New York, hereby applies for admission to practice in the United States Bankruptcy Court, Northern District of California on a *pro hac vice* basis representing St. Paul Fire

and Marine Insurance Company and Travelers Casualty and Surety Company, for themselves and each of their past, present, and future parents, subsidiaries, affiliates and divisions in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Resolution Program of this Court; and

4. An attorney who is a member of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Joshua Haevernick (SBN 308380)
> joshua.haevernick@dentons.com
> DENTONS US LLP
> 1999 Harrison Street, Suite 1300
> Oakland, California 94612
> (415) 267-4074

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2024            Respectfully submitted,

DENTONS US LLP

By: __/s/ *Geoffrey M. Miller*
        Geoffrey M. Miller



Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department

---

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Geoffrey Michael Miller

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 11, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 8, 2023.*

Acting Clerk of the Court

CertID-00145936