1  Joshua Haevernick (SBN 308380)
   DENTONS US LLP
2  1999 Harrison Street, Suite 1300
   Oakland, California 94612
3  Telephone: (415) 882-5000
   Facsimile: (415) 882-0300
4  Email: joshua.haevernick@dentons.com

5  Patrick C. Maxcy (*pro hac vice* pending)
   John Grossbart (*pro hac vice* pending)
6  Keith Moskowitz (*pro hac vice* pending)
   DENTONS US LLP
7  233 South Wacker Drive, Suite 5900
   Chicago, IL 60606
8  Telephone: (312) 876-8000
   Facsimile: (312) 876-7934
9  Email: patrick.maxcy@dentons.com
          john.grossbart@dentons.com
10         keith.moskowitz@dentons.com

11 Geoffrey M. Miller (*pro hac vice* pending)
   DENTONS US LLP
12 1221 Avenue of the Americas
   New York, NY 10020-1089
13 Telephone: (212) 768-6700
   Facsimile: (212) 768-6800
14 Email: geoffrey.miller@dentons.com

15 *Attorneys for St. Paul Fire and Marine Insurance
   Company and Travelers Casualty and Surety Company,*
16 *Employers Reinsurance Corporation, Appalachian
   Insurance Company, First State Insurance Company,*
17 *and The Insurance Company of North America*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY KEITH MOSKOWITZ** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Keith Moskowitz, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the United States

Bankruptcy Court, Northern District of California on a *pro hac vice* basis representing St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, for themselves and each of their past, present, and future parents, subsidiaries, affiliates and divisions in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Resolution Program of this Court; and

4. An attorney who is a member of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joshua Haevernick (SBN 308380)
joshua.haevernick@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
(415) 267-4074

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2024                    Respectfully submitted,

                                         DENTONS US LLP

                                         By:  /s/ *Keith Moskowitz*
                                              Keith Moskowitz

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Matthew K Moskowitz

Northern District of Illinois

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Matthew K Moskowitz was duly admitted to practice in said Court on (06/21/2001) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/05/2024 )

Thomas G. Bruton , Clerk,

By:   Maureen Kennedy

Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MAUREEN KENNEDY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
February 5, 2024