Joshua Haevernick (SBN 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: joshua.haevernick@dentons.com

Patrick C. Maxcy (admitted *pro hac vice*)
John Grossbart (admitted *pro hac vice*)
Keith Moskowitz (*pro hac vice* pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: patrick.maxcy@dentons.com
john.grossbart@dentons.com
keith.moskowitz@dentons.com

Lauren Macksoud (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: lauren.macksoud@dentons.com

*Attorneys for Travelers Indemnity Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY KEITH MOSKOWITZ *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Keith Moskowitz, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the United States Bankruptcy Court, Northern District of California on a *pro hac vice* basis representing Travelers

Indemnity Company, for itself and each of its past, present, and future parents, subsidiaries, affiliates and divisions in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Resolution Program of this Court; and

4. An attorney who is a member of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Joshua Haevernick (SBN 308380)
> joshua.haevernick@dentons.com
> DENTONS US LLP
> 1999 Harrison Street, Suite 1300
> Oakland, California 94612
> (415) 267-4074

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2024

Respectfully submitted,

DENTONS US LLP

By: __/s/ *Keith Moskowitz*__
     KEITH MOSKOWITZ

Firm sidebar: DENTONS US LLP, 1999 HARRISON STREET, SUITE 1300, OAKLAND, CA 94612, (415) 882-5000

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Matthew K Moskowitz

Northern District of Illinois

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Matthew K Moskowitz was duly admitted to practice in said Court on (06/21/2001) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/05/2024 )

Thomas G. Bruton , Clerk,

By:    Maureen Kennedy

Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MAUREEN KENNEDY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
February 5, 2024