| | |
|---|---|
| 1 | Joshua Haevernick (SBN 308380)<br>DENTONS US LLP<br>1999 Harrison Street, Suite 1300<br>Oakland, California 94612<br>Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300<br>Email: joshua.haevernick@dentons.com |

Signed and Filed: March 11, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Patrick C. Maxcy (pro hac vice pending)
John Grossbart (pro hac vice pending)
Keith Moskowitz (pro hac vice pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: patrick.maxcy@dentons.com
john.grossbart@dentons.com
keith.moskowitz@dentons.com

Geoffrey M. Miller (pro hac vice pending)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: geoffrey.miller@dentons.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,**
Debtor(s).

Case No. **23-30564**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Geoffrey M. Miller**, whose business address and telephone number is
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700

and who is an active member in good standing of the bar of **New York**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***