Katie Rios (AZ Bar No. 037110)
KRios@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Tel:    602.262.5311
Fax:    602.262-5747

Attorneys for Parishes of the Roman Catholic
Archdiocese of San Francisco, and The Archdiocese of
San Francisco Parish and School Juridic Persons Real
Property Support Corporation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Kathleen ("Katie") Rios, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation in the above-entitled action. My local co-counsel in this case is Patrick Emerson McCormick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 307298.

| | |
|---|---|
| 201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004<br>MY ADDRESS OF RECORD | 100 Pine Street, Suite 1750<br>San Francisco, CA 94111<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 602.262.5311<br>MY TELEPHONE # OF RECORD | 520.629.4455<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| KRios@lewisroca.com<br>MY EMAIL ADDRESS OF RECORD | PMcCormick@lewisroca.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

1    I am an active member in good standing of a United States Court or of the highest court of
2    another State or the District of Columbia, as indicated above; my Arizona bar number is 037110.
3    A true and correct copy of a certificate of good standing from the Supreme Court of the
4    State of Arizona is attached to this application.
5    I have been granted pro hac vice admission by the Court in the United States District
6    Court, Central District of California in the last 12 months preceding this application.
7    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
8    the Standards of Professional Conduct for Attorneys and the Alternative Dispute Resolution
9    Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2024

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Katie Rios*
Katie Rios
*Attorneys for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation*