Entered on Docket
March 14, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 13, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | Joshua Haevernick (SBN 308380) |
| 2 | DENTONS US LLP<br>1999 Harrison Street, Suite 1300<br>Oakland, California 94612 |
| 3 | Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300 |
| 4 | Email: joshua.haevernick@denton |
| 5 | Patrick C. Maxcy (*pro hac vice* pending)<br>John Grossbart (*pro hac vice* pending) |
| 6 | Keith Moskowitz (*pro hac vice* pending)<br>DENTONS US LLP |
| 7 | 233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606 |
| 8 | Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934 |
| 9 | Email: patrick.maxcy@dentons.com |
| 10 | john.grossbart@dentons.com<br>keith.moskowitz@dentons.com |
| 11 | Geoffrey M. Miller (*pro hac vice* pending)<br>DENTONS US LLP |
| 12 | 1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| 13 | Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800 |
| 14 | Email: geoffrey.miller@dentons.com |

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JOHN GROSSBART *PRO HAC VICE*** |

John Grossbart, whose business address and telephone number is: DENTONS US LLP, 233 S. Wacker Drive, Suite 5900, Chicago, IL 60606 Telephone: (312) 876-8095 and who is an active

Case No. 23-30564     -1-     ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case: 23-30564    Doc# 546    Filed: 03/13/24    Entered: 03/14/24 09:48:00    Page 1 of 2

member in good standing of the bar of Illinois, having applied in the above-entitled action for admission to practice in the United States Bankruptcy Court, Northern District of California on a *pro hac vice* basis, representing St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, for themselves and each of their past, present, and future parents, subsidiaries, affiliates and divisions,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

***END OF ORDER***

Case No. Case No. 23-30564     -2-     ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*