

Joshua Haevernick (SBN 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: joshua.haevernick@denton

Signed and Filed: March 13, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Patrick C. Maxcy (*pro hac vice* pending)
John Grossbart (*pro hac vice* pending)
Keith Moskowitz (*pro hac vice* pending)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: patrick.maxcy@dentons.com
john.grossbart@dentons.com
keith.moskowitz@dentons.com

Geoffrey M. Miller (*pro hac vice* pending)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: geoffrey.miller@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PATRICK C. MAXCY *PRO HAC VICE*** |

Case No. 23-30564 -1- ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

Patrick C. Maxcy, whose business address and telephone number is: DENTONS US LLP, 233 S. Wacker Drive, Suite 5900, Chicago, IL 60606 Telephone: (312) 876-2810 and who is an active member in good standing of the bar of Illinois, having applied in the above-entitled action for admission to practice in the United States Bankruptcy Court, Northern District of California on a *pro hac vice* basis, representing St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, for themselves and each of their past, present, and future parents, subsidiaries, affiliates and divisions,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

***END OF ORDER***