

Signed and Filed: March 13, 2024

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

Katie Rios (AZ Bar No. 037110)
KRios@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Tel:    602.262.5311
Fax:   602.262-5747

Attorneys for Parishes of the Roman Catholic
Archdiocese of San Francisco, and The Archdiocese of
San Francisco Parish and School Juridic Persons Real
Property Support Corporation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |

**ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE***

Kathleen ("Katie") Rios, whose business address and telephone number are 100 Pine Street, Suite 1750, San Francisco, CA 94111 and 201 East Washington Street, Suite 1200, Phoenix, AZ 85004; (603) 262-5316 and who is an active member in good standing of the bar of Arizona, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

123993078.1

1    *vice.* Service of papers upon and communication with co-counsel designated in the application

2    will constitute notice to the represented party. All future filings in this action are subject to the

3    Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

4    Bankruptcy Court for the Northern District of California.

5                             **\*\*END OF ORDER\*\***