| | |
|---|---|
| Jason D. Strabo (Bar No. 246426)<br>**MCDERMOTT WILL & EMERY LLP**<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 277-4110<br>Facsimile: (310) 277-4730<br>jstrabo@mwe.com<br><br>*Attorneys for Sacred Heart Cathedral Preparatory* | Darren Azman (*pro hac vice* application to be filed)<br>Lisa A. Linsky (*pro hac vice* application to be filed)<br>Natalie Rowles (Bar No. 330089)<br>Cris W. Ray (*pro hac vice* application to be filed)<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com<br><br>Carole Wurzelbacher (*pro hac vice* application to be filed)<br>**MCDERMOTT WILL & EMERY LLP**<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br>cwurzelbacher@mwe.com |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>**CHAPTER 11**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP hereby enters its appearance (this "Notice") in the above-captioned chapter 11 case as counsel to Sacred Heart Cathedral Preparatory ("SHCP") and requests that any and all notices and pleadings given or required to be given in the above-captioned chapter 11 case, and any and all papers served or required to be served in the above-captioned chapter 11 case, be given and served upon the following:

Jason D. Strabo
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

-and-

Darren Azman
Lisa A. Linsky
Natalie Rowles
Cris W. Ray
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
llinsky@mwe.com
nrowles@mwe.com
cray@mwe.com

-and-

Carole Wurzelbacher
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suiet 4000
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
cwurzelbacher@mwe.com

**PLEASE TAKE FURTHER NOTICE** that this Notice encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11 of the United States Code and in Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex, or otherwise, which affect or seek to affect the above case.

Case: 23-30564   Doc# 549   Filed: 03/18/24   Entered: 03/18/24 15:49:47   Page 2 of 5

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of any substantive or procedural rights of SHCP including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case; (iii) the right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which SHCP is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved. Unless and until SHCP expressly states otherwise, SHCP does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: March 18, 2024      By:   */s/ Jason D. Strabo*
                                  Jason D. Strabo (Bar No. 246426)
                                  **MCDERMOTT WILL & EMERY LLP**
                                  2049 Century Park East, Suite 3200
                                  Los Angeles, CA 90067-3206
                                  Telephone: (310) 277-4110
                                  Facsimile: (310) 277-4730
                                  jstrabo@mwe.com

                                  -and-

                                  Darren Azman (*pro hac vice* application to be filed)
                                  Lisa A. Linsky (*pro hac vice* application to be filed)
                                  Natalie Rowles (Bar No. 330089)
                                  Cris W. Ray (*pro hac vice* application to be filed)
                                  **MCDERMOTT WILL & EMERY LLP**
                                  One Vanderbilt Avenue
                                  New York, NY 10017-3852
                                  Telephone: (212) 547-5400
                                  Facsimile: (212) 547-5444
                                  dazman@mwe.com
                                  llinsky@mwe.com
                                  nrowles@mwe.com
                                  cray@mwe.com

                                  -and-

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

Carole Wurzelbacher (*pro hac vice* application to be filed)
**McDermott Will & Emery LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
cwurzelbacher@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

# CERTIFICATE OF SERVICE

I certify that on March 18, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California.

/s/ Jason D. Strabo
Jason D. Strabo