Darren Azman
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>**CHAPTER 11**<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Darren Azman, whose business address and telephone number are One Vanderbilt Avenue, New York, New York 10017, (212) 547-5615, and who is an active member in good standing of the bars of the State of New York and the Commonwealth of Massachusetts, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sacred Heart Cathedral Preparatory.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

## COURT SERVICE LIST

Physical service not required.