Lisa A. Linsky
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
llinsky@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>**CHAPTER 11**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Lisa A. Linsky, an active member in good standing of the bar of the State of New York, among other courts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sacred Heart Cathedral Preparatory, in the above-captioned action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above-captioned case. The name, address, and other contact information of that attorney are:

Jason D. Strabo
**McDermott Will & Emery LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
E-mail: jstrabo@mwe.com

4. I have not been granted *pro hac vice* admission by this Court in the 12 months preceding this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2024     By:   */s/ Lisa A. Linsky*
                                 Lisa A. Linsky
                                 **McDermott Will & Emery LLP**
                                 One Vanderbilt Avenue
                                 New York, NY 10017-3852
                                 Telephone: (212) 547-5400
                                 Facsimile: (212) 547-5444
                                 llinsky@mwe.com

                                 *Attorneys for Sacred Heart Cathedral Preparatory*

# CERTIFICATE OF SERVICE

I certify that on March 19, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California.

*/s/ Natalie Rowles*
Natalie Rowles (CA Bar No. 330089)



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Lisa Arlyn Linsky

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 1, 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 12, 2024.*

Acting Clerk of the Court

CertID-00164704



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**DARRELL M. JOSEPH**
ACTING CLERK OF THE COURT

**KENNETH BAND**
DEPUTY CLERKS

**MELISSA KRAKOWSKI**
**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Acting Clerk of the Court