Timothy W. Burns (*admitted pro hac vice*)
WI Bar 1068086
Jesse J. Bair (*admitted pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
          jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR FEBRUARY 2024** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period February 1, 2024 through February 29, 2024 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2024 – February 29, 2024 | $32,367.00 [1] | $2.00 | $32,369.00 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $25,893.60 | $2.00 | $25,895.60 |

---

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: March 20, 2024            **BURNS BAIR LLP**

By: /s/ *Jesse J. Bair*
Jesse J. Bair

*Special Insurance Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT 1



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **Official Committee of Unsecured Creditors of Archbishop of San Francisco** | Issue Date : 3/13/2024 |
| | Bill # : 01378 |

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/1/2024 | Jesse Bair | Review correspondence with B. Michael and state court counsel re in-person Committee meeting (.1); | 0.10 | $90.00 |
| 2/13/2024 | Timothy Burns | Participate in portion of state court counsel meeting for insurance purposes re case strategy presentation (.7); | 0.70 | $784.00 |
| 2/13/2024 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case strategy and next-steps (1.0); | 1.00 | $900.00 |
| 2/20/2024 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re case strategy plan (.4); | 0.50 | $450.00 |
| | | **Totals for Committee Meetings** | **2.30** | **$2,224.00** |

### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/3/2024 | Jesse Bair | Review and edit Burns Bair invoice for inclusion with monthly fee submission (.4); correspondence with B. Horn-Edwards re same (.1); | 0.50 | $450.00 |
| 2/5/2024 | Jesse Bair | Correspondence with the Committee re Burns Bair's monthly fee statement (.1); | 0.10 | $90.00 |
| 2/11/2024 | Jesse Bair | Correspondence with B. Horn-Edwards re Burns Bair's first interim fee application (.1); | 0.10 | $90.00 |
| 2/12/2024 | Brenda Horn-Edwards | Draft monthly professional fee statement (.2); draft certificate of service (.1); correspond with J. Bair (.1); | 0.40 | $136.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/15/2024 | Jesse Bair | Review and edit Burns Bair's monthly fee statement (.1); correspondence with B. Horn-Edwards re finalizing and filing same (.1); | 0.20 | $180.00 |
| 2/15/2024 | Brenda Horn-Edwards | File monthly professional fee statement in CM/ECF (.1); Email monthly professional fee application to service list and J. Bair (.1); | 0.20 | $68.00 |
| 2/16/2024 | Brenda Horn-Edwards | Draft Burns Bair's first interim fee application (2.1); prepare and edit exhibits to same (1.3); correspond with J. Bair re same (.1); | 3.50 | $1,190.00 |
| 2/16/2024 | Jesse Bair | Correspondence with B. Horn-Edwards re Burns Bair first interim fee application (.1); | 0.10 | $90.00 |
| 2/22/2024 | Jesse Bair | Begin reviewing Burns Bair's first interim fee application (.1); correspond with G. Andrews re same (.1); | 0.20 | $180.00 |
| 2/26/2024 | Jesse Bair | Participate in call with G. Brown re first interim professional fee applications (.3); review and respond to correspondence with G. Brown re same and hearing issues (.2); | 0.50 | $450.00 |
| 2/27/2024 | Brenda Horn-Edwards | Revise and edit Burns Bair's first interim fee application and exhibits (.3); | 0.30 | $102.00 |
| 2/27/2024 | Jesse Bair | Continue reviewing and editing Burns Bair's first interim fee application (.8); | 0.80 | $720.00 |
| 2/27/2024 | Jesse Bair | Correspondence with B. Horn-Edwards re edits needed to Burns Bair's first interim fee application (.2); participate in call re same (.2); | 0.40 | $360.00 |
| 2/27/2024 | Jesse Bair | Correspondence with PSZJ re omnibus notice of Committee interim fee applications (.1); participate in call with PSZJ re same (.1); | 0.20 | $180.00 |
| 2/28/2024 | Jesse Bair | Revise and edit Burns Bair's first interim fee application and exhibits (1.5); | 1.50 | $1,350.00 |
| 2/28/2024 | Jesse Bair | Review and edit J. Bair certification in support of Burns Bair's first interim fee application and related exhibit (.2); | 0.20 | $180.00 |
| 2/28/2024 | Jesse Bair | Review draft omnibus notice of hearing re the Committee's first interim fee applications (.1); | 0.10 | $90.00 |
| 2/28/2024 | Jesse Bair | Correspond with B. Horn-Edwards and PSZJ re Burns Bair's first interim fee application (.1); | 0.10 | $90.00 |
| 2/29/2024 | Jesse Bair | Correspondence with B. Horn-Edwards re filing and service of Burns Bair's first interim fee application (.1); | 0.10 | $90.00 |
| 2/29/2024 | Brenda Horn-Edwards | File Burns Bair interim fee application and declaration of J. Bair in CM/ECF (.2); correspond with J. Bair (.1); | 0.30 | $102.00 |
| | | **Totals for Fee Applications** | **9.80** | **$6,188.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/1/2024 | Jesse Bair | Review and consider draft stipulation resolving certain insurers' motion to lift the stay (.2); correspondence with the Debtor re issues in connection with same (.1); | 0.30 | $270.00 |
| 2/1/2024 | Jesse Bair | Review debtor correspondence re recent document production (.1); | 0.10 | $90.00 |
| 2/2/2024 | Timothy Burns | Review stipulation re relief from stay motion re state court insurance action and related approval papers (.2); | 0.20 | $224.00 |
| 2/3/2024 | Timothy Burns | Review insurers' status report re motion for relief (.1); | 0.10 | $112.00 |
| 2/3/2024 | Jesse Bair | Review certain insurers' status report to the Court re their motion to lift the stay (.1); | 0.10 | $90.00 |
| 2/3/2024 | Jesse Bair | Correspondence with J. Stang re the draft stipulation to resolve certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 2/4/2024 | Jesse Bair | Correspond with the Debtor re the Committee's non-opposition to stipulation resolving certain insurers' motion to lift the stay (.1); | 0.10 | $90.00 |
| 2/5/2024 | Jesse Bair | Correspondence with the Debtor re finalization and submission to Court re stipulation resolving certain insurers' motion to lift stay (.1); | 0.10 | $90.00 |
| 2/5/2024 | Jesse Bair | Review and edit draft Committee presentation on case strategy, including addition of specific insurance inserts (.6); | 0.60 | $540.00 |
| 2/5/2024 | Jesse Bair | Participate in conference with J. Stang, B. Michael, and T. Burns re formulating the Committee's overall case strategy and next-steps (1.5); | 1.50 | $1,350.00 |
| 2/5/2024 | Jesse Bair | Additional consideration and analysis of potential case insurance strategies (.1); | 0.10 | $90.00 |
| 2/5/2024 | Timothy Burns | Analysis regarding potential insurance case strategies (.2); | 0.20 | $224.00 |
| 2/5/2024 | Timothy Burns | Participate in call with PSZJ and J. Bair re preparation of overall case strategy (1.5); | 1.50 | $1,680.00 |
| 2/5/2024 | Timothy Burns | Review stipulation to withdraw certain insurers' motion to lift stay and related papers (.2); review correspondence with the debtor and J. Bair re same (.1); | 0.30 | $336.00 |
| 2/5/2024 | Brian Cawley | Work in connection with reviewing and assessing the Debtor's insurance document production (.3); | 0.30 | $165.00 |
| 2/6/2024 | Brian Cawley | Research TH Agriculture & Nutrition insurance Plan details for potential use in connection with ASF Plan (.9); | 0.90 | $495.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/6/2024 | Jesse Bair | Correspond with B. Cawley re research needed re parameters for post-confirmation lawsuits against debtor in order to trigger non-settling insurance under 9th Circuit law (.1); | 0.10 | $90.00 |
| 2/6/2024 | Jesse Bair | Review correspondence with B. Michael and the Committee re case developments (.1); | 0.10 | $90.00 |
| 2/6/2024 | Jesse Bair | Review additional correspondence with the debtor and Chubb re stipulation resolving certain insurers' motion to lift the stay (.1). | 0.10 | $90.00 |
| 2/6/2024 | Brian Cawley | Draft summary of preliminary research results re post-confirmation litigation issues under California and 9th Circuit law in connection with obtaining non-settling insurance recoveries (.6); | 0.60 | $330.00 |
| 2/6/2024 | Brian Cawley | Research post-confirmation litigation issues under California and 9th Circuit law in connection with obtaining non-settling insurance recoveries (1.5); | 1.50 | $825.00 |
| 2/8/2024 | Timothy Burns | Review B. Cawley's preliminary research summary re post-bankruptcy action requirement to proceed against non-settling insurance companies (.1); meet with J. Bair re same (.1); | 0.20 | $224.00 |
| 2/8/2024 | Brian Cawley | Conduct supplemental, detailed research re post-confirmation litigation issues under California and 9th Circuit law in connection with obtaining non-settling insurance recoveries (4.0); | 4.00 | $2,200.00 |
| 2/8/2024 | Brian Cawley | Draft summary of supplemental, detailed research re post-confirmation litigation issues under California and 9th Circuit law in connection with obtaining non-settling insurance recoveries (1.2); | 1.20 | $660.00 |
| 2/8/2024 | Brian Cawley | Additional research and analysis re insurance neutrality provision issues from case relied on by the insurers (1.6); | 1.60 | $880.00 |
| 2/8/2024 | Timothy Burns | Review correspondence from B. Cawley re TH Agriculture & Nutrition Plan to review in connection with insurance neutrality issues (.1); | 0.10 | $112.00 |
| 2/8/2024 | Timothy Burns | Review and respond to correspondence from B. Michael re case strategy presentation to state court counsel (.1); | 0.10 | $112.00 |
| 2/8/2024 | Timothy Burns | Work in connection with revising insurance strategy component of Committee case strategy PowerPoint presentation (.6); | 0.60 | $672.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/8/2024 | Jesse Bair | Review B. Cawley email memo re parameters of post-confirmation lawsuits against the debtor for purposes of triggering non-settling insurance (.1); correspond with B. Cawley re supplemental research needed in connection with same (.1); conference with T. Burns re same (.1); | 0.30 | $270.00 |
| 2/9/2024 | Jesse Bair | Analyze revised version of the Committee's case strategy PowerPoint presentation (.2); review correspondence with state court counsel re same (.1); | 0.30 | $270.00 |
| 2/13/2024 | Brian Cawley | Respond to J. Bair request for coverage chart information (.2); | 0.20 | $110.00 |
| 2/14/2024 | Jesse Bair | Review correspondence with PSZJ, the debtor, and the insurers re protective order issues (.2); | 0.20 | $180.00 |
| 2/20/2024 | Jesse Bair | Review correspondence from state court counsel re potential test case options (.1); | 0.10 | $90.00 |
| 2/21/2024 | Jesse Bair | Analysis re insurance demand letter issues (.1); | 0.10 | $90.00 |
| 2/21/2024 | Jesse Bair | Review B. Michael correspondence re call with the Debtor re insurance case insurance issues (.1); | 0.10 | $90.00 |
| 2/21/2024 | Timothy Burns | Review UST's supporting memorandum in support of its motion to appoint a fee examiner (.1); | 0.10 | $112.00 |
| 2/22/2024 | Jesse Bair | Correspond with PSZJ re case strategy presentation for the Committee (.1); | 0.10 | $90.00 |
| 2/23/2024 | Jesse Bair | Review J. Stang correspondence with the Committee re Boy Scout appellate update and connection with ASF case (.1); | 0.10 | $90.00 |
| 2/26/2024 | Timothy Burns | Met with J. Bair re case strategy and associate assignments (.3); met with BB team re same (.3); | 0.60 | $672.00 |
| 2/26/2024 | Brian Cawley | Prepare for and participate in meeting with partners regarding case status and assignment of proejcts (.3); | 0.30 | $165.00 |
| 2/26/2024 | Jesse Bair | Correspondence with B. Cawley re test case insurance analysis (.1); | 0.10 | $90.00 |
| 2/26/2024 | Jesse Bair | Correspondence with B. Cawley re preparing discovery requests to the carriers (.1); | 0.10 | $90.00 |
| 2/26/2024 | Jesse Bair | Participate in conference with T. Burns re case status, insurance strategy, and related case projects (.3); | 0.30 | $270.00 |
| 2/26/2024 | Jesse Bair | Participate in BB team meeting re case updates and ongoing insurance projects (.3); | 0.30 | $270.00 |
| 2/26/2024 | Brian Cawley | Analyze the debtor's insurance document production to identify relevant coverage correspondence with the insurers (1.5); | 1.50 | $825.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/27/2024 | Brian Cawley | Correspondence with partners re potential deficiencies with the debtor's insurance document production (.1); | 0.10 | $55.00 |
| 2/27/2024 | Brian Cawley | Continue analyzing the debtor's insurance document production in connection with relevant coverage correspondence (.6); | 0.60 | $330.00 |
| 2/27/2024 | Brian Cawley | Analyze available coverage for proposed test cases (1.3); | 1.30 | $715.00 |
| 2/27/2024 | Brian Cawley | Draft summary of available coverage for potential test cases (1.8); | 1.80 | $990.00 |
| 2/28/2024 | Brian Cawley | Research particular issues re California bad faith and duty to settle law (1.8); | 1.80 | $990.00 |
| 2/28/2024 | Brian Cawley | Draft insurance document requests to each of the relevant insurers (4.7); | 4.70 | $2,585.00 |
| 2/28/2024 | Brian Cawley | Discuss with J. Bair insurance issues re potential test cases (.1); correspond with J. Bair re insurance document and information requests (.1); | 0.20 | $110.00 |
| 2/28/2024 | Brian Cawley | Analysis and respond to T. Burn questions regarding available coverage and per occurrence limits for certain potential test cases (1.4); | 1.40 | $770.00 |
| 2/28/2024 | Jesse Bair | Answer B. Cawley questions re insurance analysis re potential test cases (.1); | 0.10 | $90.00 |
| 2/28/2024 | Jesse Bair | Correspond with B. Cawley re drafting discovery requests on the insurers (.1); | 0.10 | $90.00 |
| 2/29/2024 | Jesse Bair | Review and edit draft discovery requests to the insurers (.4); | 0.40 | $360.00 |
| 2/29/2024 | Jesse Bair | Correspondence with B. Cawley re additional edits needed to Committee discovery requests to the insurers (.2); | 0.20 | $180.00 |
| 2/29/2024 | Jesse Bair | Conference with B. Cawley re ongoing case insurance projects (.1); | 0.10 | $90.00 |
| 2/29/2024 | Brian Cawley | Revise the insurance documents requests to incorporate J. Bair's suggested edits (1.0); conference with J. Bair re ongoing case insurance projects (.1); | 1.10 | $605.00 |
| | | **Totals for Insurance Recovery Activities** | **35.40** | **$23,955.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **47.50** | **$32,367.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/01/2024 | Fourth Quarter 2023 PACER | $2.00 |
| **Total Expenses** | | **$2.00** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 4.70 | $340.00 | $1,598.00 |
| Brian Cawley | Associate | 25.10 | $550.00 | $13,805.00 |
| Jesse Bair | Partner | 13.00 | $900.00 | $11,700.00 |
| Timothy Burns | Partner | 4.70 | $1,120.00 | $5,264.00 |

**Total Due This Invoice:** **$32,369.00**