ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:      okatz@sheppardmullin.com
          amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP FEBRUARY 2024** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter and Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby files its *Monthly Professional Fee Statement for February 2024*. Under the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered by the Court on October 16, 2023 [ECF No. 212], the total legal fees earned and expenses incurred by Sheppard Mullin on account of the Debtor for February 2024 are as follows:

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| February 1 – February 29, 2024 | $134,889.70 | $55.90 | $134,945.60 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $107,911.76 | $55.90 | $107,967.66 |

Case: 23-30564   Doc# 553   Filed: 03/20/24   Entered: 03/20/24 10:52:32   Page 1 of 33

The itemized billing statement for the fees and costs billed for February 2024 is attached hereto as **Exhibit 1**.  The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated:  March 20, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
                    */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco

Case: 23-30564   Doc# 553   Filed: 03/20/24   Entered: 03/20/24 15:32:18   Page 2 of 33

# **Exhibit 1**

February 2024 Invoice

Case: 23-30564    Doc# 553    Filed: 03/20/24    Entered: 03/20/24 16:32:13    Page 3 of
33
SMRH:4885-7801-8763.3    MONTHLY PROFESSIONAL FEE STATEMENT FOR
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP - FEBRUARY 2024



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*Please return this page with your payment.*

Fr. Patrick Summerhays                          SMRH Tax ID 95-1463164
Vicar General and Moderator of the Curia                March 19, 2024
The Roman Catholic Archbishop of San Francisco          Invoice 380101461
One Peter Yorke Way
San Francisco, CA 94109

Our Matter No.    90YY-375176
                  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                  Alternatives
Billing Atty:     Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 29, 2024

| | | |
|---|---|---|
| Current Fees | $ 134,889.70 | |
| Current Disbursements | $ 55.90 | |
| Total Current Activity | | $ 134,945.60 |
| Total Due for This Invoice | | $ 134,945.60 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 21.90 | $ 1,032.00 | $ 22,600.80 |
| Ori Katz | 13.40 | $ 1,203.41 | $ 16,125.70 |
| J. Barrett Marum | .20 | $ 976.00 | $ 195.20 |
| Amanda L. Cottrell | 38.80 | $ 908.00 | $ 35,230.40 |
| Jeannie Kim | 35.50 | $ 804.00 | $ 28,542.00 |
| Steven G. Gersten | 30.20 | $ 804.00 | $ 24,280.80 |
| Matt Benz | 5.50 | $ 600.00 | $ 3,300.00 |
| Eduardo G. Linares | 8.30 | $ 556.00 | $ 4,614.80 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank: Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
March 19, 2024
Invoice 380101461

| Our Matter No. | 90YY-375176 |
|---|---|
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 29, 2024

| | |
|---|---|
| Current Fees | $ 134,889.70 |
| Current Disbursements | $ 55.90 |
| | |
| Total Current Activity | $ 134,945.60 |
| Total Due for This Invoice | $ 134,945.60 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 21.90 | $ 1,032.00 | $ 22,600.80 |
| Ori Katz | 13.40 | $ 1,203.41 | $ 16,125.70 |
| J. Barrett Marum | .20 | $ 976.00 | $ 195.20 |
| Amanda L. Cottrell | 38.80 | $ 908.00 | $ 35,230.40 |
| Jeannie Kim | 35.50 | $ 804.00 | $ 28,542.00 |
| Steven G. Gersten | 30.20 | $ 804.00 | $ 24,280.80 |
| Matt Benz | 5.50 | $ 600.00 | $ 3,300.00 |
| Eduardo G. Linares | 8.30 | $ 556.00 | $ 4,614.80 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u>   Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA   ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St   Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives                    March 19, 2024
Ori Katz                                                                                                              Invoice 380101461
                                                                                                                      Page 2 of 29

FOR PROFESSIONAL SERVICES THROUGH 02/29/24

## **FEE DETAIL**

**Relief from Stay and Adequate Protection Proceedings**

02/27/24       Correspondence with co-counsel as to stay items.

         Alan  H. Martin              .10 hrs.

02/27/24       Analyzed research concerning relief from stay as to Committee's proposed steps.

         Alan  H. Martin              .90 hrs.

02/27/24       Evaluate need for stay relief related to committee demands on account of claims (.9).

         Ori Katz              .90 hrs.

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Alan  H. Martin* | *1.00* | *$ 1,032.00* | *$ 1,032.00* |
| *Ori Katz* | *0.90* | *$ 1,172.00* | *$ 1,054.80* |
| *Totals* | *1.90* | *$ 1,098.32* | *$ 2,086.80* |

**Meetings of and Communications with Creditors**

01/29/24       Reviewed and responded to issues raised by committee re their discovery requests (1.3).

         Ori Katz              1.30 hrs.

01/30/24       Call with committee counsel to discuss case status (.3).

         Ori Katz              .30 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          March 19, 2024
Alternatives                                                                                    Invoice 380101461
Ori Katz                                                                                        Page 3 of 29

| | | |
|---|---|---|
| 02/05/24 | Reviewed and responded to committee message re issues in connection with debtor's responses to discovery requests (1.9). | |
| | Ori Katz | 1.90 hrs. |
| 02/06/24 | Call with creditors' committee counsel (.3). | |
| | Ori Katz | .30 hrs. |
| 02/06/24 | Reviewed committee request to Omni regarding docketing of court's docket text orders on Omni site (.1) | |
| | Jeannie Kim | .10 hrs. |
| 02/20/24 | Weekly check in call w/ committee counsel (.7). | |
| | Ori Katz | .70 hrs. |
| 02/20/24 | Reviewed creditor comments regarding filing of proofs of claim (.2) | |
| | Jeannie Kim | .20 hrs. |
| 02/26/24 | Weekly check in call with committee counsel (.3). | |
| | Ori Katz | .30 hrs. |
| 02/26/24 | Prepare notes from call with committee re action items related to case (.5). | |
| | Ori Katz | .50 hrs. |

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| _Timekeeper_ | _Hours_ | _Average_<br>_Rate/Hr_ | _Dollars_ |
|---|---|---|---|
| Ori Katz | 5.30 | $ 1,227.25 | $ 6,504.40 |
| Jeannie Kim | 0.30 | $ 804.00 | $ 241.20 |
| Totals | 5.60 | $ 1,204.57 | $ 6,745.60 |

**Fee/Employment Applications & Statements**

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 4 of 29

02/01/24     Reviewed Sheppard Mullin billing rates in connection with preparation with financial increase (.2).

     Jeannie Kim      .20 hrs.

02/05/24     Exchanged emails with Sheppard Mullin team re changes to order approving the employment of Transperfect.

     J. Barrett Marum      .10 hrs.

02/05/24     Follow-up regarding status of TransPerfect response to U.S. Trustee's comments on proposed order on application to employ same (.2)

     Jeannie Kim      .20 hrs.

02/05/24     Confer with D. Brill and Z. Samuell re revisions to document vendor contract in response to the U.S. Trustee's requests (.4).

     Steven  G. Gersten      .40 hrs.

02/06/24     Exchanged emails re Transperfect's employment order.

     J. Barrett Marum      .10 hrs.

02/06/24     Revised proposed form of TransPerfect employment order (.2); drafted notice of same (.2); corresponded with J. Blumberg regarding same (.1); coordinated filing and service of notice of revised proposed form of TransPerfect employment order (.2)

     Jeannie Kim      .70 hrs.

02/08/24     Began review and revisions to documents in support of January Sheppard Mullin monthly fee statement (.2)

     Jeannie Kim      .20 hrs.

02/12/24     Reviewed and responded to entry of order authorizing TransPerfect employment (.1)

     Jeannie Kim      .10 hrs.

02/14/24     Reviewed and revised documents in support of January monthly fee statement (1.1)

     Jeannie Kim      1.10 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

02/15/24      Worked on items concerning monthly fee update to client team.

        Alan  H. Martin                                    .40 hrs.

02/15/24      Reviewed and revised documents in support of Sheppard Mullin January monthly fee statement (.7); coordinated preparation of cover sheet for same (.1)

        Jeannie Kim                                    .80 hrs.

02/15/24      Prepared the SMRH Monthly Fee Statement for January (.3).

        Eduardo  G. Linares                           .30 hrs.

02/20/24      Exchanged correspondence with client as to monthly statements.

        Alan  H. Martin                                    .20 hrs.

02/20/24      Prepared documents in support of Sheppard Mullin January monthly fee statement (.2); coordinated filing and service of same (.2); corresponded with P. Pascuzzi regarding first interim fee application hearing (.1)

        Jeannie Kim                                    .50 hrs.

02/21/24      Reviewed and responded to inquiry regarding compensation procedures for TransPerfect (.2); reviewed compensation procedures in connection with hearing on first interim fee applications (.1)

        Jeannie Kim                                    .30 hrs.

02/22/24      Reviewed and edited draft components to the interim fee application.

        Alan  H. Martin                                    .60 hrs.

02/22/24      Corresponded with P. Pascuzzi regarding first interim fee applications of debtor professionals (.1); began preparation of first interim Sheppard Mullin fee application (.5); reviewed and revised draft omnibus notice of first interim fee applications of debtor professionals (.2)

        Jeannie Kim                                    .80 hrs.

02/22/24      Prepared excel charts of interim fee calculations.

        Eduardo  G. Linares                           1.40 hrs.

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 6 of 29

| 02/23/24 | Prepared data and documents in support of Sheppard Mullin first interim fee application (.8) |
| | |
| | Jeannie Kim | .80 hrs. |

| 02/23/24 | Continued preparing excel charts of interim fee calculations (3.0); analyzed invoices from Aug 2023 to Jan 2024 (.4); revised final fee application calculations (.2). |
| | |
| | Eduardo  G. Linares | 3.40 hrs. |

| 02/25/24 | Drafted first interim Sheppard Mullin fee application (.6) |
| | |
| | Jeannie Kim | .60 hrs. |

| 02/26/24 | Follow up on joint position of committee and debtor re fee examiner (.4). |
| | |
| | Ori Katz | .40 hrs. |

| 02/26/24 | Continued preparation of Sheppard Mullin first interim fee application (.6); reviewed and revised debtor and committee joint statement regarding appointment of fee examiner (.6); corresponded with B. Michael and P. Pascuzzi requesting review and execution of same (.2); coordinated filing and service of same (.3); drafted correspondence to P. Summerhays regarding Sheppard Mullin first interim fee application (.2); corresponded with G. Brown regarding hearing on first interim fee applications (.1) |
| | |
| | Jeannie Kim | 2.00 hrs. |

| 02/26/24 | Prepared joint statement between debtor and committee in response to U.S. Trustee's motion appointing fee examiner (1.0); Analyzed U.S. Trustee's motion appointing fee examiner (.5). |
| | |
| | Eduardo  G. Linares | 1.50 hrs. |

| 02/27/24 | Prepared comments and revisions to components to the draft fee applications. |
| | |
| | Alan  H. Martin | .60 hrs. |

| 02/27/24 | Reviewed drafted Sheppard Mullin first interim fee application (3.9); reviewed and revised same (1.4); reviewed and revised client transmittal letter regarding same (.2); drafted Katz declaration in support of Sheppard Mullin first interim fee application (.4); reviewed and revised same (.2); reviewed and revised draft omnibus notice of first interim fee applications (.3); corresponded with P. Pascuzzi regarding same (.1) |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    March 19, 2024
Alternatives                                                                                              Invoice 380101461
Ori Katz                                                                                                  Page 7 of 29

|              | Jeannie Kim                    | 6.50 hrs. |
|--------------|--------------------------------|-----------|

02/28/24   Reviewed and revised Sheppard Mullin first interim fee application (.4); reviewed and revised Katz declaration in support of same (.2); coordinated filing and service of same (.2); prepared exhibits to Katz declaration (.2)

|              | Jeannie Kim                    | 1.00 hrs. |
|--------------|--------------------------------|-----------|

02/28/24   Reviewed and revised omnibus notice of hearing on debtor professionals' first interim fee applications (.2)

|              | Jeannie Kim                    | .20 hrs.  |
|--------------|--------------------------------|-----------|

02/29/24   Prepared component items as interim fee application submission.

|              | Alan  H. Martin                | .40 hrs.  |
|--------------|--------------------------------|-----------|

02/29/24   Correspondence with client as to fee application.

|              | Alan  H. Martin                | .10 hrs.  |
|--------------|--------------------------------|-----------|

02/29/24   Finalize Sheppard Mullin first interim fee application for filing and service (.2); coordinated filing and service of same (.3); telephone conference with B. Jennings regarding Summerhays declaration in support of Weinstein Numbers fee application (.1);  reviewed fee applications filed by other estate professionals (.2); drafted cover email to Fr. Summerhays regarding Sheppard Mullin first interim fee application (.2)

|              | Jeannie Kim                    | 1.00 hrs. |
|--------------|--------------------------------|-----------|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 8 of 29

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 2.30 | $ 1,032.00 | $ 2,373.60 |
| Ori Katz | 0.40 | $ 1,172.00 | $ 468.80 |
| J. Barrett Marum | 0.20 | $ 976.00 | $ 195.20 |
| Jeannie Kim | 17.00 | $ 804.00 | $ 13,668.00 |
| Steven  G. Gersten | 0.40 | $ 804.00 | $ 321.60 |
| Eduardo  G. Linares | 6.60 | $ 556.00 | $ 3,669.60 |
| Totals | 26.90 | $ 769.40 | $ 20,696.80 |

**Assumption/Rejection of Leases and Contracts**

02/07/24     Reviewed draft executory contract extension motion components.

        Alan  H. Martin                    .40 hrs.

02/08/24     Reviewed draft items received from client as to the executory contract extension motion.

        Alan  H. Martin                    .60 hrs.

02/28/24     Reviewed and revised certificate of no objection regarding debtor's motion to extend time to assume or reject unexpired leases/contracts (.2)

        Jeannie Kim                    .20 hrs.

02/29/24     Further reviewed and revised certificate of no objection regarding motion to extend deadline to assume or reject unexpired leases/contracts (.1) and coordinated filing and service of same (.1); prepared order granting motion to extend time to assume or reject unexpired leases/contracts (.1).

        Jeannie Kim                    .30 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Assumption/Rejection of Leases and Contracts*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 1.00 | $ 1,032.00 | $ 1,032.00 |
| Jeannie Kim | 0.50 | $ 804.00 | $ 402.00 |
| Totals | 1.50 | $ 956.00 | $ 1,434.00 |

## Case Administration - General

01/30/24        Call with debtor professionals to review current case status checklist (.7).

        Ori Katz                                         .70 hrs.

02/01/24        Prepared administrative report items for client team.

        Alan  H. Martin                          .20 hrs.

02/06/24        Prepared for and attended professionals' team call.

        Alan  H. Martin                          .50 hrs.

02/12/24        Corresponded with B. Riley team regarding status of '23Q4 U.S. Trustee fees (.1)

        Jeannie Kim                              .10 hrs.

02/13/24        Prepared for Feb. 14 professionals' call (.2).

        Jeannie Kim                              .20 hrs.

02/14/24        Correspondence with debtor co-counsel team re open administrative items.

        Alan  H. Martin                          .30 hrs.

02/14/24        Prepared for and attended professionals weekly call.

        Alan  H. Martin                          .80 hrs.

02/14/24        Participate in professionals' call to review case status checklist (.6).

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 10 of 29

|           | Ori Katz | .60 hrs. |
|-----------|----------|----------|

02/14/24    Telephone conference with debtor professionals regarding case status and strategy (.6)

|           | Jeannie Kim | .60 hrs. |
|-----------|-------------|----------|

02/21/24    Prepared report items for call with debtor professionals.

|           | Alan  H. Martin | .40 hrs. |
|-----------|-----------------|----------|

02/21/24    Attended debtor professionals call.

|           | Alan  H. Martin | .60 hrs. |
|-----------|-----------------|----------|

02/21/24    Participate in weekly debtor professionals call re checklist items (.5).

|           | Ori Katz | .50 hrs. |
|-----------|----------|----------|

02/21/24    Prepared for weekly debtor professionals' call (.6); participated in same (.5).

|           | Jeannie Kim | 1.10 hrs. |
|-----------|-------------|-----------|

02/26/24    Reviewed report regarding weekly debtor-committee call (.1).

|           | Jeannie Kim | .10 hrs. |
|-----------|-------------|----------|

02/27/24    Prepared for weekly debtor professionals' call (.1); reviewed status report regarding weekly committee discussion (.1)

|           | Jeannie Kim | .20 hrs. |
|-----------|-------------|----------|

02/28/24    Prepared for and attended the professionals weekly call.

|           | Alan  H. Martin | 1.20 hrs. |
|-----------|-----------------|-----------|

02/28/24    Participate in portion of call with other debtor professionals to discuss case status (.5).

|           | Ori Katz | .50 hrs. |
|-----------|----------|----------|

02/28/24    Prepared for weekly debtor professionals' call (.3); participated in same (.6)

|           | Jeannie Kim | .90 hrs. |
|-----------|-------------|----------|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 11 of 29

*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 4.00 | $ 1,032.00 | $ 4,128.00 |
| Ori Katz | 2.30 | $ 1,227.70 | $ 2,823.70 |
| Jeannie Kim | 3.20 | $ 804.00 | $ 2,572.80 |
| Totals | 9.50 | $ 1,002.58 | $ 9,524.50 |

## Employee Benefits and Pensions

02/01/24      Telephone conference with K. Kelsey regarding form separation letter (.3)

Jeannie Kim                           .30 hrs.

*Timekeeper Summary of: Employee Benefits and Pensions*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.30 | $ 804.00 | $ 241.20 |
| Totals | 0.30 | $ 804.00 | $ 241.20 |

## Claims Administration and Objections

02/01/24      Continued coordinating Sheppard Mullin access to confidential proofs of claim (.6); conferred and corresponded with T. Phinney regarding comments on redacted certificates of service to file (.7); coordinated retrieval of general proofs of claim filed with court (.1); corresponded with B. Michael regarding committee member access to confidential proofs of claim (.1); corresponded with P. Egloff regarding final publication notice made (.1)

Jeannie Kim                           1.60 hrs.

02/02/24      Corresponded with B. Whitaker and T. Phinney regarding updated claims register (.2)

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 12 of 29

|  | Jeannie Kim | .20 hrs. |
|---|---|---|

02/03/24   Prepared components to claims notice report items.

|  | Alan H. Martin | .40 hrs. |
|---|---|---|

02/03/24   Reviewed correspondence received as to claims notice reporting.

|  | Alan H. Martin | .20 hrs. |
|---|---|---|

02/05/24   Telephone call to R. Rodriguez regarding notice of survivor claimant bar date (.1); telephone conference with R. Rodriguez regarding same (.2); reviewed and analyzed unrepresented Abuse Program participants (.3); follow-up telephone call to R. Rodriguez regarding same (.1); drafted declaration of P. Marlow regarding notice given regarding survivor claim bar date (1.4); reviewed confidential claims filed week of Jan. 29 (.1)

|  | Jeannie Kim | 2.20 hrs. |
|---|---|---|

02/07/24   Telephone conference with R. Rodriguez regarding notice of survivor claim bar date to unrepresented survivors (.6); follow-up correspondence with and regarding same (.2)

|  | Jeannie Kim | .80 hrs. |
|---|---|---|

02/09/24   Corresponded with P. Pascuzzi and Omni team regarding service of survivor bar date notice on newly discovered claimants (.2); corresponded with B. Whitaker regarding claims register format (.1)

|  | Jeannie Kim | .30 hrs. |
|---|---|---|

02/12/24   Follow-up correspondence with P. Pascuzzi and B. Whitaker regarding service of bar date notice on newly discovered survivors (.1); corresponded with T. Phinney and G. Miller regarding claims confidentiality agreement (.1)

|  | Jeannie Kim | .20 hrs. |
|---|---|---|

02/14/24   Corresponded with B. Michael regarding technical issues filing survivor claims (.1); conferred and corresponded with R. Rodriguez regarding supplemental notice of claims bar date (.4)

|  | Jeannie Kim | .50 hrs. |
|---|---|---|

02/15/24   Corresponded with B. Michael (.1) and B. Whitaker (.1) regarding status of processing survivor claims by Omni



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives                    March 19, 2024
Ori Katz                                                                                                              Invoice 380101461
                                                                                                                     Page 13 of 29

|             |                                  | Jeannie Kim | .20 hrs. |

02/16/24    Reviewed data received from Omni as to claims submissions.

|             |                                  | Alan  H. Martin | .90 hrs. |

02/16/24    Corresponded with B. Whitaker regarding survivor claims (.3)

|             |                                  | Jeannie Kim | .30 hrs. |

02/19/24    Corresponded with Omni regarding status of filed proofs of claim (.2)

|             |                                  | Jeannie Kim | .20 hrs. |

02/20/24    Prepared components to draft submissions as to bar date protocol.

|             |                                  | Alan  H. Martin | .40 hrs. |

02/20/24    Analyzed claims-related submissions forwarded by Omni.

|             |                                  | Alan  H. Martin | .80 hrs. |

02/20/24    Corresponded with Omni regarding creditor comments regarding filing of proofs of claim (.1); corresponded with Omni team regarding special counsel access to survivor claims (.4)

|             |                                  | Jeannie Kim | .50 hrs. |

02/21/24    Prepared draft declarations and submissions regarding claim process compliance.

|             |                                  | Alan  H. Martin | .60 hrs. |

02/21/24    Correspondence with Peter Marlow re claim process compliance.

|             |                                  | Alan  H. Martin | .20 hrs. |

02/21/24    Updated P. Marlow declaration regarding compliance with claims procedures order (.2); reviewed correspondence from K. Debski regarding survivor claim filing (.1); conferred and corresponded with D. Zamora regarding debtor's special litigation counsel's access to confidential survivor claims (.3); corresponded with P. Pascuzzi regarding same for debtor's insurance counsel (.1)

|             |                                  | Jeannie Kim | .70 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    March 19, 2024
Alternatives                                                                                             Invoice 380101461
Ori Katz                                                                                                 Page 14 of 29

02/22/24     Prepared updates to draft declarations concerning compliance with the bar date
             order/process.

             Alan  H. Martin                          .40 hrs.

02/22/24     Exchanged correspondence with client regarding draft declarations concerning
             compliance with the bar date order.

             Alan  H. Martin                          .30 hrs.

02/23/24     Exchanged various correspondence received from P. Marlow concerning claims
             protocol notices.

             Alan  H. Martin                          .40 hrs.

02/23/24     Analyzed information received as to Marlow declaration.

             Alan  H. Martin                          .30 hrs.

02/23/24     Reviewed correspondence with P. Marlow regarding compliance with bar date order
             (.2); corresponded with B. Whitaker regarding Lloyd's of London access to confidential
             survivor claims (.1); drafted declaration of P. Egloff in support of publication notice
             given of survivor claim bar dates (.9); began preparation of exhibits to same (.1)

             Jeannie Kim                              1.30 hrs.

02/24/24     Corresponded with FFWPR team regarding Lloyd's of London access to confidential
             survivor claims (.1); corresponded with P. Pascuzzi regarding insurers, mediation, and
             access to survivor claims for same (.1); corresponded with T. Phinney regarding
             comments on draft Egloff declaration regarding publication notice (.1)

             Jeannie Kim                              .30 hrs.

02/25/24     Corresponded with Omni team regarding Lloyd's of London access to confidential
             survivor claims (.1)

             Jeannie Kim                              .10 hrs.

02/26/24     Prepared items concerning Egloff draft declaration re claim notice protocol steps.

             Alan  H. Martin                          .40 hrs.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 15 of 29

| 02/26/24 | Corresponded with Omni team regarding general creditor proof of claim filed with court on bar date (.1) |
|---|---|
| | Jeannie Kim | .10 hrs. |

02/26/24    Further reviewed and revised Marlow declaration regarding debtor compliance with bar date order (.3); corresponded with P. Marlow regarding same (.2) and requested review and execution of final draft of same (.1); conferred and corresponded with P. Egloff regarding comments on declaration of same regarding debtor compliance with bar date order (.2); reviewed and revised Egloff declaration per same (.2); finalized same for filing and service (.6); reviewed Century Insurance request for access to confidential survivor claims (.3)

           Jeannie Kim            1.90 hrs.

02/26/24    Finalized exhibits in support of Egloff declaration re publication notice given.

           Eduardo  G. Linares            1.30 hrs.

02/27/24    Exchanged correspondence with client concerning claims notice steps compliance, supporting declarations.

           Alan  H. Martin            .30 hrs.

02/27/24    Corresponded with P. Pascuzzi and Omni regarding filed proofs of claim (.1); prepared statement regarding compliance with bar date order (.1); corresponded with B. Whitaker regarding debtor professionals' access to survivor claims (.1); corresponded with M. Turner regarding carrier access to same (.2)

           Jeannie Kim            .50 hrs.

02/28/24    Corresponded with B. Whitaker regarding confidential survivor claims (.1)

           Jeannie Kim            .10 hrs.

02/29/24    Corresponded with B. Whitaker regarding debtor professionals' access to survivor claims (.3)

           Jeannie Kim            .30 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 16 of 29

### Timekeeper Summary of: Claims Administration and Objections

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 5.60 | $ 1,032.00 | $ 5,779.20 |
| Jeannie Kim | 12.30 | $ 804.00 | $ 9,889.20 |
| Eduardo  G. Linares | 1.30 | $ 556.00 | $ 722.80 |
| Totals | 19.20 | $ 853.71 | $ 16,391.20 |

## Plan and Disclosure Statement (including Business Plan)

02/28/24    Reviewed and revised certificate of no objection regarding debtor's motion to extend plan exclusivity periods (.1)

Jeannie Kim                    .10 hrs.

02/28/24    Prepared certificate of no objection to debtor's second motion to extend exclusivity periods.

Eduardo  G. Linares            .40 hrs.

02/29/24    Further reviewed and revised certificate of no objection regarding plan exclusivity motion (.1) and coordinated filing and service of same (.1).

Jeannie Kim                    .20 hrs.

### Timekeeper Summary of: Plan and Disclosure Statement (including Business Plan)

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.30 | $ 804.00 | $ 241.20 |
| Eduardo  G. Linares | 0.40 | $ 556.00 | $ 222.40 |
| Totals | 0.70 | $ 662.29 | $ 463.60 |

## Case Assessment, Development and Administration

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 17 of 29

| | | |
|---|---|---|
| 02/05/24 | Follow-up regarding status of executed common interest agreements (.1) | |
| | Jeannie Kim | .10 hrs. |
| 02/06/24 | Corresponded with P. Califano regarding follow-up to request to execute common interest agreement (.1) | |
| | Jeannie Kim | .10 hrs. |
| 02/13/24 | Reviewed and revised RPSC and Parishes common interest agreement (.1); corresponded with R. Charles regarding same (.1); follow-up correspondence with R. Michaelson regarding common interest agreement (.1). | |
| | Jeannie Kim | .30 hrs. |
| 02/16/24 | Corresponded with R. Michelson regarding common interest agreement (.1) | |
| | Jeannie Kim | .10 hrs. |
| 02/20/24 | Reviewed mediation strategy with debtor's special litigation and insurance counsel (.1) | |
| | Jeannie Kim | .10 hrs. |
| 02/21/24 | Corresponded with R. Charles regarding review and execution of common interest agreement (.2); updated common interest agreement tracker (.1). | |
| | Jeannie Kim | .30 hrs. |
| 02/23/24 | Analysis of issues raised by committee re mediation (.8). | |
| | Ori Katz | .80 hrs. |
| 02/23/24 | Corresponded with R. Harris regarding review and execution of common interest agreement by high schools (.1); updated common interest agreement tracker (.2) | |
| | Jeannie Kim | .30 hrs. |
| 02/25/24 | Corresponded with R. Harris regarding review and execution of common interest agreement by non-debtor Catholic high school entities (.1) | |
| | Jeannie Kim | .10 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 18 of 29

| 02/26/24 | Corresponded with R. Charles regarding status of review and execution of common interest agreement (.1) |
|---|---|
| | Jeannie Kim | .10 hrs. |

02/26/24 Corresponded with R. Charles regarding status of review and execution of common interest agreement (.1)

Jeannie Kim        .10 hrs.

02/26/24 Corresponded with counsel to high school regarding executed common interest agreement (.1).

Jeannie Kim        .10 hrs.

02/28/24 Reviewed research received as to related entities.

Alan  H. Martin        1.40 hrs.

02/29/24 Analyzed data received from the other entities concerning contracts with RCASF.

Alan  H. Martin        1.60 hrs.

*Timekeeper Summary of: Case Assessment, Development and Administration*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan  H. Martin* | *3.00* | *$ 1,032.00* | *$ 3,096.00* |
| *Ori Katz* | *0.80* | *$ 1,172.00* | *$ 937.60* |
| *Jeannie Kim* | *1.60* | *$ 804.00* | *$ 1,286.40* |
| *Totals* | *5.40* | *$ 985.19* | *$ 5,320.00* |

**Analysis/Strategy**

02/06/24 Developed strategy re: ongoing Rule 2004 discovery workstreams.

Amanda  L. Cottrell        .50 hrs.



90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 19 of 29

*Timekeeper Summary of: Analysis/Strategy*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda  L. Cottrell | 0.50 | $ 908.00 | $ 454.00 |
| Totals | 0.50 | $ 908.00 | $ 454.00 |

**Discovery**

02/01/24    Review and analyze client documents for production.

       Amanda  L. Cottrell       1.50 hrs.

02/01/24    Conducted research re applicability of privileges in bankruptcy discovery proceedings (1.5); prepared memorandum detailing findings re same (.4).

       Matt Benz       1.90 hrs.

02/02/24    Work on getting TransPerfect additional client files.

       Amanda  L. Cottrell       1.00 hrs.

02/02/24    Conducted research re applicability of privileges in bankruptcy discovery proceedings (2.3); prepared memorandum detailing findings re same (1.3).

       Matt Benz       3.60 hrs.

02/05/24    Confer with client regarding documents to be collected for review in response to the Committee's Rule 2004 subpoena (.3).

       Steven  G. Gersten       .30 hrs.

02/06/24    Analyzed pending discovery items and proposed steps.

       Alan  H. Martin       .60 hrs.

02/06/24    Review and analyze client files.

       Amanda  L. Cottrell       2.00 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 20 of 29

02/06/24          Telephone conference with Paula Carney re discovery.

                  Amanda  L. Cottrell                .20 hrs.

02/06/24          Correspondence to Paula Carney, Rodney Yee, Grace Lee, Fr. Summerhays, Maria
                  Mata, Maria Cottrell, Pam Lyons, and others re: additional follow up items for
                  discovery.

                  Amanda  L. Cottrell                .50 hrs.

02/06/24          Confer with client and Transperfect regarding plan for document collection (.3); call
                  with client and Transperfect teams re remote collection (.5).

                  Steven  G. Gersten                 .80 hrs.

02/07/24          Reviewed various correspondence received as to pending discovery steps.

                  Alan  H. Martin                    .30 hrs.

02/07/24          Prepared items regarding insurers requests as to pending discovery and related
                  responses.

                  Alan  H. Martin                    .60 hrs.

02/07/24          Call with debtor professionals to discuss discovery related issues (.5).

                  Ori Katz                           .50 hrs.

02/07/24          Call from Paul Gaspari re discovery.

                  Amanda  L. Cottrell                .30 hrs.

02/07/24          Conference call with Ori Katz, Paul Pascuzzi and Alan Martin to review and discuss
                  discovery and related case issues.

                  Amanda  L. Cottrell                .90 hrs.

02/07/24          Telephone call and message to Andy Caine re discovery.

                  Amanda  L. Cottrell                .10 hrs.

02/07/24          Summarize RCASF production sets 1-6 for Paul Pascuzzi and Wayne Weitz.

                  Amanda  L. Cottrell                .40 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    March 19, 2024
Alternatives                                                                                              Invoice 380101461
Ori Katz                                                                                                  Page 21 of 29

02/07/24        Call with client to discuss documents to be collected in response to the Committee's
                Rule 2004 subpoena (.3); call with Transperfect team to confirm parameters of
                document collection (.3).

                        Steven  G. Gersten                       .60 hrs.

02/08/24        Communications to coordinate continuing collection of client files for review and
                production.

                        Amanda  L. Cottrell                      .30 hrs.

02/08/24        Attend discussion with counsel re: maintenance of Debtor's records.

                        Amanda  L. Cottrell                      1.00 hrs.

02/08/24        Call with client regarding specific targeted document collection requests in follow up
                from custodial interviews (.3); confer with L. Lansky re financial data for her client (.2).

                        Steven  G. Gersten                       .50 hrs.

02/09/24        Research public information re non-debtor entities.

                        Amanda  L. Cottrell                      .50 hrs.

02/09/24        Correspondence with Kerry Kelleher re: database information.

                        Amanda  L. Cottrell                      .40 hrs.

02/09/24        Continue to analyze client documents to revise written responses to discovery.

                        Amanda  L. Cottrell                      2.70 hrs.

02/09/24        Prepare for and attend call with Rob Harris to discuss Debtor real property discovery.

                        Amanda  L. Cottrell                      .70 hrs.

02/09/24        Confer with R. Charles re requests for production relating to real property records.

                        Steven  G. Gersten                       .50 hrs.

02/12/24        Prepared report items as to discovery steps and 2004 open matters as to RCASF.

                        Alan  H. Martin                          .70 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 22 of 29

| 02/12/24 | Call with Debtor's counsel re: discovery from insurance carriers. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | .40 hrs. | |

| 02/12/24 | Conference call with Paul Gaspari, Daniel Zamora, Paula Carney, Paul Pascuzzi, Steven Gersten and Ori Katz. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | 1.00 hrs. | |

| 02/12/24 | Confer with client re objections and responses to RFPs re abuse claims and re insurers' requests for copies of the Debtor's document productions. | | |
|---|---|---|---|
| | Steven  G. Gersten | 1.00 hrs. | |

| 02/13/24 | Correspondence with O. Katz and P. Pascuzzi re: discovery issues. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | .50 hrs. | |

| 02/13/24 | Prepare for and attend call with A. Caine, B. Michael, P. Pascuzzi, and Gillian Brown re: Committee's Rule 2004 discovery. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | .70 hrs. | |

| 02/13/24 | Conference with S. Gersten, Rob Charles, Allan Diamond, and P. Pascuzzi re: Committee's Rule 2004 discovery. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | .90 hrs. | |

| 02/13/24 | Call from Ori Katz to review and discuss ongoing document collection and discovery efforts. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | .60 hrs. | |

| 02/13/24 | Confer with L. Linksy re Committee's Rule 2004 subpoena requests for production (.7); confer with A. Diamond, C. Johnson, and R. Charles re the Committee's Rule 2004 subpoena (.7) | | |
|---|---|---|---|
| | Steven  G. Gersten | 1.40 hrs. | |

| 02/14/24 | Correspondence with S. Gersten and K. Raymond re: IT collection and processing items to prepare review. | | |
|---|---|---|---|
| | Amanda  L. Cottrell | 1.00 hrs. | |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 23 of 29

02/14/24        Attention to correspondence from Alex Russo of Sage and Andy Caine for Unsecured Creditors Committee.

                Amanda  L. Cottrell                .20 hrs.

02/16/24        Prepared comments to 2004 request items.

                Alan  H. Martin                    .40 hrs.

02/20/24        Reviewed items concerning discovery requests by the committee re non-debtor entities.

                Alan  H. Martin                    .50 hrs.

02/20/24        Follow up with Ms. Cottrell re anticipated Rule 2004 examination of debtor's accounting firm (.3).

                Ori Katz                           .30 hrs.

02/20/24        Conference with Paula Carney and Steven Gersten re: file and discovery matters.

                Amanda  L. Cottrell                .40 hrs.

02/21/24        Reviewed 2004 demand-related data items received.

                Alan  H. Martin                    .40 hrs.

02/22/24        Analyzed various items received re additional 2004 requests.

                Alan  H. Martin                    .60 hrs.

02/23/24        Conference and emails with Paul Pascuzzi, Ori Katz, Steven Gersten and Andy Caine regarding ongoing Rule 2004 discovery matters and finalization.

                Amanda  L. Cottrell                1.00 hrs.

02/23/24        Review and analyze client information re: discovery issues.

                Amanda  L. Cottrell                1.40 hrs.

02/23/24        Confer with Committee counsel (A. Caine and B. Michael) and CASC's counsel (A. Diamond and C. Johnson) re potential subpoena from Committee to CASC pursuant to the Court's Rule 2004 order.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 24 of 29

|  |  | Steven  G. Gersten | .50 hrs. |
|--|--|--|--|

02/26/24    Evaluation of issues related to committee request for discovery from non-debtors (1.2).

Ori Katz                          1.20 hrs.

02/26/24    Prepare for and attend conference with Rob Harris, S. Gersten, A. Diamond, C. Johnson.

Amanda  L. Cottrell               .50 hrs.

02/26/24    Confer with counsel for CASC and Sacred Heart re Rule 2004 discovery.

Steven  G. Gersten                1.30 hrs.

02/27/24    Review of next phase of document production in response to committee discovery request (1.7).

Ori Katz                          1.70 hrs.

02/28/24    Conference with O. Katz re: pending discovery action items.

Amanda  L. Cottrell               .50 hrs.

02/28/24    Call from client, Mr. Marlow, re: discovery request.

Amanda  L. Cottrell               .20 hrs.

02/29/24    Reviewed items as to additional 2004 requests.

Alan  H. Martin                   .90 hrs.

02/29/24    Conference with O. Katz re: discovery status to provide talking points for client weekly status call.

Amanda  L. Cottrell               .20 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 25 of 29

*Timekeeper Summary of: Discovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan  H. Martin* | *5.00* | *$ 1,032.00* | *$ 5,160.00* |
| *Ori Katz* | *3.70* | *$ 1,172.00* | *$ 4,336.40* |
| *Amanda  L. Cottrell* | *22.00* | *$ 908.00* | *$ 19,976.00* |
| *Steven  G. Gersten* | *6.90* | *$ 804.00* | *$ 5,547.60* |
| *Matt Benz* | *5.50* | *$ 600.00* | *$ 3,300.00* |
| *Totals* | *43.10* | *$ 889.10* | *$ 38,320.00* |

## Written Discovery

02/06/24    Draft and revise responses to Stage Two RFPs based on prior productions and data provided by client team.

     Amanda  L. Cottrell      1.80 hrs.

02/07/24    Analysis and correspondence with Paul Gaspari re: Stage Two discovery.

     Amanda  L. Cottrell      .30 hrs.

02/07/24    Analyze client documents to revise written responses to discovery.

     Amanda  L. Cottrell      2.80 hrs.

02/07/24    Edit and supplement draft responses and objections to Stage 2 RFPs.

     Steven  G. Gersten      2.00 hrs.

02/08/24    Telephone call with Andy Caine re RFP's.

     Amanda  L. Cottrell      .60 hrs.

02/08/24    Continue to analyze client documents to revise written responses to discovery.

     Amanda  L. Cottrell      2.40 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    March 19, 2024
Alternatives                                                                                              Invoice 380101461
Ori Katz                                                                                                  Page 26 of 29

| 02/08/24 | Review and comment on draft objections and responses to requests for production in stage 2 of the Committee's Rule 2004 subpoena. |
|---|---|

Steven  G. Gersten                    .50 hrs.

| 02/09/24 | Revise, edit, and comment on objections and responses to Stage Two requests in order to finalize and serve by today's deadline. |
|---|---|

Steven  G. Gersten                    3.60 hrs.

| 02/23/24 | Confer with Committee Counsel (A. Caine and B. Michael) re objections and responses to Stage 1 requests. |
|---|---|

Steven  G. Gersten                    1.00 hrs.

| 02/26/24 | Review client documents and draft objections to Stage 3 RFPs from Committee. |
|---|---|

Amanda  L. Cottrell                    2.00 hrs.

| 02/27/24 | Review client discovery files and production to draft and revise objections and responses to Stage 3 RFPs. |
|---|---|

Amanda  L. Cottrell                    2.20 hrs.

| 02/28/24 | Draft and revise objections and responses to Stage 3 RFPs. |
|---|---|

Amanda  L. Cottrell                    1.90 hrs.

| 02/29/24 | Draft and revise Stage 3 RFP responses per review of client documents. |
|---|---|

Amanda  L. Cottrell                    2.30 hrs.

*Timekeeper Summary of: Written Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda  L. Cottrell | 16.30 | $ 908.00 | $ 14,800.40 |
| Steven  G. Gersten | 7.10 | $ 804.00 | $ 5,708.40 |
| Totals | 23.40 | $ 876.44 | $ 20,508.80 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic        March 19, 2024
Alternatives                                                                                 Invoice 380101461
Ori Katz                                                                                     Page 27 of 29

**Document Production**

02/08/24        Review and analyze client documents to prepare for production in response to the
                Committee's Rule 2004 subpoena.

                        Steven  G. Gersten                 8.80 hrs.

02/13/24        Review and tag documents received from client for production in response to Rule 2004
                subpoena.

                        Steven  G. Gersten                 .60 hrs.

02/14/24        Confer with Transperfect re document collection and processing in response to Rule
                2004 subpoena.

                        Steven  G. Gersten                 .40 hrs.

02/15/24        Confer with R. Kim of Transperfect re processing and review of documents collected in
                response to Rule 2004 subpoena.

                        Steven  G. Gersten                 .30 hrs.

02/20/24        Confer with client re production and discovery status.

                        Steven  G. Gersten                 .40 hrs.

02/23/24        Review, analyze, and tag documents for responsiveness and by request in preparation
                for production in response to Rule 2004 subpoena.

                        Steven  G. Gersten                 2.00 hrs.

02/29/24        Review, analyze and tag documents in preparation for production in response to Rule
                2004 subpoena.

                        Steven  G. Gersten                 3.30 hrs.

**Sheppard** Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

March 19, 2024
Invoice 380101461
Page 28 of 29

*Timekeeper Summary of: Document Production*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Steven  G. Gersten* | *15.80* | *$ 804.00* | *$ 12,703.20* |
| *Totals* | *15.80* | *$ 804.00* | *$ 12,703.20* |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda L. Cottrell | 38.80 | $ 908.00 | $ 35,230.40 |
| Ori Katz | 13.40 | $ 1,203.41 | $ 16,125.70 |
| Alan H. Martin | 21.90 | $ 1,032.00 | $ 22,600.80 |
| J. Barrett Marum | .20 | $ 976.00 | $ 195.20 |
| Matt Benz | 5.50 | $ 600.00 | $ 3,300.00 |
| Steven G. Gersten | 30.20 | $ 804.00 | $ 24,280.80 |
| Jeannie Kim | 35.50 | $ 804.00 | $ 28,542.00 |
| Eduardo G. Linares | 8.30 | $ 556.00 | $ 4,614.80 |

**Total Fees for Professional Services**        **$ 134,889.70**

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 01/19/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 1/31/2024 | 9.50 |
| 02/29/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 2/29/2024 | 20.90 |
| | Color Copies | 25.50 |

**Total Disbursements**        **$ 55.90**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 12/14/23 | 380098012 | 146,098.17 | 145,627.60 | 470.57 | 0.00 | 0.00 | -116,972.25 | $ 29,125.92 |
| 01/17/24 | 380098510 | 129,298.90 | 129,008.40 | 290.50 | 0.00 | 0.00 | -103,439.12 | 25,859.78 |
| 02/15/24 | 380100158 | 187,709.64 | 183,955.60 | 3,754.04 | 0.00 | 0.00 | -79,406.62 | 108,303.02 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 163,288.72 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 134,945.60 |
| **Total Due For This Matter** | **$ 298,234.32** |