PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
 PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppartmullin.com
 amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF SIXTH MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**<br><br>[No Hearing Required] |

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| 29Period for Which Compensation and Reimbursement is Sought: | February 1, 2024 through February 29, 2024 |
| Amount of Compensation Requested: | $31,733.50 |
| Net of 20% Holdback: | $25,386.80 |
| Amount of Expenses Requested: | N/A |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $25,386.80 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [Dkt. No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtors"), for the period from February 1, 2024 through February 29, 2024 (the "Fee Period"). By this sixth statement, B. Riley seeks payment in the amount of $25,386.80, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

-2-

| | |
|---|---|
| 1 | during the Fee Period. |
| 2 | Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, |
| 3 | by expense category, during the Fee Period. |
| 4 | Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the |
| 5 | period February 1, 2024 through February 29, 2024, consisting of contemporaneously maintained |
| 6 | time entries for each professional in increments of tenths (1/10) of an hour. |
| 7 | In accordance with the Monthly Compensation Order, responses, or objections to this Fee |
| 8 | Statement, if any, must be filed and served on or before the 14th day (or the next business day if |
| 9 | such day is not a business day) following the date this Fee Statement is served (the "Objection |
| 10 | Deadline"). |
| 11 | Upon the expiration of the Objection Deadline, the Debtors are to pay B. Riley 80% of the |
| 12 | fees and 100% of the expenses requested in this Fee Statement. |

Dated: March 20, 2024

                                                FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

                                                By: */s/ Paul. J. Pascuzzi*
                                                     PAUL J. PASCUZZI
                                                     JASON E. RIOS
                                                     THOMAS R. PHINNEY

                                                Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: March 20, 2024

                                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                                By: */s/ Ori Katz*
                                                   ORI KATZ
                                                   ALAN H. MARTIN

                                                Attorneys for The Roman Catholic Archbishop of San Francisco

# Exhibit 1

## Summary of Total Hours and Fees by Professional
## Compensation by Professional Person for Hourly Services
## for the Period from February 1, 2024 through February 29, 2024

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $740.00 | 10.1 | $7,474.00 |
| David Greenblatt | Director | $550.00 | 12.0 | 6,600.00 |
| Coral Hansen | Managing Director | $495.00 | 17.6 | 8,712.00 |
| Tanya Anderson | Associate Director | $415.00 | 19.9 | 8,258.50 |
| Marilee Greene | Project Assistant | $265.00 | 2.6 | 689.00 |
| **TOTAL** | | | **62.2** | **$31,733.50** |

**Exhibit 2**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from February 1, 2024 through February 29, 2024**

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 11.3 | $6,528.00 |
| Employment/Fee Applications | 7.7 | 4,071.00 |
| Litigation | 21.3 | 11,158.00 |
| Monthly Operating Reports | 21.9 | 9,976.50 |
| **TOTAL** | **62.2** | **$31,733.50** |

# Exhibit 3

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| N/A | N/A |
| **TOTAL** | |

**Exhibit 4**

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

March 12, 2024                                                                                                                   Invoice # :    64375

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  February 1, 2024         through       February 29, 2024

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 10.10 | 740.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 17.60 | 495.00 |
| David Greenblatt, CPA, CIRA | 12.00 | 550.00 |
| Tanya Anderson, CPA | 19.90 | 415.00 |
| Marilee Greene | 2.60 | 265.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 62.20 | $31,733.50 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.           Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 · | www.brileyfin.com

**Professional Services Detail**

                                                                                                        Hours

### Business Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/2/2024 | C. Hansen | Research question from J. Rios re: 320 Middlefield Rd | 0.20 |
| 2/5/2024 | D. Greenblatt | Update professional fee tracker and accounting entries with December fee statement information and send payment info to Debtor | 1.80 |
| 2/6/2024 | C. Hansen | Review Professional Call checklist forwarded by A. Martin in advance of call | 0.20 |
| | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.50 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen and Counsel re: update | 0.50 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and Counsel re: update | 0.50 |
| 2/13/2024 | W. Weitz | Call with M. Flanagan re: credit card program; follow-up call with counsel re: same | 0.50 |
| 2/14/2024 | C. Hansen | Review updated checklist provided by A. Martin in advance of Professional's call | 0.20 |
| | C. Hansen | Call with D. Greenblatt and counsel re: weekly update | 0.60 |
| | D. Greenblatt | Call with C. Hansen and counsel re: weekly update | 0.60 |
| 2/16/2024 | T. Anderson | BRAS weekly team call re: case deadlines and direction | 0.40 |
| | D. Greenblatt | BRAS weekly team call re: case deadlines and direction | 0.90 |
| 2/21/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.50 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen, D.Greenblatt and counsel re: weekly update | 0.50 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.50 |
| 2/26/2024 | W. Weitz | Call with M. Flanagan re: certain payroll payments; call with counsel re: same | 0.40 |
| 2/28/2024 | C. Hansen | Call with D. Greenblatt and counsel re: weekly update | 0.80 |
| | D. Greenblatt | Call with C. Hansen and counsel re: weekly update | 0.80 |
| 2/29/2024 | W. Weitz | Call with M. Flanagan re: treatment of certain donation amounts; calls with counsel re: same | 0.90 |

        SUBTOTAL:                                                                           [     11.30     6528.00]

### Employment/Fee Applications

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/5/2024 | M. Greene | Review and edit data for the January Fee Statement | 1.10 |
| 2/6/2024 | M. Greene | Edit time in the billing system for fee statement | 0.60 |
| | M. Greene | Edit time in the billing system for fee statement | 0.60 |
| | C. Hansen | Review time slips for accuracy; send back to M. Greene for updates | 0.80 |
| 2/8/2024 | M. Greene | Complete the January Fee Statement and exhibits | 0.30 |
| | C. Hansen | Review fee application and exhibits | 0.80 |
| 2/14/2024 | W. Weitz | Prepare first interim fee application | 3.50 |

        SUBTOTAL:                                                                           [     7.70     4071.00]

### Litigation

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/8/2024 | W. Weitz | Email correspondence with counsel re: information for UCC | 0.40 |
| | W. Weitz | Email correspondence with counsel re: certain information requests | 0.50 |
| 2/9/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG (UCC FA) re: discovery | 0.80 |
| | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG (UCC FA) re: discovery | 0.80 |
| | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG (UCC FA) re: discovery | 0.80 |
| 2/15/2024 | T. Anderson | Internal preparation call with T. Anderson, D. Greenblatt, W. Weitz & C. Hansen re: Creditor committee requests | 1.40 |
| | C. Hansen | Call with K. Kelleher regarding details and source of data in her MOR file to determine what is available to send as response to creditor committee requests | 0.90 |
| | C. Hansen | Internal preparation call with T. Anderson, D. Greenblatt, W. Weitz & C. Hansen re: Creditor committee requests | 1.40 |
| | C. Hansen | Review debtor's responses and objections to note what data needs to be provided; Research documents received to determine what is available for response | 2.10 |
| | D. Greenblatt | Internal preparation call with T. Anderson, D. Greenblatt, W. Weitz & C. Hansen re: Creditor committee requests | 1.40 |
| | W. Weitz | Internal preparation call with T. Anderson, D. Greenblatt, W. Weitz & C. Hansen re: Creditor committee requests | 1.40 |
| 2/16/2024 | C. Hansen | Meeting with D. Greenblatt, W. Weitz, C. Hansen and BRG re: the status of litigation requests | 0.30 |

|  |  |  | Hours |
|---|---|---|---|
| 2/16/2024 | D. Greenblatt | Call with BR & BRG re: weekly discovery update | 0.20 |
|  | D. Greenblatt | Meeting with D. Greenblatt, W. Weitz, C. Hansen and BRG re: the status of litigation requests | 0.30 |
|  | W. Weitz | Call with BR & BRG re: weekly discovery update | 0.20 |
|  | W. Weitz | Meeting with D. Greenblatt, W. Weitz, C. Hansen and BRG re: the status of litigation requests | 0.30 |
| 2/22/2024 | C. Hansen | Continue preparation analysis pursuant to BRG requests | 2.40 |
| 2/23/2024 | T. Anderson | Prepare requests for committee | 2.40 |
|  | C. Hansen | Review modified Jan MOR for production to BRG | 1.90 |
| 2/26/2024 | T. Anderson | Prepare requests for committee | 1.40 |
|  | SUBTOTAL: |  | [    21.30    11158.00] |

Monthly Operating Reports

|  |  |  | Hours |
|---|---|---|---|
| 2/2/2024 | T. Anderson | Prepare January MOR | 0.60 |
| 2/5/2024 | T. Anderson | Prepare professionals payments | 0.40 |
| 2/8/2024 | W. Weitz | Call with M. Flanagan re: MOR questions | 0.20 |
| 2/12/2024 | T. Anderson | Redact bank statements for MOR | 0.90 |
|  | T. Anderson | Continue preparation of January MOR | 2.00 |
|  | T. Anderson | Prepare January MOR | 2.00 |
|  | T. Anderson | Continue preparation of January MOR | 2.00 |
| 2/13/2024 | T. Anderson | Prepare January MOR | 1.20 |
|  |  | Respond to review of January MOR |  |
|  | C. Hansen | Review MOR workbook and related supporting documents | 2.10 |
| 2/14/2024 | T. Anderson | Calls with D. Greenblatt re: January 2024 MOR | 0.40 |
|  | T. Anderson | Respond to review of January MOR | 1.40 |
|  | C. Hansen | Review draft of MOR | 0.60 |
|  | D. Greenblatt | Calls with T. Anderson re: January 2024 MOR | 0.40 |
|  | D. Greenblatt | Review and prepare edits to January 2024 MOR | 2.20 |
| 2/15/2024 | T. Anderson | Respond to review of January MOR | 0.50 |
| 2/16/2024 | T. Anderson | Call with Management, T. Anderson, D. Greenblatt & C. Hansen re: review of MOR | 0.50 |
|  | T. Anderson | Update MOR with additional statements | 1.00 |
|  | C. Hansen | Call with Management, T. Anderson, D. Greenblatt & C. Hansen re: review of MOR | 0.50 |
|  | D. Greenblatt | Call with Management, T. Anderson, D. Greenblatt & C. Hansen re: review of MOR | 0.50 |
| 2/20/2024 | T. Anderson | Follow up on MOR finalization | 0.20 |
| 2/21/2024 | T. Anderson | Recalculate PTO payouts | 1.20 |
|  | D. Greenblatt | Finalize January 2024 MOR and send to client for final review | 1.10 |
|  | SUBTOTAL: |  | [    21.90    9976.50] |

GlassRatner Advisory & Capital Group LLC