PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [FEBRUARY 2024]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, (hereinafter "<u>FFWPR</u>"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for February

-1-

2024.  Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of February 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2024 through February 29, 2024 | $41,981.50 | $3.78 | $41,985.28 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $33,585.20 | $3.78 | $33,588.98 |

The itemized billing statement for the fees and costs billed is attached hereto as **Exhibit A**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: March 20, 2024

          FELDERSTEIN FITZGERALD
          WILLOUGHBY PASCUZZI & RIOS LLP

          By:*/s/ Paul J. Pascuzzi*
              PAUL J. PASCUZZI

          Attorneys for Debtor and Debtor in Possession
          The Roman Catholic Archbishop of San Francisco

-2-
FFWPR MONTHLY PROFESSIONAL FEE STATEMENT FOR FEBRUARY 2024
Case: 23-30564   Doc# 555   Filed: 03/20/24   Entered: 03/20/24 11:05:18   Page 2 of 19

Exhibit A

February 2024 Invoice

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: carneyp@sfarch.org

# Invoice 13258

| Date | Mar 14, 2024 |
|---|---|
| Terms | |
| Service Thru | Feb 29, 2024 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 02/01/2024 | TRP | **B310 - Claims Administration and Objections:** Telephone conference with Jeannie Kim regarding series of claims notice and revisions to 4 Proofs of Services (.4); draft email to B. Whittaker regarding edits (.4); telephone conference with B. Whittaker regarding series of claims notice and revisions to 4 Proofs of Services (.5); emails with J. Kim and B. Whittaker regarding preparation of detailed claims tracking spread sheets for survivor claims (.4). | 1.70 | $ 425.00/hr | $ 722.50 |
| 02/01/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to B. Weinstein re insurer stip on motion for relief from stay, revise stip re same (.2). Emails from and to A. Frankel re same (.2). Emails from and to J. Bair re insurer stip on motion for relief from stay (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/01/2024 | PJP | **B310 - Claims Administration and Objections:** Consider issues and emails from J. Kim, T. Phinney re claims register, Omni data collection from survivor claims, proof of service (.5). Emails from and to G. Lee re Arizona tax claim, email to M. Schlosser re same (.2). | 0.70 | $ 550.00/hr | $ 385.00 |
| 02/01/2024 | PJP | **L320 - Document Production:** Email to A. Cottrell, S. Gersten re assisting client on Committee document production issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/01/2024 | PJP | **B160 - Fee/Employment Applications:** Call with J. Blumberg re UST motion for fee examiner issues (.2). Email to client re status on same (.2). | 0.40 | $ 550.00/hr | $ 220.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/2024 | JER | **B210 - Business Operations:** Analysis and response to Client question regarding application of Ordinary Course Professionals Order. (.3). Email from Client regarding same. (.1) | 0.40 | $ 475.00/hr | $ 190.00 |
| 02/01/2024 | JER | **B240 - Tax Issues:** Analysis and response to Client inquiry regarding administration of pre-petition UBIT Taxes and penalties. (.3). Review emails regarding same. (.1) | 0.40 | $ 475.00/hr | $ 190.00 |
| 02/01/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Draft email to PJP with analysis of lease issues for motion to extend and schedules. (.5). Review PJP email with Client Team regarding same. (.1). Telephone call with P. Califano regarding proposed stipulation for extension with the Seminary. (.3). Telephone call with R. Charles regarding proposed extension with RPSC. (.2). Review and analysis of lease agreements. (.3) Revise proposed Stipulation with RPSC re lease extension. (.4) | 1.80 | $ 475.00/hr | $ 855.00 |
| 02/01/2024 | PJP | **B210 - Business Operations:** Emails from and to P. Carney re operations issues, review language in her draft response on operations issues (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/01/2024 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Review information regarding leases for extension of time to assume/reject issues, consider strategy re same (.5). Email to P. Carney, Fr. Summerhays re information needed (.3). Call from P. Gaspari re same (.2). | 1.00 | $ 550.00/hr | $ 550.00 |
| 02/02/2024 | ASK | **B320 - Plan and Disclosure Statement:** Revised Declarations regarding Mtn to Extend and Exclusivity period for Summerhays. | 0.40 | $ 0.00/hr | No Charge |
| 02/02/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Prepare Declaration of FR. Summerhays in support of Motion to Extend Deadline to Assume. (.1). Revise Motion to extend deadline to assume. (.8). Revise proposed order for Motion. (.4). Revise Stipulation with Seminary in support of Motion. (.2). Draft Declaration of JER in support of Motion. (.4) | 1.90 | $ 475.00/hr | $ 902.50 |
| 02/02/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Prepare Declaration of FR. Summerhays in support of Motion to Extend Plan exclusivity. | 0.40 | $ 475.00/hr | $ 190.00 |
| 02/03/2024 | PJP | **B210 - Business Operations:** Emails from and to Fr. Summerhays re business operations issues, consider strategy (.3). Call with Fr. Summerhays re same (.3). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/03/2024 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Email to J, Rios re lease extension motion (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/04/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Work on Motion to Extend Assumption deadline. (.3). Work on related Stipulations. (.3). Email to PJP regarding same. (.2) | 0.80 | $ 475.00/hr | $ 380.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to J. Bair re insurance motion for relief from stay stipulation (.2). Email to A. Frankel re same (.1). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/05/2024 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Review draft motion to extend the time to assume/reject leases, two draft stipulations, draft declaration, draft order (.4). Email to J. Rios re same (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/05/2024 | JER | **B320 - Plan and Disclosure Statement:** Draft Second Motion to Extend Exclusivity. | 1.50 | $ 475.00/hr | $ 712.50 |
| 02/05/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Email to Client Team regarding Second Motion to extend time to assume nonresidential real property leases and related issues. (.7). Email to Counsel for Seminary regarding proposed Stipulation to Extend. (.3). Telephone calls with PJP (.2). and Seminary counsel regarding same. (.4). | 1.60 | $ 475.00/hr | $ 760.00 |
| 02/06/2024 | TRP | **B310 - Claims Administration and Objections:** Telephone conference with B. Whittaker regarding claims register data format/parameters (.3); emails with B. Whittaker regarding claims notice proofs of service (.2). | 0.50 | $ 425.00/hr | $ 212.50 |
| 02/06/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for Committee counsel weekly update call (.3). Attend same (.3). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/06/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review pleadings on insurance stipulation, proposed order, email to A. Frankel re same (.3). Email to B Weinstein re insurance issues (.2). | 0.50 | $ 550.00/hr | $ 275.00 |
| 02/06/2024 | PJP | **B310 - Claims Administration and Objections:** Review Rockville Centre appeal brief re claim objections, consider issues re same (.3). (shared). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/06/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination call, review task list updates (.3). Attend same (.5). | 0.80 | $ 550.00/hr | $ 440.00 |
| 02/06/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Emails with R. Charles for RPSC re proposed Stipulation to extension of time re lease assumption. (.2). Emails and telephone calls with counsel for Seminary to address proposed Stipulation regarding same. (.5). Address issues related to interest in Seminary for Archbishop's residence with PJP. (.3). Review and address proposed revisions to Stipulation with Seminary. (.5). Finalize Stipulation with Seminary and email regarding same. (.2) | 1.70 | $ 475.00/hr | $ 807.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/2024 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Consider issues on lease extension motion matters (.5). Call with P. Carney re same (.2). Emails from and to J. Rios, P. Califano re same (.2). Review P. Califano changes to Seminary stipulation, revise same, email to P. Califano, J. Rios re same (.3). | 1.20 | $ 550.00/hr | $ 660.00 |
| 02/06/2024 | PJP | **B310 - Claims Administration and Objections:** Conference with B. Jennings re survivor claim filing and call from survivor (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/06/2024 | PJP | **B320 - Plan and Disclosure Statement:** Review and revise exclusivity motion, comments to J. Rios (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/06/2024 | JER | **B320 - Plan and Disclosure Statement:** Draft Motion to Extend Plan Exclusivity. (.8). Draft Declaration in support of Motion. (.6). Revise Motion. (.2). Emails to PJP and SMRH regarding Motion. (.4) | 2.00 | $ 475.00/hr | $ 950.00 |
| 02/07/2024 | TRP | **B310 - Claims Administration and Objections:** Review draft sealed and unsealed Proof of Services regarding claims notices (.6); draft detailed email to B. Whitaker regarding proposed revisions (.3). | 0.90 | $ 425.00/hr | $ 382.50 |
| 02/07/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to client team re hearing on insurer motion for relief from stay likely off calendar (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/07/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from P. Califano re creditor issues (St. Patricks)(.4). | 0.40 | $ 550.00/hr | $ 220.00 |
| 02/07/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Follow up re finalizing Stipulation with Seminary re Motion to Extend Lease Assumption. (.2). Follow up with RPSC regarding Stipulation re Motion to Extend. Finalize and email RPSC Stipulation. (.3). Telephone call with Fr. Summerhays regarding motion. (.1) Revise Motion to Extend and supporting Declaration to conform to Seminary changes. (.5). Review and revise NOH in support of Motion. (.2). Revise JER Declaration in support of Motion. (.1) | 1.40 | $ 475.00/hr | $ 665.00 |
| 02/07/2024 | JER | **B320 - Plan and Disclosure Statement:** Email with ADSF Team regarding Motion to Extend Plan Exclusivity. (.2). Email with SMRH regarding same. (.2). Further email with ADSF Team regarding Motion. (.2) | 0.60 | $ 475.00/hr | $ 285.00 |
| 02/07/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Email with Client Team re Motion to Extend Lease Assumption. | 0.40 | $ 475.00/hr | $ 190.00 |
| 02/07/2024 | PJP | **L320 - Document Production:** Prepare for call with A. Cottrell, O. Katz, A. Martin re Committee document production issues (.2). Attend call re same (.8). Review emails from A. Cottrell re Committee document production, B. Riley and BRG meeting, insurer document requests, email to A. Cottrell re same (.2). | 1.20 | $ 550.00/hr | $ 660.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/07/2024 | BJ | **B160 - Fee/Employment Applications:** Review and categorize for task billing Weinstein & Numbers invoice in preparation for January 2024 Monthly Fee Statement. | 0.60 | $ 105.00/hr | $ 63.00 |
| 02/07/2024 | BJ | **B160 - Fee/Employment Applications:** Prepare Weinstein & Numbers January 2024 Monthly Fee Statement. | 0.60 | $ 105.00/hr | $ 63.00 |
| 02/07/2024 | ASK | **B410 - General Bankruptcy Advice/Opinions:** Revise Weinstein and Numbers fee application with January fees. | 0.90 | $ 105.00/hr | $ 94.50 |
| 02/07/2024 | PJP | **B185 - Assumption/Rejection of Leases and Contracts:** Review revised motion to extend time for assumption/rejection of leases, call with J. Rios re same (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/08/2024 | PJP | **L320 - Document Production:** Call with P. Gaspari re insurer discovery (.2). Email to B. Weinstein, P. Carney, A. Cottrell, P. Gaspari re insurer discovery process, review (.3). Review draft response to stage 2 discovery from A. Cottrell (1.1). Emails re call with RPSC and CASC counsel re discovery issues, call with RPSC counsel on RPSC discovery issues, insurer discovery issues (.2). | 1.80 | $ 550.00/hr | $ 990.00 |
| 02/08/2024 | PJP | **B210 - Business Operations:** Call with W. Weitz re City National claim re CD to secure letter of credit (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/08/2024 | JER | **B320 - Plan and Disclosure Statement:** Review motion to extend Plan Exclusivity to address SMRH comments and emails regarding same. (.2). Draft Notice of Hearing. (.3). Finalize Motion and direct filing and service. (.2) | 0.70 | $ 475.00/hr | $ 332.50 |
| 02/08/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Finalize Motion regarding extension for lease assumption and direct filing and service. | 0.50 | $ 475.00/hr | $ 237.50 |
| 02/08/2024 | PJP | **B210 - Business Operations:** Emails from and to Fr. Summerhays re superintendent hiring issues (.2). Further emails to and from Fr. Summerhays and P. Carney re same (.2). Further emails to and from Fr. Summerhays and P. Carney re same (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/08/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from R. Harris re high school claims, consider issues, email to P. Gaspari re same (.3). Call from B. Lewis re same (.2). | 0.50 | $ 550.00/hr | $ 275.00 |
| 02/08/2024 | PJP | **B320 - Plan and Disclosure Statement:** Review order denying Syracuse Diocese disclosure statement re potential issues for future reference (.1). (shared). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/09/2024 | TRP | **B310 - Claims Administration and Objections:** Review revised version of Proofs of Service for Claims Bar Date Notice (.3); direct filing of sealed and unsealed versions (.1); emails with Geoff Miller regarding insurer access to survivor Proofs of Claim (.1). | 0.50 | $ 425.00/hr | $ 212.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/2024 | PJP | **L320 - Document Production:** Emails from A. Cottrell re Committee document production issues (.2). Emails to and from A. Cottrell, P. Gaspari, P. Carney, S. Gersten re response to Committee document requests stage 2 (.2). Call to A. Cottrell re same (.1). Review letter from W. Smith re three high schools and Committee discovery requests, emails from and to A. Cottrell, P. Carney, S. Gersten (.2). Call with R. Charles re RPSC real property records issues (.2). | 0.90 | $ 550.00/hr | $ 495.00 |
| 02/09/2024 | PJP | **B310 - Claims Administration and Objections:** Call from R. Harris re claims issues (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/09/2024 | PJP | **B160 - Fee/Employment Applications:** Draft status of case section for first interim fee applications (.7). | 0.70 | $ 550.00/hr | $ 385.00 |
| 02/09/2024 | ASK | **B310 - Claims Administration and Objections:** File redacted and sealed Proofs of Service regarding claims. | 0.30 | $ 0.00/hr | No Charge |
| 02/09/2024 | ASK | **B320 - Plan and Disclosure Statement:** Draft, finalize and file amended notice regarding extension motions. | 0.50 | $ 105.00/hr | $ 52.50 |
| 02/09/2024 | BJ | **B310 - Claims Administration and Objections:** Organize and download claims from Omni. | 0.40 | $ 105.00/hr | $ 42.00 |
| 02/09/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from Omni and J. Kim re issues on claims register and report on filing of survivor claims (.2). Consider issues on proofs of service from Omni for claims bar date notices (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 02/09/2024 | JER | **B210 - Business Operations:** Review and analysis of proposed payment of expenses related to retired priests. (.2). Emails with ADSF Team and PJP regarding same. (.4) | 0.60 | $ 475.00/hr | $ 285.00 |
| 02/09/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review Amended Notice of Hearing re Motion to Extend Assumption Deadline. | 0.20 | $ 0.00/hr | No Charge |
| 02/09/2024 | JER | **B320 - Plan and Disclosure Statement:** Review Amended Notice of Hearing re Motion to Extend Exclusivity. | 0.20 | $ 0.00/hr | No Charge |
| 02/09/2024 | PJP | **B310 - Claims Administration and Objections:** Call from Fr. Summerhays re attempt to serve complaint on RCASF (.1). Review email from P. Marlow re same, email from P. Carney (.2). Review complaint and email to client team re same (.2). Email to B. Whitaker and J. Kim re immediate service of notice of claims deadline (.2). | 0.70 | $ 550.00/hr | $ 385.00 |
| 02/09/2024 | PJP | **B210 - Business Operations:** Emails from and to J. Rios re operations questions from client (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/09/2024 | PJP | **B190 - Other Contested Matters:** Call with O. Katz re case management issues (.1). | 0.10 | $ 550.00/hr | $ 55.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/10/2024 | PJP | **L320 - Document Production:** Email to A. Cottrell re gathering data for Committee document production (.2). Emails from S. Gersten to Committee counsel re stage two responses and production (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 02/12/2024 | TRP | **B310 - Claims Administration and Objections:** Draft email to G. Miller regarding Travelers Proof of Claim Confidentiality Agreement. | 0.60 | $ 425.00/hr | $ 255.00 |
| 02/12/2024 | PJP | **B160 - Fee/Employment Applications:** Call from and to, and email from P. Deutch re Omni first interim fee application (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/12/2024 | PJP | **L320 - Document Production:** Prepare for call on Committee discovery with client team (.2). Attend same (.7). Emails from and to M. Weiss re clarification on protective order signature, review order and stipulation from Santa Rosa re M. Weiss proposal for clarification (.3). Email to B. Michael re committee position (.2). Prepare for call re insurer discovery requests (.2). Attend same with client team, A. Cottrell, S. Gersten (.5). Attend call with S. Gersten, R. Charles re document production issues (.2). | 2.30 | $ 550.00/hr | $ 1,265.00 |
| 02/13/2024 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell re Committee document production issues (.1). Consider issues on request to be added to protective order by insurers and signature requirement (.3). Email to B. Michael, email to M. Weiss re same (.2). Email to A. Cottrell, O. Katz, S. Gersten re Committee call issues (.1). Attend call with counsel for RPSC and CASC re Committee document requests (.7). Review long email from Committee counsel re document production and Committee requests issues, consider strategy (.2). | 1.60 | $ 550.00/hr | $ 880.00 |
| 02/13/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly update call with Committee counsel (.5). Attend same (.8). | 1.30 | $ 550.00/hr | $ 715.00 |
| 02/13/2024 | PJP | **B160 - Fee/Employment Applications:** Review UST fee examiner motion re hourly rates of candidates, email to J. Blumberg re call re examiner selection (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/13/2024 | PJP | **B210 - Business Operations:** Emails from and to P. Carney, P. Gaspari re operations issues (.2). Call from P. Gaspari re same (.1). Call from P. Carney re board issues (.1). Call from W. Weitz re business issues (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/13/2024 | BJ | **B160 - Fee/Employment Applications:** Prepare Weintraub Tobin February Monthly Fee Statement. | 1.30 | $ 105.00/hr | $ 136.50 |
| 02/14/2024 | ASK | **B160 - Fee/Employment Applications:** Revise FFWPR Fee App with January 2024 fees and expenses (.8); revise Weintraub Fee App with January 2024 fees and expenses (1.2) | 2.00 | $ 105.00/hr | $ 210.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/14/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to P. Gaspari re new lawsuit served and auto stay issues (.1). Review City National Bank motion for relief from stay, email to client re strategy (.3). Emails to and from bank counsel re same (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/14/2024 | PJP | **B190 - Other Contested Matters:** Review professionals task chart, organize tasks, prepare for professionals call (.3). Attend same (.7) | 1.00 | $ 550.00/hr | $ 550.00 |
| 02/14/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to P. Carney, Fr. Summerhays, P. Gaspari, B. Weinstein re mediators and other case strategy (.5). | 0.50 | $ 550.00/hr | $ 275.00 |
| 02/14/2024 | PJP | **B310 - Claims Administration and Objections:** Email to R. Harris re co-defendant status (.2). Email to P. Califano re co-defendant status (.2). Email to and from L. Linsky re co-defendant status (.2). Email to R. Charles re co-defendant status (.1). | 0.70 | $ 550.00/hr | $ 385.00 |
| 02/14/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from and to W. Weitz, O. Katz re first interim fee applications (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/15/2024 | PJP | **B160 - Fee/Employment Applications:** Review status of professionals monthly fee statements, emails re same (.2). Emails from and to P. Deutch re Omni first interim fee application, review same (.3). Call with UST and B. Michael re fee examiners, notes to file (.3). | 0.80 | $ 550.00/hr | $ 440.00 |
| 02/15/2024 | PJP | **B310 - Claims Administration and Objections:** Email from and to D. Azman re co-defendant claims (.1). Email to P. Gaspari re co-defendants list (.1). Email to and from R. Michelson re co-defendants (.1). Consider strategy on abuse claims issues (.3). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/15/2024 | PJP | **L320 - Document Production:** Emails to and from A. Cottrell re document production issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/15/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails to and from client team re upcoming hearings issues and attendance (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/15/2024 | ASK | **B160 - Fee/Employment Applications:** Draft declarations for FFWPR fee app, Weinstein fee app and Weintraub fee app. Review and edit all fee app documents. | 5.50 | $ 105.00/hr | $ 577.50 |
| 02/15/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with F. Elsaesser re case status (.6). Call with R. Charles re case status (.3). | 0.90 | $ 550.00/hr | $ 495.00 |
| 02/15/2024 | BJ | **B160 - Fee/Employment Applications:** Review and finalize B. Riley February Monthly Fee Statement. | 0.60 | $ 105.00/hr | $ 63.00 |
| 02/15/2024 | BJ | **B160 - Fee/Employment Applications:** Prepare Weinstein & Numbers February Monthly Fee Statement. | 1.00 | $ 105.00/hr | $ 105.00 |
| 02/15/2024 | BJ | **B160 - Fee/Employment Applications:** Prepare Omni Agent Solutions' February Monthly Fee Statement. | 1.20 | $ 105.00/hr | $ 126.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/15/2024 | BJ | **B160 - Fee/Employment Applications:** Review and revise Omni Agent Solutions' February Monthly Fee Statement. | 0.30 | $ 105.00/hr | $ 31.50 |
| 02/15/2024 | BJ | **B160 - Fee/Employment Applications:** Review and revise Weinstein & Numbers February Monthly Fee Statement. | 0.20 | $ 105.00/hr | $ 21.00 |
| 02/16/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to L. Linsky re co-defendant status (.2). Call from R. Harris re case issues for his clients (.2). Call from D. Egan re case status (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/16/2024 | PJP | **B160 - Fee/Employment Applications:** Email to P. Carney, M. Flanagan, B. Weinstein re Committees insurance counsel fee notice (.1). Emails from and to W. Weitz, O. Katz re B. Riley first interim fee app (.2). Review and revise Omni draft fee application and declaration (.3). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/16/2024 | PJP | **L320 - Document Production:** Emails from and to L. Linsky and to A. Cottrell re document production issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/16/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise City National Bank motion for relief from stay order, emails to and from J. Crastz re same (.3). Email to B. Michael re Committee position on same (.2). | 0.50 | $ 550.00/hr | $ 275.00 |
| 02/16/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from M. Stewart re US Bank claims re pension plans, consider issues, email to O. Katz re same (.3). Emails to and from J. Kim, B. Whitaker re survivor claims report (.2). | 0.50 | $ 550.00/hr | $ 275.00 |
| 02/16/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with P. Gaspari re mediators (.1). Call with B. Weinstein re mediation issues (.2). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/16/2024 | BJ | **B160 - Fee/Employment Applications:** Review and revise the 1st interim fee applications and declarations for FFWPR; Weintraub; and Weinstein & Numbers. | 4.10 | $ 105.00/hr | $ 430.50 |
| 02/17/2024 | PJP | **B160 - Fee/Employment Applications:** Review and revise B. Riley fee application, Weitz declaration and Summerhays declaration (.4). Email to W. Weitz re same (.1). Draft email to Fr. Summerhays, P. Carney re B. Riley fee application approval (.2). Review and revise W&N fee application, declarations (1.0). Email to B. Weinstein re review of first interim fee app (.2). Review and revise Weintraub fee app, declarations (.9). Review and revise FFWPR fee app, declarations (.5). Email to P. Deutch re Omni fee app (.1). Attention to omnibus notice of hearing for first interim fee applications (.1). | 3.50 | $ 550.00/hr | $ 1,925.00 |
| 02/17/2024 | DP | **B160 - Fee/Employment Applications:** Review and revise numbers for Weinstein's First Interim Fee Application. | 0.70 | $ 125.00/hr | $ 87.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/18/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from and to P. Deutch re Omni first interim fee app (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/18/2024 | DP | **B160 - Fee/Employment Applications:** Review FFWPR's fee application and PJP declaration. | 1.00 | $ 125.00/hr | $ 125.00 |
| 02/19/2024 | PJP | **B160 - Fee/Employment Applications:** Email to Fr. Summerhays, P. Carney re FFWPR first interim fee application review and approval (.1). Email to Fr. Summerhays, P. Carney re Omni first interim fee application review and approval (.1). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/19/2024 | PJP | **B320 - Plan and Disclosure Statement:** Listen to Camden plan confirmation hearing audio re case issues (shared) (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/19/2024 | PJP | **B310 - Claims Administration and Objections:** Email to B. Whitaker at Omni re survivor claims update (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/19/2024 | PJP | **B190 - Other Contested Matters:** Consider issues on drafting motion to appoint mediators, emails to and from J. Rios re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/20/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from and to W. Weitz re B. Riley January fee notice, first interim fee application status (.1). Review revised Weintraub fee application re hourly rate issue, review omnibus notice, consider issues on objection deadline and interim procedures order 21 day opposition requirement (.3). | 0.40 | $ 550.00/hr | $ 220.00 |
| 02/20/2024 | ASK | **B160 - Fee/Employment Applications:** Draft Omnibus notice, revise Weintraub fee application with corrected rates. | 2.00 | $ 105.00/hr | $ 210.00 |
| 02/20/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly call with Committee counsel (.3). Attend same (.7) | 1.00 | $ 550.00/hr | $ 550.00 |
| 02/20/2024 | PJP | **B310 - Claims Administration and Objections:** Email from W. Weitz re survivor claims, email to P. Gaspari, D. Zamora, P. Carney re same (.2). Call from J. Kim re Omni claims reports, access issues, claims issues (.2). Email from D. Zamora re additional lawsuit issue, consider issues (.2). Call from R. Michelson re attempts to file claim, lack of verification or response on same (.2). Email to B. Whitaker re same (.1). | 0.90 | $ 550.00/hr | $ 495.00 |
| 02/20/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Draft email to insurers for client team review re mediators (.9). | 0.90 | $ 550.00/hr | $ 495.00 |
| 02/20/2024 | BJ | **B160 - Fee/Employment Applications:** Finalize, file and serve all February Monthly Fee Statements. | 2.00 | $ 0.00/hr | No Charge |
| 02/21/2024 | PJP | **B160 - Fee/Employment Applications:** Email to B. Michael re schedule for first interim fee applications (.1). Email from and to P. Gaspari re Weintraub fee application review (.3). Email to Fr. Summerhays re approval of Weintraub fee application (.1). Emails to and from B. Weinstein re review of Weinstein fee application (.2). Call with B. Weinstein re W&N first interim fee application (.2). Email to C. Yeo, B. Jennings re same (.1). | 1.00 | $ 550.00/hr | $ 550.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/21/2024 | PJP | **B310 - Claims Administration and Objections:** Email from and to creditor re claim filing issue, email to B. Whitaker, J. Kim re same (.2). Call from D. Zamora re claims access (.2). Email to B. Weinstein re claims access, confi agreement (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/21/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call, review checklist task chart (.3). Attend call re same (.5). | 0.80 | $ 550.00/hr | $ 440.00 |
| 02/21/2024 | BJ | **B310 - Claims Administration and Objections:** Organize and download survivor claims received from Omni Agent Solutions. | 1.20 | $ 105.00/hr | $ 126.00 |
| 02/21/2024 | JER | **B190 - Other Contested Matters:** Work on preparation of Motion to Refer case to Mediation. | 0.30 | $ 475.00/hr | $ 142.50 |
| 02/22/2024 | TRP | **B310 - Claims Administration and Objections:** Review Marlow declaration regarding claims bar date noticing (.5); draft email to A Martin regarding same (.1). | 0.60 | $ 425.00/hr | $ 255.00 |
| 02/22/2024 | PJP | **B160 - Fee/Employment Applications:** Email to P. Carney, client team re Committee monthly fee notices, Omni fee notice (.2). Review revised Weintraub first interim fee application, Gaspari declaration for missing information (.2). Review and revise omnibus notice of debtor professionals fee applications (.2). Review UST filing re fee examiner, email to B. Michaels re same, email to P Carney, Fr. Summerhays re same (.3). | 0.90 | $ 550.00/hr | $ 495.00 |
| 02/22/2024 | JER | **B160 - Fee/Employment Applications:** Respond to Client inquiry regarding application of OCP Order (.2) and review emails regarding same (.2). | 0.40 | $ 475.00/hr | $ 190.00 |
| 02/22/2024 | PJP | **L320 - Document Production:** Emails from and to O. Katz, A. Cottrell re Committee Rule 2004 seeking BPM audit files (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/23/2024 | TRP | **B310 - Claims Administration and Objections:** Draft email reply to B. Whittaker regarding 4 filed Proofs of Service for claims notices. | 0.20 | $ 425.00/hr | $ 85.00 |
| 02/23/2024 | TRP | **B310 - Claims Administration and Objections:** Email with M. Norton and J. Kim regarding Lloyds Proof of Claim consent. | 0.10 | $ 425.00/hr | $ 42.50 |
| 02/23/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from O, Katz re case status, strategy and issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/23/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from P. Carney, to B. Michaels re fee examiner selection (.2). Emails from and to B. Michaels re same (.1). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/23/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Email to all insurer counsel re mediation and mediators (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/23/2024 | PJP | **L320 - Document Production:** Attend call with Committee, A. Cottrell, CASC lawyer re document production issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/23/2024 | BJ | **B160 - Fee/Employment Applications:** Review Weinstein fee application and declaration (.2); numerous telephone calls with Chuck Yeo and Barry Weinstein (.3) ; finalize fee application and declaration (1.9). | 2.40 | $ 105.00/hr | $ 252.00 |
| 02/24/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to insurer counsel re confidentiality agreement (.1). Emails to and from J. Kim re final version of same (.1). Email to and from certain insurers re access to claims, email to J. Kim re same (.1). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/24/2024 | PJP | **B160 - Fee/Employment Applications:** Review revised Weinstein & Numbers fee application and declaration, email to B. Jennings re same (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/26/2024 | BJ | **B160 - Fee/Employment Applications:** Review, revise and finalize all 1st interim applications and declaration and prepare for filing with the court. | 3.00 | $ 0.00/hr | No Charge |
| 02/26/2024 | JER | **B320 - Plan and Disclosure Statement:** Check and confirm no objections filed to Motion to Extend Plan Exclusivity and email to PJP regarding preparation of status report. | 0.20 | $ 475.00/hr | $ 95.00 |
| 02/26/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Check and confirm no objections filed to Motion to Extend time to assume nonresidential leases and email to PJP regarding preparation of status report. | 0.20 | $ 475.00/hr | $ 95.00 |
| 02/27/2024 | PJP | **B110 - Case Administration:** Email to B. Whittaker re updated limited service list (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/27/2024 | PJP | **L320 - Document Production:** Emails from and to L. Linsky re Sacred Heart document production issues (.1). Email to A. Cottrell, S. Gersten re same (.1). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/27/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Emails with PJP regarding status report on motion to extend assumption deadlines. | 0.10 | $ 475.00/hr | $ 47.50 |
| 02/27/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to B. Michaels re City National relief from stay (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/27/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to K. Debski re claim filing issues, review B. Whitaker re Omni response (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/27/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with P. Gaspari re mediators (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/28/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from D. Zamora re automatic stay issue, review materials re analysis of same, email to D. Zamora (.3). Email from A. Martin re relief from stay issue on demands from plaintiffs, consider issues (.2). Call to B. Weinstein re demands from plaintiffs issues (.1). | 0.60 | $ 550.00/hr | $ 330.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/28/2024 | PJP | **B160 - Fee/Employment Applications:** Review revised omnibus notice, emails from and to B. Jennings re status of filing and completion of all professionals first interim fee applications (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/28/2024 | PJP | **B310 - Claims Administration and Objections:** Email from B. Whitaker re survivor claims input into system and claims register, emails with staff re downloading same (.2). Review emails from client team re late claim, email from B. Whitaker re Omni report on same (.2). Call with B. Whitaker re claims register status, survivor claim detail status, late claimant issue (.3). Further emails with B. Whitaker re claims register and claims information (.2). | 0.90 | $ 550.00/hr | $ 495.00 |
| 02/28/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Call from P. Gaspari re mediators (.1). Call to H. Winsburg re mediators issues (.2). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/28/2024 | ASK | **B310 - Claims Administration and Objections:** Manage files of additional claims. | 0.30 | $ 105.00/hr | $ 31.50 |
| 02/28/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination call, review task list chart and status (.3). Attend call re same (.8). | 1.10 | $ 550.00/hr | $ 605.00 |
| 02/28/2024 | PJP | **B110 - Case Administration:** Emails from and to L. Parada re hearing dates, emails to and from B. Michael re same, emails to and from O. Katz, J. Kim re same (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 02/28/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails to and from client team re status and strategy call (.2). Draft agenda for same (.5). | 0.70 | $ 550.00/hr | $ 385.00 |
| 02/29/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to client team re client status call (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/29/2024 | ASK | **B160 - Fee/Employment Applications:** File fee apps and send for service. | 0.70 | $ 105.00/hr | $ 73.50 |
| 02/29/2024 | PJP | **B160 - Fee/Employment Applications:** Review order appointing fee examiner (.2). Call from E. Frejka re fee examiner process (.3). Email to O. Katz, A. Martin re same (.1). | 0.60 | $ 550.00/hr | $ 330.00 |
| 02/29/2024 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re business operations issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 02/29/2024 | PJP | **B310 - Claims Administration and Objections:** Review claims register re survivor and non-survivor claims summary (.5). | 0.50 | $ 550.00/hr | $ 275.00 |
| 02/29/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from J. Stang re Committee position on mediator (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 02/29/2024 | JER | **B190 - Other Contested Matters:** Prepare motion to compel mediaton. | 0.50 | $ 475.00/hr | $ 237.50 |
| 02/29/2024 | JER | **B230 - Financing/Cash Collections:** Review and address emails with M. Flanagan and PJP regarding Debtor Cards and MOR's. | 0.10 | $ 475.00/hr | $ 47.50 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 02/01/2024 | FA | Postage - January 2024 | $ 3.78 |

|  | |
|---|---|
| Total Hours | 108.30 hrs |
| Total Biller | $ 41,981.50 |
| Total Expenses | $ 3.78 |
| Total Invoice Amount | $ 41,985.28 |
| Previous Balance | $ 126,162.41 |
| 03/14/2024  Payment - Trust Account<br>Payment transferred from Trust | ($29,504.80) |
| **Balance (Amount Due)** | **$ 138,642.89** |

**Trust Account Summary**

**Billing Period: 02/01/2024 - 03/14/2024**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | |
|---|---|---|---|
| $29,504.80 | $29,504.80 | $0.00 | |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 03/12/2024 | Received From-Archdiocese of San Francisco | $29,504.80 | | $29,504.80 |
| 03/14/2024 | Applied to invoice #13162 | | $29,504.80 | $0.00 |

**User Hours Summary**

**Billing Period: 02/01/2024 - 02/29/2024**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 51.10 | $ 550.00 | $ 28,105.00 |
| Jake E Rios | 18.50 | $ 475.00 | $ 8,787.50 |
| Jake E Rios | 0.40 | $ 475.00 | $ 0.00 |
| Denise Pascuzzi | 1.70 | $ 125.00 | $ 212.50 |
| Thomas R Phinney | 5.10 | $ 425.00 | $ 2,167.50 |
| Allison Kieser | 11.90 | $ 105.00 | $ 1,249.50 |
| Allison Kieser | 0.70 | $ 105.00 | $ 0.00 |
| Brenda Jennings | 13.90 | $ 105.00 | $ 1,459.50 |
| Brenda Jennings | 5.00 | $ 105.00 | $ 0.00 |