1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7

8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
10     Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:    (415) 434-9100
12 Facsimile:    (415) 434-3947
   Email:        okatz@sheppardmullin.com
13               amartin@sheppardmullin.com

14 Attorneys for The Roman Catholic Archbishop of
   San Francisco
15

16              UNITED STATES BANKRUPTCY COURT

17    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18 | In re                                | Case No. 23-30564
19 |                                      |
   | THE ROMAN CATHOLIC ARCHBISHOP        | Chapter 11
20 | OF SAN FRANCISCO,                    |
   |                                      | **MONTHLY PROFESSIONAL FEE**
21 |              Debtor and              | **STATEMENT FOR WEINTRAUB TOBIN**
   |              Debtor in Possession.   | **[FEBRUARY 2024]**
22 |                                      |

23

24 **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

25        **NOTICE IS HEREBY GIVEN** that Weintraub Tobin Chediak Coleman Grodin, Law

26 Corporation, (hereinafter "Weintraub"), special litigation attorneys for debtor and debtor in

27 possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional

28 Fee Statements for the month of February 2024.  Pursuant to the Order Establishing Procedures and

Case: 23-30564    Doc# 556    Filed: 03/20/24    Entered: 03/20/24 11:20:29    Page 1 of 34

Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of February 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2024, through February 29, 2024 | $32,795.00 | $142.69 | $32,937.69 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $26,236.00 | $142.69 | $26,378.69 |

Attached hereto as ***Exhibit A*** is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of Weintraub's fees incurred during the period of February 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub

///
///
///
///
///

Case: 23-30564    Doc# 556    Filed: 03/20/24    Entered: 03/20/24 11:20:29    Page 2 of 34

within 14 days from the date of service of this Statement.

Dated: March 20, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: March 20, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:      /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services**
**for the Period of February 2024**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Paul E. Gaspari | Shareholder | $485 | 11.30 | $5,480.50 |
| Paul E. Gaspari | Shareholder | $465 | 0.80 | $372.00 |
| Daniel C. Zamora | Shareholder | $475 | 1.90 | $902.50 |
| Benjamin J. Lewis | Associate | $450 | 15.80 | $7,110.00 |
| Alexa K. Horner | Associate | $375 | 41.80 | $15,675.00 |
| Alexa K. Horner | Associate | $0 | 0.40 | $0.00 |
| Jacqueline M. Simonovich | Associate | $375 | 2.50 | $937.50 |
| Monica Silver | Associate | $375 | 5.10 | $1,912.50 |
| Brian Gonzaga | Paralegal | $225 | 1.80 | $405.00 |
| **TOTAL** | | | **81.40** | **$32,795.00** |

Case: 23-30564    Doc# 556    Filed: 03/20/24    Entered: 03/20/24 11:20:20    Page 4 of 34

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of February 2024**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Case Administration | 40.00 | $15,551.00 |
| Assumption/Rejection-Leases/Contracts | 0.30 | $139.50 |
| Other Contested Matters | 2.80 | $1,358.00 |
| Business Operations | 0.90 | $436.50 |
| Claims Admin/Objections | 1.60 | $776.00 |
| Fact Investigation/Development Review/Revise | 5.20 | $2,340.00 |
| Analysis/Strategy-Draft/Revise | 0.90 | $405.00 |
| Document/File Management-Draft/Revise | 0.50 | $112.50 |
| Document/File Management-Review/Analyze | 1.30 | $292.50 |
| Settlement/ADR-Plan and Prepare for | 3.50 | $1,312.50 |
| Settlement/ADR-Review/Analyze | 1.60 | $600.00 |
| Other-Communicate w/Client | 0.20 | $90.00 |
| Other-Communicate w/Other Counsel | 1.00 | $450.00 |
| Pleadings-Review/Analyze | 0.40 | $190.00 |
| Pleadings-Communicate w/Other Counsel | 4.70 | $2,132.50 |
| Written Discovery-Communicate w/Client | 0.80 | $380.00 |
| **TOTAL** | **65.70** | **$26,566.00** |

**Litigation**

| Litigation | Hours | Amount |
|---|---|---|
| **TOTAL** | **15.70** | **$6,229.00** |
| **GRAND TOTAL** | **81.40** | **$32,795.00** |

Case: 23-30564    Doc# 556    Filed: 03/20/24    Entered: 03/20/24 11:20:20    Page 5 of 34

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Attorney Services/Filing Fees | $119.35 |
| Federal Express | 23.34 |
| **TOTAL** | **$142.69** |

**Exhibit D**

**Weintraub Invoices**

Case: 23-30564    Doc# 556    Filed: 03/20/24    Entered: 03/20/24 11:20:29    Page 7 of
34



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

March 04, 2024
Client:        150363

For Professional Services Rendered Through February 29, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000000 | General matters | 98476643 | $1,616.50 | $0.00 | $1,616.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,747.00 |
| Current Charges | $1,616.50 |
| Less Retainer Applied | $1,381.20 |
| **Balance Due:** | **$3,982.30** |

| | |
|---|---|
| **Retainer Balance** | **$146,880.81** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

March 04, 2024
Client:            150363
Matter:            000000
Invoice #:     98476643

Page:                    1

RE:  General matters

For Professional Services Rendered Through February 29, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/15/2024 | PEG | Review of memorandum from Paula Carney; review of National Catholic endorsement and reinstatement provisions. [B200 - B210](0.50) | 0.50 | $242.50 |
| 2/20/2024 | PEG | Call with Paula Carney and Barry Weinstein regarding National Catholic endorsement to CGL policy. [B200 - B210](0.40) | 0.40 | $194.00 |
| 2/23/2024 | JMS | Drafted list re status of priest and lay person files requested from client and additional files to be requested. [L110 - A103](2.50) | 2.50 | $937.50 |
| 2/28/2024 | PEG | Prepare audit response letters. [B200 - B210](0.50) | 0.50 | $242.50 |
| | | Total Services | 3.90 | $1,616.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 1.40 | $485.00 | $679.00 |
| JMS | Jacqueline M. Simonovich | ASSOCIATE | 2.50 | $375.00 | $937.50 |

Total Fees to Date:              $955,568.50

The Archdiocese of San Francisco

RE: General matters

March 04, 2024
Client:       150363
Matter:       000000
Invoice #:    98476643

Page:              2

| | |
|---|---|
| Total Disbursements to Date: | $31,931.80 |
| Total to Date: | $987,500.30 |

| | |
|---|---|
| Previous Balance | $3,747.00 |
| Current Charges | $1,616.50 |
| Less Retainer Applied | $1,381.20 |
| **Balance Due** | **$3,982.30** |

| | |
|---|---|
| **Retainer Balance** | **$146,880.81** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B200 | Business Operations | 1.40 | $679.00 |
| L110 | Fact Investigation/Development - Draft/Revise | 2.50 | $937.50 |
| | **Total Hours** | **3.90** | |
| | **Total Fees:** | | **$1,616.50** |

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2024
Client:          150363

For Professional Services Rendered Through February 29, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000640 | ███████████ | 98476644 | $225.00 | $0.00 | $225.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $225.00 |
| **Balance Due:** | **$225.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2024
Client:      150363
Matter:     000640
Invoice #:   98476644

Page:        1

RE: ████████████

For Professional Services Rendered Through February 29, 2024

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/6/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding request to amend notice and acknowledgement and automatic stay. [L190 - A107](0.20) | 0.20 | $90.00 |
| 2/20/2024 | BJLE | Review of documents from Plaintiff's counsel sent to pastor of St. Thomas the Apostle. Exchange of emails with Paul Pascuzzi regarding response in light of the stay. [L210 - A107](0.30) | 0.30 | $135.00 |
| | | Total Services | 0.50 | $225.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------------------|-----------|-------|---------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.50 | $450.00 | $225.00 |

| | |
|---|---|
| Total Fees to Date: | $1,054.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $1,054.00 |

The Archdiocese of San Francisco

RE: ███████████

March 04, 2024
Client:         150363
Matter:         000640
Invoice #:   98476644

Page:                    2

| | | |
|---|---|---|
| Current Charges | | $225.00 |
| **Balance Due** | | **$225.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L190 | Other - Communicate/Other Counsel | 0.20 | $90.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.30 | $135.00 |
| | **Total Hours** | **0.50** | |
| | **Total Fees:** | **$225.00** | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2024
Client:     150363

For Professional Services Rendered Through February 29, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000914 | Jane CC Roe (aka ███████) | 98476645 | $315.00 | $0.00 | $315.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $315.00 |
| **Balance Due:** | **$315.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Case: 23-30564    Doc# 556    Filed: 03/20/24    Entered: 03/20/24 11:20:29    Page 14 of 34

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2024
Client:          150363
Matter:          000914
Invoice #:       98476645

Page:                1

RE:  Jane CC Roe (aka ██████████

For Professional Services Rendered Through February 29, 2024

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/4/2024 | BJLE | Review and analysis of new claim Jane CC Roe v. ADSF for compliance with JCCP, deficiencies with Complaint, and compliance with Stay Order. [L210 - A104](0.30) | 0.30 | $135.00 |
| 2/4/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding new claim Jane CC Roe v. ADSF and compliance with Stay Order. [L210 - A107](0.20) | 0.20 | $90.00 |
| 2/4/2024 | BJLE | Exchange of emails with Kevin Cifarelli regarding service documents and tender. [L210 - A107](0.20) | 0.20 | $90.00 |
| | | Total Services | 0.70 | $315.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------------------|-----------|-------|--------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.70 | $450.00 | $315.00 |

| | |
|--|--|
| Total Fees to Date: | $315.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $315.00 |

The Archdiocese of San Francisco

RE: Jane CC Roe (aka ███████████)

March 04, 2024
Client: 150363
Matter: 000914
Invoice #: 98476645

Page: 2

| | | |
|---|---|---|
| Current Charges | | $315.00 |
| **Balance Due** | | **$315.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Review/Analyze | 0.30 | $135.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.40 | $180.00 |
| | **Total Hours** | **0.70** | |
| | **Total Fees:** | **$315.00** | |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

March 04, 2024
Client:          150363

For Professional Services Rendered Through February 29, 2024

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | | 98476646 | $2,992.50 | $0.00 | $2,992.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,058.50 |
| Current Charges | $2,992.50 |
| Less Retainer Applied | $1,120.80 |
| **Balance Due:** | **$4,930.20** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

March 04, 2024
Client:          150363
Matter:        000944
Invoice #:    98476646

Page:                    1

RE: ██████████

For Professional Services Rendered Through February 29, 2024

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/2/2024 | AKH | Telephone conference with plaintiff's counsel regarding next steps. [B100 - B110](0.30) | 0.30 | $112.50 |
| 2/2/2024 | AKH | Correspondence to plaintiff's counsel following up on deposition transcripts and plaintiff medical records. [B100 - B110](0.30) | 0.30 | $112.50 |
| 2/2/2024 | BJLE | Telephone call with Plaintiff's counsel. [L190 - A107](0.20) | 0.20 | $90.00 |
| 2/2/2024 | BJLE | Review of discovery. Prepare for call with Plaintiff's counsel. [L190 - A104](0.50) | 0.50 | $225.00 |
| 2/8/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding deposition transcripts and medical records. [L350 - A107](0.20) | 0.20 | $90.00 |
| 2/13/2024 | AKH | Review and analysis of plaintiff's medical records. [B100 - B110](1.40) | 1.40 | $525.00 |
| 2/13/2024 | AKH | Review, analysis and summarizing of plaintiff's deposition. [B100 - B110](2.00) | 2.00 | $750.00 |
| 2/14/2024 | AKH | Review and analysis of plaintiff provided documents, specifically Principal Reiner deposition transcript. [B100 - B110](1.20) | 1.20 | $450.00 |
| 2/15/2024 | AKH | Continued review of plaintiff discovery materials, specifically principal depo transcript. [B100 - B110](0.90) | 0.90 | $337.50 |

The Archdiocese of San Francisco

RE: ███████████

March 04, 2024
Client:        150363
Matter:        000944
Invoice #:   98476646

Page:              2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/26/2024 | AKH | Continued review, analysis and summarizing of deposition transcript sent to us by Plaintiff's counsel, specifically Claudia Escobar the office manager. [B100 - B110](0.80) | 0.80 | $300.00 |
| | | Total Services | 7.80 | $2,992.50 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|-----------------|-----------|-------|---------|-----------|
| AKH | Alexa Horner | ASSOCIATE | 6.90 | $375.00 | $2,587.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.90 | $450.00 | $405.00 |

| | | |
|---|---|---|
| Total Fees to Date: | $5,994.50 | Previous Balance |
| Total Disbursements to Date: | $56.50 | Current Charges |
| Total to Date: | $6,051.00 | Less Retainer Applied |
| | | **Balance Due** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 7.10 | $2,587.50 |
| L190 | Other - Review/Analyze | 0.50 | $225.00 |
| L190 | Other - Communicate/Other Counsel | 0.20 | $90.00 |
| L350 | Discovery Motions - Communicate/Other Counsel | 0.20 | $90.00 |

The Archdiocese of San Francisco

March 04, 2024
Client:      150363
Matter:      000944
Invoice #:   98476646

Page:              3

RE: ███████████

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Total Hours | 7.80 | |
| | Total Fees: | | $2,992.50 |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

March 04, 2024
Client:          150363

For Professional Services Rendered Through February 29, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | V. Cruise, LLC, ET AL | 98476647 | $495.00 | $82.50 | $577.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $130.00 |
| Current Charges | $577.50 |
| **Balance Due:** | **$707.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

March 04, 2024

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000945 |
| Invoice #: | 98476647 |
| Page: | 1 |

RE: ▮▮▮▮▮▮▮ V. Cruise, LLC, ET AL

For Professional Services Rendered Through February 29, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 2/6/2024 | BJLE | Exchange of emails with Kevin Cifarelli regarding insurance coverage for claim. [L190 - A107](0.20) | 0.20 | $90.00 |
| 2/6/2024 | BJLE | Telephone call with Plaintiff's counsel regarding bankruptcy stay and insurance coverage. [L190 - A107](0.30) | 0.30 | $135.00 |
| 2/16/2024 | BJLE | Exchange of emails with Plaintiff's counsel Doug Shaffer regarding insurance coverage. [L190 - A107](0.20) | 0.20 | $90.00 |
| 2/18/2024 | BJLE | Exchange of emails with Kevin Cifarelli regarding insurance coverage. [L190 - A107](0.20) | 0.20 | $90.00 |
| 2/20/2024 | BJLE | Telephone call with Barry Weinstein regarding insurance coverage and Plaintiff's proposal to lift stay if case is limited to insurance coverage. [L210 - A107](0.20) | 0.20 | $90.00 |
| | | Total Services | 1.10 | $495.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.10 | $450.00 | $495.00 |

The Archdiocese of San Francisco

RE: ████████ V. Cruise, LLC, ET AL

March 04, 2024
Client:        150363
Matter:       000945
Invoice #:   98476647

Page:              2

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 2/8/2024 | Ace Attorney Service, Inc.- Filing fee- Filing, Notice of Stay, SFSC, 1/19/2024 [E100 - E112] | $82.50 |
| | Total Expenses | $82.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $625.00 | Previous Balance | $130.00 |
| Total Disbursements to Date: | $82.50 | Current Charges | $577.50 |
| Total to Date: | $707.50 | **Balance Due** | **$707.50** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 0.00 | $0.00 |
| E100 | Court Fees | 0.00 | $82.50 |
| L190 | Other - Communicate/Other Counsel | 0.90 | $405.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $90.00 |
| | *Total Hours* | *1.10* | |
| | *Total Fees:* | | *$495.00* |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2024
Client:          150363

For Professional Services Rendered Through February 29, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000975 | C.M. (aka ▮▮▮▮▮) | 98476648 | $585.00 | $0.00 | $585.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $585.00 |
| **Balance Due:** | **$585.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2024
Client:      150363
Matter:     000975
Invoice #:   98476648

Page:         1

RE: C.M. (aka █████████)

For Professional Services Rendered Through February 29, 2024

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/2/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding Plaintiff's true name, name of accused individual, co-defendants, dates of alleged abuse, and add-on. [L210 - A107](0.20) | 0.20 | $90.00 |
| 2/4/2024 | BJLE | Review of and analysis of new claim C.M. v. Doe 1 for compliance with JCCP, deficiencies with complaint, and affect on stay. [L210 - A104](0.30) | 0.30 | $135.00 |
| 2/4/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding automatic stay. [L210 - A107](0.20) | 0.20 | $90.00 |
| 2/4/2024 | BJLE | Exchange of emails with Kevin Cifarelli regarding service documents and tender. [L210 - A107](0.20) | 0.20 | $90.00 |
| 2/7/2024 | BJLE | Exchange of emails with Kevin Cifarelli regarding dates of abuse. Client: ADSF Matter: C.M. v. ADSF. [L110 - A107](0.20) | 0.20 | $90.00 |
| 2/7/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding status of stay. [L210 - A107](0.20) | 0.20 | $90.00 |
| | | Total Services | 1.30 | $585.00 |

The Archdiocese of San Francisco

RE: C.M. (aka ███████████)

March 04, 2024
Client: 150363
Matter: 000975
Invoice #: 98476648

Page: 2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.30 | $450.00 | $585.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $585.00 | Current Charges | $585.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$585.00** |
| Total to Date: | $585.00 | | |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $90.00 |
| L210 | Pleadings - Review/Analyze | 0.30 | $135.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.80 | $360.00 |
| | **Total Hours** | **1.30** | |
| | **Total Fees:** | | **$585.00** |



# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

March 04, 2024
Client:          150363

For Professional Services Rendered Through February 29, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98476650 | $26,566.00 | $60.19 | $26,626.19 |

## Account Summary

| | |
|---|---|
| Previous Balance | $29,565.97 |
| Current Charges | $26,626.19 |
| Less Retainer Applied | $17,681.70 |
| **Balance Due:** | **$38,510.46** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

March 04, 2024
Client:     150363
Matter:     900036
Invoice #:   98476650

Page:         1

RE: Bankruptcy

For Professional Services Rendered Through February 29, 2024

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/1/2024 | PEG | Exchange with Pascuzzi and Carney regarding fee examiner. [B100 - B110](0.20) | 0.20 | $93.00 |
| 2/1/2024 | PEG | Review of memoranda from and preparation of memoranda to Carney and Pascuzzi regarding audit footnotes. [B100 - B110](0.30) | 0.30 | $139.50 |
| 2/1/2024 | PEG | Call with Pascuzzi regarding background for lease assumption issues. [B100 - B185](0.30) | 0.30 | $139.50 |
| 2/6/2024 | PEG | Continued exchange with Amanda Cotrell regarding Rule 2004 issues. [B100 - B110](0.40) | 0.40 | $194.00 |
| 2/7/2024 | PEG | Call with Cottrell re 2004 objections. [B100 - B110](0.30) | 0.30 | $145.50 |
| 2/7/2024 | PEG | Review Rockville briefs for Diocesan liability for Order conduct. [B300 - B310](0.60) | 0.60 | $291.00 |
| 2/7/2024 | AKH | Initial review of IRB minutes for privilege. [B100 - B110](5.60) | 5.60 | $2,100.00 |
| 2/8/2024 | PEG | Call with and review of memorandum from Pascuzzi regarding production to carriers. [B100 - B110](0.40) | 0.40 | $194.00 |
| 2/8/2024 | PEG | Calls with Paula Carney and Amanda Cottrell regarding discovery requests. [B100 - B110](0.40) | 0.40 | $194.00 |
| 2/8/2024 | AKH | Further review of IRB minutes for privilege. [B100 - B110](6.00) | 6.00 | $2,250.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2024
Client:       150363
Matter:       900036
Invoice #:    98476650

Page:         2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 2/9/2024 | PEG | Review of exchange between Paul Pascuzzi and Amanda Cottrell regarding objections. [B100 - B110](0.30) | 0.30 | $145.50 |
| 2/9/2024 | PEG | Further exchanges regarding document requests, objections and production. [B100 - B110](0.40) | 0.40 | $194.00 |
| 2/9/2024 | PEG | Further exchange with Amanda. [B100 - B110](0.30) | 0.30 | $145.50 |
| 2/9/2024 | PEG | Conference with Rob Harris regarding High Schools named as defendants. [B100 - B110](0.30) | 0.30 | $145.50 |
| 2/9/2024 | PEG | Review of memorandum from Paula regarding service on parish. [B100 - B190](0.20) | 0.20 | $97.00 |
| 2/9/2024 | AKH | Continued review of IRB minutes for privilege (specifically 2006-2011). [B100 - B110](5.90) | 5.90 | $2,212.50 |
| 2/10/2024 | PEG | Review of memorandum from Cottrell regarding property identification requests. [B100 - B110](0.20) | 0.20 | $97.00 |
| 2/10/2024 | AKH | Further review of IRB minutes for privilege (specifically 2013-2014). [B100 - B110](3.10) | 3.10 | $1,162.50 |
| 2/11/2024 | PEG | Review of memorandum from Weiss regarding carrier position on protective order. [B300 - B310](0.20) | 0.20 | $97.00 |
| 2/11/2024 | AKH | Final review of IRB minutes for privilege, through 2005. [B100 - B110](1.50) | 1.50 | $562.50 |
| 2/12/2024 | DCZ | Conference call with Paula Carney and bankruptcy counsel regarding Rule 2004 requests. [L310 - A106](0.80) | 0.80 | $380.00 |
| 2/12/2024 | PEG | Review of memorandum of summary of minutes review; preparation of memorandum to Amanda Cottrell regarding same. [B100 - B190](0.80) | 0.80 | $388.00 |
| 2/12/2024 | PEG | Call with Pascuzzi, Shepard Mullin and Carney regarding 2004 production issues. [B100 - B110](0.80) | 0.80 | $388.00 |
| 2/12/2024 | PEG | Join conference call regarding carrier request for produced information. [B100 - B110](0.30) | 0.30 | $145.50 |
| 2/12/2024 | AKH | Further review of IRB minutes for privilege. [B100 - B110](2.00) | 2.00 | $750.00 |
| 2/12/2024 | BJLE | Review of email from Paula Carney regarding audit response for High School litigation. [L190 - A106](0.20) | 0.20 | $90.00 |
| 2/13/2024 | PEG | Exchanges with Paula Carney regarding school audits; call with Pascuzzi. [B200 - B210](0.40) | 0.40 | $194.00 |
| 2/13/2024 | BJLE | Review and analysis of all claims against Serra High School and preparation of email to Paul Pascuzzi with list in anticipation of Archdiocese of San Francisco Bankruptcy filing bar date. [L210 - A107](1.30) | 1.30 | $585.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2024
Client: 150363
Matter: 900036
Invoice #: 98476650

Page: 3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/14/2024 | PEG | Exchange with Pascuzzi regarding selection of mediators. [B300 - B310](0.30) | 0.30 | $145.50 |
| 2/14/2024 | BJLE | Review and analysis of all claims against Marin High School and preparation of email to Paul Pascuzzi with list in anticipation of Archdiocese of San Francisco Bankruptcy filing bar date. [L210 - A107](1.00) | 1.00 | $450.00 |
| 2/15/2024 | PEG | Review of memorandum from Pascuzzi regarding upcoming hearings. [B100 - B110](0.20) | 0.20 | $97.00 |
| 2/15/2024 | PEG | Exchange with Harris regarding claims against Schools. [B300 - B310](0.20) | 0.20 | $97.00 |
| 2/16/2024 | PEG | Call with Pascuzzi regarding committee selection of mediators. [B100 - B110](0.30) | 0.30 | $145.50 |
| 2/16/2024 | BJLE | Review and analysis of all claims against Riordan High School and preparation of email to Paul Pascuzzi with list in anticipation of Archdiocese of San Francisco Bankruptcy filing bar date. [L210 - A107](1.00) | 1.00 | $450.00 |
| 2/19/2024 | AKH | Preparation for bankruptcy mediation by identifying case names for a mediation checklist. [B100 - B110](0.70) | 0.70 | $262.50 |
| 2/19/2024 | BJLE | Preparation of claim evaluation chart for mediation. [L120 - A103](0.90) | 0.90 | $405.00 |
| 2/19/2024 | MAS | Preparation for upcoming global mediation of Archdiocese of San Francisco claims. [L160 - A101](0.80) | 0.80 | $300.00 |
| 2/20/2024 | DCZ | Phone call with Steven Gersten regarding status of filing of proofs of claim. [L210 - A107](0.30) | 0.30 | $142.50 |
| 2/20/2024 | PEG | Review of memorandum from Pascuzzi regarding selection of mediators; edit draft email to insurers regarding same; preparation of reply to Pascuzzi regarding same. [B100 - B190](0.40) | 0.40 | $194.00 |
| 2/20/2024 | PEG | Call with Weinstein regarding relief from stay. [B100 - B190](0.30) | 0.30 | $145.50 |
| 2/20/2024 | AKH | Review and analysis of plaintiff charts of claims to compare to our list of cases in preparation for bankruptcy mediation. [B100 - B110](2.90) | 2.90 | $1,087.50 |
| 2/21/2024 | DCZ | Phone call with Paul Pascuzzi regarding status of proof of claims. [L210 - A107](0.20) | 0.20 | $95.00 |
| 2/21/2024 | DCZ | Phone call with Sheppard Mullin regarding status of proofs of claim filing. [L210 - A107](0.20) | 0.20 | $95.00 |
| 2/21/2024 | AKH | Continued review and analysis of plaintiff charts of claims to compare to our list of cases in preparation for bankruptcy mediation. [B100 - B110](3.90) | 3.90 | $1,462.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2024
Client:       150363
Matter:       900036
Invoice #:   98476650

Page:         4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/21/2024 | BJLE | Preparation of list of accused individuals and analyze what personnel files need to be requested from client. [L110 - A104](1.50) | 1.50 | $675.00 |
| 2/21/2024 | BJLE | Prepare list of fact sheets received and outstanding fact sheets in anticipation of requesting documents for mediation. [L190 - A107](1.00) | 1.00 | $450.00 |
| 2/22/2024 | DCZ | Review and analysis of proof of claim inventory. [L210 - A104](0.40) | 0.40 | $190.00 |
| 2/22/2024 | AKH | Further review and analysis of plaintiff charts of claims to compare to our list of cases in preparation for bankruptcy mediation. [B100 - B110](3.30) | 3.30 | $1,237.50 |
| 2/22/2024 | BGON | Download of Proof of Claims forms and upload to Relativity. [L140 - A104](0.80) | 0.80 | $180.00 |
| 2/23/2024 | PEG | Review of reply from Plevin regarding mediators. [B100 - B190](0.20) | 0.20 | $97.00 |
| 2/23/2024 | MAS | Preparation for upcoming global mediation of Archdiocese of San Francisco claims. [L160 - A101](1.00) | 1.00 | $375.00 |
| 2/25/2024 | BJLE | Gather evidence supporting Plaintiffs named Marin Catholic HS as defendants per request from carrier. [L210 - A107](0.70) | 0.70 | $315.00 |
| 2/26/2024 | MAS | Preparation of personnel file checklist for upcoming global mediation of Archdiocese of San Francisco claims. [L160 - A101](1.00) | 1.00 | $375.00 |
| 2/27/2024 | PEG | Exchange with Pascuzzi regarding claim filing issue; review of emails between counsel regarding same. [B300 - B310](0.30) | 0.30 | $145.50 |
| 2/27/2024 | PEG | Call with Paul Pascuzzi regarding Committee's rejection of Krivis as proposed mediator. [B100 - B190](0.30) | 0.30 | $145.50 |
| 2/27/2024 | PEG | Call with Rick Simons regarding status of Krivis as proposed mediator. [B100 - B190](0.30) | 0.30 | $145.50 |
| 2/27/2024 | BJLE | Preparation of mediation plan for analyzing accused individuals and plaintiffs claims. Continue preparation of claim evaluation chart in anticipation of mediation. [L110 - A104](1.40) | 1.40 | $630.00 |
| 2/27/2024 | MAS | Further preparation of personnel file checklist for upcoming global mediation of Archdiocese of San Francisco claims. [L160 - A104](1.60) | 1.60 | $600.00 |
| 2/27/2024 | MAS | Further preparation of personnel file checklist for upcoming global mediation of Archdiocese of San Francisco claims. [L160 - A101](0.70) | 0.70 | $262.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2024
Client: 150363
Matter: 900036
Invoice #: 98476650

Page: 5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/28/2024 | PEG | Follow up call from Simons and call to Pascuzzi regarding Krivis. [B100 - B190](0.30) | 0.30 | $145.50 |
| 2/28/2024 | BGON | Download Proof of Claims forms from Sharevault. [L140 - A104](0.50) | 0.50 | $112.50 |
| 2/29/2024 | PEG | Call with Paula Carney regarding quinrennial reports. [B200 - B210](0.20) | 0.20 | $97.00 |
| 2/29/2024 | PEG | Review of memorandum from Paula. Review of TOC for Quinquennial report. [B200 - B210](0.30) | 0.30 | $145.50 |
| 2/29/2024 | BJLE | Review and analyze Proof of Claims received in Bankruptcy filing from Plaintiffs, and prepare initial impressions on number of claims, impact on mediation, and coordinate preparing documents for carrier. [L110 - A104](2.30) | 2.30 | $1,035.00 |
| 2/29/2024 | BGON | Review of case information and update of claims chart. [L140 - A103](0.50) | 0.50 | $112.50 |
| | | Total Services | 65.70 | $26,566.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 9.90 | $485.00 | $4,801.50 |
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.80 | $465.00 | $372.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.90 | $475.00 | $902.50 |
| AKH | Alexa Horner | ASSOCIATE | 34.90 | $375.00 | $13,087.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 11.30 | $450.00 | $5,085.00 |
| MAS | Monica Silver | ASSOCIATE | 5.10 | $375.00 | $1,912.50 |
| BGON | Brian Gonzaga | PARALEGAL | 1.80 | $225.00 | $405.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 2/5/2024 | One Legal, LLC- Filing fee- Filing, Notice of Stay of Proceedings (Bankruptcy), Alameda County Superior Court [E100 - E112] | $14.95 |
| 2/5/2024 | One Legal, LLC- Filing fee- Filing, Notice of Stay of Proceedings, Alameda County Superior Court [E100 - E112] | $21.90 |
| 2/23/2024 | Federal Express- Express Mail- 2/16/2024 The Roman Catholic Archbishop [E100 - E107] | $23.34 |
| | Total Expenses | $60.19 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2024
Client: 150363
Matter: 900036
Invoice #: 98476650

Page: 6

| | |
|---|---|
| Total Fees to Date: | $72,435.00 |
| Total Disbursements to Date: | $1,900.06 |
| Total to Date: | $74,335.06 |

| | |
|---|---|
| Previous Balance | $29,565.97 |
| Current Charges | $26,626.19 |
| Less Retainer Applied | $17,681.70 |
| **Balance Due** | **$38,510.46** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 40.00 | $15,551.00 |
| B100 | Assumption/Rejection of Leases and Contracts | 0.30 | $139.50 |
| B100 | Other Contested Matters (excluding assumption/re | 2.80 | $1,358.00 |
| B200 | Business Operations | 0.90 | $436.50 |
| B300 | Claims Administration and Objections | 1.60 | $776.00 |
| E100 | Delivery/Messenger | 0.00 | $23.34 |
| E100 | Court Fees | 0.00 | $36.85 |
| L110 | Fact Investigation/Development - Review/Analyze | 5.20 | $2,340.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.90 | $405.00 |
| L140 | Document/File Management - Draft/Revise | 0.50 | $112.50 |
| L140 | Document/File Management - Review/Analyze | 1.30 | $292.50 |
| L160 | Settlement/Non-Binding ADR - Plan & Prepare For | 3.50 | $1,312.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2024
Client:          150363
Matter:          900036
Invoice #:    98476650

Page:              7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 1.60 | $600.00 |
| L190 | Other - Communicate w/Client | 0.20 | $90.00 |
| L190 | Other - Communicate/Other Counsel | 1.00 | $450.00 |
| L210 | Pleadings - Review/Analyze | 0.40 | $190.00 |
| L210 | Pleadings - Communicate/Other Counsel | 4.70 | $2,132.50 |
| L310 | Written Discovery - Communicate/With Client | 0.80 | $380.00 |

**Total Hours** 65.70

**Total Fees:** **$26,566.00**