PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINSTEIN & NUMBERS LLP [FEBRUARY 2024]**<br><br>[NO HEARING REQUIRED] |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Weinstein & Numbers LLP, (hereinafter "Weinstein"), insurance counsel for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the month of February 2024 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing

Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weinstein on account of the Debtor for the month of February 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2024, through February 29, 2024 | $18,825.00 | $0.00 | $18,825.00 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $15,060.00 | $0.00 | $15,060.00 |

Attached hereto as **Exhibit A** is a summary of Weinstein's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weinstein professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of Weinstein's fees incurred during the period of February 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weinstein

///

///

///

///

///

within 14 days from the date of service of this Statement.

Dated: March 20, 2024

                                                    FELDERSTEIN FITZGERALD
                                                    WILLOUGHBY PASCUZZI & RIOS LLP

By:   */s/ Paul J. Pascuzzi*
        PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: March 20, 2024            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   */s/ Ori Katz*
        ORI KATZ
        ALAN H. MARTIN

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Fee Period of
<u>February 2024</u>**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $425 | 3.90 | $1,657.50 |
| Barron L. Weinstein | Managing Partner | $625 | 2.10 | $1,312.50 |
| Brian Carolus | Legal Assistant/Paralegal | $210 | 28.50 | $5,985.00 |
| Bob Patterson | Legal Assistant/Paralegal | $315 | 30.20 | $9,513.00 |
| Chuck Yeo | Legal Assistant/Paralegal | $210 | 1.70 | $357.00 |
| **TOTAL** | | | **66.40** | **$18,825.00** |

# Exhibit B

## Summary of Compensation by Project Category
## Compensation by Project Category for Hourly Services
## for the Fee Period of February 2024

### Bankruptcy Categories

| Description | Hours | Amount |
|---|---:|---:|
| Asset Analysis & Recovery (Ins. Proceeds) | 1.00 | $545.00 |
| Discovery | 1.00 | $625.00 |
| Fee Application | 1.60 | $419.00 |
| Litigation (Analysis of Coordinated Abuse Claims for Available Ins. Coverage) | 62.50 | $17,048.50 |
| Mediation | 0.30 | $187.50 |
| **TOTAL** | **66.40** | **$18,825.00** |

# Exhibit C

## Summary of Expenses

| Expense Category | Amounts |
|---|---:|
| N/A | |
| **TOTAL** | **$0.00** |

# Exhibit D

# Weinstein Invoices

# Weinstein & Numbers, LLP
## Attorneys at Law

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 02/01/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review correspondence and claimant folders (.4); Review and chart new correspondence received (.1). Review claimant folders, charts, and pleadings for new claimant data (.5). | 0.90 | $189.00 |
| 02/01/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and revise defense reimbursement chart for defense counsel. | 0.20 | $63.00 |
| 02/02/2024 | CDY | Fee Application: Review and revise January billing srtatement. | 0.40 | $84.00 |
| 02/05/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from defense counsel with two new complaints and conduct coverage analysis of complaints. | 0.40 | $170.00 |
| 02/06/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review file and chart new tenders. | 1.10 | $231.00 |
| 02/06/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze first amended complaint and additional pleadings from claimant; evaluate coverage and prepare notice to carrier (.6); analyze notice of adoption form and fact sheet from claimant, evaluate coverage and prepare notice to carrier (.5). review of new claim and analyze potential insurance (.3) prepare email to counsel re date of loss (.1) review of correspondence | 1.70 | $722.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding coverage isues (.2) | | |
| 02/07/2024 | CDY | Fee Application: Review and revise January invoice and invoice categories re fee application. | 0.30 | $63.00 |
| 02/08/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence and claim number received. | 0.20 | $42.00 |
| 02/08/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of correspondence from Chubb in response to tender (.1) analyze correspondence from counsel regarding production of files for insurance counsel's request for documents (.3) | 0.40 | $170.00 |
| 02/09/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (3.7). | 4.30 | $1,354.50 |
| 02/09/2024 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review order regarding withdrawl of motion for relief from stay and update calendar and file regarding same. | 0.30 | $63.00 |
| 02/10/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (2.7). | 3.30 | $1,039.50 |
| 02/11/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (1.5). | 2.10 | $661.50 |
| 02/12/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Prepare for and participate in Zoom call with bankruptcy counsel to discuss bankruptcy issues. | 0.50 | $212.50 |
| 02/12/2024 | BLW | Discovery: Attend Zoom meeting with counsel regarding responses to discovery requests (.5); review correspondence to prepare for same (.5). | 1.00 | $625.00 |
| 02/12/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (1.7). | 2.30 | $724.50 |
| 02/15/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new carrier correspondence. | 0.20 | $42.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/15/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from defense counsel re scope of coverage; review file re policies and draft response. | 0.40 | $170.00 |
| 02/15/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.8); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (2.8). | 3.80 | $1,197.00 |
| 02/15/2024 | CDY | Fee Application: Review fee application and update exhibits. | 0.70 | $147.00 |
| 02/16/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.3); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (1.6). | 2.10 | $661.50 |
| 02/17/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.7); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (2.4). | 3.30 | $1,039.50 |
| 02/18/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.7); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (3.2). | 4.10 | $1,291.50 |
| 02/20/2024 | BLW | Asset Analysis and Recovery (Insurance Proceeds): Review correspondence and attend Zoom meeting with Paula Carney and Paul Gaspari regarding National Catholic coverage. | 0.60 | $375.00 |
| 02/20/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Conference call with attorney Lewis regarding claim. | 0.20 | $85.00 |
| 02/20/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense counsel regarding reimbursement of invoices (.7); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (2.2). | 3.10 | $976.50 |
| 02/21/2024 | BLW | Fee Application: Prepare fee application (.2) | 0.20 | $125.00 |
| 02/21/2024 | RP | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Multiple email exchanges with defense counsel regarding additional invoices received (.2); review and analyze additional invoices and correspondence from defense | 1.60 | $504.00 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| | | counsel regarding reimbursement of invoices (.4); prepare additions to comprehensive spreadsheet, outlining invoices submitted regarding claimants (1.0). | | |
| 02/22/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders, tender matrix entries and coverage chart and update Tender Reconciliation List. | 4.00 | $840.00 |
| 02/22/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from Appalachian attorney Detherage regarding active claims implicating Appalachian policies. | 0.20 | $85.00 |
| 02/23/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders, tender matrix entries and coverage chart and update Tender Reconciliation List (5.9). Update tender matrix carrier data (.2). | 6.10 | $1,281.00 |
| 02/23/2024 | BLW | Mediation: Review and prepare correspondence retarding selection of mediators. | 0.30 | $187.50 |
| 02/24/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders, tender matrix entries and coverage chart and update Tender Reconciliation List (5.8108). Update tender matrix carrier data (.7). Update tender matrix table of contents (.4). | 7.00 | $1,470.00 |
| 02/26/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and chart new correspondence and claim number. | 0.30 | $63.00 |
| 02/27/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders, tender matrix entries and coverage chart and update Tender Reconciliation List (.9064). Update tender matrix carrier data (.2). | 1.20 | $252.00 |
| 02/28/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders, tender matrix entries and coverage chart and update Tender Reconciliation List (5.0678). Update tender matrix carrier data (.7). Update tender matrix table of contents (.4). | 6.20 | $1,302.00 |
| 02/29/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders, tender matrix entries and coverage chart and update Tender Reconciliation List ( ). Update tender matrix carrier data (.2). Update tender matrix table of contents (.1). | 1.30 | $273.00 |
| 02/29/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from bankruptcy counsel regarding document production and prepare response. | 0.10 | $42.50 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 3.9 | $425.00 | $1,657.50 |
| Barry Weinstein | 2.1 | $625.00 | $1,312.50 |
| Brian Carolus | 28.5 | $210.00 | $5,985.00 |

| | | | |
|---|---|---|---|
| Bob Patterson | 30.2 | $315.00 | $9,513.00 |
| Chuck Yeo | 1.7 | $210.00 | $357.00 |
| | | **Subtotal** | **$18,825.00** |
| | | **Total This Invoice** | **$18,825.00** |