Carole M. Wurzelbacher
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 899-7240
Facsimile: (312) 984-7700
cwurzelbacher@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*



FILED
MAR 21 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor.

Case No.: 23-30564

**CHAPTER 11**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Carole M. Wurzelbacher, an active member in good standing of the bar of the State of Illinois hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sacred Heart Cathedral Preparatory, in the above-captioned action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above-captioned case. The name, address, and other contact information of that attorney are:

Jason D. Strabo
**McDermott Will & Emery LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
E-mail: jstrabo@mwe.com

4. I have not been granted *pro hac vice* admission by this Court in the 12 months preceding this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2024   By: /s/ Carole M. Wurzelbacher
Carole M. Wurzelbacher
**McDermott Will & Emery LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 899-7240
Facsimile: (312) 984-7700
cwurzelbacher@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Carole Michelle Wurzelbacher

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2015 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 12th day of March, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



# U.S. Bankruptcy Court

## California Northern Bankruptcy - San Francisco

Receipt Date: Mar 21, 2024 12:38PM

McDermott Will & Emery

| Rcpt. No: 31000108 | Trans. Date: Mar 21, 2024 12:38PM | | | Cashier ID: #JB |

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| PHV | PHV Fee BK-$328 | 23-30564 | 1 | 328.00 | 328.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #551648 | 03/21/2024 | $328.00 |
| | | | Total Due Prior to Payment: | $328.00 |
| | | | Total Tendered: | $328.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge:** DENNIS MONTALI **Case:** 23-30564

**Debtor:** The Roman Catholic Archbishop of San Francisco