Cristopher W. Ray
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
cray@mwe.com

*Attorney for Sacred Heart Cathedral Preparatory*



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>**CHAPTER 11**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Cristopher W. Ray, an active member in good standing of the bar of the State of New York, among other courts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sacred Heart Cathedral Preparatory, in the above-captioned action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above-captioned case. The name, address, and other contact information of that attorney are:

Jason D. Strabo
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
E-mail: jstrabo@mwe.com

4. I have not been granted *pro hac vice* admission by this Court in the 12 months preceding this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2024

By: /s/ Cristopher W. Ray
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
cray@mwe.com

*Attorney for Sacred Heart Cathedral Preparatory*

- 2 -
APPLICATION FOR ADMISSION PRO HAC VICE - RAY



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Cristopher Wade Ray

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 27, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 12, 2024.

Susanna M. Rojas
Clerk of the Court

CertID-00164707



# U.S. Bankruptcy Court

## California Northern Bankruptcy - San Francisco

Receipt Date: Mar 21, 2024 12:41PM

McDermott Will & Emery

Rcpt. No: 31000109      Trans. Date: Mar 21, 2024 12:41PM      Cashier ID: #JB

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| PHV | PHV Fee BK-$328 | 23-30564 | 1 | 328.00 | 328.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #551649 | 03/21/2024 | | $328.00 |
| | | | | Total Due Prior to Payment: | $328.00 |
| | | | | Total Tendered: | $328.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

Judge: DENNIS MONTALI Case: 23-30564

Debtor: The Roman Catholic Archbishop of San Francisco