Entered on Docket
March 27, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Carole M. Wurzelbacher
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street
Suite 4000
Chicago, IL 60606
Telephone: (312) 899-7240
Facsimile: (312) 984-7700
cwurzelbacher@mwe.com

*Attorney for Sacred Heart Cathedral Preparatory*

Signed and Filed: March 27, 2024



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor.

Case No.: 23-30564

**CHAPTER 11**

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Carole M. Wurzelbacher, whose business address and telephone number are 444 West Lake Street, Suite 4000, Chicago, IL 60606, (312) 899-7240, and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sacred Heart Cathedral Preparatory.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

Case: 23-30564    Doc# 564    Filed: 03/27/24    Entered: 03/27/24 09:55:20    Page 2 of 2