

1
Cristopher W. Ray
**MCDERMOTT WILL & EMERY LLP**
2
One Vanderbilt Avenue
New York, NY 10017
3
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
4
cray@mwe.com

**Signed and Filed: March 27, 2024**



5
*Attorney for Sacred Heart*
*Cathedral Preparatory*

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6

7

8

9
## UNITED STATES BANKRUPTCY COURT

10
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12
In re

Case No.: 23-30564

13
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO,

**CHAPTER 11**

14

**ORDER GRANTING APPLICATION FOR**
**ADMISSION OF ATTORNEY** *PRO HAC*
***VICE***

15
Debtor.

16
      Cristopher W. Ray, whose business address and telephone number are One Vanderbilt

17
Avenue, New York, New York 10017, (212) 547-5772, and who is an active member in good

18
standing of the bar of the State of New York, having applied in the above-entitled action for

19
admission to practice in the Northern District of California on a *pro hac vice* basis, representing

20

21
Sacred Heart Cathedral Preparatory.

22
      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

23
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

24
*vice*. Service of papers upon and communication with co-counsel designated in the application will

25
constitute notice to the represented party. All future filings in this action are subject to the

26
Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

27
Bankruptcy Court for the Northern District of California.

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

**END OF ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McDermott Will & Emery LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Case: 23-30564   Doc# 565   Filed: 03/27/24   Entered: 03/27/24 10:09:40   Page 2 of 2