1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3       WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   JEANNIE KIM, State Bar No. 270713
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
12 Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
13               jekim@sheppardmullin.com

14 Attorneys for The Roman Catholic Archbishop of
   San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,, | Chapter 11 |
| Debtors. | **NOTICE OF CONTINUED HEARING ON THE FIRST INTERIM APPLICATIONS** |
| | <u>Original Hearing Date</u><br>Date:     April 4, 2024<br>Time:    1:30 p.m.<br>Place:   Via ZoomGov |
| | <u>Continued Hearing Date</u><br>**Date:     April 18, 2024**<br>**Time:    9:30 a.m.**<br>Place:   Via ZoomGov |
| | Judge:          Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that the hearing on the below first interim applications for award of compensation and reimbursement of expenses (collectively, the "First Interim Applications") that was previously scheduled for April 4, 2024, at 1:30 p.m. has been continued to **April 18, 2024 at 9:30 a.m.** (the "Continued Hearing"), before the Honorable Dennis Montali, United States Bankruptcy Judge, via ZoomGov.

**PLEASE TAKE FURTHER NOTICE** that the First Interim Applications that will be heard at the Continued Hearing include the following:

1. *First Interim Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Bankruptcy Counsel for the Debtor in Possession*;

2. *First Interim Application of Sheppard Mullin Richter & Hampton LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 21, 2023, Through January 31, 2024*;

3. *First Interim Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel for the Debtor in Possession*;

4. *First Interim Application of Weinstein & Numbers, LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel for the Debtor in Possession*;

5. *First Interim Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services for Allowance of Fees and Reimbursement of Expenses as Financial Advisor for the Debtor*;

6. *First Interim Application of Omni Agent Solutions, Inc. for Allowance of Fees and Reimbursement of Expenses as Administrative Agent for the Debtor in Possession*;

7. *First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 14, 2023 Through January 31, 2024*;

8. *First Interim Fee Application of Berkely Research Group, LLC for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period October 9, 2023 Through January 31, 2024*; and

9. *First Interim Fee Application of Burns Bair LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 19, 2023 Through January 31, 2024*.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to a First Interim Application, if any, must be in writing, filed with the Bankruptcy Court, and served on the respective applicant, as well as those parties listed on the Limited Service List,[1] on or before April 11, 2024. Replies, if any, shall be made orally at the Continued Hearing. Failure to file timely opposition and appear at the Continued Hearing may constitute a waiver of your objections.

**PLEASE TAKE NOTICE** that the Continued Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

Dated: April 1, 2024        FELDERSTEIN FITZGERALD
                            WILLOUGHBY PASCUZZI & RIOS LLP

                            By      /s/ Paul J. Pascuzzi
                                PAUL J. PASCUZZI
                                JASON E. RIOS
                                THOMAS R. PHINNEY
                                Attorneys for The Roman Catholic
                                Archbishop of San Francisco

Dated: April 1, 2024        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            By      /s/ Jeannie Kim
                                ORI KATZ
                                ALAN H. MARTIN
                                JEANNIE KIM
                                Attorneys for The Roman Catholic
                                Archbishop of San Francisco

---

[1] "Limited Service List" has the same meaning set forth in the *Final Order Granting Motion to Establish Notice Procedures and to File Confidential Information Under Seal* at ECF No. 227, and includes those parties in interest listed on that *Limited Service List* filed with the Court on March 27, 2024, at ECF No. 566.