Jason D. Strabo (Bar No. 246426)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

Darren Azman (admitted *pro hac vice*)
Lisa A. Linsky (admitted *pro hac vice*)
Natalie Rowles (Bar No. 330089)
Cris W. Ray (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
llinsky@mwe.com
nrowles@mwe.com
cray@mwe.com

Carole Wurzelbacher (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
cwurzelbacher@mwe.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>**CHAPTER 11**<br><br>**CERTIFICATE OF SERVICE** |

The undersigned counsel hereby certifies that the *Order Granting Application for Admission of Attorney Carole M. Wurzelbacher Pro Hac Vice* [Docket No. 564] and the *Order Granting Application for Admission of Attorney Cristopher W. Ray Pro Hac Vice* [Docket No. 565] (collectively, the "Orders") were entered on the docket in the above-referenced case on March 27, 2024. The undersigned further certifies that entry of the Orders on the case docket caused the same to served via the Electronic Case Filing System for the United States Bankruptcy Court for the

CERTIFICATE OF SERVICE FOR ORDERS GRANTING APPLICATIONS FOR ADMISSION PRO HAC VICE

Northern District of California upon all registered participants who are parties hereto. Copies of the Orders are attached as <u>Exhibit A</u> to this Certificate of Service for reference.

| | | |
|---|---|---|
| Dated: April 1, 2024 | By: | /s/ Jason D. Strabo |

                    Jason D. Strabo (Bar No. 246426)
                    **MCDERMOTT WILL & EMERY LLP**
                    2049 Century Park East, Suite 3200
                    Los Angeles, CA 90067-3206
                    Telephone: (310) 277-4110
                    Facsimile: (310) 277-4730
                    jstrabo@mwe.com

                    -and-

Darren Azman (admitted *pro hac vice*)
Lisa A. Linsky (admitted *pro hac vice*)
Natalie Rowles (Bar No. 330089)
Cris W. Ray (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
llinsky@mwe.com
nrowles@mwe.com
cray@mwe.com

-and-

Carole Wurzelbacher (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
cwurzelbacher@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

# EXHIBIT A



Signed and Filed: March 27, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Carole M. Wurzelbacher
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street
Suite 4000
Chicago, IL 60606
Telephone: (312) 899-7240
Facsimile: (312) 984-7700
cwurzelbacher@mwe.com

*Attorney for Sacred Heart Cathedral Preparatory*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>**CHAPTER 11**<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Carole M. Wurzelbacher, whose business address and telephone number are 444 West Lake Street, Suite 4000, Chicago, IL 60606, (312) 899-7240, and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sacred Heart Cathedral Preparatory.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Case: 23-30564   Doc# 564   Filed: 03/27/24   Entered: 03/27/24 09:55:20   Page 1 of 2
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Case: 23-30564   Doc# 570   Filed: 04/01/24   Entered: 04/01/24 14:19:36   Page 4 of 7

**END OF ORDER**

Entered on Docket
March 27, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 27, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Cristopher W. Ray
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
cray@mwe.com

*Attorney for Sacred Heart*
*Cathedral Preparatory*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor.

Case No.: 23-30564

**CHAPTER 11**

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Cristopher W. Ray, whose business address and telephone number are One Vanderbilt Avenue, New York, New York 10017, (212) 547-5772, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sacred Heart Cathedral Preparatory.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Case: 23-30564  Doc# 565  Filed: 03/27/24  Entered: 03/27/24 10:09:40  Page 1 of 2
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Case: 23-30564  Doc# 570  Filed: 04/01/24  Entered: 04/01/24 14:19:36  Page 6 of 7

**END OF ORDER**