Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
R. David Gallo (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:   (404) 523-5300
Facsimile:    (404) 522-8409
Email:         hwinsberg@phrd.com
                   mweiss@phrd.com
                   mroberts@phrd.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone:   (312) 477-3305
Email:         tjacobs@phrd.com
                   jbucheit@phrd.com

*Attorneys for Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company*

*(additional counsel listed on signature page)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS** |

Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company (collectively the "Joining Insurers"), by and through their undersigned attorneys, hereby join in

JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS

Case: 23-30564    Doc# 572    Filed: 04/04/24    Entered: 04/04/24 15:47:51    Page 1 of 5

the *Ex Parte* Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents [Dkt. No. 571] (the "Application") filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964, and Continental Insurance Company.

For the reasons stated in the Application, the Joining Insurers respectfully request that this Court grant the Application and grant such other and further relief as the Court may deem just and proper.

Respectfully submitted: April 4, 2024

By: */s/ Harris B. Winsberg*

**PARKER, HUDSON, RAINER & DOBBS LLP**

Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
R. David Gallo (admitted *pro hac vice*)
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com
dgallo@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com

-and-

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

Matthew C. Lovell (SBN 189728)
101 Montgomery Street, Suite 2300
San Francisco, California 94104

JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS - 2

Case: 23-30564    Doc# 572    Filed: 04/04/24    Entered: 04/04/24 15:47:51    Page 2 of 5

|   |   |
|---|---|
| Telephone : | (415) 745-3779 |
| Facsimile : | (415) 745-3771 |
| Email : | mlovell@nicolaidesllp.com |

*Attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company*

**PARKER, HUDSON, RAINER & DOBBS LLP**

Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
R. David Gallo (admitted *pro hac vice*)
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone:   (404) 523-5300
Facsimile:    (404) 522-8409
Email:          hwinsberg@phrd.com
                    mweiss@phrd.com
                    mroberts@phrd.com
                    dgallo@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone:   (312) 477-3305
Email:          tjacobs@phrd.com
                    jbucheit@phrd.com

-and-

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

Blaise S. Curet (SBN 124983)
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone:   (415) 352-6200
Facsimile:    (415) 352-6224
Email:          bcuret@spcclaw.com

-and-

**LAW OFFICE OF ROBIN CRAIG**

Robin D. Craig (SBN 130935)
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone:   (510) 549-3310
Email:          rdc@rcraiglaw.com

JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS - 3

*Attorneys for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation*

**PARKER, HUDSON, RAINER & DOBBS LLP**

Harris B. Winsberg (admitted *pro hac vic*e)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
R. David Gallo (admitted *pro hac vice*)
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com
dgallo@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com

-and-

**ROBINS KAPLAN LLP**

Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: clincoln@robinskaplan.com

-and-

**ROBINS KAPLAN LLP**

Melissa M. D'Alelio (*pro hac vice* forthcoming)
Taylore E. Karpa Schollard (*pro hac vice* forthcoming)
Michele N. Detherage (*pro hac vice* forthcoming)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS - 4

Case: 23-30564    Doc# 572    Filed: 04/04/24    Entered: 04/04/24 15:47:51    Page 4 of 5

Email: mdalelio@robinskaplan.com
tkarpa@robinskaplan.com
mdetherage@robinskaplan.com

*Attorneys for Appalachian Insurance Company*

JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS - 5

Case: 23-30564    Doc# 572    Filed: 04/04/24    Entered: 04/04/24 15:47:51    Page 5 of 5