Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com

*Attorneys for Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**CERTIFICATE OF SERVICE**<br>RE: Dkt. No. 572 |

I, Erica Lyttle, declare:

I am over the age of 18 and not a party to this bankruptcy case. My business address is: Parker, Hudson, Rainer & Dobbs LLP, 303 Peachtree Street, NE, Suite 3600, Atlanta, Georgia 30308.

I hereby certify that on April 4, 2024, a true and correct copy of the following document(s) were served by Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California:

**JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS**

I also hereby certify that on April 5, 2024, I caused the foregoing document to be served in the following manner:

On the *Limited-Service List as of March 27, 2024*, via email transmission, including upon counsel for the Debtor and the Official Committee of Unsecured Creditors, save for the following parties, which are being served via U.S. First Class Mail:

| | |
|---|---|
| California Department of Tax and Fee Admin<br>P.O. Box 942879<br>Sacramento, CA 94279 | San Francisco County Clerk<br>1 Dr. Carlton B. Goollett Place<br>City Hall, Toom 168<br>San Francisco, CA 94102 |
| The Office of the California Attorney General<br>Attn: Bankruptcy Department<br>1300 I Street, Suite 1740<br>Sacramento, CA 95814-2919 | San Francisco Tax Collector<br>c/o Secured Property Tax<br>P. O. Box 7426<br>San Francisco, CA 94120 |
| Colorado Department of Revenue<br>1881 Pierce Street<br>Lakewood, CO 80214 | San Mateo County Tax Collector<br>555 County Center, 1st Floor<br>Redwood City, CA 94063 |
| Employment Development Department<br>P. O. Box 989061<br>West Sacramento, CA 95798 | State California Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267 |
| Florida Department of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399 | The Roman Catholic Archbishop of San Francisco<br>One Peter Yorke Way<br>San Francisco, CA 94109 |
| Georgia Department of Revenue Processing Center<br>P.O. Box 740397<br>Atlanta, GA 30374 | Virginia Department of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Virginia Employment Commission<br>P.O. Box 26441<br>Richmond, VA 23261 |
| New Mexico Taxation and Revenue Department<br>P.O. Box 25127<br>Sante Fe, NW 87504 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 5, 2024.

_____
Erica Lyttle