Michael W. Ellison, Esq. (SBN 145832)
mellison@sehlaw.com
SMITH ♦ ELLISON
A Professional Corporation
2151 Michelson Drive
Suite 185
Irvine, California 92612
Telephone:    (949) 442-1500
Facsimile:    (949) 442-1515

JOSHUA D. WEINBERG (*pro hac vice*)
jweinberg@ruggerilaw.com
ANNETTE P. ROLAIN (*pro hac vice*)
arolain@ruggerilaw.com
RUGGERI PARKS WEINBERG LLP
1875 K Street NW, Suite 600
Washington, DC 20006
Telephone: (202) 984-1400
Facsimile: (202) 984-1401

Attorneys for Interested Party
First State Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO.<br><br>Debtor. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**FIRST STATE INSURANCE COMPANY'S JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS** |

First State Insurance Company ("First State") by and through their undersigned attorneys, hereby join in the *Ex Parte* Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents [Dkt. No. 571] (the

joinder ex parte prod doc.not.docx

"Application") filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Indemnity Company, Westchester Fire Insurance Company as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964, and Continental Insurance Company.

For the reasons stated in the Application, First State respectfully requests that this Court grant the Application and grant such other and further relief as the Court may deem just and proper.

DATED: April 5, 2024

Michael W. Ellison
SMITH ♦ ELLISON
A Professional Corporation


By /S/   MICHAEL W. ELLISON
         Michael W. Ellison
Attorneys for Interested Party First State Insurance Company

and

Joshua D. Weinberg (*pro hac vice*)
Annette P. Rolain (*pro hac vice*)
RUGGERI PARKS WEINBERG LLP

# CERTIFICATE OF SERVICE

1. I am employed with the law firm of Smith ♦ Ellison, whose address is 2151 Michelson Drive, Suite 185, Irvine, California 92612; I am not a party to the cause; I am over the age of eighteen years.

2. I hereby certify that on this 1st day of November 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**FIRST STATE INSURANCE COMPANY'S JOINDER IN EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS**

3. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. On this 1st day of November 2023, I caused for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Smith ♦ Ellison's business practice the document described above will be deposited with the United States Postal Service on the same date that it is placed at Smith ♦ Ellison with postage thereon fully prepaid for collection and mailing on any of the following non-CM/ECF participants:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 5th day of April 2024, at Irvine, California.

/S/   KATHLEEN HIGUERA
Kathleen Higuera