PIERCE A. MACCONAGHY (SBN 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

ANDREW T. FRANKEL (*pro hac vice*)
afrankel@stblaw.com
MICHAEL H. TORKIN (*pro hac vice*)
michael.torkin@stblaw.com
DAVID ELBAUM (*pro hac vice*)
david.elbaum@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502

*Counsel for Century Indemnity Company, as*
*successor to CCI Insurance Company, as successor*
*to Insurance Company of North America,*
*Pacific Indemnity Company, and*
*Westchester Fire Insurance Company as successor*
*in interest to Industrial Underwriters Insurance*
*Company for policies JU835-8355 and JU895-0964*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Bankruptcy Case<br>No. 23-30564 (DM)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

**<u>CERTIFICATE OF SERVICE</u>**

I, Pierce MacConaghy, do declare and state as follows:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2475 Hanover Street, Palo Alto, California 94304. On April 2, 2024, I served a copy of the following document:

**EX PARTE APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS, AND EXHIBITS THERETO**

on the interested party in this action by:

**BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I caused the envelopes to be signed, sealed, and delivered to the persons at the addresses listed below.

**SEE ATTACHED**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 5, 2024, at Palo Alto, California.

By: <u>/s/ *Pierce A. MacConaghy*</u>
Pierce A. MacConaghy

2

# SERVICE LIST BY MAIL

California Department of Tax and Fee Admin.
P.O. Box 942879
Sacramento, CA 94279

California Office of the Attorney General
1300 I St, Ste. 1142
Sacramento, CA 95814

Colorado Department of Revenue
1881 Pierce St.
Lakewood, CO 80214

Employment Development Department
P.O. Box 989061
West Sacramento, CA 95798

Florida Department of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399

Georgia Department of Revenue Processing Center
P.O. Box 740397
Atlanta, GA 30374

Internal Revenue Service
Attn.: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

New Mexico Taxation and Revenue Department
P.O. Box 25127
Santa Fe, NM 87504

San Francisco County Clerk
1 Dr. Carlton B Goollett Pl.
City Hall, Room 168
San Francisco, CA 94102

San Francisco Tax Collector
c/o Secured Property Tax
P.O. Box 7426
San Francisco, CA 94120

San Mateo County Tax Collector
555 County Center, 1st Floor
Redwood City, CA 94063

State of California Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267

The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

Virginia Department of Taxation
P.O. Box 1115
Richmond, VA 23218

Virginia Employment Commission
P.O. Box 26441
Richmond, VA 23261