1  CATALINA J. SUGAYAN (*Pro Hac Vice*)
   MICHAEL L. NORTON (*Pro Hac Vice*)
2  CLYDE & CO. US LLP
   30 S. Wacher Dr., Suite 2600
3  Chicago, IL 60606
   Telephone: (312) 635-7000
4  Facsimile: (312) 635-6950
   Email: catalina.sugayan@clydeco.us
5         michael.norton@clydeco.us

6  JEFF KAHANE (SBN 223329)
   RUSSELL ROTEN (SBN 170571)
7  BETTY LUU (SBN 305793)
   NATHAN REINHARDT (SBN 311623)
8  ANDREW MINA (SBN 323044)
   DUANE MORRIS LLP
9  865 South Figueroa St., Suite 3100
   Los Angeles, CA 90017
10 Telephone: (213) 689-7400
   Facsimile: (213) 689-7401
11 Email: jkahane@duanemorris.com
          rroten@duanemorris.com
12        bluu@duanemorris.com
          nreinhardt@duanemorris.com
13        amina@duanemorris.com

14 *Counsel for Certain Underwriters at Lloyd's, London
   and Certain London Market Companies*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE FOR JOINDER OF CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES TO THE *EX PARTE* APPLICATION OF CERTAIN INSURERS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING PRODUCTION OF DOCUMENTS**<br><br>No Hearing Requested<br>Judge: Hon. Dennis Montali |

1     I Russell W. Roten, declare that on April 5, 2024 I caused the above-referenced document

2     to be served by ECF for the United States Bankruptcy Court.

3     I also certify that I caused the foregoing to be served on the *Limited Service List as of*

4     *March 27, 2024*, via email transmission, upon counsel for the Debtor and the Official Committee

5     of Unsecured creditors, save for the following parties, which are being served via U.S. First Class

6     Mail:

California Department of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279

The Office of the California Attorney General
Attn: Bankruptcy Department
1300 I Street, Suite 1740
Sacramento, CA 95814-2919

Colorado Department of Revenue
1881 Pierce Street
Lakewood, CO 80214

Employment Development Department
P. O. Box 989061
West Sacramento, CA 95798

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399

Georgia Department of Revenue Processing Center
P.O. Box 740397
Atlanta, GA 30374

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

New Mexico Taxation and Revenue Department
P.O. Box 25127
Sante Fe, NW 87504

San Francisco County Clerk
1 Dr. Carlton B. Goollett Place
City Hall, Toom 168
San Francisco, CA 94102

| | |
|---|---|
| 1 | San Francisco Tax Collector |
| | c/o Secured Property Tax |
| 2 | P. O. Box 7426 |
| | San Francisco, CA 94120 |
| 3 | |
| | San Mateo County Tax Collector |
| 4 | 555 County Center, 1st Floor |
| | Redwood City, CA 94063 |
| 5 | |
| | State California Franchise Tax Board |
| 6 | P.O. Box 942867 |
| | Sacramento, CA 94267 |
| 7 | |
| | The Roman Catholic Archbishop of San Francisco |
| 8 | One Peter Yorke Way |
| | San Francisco, CA 94109 |
| 9 | |
| 10 | Virginia Department of Taxation |
| | P.O. Box 1115 |
| 11 | Richmond, VA 23218 |
| 12 | |
| | Virginia Employment Commission |
| 13 | P.O. Box 26441 |
| | Richmond, VA 23261 |
| 14 | |

Dated: April 5, 2024           Respectfully submitted,

*/s/ Russell Roten*
Jeff Kahane (SBN 223329)
Russell Roten (SBN 170571)
Betty Luu (SBN 305793)
Nathan Reinhardt (SBN 311623)
Andrew Mina (SBN 323044)
DUANE MORRIS LLP
865 South Figueroa St., Suite 3100
Los Angeles, CA 90017
Telephone: (213) 689-7400
Facsimile: (213) 689-7401

Email:  jkahane@duanemorris.com
          rroten@duanemorris.com
          bluu@duanemorris.com
          nreinhardt@duanemorris.com
          amina@duanemorris.com

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*