PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>  Debtor and<br>  Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF PAUL J. PASCUZZI IN SUPPORT OF FIRST INTERIM APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE DEBTOR IN POSSESSION**<br><br>Date:       April 18, 2024<br>Time:      1:30 p.m.<br>Location: Via ZoomGov<br>Judge:     Hon. Dennis Montali |

-1-

I, Paul J. Pascuzzi, declare:

1. I am an attorney duly licensed to practice law in the State of California and a partner with Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP ("FFWPR"), the attorneys for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. I have been a partner of FFWPR since January 1, 1999. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for first allowance of attorneys' fees and reimbursement of expenses and to the best of my knowledge, all statements are true and correct.

3. This supplemental declaration is made in support of the *First Interim Fee Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimburse Expenses* (the "Application") for the approximately five-and-a-half-month period of August 21, 2023, through and including January 31, 2024, (the "Application Period").

4. The United States Trustee's Office has noted that the Application did not include the following information in compliance with the UST Guidelines: (a) information to be provided about customary and comparable compensation; and (b) information about budget and staffing plans. This supplemental declaration is provided to address those comments from the U.S. Trustee.

5. Attached to this declaration as *Exhibit 1* is a summary of customary and comparable compensation prepared by FFWPR describing the blended hourly rates of the various categories of timekeepers that provided services to the Debtor during the Application Period. I give defined terms used in this exhibit the same meanings ascribed to them in ¶ C.3 of the UST Guidelines.

6. Attached to this declaration as *Exhibit 2* is a copy of the "Attorney Fee Budget" agreed upon by and between the Debtor and FFWPR. This exhibit also includes a comparison of budgeted to actual fees sought during the Application Period. FFWPR is not submitting a detailed

///

///

staffing plan or summary of fees and hours budgeted compared to fees and hours billed for each project category as this information is privileged and confidential.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2024, at Sacramento, California.

*/s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI

# EXHIBIT 1

## CUSTOMARY AND COMPARABLE COMENSATION DISCLOSURES
(*See* Guidlines C.3. for definitions of terms used in this Exhibit)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br><br>In this fee application |
| Sr./Equity Partner | $ 491.37 | $ 498.71 |
| Of Counsel | $ 424.34 | $ 392.52 |
| Paralegal/Legal Assistants | $ 100.42 | $ 86.13 |
| All timekeepers aggregated | $ 338.71 | $ 325.79 |

\* *Non-estate work does not include fees and corresponding hours reduced by FFWPR for administrative tasks/service provided.*

Case No. 23-30564
SUPPLEMENTAL DECLARATION IN SUPPORT
OF FFWPR FIRST INTERIM APPLICATION FOR
ALLOWANCE OF FEES- EXHIBIT 1

Case: 23-30564   Doc# 582   Filed: 04/11/24   Entered: 04/11/24 17:12:01   Page 4 of 5

# EXHIBIT 2

# FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS
FEE BUDGET

| MONTH | FEES AND EXPENSES BUDGET | SOUGHT | VARIANCE over/(under) |
|---|---|---|---|
| AUGUST 2023 | $ 45,000.00 | $ 33,098.89 | $ (11,901.11) |
| SEPTEMBER 2023 | $ 100,000.00 | $ 65,396.00 | $ (34,604.00) |
| OCTOBER 2023 | $ 100,000.00 | $ 66,966.30 | $ (33,033.70) |
| NOVEMBER 2023 | $ 75,000.00 | $ 69,711.79 | $ (5,288.21) |
| DECEMBER 2023 | $ 75,000.00 | $ 36,782.50 | $ (38,217.50) |
| JANUARY 2024 | $ 85,000.00 | $ 42,804.91 | $ (42,195.09) |
| **Total for the Period August 21, 2023 - January 31, 2024** | $ 480,000.00 | $ 314,760.39 | $ (165,239.61) |

Case No. 23-30564
SUPPLEMENTAL DECLARATION IN SUPPORT
OF FFWPR FIRST INTERIM APPLICATION FOR
ALLOWANCE OF FEES- EXHIBIT 2

Case: 23-30564   Doc# 582   Filed: 04/11/24   Entered: 04/11/24 17:12:01   Page 5 of 5