PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF PETER MARLOW IN SUPPORT OF STATEMENT OF COMPLIANCE WITH NOTICING PROVISIONS OF BAR DATE ORDER**<br><br>*No Hearing Requested* |

I, Peter Marlow, declare as follows:

1. I am the Director of Communications for The Roman Catholic Bishop of San Francisco, the debtor and debtor in possession herein (the "RCASF" or the "Debtor"). I am responsible for managing communications for RCASF. I am also the editor of the *Catholic San Francisco* and *Catolico* newspaper, each a publication of the RCASF. I have personal knowledge

of the facts contained in this declaration, except as to matters alleged upon information and belief, and as to those matters, I believe them to be true. If called upon as a witness, I could and would testify as follows.

2. I make this declaration concerning compliance with the Court's *Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice* (ECF No. 337) (the "Bar Date Order"), particularly as it relates to potential survivor claimants (referred to in the Bar Date Order and in this declaration as "Survivor Claimants").[1] I was personally involved in the efforts to design and implement the Debtor's efforts to serve and publicize the notice of the deadlines for Survivor Claimants to assert and file claims in the Debtor's bankruptcy case (the "Publication Notice") and in this regard worked closely with Debtor's counsel to ensure compliance with the Bar Date Order.

3. As described below, the Debtor has complied with the noticing and publication actions described in the Bar Date Order and has also taken additional measures to ensure that as many people as possible have been given notice of the deadlines set forth in the Bar Date Order.

4. Bar Date Order ¶ 14(a). Promptly following entry of the Bar Date Order, I completed or caused the completion of the following:

    a. Modification of the Debtor's website (https://www.sfarchdiocese.org) to include (i) access to information regarding the Debtor's bankruptcy case, (ii) a link to the Publication Notice, and (iii) a link to the Debtor's claims agent's (Omni Agent Solutions, Inc.) landing page for the Debtor's bankruptcy case are prominently posted;[2] and

    b. On behalf of the Debtor, I requested that the Survivors Network of those Abused by Priests ("SNAP") post the Survivor Claim Bar Date Notice on its website.

5. Bar Date Order ¶ 16(a) and (b). After entry of the Bar Date Order, I used the form of the Publication Notice, to cause the Debtor to prepare an announcement of the Survivor Claim Bar Date, in English and Spanish (the "Bar Date Announcement"). I prepared a communication

---

[1] All terms not otherwise defined herein have the same meaning as in the Order.
[2] Specifically, the main page posts a link to a page on the Debtor's website dedicated to information regarding the Debtor's bankruptcy case: https://www.sfarchdiocese.org/protecting-children/.

for Archbishop Cordileone to send to all parish and mission priests located within the geographic territory of the Archdiocese to publish the Bar Date Announcement in the language in which that parish or mission conducts Mass (English or Spanish). At the same time, the communication from the Archbishop requested that each parish and mission in the Archdiocese post a flyer announcing the Survivor Claim Bar Date in a prominent location starting no later than January 9, 2024 (six weeks prior to February 20, 2024) and continuing through February 20, 2024 (the Claim Bar Date). Based upon the outreach I conducted to the parishes and missions located within the geographic territory of the Archdiocese, I believe that a vast majority of the parishes and missions have complied with the requests.

6. <u>Bar Date Order ¶ 16(c)</u>. After entry of the Bar Date Order, the Debtor posted the Bar Date and Survivor Claim Bar Date on the following social media accounts of the Debtor, beginning January 9, 2024:

    a. <u>X (f/k/a Twitter)</u>:

        i. <u>Debtor's account</u>. I caused the Bar Date and Survivor Claim Bar Date, together with instructions to visit www.sfarch.org/protecting-children for more information on how to obtain and file a proof of claim form and associated documents, on the following dates: January 11, 16, and 27, and February 3, 10, and 17, 2024.

        ii. <u>Archbishop Cordileone's account</u>. I caused the Bar Date and Survivor Claim Bar Date, together with instructions to visit www.sfarch.org/protecting-children for more information on how to obtain and file a proof of claim form and associated documents, on the following dates: January 12, 13, 16, 17, and 23, 2024.

    b. <u>Instagram</u>. I caused the Bar Date and Survivor Claim Bar Date, together with instructions to visit www.sfarch.org/protecting-children for more information on how to obtain and file a proof of claim form and associated documents, on the following dates: January 11, 16, and 27, and February 3, 10, and 17, 2024.

-2-    Case No. 23-30564
SMRH:4866-3019-8418.4    Declaration of Peter Marlow re Compliance with Bar Date Order
Case: 23-30564    Doc# 587-1    Filed: 04/15/24    Entered: 04/15/24 16:11:37    Page 3 of 15

c. <u>Facebook</u>. I caused the Bar Date and Survivor Claim Bar Date, together with instructions to visit www.sfarch.org/protecting-children for more information on how to obtain and file a proof of claim form and associated documents, on the following dates: January 11, 16, and 27, and February 3, 10, and 17, 2024.

7. True and correct copies of one set of social media postings are submitted herewith as <u>Exhibit A</u>.

8. As the editor of *Catholic San Francisco* magazine and the quarterly *Catolico* newspaper I caused the Publication Notice to be published in *Catholic San Francisco* and *Catolico* in the following edition(s) published on the following date: *Catholic San Francisco* Dec. 2023 and Jan. 2024 and *Catolico* Dec. issue], each of which publication dates followed the entry of the Bar Date Order. *Catholic San Francisco* has a circulation of approximately 47,000 and *Catolico* has a circulation of approximately 4,000. True and correct copies of one set of publication in English and Spanish is submitted herewith as <u>Exhibit B</u>.

9. Given the large number of Chinese-speaking individuals in the counties served by the Archdiocese, I also initiated the posting of the Publication Notice in Sing Tao Daily and on Chinese Radio at least one month prior to the expiration of the Survivor Claim Bar Date. A true copy of the advertisement is submitted herewith as <u>Exhibit C</u>; a true copy of the radio script is submitted herewith as <u>Exhibit D</u>.

10. Additional significant measures relating to notifying the public about the bankruptcy case generally were also previously taken by the Debtor. On August 4, 2023, Archbishop Salvatore J. Cordileone (the "<u>Archbishop</u>") issued a letter that was posted on the Archdiocesan website that the Debtor also sent to all Archdiocesan pastors and parish administrators providing notice of the intention to commence the Debtor's chapter 11 bankruptcy case due to the number of pending sexual abuse lawsuits. A true and correct copy of the letter is submitted herewith as <u>Exhibit E</u>.

///
///

SMRH:4866-3019-8418.4    DECLARATION OF PETER MARLOW RE COMPLIANCE WITH BAR DATE ORDER

11. On August 21, 2023, or the petition date, the Archbishop issued a press release that the Debtor sent to more than 9000 news organizations, announcing the commencement of the Debtor's chapter 11 bankruptcy petition due the number of pending sexual abuse lawsuits. A true and correct copy of the press release is submitted herewith as <u>Exhibit F</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct, and that this declaration was executed on February 27, 2024, in San Francisco, California.

_____
Peter Marlow

-4- Case No. 23-30564
SMRH:4866-3019-8418.4
DECLARATION OF PETER MARLOW RE COMPLIANCE WITH BAR DATE ORDER
Case: 23-30564    Doc# 587-1    Filed: 04/15/24    Entered: 04/15/24 16:11:37    Page 5 of 15

**Exhibit A**

Social Media Posts

Archbishop's X

@ArchCordileone

The U.S. Bankruptcy Court for the Northern District of California San Francisco Division released a notice to file additional claims in the Archdiocese of San Francisco's Chapter 11 filing by Feb. 20, 2024. Visit http://sfarch.org/protecting-children... for more information.



From sfarch.org  2:35 PM · Jan 12, 2024  2,695 Views  View post engagements

Archdiocese X



Exhibit A (continued)

Social Media Posts

Archdiocese Instagram

**sfarchdiocese**

U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

NOTICE OF DEADLINE FOR FILING CLAIMS: FEBRUARY 20, 2024

ARCHDIOCESE OF SAN FRANCISCO

View insights   Boost post

Liked by stjohn_sf and **6 others**
**sfarchdiocese** The U.S. Bankruptcy Court for the Northern District of California San Francisco Division released a notice to file additional claims in the Archdiocese of San Francisco's Chapter 11 filing. For more information on how to obtain and file a proof of claim form and associated documents, please visit www.sfarch.org/protecting-children.
6 days ago

Archdiocese Facebook

**Archdiocese of SF**
@ArchdioceseSF

The U.S. Bankruptcy Court for the Northern District of California San Francisco Division released a notice to file additional claims in the Archdiocese of San Francisco's Chapter 11 filing by Feb. 20, 2024. Visit sfarch.org/protecting-chi... for more information.



Protecting Children – Questions and Answers – Archdioce...
From sfarch.org

5:40 PM · 2/17/24 From Earth · **154** Views

View analytics

**1** Like

**Exhibit B**

*Catholic San Francisco* Magazine

> **U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
>
> **In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**
>
> Notice of Deadline for Filing Claims: **February 20, 2024**
>
> **YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO**
>
> On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").
>
> If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.
>
> Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.
>
> For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.
>
> **\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***

*Catolico* Newspaper

> **TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA – DIVISIÓN DE SAN FRANCISCO**
>
> **En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564**
>
> Aviso de fecha límite para presentar reclamaciones: **20 de febrero de 2024**
>
> **USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO**
>
> El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").
>
> Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.
>
> Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.
>
> Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.
>
> **\*\*Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11\*\***

# Exhibit C

## Sing Tao Daily Ad

Ad120323te1
廣告
420字

北加州聯邦破產法院三藩市分院

天主教三藩市總教區案件號碼23-30564

提出索賠限期通知：2024年2月20日

**您可能對天主教三藩市總教區提出性侵索賠或其他索賠**

2023年8月21日，作為加州獨體法人(corporation sole)的天主教三藩市總教區(又稱三藩市總教區，下稱「債務人」)依美國法典第11章(破產法)申請破產保護。

如果**您曾遭任何與債務人相關的人士性侵**，您須於2024年2月20日或之前提出索賠，才能獲得賠償，否則**您將永遠**被禁止和阻止向債務人提出此類索賠。

基於債務人於2023年8月21日之前發生的行為或疏漏的索賠，即使此類索賠目前尚未解決、清償或確定，或於2023年8月21日之前尚未解決、清償或確定，都務必於2024年2月20日或之前提出。

如欲查詢如何索取和提交索償證明表格和相關文件，請瀏覽 https://omniagentsolutions.com/RCASF、發送電郵至RCASFinquiries@omniagnt.com或於周一至周五太平洋時間早上9時至下午5時撥打888-480-6507(美國及加州免費熱線)或747-293-0084(國際專用)，與債務人索賠事務代理機構Omni Agent Solutions, Inc.取得聯繫。

**若您對三藩市總教區提出的破產案件有任何疑問，也可瀏覽https://sfarch.org並點擊Chapter 11 Filing的連結查詢。**

## Exhibit D

### Chinese Radio Script

2023年8月21日，作為加州獨體法人的天主教三藩市總教區，依美國法典第11章(破產法)申請破產保護。

如果**您曾遭任何與三藩市總教區相關的人士性侵，您須於**2024年2月20日或之前提出索賠，否則**您將永遠被禁止**向總教區提出此類索賠。

如想查詢如何索取和提交索償證明表格和相關文件，請發送電郵至 RCASFinquiries@omniagnt.com 或撥打888-480-6507與Omni Agent Solutions 聯**繫**。

若您對三藩市總教區提出的破產案件有任何問題，也可瀏覽網站https://sfarch.org。

###

August 4, 2023, Statement Posted on Archdiocesan Website (Pre-Chapter 11 Filing)

## Most Reverend Salvatore J. Cordileone, Archbishop of San Francisco, shares important news in response to the lawsuits filed against the Archdiocese under California Assembly Bill 218 Child Sexual Abuse – Statute of Limitations.

August 4, 2023 // Archbishop

**Dear Friends in Christ:**

As many of you may know, Catholic dioceses in California have undergone two "open window" periods allowing individuals under civil law to bring claims for childhood sexual abuse that otherwise would have been barred due to the expiration of the statute of limitations.

In 2002, the California Legislature permitted certain expired claims of childhood sexual abuse not only against the perpetrators but also against third-party defendants (like the dioceses) for a one-year period starting January 1, 2003. This resulted in the Archdiocese of San Francisco selling excess property and drawing on insurance coverage to pay approximately $68 million to roughly 100 plaintiffs to settle claims.

In 2019, the State of California again removed the statute of limitations on sexual abuse claims for non-profit organizations, opening a new three-year window allowing cases to be filed against the Archdiocese through December 31, 2022. This resulted in more than 500 civil lawsuits being filed against the Archdiocese. The judge assigned to us has set an imminent trial date for one of the initial cases against the Archdiocese.

I want you to know that, as with the 2003 window, the vast majority of the alleged abuse occurred in the 1960s, 1970s, and 1980s and involved priests who are deceased or no longer in ministry. In addition to deceased individuals who can no longer defend themselves, a significant number of these claims include unnamed individuals or named individuals who are unknown to the Archdiocese.

For several months now, with the assistance of our financial and legal advisors, we have been investigating the best options for managing and resolving these cases. After much contemplation and prayer, I wish to inform you that a Chapter 11 bankruptcy reorganization is very likely. It would allow the Archdiocese to achieve two very important goals. First, Chapter 11 is a process that brings all parties together in one place to resolve difficult claims fairly and equitably under the supervision of the bankruptcy court, allowing the Archdiocese to deal with the hundreds of cases collectively rather than one at a time. That could result in a faster resolution for hundreds of survivors, providing them with fair compensation and finally, hopefully, some peace and closure. Secondly, Chapter 11 would allow the Archdiocese to reorganize its financial affairs to continue its vital ministries to the faithful and to the communities that rely on our services and charity.

If a Chapter 11 is filed, only the legal entity, The Roman Catholic Archbishop of San Francisco, a Corporation Sole, would be included. The operations of our parishes and schools should continue as usual without disruption, as should the activities of the Archdiocese. The Archdiocese would join a growing list of dioceses in the United States and California that have filed for protection under the bankruptcy laws. Some of these dioceses have already restructured and emerged from this process.

I am deeply saddened by the sinful acts and the damage caused to the lives of innocent children who put their trust in priests, staff, and volunteers of the Church. I pray for the survivors every day that they will someday find peace. Throughout my service of more than a decade as Archbishop of San Francisco, I have maintained the unwavering commitment to fighting sexual abuse of minors and helping the Church atone for the sins of the past perpetuated by her ministers. I have appointed diligent and serious people to manage our safe environment program, which continues to engage in regular education, background screening, and fingerprinting of employees and volunteers who work with minors.

At the heart of our outreach to survivors is creating a welcoming environment and compassionate assistance. The Archdiocese provides various services to assist survivors, including counseling and spiritual direction.

By utilizing a stringent screening process and enhancing awareness and education for children and adults, the occurrences of abuse within the Church are very rare. Today, I believe the Catholic Church sets the standard for other organizations, showing what can and should be done to protect our children.

The situation remains very fluid, and given the anxiety this scenario understandably presents, we have updated the Protecting Children questions and answers on our [website](#) to address some obvious concerns you may have.

I remain committed to the healing and care of survivors who have suffered irreversible harm because of the sins of the Church's ministers and ask you to join me in praying for our Archdiocese, parish communities, schools, and all the survivors of sexual abuse. In particular, I ask you to commit, or renew your commitment, to Living the Consecration that I called for on October 7, 2017, when, in response to a request from many of our people, I consecrated our Archdiocese to the Immaculate Heart of Mary.

While a great majority of these sins were committed many decades ago, it is a sign of Christian solidarity that we join together in praying the rosary daily and at least once a week as a family, spending an hour of adoration of our Lord in the Blessed Sacrament once a week, and fasting on Fridays for the survivors of abuse, for the mission of our Archdiocese, and for the eradication of this shameful crime from our society as a whole. God is pleased by such prayer and penance, and doing so will open our hearts to the blessings He wishes to lavish upon us.

May God shower you and your families with His grace during these difficult times.

**Sincerely yours in Christ, our Prince of Peace,**

**Most Rev. Salvatore J. Cordileone Archbishop of San Francisco**

###

**Exhibit F**

August 21, 2023, Press Release (Day of Chapter 11 Filing)

**The Roman Catholic Archbishop of San Francisco Files for Chapter 11 Bankruptcy to Facilitate Settlements with Abuse Survivors**

*Parishes, Schools, Cemeteries, and Related Organizations and Ministries are Not Included in the Filing*

SAN FRANCISCO, CA, August 21, 2023--The Roman Catholic Archbishop of San Francisco ("RCASF") announced today the filing of a voluntary petition for bankruptcy relief under chapter 11 of the U.S. Bankruptcy Code. The filing is necessary to manage and resolve the more than 500 lawsuits alleging child sexual abuse brought against RCASF under California Assembly Bill 218, which allowed decades-old claims to be filed by December 31, 2022, that otherwise were time barred.

Chapter 11 is a court-supervised process that allows each claim to be evaluated on its merits, provides transparency into the proceedings and into RCASF's finances, and gives claimants a voice in the outcome. The Chapter 11 filing will halt all legal actions against RCASF while the Archdiocese develops a plan of reorganization that is based on assets and insurance coverage available to be used to settle claims with abuse survivors.

This is the second time California has allowed time-barred or expired cases of child sexual abuse to be filed by alleged survivors. In 2003, California created a similar window. Since that time, RCASF has paid more than $70 million to survivors in legal settlements by using insurance funds and selling excess property.

The 88 parishes within the Archdiocese are independently managed and self-financed and, along with their parochial schools, are not included in the filing. The Real Property Support Corporation, Capital Asset Support Corporation, high schools, Catholic cemeteries, St Patrick's Seminary & University, and Catholic Charities associated with RCASF also are not included in the filing and will continue to operate as usual.

Employees of the Archdiocese will be paid as usual, and their benefit programs will continue uninterrupted. Vendors will be paid for all goods and services delivered after the filing.

RCASF will continue to serve the 442,000 Catholics in the counties of San Francisco, San Mateo, and Marin, and its priests and deacons will continue to carry out their missions and ministries within the Archdiocese of San Francisco.

The overwhelming majority of the more than 500 claims stem from allegations of sexual abuse that occurred 30 or more years ago involving priests who are no longer active in ministry or are deceased. "The unfortunate reality is that the Archdiocese has neither the financial means nor the practical ability to litigate all of these abuse claims individually, and therefore, after much consideration, concluded that the bankruptcy process was the best solution for providing fair and equitable compensation to the innocent survivors who have been harmed," said The Most Reverend Salvatore J. Cordileone, Archbishop of San Francisco. "It is the best way to bring much-needed resolution to survivors while allowing the Archdiocese to continue its sacred mission to the faithful and those in need. We must seek purification and redemption to heal, especially survivors who have carried the burdens of these sins against them for decades."

The Archdiocese of San Francisco has been committed to providing available resources such as counseling and pastoral assistance to survivors of abuse and had established policies and protocols to protect children and address and report incidents of sexual abuse of minors even before the U.S.

Bishops adopted the *Charter for the Protection of Children and Young People* in 2002. The Archdiocese has taken exhaustive steps to satisfy the Charter by immediately removing from active ministry any person with an allegation of sexual childhood abuse, requiring criminal background checks for clergy, employees, and volunteers who work with youth, and implementing educational programs for both children and adults to prevent abuse.

The Archdiocese maintains an Independent Review Board (IRB) as an essential step in its internal procedures for handling allegations of sexual abuse. A qualified investigator conducts investigations into allegations and submits a report to the IRB, whose members include an abuse survivor, psychologist, two physicians, a retired police officer, among others. They judge whether there is sufficient evidence to warrant a canonical trial or if an accusation is manifestly unfounded. The recommendations made to the Archbishop are indispensable, as this independent and expert advice directs whether an accused priest should be out of public ministry while canonical procedures are pending or when, in justice, the Archbishop should remediate damage to the reputation of a priest who has been wrongly accused. A list of priests and deacons who are in good standing and have faculties to minister can be found on the Archdiocese website. Priests or deacons who are under investigation for alleged child sexual abuse are prohibited from exercising public ministry and are removed from the list and can only return to ministry or the list if the allegations are found not to be sustained.

The Archdiocese also established an Office of Child and Youth Protection to maintain the highest standards for its preventative Safe Environment Program and address allegations of past and current abuse by any clergy, employee, or volunteer, and has two Safe Environment Coordinators to monitor compliance with the Charter. A Victim Assistance Coordinator maintains a hotline for reporting abuse, provides counseling, and offers other support services. The Office is also responsible for coordinating the fingerprinting of employees, volunteers, and clerics who interact with children, as well as facilitating annual compliance audits conducted by independent auditors to review the implementation of policies and procedures for the protection of children.

"Today, occurrences of abuse within the Catholic Church are very rare," said Archbishop Cordileone. "Given the educational and preventative measures now in place, I believe the Church has set the standard for other organizations, showing what can and should be done to protect our children."

The Roman Catholic Archbishop of San Francisco Chapter 11 case has been filed in the U.S. Bankruptcy Court for the Northern District of California. Additional general information can be found on the Archdiocesan website.

###