PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **DECLARATION OF PETER EGLOFF IN SUPPORT OF STATEMENT OF COMPLIANCE WITH NOTICING PROVISIONS OF BAR DATE ORDER** |

I, Peter Egloff, declare as follows:

1.    I am an Account Executive at Miller Legal Services, a division of Miller Advertising Agency, Inc. ("Miller").  I make this declaration in support of the *Statement of Compliance with Noticing Provisions of Bar Date Order* filed by The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein (the "RCASF" or the "Debtor") in the above-captioned chapter 11 bankruptcy case.  I have personal knowledge of the facts contained in this declaration, except as to matters alleged upon information and belief, and as to those matters I believe them to

be true. If called upon as a witness, I could and would testify as set forth in this declaration.

2. I understand that the Debtor engaged Miller to comply with certain directives issued by the Court related to publicizing notice of the deadline for potential claimants, and in particular, Survivor Claimants,[1] to file and assert claims against the Debtor on or before February 20, 2024 (the "Bar Date"). I was personally involved in the efforts to implement the Debtor's efforts to publicize the Bar Date and worked closely with Debtor's counsel to ensure that the Debtor complied with the publication directions set forth in the Bar Date Order.

3. Bar Date Order ¶ 14(b). Under the direction of the Debtor and its counsel, I caused the Publication Notice to be placed, in the following publications, in English unless otherwise noted, on the dates set forth immediately below. Attached to this declaration as noted in the below chart are advertising affidavits, affidavits, certificates, or proofs of publication, together with a copy of each referenced placement.

| Publication | Date | Affidavit Exhibit |
|---|---|---|
| *The Wall Street Journal* (Western Distribution) | November 29, 2023 | 1 |
| *USA Today* (Los Angeles and San Francisco regional edition) | December 1, 2023; January 19, 2024 | 2 |
| *San Francisco Chronicle* | November 29, 2023 January 19, 2024 | 3 |
| *Los Angeles Times* | November 29, 2023 January 19, 2024 | 4 |
| *Alameda Times-Star* | November 30, 2023 January 19, 2024 | 5 |
| *Contra Costa Times* | November 30, 2023 January 19, 2024 | 6 |
| *San Mateo Daily Journal* | November 29, 2023 January 19, 2024 | 7 |
| *Marin Independent Journal* | December 1, 2023 January 19, 2024 | 8 |
| *The San Jose Mercury News* | November 30, 2023 January 19, 2024 | 9 |
| *Santa Cruz Sentinel* | November 30, 2023 January 19, 2024 | 10 |
| *The Sacramento Bee* | November 30, 2023 January 19, 2024 | 11 |

---

[1] Capitalized terms not otherwise defined in this declaration shall have the same meanings ascribed to them in the that *Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice* [ECF No. 327] (the "Bar Date Order").

| Publication | Date | Affidavit Exhibit |
|---|---|---|
| *Stockton Record* | November 30, 2023<br>January 19, 2024 | 12 |
| *Modesto Bee* | November 30, 2023<br>January 19, 2024 | 13 |
| *The Press Democrat* | November 29, 2023<br>January 19, 2024 | 14 |
| *The Napa Valley Register* | December 2, 2023<br>January 20, 2024 | 15 |
| *The Ukiah Daily Journal* | December 1, 2023<br>January 19, 2024 | 16 |
| *Lake County Record-Bee* | December 1, 2023<br>January 19, 2024 | 17 |
| *Times-Standard* | December 1, 2023<br>January 19, 2024 | 18 |
| *Del Norte Triplicate* | December 6, 2023<br>January 17, 2024 | 19 |
| *La Opinion de la Bahia* (in Spanish) | December 3, 2023<br>January 21, 2024 | 20 |
| *La Prensa Sonoma* | December 26, 2023<br>January 30, 2024 | 21 |
| *El Leñador* | December 6, 2023<br>January 31, 2024 | 22 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of February, 2024, at Arlington Heights, Illinois.

_____
Peter Egloff

SMRH:4859-4366-1480.3    DECLARATION OF PETER EGLOFF ISO COMPLIANCE STATEMENT