PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF ROCIO RODRIGUEZ REGARDING SUPPLEMENTAL COMPLIANCE WITH NOTICING PROVISIONS OF BAR DATE ORDER**<br><br>*No Hearing Requested* |

I, Rocio Rodriguez, declare as follows:

1. I am the Archdiocesan Victim Assistance Coordinator for The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein (the "RCASF" or the "Debtor"). I am a licensed marriage and family therapist and responsible for (a) overseeing the

Case No. 23-30564
Declaration of R. Rodriguez re Notice of Bar Date

administration of counseling, treatment, and programming for Survivor Claimants[1] (the "Abuse Survivors' Assistance"), and (b) ensuring that the aims of the Abuse Survivors' Assistance programs are met and that the programs needs are satisfied. I have personal knowledge of the facts contained in this declaration, except as to matters alleged upon information and belief, and as to those matters, I believe them to be true. If called upon as a witness, I could and would testify as follows.

2. I make this declaration concerning the Debtor's efforts to inform certain potential Survivor Claimants of the February 20, 2024 deadline to assert and file claims against the Debtor (the "Bar Date").

3. I have been informed by the Debtor's bankruptcy counsel and understand that the Court entered the *Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice* [ECF No. 337] (the "Bar Date Order") on November 21, 2023.

4. In the weeks leading up to the entry of the Bar Date Order, I worked with the Debtor's bankruptcy counsel to prepare a list of parishioners who have indicated that they may be potential Survivor Claimants. Specifically, I reviewed the Debtor's files (as maintained in connection with the Debtor's administration of the Abuse Survivors' Assistance programs) and advised the Debtor's bankruptcy counsel regarding (a) mailing information for potential Survivor Claimants who may not be represented by independent counsel; and (b) the identification of additional potential Survivor Claimants to be given notice of the Bar Date on December 6, 2023. All Survivor Claimants for whom the Debtor has a mailing address were mailed notice of the Bar Date on December 6, 2023.

5. After the Debtor caused notice of the Bar Date to be given to all potential Survivor Claimants on December 6, 2023, I continued to work with the Debtor's bankruptcy counsel to ensure that as many potential Survivor Claimants were afforded the opportunity to assert timely claims against the Debtor.

6. I worked with the Debtor's bankruptcy counsel to identify current and past

---

[1] Capitalized terms not otherwise defined in this declaration shall have the same meanings ascribed to them in the Bar Date Order (defined below).

participants of the Abuse Survivors' Assistance programs for whom the Debtor only has telephone or e-mail contact information.

7. Ultimately, the Debtor identified 15 current or past participants of the Abuse Survivors' Assistance programs for whom the Debtor only has telephone and/or e-mail contact information. In early February, I called all of the available phone numbers to provide notice of the Bar Date. I also sent detailed emails to all available email addresses to provide notice of the Bar Date.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct, and that this declaration was executed on March 14, 2024, in San Francisco, California.

_____
Rocio Rodriguez