PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
　WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:　(916) 329-7400
Facsimile:　(916) 329-7435
Email:　ppascuzzi@ffwplaw.com
　　jrios@ffwplaw.com
　　tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:　(415) 434-9100
Facsimile:　(415) 434-3947
Email:　okatz@sheppardmullin.com
　　amartin@sheppardmullin.com
　　jekim@sheppardmullin.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　Debtor and<br>　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF JEANNIE KIM IN SUPPORT OF STATEMENT OF COMPLIANCE WITH NOTICING PROVISIONS OF BAR DATE ORDER** |

I, Jeannie Kim, declare as follows:

1.　I am an attorney duly admitted to practice in this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys for The Roman Catholic Bishop of San Francisco, the debtor and debtor in possession herein (the "RCASF" or the "Debtor"). I have personal knowledge of the facts contained in this declaration, except as to matters alleged upon information and belief and as to those matters I believe them to be true. If called upon as a witness, I could and

would testify to all facts within my personal knowledge except where stated upon information and belief.

2. I make this declaration in support of the Debtor's statement of compliance (the "Statement") with noticing provisions set forth in the Court's *Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice* [ECF No. 337] (the "Bar Date Order").[1] I was personally involved in the efforts to design and implement the Debtor's efforts to serve and publicize the notice of the deadlines for filing claims in this matter. In this regard, I worked closely with Peter Marlow (the Debtor's Director of Communications), Peter Egloff (Miller Legal Services, a division of Miller Advertising Agency, Inc.), Rocio Rodriguez (Debtor's Archdiocesan Victim Assistance Coordinator), and Omni Agent Solutions, Inc. ("Omni").

3. Promptly following entry of the Bar Date Order the Debtor's noticing and claims agent Omni prominently posted on the Omni's website for the Debtor (the "Omni Site") the Survivor Claims Bar Date Notice, the Confidential Survivor Proof of Claim Form, and the General Proof of Claim Form (final dated versions of the forms approved in the Bar Date Order, Exhibits E, and B, respectively) and enabled the Omni Site to accept electronically filed claims. Specifically, Omni (a) listed the Bar Date as a "Critical Date" within the "Critical Dates" tile on the Omni Site; (b) enabled the website to accept filing of General Proofs of Claim and Confidential Survivor Proofs of Claim; (c) created a separate "Claims" tile on the Omni Site with links to (i) the claims portals (separate portals for General Proofs of Claim and Confidential Survivor Proofs of Claim), (ii) the proofs of claim docket, and (iii) withdrawals of claims; and (d) generated links for creditors to (i) file General and Confidential Survivor Proofs of Claim; (ii) access the proofs of claim docket; (iii) file a change of address; and (iv) withdraw claims under the "Claims" tab on the dashboard, located at the top of the Omni Site.

4. Bar Date Order ¶ 12. Promptly following entry of the Bar Date Order, the Debtor caused the filing of the General Bar Date Notice (in substantially the form attached as Exhibit D

---

[1] All terms not otherwise defined herein have the same meaning as in the Bar Date Order.

to the Bar Date Order and as filed with the Court at ECF No. 350) and Proof of Claim (in substantially the form attached as <u>Exhibit A</u> to the Bar Date Order and as filed with the Court at ECF No. 350) on November 29, 2023. Accordingly, the General Bar Date Notice and Proof of Claim were served on all registered ECF participants in this bankruptcy case on the same date. *See* ECF Nos. 350 and 351. Thereafter, I worked with Omni to implement service, by United States mail, first-class postage prepaid, of the General Bar Date Notice and Proof of Claim on (a) all known entities holding potential prepetition claims against the Debtor, and their counsel (if known); (b) all parties that have requested special notice in this case; and (c) the United States Trustee on December 6, 2023, in compliance with paragraph 12 of the Bar Date Order. *See* ECF No. 463 (redacted public filed version).

5. <u>Bar Date Order ¶ 13</u>. Promptly following entry of the Bar Date Order, the Debtor caused the filing of the Survivor Claim Bar Date Notice (in substantially the form attached as <u>Exhibit E</u> to the Bar Date Order and as filed with the Court at ECF No. 349) and Confidential Survivor Proof of Claim[2] (in substantially the form attached as <u>Exhibit B</u> to the Bar Date Order and as filed with the Court at ECF No. 349) on November 29, 2023. Accordingly, the Confidential Proof of Claim Package was served on all registered ECF participants in this bankruptcy case on the same date. *See* ECF Nos. 349 and 351. Thereafter, I worked with Omni to implement service, by United States mail, first-class postage prepaid, of the Confidential Proof of Claim Package upon all known Survivor Claimants (via a Survivor Claimant's counsel, if known and expressly requested to be served in this manner, or for those Survivor Claimants who were not known to be represented by counsel, on the Survivor Claimant him or herself). *See* ECF No. 465 (redacted public filed version).

6. The Bar Date Order provides at paragraph 13 that the Debtor shall give notice of the Confidential Proof of Claim Package by United States mail, first-class postage prepaid, upon all known Survivor Claimants and their counsel, if known. Footnote 4 immediately following this

---

[2] Together, the Survivor Claim Bar Date Notice and the Confidential Survivor Proof of Claim may be referenced in this declaration as the "<u>Confidential Proof of Claim Package</u>."

provision says, "If a Survivor Claimant's counsel has appeared in the bankruptcy case on behalf of a Survivor claimant or provided written consent to Debtor's counsel, the Debtor is authorized to serve the Survivor Claimant's counsel with the Survival Claim Bar Date Notice."

7. Promptly following entry of the Bar Date Order, working both with counsel for the Committee and directly with counsel for certain Survivor Claimants, I arranged to remove from the service list directing mailing of notices to Survivor Claimants (a) those Survivor Claimants identified by that particular Survivor Claimant's counsel as requesting, via written request and authorization, service of the Confidential Proof of Claim Package on counsel only; and (b) those Survivor Claimants who are formally represented by an attorney who has formally appeared in the bankruptcy case on behalf of the Survivor Claimant.

8. <u>Bar Date Order ¶ 14</u>. I worked with Messrs. Marlow and Egloff to assist the Debtor with its efforts to comply with the provisions set forth in paragraph 14 of the Bar Date Order. The details of the Debtor's efforts to comply to paragraph 14 are set forth in greater detail in the declarations of Messrs. Marlow and Egloff filed concurrently with the Statement and this declaration.

9. In addition to the above actions called for by the Bar Date Order, on August 21, 2023, the Debtor filed and served a Notice of Automatic Stay of Proceedings as a result of the Debtor's filing of a chapter 11 petition, in the pending coordinated proceeding in Alameda Superior Court, JCCP 5108, where all complaints against all northern California diocesan entities are being jointly administered. The Notice was served on all plaintiff's counsel for all plaintiffs in JCCP 5108. There are well over 1,500 survivor lawsuits pending in JCCP 5108.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed on this 15th day of April, 2024, at San Francisco, California.

                                                     */s/ Jeannie Kim*
                                                     Jeannie Kim