# AFFIDAVIT

**STATE OF NEW JERSEY**        )
                             ) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general

circulation throughout the United States, and that the notice attached to this Affidavit

has been regularly published in THE WALL STREET JOURNAL for Western

distribution for

1 insertion(s) on the following date(s): 11/29/2023

ADVERTISER: Roman Catholic Archbishop of San Francisco

and that the foregoing statements are true and correct to the best of my knowledge.

*Wayne Sidor*

Sworn to
before me this
29th day of November 2023

_____
Notary Public

IAN C. MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
07/18/2028
STATE OF NEW JERSEY

## BANKING & FINANCE

# Renault Charges Ahead With IPO of EV Unit Ampere

BY DAVID SACHS

**Renault** is moving ahead with publicly listing Ampere, its electric-car unit, but some analysts think an IPO could be the wrong road forward.

The French automaker is setting Ampere up to become Europe's top electric-vehicle producer by making cheaper cars than its rivals to attract more consumers than just the early EV adopters, according to Chief Executive Luca de Meo, who is also the head of Renault.

An IPO, scheduled for spring 2024, would help with focus and accountability that a company embedded inside Renault can't offer, he said during a call with reporters earlier this month.

While analysts generally agree that Renault is right to separate the EV business from the 124-year-old carmaker, they have questioned the decision for an IPO at a time of uncertainty around demand and pricing, and for a business that Renault said is fully funded.

Renault, which said it will own a "strong majority" in Ampere, risks diluting the share value for current inves-

tors, said Bernstein analyst Daniel Roeska. He said the move puts Renault's long-term worth at stake. The carmaker currently has a market cap of around $11.28 billion.

"They're cutting out terminal value in Renault, and they're selling it in Ampere," said Roeska. "And why would a Renault investor want to give up terminal value?"

Though De Meo said he is still open to alternatives, he and Renault CFO Thierry Pieton also said an IPO is the best way to raise money to accelerate growth and profitability and that it creates the conditions to eventually reward Renault shareholders.

"For our group stakeholders, raising cash at the Ampere level provides the best way to accelerate its development, and ultimately cash generation, without pulling on group resources," Pieton said at Ampere's capital markets meeting.

Slashing production costs is key to Ampere's strategy, which includes offering a small car for €20,000 and putting electric-car prices on par with traditional ones by 2027 or 2028. It will rely heavily on lo-

cal and joint-venture suppliers, including for batteries, which will cost half as much as today as technology advances, Ampere said. EV-specific software and manufacturing platforms will also streamline costs with fewer necessary parts and less energy.

"I think that the projects are more down to earth than avant-garde," Stifel analyst Pierre-Yves Quemener said.

The analyst is convinced of the company's strength, if not the IPO's. He said the company's road map for affordable EVs led him to believe that negative sentiments toward the IPO amount to a scarecrow.

"It's going to be a minor dilution that you will have to live with as a Renault investor," Quemener said. "But once that asset is on the market, if it's on the market for public trading, you would be keen to invest in that asset if you believe in the road map of Ampere. And I think the group has been very convincing."

Ampere plans to sell 300,000 cars by 2025 and

around one million by 2031 with a profit margin in the double digits. Renault finished 2022 with an operating margin of 5.6% while mass-market competitors Stellantis and Volkswagen posted margins of 13% and 8.1%, respectively.

However, publicly listed electric-car makers aiming to garner Tesla's success have had problems. **Polestar**, the Volvo Car electric-car spinoff, was valued at $20 billion at the time of its IPO last year but now has a market cap of close to $4.5 billion after missing production targets. U.S.-based **Rivian** has struggled to keep production up and costs down. It was trading at $78 a share two years ago after its IPO and is now trading at around $17.

Additionally, electric-vehicle adoption in the EU looks slower than it previously did, in part because of high costs, according to a report published by Citi earlier this month. Still, they said that

new model launches, cheaper and better battery technology and improved charging infrastructure will drive growth. Ampere has seven models slated for release by 2031.

IPO or not, De Meo said EV adoption will continue because of EU policies against gas-burning cars. EVs accounted for 14% of new EU car sales in October, up from 12% a year ago, according to the European Automobile Manufacturers' Association.

"You can be skeptical," De Meo said. "I'm not skeptical. As I said before, the future is for people that are brave enough and optimistic about building the things. And my job is to defend the European industry and to make sure the European industry can be competitive locally."

Pieton said, "We're preparing ourselves for an IPO in the first half of 2024, but will proceed only if we're comfortable that the market will sustain the right valuation."



Chief Executive Luca de Meo at event in France this month.

---

## Bonds | wsj.com/market-data/bonds/benchmarks

### Tracking Bond Benchmarks

Return on investment and spreads over Treasurys and/or yields paid to investors compared with 52-week highs and lows for different types of bonds

| | Total return close | YTD total return (%) | Index | Yield (%) Latest Low High | | | | Total return close | YTD total return (%) | Index | Yield (%) Latest Low High | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Broad Market** Bloomberg Fixed Income Indices | | | | | | | **Mortgage-Backed** Bloomberg Fixed Income Indices | | | | | |
| | 1978.61 | 1.5 | U.S. Aggregate | 5.080 | 4.180 | 5.740 | | 1946.37 | 0.6 | Mortgage-Backed | 5.230 | 4.340 | 6.050 |
| **U.S. Corporate Indices** Bloomberg Fixed Income Indices | | | | | | | 1925.14 | 1.1 | Ginnie Mae (GNMA) | 5.310 | 4.170 | 6.020 |
| 2975.58 | 3.6 | U.S. Corporate | 5.660 | 4.830 | 6.430 | | 1143.01 | 0.4 | Fannie mae (FNMA) | 5.260 | 4.390 | 6.090 |
| 2900.54 | 4.1 | Intermediate | 5.590 | 4.730 | 6.350 | | 1771.64 | 1.5 | Freddie Mac (FHLMC) | 5.260 | 4.490 | 6.190 |
| 3895.26 | 2.6 | Long term | 5.790 | 5.010 | 6.600 | | 570.71 | 2.6 | Muni Master | 3.559 | 2.757 | 4.311 |
| 570.16 | 2.7 | Double-A-rated | 5.070 | 4.320 | 5.760 | | 405.67 | 1.9 | 7-12 year | 3.320 | 2.392 | 4.097 |
| 796.29 | 4.4 | Triple-B-rated | 5.870 | 5.040 | 6.720 | | 458.07 | 3.5 | 12-22 year | 3.743 | 2.927 | 4.542 |
| **High Yield Bonds** ICE BofA | | | | | | | 428.19 | 3.9 | 22-plus year | 4.545 | 4.020 | 5.274 |
| 504.32 | 4.8 | High Yield Constrained | 8.570 | 7.701 | 9.560 | | | | **Global Government** J.P. Morgan† | | | |
| 476.31 | 1.8 | Triple-C-rated | 14.187 | 13.401 | 16.115 | | 526.98 | 1.0 | Global Government | 3.620 | 2.600 | 3.810 |
| 3404.33 | 4.7 | High Yield 100 | 8.034 | 7.022 | 9.101 | | 778.86 | 2.0 | Canada | 3.600 | 2.880 | 4.260 |
| 438.74 | 3.3 | Global High Yield Constrained | 8.558 | 7.868 | 9.440 | | n.a. | n.a. | EMU§ | n.a. | n.a. | n.a. |
| 334.19 | 2.6 | Europe High Yield Constrained | 7.173 | 6.466 | 8.027 | | 624.75 | 2.4 | France | 3.160 | 2.290 | 3.630 |
| **U.S. Agency** Bloomberg Fixed Income Indices | | | | | | | 451.41 | 1.8 | Germany | 2.600 | 1.730 | 3.030 |
| 1743.53 | 3.0 | U.S. Agency | 4.930 | 4.130 | 5.390 | | 276.37 | -0.5 | Japan | 1.130 | 0.710 | 1.300 |
| 1546.13 | 3.2 | 10-20 years | 4.920 | 4.120 | 5.370 | | 483.40 | 2.9 | Netherlands | 2.880 | 1.970 | 3.320 |
| 3221.53 | 1.0 | 20-plus years | 5.110 | 4.300 | 5.740 | | 769.95 | -1.6 | U.K. | 4.420 | 3.260 | 4.880 |
| 2624.70 | 3.5 | Yankee | 5.450 | 4.670 | 6.110 | | 803.06 | 4.5 | Emerging Markets** | 7.050 | 6.370 | 7.840 |

*Constrained indexes limit individual issuer concentrations to 2%; the High Yield 100 are the 100 largest bonds †In local currency §Euro-zone bonds
** EMBI Global Index Sources: ICE Data Services; Bloomberg Fixed Income Indices; J.P. Morgan

---

### Global Government Bonds: Mapping Yields

Yields and spreads over or under U.S. Treasurys on benchmark two-year and 10-year government bonds in selected other countries, arrows indicate whether the yield rose(▲) or fell (▼) in the latest session

| Country/ Coupon (%) Maturity, in years | | | Yield (%) Latest(l) Previous | | | -2 | -1 | 0 | 1 | 2 | 3 | 4 | Spread Under/Over U.S. Treasurys, in basis points Latest Prev Year ago | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.875 | U.S. 2 | 4.734 | ▼ | | | | | | | | | | | | |
| 4.500 | 10 | 4.335 | ▼ | | | | | | | | | | | | |
| 0.250 | Australia 2 | 4.238 | ▼ | 4.262 | | 4.378 | 3.144 | | -49.7 | | -59.5 | -129.8 | | | |
| 3.000 | 10 | 4.511 | ▼ | 4.573 | | 4.026 | 3.525 | | 17.2 | | 18.2 | -16.0 | | | |
| 0.000 | France 2 | 3.300 | ▼ | | 3.358 | 3.419 | 2.191 | | -143.4 | | -151.9 | -225.2 | | | |
| 3.500 | 10 | 3.061 | ▼ | | 3.119 | 3.459 | 2.468 | | -127.3 | | -127.3 | -121.7 | | | |
| 3.100 | Germany 2 | 2.931 | ▼ | | 2.999 | 3.058 | 2.193 | | -180.0 | | -187.0 | -225.0 | | | |
| 2.600 | 10 | 2.449 | ▼ | | 2.516 | 2.894 | 1.995 | | -188.7 | | -184.0 | -169.8 | | | |
| 3.600 | Italy 2 | 3.506 | ▼ | | 3.565 | 3.915 | 2.743 | | -122.8 | | -131.2 | -168.1 | | | |
| 4.200 | 10 | 4.255 | ▼ | | 4.302 | 4.809 | 3.917 | | -8.4 | | -9.0 | 23.3 | | | |
| 0.100 | Japan 2 | 0.062 | ▼ | | 0.064 | 0.089 | -0.018 | | -467.3 | | -481.3 | -446.0 | | | |
| 0.400 | 10 | 0.705 | ▼ | | 0.776 | 0.876 | 0.258 | | -358.4 | | -361.6 | -342.7 | | | |
| 0.000 | Spain 2 | 3.372 | ▼ | | 3.440 | 3.565 | 2.371 | | -136.2 | | -143.2 | -207.2 | | | |
| 3.550 | 10 | 3.505 | ▼ | | 3.551 | 3.928 | 2.981 | | -83.4 | | -84.0 | -70.4 | | | |
| 3.500 | U.K. 2 | 4.622 | ▼ | | 4.636 | 4.749 | 3.252 | | -11.2 | | -24.2 | -119.0 | | | |
| 4.250 | 10 | 4.174 | ▼ | | 4.210 | 4.547 | 3.127 | | -16.5 | | -18.3 | -55.8 | | | |

Source: Tullett Prebon, Tradeweb ICE U.S. Treasury Close

---

### Corporate Debt

Prices of firms' bonds reflect factors including investors' economic, sectoral and company-specific expectations

#### Investment-grade spreads that tightened the most...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current One-day change | | Last week |
|---|---|---|---|---|---|---|---|
| FMR | FIDINV | 7.570 | 5.647 | June 15, '29 | 125 | -12 | n.a. |
| Barclays | BACR | 4.375 | 6.88 | Jan. 12, '26 | 147 | -10 | 169 |
| PACCAR Financial | ... | 5.200 | 4.87 | Nov. 9, '26 | 29 | -9 | 41 |
| Banco Santander | SANTAN | 5.294 | 5.98 | Aug. 18, '27 | 161 | -7 | n.a. |
| General Motors Financial | ... | 2.950 | 6.19 | Nov. 12, '26 | 167 | -6 | n.a. |
| Banque Federative du Credit Mutuel | BFCM | 1.604 | 5.60 | Oct. 4, '26 | 109 | -6 | 101 |
| E.ON International Finance | EOANGR | 6.650 | 6.16 | April 30, '38 | 180 | -6 | 192 |
| UBS | UBS | 4.125 | 5.96 | April 15, '26 | 145 | -6 | 150 |

#### ...And spreads that widened the most

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current One-day change | | Last week |
|---|---|---|---|---|---|---|---|
| Hyundai Capital America | HYMNTR | 5.950 | 5.83 | Sept. 21, '26 | 131 | 35 | 131 |
| Paramount Global | PARA | 6.875 | 7.54 | April 30, '36 | 315 | 24 | 330 |
| Pfizer | PFE | 3.000 | 5.01 | Dec. 15, '26 | 53 | 14 | 145 |
| United Airlines | UAL | 5.800 | 6.30 | July 15, '37 | 197 | 12 | 191 |
| PacifiCorp | BRKHEC | 5.750 | 6.34 | April 1, '37 | 200 | 10 | n.a. |
| Mitsubishi UFJ Financial | MUFG | 3.961 | 5.69 | July 18, '33 | 152 | 9 | 147 |
| Toyota Motor Credit | TOYOTA | 5.400 | 5.08 | Nov. 20, '26 | 53 | 9 | n.a. |
| Tapestry | TPR | 7.000 | 6.71 | Nov. 27, '26 | 217 | 9 | 217 |

#### High-yield issues with the biggest price increases...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current One-day change | | Last week |
|---|---|---|---|---|---|---|---|
| Bausch Health | BHCANS | 11.000 | 24.81 | Sept. 30, '28 | 62.250 | 1.25 | 60.500 |
| Venture Global Calcasieu Pass | VENTGL | 4.125 | 6.59 | Aug. 15, '31 | 85.500 | 0.89 | 83.740 |
| Sealed Air | SEE | 6.875 | 6.92 | July 15, '33 | 99.650 | 0.83 | n.a. |
| Telecom Italia Capital | TITIM | 7.200 | 7.80 | July 18, '36 | 95.220 | 0.73 | 93.005 |
| Ocean Finance | ... | 7.125 | 6.74 | March 15, '26 | 100.797 | 0.60 | 100.290 |
| Teva Pharmaceutical Finance Netherlands | ... | 3.150 | 6.79 | Oct. 1, '26 | 90.750 | 0.50 | 90.000 |

#### ...And with the biggest price decreases

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current One-day change | | Last week |
|---|---|---|---|---|---|---|---|
| Hughes Satellite Systems | ... | 6.625 | 16.54 | Aug. 1, '26 | 79.250 | -1.75 | 81.125 |
| Embarq | EMBARQ | 7.995 | 16.08 | June 1, '36 | 59.500 | -1.50 | 56.517 |
| Telecom Italia Capital | TITIM | 6.000 | 7.60 | Sept. 30, '34 | 88.353 | -0.40 | 88.500 |
| Dish DBS | ... | 5.125 | 22.99 | June 1, '29 | 45.750 | -0.25 | 47.250 |
| Sensata Technologies | ST | 5.625 | 4.81 | Nov. 1, '24 | 100.721 | -0.20 | 100.375 |
| BANA | BALL | 5.250 | 5.83 | June 15, '30 | 99.125 | -0.13 | 99.375 |
| Hewmet Aerospace | HWM | 5.900 | 5.81 | Feb. 1, '27 | 100.250 | -0.13 | 99.611 |
| American Airlines | AAL | 11.750 | 5.63 | July 15, '25 | 109.375 | -0.11 | 109.430 |

*Estimated spread over 2-year, 3-year, 5-year, 10-year or 30-year hot-run Treasury, 100 basis points=one percentage pt.; change in spread shown is for 2-spread. Note: Data are for the most active issue of bonds with maturities of two years or more
Source: MarketAxess

---

**ADVERTISEMENT**

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## PUBLIC NOTICES

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

**Notice of Deadline for Filing Claims: February 20, 2024**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO**

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via mail at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or +747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---

**ANNOUNCEMENTS**

PTA / PTO
WALK A THON
RFID LAP COUNTER
RENTAL $495.00
INFO@ORBITER.COM

**BUSINESS OPPORTUNITIES**

ALLIANCE MORTGAGE FUND
**8%–9%** RETURN
REAL ESTATE SECURED
FIXED INCOME FUND
SEEKING RIA'S &
ACCREDITED INVESTORS
CALL:
866-700-0600
ALLIANCE PORTFOLIO
130 Vantis Dr., Ste. 150 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 03060955 Broker License #



**PUBLIC NOTICES**

**Case number 2:23-cv-01379-KSM**
**LEGAL NOTICE OF SERVICE**

In the United States District Court, District Court of South Carolina, Charleston Division, in the matter of R.M., a minor, by and through Felicia Sanders, as Natural Guardian and Next Friend vs. Defendant's Concert Management and Consulting, LLC, Concord Catering, Internet and Research Agency, LLC, legal action (lawsuit) was filed on April 1, 2023 alleging civil conspiracy in violation of the Ku Klux Klan Act, 42 U.S. Code § 1985(3). The Honorable Richard Mark Gergel United States District Judge on September 14, 2023. Ordered Plaintiff to provide service by publication on Defendants: Concert Management and Consulting, LLC, Concord Catering, and Internet Research Agency. Notice is hereby given to Defendants and Defendants' agents that a Summons in the United States District Court, District Court of South Carolina, Charleston Division and Plaintiff's counsel within 30 days of this Notice. Contact Plaintiff's counsel Francisco M. Blanco, Esq. at Southern Med Law, 2762 SW 6th Ave., Suite 2420, Birmingham, AL 35205.

**Case number 2:23-cv-01379-KSM**
**LEGAL NOTICE OF SERVICE**

In the United States District Court, District Court of South Carolina, Charleston Division, in the matter of M.P., a minor, by and through Jennifer Pinckney, as Natural Guardian and Next Friend vs. Defendant's Concert Management and Consulting, LLC, Concord Catering, Internet and Research Agency, LLC, legal action (lawsuit) was filed on April 1, 2023 alleging civil conspiracy in violation of the Ku Klux Klan Act, 42 U.S. Code § 1985(3). The Honorable Richard Mark Gergel United States District Judge on September 14, 2023. Ordered Plaintiff to provide service by publication on Defendants: Concert Management and Consulting, LLC, Concord Catering, and Internet Research Agency. Notice is hereby given to Defendants and Defendants' agents that a Summons in the United States District Court, District Court of South Carolina, Charleston Division and Plaintiff's counsel within 30 days of this Notice. Contact Plaintiff's counsel Francisco M. Blanco, Esq. at Southern Med Law, 2762 SW 6th Ave., Suite 2420, Birmingham, AL 35205.

**THE WALL STREET JOURNAL.**

**SHOW ROOM**

ADVERTISE TODAY

(800) 366-3975
sales.showroom@wsj.com

For more information visit:
wsj.com/classifieds



© 2023 Dow Jones & Company, Inc.
All Rights Reserved.



**THE WALL STREET JOURNAL.**

# THE MARKETPLACE

ADVERTISE TODAY
(800) 366-3975
For more information visit:
**wsj.com/classifieds**

© 2023 Dow Jones & Company, Inc. All Rights Reserved.



DOW JONES



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

_____

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, December 1, 2023**, the following legal advertisement – **The Roman Catholic Archbishop of San Francisco** was published in the regional edition of USA TODAY in the print markets of Los Angeles and San Francisco.

_____
*Vanessa Salvo*
Principal Clerk of USA TODAY
December 1, 2023

# Week in review

*Recapping the most important and talked about news this week from around the world – ICYMI*

## ■ NEWS

### 'Authentic' is a real winner

In a world consumed by AI, identity and social media, the people at Merriam-Webster's said a mouthful with its new word of the year: "authentic." The word saw a substantial search spike in 2023, the dictionary said, as the line between what's real and what's fake becomes increasingly blurred. "We don't always trust what we see anymore," editor at large Peter Sokolowski told The Associated Press. "We are now recognizing that authenticity is a performance itself." The word also goes hand in glove with last year's word of the year: "gaslighting."

## ■ OPINION

### In defense of free speech

Hamas is factually, legally and morally a terrorist organization. But the banning order to the University of Florida's chapters of Students for Justice in Palestine represents a denial of free speech rights. The SJP's anti-Israel language and its support for Palestinians fall squarely under the First Amendment. Whatever the cost SJP's speech may have for schools, it pales in comparison with the cost of censorship. That is a bill that must be paid by everyone when we try to silence the few for the satisfaction of the many. *– Jonathan Turley, opinion contributor and law professor at George Washington University*

## ■ MONEY

### Small world, big no-no

Guests at Disneyland's popular attraction "It's a Small World" probably saw more than they wanted Sunday when a guest climbed off the ride, stripped down and started wandering through the sets. Videos on social media show the man climbing around in little to no clothing as stunned visitors look on; other videos show him touching the ride's animatronics while "Jingle Bells" plays in the background. Police in Anaheim, California, arrested the 26-year-old guest on suspicion of indecent exposure and being under the influence. Note: Park rules explicitly state that "proper attire, including shoes and shirts, must be worn at all times."



IMAGE OF THE WEEK

**Beaver Moon arrives in another sign of winter**

The Beaver Moon, so called because it comes at the time of the year when beavers are more active, rises over Seaside Heights, N.J., and Barnegat Bay on Monday evening.

THOMAS P. COSTELLO/ USA TODAY NETWORK

## ■ LIFE

### Stephen Colbert down but not out

When Stephen Colbert calls in sick, you can bet it's not just the sniffles. The host of "The Late Show" revealed that he had to call off this week's shows after having emergency surgery for a burst appendix. "Sorry to say that I have to cancel our shows this week," Colbert said in a social media post. "I'm sure you're thinking, 'Turkey overdose, Steve? Gravy boat capsize?' " He added: "I'm grateful to my doctors for their care and to Evie and the kids for putting up with me. Going forward, all emails to my appendix will be handled by my pancreas."

## ■ SPORTS

### It's go time for football coaches

The shoes have started dropping for head coaches as they either move on up or move on out. In the NFL, the Carolina Panthers fired Frank Reich after a dismal 1-10 start, the worst in the league. And in the college ranks, San Diego State's Brady Hoke announced his retirement; Houston's Dana Holgorsen was let go; Duke's Mike Elko left for greener pastures at Texas A&M; Syracuse's Dino Babers was sent packing; and Indiana's Tom Allen was dismissed. And the wheels on the bus go round and round.

*– Compiled by Robert Abitbol*



EMPIRE TODAY® CARPET & FLOORING

We Make Getting Beautiful New Floors Easy

With Empire®, You Can Get
**NEW FLOORS BY CHRISTMAS**

OUR **BIGGEST** SALE

**50% OFF**
Carpet & Flooring

**50% OFF**
Padding & Materials

**50% OFF**
Professional Installation

Select Styles.
You Can Save Thousands!

**Schedule a FREE In-Home Estimate!**
Call **888-910-3137**
or visit **EmpireToday.com/newspaper**.

*Discount is applied to the regular price of select styles of carpet, hardwood, tile, vinyl, and laminate, basic installation, standard padding, and materials. Excludes upgrades, stairs, take-up of permanently affixed flooring, non-standard furniture moving, other miscellaneous charges, and prior purchases. Product may not be sold separately from installation. Residential installations only. Promotion is not valid in AL, AR, GA, MN, MS and TN. Not available in all areas. Valid through 12/10/2023. Subject to change. Details at EmpireToday.com.*
*Sales (except AZ, CA, MA, ME, NH, RI, UT) and installation provided by independent contractors. Licensure at EmpireToday.com.* SALESB 1047108 © 2023 Empire Today, LLC

LEGAL NOTICE

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***



**VERIFICATION OF PUBLICATION**


**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

————————————————

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, January 19, 2024,** the following legal advertisement – **The Roman Catholic Archbishop of San Francisco** was published in the regional edition of USA TODAY in the print markets of Los Angeles and San Francisco.




*Vanessa Salvo*
————————————————————
Principal Clerk of USA TODAY
January 19, 2024

# Week in review

*Recapping the most important and talked about news this week from around the world – ICYMI*

## ■ NEWS

### Snow drought in East is over

Arctic air swept down from Canada early this week and into a wide swath of the nation, bringing brutal cold, ice, snow and everything that comes with it: shuttered government offices and schools, snarled traffic and delayed flights along the mid-Atlantic. The bright spot (for snow lovers) was the end to a two-year snow drought in New York, Philadelphia, Baltimore and Washington. After a midweek break, another winter blast was expected for this weekend.



## ■ OPINION

### Haley should know better

Nikki Haley can't seem to tackle questions on race. Answering a question Tuesday, the GOP candidate said, "We're not a racist country. ... We've never been a racist country." It's a shocking statement, considering her December blunder where she failed to mention slavery as a cause of the Civil War. But she also said she dealt with racism growing up in South Carolina. She has shared some of her experiences, like when someone called the police on her father, a Sikh man who wears a turban, while they were shopping. A country that has "never" been racist would not see that. *– Sara Pequeño, USA TODAY*

### IMAGE OF THE WEEK

**Ahoy from on high**

A would-be buccaneer takes the plunge from the top of an 80-foot mast for the Dueling Pirates High Dive Show, billed as one of the largest portable dive shows in the world, at the South Florida Fair in West Palm Beach.

GREG LOVETT/ USA TODAY NETWORK

## ■ LIFE

### Elton John reaches EGOT eminence

The Rocket Man himself, Elton John, is in rarefied air again after he added an Emmy Award to his collection of Grammys, Oscars and a Tony. The music legend entered the ultra-exclusive EGOT zone Monday night with the prize for outstanding variety special for "Elton John: Farewell From Dodger Stadium," his final goodbye to touring, and now joins EGOT alumni including Mel Brooks, Whoopi Goldberg, Jennifer Hudson, Rita Moreno and Viola Davis. As for the awards' biggest Hollywood winners, HBO's "Succession" and FX's "The Bear" ruled the night.

## ■ SPORTS

### Athletics in Texas has record war chest

Texas likes things big, and at the University of Texas, sports is big. The school's athletics program had more than $271 million in operating revenue for fiscal 2023, USA TODAY reported Wednesday, a record for the NCAA. A big moneymaker is football, of course, with its "very passionate fan base," athletic director Chris Del Conte said. Texas sold out its 68,000 football season tickets – not including the 18,000 reserved for students – and also has sold out for men's basketball, baseball and softball. Said Del Conte, "We're pretty locked in." *– Compiled by Robert Abitbol*

## ■ MONEY

### JetBlue-Spirit deal is blocked

A federal judge scuttled JetBlue Airways' bid to merge with rival Spirit Airlines, the nation's leading low-cost airline, agreeing with the Biden administration that the deal would hurt consumers by lessening competition. "If JetBlue were permitted to gobble up Spirit – at least as proposed – it would eliminate one of the airline industry's few primary competitors that provides unique innovation and price discipline," U.S. District Judge William G. Young wrote Tuesday. JetBlue had argued that the $3.8 billion merger would pressure bigger airlines, thus increasing competition and lowering fares.

LEGAL NOTICE

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***



**dreamstyle**
REMODELING
SHOWERS AND BATHS

**31-DAY NEW YEAR NEW SHOWER SALES EVENT**
EXCLUSIVE OFFERS WILL END ON JANUARY 31ST

We're offering these exclusive, 31-day savings for this month only - must schedule your appointment by January 31st!

**$1,000 OFF** DREAMSTYLE SHOWER SYSTEM

WITH **18 MONTHS** NO MONEY DOWN, NO PAYMENTS AND NO INTEREST

PLUS **FREE** SHOWER DOOR*

At Dreamstyle we stand behind our work with a LIFETIME WARRANTY and offer EASY FINANCING.

Google  HomeAdvisor  facebook  A+ Rating

**4.7 STARS WITH OVER 15,677 ONLINE REVIEWS**

For a FREE consultation call **888-719-3240**

0% APR for 18 months available OAC only. Finance charges will be waived if promo balance is paid in within 18 months from the purchase date. Valid on initial consultation only, with purchase of any complete Dreamstyle Shower System. Not valid with other offers or previous orders. Valid on purchases made on or before January 31, 2024. Dreamstyle is neither a broker or lender. Financing is provided by third-party lenders unaffiliated with Dreamstyle, under terms and conditions arranged directly between the customer and such lender, all subject to credit requirements and satisfactory completion of finance documents. Any financed terms advertised are estimates only. Dreamstyle does not assist with, counsel or negotiate financing. Offer subject to change without notice. ©2023 Dreamstyle Remodeling, LLC. (N) ROC56042 B-3

# DECLARATION OF PUBLICATION OF

SAN FRANCISCO CHRONICLE

Amir Rezaee

declares that:

The annexed advertisement has been regularly published in the

**SAN FRANCISCO CHRONICLE**

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as that term is defined by Section 6000 of the Government Code.

SAN FRANCISCO CHRONICLE
(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From                November 29, 2023

To                              November 29, 2023

Namely, on           November 29, 2023

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on                November 29, 2023

at San Francisco, California.            *Amir Rezaee*

Amir Rezaee

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email RCASFinquiries@omniagnt. com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

# Slaying suspect's sister accused of DUI in crash

By Jordan Parker



Jessica Christian/The Chronicle
Khazar Momeni exits the courtroom during the arraignment of her brother, Nima Momeni, at the Hall of Justice in San Francisco in May.

Khazar Momeni, whose brother Nima Momeni faces murder charges for allegedly killing Cash App founder Bob Lee in San Francisco in April, was arrested Monday on suspicion of driving under the influence.

According to records from the San Francisco Sheriff's Office, Khazar Momeni, 38, who also goes by Khazar Elyassnia, was booked Monday afternoon on suspicion of DUI, hit and run, failing to drive within a lane and failing to provide proof of financial responsibility. San Francisco police officers responded to a report of a vehicle collision at Geary and Larkin streets around 11:08 a.m. Monday. After talking with Momeni and witnesses at the scene, they arrested her, authorities told the Chronicle.

Khazar Momeni emerged as a key figure in her brother's case as authorities tried to learn about what transpired between him and Lee before the stabbing. Following Lee's death, celebrities, tech industry leaders and conservative politicians initially slammed the city's progressive politicians for what they saw as inaction on crime.

Lee, 43, was visiting from his home in Miami and died at San Francisco General Hospital following the attack, which occurred at 2:35 a.m. April 4 on the 300 block of Main Street. Police responded to a report of a stabbing and found Lee unconscious on the ground suffering from two stab wounds to his chest and one to his right hip.

Prosecutors said the killing happened after Momeni confronted Lee about his relationship with his sister and whether she had done drugs with Lee. The nature of that relationship has not been disclosed. Nima Momeni pleaded not guilty. Dino Elyassnia, Khazar Momeni's husband, did not immediately respond to a request for comment.

Aldo Toledo contributed to this report.

Reach Jordan Parker: jordan.parker @sfchronicle.com; Twitter: @jparkerwrites

---

# State Bar accuses Bay Area attorney of defrauding client

By Bob Egelko

A veteran criminal defense lawyer has been accused by the State Bar of California of wrongfully taking hundreds of thousands of dollars from a client who was convicted of human trafficking in the Bay Area care centers owned by the client and his family.

The attorney says the bar is relying on a complaint by his former client, who was found by a jury to have defrauded his employees.

In disciplinary charges announced Monday, the bar said David J. Cohen of Dublin had misappropriated at least $376,000 from Joshua Gamos after charging him an "unconscionable" fee of $632,000. The bar also said Cohen had "drained" most of Gamos' $562,000 trust fund while representing him in the criminal case, and had overcharged a client by more than $14,000 in another case.

Gamos and two family members were convicted in June 2022 of trafficking and defrauding hundreds of Filipino immigrants who worked at the Gamoses' Rainbow Bright residential care centers in Daly City, Pacifica and South San Francisco. Prosecutors presented evidence that the employees were required to work extremely long days and to sleep on floors and garages, and were threatened with deportation if they reported the wrongdoing.

Joshua Gamos was sentenced in February to nine years and eight months in prison.

Cohen, who represented Gamos in pretrial proceedings, has practiced law for 36 years and formerly chaired the bar's now-disbanded criminal law advisory commission. He said Monday the charges were based on unfounded accusations by Gamos and that he had done nothing wrong.

In charging documents filed Nov. 14, the State Bar said Cohen had accepted more than $562,000 from Gamos' trust fund between September 2018 and January 2019, while Gamos was in jail awaiting trial, and then deposited the money in his own business account. In those and later transactions, the bar said, Cohen "intentionally misappropriated a minimum of $276,741.00 that be-

> *"I represented this guy very well. I did a lot of work for him, and he paid me."*
> Attorney David J. Cohen

longed to (his) client."

Cohen "had sole control and authority over assets of the living trust which he used to pay himself attorney fees and legal costs incurred in Gamos's criminal law matter," State Bar attorney Rizamari Gonzaga Sitton wrote in the charging documents. By taking the entire $562,000 as payment of attorney fees and legal costs, she said, Cohen "failed to safeguard the funds for the benefit of the beneficiaries of the trust, and he failed to avoid self-interest transactions."

The bar also said Cohen had deposited $320,000 from Gamos into the attorney's business account in March 2019 without notifying Gamos of his right to place the funds in a separate account until Cohen had done additional work in the criminal case.

Cohen is not accused of any criminal wrongdoing but could be suspended or disbarred if the State Bar Court finds he committed misconduct after a trial of his case. While Cohen "is presumed innocent until a judgment is reached," said Stacia Laguna, a State Bar attorney and administrator, "we believe significant discipline is warranted, given the severity of the alleged misconduct."

In response, Cohen told the Chronicle, "I represented this guy very well. I did a lot of work for him, and he paid me."

It was "the most complex fraud case in the history of (San Mateo) County," he said, with considerable expenses and legal work required, all of it properly charged and collected. The eventual prison sentence was considerably less than prosecutors had sought, Cohen said, but Gamos nevertheless told the bar that his attorney had cheated him, and bar officials "don't listen to what I tell them" in more than a year of discussions preceding the disciplinary charges.

Reach Bob Egelko: begelko@sfchronicle.com; Twitter: @BobEgelko

---

# Silicon Valley exec ends her bid for Senate over financial woes

By Joe Garofoli

Silicon Valley business executive Lexi Reese ended her Senate campaign Tuesday.

"The reason? Money," Reese wrote in a statement posted online Tuesday.

"We've raised approximately $2 million. Which sounds like a lot of money until you compare it with the top competitors in the Senate race who have been serving in the House of Representatives for a collective 50+ years," Reese, who has never run for elective office, wrote.

Rep. Adam Schiff of Burbank has $32 million cash on hand, Rep. Katie Porter of Irvine has nearly $12 million and Rep. Barbara Lee of Oakland has $1.3 million, according to federal campaign filings. Reese, an alum of Google, Facebook, American Express and Gusto, a human resources firm, has $682,478 cash on hand after raising $1.8 million.

She contributed $534,286 of that from her own pocket, "which is a privilege I recognize most people do not have. It was also not nearly enough," said Reese, who is married to Corby Reese, managing director of Swander Pace Capital, a private equity firm.



Reese

Schiff and Porter have been atop most polls. Reese has barely registered, receiving 1% in a Berkeley IGS survey earlier this month.

Reese wasn't able to distinguish herself from the top candidates in the race, and her campaign never caught on with grassroots activists. At this month's California Democratic Party convention, Reese received only three of 2,322 ballots cast in the race to get the party's endorsement. Lee received the most votes (41%), but no candidate got the 60% required to earn the nod.

Reese said she was concerned with how difficult it is for an outsider to run for office, given that incumbents have "institutional, press, and party support" that is very difficult to replicate as an outsider."

Reese said "this worries me — deeply — because our legislative branch, staffed with mostly career politicians and former lawyers, has been consistently behind on major issues that are now existential threats: climate instability, gun violence, economic inequality, housing, homelessness, the rights of women/BIPOC/LGBTQ+/children, and technology that continues to progress unchecked and unregulated."

Before beginning her campaign in June, Reese had shown little interest in political activism — and she's made only a handful of small political donations. But she has been an advocate for increasing diversity in Silicon Valley. Since 2020, she has served on the board of the Board Challenge, which is trying to increase the number of Black members on corporate boards. She also worked at Accion International, which gives loans to people living in poverty so they can start their own businesses. Early in her career, she made a documentary about young women in Nicaragua who were forced to turn to prostitution to help their families survive financially.

Reese wrote Tuesday that while financial realities forced her to end her Senate campaign, next she will continue to focus on this question: "What do we want to be when we grow up? As a state, a nation and as human beings."

Reach Joe Garofoli: jgarofoli@sfchronicle.com; Twitter: @joegarofoli

---

# 1 dead, 1 hurt after stabbing and crash

By Jessica Flores

San Francisco police are investigating a stabbing that left one man dead and injured another in the Mission District last weekend.

The two men crashed a car into a business in the 1100 block of Potrero Avenue just before 12:30 p.m. Saturday while rushing to the hospital after being stabbed in a different location, police said Monday.

Officers were initially responding to a report of the crashed car when they found the two men, ages 27 and 34, suffering from stab wounds.

Both men were hospitalized and the 27-year-old died, police said.

No further identifying information about the two men was immediately available.

Reach Jessica Flores: jessica.flores@sfchronicle.com; Twitter: @jesssmflores

---

## LEGAL NOTICES VISIT SFGATE.COM/LEGALNOTICES

### PUBLIC NOTICES (NON-GOVERNMENT)

ORDER TO SHOW CAUSE FOR CHANGE OF NAME
Yomi Sachiko Wrong
6623 Sunnymere Avenue
Oakland, CA 94605
Case Number: 510-589-1435
Email: yomisawrong@gmail.com

PETITIONER:
For Self Represented
Case No. 23CV051520

PETITIONER:
Yomi Sachiko Wrong

TO ALL INTERESTED
PERSONS:
1) Petitioner Yomi Sachiko Wrong filed a petition with this court for a decree changing names from Yomi Sachiko Wrong to Yomi Sachiko Young.

THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted.

NOTICE OF HEARING
Date: December 26, 2023, Time: 9 AM, Dept 14, located at 1221 Oak Street, Oakland, CA 94612.

A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the San Francisco Chronicle, a newspaper of general circulation, printed in this county.

Date: November 29, 2021
By Katty Tang (Self Representing)
66 Cleary Ct, Apt. 1403
San Francisco, CA 94109
/S/ SAMUEL K. FENG,
JUDGE OF THE SUPERIOR COURT
CLERK OR THE COURT
/S/ LAURA SIMMONS

Deputy Clerk

### FICTITIOUS BUSINESS NAMES

FICTITIOUS BUSINESS
NAME STATEMENT
FILE NO. 2023-0401855
Fictitious Business Name(s): Fog City Resale, 58 Beverly Street, San Francisco, CA 94132, County of San Francisco. Full name of registrant #1: Peter Lee, 58 Beverly Street, San Francisco, CA 94132. This business is conducted by an individual.
The registrant commenced to transact business under the above-listed fictitious business name on 10/05/2023
This statement was filed with the County Clerk of San Francisco on: Oct. 27, 2023
Nov. 22, 29, Dec. 6, 13, 2023

### FICTITIOUS BUSINESS NAMES

FICTITIOUS BUSINESS
NAME STATEMENT
FILE NO. 2023-0401484
Fictitious Business Name(s): The Movie Palace, 201 Spear Street, Suite 1100, San Francisco, CA 94105, County of San Francisco. Full name of registrant #1: Excelsior Films, LLC (CA), 201 Spear Street, Suite 1100, San Francisco, CA 94105. This business is conducted by a limited liability company.
The registrant commenced to transact business under the above-listed fictitious business name on 7/27/2023
This statement was filed with the County Clerk of San Francisco on: Nov. 7, 2023
Nov. 15, 22, 29, Dec. 6, 2023

FICTITIOUS BUSINESS
NAME STATEMENT
FILE NO. 2023-0401905
Fictitious Business Name(s): 1) AVS, 2) SafeCity Connect, 2601 Mission St., Ste 401, San Francisco, CA 94110, County of San Francisco. Full name of registrant #1: Applied Video Solutions Inc. (CA), 2601 Mission St, Ste 401, San Francisco, CA 94110. This business is conducted by a corporation. The registrant commenced to transact business under the above-listed fictitious business name on 9/1/2017
This statement was filed with the County Clerk of San Francisco on: Nov. 10, 2023
Nov. 22, 29, Dec. 6, 13, 2023

---

U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564
Notice of Deadline for Filing Claims: February 20, 2024

YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent. com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---

San Francisco Chronicle | SFGATE

# JOBS | MONSTER

VISIT SFGATE.COM/JOBS Search more than 18,000 job listings.

Publisher's Notice
The California Fair Employment and Housing Act (FEHA) and federal law, Title VII of the Civil Rights Act of 1964, bar employment advertisements that contain discrimination statements. Under Title VII, it is an unlawful employment practice for an employer, labor organization, employment agency to print or publish or cause to be printed or published any notice or advertisement relating to employment indicating any preference, limitation, specification, or discrimination, based on race, color, religion, sex, or national origin, except that such a notice or advertisement may indicate a preference, limitation, specification or discrimination based on religion, sex, or national origin is a bona fide occupational qualification for employment. The San Francisco Chronicle does not knowingly accept employment advertising in violation of federal and state law.

### EDUCATION/TRAINING

EDUCATIONAL COUNSELOR
Company     Lincoln University
Location    Oakland, CA
Position    Full Time
Experience  Unspecified
Education   Masters

Lincoln University seeks Educational Counselor. Mstrs. in Bus. Admin. or rel. field reqd. Counsel students on academic progress. Salary: $56,701/ yr. Worksite: Oakland, CA. Mail resume to: 401 15th St., Oakland, CA 94612.

San Francisco Chronicle
UPGRADE YOUR INBOX
SFCHRONICLE.COM/NEWSLETTERS

# DECLARATION OF PUBLICATION OF

SAN FRANCISCO CHRONICLE

Amir Rezaee

declares that:

The annexed advertisement has been regularly published in the

**SAN FRANCISCO CHRONICLE**

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as that term is defined by Section 6000 of the Government Code.

SAN FRANCISCO CHRONICLE

(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From | January 19, 2024

To | January 19, 2024

Namely, on | January 19, 2024

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on | January 19, 2024

at San Francisco, California.

*Amir Rezaee*

Amir Rezaee

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims:** <u>February 20, 2024</u>

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

\*\*If you have questions about the bankruptcy case filed by  the Archdiocese of San Francisco, please also visit  the website at <u>https://sfarch.org</u> and  follow the links for Chapter 11 Filing\*\*

# 6 teens arrested in Santa Rosa stabbing

**By Megan Fan Munce**

Santa Rosa police arrested six teenagers for an alleged gang-related attack that left a man with a life-threatening stab wound to the neck.

Police said the six teens — one 15-year-old, three 16-year-olds and two 17-year-olds — were all part of a local street gang. On the afternoon of Jan. 11, the six teens were in Bellevue Ranch Park with nine other juveniles when they got into a verbal fight with a 41-year-old man riding his bike through the park, according to Santa Rosa police.

After trading "confrontational language," the group of 15 began to chase the man through the park, officials said. Police allege the six teens who were arrested then began to beat and stab the man between eight to 10 times, with one stabbing him in the side of the neck. They then stole his bike, officials said.

A witness broke up the fight by driving her car toward the group while other local residents called 911 and performed first aid on the injured man, according to the police department. The teens scattered, with some fleeing in a vehicle, police said.

The man was taken to a local hospital, where he was treated for life-threatening injuries and later released, according to officials.


Santa Rosa Police Department
**Police said they seized firearm parts and gang items from the homes of six teens accused of stabbing a man.**

the police department said. One teen, a 16-year-old boy, had a 3D printer in his home that police allege he was using to print firearm parts. Police said they found several firearm parts in his home and in his backpack during his arrest.

All six teens were booked into Juvenile Hall on suspicion of attempted murder, robbery and participation in a criminal street gang, according to the Santa Rosa Police Department. The 16-year-old boy was also arrested on suspicion of possession of a handgun, carrying a concealed weapon and unlawfully manufacturing firearms.

Several of the teens had been arrested in the past for gang activity or possessing firearms, according to the police department. Officials said one juvenile is also suspected to have been involved in the June 2023 shooting of Felix Vargas. Vargas, 15, was shot and killed by other teens in what police believe was a gang-related killing, the Santa Rosa Press Democrat reported.

Police are still investigating the Jan. 11 stabbing. Anyone with information is asked to contact the police department's Gang Crimes Team at 707-543-4021 or submit a tip online at www.srcity.org/CrimeTips.

*Reach Megan Fan Munce: megan.munce@sfchronicle.com*

Surveillance footage from the area showed four teens ran to Elsie Allen High School, just under a mile away, and drove away in a car parked in the parking lot, according to Santa Rosa police. Officials said the teens attended or tended to be used to attend Elsie Allen, with one currently attending Pivot Charter School.

One teen was later booked into Juvenile Hall for a probation violation unrelated to the stabbing. The other five were arrested Wednesday as they were leaving their homes, according to police.

Police searched each of the teens' homes and found several knives and "gang paraphernalia,"

# Google CEO: Brace for more layoffs amid 'ambitious goals'

**By Aidin Vaziri**

Despite having already cut hundreds of jobs since the beginning of the year, Google CEO Sundar Pichai has informed employees to brace themselves for further cuts throughout 2024.

In an internal memo shared with multiple employees on Wednesday, Pichai said, "We have ambitious goals and will be investing in our big priorities this year. The reality is that to create the capacity for this investment, we have to make tough choices."

So far, the cuts have resulted in layoffs and restructuring across various Google teams, including hardware, ad sales, search, shopping, maps, policy, core engineering, and most recently, YouTube's content creator support division.

Pichai clarified, "These role eliminations are not at the scale of last year's reductions and will not touch every team." He was referring to Google's decision to eliminate 12,000 positions in 2023, impacting roughly 6% of the Mountain View company's workforce. However, he acknowledged, "It's very difficult to see colleagues and teams impacted."

The reductions and restructuring efforts coincide with Google's competition for supremacy in the artificial intelligence race. The company is set to unveil its ambitions for the year later this week. Last month, Google introduced Gemini, touted as the "largest upgrade yet" to its AI chatbot Bard.

Pichai explained that the

upcoming layoffs are aimed at "removing layers to simplify execution and drive velocity in some areas."

In December, Google joined a group of technology companies in announcing cuts as part of a round of year-end corporate downsizing. Other companies such as Amazon, Snap and Zillow also implemented job cuts. Pichai confirmed that more layoffs were imminent.

"Many of these changes are already announced, though to be up front, some teams will continue to make specific resource allocation decisions throughout the year where needed, and some roles may be impacted," he wrote.

*Reach Aidin Vaziri: avaziri@sfchronicle.com*

# YouTube cuts 100 tech jobs as part of ongoing Google layoffs

**By Aidin Vaziri**

YouTube cut 100 positions on Wednesday afternoon as part of the ongoing layoffs at its parent company, Google.

The impacted employees belonged to YouTube's operations and creator management teams, responsible for supporting content producers on the platform.

Mary Ellen Coe, chief business officer for YouTube, said in an internal memo that these job reductions stem from restructuring efforts within the division.

Last week, Google cut more than 1,000 jobs across various departments, including engineering, services and the voice-activated product Google Assistant.

"As we've said, we're responsibly investing in our company's biggest priorities and the significant opportunities ahead," a Goo-

gle spokesperson said in a statement. "To best position us for these opportunities, throughout the second half of 2023, a number of our teams made changes to become more efficient and work better, and to align their resources to their biggest product priorities."

The layoffs at YouTube, initially reported by Tubefilter, impact a small percentage of the company's 7,000-plus employees. Affected employees have a 60-day window to apply for other positions within the San Bruno company before facing permanent job cuts.

This latest round of layoffs marks at least the fifth at Google since September, with prior cuts targeting Google News, recruiting and voice assistant services.

In the Bay Area, more than 700 workers were affected by the recent cuts, including those in the user experience design division,

which is focused on improving customer interactions with the company's products.

On Tuesday, Google also announced the elimination of "several hundred" employees in its advertising sales team, as revealed in an internal memo obtained by Business Insider.

Alphabet, Google's parent company, recently implemented its third round of layoffs this year in its Waymo division. The overall workforce reductions reflect Google's continuing efforts to adapt to evolving priorities and streamline its operations.

Since becoming part of Google, YouTube has become a key revenue driver for the Mountain View company, bringing in nearly $30 billion in advertising revenue in 2022 and accounting for roughly 10% of Alphabet's overall revenue.

*Reach Aidin Vaziri: avaziri@sfchronicle.com*

# 4 suspects plead not guilty in killing of Oakland cop

**By David Hernandez**

Three men accused in the fatal shooting of an undercover Oakland police officer pleaded not guilty Thursday to murder charges and other allegations in Alameda County Superior Court.

Mark Sanders, Allen Brown and Marquise Cooper also face burglary charges following what police and prosecutors said was their robbery of a cannabis cultivation warehouse in Oakland prior to Oakland Police Officer Tuan Le's shooting.

Le was shot about 4:30 a.m. on Dec. 29 on Embarcadero near Fifth Avenue. He died about four hours later at a hospital.

A fourth defendant, Sebron Russell, 30, pleaded not guilty Thursday to burglary. He was released on $275,000 bail.

Sanders, 27, Brown, 28, and Cooper, 34, remained in jail without bail.

The attorneys representing the four defen-

dants did not comment on the allegations in detail in court Thursday. Brown's attorney declined to comment outside of the courtroom, and attorneys for the other defendants did not respond to requests for comment.

Cooper's attorney, Ernie Castillo, has said that prosecutors believe Cooper was possibly a few blocks away, acting as a lookout, but Castillo said there was no indication his client knew "what was happening as things unfolded."

"We're going to do everything possible to make sure the charges reflect his (alleged) limited conduct and role in this particular case," Castillo said.

Police and prosecutors say Sanders shot from inside a getaway vehicle at an unmarked police vehicle and struck Le in the driver's seat after the burglary. It was the third burglary that day at the same cannabis business, according to court records.

Sanders faces a special allegation that he knew Le was a police officer. Police and prosecutors allege Brown was the driver of the getaway vehicle.

Sanders' criminal history includes a manslaughter conviction in Alameda County, according to court records. The East Bay Times has reported that he pleaded no contest to the charge in connection with the shooting of an 18-year-old man in 2014, when Sanders was 17.

The 36-year-old officer worked for the department for about four years. A Vietnam native who was raised in Oakland, Le was regarded as a link between police and the Asian community in the city.

His death marked the first time since 2009 that an Oakland police officer was killed in the line of duty.

*Reach David Hernandez: david.hernandez@sfchronicle.com*

# Suspected fentanyl dealer will stay jailed while awaiting trial

**By Megan Fan Munce**

A man accused of dealing fentanyl in San Francisco's Tenderloin neighborhood will remain in custody until his trial on trafficking charges, according to federal prosecutors.

A federal jury indicted Milton Joel Varela Arteaga, 27, in December on three counts of possessing large amounts of fentanyl with the intent to distribute, federal court records show. Arteaga has been in federal custody since November, and will continue to be detained until his trial, a federal district judge in San Francisco ruled Friday.

In May, June and November 2023, law enforcement searched Arteaga's Oakland apartment or car, each time finding large amounts of cash and fentanyl, according to the U.S. Attorney's Office for the Northern District of California. In total, law en-

forcement recovered about 4 kilograms of fentanyl and more than $95,000 in cash from Arteaga's property, federal prosecutors allege.

Prosecutors said Arteaga admitted to law enforcement officers that he regularly sold fentanyl in the Tenderloin.

In November, U.S. Attorney for the Northern District of California Ismail Ramsey formally announced an operation dubbed All Hands on Deck in which federal law enforcement and prosecutors collaborate with local officials to crack down on fentanyl dealing, particularly in the Tenderloin and South of Market neighborhoods.

Federal charges can carry much higher penalties for convicted dealers — including deportation for undocumented immigrants.

Court documents show Arteaga is a Honduran national who was deported in 2018 and returned to the

Bay Area at an unknown time. At the time of his arrest, he was out on pretrial release while awaiting a trial for state-level narcotics charges, prosecutors said.

"Tackling the scourge of fentanyl is a top priority for my Office," Ramsey said in a statement Wednesday. "Our efforts to disrupt the fentanyl trade take many forms, from prosecuting the dealers who peddle this poison on the streets of the Tenderloin to identifying, arresting, and charging their suppliers. We and our law enforcement partners will hold accountable those who sell or facilitate the sale of this deadly drug at every level."

If convicted, Arteaga faces between 5 and 40 years in federal prison for each count of possession with intent to distribute. His next court appearance is scheduled for Jan. 31.

*Reach Megan Fan Munce: megan.munce@sfchronicle.com*

# LEGAL NOTICES
**VISIT SFGATE.COM/LEGALNOTICES**

**FICTITIOUS BUSINESS NAMES**

FICTITIOUS BUSINESS NAME STATEMENT
FILE NO. 2024-0402213
Fictitious Business Name(s): RASA RASA KITCHEN, 2200 Bryant Street, San Francisco CA 94110, County of San Francisco.
Full name of registrant #1: RASA RASA LLC (CA), 85 Shelbourne Ave, Daly City CA 94015. This business is conducted by a limited liability company.
The registrant commenced to transact business under the above-listed fictitious business name on 01/02/2024
This statement was filed with the County Clerk of San Francisco on: 01/02/2024
Pub Dates:
Jan 5, 12, 19 and 26, 2024

**FICTITIOUS BUSINESS NAMES**

FICTITIOUS BUSINESS NAME STATEMENT
FILE NO. 2023-0402274
Fictitious Business Name(s): Borderless, 21 Buena Vista Ave E, San Francisco, CA 94117, County of San Francisco.
Full name of registrant #1: Borderless Ventures Inc (DE), 21 Buena Vista Ave E, San Francisco, CA 94117. This business is conducted by a corporation.
This statement was filed with the County Clerk of San Francisco on:
January 9, 2024.
Pub Dates:
Jan. 19, 26, Feb. 2, 9, 2024

**San Francisco Chronicle**
**Local news at your fingertips**
Available on iOS and Android

DOWNLOAD YOUR FREE TRIAL TODAY
SFCHRONICLE.COM/MOBILE-APPS

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO**

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**



**PROOF OF PUBLICATION**
**(2015.5 C.C.P.)**

**STATE OF CALIFORNIA**
**County of Los Angeles**

**I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.**
**I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):**

**Nov 29, 2023**

**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Dated at El Segundo, California on this 29th day of November, 2023.**

*Wendy Cooper*
**[signature]**

**2300 E. Imperial Highway**
**El Segundo, CA 90245**

Case: 23-30564    Doc# 588-1    Filed: 04/16/24    Entered: 04/16/24 13:06:47    Page 13 of 49



---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt. com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***

Case: 23-30564    Doc# 588-1    Filed: 04/16/24    Entered: 04/16/24 13:06:47    Page 14 of 49

# How Scotland handles the right to housing

[**Homeless**, from A1]

Scotland's guarantee, phased in between 2003 and 2012, is one of the most generous in the world, more comprehensive and durable than the right to short-term shelter in New York, where a 1981 consent decree is under legal and political threat as the city tries to accommodate tens of thousands of newly arriving migrants. (Finland, known for its expansive safety net, includes a right to housing in its constitution.)

In Scotland, people who meet a broad definition of homelessness get immediate access to short-term shelter and then put on a list for permanent housing, which is usually heavily discounted. Healthcare, a leading cause of debt in the United States, is largely free for everyone in the United Kingdom, as is treatment for the mental health and substance abuse issues that can exacerbate homelessness.

Few people here sleep on the street — about 30 in Glasgow and 40 in Edinburgh on a given night, according to Simon Community Scotland, a leading charity that deploys outreach teams and offers services in both cities. That's up from recent years when the numbers could often be counted on one or two hands, but still a manageable figure for a pair of cities with a combined population of about 1.2 million people.

The city of Los Angeles, just over three times as populous, estimates that 46,260 people sleep on its streets on a given night.

Creating a Scottish-style right to a home in California or at the federal level "would send a market signal" to fragmented governments and the private sector that housing, like public education, is a fundamental societal obligation, said Sacramento Mayor Darrell Steinberg, who cochaired a California homeless task force for Gov. Gavin Newsom.

"All the systems would be focused in a very different way on ensuring that there was something dignified for everyone," Steinberg said.

Scotland has that focus. But making sure that citizens have healthcare and housing is costly — the main political obstacle that new entitlements face in the United States. The United Kingdom devotes a large share of its economy to government services, collecting 33.5% of its gross domestic product in taxes, compared with 26.6% collected by federal, state and local governments in the United States, which also dedicates a larger share of its budget to the military.

And even with Scotland's five-year program underway to spend $4.4 billion more on housing, local governments here, which are responsible for finding accommodations, are failing to keep up with growing demand for permanent houses and apartments, leaving thousands of people languishing for months or years in hotels, hostels and other temporary quarters.

"We get people accommodated, but we're conscious that — for a lot of people — it's not the right accommodation. It's not really a home," said Susan Aitken, who leads Glasgow's 85-member City Council.

Permanent social housing, as it's known here, is desirable and often high quality, and most people who qualify for it never leave for the private market.

Average stays in temporary quarters, which vary in quality from shabby inns to standard apartments, have gone from less than six months in 2007-08 to nearly 7½ months last year.

Thousands of people are forced to stay in dwellings the government deems unsuitable — typically because they lack private bathrooms and kitchens or are too far from work or school — for more than the seven-day period allowed under the law, according to local officials.

At the Brigham, an apartment building in Edinburgh designed to house people for a few months, some tenants now stay for several years.

"I'm one of nine children," said Barbara Laydon, a 48-year-old retired teaching assistant who has spent six months sharing a bathroom and a kitchen with two other Brigham tenants. "I can cope with anything. This is not an ideal situation for me, but I'm hoping to get out."

Yet Laydon is unlikely to sleep on the streets.

"In Scotland, homelessness is an indoors problem rather than an outdoors problem," said Alison Watson, director of Shelter Scotland, a leading advocacy group.

More than 32,000 applicants in Scotland qualified for homeless services, including 16,000 households that included children, in the 2022-23 budget year, the highest number in more than a decade. Most were living with friends or family, facing eviction from private flats, leaving a partner or otherwise sheltered when they sought help.

Only 6% of applicants reported sleeping on the streets in the prior three months.

Over several days in Edinburgh and Glasgow in late October and early November, multiple people who asked for money or stood in line at soup kitchens told The Times they were not living on the streets.

Martin Splatt, 37, has lived in the same government-owned house since he was 21, but comes 45 minutes on a train to Edinburgh for services and to see friends. Some of the people in line with him at the soup kitchen sleep on the street, "but most of them don't," said Splatt, who has used a wheelchair since he was hit by a car in 1999.

Duncan Mack, 66 and in the same food line, said he spent about four months living on the street while working in construction a few years back and was eventually hospitalized for a problem that required him to have half of his bladder removed. He now lives in a temporary apartment, with his own bedroom and kitchen. But he struggles to pay for things.

On a rainy Wednesday morning, a trickle of people showed up at a service hub in Glasgow run by the Simon charity, a few seeking shelter. Outreach workers scrambled to find them hotels. But some left with plans to sleep on the street, including Martin Benedetti, 55, who stormed away with his pitbull, Tyson, and a bottle of Jamaican liqueur in his pocket.

People with dogs are often the hardest to place because many hotels won't take them, said Ashley Young, who heads complex services for the charity. But as the number of homeless people rises, charities and city officials are also having more trouble finding hotels for people without dogs. When that happens, Simon's outreach workers give them a sleeping bag, a foil blanket and an appointment to return the next day.

"Things have been really tough for the last few months," said Young. "But it feels as if this is just the tip of the iceberg and it's probably going to get far worse."

Scotland faces many of the same challenges that have fueled the United States' — and California's — homelessness crisis.

Advertised rents in Edinburgh and Glasgow have risen more than 80% in the last decade, to more than $1,800 on average in Edinburgh, according to data from CityLets, an online rental portal. Glasgow serves as one of the U.K.'s largest asylum dispersal centers, meaning about 5,000 people are there awaiting a decision at any given time, Aitken said. Those who qualify for asylum status gain the right to housing immediately.

The country has also taken in thousands of Ukrainians fleeing the Russian invasion.

"Scotland has tried to be welcoming," said David Bookbinder, director of the Glasgow and West of Scotland Forum of Housing Assns. "You need houses if you're going to be welcoming people."

Scotland's rate of drug-overdose deaths is second only to the United States, according to an analysis this year from the Commonwealth Fund.

California voters strongly support a right to housing, according to a 2021 poll conducted by the Los Angeles Business Council Institute in conjunction with The Times. Although 72% said they approve of such a right, a smaller number, 51%, said they would support new taxes for permanent homeless initiatives, leaving doubt that an enshrined right would attract the two-thirds support needed to pass most ballot initiatives that involve taxes.

Gov. Newsom cited the cost, estimated at more than $10 billion a year, when he vetoed a 2020 bill that would have created a right to housing.

Dalton feels grateful he's found good places to live. After seven months in the first castle, he moved to a room in a converted historic church — where he would often encounter Spanish-language Harry Potter tours when he walked out the door — and then to another historic house built next to the remains of a medieval castle.

"OK, it's nice on the outside, but it's people with a lot of problems in there," he said.

He felt isolated and rarely spoke to the other tenants, even though he shared kitchens and bathrooms.

He risked losing his room if he stayed out more than three nights in a row or missed his 11 p.m. curfew.

In August, he moved into a one-bedroom apartment of his own, not far from one of the city's posh neighborhoods. The walk-up atrium is a bit rough, and the white paint is chipping. But inside, he has his own kitchen, a gas fireplace and even a built-in towel warmer in the bathroom.

The place is still considered temporary. But he can have visitors, come and go as he pleases and probably keep it as a permanent home if he proves himself a good tenant.

Dalton works part time as a lived-experience associate for Homeless Network Scotland, a charity. He would like to find full-time work in the homeless world, either in advocacy or maybe giving tours of the city from a homeless perspective.

For now, he gets about $900 a month in benefits, plus a few hundred more from the Homeless Network, along with free rent. He believes the system can work, if you're savvy enough to navigate it.

"There's a lot of, like, crradle-to-grave care in Scotland that plays a huge role in people's lives," Dalton said.

He's learned about the tent cities on America's West Coast through YouTube and the Joe Rogan podcast.

That absolute falling off a cliff you get in Los Angeles doesn't happen in Scotland, he said.





**MICHAEL SMITH** often "sleeps rough" with his dog Rocky in Glasgow, Scotland. Smith was able to find temporary housing with government help. In Edinburgh, top, people line up at Social Bite, which provides breakfast for anyone in need.

Photographs by CAROLYN COLE Los Angeles Times

ADVERTISEMENT

U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***

rateSeeker.com — LA Times

## Deposit & Loan Guide

Check rates daily at www.rateseeker.com/savings-rates

| Institution | In Dbtng Acct Min | Money Mkt Min | 3 mo CD Min | 6 mo CD Min | 12 mo CD Min | 18 mo CD Min | 24 mo CD Min | 60 mo CD Min | Phone / Website |
|---|---|---|---|---|---|---|---|---|---|
| Community Commerce Bank | NA | NA | 3.56 | 4.07 | 5.38 | 5.43 | 5.12 | 4.86 | 4.70 | 909-450-2050 www.ccombank.com |
| | NA | NA | 100.000 | 100.000 | 100.000 | 100.000 | 100.000 | 100.000 | 100.000 | |
| | 5.64% APY 11mos. CD Special · $100K Minimum to open · Member FDIC | | | | | | | | |
| First Credit Bank | NA | NA | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 310-273-2500 |
| | | | Member FDIC | | | | | | | |
| Tustin Community Bank | 0.05 | 1.26 | 1.26 | 1.51 | 2.53 | 1.80 | 2.02 | 2.02 | 2.02 | 714-730-5662 www.tustincmtybank.com |
| | 100 | 50.000 | 2.500 | 2.500 | 2.500 | 2.500 | 2.500 | 2.500 | 2.500 | |

TO PARTICIPATE IN THIS FEATURE, CALL SALES DEPARTMENT @ 773-320-8492
Check rates at www.rateseeker.com/savings-rates

Ad Number:
Insertion Number:
Size:
Color Type:

Client Name:
Advertiser:
Section/Page/Zone: MAIN/A009/LA
Description:

Los Angeles Times

Publication Date: 11/29/2023

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.





**PROOF OF PUBLICATION**
**(2015.5 C.C.P.)**

**STATE OF CALIFORNIA**
**County of Los Angeles**

**I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.**
**I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):**

**Jan 19 2024**

**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Dated at El Segundo, California on this 19th day of January, 2024.**

*Wendy Cooper*
_____
**[signature]**

**2300 E. Imperial Highway**
**El Segundo, CA 90245**

Case: 23-30564    Doc# 588-1    Filed: 04/16/24    Entered: 04/16/24 13:06:47    Page 16 of 49



---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt. com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

Client Name:
Advertiser:
Section/Page/Zone: MAIN/A004/LA
Description:

Ad Number:
Insertion Number:
Size:
Color Type:

**Los Angeles Times**

**Publication Date: 01/19/2024**

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# Misconduct claims in Trump election case get a hearing

ASSOCIATED PRESS

ATLANTA — The judge presiding over the Georgia prosecution of former President Trump and others charged with trying to overturn the 2020 election has set a hearing on a motion alleging that Fulton County Dist. Atty. Fani Willis has been romantically involved with a special prosecutor she hired for the case.

In an order Thursday, Fulton County Superior Court Judge Scott McAfee set a Feb. 15 hearing and ordered prosecutors to file their response by Feb. 2.

The allegations against Willis have been seized upon by Trump and other critics of the prosecution, who have argued that the case is tainted and should be tossed out.

Defense attorney Ashleigh Merchant, who represents former Trump campaign staffer and onetime White House aide Michael Roman, made the allegations in a motion filed last week. She alleged that Willis was involved in a romantic relationship with attorney Nathan Wade that created a conflict of interest and led to Willis profiting personally from the prosecution.

The motions seeks to have the indictment thrown out and to have Willis and Wade removed from the case.

Willis defended her hiring of Wade and his qualifications during an address at a church in Atlanta on Sunday, but has not commented publicly on the allegation that they've had a romantic relationship. Among Wade's other qualifications, she cited his 10 years of experience as a municipal court judge and his 20 years in private practice.

Willis' office has said it will respond to Merchant's motion in a court filing, but has not said when.

Merchant has not provided any solid proof to support the allegation of an inappropriate relationship. She mentioned "information obtained outside of court filings" and "sources close" to Willis and Wade.

Merchant's motion also mentions that filings in Wade's pending divorce are sealed but that she has filed a motion to unseal them. A coalition of news organizations, including the Associated Press, filed a motion Tuesday to gain access to those filings.

Merchant wrote that Wade had been paid large sums and had used some of his earnings to take Willis on vacation in Napa Valley, Florida and the Caribbean. She said that amounts to the pair "profiting significantly from this prosecution at the expense of the taxpayers."

Merchant said she can find no evidence that Wade — whose law firm website promotes his experience in civil litigation, including car accident and family law cases — has ever prosecuted a felony case. She questioned his qualifications to try this case.

Trump and Roman were indicted by a Fulton County grand jury in August along with 17 others. They're accused of participating in a wide-ranging scheme to try to illegally overturn the 2020 presidential election results in Georgia.

Four of those charged have already pleaded guilty after reaching deals with prosecutors. Trump, Roman and the others who remain have pleaded not guilty.

Roman was the director of election day operations for the Trump campaign and had also worked in the White House.

Prosecutors say that he helped coordinate an effort to contact state lawmakers on Trump's behalf to encourage them to "unlawfully appoint presidential electors."

He is also alleged to have been involved in efforts to have Republicans in swing states that Trump lost, including Georgia, meet on Dec. 14, 2020, to sign certificates falsely saying Trump had won their states and that they were the electors for their states. He was in touch with local Republican officials in several states to set up those meetings.

The Washington Post first reported the scheduling of the hearing on Willis.



THE HOUSE approved the stopgap measure by a vote of 314 to 108 after the Senate voted 77 to 18 for it. It will fund some agencies through March 1 and others through March 8. Above, the U.S. Capitol on Wednesday.

JOSE LUIS MAGANA Associated Press

# Congress passes measure to avert government shutdown

Far-right House Republicans oppose the stopgap spending bill, but Johnson's job appears safe for now.

ASSOCIATED PRESS

WASHINGTON — Congress sent President Biden a short-term spending bill on Thursday that would avert a looming partial government shutdown and fund federal agencies into March.

The House approved the measure by a vote of 314 to 108, with opposition coming mostly from the more conservative members of the Republican conference. Shortly before the vote, the House Freedom Caucus announced it "strongly opposes" the measure because it would facilitate more spending than they support. Nevertheless, about half of Republicans joined with Democrats in passing the third stopgap funding measure in recent months. The action came a few hours after the Senate had passed

the bill by a vote of 77 to 18.

The measure extends current spending levels and buys time for the two chambers to work out their differences over full-year spending bills for the fiscal year that began in October.

The temporary measure will run to March 1 for some federal agencies. Their funds were set to run out Friday. It extends the remainder of government operations to March 8.

White House Press Secretary Karine Jean-Pierre said the president would sign the resolution and accused Republicans of wasting time on partisan spending bills.

"House Republicans must finally do their job and work across the aisle to pass full-year funding bills that deliver for the American people and address urgent domestic and national security priorities by passing the President's supplemental request," Jean-Pierre said in a statement.

House Speaker Mike Johnson (R-La.) has been under pressure from his right flank to scrap a $1.66-trillion budget price

tag he reached with Senate Majority Leader Charles E. Schumer (D-N.Y.) this month for the spending bills. Rep. Chip Roy (R-Texas) said the continuing resolution passed Thursday will facilitate that agreement, and urged colleagues to vote against it.

"It's Groundhog Day in the House chamber all the time, every day, yet again spending money we don't have," Roy said.

Johnson has insisted he will stick with the deal, and centrists in the party have stood behind him. They say that changing course now would be going back on his word and would weaken the speaker in future negotiations.

Rep. Rosa DeLauro, the ranking Democrat on the House Appropriations Committee, said Americans expect Congress to govern in a bipartisan fashion.

"Some of my colleagues would see that this government would shut down and don't care how hurtful that would be," DeLauro (D-Conn.) said.

House Republicans have fought bitterly over budget

levels and policy since taking the majority at the start of 2023. Former House Speaker Kevin McCarthy (R-Bakersfield) was ousted by his caucus in October after striking an agreement with Democrats to extend current spending the first time. Johnson has also come under criticism as he has wrestled with how to appease his members and avoid a government shutdown in an election year.

Most House Republicans have refrained from saying that Johnson's job is in danger. But a revolt of even a handful of Republicans could endanger his position in the narrowly divided House.

Virginia Rep. Bob Good, one of eight Republicans who voted to oust McCarthy, has been pushing Johnson to reconsider the deal with Schumer.

"If your opponent in negotiation knows that you fear the consequence of not reaching an agreement more than they fear the consequence of not reaching an agreement, you will lose every time," Good said this week.

# Hunter Biden agrees to a private deposition with House GOP, ending months of defiance

ASSOCIATED PRESS

WASHINGTON — Hunter Biden has agreed to appear before House Republicans for a private deposition next month, ending months of defiance from the president's son, who had insisted on testifying publicly.

The House Oversight

Committee announced on Thursday that the two parties had agreed that Hunter Biden would sit for a deposition on Feb. 28.

"His deposition will come after several interviews with Biden family members and associates," Rep. James Comer (R-Ky.), chair of the Oversight Committee, and Rep. Jim Jordan (R-Ohio), chair of the Judiciary panel,

said in a statement. "We look forward to Hunter Biden's testimony."

A request for comment from Biden's attorneys was not immediately answered.

Republicans had been set to send a contempt resolution against him to the House floor this week, but called off that move Tuesday to give the parties additional time to negotiate.

The agreement ends months of contentious back-and-forth between the Democratic president's son and the Republicans who have been investigating his overseas business dealings for over a year in an effort, so far futile, to connect his actions to his father.

Republicans, led by Comer and Jordan, first subpoenaed Hunter Biden in November, demanding that he appear before lawmakers in a private setting by mid-December.

Biden and his attorneys refused to a private interview, saying that it would allow information to be selectively leaked and manipulated by Republicans, and insisting that he would testify only in a public setting.

When Republicans denied those terms, Hunter Biden and his attorneys made two separate appearances at the U.S. Capitol, further angering congressional investigators.

In both instances, Biden again refused to testify privately, instead delivering statements to the media in defense of his business affairs and denouncing the years-long investigations into him and his family.

An impeachment inquiry into the president began in September, focusing heavily on Hunter Biden and his international business affairs, and questioning whether the president profited from that work.

It has yet to uncover evidence directly implicating President Biden in wrongdoing involving his son's work.

## How to contact us

(800) LA TIMES

**Home Delivery and Membership Program**
For questions about delivery, billing and vacation holds, or for information about our Membership program, please contact us at (213) 283-2274 or members@sperviences@latimes.com. You can also manage your account at myaccount.latimes.com.

**Letters to the Editor**
Want to write a letter to be published in the paper and online? E-mail letters@latimes.com. For submission guidelines, go to latimes.com/letters.

**Readers' Representative**
If you believe we have made an error, or you have questions about our journalistic standards and practices, our readers' representative can be reached at readers.representative @latimes.com, (877) 554-4000 or online at latimes.com/readersrep.

**Advertising**
For print and online advertising information, go to

latimes.com/mediakit or call (213) 237-6176.

**Reprint Requests**
For the rights to use articles, photos, graphics and page reproductions, e-mail reprint@latimes.com or call (213) 237-4565.

**Times in Education**
To get the digital Los Angeles Times at no cost (along with our newspaper-based teaching materials), contact us at latimes.com/tie, or email Heidi.staudenmiller@latimes.com

**The Newsroom**
Know something important we should cover? Send a secure tip at latimes.com/tips. To send a press release go to the newsroom directory at latimes.com/staff.

**Media Relations**
For outside media requests and inquiries, e-mail commsdept@latimes.com.

**L.A. Times Store**
Search archives, merchandise and front pages at latimes.com/store.

## Los Angeles Times
*A California Times Publication*
Founded Dec. 4, 1881
Vol. CXLIII No. 47

LOS ANGELES TIMES (ISSN 0458-3035) is published by the Los Angeles Times, 2300 E. Imperial Highway, El Segundo, CA 90245. Periodicals postage is paid at Los Angeles, CA, and additional cities. POSTMASTER: Send address changes to the above address.

Home Delivery Subscription Rates (all rates include applicable CA sales taxes and apply to most areas)

Print + unlimited digital rates: Seven-day $26/week; $1,456 annually. Thursday–Sunday $16/week; $832 annually. Thursday & Sunday $12/week; $624 annually. Saturday & Sunday $9/week; $468 annually. Sunday $9.50/week, $442 annually.

Monday–Saturday $18/week, $936 annually (daily rates include receipt of the weekly edition on 5/29, 6/19, 7/4, 9/4, 11/11, and 12/25); Monday–Friday, $4/week. Pricing for all subscriptions may include up to eight Premium issues per year. For each Premium issue, your account balance will be charged up to an additional fee of $4.49 in the billing period when the section publishes. This will result in shortening the length of your billing period. It gives Premium issues may include: LA Times Power List 2/4/24, Future of LA 3/3/24, Books in Hollywood / Festival of Books 4/14/24, D1 Best Restaurant Guide 6/16/24, Climate 9/14/24, The Envelope 9/24/24, Holiday Gift Guide 12/04/24, and 101 Best Restaurants 12/8/24.

Printed with soy-based ink on recycled newsprint from wood byproducts.



## Download the app. Discover more.

**Los Angeles Times**

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent. com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

**Alameda Times-Star**

1101 Marina Village Pkwy., Ste. 201
Alameda, CA 94501
510-723-2850

Legal No.     **0006794205**

3110950

MILLER ADVERTISING AGENCY
909 THIRD AVE., 15TH FL.
NEW YORK, NY 10022

## PROOF OF PUBLICATION

## FILE NO. RB270007

**Alameda Times-Star**

The Alameda Times-Star

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Alameda Times-Star, a newspaper published in the English language in the City of Alameda, County of Alameda, State of California.

I declare that The Alameda Times-Star is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated September, 17, 1951, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Alameda Times-Star as a Newspaper of General Circulation, Case Number 236092.  Said order states that "The Alameda Times-Star is a newspaper of general circulation within the City of Alameda, and the County of Alameda, and the State of California, within the meaning and intent of Chapter 1, Division 7, Title 1 [§§ 6000 et seq.] of the Government Code of the State of California."  Said order has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**11/30/2023**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Rio Vista, California.
On this 30th day of November, 2023.

Public Notice Advertising Clerk

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

### YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\***

CCT/ATS 6794205; 11/30/23

# Legal Advertising and Public Notices

West County Times • WCTLegals@BayAreaNewsGroup.com
Contra Costa Times • CCTLegals@BayAreaNewsGroup.com
Alameda Times-Star • ATSLegals@BayAreaNewsGroup.com
East County Times • ECTLegals@BayAreaNewsGroup.com

Tri-Valley Herald • TVHLegals@BayAreaNewsGroup.com
San Ramon Valley Times • SRVTLegals@BayAreaNewsGroup.com
Valley Times • VTLegals@BayAreaNewsGroup.com
San Joaquin Herald • SJHLegals@BayAreaNewsGroup.com



**Legal Notice**

## NOTICE OF PETITION TO ADMINISTER ESTATE OF: MARIA TUYET-TRINH TRAN AKA MARIA T. TRAN AKA MARIA TRAN
### CASE NO. 23PR00538

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the WILL or estate, or both of MA-RIA TUYET-TRINH TRAN AKA MARIA T. TRAN AKA MARIA TRAN.

A PETITION FOR PROBATE has been filed by JENNIE TRAN VUONG in the Superior Court of California, County of ALAMEDA.

THE PETITION FOR PROBATE requests that JEN-NIE TRAN VUONG be appointed as personal representative to administer the estate of the decedent.

THE PETITION requests the decedent's WILL and codicils, if any, be admitted to probate. The WILL and any codicils are available for examination in the file kept by the court.

THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A HEARING on the petition will be held in this court as follows: 01/12/24 at 9:00AM in Dept. 201 located at 24405 AMADOR STREET, HAY-WARD, CA 94544.

If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.

Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in the California law.

YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Attorney for Petitioner
AMANDA L. SINCLAIR
SBN 191211,
HYDEN ZAKHEIM, LLP
18 CROW CANYON COURT, SUITE 300
SAN RAMON CA 94583,
Telephone
(925) 831-0636
11/23, 11/24, 11/30/23
**VALLEY TIMES**

VT 6792657 Nov. 23, 24, 30, 2023

---

## NOTICE OF PETITION TO ADMINISTER ESTATE OF: BENSON TRAN AKA BENSON X. TRAN
### CASE NO. 23PR00541

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the WILL or estate, or both of BEN-SON TRAN AKA BENSON X. TRAN AKA BENSON TRAN.

A PETITION FOR PROBATE has been filed by ANGELA HANG TRAN in the Superior Court of California, County of ALAMEDA.

THE PETITION FOR PROBATE requests that AN-GELA HANG TRAN be appointed as personal representative to administer the estate of the decedent.

THE PETITION requests the decedent's WILL and codicils, if any, be admitted to probate. The WILL and any codicils are available for examination in the file kept by the court.

THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A HEARING on the petition will be held in this court as follows: 01/12/24 at 9:00AM in Dept. 201 located at 24405 AMADOR STREET, HAY-WARD, CA 94544.

If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.

Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in the California law.

YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Attorney for Petitioner
AMANDA L. SINCLAIR
SBN 191211,
HYDEN ZAKHEIM, LLP
18 CROW CANYON COURT, SUITE 300
SAN RAMON CA 94583,
Telephone
(925) 831-0636
11/23, 11/24, 11/30/23
**VALLEY TIMES**

VT 6792648 Nov. 23, 24, 30, 2023

---

FILED Nov. 17, 2023
KRISTIN B. CONNELLY
CONTRA COSTA COUNTY CLERK-RECORDER
BY: ---- DEPUTY CLERK
F1288 GARIBAY

### FICTITIOUS BUSINESS NAME STATEMENT
The following person is doing business as:
**SIMEE FASHION** at
1221 Beaulieu Drive Bay Point, CA 94565
Contra Costa Co. is hereby registered by the following owner(s):
Registrant Name & Address
Hao Vy Nguyen
1221 Beaulieu Drive Bay Point, CA 94565
This business is conducted by:
An Individual
/s/ Hao Vy Nguyen
This statement was filed with the County Clerk of Contra Costa on the date indicated by file stamp above.
Business commenced on 11/15/2023
Expires 11/16/2028
**ECT# 6793973 Nov. 30, Dec. 7, 14, 21, 2023**

---

**Legal Notice**

**NOTICE** The undersigned hereby certifies that it is conducting a business in the City of San Ramon, County of Contra Costa, State of California under the name of: Shamrock Home Loans and that the nature of the business is: Mortgage Lending and that said business is composed of the following:
(Corporation) Business address:
CMG Mortgage, Inc.
3160 Crow Canyon Rd. Ste. 400
San Ramon, CA 94583
**SRVT 6790522: Nov. 9, 16, 23, 30, 2023**

---

**T.S. No.: 2023-00953-CA   A.P.N.:086-260-071-5**
**Property Address: 200 DAWSON COURT, PITTSBURG, CA 94565**

### NOTICE OF TRUSTEE'S SALE

PURSUANT TO CIVIL CODE § 2923.3(a) and (d), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORD-ED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

IMPORTANT NOTICE TO PROPERTY OWNER: YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 06/09/2005, UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANA-TION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAW-YER.

Trustor: **BRIDGET M CARTER, AN UNMARRIED WOMAN**
Duly Appointed Trustee: **Western Progressive, LLC**
Deed of Trust Recorded **08/11/2005** as Instrument No. **2005-0301396-00** in book ---, page --- and of Official Records in the office of the Re-corder of Contra Costa County, California,
Date of Sale: **12/27/2023 at 01:30 PM**
Place of Sale: **AT THE NORTH SIDE OF THE PITTSBURG CIVIC CENTER NEAR THE GRASS LOCATED AT 65 CIVIC AVENUE, PITTSBURG, CA 94565**

Estimated amount of unpaid balance, reasonably estimated costs and other charges: **$ 369,364.14**

THE TRUSTEE WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK DRAWN ON A STATE OR NATIONAL BANK, A CHECK DRAWN BY A STATE OR FEDER-AL CREDIT UNION, OR A CHECK DRAWN BY A STATE OR FEDERAL SAVINGS AND LOAN ASSO-CIATION, A SAVINGS ASSOCIATION OR SAVINGS BANK SPECIFIED IN SECTION 5102 OF THE FI-NANCIAL CODE AND AUTHORIZED TO DO BUSI-NESS IN THIS STATE:

All right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described as:

More fully described in said Deed of Trust.

Street Address or other common designation of real property: **200 DAWSON COURT, PITTSBURG, CA 94565**
A.P.N.: **086-260-071-5**

The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above.

The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts cre-ated by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable esti-mated costs, expenses and advances at the time of the initial publication of the Notice of Sale is **$ 369,364.14.**

**Note:** Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the open-ing bid may be less than the total debt.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and ex-clusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

The beneficiary of the Deed of Trust has exe-cuted and delivered to the undersigned a writ-ten request to commence foreclosure, and the undersigned caused a Notice of Default and Election to Sell to be recorded in the county where the real property is located.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks in-volved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should al-so be aware that the lien being auctioned off may be a junior lien. If you are the highest bid-der at the auction, you are or may be responsi-ble for paying off all liens senior to the lien be-ing auctioned off, before you can receive clear title to the property. You are encouraged to in-vestigate the existence, priority, and size of outstanding liens that may exist on this prop-erty by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on this property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, benefi-ciary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law re-quires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not pres-ent at the sale. If you wish to learn whether your sale date has been postponed, and, if ap-plicable, the rescheduled time and date for the sale of this property, you may call **(866)-960-8299** or visit this internet Web site https://www. altisource.com/loginpage.aspx using the file number assigned to this case **2023-00953-CA** to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid, by remitting the funds and affidavit described in Section 2924m(c) of the Civil Code, so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immedi-ately for advice regarding this potential right to purchase.

Date: November 11, 2023

Western Progressive, LLC,
as Trustee for beneficiary
C/o 1500 Palma Drive, Suite 238
Ventura, CA 93003
Sale Information Line: (866) 960-8299 https://www.altisource.com/loginpage.aspx

Trustee Sale Assistant

WESTERN PROGRESSIVE, LLC MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COL-LECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.
**ECT 6791862: Nov. 16, 23, 30, 2023**

---

FILED Sept. 27, 2023
KRISTIN B. CONNELLY
CONTRA COSTA CLERK-RECORDER
DEPUTY: BY: ----
DEPUTY CLERK
FIL#2023-0005558

### FICTITIOUS BUSINESS NAME STATEMENT
The following person is doing business as:
**PINKMONEYSIGNATTIS** at
917 Susset Dr. Suite F. Antioch, CA 94509
Contra Costa Co. is hereby registered by the following owner(s):
Registrant Name & Address
Tabetha Marie Sefreece
215 Boulder Dr. Antioch, CA 94509
This business is conducted by:
An Individual
/s/ Tabetha Marie Sefreece
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on N/A
Expires 09/26/2028
**ECT# 6797347   Nov. 9, 16, 23, 30, 2023**

---

Shannon Taylor

**SUPERIOR COURT OF CALIFORNIA COUNTY OF CONTRA COSTA**
**725 Court St., Martinez, CA 94553**
**PETITION OF:**
**Shannon Taylor**
**FOR CHANGE OF NAME**
**CASE NO: N23-1937**
**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**

TO ALL INTERESTED PERSONS:
1. Petitioner: **Shannon Taylor** has filed a peti-tion with this court for a decree changing names as follows:
**(Present Name)**
a. Eva'nae Carolyn Juliette Cutser
aka
Eva'nae Carolyn Juliette Mason
**(Proposed Name)**
a. Eva'nae Carolyn Juliette Mason

2. THE COURT ORDERS: That all persons inter-ested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written ob-jection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**
**Date: 01/03/2024**
**Time: 9:00 AM   Dept: 30**
**The address of the court is:**
**725 Court St.,**
**Martinez, CA 94553**

a... A copy of this Order to Show Cause must be published at least once each week for four successive weeks before the date set for hear-ing on the petition in a newspaper of general circulation printed in this county: **East County Times**

Date: 10/12/2023

/s/Virginia M. George
JUDGE OF THE SUPERIOR COURT
**ECT# 6794102   Nov. 30, Dec. 7, 14, 21, 2023**

---

FILE#: F 2023-0005716
FILED 11/6/2023
KRISTIN B. CONNELLY
CLERK-RECORDER
BY: ---- ---
DEPUTY CLERK
Expires: 11/5/2028

### FICTITIOUS BUSINESS NAME STATEMENT
The following person is doing business as:
**GOOD VIBE WOODWORKS at 2 Peralta Court, Moraga, CA 94556, Contra Costa County** is hereby regis-tered by the following owner(s):
Registrant Name & Address:
CHRISTOPHER DAVID WHITTOME
2 Peralta Court, Moraga, CA 94556
This business is conducted by: An Individual.
Business commenced on N/A .
/s/ Christopher Whittome
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
**CCT# 0006791597 Nov 16, 23, 30 and Dec 7, 2023**

---

Moises Volantin Serano

**SUPERIOR COURT OF CALIFORNIA COUNTY OF CONTRA COSTA**
**725 Court Street Martinez, Ca 94553**
**PETITION OF:**
**Moises Volantin Serano**
**FOR CHANGE OF NAME**
**Case No N23-2190**
**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**

TO ALL INTERESTED PERSONS:
1. Petitioner: Moises Volantin Serano filed a petition with this court for a decree changing names as follows:
**Present Name**
Moises Volantin Serano
**Proposed Name**
Moises Serano

2. THE COURT ORDERS: That all persons inter-ested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written ob-jection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**
**Date: 02/14/2024**
**Time: 9:00 AM**
**Dept:30**
The address of the court is: **725 Court Street, Martinez, Ca 94553**

A copy of this Order to Show Cause must be published at least once each week for four suc-cessive weeks before the date set for hearing on the petition in a newspaper of general cir-culation, printed in this county: **WEST COUNTY TIMES**

Date: 11/20/2023

/s/Virginia M. George
JUDGE OF THE SUPERIOR COURT
**WCT 0006793338 Nov. 23, 30, Dec.7 and 14, 2023**

---

FILED Nov. 17, 2023
KRISTIN B. CONNELLY
CONTRA COSTA CLERK-RECORDER
BY: ---- DEPUTY CLERK
FIL# 2023-0005985

### FICTITIOUS BUSINESS NAME STATEMENT
The following person is doing business as:
136 Nannino Ct. Antioch, CA 94509
Contra Costa Co. is hereby registered by the following owner(s):
Registrant Name & Address
Sandra Diane Gaudette
136 Nannino Ct. Antioch, CA 94509
This business is conducted by:
An Individual
/s/ Sandra Gaudette
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on 07/08/2022
Expires 11/16/2028
**ECT# 6794092   Nov. 30, Dec. 7, 14, 21, 2023**

---

## NOTICE OF PUBLIC HEARING

**NOTICE IS HEREBY GIVEN** that the Governing Board of the Oakley Union Elementary School District will adopt resolution for the Annual Ac-counting of Development Fees within the Capi-tal Facilities Fund (Fund 25) for the 2022-2023 fiscal year, as per Government Code sections 66001(d) & 66006(b).

The public hearing will be held on December 6, 2023 at 6:30 pm at the Laurel Elementary School, 1141 Laurel Rd, Oakley, CA beginning at 6:00 p.m. Details regarding the meeting, as well as a copy of the annual report will be available on the district website at https://www.ousd.k12.ca.us.

Contact Assistant Superintendent, Business Services Blaine Pfaltzgraff
at 925-625-0700 for further information.
**ECT 6797609   Nov. 30, 2023**

---

ENDORSED COPY
File # 601061
FILED
Alameda County, CA
CARL LUERA WLIER-
NOR/COUNTY RECORDER
By: ---- Deputy
09/28/2023
NEW FILING
Expires 09/25/2028
File NO. 601061

### FICTITIOUS BUSINESS NAME STATEMENT
Pursuant to Business and Professions Code Section 17900-17930
The name of the business:
**SUNSET BANQUETTER** located at 17051 Broad-way Ter, Oakland, CA 94611 in Alameda County is hereby registered by the following owner(s):
Ttu Hunnicutt
17051 Broadway Ter,
Oakland, CA 94611
This business is conducted by: An Individual
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
/s/ Ttu Hunnicutt, Owner
This statement was filed with the Clerk-Recorder of Alameda County on the date indi-cated by the filing stamp in the upper right hand corner.
**PT: VT 6790919   Nov. 9, 16, 23, 30, 2023**

---

**T.S. No. 0125002212   Loan No. Ferman APN: 068-221-070-1 NOTICE OF TRUSTEE'S SALE** YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 2/21/2020, UNLESS YOU TAKE ACTION TO PRO-TECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. On 12/7/2023 at 1:30 PM At the north side of the Pittsburg Civic Center near the grass located at 65 Civic Avenue, Pittsburg, CA 94565, Old Re-public Title Company, a California corporation, as the duly appointed Trustee under the Deed of Trust recorded on 2/26/2020, as instrument no. 2020-0037638-00, of Official Records in the office of the Recorder of Contra Costa County, California, executed by ... a married man, as his sole and separate proper-ty, as Trustor, Vintus Il, Black, Trustee of Black Trust, dated December 26, 1986 , as Lender/Beneficiary, WILL SELL AT PUBLIC AUC-TION TO THE HIGHEST BIDDER FOR (payable at time of sale in lawful money of the United States by cashier's check drawn on a state or national bank, check drawn by a state or fed-eral credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state), all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situ-ated in said County, California, describing the land therein: Parcel B, as designated on the Parcel Map Filed August 11, 1982, Book 100, Parcel Maps, page 30, Contra Costa County Re-cords. The street address or other common designation, if any, of the real property de-scribed above is purported to be: Vacant lot on Mayberry Road Antioch, CA 94509. Directions to the property may be obtained pursuant to a written request submitted to the Beneficiary within ten days from the first publication of this notice. The undersigned Trustee disclaims any liability for any incorrectness of the street ad-dress or other common designation, if any, shown herein. Said sale will be made, but with-out covenant or warranty, expressed or im-plied, regarding title, possession, or encum-brances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by the Deed of Trust, to wit: $138,682.05 (Estimated). Accrued interest and additional advances, if any, will increase this figure prior to sale. It is possible that at the time of sale the opening bid may be less than the total indebtedness due. NOTICE TO POTEN-TIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, be-fore you can receive clear title to the property. You are encouraged to investigate the exis-tence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mort-gage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postpone-ments be made available to you and to the pub-lic, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (916) 939-0772 or visit this internet website www.nationwideposting.com, using the file number assigned to this case 0125002212 to find the date on which the trustee sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee re-ceives it no more than 15 days after the trust-ee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. Print your name to fill out and return the enclosed... 
Republic Title Company, as Trustee 1000 Bur-nett Avenue, Suite #400, Concord, CA 94520 (925)288-6212. Vittorio Barbo, Vice-President Nationwide Posting & Publication 619-353-2225 www.nationwideposting.com NPP0442640 To: EAST COUNTY TIMES 11/16/2023, 11/23/2023, 11/30/2023
**ECT 6792347 Nov. 16, 23, 30, 2023**

---

FILED Nov. 21, 2023
KRISTIN B. CONNELLY
CONTRA COSTA COUNTY CLERK-RECORDER
BY: ---- DEPUTY CLERK
FIL#2023-0006089

### FICTITIOUS BUSINESS NAME STATEMENT
The following person is doing business as:
**AN INTERIOR AFFAIR** at
136 Sandra Gaudette
This business was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
**ECT # 6797089   Nov. 30, Dec. 7, 14, 21, 2023**

---

**NOTICE OF PUBLIC HEARING**

**NOTICE IS HEREBY GIVEN** that a Public Hearing will be held before the Danville Town Council at a regular meeting to be held on Tuesday, December 5, 2023, at 6:00 p.m., or as soon thereafter as the matter may be heard, in the Town Meeting Hall, 201 Front Street, Danville, California, to consider the following:

**AMENDING SECTION 2-1B OF THE DANVILLE MUNICIPAL CODE RELATING TO TOWN COUNCIL COMPENSATION**

The Danville Town Council does ordain as fol-lows:

**SECTION 1. AMENDING SECTION 2-1.3b OF THE DANVILLE MUNICIPAL CODE**

**Section 2-1.3b** of the Danville Municipal Code is hereby amended to read as follows:

**2-1.3b Compensation of Town Council.**

**b. Salary.** The salary for each member of the Town Council shall be set at $1,387 per month, payable at the same time and in the same manner as the salary paid to employees of the Town. This salary is exclusive of any other amount payable to a member of the Town Council as health, retirement or reimburse-ment for actual and necessary expenses in-curred in the discharge of Council duties.

**SECTION 2. CODIFICATION.** Section 1 of this ordinance shall be codified in the Danville Mu-nicipal Code.

**SECTION 3. PUBLICATION AND EFFECTIVE DATE.** The City Clerk shall have this ordinance published once in a newspaper of general cir-culation within its (fifteen) days after adop-tion. This ordinance shall become effective 30 days after adoption, however, pursuant to Government Code Section 36516.5, any salary specified in this ordinance shall not take effect until the entire terms of the office of the town council members expires.

The Foregoing Ordinance was introduced on November 7, 2023, and approved and adopted by the Danville Town Council at a regular meeting held on November 21, 2023, by the fol-lowing vote:

AYES: Arnerich, Fong, Morgan, Stepper, Storer
NOES: None
ABSTENTIONS: None
ABSENT: None

/s/Robert Storer, Mayor
ATTEST: /s/Marie Sunseri, City Clerk
**SRVT 6795760 Nov. 30, 2023**

---

**Legal Notice**

**AMENDED NOTICE OF SALE OF PROPERTY AT PUBLIC AUCTION**

Notice is hereby given that pursuant to Sec-tions 21700 - 21716 of the Business and Profes-sions Code, Section 2328 of the UCC, Section 535 of the Penal Code and provisions of the Civil Code, the undersigned will sell at public auction on... personal property including but not limited to furniture, clothing, tools, Misc. boxes and personal items.

Auction to be held at the following location:
StorQuest Self Storage
5951 Bethel Island Road, Bethel Island, CA
94511
At: 10:00 AM. December 20, 2023
General description of the goods: household items...
Landlord reserves the right to bid at sale...
**ECT 6795xxx Nov. 30, Dec 7, 2023**

---

## U.S. BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 filing.**

CCTIA/SF#4265; 11/30/2023

# Alameda Times-Star

1101 Marina Village Pkwy., Ste. 201
Alameda, CA 94501
510-723-2850

3110950

MILLER ADVERTISING AGENCY
909 THIRD AVE., 15TH FL.
NEW YORK, NY 10022

## PROOF OF PUBLICATION

## FILE NO. RB270007

### Alameda Times-Star

The Alameda Times-Star

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Alameda Times-Star, a newspaper published in the English language in the City of Alameda, County of Alameda, State of California.

I declare that The Alameda Times-Star is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated September, 17, 1951, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Alameda Times-Star as a Newspaper of General Circulation, Case Number 236092. Said order states that "The Alameda Times-Star is a newspaper of general circulation within the City of Alameda, and the County of Alameda, and the State of California, within the meaning and intent of Chapter 1, Division 7, Title 1 [§§ 6000 et seq.] of the Government Code of the State of California." Said order has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**01/19/2024**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at , California.
On this 19th day of January, 2024.

Public Notice Advertising Clerk

---

Legal No.      **0006803341**

## U.S. BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

### In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

### Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\***

CCT/ATS 6803341; 1/19/24

r.BP316-07/17/17

| Legal Notice | Legal Notice |
| --- | --- |

F-2023-0005929
FILED
NOVEMBER 15, 2023
Kristin B. Connelly,
Clerk-Recorder
By: /s/ ————————,
Deputy Clerk
Expires: 11/14/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as:
**1333** located at 5465 Mazant Loop, Antioch, CA
94531, Contra Costa County.
Registrant name & address:
Alliance Services 1333 LLC
5465 Mazant Loop
Antioch, CA 94531
This business is conducted by: A Limited Liability Company, State of Organization: California
Business commenced on N/A.
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
/s/ Alexa Padilla-President
CERTIFICATION
I hereby certify that this copy is a correct copy of the original statement on file in my office.
Kristin B. Connelly,
Contra Costa Clerk-Recorder
By: /s/ ————, Deputy Clerk
**CCT 6800456; Dec. 29, 2023; Jan. 5, 12, 19, 2024**

---

**NOTICE OF PETITION
TO ADMINISTER ESTATE OF:**

**KATRINA JEAN BARRETT**
Case Number P23-01426

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of
**KATRINA JEAN BARRETT**

**A PETITION FOR PROBATE** has been filed by: **TYSON GROVE AND TYLER GROVE** in the Superior Court of California, County of **CONTRA COSTA**

**THE PETITION FOR PROBATE** requests that **TYSON GROVE AND TYLER GROVE** be appointed as personal representative to administer the estate of the decedent.

**THE PETITION** requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

**A HEARING on the petition will be held on 03/05/2024 at 9:00 a.m. in Dept. 30, Room: 201 located at Superior Court of California County of Contra Costa 725 Court St. Martinez, CA 94553**

If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.

Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.

You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Attorney for Petitioner:
Amy Alvis
of Alvis Quashnock and Associates, LLP
613 First Street, Suite 202
Brentwood, CA 94513
(925) 516-1617

**ECT# 6801730  Jan. 15, 19, 24, 2024**

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

CCTIATS 6803341; 1/19/24

---

ENDORSED-COPY
FILED
Alameda County, CA
06/09/2023
NELLA WADE-HILL,
County Clerk-Recorder
By: —————, Deputy
Original File No.
12/27/2023
NEW FILING
Expires: 12/27/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
Pursuant to Business and
Professions Code Sections 17900-17930
The name of the business:
**ELEMENT MATERIALS TECHNOLOGY NEWARK**
located at 39899 Cherry St., Newark, CA 94560
in Alameda County is hereby registered by the
following owner(s):
NTS Labs, LLC
3701 Port Union Rd.
Fairfield, OH 45014
California
This business is conducted by: a Limited Liability Company
Business commenced on 06/22/2023.
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
NTS Labs, LLC
/s/ Marcy L. Neal, Secretary
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.

**PT/VT 6801166; Jan. 5, 12, 19, 26, 2024**

---

ENDORSED COPY
FILED
Alameda County, CA
06/09/2023
NELLA WADE-HILL,
County Clerk-Recorder
By: —————, Deputy
Original File No.
12/27/2023
NEW FILING
Expires: 12/27/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
Pursuant to Business and
Professions Code Sections 17900-17930
The name of the business:
**ELEMENT MATERIALS TECHNOLOGY FREMONT**
located at 4109 Boyce Rd., Fremont, CA 94538
in Alameda County is hereby registered by the
following owner(s):
NTS Labs, LLC
3701 Port Union Rd.
Fairfield, OH 45014
California
This business is conducted by: a Limited Liability Company
Business commenced on 06/22/2023.
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
NTS Labs, LLC
/s/ Marcy L. Neal, Secretary
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.

**PT/VT 6801198; Jan. 5, 12, 19, 26, 2024**

---

ENDORSED COPY
FILED
Alameda County, CA
06/09/2023
NELLA WADE-HILL,
County Clerk-Recorder
By: —————, Deputy
Original File No.
12/27/2023
NEW FILING
Expires: 12/27/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
Pursuant to Business and
Professions Code Sections 17900-17930
The name of the business:
**ELEMENT MATERIALS TECHNOLOGY FREMONT**
located at 3860 Cherry St., Newark, CA 94560 in Alameda County is hereby registered by the following owner(s):
NTS Labs, LLC
3701 Port Union Rd.
Fairfield, OH 45014
California
This business is conducted by: a Limited Liability Company
Business commenced on 06/22/2023.
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
NTS Labs, LLC
/s/ Marcy L. Neal, Secretary
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.

**PT/VT 6801213; Jan. 5, 12, 19, 26, 2024**

---

ENDORSED FILED
FILED
Alameda COUNTY
DECEMBER 27, 2023
NELLA WADE-HILL,
County Clerk
By: —————, Deputy
Original File No. 602231

**STATEMENT OF ABANDONMENT OF
USE OF FICTITIOUS BUSINESS NAME**
The person(s) listed below have abandoned the use of the following fictitious business name(s): The fictitious business name statement filed on 11/21/2023 in the County of Alameda.
Fictitious business name:
**ELEMENT MATERIALS TECHNOLOGY FREMONT NEWARK**. Address of Principal place of business: 38995 Cherry St., Newark, CA 94560 in Alameda County.
Registered Owner(s):
Registered Owner(s):
Element Materials Technology Portland-
Fairfield Inc.
22975 NW. Evergreen Pkwy., #400
Hillsboro, OR 97124
This business is conducted by a Corporation
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
Element Materials Technology Portland -
Evergreen
/s/ Marcy L. Neal, Secretary
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.

**PT/VT 6801230; Jan. 5, 12, 19, 26, 2024**

---

NOTICE OF PUBLIC SALE: Self-storage Cube contents of the following customers containing household and other goods will be sold for cash by CubeSmart Management, LLC 3101 Valley Avenue, Pleasanton, CA 94566 to satisfy a lien on 2/1/2024 at approx. 1 PM at www.storagetreasures.com: [JAMES ROSS] [JAMES ROSS] [KIMBERLY HUNT] [JACQUELINE STEVENSON] [GLORIA OSABUOHIEN]

**PT/VT 6801479; Jan. 12, 19, 2024**

---

Contra Costa County Office of Education Request for Proposal #2024 CCCOE-WAN is seeking Multi-year Contracts for E-rate Eligible Wide Area Network (WAN) Services and Dark Fiber. To obtain information go to: https://data.usac.org/publicreports/Forms/Form470Detail/index.https://ubli.mkindex.412.cy.ok/rerto? Sealed proposals will be received until 1:00 p.m., February 26, 2024.
The digital copy must be submitted electronically via email to: bids@cccoe.k12.ca.us with a cc to kkiedley@cccoe.k12.ca.us

**CCT 6803249; Jan. 15, 19, 2024**

Newspaper Posting for PROP 65

In accordance with the Safe Drinking Water and Toxic Enforcement Act of 1986, we inform you that MECS, Inc., 1707 Sonoma Way, Martinez, CA 94553 uses Crystalline Silica in the manufacture of its catalyst products. Small amounts respirable particles are released to the air. Crystalline silica is known to the state of California to cause cancer.

This law includes reporting and warning requirements. This notice does not represent any change in business practices. MECS, Inc. has a comprehensive system in place to ensure our emissions over the past several years and will continue to further minimize them in the future below our already low levels. If you would like additional information about MECS, Inc.'s safe storage and use of Crystalline Silica, please call (925) 313-9601.

**CCT 6801184; Jan. 18, 19, 2024**

---

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as:
**ISI ELITE TRAINING** at 1373 Locust Street, Walnut Creek, CA 94596, Contra Costa County; mailing address: 2872 Ygnacio Valley Rd., #402, Walnut Creek, CA 94598 is hereby registered by the following owners(s):
Registrant Name & Address:
SRC FITNESS LLC
2872 Ygnacio Valley Rd., #402
Walnut Creek, CA 94598
This business is conducted by: A Limited Liability Company; State of organization: CA
Business commenced on N/A.
/s/ Donald Bruce Manager
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.

**CCT 6006037337 Jan 19, 26, Feb 2 and 9, 2024**

---

STEVEN P. RETTIG (SBN 178477)
Assistant County Counsel
COUNTY OF CONTRA COSTA
P.O. Box 69
Martinez, CA 94553-0116
Tel: (925) 655-2330
Fax: (925) 655-2367

Attorney for Petitioner

SUPERIOR COURT OF CALIFORNIA,
CONTRA COSTA COUNTY

In the Matter of                    Case No.: J23-00533
JULIAN HERNANDEZ                    CITATION
Minor(s).                          (Welfare & Institutions
                                    Code §§ 366.23, 366.26)

TO: FATHER, MOTHER OF ALL PERSONS CLAIMING TO BE THE FATHER OR MOTHER OF SAID MINOR:

YOU ARE HEREBY NOTIFIED that the Juvenile Court of the State of California, County of Contra Costa, has ordered that a hearing be held pursuant to Welfare and Institutions Code section 366.26 to determine whether adoption, guardianship or long-term foster care is the most appropriate plan for the above-named minor, a dependent child of said Court. If it deems that the minor should be adopted, the Court may sever your parental rights of the parent or parents of the minor.

The said minor is described as follows: a Hispanic male, under the age of 18 born September 5, 2023.

YOU ARE FURTHER NOTIFIED that the hearing will be on March18th, 2024, at 8:30 a.m. in Superior Court, Department 19 or whichever Department is assigned, located at 100 Court Creek Superior Court, 640 Ygnacio Valley Road, Walnut Creek, California 94596, or as soon thereafter as the matter may be heard.

YOU ARE HEREBY ADVISED that you are required to appear before this Court at the time and place stated above to state your interest in the said minor. Parents and each of you, are required to be represented by counsel in this matter, and if you cannot afford to retain counsel, one will be appointed for you at public expense. If you fail to appear, the Court may proceed in your absence and, may make an order affecting the interest of the minor.

The said minor is described as follows: If you are represented by counsel and appointed counsel to represent parent, appointment of a separate attorney for each parent may be denied unless there is a conflict of interest and there is good cause for the appointment of separate counsel to represent each of them. Assessments prepared by any and all applicable laws, regulations and standards. This continues to represent representation of the minor. The determination of this hearing may result in the termination of your parental rights and may result in your child being placed for adoption. You are further advised that if the case with the child is or will be placed with a relative or a foster home, the court may free the child for adoption.

Dated: 1/2/24

CLERK OF THE SUPERIOR COURT

**CCT 6802952; Jan. 12, 19, 26, Feb. 2, 2024**

---

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:**

**ROBERT E. SCOTT**
CASE NUMBER: 23PR000234

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both of:
**ROBERT E. SCOTT, ROBERT SCOTT, BOB SCOTT, BOB E. SCOTT**

A Petition for Probate has been filed by:
**JILL McCLARY** in the Superior Court of California, County of **ALAMEDA**.

The Petition for Probate requests that:
**JILL McCLARY** be appointed as personal representative to administer the estate of the decedent.

**the petition** requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

**the petition** requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A hearing on the petition will be held in this court as follows:
Date: **Feb. 7, 2024** Time: **9:45 am** Dept: **202**
Address:
**Superior Court of California
County of Alameda
2120 Martin Luther King Jr. Way
Berkeley, CA
Berkeley Courthouse**

**If you object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

**If you are a creditor or a contingent creditor of the decedent**, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. **Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.**

**You may examine the file kept by the court.** If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Attorney for Petitioner:
Dennis L Leonard, Esq.
Ramsbacher Prokey Leonard LLP
111 W. Saint John Street, Suite 1200
San Jose, CA 95113
Phone: (209) 846-6760

**TVHF 6801382; Jan. 12, 15, 19, 2024**

---

**NOTICE TO CONTRACTORS OF OPPORTUNITY TO BE INCLUDED IN ALAMEDA UNIFIED SCHOOL DISTRICT'S LIST(S) OF CONTRACTORS INTERESTED IN DISTRICT INFORMAL AND FORMAL CONSTRUCTION CONTRACTS BEING BID FOR 2024 (PER SECTION 22036 OF THE PUBLIC CONTRACT CODE)**

Interested contractors, please provide the following information to the District:

- **Contractor's Name, Address, Email (if use),** Fax (if use): The contractor's name and address to which the District should send notices of District projects, plus the contractor's email address and fax number if contractor will accept notifications through those methods.

- **Contractor's Phone Number:** The contractor's phone number at which the contractor may be reached.

- **Type of Work:** The type of work for which the contractor is licensed and for which the contractor is interested in performing for the District (e.g., carpentry, earthwork, electrical, landscaping, painting, etc.).

- **License Classification & Number:** The class of contractor license(s) held and the contractor's license number(s).

- **Department of Industrial Relations Registration Number:** The contractor's registration number assigned by the Department of Industrial Relations.

- **Evidence of Commercial General Liability and Automobile Liability Insurance:** Current C0I with limits:
$1,000,000/occurrence; $2,000,000 aggregate

The link to electronic form can be found at:
https://www.alamedaunified.org/department/procurement-warehouse-and-facilities
Questions may be directed to:
mdz@alamedaunified.org

Please provide the above information to the District at the following address:

Alameda Unified School District
Attn: Maintenance, Operations & Facilities
Department
2060 Challenger Drive, Alameda, CA 94501
mdz@alamedaunified.org

**ATS# 6797291
Dec. 15, 22, 29, 2023; Jan. 5, 12, 19, 2024**

---

**NOTICE IS HEREBY GIVEN** that the Board of Trustees of the Chabot-Las Positas Community College District, State of California, hereby calls for bids: **Invitation for Bid (IFB) Bid No. B21-24-05 Pool Resurfacing Project, Las Positas College.**

Bids are to be delivered to the attention of Ms. Aracely Barragan, Manager of Purchasing and Warehouse Services at 7600 Dublin Blvd., 3rd Floor, Dublin, California 94568 prior to **Tuesday, February 27, 2024, by 2:00 P.M.** Faxed or emailed bids will not be accepted.

**BIDS WILL NOT BE ACCEPTED AFTER Tuesday, February 27, 2024, by 2:00 P.M.**

**All bids shall be submitted in sealed envelopes clearly marked on the outside "IFB Bid No.: B21-24-05 Pool Resurfacing Project, Las Positas College".**

To arrange for bid delivery before the bid due date, call Mr. Michael McClung, Buyer (Bond Programs), at 925-485-5295 to schedule a time during business hours. Bids delivered by USPS, Fed Ex, or UPS are not guaranteed to be received prior to the deadline. It is the bidder's responsibility to ensure delivery to the attention of Ms. Marie Hampton, Manager of Purchasing and Warehouse Services on or before **Tuesday, February 27, 2024, by 2:00 P.M.** Please plan for time accordingly.

**Bid opening will be conducted on Tuesday, February 27, 2024, at 2:10P.M. in the CLPCCD District Office, 7600 Dublin Blvd., 3rd Floor, Dublin CA 94568.**

There will be a **Mandatory, Pre-Bid Conference and Job Walk held on Tuesday, February 6, 2024 at 10:00A.M.** at Las Positas College, Facilities Management Office, 3000 Campus Hill Drive, Livermore, California 94551. Bidders must attend the full Mandatory Job Walk. Bidders must arrive 15 minutes before the mandatory pre-bid conference/job walk to sign in. Any bidders that arrive after 10:00 A.M. will be turned away.

No contractor or subcontractor may be awarded a contract for public work on a public works project unless registered with the Department of Industrial Relations pursuant to Labor Code section 1725.5.

The Board of Trustees reserves the right to reject any and all bids and any and all items of such bids. This bid shall also be subject to any and all applicable laws, regulations and standards. This project is subject to compliance monitoring and enforcement by the Department of Industrial Relations.

For more information, please refer to the Purchasing Website at
https://www.clpccd.org/business/open.php

**DR/TVH 6801410  Jan 12, 19, 2024**

---

**NOTICE OF PETITION
TO ADMINISTER ESTATE OF:**

**JERRALD GOLDMAN**
CASE NUMBER: 24-PCV-002493

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both of:
**JERRALD GOLDMAN**

**A Petition** for **Probate** has been filed by: **JOSH KEATH FRAZIER & MELISSA GOLDMAN** in the Superior Court of California, County of **CONTRA COSTA**.

**The Petition** for Probate requests that **JOSH KEATH FRAZIER & MELISSA GOLDMAN** be appointed as personal representative to administer the estate of the decedent.

**The Petition** requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

**The Petition** requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

**A hearing on the petition will be held in this court as follows:**
Date: **Feb. 20, 2024** Time: **9:00 am** Dept: **30**
Address of court:
**Superior Court of California
County of Contra Costa
725 Court St., Martinez, CA
94553.**

**If you object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

**If you are a creditor or a contingent creditor of the decedent**, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. **Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.**

**You may examine the file kept by the court.** If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Attorney for Petitioner:
Bruce A. Kilday, Esq.
Kilday, Kester & Suzuki, LLP
250 Iron Point Circle, Suite 200
Folsom, CA 95630
Phone: (916) 668-8770

**CCT 6802530; Jan. 12, 19, 26, Feb. 2, 2024**

---

NOTICE John Wireless is proposing to install new wireless telecommunications antennas on an existing building located at 1520 Palos Verdes Mall, Walnut Creek, Contra Costa Co., CA 94597. The new facility will consist of the collocation of antennas at approximately 33ft above ground level (measured to the top of the antennas) on the 33ft ton tall building. Any interested party wishing to submit comments regarding the potential effects the proposed facility may have on any historic property may do so by sending such comments to: Project 6123008656 - CJ EBI Consulting, 6876 Susquehanna Trail South, York, PA 17402, or (410) 313-5458.

**CCT 6803969; Jan. 19, 2024**

---

FILED 11/27/2023
Melissa Wilk,
County Clerk-Recorder
By: ALMEDA COUNTY
Deputy
File No. 602272
Expires 11/26/2028

**FICTITIOUS BUSINESS
NAME STATEMENT
Pursuant to Business and Professions Code
Section 17900-1793**

The name of the business:
**GREEK WONDERS** at 3721 Nottingham Drive, Oakland, CA 94611 is hereby registered by the following owner(s):
DELINDA MADHAVI
5721 Nottingham Drive, Oakland, CA 94611
This business is conducted by: An Individual
Business commenced on 10/19/2023.
/s/ Despina Georgas, Owner
This statement was filed with the County Clerk of Alameda County on date indicated by file stamp.

**ATS# 0006709824 Dec 29, 2023, Jan 5, 12 and 19, 2024**

---

T.S. No. 23-66353 APN: 220-531-020-0 **NOTICE OF TRUSTEE'S SALE** YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 11/15/2021. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale. Trustor: BRIAN BANMILLER AND ANNE-MARIE STEACH-BANMILLER, CO-TRUSTEES, OR ANY SUCCESSOR TRUSTEE, OF THE BRIAN BANMILLER AND JAMIE ANNE-MARIE STEACH-BANMILLER REVOCABLE LIVING TRUST, DATED AUGUST 4, 2004 Duly Appointed Trustee: ZBS Law, LLP Deed of Trust recorded 11/23/2021 as Instrument No. 2021-0424574 in book, page of Official Records in the office of the Recorder of Contra Costa County, California, Date of Sale:2/14/2024 at 1:30 PM Place of Sale: At the North side of the Pittsburg Civic Center near the grass located at 65 Civic Avenue, Pittsburg, CA Estimated amount of unpaid balance and other charges: $650,899.86Note: Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total debt owed. Street Address or other common designation of real property: 4478 DEER RIDGE ROAD DANVILLE, CALIFORNIA 94506Described as follows: LOT 94 AND A PORTION OF LOT 95, IN THE COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP OF SUBDIVISION 6620, FILED APRIL 25, 1986, IN BOOK 300 OF MAPS, PAGE 34, CONTRA COSTA COUNTY RECORDS. THAT PORTION OF LOT 95 BEING DESCRIBED AS FOLLOWS. BEGINNING AT THE NORTHERN CORNER OF SAID LOT 95, THE COMMON BOUNDARY LINE BETWEEN SAID LOTS 94 AND 95 A.P.N #: 220-531-020-0 The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (877) 484-9942 or visit this internet website www.elitepostandpub.com, using the file number assigned to this case 23-66353. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale. NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (866) 266-7512, or visit this internet website www.elitepostandpub.com, using the file number assigned to this case 23-66353 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. Date: 1/8/2024 ZBS Law, LLP , 30 Corporate Park, Suite 450Irvine, CA 92606For Non-Automated Sale Information, call: (714) 848-7920For Sale Information call: (877) 484-9942 www.elitepostandpub.comMichael Busby, Trustee Sale Officer This office is enforcing a security interest of your creditor. To the extent that your obligation has been discharged by a bankruptcy court or is subject to an automatic stay of bankruptcy, this notice is for informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. EPP 39907 Pub Dates 01/19, 01/26, 02/02/2024

**CCT 6803513 Jan 19, 26, Feb 2, 2024**

**Contra Costa Times**

2121 N. California Blvd., Ste. 290
Walnut Creek, CA 94596
925-943-8019

3110950

MILLER ADVERTISING AGENCY
909 THIRD AVE., 15TH FL.
NEW YORK, NY 10022

# PROOF OF PUBLICATION

## FILE NO. RB270007

### Contra Costa Times

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the Contra Costa Times, a newspaper published in the English language in the City of Walnut Creek, County of Contra Costa, State of California.

I declare that the Contra Costa Times is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated October 22, 1934, Case Number 19764. Said decree states that the Contra Costa Times is adjudged to be a newspaper of general circulation for the City of Walnut Creek, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**11/30/2023**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 30th day of November, 2023.

_Signature_

Legal No. **0006794205**

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\*

CCT/ATS 6794205; 11/30/23

r.BP316-07/17/17

# Legal Advertising and Public Notices

West County Times • WCTLegals@BayAreaNewsGroup.com
Contra Costa Times • CCTLegals@BayAreaNewsGroup.com
Alameda Times-Star • ATSLegals@BayAreaNewsGroup.com
East County Times • ECTLegals@BayAreaNewsGroup.com

Tri-Valley Herald • TVHLegals@BayAreaNewsGroup.com
San Ramon Valley Times • SRVTLegals@BayAreaNewsGroup.com
Valley Times • VTLegals@BayAreaNewsGroup.com
San Joaquin Herald • SJHLegals@BayAreaNewsGroup.com



**Legal Notice**

---

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:**
**MARIA TUYET-TRINH TRAN AKA MARIA T. TRAN**
**AKA MARIA TRAN**
**CASE NO. 23PR00538**

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the WILL or estate, or both of MARIA TUYET-TRINH TRAN AKA MARIA T. TRAN AKA MARIA TRAN.

A PETITION FOR PROBATE has been filed by JENNIE TRAN WONG in the Superior Court of California, County of ALAMEDA.

THE PETITION FOR PROBATE requests that JENNIE TRAN WONG be appointed as personal representative to administer the estate of the decedent.

THE PETITION requests the decedent's WILL and codicils, if any, be admitted to probate. The WILL and any codicils are available for examination in the file kept by the court.

THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A HEARING on the petition will be held in this court as follows: 01/12/24 at 9:00AM in Dept. 201 located at 2120 MARTIN LUTHER KING JR. WAY, BERKELEY, CA 94704

REMOTE APPEARANCE: The Court allows, but does not require, all parties who wish to attend the hearing on the above date and time, including those who wish to state objections, to appear by audio or video technology. The section 1054, Adopted for hearings held for the specific telephonic and video applications available, the parties may also contact the probate clerk in the respective department for information concerning remote appearances. Parties must be available at least five (5) minutes before the scheduled hearing time.

IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

IF YOU ARE A CREDITOR or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.

Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.

YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Attorney for Petitioner
AMANDA L. SINCLAIR
SBN 191211,
HYDEN ZAKHEIM, LLP
16 CROW CANYON COURT, SUITE 300
SAN RAMON CA 94583,
Telephone
(925) 831-0636
11/23, 11/24, 11/30/23
CNS-3760108#
**VALLEY TIMES**

**VT 6792647 Nov. 23, 24, 30, 2023**

---

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:**
**BENISON ANH TRAN AKA**
**BENISON N. TRAN AKA BENISON TRAN**
**CASE NO. 23PR00561**

To all heirs, beneficiaries, contingent creditors, and persons who may otherwise be interested in the WILL or estate, or both of BENISON ANH TRAN AKA BENISON N. TRAN AKA BENISON TRAN.

A PETITION FOR PROBATE has been filed by ANGELA HANG TRAN in the Superior Court of California, County of ALAMEDA.

THE PETITION FOR PROBATE requests that ANGELA HANG TRAN be appointed as personal representative to administer the estate of the decedent.

THE PETITION requests the decedent's WILL and codicils, if any, be admitted to probate. The WILL and any codicils are available for examination in the file kept by the court.

THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A HEARING on the petition will be held in this court as follows: 01/16/24 at 9:00AM in Dept. 201 located at 2120 MARTIN LUTHER KING JR. WAY, BERKELEY, CA 94704

REMOTE APPEARANCE: The Court allows, but does not require, all parties who wish to attend the hearing on the above date and time, including those who wish to state objections, to appear by audio or video technology. The parties should consult the court's website for the specific telephonic and video applications available, the parties may also contact the probate clerk in the respective department for information concerning remote appearances. Parties must be present at least five (5) minutes before the scheduled hearing time.

IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

IF YOU ARE A CREDITOR or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.

Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.

YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Attorney for Petitioner
AMANDA L. SINCLAIR
SBN 191211,
HYDEN ZAKHEIM, LLP
16 CROW CANYON COURT, SUITE 300
SAN RAMON CA 94583,
Telephone
(925) 831-0636
11/23, 11/24, 11/30/23
CNS-3759173#
**VALLEY TIMES**

**VT 6792648 Nov. 23, 24, 30, 2023**

---

**FILED Nov. 17, 2023**
**KRISTIN B. CONNELLY**
**CONTRA COSTA CO. CLERK-RECORDER**
BY: ------ DEPUTY CLERK
F1129019-0000964

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as:
**SIMEE FASHION** at
1231 Beaulieu Drive Bay Point, CA 94565
Contra Costa Co. is hereby registered by the following owner(s):
Registrant Name & Address
Hao Vy Nguyen
1231 Beaulieu Drive Bay Point, CA 94565
This business is conducted by:
An Individual
/s/ Hao Vy Nguyen
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on 11/15/2023
Expires 11/16/2028
**ECT# 6793973 Nov. 30, Dec. 7, 14, 21, 2023**

---

**NOTICE**
The undersigned hereby certifies that it is conducting a business in the City of San Ramon, County of Contra Costa, State of California under the name of: Shamrock Home Loans and that the nature of the business is Mortgage Lending and that said business is composed of the following:
(Corporation) Business address:
CMG Mortgage, Inc.
3160 Crow Canyon Rd. Ste. 400
San Ramon, CA 94583
**SRVT 6789522; Nov. 9, 16, 23, 30, 2023**

---

**T.S. No.: 2023-00953-CA**    **A.P.N.:086-260-071-5**
Property Address: 209 DAWSON COURT, PITTSBURG, CA 94565

**NOTICE OF TRUSTEE'S SALE**

PURSUANT TO CIVIL CODE § 2923.3(a) and (d), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**IMPORTANT NOTICE TO PROPERTY OWNER:**
YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 06/09/2006, UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Trustor: **BRIDGET M CARTER, AN UNMARRIED WOMAN**
Duly Appointed Trustee: **Western Progressive, LLC**
Deed of Trust Recorded **08/11/2005** as Instrument No. **2005-0301568-00** in book ---, page --- and of Official Records in the office of the Recorder of Contra Costa County, California, Date of Sale: **12/27/2023 at 01:30 PM**
Place of Sale: **AT THE NORTH SIDE OF THE PITTSBURG CIVIC CENTER NEAR THE GRASS LOCATED AT 65 CIVIC AVENUE, PITTSBURG, CA 94565**

Estimated amount of unpaid balance, reasonably estimated costs and other charges: **$369,360.14**

THE TRUSTEE WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK DRAWN ON A STATE OR NATIONAL BANK, A CHECK DRAWN BY A STATE OR FEDERAL CREDIT UNION, OR A CHECK DRAWN BY A STATE OR FEDERAL SAVINGS AND LOAN ASSOCIATION, A SAVINGS ASSOCIATION OR SAVINGS BANK SPECIFIED IN SECTION 5102 OF THE FINANCIAL CODE AND AUTHORIZED TO DO BUSINESS IN THIS STATE:

All right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described as:

More fully described in said Deed of Trust.

Street Address or other common designation of real property: **209 DAWSON COURT, PITTSBURG, CA 94565**
**A.P.N.: 086-260-071-5**

The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above.

The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is **$369,360.14.**

**Note:** Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total debt.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

The beneficiary of the Deed of Trust has executed and delivered to the undersigned a written request to commence foreclosure, and the undersigned caused a Notice of Default and Election to Sell to be recorded in the county where the real property is located.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on this property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (866)-960-8299, or visit this Internet Web site https://www.altisource.com/loginpage.aspx using the file number assigned to this case **2023-00953-CA** to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written request to the trustee to provide notice of the time and date for the sale of this property, if the sale is set to occur on or after January 1, 2021, pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (866)-960-8299, or visit this internet website https://www.altisource.com/loginpage.aspx using the file number assigned to this case **2023-00953-CA** to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written request to the trustee to provide notice of the time and date for the sale of this property, if the sale is set to occur on or after January 1, 2021, pursuant to Section 2924m of the California Civil Code. If you are an "eligible bidder," you must be able to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid, by remitting the funds and affidavit described in Section 2924m(c) of the Civil Code, so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

Date: November 1, 2023

Western Progressive, LLC
C/o 1500 Palma Drive, Suite 238
Ventura, CA 93003
Sale Information Line: (866) 960-8299 https://www.altisource.com/loginpage.aspx

Trustee Sale Assistant

WESTERN PROGRESSIVE, LLC MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.
**ECT 6787831 Nov. 16, 23, 30, 2023**

---

**FILED Sept. 27, 2023**
**KRISTIN B. CONNELLY**
**CONTRA COSTA CO. CLERK-RECORDER**
DEPUTY: BY: ----
F1129019-0000558

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as:
**PINKMONEYESSENTIALS** at
917 Sunset Dr. Suite M, Antioch, CA 94509
Contra Costa Co. is hereby registered by the following owner(s):
Registrant Name & Address
Tabetha Marie Sefreece
635 Boulder Dr, Antioch, CA 94509
This business is conducted by:
An Individual
/s/ Tabetha Sefreece
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on N/A.
Expires 09/26/2028
**ECT# 6793972 Nov. 9, 16, 23, 30, 2023**

Shannon Taylor

---

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF CONTRA COSTA**
**725 Court St. Martinez, CA 94553**
**PETITION OF:**
**Shannon Taylor**
**FOR CHANGE OF NAME**
**CASE NO: N23-1937**
**ORDER TO SHOW CAUSE**
**FOR CHANGE OF NAME**

TO ALL INTERESTED PERSONS:
1. Petitioner: **Shannon Taylor** has filed a petition with this court for a decree changing names as follows:
**(Present Name)**
a. Eval'mae Carolyn Juliette Outser
aka
Eval'mae Carolyn Juliette Mason
**(Proposed Name)**
a. Eval'mae Carolyn Juliette Mason
2. THE COURT ORDERS: That all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**
**Date: 01/03/2024**
**Time: 9:00 AM   Dept: 30**
The address of the court is:
**725 Court St.,**
**Martinez, CA 94553**

A... A copy of this Order to Show Cause must be published at least once each week for four successive weeks before the date set for hearing on the petition in a newspaper of general circulation printed in this county: **East County Times**

Date: 10/12/2023

/s/Virginia M. George
JUDGE OF THE SUPERIOR COURT
**ECT# 6794102 Nov. 30, Dec. 7, 14, 21, 2023**

---

T.S. No. 012500212 Loan No. Ferman APN: 068-221-070-1 **NOTICE OF TRUSTEE'S SALE** YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 2/21/2020, UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. On 12/7/2020 at 1:30 PM At the north side of the Pittsburg Civic Center near the grass located at 65 Civic Avenue, Pittsburg, CA 94565, Old Republic Title Company, a California corporation, as duly appointed Trustee under the Deed of Trust recorded on 2/26/2020, as Instrument No. 2020-0037638-00, of Official Records in the office of the Recorder of Contra Costa County, California, executed by: **Ferman** as married man, as his sole and separate property, as Trustor, Fondue & Black, Trustee of the... Under Deed of Trust, dated 11-/08/ -- 1, Under Beneficiary, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at time of sale in lawful money of the United States by a cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code authorized to do business in this state), all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State described as: As more fully described in the above mentioned Deed of Trust Apn#: 068-221-070-1 The street address and other common designation, if any, of the real property described above is purported to be: 5 **Parcel Map Filed August 11, 1982, Book 102, Parcel Maps, Page 30**, Contra Costa County Records. The street address or other common designation, if any, of the real property described above is purported to be: unknown. The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by the Deed of Trust, to-wit: $338,682.05 (Estimated). Accrued interest and additional advances, if any, will increase this figure prior to sale. It is possible that at the time of sale the opening bid may be less than the total indebtedness due. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (714) 573-1965 or visit this Internet Web site www.nationwideposting.com, using the file number assigned to this case 012500212. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet web site. The best way to verify postponement information is to attend the scheduled sale. For sales conducted after January 1, 2021: NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (714) 573-1965, or visit this internet website www.nationwideposting.com, using the file number assigned to this case 012500212 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written request to the trustee to provide notice of the time and date for the sale of this property, if the sale is set to occur on or after January 1, 2021, pursuant to Section 2924m of the California Civil Code. Third, you must submit a bid so that the trustee receives it no more than 15 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. Date: 11/16/2023 Old Republic Title Company, as Trustee 1000 Burnett Avenue, Suite 400, Concord, CA 94520 (866) 248-9598 By: Nathan C. Smith, Trustee Sale Officer NPP0443918 To: **WEST COUNTY TIMES** 11/23/2023, 11/30/2023, 12/07/2023

---

**FILED Oct. 25, 2023**
**KRISTIN B. CONNELLY**
**CONTRA COSTA CO. CLERK-RECORDER**
BY: ---- DEPUTY CLERK
Expires: 11/5/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as: **A GOOD LIFE WADE** and/or **2 Peralta Court, Moraga, CA 94556** Contra Costa Co. is hereby registered by the following owner(s):
Registrant Name & Address:
CHRISTOPHER DAVID WHITTOME
2 Peralta Court, Moraga, CA 94556
This business is conducted by: An Individual.
Business commenced on N/A.
/s/Christopher Whittome
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
**CCT# 0006791597 Nov 16, 23, 30 and Dec 7, 2023**

Moises Volantin Serano

---

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF CONTRA COSTA**
**725 Court Street**
**Martinez, Ca 94553**
**PETITION OF:**
**Moises Volantin Serano**
**Proposed Name**
**Moises Weiss**
**Case No. N23-2190**
**ORDER TO SHOW CAUSE**
**FOR CHANGE OF NAME**

TO ALL INTERESTED PERSONS:
1. Petitioner: Moises Volantin Serano filed a petition with this court for a decree changing names as follows:
**Present Name**
a. Moises Volantin Serano
**Proposed Name**
a. Moises Weiss
2. THE COURT ORDERS: That all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**
**Date: 02/07/2024**
**Time: 9:00 AM**
**Dept: 30**
The address of the court is:
**725 Court Street, Martinez, CA 94553**

A copy of this Order to Show Cause must be published at least once each week for four successive weeks before the date set for hearing on the petition in a newspaper of general circulation, printed in this county: **WEST COUNTY TIMES**

Date: 10/26/2023

/s/Virginia M. George
JUDGE OF THE SUPERIOR COURT
**WCT# 0006793338 Nov. 23, 30, Dec 7 and 14, 2023**

---

**NOTICE OF PUBLIC AUCTION**

Pursuant to the California Self Storage Facility Act (B&P code 21700 et seq) the undersigned will sell At public auction. December 7, 2023 11:30 AM at Shadelands Self Storage 1925 Oak Grove Road. Walnut Creek, CA. 94598, County of Contra Costa, State of California. The following property to furniture, clothing, Tools, Misc. boxes belonging to the following person(s).
Stored by the following persons:
Elizabeth Banos
A011 ---

All sales are subject to prior cancellation All sales are final, cash only.
Landlord reserves right to bid
Dated: 11/30/2023 Publication 11/30/2023
Bond #0030008650 Bond# LIC#G58608970
Bond #63950027 ----
Phone Number 209 667 5797
**CCT 6793322 Nov. 23, 30, 2023**

---

**ORDINANCE NO. 2023-10**

**AMENDING SECTION 2-1.2b OF THE DANVILLE MUNICIPAL CODE RELATING TO TOWN COUNCIL COMPENSATION**

The Danville Town Council does ordain as follows:

**SECTION 1. AMENDING SECTION 2-1.2b OF THE DANVILLE MUNICIPAL CODE.**

**Section 2-1.2b** of the Danville Municipal Code is hereby amended to read as follows:

**2-1.2 Compensation of Town Council.**

**b. Salary.** The salary for each member of the Town Council shall be set at $831.06 per month, payable at the same time and in the same manner as the salary paid to employees of the Town. This salary is exclusive of any other amount payable as a member of the Town Council as reimbursement for official expenses. Members of the Town Council are entitled to actual and necessary expenses consistent with the Town's reimbursement policy.

**SECTION 2. CODIFICATION.** Section I of this ordinance shall be codified in the Danville Municipal Code.

**SECTION 3. PUBLICATION AND EFFECTIVE DATE.** The City Clerk shall cause this ordinance published once in a newspaper of general circulation within 15 (fifteen) days after adoption. This ordinance shall become effective 30 days after adoption, however, pursuant to Section 36937 of the Government Code any increase in compensation shall not take effect and not be specified shall not be modified to become effective until the expiration of a cycle of the Town Council at a regular municipal election.

The foregoing Ordinance was introduced on November 7, 2023, and approved and adopted by the Danville Town Council at a regular meeting held on November 21, 2023, by the following vote:
AYES: Arnerich, Morgan, Stepper, Storer
NOES: None
ABSTAIN: None
ABSENT: None
/s/Virginia M. George
JUDGE OF THE SUPERIOR COURT
**SRVT# 6794125 Nov. 30, 2023**

---

**FILER F-2023-0005716**
**FILED 11/6/2023**
**KRISTIN B. CONNELLY**
**CLERK-RECORDER**
**BY: ----**
**DEPUTY CLERK**
Expires: 11/5/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as:
**ODIN HADE WOOD** at **Perfume, Concord** and/or **Ca 94596, Contra Costa County** is hereby registered by the following owner(s):
Registrant Name & Address:
ODIN NETWORK LLC
1900 Market St, 8th Floor, Philadelphia, PA, 19103
This business is conducted by: An Entity.
Business commenced on N/A.
/s/ Christopher Whittome
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
**CCT# 0006791597 Nov 16, 23, 30 and Dec 7, 2023**

---

**ENDORSED COPY**
File # 601061
Alameda County, CA
Filed 10/27/2023
MELVIN BROWN
County Clerk-Recorder
By: ---- Deputy
09/26/2023
FILE NUMBER
Expires 09/25/2028
FILE NO. 601061

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as:
**SUNSET BANGSITTER** located at 17051 Broadway Avenue, San Lorenzo 94580-2161
The name of the business is being done by the following owner(s):
Tia Hunnicutt
17051 Broadway Ter,
Castro Valley, CA 94546-1
This business is conducted by: An Individual.
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a crime punishable by a fine not to exceed one thousand dollars ($1,000).
/s/ Tia Hunnicutt, Owner
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.
**ATS 6794077 Nov. 9, 16, 23, 30, 2023**

---

**FILED Nov. 17, 2023**
**KRISTIN B. CONNELLY**
**CONTRA COSTA CO. CLERK-RECORDER**
BY: ---- DEPUTY CLERK
Expires: 11/5/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as:
**SKGROUP.NET** at
136 Nanimo Ct, Antioch, CA 94509
Contra Costa Co. is hereby registered by the following owner(s):
Registrant Name & Address
Sandra Diane Gaudette
136 Nanimo Ct, Antioch, CA 94509
This business is conducted by:
An Individual
/s/ Sandra Gaudette
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on 07/08/2022
Expires 11/16/2028
**ECT# 6794092 Nov. 30, Dec. 7, 14, 21, 2023**

---

**NOTICE OF PUBLIC MEETING**

**NOTICE IS HEREBY GIVEN** that the Governing Board of the Oakley Union Elementary School District will adopt resolution for the annual Accounting of Development Fees within the Capital Facilities Fund (Fund 25). For 2022-2023 fiscal year as per Government Code sections 66001(d) and 66006(b)(1).

The public hearing will be held on December 20, 2023 in the Laurel Elementary School, Room 1 at 501 Norcross Road, Oakley, CA beginning at 6:00 p.m. Details regarding the meeting, as well as a copy of the report, will be available on the district website at https://www.ouesd.k12.ca.us.

Contact Assistant Superintendent, Business Services Alanne Pfaltzgraff at 925-625-0700 for further information

---

**NOTICE OF FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as: **ACME** and/or **2 Peralta Court, Moraga, CA 94556** Contra Costa Co. is hereby registered by the following owner(s):
Registrant Name & Address:
D. THE COURT ORDERS ---
**CCT# 0006791597 Nov 16, 23, 30 and Dec 7, 2023**

---

Andre D. Johnson

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF CONTRA COSTA**
**725 Court St.**
**Martinez, CA 94553**
**PETITION OF:**
**Andre D. Johnson**
**FOR CHANGE OF NAME**
**CASE NO: N23-1719**
**ORDER TO SHOW CAUSE**
**FOR CHANGE OF NAME**

TO ALL INTERESTED PERSONS:
1. Petitioner: Andre D. Johnson filed a petition with this court for a decree changing names as follows:
**(Present Name)**
a. Raiana Nicole Deres
**(Proposed Name)**
a. Raiana Nicole Johnson
2. THE COURT ORDERS: That all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**
**Date: 12/01/2023**
**Time: 9:00 AM**
**Dept: 30**
The address of the court is:
**725 Court St.,**
**Martinez, CA 94553**

A... A copy of this Order to Show Cause must be published at least once each week for four successive weeks before the date set for hearing on the petition in a newspaper of general circulation: **West County Times**

Date:
/s/ ----
B. Have mother served 30 days before hearing.

Date: 09/08/2023

/s/Virginia M. George
JUDGE OF THE SUPERIOR COURT
**WCT 6794125 Nov. 30, 2023**

---

**U.S. BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent, via email at RCASFInquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada/toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing.**

**CCT/AFS 6794269; 11/30/2023**

**Contra Costa Times**

2121 N. California Blvd., Ste. 290
Walnut Creek, CA 94596
925-943-8019

3110950

MILLER ADVERTISING AGENCY
909 THIRD AVE., 15TH FL.
NEW YORK, NY 10022

## PROOF OF PUBLICATION

## FILE NO. RB270007

### Contra Costa Times

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the Contra Costa Times, a newspaper published in the English language in the City of Walnut Creek, County of Contra Costa, State of California.

I declare that the Contra Costa Times is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated October 22, 1934, Case Number 19764. Said decree states that the Contra Costa Times is adjudged to be a newspaper of general circulation for the City of Walnut Creek, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**01/19/2024**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 19th day of January, 2024.

Signature

r.BP316-07/17/17

---

Legal No. **0006803341**

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

### YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\*

CCT/ATS 6803341; 1/19/24

| Legal Notice | Legal Notice |
| --- | --- |

**F-2023-0005929**
FILED
NOVEMBER 15, 2023
Kristin B. Connelly,
Clerk-Recorder
By: /s/ ——————,
Deputy Clerk
Expires: 11/14/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as: **1333** located at 5465 Mazant Loop, Antioch, CA 94531, Contra Costa County.
Registrant name & address:
Alliance Services 1333 LLC
5465 Mazant Loop
Antioch, CA 94531
This business is conducted by: A Limited Liability Company, State of Organization: California
Business commenced on N/A.
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
/s/ Alexa Padilla-President
Contra Costa Clerk-Recorder
By: /s/ ———, Deputy Clerk
**CCT 6800456; Dec. 29, 2023; Jan. 5, 12, 19, 2024**

---

ENDORSED COPY
File # 602995
FILED
Alameda County, CA
MELISSA WILK,
County Clerk-Recorder
By: —————, Deputy
NEW FILING
Expires 12/21/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
File No. 602995

**CANNABIS BUYERS CLUB OF BERKELEY** located at 3033 Shattuck Ave., Berkeley, CA 94705 in Alameda County is hereby registered by the following owner(s):
Rishon, LLC
3033 Shattuck Ave.
Berkeley, CA 94705
This business is conducted by: a Limited Liability Company
Business commenced on 12/19/2017.
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
/s/ Aundre Speciale, CEO
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.
**PT/VT 6801087; Jan. 5, 12, 19, 26, 2024**

---

## NOTICE OF PETITION
## TO ADMINISTER ESTATE OF:

**KATRINA JEAN BARRETT**
Case Number: P23-01828

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of
**KATRINA JEAN BARRETT**

**A PETITION FOR PROBATE** has been filed by: **TYSON GROVE AND TYLER GROVE** in the Superior Court of California, County of **CONTRA COSTA**

**THE PETITION FOR PROBATE** requests that **TYSON GROVE AND TYLER GROVE** be appointed as personal representative to administer the estate of the decedent.

**THE PETITION** requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A **HEARING on the petition will be held on 03/05/2024 at 9:00 a.m. in Dept. 30, Room: 201** located at
Superior Court of California
**County of Contra Costa**
725 Court St.
Martinez, CA 94553

If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.

Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.

You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

**Attorney for Petitioner:**
Amy Alvis
of Alvis Quashnock and Associates, LLP
613 First Street, Suite 202
Brentwood, CA 94513
(925) 516-1617

**ECT# 6801730 Jan. 15, 19, 24, 2024**

---

ENDORSED COPY
FILED
Alameda County, CA
County Clerk-Recorder
By: —————, Deputy
12/27/2023
NEW FILING
Expires: 12/26/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
Pursuant To Business and
Professions Code Sections 17900-17930
The name of the business:
**ELEMENT MATERIALS TECHNOLOGY NEWARK** located at 38995 Cherry St., Newark, CA 94560 in Alameda County is hereby registered by the following owner(s):
NTS Labs, LLC
3701 Port Union Rd.
Fairfield, OH 45014
California
This business is conducted by: a Limited Liability Company
Business commenced on 06/22/2023.
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
/s/ Marcy L. Neal, Secretary
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.
**PT/VT 6801166; Jan. 5, 12, 19, 26, 2024**

---

ENDORSED COPY
FILED
Alameda County, CA
County Clerk-Recorder
By: —————, Deputy
12/27/2023
NEW FILING
Expires: 12/26/2028

**FICTITIOUS BUSINESS NAME STATEMENT**
Pursuant To Business and
Professions Code Sections 17900-17930
The name of the business:
**ELEMENT MATERIALS TECHNOLOGY FREMONT** located at 4103 Boyce Rd., Fremont, CA 94538 in Alameda County is hereby registered by the following owner(s):
NTS Labs, LLC
3701 Port Union Rd.
Fairfield, OH 45014
California
This business is conducted by: a Limited Liability Company
Business commenced on 06/22/2023.
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
/s/ Marcy L. Neal, Secretary
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.
**PT/VT 6801098; Jan. 5, 12, 19, 26, 2024**

---

ENDORSED COPY
FILED
Alameda County, CA
County Clerk-Recorder
By: —————, Deputy
12/27/2023
NEW FILING
Expires: 12/26/2028

**STATEMENT OF ABANDONMENT OF USE OF FICTITIOUS BUSINESS NAME**
The person(s) listed below have abandoned the use of the following fictitious business name(s): The fictitious business name statement filed on 11/21/2023 in the County of Alameda.
Registered Owner(s):
Element Materials Technology Portland - Evergreen Inc.
22975 NW, Evergreen Pkwy., #400
Hillsboro, OR 97124
Oregon
This business is conducted by a Corporation
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
Element Materials Technology Portland - Evergreen Inc.
/s/ Marcy L. Neal, Secretary
This statement was filed with the Clerk-Recorder of Alameda County on the date indicated by the filing stamp in the upper right hand corner.
**PT/VT 6801230; Jan. 5, 12, 19, 26, 2024**

---

# U.S. BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and see the bulletin for Chapter 11 Filing**

**CCT/ATS 6803341; 1/19/24**

---

NOTICE OF PUBLIC SALE: Self-storage Cube contents of the following customers containing household and other goods will be sold for cash by CubeSmart Management, LLC 3101 Valley Avenue, Pleasanton, CA 94566 to satisfy a lien on 2/1/2024 at approx. 1 PM at www.storagetreasures.com: [JAMES HARRIS], [JAMES HARRIS], [KIMBERLY HUNT], [JACQUELINE STEVENSON], [GLORIA STEVENSON].
**PT/VT 6801473; Jan. 12, 19, 2024**

Contra Costa County Office of Education Request for Proposal #2024 CCCOE-WAN is seeking Multi-year Contracts for E-rate Eligible Wide Area Network (WAN) Services and Dark Fiber. To obtain information go to: https://data.usac.org/publicreports/Forms/Form470Detail/index.html?id=2024-e-rate-rfp. Proposal Deadline: 10:00 a.m. on 2/16/2024. The digital copy must be submitted electronically via email to: bids@cccoe.k12.ca.us with a cc to kluckey@cccoe.k12.ca.us
**CCT 6803249; Jan. 15, 26, 2024**

Newspaper Posting for PROP 65

In accordance with the Safe Drinking Water and Toxic Enforcement Act of 1986, we inform you that MEG'S gas, located at 1701 Monsanto Way, Martinez, CA 94553 uses Crystalline Silica in the manufacture of its catalyst products. Small amounts respirable particles are released to the air. Crystalline Silica is known to the State of California to cause cancer.

This law includes reporting and warning requirements. This notice does not represent any change in business practices. MEGS, Inc., has a comprehensive system in place to ensure our emissions meet all local, state and federal regulatory limits. While our product release emissions over the past several years and will continue to be released, the amounts are below or already low levels. If you would like additional information regarding storage and use of Crystalline Silica, please call (925) 313-0601.
**CCT 6801144; Jan. 19, 2024**

---

ENDORSED DOCUMENT
FILED 1/9/2024
KRISTIN B. CONNELLY,
CLERK-RECORDER
By: GM,
Deputy Clerk
Expires: 1/8/2029

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person is doing business as:
**BSI ELITE TRAINING** at 1373 Ocean Walnut Creek, CA 94596, Contra Costa County; mailing address: 2872 Ygnacio Valley Rd., #402, Walnut Creek, CA 94598 is hereby registered by the following owner(s):
Registrant Name & Address:
BRC Fitness LLC
2872 Ygnacio Valley Rd., #402
Walnut Creek, CA 94598
This business is conducted by: A Limited Liability Company, State of California CA
Business commenced on N/A.
/s/ Donald Stewart - Managing Member
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
**CCT 6060037; Jan 19, 26, Feb 2 and 9, 2024**

---

STEVEN P. RETTIG CBN 178477
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine St.
Martinez, CA 94553-0116
Tel: (925) 655-2230
Fax: (925) 655-2867

## SUPERIOR COURT OF CALIFORNIA,
## CONTRA COSTA COUNTY

In the Matter of | Case No.: J23-00533
|
JULIAN HEREDIA | CITATION
|
Minor(s). | (Welfare & Institutions
| Code §§ 366.21, 366.26)

TO: FATHER, MOTHER OR ALL PERSONS CLAIMING TO BE THE FATHER OR MOTHER OF SAID MINOR:

YOU ARE HEREBY NOTIFIED that the Juvenile Court of the State of California, County of Contra Costa, has ordered that a hearing be held pursuant to Welfare & Institutions Code section 366.26 to determine whether adoption, guardianship or long term foster care is the most appropriate plan for the above-named minor, a dependent child of said Court. If it deems that the minor should be adopted, the Court may sever the parental rights of the parent or parents of the minor.

The said minor is described as follows: a minor under the age of 18 years.

YOU ARE FURTHER NOTIFIED that the hearing will be on March 05, 2024, at 8:30 a.m. in Superior Court, Department 19 or whichever Department to be assigned, located at the Walnut Creek Superior Court, 640 Ygnacio Valley Road, Walnut Creek, California 94596, as soon thereafter as the matter may be heard.

YOU ARE HEREBY ADVISED that you are required to appear before this Court at the time and place stated above to state your interest in the said minor. That you and each of them have the right to be represented by counsel, and if so requested by you the court will appoint counsel to represent the minor whether or not the minor is able to afford counsel. If any parent appears and is unable to afford counsel, the court will appoint counsel to represent said parents, unless such right is knowingly and intelligently waived. The Court may continue the proceeding to make an appointment of counsel, or to enable counsel to acquaint himself with the case, or to determine whether the parent knowingly and intelligently waives the right to counsel.

There will be a **Mandatory**, Pre-Bid Conference and Job Walk held, **Tuesday, February 6, 2024, 1:30 p.m.**, 2661 Las Positas College, Facilities Management Office, 3000 Campus Hill Drive Livermore, CA 94551. Bidders must attend the full Mandatory Job Walk. Bidders must sign in to document time. Any bidders not present for the entire Mandatory Job Walk or who arrive after the Job Walk has left the Campus Site Walk to be eligible to participate in the bid. The Campus must remain available at all times.

Bid documents will be available **Friday, January 19, 2024**, at Las Positas College, at the purchasing location. https://purchasing.clpccd.org/business/open.php and a Double-Cube through the CLPCCD Facilities Website (open bid, then select at clpccd.org/business/open.php (select the document).

No contractor or subcontractor may be awarded the project to perform work on a public works project unless registered with the Department of Industrial Relations pursuant to Labor Code section 1725.5.

The Board of Trustees reserves the right to reject any and all bids and any and all items of any such bids. The bid shall also be subject to any and all applicable laws, regulations and standards. This project is subject to compliance monitoring and enforcement by the Department of Industrial Relations.

For more information, please refer to the Purchasing Website at: https://purchasing.clpccd.org/business/open.php
**DR/TVR 6803413 Jan. 12, 19, 2024**

---

## NOTICE OF PETITION
## TO ADMINISTER ESTATE OF:
## ROBERT SCOTT
## CASE NUMBER: 23P0842

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: **ROBERT S. SCOTT, ROBERT SCOTT, BOB SCOTT, BOB G. SCOTT**

A Petition for Probate has been filed by: **JILL MCCLARY** in the Superior Court of California, County of **ALAMEDA**

The Petition for Probate requests that: **JILL MCCLARY** be appointed as personal representative to administer the estate of the decedent.

The **petition** requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

The **petition** requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A hearing on the petition will be held in this court as follows:
Date: **Feb. 7, 2024 Time: 9:45 am Dept.: 202**
located at:
**Superior Court of California
County of Alameda
2120 Martin Luther King Jr. Way
Berkeley, CA 94704
Berkeley Courthouse**

If you **object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a **creditor** or a **contingent creditor** of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. **Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.**

You may **examine** the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

**Attorney for Petitioner:**
Dennis J. Leroux, Esq.
Ramsbacher Prokey Leonard LLP
111 W. Saint John Street, Suite 1200
San Jose, CA 95113
Telephone: 408-904-9400
**TVVF 6801393; Jan. 12, 19, 2024**

---

## NOTICE TO CONTRACTORS OF OPPORTUNITY
## TO BE INCLUDED IN ALAMEDA
## UNIFIED SCHOOL DISTRICT'S
## LIST(S) OF CONTRACTORS INTERESTED IN
## DISTRICT'S INFORMAL AND FORMAL
## CONSTRUCTION CONTRACTS
## BEING BID FOR WORK
## (PER SECTION 22036 OF THE PUBLIC
## CONTRACT CODE)

Interested contractors, please provide the following information to the District:

• **Contractor's Name, Address, Email (if use),** Fax (if use): The contractor's name and address to which the District should send notices of District projects, plus the contractor's email address and fax number if contractor will accept notifications through those methods.

• **Contractor's Phone Number:** The contractor's phone number at which the contractor may be reached.

• **Type of Work:** The type of work for which the contractor is licensed and for which the contractor is interested in performing for the District (e.g., carpentry, earthwork, electrical, landscaping, painting, etc.)

• **License Classification & Number:** The class of contractor license(s) held and the contractor's license number(s).

• **Department of Industrial Relations Registration Number:** The contractor's registration number assigned by the Department of Industrial Relations.

• **Evidence of Commercial General Liability and Automobile Liability Insurance:** Current CGI with limits:
$1,000,000 /occurrence; $2,000,000 aggregate

• **Evidence of Ability to Provide Payment and Performance Bonds:** Include your bonding capacity.

The link to electronic form can be found at: https://www.alamedaunified.org/department-staff-directory/operations-and-facilities. Questions may be directed to: mejia@alamedaunified.org

Please provide the above information to the District at the following address:

**Alameda Unified School District**
**Attn: Maintenance, Operations & Facilities Department**
**2060 Challenger Drive, Alameda, CA 94501**
mejia@alamedaunified.org

**ATS# 6797291**
**Dec. 15, 22, 29, 2023; Jan. 5, 12, 19, 2024**

**NOTICE IS HEREBY GIVEN** that the Board of Trustees of the Chabot-Las Positas Community College District, State of California, hereby calls for bids for: **Las Positas College B21/24-05 Road Resurfacing Project, Las Positas College.**

Bids are to be delivered to the attention of Ms. Marie Hampton, Manager of Purchasing and Warehouse Services at 7600 Dublin Blvd., 3rd Floor, Dublin, California 94568 prior to **Tuesday, February 27, 2024, by 2:00 P.M.** Faxed or emailed bids will not be accepted.

**BIDS WILL NOT BE ACCEPTED AFTER Tuesday, February 27, 2024, by 2:00 P.M.**

**All bids shall be submitted in sealed envelopes clearly marked on the outside "FFE Bid B21/24-05 Road Resurfacing Project, Las Positas College."**

To arrange for bid delivery before the bid due date, call Mr. Michael McClung, Buyer (Bond Program), at 925-485-5205 or Bldg. & Grounds, to inquire if other options exist. If no one is available, please contact the purchasing office at 925-485-5205. Fed. Ex. or UPS are not guaranteed to be delivered prior to the submittal time. It is the bidder's responsibility to ensure delivery to the attention of Ms. Marie Hampton, Manager of Purchasing and Warehouse Services on or before Tuesday, February 27, 2024, by 2:00 P.M. Please plan for time accordingly.

---

**AFFIDAVIT OF PUBLICATION**
**SAN MATEO DAILY JOURNAL**

**STATE OF CALIFORNIA**
**County of San Mateo**

The undersigned declares: That at all times hereinafter mentioned, affiant was a permanent resident of the United States, over the age of eighteen years old, and was at and during all said times. The Office Manager of the San Mateo Daily Journal, a newspaper published daily in the County of San Mateo, State of California. The notice mentioned was set in type no smaller than nonpareil and was preceded with words printed in black face type not smaller than size 6, describing and expressing in general terms, the purpose and character of the notice intended to be given; that the

# PUBLIC NOTICE

Of which the annexed is a printed copy was published and printed in said newspaper on the 29th Day of November 2023.

I declare under penalty of perjury that the foregoing is true and correct.
.

_____
JP Uganiza

Dated at San Mateo, California,
This  29th  Day of November 2023.

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

Over the Hedge | Over the Hedge | Over the Hedge | Tundra | Tundra | Tundra

## 201 Public Notices

**NOTICE OF PETITION TO ADMINISTER ESTATE OF**
Daniel Lloyd Cuthbertson
Case Number: 23-PRO-01405

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of Daniel Lloyd Cuthbertson. A Petition for Probate has been filed by Victoria Goodwin in the Superior Court of California, County of San Mateo. The Petition for Probate requests that Victoria Lee Goodwin be appointed as personal representative to administer the estate of the decedent.
The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows: DEC. 19, 2023 at 9:00 a.m., Dept. 1 Superior Court of California, County of San Mateo, 400 County Center, Redwood City, CA 94063. If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney. If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law. You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Gerald Cummings
1030 El Camino Real #426
Sunnyvale, CA 94087
(408)615-8930
FILED: 11/15/23
(Published in the San Mateo Daily Journal on 11/21/23, 11/28/23, 11/29/23)

**FICTITIOUS BUSINESS NAME STATEMENT M-295795**
The following person(s) is(are) doing business as: Parker Insurance Agency, 1815 El Camino Real, Suite 6, BURLINGAME, CA 94010. Registered Owner(s): Parker Insurance Agency, LLC, 1815 El Camino Real, Suite 6, BURLINGAME, CA 94010. The business is conducted by a Limited Liability Company, State of Organization: CA. The registrant commenced to transact business under the FBN on April 10, 2018.
/s/Steven J. Parker, President/
This statement was filed with the Assessor-County Clerk on 11/2/23.
(Published in the San Mateo Daily Journal, 11/22/23, 11/29/23, 12/6/23, 12/13/23)

**FICTITIOUS BUSINESS NAME STATEMENT M-295895**
The following person(s) is(are) doing business as: Berri Real Estate, 1430 Howard Ave, BURLINGAME, CA 94010. Registered Owner(s): BGSM, Inc., 1430 Howard Ave, BURLINGAME, CA 94010. The business is conducted by a Corporation, State of Incorporation: California. The registrant commenced to transact business under the FBN on N/A.
/s/Richard Cunningham, President/
This statement was filed with the Assessor-County Clerk on 11/17/23.
(Published in the San Mateo Daily Journal, 11/22/23, 11/29/23, 12/6/23, 12/13/23)

**FICTITIOUS BUSINESS NAME STATEMENT M-295894**
The following person(s) is(are) doing business as: (1)Keller Williams Coastside (2)KW Peninsula Estates (3)KW Peninsula (4)KW Burlingame Estates, 1430 Howard Ave, BURLINGAME, CA 94010. Registered Owner(s): BGSM, Inc., 1430 Howard Ave, BURLINGAME, CA 94010. The business is conducted by a Corporation, State of Incorporation: CA. The registrant commenced to transact business under the FBN on 01/01/2012.
/s/Richard Cunningham, President/
This statement was filed with the Assessor-County Clerk on 11/17/23.
(Published in the San Mateo Daily Journal, 11/22/23, 11/29/23, 12/6/23, 12/13/23)

**FICTITIOUS BUSINESS NAME STATEMENT M-295889**
The following person(s) is(are) doing business as: YK Outsource, 555 Crespi Dr Apt S109, PACIFICA, CA 94044. Registered Owner(s): Young Soon Kim, same address. The business is conducted by an Individual. The registrant commenced to transact business under the FBN on 11/01/2023.
/s/Young Kim-Owner/
This statement was filed with the Assessor-County Clerk on 11/17/23.
(Published in the San Mateo Daily Journal, 11/29/23, 12/6/23, 12/13/23, 12/20/23)

**FICTITIOUS BUSINESS NAME STATEMENT M-295914**
The following person(s) is(are) doing business as: Cognisyn, 532 Miller Ave., PACIFICA, CA 94044. Registered Owner(s): Patricia A. Leichliter and Otto G. Leichliter III, same address. The business is conducted by a Married Couple. The registrant commenced to transact business under the FBN on N/A.
/s/Patricia Leichliter/
This statement was filed with the Assessor-County Clerk on 11/21/23.
(Published in the San Mateo Daily Journal, 11/29/23, 12/6/23, 12/13/23, 12/20/23)

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
CASE# 23-CIV-05404
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, 400 COUNTY CENTER RD, REDWOOD CITY CA 94063
PETITION OF
Edna Maria Custodio Meiros

TO ALL INTERESTED PERSONS:
Petitioner filed a petition with this court for a decree changing names as follows:

Present name:
Edna Maria Custodio Medeiros

Proposed Name:
Edna Maria Custodio Lo Giudice

THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing. A hearing on the petition shall be held on JAN. 10, 2024 at 9:00 a.m., Dept. MC at 400 County Center, Redwood City, CA 94063. A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation: San Mateo Daily Journal
Filed: 11/15/23
/s/Elizabeth Lee/
Judge of the Superior Court
Dated: 11/15/23
(Published in the San Mateo Daily Journal, 11/22/23, 11/29/23, 12/6/23, 12/13/23)

**FICTITIOUS BUSINESS NAME STATEMENT M-295879**
The following person(s) is(are) doing business as: XL Architecture, 1031 Laguna Ave, BURLINGAME, CA 94010. Registered Owner(s): Xiaorui Lin, same address. The business is conducted by an Individual. The registrant commenced to transact business under the FBN on N/A.
/s/Xiaorui Lin-Owner/
This statement was filed with the Assessor-County Clerk on 11/15/23.
(Published in the San Mateo Daily Journal, 11/22/23, 11/29/23, 12/6/23, 12/13/23)

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
CASE# 23-CIV-05427
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, 400 COUNTY CENTER RD, REDWOOD CITY CA 94063
PETITION OF
Rebecca Marie Krock

TO ALL INTERESTED PERSONS:
Petitioner Rebecca Marie Krock filed a petition with this court for a decree changing names as follows:

Present name:
Rebecca Marie Krock

Proposed Name:
Rebecca Marie Krock Berns

THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing. A hearing on the petition shall be held on JAN. 11, 2024 at 9:00 a.m., Dept. MC at 400 County Center, Redwood City, CA 94063. A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation: San Mateo Daily Journal
Filed: 11/15/23
/s/Elizabeth Lee/
Judge of the Superior Court
Dated: 11/15/23
(Published in the San Mateo Daily Journal, 11/29/23, 12/6/23, 12/13/23, 12/20/23)

**FICTITIOUS BUSINESS NAME STATEMENT M-295867**
The following person(s) is(are) doing business as: Walgreens Health Corner #50075, 2208 Westborough Blvd Ste 101, SOUTH SAN FRANCISCO, CA 94080. Mailing address: PO BOX 901, Deerfield, IL, 60015. Registered Owner(s): Walgreens Health Services LLC, 108 Wilmot Rd MS 3215, Deerfield, IL 60015. The business is conducted by a Limited Liability Company, State of Organization: DELAWARE. The registrant commenced to transact business under the FBN on N/A.
/s/Michael Emerson-Vice President/
This statement was filed with the Assessor-County Clerk on 11/14/23.
(Published in the San Mateo Daily Journal, 11/29/23, 12/6/23, 12/13/23, 12/20/23)

**FICTITIOUS BUSINESS NAME STATEMENT M-295864**
The following person(s) is(are) doing business as: Walgreens Health Corner #50012, 6100 Mission St Ste 101, DALY CITY, CA 94014. Mailing address: PO BOX 901, Deerfield, IL, 60015. Registered Owner(s): Walgreens Health Services LLC, 108 Wilmot Rd MS 3215, Deerfield, IL 60015. The business is conducted by a Limited Liability Company, State of Organization: DELAWARE. The registrant commenced to transact business under the FBN on N/A.
/s/Michael Emerson-Vice President/
This statement was filed with the Assessor-County Clerk on 11/14/23.
(Published in the San Mateo Daily Journal, 11/29/23, 12/6/23, 12/13/23, 12/20/23)

## 347 Books

Oxford English Dictionary 2 Volumes Compact Edition. Case and magnifying included. $50 650-208-5758

Louis L'Amour books, settling of the west, with leather covers. $5.00 each. (650) 740-6934

Anthony Robbins 5 complete CD's and workbooks self help. $100, value $500. (415) 286-3155

## 344 Arts & Crafts

Painting black/white, black frame . Alaska lakes, mountains, cabin, trees, full moon $100.00. 650-592-2648

Painting 42H X 53W of lighthouse -ocean-sand dunes with matching blue ribbed frame. $100.00. 650-592-2648

Artist Ruane Manning Serengeti Twins 26x15 beautifully framed canvas. $50. 650-867-7344

## NOTICE OF PUBLIC HEARING
### REGARDING PROPOSED WATER RATE INCREASES

**City Council Meeting**
**Date: Monday, December 4, 2023 at 6:00 p.m.**

**In Person:**
City Council Chambers
1017 Middlefield Road
Redwood City, California 94063

**Via Video Conference**
**(To Observe the Meeting only):**
https://www.redwoodcity.zoom.us/j/99481825639
Meeting ID: 994 8182 5639
Dial-in: *67 +1 (669) 900-6833

NOTICE IS HEREBY GIVEN that the Council of the City of Redwood City will hold a public hearing to consider updates and increases to all of the City's water rates, for all water customers, for Fiscal Years (FY) 2023-24 and 2024-25. If approved, these updates and increases will be effective on February 1, 2024 and January 1, 2025 respectively.

Members of the public may join the public hearing in-person, or observe the meeting via video conference, using the information provided above; only in-person participants may provide public comment during the public hearing. Any person interested, including all water customers served by the City of Redwood City, may appear at the public hearing in person and be heard on any matter related to the proposed increase in rates.

The public hearing will be held on Monday, December 4, 2023, at 6:00 p.m., or soon thereafter as the matter may be heard, in-person in City Council Chambers, 1017 Middlefield Road, Redwood City, California, at which time and place all interested persons shall have the opportunity to present their concerns to the City Council. Those wishing to comment on the proposed water rate increase may either join in-person at the time of the public hearing, or prior to the hearing by submitting written comments to the City Clerk's office at 1017 Middlefield Road, Redwood City, California 94063 or council@redwoodcity.org.

Alternate Agenda Formats: The City Council will provide materials in appropriate alternative formats to comply with the Americans with Disabilities Act. Please send a written request to City Clerk, at 1017 Middlefield Road, Redwood City, CA 94063 or e-mail ycastro@redwoodcity.org including your name, address, phone number, and brief description of the requested materials and preferred alternative format or auxiliary aid or service at least 24 hours before the meeting.

By: Yessika Castro, City Clerk
Publication Date: November 15, 2023
November 29, 2023

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

Case: 23-30564   Doc# 588-1   Filed: 04/16/24   Entered: 04/16/24 13:06:47   Page 29 of 49

**AFFIDAVIT OF PUBLICATION**
**SAN MATEO DAILY JOURNAL**

**STATE OF CALIFORNIA**
**County of San Mateo**

The undersigned declares: That at all times hereinafter mentioned, affiant was a permanent resident of the United States, over the age of eighteen years old, and was at and during all said times. The Office Manager of the San Mateo Daily Journal, a newspaper published daily in the County of San Mateo, State of California. The notice mentioned was set in type no smaller than nonpareil and was preceded with words printed in black face type not smaller than size 6, describing and expressing in general terms, the purpose and character of the notice intended to be given; that the

# PUBLIC NOTICE

Of which the annexed is a printed copy was published and printed in said newspaper on the 19th Day of January 2024.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JP Uganiza

Dated at San Mateo, California,
This 19th Day of January 2024.

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (international), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

Over the Hedge | Over the Hedge | Over the Hedge

Tundra | Tundra | Tundra

201 Public Notices (×6)

## Maintenance Mechanic I
$38.43 - $45.89 Hourly $3,074 - $3,672 Biweekly

## Maintenance Mechanic II
$42.26 - $50.46 Hourly $3,381 - $4,037 Biweekly

*Recruitment closes on February 4, 2024, with **1st review of applications January 29, 2024**. First round Interviews are tentatively scheduled for the week of February 26, 2024, via virtual meeting.*

Sewer Authority Mid-Coastside, located in Half Moon Bay, is seeking a candidate for the full-time position of Maintenance Mechanic I/II to perform a variety of skilled and advanced tasks in the installation, maintenance and repair of all District-maintained facilities, machinery, and equipment.

**Local candidates preferred due to the requirement that the successful candidate must have the ability to and be able to respond (arrive at the facility) within 20 minutes of a maintenance call at any time.**

Please see the job descriptions for full detail of requirements on the Sewer Authority Mid-Coastside website:
https://samcleanswater.org/careers

To apply please click here:
https://s.surveyplanet.com/852nlr9j

---

### U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

### YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---

Please be **GREEN** and recycle this paper.

Thank you, from DAILY JOURNAL




CITY OF SAN MATEO CALIFORNIA

### NOTICE OF PLANNING COMMISSION PUBLIC HEARING

**NOTICE IS HEREBY GIVEN THAT** on **TUESDAY, JANUARY 30, 2024, at 6:00 p.m.** the Planning Commission will hold a public hearing to consider the following project and make recommendations to the City Council:

**PROJECT NAME:** General Plan Amendment to Adopt Strive San Mateo General Plan 2040

**PROJECT DESCRIPTION:** The City has prepared Strive San Mateo General Plan 2040, a comprehensive update to General Plan 2030. General Plan 2040 is necessary to respond to and reflect the community's aspirations, address changes in State planning law, and extend the planning horizon from 2030 to 2040. As required by the California Environmental Quality Act (CEQA), the City has prepared an Environmental Impact Report (EIR) for this project. The Planning Commission will also consider the Final EIR to address the public comments received on the Draft EIR, and the findings required for certification of the EIR. The proposed Strive San Mateo General Plan 2040 and Draft and Final EIRs will be available for public review online at www.cityofsanmateo.org/publicmeetings and www.StriveSanMateo.org approximately ten (10) days before the meeting date.

**REQUESTED ACTION:** Planning Commission recommendation to the City Council to adopt resolutions to certify the project's Environmental Impact Report (EIR) and adopt the Strive San Mateo General Plan 2040

**MEETING DATE & TIME:** Tuesday, January 30, 2024, at 6:00 p.m.

**MEETING LOCATION:** In Person: City Hall Council Chambers at 330 West 20th Avenue, San Mateo,
Online: www.cityofsanmateo.org/publicmeetings

**PROJECT LOCATION:** Citywide

**STAFF CONTACT:** Zachary Dahl, AICP, Interim Director (650) 522-7207, ZDahl@cityofsanmateo.org; and Manira Sandhir, Planning Manager (650) 522-7203, MSandhir@cityofsanmateo.org; and General Plan Team, GeneralPlan@cityofsanmateo.org

**WEBSITE:** Additional information on this project is available at: www.StriveSanMateo.org Material for this item will be available the Friday before the meeting at: www.cityofsanmateo.org/publicmeetings

**WATCH MEETING ON TV:** Comcast/Channel 27, Wave/Channel 26, or AT&T/Channel 99.

**WATCH MEETING ON COMPUTER:**
1) Public Meeting Portal www.cityofsanmateo.org/publicmeetings
2) City YouTube channel and stream it on YouTube: http://youtube.com/CityofSanMateo
3) Watch TV live stream: https://www.cityofsanmateo.org/193/Channel-San-Mateo-Live-Stream

**PUBLIC COMMENTS:** Comments can be received in the following ways (time limits will apply):
- Comments sent to: PlanningCommission@cityofsanmateo.org received by 4 pm the day of the meeting will be shared with the Planning Commission electronically or on the dais.
- During the meeting by computer: Click the link at the top of the agenda and you will be added to the meeting. All attendees are muted by default. To speak press the "Raise Your Hand" icon and you will be called on at the appropriate time.
- During the meeting by telephone: Call (408) 638-0968 and enter the conference ID found at the top of meeting agenda. To indicate you want to provide public comment, press *9 to raise your hand. When called upon, press *6 to unmute, state your name and provide your comments.

\*\*\*

If any person challenges this item in court, that person may be limited to raising only those issues the person or someone else raised at the public hearing described in this notice, or in written correspondence delivered at, or prior to, the public hearings.

AMERICANS WITH DISABILITIES ACT — In compliance with the Americans with Disabilities Act, those requiring accommodations for this meeting should notify the Planning Division 48 hours prior to the meeting by emailing PlanningCommission@cityofsanmateo.org or calling (650) 522-7212.

**Marin Independent Journal**

4000 Civic Center Drive, Suite 301
San Rafael, CA 94903
415-382-7335
legals@marinij.com

3862521

MILLER ADVERTISING AGENCY, INC.
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY 10022

Legal No. **0006794155**

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

## STATE OF CALIFORNIA
## County of Marin

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer of the MARIN INDEPENDENT JOURNAL, a newspaper of general circulation, printed and published daily in the County of Marin, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Marin, State of California, under date of FEBRUARY 7, 1955, CASE NUMBER 25566; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**12/01/2023**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated this 1st day of December, 2023.



_____
Signature

# PROOF OF PUBLICATION

r.BP7-11/10/16

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\*

Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT COUNTY OF MARIN File No. 156270**
Business or change started on: N/A
The following person(s) is (are) doing business as:
**JSR Redsy Property Maintenance**
20 Valley St.
Tomales, CA 94971
**Tucker Property Maintenance LLC**
20 Valley St.
Tomales, CA 94971
County of principal place of business: Marin
This business is conducted by: a limited liability company
/s/ Joseph Tucker
FILED: 11/22/2023
SHELLY SCOTT
MARIN COUNTY CLERK
By: J. Cruz, Deputy
NOTICE: This statement expires on 11/22/2028. A new FBN statement must be filed no more than 40 days from expiration.
This filing does not of itself authorize the use of this name in violation of the rights of another under federal, state or common law. (B&P Code 14400 et seq.)
6794298 December 1, 8, 15 & 22, 2023

**CERTIFICATE OF ABANDONMENT OF FICTITIOUS BUSINESS NAME COUNTY OF MARIN Abandonment File No. 305029**
The undersigned hereby certifies that the below listed person(s) or other entity heretofore conducting business under the following fictitious business name, certificate of which was filed on the date indicated in the stated county under the listed number, has abandoned the use of said fictitious business name:
Most Recent FBN No.: 154829
Date Filed: 02/23/2023
County in Which Filed: Marin
FICTITIOUS BUSINESS NAME : **JSR REDSY PROPERTY MAINTENANCE**
3772 KERNER BLVD.
SAN RAFAEL, CA 94901
NAME OF REGISTRANT : **JAMES S REDPATH**
3772 KERNER BLVD
SAN RAFAEL, CA 94901
/s/ JAMES REDPATH
FILED: 11/22/2023
SHELLY SCOTT
Marin County Clerk
By:J. Cruz, Deputy
6794280 December 1, 8, 15 & 22, 2023

**FICTITIOUS BUSINESS NAME STATEMENT COUNTY OF MARIN File No. 2023156046**
Business or change started on: N/A
The following person(s) is (are) doing business as:
**a. MonteVista Wellness**
**b. MonteVista Integrative Medicine**
**c. MonteVista Acupuncture & Herbs**
**d. Wellness by Jolene**
3030 Bridgeway
Suite 110
Sausalito, CA 94965
**Jolene E. Yukes**
P.O. Box 1679
MS 5706
Sacramento, CA 95812
County of principal place of business: Marin
This business is conducted by:
an individual
/s/ Jolene E. Yukes
FILED: 10/03/2023
SHELLY SCOTT
MARIN COUNTY CLERK
By: J. Cruz, Deputy
NOTICE: This statement expires on 10/03/2028. A new FBN statement must be filed no more than 40 days from expiration.
This filing does not of itself authorize the use of this name in violation of the rights of another under federal, state or common law. (B&P Code 14400 et seq.)
6791991 November 17, 24, December 1 & 8, 2023

**NOTICE TO CREDITORS OF BULK SALE**
(SECS. 6104, 6105 U.C.C. & B & P 24073 et seq.)
Notice is hereby given to creditors of the within named seller that a sale that may constitute a bulk sale has been or will be made. The individuals, partnership, or corporate names and the business addresses of the seller are: Freedom Hygiene, Inc. 517 Jacoby Street, Warehouse # 3, San Rafael, CA 94901 The individuals, partnership, or corporate names and the business addresses of the buyer are: Freedom Hygiene Company 517 Jacoby Street, Warehouse # 3, San Rafael , CA 94901 As listed by the seller, all other business names and addresses used by the seller within three years before the date such list was sent or delivered to the buyer are: NONE KNOWN The assets sold or to be sold are described in general as: ALL FURNITURE, FIXTURES, EQUIPMENT, TRADENAME, GOODWILL, LEASE, LEASEHOLD IMPROVEMENTS, COVENANT NOT TO COMPETE & ALL OTHER ASSETS OF THE BUSINESS KNOWN AS: Freedom Hygiene, Inc. AND ARE LOCATED AT: 517 Jacoby Street, Warehouse # 3, San Rafael, CA 94901.
The place, and date on or after which, the Bulk Sale is to be consummated: Business & Escrow Service Center, Inc. 3031 Tisch Way, Suite 310 San Jose , CA 95128 on or before December 19, 2023.
The last date to file claims is December 18, 2023, unless there is a liquor license transferring in which case claims may be filed until the date the license transfers.
BUYER'S SIGNATURE: Freedom Hygiene Company By: Robert Zimmerman, Chief Executive Officer By: Jan Alleman, Chief Financial Officer
12/1/23
**CNS-3761696#**
**MARIN INDEPENDENT JOURNAL**
6794692

It's all about Marin
Local news, sports and classifieds.
To subscribe call 415-883-8633
Marin Independent Journal

**NOTICE OF PETITION TO ADMINISTER ESTATE OF: WILLIAM R. PEREIRA AKA WILLIAM PEREIRA AKA WILLIAM RONALD PEREIRA CASE NO. PR0000266**
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the WILL or estate, or both of WILLIAM R. PEREIRA AKA WILLIAM PEREIRA AKA WILLIAM RONALD PEREIRA.
A PETITION FOR PROBATE has been filed by SHIRLEY TYSON in the Superior Court of California, County of Marin.
THE PETITION FOR PROBATE requests that SHIRLEY TYSON be appointed as personal representative to administer the estate of the decedent.
THE PETITION requests the decedent's WILL and codicils, if any, be admitted to probate. The WILL and any codicils are available for examination in the file kept by the court.
THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A HEARING on the petition will be held in this court as follows: 12/26/23 at 9:00AM in Dept. J located at 3501 CIVIC CENTER DRIVE, ROOM 113, POST OFFICE BOX 4988, SAN RAFAEL, CA 94903-4988
IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
IF YOU ARE A CREDITOR or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner
RICHARD A. BROUILLET, ESQ., LAW OFFICES OF RICHARD A. BROUILLET
4040 CIVIC CENTER DRIVE, SUITE 200
SAN RAFAEL CA 94903,
Telephone (415) 492-2866
12/1, 12/2, 12/8/23
**CNS-3761561#**
**MARIN INDEPENDENT JOURNAL**
6794780

FICTITIOUS BUSINESS NAME STATEMENT
COUNTY OF MARIN
File No. 156187
Business or change started on: October 31, 2023
The following person(s) is (are) doing business as:
Touch Cleaning Company
1040 Cresta Way APT 10, San Rafael, CA 94903
1.) Valeria A. Nascimento
1040 Cresta Way APT 10, San Rafael, CA 94903
County of principal place of business: Marin
This Business is conducted by: AN INDIVIDUAL
/s/ Valeria A. Nascimento
FILED: 10/31/2023
SHELLY SCOTT
MARIN COUNTY CLERK
By: O. Lobato, Deputy
NOTICE: This statement expires on 10/31/2028. A new FBN statement must be filed no more than 40 days from expiration.
This filing does not of itself authorize the use of this name in violation of the rights of another under federal, state or common law. (B&P Code 14400 et seq.)
0006790815 November 10, 17, 24, December 1, 2023

ORDER TO SHOW CAUSE
FOR CHANGE OF NAME
CASE NUMBER: CV0001296
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN
TO ALL INTERESTED PERSONS
1. Petitioner: Irene Anita Tabet has filed a petition with this court for a decree changing names as follows:
Present name:
Irene Anita Tabet
Proposed name:
Irene Anita Lupacchini
2. THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If not written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING
a. Date: January 8, 2024, Time: 9:00AM, Dept: B, Room: B
b. The address of the court is same as noted above: 3501 Civic Center Drive San Rafael, CA 94903
3.a. A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the Marin Independent Journal, a newspaper of general circulation, printed in the county of Marin.
DATED: November 6, 2023
JAMES T. CHOU
Judge of the Superior Court
JAMES M.KIM
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By James T. Chou, Deputy
0006790769 November 10, 17, 24, December 1, 2023

**NOTICE OF PETITION TO ADMINISTER ESTATE OF: ROBERT GABRIEL CARRADE CASE NO.: PR0000265**
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: **ROBERT GABRIEL CARRADE aka ROBERT G. CARRADE aka ROBERT CARRADE**
A Petition for Probate has been filed by: **JACOB C. CARRADE** in the Superior Court of California, County of Marin.
The Petition for Probate requests that: **JACOB C. CARRADE** be appointed as personal representative to administer the estate of the decedent.
The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows:
Date: December 26, 2023, Time: 9:00 a.m., Dept.: J, Room: For Zoom information go to the court's website www.marin.courts.ca.gov
Address of court: 3501 Civic Center Drive, PO Box 4988, San Rafael, CA 94913-4988.
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Robert J. Begley, Attorney at Law
SBN: 053141
655 Redwood Hwy, Suite 300
Mill Valley, CA 94941
415-388-2400
James M. Kim
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
6794276 December 1, 4 & 8, 2023

**ATTENTION: MARIN COUNTY PROPERTY OWNERS**
The first installment of Property Tax for 2023-2024 is due by Monday, December 11, 2023. Payments received after the due date will be assessed penalties. Failure to receive a tax bill does not relieve the taxpayer of the responsibility to make timely payments. Property owners who have not received a tax bill, especially if they recently purchased their property, should contact the Tax Collector's office or view bills online. To subscribe to email reminder notifications, to pay and view your tax bill online visit : marincounty.org/taxbillonline.

**PROPERTY TAX PAYMENT METHODS:**
Pay online or by phone by 11:59 p.m. on Monday, December 11, 2023. There is no fee for electronic check transactions. Fees apply to credit/debit card transactions.
**ONLINE** : Assessor Parcel Number required: marincounty.org/taxbillonline
**PHONE:** Tax Bill Number required: call 1-800-985-7277
**MAIL:** Mail payments must have a USPS postmark by Monday, December 11, 2023. Checks payable to: Marin County Tax Collector. Mail to: P.O. Box 4220 San Rafael, CA 94913
**IN PERSON:** payments must be delivered to Tax Collector by 5:00 p.m., Monday, December 11, 2023. Location: Marin County Civic Center 3501 Civic Center Dr. ste. 202 San Rafael. Office Hours: 9:00 a.m. - 4:30 p.m., Monday-Friday. Extended Hours: 8:00 a.m.-5:00 p.m. on Monday, December 11, 2023. Additional resources and exemption information is available on the Tax Collectors website marincounty.org/propertytaxexemptions
0006792032 December 1, 8 & 10, 2023

Cellco Partnership and its controlled affiliates doing business as Verizon Wireless (Verizon Wireless) is proposing to collocate antennas at varying heights not to exceed 43-ft on a 53-ft structure at 25 Throckmorton Avenue, Mill Valley, Marin County, California 94941. Public comments regarding potential effects from this site on historic properties may be submitted within 30 days from the date of this publication to: Project 6123007836 - KRC c/o EBI Consulting, 6876 Susquehanna Trail South, York, PA 17403, kcandler@ebiconsulting.com, or at (470) 512-5385.

0006794740 December 1, 2023

T.S. No.: 23-29320 A.P.N.: 191-182-17 NOTICE OF TRUSTEE'S SALE YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 10/12/2019. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale. BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE. Trustor: CANDICE ODENVER, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY Duly Appointed Trustee: Carrington Foreclosure Services, LLC Recorded 10/18/2019 as Instrument No. 2019-0039168 in book , page Loan Modification recorded on 7/22/2022 as Instrument No. 2022-0027342 of Official Records in the office of the Recorder of Marin County, California, Described as follows: As more fully described on said Deed of Trust Date of Sale: 12/28/2023 at 9:30 AM Place of Sale: Outside at the Southwest corner of San Rafael City Hall located at 1400 Fifth Avenue, San Rafael, CA 94901 Amount of unpaid balance and other charges: $1,620,166.11 (Estimated) Street Address or other common designation of real property: 165 GROVE RD BOLINAS, CA 94924 A.P.N.: 191-182-17 The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney. If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only. THIS NOTICE IS SENT FOR THE PURPOSE OF COLLECTING A DEBT. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT ON BEHALF OF THE HOLDER AND OWNER OF THE NOTE. ANY INFORMATION OBTAINED BY OR PROVIDED TO THIS FIRM OR THE CREDITOR WILL BE USED FOR THAT PURPOSE. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (844) 477-7869 or visit this Internet Web site www.STOXPOSTING.com, using the file number assigned to this case 23-29320. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. For sales conducted after January 1, 2021: NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (844) 477-7869, or visit this internet website www.STOXPOSTING.com, using the file number assigned to this case 23-29320 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. Date: 11/22/2023 Carrington Foreclosure Services, LLC 1600 South Douglass Road, Suite 140 Anaheim, CA 92806 Automated Sale Information: (844) 477-7869 or www.STOXPOSTING.com for NON-SALE information: 888-313-1969 Tai Alailima, Director
6793873 December 1, 8 & 15, 2023

**NOTICE OF PUBLIC HEARING**

**LARKSPUR PLANNING COMMISSION**

On December 12, 2023, at 7:00 p.m. the Larkspur Planning Commission will hold a public hearing to consider the 2040 General Plan, 2023-2031 Housing Element, Final Environmental Impact Report, and draft ordinance modifying text in the Larkspur Municipal Code to implement the documents and will make a recommendation to the City Council. Zoning Code changes include modifying the threshold for Circulation Assessment Permits and Traffic Impact Fees, rezoning sites to Open Space zoning designation, rezoning sites to Housing Priority Overlay Zone designation with new minimum and maximum densities, and allowing housing in the Administrative-Professional zoning district.

The hearing will be held in the City Council Chambers at 400 Magnolia Avenue, Larkspur. The Agenda will be available on the City website at https://www.ci.larkspur.ca.us/288/Agendas-and-Minutes "Planning Commission"

For questions or to submit written comments contact Planning Department, 400 Magnolia Avenue, Larkspur, CA 94939 generalplan@cityoflarkspur.org (415) 927-6713

If you require special assistance of a disability related modification or accommodation to attend or participate in a meeting, or interpretation services, please contact cityclerk@cityoflarkspur.org or call 415-927-5002 at least 72-hours prior to the meeting.

6794972 December 1, 2023

**NOTICE OF PETITION TO ADMINISTER ESTATE OF: James W. Peterson CASE NO.: PR0000260**
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: **James Ward Peterson, aka James W. Peterson**
A Petition for Probate has been filed by: **Ellen Peterson and Bambi Gwin** in the Superior Court of California, County of Marin.
The Petition for Probate requests that: **Ellen Peterson and Bambi Gwin** be appointed as personal representative to administer the estate of the decedent.
The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows:
Date: December 26, 2023, Time: 9:00 a.m., Dept.: Probate, Room: J
Address of court: 3501 Civic Center Drive, PO Box 4988, San Rafael, CA 94913-4988.
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Kristen Bargmeyer
SBN: 281230
1430 Spruce Street
Berkeley, CA 94709
510-465-3838
James M. Kim
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
6793708 November 28, December 1 & 4, 2023

**NOTICE TO CREDITORS OF THE GREGORY JOSEPH SCHOEPP LIVING TRUST DATED January 10, 2010 BY GREGORY JOSEPH SCHOEPP #PR0000248 SUPERIOR COURT OF CALIFORNIA COUNTY OF MARIN**

Notice is hereby given to the creditors and contingent creditors of the above-named decedent, that all persons having claims against the decedent are required to file them with the Marin County Superior Court, at 3501 Civic Center Drive, San Rafael, California 94903, and deliver pursuant to Section 1215 of the California Probate Code a copy to Corinee Rees, as
Trustee of The Gregory Joseph Schoepp Living Trust dated January 10, 2010, wherein the decedent was the settlor, at P.O. Box 1963, Novato, California 94948, within the later of four
months after **November 17, 2023** (the date of the first publication of notice to creditors) or, if notice is mailed or personally delivered to you, 60 days after the date this notice is mailed or personally delivered to you. A claim form may be obtained from the court clerk. For your protection, you are encouraged to file your claim by certified mail, with return receipt requested.

James D. Watson
1000 Main Street, Suite 300
Napa, CA 94559
Attorney for Corinne Rees, Trustee

6792267 November 17, 24 & December 1, 2023

**CITY OF NOVATO**

**NOTICE OF PUBLIC HEARING**
THE NOVATO PLANNING COMMISSION WILL HOLD A PUBLIC HEARING TO CONSIDER THE FOLLOWING:

Hearing Date, Time & Location:

**Monday, December 11, 2023, at 7:00 PM**

Novato City Hall, 901 Sherman Avenue, Novato

Project Name & Application:

Village at Novato Mixed-Use Project

P2020-037

Project Location & APNs:

7530 and 7506 Redwood Boulevard (Assessor Parcel Numbers [APNs] 143-011-05 and 143-011-08)

Project Description:

Proposed General Plan Amendment, Zoning Map Amendment, Use Permit, Design Review and Density Bonus request for the Village at Novato mixed-use project, which includes three (3) separate buildings that include 178 residential units, 14,000 square feet of commercial space and approximately 400 surface parking spaces. The buildings consist of one (1) 3-story building with retail on the ground floor, and 26 residential units on the upper two floors, and two (2) 4-story buildings with a combined total of 152 residential units. Additional site improvements include a common green area, frontage improvements along Redwood Blvd. (i.e., bike lane, sidewalk, street parking) and a pedestrian walkway. Additionally, the project proposes to include below-market-rate units affordable to Low-Income and Very Low-Income households, which would qualify the project for a density bonus.

California Environmental Quality Act (CEQA):

A Draft Initial Study/Mitigated Negative Declaration (IS/MND) has been prepared for the project. Copies of the IS/MND are available for review at the Community Development Department (address below).

City Staff Contact:

Steve Marshall, Deputy Director of Community Development

415-899-8942; smarshall@novato.org

Application Information for Public Review:

Novato Community Development Department

922 Machin Avenue, Novato, CA 94945

Open Monday through Thursday and alternating Fridays from 9 AM to 12 PM and 1 PM to 5 PM. Closed Friday December 8, 2023. The Draft IS/MND and other project information can be viewed and downloaded at **novato.org/villageatnovato**.

If anyone wishes to challenge this project in court, they may be limited to raising only those issues they or anyone else raised prior to the hearing described in this notice or in written correspondence delivered to the Community Development Department on, or prior to, the hearing date.
0006794688 December 1, 2023

Holland & Knight LLP
David I. Holtzman (299287)
David L. Preiss (104797)
Andrew Klair (334960)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Email: david.holtzman@hklaw.com
david.preiss@hklaw.com
andrew.klair@hklaw.com

SOMACH SIMMONS & DUNN
A Professional Corporation
Stuart L. Somach (90959)
Kelly M. Doyle (335568)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Email: ssomach@somachlaw.com
kdoyle@somachlaw.com
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Petitioners/Plaintiffs
PEACOCK GAP HOLDINGS LLC;
100 PELICAN LLC; 150 PELICAN LLC;
SYWEST DEVELOPMENT LLC;
And RAYMOND W. SYUFY

**SUPERIOR COURT OF CALIFORNIA COUNTY OF MARIN**

**CASE NO.: CV0001124**
**SUMMONS**
**(CITACION JUDICIAL)**
**(Cal. Civ. Proc. Code §§ 861.1, 863)**

PEACOCK GAP HOLDINGS LLC; 100 PELICAN LLC; 150 PELICAN LLC; SYWEST DEVELOPMENT LLC; and RAYMOND W. SYUFY, an individual,
Petitioners and Plaintiffs,
v.
MARIN MUNICIPAL WATER DISTRICT, a political subdivision of the State of California; DOES 1-25, inclusive,
Respondents and Defendants.

**NOTICE! You have been sued. The court may decide against you without your being heard unless you respond no later than December 20, 2023. Read the information below.**

**JAVISO! Lo han demandado. Si no responde antes del fin de dfa el 20 de Decembre, 2023, la corte puede decidir en su contra sin escuchar su version. Lea la informacion que sigue.**

**SUMMONS**
**(CITACION JUDICIAL)**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
**Marin Municipal Water District and ALL PERSONS INTERESTED IN** the matter of Marin Municipal Water District Rate Ordinance No. 464 and in the matter of Peacock Gap Holdings LLC, et. al. v. Marin Municipal Water District, et. al.;

**YOU ARE BEING SUED BY PLAINTIFFS:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**
Peacock Gap Holdings LLC, 100 Pelican LLC, 150 Pelican LLC, SyWest Development LLC, and Raymond W. Syufy;

**All persons interested in the matter listed above and described below may contest the legality or validity of the matter by appearing and filing a written answer to the complaint not later than December 20, 2023.**

Persons who contest the legality or validity of the matter will not be subject to punitive action, such as wage garnishment or seizure of their real or personal property.

Notice: Unless defendant so responds, his or her default will be entered upon application by the Plaintiffs, and the Plaintiffs may apply to the court for the relief demanded in the complaint, and the Plaintiffs may apply to the court for the relief demanded in the complaint, which could result in garnishment of wages, taking of money or property, or other relief.

**You may seek the advice of an attorney in any matter connected with the complaint of this summons. Such attorney should be consulted promptly so that your pleading may be filed or entered within the time required by this summons.**

Detailed summary of the complaint:
This action challenges the validity of the Marin Municipal Water District's ("MMWD") rate increases as made effective by Marin Municipal Water District Rate Ordinance No. 464, issued May 16, 2023.

Plaintiffs bring this action pursuant to California Code of Civil Procedure §§ 860 et seq., 1060, 1085, and 1094.5; California Government Code §§ 945 and 53758; Arts. XIII C and XIII D of the California Constitution.

Plaintiffs seek relief including that the Court examine and inquire into the adoption and the validity of MMWD Rate Ordinance No. 464; That the Court issue a peremptory writ of mandate directed to MMWD declaring the Fees under the Ordinance are an unlawful special tax adopted in violation of California Constitution articles XIII C and XIII D and prohibiting the collection thereof, or in the alternative, that the Fees are unlawful property-related fees adopted in violation of California Constitution articles XIII C and XIII D and directing MMWD to vacate and rescind the Ordinance and the Fees; That the Court issue a judicial declaration that the Fees are an unconstitutional special tax adopted in violation of California Constitution articles XIII C and XIII D and prohibiting the collection thereof, or in the alternative, that the Fees are unlawful property-related fees adopted in violation of California Constitution articles XIII C and XIII D.
NOTICE TO THE PERSON SERVED: You are served on behalf of:
Marin Municipal Water District (CCP § 416.90, Authorized Person)

The name and address of the court is:
**Marin County Superior Court**
**3501 Civic Center Drive**
**San Rafael, CA 94903**

The name, address, and telephone number of plaintiffs' attorney is:
**David I. Holtzman**
**Holland & Knight LLP**
**560 Mission St., Suite 1900**
**San Francisco, CA 94105**
**Telephone: 415-743-6900**

DATED: October 16, 2023
BY: N. Johnson, Clerk
BY: James M. Kim, Deputy

Prepared by:
David I. Holtzman (State Bar # 299287)
Holland & Knight LLP
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: 415-743-6900
Attorney for Plaintiffs/Petitioners

6785888 November 17, 24, December 1 & 8, 2023

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

**Marin Independent Journal**
4000 Civic Center Drive, Suite 301
San Rafael, CA 94903
415-382-7335
legals@marinij.com

3862521

MILLER ADVERTISING AGENCY, INC.
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY 10022

Legal No. **0006802975**

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

## STATE OF CALIFORNIA
## County of Marin

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer of the MARIN INDEPENDENT JOURNAL, a newspaper of general circulation, printed and published daily in the County of Marin, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Marin, State of California, under date of FEBRUARY 7, 1955, CASE NUMBER 25566; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**01/19/2024**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated this 19th day of January, 2024.



_____
Signature

# PROOF OF PUBLICATION

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\***



# CLASSIFIEDS

To place a classified ad, please email classifieds@marinij.com or call 415-382-7242

## Employment

Job offers, employment agencies, jobs wanted.

## General Employment

**ENGINEERING** Visual Concepts Entertainment has an opening in Novato, CA: Software Engineer: Analyze user needs and design, test, and develop computer software to meet those needs. The pay range is expected to be $93,226 - $140,900 per year. Email resume to HR: vcprocess@take2games.com. Must reference req #VC2003 to be considered.

## Merchandise

Furniture, tickets garage sales.

## Collectibles

Magnificent Howard Miller **Grandfather Clock**. $1900 (a $4000 value) 415-454-8929 msg.

## Legal Notice

NOTICE OF TRUSTEE'S SALE Trustee Sale No. 23-00302-2FNT Loan No: *****534-1/Walker APN 172-241-41 YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED SEPTEMBER 13, 2017. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER. On February 1, 2024, at 09:30 AM, at the Fifth Avenue entrance to the City Hall, 1400 Fifth Avenue, San Rafael, CA 94901, FIDELITY NATIONAL TITLE COMPANY, as the duly appointed Trustee (the "Trustee"), under and pursuant to the power of sale contained in that certain Deed of Trust recorded on September 18, 2017, as Instrument No. 2017-0037058 of official records in the office of the Recorder of Marin County, CA, executed by: Weston O Walker, a single man, as Trustor (the "Trustor"), in favor of Umpqua Bank, as Beneficiary, and any modifications thereto are collectively referred to herein from time to time as the "Deed of Trust", WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER, in lawful money of the United States, all payable at the time of sale, that certain property situated in said County, California describing the land therein as: LOT 1B, AS SHOWN UPON THAT CERTAIN MAP ENTITLED "MAP OF RESUBDIVISION OF PORTION OF BLOCK 39, AS PER MAP NO. 5, WOODACRE, MARIN COUNTY, CALIFORNIA", FILED FOR RECORD JUNE 23, 1930 IN VOLUME 5 OF MAPS, AT PAGE 57, MARIN COUNTY RECORDS. EXCEPTING FROM SAID LOT 1B FOR ROADWAY PURPOSES A STRIP OF LAND WHOSE WESTERLY BOUNDARY COINCIDES WITH THE WESTERLY BOUNDARY OF LOT 1B, SAID STRIP OF LAND BEING 10 FEET IN WIDTH AS MEASURED ON A PERPENDICULAR LINE FROM THE WESTERLY BOUNDARY OF SAID LOT1B. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the Property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the Property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the Property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this Property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the Property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this Property, you may call 1.866.684.2727 or visit this Internet Website www.servicelinkasap.com, using the file number assigned to this case 23-00302-2FNT. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Website. The best way to verify postponement information is to attend the scheduled sale. NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 1.866.684.2727, or visit this internet website www.servicelinkasap.com, using the file number assigned to this case 23-00302-2FNT to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. The real Property heretofore described is being sold "as is". The street address and other common designation, if any, of the real Property described above is purported to be: 4 Fir Avenue, Woodacre, CA may also be known as 4 Fir Avenue, San Geronimo, CA The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made without covenant or warranty, express or implied, regarding title, possession, or encumbrances, to pay the remaining unpaid balance of the obligations secured by and pursuant to the power of sale contained in that certain Deed of Trust (together with any modifications thereto). The total amount of the unpaid balance of the obligations secured by the Property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of this Notice of Trustee's Sale is estimated to be $206,514.91 (Estimated), provided, however, prepayment premiums, accrued interest and advances will increase this figure prior to sale. Beneficiary's bid at said sale may include all or part of said amount. In addition to cash, the Trustee will accept a cashier's check drawn on a state or national bank, a check drawn by a state or federal credit union or a check drawn by a state or federal savings and loan association, savings association or savings bank specified in Section 5102 of the California Financial Code and authorized to do business in California, or other such funds as may be acceptable to the trustee. In the event tender other than cash is accepted, the Trustee may withhold the issuance of the Trustee's Deed Upon Sale until funds become available to the payee or endorsee as a matter of right. The Property offered for sale excludes all funds held on account by the Property receiver, if applicable. DATE: January 8, 2024 FIDELITY NATIONAL TITLE COMPANY, TRUSTEE 23-00302-2FNT 5170 Golden Foothill Parkway, Suite 130 El Dorado Hills, CA 95762 916-636-0114 Sara Berens, Authorized Signor SALE INFORMATION CAN BE OBTAINED ON LINE AT www.servicelinkasap.com AUTOMATED SALES INFORMATION PLEASE CALL 1.866.684.2727 A-4806612 01/12/2024, 01/19/2024, 01/26/2024 **MIJ#6802494 1/12/24, 1/19/24, 1/26/24**

## Legal Notice

NOTICE OF TRUSTEE'S SALE T.S. No. 23-01984-US-CA Title No. DEF-581968 A.P.N. 072-231-10 YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 01/13/2017. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, (cashier's check(s) must be made payable to National Default Servicing Corporation), drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state; will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made in an "as is" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale. Trustor: Isaiah Nengo and Ann Nengo, trustees, Nengo Trust dtd March 14, 2005 Duly Appointed Trustee: National Default Servicing Corporation Recorded 01/19/2017 as Instrument No. 2017-0002508 (or Book, Page) of the Official Records of Marin County, California. Date of Sale: 02/21/2024 at 1:00 PM Place of Sale: Outside at the Southwest Corner of the City Hall, Marin County, City Hall, 1400 5th Avenue, San Rafael, CA 94901 Estimated amount of unpaid balance and other charges: $274,589.90 Street Address or other common designation of real property: 8 Berry Ln, Ross, CA 94957 A.P.N.: 072-231-10 The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. The requirements of California Civil Code Section 2923.5(b)/2923.55(c) were fulfilled when the Notice of Default was recorded. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 800-280-2832 or visit this internet website www.ndscorp.com/sales, using the file number assigned to this case 23-01984-US-CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale. NOTICE TO TENANT*: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 888-264-4010, or visit this internet website www.ndscorp.com, using the file number assigned to this case 23-01984-US-CA to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. *Pursuant to Section 2924m of the California Civil Code, the potential rights described herein shall apply only to public auctions taking place on or after January 1, 2021, through December 31, 2025, unless later extended. Date: 01/12/2024 National Default Servicing Corporation c/o Tiffany and Bosco, P.A., its agent, 1455 Frazee Road, Suite 820 San Diego, CA 92108 Toll Free Phone: 888-264-4010 Sales Line 800-280-2832; Sales Website: www.ndscorp.com Deandre Garland, Trustee Sales Representative A-4807081 01/19/2024, 01/26/2024, 02/02/2024 **MIJ#6803367 1/19/24, 1/26/24, 2/2/24**

## Legal Notice

Get Your Mind in Motion, LLC has filed for a fictitious business name, Humanleigh Enterprises and will begin conducting business with this name on January 10, 2024
0006801241 January 5, 12, 19 & 26, 2024

MAILING ADDRESS
Marin Independent Journal
103 Shoreline Parkway, Suite 201,
San Rafael, CA 94901
Call for information
415-883-8633

## Legal Notice

Loan No.: 17111 - Gomez TS no. 2023-10864 APN: 017-280-08 NOTICE OF TRUSTEE'S SALE UNDER DEED OF TRUST YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 6/17/2022, UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. NOTICE IS HEREBY GIVEN, that on 2/8/2024, at 9:30 AM of said day, Outside at the Southwest corner of the San Rafael City Hall at 1400 Fifth Avenue, San Rafael, CA 94901, Worldwide Lenders, Inc., a Delaware Corporation, as Trustee, as duly appointed Trustee under and pursuant to the power of sale conferred in that certain Deed of Trust executed by Michelle Alicia Gomez, a single woman recorded on 6/24/2022 in Book n/a of Official Records of MARIN County, at page n/a, Recorder's Instrument No. 2022-0024451, by reason of a breach or default in payment or performance of the obligations secured thereby, including that breach or default, Notice of which was recorded 10/6/2023 as Recorder's Instrument No. 2023-0025474, in Book n/a, at page n/a, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH, lawful money of the United States, evidenced by a Cashier's Check drawn on a state or national bank, or the equivalent thereof drawn on any other financial institution specified in section 5102 of the California Financial Code, authorized to do business in the State of California, ALL PAYABLE AT THE TIME OF SALE, all right, title and interest held by it as Trustee, in that real property situated in said County and State, described as follows: Parcel 1: A 6.6% interest in Lot 2, Block 18, "Map of East San Rafael, Marin Co." filed 01/21/1908, Volume 2 of Maps, Page 109. Parcel 2: Fee Title to Apartment 17, Garage 17, Storage Space 17 and Patio or Deck 17 per "Map of Record of Survey Lot 2, Block 18, Map of the East San Rafael, California" filed March 8, 1962, Book 3 of Surveys, Page 11. The street address or other common designation of the real property hereinabove described is purported to be: 50 Sonoma Street #17, San Rafael, CA 94901. The undersigned disclaims all liability for any incorrectness in said street address or other common designation. Said sale will be made without warranty, express or implied regarding title, possession, or other encumbrances, to satisfy the unpaid obligations secured by said Deed of Trust, with interest and other sums as provided therein; plus advances, if any, thereunder and interest thereon; and plus fees, charges, and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of said obligations at the time of initial publication of this Notice is $388,339.66. In the event that the deed of trust described in this Notice of Trustee's Sale is secured by real property containing from one to four single-family residences, the following notices are provided pursuant to the provisions of Civil Code section 2924f: NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee's sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 916-939-0772 or visit this internet website www.nationwideposting.com, using the file number assigned to this case 2023-10864. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not be immediately reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale. NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 916-939-0772, or visit this internet website www.nationwideposting.com, using the file number assigned to this case 2023-10864 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid, by remitting the funds and affidavit or declaration described in Section 2924m(c) of the Civil Code, so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. Dated: January 11, 2024 Worldwide Lenders, Inc., a Delaware Corporation, as Trustee By: Ashwood TD Services LLC, its Agent Christopher Loria, Trustee's Sale Officer 231 E. Alessandro Blvd., Ste. 6A-693, Riverside, CA 92508 Tel.: (951) 215-0069 Fax: (805) 323-9054 Trustee's Sale Information: (916) 939-0772 or www.nationwideposting.com NPP0445698 To: INDEPENDENT JOURNAL 01/19/2024, 01/26/2024, 02/02/2024
6803119

LEGAL NOTICES
For the most exposure, accuracy and professional publication of your Legal Notices, run your ad in Marin's only daily newspaper.
Call: (415) 382-7335
Marin Independent Journal

## Legal Notice

FICTITIOUS BUSINESS NAME STATEMENT
COUNTY OF MARIN
File No. 156505
The following person(s) is (are) doing business as:
Brigid Dombrowski Interiors
10 Baytree Rd., San Rafael, CA 94903
1.) Brigid Dombrowski
10 Baytree Rd, San Rafael, CA 94903
County of principal place of business: Marin
This Business is conducted by: AN INDIVIDUAL
/s/ Brigid Dombrowski
FILED: January 12, 2024
SHELLY SCOTT
MARIN COUNTY CLERK
By: J. Mannion, Deputy
NOTICE: This statement expires on 1/12/2029. A new FBN statement must be filed no more than 40 days from expiration.
This filing does not of itself authorize the use of this name in violation of the rights of another under federal, state or common law. (B&P Code 14400 et seq.)
0006803796 January 19, 26, February 2 & 9, 2024

FICTITIOUS BUSINESS NAME STATEMENT
COUNTY OF MARIN
File No. 156284
Business or change started on: November 28, 2023
The following person(s) is (are) doing business as:
Proclean Plus
182 Michele Cir. Novato CA 94947
1.) Jacqueline Buendia Morales
182 Michele Cir. Novato CA 94947
County of principal place of business: Marin
This Business is conducted by: AN INDIVIDUAL
/s/ Jacqueline Buendia
FILED: Nov 28, 2023
SHELLY SCOTT
MARIN COUNTY CLERK
By: Shelly Scott, Deputy
NOTICE: This statement expires on 11/28/2028. A new FBN statement must be filed no more than 40 days from expiration.
This filing does not of itself authorize the use of this name in violation of the rights of another under federal, state or common law. (B&P Code 14400 et seq.)
0006802733 January 12, 19, 26, February 2, 2024

ORDER TO SHOW CAUSE
FOR CHANGE OF NAME
CASE NUMBER: CV0001725
SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN
TO ALL INTERESTED PERSONS
1. Petitioner: Michelle Mills Honchariw has filed a petition with this court for a decree changing names as follows:
Present name:
Michelle Mills Honchariw
Proposed name:
Michelle Alana
2. THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING
a. Date: Feb 20, 2024, Time: 9:00am, Dept: H, Room: tbc
b. The address of the court is same as noted above: 3501 Civic Center Drive San Rafael, CA 94903
3.a. A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the Marin Independent Journal, a newspaper of general circulation, printed in the county of Marin.
DATED: Jan 02, 2024
SHELA SHAH LICHTBLAU
Judge of the Superior Court
JAMES M.KIM
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By K. Keeton, Deputy
0006801295 January 5, 12, 19 & 26, 2024

**NOTICE OF ADOPTION OF ORDINANCE NO. 1033 OF THE TOWN OF CORTE MADERA**

NOTICE IS HEREBY GIVEN that on January 16, 2024, at 6:30 pm, in a meeting held in person at the interim Town Hall Council Chambers, 240 Tamal Vista Blvd., #108, Corte Madera, the Town Council of the Town of Corte Madera, adopted Ordinance No. 1033 amending the current operational hours for parks in the Town as well as clarify where bicycles, electric bicycles, and other motorized vehicles can be used within the Town's parks.

**Summary of Ordinance No. 1033**
The adopted ordinance amended Section 9.28.020 (Conduct on Public Property – Prohibitions) by amending Section 9.28.020(8) (A) revise operational hours of town parks and simplifying the unequal enforcement language to state "No person shall enter, loiter, or remain in or on any Town Park facility at any time between the hours of ten p.m. and six a.m., except as may be otherwise posted by order of the Town Manager at the entrance to the facility or with the written permission of the Town Manager or their authorized representative." The ordinance also added section 9.28.020(11), regulating the use of bicycles, electric bicycles, and other motorized vehicles within town parks. The intent was to include language that would forbid the riding of bicycles, electric bicycles, and other small, motorized vehicles on park fields. The language states "No person shall ride upon any motor vehicle, as defined in California Vehicle Code section 415, bicycle, electric bicycle, unicycle, skateboard, or roller skates in Town Parks other than on established paved pathways."

***************

I, LORENA BARRERA, Town Clerk of the Town of Corte Madera, DO HEREBY CERTIFY that the above and foregoing Ordinance No. 1033 was introduced for first reading at a regular meeting of the Town Council on December 19, 2023. Thereafter, said Ordinance was duly adopted at a regular meeting of the Town Council held on January 16, 2024, by the following roll call votes to wit; ORDINANCE NO. 1033: AYES: E. Beckman, F. Casissa, C. Lee, P. Ravasio, R. Thomas; NOES: None; ABSENT: None. Ordinance No. 1033 will become effective thirty (30) days after the date of its passage. For further information, or to obtain a copy of the complete text of this ordinance, please contact the Town Clerk at (415) 927-5050 or visit the Town's website at www.townofcortemadera.org/AgendaCenter. I hereby certify that the summary of the adopted ordinance was published in the Marin Independent Journal on January 19, 2024. /s/ Lorena Barrera, Corte Madera Town Clerk Dated: January 17, 2024.
0006803945 January 19, 2024

## Legal Notice

**Notice of Lien Sale**

Notice is hereby given pursuant to California Business and Professional Codes #21700-21716, Section 2328 of the UCC of Penal Code, Section 535.

The undersigned, San Rafael Self Storage will sell at public sale by competitive bidding the personal property of:

**A302- Paul Maldonato**

**B360- Valerie Badgett**

Property to be sold:, Household items, Misc. boxes & contents, Furniture
Auctioneer Company:
http://Www.storagetreasures.com

The sale will end @ 11:30 am on February 2nd ,2024
Goods must be paid for in CASH and all removed at completion of sale.

Sale is subject to cancellation in the event of settlement between owner and obligated.
6804182 January 19 & 26, 2024

T.S. No. 110289-CA APN: 005-300-17 NOTICE OF TRUSTEE'S SALE IMPORTANT NOTICE TO PROPERTY OWNER: YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 3/23/2004. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER On 2/21/2024 at 1:00 PM, CLEAR RECON CORP, as duly appointed trustee under and pursuant to Deed of Trust recorded 3/31/2004 as Instrument No. 2004-0025089 of Official Records in the office of the County Recorder of Marin County, State of CALIFORNIA executed by: STEVEN J. MCKENZIE, A SINGLE MAN WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK DRAWN ON A STATE OR NATIONAL BANK, A CHECK DRAWN BY A STATE OR FEDERAL CREDIT UNION, OR A CHECK DRAWN BY A STATE OR FEDERAL SAVINGS AND LOAN ASSOCIATION, SAVINGS ASSOCIATION, OR SAVINGS BANK SPECIFIED IN SECTION 5102 OF THE FINANCIAL CODE AND AUTHORIZED TO DO BUSINESS IN THIS STATE; OUTSIDE AT THE SOUTHWEST CORNER OF THE CITY HALL, SAN RAFAEL CITY HALL, 1400 5TH AVENUE, SAN RAFAEL, CA 94901 all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State described as: PARCEL ONE: BEGINNING AT A POINT ON THE SOUTHWESTERLY LINE OF WOODSIDE COURT, WHICH POINT IS THE MOST NORTHWESTERLY CORNER OF LOT 3, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, "MAP OF WOODLAND PARK UNIT 4, IN THE CITY OF SAN ANSELMO, CALIFORNIA", FILED FOR RECORD SEPTEMBER 30, 1962 IN VOLUME 11 OF MAPS, AT PAGE 40, MARIN COUNTY RECORDS; THENCE LEAVING SAID LINE OF WOODSIDE COURT AND RUNNING SOUTH 31 DEGREES 00' 00" WEST 135.62 FEET; SOUTH 52 DEGREES 30' 00" WEST 124.00 FEET; SOUTH 48 DEGREES 00' 00" WEST 112.00 FEET; THENCE SOUTH 78 DEGREES 30'; 00" EAST 122.00 FEET TO THE MOST WESTERLY CORNER OF THAT CERTAIN PARCEL OF LAND DESCRIBED IN THE DEED FROM FRANK J. CHERNE TO PAUL S. PYLES, ET UX., RECORDED OCTOBER 13, 1964 IN BOOK 1869 OF OFFICIAL RECORDS AT PAGE 588, MARIN COUNTY RECORDS; RUNNING THENCE ALONG THE NORTHERLY LINE OF SAID PYLES PARCEL, NORTH 31 DEGREES 30' 00" EAST 126.00 FEET, NORTH 37 DEGREES 00' 00" WEST 24.00 FEET, NORTH 31 DEGREES 00' 00" EAST 183.00 FEET TO THE SOUTHWESTERLY LINE 20 FEET, MORE OR LESS, TO THE POINT OF BEGINNING. PARCEL TWO: AN EASEMENT FOR ROADWAY AND UTILITY PURPOSES OVER AND ACROSS A PARCEL OF LAND DESCRIBED AS FOLLOWS: BEGINNING AT THE MOST NORTHERLY CORNER OF LOT 4, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, "MAP OF WOODLAND PARK, UNIT 4, IN THE CITY OF SAN ANSELMO, CALIFORNIA" FILED FOR RECORD SEPTEMBER 26, 1962 IN VOLUME 11 OF MAPS, AT PAGE 40, MARIN COUNTY RECORDS; WHICH POINT LIES ON THE SOUTHERLY LINE OF WOODSIDE COURT; THENCE PRECEDING ALONG THE SOUTHERLY LINE OF WOODSIDE COURT ON A CURVE CONCAVE TO THE NORTHEAST WHOSE RADIAL LINE BEARS NORTH 21 DEGREES 24' 21"EAST, HAVING A RADIUS OF 120.00 FEET, THROUGH A CENTRAL ANGLE OF 9 DEGREES 35' 39" FOR AN ARC LENGTH OF 20.09 FEET; THENCE LEAVING SAID LINE OF WOODSIDE COURT, SOUTH 31 DEGREES 00' 00" WEST 183.00 FEET; THENCE NORTHEASTERLY IN A DIRECT LINE, A DISTANCE OF 70.00 FEET, MORE OR LESS, TO A POINT IN THE COMMON LINE BETWEEN LOTS 3 AND 4 OF WOODLAND PARK, UNIT, 4, HEREINABOVE REFERRED TO, THAT BEARS SOUTH 31 DEGREES 00' 00" WEST 116.68 FEET FROM THE POINT OF BEGINNING; THENCE ALONG SAID COMMON LINE, NORTH 31 DEGREES 00' 00" EAST 116.68 FEET TO THE POINT OF BEGINNING. The street address and other common designation, if any, of the real property described above is purported to be: 14 WOODSIDE COURT, SAN ANSELMO, CA 94960 The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be held, but without covenant or warranty, express or implied, regarding title, possession, condition, or encumbrances, including fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to pay the remaining principal sums of the note(s) secured by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is: $723,516.39 If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned or its predecessor caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (800) 280-2832 or visit this Internet Web site WWW.AUCTION.COM, using the file number assigned to this case 110289-CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. NOTICE TO TENANT: Effective January 1, 2021, you may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (855) 313-3319, or visit this internet website www.clearreconcorp.com, using the file number assigned to this case 110289-CA to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. FOR SALES INFORMATION: (800) 280-2832 CLEAR RECON CORP 8880 Rio San Diego Drive, Suite 725 San Diego, California 92108
6803395 January 19, 26 & Febuary 2, 2024

## Legal Notice

Title: Notice of Change in Legal Business Status, Individual d.b.a;

"Let be known that I, Family Name: Dubetz, Danielle Elise, Grabham, Danielle Dubetz have incorporated and trademarked my Assumed Name for the purposes of d/b/a DANIELLE ELISE DUBETZ, DANIELLE DUBETZ GRABHAM. Any unauthorized uses of this Assumed Name Trademark or permutations thereof are unlawful and punishable by Maxim of Law, privacy and Identity, theft/fraud Laws: Per State of MN File # **1439193100027**".

0006799619 December 29, 2023, January 5, 12 & 19, 2024

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

# San Jose Mercury News

75 E. Santa Clara St , Suite 1100
San Jose, CA  95113
408-920-5332

Legal No.     **0006794209**

3110950

MILLER ADVERTISING AGENCY
909 THIRD AVE., 15TH FL.
NEW YORK, NY  10022

## PROOF OF PUBLICATION
## IN THE CITY OF SAN JOSE
## IN THE STATE OF CALIFORNIA
## COUNTY OF SANTA CLARA

### FILE NO. RB270011

**San Jose Mercury News**

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the City of San Jose, County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, Case Numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000; that at all times said newspaper has been established, printed and published in the said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**11/30/2023**

Dated at San Jose, California
December  4, 2023

I declare under penalty of perjury that the foregoing is true and correct.

_____
Principal clerk of the printer and publisher of the San Jose Mercury News

r.BP316-07/17/17

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\*

SJMN 6794209; 11/30/23

# Legal Advertising and Public Notices

Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice

## CITATION

**IN THE COURT OF THE SENIOR CIVIL JUDGE AT AFZALPUR**
O.S. No. 6/2023

Smt. Sujata
V/s
Aravind A. Another

To,

Deft. No. 2:  Mallikarjuni S/o Ningappa @ Ningonda Bhaigonda,
Age: 38 years  Occ: Staff Engineer
R/o Ebay Inc., 2025 Hamilton Avenue
San Jose, CA 95125, United States

**SUIT: FOR PARTITION AND SEPARATE POSSESSION**

Whereas the plaintiff herein has filed the present suit for partition and separate possession.

That the notice issued to you in ordinary course as well as RPAD is returned un-served for one or the other reason. That you are intentionally avoiding the service of notice.

Therefore by way of this paper publication you are hereby directed to appear in person or through a pleader duly instructed and able to answer all material questions on 21-12-2023 at 11:00 am. Take notice that if you fail to appear on the said date, the case will be heard and decided on merits as provided by law.

Given under my hand and seal of the court on this 08th day of November 2023 at Afzalpur.

Sd/- Advocate            By order of the Court
For Plaintiff            S/d - CJ.A.O.
S.S. Patil, Adv.         Senior Civil Judge &
                         JMFC Court, Afzalpur
**SJMN #6793449; November 23, 30; December 7, 14, 2023**

---

**UNITED STATES DISTRICT COURT**
for the
Northern District of California

ROGER SANFORD
Plaintiff(s)

v.                      Civil Action No. 22-cv-06090-SVK

INHALIO, INC.
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To:  Inhalio, Inc.,
c/o Agent for Service of Process (Keith Kelsen)
13 Burlwood Drive, Scotts Valley, CA 95066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United State or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PETER C. MCMAHON, ESQ.
MCMAHON SERPE LLP
1900 S. NORFOLK STREET, SUITE 350
SAN MATEO, CA 94403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/16/2022

                        Clerk of Court
                        Mark B. Busby

                        /s/ Thelma Nudo
                        Signature of Clerk or Deputy Clerk
**SJMN #6791773; November 16, 23, 30; December 7, 2023**

---

## NOTICE OF SHERIFF'S SALE OF REAL PROPERTY (FORECLOSURE)
CCP 729.010

Court Case #: 22-CIV-01659       Sheriff's File # 23001228

Under a WRIT OF SALE issued by the Superior Court
County of San Mateo, State of California
on 09/06/2023 on a judgment rendered on 01/26/2023
In Favor of: James Garosa
And against: Barry Heisler, et al
For the sum of: $1,720,728.01
I have levied upon all the right, title, claim and interest of the judgment debtor(s):  barry heisler real property in the county of San Mateo described as follows:

2827 San Ardo WAY BELMONT, CA94002; Lot 56, in block 104 as s h o w n on that certain map entitled "Map of subdivision No.10, in the City of Belmont, County of San Mateo County, California," filed in the Office of the County Recorder of San Mateo County, State of California on March 24, 1927 in book 15 of maps at page 29 to 38 inclusive.

The property to be sold is subject to the right of redemption. The amount of the secured indebtedness with interest and costs is $1,751,634.40 (estimated)

Minimum bid, if applicable: $0.00

PROSPECTIVE BIDDERS SHOULD REFER TO SECTIONS 701.510 TO 701.680 INCLUSIVE OF THE CODE OF CIVIL PROCEDURES FOR PROVISIONS GOVERNING THE TERMS, CONDITIONS AND EFFECT OF THE SALE AND THE LIABILITY OF DEFAULTING BIDDERS.

PUBLIC NOTICE IS HEREBY GIVEN that I will proceed to sell at public auction to the highest bidder , for cash in lawful money of the United States, all the right, title, claim and interest of said judgment debtor(s) in the above described property, or so much thereof as may be necessary to satisfy said judgment, with accrued interest and costs on 12/30/2023 at 10:00 am at the following location

San Mateo County Hall of Justice at 400 County Center, on the ground floor outside of Board of Supervisors chambers, Redwood City CA 94063

Directions to property location may be obtained from the levying officer upon written or oral request.

Dated: 11/09/2023 at         CHRISTINA CORPUS, Sheriff
City of Redwood City         County of San Mateo
                             State of California

Wolfe, Rifkin, Shapiro,
Schulman & Rabkin, llp
11400 West Olympic Blvd.
9th Floor                    /s/ D. Reynolds
Los Angeles CA 90064         Sheriff's Authorized Agent
**SMCT #6791990; November 16, 23, 30, 2023**

---

## ANNOUNCEMENT OF PRE-QUALIFICATION PROCEDURES
AND OPEN DATES FOR ANNUAL PRE-QUALIFICATION

Notice is hereby given that on November 16, 2023, San Mateo Union High School District (District) determined that all bidders on public works to be undertaken by the District must be pre-qualified prior to submitting bids for public works for Measure L projects.

Bidders must hold either a "A" or "B" California General Contractors License and all subcontractors who intend to bid as a first-tier subcontractor to a general contractor (prime contractor) that is bidding directly to the District and hold "C-4", "C-7", "C-10", "C-16", "C-20", "C-34", "C-36", "C-42", "C-43" or "C-46" California Contractor's License must be pre-qualified.

No bid will be accepted from a Contractor that has failed to comply with these requirements. If two or more business entities submit a bid on a project as a Joint Venture or expect to submit a bid as part of a Joint Venture, each entity within the Joint Venture must be separately qualified.

Pre-qualification applications may be submitted once a year: from December 1 through December 16. Contractors who submit a complete pre-qualification package will be notified via email of their qualification status, such notice to be made no later than twenty-five business days after the final deadline date of each submission period. The San Mateo Union High School District's decision will be based on objective evaluation criteria.

Pre-qualification approval will remain valid for one (1) calendar year from the date of notice of qualification, except that the District reserves the right during that calendar year to adjust, increase, limit, suspend or rescind the pre-qualification ratings based on subsequently learned information and after giving notice of the proposed action to the Contractor and an opportunity for a hearing consistent with the hearing procedures described below for appealing a pre-qualification determination.

Prequalification application packets are available for download on the District's Construction Manager's website at https://www.greystone-west.com/bid-information under the San Mateo Union High School District tab. One (1) copy of the completed prequalification package (questionnaire, financial statements and supporting documents) in PDF format shall be submitted by email to bids@smuhsd.org (with a copy to email victoria@greystonewest.com) followed up with one (1) hard copy of a completed prequalification package marked CONFIDENTIAL "Pre-Qualification Package" mailed or delivered to the District on or before the annual submission and/or bid date to:
Yancy Hawkins

Chief Business Officer

San Mateo Union High School District

650 North Delaware Street, San Mateo, CA 94401

The pre-qualification packages (questionnaire answers and financial statements) submitted by Contractors are not public records and are not open to public inspection. State law requires that the names of contractors applying for pre-qualification status shall be public records subject to disclosure, and the first page of the questionnaire will be used for that purpose.

Each questionnaire must be signed under penalty of perjury in the manner designated at the end of the form, by an individual who has the legal authority to bind the Contractor or whose behalf that person is signing. If any information provided by a Contractor becomes inaccurate, the Contractor must immediately notify the District and provide updated accurate information in writing, under penalty of perjury. San Mateo Union High School District reserves the right to waive minor irregularities and omissions in the information contained in the pre-qualification application submitted, to make a final determinations, and to determine at any time that the pre-qualification procedures will not be applied to a future public works project.

A contractor who has submitted a completed application form, and who receives a rating of "not qualified" from the District may appeal that determination. There is no appeal from a finding that a contractor is not pre-qualified because of a failure to submit required information, but re-application during one of the designated time periods is permitted.

*Note:* A contractor may be found not pre-qualified for bidding on a specific public works contract to be let by San Mateo Union High School District, or on all contracts to be let by the District until the contractor meets the District's requirements. In addition, a contractor may be found not pre-qualified for either:
(1) Omission of requested information or
(2) Falsification of information

Dated: November 17, 2023

Publication Date: November 30, 2023

**SMCT# 0006794813 Nov 30, 2023**

---

Endorsed in the Office of
the County Clerk Recorder
San Mateo County, California
Filed: November 21, 2023
Expires: November 20, 2028
Mark Church, County Clerk
By: Niles Lopshire, Deputy Clerk
File Number: 54-2999

## FICTITIOUS BUSINESS NAME STATEMENT
The following person is doing business as:
**CRAFTY LITTLE SMILE**
710 Hydra Lane, Foster City, CA 94404
County of San Mateo
Registered Owner: Ashleigh Helen Cummins
710 Hydra Lane, Foster City, CA 94404
Business conducted by: An Individual
The registrant commenced to transact business under the fictitious business name or names listed above on: 05/19/2021
/s/ Ashleigh Helen Cummins - Owner
I declare that all information in this statement is true and correct

**SMCT# 0006794326 Nov 30, Dec 7, 14 and 21, 2023**

---

Filed in County Clerk's Office
Regina Alcomendras
Santa Clara County - Clerk Recorder
FBN706454
File Date: 11/09/2023
Expires: 11/09/2028
By: pcamanriso, Deputy

## FICTITIOUS BUSINESS NAME STATEMENT
The following business name and address:
**1) MISSION CITY PDS
2) MISSION CITY CC TV**
2401 Sunny Vista Drive, San Jose, CA 95128
in the Santa Clara County
Business is owned by:
A Limited Liability Company
Registrant: Dotatacom LLC
2401 Sunny Vista Drive, San Jose, CA 95128
Registrant began transacting business under the fictitious business name on: 11/09/2023
Type of filing: First Filing
/s/ Damian Barbato
I declare that all information in this statement is true and correct.
Entity Name: dotatacom LLC
Title/Capacity of Signer: Owner
Article/Reg.2021081026B
Entity was formed in the state of California

**SJMN #0006791790 Nov 16, 23, 30 and Dec 7, 2023**

---

Filed in County Clerk's Office
Regina Alcomendras,
Santa Clara County - Clerk Recorder
FBN70635
File Date 10/31/2023
Expires: 10/31/2028
By: Nina Rhamphildt, Deputy

## FICTITIOUS BUSINESS NAME STATEMENT
The following person(s) is (are) doing business as:
**1) ALLADEN FC
2) ALLADEN FUTBOL CLUB**
located at 635 Almaden Expy., #250, San Jose, CA 95120, Santa Clara County. This business is owned by: A CORPORATION.
The name and residence address of the registrant(s) is:
Almaden Valley Soccer Club, Inc
P.O. Box 20491
San Jose, CA 95160
The registrant/owner began transacting business under the fictitious business name(s) listed above on 01/01/2022.
First Filing
I hereby certify that this copy is a correct copy of the original Fictitious Business Name Statement on file in my office.
Regina Alcomendras, Santa Clara County Clerk-Recorder
By /s/ Nina Rhamphildt, Deputy
Dated: OCT 31, 2023
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
Entity name: Almaden Valley Soccer Club, Inc
Article / Reg #: 8017262
/s/ Amanda Widgery, Treasurer
Above entity was formed in the State of California.

**SJMN #6794435; Nov 16, 23, 30, Dec 7, 14, 21, 2023**

---

## SUMMONS
(CITATION JUDICIAL)

**NOTICE TO DEFENDANT:**
(AVISO AL DEMANDADO:)
Chikin Drip LLC; Zakaria Hamadeh, an individual, dba Chikin Drip;
Jonathan James Paz;
and DOES 1-50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
Mohammed Amer Ali

CASE NUMBER (Numero Del Caso)
23CV419984

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento, la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 o más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the Court is:
(El nombre y dirección de la corte es:)
Superior Court of California
County of Santa Clara
191 North First Street
San Jose, CA 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Peter Afrasiabi
Joshua Bornstein
One LLP
9901 IBM Court, Suite 250
San Diego, CA 92131
Phone: 415-673-4800

DATE: (Fecha)  7/31/2023 @11:45AM

Clerk, by         T. Pham     Deputy
(Secretario)                  (Adjunto)
**SJMN #6790606; Nov. 9, 16, 23, 30, 2023**

---


This newspaper can move a house.
Mercury News Classified.

This newspaper can move a house.
Mercury News Classified.

---

IN THE OFFICE OF PETITION TO ADMINISTER ESTATE OF
CHRISTOPHER PETER WILLIS
CASE NUMBER: 23-PRO-01269

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both of:
**Christopher Peter Willis**

A Petition for Probate has been filed by:
**Neeta Dembla** in the Superior Court of California, County of San Mateo.

The Petition for Probate requests that:
**Neeta Dembla** be appointed as personal representative to administer the estate of the decedent.

The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A hearing on the petition will be held as follows:
Date: December 18, 2023
Time: 9:00 am  Dept: 1
Address of Court:
Superior Court of California
County of San Mateo
400 County Center
Redwood City, CA 94063
Branch: Southern Branch

If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.

You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Petitioner: In Pro Per
Neeta Dembla
235 Ramona Street
San Mateo, CA 94401
Phone: 415-673-4800
Email: ndembla21@gmail.com
**SMCT #6793300; November 23, 24, 30, 2023**

---

Legal Notice | Legal Notice | Legal Notice | Legal Notice



**THANK YOU**
for being a longtime reader of this paper

We appreciate your continued support of our local journalism.

We've enjoyed hearing from you!

**BayArea News Group**

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

**Notice of Deadline for Filing Claims: February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

SJMN #6794209; 11/30/23

---



**BUSINESS OWNERS!**

Looking for a new way to make an impact in your market?

Digital Marketing

Visit **www.BayAreaNewsGroup.com** today and find out how the digital and print products of Bay Area News Group can help you reach your business goals.

**BayArea News Group**



**San Jose Mercury News**

75 E. Santa Clara St , Suite 1100
San Jose, CA  95113
408-920-5332

Legal No.      0006803350

3110950

MILLER ADVERTISING AGENCY
909 THIRD AVE., 15TH FL.
NEW YORK, NY  10022

## PROOF OF PUBLICATION
## IN THE CITY OF SAN JOSE
## IN THE STATE OF CALIFORNIA
## COUNTY OF SANTA CLARA

### FILE NO. RB270011

**San Jose Mercury News**

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the City of San Jose, County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, Case Numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000; that at all times said newspaper has been established, printed and published in the said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**01/19/2024**

Dated at San Jose, California
January 30, 2024

I declare under penalty of perjury that the foregoing is true and correct.

Principal clerk of the printer and publisher of the San Jose Mercury News

r.BP316-07/17/17

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

SJMN 6803350; 1/19/24

# Legal Advertising and Public Notices

## AT YOUR SERVICE DIRECTORY

**TO PLACE YOUR AD**   CALL 925-933-2020 or 408-920-5111   MON-FRI: 8AM - 5PM

We offer competitive rates with excellent coverage. Our most popular package is:

**2 ADS FOR THE PRICE OF 1**

14-Line Service Ad plus a 2x2 Display Ad. Call for more details.

**FOR ONLY $365/month***

*New Advertisers Only. Offer only available for a limited time.

NOTICE TO ALL READERS: California law requires that contractors taking jobs that total $500 or more (labor and/or materials) be licensed by the Contractors State License Board State law also requires that contractors include their license numbers on all advertising. Check your contractor's status at www.cslb.ca.gov or 800-321-CSLB (2752) Unlicensed persons taking jobs that total less than $500 must state in their advertisements that they are not licensed by the Contractors State License Board.

---

## Legal Notice

**Request for Proposals – Architectural Services**

San Mateo Union High School District
650 North Delaware Street
San Mateo, CA 94401
January 19, 2024

**REQUEST FOR ARCHITECTURAL PROPOSALS TO EXPAND THE EXISTING ARCHITECTURAL SERVICES**

The San Mateo Union High School District invites proposals from qualified firms, partnerships, corporations, associations, or professional organizations to provide architectural services for the San Mateo Union High School District Measure "L" Construction Projects. The District is seeking to expand the existing pool of Architects for future projects. Those already approved with the District need not reapply.

Interested firms are invited to submit their proposals as described below, five (5) originals of requested materials:

**Yancy Hawkins**
Associate Superintendent, Chief Business Officer
San Mateo Union High School District
650 North Delaware Street
San Mateo, CA 94401

To obtain copies regarding this RFP or to request the full packet, please contact Greystone West at 707-933-0624 or email Dotty Selmeczki – dotty@greystonewest.com

All proposals must be received on or before: **3:00 PM, PST Friday, February 2, 2024**

This is not a formal request for bids or an offer by the San Mateo Union High School District to contract with any party responding to this request. The San Mateo Union High School District reserves the right to reject any and all proposals.

Sincerely,

**Yancy Hawkins**
Associate Superintendent, Chief Business Officer
San Mateo Union High School District

Dated: January 15, 2024
Publication Dates: January 19 and January 26, 2024

**SMCT# 0006803810 Jan 19 and 26, 2024**

---

**FINDING OF NO SIGNIFICANT IMPACT
AND
NOTICE OF INTENT TO REQUEST RELEASE OF FUNDS**

January 19, 2024
County of San Mateo
Department of Housing
264 Harbor Blvd., Building A
Belmont, CA 94002-4017

This Notice shall satisfy the above-cited two separate but related procedural notification requirements for activities to be undertaken by the County of San Mateo.

**REQUEST FOR RELEASE OF FUNDS**

On or about February 5, 2024, the County of San Mateo will authorize the Housing Authority of the County of San Mateo to submit a request to the U.S. Department of Housing and Urban Development (HUD) for the release of 42 Project-Based Section 8 Vouchers as authorized by the United States Housing Act of 1937, Section 8 (c)(9), as amended; 20 Veterans Affairs Supportive Housing (VASH) Vouchers as authorized by the Consolidated Appropriations Act of 2008, Public Law 110-161, as amended; and $4,400,000 in funds to be used in the activities authorized by the Consolidated Appropriations Act of 2016, Public Law 114-113, as amended, to undertake a project known as **803 Belmont Avenue** for the purpose of providing affordable housing.

Room Corporation will undertake a project known as the 803 Belmont Avenue which will develop 125 units of affordable housing at the site of the 841 Mateo Inn (APNs 044-172-190 and -200; Parcel APN 044-172-290; and as part of the proposed project). Parcel 044-172-180 and -160 will be purchased and demolished by the project developer to make way for construction of the new housing. The address of the project site is 801-803 Belmont Avenue, Belmont, San Mateo County, California 94002 (Geographic coordinates: (37.52725, -122.29498). The project is in conformance with the existing zoning. The Housing Authority, which is eligible for listing in the National Register of Historic Places, and the construction of an eight story, multi-family structure. The structure would be bermed as it extends up the site from El Camino Real. No terraced level would exceed six stories. The project includes onsite amenities, recreation and landscaped areas, and parking. The amenities will include but are not limited to the following: approximately 4,500 square feet of indoor common space, a community center, community club room, homework/computer room, resident services office, and a children's play structure. One hundred and fifty-two (152) parking spaces are proposed within three levels of garage parking. The unit allocation consists of 32 one-bedroom units; 40 two-bedroom units; 33 three-bedroom units, including 1 three-bedroom manager unit; and a children's playstructure. The project will be designated as a family community, with the following projected income breakdown (which is subject to change based on funding requirements): 36-percent of the project (47 units) are being targeted to extremely low-income ("ELI") households earning 30-percent Area Median Income ("AMI") or less, 28-per cent of the project (35 units) (52-percent of total project) are projected to be designated as "supportive housing" units for the formerly homeless tenants. The remaining 63-percent of the units (89 units) will be restricted to households earning between 50% and 80 % AMI (including one unrestricted manager unit). The site of Belmont General Plan Housing Element has identified the Site as a Housing Opportunity Site intended for residential development. The total project cost is estimated to be $135,500,000.

**FINDING OF NO SIGNIFICANT IMPACT**

The County of San Mateo has determined that the project will have no significant impact on the human environment. Therefore, an Environmental Impact Statement under the National Environmental Policy Act (NEPA) of 1969 is not required. Additional project information is contained in the Environmental Review Record (ERR). The ERR will be made available to the public for review electronically. Please submit your request by email to Ronak Merai at rmerai@smchousing.org. The ERR can be accessed online at the following web address: smchousing.org/housing/environmental-review-803-belmont-avenue

**PUBLIC COMMENTS**

Any individual, group or agency may submit written comments on the ERR to the County of San Mateo Department of Housing, Attn: Ronak Moradi, Housing Specialist, 264 Harbor Blvd., Building A, Belmont, CA 94002 or electronically to rmerai@smchousing.org. All comments received on or before February 3, 2024 will be considered by the County of San Mateo prior to authorizing submission of a request for release of funds. Comments should specify which Notice they are addressing.

**ENVIRONMENTAL CERTIFICATION**

The County of San Mateo certifies to HUD that Raymond Hodges, Director, in his capacity as NEPA Certifying Officer, consents to accept the jurisdiction of the Federal Courts if an action is brought to enforce responsibilities in relation to the environmental review process and that these responsibilities have been satisfied. HUD's approval of the certification satisfies its responsibilities under NEPA and related laws and authorities, and allows the County of San Mateo to use Program funds.

**OBJECTIONS TO RELEASE OF FUNDS**

HUD will accept objections to its release of funds and the County of San Mateo's certification for a period of fifteen days following the anticipated submission date or its actual receipt of the request (whichever is later) only if they are on the following bases: (a) the certification was not executed by the Certifying Officer of the County of San Mateo; (b) the County of San Mateo has omitted a step or failed to make a decision or finding required by HUD regulations at 24 CFR Part 58; (c) the grant recipient or other participants in development process have committed funds, incurred costs or undertaken activities not authorized by 24 CFR Part 58 before approval of a release of funds by HUD; or (d) another Federal agency acting pursuant to 40 CFR Part 1504 has submitted a written finding that the project is unsatisfactory from the standpoint of environmental quality. Objections must be prepared and submitted in accordance with the required procedures (24 CFR Part 58, Sec. 58.76) and shall be emailed to the HUD grant administration office at: RBOFSFRO@hud.gov and Todd.R.Greene@hud.gov. Potential objectors should contact the office via email at: RBOFSFRO@hud.gov and Todd.R.Greene@hud.gov to verify the actual last day of the objection period.

Raymond Hodges, Director and NEPA Certifying Officer

**SMCT# 0006803987 Jan 19, 2024**

---

## Legal Notice

**Filed in County Clerk's Office
Regina Alcomendras,
Santa Clara County – Clerk Recorder
FBN702108
Filed: 01/10/2024
Expo: 01/10/2029**

**FICTITIOUS BUSINESS NAME STATEMENT**

The following person(s) is (are) doing business as: **KLEE Real Estate & Property Management**, located at 26 N. First St., Ste. 701, San Jose, CA 95113, Santa Clara County. This business is owned by: A CORPORATION.

The name and residence address of the registrant(s) is:
KLEE Financial Group, Inc.
28 N. First St., Ste. 701
San Jose, CA 95113
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 01/08/2008.

First Filing
I hereby certify that this copy is a correct copy of the original Fictitious Business Name Statement on file in my office.
Regina Alcomendras, Santa Clara County – Clerk Recorder
By: /s/ Corinne Vasquez, Deputy
Dated: 01/10/2024

I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
Entity name: KLEE Financial Group, Inc.
Article / Reg #: C3064570
/s/ Hae-Young Ahn
Above entity was formed in the State of California.

**SJMN 6803255 Jan. 19, 26; Feb. 2, 9, 2024**

---

**SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA**
191 North First Street
San Jose, CA 95113

**PETITIONER:** Evelina Rose Haro

**PETITION** Evelina Rose Haro
**FOR CHANGE OF NAME**

**CASE NUMBER: 23CV428066**

**ORDER TO SHOW CAUSE - CHANGE OF NAME**

**TO ALL INTERESTED PERSONS:**
1. Petitioner: Evelina Rose Haro filed a petition with this court for a decree changing names as follows:

Present Name
**Evelina Rose Haro**
to Proposed Name
**Evelina Rose Celis**

2. THE COURT ORDERS: That all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**
**Date: March 12, 2024**
**Time: 8:45 AM Dept: Probate**

The address of the court is:
**Superior Court of California
County of Santa Clara**
191 North First Street
San Jose, CA 95113

A copy of this Order to Show Cause must be published at least once each week for four successive weeks before the date set for hearing on the petition in a newspaper of general circulation printed in this county: **THE MERCURY NEWS.**

Date: 12/26/2023
/s/ Jacqueline M. Arroyo
JUDGE OF THE SUPERIOR COURT

**MN# 0006801486 Jan 5, 12, 19 and 26, 2024**

---

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:
AUDREY JEAN PALMER**
**CASE NUMBER: 23-PRO-00930**

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of:
**Audrey Jean Palmer,**
**Mrs. Jack W. Palmer**

A Petition for Probate has been filed by: **Lisa Kay Palmer** in the Superior Court of California, County of San Mateo.

The Petition for Probate requests that: **Lisa Kay Palmer** be appointed as personal representative to administer the estate of the decedent.

The Petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

The Petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The Independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A hearing on the petition will be held in this court as follows:
**Date: February 15, 2024**
**Time: 9:00 am Dept: PJ**

Address of court:
**Superior Court of California
County of San Mateo**
400 County Center
Redwood City, CA 94063
**Branch: Probate**

**If you object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

**If you are a creditor or a contingent creditor of the decedent,** you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. **Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.**

**You may examine the file kept by the court.** If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code Section 1250. A Request for Special Notice form is available from the court clerk.

Petitioner in pro per:
**Lisa Kay Palmer**
**215 Roberts Road**
**Pacifica, CA 94044**
**Phone: (415) 706-4946**
**Email: lispalmer@simccd.edu**

**SMCT# 0006803862 Jan 19, 20 and 22, 2024**

---

## Bath and Kitchen Remodeling

**BEN THE REMODELING**
ADU ADDITIONS, Baths, Kit/ Pty, Windows/Doors Plumbing & Drywall Sheetrock, Texture, Paint, Decks, Tile Install. Free Estimates.

• Service Santa Clara Co
**408-687-2290**

**KBR CONSTRUCTION**
Kitchen & Bath Remodel!
Flooring & Painting!
Lic# 1076864
**FREE ESTIMATES**
Lic.# 1076864
Call Mark @6
**510-449-7244**

---

## Cement and Concrete

**CONCRETE DECOR, INC**
Concrete Concrete Work, Doors, Patios, Stamp Concrete, Pavers & All Masonry Work, Walls & Foundations! Free Estimates
**408-230-5320**

**MASONRY / CONCRETE**
• Patios • Retaining walls • Foundations • etc.
Lic #1076466
**408-315-2346**

---

## Construction

**LEGEND REMODELING**
& Design #1
Paint & Decks
Bathroom
Retaining Walls
Kitchen $5,000 +
PAINTING $1500
Decks $3,500 +
FLOORING $1500
ROOFING $1500
Lic#1089876
**408-293-9517**

---

## Decks, Fences and Gazebos

**DECKS FENCES PATIOS
RETAINING WALLS STAINING**
GREAT PRICES
FREE ESTIMATE
20 YRS. EXPERIENCE
Referenced upon req.
**510-712-8298**

**QUALITY ELECTRIC WORK
GREAT RATES!! BIG & SMALL JOBS**
Lic # 878392
**408-292-6798**

---

## Electrical

---

## Fencing

**KEN'S REDWOOD FENCES and RETAINING WALLS**
• Good Neighbor Style
• Dog-Ear Style
• Deer Fences
QUALITY WORK
FREE EST. Lic.#847391
**925-938-9836**
Proudly Serving Contra Costa County

---

## Floor Installation and Service

**WOOD FLOORING EXPERTS**
• HARDWOOD
• REFINISH
• WATERPROOF
• VINYL PLANK
• LAMINATE
LIC. # 898719
• INSTALL & REPAIR
FREE ESTIMATES
**408-712-3552**

---

## Garden and Landscape Design

**GARDEN DESIGN
SOD & SPRINKLER
INSTALL & REPAIR
LAWN AERATION
CLEAN UP HAULING
AVAILABLE 7 DAYS
16 YRS EXP.
WATER WISE
PLANTS AVAIL
FOR A JUICY BRIGHT
GARDEN**
**#817769**
**408-833-1901**

---

## Handypersons

**RENOVATIONS CO**
• ROOFING/LEAKS
• ELECTRICAL
• PAINTING
• DRYWALL
• PLUMBING
• FLOORING
Lic#978464
**408-722-0514**

**Tony's Handyman**
Senior /Military Disc.
• Minor faucets, etc.
• Gutter Cleaning
• Power Washing
• Painting • Fences
Lic# 1034569
**408-310-3948**

---

## Hauling and Cleanup

**Junk-Genie**
"We Make Your Junk Disappear"
**10% Off**
All Services
**925-383-5268**

**PAUL'S HAULING & CLEAN UP**
• Tree Trimming & Removal
• Hauling & Demo
• All of Your Yard & Hauling Needs!
**925-435-2188**

**HECTOR'S HAULING**
GARAGE & YARD CLEAN-UP!
Any Junk Removal
Free Estimates
**408-929-0480**

---

## Health and Fitness

**PERSONAL TRAINING**
IMPERIAL FITNESS USA
• Weight Loss
• Strength
• Gain Strength
• 1 on 1 Training
ALL AGES WELCOME
CALL TODAY!
**408-771-5135**

---

## Home Improvement

**THE PATCH MAN**
Shake, Tile, Hot Tar, PPO, Metal and Shingle Roofs. We will Repair any leaks on any roof.
**FREE ESTIMATES**
Unlic. Call Hector @
**510-988-3268**
**408-876-9803**

---

## Plastering

**OVER 45 YEARS EXP**
Exterior Stucco
Interior Plastering
• Additions & Patching
• Color Coats / drywall
• Lathing / Texturing
• Foundation Work
• Cement coats. Stair Neat, Dependable, FATHER-SON
**925-899-4627**

---

## Plumbing

**ROY'S ROOTER & PLUMBING SERVICE**
• Repair & Replace Faucets, Shower heads & Faucets
• Unclog Drains
Unlic under 500
**408-310-2147**

---

## Roofing

**100% ABC JOB FOR ROOFING**
All kinds of Roofs
& Rprs. Resd./Comml
& Industrial. Gutters / Stucco
Senior Discount!
Free Est. Unlic.
**510-469-8862**

**COMMERCIAL ROOF REPAIR**
Save money on re-roofing! Get commercial building & home repairs now! All kinds of roofing & repairs
**FREE ESTIMATES**
Unlic. Call Hector @
**510-988-3268**
**408-876-9803**

---

## Tree Service

**A&E LANDSCAPING**
Landscaping • General Yard Cleanup
• Tree Services
• Fencing • Retaining Walls • Concrete
• Planting • Sprinkler
• Gardening • Sod
Free Estimate Lic #1070442
**510-712-4118**

---

**925-933-2020**
Call today to advertise your service
**408-920-5111**

---

# Legal Advertising and Public Notices

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: **The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

**SJMN 6803350; 1/19/24**

---

## Read the PUBLIC NOTICES Every Day!

---

## Legal Notice

**SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN JOAQUIN**

In the Matter of the Adoption Petition of | Case No. FL-2023-942
Kennedy Lauryn Cole | **CITATION TO PARENT**
Adopting Parent | **Date: FEB 09, 2024**
  | **Time: 9:00 A.M.**
  | **Dept. 4B**

THE PEOPLE OF THE STATE OF CALIFORNIA

TO: Michael A Cole and Adopting Parents

By order of this court you are hereby advised that you may appear before the judge presiding in Department 4B of this court on **FEB 09, 2024** at **9:00 A.M.**, the date and time to show cause, if any you have, why Kennedy Lauryn Cole should not be declared free from your custody and control for the purpose of freeing said child for placement for adoption. The following information concerns rights and procedures that relate to this proceeding for the termination of custody and control of said minor as set forth in Family Code Section 7860 et seq.:

1. At the beginning of the proceeding the court will consider whether or not the interests of the minor child require the appointment of counsel. If the court finds that the interests of the minor child do require representation by counsel, the court shall appoint counsel to represent the child, whether or not the child is able to afford counsel. The child shall not be present in court unless the child so requests or the court so orders.

2. If a parent of the minor appears without counsel and is unable to afford counsel, the court shall appoint counsel for the parent, unless the parent knowingly and intelligently waives the right to be represented by counsel. The court will not appoint the same counsel to represent both the minor and his/her parent.

3. The court may appoint either the public defender or private counsel. If private counsel appointed under this article shall receive a reasonable sum for compensation and expenses, the amount of which shall be determined by the court. The amount so determined shall be paid by the real parties in interest, other than the child, in proportions the court deems just. However, if the court finds that any of the real parties in interest are unable to afford counsel, the amount shall be paid out of the general fund of the county.

4. The court may continue the proceeding for not more than thirty (30) days as necessary to appoint counsel to become acquainted with the case.

Date:

STEPHANIE BOHRER, CLERK OF THE SUPERIOR COURT

By: /s/ MEGAN MARTINI, Deputy Clerk      [SEAL]

**SJMN 6802681; Jan. 12, 19, 26; Feb. 2, 2024**

---

**Santa Cruz Sentinel**

324 Encinal Street
Santa Cruz, CA 95060
831-429-2415
scslegals@santacruzsentinel.com

3745477

MILLER ADVERTISING AGENCY, INC.
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY  10003

Legal No.  **0006794125**

# Proof of Publication
## (2015.5 C.C.P.)

**STATE OF CALIFORNIA**

SS.

**COUNTY OF SANTA CRUZ**

### FILE NO. RB270012

#### Public Notice

I, the undersigned, declare:

That I am over the age of eighteen and not interested in the herein-referenced matter; that I am now, and at all times embraced in the publication herein mentioned was, a principal employee of the printer of the Santa Cruz Sentinel, a daily newspaper printed, published and circulated in the said county and adjudged a, newspaper of general circulation by the Superior Court of California in and for the County of Santa Cruz, under Proceeding No. 25794; that the advertisement (of which the annexed is a true printed copy) was published in the above-named newspaper on the following dates, to wit:

**11/30/2023**

I declare under penalty of perjury that, the foregoing is true and correct to the best of my knowledge.

This 30th day of November, 2023 at Santa Cruz, California.

_____
Signature

r.BP5-12/01/15

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\***

## WATSONVILLE

# Soup for a Cause dishes out funds for Pajaro Valley Prevention and Student Assistance

**By Nick Sestanovich**
nsestanovich
@santacruzsentinel.com

WATSONVILLE >> If there's one way to alleviate colder weather, it's with a steaming hot bowl of soup. Pajaro Valley Prevention and Student Assistance provided exactly that Tuesday evening, but with the extra ingredient of being able to financially support the Watsonville-based organization's mission of improving the quality of life of children and families in the Pajaro Valley.

The organization hosted its fourth annual Soup for a Cause in the Watsonville Civic Plaza's Community Room, featuring holiday festivities, speeches and a dinner prepared for and served by members of the community. This dinner featured a salad, rolls and, yes, various soups that were dished out by community members designated as "Very Important Pourers." Dessert consisted of coffee, assorted cookies and Hershey's Kisses.

Jasmine Nájera, CEO of Pajaro Valley Prevention and Student Assistance, told the Sentinel the event was started four years ago by Sherry Dang and Kirk Deicco, the owners of several local 7-Eleven stores, and it has continued to grow ever since. Now the event has managed to bring in elected officials such as Sen. John Laird and Santa Cruz County Supervisor Felipe Hernandez to help pour out the soups.

"It's a great opportunity for them to be able to connect with community members as well," she said.

This year's soups included an Italian wedding stew made by Dang and Deicco and served by Watsonville City Manager Rene Mendez and Police Chief Jorge Zamora; a butternut squash soup made by Ella's at the airport and served by Santa Cruz County Superintendent of Schools Faris Sabbah and Michael Paynter, executive director of student support services and foster youth for the Santa Cruz County Office of Education; a pozole made by Lynda Nguyen and served by Adriana Mata, Pajaro Valley Prevention and Student Assistance's chief of operations; a New England clam chowder made by Erik's DeliCafe and served by Laird; and a tomato basil bisque made by Ella's and served by Celeste Dewald and Eli Garnica



Watsonville Police Chief Jorge Zamora, left, and City Manager Rene Mendez dish out a cup of Italian wedding soup to Irma Freeman at Pajaro Valley Prevention and Student Assistance's fourth annual Soup for a Cause Tuesday.

NICK SESTANOVICH — SANTA CRUZ SENTINEL

of the Community Health Trust of Pajaro Valley.

"I really chose these folks based on who really is an outstanding champion for youth behavioral supports in our community," said Nájera.

Pajaro Valley Prevention and Student Assistance was founded in 1991 and provides health education, mental health services, substance abuse and intervention and prevention services and direct counseling to students in the Pajaro Valley. A current goal of the organization is to purchase a van and small car to transport families to afterschool programs, Nájera said in her address to the crowd.

"Some of our families have a real hard time getting to programs after hours," she said. "We really want to try and support our community members. Additionally, we have a crisis team, and we want to make it so they're not having to drive their personal cars."

Nájera acknowledged that Tuesday was Giving Tuesday, a day set aside for people to donate to charities following the money spent on consumer goods for Thanksgiving, Black Friday and Cyber Monday.

"We have hundreds of choices to donate, but we really encourage folks to support PVPSA," she said. "We have been here in this community for over 30 years providing mental health services."

In the last year, Nájera said Pajaro Valley Prevention and Student Assistance served more than 1,300 individual youth, had almost 1,400 crisis contacts, distributed more than $90,000

in direct financial aid to the community, hosted 24 food distributions and received approximately $500 per person, which she opined was "not enough, but every little bit helps."

Nájera then invited Leslie Castillo-Rivas, a Pajaro Valley Prevention and Student Assistance intern working toward her master's degree at the University of Nevada, to speak. Castillo-Rivas received services through the program a decade ago and has received mentoring support through the program's counselors.

"I have met a lot of kids that I feel I've been having an impact on, and it wouldn't be possible without PVPSA," she said.

Nájera also introduced Omar Delgado, vice president of the organization's youth-led Empower Watsonville program, and his mother, Graciela Nunez. Delgado said Empower Watsonville's primary focus is to advocate for students struggling with substance abuse.

"We just want to help them get referred to a resource office for them to overcome their challenges," he said. "Our goal is to change some of the policies to make sure that this can be implemented."

Delgado said he wanted to join the program because of his lifelong connection to his community, from going to the farmers market as a kid to attending Watsonville High School.

"I just always felt a strong connection to the city of Watsonville," he said. "I wanted to give back to my community at a very young age and, overall, benefit my

community for everybody to have a safe environment."

Nunez said the program has given her son important leadership skills.

"I can see Omar going off to college, coming back and working within the community," she said.

Nunez also likes how Empower Watsonville encourages parent participation.

"It's a self-reflection as a parent and how I can be there for my son," she said.

Nájera said the event is all about bringing the community together.

"To me, everything starts in relationship, whether it's the people that we work with or the community that we work alongside," she said. "This is an opportunity to continue to build those relationships outside of the day-to-day work."

People can still donate at Pvpsa.org/donate.

## Carter

FROM PAGE 1

presidents and all the living first ladies joined the extended Carter family before Wednesday's hometown funeral.

Vernita Sampson, a school bus driver and Plains native, drove a group of area high school students, all wearing Future Farmer of America jackets, to downtown Plains, where hundreds of people soaked up the history of the day and paid tribute to the former first lady along the motorcade route.

"They were people you could relate to, not this high standard where they were up here and, you know, we're all down there," said Sampson, 58. "We never get used to death, no matter who we are or how long you have lived. But knowing that her suffering is no longer and to celebrate that she did live a long life, a very happy and productive life, that gives you joy."

At the service, the mourning came with affectionate stories of her life and plenty of laughter.

"It occurs to me that dad got used to mom disagreeing with him because she was really good at it," son Jack Carter said. "And she became a partner in the true sense of the word, where they had equal footing."

Many family members, including the former president, wore leis to celebrate how much Rosalynn Carter loved living in Hawaii during the couple's Navy years and learning to hula dance while Jimmy Carter was stationed there.

Jimmy Carter met his future wife only a few days after his mother delivered her.

Coming from that town of about 600 — then and now — Rosal-

ynn Carter changed lives across America and the developing world, mourners were told at her service this week. Jimmy Carter's closest political adviser and a political force in her own right, she advocated for better mental health care and underappreciated caregivers in millions of U.S. households. Traveling overseas, she fought disease, famine and the abuse of women and girls.

Even so, she never stopped being the small-town Southerner whose cooking repertoire leaned heavily on mayonnaise and pimento cheese, Jason Carter said as he told endearing stories about his grandmother.

The tributes covered the range of Rosalynn Carter's life.

Events in Atlanta reflected her grandest chapters. Mourners viewed her casket at her husband's presidential library, steps from The Carter Center they co-founded after leaving the White House. Then she was honored at a service filled with the music of a symphony chorus, a majestic pipe organ and fellow Habitat for Humanity ambassadors Garth Brooks and Trisha Yearwood. President Joe Biden, former President Bill Clinton and the first ladies joined Jimmy Carter and their four children in the front row, in front of more than 1,000 congregants who wore suits, ties and dresses and filled an elegant Emory University church.

The proceedings Wednesday underscored her simpler constants. The sanctuary in Plains seats fewer people than the balcony at Glenn Memorial in Atlanta.

THURSDAY


THE CROW'S NEST

SOOO GOOOD!
CHEF'S PRIX FIXE MENU
$29.95

ON THE BEACH IN SANTA CRUZ
Open Daily • 831-476-4560
crowsnest-santacruz.com

Confused About Medicare Advantage Advertising?
Learn ALL the facts about these plans

Call Today!
831-728-4977 or
831-419-2444



Coast Benefits & Insurance Services
Steven A. Walker, LUTCF and Valerie A. Gray
walkersa@charter.net • coastbenefitservices.com
CA License #0770683, #0E92374


GARVEY PAINTING, INC.

THE REPAINT SPECIALISTS
Interior/Exterior
Since 1989

WINNER Readers Choice 2019
WINNER Readers Choice
WINNER Readers Choice 2022

CA License #1057716

(831) 688-6913 | www.garveypainting.com

PAINT MAN


"There's room for everyone on the Nice List!"
– Buddy the Elf

Shadowbrook Gift Card
Online, by Phone, or Stop By!

Shadowbrook.com/RCASF
(831) 475-1222

Gratefully Accepting your Donations Everyday
Abbots Thrift
Designer Brands & Quality Clothing
At Deeply Discounted Prices
LIKE-NEW LOOKS for less
Tables • Toys • Collectables • Stands • Books • Records
Chairs • Toys • Shoes • Lamps • Dresses • Antiques • Frames
Glassware • Vases • Electronics • Art • Sporting Goods

 

6164 Hwy 9 • Downtown Felton • Across from Rite Aid
831.335.0606 • www.theabbotsthrift.org

U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

SENIOR BENEFITS
INSURANCE SERVICES

Founded by Bill Weber in 2000
Continuing the Caring Tradition

PLANS OFFERED
• MEDICARE SUPPLEMENT PLANS
• MEDICARE ADVANTAGE PLANS
• PRESCRIPTION DRUG PLANS
• CANCER PLANS
• FINAL EXPENSE PLANS

ALL OF OUR PLANS
COME AT NO COST TO YOU!

CALL / TEXT
(831) 661-0700

ken@seniorbenefits.care
www.seniorbenefits.care

CARING FOR OUR CLIENTS SINCE 2000





KEN & KATHLEEN COOK LICENSED AGENTS
KENNETH - CA LICENSE #0K46549
KATHLEEN - CA LICENSE #0K59103

64 Rancho Del Mar I Aptos I CA 95003
WHERE OUR CLIENTS SEND THEIR FRIENDS

Not affiliated with or endorsed by any government agency.

This is a solicitation for insurance. By responding to this ad, a licensed insurance agent may contact you offering Medicare Advantage Plans, Medicare Supplement Plans, and Prescription Drug Plans.

## Santa Cruz Sentinel

324 Encinal Street
Santa Cruz, CA 95060
831-429-2415
scslegals@santacruzsentinel.com

3745477

MILLER ADVERTISING AGENCY, INC.
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY  10003

Legal No.    **0006803334**

# Proof of Publication
### (2015.5 C.C.P.)

**STATE OF CALIFORNIA**

**SS.**

**COUNTY OF SANTA CRUZ**

### FILE NO. RB270012

#### Public Notice

I, the undersigned, declare:

That I am over the age of eighteen and not interested in the herein-referenced matter; that I am now, and at all times embraced in the publication herein mentioned was, a principal employee of the printer of the Santa Cruz Sentinel, a daily newspaper printed, published and circulated in the said county and adjudged a, newspaper of general circulation by the Superior Court of California in and for the County of Santa Cruz, under Proceeding No. 25794; that the advertisement (of which the annexed is a true printed copy) was published in the above-named newspaper on the following dates, to wit:

**01/19/2024**

I declare under penalty of perjury that, the foregoing is true and correct to the best of my knowledge.

This 22th day of January, 2024 at Santa Cruz, California.

_____

Signature

r.BP5-12/01/15

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\***

# Santa Cruz Sentinel

# CLASSIFIED

w w w . s a n t a c r u z s e n t i n e l . c o m

---

**Aptos Home Sale**

# REAL ESTATE FOR SALE

**Duplexes for Sale**

LOOKING FOR RENTAL INCOME? For sale duplex, 202 & 204 Park Place, 1 bd. & 1 ba each. $995,000. 1 block to Boardwalk. Drive by then call 831-429-1165

**Announcements**

DIRECTV Sports Pack ?
3 Months on Us!
Watch pro and
college sports LIVE.
Plus over 40 regional
specialty networks included.
NFL, College Football, MLB,
NBA, NHL, Golf
and more. Some restrictions apply.
Call DIRECTV
1-877-810-9205
(CDCN)

NEW AUTHORS WANTED!
Page Publishing will
help you self-publish
your own book. FREE
author submission
kit! Limited offer!
Why wait? Call now:
1-888-575-1601.
(CDCN)

SAVE BIG on HOME INSURANCE!
Compare 20 A-rated
insurances companies.
Get a quote
within minutes.
Average savings of
$444/year! Call
1-866-607-0099
(M-F 8am-8pm
Central) (CDCN)

Switch and save up
to $250/year on your
talk, text and data.
No contract and no
hidden fees.
Unlimited talk and
text with flexible
data plans. Premium
nationwide coverage.
100% U.S. based
customer service.
For more
information,
call 1-844-972-2798
(CDCN)

---

**Cemetery Plots**

Oakwood Memorial
Santa Cruz: Package
Includes 1 plot with
2 interment rights,
includes 2 vaults,
Endowment Care
Cemetery. Allows
upright monument.
$10,000. Contact Molly
at (415) 308-5533

**Financial Services**

Over $10K in Debt?
Be debt free in 24 to
48 months. No upfront fees to enroll.
A+ BBB rated. Call
National Debt Relief
1-866-928-5236.
(CDCN)

**Pets**





**Yard Sales**

GARAGE, YARD
MOVING SALES

**Antiques**

GENERAL MERCHANDISE

**Automotive Wanted**

DONATE YOUR CAR
TO KIDS
Fast Free Pickup -
Running or Not -
24 Hour Response -
Maximum Tax
Donation -
Help Find Missing
Kids! Call 1-844-408-0971.

---

**Automotive Wanted**

GOT AN UNWANTED
CAR???
Your car donation to
Patriotic Hearts
helps veterans
find work or start
their own business.
Fast free pick.
Running or not!
Call 24/7.
855-569-1425. (CDCN)

Tiene un vehículo no
deseado?
Donelo a Patriotic
Hearts! Recogida
rápida y gratuita
en los 50 estados.
Patriotic Hearts
ofrece programas
para ayudar a los
veteranos a
encontrar trabajo
o iniciar su propio
negocio.
Llama ahora:
866-388-1713 (24/7)
(CDCN)

WANTED!
Old Porsche
356/911/912
for restoration
by hobbyist
1948-1998 only.
Any condition.
Top $ paid!
PLEASE LEAVE
MESSAGE
1-707-339-5994.
Email:
Porschereatoration
@yahoo.com

---

**Alley Oop**



## The New York Times Crossword

Edited by Will Shortz    No. 1215

PUZZLE BY ALEX TOMLINSON

Online subscriptions: Today's puzzle and more than 7,000 past
puzzles, nytimes.com/crosswords ($39.95 a year).
Read about and comment on each puzzle: nytimes.com/wordplay.

---

## U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

### YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

## Notice of Public Hearing
### Before the Board of Supervisors of the County of Santa Cruz

NOTICE IS HEREBY GIVEN that the Santa Cruz County Board of Supervisors has scheduled a public hearing for **January 30, 2024, at 9:00am or thereafter, to consider proposed California Coastal Commission modifications to the County's Local Coastal Program included in the approved Sustainability Policy and Regulatory Update.** The Sustainability Policy and Regulatory Update is a comprehensive update to Santa Cruz County's General Plan/Local Coastal Program and modernization of the County Code. The goal of this update is to implement new policies and code regulations that support more sustainable communities in Santa Cruz County. The project includes amendments to the following sections of the County's General Plan Chapters 1, 2, 3, 5, 7, and related appendices, County Code Chapter 12.01 and Titles 13, 15, 16 and 18, and General Plan Land Use/Zoning map amendments for 10 coastal parcels.

Note: The public may attend the public hearing and/or comment on this matter. This meeting will be held in person at the Government Center Building, 5th Floor, 701 Ocean Street, Santa Cruz, as well as on the Zoom virtual platform. The meeting agenda will be published on the County's website 72 hours prior to the meeting, along with participation instructions at http://santacruzcounty.ca.iqm2.com/citizens/default.aspx, or call 454-2323 (TTY call 711). Testimony may be presented at the meeting or submitted in written form prior to the hearing and made a part of the hearing record.

If any person challenges an action taken on the foregoing matters in court, they may be limited to raising only those issues raised at the public hearing described in this notice or in written correspondence delivered to the Board of Supervisors at or prior to the public hearing.

For more information on this subject, visit the project website at www.sccoplanning.com/SustainabilityUpdate, or contact the Community Development & Infrastructure Department at (831) 454-3112 or SustainabilityUpdate@santacruzcounty.us.

The County of Santa Cruz does not discriminate on the basis of disability, and no person shall, by reason of a disability, be denied the benefits of its services, programs, or activities. The Board of Supervisors Chambers is located in an accessible facility. If you wish to attend this meeting and you will require special assistance in order to participate, please contact the ADA coordinator at (831) 454-2323 at least 72 hours in advance of the meeting to make arrangements.

BY ORDER OF THE BOARD OF SUPERVISORS
By: Juliette Burke
Clerk of the Board