

# McClatchy

The Beaufort Gazette
The Belleville News-Democrat
Bellingham Herald
Centre Daily Times
Sun Herald
Idaho Statesman
Bradenton Herald
The Charlotte Observer
The State
Ledger-Enquirer

Durham | The Herald-Sun
Fort Worth Star-Telegram
The Fresno Bee
The Island Packet
The Kansas City Star
Lexington Herald-Leader
The Telegraph - Macon
Merced Sun-Star
Miami Herald
El Nuevo Herald

The Modesto Bee
The Sun News - Myrtle Beach
Raleigh News & Observer
Rock Hill | The Herald
The Sacramento Bee
San Luis Obispo Tribune
Tacoma | The News Tribune
Tri-City Herald
The Wichita Eagle
The Olympian

## AFFIDAVIT OF PUBLICATION

**Attention:** Pete Egloff

MILLER LEGAL SERVICES
220 W 42ND ST, 12TH FLOOR
NEW YORK, NY 10036

alevin@milleraa.com

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

### YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFInquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---

### DECLARATION OF PUBLICATION (C.C.P.2015.5)

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the printer and principal clerk of the publisher of The Sacramento Bee, printed and published in the City of Sacramento, County of Sacramento, State of California, daily, for which said newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sacramento, State of California, under the date of September 26, 1994, Action No. 379071; that the notice of which the annexed is a printed copy, has been published in each issue thereof and not in any supplement thereof on the following dates, to wit:

1 insertion(s) published on:

11/30/23



Legals Clerk

### COUNTY OF DALLAS
### STATE OF TEXAS

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Sacramento, California, on 11/30/2023.



*Stephanie Hatcher*

Notary Public in and for the state of Texas, residing in Dallas County

STEPHANIE HATCHER
My Notary ID # 133534406
Expires January 14, 2026

**Extra charge for lost or duplicate affidavits.**
**Legal document please do not destroy!**

# How to watch debate between Newsom and DeSantis

BY LINDSEY HOLDEN
lholden@sacbee.com

California Gov. Gavin Newsom and Florida Gov. Ron DeSantis are preparing for, perhaps, the biggest political television event of the year.

The governors will face off at 6 p.m. Pacific time Thursday in a 90-minute "Red State vs. Blue State Debate" on the Fox News Channel, to be moderated by Sean Hannity. Newsom and DeSantis will meet in Alpharetta, Georgia, where they will spar in a studio without a live audience.

Democrat Newsom and Republican DeSantis have spent the past year trading barbs over their states' policy differences. Newsom first challenged DeSantis to a debate in September 2022 on X, formerly known as Twitter.

"Hey @GovRonDeSantis, clearly you're struggling, distracted, and busy playing politics with people's lives," Newsom posted at the time. "Since you have only one overriding need — attention — let's take this up & debate. I'll bring my hair gel. You bring your hairspray. Name the time before Election Day."

This summer, the governors both confirmed their desire to square off in a debate during separate appearances on Hannity's show. After some back-and-forth between their teams over location and debate logistics, Fox News announced the event in September.

Initially, DeSantis pushed for an audience and two-minute introductory videos in lieu of opening remarks. Newsom was opposed to having others present in the studio, and it appears he got his wish.

"I'm looking forward to providing viewers with an informative debate about the everyday issues and governing philosophies that impact the lives of every American," Hannity said in the September announcement.

## WHERE CAN I WATCH THE DEBATE?

The debate will air at 6 p.m. on Fox News, which is streamable on Foxnews.com with a login from a cable or satellite provider. Fox News Radio will also simulcast the event at radio.foxnews.com.

## WHY ARE NEWSOM AND DESANTIS DEBATING?

Newsom and DeSantis are both hoping the debate will boost their political profiles in different ways.

DeSantis is actively running a losing campaign to become the Republican Party's 2024 presidential nominee. He is trailing badly behind former President Donald Trump, making a nationally televised battle against a liberal governor an excellent chance to pique conservative voters' interest.

Newsom has repeatedly said he is not running for president in 2024. Instead, he has been serving as a surrogate for President Joe Biden's re-election and touting California values with billboards and newspaper and TV ads in conservative states, including Florida.

He recently launched one such ad slamming DeSantis for a law banning abortions at six weeks of pregnancy during Hannity's show and during NFL Sunday Night Football.

The California governor this year also launched his Campaign for Democracy political action committee and took a tour of red states, including Florida.

Newsom relishes his role as a defender of Democrats, and the debate with DeSantis could introduce him to an audience that may prove helpful for a 2028 presidential run.

*Lindsey Holden:*
*916-321-1207,*
*@lindseymholden*



*Photo Courtesy FOX News Channel*

Sean Hannity will moderate a debate between Florida Gov. and Republican presidential candidate Ron DeSantis and Democrat California Gov. Gavin Newsom on Thursday starting at 9 P.M. on FOX News Channel.

FROM PAGE 1A

# NEWSOM

But this debate showcases two big-state governors who are likely to be important players for years to come. Both have taken the steps that presidential candidates — both declared and wishful — historically take: Raise lots of money, win big in their big states and court national attention.

Here are some of the issues likely to come up Thursday:

● **Crime.** It's hard to discern which state wins this argument.

California had nine firearm-related deaths per 100,000 people in 2021, among the lowest rates in the nation. Florida had 14.1 per 100,000, according to the National Center for Health Statistics.

WalletHub, a financial services firm, last month released a more comprehensive analysis of the safest states. It found both states ranked low. California was 36th and Florida was 46th.

However, California was 48th-lowest for personal and residential safety, while Florida was 35th. California ranked 47th in road safety; Florida was 46th.

● **Immigration.** Rep. Kevin Kiley, R-Rockford, offered on his blog this week a series of questions Newsom could be asked. One involved immigration, a topic where Republicans have been blasting Newsom for his outreach to undocumented immigrants.

Kiley said Newsom has "championed" California as a sanctuary state for undocumented immigrants and signed legislation providing them government health care coverage. Sanctuary jurisdictions tend to be those that don't generally cooperate with federal immigration laws. Critics say they provide safe harbors, or sanctuaries, for undocumented immigrants.

It was actually Gov. Jerry Brown, Newsom's predecessor, who signed into law legislation that created protection for undocumented immigrants living in the state. But federal immigration officials can still do their jobs, such as entering state and local prisons to check on someone's status.

Newsom has taken steps to expand Medi-Cal, the state's income-based health care program, to include many undocumented immigrants.

Medi-Cal has covered all eligible children regardless of immigration status since 2016. In 2019, after Newsom became governor, California became the first state to extend Medi-Cal coverage to all eligible young adults up to age 26

Last year, the state became the nation's first to expand extensive Medicaid eligibility to lower income people over 50, regardless of immigration status.

● **Homelessness.** It's vexed Newsom since his days as mayor of San Francisco. Any way it's measured, the homeless population has been growing.

About 30% of the nation's homeless were in California, according to the 2022 report by the Department of Housing and Urban Development. Between 2020 and 2022, the homeless population grew by 10,212, by far the most of any state.

The Newsom administration cites progress in dealing with the issue. Since July 1, 2021, it said California has cleared 5,679 encampments from the state right-of-way. According to the governor's office, the state has spent a total of $750 million so far to help an estimated 23,000 people to get off the streets.

● **Freedom.** DeSantis touts Florida as a place where the government imposes few restrictions on individual rights, and often cites COVID-19 policies.

"People are flooding into Florida because we've stood for freedom and prosperity," he told Fox last week.

Newsom likes to bash Florida for being too lax in dealing with COVID-19. When he announced a year ago that he would end the state of emergency, he compared California to Florida. "'Lockdown' states like California did better economically than 'looser' states like Florida," he said, and provided data.

During the COVID-19 emergency that began in 2020, Newsom ordered lockdowns and stay-at-home policies that remained in effect far longer than those in Florida. Initially, COVID cases were up in Florida when restrictions were off.

Newsom's office cited a Los Angeles Times analysis of Johns Hopkins University data showing that far more Florida residents died on a per capita basis during the COVID-19 emergency than Californians. A different study, though, pointed out that Florida's population is older and tends to be less healthy.

● **Cost of living.** The typical budget for a two-parent, two-child family in Sacramento County is $7,689 per month, according to 2020 data from the Economic Policy Institute in Washington. The calculation addresses what it calls a "modest yet adequate standard of living."

It breaks down like this (all figures are monthly): Housing: $1,451, Food: $832, Child care: $1,169, Transportation: $1,223, Health care: $1,370, Other necessities: $827 and taxes, $817..

It costs roughly the same to live in Florida's Miami-Dade County. EPI estimates a family of four would need about $7,549.

The breakdown: Housing: $1,351, Food: $902, Child care, $1,200, Transportation, $1,070, Health care: $1,240, Other necessities: $889, and taxes, $698.

Florida is less expensive in two big consumer areas. Gasoline costs less in Florida. So, generally, does housing.

The typical home price in California during June was $760,526, according to the Motley Fool, a financial and investment advice company. Florida's average was $407,219.

A gallon of regular gasoline cost $3.16 in Florida Wednesday. The same gallon would cost $4.86 in California, according to AAA.

● **Education.** Newsom has repeatedly condemned Florida's efforts to restrict what students can read in public schools, as well as its conservative social policies.

"That's what stands today for education reform, at least that seems to be the debate," he said at a July speech in Washington.

He sent a letter to textbook publishers in May demanding to know whether they are obeying Florida's command to remove passages about culturally sensitive subjects from publications.

"California will not be complicit in Florida's attempt to whitewash history through laws and backroom deals," Newsom wrote.

"Parents have a right to know what's happening in the dark to undermine our children's education — and California deserves to know whether any of these companies designing textbooks for our state's classrooms are the same ones kowtowing to Florida's extremist agenda."

Newsom critics cite data showing examples of Florida schools often outperforming California schools.

The U.S. Department of Education Nation's Report Card, found that last year California public school 4th graders' reading performance was roughly at the national average. Florida's score was somewhat higher than average.

Math scores for public school fourth-graders were rated significantly higher for Florida students and significantly lower for California students.

**Officials who refused to canvass election results indicted**

*Associated Press*

PHOENIX

Officials in a rural Arizona county who delayed canvassing the 2022 general election results have been criminally charged, the state's top prosecutor said Wednesday.

A grand jury in Maricopa County Superior Court indicted Cochise County supervisors Peggy Judd and Tom Crosby on one count each of conspiracy and interference of an election officer.

"The repeated attempts to undermine our democracy are unacceptable," Arizona Attorney General Kris Mayes said in a statement. "I took an oath to uphold the rule of law, and my office will continue to enforce Arizona's elections laws and support our election officials as they carry out the duties and responsibilities of their offices."

Judd and Crosby did not immediately respond to requests via text and email for comment.

Jane Montgomery, spokesperson for Cochise County, declined to comment. She confirmed both supervisors will be responsible for their own legal representation.

The indictment marks a rare instance of criminally prosecuting people connected to the vote canvassing being dragged out last year in six Arizona counties.

In December 2022, Cochise County certified election results only after a judge ruled Crosby and Judd, both Republicans, were breaking the law by refusing to sign off on the vote count by the deadline.

Crosby and Judd said they weren't satisfied that the machines used to tabulate ballots were properly certified for use in elections. This prompted lawsuits including one from then-Secretary of State Katie Hobbs, a Democrat.

They both were subpoenaed to court earlier this month. Ann English, the lone Democrat on the three-member board and the only supervisor to vote for certification, was not subpoenaed or indicted.

At the time, Judd and Crosby told The Associated Press they had no idea why they were being subpoenaed. Crosby was shocked.

"I don't feel like I broke a law. But, obviously the courts had different feelings," Judd said.

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

THE SACRAMENTO BEE

**Extra news. No extra charge.**

Read bonus eEdition sections at:
sacbee.com/eedition/extraextra

# McClatchy

The Beaufort Gazette
The Belleville News-Democrat
Bellingham Herald
Centre Daily Times
Sun Herald
Idaho Statesman
Bradenton Herald
The Charlotte Observer
The State
Ledger-Enquirer

Durham | The Herald-Sun
Fort Worth Star-Telegram
The Fresno Bee
The Island Packet
The Kansas City Star
Lexington Herald-Leader
The Telegraph - Macon
Merced Sun-Star
Miami Herald
El Nuevo Herald

The Modesto Bee
The Sun News - Myrtle Beach
Raleigh News & Observer
Rock Hill | The Herald
The Sacramento Bee
San Luis Obispo Tribune
Tacoma | The News Tribune
Tri-City Herald
The Wichita Eagle
The Olympian

# AFFIDAVIT OF PUBLICATION

## DECLARATION OF PUBLICATION (C.C.P.2015.5)

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the printer and principal clerk of the publisher of The Sacramento Bee, printed and published in the City of Sacramento, County of Sacramento, State of California, daily, for which said newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sacramento, State of California, under the date of September 26, 1994, Action No. 379071; that the notice of which the annexed is a printed copy, has been published in each issue thereof and not in any supplement thereof on the following dates, to wit:

1 insertion(s) published on:

01/19/24



Legals Clerk

## COUNTY OF DALLAS
## STATE OF TEXAS

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Sacramento, California, on 1/23/2024.

Stephanie Hatcher

Notary Public in and for the state of Texas, residing in Dallas County



STEPHANIE HATCHER
My Notary ID # 133534406
Expires January 14, 2026

**Extra charge for lost or duplicate affidavits.**
**Legal document please do not destroy!**

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFInquiries@omniagnt.com or by phone at 866-480-6507 (U.S. and Canada toll free) or 747-293-0064 (international), between the hours of 9:00 a.m. and 6:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

# Former firefighter pleads not guilty to planting explosives

BY MOLLY JARONE
mjarone@sacbee.com

A former firefighter pleaded not guilty Wednesday after he was arrested last week on suspicion of detonating an improvised explosive device and planting several others across El Dorado and Sacramento counties.

Benjamin Cunha, 41, was arrested last Friday after an investigation by the FBI, California Highway Patrol and El Dorado County Sheriff's Office, the CHP and Sheriff's Office said in statements.

Cunha, of Orangevale, was arraigned on several felony charges including possessing and exploding an explosive device with the "intent to injure, intimidate, and terrify a person, and to wrongfully injure and destroy property," according to the criminal complaint.

He faces 11 counts of allegedly possessing an explosive device "in, on, and near a public place ordinarily passed by human beings," court documents said. Cunha also faces a special allegation for having a previous felony conviction.

The Sheriff's Office in a social media post said Cunha was arrested following an investigation into a "series of improvised explosive devices that had been placed alongside roads and highways, in multiple locations in El Dorado County and Sacramento County." Sheriff's officials did not specify which roadways were involved.

In a separate social media post, the CHP said Cunha was apprehended after an "intense operation" in which an explosive ordinance disposal


El Dorado County Sheriff's Office
An Orangevale man was arrested last week and arraigned Wednesday on suspicion of detonating an explosive device against a person and possessing several other such devices in Sacramento and El Dorado counties, according to a criminal complaint filed in El Dorado Superior Court.

team carried out "critical search warrants."

Cunha was convicted of arson in 2016 after pleading guilty to setting at least 30 fires in rural areas east of Sacramento during 2006 and 2007, causing $7 million in damage, The Sacramento Bee reported at the time. He was sentenced in early 2017 to five years in prison and agreed to pay $246,862 in restitution to Cal Fire.

He set the fires after serving as a volunteer firefighter for the Diamond Springs Fire Protection District in El Dorado County. Cunha also worked from 2001 to 2003 as a seasonal firefighter for Cal Fire, The Bee reported.

Cunha "was motivated by boredom and the desire to be paid overtime when called out to fight

fires," according to a written plea agreement filed in U.S. District Court in Sacramento in the arson case. Even though he was a volunteer, he could have been eligible for payment during busy periods, Robert Combs, chief of the Diamond Springs district, said at the time.

Cunha is being held in the El Dorado County Jail and is ineligible for bail, court records show. Sheriff's officials earlier said Cunha's bail was set at $2.1 million.

The El Dorado County Sheriff's Office did not immediately respond to a request for further information about Cunha's arrest.

Molly Jarone:
916-321-1176,
@MollyJarone

# Pickup truck driver killed in Yolo County head-on crash with big rig, CHP says

BY ISHANI DESAI
idesai@sacbee.com

A person was killed Thursday in a head-on collision between a big rig and a pickup truck, the California Highway Patrol's Woodland office said.

A big rig heading east on County Road 27 near County Road 94 drifted to the right, said Officer

Rodney Fitzhugh, a spokesman for CHP Woodland. The motorist then swerved to the left, overcorrected his vehicle and slammed into a pickup truck.

The driver and lone occupant of the pickup truck was traveling on westbound County Road 27, Fitzhugh said, while adding the crash was reported about 10:45 a.m. Thursday. The area is

about seven miles from Woodland.

The pickup driver was killed, CHP officials said.

It's unclear whether the semitruck driver will be arrested or suffered any injuries. The investigation is ongoing, CHP officials said.

Ishani Desai:
916-321-1022,
@_ishanidesai

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO**

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**


Photo by David J. Grenier

## Harris Center
*Three Stages at Folsom Lake College*

# UPCOMING EVENTS


### Jim Brickman: *Hits Live! In Concert*
FEBRUARY 6, 2024
Brickman has amassed 27 Top 40 singles on the adult contemporary charts, including 14 Top Ten smashes. This uplifting concert features his music and stories, including his hit songs "Love of My Life," "Angel Eyes," and of course, "Valentine."


### Marshall Charloff & Purple Xperience
FEBRUARY 8, 2024
Officially licensed by the Prince Estate, the most celebrated tribute to Prince in the world, delivers his music on the highest level, played live and untracked, while paying respectful visual homage through costuming and likeness.


### Mystic Pizza
FEBRUARY 28 - MARCH 3, 2024
Based on the beloved 1988 MGM rom-com, Mystic Pizza is a new musical about three working-class girls who navigate the complexities of life, love, and family in a small-town pizza joint. The infectious score features megahits of the '80s and '90s, from "Girls Just Wanna Have Fun" to "Nothing's Gonna Stop Us Now."


### Trailblazing Women of Country: A Tribute to Patsy, Loretta, and Dolly
MARCH 8, 2024
Patsy, Loretta, and Dolly revolutionized country music and blazed a trail for future generations of female artists. With their chart-topping hits and record-breaking sales, they wove threads of contemporary womanhood throughout the tapestry of country music, resulting in unprecedented commercial success and earning each a place in the Country Music Hall of Fame.


### Preservation Hall Jazz Band
MARCH 11, 2024
Throughout its history, New Orleans has been the point at which sounds and cultures from around the world converge, mingle, and resurface. PHJB has held the torch of New Orleans music aloft for more than 60 years.


### Lyle Lovett and his Acoustic Group
MARCH 14, 2024
Singer, composer, actor, and multi-Grammy-Award winner, Lyle Lovett has broadened the definition of American music in a career that spans 14 albums. The Texas-based musician fuses elements of country, swing, jazz, folk, gospel, and blues.

## Tickets available online or call the box office:
**HarrisCenter.net | (916) 608-6888**



**LOCALiQ**

Mount Shasta Herald
Siskiyou Daily News
Daily Press | The Record

PO Box 631437 Cincinnati, OH 45263-1437

## PROOF OF PUBLICATION

Gus Egloff
Miller Advertising - LGL
909 3Rd AVE
15th Floor
New York NY 10022-4731

STATE OF WISCONSIN, COUNTY OF BROWN

The Record, a newspaper of general publication, printed and published daily in the City of Stockton, County of San Joaquin by the Superior Court of the County of San Joaquin, State of California, under the date of February 26, 1952, File No. 52857, San Joaquin County Records; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published each regular and entire issue of said newspaper and not in any supplement thereof in issues dated:

11/30/2023

Sworn to and subscribed before on 11/30/2023

Legal Clerk

Notary, State of WI, County of Brown

My commision expires

| Order No: | 9565321 | # of Copies: |
| Customer No: | 1252915 | 1 |
| PO #: | RB270014 | |

### THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

AMY KOKOTT
Notary Public
State of Wisconsin

Case: 23-30564    Doc# 588-2    Filed: 04/16/24    Entered: 04/16/24 13:06:47    Page 5 of 53

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

# Don't miss on Zillow: A 2023 home in Stockton for $1.4 million

**Angelaydet Rocha**
The Stockton Record
USA TODAY NETWORK

*Editor's note: Every week we will pick a fun Zillow listing to feature online. It may be the most expensive, the best buy or even the best home hidden by plants. While we will do our best, we hope you'll send a fun listing or two if you come across a wacky Zillow listing. Email arocha@recordnet.com.*

This week's Zillow listing features a brand new Stockton "luxury home."

The 3,668-square-foot home was built in 2023, and offers five bedrooms and three bathrooms. It has walk-in closets, a butcher block island and an open floor plan.

If you're looking for a stunning new home, this $1,395,000 piece of real estate might be the one for you.

"Stunning luxury home offering the perfect blend of country privacy and Lincoln Center convenience," the listing agent wrote on Zillow. "Nestled on a spacious 1-acre lot, this rare site provides ample space for you and your loved ones to relax and enjoy the peaceful surroundings."

The monthly payment, assuming you put down 20%, would run you about $9,425 a month.

"Gorgeous English white oak floors bestow an elegant aesthetic. Built-in audio throughout the living areas. Step outside onto the covered patio to picturesque views of the enormous oak studded yard," the listing agent wrote on Zillow. "Perfect for hosting a summer BBQ or enjoying your morning coffee. Rare opportunity."

Check the Zillow listing for some fun tidbits about this Stockton home.
● Single-family home on West Meadow Avenue in Stockton
● 3,668 square-feet
● Built-in 2023

● 1.01 acres lot
● Walk-in closet
● Butcher block island

● Open floor plan
● Wood burning fireplace
● Master suite



**This Stockton home is listed on Zillow for $1,395,000.** PROVIDED BY ZILLOW

---

# Debate

Continued from Page 1A

many observers won't be able to escape the feeling that both men surely wish it were.

But if you can get past the lack of immediate stakes, the debate could offer a unique chance to see the political philosophies of the governors perhaps mostly closely associated with America's current culture wars hashed out in real time.

Of course, it doesn't hurt that California and Florida have many similarities to go along with their much remarked-upon differences: They both boast sunny climates, long coastlines, major agriculture industries and racially diverse populations, not to mention Disney theme parks.

And if nothing else, the debate will offer Americans a chance to watch a debate between two high-profile politicians who haven't yet turned 60, which is something they haven't been able to get from an actual presidential debate in over 20 years. So it may not be the last time the two men face off.

**When is the debate?**

The 90-minute debate will run from 6 to 7:30 p.m. on Thursday, Nov. 30. It will be held without a live audience in Alpharetta, Georgia, an Atlanta suburb. Georgia is a longtime Republican stronghold that has trended bluer in recent presidential and senate elections.

Following the debate, host Sean Hannity will provide live reaction from a panel of guests from 7:30 p.m. to 8 p.m.

**How to watch**

The debate is being broadcast on Fox

 

**Florida Gov. Ron DeSantis, left, and California Gov. Gavin Newsom.** AP PHOTOS

News and will also be simulcast on Fox News Radio, which can be streamed online at radio.foxnews.com/listen.

**Who is the host?**

The debate will be hosted by Hannity, a conservative commentator and Fox News personality. Despite his leanings, Hannity has said in promotions for the debate that he respects Newsom and finds him "extraordinarily personable." And he has said he intends the debate to be fair, with equal speaking time for both candidates.

**How did this debate come about?**

DeSantis and Newsom's contrasting philosophies and the divergent paths of their states have become increasingly apparent since they both were elected governor in 2018, with much attention being given to the states' diverging approaches to handling the COVID-19 pandemic.

But things heated up in July 2022 when Newsom bought a $105,000 TV spot on Fox News criticizing DeSantis and Florida's approach to abortion and other issues and encouraging Floridians to "join us in California." Later in the summer, Newsom took to Twitter to challenge DeSantis to the debate after former TV news anchor Dan Rather suggested they do so.

"Since you have only one overriding need — attention — let's take this up and debate," Newsom tweeted at DeSantis. "I'll bring the hair gel. You bring the hairspray."

The two then went back and forth about the terms of the debate, with DeSantis eventually saying during an appearance on Hannity's show this year that he would agree to debate Newsom.

**How popular are the two politicians?**

While it initially appeared that DeSantis would be a formidable opponent for Donald Trump when he announced a run for president last May, he has struggled to gain traction. DeSantis is polling at only about 13% nationally, down from a peak of about 35% shortly after he announced his run, according to the polling aggregation and analysis website FiveThirtyEight. He still narrowly remains the second highest polling candidate after Trump.

Meanwhile, Newsom was elected governor twice in heavily Democratic California. But a poll conducted by UC-Berkeley and the Los Angeles Times in late October found that his approval rating among California voters was 44%, down from 55% in February, according to the Times.

A recent poll from Florida Atlantic University also found that DeSantis' approval rating has been dropping in Florida, with the state's voters now split when it comes to whether they approve of DeSantis.

*Paul Albani-Burgio covers breaking news and the city of Palm Springs. Follow him on Twitter at @albaniburgiop and email him at paul.albani-burgio@desertsun.com.*

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "**Debtor**"), filed for protection under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***

---

# Homicide

Continued from Page 1A

His name was Eric Radford III, according to Christy Patterson, a spokesperson for the San Joaquin County Medical Examiner.

Whether the shooting occurred in one of the apartment complex's several buildings or elsewhere on the property "is still being investigated," Officer David Scott, a police spokesman, said.

Police released no information about suspects or potential motives in the shooting.

Radford's death came just four days after another fatal shooting in east Stockton, under investigation by the sheriff's office.

★ STAR Certified
SMOG T★
$34.75 SMOG TEST* — WE DO ALL SMOG CHECKS
474-9770
FREE RETEST
Most 2000 & Newer Cars + Cert. (6.25)
WE ARE OPEN! 6226 Pacific Ave. (At Canepas Car Wash)
Coupon must be presented prior to service. Expires: 12/31/2023
*cannot be combined with other discounts

---

# The Record

**Customer service**
To view our most recent disclosures and important information regarding your subscription, please visit aboutyoursubscription.recordnet.com. Contact The Record for questions or to report issues at 800-606-9742.
**Operating hours are:**
● Monday-Friday: 8:00 a.m. - 5:00 p.m.
● Saturday: 7:00 a.m. - 11:00 a.m.
● Sunday: 7:00 a.m. - 11:00 a.m.

**Full access print and digital subscriptions**
Subscribe and save today by visiting recordnet.com.

The print Newspaper in Education program has been discontinued. Funds supporting this program are being redirected to the College Readership Program. If you have any questions, please contact 800-606-9742.

**Corrections and clarifications**
Our goal is to promptly correct errors. Email us at ewcomer@gannett.com to report a mistake or call **559-735-3274.** Describe the error, where you saw it, the date, page number, or the URL.

**Contact us**
Customer Service ............................................. 800-606-9742
Newsroom ........................................ metroeds@recordnet.com
Advertising ...................................................... 209-943-1112
Obituaries ............................... recordnet.com/obituaries
Classifieds ............................... classifieds.recordnet.com

**Postal information**
The Record, is published 6 days per week excluding Saturday, Memorial Day, Independence Day, Labor Day, Thanksgiving (observed), Christmas Day (observed) and New Year's Day (observed) by Gannett Media Corp, 445 W. Weber Ave. Suite 128C Stockton CA 95203. Periodicals postage paid at Stockton, CA and additional mailing offices. Postmaster: please send address changes to 445 W. Weber Ave. Suite 128C Stockton CA 95203.



**LOCALiQ**

Mount Shasta Herald
Siskiyou Daily News
Daily Press | The Record

PO Box 631437 Cincinnati, OH 45263-1437

## PROOF OF PUBLICATION

Gus Egloff
Miller Advertising - LGL
909 3Rd AVE
15th Floor
New York NY 10022-4731

STATE OF WISCONSIN, COUNTY OF BROWN

The Record, a newspaper of general publication, printed and published daily in the City of Stockton, County of San Joaquin by the Superior Court of the County of San Joaquin, State of California, under the date of February 26, 1952, File No. 52857, San Joaquin County Records; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published each regular and entire issue of said newspaper and not in any supplement thereof in issues dated:

01/19/2024

Sworn to and subscribed before on 01/19/2024

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

_____
My commision expires

Order No:        9734401          # of Copies:
Customer No:     1252915          1
PO #:            RB270014

### THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

AMY KOKOTT
Notary Public
State of Wisconsin

Case: 23-30564    Doc# 588-2    Filed: 04/16/24    Entered: 04/16/24 13:06:47    Page 8 of 53

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing**

# Don't miss out on Zillow: 1983 home in Stockton for $599k.

**Angelaydet Rocha**
The Stockton Record | USA TODAY NETWORK

**Editor's note: Every week we will pick a fun Zillow listing to feature online. It may be the most expensive, the best buy or even the best home hidden by plants. While we will do our best, we hope you'll send a fun listing or two if you come across a wacky Zillow listing. Email arocha@recordnet.com.**

The third Zillow listing of the year — a 41-year-old Stockton home — is the 19th in our weekly series.

This single-family home is 2,470 square-foot and was built in 1983. The home offers three bedrooms and three bathrooms. There is a large formal living room, a coffee bar, and a full laundry room.

"Enjoy Quail Lakes amenities like tennis, a swimming pool, and clubhouse," the listing agent wrote on Zillow.

The monthly payment, assuming you put down 20%, would run you about $3,816 a month.

"Unwind at your dry bar with a built-in ibation chiller, perfect for entertaining," the listing agent wrote on Zillow. "This unique property invites you to experience a harmonious blend of modern elegance and classic charm."

Check the Zillow listing for some fun tidbits about



This single-family residence is listed on Zillow for $599k. SCREENSHOT OF ZILLOW LISTING

this Stockton home.

● A single-family home on Covey Creek Cir in Stockton
● 2,470 square-feet
● Built-in 1983
● 10,698 square-foot lot
● Large formal living room
● Coffee bar
● Full laundry room
● Owned solar system
● Luxury vinyl plank floors

## Weather

Continued from Page 1A

– to parts of Ohio, Pennsylvania, West Virginia, Kentucky, Maryland and New Jersey, AccuWeather said, likely snarling traffic and delaying travel in Washington, Baltimore, Philadelphia and New York City.

More than 2,000 flights were delayed or canceled Thursday morning, according to FlightAware. the airports with the most travel delays were in Chicago, New York City and New Jersey.

**Storm system brings heavy ice to Pacific Northwest**

An ongoing storm in the Pacific Northwest is bringing "some major ice to Portland and Seattle," said Alan Reppert, a senior meteorologist at AccuWeather.

The swath of freezing rain and heavy mountain snow will continue to batter the region through the end of the week, according to the weather service. the heaviest snowfall is expected over the Cascades and Lower Columbia Basin, where a half inch of ice is possible through Saturday morning.

Rain along the Oregon and Washington coast could lead to flash flooding as the ground is "very saturated," the weather service warned. That heavy rainfall – along with the risk of localized flash flooding – was heading south into northern California Thursday into Friday, the service reported.

*Contributing: Jorge L. Ortiz, John Bacon, Doyle Rice and Christopher Cann, USA TODAY; the Associated Press.*

---

# Dashboard

Continued from Page 1A

points below the standards for math.

Meanwhile, English learner progress is on the decline at Stockton Unified, with just 44.8% of students making progress toward English language proficiency — a 6.3% decline from the 2021-2022 school year.

Stockton Unified, which serves nearly 40,000 students in a city that has been labeled the most racially diverse in America, has a total of 9,182 students who are considered English language learners. Other than English, the five primary languages spoken by students at the district include Spanish, Hmong, Khmer, Filipino and Punjabi.

Data from the 2022-2023 school year shows that Stockton Unified maintained a graduation rate of 82.1%, compared to the state's rate of 86.4%.

**Student attendance and behavior**

Two standout data points in the state dashboard were absenteeism and suspension rates.

The data shows that 37.9% of Stockton Unified students were chronically absent — missing 15 or more school days for any reason — in the 2022-2023 school year. That's a 7.4% decline from the 2021-2022 school year.

"We have seen an improvement of chronic absenteeism and an improvement of math scores," Superintendent Michelle Rodriguez said. "SUSD has teams of dedicated staff working on these efforts."

Rodriguez credited the district's Child Welfare and Attendance Department for its work to lower chronic absenteeism. The department conducts home visits to



A view from the southern Gaza Strip city of Rafah shows smoke from an Israeli bombardment of nearby city of Khan Younis Thursday. AFP VIA GETTY IMAGES

provide resources needed to get students back in the classroom. Last school year alone, they made more than 3,600 home visits.

"These are areas we focus on and will continue to focus on," she said.

While more students attended class, more students were also suspended during the 2022-2023 school year than the year prior. Data shows that 6% of Stockton Unified students have been suspended for at least one day, a 1.2% increase.

Students identified as African American, American Indian, homeless or disabled were among the groups with the highest suspension rates.

African American students were suspended at a rate of 13.1% in 2022-2023. American Indian students

were second highest at 10.8%, followed by homeless students at 13.8% and students with disabilities at 8.1%.

Federal and state law allow for up to 10 consecutive days of suspension of special education students without any requirement of a manifestation determination, but for suspension in excess of 10 days, there must be a special meeting.

"Students with disabilities are held to the same standard as general ed students, with consideration for their individual needs and IEP (individualized education program), which is the avenue to address current levels of performance and any next steps of support that is required," Stockton Unified said in a statement.

The district added that when a student has been suspended for five days, the IEP team will typically meet to develop a behavior intervention plan.

"Our district is in active dialogue and planning to address our suspension rates and to proactively engage in a district plan to lower suspension rates among all groups. We have ongoing behavior intervention plan and crisis intervention training being offered on designated staff development days and during staff meetings as identified by trends of data," the statement read. "The focus is on increasing staff awareness around patterns of behavior, antecedents and consequences with a positive behavioral focus of intervention."

To access the dashboards of individual schools and districts, visit www.caschooldashboard.org.

*Record reporter Hannah Workman covers news in Stockton and San Joaquin County. She can be reached at hworkman@recordnet.com or on Twitter @hyhannahworkman. Support local news, subscribe to The Stockton Record at https://www.recordnet.com/subscribenow .*

---

## Israel

Continued from Page 1A

distributed to dozens hostages with chronic illnesses who are being held by Hamas.

Internet and mobile services in Gaza have been down for five days, the longest of several outages during the war, according to internet access advocacy group NetBlocks.

More than 100 days af-

ter Hamas triggered the war with its Oct. 7 attack, Israel continues to wage one of the deadliest and most destructive military campaigns in recent history, with the goal of dismantling the militant group that has ruled Gaza since 2007 and taking scores of captives.

In the West Bank's Tulkarem refugee camp on Wednesday, eight Palestinian gunmen were killed in a "counter-terror operation," according to the Israeli military. Doz-

ens of hidden explosives were found and 15 wanted Palestinians were arrested, the military said.

**Youngest hostage marks first birthday today**

The extended family and supporters of Kfir Bibas, the youngest of 136 hostages believed remaining in Hamas custody, gathered to mark his first birthday at so-called Hostages Square in Tel Aviv Thursday. Children's entertainers were scheduled to perform at the event, which was also serving as a protest urging the government to do more to free the captives.

Kfir, his brother Ariel, 4, and parents Shiri and Yarden were abducted from Kibbutz Nir Oz on Oct. 7 as the deadly, Hamas-led rampage into Israel was unfolding. None have been released. More than 240 hostages were seized that day.

*Contributing: The Associated Press*

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO**

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***

STAR Certified
SMOG T
$3475 SMOG TEST
474-9770 WE DO ALL SMOG CHECKS
Most 2000 & Newer Cars + Cert. (8.25)
FREE RETEST
WE ARE OPEN! 6226 Pacific Ave. (at Campos Car Wash)
Coupon must be presented prior to service. Expires: 05/31/2024
*cannot be combined with other coupons

---

# The Record

## Customer service

To view our most recent disclosures and important information regarding your subscription, please visit **aboutyoursubscription.recordnet.com.** Contact The Record for questions or to report issues at 800-606-9742.

**Operating hours are:**
● Monday-Friday: 8:00 a.m. - 5:00 p.m.
● Saturday: 7:00 a.m. - 11:00 a.m.
● Sunday: 7:00 a.m. - 11:00 a.m.

## Full access print and digital subscriptions

Subscribe and save today by visiting **recordnet.com.**

The print Newspaper in Education program has been discontinued. Funds supporting this program are being redirected to the College Readership Program. If you have any questions, please contact 800-606-9742.

## Corrections and clarifications

Our goal is to promptly correct errors. Email us at **ewcomer@gannett.com** to report a mistake or call **559-735-3274.** Describe the error, where you saw it, the date, page number, or the URL.

## Contact us

| | |
|---|---|
| Customer Service | 800-606-9742 |
| Newsroom | metroeds@recordnet.com |
| Advertising | 209-943-1112 |
| Obituaries | recordnet.com/obituaries |
| Classifieds | classifieds.recordnet.com |

## Postal Information

The Record, is published 6 days per week excluding Saturday, Memorial Day, Independence Day, Labor Day, Thanksgiving (observed), Christmas Day (observed) and New Year's Day (observed) by Gannett Media Corp, 445 W. Weber Ave. Suite 128C Stockton CA 95203. Periodicals postage paid at Stockton, CA and additional mailing offices. Postmaster: Please send address changes to 445 W. Weber Ave. Suite 128C Stockton CA 95203.



# McClatchy

| | | |
|---|---|---|
| The Beaufort Gazette | Durham \| The Herald-Sun | The Modesto Bee |
| The Belleville News-Democrat | Fort Worth Star-Telegram | The Sun News - Myrtle Beach |
| Bellingham Herald | The Fresno Bee | Raleigh News & Observer |
| Centre Daily Times | The Island Packet | Rock Hill \| The Herald |
| Sun Herald | The Kansas City Star | The Sacramento Bee |
| Idaho Statesman | Lexington Herald-Leader | San Luis Obispo Tribune |
| Bradenton Herald | The Telegraph - Macon | Tacoma \| The News Tribune |
| The Charlotte Observer | Merced Sun-Star | Tri-City Herald |
| The State | Miami Herald | The Wichita Eagle |
| Ledger-Enquirer | El Nuevo Herald | The Olympian |

## AFFIDAVIT OF PUBLICATION

**Attention:** Pete Egloff

MILLER LEGAL SERVICES
220 W 42ND ST, 12TH FLOOR
NEW YORK, NY 10036

alevin@milleraa.com

---

### Declaration of Publication
### C.C.P. S2015.5

STATE OF CALIFORNIA )
                  ) ss.
County of Stanislaus )

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of the Modesto Bee, a newspaper of general circulation, printed and published in the city of Modesto, County of Stanislaus, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Stanislaus, State of California, under the date of February 25, 1951 Action No. 46453 that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

1 insertion(s) published on:

11/30/23



I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dallas, Texas on:

**Date: 30th, day of November, 2023**

*Stephanie Hatcher*

Notary Public in and for the state of Texas, residing in Dallas County



Extra charge for lost or duplicate affidavits.
Legal document please do not destroy

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://rcasf.omniagentsolutions.com/SFCASE, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFInquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (international), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

# Riverbank High student killed, district offers support

**BY TREVOR MORGAN**
*tmorgan@modbee.com*

Riverbank Unified School District expanded its support services for students of Riverbank High School after one of its students, 17-year-old Jacqueline Mendez, died Monday, according to a release from the district's superintendent, Constantino Aguilar.

On Monday, Mendez, a senior, was struck by a train near the Atchison Street bridge at about 10:50 a.m. Deputies with the Stanislaus County Sheriff's Office said, "There aren't any suspicious circumstances being investigated" in regards to the collision.

"I have personally met with the family to offer our full support during this difficult time," Aguilar wrote in a statement. "While there are no words that can ever adequately comfort those who face the loss of a child, I do believe that our small and tight knit community can offer them the love and compassion that they need by holding them in your hearts and well wishes."

Aguilar confirmed the district would increase support services at Riverbank High, and an administrator for the school stated that counselors would be available for students at its campus on Tuesday.

The district is asking families to inform students of the services available to them and for the community to respect the privacy of Mendez's family.

"A family in our community faces the unthinkable loss of their child. Together, let us hold them in our hearts, send them love and light and show them grace by respecting their privacy," wrote Aguilar.

The Sheriff's Office is investigating, and the Coroner's Office will determine cause of death.



Modesto Fire Department

The pilot suffered only minor injuries when a plane flipped while landing at the Modesto Airport on Tuesday, Nov. 28, 2023.

# One injured when plane flips over while touching down at Modesto Airport

**BY TREVOR MORGAN**
*tmorgan@modbee.com*

A local pilot experienced a rough landing at Modesto Airport on Tuesday afternoon, resulting in the aircraft flipping onto its roof.

The single-engine Cessna 180 veered off the airport's runway and flipped over after touching down at about 3:30 p.m., according to the Federal Aviation Administration's preliminary information regarding the incident.

The pilot, the aircraft's only occupant, sustained only minor injuries and was evaluated by medical crews at the scene, according to the Modesto Fire Department.

The incident is being investigated by the FAA. What caused the pilot to veer off the runway is unknown, as is the extent of the pilot's minor injuries.

No identifying information on the pilot was available.



AHMAD HASABALLAH TNS

A woman washes and dries clothes Wednesday amid the effects of destruction caused by air strikes on their homes in Khan Yunis, Gaza.

# Israel-Hamas truce enters final day as extension talks drag

**BY ANTONY SGUAZZIN**
*Bloomberg News*

As the truce between Israel and Hamas entered its final 24 hours, negotiators from Qatar, Egypt and the U.S. pressed for an extension to try to secure the release of additional captives and avert a resumption of a war that erupted almost two months ago.

Just hours after Hamas turned over 12 more hostages – 10 Israelis and two Thai citizens – to the Red Cross, U.S. President Joe Biden called for an end to the fighting and stepped up criticism of Hamas, saying it feared nothing more than Israelis and Palestinians living side-by-side in peace.

"To continue down the path of terror, violence, killing, and war is to give Hamas what they seek," he said on social media platform X. "We can't do that."

The fragility of the six-day cease-fire was underlined by a flare-up in northern Gaza on Tuesday, with the Israel Defense Forces saying some of its soldiers were slightly wounded in three separate explosions and an ensuing exchange of fire. A Hamas official who is a spokesman for its military wing said "a field clash" occurred after Israeli troops violated the terms of the cease-fire arrangement. He didn't elaborate.

Before the truce, Israel had mounted an intense bombing and ground invasion campaign that's reduced much of the territory's biggest city to rubble and, according to local authorities in the Hamas-run enclave, caused the death of more than 15,000 Palestinians. The onslaught came after Hamas fighters swarmed into southern Israel from Gaza on Oct. 7, killing about 1,200 people and taking 240 hostage. The group has been designated as a terrorist organization by the U.S. and European Union.

So far, as part of the original agreement and a two-day extension, Hamas released around 60 Israeli hostages by Tuesday, all of them civilian women or children, and has separately freed about 20 citizens of Thailand, the Philippines and Russia. The militant group and other armed factions in Gaza are still holding soldiers and a number of civilian men, women and children, including a 10-month-old infant.

Israel, which has handed over about three Palestinian prisoners for every one of its citizens who have been released, has received a list of hostages expected to be freed by Hamas on Wednesday, Axios reported on X, citing the prime minister's office.

Bill Burns, director of the U.S.'s Central Intelligence Agency, and the director of Israel's Mossad intelligence service attended a meeting in Doha on Monday to discuss the potential terms of an extended deal, two people briefed on the visit said, adding that they had now both left. It isn't clear how much progress they had made, the people said.

Egyptian and Qatari officials were in contact to potentially extend the truce for two more days, Al-Qahera News reported Wednesday. The Cairo-based broadcaster typically represents the Egyptian government's views. Agence France-Presse cited an individual close to Hamas as saying the Islamist group was open to a four-day extension.

Antony Blinken, the U.S. secretary of state, and Special Presidential Envoy for Hostage Affairs Roger Carstens are due to arrive in Israel on Thursday. While there, Carstens will support Blinken's visit to the region, meet with Israeli government counterparts and visit the families of Americans held hostage in Gaza, a senior state department official said.

The pause in fighting has allowed the entry of more humanitarian aid into the stricken Mediterranean strip, where conditions are "catastrophic," according to the United Nations. Jake Sullivan, Biden's national security adviser, said the U.S. had airlifted more than 54,000 pounds of medical supplies and food to Egypt that would be delivered to Gaza in the first of three planned shipments.

## Bank of America fined over false mortgage data

*Bloomberg*

Bank of America Corp. agreed to pay $12 million in fines for submitting false mortgage-lending information to the U.S. government, regulators said.

From early 2016 through late 2020, some of the bank's loan officers failed to ask mortgage applicants for their race, ethnicity and sex, as required under federal law, and then falsely recorded that the customers declined to provide the information, the Consumer Financial Protection Bureau said in a statement Tuesday. The fines will go into the bureau's victim-relief fund, according to a consent order.

Bank of America is the second-largest U.S. bank by assets.

The Modesto Bee

**Extra news. No extra charge.**

Read bonus eEdition sections at:

modbee.com/eedition/extraextra

## CORRECTIONS AND CLARIFICATIONS

*See an error or another problem with content in this edition? Report it by going to modbee.com /customer-service or by calling 1-888-905-2036. To report delivery or account issues, call 800-776-4233.*

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO**

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

**THE MODESTO BEE**
FOUNDED 1876 • A McCLATCHY NEWSPAPER
VOL. 146, NO. 334
**CUSTOMER SERVICE**
24 hours a day, 7 days a week
Call 800-776-4233 or visit modbee.com/myaccount.
**HOW TO REACH US**
Mail: 2401 E Orangeburg Ave. Ste. 675-309, Modesto, CA 95355
**Weekly print and digital subscription delivery rates**
Sunday-Friday, $29.99/week; Sunday only, $29.99/week; Wednesday/Sunday, $29.99/week
**Single-copy rates:** Daily $3/Sunday $5.99/Special Editions $5.99 (plus applicable sales tax)
**Digital only, including e-Edition:** $29.99 per week* *plus applicable sales tax

The Modesto Bee is available for home delivery in Calaveras, Mariposa, Merced, San Joaquin, Stanislaus and Tuolumne counties.

For your convenience, your subscription will automatically renew after the initial term at the current rate unless you tell us to cancel. Cancellations take effect at the end of your current subscription term. All subscription account payments are non-refundable and include applicable tax. Our content is delivered to you by various methods and formats. We reserve the right to substitute the delivery and format of your print subscription with an eEdition at any time. Notice of rate changes will be mailed or emailed to the subscriber billing/email address at least 30 days in advance of the change. A $0.39 Supply Chain charge will be applied weekly. For subscribers that receive a mailed renewal bill, a $4.99 printed bill fee will apply for each renewal period. Your subscription includes applicable sales tax reimbursement computed to the nearest mil. Per Title 18, CCR, section 1628, your subscription includes transportation cost. The sale of printed newspapers is subject to sales tax (per CCR, Section 1590(b)(1)). All home delivery subscriptions will include delivery on Thanksgiving Day. An additional $4.99 fee will be added to all subscriptions for each of these premium editions in 2023: 2023: 10/29; 11/23; 12/24 and in 2024 for 4/21, 6/23, 8/25, 10/13 and 11/28. You can cancel at any time by contacting Customer Service at 1-800-776-4233 or customerservice@modbee.com or selecting "Cancel Subscription" in the subject line at www.modestobee.com/contact-us and submitting a completed form. To cancel your automatic renewal, please visit www.modestobee.com/contact-us and submit the form on that page. Your subscription is subject to additional Terms of Service at http://www.modbee.com/terms-of-service.

**Recycling for the future:** More than 80 percent of the newsprint used to print The Bee contains recycled fiber.

**TO PLACE AN AD**
Monday-Friday 9 a.m.-5 p.m.
Classified: 209-578-2000 or online at classifieds.modbee.com
Legal: email: 209-578-2148
Out of area: 800-776-4237
National: 916-321-1281

**THE MODESTO BEE**
**NEWSROOM**
Senior Editor
Carlos Wgreen, 209-366-4635,
cvrgen@modbee.com
**Local News:** 578-2330
**Photo Reprints:** 578-2322
The Modesto Bee is published daily, except Saturday.
931 10th Street, Modesto, CA 95354 (by appointment only) Periodicals Postage Paid at Modesto, CA (USPS Permit 25695)
**Postmaster:** Send all USA to CFS. NON POSTALS & MILITARY FACILITIES: send address corrections to The Modesto Bee 1601 Alhambra Blvd. Suite 100 Sacramento CA 95816.

# McClatchy

The Beaufort Gazette
The Belleville News-Democrat
Bellingham Herald
Centre Daily Times
Sun Herald
Idaho Statesman
Bradenton Herald
The Charlotte Observer
The State
Ledger-Enquirer

Durham | The Herald-Sun
Fort Worth Star-Telegram
The Fresno Bee
The Island Packet
The Kansas City Star
Lexington Herald-Leader
The Telegraph - Macon
Merced Sun-Star
Miami Herald
El Nuevo Herald

The Modesto Bee
The Sun News - Myrtle Beach
Raleigh News & Observer
Rock Hill | The Herald
The Sacramento Bee
San Luis Obispo Tribune
Tacoma | The News Tribune
Tri-City Herald
The Wichita Eagle
The Olympian

# AFFIDAVIT OF PUBLICATION

## Declaration of Publication
### C.C.P. S2015.5

STATE OF CALIFORNIA )
                     ) ss.
County of Stanislaus  )

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above entitled matter.  I am the principal clerk of the printer of the Modesto Bee, a newspaper of general circulation, printed and published in the city of Modesto, County of Stanislaus, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Stanislaus, State of California, under the date of February 25, 1951 Action No. 46453 that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

1 insertion(s) published on:

01/19/24



I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dallas, Texas on:

**Date: 23rd, day of January, 2024**

*Stephanie Hatcher*

Notary Public in and for the state of Texas, residing in Dallas County



Extra charge for lost or duplicate affidavits.
Legal document please do not destroy!

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFInquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0094 (international), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**



CBS Paramount+

Modesto native Jeremy Renner stars in the Paramount+ crime series "Mayor of Kingstown."

# Modesto native Renner returns to shooting 'Mayor of Kingstown'

BY PAT CLARK
pclark@modbee.com

Modesto native Jeremy Renner has returned to acting, describing himself as "nervous" to be back.

The Beyer High graduate also announced that his music compilation "Love and Titanium" is being released.

Both come a year after a New Year's Day 2023 snowplow accident that left him critically injured.

Renner returned earlier this month to film his leading role for season three of "Mayor of Kingstown," a Paramount+ streaming series.

"Day one on set ... nervous today," Renner posted recently on Instagram. "Hope this works out that I can ACTUALLY pull this off for our production and more importantly the fans."

Paramount+ announced production had begun on the third season of the series, according to People.com. The show follows the McLuskys, a family that controls a struggling fictional Michigan town.

Meanwhile, the Academy Award-nominated actor posted Monday on Twitter that his album "Love and Titanium" will be available Friday, Jan. 19.

"A musical score to a storied year, a soundtrack of poems and anthems on lessons learned about life, death, love and recovery.... Love and Titanium is available this Friday Jan 19th.... #loveandtitanium," the Twitter post said.

Renner released a song from the album, "Wait," on Jan. 1, the one-year anniversary of his near-fatal snowplow accident.

Renner, 53, previously posted on Instagram that he'd put together music chronicling his recovery from the accident.

"A collection of music we wrote about different milestones in my journey of recovery since Jan 1st this year. 'Love and Titanium' has been painful, deeply healing, and ultimately cathartic for me to create. I hope I get the courage to share with you all," that October post read.

Pat Clark: 209-578-2312

## FROM PAGE 1A
## MAPS

presentations by MAPS. Stein said she believes learning STEM subjects helps students outside of academics by exposing them to critical thinking skills.

"MAPS really helps show students how real researchers are identifying and solving problems, and demonstrates that there's still lots to learn about science," she said.

Living in Modesto, Stein said, it can be rather difficult to find in-person opportunities to learn about higher-level science, but MAPS helps to fill that void. She believes the presentations promote a sense of community.

"Just getting the opportunity to interact with these professionals — without having to travel outside the Central Valley — is truly valuable, particularly for students who aren't able to drive them-

selves," she said. "That really made a difference for me as a student."

### HERE'S WHAT'S COMING UP FROM MAPS

● **Friday, Jan. 19:** Arthur Benjamin, a number wizard and professor of math at Harvey Mudd College, presents "Mathemagics," using "daring displays of algorithmic trickery" to mesmerize audiences with "mathematical mystery and beauty."

● **Feb. 23:** Benjamin Cottingham of PACE (Policy Analysis for California Education) presents "The Impact of AI (Artificial Intelligence) on Education." His work focuses on the development of organizational conditions that support the continued improvement of student outcomes across California's education system.

● **March 22:** Priya Shukla from UC Davis presents "From Cradle to Plate: An Oyster's Journey." From artwork to adaptation, fossils to fantasy, and

experiments to expeditions, this talk will explore the culture and science concerning farming oysters and restoring oyster reefs in an ocean affected by climate change.

● **April 5,** David Hagerman presents "Extreme Science with the Science Wizard." In this acclaimed science show for all ages, Hagerman leads students on a "wild journey through different fields of science. This show will tickle your funny bone and educate at the same time."

● **April 26.** Chelsey Juarez from Fresno State will present a program on forensic science. "Analyzing remains to estimate things like age, sex, stature, ancestry and to investigate the type and timing of traumatic injuries."

To learn more about MAPS, go to https://murov.info/maps.htm and Facebook.com/search/top?q=maps%20presentations.

## FROM PAGE 1A
## LAWSUIT

were working traffic and riding motorcycles. They approached Perkins around 9:45 a.m. in single file on foot with their guns drawn. Ramar was in the lead.

Based on Olson's body camera footage and other documents, Perkins' attorneys filed this account with the court of the shooting:

Ramar yelled, "Show me your hands! Show me your hands or I'm going to shoot you!" as he approached the Infiniti's driver side. Perkins looked in Ramar's direction, put the Infiniti into reverse and leaned forward as if reaching for something. The driver's tinted window began to roll up and the Infiniti began to reverse.

### SERGEANT FIRED THREE VOLLEYS

Ramar shot at Perkins twice less than a second later, with one bullet breaking the window. The Infiniti reversed for several yards before coming to a stop on a landscape island.

Ramar and Olson followed the car and stood at the driver's door with their guns pointed at Perkins. Ramar yelled, "Let me see your hands! Let me see your hands!" Perkins raised his right hand, which was empty. Ramar shot two more times. Per-

kins body slumped to the right.

Ramar yelled for Perkins to show his hands. Perkins turned toward the officer, and Ramar shot two more times, according to Perkin's attorneys. Ramar continued to demand Perkins show his hands. Perkins said he could not because his left arm had been shot.

The attorneys representing the city said in court records that Perkins ignored the officers' commands, started his car and quickly reversed, and Ramar shot him after he "repeatedly failed to comply with lawful commands .... "

A Police Department review of the shooting found Ramar's use of deadly force was justified and within department policy. The Stanislaus County District Attorney's Office concluded Ramar's actions were legal.

But the department review identified several of what it called training issues: Ramar did not turn his body camera on until after the shooting (Olson had his on during the shooting), Ramar did not adequately communicate to Olson his plan to take Perkins into custody and Ramar initiated contact with Perkins without enough resources.

Ramar declined to be

interview but issued a statement, which said in part that Modesto police dispatchers had received information that Perkins was armed and dangerous and that Perkins refused to show his hands and drove in reverse rather than surrender.

The statement also said Perkins was sentenced to prison in the incident with Turlock police. "Use of force is a last resort, and an action I don't take lightly," Ramar said in his statement.

Perkins pleaded nolo contendere in Stanislaus County Superior Court in March 2019 to the felonies of assault by means of force likely to produce great bodily injury, evading a peace officer and unauthorized use of a vehicle, all coming from the Turlock incident. He was sentenced to four years and four months in prison.

Kevin Valine:
209-578-2316,
@kevinvaline

### CORRECTIONS AND CLARIFICATIONS

See an error or another problem with content in this edition? Report it by going to modbee.com/customer-service or by calling 1-888-905-2036. To report delivery or account issues, call 800-776-4233.

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

### YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (international), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***



# START NEW TRADITIONS WITH US

## $2k Your Way!*

Truewood by Merrill, Modesto knows how to celebrate — with music, entertainment, and special dining experiences. Join us and enjoy the benefits of our community lifestyle!

**TRUEWOOD**
BY MERRILL
SENIOR LIVING

209.446.5965 • truewoodmodesto.com
3420 Shawnee Dr, Modesto, CA 95350



*Limited time offer. Call for details.

Independent Living

### THE MODESTO BEE
FOUNDED 1876 • A McCLATCHY NEWSPAPER
VOL. 147, NO. 19
**CUSTOMER SERVICE**
24 hours a day, 7 days a week
Call 800-776-4233 or visit modbee.com/myaccount.
**HOW TO REACH US**
Mail: 2401 E Orangeburg Ave. Ste. 675-309, Modesto, CA 95355
**Weekly print and digital subscription delivery rates**
Sunday-Friday, $29.99/week; Sunday only, $29.99/week; Wednesday/Sunday, $29.99/week
**Single-copy rates:** Daily $3/Sunday $5.99/Special Editions $6.99 (plus applicable sales tax)
**Digital only, including e-Edition:** $29.99 per week* *plus applicable sales tax

The Modesto Bee is available for home delivery in Calaveras, Mariposa, Merced, San Joaquin, Stanislaus and Tuolumne counties.

For your convenience, your subscription will automatically renew after the initial term at the current rate unless you tell us to cancel. Cancellations take effect at the end of your current subscription term. All subscription account payments are non-refundable and include applicable tax. Our content is delivered to you by various methods and formats. We reserve the right to substitute the delivery and format of your print subscription with an eEdition at any time. Notice of rate changes will be mailed or emailed to the subscriber billing/email address at least 30 days in advance of the change. A $0.39 Supply Chain charge will be applied weekly. For subscribers that receive

a mailed renewal bill, a $4.99 printed bill fee will apply for each renewal period. Your subscription includes applicable sales tax reimbursement computed to the nearest mil. Per Title 18, CCR, section 1628, your subscription includes transportation cost. The sale of printed newspapers is subject to sales tax (per CCR, Section 1590(b)(1)). All home delivery subscriptions will include delivery on Thanksgiving Day. An additional $4.99 fee will be added to all subscriptions for each of these premium editions in 2023 2023: 10/29, 11/23, 12/24 and in 2024 for 4/21, 6/23, 8/25, 10/13 and 11/28. You can cancel at any time by contacting Customer Service at 1-800-776-4233 or customerservice@modbee.com or selecting "Cancel Subscription" in the subject line at www.modestobee.com/contact-us and

submitting a completed form. To cancel your automatic renewal, please visit www.modestobee.com/contact-us and submit the form on that page. Your subscription is subject to additional Terms of Service at http://www.modbee.com/terms-of-service.

**Recycling for the future:** More than 80 percent of the newsprint used to print The Bee contains recycled fiber.

**TO PLACE AN AD**
Monday-Friday 9 a.m.-5 p.m.
Classified: 209-578-2000 or online at classifieds.modbee.com
Local retail: 209-578-2148
Out of area: 800-776-4237
National: 916-321-1281

**THE MODESTO BEE**
**NEWSROOM**
Senior Editor
Carlos Virgen, 209-356-4635,
cvirgen@modbee.com
Local News: 578-2330
**Photo Reprints:** 578-2322
The Modesto Bee is published daily, except Saturday.
931 10th Street, Modesto, CA 95354 (by appointment only) Periodicals Postage Paid at Modesto, CA (USPS Permit 25695)
**Postmaster:** Send all USA to ETS; NON POSTAL& MILITARY FACILITIES: send address corrections to The Modesto Bee 1601 Alhambra Blvd. Suite 100 Sacramento CA 95816.

**PROOF OF PUBLICATION**

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Sonoma

I am a citizen of the United States and a resident of the county aforesaid: I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of The Press Democrat, a newspaper of general circulation, printed and published DAILY IN THE City of Santa Rosa, County of Sonoma; and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sonoma, State of California, under the date of November 29, 1951, Case number 34831, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

The Press Democrat - Legal Notices
11/29 - 11/29/2023

I certify (or declare) under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated at Santa Rosa, California, on

Nov 29, 2023

_____
SIGNATURE

This space for County clerk's Filing Stamp

_____

Proof of Publication of

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

# PUBLIC NOTICE ··· PUBLIC NOTICE ··· PUBLIC NOTICE

## U.S. BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---



## City of Santa Rosa California

Pursuant to Government Code section 36933(c), the following constitutes a summary of an ordinance to be introduced on December 5, 2023, and scheduled for adoption on December 12, 2023, by the Santa Rosa City Council at its regular meeting to be held in the Council Chamber, 100 Santa Rosa Avenue, Santa Rosa, California.

A certified copy of the full text of the ordinance is posted and available for review in the City Clerk's Office at 100 Santa Rosa Avenue, Room 10, Santa Rosa, California. This ordinance shall be in full force and effective on the 31st day following its adoption and after publication and posting as required by law.

ORDINANCE NO. _____

ORDINANCE OF THE CITY OF SANTA ROSA ADDING CHAPTER 9-30 TO THE SANTA ROSA CITY CODE PERTAINING TO HAZARDOUS VEGETATION AND FUELS MANAGEMENT

The proposed ordinance is a critical part of the City of Santa Rosa's (City's) efforts to mitigate wildfire danger by reducing the vegetative fuel loads and creating defensible space on private property. Focusing on defensible space and hazardous vegetation and fuels management can create a more fire-resistant community by modifying fire behavior in an effort to reduce structural and environmental damage and aid in suppressing wildfires. Benefits from defensible space and hazardous vegetation and fuels management include: prevent loss of lives, reduce fire suppression costs, reduce private property losses and protect natural resources from devastating wildfire.

The greatest responsibility for the protection of improvements in the community rests not with the City, but with the individual property owner through the development of adequate defensible space.

The proposed ordinance requires landowners to maintain defensible space in the City's Wildland-Urban Interface Fire Area (WUIFA). It will also require the removal dead trees, hazardous vegetation and limit certain mulch under specific conditions from areas affected by wildfires and within the WUIFA. The applicable information is on file in the Fire Department, 2373 Circadian Way, Santa Rosa, CA, and is available for public inspection.

Published: November 29, 2023
Dina Manis, City Clerk

187353 – Pub Nov 29, 2023                          1ti.

---

SMART - Invitation to Bid for Track Surfacing, Lining, and Ballast Restoration

Solicitation Contract No. OP-SV-23-004;

Project Description: SMART is seeking sealed bids from qualified, licensed and experienced contractors to perform approximately 40,000 feet of track surfacing, lining, and ballast restoration on SMART's mainline track. All work must be completed by April 30, 2024.

Contractor's License Required: Type A – General Engineering Contractor.

Department of Industrial Relations (DIR) Active Registration Required

Funding Source: Federal

DBE & SBE Participation: Strongly Encouraged

Bids Due: December 21, 2023, by 2:00 p.m. (Pacific): Electronic Submission Only.

Public Bid Opening: December 21, 2023 at 2:30 p.m. (Pacific)

Register & Download Bid Documents at: https://smartrain.bonfire-hub.com

(Also available at Sonoma-Marin Area Rail Transit District, 5401 Old Redwood Hwy., 2nd Floor, Petaluma, CA 94954)

187927 – Pub Nov 29, Dec 4, 2023                          2ti.

---

**Public Notice:**

Terry Lynn (Skye) (Kraft) Soulier, Summons/GoTo Link and Motion must be picked up at Bad River Tribal Court 72682 Maple Street Odanah, WI (or call 715-682-7107) Re: November 30, 2023 1:30 p.m. Hearing. Service by publication.

187451 – Pub Nov 22, 2023                          2ti.

---

## NOTICE OF TRUSTEE'S SALE
T.S. No. 23-65573 APN: 161-430-045-000 NOTICE OF TRUSTEE'S SALE YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 9/11/1998. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale. Trustor: BRIAN R. ST. PETER, AND JILL C. ST. PETER, HUSBAND AND WIFE AS JOINT TENANTS Duly Appointed Trustee: ZBS Law, LLP Deed of Trust recorded 9/22/1998, as Instrument No. 1998 0109615, of Official Records in the office of the Recorder of Sonoma County, California, Date of Sale: 12/15/2023 at 10:00 AM Place of Sale: In the Plaza at Fremont Park located at 860 Fifth Street, Santa Rosa, CA Estimated amount of unpaid balance and other charges: $741.81 Note: Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total amount due. Street Address or other common designation of real property: 976 VENTANA DRIVE WINDSOR, CALIFORNIA 95492 Described as follows: As more fully described on said Deed of Trust. A.P.N #.: 161-430-045-000 The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (866) 266-7512 or visit this Internet Web site www.elitepostandpub.com, using the file number assigned to this case 23-65573 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. Dated: 11/14/2023 ZBS Law, LLP, as Trustee 30 Corporate Park, Suite 450 Irvine, CA 92606 For Non-Automated Sale Information, call: (714) 848-7920 For Sale Information: (866) 266-7512 www.elitepostandpub.com Ryan Bradford, Trustee Sale Officer This office is enforcing a security interest of your creditor. To the extent that your obligation has been discharged by a bankruptcy court or is subject to an automatic stay of bankruptcy, this notice is for informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. EPP 38971 Pub Dates 11/22, 11/29, 12/06/2023

187105 – Pub Nov 22, 29, Dec 6, 2023                          3ti.

---

## ORDER TO SHOW CAUSE FOR CHANGE OF NAME
SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SONOMA
3055 Cleveland Ave.
Santa Rosa, CA 95403
Case No.  23CV01137

Petition of: Kelly Anna Daddow for change of name

TO ALL INTERESTED PERSONS Petitioner Kelly Anna Daddow filed a petition with this court for a decree changing names as follows: Kelly Anna Daddow to Kelly Anna Wiid.

THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why this petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

NOTICE OF HEARING
1/5/2024 at 3:00pm in Dept 17, located at 3055 Cleveland Av. Santa Rosa, CA 95403/Zoom.
Zoom.us/join
Meeting ID: 1611264123
Password: 062118
Phone Number: *67 1 669 900 6833
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: Press Democrat.
Dated: 10/24/2023
Hon. Bradford J. DeMeo
Judge of the Superior Court
W0049235 - November 15,22,29,December 6,13 2023                          4ti.

---

## ORDER TO SHOW CAUSE FOR CHANGE OF NAME
SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SONOMA
3055 Cleveland Ave.
Santa Rosa, CA 95403
Case No.  23CV01299

Petition of: Harold Norman Gould for change of name

TO ALL INTERESTED PERSONS Petitioner Harold Norman Gould filed a petition with this court for a decree changing names as follows: Harold Norman Gould to Buzz Norman Gould.

THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why this petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

NOTICE OF HEARING
Jan. 24 2024 at 3:00 pm in Dept 16, located at 3055 Cleveland Ave., Suite 200 Santa Rosa, CA 95403/Zoom.
Zoom.us/join
Meeting ID: 161-460-6380
Password: 580859
Phone Number: *67 1 669 900 6833
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: Press Democrat.
Dated: Nov. 15 2023
Hon. Patrick Broderick
Judge of the Superior Court
W0049200 - November 22,29,December 6,13 2023                          4ti.

---

## FICTITIOUS BUSINESS NAME STATEMENT
FILE NO. 2023033155
The following person (persons) is (are) doing business as:
Century 21 Epic - Valley of the Moon located at 1037 COLLEGE AVENUE SANTA ROSA, Santa Rosa, California, 95404; Mailing Address
SANTA ROSA Sonoma County, is hereby registered by the following owner(s): Alliance Ventures Inc 1037 College Avenue Santa Rosa, California 95404
: 2) Jolene Cortright 665 Wild Oak Drive, Santa Rosa, CA, 95409
A General Partnership
The registrant commenced to transact business under the fictitious name or names above on 10-1-2023.
I declare that all information in this statement is true and correct.
Signed: Patricia Provost/President
This statement was filed with the County Clerk of SONOMA COUNTY on 10/27/2020
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/
Celeste Hernandez
Deputy Clerk
SEAL
W0049062 - November 8,15,22,29 2023                          4ti.

---

## FICTITIOUS BUSINESS NAME STATEMENT
FILE NO. 2023032183
The following person (persons) is (are) doing business as:
RV Ranch; 2) Wheel Valley Ranch located at 6261 Warehill Rd, Santa Rosa, CA, 95404; Mailing Address
SANTA ROSA Sonoma County, is hereby registered by the following owner(s): 2) Andrea Cooper Warehill Rd, Santa Rosa, CA, 95404
: 2) Britta & Theodora Jacobson 6261 Warehill Rd, Santa Rosa, CA, 95404
A Limited Partnership
The registrant commenced to transact business under the fictitious name or names above on 1/13/2005.
I declare that all information in this statement is true and correct.
Signed: Britta Jacobson, Manager
This statement was filed with the County Clerk of SONOMA COUNTY on 10/16/2023
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/
Christina Prado-Mendoza
Deputy Clerk
SEAL
W0048911 - November 8,15,22,29 2023                          4ti.

---

## FICTITIOUS BUSINESS NAME STATEMENT
FILE NO. 2023034236
The following person (persons) is (are) doing business as:
Russian River Aviation located at 9827 Mill Station Road, Sebastopol, CA, 95472; Mailing Address
SONOMA County, is hereby registered by the following owner(s): Paul Bacigalupi 9827 Mill Station Road, Sebastopol, CA, 95472
An Individual
The registrant commenced to transact business under the fictitious name or names above on N/A.
I declare that all information in this statement is true and correct.
Signed: Paul Bacigalupi
This statement was filed with the County Clerk of SONOMA COUNTY on 11/03/2023
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/
Christina Prado-Mendoza
Deputy Clerk
SEAL
W0049117 - November 8,15,22,29 2023                          4ti.

---

## FICTITIOUS BUSINESS NAME STATEMENT
FILE NO. 2023034363
The following person (persons) is (are) doing business as:
Empower Building Solutions located at 539 W. Sunset St., Cotati, CA, 94931; Sonoma County, is hereby registered by the following owner(s): Empower Building Solutions 539 W. Sunset St., Cotati, CA, 94931
A CA Corporation
The registrant commenced to transact business under the fictitious name or names above on N/A.
I declare that all information in this statement is true and correct.
Signed: Marquis Hernandez
This statement was filed with the County Clerk of SONOMA COUNTY on 11/06/2023
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/
Bryant Hill
Deputy Clerk
SEAL
W0049442 - November 22,29,December 6,13,2023                          4ti.

---

## FICTITIOUS BUSINESS NAME STATEMENT
FILE NO. 2023033648
The following person (persons) is (are) doing business as:
Nine Eighteen Medical; 2)Quality Safety Tools located at 1320 Stub Road, Petaluma, CA, 94954; Mailing Address P. O. Box 751061, Petaluma CA 94954 Sonoma County, is hereby registered by the following owner(s): MRI MED, INC. 1320 Stub Rd. Petaluma, CA, 94954
A CA Corporation
The registrant commenced to transact business under the fictitious name or names above on January 1, 2023.
I declare that all information in this statement is true and correct.
Signed: Elias G. Husary, President
This statement was filed with the County Clerk of SONOMA COUNTY on 10/30/2023
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/
Carrie Anderson
Deputy Clerk
SEAL
W0048995 - November 22,29,December 6,13,2023                          4ti.

---

## NOTICE OF PETITION TO ADMINISTER ESTATE OF Randall Lewis Speakes
CASE NO. 23PR00222
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the Will or estate, or both, of: Randall Lewis Speakes
A Petition for Probate has been filed by Randall L. Speakes II in the Superior Court of California, County of Sonoma.
The Petition for Probate requests that: Randall L. Speakes II be appointed as personal representative to administer the estate of the decedent.
X The Petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows: 01/05/2024 at 9:30AM in Dept. 23, located at 3055 Cleveland Ave, Santa Rosa, CA 95403.
To join online go to: Zoom.us/join
Meeting ID: 160 825 4529
Passcode: 611386
Or join by phone dial: 1-669-254-5252
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (FORM DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code §1250. A Request for Special Notice form is available from the court clerk.
FILED: 11/27/2023
Roy N. Johnston
1400 N Dutton Ave Ste 21
Santa Rosa, CA 95401
707-545-6542
Attorney for Petitioner
W0049491 - November 29,December 2,5 2023          3ti.

---

## NOTICE OF PETITION TO ADMINISTER ESTATE OF Charles S. Greene
CASE NO. 23PR00316
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the Will or estate, or both, of: Charles S. Greene
A Petition for Probate has been filed by Katherine R. Greene in the Superior Court of California, County of Sonoma.
The Petition for Probate requests that: Katherine R. Greene be appointed as personal representative to administer the estate of the decedent.
X The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.
X The Petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows: 12/22/2023 at 9:30am in Dept. 23, located at 3055 Cleveland Ave, Santa Rosa, CA 95403.
To join online go to: Zoom.us/join
Meeting ID: 160 825 4529
Passcode: 611386
Or join by phone dial: 1-669-254-5252
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (FORM DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code §1250. A Request for Special Notice form is available from the court clerk.
FILED: 11/17/2023
Mark Hurwitz
1201 Vine Street, Ste. 200
Healdsburg, CA 95448
707-433-3303
Attorney for Petitioner
W0049402 - November 22,29,December 2 2023          3ti.

---

## NOTICE OF PETITION TO ADMINISTER ESTATE OF Greg DeMartini
CASE NO. 23PR00243
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the Will or estate, or both, of: Greg DeMartini
A Petition for Probate has been filed by: Nate DeMartini in the Superior Court of California, County of Sonoma.
The Petition for Probate requests that: Nate DeMartini be appointed as personal representative to administer the estate of the decedent.
X The Petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows: 12/22/2023 at 9:30am in Dept. 23, located at 3055 Cleveland Ave, Santa Rosa, CA 95403.
To join online go to: Zoom.us/join
Meeting ID: 160 825 4529
Passcode: 611386
Or join by phone dial: 1-669-254-5252
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (FORM DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code §1250. A Request for Special Notice form is available from the court clerk.
FILED: 11/09/2023
Michael Hoover
8049 Brian Ct
Sebastopol, CA 95472
719-232-6872
Petitioner
W0049375 - November 23,26,29 2023          3ti.

---

## NOTICE OF PETITION TO ADMINISTER ESTATE OF William Kistenmacher
CASE NO. 23PR00314
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the Will or estate, or both, of: William Kistenmacher
A Petition for Probate has been filed by: Robert Kistenmacher in the Superior Court of California, County of Sonoma.
The Petition for Probate requests that: Robert Kistenmacher be appointed as personal representative to administer the estate of the decedent.
X The Petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows: 01/19/2024 at 9:30am in Dept. 23, located at 3055 Cleveland Ave, Santa Rosa, CA 95403.
To join online go to: Zoom.us/join
Meeting ID: 160 825 4529
Passcode: 611386
Or join by phone dial: 1-669-254-5252
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (FORM DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code §1250. A Request for Special Notice form is available from the court clerk.
FILED: 11/21/2023
Erika A. Copeland, Esq.
1160 North Dutton Ave
Santa Rosa, CA 95404
707-542-5181
Attorney for Petitioner
W0049414 - November 26,29,December 2 2023          3ti.

---

SONOMA COUNTY HISTORY

In 1844

Joaquin Carrillo is the first settler in Analy township, residing in what is now Sebastopol.

The Fitch adobe is built by Cyrus Alexander and native laborers.

Copyright © 2010
Sonoma County Historical Society
P.O. Box 1373, Santa Rosa, CA 95402
www.sonomacountyhistory.org

SONOMA COUNTY HISTORY

In 1843

Jasper O'Farrell arrived in San Francisco, eventually acquiring Estero Americano and Canada de Jonive, some of best land in Sonoma County. The area in west part of county is later known as Analy Township.

Copyright © 2010
Sonoma County Historical Society
P.O. Box 1373, Santa Rosa, CA 95402
www.sonomacountyhistory.org

PROOF OF PUBLICATION

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Sonoma

I am a citizen of the United States and a resident of the county aforesaid: I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of The Press Democrat, a newspaper of general circulation, printed and published DAILY IN THE City of Santa Rosa, County of Sonoma; and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sonoma, State of California, under the date of November 29, 1951, Case number 34831, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

The Press Democrat - Legal Notices

119 - 1/19/2024

I certify (or declare) under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated at Santa Rosa, California, on

Jan 19, 2024

_____
SIGNATURE

Proof of Publication of

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: February 20, 2024**

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

The Press Democrat 5/14/19

# Kristin Smart's family sues Cal Poly

*They say university is partly responsible for her murder*

By CHLOE JONES
SAN LUIS OBISPO TRIBUNE

SAN LUIS OBISPO — California Polytechnic State University in San Luis Obispo could have prevented Kristin Smart's murder if the university had properly responded to reports of Paul Flores exhibiting harassing, stalking and violent behavior on campus, the student's family alleged in a new wrongful death lawsuit filed Thursday.

The lawsuit comes about eight months after the university publicly apologized for the first time.

"We recognize, even though I wasn't here, that Cal Poly could have done things differently," Cal Poly President Jeffrey Armstrong told The San Luis Obispo Tribune in an exclusive May interview. "There were things that we do differently now. There are things that should have been done differently. And for that, I'm sorry."

Paul Flores was convicted of Smart's murder in October 2022 and sentenced to 25 years to life in prison in March — nearly 27 years after Smart first disappeared over Memorial Day weekend in 1996.

Kristin's parents, Stan and Denise Smart, previously told the Tribune that the way Cal Poly handled the case continued to compound the trauma they've felt every since they first received the phone call their daughter was missing.

"Paul Flores took Kristin's life," Denise Smart said in an exclusive interview in May. "Cal Poly took ours."

Lawyers for the Smart family — Marc Lewis, Erin Reding and Taylor Chaplin — told the Tribune the public apology was the first time the family was aware that the university may have additional information about the handling of Smart's case.

"It really wasn't until that apology came out that the family began to understand Cal Poly's failings," Lewis said. "We don't know what information the president had in his possession to make that apology, and it appears to us that Cal Poly has been sitting on information and keeping it from the Smart family for decades."

According to Lewis, the family has never seen an investigative file regarding Smart's disappearance from the university.

The family is suing the university for negligence, negligent infliction of emotional distress and wrongful death. The family did not request a specific sum in damages as part of the lawsuit.

"It's the loss of a human life," Lewis said. "Not to mention all the trauma brought to the family."

The Smart family told the Tribune in an emailed statement there is no question Cal Poly failed their daughter before and after her murder by Flores.

"While President Armstrong's acknowledgment of their failings is a step in the right direction, it cannot erase the pain and injustice we have endured," the family said. "Kristin was not just a statistic; she was a vibrant, intelligent young woman with a promising future. We cannot bring Kristin back, but we can demand accountability and ensure no other family suffers the same fate."

Cal Poly spokesperson Matt Lazier told the Tribune the university did not have comment on the lawsuit as it is a pending legal matter.

Paul Flores was reported to Cal Poly at least four times before Smart's murder in May 1996, the lawsuit alleged.

Lawyers said the new information cited in the lawsuit was recently discovered by the family but declined to say where they learned it from at this time.

The lawsuit alleged Cal Poly had records of all these reports at the time Smart disappeared.

On Dec. 17, 1995, a female Cal Poly student filed a university police report stating Flores had been harassing her, the lawsuit said. According to the lawsuit, Flores climbed the trellis of the student's apartment building to spy on her from her balcony. Cal Poly police responded and found Flores on the scene and identified him as the "culprit," the lawsuit said.

Then, on March 27, 1996, three female Cal Poly students filed university police reports that said Flores had been harassing and stalking them, the lawsuit said. They said he had been calling them for six weeks and filled their entire answering machine up with nothing but silent hang-up calls.

The same three woman told officers Flores had climbed on their balcony and tried to break into their apartment in December 1995, the lawsuit said.

Flores was then reported for vandalizing Cal Poly grounds and property while intoxicated on Jan. 14, 1996, according to the lawsuit.

Just days later, on Jan. 17, 1996, Cal Poly required Flores to attend a "Mediation/Information Meeting" because he had allegedly harassed a staff member at the university, according to the lawsuit. During that meeting, Cal Poly and Flores allegedly discussed "the seriousness of harassing a staff member at Cal Poly" and mentioned possibly canceling his housing contract with the university.

The lawsuit also claimed Flores was charged with assault and battery on Dec. 2, 1994, which could have been found by Cal Poly police if the agency had searched the California Law Enforcement Systems database that allows law enforcement to check criminal histories, driver records and other databases across agencies.

The reports should have prompted the university to conduct a thorough investigation of Flores, the lawsuit said.

"After becoming aware of five reports of Flores' harassing, stalking and violent behavior, any reasonable university would have engaged in a disciplinary process related to Flores," the lawsuit said. "In light of the seriousness of the reports, a reasonable university would have expelled, or at least suspended, Flores."

If Flores were expelled or suspended, he would not have attended classes and could have lost his on-campus housing, which would have sent him to his family's Arroyo Grande home "miles away from Kristin and the dorm room where he murdered her," the lawsuit said.

"Cal Poly's failure to



SMART FAMILY PHOTO

Stan and Denise Smart hold a portrait of their daughter, Kristin, at their Stockton home on May 24, 2023, in front of a painting of their children created by Stan's sister, Sandy Rudolph.



PROVIDED PHOTO

Cal Poly students laid out flowers, lit candles and wrote well-wishing notes on a chalkboard to Kristin Smart and her family during a candlelight vigil on April 13, 2021.



PROVIDED PHOTO

Cal Poly President Jeffrey Armstrong speaks Tuesday, April 13, 2021, announcing the arrest of Paul Flores in the disappearance of Cal Poly student Kristin Smart.

investigate and discipline Flores for his behavior allowed Flores' continued access to Kristin, continued access to the scene of the murder and at least partially caused Kristin's murder," the lawsuit said.

According to the lawsuit, the university's sexual harassment policy states harassment and sexual conduct are prohibited by both the school's standards and federal law known as Title IX.

In Cal Poly's current policy, the lawsuit said, the Title IX coordinator takes "immediate steps" to investigate sexual harassment claims which is then followed by a disciplinary process that could result in probation, suspension or expulsion.

While it's unclear whether the policy was in place at the time of Smart's disappearance, Title IX was enacted in 1972.

Cal Poly police botched initial investigation, lawsuit says

Smart went missing Memorial Day weekend of 1996, but the case wasn't transferred to the San Luis Obispo County Sheriff's Office until June 26, 1996 — a month after her disappearance. By then, the lawsuit said, the damage had already been done.

"Cal Poly's egregious failures to pursue credible leads and conduct a proper investigation created a morass of problems that were impossible for the sheriff to easily untangle," the lawsuit said.

The lawsuit said Smart's friends and family reported her missing almost immediately after she disappeared. Two of her friends contacted the university's police department the next day, but police refused to take a report, the lawsuit said.

---

# PUBLIC NOTICE

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---

# PUBLIC NOTICE

**FICTITIOUS BUSINESS NAME STATEMENT FILE NO. 202300331**

The following person (persons) is (are) doing business as:
JFLORES STONE DESIGN located at 2952 BAY VILLAGE CIRCLE APT 2065, SANTA ROSA, CA, 95403; Sonoma County, is hereby registered by the following owner(s): JOSE ALBERTO FLORES CARLOS 2952 BAY VILLAGE CIRCLE APT 2065, SANTA ROSA, CA, 95403
;2) KARLA VANESSA RECINOS 2952 BAY VILLAGE CIRCLE APT 2065, SANTA ROSA, CA, 95403
Married Couple
The registrant commenced to transact business under the fictitious name or names above on 11/15/2023.
I declare that all information in this statement is true and correct.
Signed: KARLA V RECINOS
This statement was filed with the County Clerk of SONOMA COUNTY on 12/21/2023
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/
Christina Prado-Mendoza
Deputy Clerk
SEAL
W0666798 - December 29,January 5,12,19 2024   4tL

**FICTITIOUS BUSINESS NAME STATEMENT FILE NO. 202400002**

The following person (persons) is (are) doing business as:
Garman Kustoms located at 3355 Industrial Dr. # 3, Santa Rosa, CA, 95403; Sonoma County, is hereby registered by the following owner(s): David Alan Garman 1924 Pine Meadow Dr., Santa Rosa, CA, 95403
An Individual
The registrant commenced to transact business under the fictitious name or names above on N/A.
I declare that all information in this statement is true and correct.
Signed: David Garman
This statement was filed with the County Clerk of SONOMA COUNTY on 01/02/2024
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/
Amanda King
Deputy Clerk
SEAL
W0555196 - January 19,26,February 2,9 2024   4t

**CITATION FOR PUBLICATION UNDER WELFARE and INSTITUTIONS CODE SECTION 294**

Sonoma County
Human Services Department
Family, Youth and Children's Services
1202 Apollo Way
Santa Rosa, CA 95407
707-565-4300

Superior Court of California
County of Sonoma
600 Administration Drive
Santa Rosa, CA 95403

CASE NAME: Crystal L. Morris
CASE NUMBER: 5494-DEP
1. To Crystal L. Morris and anyone claiming to be a parent of Charlotte Morris
born on August 31, 2016, at Sutter Sonoma County, California.
2. A hearing will be held on March 7, 2024, 2:00pm, Dept. Juvenile, Room 5
located at court address above.
3. At the hearing the court will consider the recommendations of the social worker or probation officers.
4. The social worker or probation officer will recommend that your child be freed from your legal custody so that the child may be adopted. If the court follows the recommendation, all your parental rights to the child will be terminated.
5. You have the right to be present at the hearing, to present evidence, and you have the right to be represented by an attorney. If you do not have an attorney and cannot afford to hire one, the court will appoint an attorney for you.
6. If the court terminates your parental rights, the order may be final.
7. The court will proceed with this hearing whether or not you are present.
Dated: 12/20/2023
Diane Cheney
Deputy Clerk
Robert Oliver
W0000000 - Publication Dates   4tL

## SONOMA COUNTY HISTORY

### In 1843

Jasper O'Farrell arrived in San Francisco, eventually acquiring Estero Americano and Canada de Jonive, some of best land in Sonoma County. The area in west part of county is later known as Analy Township.

Copyright © 2010
Sonoma County Historical Society
P.O. Box 1373, Santa Rosa, CA 95402
www.sonomacountyhistory.org

## SONOMA COUNTY HISTORY

### In 1792

Englishman George Vancouver surveyed Bodega Bay.

Copyright © 2010
Sonoma County Historical Society
P.O. Box 1373, Santa Rosa, CA 95402
www.sonomacountyhistory.org

# *** Proof of Publication ***

AFFIDAVIT OF PUBLICATION          NAPA VALLEY REGISTER

ORDER NUMBER          160213

STATE OF INDIANA

COUNTY OF LAKE

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF
THE COUNTY AFORESAID; I AM OVER THE AGE OF EIGHTEEN
YEARS, AND NOT A PART TO OR INTERESTED IN THE ABOVE-
ENTITLED MATTER. I AM THE PRINCIPAL CLERK OF THE NAPA
VALLEY REGISTER, A NEWSPAPER OF GENERAL
CIRCULATION, PRINTED AND PUBLISHED DAILY IN THE CITY OF
NAPA, COUNTY OF NAPA, AND WHICH NEWPAPER HAS BEEN
ADJUDGED A NEWSPAPER OF GENERAL CIRCULATON BY THE
SUPERIOR COURT OF THE COUNTY OF NAPA, STATE OF
CALIFORNIA, UNDER THE DATE OF NOVEMBER 16, 1951, CASE
NUMBER 12752.

THAT I KNOW FROM MY OWN PERSONAL KNOWLEDGE THE
NOTICE, OF WHICH THE ANNEXED IS A PRINTED COPY
(SET IN TYPE NOT SMALLER THAT NONPAREIL), HAS
BEEN PUBLISHED IN EACH REGULAR AND ENTIRE ISSUE
OF SAID NEWPAPER AND NOT IN ANY SUPPLEMENT THEREOF
ON THE FOLLOWING DATES, TO-WIT:

Section: Legals

Category: 901 Public Notices

PUBLISHED ON: 12/02/2023

I certify (or declare) under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.

Subscribed and sworn to before me this ___4___ day of

_December_, 20 _23_,

_Dawn Renee Heili_
Notary Public

DAWN RENEE HEILI
Commission Number: 696125
My Commission Expires
01/31/25

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\*



# Napa Valley Register

# CLASSIFIEDS

## JOBS • WHEELS • MERCHANDISE • WWW.NAPAVALLEYREGISTER.COM

---

## 105 Announcements

A Power Wheelchair "new" at NO COST!! $0 Call to qualify. 1-800-350-7033

## 265 Work Wanted

**A Retired Gen. Contractor**
Bathroom Remodeling, Painting, Tile and All types of Flooring.
Lic #684476, 707-224-2180

## 901 Public Notices

**PUBLIC NOTICE**
**Lien Sale Auction Advertisement**
Notice is hereby given that Pursuant to the California Self-Service Storage Facility Act, (B&P Code 21700 et. seq.), the undersigned will sell at public auction; personal property including but not limited to furniture, clothing, tools, and/or other misc. items
Auction to be held at 3:39pm On December 9, 2023 at www.selfstorageauction.com.
The property is stored at:
Napa Storage and RV,
1111 Soscol Ferry Rd,
Napa, CA 94558.
NAME OF TENANT
Christina Denise Montoya
11/25, 12/2/23
CNS-3758999#
THE NAPA VALLEY REGISTER
11/25, 12/2 160081

**PUBLIC NOTICE**
**Lien Sale Auction Advertisement**
Notice is hereby given that Pursuant to the California Self-Service Storage Facility Act, (B&P Code 21700 et. seq.), the undersigned will sell at public auction; personal property including but not limited to furniture, clothing, tools, and/or other misc. items
Auction to be held at 3:39pm On December 9, 2023 at www.selfstorageauction.com.
The property is stored at:
Napa Storage and RV,
1111 Soscol Ferry Rd,
Napa, CA 94558.
NAME OF TENANT
The Wine Advocate Inc
11/25, 12/2/23
CNS-3759000#
THE NAPA VALLEY REGISTER
11/25, 12/2 160072

**PUBLIC NOTICE**
**Public Lien Sale**
Notice is hereby given pursuant to California Business and Professions code 21700 et seq, Midway Storage AC, LLC will for the purpose of satisfying lien for the storage, sell to the general public by oral auction on December 12, 2023, at 2:45 p.m. at 4561 Hess Drive, American Canyon, CA 94503, the contents of the storage spaces furnishing, yard items, office equipment, books, boxes contents unknown.
Terms and inspection prior to sale
# 74 Carmen Rodriguez 10 x 24
# 131 Jonathan Le 10 x 24
# 251 Randy Butler 9 ½ x 19 1/2
Owner reserves the right to bid at sale. Purchases must be made with CASH and removed at the time of sale. Sale is subject to cancellation in the event of settlement with Owner and obligated party. All items are sold AS IS. Auction conducted pursuant to section 2328 of the commercial code and §35 of the penal code by:
JOHN CARDOZA, CAL
BOND #5800870
12/2, 12/7 160252

---

**U.S. BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (international), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---

Valley Classifieds
Online
NapaValleyRegister.com

---

## 300 Recreation

**GUN SHOW**
SOLANO COUNTY
FAIRGROUNDS, VALLEJO
BULK AMMO AVAILABLE
December 9-10, 2023
Sat 9-5; Sun 9-3 FREE PARKING!

## 428 Garage Sales

Estate Sale
2516 Rollingwood Dr.
Fri Sat & Sun 9:00 - 2:00
antiqueshoppe-estatesales.com

## 901 Public Notices

**PUBLIC NOTICE**
Notice is hereby Given to creditors of the within named seller that a bulk sale is about to be made of the assets described below.
The names and business address of the Seller(s) is/are Joe Paek and Bo Paek 2538 Longview Road Fairfield Ca 94534.
The location in California of the Chief Executive Office of the Seller is addresses used by the seller within three years before the date such list was sent or delivered to the buyer are: none.
The assets to be sold are described in general as: All stock in trade, furniture, fixtures, equipment and other property and are located at 3206 Jefferson St Napa Ca 94558.
The business name used by the Seller(s) at those location is: Sushi Haku.
The anticipated date of the bulk sale is 1/02/2024.
At the office of Old Republic Title Company- 2140 Jefferson St Ste A Napa Ca 94559
The bulk sale IS subject to California Commercial Code Section 6106.2.
If so subject, the name and address of the person with whom claims may be filed as follows:
Old Republic Title Company
2140 Jefferson St Ste A Napa Ca 94559
The last day from filing claims shall be 12/29/2023 which is n/a business day before the sale date specified herein.
12/2 160250

---

## 902 FBN

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**REFILE WITH CHANGE**
**File No. 2023-0001108**
The following person(s) is (are) doing business as:
**RAEN**
**RAEN WINERY**
**RAEN WINES**
6780 McKinley St, #170
Sebastopol CA 95472
County of Sonoma
707-633-3016
**CADA LLC**
45 EL MONTE WAY
NAPA CA 94558
State: CA
This business is conducted by: Limited Liability Company
Registrant commenced to transact business under the fictitious business name or names listed above on: 8/8/2013
Original FBN Number: 2014-0000852
Statement Expires on: 10/25/2028
Signed: Carlo Mondavi
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: October 25, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By:
Deputy Clerk-Recorder
12/2, 12/9, 12/16, 12/23 160075

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**File No. 2023-0001155**
The following person(s) is (are) doing business as:
**Eternal Health & Fitness**
2424 Merlot Drive
Napa CA 94558
County of Napa
**Tovae Daniels**
State: CA
This business is conducted by: Individual
Registrant commenced to transact business under the fictitious business name or names listed above on: Not Applicable
Statement Expires on: 11/2/2028
Signed: Tovae Daniels
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 2, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: L. Rodriguez
County Clerk, Deputy
11/18, 11/25, 12/2, 12/9 160028

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**File No. 2023-0001146**
The following person(s) is (are) doing business as:
**Harvest Pediatrics**
1100 Trancas Street Suite 270
NAPA CA 94558
County of Napa
**Pediatric Medical Associates Of Sacramento, Inc.**
650 Howe Avenue, Suite 100
Sacramento CA 95825
State: CA
This business is conducted by: Corporation
Registrant commenced to transact business under the fictitious business name or names listed above on: 11/1/2023
Statement Expires on: 11/2/2028
Signed: Richard Gould, M.D.
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 2, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By:
County Clerk, Deputy
11/18, 11/25, 12/2, 12/9 160077

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**File No. 2023-0001165**
The following person(s) is (are) doing business as:
**Harvest Pediatrics**
202 Main Street
ST HELENA CA 94574
County of Napa
**Pediatric Medical Associates of Sacramento, Inc.**
650 Howe Avenue, Suite 100
Sacramento CA 95825
State: CA
This business is conducted by: Corporation
Registrant commenced to transact business under the fictitious business name or names listed above on: 11/1/2023
Statement Expires on: 11/7/2028
Signed: Richard Gould, M.D.
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 7, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: Lisa Spence
County Clerk, Deputy
11/18, 11/25, 12/2, 12/9 160018

---

## 902 FBN

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001177**
The following person(s) is (are) doing business as:
**Ink by Dani**
3073 Jefferson Street
Napa CA 94558
County of Napa
**Daniela De Leon**
State: CA
This business is conducted by: Individual
Registrant commenced to transact business under the fictitious business name or names listed above on: 8/1/2023
Signed: Daniela De Leon
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 8, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: L. Rodriguez
County Clerk, Deputy
11/18, 11/25, 12/2, 12/9 160037

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001166**
The following person(s) is (are) doing business as:
**Itsy Bitsy Nursery School**
3160 Laurel St
Napa CA 94558
County of Napa
707-302-8201
**Madeline Anna Gomez**
State: CA
This business is conducted by: Individual
Registrant commenced to transact business under the fictitious business name or names listed above on: 10/16/2023
Statement Expires on: 10/30/2028
Signed: Madeline Gomez
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: October 30, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: Robbie Young
County Clerk, Deputy
11/11, 11/18, 11/25, 12/2 158954

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001113**
The following person(s) is (are) doing business as:
**Ivory House**
3341 Scenic Drive
Napa CA 94558
County of Napa
**Anna Bakh**
State: CA
This business is conducted by: Individual
Registrant commenced to transact business under the fictitious business name or names listed above on: 6/16/2021
Statement Expires on: 10/26/2028
Signed: Anna T. Bakh
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: October 26, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: Robbie Young
County Clerk, Deputy
11/11, 11/18, 11/25, 12/2 158954

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001171**
The following person(s) is (are) doing business as:
**Halpin**
**Halpin Wine Company**
110-122 Camino Oruga
Napa CA 94558
County of Napa
**Kachina Cellars, LLC**
1700 Soscol Ave, Ste 29
NAPA CA 94559
State: CA
This business is conducted by: Limited Liability Company
Registrant commenced to transact business under the fictitious business name or names listed above on: Not Applicable
Signed: Jennifer Cochran
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 8, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: Robbie Young
County Clerk, Deputy
11/18, 11/25, 12/2, 12/9 160011

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001170**
The following person(s) is (are) doing business as:
**Halpin**
**Halpin Wine Company**
5055 Solano Ave
Napa CA 94558
County of Napa
**Kachina Cellars, LLC**

---

## 902 FBN

1700 Soscol Ave, Ste 29
Napa CA 94559
State: CA
This business is conducted by: Limited Liability Company
Registrant commenced to transact business under the fictitious business name or names listed above on: Not Applicable
Statement Expires On: 11/8/2028
Signed: Jennifer Co
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 8, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: Robbie Young
County Clerk, Deputy
11/18, 11/25, 12/2, 12/9 160012

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001016**
The following person(s) is (are) doing business as:
**KBC Construction**
1122 Rancho Drive
Napa, CA 94558
County of Napa
**Keith Baldanza**
State: CA
This business is conducted by: Individual
Registrant commenced to transact business under the fictitious business name or names listed above on: 11/2023
Statement Expires On: 9/29/2028
Signed: Keith Baldanza
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: September 29, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: L. Rodriguez
County Clerk, Deputy
11/11, 11/18, 11/25, 12/2 159969

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001216**
The following person(s) is (are) doing business as:
**Keystone Yards**
1140 Trower Avenue
Napa, CA 94558
County of Napa
415-535-4856
**Keystone Building, Inc.**
State: CA
This business is conducted by: Corporation
Registrant commenced to transact business under the fictitious business name or names listed above on: 6/27/2019
Statement Expires On: 11/22/2028
Signed: Owen Lynn
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 22, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: L. Rodriguez
County Clerk, Deputy
12/2, 12/9, 12/16, 12/23 160229

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**REFILE WITH CHANGE**
**FILE NO. 2023-0001197**
The following person(s) is (are) doing business as:
**NAPA VALLEY MEDICAL GROUP**
2773 Napa Valley Corporate Drive
NAPA CA 94558
County of Napa
707-259-2000
**NAPA VALLEY FAMILY MEDICAL GROUP, INC.**
State: CA
This business is conducted by: Corporation
Registrant commenced to transact business under the fictitious business name or names listed above on: 8/1/1991
Original FBN Number: 2013-0001578
Statement Expires On: 11/16/2028
Signed: Mark Hughes, MD
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 16, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By:
Deputy Clerk-Recorder
11/25, 12/2, 12/9, 12/16 160114

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001081**
The following person(s) is (are) doing business as:
**Madrono**
**Madrono Vineyards**
**Marciano Estate**
144 S Beverly Dr., #600
Beverly Hills CA 90212
County of Los Angeles
**NAPA VINELAND WINERY, LLC**
2401 Sulphur Springs Avenue
St Helena CA 94574
State: CA
This business is conducted by:

---

## 902 FBN

Limited Liability Company
Registrant commenced to transact business under the fictitious business name or names listed above on: 8/13/2012
Statement Expires On: 10/18/2028
Signed: Maurice Marciano
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: October 18, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By:
County Clerk, Deputy
11/11, 11/18, 11/25, 12/2 158959

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001215**
The following person(s) is (are) doing business as:
**Optimist Youth Basketball**
3115 Hyde Park Place
NAPA CA 94558
County of Napa
707-738-8115
**The Optimist Club of Napa, California**
State: CA
This business is conducted by: Corporation
Registrant commenced to transact business under the fictitious business name or names listed above on: 1/1/1964
Statement Expires On: 10/10/2028
Signed: James M. Wilson
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: October 10, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: L. Rodriguez
County Clerk, Deputy
11/11, 11/18, 11/25, 12/2 158870

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001129**
The following person(s) is (are) doing business as:
**Piedmont Kitchen**
1758 Industrial Way #121
NAPA CA 94558
County of Napa
**Rising Dough LLC**
8498 Washington St
YOUNTVILLE CA 94599
State: CA
This business is conducted by: Limited Liability Company
Registrant commenced to transact business under the fictitious business name or names listed above on: 9/1/2014
Statement Expires On: 10/31/2028
Signed: Daniel Sarai
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: October 31, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: Robbie Young
County Clerk, Deputy
11/11, 11/18, 11/25, 12/2 158931

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001214**
The following person(s) is (are) doing business as:
**Reikiology Medicine**
585 Coombsville Rd
Napa CA 94558
County of Napa
707-332-7245
**Livia Thompson**
590 Marigold Dr
Fairfield CA 94533
State: CA
This business is conducted by: Individual
Registrant commenced to transact business under the fictitious business name or names listed above on: 8/22/2023
Statement Expires On: 11/22/2028
Signed: Livia Thompson
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: November 22, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By:
County Clerk, Deputy
12/2, 12/9, 12/16, 12/23 160243

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001128**
The following person(s) is (are) doing business as:
**Velo Deli & Pizzeria**
**Yountville Deli**
6498 Washington St
YOUNTVILLE CA 94599
County of Napa
**Rising Dough LLC**
State: CA
This business is conducted by: Limited Liability Company
Registrant commenced to transact business under the fictitious business name or names listed above on: 9/1/2014
Statement Expires On: 10/31/2028
Signed: Daniel Sarai
I hereby certify that this copy is a correct copy of the original statement on file in my office.
DATED: October 31, 2023
JOHN TUTEUR
Napa County Clerk-Recorder
By: Robbie Young
County Clerk, Deputy
11/11, 11/18, 11/25, 12/2 158930

**PUBLIC NOTICE**
**FICTITIOUS BUSINESS**
**NAME STATEMENT**
**FILE NO. 2023-0001189**
The following person(s) is (are) doing business as:
**INTI**
**VAN KLEE**
1139 1ST ST
NAPA CA 94559
County of Napa
**KLEINFEL, HUGO**
3030 LARKIN ST #308
SAN FRANCISCO CA 94109
State: CA
This business is conducted by: Individual
Registrant commenced to transact business under the fictitious business name or names listed above on: 11/2/2028
Statement Expires On: 11/14/2028

---

# *** Proof of Publication ***

AFFIDAVIT OF PUBLICATION          NAPA VALLEY REGISTER

ORDER NUMBER          160787

STATE OF INDIANA

COUNTY OF LAKE

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF
THE COUNTY AFORESAID; I AM OVER THE AGE OF EIGHTEEN
YEARS, AND NOT A PART TO OR INTERESTED IN THE ABOVE-
ENTITLED MATTER. I AM THE PRINCIPAL CLERK OF THE NAPA
VALLEY REGISTER, A NEWSPAPER OF GENERAL
CIRCULATION, PRINTED AND PUBLISHED DAILY IN THE CITY OF
NAPA, COUNTY OF NAPA, AND WHICH NEWPAPER HAS BEEN
ADJUDGED A NEWSPAPER OF GENERAL CIRCULATON BY THE
SUPERIOR COURT OF THE COUNTY OF NAPA, STATE OF
CALIFORNIA, UNDER THE DATE OF NOVEMBER 16, 1951, CASE
NUMBER 12752.

THAT I KNOW FROM MY OWN PERSONAL KNOWLEDGE THE
NOTICE, OF WHICH THE ANNEXED IS A PRINTED COPY
(SET IN TYPE NOT SMALLER THAT NONPAREIL), HAS
BEEN PUBLISHED IN EACH REGULAR AND ENTIRE ISSUE
OF SAID NEWPAPER AND NOT IN ANY SUPPLEMENT THEREOF
ON THE FOLLOWING DATES, TO-WIT:

Section: Legals

Category: 901 Public Notices

PUBLISHED ON: 01/20/2024

I certify (or declare) under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.

Subscribed and sworn to before me this _22_ day of

_January_, 20_24_

_Notary Public_

DAWN RENEE HEILI
Commission Number: 696125
My Commission Expires
01/31/25

# Napa Valley Register CLASSIFIEDS

**JOBS • WHEELS • MERCHANDISE • WWW.NAPAVALLEYREGISTER.COM**

---

## 105 Announcements

A Power Wheelchair "new" at NO COST!! $0 Call to qualify. 1-800-350-7033

## 265 Work Needed

A Retired Gen. Contractor
Bathroom Remodeling, Plumbing, Painting, Glass Doors, Flooring & Tile. Lic #684476, 707-224-2180

## 250 Services



**TEDESCHI CO.**

**- VINEYARD MANAGEMENT-**
Tedeschi Company is looking for additional vineyards to lease or farm in northern Napa Valley. Based in Calistoga, we specialize in vineyards between 1-20 acres in the St. Helena and Calistoga areas, including both valley floor and the surrounding hillside AVA's. Our team oversees the cultivation, thinning, pruning, tying, suckering, canopy management, planting and replanting, irrigating and harvesting. Services can be tailored to the individual needs of vineyard owner, and can be offered a la carte, including general tractor work such as mowing and discing. Locally owned and operated by the Tedeschi family with 100+ years of farming experience in Napa Valley.

Contact Mario Tedeschi at (707) 337-7372 for any questions. Fully licensed and insured FLC.

---



**one person's**
*(Time for an upgrade)*

**is another's**
*( No way ... Thanks Dad )*

NapaValleyRegister.com

See your items in the classifieds — both in Print and Online

**Register**

---

## 901 Public Notices

### NOTICE OF PUBLIC HEARING
### CITY OF NAPA
### REVIEW ANNUAL REPORT ON DEVELOPMENT IMPACT FEES
NOTICE IS HEREBY GIVEN that on February 6, 2024, at or after 3:30 p.m. in the City Council Chambers, City Hall, 955 School Street, Napa, California, the City Council of the City of Napa will review the Annual Report on Development Impact Fees with Required Five-Year Findings for Fiscal Year Ending June 30, 2023.

Per Government Code Section 66006(b)(2), the Report will be made available to the public 15 days prior to the City Council meeting. The Report will be available for review at the City Clerk's Office at 955 School Street and on the City's website at www.cityofnapa.org on Monday, January 22, 2024.

Written comments should be directed to the City Council through the City Clerk at P.O. Box 660, Napa, California, 94559-0660 or at clerk@cityofnapa.org.

PLEASE NOTE: Any person challenging any of the above action in Court may be limited to raising only those issues that they or someone else raised at the public hearing described in this notice, or in written correspondence delivered to the City of Napa at, or prior to, the public hearing.

Interested persons needing special accommodations or language translation should contact the Office of the City Clerk at 707-257-9503 or email clerk@cityofnapa.org at least three working days in advance of the meeting. For TTY/ Speech-to-Speech users, dial 7-1-1 for the California Relay Service, offering free text-to-speech, speech-to-speech, and Spanish-language services 24 hours a day, 7 days a week. You may also contact the City Clerk at clerk@cityofnapa.org for more information.
Dated: January 16, 2023
Signed: Tiffany Carranza, City Clerk
1/20 160844

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (international), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing***

---

*How to make your washer disappear...*
Simply describe it in Valley Classifieds and see results quickly.

**Call 707-226-3719**

*Napa Valley Register*

---

### NOTICE OF PUBLIC HEARING
### PROPOSED FARE INCREASE FOR VINE TRANSIT
**NOTICE IS HEREBY GIVEN**, that a public hearing will be held on Wednesday, February 21, 2024, at 1:30 p.m. at the JoAnn Busenbark Board Room at the Soscol Gateway Transit Center, 625 Burnell St., in Napa by the Napa Valley Transportation Authority (NVTA) during the NVTA Board of Director's meeting to receive public testimony on the proposed fare increase for Vine Transit.

NVTA is a Joint Powers Authority comprised of the Cities, Town and County of Napa. NVTA serves as the countywide transportation planning body for the unincorporated areas within Napa County and is responsible for programming State and Federal funds for transportation projects within the county. NVTA is further charged with coordinating short- and long-term planning and funding and serves as the transit provider for the communities of Napa County.
The proposed fare increase covers Vine Transit and VineGo paratransit.

| | Current Cash | Fare New Cash Fare |
|---|---|---|
| Adult (19-64)* | $1.60 | $2.00 |
| Youth (6-18) | $1.10 | $1.25 |
| Senior (65+), Disabled and Medicare | $0.80 | $1.00 |
| Route 21 | $3.00 | $3.50 |
| Route 29 | $5.50 | $6.00 |
| VineGo – Single Zone | $3.20 | $4.00 |
| VineGo – Multi Zone | $6.40 | $8.00 |

The public is invited to participate telephonically or electronically via the methods below:
1) To join the meeting via Zoom video conference from your PC, Mac, iPad, iPhone or Android: go to https://zoom.us/join and enter Meeting ID 997 5007 2830
2) To join the Zoom meeting by phone: dial 1-669-900-6833, enter meeting ID: 997 5007 2830 If asked for the participant ID or code, press #.
3) Watch live on YouTube: https://www.youtube.com/channel/UCrpjLcWj_9uRmA0EE6w-eKZyw?app=desktop

All interested persons are invited to attend the hearing and comment on the proposals. Any questions regarding this hearing or written comments regarding the proposed fare increase may be directed to Rebecca Schenck, Program Manager – Public Transit at info@nvta.ca.gov or 707-259-8636 or NVTA at 625 Burnell Street Napa, California. Written comments will be received until 1:30 p.m. the day of the hearing.
1/20, 2/3 160845

---

### NOTICE OF REQUEST FOR SEALED PROPOSALS AND QUALIFICATIONS
Notice is hereby given that the Calistoga Joint Unified School District (hereinafter referred to as "Owner") will receive sealed proposals prior to the date and time stated below for the
**CES Classroom Modernization lease-leaseback contract (the "Contract"),**
as per the Request for Sealed Proposals ("RFP"), drawings, specifications, and other Contract Documents which may now be obtained from Owner, at construction@calistogajusd.org.

Proposals will received by the District via email at construction @calistogajusd.org

no later than 2:00 p.m. on February 13, 2024, on the clock designated by the Owner or its representative as the bid clock. No proposal will be accepted by the Owner after this time. Facsimile (FAX) copies of the proposal will not be accepted. Proposals may be opened immediately after the above deadline for submittal, or at a later time, within the Owner's discretion.

A mandatory pre-submittal conference shall be held virtually at 10:00 a.m. on January 23, 2024. Please email construction@calistogajusd.org for the meeting invite. Submissions will not be accepted from firms not in attendance at the conference and as indicated by the sign-in sheet for the conference.

The Owner reserves the right to add or deduct any of the additive or deductive items after the highest-ranked best value proposal from the responsible and responsive contractors is determined. The lowest proposed lump sum price or fee shall be determined from the proposed base lump sum price or fee.

This Contract is subject to prequalification. See the Request for Sealed Proposals and Qualifications for details.

Public works projects shall be subject to compliance monitoring and enforcement by the Department of Industrial Relations. For all projects over Twenty-Five Thousand Dollars ($25,000), a contractor or subcontractor shall not be qualified to submit a proposal or to be listed in a proposal subject to the requirements of Public Contract Code section 4104, or to enter into, or engage in the performance of, any contract of such public work, unless the contractor or subcontractor is currently registered and qualified under Labor Code section 1725.5 to perform public work (as defined by Division 2, Part 7, Chapter 1 (§§1720 et seq.) of the Labor Code).

As detailed in the Contract Documents, the successful proposing entity will be required to furnish a Payment (Labor and Material) Bond in the amount of one hundred percent (100%) of the Contract Sum, and a Faithful Performance Bond in the amount of one hundred percent (100%) of the Contract Sum.

The successful proposing entity will be allowed to substitute securities or establish an escrow in lieu of retainage, pursuant to Public Contract Code Section 22300, and as described in the Contract Documents.

The Owner will not consider or accept any proposals from contractors who are not licensed to do business in the State of California, in accordance with the California Public Contract Code, providing for the licensing of contractors. In accordance with Section 3300 of said Code, the proposing entity shall have a Class "B" license at the time of award and shall maintain that license in good standing through Contract Completion and all applicable warranty periods.

The Director of Industrial Relations of the State of California, in the manner provided by law, has ascertained the general prevailing rate of per diem wages and rate for legal holidays and overtime work. The Contractor must pay for any labor therein described or classified in an amount not less than the rates specified. Copies of the required rates are on file at the Owner's business office and are available to any interested party on request.
The successful contractor will have to comply with skilled and trained workforce requirements pursuant to Public Contract Code sections 2600 et seq. and Education Code section 17407.5.
1/13, 1/20 160752

---

## 901 Public Notices

### COMMUNITY DEVELOPMENT DEPARTMENT - PLANNING DIVISION
### NOTICE OF PUBLIC HEARING
### FIRST AND OXBOW HOTEL
NOTICE IS HEREBY GIVEN BY THE PLANNING COMMISSION OF THE CITY OF NAPA THAT ON THURSDAY, FEBRUARY 1, 2024, AT THE HOUR OF 5:30 P.M. IN THE COUNCIL CHAMBERS, CITY HALL, CITY OF NAPA, 955 SCHOOL STREET, A REGULAR MEETING AND PUBLIC HEARING WILL BE CONDUCTED BY SAID PLANNING COMMISSION OF THE CITY OF NAPA AT WHICH TIME AND PLACE ALL PERSONS MAY ATTEND AND BE HEARD UPON THE APPLICATION OF:
A Design Review Permit and Use Permit to authorize construction of a 123-room hotel consisting of two four-story buildings, which includes ancillary guest and public-serving uses, and below-grade parking at 730 Water Street. The City Council previously approved a Use Permit, Design Review Permit and related entitlements in November 2020 for a 74-room hotel with 6,294 square feet of ground floor retail on the site. The revised project would increase the number of hotel rooms to 123, eliminate the ground floor retail, decrease the meeting/conference space from 6,754 square feet to 3,375 square feet, and increase the parking spaces from 121 to 154. The property is located within the Oxbow Commercial General Plan Designation, and the OBC, Oxbow Commercial, FF, Floodplain Management Overlay, SC, Soscol Corridor Overlay, and TI, Traffic Impact Overlay Zoning Districts. (APNs: 003-235-002, -003, -004, -005, -006, -007 and 003-241-003, -005, -006) (Dillay)

CEQA DETERMINATION: The Project falls within the scope of the Downtown Napa Specific Plan Program (DNSP) Final Environmental Impact Report (DNSP FEIR) certified by the City Council on May 1, 2012 (SCH #2010042043), as documented in the 2020 Addendum prepared for the original project and the January 2024 Addendum prepared for the revised project and on file with the City Clerk, and no further environmental review is required under the California Environmental Quality Act (CEQA) pursuant to CEQA Guidelines Sections 15162, 15164 and 15168 as documented in the CEQA Memorandum prepared for the project.
RECOMMENDED ACTION: Staff recommends that the Planning Commission forward a recommendation to the City Council to adopt a resolution approving a Design Review Permit and Use Permit to authorize construction of a 123-- room hotel between two four-story buildings with below-grade parking on-site at 730 Water Street and determining that the actions authorized by the resolution were adequately analyzed by a previous California Environmental Quality Act (CEQA) action.

Supporting documents are available at the Planning Division Office at 1600 First Street, Napa, or on the City's website at cityofnapa.org, on the Friday before the meeting and may be available earlier depending on the completion and publication of the report.

Written comments should be directed to the Planning Commission through the Planning Secretary at P.O. Box 660, Napa, California, 94559-0660 or at planningcommission@cityofnapa.org.

PLEASE NOTE: Any person challenging any of the above action in Court may be limited to raising only those issues that they or someone else raised at the public hearing described in this notice, or in written correspondence delivered to the City of Napa at, or prior to, the public hearing.

Interested persons needing special accommodations or language translation should contact Mayra Espinoza at (707) 257-9569 or email mespinoza@cityofnapa.org at least three working days in advance of the meeting. For TTY/ Speech-to-Speech users, dial 7-1-1 for the California Relay Service, offering free text-to-speech, speech-to-speech, and Spanish-language services 24 hours a day, 7 days a week.
PUBLISH DATE: January 20, 2024
BY: Ricky Caperton, AICP, Planning Manager
City of Napa
Community Development Department – Planning Division P.O. Box 660, Napa, CA 94559
(707) 257-9530
1/20 160842

---

### NOTICE OF TRUSTEE'S SALE
T.S. No. 23-30568-BA-CA Title No. 230514 A.P.N. 045-271-001 YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 08/28/2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, (cashier's check(s) must be made payable to National Default Servicing Corporation), drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state; will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made in an "as is" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale. Trustor: Guadalupe Rodriguez Duly Appointed Trustee: National Default Servicing Corporation Recorded 09/04/2003 as Instrument No. 2003-0048167 (or Book, Page) of the Official Records of Napa County, California. Date of Sale: 02/09/2024 at 1:30 PM Place of Sale: At the fountain to the right of the Napa Superior Court, 1111 Third Street, Napa CA 94559 Estimated amount of unpaid balance and other charges: $18,856.70 Street Address or other common designation of real property: 1000 Berry Lane, Napa, CA 94558 A.P.N.: 045-271-001 The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. The requirements of California Civil Code Section 2923.5(b)/2923.55(c) were fulfilled when the Notice of Default was recorded. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 714-730-2727 or visit this internet website www.ndscorp.com/sales, using the file number assigned to this case 23-30068-BA-CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale. NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are a "representative of all eligible tenant buyers" you may be able to purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 888-264-4010, or visit this internet website www.ndscorp.com, using the file number assigned to this case 23-30068-BA-CA to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as a "representative of all eligible tenant buyers" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. *Pursuant to Section 2924m of the California Civil Code, the potential rights described herein shall apply only to public auctions taking place on or after January 1, 2021, through December 31, 2025, unless later extended. Date: 01/03/2024 National Default Servicing Corporation c/o Tiffany and Bosco, P.A., its agent, 1455 Frazee Road, Suite 820 San Diego, CA 92108 Toll Free Phone: 888-264-4010 Sales Line 714-730-2727; Sales Website: www.ndscorp.com or in Connie Hernandez, Trustee Sales Representative A-4806181 01/13 /2024, 01/20/2024, 01/27/2024
1/13, 1/20, 1/27 160720

---



**Sell. Buy. Find**

**Napa Valley Register
Classifieds**
to place an ad 24/7 visit:
*www.napavalleyregister.com*
Call 226-3719
for specials...

---

## Ukiah Daily Journal

617 S. State St
Ukiah, California 95482
(707) 468-3500
advertising@record-bee.com

3824007

MILLER ADVERTISING AGENCY, INC.
220 WEST 42ND STREET, 12TH FLOOR
NEW YORK, NY 10036

Legal No. **0006794165**

## PROOF OF PUBLICATION
## (2015.5 C.C.P.)

## STATE OF CALIFORNIA
## COUNTY OF MENDOCINO

### FILE NO. RB270018

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of the Ukiah Daily Journal, a newspaper of general circulation, printed and published daily in the City of Ukiah, County of Mendocino and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Mendocino, State of California, under the date of September 22, 1952, Case Number 9267; that the notice, of which the annexed is a printed copy (set in type not smaller than non-pareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**12/01/2023**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated at Ukiah, California,
December 1st, 2023

*Molly E. Lane*

_____
Molly E. Lane, LEGAL CLERK

---

### U.S. BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

**Notice of Deadline for Filing Claims: February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

## ENVIRONMENT

# Study: 'Forever chemicals' in thousands of private wells near military sites

*By KFF Health News*

Water tests show nearly 3,000 private wells located near 63 active and former U.S. military bases are contaminated with "forever chemicals" at levels higher than what federal regulators consider safe for drinking.

According to the Environmental Working Group, a Washington, D.C.-based nonprofit that analyzed the Department of Defense testing data, 2,805 wells spread across 29 states were contaminated with at least one of two types of per- and polyfluoroalkyl substances, or PFAS, above 4 parts per trillion, a limit proposed earlier this year by the Environmental Protection Agency. That new drinking water standard is expected to take effect by the end of the year.

But contamination in those wells was lower than the 70 parts per trillion threshold the Pentagon uses to trigger remediation.

EWG researchers said they did not know how many people rely on the wells for drinking, cooking, and bathing, but the 76 tested locations represent just a fraction of the private wells near 714 current or former military sites spread across the U.S. According to EWG, Texas had nearly a third of the contaminated wells, with 909. Researchers recorded clusters of tainted wells in both urban and rural areas, from Riverside County and Sacramento in California to Rapid City, South Dakota, and Helena, Montana.

"They are going to have to test more bases," said Jared Hayes, a senior policy analyst with EWG, in an interview with KFF Health News. "Those 2,805 are going to be a small number when they start testing drinking water wells near every single base."

Defense Department officials are investigating hundreds of current and former domestic U.S. military installations and communities that surround them to determine whether their soil, groundwater, or drinking water is contaminated with PFAS chemicals.

The Defense Department is a major contributor of PFAS pollution nationwide — the result of spills, dumping, or use of industrial solvents, firefighting foam, and other substances that contain what have been dubbed forever chemicals because they do not break down in the environment and can accumulate in the human body.

Exposure to PFAS has been associated with health problems such as decreased response to vaccines, some types of cancer, low birth weight, and high blood pressure during pregnancy, according to a report published last year by the National Academies of Sciences, Engineering, and Medicine.

A study published this year linked testicular cancer in military personnel to exposure to PFOS, the main type of PFAS chemical used in firefighting foam.

In July, a U.S. Geological Survey study estimated that at least 45% of U.S. tap water contains at least one type of PFAS chemical.

USGS researchers tested 716 locations nationwide and found the forever chemicals more frequently in samples that were collected near urban areas and potential sources of PFAS like military installations, airports, industrial sites, and wastewater treatment plants, according to Kelly Smalling, a USGS research chemist and lead author of the study.

"We knew we would find PFAS in tap water," she told KFF Health News in July. "But what was really interesting was the similarities between the private wells and the public supply."

Drinking water sources near military installations that test above 70 parts per trillion draw immediate action from the Defense Department. Those responses include providing alternate drinking water sources, treatment, or water filtration systems.

Below that threshold, federal officials leave it up to homeowners to weigh and mitigate the health risks of contamination, Hayes said.

"It's unclear what, if anything, these private individuals are being advised," Hayes said. "If DoD is saying that 70 parts per trillion is the level they are going to provide clean water ... the understanding would be if it's below that, it must be fine."

The Pentagon bases its 70 parts per trillion standard for PFOS and PFOA chemicals on a 2016 health advisory issued by the EPA. Officials have said they're waiting for the new federal standard to go into effect before changing Defense Department parameters.

The Department of Defense did not respond by publication deadline to questions about EWG's findings, or how it will address the new EPA limits.

While EWG's examination found that thousands of wells contained PFAS at levels above the new EPA standard, but below the military's 70 ppt threshold for action, it also learned that the Defense Department had found 1,800 private wells that registered higher than 70 ppt and had provided mitigation services to the owners of those wells.

Hayes said the combined levels of PFOS and PFOA in some wells were as high as 10,000 ppt.

Hayes said it's unclear how long people near those military sites have been drinking contaminated water. "Chances are it's been years, decades," he said.

Federal law requires public water systems to be monitored regularly for pollutants, but private wells have no similar requirements. Hayes recommended that people who live near any current or former military installations and use a well for their drinking water have their water tested and use a filter designed specifically to remove PFAS.

According to the Defense Department's PFAS remediation website, as part of its ongoing investigation and remediation effort, it has closed contaminated wells, installed new water sources, and treated drinking water on military bases. According to the Pentagon, it is working "to ensure no one on-base is exposed to PFOS or PFOA in drinking water above 70ppt."

"Addressing DoD's PFAS releases is at the core of the Department's commitment to protect the health and safety of its Service members, their families, the DoD civilian workforce, and the communities in which DoD serves," Pentagon officials said on the site.

*KFF Health News' Hannah Norman contributed to this report.*


DAVID PAUL MORRIS — BLOOMBERG
According to the Environmental Working Group, a Washington, D.C.–based nonprofit that analyzed Department of Defense testing data, 2,805 wells spread across 29 states were contaminated with at least one of two types of per- and polyfluoroalkyl substances, or PFAS, above 4 parts per trillion, a limit proposed earlier this year by the Environmental Protection Agency.

## HUMBOLDT COUNTY

# Supervisors nix competing pot measure

**By Jackson Guilfoil**
*jguilfoil@times-standard.com*

The Humboldt County Board of Supervisors unanimously voted to abandon pursuing a cannabis regulation ordinance put to voters by March.

The measure would have competed with Measure A, the controversial cannabis ordinance whose creators — Kneeland residents Mark Thurmond and Elizabeth Watson — say will protect watersheds and neighborhoods from dealing with negative effects stemming from large-scale cannabis cultivation, though detractors argue it will destroy what remains of Humboldt County's legal cultivators.

"This was sort of an 11th-hour attempt to put something together that could be an alternative that addresses many folks' concerns, but I also wanted to acknowledge that up until a month and a half ago, my expectation, and I believe, most of our board's expectation, was that we were going to see how it went in March and then adjust accordingly," 4th District Supervisor Natalie Arroyo said.

The county currently caps total cannabis permits at 3,500 and 1,205 acres spread across 12 watersheds. The alternative would have reduced that to 1,400 permits and 480 acres.

The alternative was created as an attempt to compete with Measure A, which would cap the permits at 1.05 times the permitted number as of March 4, 2022. Measure A creates a number of new restrictions, namely banning new or expanded permits for mixed light and indoor grows and grows over 10,000 square feet.

Opponents of the initiative — which include several local cultivators and the Humboldt County Growers Alliance trade group — also argue that the measure, by defining any light deprivation technique as mixed-light usage, would double the tax rate for most local growers.

While the growers' alliance had previously endorsed the supervisors' effort to create a competing ballot measure, the organization's leadership said they were no longer supportive during public comment.

"(Measure A) is a gun pointed to everyone's head, and we should not be forced to make decisions under duress," Natalynne DeLapp, the executive director of the growers alliance, said. "If you want to give voters a choice, keep it simple, simple, simple. Size only. When we start getting into these watershed caps. There are a lot of problems with it."

Second District Supervisor Michelle Bushnell agreed with Arroyo. She said she disliked how rushed the county was to create an alternative, and at the risk of unintentional consequences, would vote to halt efforts to create the competing ordinance before the March 5 election.

# The Ukiah Daily Journal

www.UkiahDailyJournal.com

**Main Line ...........................................468.3500**
Hours are Monday through Friday, 8 a.m. to 5 p.m.

**Circulation and Home Delivery**
Email udjcirc@ukiahdj.com for a missed newspaper
Lena Paiva, Circulation Manager.............................380-1132

**Newsroom, 468-3500**
Justine Frederiksen, Reporter........................udjjf@ukiahdj.com
Scott Travis, Community desk...........................udj@ukiahdj.com
Jody Martinez, Deputy Editor.......................udjjm@ukiahdj.com
K.C. Meadows, Meg. Editor.........................udjkcm@ukiahdj.com

**Display Advertising and Digital**
Carol Anderson, Consultant..................................350-3055

**Classified and Legal Notices**
Sue Fullbright.........................................................380-1152
Aubrey Taylor........................................................459-4643
Write to us.................... 415 Talmage Road Ste. A, Ukiah, CA. 95482.
Newspapers in Education........................................468.3500, ext. 3

**Subscription rates:** All Access subscription: 6-day $8.74. Print Only subscription: 6-day $8.24. Copyright 2022 MediaNews Group. Published daily, except Mondays, Thanksgiving, Christmas and New Year's Day by The Ukiah Daily Journal at 415A Talmage Road, Ukiah, Mendocino County, CA 95482. Court Decree No. 9267. Send address changes to: The Ukiah Daily Journal, 415A Talmage Road, Ukiah.

The Ukiah Daily Journal – Willits News edition is published Wednesday and Saturday (USPS No. 685-140).

**Postmaster:** Address all correspondence and address changes to The Ukiah Daily Journal – Willits News edition, 415 Talmage Road Ste. A, Ukiah, CA. 95482.
**ARBITRATION & SUBSCRIPTION TERMS AGREEMENT:** The subscription to the Daily Journal is a CONTINUOUS SUBSCRIPTION, which means it will automatically renew at the end of this initial term. Notice of cancellation must be provided before the end of this SUBSCRIPTION TERM to avoid charges for an additional term. You may cancel or modify your subscription at any time by calling Customer Service at 707-468-3500. You will be billed at the term you have selected, which shall be your SUBSCRIPTION TERM. Future SUBSCRIPTION TERM prices are subject to change.
This Subscription Agreement grants you a FULLY PREPAID, NON-REFUND-ABLE license to receive and access the Daily Journal for the duration of the SUBSCRIPTION TERM. No credit is offered for vacation interruptions. All home delivery subscriptions will automatically include up to seven Special Editions annually, at an additional cost of $7.00. The cost of these Special Editions will be subtracted from the amount you paid for your subscription and will shorten the length of its term UNLESS you OPT OUT of receiving them. If you prefer not to receive these editions, you must call Customer Service at 707-468-3500 OPT OUT. If you do not OPT OUT, your account will be billed automatically and your term will be shortened. Future prices may be higher. We reserve the right to increase rates at any time. In addition to special editions described above, pay through dates will be affected by different factors, including but not limited to, changes in delivery, service adjustments, supply chain surcharges, and interruptions in service.
Digital online content is not subject to California sales tax. The sale of printed newspapers is subject to sales tax reimbursement per Cal. Code Regs, tit. § 1590(b)(1)
For more information on the terms of our ARBITRATION AND SUBSCRIPTION TERMS AGREEMENT visit: http://local.digitalfirstmedia.com/common/dfm/arbitrationandrefunds.pdf

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

# Mendocino County
## BUSINESS CARD DIRECTORY

- Directory runs daily in the Ukiah Daily Journal and weekly in The Willits News and the Hometown Shopper
- Ads will match your business card for convenience and efficiency

**Contact Sue Fullbright**
**707-380-1152**



**RONNIE DODD**
Owner
License #1082921
☎ 707-621-0787

**JUSTIN FOSTER**
Owner
☎ 707-485-2615

✉ office@allinheatingandcooling.com
8465 East Road
Redwood Valley 95470

**ALL IN** HEATING & COOLING


Providing Residential & Commercial Services
Burglar & Fire Alarm Systems
CCTV Surveillance
Access Control

**Deep Valley Security, Inc.**

Phone: (707) 462-5200          2010 Industry Rd
Fax: (707) 462-1478            Ukiah, CA
Email: sales@deepvalleysecurity.net      95482
Alarm Lic. #ACO3195
Contractor's Lic. #101640

**Javier Moreno**
Sales and Design

**(707) 230-2927 or (707) 684-9756**

Remodels • New Construction
Decks • Kitchens
Bathrooms

**Kashia Construction, LLC**
Jose Oropeza • General Manager
info@kashiaconstruction.com   Lic. # 1018509


**CRISS TREE CARE**
CA CONTRACTORS LIC.

Hazardous Removals, Chipping, Lot Clearing, Thinning, Crown Reduction, Shaping, Pruning, removing Deadwood, View Enhancement, Storm Damage, Stump Grinding, Risk Assessment

**707-349-2113**

**Serving Lake and Mendocino Counties**

**Travis Criss**
ISA Certified Arborist
WE 7675 A
CA Contractor License # 909435

E-mail: Treewalker73@aol.com

**Ukiah Daily Journal**
617 S. State St
Ukiah, California 95482
(707) 468-3500
advertising@record-bee.com

3824007

MILLER ADVERTISING AGENCY, INC.
220 WEST 42ND STREET, 12TH FLOOR
NEW YORK, NY 10036

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

## STATE OF CALIFORNIA
## COUNTY OF MENDOCINO

### FILE NO. RB270018

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of the Ukiah Daily Journal, a newspaper of general circulation, printed and published daily in the City of Ukiah, County of Mendocino and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Mendocino, State of California, under the date of September 22, 1952, Case Number 9267; that the notice, of which the annexed is a printed copy (set in type not smaller than non-pareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**01/19/2024**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated at Ukiah, California,
January 22th, 2024

Molly E. Lane, LEGAL CLERK

---

Legal No. **0006803147**

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

# YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

**Friday, January 19, 2024** › MORE AT **TWITTER.COM/UDJNEWS, FACEBOOK.COM** BY SEARCHING FOR THE UKIAH DAILY JOURNAL

**ukiahdailyjournal.com**

---

## MARK YOUR CALENDAR


Barney McClure


PHOTOS CONTRIBUTED
David Post

## Jazz music is coming to Ukiah

*The Ukiah Daily Journal*

Jazz pianist and author Barney McClure, and jazz singer David Post will be performing at Mama's Medicinals Music Hall this Saturday, Jan. 20, from 7 to 9 p.m.

Admission is a suggested $10. Located at 328 N. State St., near the old Palace Hotel, the location features good acoustics and local artwork by Tim Poma. Wine and snacks will be available. No reservations required.

---

## CAREER CORNER

### One step at a time


Angela Copeland

Happy New Year! January is a time for new beginnings. It's a time when we often set our goals for the remainder of the year. It can be a time to commit to change, whether it is within our personal lives or our careers. It can often help to begin with the end in mind. If you can create an image of the end goal, it can be easier to build the steps to complete the change you crave.

But, so often, it can be hard to see the end goal in the beginning. This is especially true when you are in the middle of a difficult situation. And let's face it, the last few years have not been easy.

One thing remains true, however. If you make small steps in the right direction, you will eventually find your way. In other words, good choices will lead you to more good options. And eventually, your destination will reveal itself. If you've taken many positive steps, you are certain to find yourself in a positive place — even if there are a few turns along the way.

If you do have a clear vision for the future, set an intention. Break it down into bite-sized steps that you can do over the course of the year. Create a timeline. Find friends to help hold you accountable along the way. Reach out for help as you need it.

But, not having that vision of the end doesn't mean you won't find

yourself in a great spot. I've often spoken to job seekers who are distressed. They have two good job offers and aren't sure which to choose. In reality, both opportunities are good options. This is often the case in life. There are many paths that will take you to a good outcome.

However, what you do need to do is to get moving. Staying stagnant in a situation that isn't working for you will not lead you to where you need to be. It will only make it harder to help yourself out later.

No matter what your goals are for 2024, January is a great time to polish up your professional presence. Ensure that your LinkedIn profile is up to date. And, set aside some time to update your resume. This is likely the time of the year when you will complete your performance evaluation for the previous year. Use the opportunity to truly outline the impact of your contribution to your company. In addition to making a great case for your bonus or raise, you can use this information for your resume.

Finding a job is hard work, especially when you are proactively looking. Start early, and keep moving. The more effort you put into your search, the more options you will ultimately have. And, you will have more opportunities to guide your career in a positive direction. Start by taking one positive step at a time.

*Angela Copeland, a leadership and career expert, can be reached at www.angelacopeland.com.*

---

## REDWOOD VALLEY GRANGE

# Sixth annual Music Gear Swap planned

## Free admission for buyers

**By Katarzyna Rolzinski**

The Redwood Valley Grange is sponsoring the Sixth Annual Music Gear Swap to be held on Saturday, Jan. 27 at the Grange, 8650 West Road, Redwood Valley, beginning at 10 a.m. and closing at 3 p.m.

Everyone is welcome with free admission to buyers. Sellers may rent booths with provided 8-foot tables for $25 in advance or $35 at the gate. There are already confirmed sellers, so you are encouraged to contact Wendy DeWitt, 510-847-5847 or tqohw@yahoo.com to ask questions and to reserve your space as soon as possible.

With musicians located across Mendocino County and beyond, it can be challenging for them to find or to sell particular pieces of music equipment.

The gear swaps provide

an outlet for our broad-based music community to come together at one site to buy, sell, or trade music gear. Everything from home stereo equipment to costly custom guitars, amps, accessories, and more have been represented at the past music gear swaps. A range of price levels are expected for this gear swap that may include handmade items and collector instruments. Music instructors with books and teaching materials are also invited to attend as well as folks with other musical products or services.

There will likely be something for every music lover to enjoy. Gear swaps at the Grange are for all styles of musicians to include church organists, blue grass artists, touring drummers, classical musicians, rock stars in the making and more.

The first Gear Swap at the Grange began to bring

the community together through music in one location, where people could share ideas, sit at the drum kit, hold the guitar, play the ukulele, check out the effects pedal, hear the stereo, all before making the deal. Swap participants can expect to find deals and a day packed with fun with the snack bar open and conversation areas to rest and visit.


CONTRIBUTED
The gear swaps provide an outlet for our broad-based music community to come together at one site to buy, sell or trade music gear.

---



IT **only** TAKES A SPARK.

ONLY **YOU** CAN PREVENT WILDFIRES.
smokeybear.com

Ad Council

---

# The Ukiah Daily Journal

www.UkiahDailyJournal.com

**Main Line** .......................................... **468.3500**
Hours are Monday through Friday, 8 a.m. to 5 p.m.

**Circulation and Home Delivery**
Email udjcirc@ukiahdj.com for a missed newspaper
Jennie Paiva, Circulation Manager ..........................380-1132

**Newsroom, 468-3500**
Justine Frederiksen, Reporter ..........................udjjf@ukiahdj.com
Scott Travis, Community desk ..........................udj@ukiahdj.com
Jody Martinez, Sports Editor ..........................udj@ukiahdj.com
K.C. Meadows, Mng. Editor ..........................udjkcm@ukiahdj.com

**Display Advertising and Digital**
Carol Anderson, Consultant ..........................350-3055

**Classified and Legal Notices**
Sue Fulfright ..........................380-1152
Audrey Taylor ..........................459-4643
Write to us ..........................415 Talmage Road Ste. A, Ukiah, CA. 95482.
Newspapers in Education ..........................468.3500, ext. 3

**Subscription rates:** All Access subscription 6-day $8.74. Print Only subscription: 6-day $8.24. Copyright 2022 MediaNews Group. Published daily, except Mondays, Thanksgiving, Christmas and New Year's Day by The Ukiah Daily Journal at 415A Talmage Road, Ukiah, Mendocino County, CA 95482. Court Decree No. 9267. Send address changes to: The Ukiah Daily Journal, 415A Talmage Road, Ukiah.

The Ukiah Daily Journal - Willits News edition is published Wednesday and Saturday (USPS No. 685-140).

**Postmaster:** Address all correspondence and address changes to The Ukiah Daily Journal - Willits News edition, 415 Talmage Road Ste. A, Ukiah, CA. 95482. **ARBITRATION & SUBSCRIPTION TERMS AGREEMENT:** The subscription to the Daily Journal is a CONTINUOUS SUBSCRIPTION, which means it will automatically renew at the end of this initial term. Notice of cancellation must be provided before the end of this SUBSCRIPTION TERM to avoid charges for an additional term. You may cancel or modify your subscription at any time by calling Customer Service at 707-468-3500. You will be billed at the term you have selected, which shall be your SUBSCRIPTION TERM. Future SUBSCRIPTION TERM prices are subject to change. This Subscription Agreement grants you a FULLY PREPAID, NON-REFUNDABLE license to receive and access the Daily Journal for the duration of the SUBSCRIPTION TERM. No credit is offered for vacation interruptions. All home delivery subscriptions will automatically include up to seven Special Editions annually, at an additional cost of $7.00. The cost of these Special Editions will be subtracted from the amount you paid for your subscription and will shorten the length of its term UNLESS you OPT OUT of receiving them. If you prefer not to receive these editions, you must call Customer Service at 707-468-3500 OPT OUT. If you do not OPT OUT, your account will be billed automatically and your term will be shortened. Future prices may be higher. We reserve the right to increase rates at any time. In addition to special editions described above, pay through dates will be affected by different factors, including but not limited to, changes in delivery, service adjustments, supply chain surcharges, and interruptions in service.

Digital online content is not subject to California sales tax. The sale of printed newspapers is subject to sales tax reimbursement per Cal. Code Regs, tit. § 1590(b)(1)

For more information on the terms of our ARBITRATION AND SUBSCRIPTION TERMS AGREEMENT visit: http://local.digitalfirstmedia.com/common/dfm/arbitrationandrefunds.pdf

---



**Find us on Facebook**

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagent.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---

## Mendocino County
BUSINESS CARD DIRECTORY

---

**(707) 230-2927 or (707) 684-9756**

Remodels • New Construction
Decks • Kitchens
Bathrooms

**Kashia Construction, LLC**
Jose Oropeza • General Manager
www.kashiaconstruction.com   Lic. # 1018509

---

**Young Construction**
General Contractor #1055865
Joel Young   Ryan Young   Po Box 76
707-376-5774   707-362-4415   Ukiah, Ca 95482
joelyoung03@yahoo.com

---



**RONNIE DODD**
Owner
License #1082921
☎ 707-621-0787

**JUSTIN FOSTER**
Owner
License #1082918
☎ 707-485-2615

✉ office@allinheatingandcooling.com
8465 East Road
Redwood Valley 95470

ALL IN
HEATING & COOLING

---

**CRISS TREE CARE**
CA CONTRACTORS LIC. 909499

Hazardous Removals, Chipping,
Land Clearing, Thinning, Crown Reduction,
Shaping, Pruning, removing Deadwood,
View Enhancement, Storm Damage,
Stump Grinding, Risk Assessment

**707-349-2113**

Serving Lake and
Mendocino Counties

Travis Criss
ISA Certified Arborist
WE-7875-A
CA Contractor License # 909435

E-mail: Treewalker73@aol.com

---

**ADVANCED SECURITY SYSTEMS**
**707-544-9200**

You have a LOCAL option!
WE SERVICE ALL BRANDS!

ALARM.LIC #ACO2883, CA CONT 527700, OR CONT 144207

**SCHEDULE YOUR FREE SECURITY REVIEW TODAY!**

Security • Surveillance • Life Safety • Home Automation • Keyless Entry

Lake County Publishing

# Lake County Record-Bee

2150 S. Main St., PO Box 849
Lakeport, CA 95453
(707) 263-5636
advertising@record-bee.com

3824007

MILLER ADVERTISING AGENCY, INC.
220 WEST 42ND STREET, 12TH FLOOR
NEW YORK, NY  10036

Legal No.        **0006794172**

## Affidavit of Publication
## STATE OF CALIFORNIA
## County of Lake
### FILE NO. RB270019

I, Molly E. Lane, being first duly sworn, depose and say: That at and during all the dates and times herein mentioned I was, and now am the legal clerk of the Lake County Record-Bee, a newspaper published for the dissemination of local or telegraphic news and intelligence of a general character, having a bona fide subscription list of paying subscribers, and which is, and has been, established, printed and published at regular intervals, to-wit: Daily (except Sunday and Monday) in the City of Lakeport, County and State aforesaid, for more than one year preceding the date of the publication below mentioned, a newspaper of general circulation, as that term is defined by Section 6,000 et al, of the Government Code of the State of California, and is not and was not during any said times, a newspaper devoted to the interests or denomination, or for any members of such classes, professions, trades, callings, races or denominations.

That at, and during all of said dates and times herein mentioned, affiant had and now has knowledge and charge of all notes and advertisements appearing in said newspaper; that the notice of which the annexed is printed copy, was published each week in the regular and entire issue of one or more number of the said newspaper during the period and times of publication thereof, to-wit:

For 1 issue published therein on the following  date, viz: 12/01/2023;

that said notice was published in said newspaper proper and not in a supplement; that said notice, as so published, was set in type not smaller than nonpareil, and was preceded with words printed in black face type not smaller than nonpareil, describing and expressing in general terms the purport and character of said notice, as fully appears from the exact copy of said notice, which is hereto annexed as aforesaid.

Executed this 1st day of December, 2023 at Lakeport, California. I hereby declare under penalty of perjury that I have read the foregoing and that it is true and correct.

Molly E. Lane, Legal Clerk

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564**

**Notice of Deadline for Filing Claims: <u>February 20, 2024</u>**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**



PINE HILL PET CARE — CONTRIBUTED

Reva, the black Labrador, was hospitalized on Wednesday after consuming what was believed to be methamphetamine at the playground at Cutten Elementary School in Eureka.

## Dog

FROM PAGE 1

Once at the vet, the doctors noticed how restless the dog was, as Reva refused to have the vet look at her as she hid behind her owner.

"They couldn't touch her, she wouldn't let them," Thaler said, "She jumped every time they tried to move. She was very alert to sudden noises or movements."

Reva climbed on Thaler's back but she eventually settled, and the vet was able to listen to Reva's heart rate, saying her heart rate was "very accelerated."

"They had to take her to a dark room and sedate her to get a temperature, they did and her temperature was very high and her pupils seem dilated," Thaler said, "The doctor came in and said 'I've seen this before, I think she may have ingested some meth.' "

Thaler's immediate concern was how much meth Reva could have consumed and the effects it could have on the dog's body and well-being.

"She's not a big dog, I don't know how much she ingested. I was worried there would be other side effects like brain damage or something like that," Thaler said.

Reva, after the diagnosis, got some medicine to calm her to allow her body to process it without such an accelerated body temperature and heart rate. After Reva was medicated, Thaler said that the dog was "sleepy but still not quite herself," unfortunately for Thaler, the animal hospital was closing for the night, so Thaler transported Reva up to Sunny Brae where Reva could stay overnight.

Reva stayed overnight before coming home on Thanksgiving morning. Thaler said she was extra tired but was making her way back to normal.

"I was very concerned because I live right next to the school, I'm involved in the district, and my son attends Ridgewood Elementary and he's going to go to Cutten

next year," Thaler said

The next day, Thaler and her 7-year-old son went back to the playground at Cutten Elementary looking for what Reva could have gotten into.

"My son really wanted to go back to the playground without the dogs and look around," Thaler said, "A little 7-year-old kiddo trying to spot meth on the playground. We didn't really even know what we were looking for, I had to look up a picture of it but we didn't see anything."

Thaler reached out to the Humboldt County Sheriff's Office, who sent a couple of deputies and a drug-sniffing dog to the playground, but ultimately they did not find anything.

"They could not locate any controlled substances or any other substances that could have caused this illness in the dog. At this point, we don't have any corroborating physical evidence to determine what the dog ingested," said Humboldt County Sheriff William Honsal of the deputies' search at Cutten Ele-

mentary.

Reva will undergo some blood tests next week to monitor her well-being, and while she hasn't returned to the park yet, she might once a little more time passes.

"I might be naïve, but it didn't feel like a neighborhood where there would be a lot of meth in the school-yard."

Thaler didn't want to blame whoever may have left the drugs at the school but it did serve as an eye-opener for her.

"I don't want to say they're a terrible person for leaving a drug. Maybe, to them, it might have seemed like an OK spot or maybe they weren't in a mental capacity to really know where they were leaving it," Thaler said. "I don't want to judge too harshly. But it's scary that it's simply out there and affecting people's lives in a harmful way and that the collateral damage is dogs and children and people at parks who might come across it."

*Dylan McNeill can be reached at 707-441-0526.*

## Education

FROM PAGE 1

Anna Powell, senior research and policy associate at the Center for the Study of Child Care Employment at UC Berkeley, said she and many other early education advocates agree that current preschool teachers face an "uphill battle" to become TK teachers.

According to CSCCE, an estimated 17,000 workers in preschool and child care programs have a bachelor's degree, a teacher's child development permit and at least six years of teaching experience in early childhood settings. However, Powell said the new credential proposed for pre-K to third grade would only allow work as a preschool teacher to be counted toward part of the required hours.

"Experienced educators would be required to go back to school and/or obtain additional qualifications first — likely while juggling a full-time teaching job," Powell said. "Meanwhile, a public school teacher in a middle school could potentially teach TK without any new clinical hours or other time-consuming requirements, so long as they have taken 24 units of ECE or child development or equivalent."

"There is still time for California to right this wrong," she added.

Martha Hernandez, executive director of Californians Together, an organization that advocates for English learners statewide, praised the report.

"Our state currently possesses an exemplary policy framework, but what's lacking is a concrete, systemic plan, adequate, targeted funding

for effective implementation and accountability for better educational opportunities and outcomes for English learners," Hernandez said.

Hernandez said the California Department of Education should lead a coordinated, statewide effort to implement the English Learner Roadmap, a guide approved by the State Board of Education in 2017 for school districts to support English learners better.

One way to recruit more bilingual teachers both for TK and other grades would be to encourage high school graduates who were awarded the State Seal of Biliteracy to join teacher preparation programs,

Hernandez said. To receive the State Seal of Biliteracy, graduates must show proficiency in both English and another language.

"A modest target of 5% from the over 400,000 candidates could significantly reduce the shortage," Hernandez said. "The time for translating vision into action is now."

*Note: The research discussed in this article was supported by a grant from Sobrato Philanthropies. EdSource receives funding from many foundations, including Sobrato Philanthropies. EdSource maintains sole editorial control over the content of its coverage.*

**Riviera Hills Restaurant & Lounge**

*Saturday Music 6 to 10 pm outside on the patio*

Monday Night
**Buffet**
Wednesday Night
**Tacos!!!**
*Reservations recommended, limited seating available!*

Karaoke Every Friday
Live Music Every Saturday

Sunday Jam
First Sunday
of every month

277-7575 • 10200 FAIRWAY DR • KELSEYVILLE

### New Today

*These ads are appearing for the first time in today's Record-Bee.*
*See more ads in our classified pages*

**New Today**

A Power
Wheelchair
'new' at
NO COST!! $0
Call to qualify
1-800-350-7033

See The Record-Bee
Classifieds Online At
www.record-bee.com



**Take time to be a dad today.**
Call 877-4DAD411 or visit www.fatherhood.gov

Ad Council



**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO**

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\***


'I want to be a bench. Recycle me'

**KEEP AMERICA BEAUTIFUL**
Ad Council
IWantToBeRecycled.org

# Lake County BUSINESS CARD DIRECTORY

• Directories will run daily in the Ukiah Daily Journal, Lake County Record-Bee and weekly in, the Hometown Shopper
• Ads will match your business card for convenience and efficiency

Daily Exposure Makes this a Great Advertising Value!


**CRISS TREE CARE**
CA. CONTRACTORS LIC. 909489

Hazardous Removals, Chipping, Lot Clearing, Thinning, Crown Reduction, Shaping, Pruning, removing Deadwood, View Enhancement, Storm Damage, Stump Grinding, Risk Assessment

**707-349-2113**
Serving Lake and Mendocino Counties

Travis Criss
ISA Certified Arborist
WE 7675 A
E-mail: Treewalker73@aol.com   CA Contractor License # 909435

Lake County Publishing

# Lake County Record-Bee

2150 S. Main St., PO Box 849
Lakeport, CA 95453
(707) 263-5636
advertising@record-bee.com

3824007

MILLER ADVERTISING AGENCY, INC.
220 WEST 42ND STREET, 12TH FLOOR
NEW YORK, NY 10036

Legal No. **0006803145**

## Affidavit of Publication
## STATE OF CALIFORNIA
## County of Lake
### FILE NO. RB270019

I, Molly E. Lane, being first duly sworn, depose and say: That at and during all the dates and times herein mentioned I was, and now am the legal clerk of the Lake County Record-Bee, a newspaper published for the dissemination of local or telegraphic news and intelligence of a general character, having a bona fide subscription list of paying subscribers, and which is, and has been, established, printed and published at regular intervals, to-wit: Daily (except Sunday and Monday) in the City of Lakeport, County and State aforesaid, for more than one year preceding the date of the publication below mentioned, a newspaper of general circulation, as that term is defined by Section 6,000 et al, of the Government Code of the State of California, and is not and was not during any said times, a newspaper devoted to the interests or denomination, or for any members of such classes, professions, trades, callings, races or denominations.

That at, and during all of said dates and times herein mentioned, affiant had and now has knowledge and charge of all notes and advertisements appearing in said newspaper; that the notice of which the annexed is printed copy, was published each week in the regular and entire issue of one or more number of the said newspaper during the period and times of publication thereof, to-wit:

For 1 issue published therein on the following date, viz: 01/19/2024;

that said notice was published in said newspaper proper and not in a supplement; that said notice, as so published, was set in type not smaller than nonpareil, and was preceded with words printed in black face type not smaller than nonpareil, describing and expressing in general terms the purport and character of said notice, as fully appears from the exact copy of said notice, which is hereto annexed as aforesaid.

Executed this 22th day of January, 2024 at Lakeport, California. I hereby declare under penalty of perjury that I have read the foregoing and that it is true and correct.

Molly E. Lane, Legal Clerk

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\*

Case: 23-30564    Doc# 588-2    Filed: 04/16/24    Entered: 04/16/24 13:06:47    Page 30 of 53

r.BP13-07/12/17

1

# Football

FROM PAGE 1

one that has a documented history of its players getting debilitating brain disease from repeated blows to the head. Several high-profile examples of former players — most notably the suicide of legendary NFL linebacker Junior Seau who suffered from a degenerative brain disease — have prompted the NFL down to youth leagues to try to make tackling safer.

Researchers say tackle football is still dangerous despite the changes to the game. For instance, Boston University published research last year finding that players who've spent more than 11 years in the sport have an increased likelihood of brain trauma, leading to poor impulse control and thinking problems.

But there's no guarantee Sacramento Democratic Assemblymember Kevin McCarty's bill will advance beyond the Assembly, even in a Legislature that's not shy about citing medical research to make decisions that outrage parental-rights groups and become "nanny state" fodder for national conservative media.

Gov. Gavin Newsom's office said Wednesday that he would veto any bill with an outright ban on youth tackle football. "My Administration will work with the Legislature and the bill's author to strengthen safety in youth football — while ensuring parents have the freedom to decide which sports are most appropriate for their children," he said in a statement.

Assembly Bill 734 would phase in a ban, first prohibiting children under 6 from playing tackle football starting in 2025, and working up to bar those younger than 12 by 2029. It must pass on the Assembly floor by the end of the month if it's going to eventually make its way through the state Senate to Gov. Gavin Newsom's desk. Newsom hasn't indicated whether he'd sign the bill.

A handful of other state legislatures have debated similar youth tackle football bans. None have passed. A similar version of the bill in 2018 failed in California to even get out of committee.

Along the way, lawmakers are sure to see a repeat of last week's hearing. Dozens of coaches, youth sports association officials, jersey-clad preteen football players and their parents spilled out of the hearing room into the hallway as they lined up to take the microphone and urge the committee to kill the measure.

The groups, including the California coalition of Save Youth Football, whose private Facebook group has nearly 7,000 members, have promised to keep up the pressure.

Already, the issue has taken on a partisan tone. A representative for Moms for Liberty, an influential group among conservatives known for seek-

ing to ban textbooks that reference gender identity and academic discussions about systemic racism, was among those who testified in opposition last week.

"Huddle up California. Protect your parental rights. Stand up to Big Government," the California Youth Football Alliance wrote on its Facebook page earlier this month, urging followers to contact McCarty's office.

## Youth tackle football fans cite race, community ties

But youth tackle football is different from other parental-rights debates that are more easily framed as a Republican-Democrat dichotomy.

As they weigh the bill, liberal lawmakers will consider arguments from the likes of Sacramento County Sheriff Jim Cooper, who opposes it.

Cooper, a Black former Democratic Assemblymember from Elk Grove, worries that banning youth tackle football would take away an outlet for young children in Black communities who might otherwise find their way into a gang.

"Notably, Black male children engage in youth tackle football at higher rates than any other race," Cooper told the committee last week in his sheriff's uniform. "To my knowledge, there's been no pressure to limit participation in lacrosse, soccer or ice hockey, which all have concussion rates similar to youth tackle football but are prevalent in more affluent and exclusive communities."

Lawmakers, he said, have already passed legislation he authored in 2019 that limited full-contact youth football practices to no more than 30 minutes per day, two days a week. That bill had support from the California Youth Football Alliance.

Lawmakers also will have to weigh their own experiences with the sport. Assemblymember Tom Lackey, one of the Republicans on the sports and tourism committee, told his colleagues last week that he's "participated in flag football and ... participated in tackle football. They're different."

"If we ban this sport, we take away the opportunity and many opportunities from children to grow — not only as an athlete — but as a self-actualized adult who knows when they have the capabilities to overcome an obstacle and achieve success further," said Lackey, a former California Highway Patrol sergeant from Palmdale. "We take away a lifelong passion for the love of the game."

## Experts warn of dangers from tackling

McCarty, the bill's author and a former Pop Warner youth football player himself, said wanting to restrict young kids from tackling each other won't negate their love for football, a sport that he said has been part of his family for as long as he can re-

member.

"You can love football and love our kids and try to protect our kids at the same time," he told the committee, after pulling out a table in a 49ers logo.

The experts McCarty brought in to testify in support of his bill included pediatric neurologist Dr. Stella Legarda, president of the California Neurology Society, which sponsored the bill. The group spent $17,983 on lobbying last year on this bill and others, according to the latest reports filed with the California Secretary of State.

She pointed out that the NFL has been having its own players shed their pads and helmets to play flag football in its signature exhibition game, the Pro Bowl.

"When the NFL takes measures to protect its players by playing flag football in the Pro Bowl, it is not just safeguarding its multimillion investments," Legarda told the committee. "It delivers the clear message that impact injuries and cumulative head trauma are perilous and should be minimized."

Assemblymember Vacencia, the former football player, told CalMatters in an interview that the bill and the concerns about the health of California's youth football players were very much on his mind last year, as he stood on the sidelines of his alma mater, San Jose State, during its game with its rival, Cal State Fresno.

He said he was struck by "how violent and damaging" the sport he played is. He couldn't imagine taking those sorts of hits at the speeds the players were moving, now, as a 35-year-old man.

Valencia said that young kids can play flag football and still learn the skills they'll need to play tackle football when they're older — without risking brain damage.

"Drills, becoming more athletic, agility, speed, that makes you a better football player," he said. "But tackling? That comes second hand. You can figure that out in a very short period of time."

# Diversity

FROM PAGE 1

environmental science major at Mission College in Santa Clara. "I've had a few professors who are Asian American men, but navigating higher education as a woman of color has been difficult. I have yet to take a class with a female Asian American professor, and it feels like my identity has been left out."

Chang spoke at an event Tuesday evening hosted by the campaign about the report.

Autumn Alaniz-Wiggins, a student at Chico State University, said she was excited to study nutrition, access and food justice at the school. But when she started her classes, she found that instead of learning about the intersection of systemic racism and food swamps, her instructors focused on the benefits of kale and quinoa.

"It became clear to me that the absence of diverse identities in faculty and leadership positions hindered us from equitable student access," she said. And for a year, Alaniz-Wiggins dropped out of college. That is, until she met her first Black faculty member at Chico State.

"He taught culturally relevant courses and even hired me as a research assistant where I became published through a study on nutritional knowledge and (low-income) students," she said. "For the first time, I was getting the support that I needed from the start."

For the Campaign for College Opportunity, improvement is too slow.

"California's public colleges and universities as well as our governor and Legislature have prioritized and invested in efforts to increase the representation of faculty and college leaders, but the work is, at best, happening at a pace that is far too slow or at worst, only paying lip service to the values of diversity, equity and inclusion," said Michele Siqueiros, president of the Campaign for

College Opportunity. Despite small increases in the racial and ethnic diversity of faculty and college leadership, "troubling gaps" remain, she added.

The report found that while there have been improvements in gender and racial representations since the campaign's first report in 2018, the state's public universities still need to improve diversifying their leadership positions. For example, Latino, Black, Asian, Native Hawaiian and American Indian professors are underrepresented among the tenured and tenure-track faculty groups across the community colleges, UC and CSU systems.

## The UC system

There are few Latino faculty members in the UC system, and only 8% of them are tenured or on the tenure track. Among Black faculty, only 3% are tenured or on the tenure track.

Only eight of 117 campus leaders in the UC system are Latino, compared with 25% of UC students who identify as Latino, 39% of all Californians and 49% of Californians aged 18 to 24.

When it comes to women in leadership, only two of the nine undergraduate campuses are led by women, despite 54% of undergraduate UC students identifying as women.

## The Cal State system

Only 10% of Latino faculty across the 23 CSU campuses are tenured or on the tenure track.

The report also found that the CSU's academic senate is also overwhelmingly white. Seventy percent of the Academic Senate and 64% of the campus-wide academic senate members are white, despite white students comprising 21% of the undergraduate student body.

## California's community colleges

Only 18% of Latino faculty across the state's 116 community colleges are tenured or on the tenure track. Among Black faculty, only 4% are tenured or on the tenure track.

Asian and Native Hawaiian-Pacific Islander students comprise 16% of the state's community college students, but only 8% of campus or district leaders are Asian or Native Hawaiian.

California Community Colleges Chancellor Sonya Christian said she's optimistic that in five years students will see an increase in diverse leadership across the 116 campuses.

"Tenure happens at the discipline level, not only at the college level," she said. "As system leaders, we need to set the expectations and shift the mindset."

Unfortunately, too often during the hiring process, people give arguments about not diminishing standards in the pursuit of diversity and equity, but "those are all false arguments," Christian said. "We need to focus on what the data shows like the (report)."

---

# Lake County Record-Bee

www.Record-Bee.com

Facebook: facebook.com/RecordBee

Contact us......................................707.263.5636

Managing Editor: Ariel Carmona, arielcarmona@record-bee.com

Publisher, Steve Bressoud .........sbressoud@bayareanewsgroup.com
Classified ...........................................advertising@record-bee.com
Obituaries ................................................obits@record-bee.com

Subscription rates: All Access subscription: Tue-Sat $7.49.
Print Only subscription: Tue-Sat $6.99.

The Lake County Record-Bee is a legal newspaper by decree of the Superior Court of Lake County. The Lake County Record-Bee is published daily, except Sundays, Mondays, Thanksgiving, Christmas and New Year's Day. (USPS No. 302-020) (ISSN 07464304) Periodicals postage paid at Lakeport, CA.

ARBITRATION & SUBSCRIPTION TERMS AGREEMENT: The subscription to the Record Bee is a CONTINUOUS SUBSCRIPTION, which means it will automatically renew at the end of this initial term. Notice of cancellation must be provided before the end of this SUBSCRIPTION TERM to avoid charges for an additional term. You may cancel or modify your subscription at any time by calling Customer Service at 707-263-5636. You will be billed at the term you have selected, which shall be your SUBSCRIPTION TERM. Future SUBSCRIPTION TERM prices are subject to change.

This Subscription Agreement grants you a FULLY PREPAID, NON-REFUNDABLE license to receive and access the Record Bee for the duration of the SUBSCRIPTION TERM. No credit is offered for vacation interruptions.

All home delivery subscriptions will automatically include up to six Special Editions annually, at an additional cost of $7.00. The cost of these Special Editions will be subtracted from the amount you paid for your subscription and will shorten the length of its term UNLESS you OPT OUT of receiving them. If you prefer not to receive these editions, you must call Customer Service at 707-263-5636 OPT OUT. If you do not OPT OUT, your account will be billed automatically and your term will be shortened. Future prices may be higher. We reserve the right to increase rates at any time. In addition to special editions described above, pay through dates will be affected by different factors, including but not limited to, changes in delivery, service adjustments, supply chain surcharges, and interruptions in service.

Digital online content is not subject to California sales tax. The sale of printed newspapers is subject to sales tax reimbursement per Cal. Code Regs, tit. § 1590(b)(1)

For more information on the terms of our ARBITRATION AND SUBSCRIPTION TERMS AGREEMENT visit: http://local.digital-firstmedia.com/common/dfm/arbitrationandrefunds.pdf

PLEASE RECYCLE THIS NEWSPAPER.

Riviera Hills Restaurant & Lounge
Saturday Music 6 to 10 pm outside on the patio

Monday Night
Buffet
Wednesday Night
Tacos!!!
Reservations recommended,
limited seating available!

Karaoke Every Friday
Live Music Every Saturday
Sunday Jam
First Sunday
of every month

277-7575 • 10200 FAIRWAY DR • KELSEYVILLE

Dr. Jerry Waddington, DVM
Animal Hospital of Lake County

Enter our FREE raffle

SEASONAL SPECIAL!
15% OFF Dentistry!

14130 Lakeshore Dr. (Old Firehouse) Clearlake
707-995-1138

U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: February 20, 2024

YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

Lake County BUSINESS CARD DIRECTORY



CRISS TREE CARE
CA. CONTRACTORS LIC 909489

Hazardous Removals, Chipping, Lot Clearing, Thinning, Crown Reduction, Shaping, Pruning, removing Deadwood, View Enhancement, Storm Damage, Stump Grinding, Risk Assessment

707-349-2113

Serving Lake and Mendocino Counties

Travis Criss
ISA Certified Arborist
WE 7875 A
CA Contractor License # 909435

E-mail: Treewalker73@aol.com

Daily Exposure Makes this a Great Advertising Value!

• Directories will run daily in the Ukiah Daily Journal, Lake County Record-Bee and weekly in, the Hometown Shopper
• Ads will match your business card for convenience and efficiency

**The Times-Standard**

PO Box 3580
Eureka, CA 95502
707-441-0571
legals@times-standard.com

3784498

MILLER ADVERTISING AGENCY, INC.
71 FIFTH AVENUE
NEW YORK, NY 10003

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

## STATE OF CALIFORNIA
## County of Humboldt

### FILE NO. RB270020

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-mentioned matter. I am the principal clerk of the printer of THE TIMES-STANDARD, a newspaper of general circulation, printed and published daily in the City of Eureka, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 15, 1967, Consolidated Case Numbers 27009 and 27010; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**12/01/2023**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Eureka, California,
This 1st day of December, 2023

---

Legal No.        **0006794185**

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing**

r.BP10-12/01/15

FOREIGN AFFAIRS

# Russia's Supreme Court outlaws LGBTQ+ activism

By Dasha Litvinova
The Associated Press

TALLINN, ESTONIA » Russia's Supreme Court effectively outlawed LGBTQ+ activism on Thursday, the most drastic step against advocates of gay, lesbian and transgender rights in the increasingly conservative country.

Ruling in response to a lawsuit filed by the Justice Ministry, the court labeled what the suit called the LGBTQ+ "movement" operating in Russia as an extremist organization and banned it.

The ruling is the latest step in a decade-long crackdown on LGBTQ+ rights in Russia under President Vladimir Putin, who has emphasized "traditional family values" during his 24 years in power.

Thursday's closed-door hearing lasted four hours. No one besides Justice Ministry representatives were allowed in, and there was no defendant. Journalists were taken into the courtroom only for the reading of the verdict by Judge Oleg Nefedov, who wore a face mask, apparently for health reasons.

The case was classified, and the ministry didn't disclose any evidence, saying only that authorities had identified "signs and manifestations of an extremist nature" in the movement it


Gay rights activists carry rainbow flags as they march during a May Day rally in St. Petersburg, Russia, on May 1, 2013.
THE ASSOCIATED PRESS

seeks to ban, including "incitement of social and religious discord."

Multiple rights activists have noted the lawsuit was lodged against a movement that is not an official entity, and that under its broad and vague definition, Russian authorities could crack down on any individuals or groups deemed to be part of it.

"In practice, it could happen that the Russian authorities, with this court ruling in hand, will enforce (the ruling) against LGBTQ+ initiatives that

work in Russia, considering them a part of this civic movement," said Max Olenichev, a human rights lawyer who works with the Russian LGBTQ+ community, contacted by The Associated Press before the ruling.

The lawsuit targets activists and effectively prohibits any organized activity to defend the rights of LGBTQ+ people, Olenichev added.

Multiple Russian independent media outlets and rights groups added rainbow symbols to their logos

on social media in solidarity with the LGBTQ+ community.

Amnesty International called the ruling "shameful and absurd," warning it could lead to a blanket ban on LGBTQ+ organizations, violate freedom of association, expression and peaceful assembly, and lead to discrimination.

"It will affect countless people, and its repercussions are poised to be nothing short of catastrophic," said Marie Struthers, the group's director for Eastern Europe and Central Asia.

ENVIRONMENT

# Pressure builds to eliminate fossil fuel use

By Seth Borenstein
The Associated Press

DUBAI, UNITED ARAB EMIRATES » Pressure to phase out fossil fuels mounted Thursday on the oil company chief who took over fragile international climate negotiations that opened in Dubai amid concerns about what some say are contradictory dual roles.

United Nations and climate talks leaders might have welcomed some of the pressure with an early victory they called unprecedented. Negotiators unanimously approved muchfought over plans to launch and fund a new program to compensate poorer nations hit by floods, storms, drought and other climate extremes. Several nations, led by host United Arab Emirates, immediately pledged more than $420 million for the new fund, which took 30 years to approve.

Leaders said they hope the quick win on a key financial issue would set a new tone for negotiations that had put the climate talks newly installed boss on the hot seat and not just because the planet keeps smashing heat records this year.

Days before the United Nations (COP28) began, reports published meeting preparation notes that linked efforts by the United Arab Emirates national oil company ADNOC to push fossil fuel sales at the same time its CEO and new COP president, Sultan Al-Jaber, was meeting to curb climate change. The burning of coal, oil and gas are chief causes of global warming. Al-Jaber vehemently de-

nied the revelations from the BBC on Wednesday, But several climate negotiations experts say it will likely change the tenor and maybe even the outcome of the two weeks of intense negotiations, taking place about 60 miles (100 kilometers) from where five offshore oil fields flow. More than 100,000 people were registered for the negotiations, more than double the previous high for these new U.N. talks.

"I think the pressure on the COP president to deliver is pretty clear and has been clear for months," German climate envoy Jennifer Morgan told The Associated Press. "That's the focus here to deliver on really a course correction."

Climate negotiations historian Joanna Depledge said, "whether true or not, the revelations are embarrassing, but I don't think they put COP in jeopardy. To the contrary, the hope is that the pressure on UAE will tighten."

"It's understandable if the COP hosts, and other fossil fuel nations, were starting to feel the heat on this issue," said Mohamed Adow, of Power Shift Africa. "Fossil fuels are after all the elephant in the room and these countries can't go on trying to pretend they are not a problem. This extra scrutiny is certainly welcome."

Al-Jaber's two positions were already a source of mistrust. The news coverage brings even more attention to the role of coal, oil and gas in climate change at climate talks and highlights efforts to eliminate use of fossil fuels said, World Resources Institute president Ani Dasgupta.


COP28 President Sultan Al-Jaber speaks during the opening session at the COP28 U.N. Climate Summit on Thursday in Dubai, United Arab Emirates.
PETER DEJONG — THE ASSOCIATED PRESS

ENERGY SECTOR

# Some OPEC+ members will cut the oil they send to try to boost prices

By Ellen Knickmeyer and Courtney Bonnell
The Associated Press

LONDON » The OPEC oil cartel led by Saudi Arabia and allied producers including Russia made another big swipe at propping up lagging crude prices Thursday, expanding some output cuts into next year and bringing up-and-coming oil supplier Brazil into the fold.

Lower oil prices have been a good thing for U.S. drivers, who have been able to fill their gas tanks for less money in recent months. But it's bad news for OPEC+ countries whose oil income bolsters their economies and who have faced setbacks in pushing prices higher despite initial fears

that the Israel-Hamas war could affect oil flows.

The OPEC+ oil ministers came out of an online meeting with more than 2 million barrels per day in voluntary cuts through the first three months of next year and declared that Brazil would join the bloc in January, bringing one of the world's fastest-growing oil producers into an alliance that is trying to rein in global oil supply.

However, sweeping cutbacks from OPEC+ and individual member countries since October 2022 have not made lasting changes to oil prices because of concerns about too much crude circulating in a weakening global economy, which could weigh on the thirst

for oil for travel and industry.

The market even shrugged off the new move, though it amounts to roughly 2% of global supply.

Jorge Leon, senior vice president of oil market research for Rystad Energy, called it a "bit of disappointing meeting" for OPEC+ and a "bittersweet" one for Saudi Arabia in particular because it couldn't convince the whole group to commit to production cuts.

The market also was let down, because it was likely expecting a deal covering the first half of next year," he said.

Saudi Arabia led the deepening voluntary cuts Thursday, extending its reduction of 1 million barrels

per day through March. It was followed by Russia, which is cutting 300,000 barrels per day of crude and refined oil products, and then Iraq, the United Arab Emirates, Kuwait, Kazakhstan, Algeria and Oman with smaller amounts.

Russia wants higher oil prices to boost the main way it fills its war chest against Ukraine, while the Saudis have to earn nearly $86 per barrel to meet their planned spending goals, according to the latest estimate from the International Monetary Fund.

Saudi Arabia is trying to fund an ambitious overhaul of the kingdom's economy, reduce its dependence on oil and create jobs for a young population.

ASIA

# South Koreans want nukes, which could roil one of world's most dangerous regions

By Foster Klug
The Associated Press

CHEORWON, SOUTH KOREA » To the steady rat-tat-tat of machine guns and exploding bursts of smoke, amphibious tanks slice across a lake not far from the big green mountains that stand along the world's most heavily armed border.

Dozens of South Korean and U.S. combat engineers build a pontoon bridge to ferry tanks and armored vehicles across the water, all within easy range of North Korean artillery.

For seven decades, the allies have staged annual drills like this recent one to deter aggression from North Korea, whose 1950 surprise invasion of South Korea started a war that has technically yet to end.

The alliance with the United States has allowed South Korea to build a powerful democracy, its citizens confident that Washington would protect them if Pyongyang ever acted on its dream of unifying the Korean Peninsula under its own rule.

Until now.

With dozens of nukes in North Korea's burgeoning arsenal, repeated threats to launch them at its enemies, and a stream of tests of powerful missiles de-


U.S. and South Korean soldiers try to connect a floating bridge during a military drill in Cheorwon, South Korea, on Aug. 31.
LEE JIN-MAN — THE ASSOCIATED PRESS

signed to pinpoint target a U.S. city with a nuclear strike, a growing number of South Koreans are losing faith in America's military presence in the region.

The fear is this: That a U.S. president would hesitate to use nuclear weapons to defend the South from a North Korean attack knowing that Pyongyang could kill millions of Americans with atomic retaliation.

Frequent polls show a strong majority of South Koreans — between 70% and 80% in some surveys — support their nation acquiring atomic weapons or urging Washington to bring back the tactical nuclear weapons it removed from the South in the early 1990s.

It reflects a surprising erosion of trust between nations that like to call their alliance an unshakable cornerstone of America's military presence in the region.

"I think one day they can abandon us and go their own way if that better serves their national interests," Kim Bang-rak, a 76-year-old security guard in Seoul, said of the United States. "If North Korea bombs us, we should bomb them equally in retaliation, so it would be better for us to have nukes."

Underscoring those fears: Just hours before the U.S.-South Korean tank drills began in Cheorwon, North Korean leader Kim Jong Un oversaw two ballistic mis-

sile test launches meant to simulate "scorched earth" nuclear strikes on South Korean command centers and airfields.

At the heart of South Korean unease is a broader debate over who gets to have nuclear weapons, a question that has anguished nations since two U.S. nuclear bombs flattened Hiroshima and Nagasaki in 1945.

The sharp rise in support for South Korean nuclear weapons is not occurring in a vacuum. Nonproliferation experts say a vibrant global nuclear arms race shows little sign of slowing.

Nine countries — the United States, Russia, Britain, France, China, India, Pakistan, North Korea and Israel — spent nearly $83 billion in 2022 on nuclear weapons, according to a recent report by the International Campaign to Abolish Nuclear Weapons. That's an increase of $2.5 billion from 2021, with the United States alone spending $43.7 billion.

How South Korea deals with the nuclear question could have major implications for Asia's future, potentially jeopardizing the U.S.-South Korean alliance and threatening a delicate nuclear balance that has so far kept an uneasy peace in a dangerous region.

U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

**The Times-Standard**
PO Box 3580
Eureka, CA 95502
707-441-0571
legals@times-standard.com

3784498

MILLER ADVERTISING AGENCY, INC.
71 FIFTH AVENUE
NEW YORK, NY 10003

Legal No.        **0006803143**

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

## STATE OF CALIFORNIA
## County of Humboldt

### FILE NO. RB270020

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-mentioned matter. I am the principal clerk of the printer of THE TIMES-STANDARD, a newspaper of general circulation, printed and published daily in the City of Eureka, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 15, 1967, Consolidated Case Numbers 27009 and 27010; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit,

**01/19/2024**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Eureka, California,
This 22th day of January, 2024

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing**

r.BP10-12/01/15

## YEMEN

# US forces strike Houthi sites, allied action hasn't stopped ship attacks

**By Zeke Miller and Aamer Madhani**
*The Associated Press*



President Joe Biden walks to speak to the media before boarding Marine One on the South Lawn of the White House, on Thursday in Washington.

YURI GRIPAS — THE ASSOCIATED PRESS

WASHINGTON » U.S. forces on Thursday conducted a fifth strike against Iranian-backed Houthi rebel military sites in Yemen as President Joe Biden acknowledged that the American and British bombardment had yet to stop the militants' attacks on vessels in the Red Sea that have disrupted global shipping.

The latest strikes destroyed two Houthi antiship missiles that "were aimed into the southern Red Sea and prepared to launch," U.S. Central Command said in a statement posted to X, formerly known as Twitter. They were conducted by Navy F/A-18 fighter aircraft, the Pentagon said.

Biden said the U.S. would continue the strikes, even though so far they have not stopped the Houthis from continuing to harass commercial and military vessels.

"When you say working, are they stopping the Houthis, no. Are they going to continue, yes," Biden said in an exchange with reporters before departing the White House for a domestic policy speech in North Carolina.

Biden's comments followed another significant round of strikes Wednesday night, when the U.S. military fired another wave of ship-and submarine-launch missile strikes against 14 Houthi-controlled sites. The strikes were launched from the Red Sea and hit 14 missiles that the command also had deemed an imminent threat.

His administration also has put the Houthis back on its list of specially designated global terrorists. The sanctions that come with the formal designation are meant to sever violent extremist groups from their sources of financing, while also allowing vital humanitarian aid to continue flowing to impoverished Yemenis.

Despite sanctions and military strikes, including a large-scale operation carried out by U.S. and British warships and warplanes that hit more than 60 targets across Yemen, the Houthis keep harassing commercial and military ships. The U.S. has strongly warned Iran to cease providing weapons to the Houthis.

"We never said the Houthis would immediately stop," the Pentagon's deputy press secretary, Sabrina Singh, said at a briefing, when asked why the strikes have not seemed to stop the Houthis. Since the joint U.S. and British operation got underway last Friday, hitting 28 locations and struck more than 60 targets in that initial round, the Houthis' attacks have been "lower scale," Singh said.

---

## WASHINGTON

# Congress votes to avert a shutdown, government funded into early March

**By Mary Clare Jalonick and Kevin Freking**
*The Associated Press*

WASHINGTON » Congress sent President Joe Biden a short-term spending bill on Thursday that would avert a looming partial government shutdown and fund federal agencies into March.

The House approved the measure by a vote of 314-106, with opposition coming mostly from the more conservative members of the Republican conference. Shortly before the vote, the House Freedom Caucus announced it "strongly opposes" the measure because it would facilitate more spending than they support.

Nevertheless, about half of Republicans joined with Democrats in passing the third stopgap funding measure in recent months. The action came a few hours after the Senate had voted overwhelmingly to pass the bill by a vote of 77-18.

The measure extends current spending levels and buys time for the two chambers to work out their differences over full-year spending bills for the fiscal year that began in October.

The temporary measure will run to March 1 for some federal agencies. Their funds were set to run out Friday. It extends the remainder of government operations to March 8.

White House press secretary Karine Jean-Pierre said the president would sign the resolution and urged Republicans to quit wasting time on partisan spending bills.

"House Republicans must finally do their job and work across the aisle to pass full-year funding bills that deliver for the American people and address urgent domestic and national security priorities by passing the President's supplemental request," Jean-Pierre said.

Speaker Mike Johnson, R-La., has been under pressure from his right flank to scrap a $1.66 trillion budget price tag he reached with Senate Majority Leader Chuck Schumer earlier this month for the spending bills. Rep. Chip Roy, R-Texas, said the continuing resolution passed Thursday will facilitate that agreement, and urged colleagues to vote against it.

"It's Groundhog Day in the House chamber all the time, every day, yet again spending money we don't have," Roy said.

Johnson has insisted he will stick with the deal, and moderates in the party have stood behind him. They say that changing course now would be going back on his word and would weaken the speaker in future negotiations.

Rep. Rosa DeLauro, the ranking Democrat on the House Appropriations Committee, said Americans expect Congress to govern and work in a bipartisan fashion.

"Some of my colleagues would see that this government would shut down and don't care how hurtful that would be," DeLauro said.

House Republicans have fought bitterly over budget levels and policy since taking the majority at the start of 2023. Former House Speaker Kevin McCarthy, R-Calif., was ousted by his caucus in October after striking an agreement with Democrats to extend current spending the first time. Johnson has also come under criticism as he has wrestled with how to appease his members and avoid a government shutdown in an election year.

"We just needed a little more time on the calendar to do it and now that's where we are," Johnson said Tuesday about the decision to extend federal funding yet again. "We're not going to get everything we want."

Most House Republicans have so far refrained from saying that Johnson's job is in danger. But a revolt of even a handful of Republicans could endanger his position in the narrowly divided House.

Virginia Rep. Bob Good, one of eight Republicans who voted to oust McCarthy, has been pushing Johnson to reconsider the deal with Schumer.

"If your opponent in negotiation knows that you fear the consequence of not reaching an agreement more than they fear the consequence of not reaching an agreement, you will lose every time," Good said this week.

Other Republicans acknowledge Johnson is in a tough spot. "The speaker was dealt with the hand he was dealt," said Kentucky Rep. Andy Barr, noting the constraints imposed by the party's slim majority.

---

# Netanyahu

FROM PAGE 1

tone, repeatedly saying that Israel would not halt its offensive until it realizes its goals of destroying Gaza's Hamas militant group and bringing home all remaining hostages held by Hamas.

He rejected claims by a growing chorus of Israeli critics that those goals are not achievable, vowing to press ahead for many months. "We will not settle for anything short of an absolute victory," Netanyahu said.

Israel launched the offensive after an unprecedented cross-border attack by Hamas on Oct. 7 that killed 1,200 people and took some 250 others hostage. Roughly 130 hostages are believed by Israel to remain in Hamas captivity. The war has stoked tensions across the region, threatening to ignite other conflicts.

Israel's assault, one of the deadliest and most destructive military campaigns in recent history, has killed nearly 25,000 Palestinians, according to Gaza health



Israeli army tank moves near the Israeli-Gaza border, in southern Israel, on Thursday.

CHAD ZWIEGENBERG — THE ASSOCIATED PRESS

authorities, caused widespread destruction and uprooted over 80% of the territory's 2.3 million people from their homes.

The staggering cost of the war has led to increasing calls from the international community to halt the offensive. After initially giving Israel wall-to-wall support in the early days of the war, the United States, Israel's closest ally, has begun to express misgivings and urged Netanyahu to spell out his vision for postwar Gaza.

The United States has said the internationally recognized Palestinian Authority, which governs semi-autonomous zones in the Israeli-occupied West Bank, should be "revitalized" and return to Gaza. Hamas ousted the authority from Gaza in 2007.

The U.S. has also called for steps toward the establishment of a Palestinian state. The Palestinians seek Gaza, the West Bank and east Jerusalem for their state. Those areas were captured by Israel in 1967.

Speaking Wednesday at the World Economic Forum in Davos, Switzerland, Blinken said the two-state solution was the best way to protect Israel, unify moderate Arab countries and isolate Israel's arch-enemy, Iran.

Without a "pathway to a Palestinian state," he said, Israel would not "get genuine security."

At the same conference, Saudi Arabia's foreign minister said the kingdom is ready to establish full relations with Israel as part of a larger political agreement. "But that can only happen through peace for the Palestinians, through a Palestinian state," he said.

Netanyahu, who leads a far-right government opposed to Palestinian statehood, repeated his longstanding opposition to a two-state solution. He said a Palestinian state would become a launching pad for attacks on Israel.

He said Israel "must have security control over the entire territory west of the Jordan River," adding: "That collides with the idea of sovereignty. What can we do?"

"This truth I tell to our American friends, and I put the brakes on the attempt to coerce us to a reality that would endanger the state of Israel," he said.

---

## DOCUMENTARY

# Kidnapping of California woman gets new attention

*The Associated Press*

VALLEJO » The ordeal of Denise Huskins, whose kidnapping from her boyfriend's Northern California home was first dismissed as a hoax by law enforcement, is getting renewed attention as the subject of a new Netflix docuseries, "American Nightmare."

Here's a look at the facts of the case, which captivated the country:



Denise Huskins, left, and her boyfriend, Aaron Quinn listen as their attorneys speak at a news conference on July 13, 2015, in Vallejo.

MIKE JORY — THE TIMES-HERALD VIA AP, FILE

### The kidnapping

On March 23, 2015, Huskins was kidnapped by a masked intruder who broke into the home in Vallejo, a city in the San Francisco Bay Area. Her boyfriend, Aaron Quinn, told detectives he woke up to a bright light on his face and that intruders had drugged, blindfolded and tied both of them up before forcefully taking Huskins in the middle of the night. Quinn also said the kidnappers were demanding an $8,500 ransom.

A Vallejo police detective interrogated Quinn for hours, at times suggesting he may have been involved in Huskins' disappearance. Quinn took a polygraph test which an FBI agent told him he failed, the couple said later in a book about their ordeal.

Huskins, who was 29 at the time, turned up unharmed two days later outside her father's apartment in Huntington Beach, a city in Southern California, where she said she was dropped off. She reappeared just hours before the ransom was due.

### Police call it a hoax

That same day, police in Vallejo announced in a news conference that they had found no evidence of a kidnapping and accused Huskins and Quinn of faking the abduction, which spurred a massive search.

Police said they became suspicious because Quinn waited hours to report the kidnapping. At the news conference, spokesman Kenny Park expressed disgust over the resources supposedly squandered, with 40 detectives assigned to the case, and the fear it caused among

the community.

"It was such an incredible story, we initially had a hard time believing it, and upon further investigation, we couldn't substantiate any of the things he was saying," Park said.

But Quinn and Huskins were adamant that it wasn't a hoax and insisted they were the victims. Quinn's attorney explained the delay in reporting to police by noting that his client had been bound and drugged.

### A suspect is caught and convicted

The couple were proven right when Matthew Muller, a disbarred, Harvard-educated attorney, was caught and charged in Huskins' abduction.

Muller was arrested on June 8, 2015, in South Lake Tahoe for a home-invasion robbery that occurred in Dublin, a city in the Bay Area, and that had similarities to the Vallejo case. Investigators found a laptop that resembled one that belonged to Quinn and had been taken.

A search of a stolen car connected to Muller turned up numerous other items, including a water pistol with a flashlight and laser pointer on it, and a pair of goggles similar to the ones Huskins and Quinn said they were forced to wear during the kidnapping. In the goggles was a strand of long blond hair, the same color as the victim's. Detectives also determined that the vehicle's navigation system history turned up a Huntington Beach address.

Muller pleaded guilty to the kidnapping and is serving a 40-year prison term.

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**



**AFFIDAVIT OF PUBLICATION**

**Del Norte TRIPLICATE**

Country Media Inc. - Del Norte County
501 H St. Suite #1, Crescent City, CA 95531
P.O. Box 277, Crescent City, CA 95531

### STATE OF CALIFORNIA, COUNTY OF DEL NORTE

I, **Shawn Hedgecorth**, I am over the age of eighteen years, and not a party to or interested in the above-entitled matter.

I am the principal clerk of the printer of Del Norte Triplicate, a weekly newspaper of general circulation, printed and published in the City of Crescent City, County of Del Norte, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Del Norte, State of California, under the date of March 21, 1952, case number 7594; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published and not in any supplement thereof on the following dates, to-wit

Account Name: **Miller Advertising Agency, Inc.**
Legal Description: **Notice of Deadline for Filing Claims**
Ad #: **379018**

Published: **December 6, 2023**

I certify (or declare) under penalty of perjury that the foregoing is true and correct. Dated at Crescent City, California, this **13th day of December, 2023.**

_____
*Signature*

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing.

# Wild Rivers Coast CLASSIFIEDS

Placing a classified ad is *Easy and Fast*

Contact us: 📞 (541) 813-1717 Mon - Fri 8:30am – 5:00pm 📍 519 Chetco Ave, Suite 7, Brookings OR 97415 🖥 www.CurryPilot.com • www.Triplicate.com

---

## 102 Home Repair

Eliminate gutter cleaning forever! LeafFilter, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 15% off Entire Purchase. 10% Senior & Military Discounts. Call 1-855-536-8838. (ONPA)

## 106 Senior Services

Safe Step. North America's #1 Walk-In Tub. Comprehensive lifetime warranty. Top-of-the-line installation and service. Now featuring our FREE shower package and $1600 Off for a limited time! Call today! Financing available. Call Safe Step 1-833-395-1433. (ONPA)

## 107 Computer Services

Choose EarthLink Fiber Internet for speeds up to 5 Gigs, no data caps, no throttling. Prices starting at $54.95. Plus, a $100 gift card when you make the switch. Call 1-866-266-3817. (OCAN)

Connect to the best wireless home internet with EarthLink. Enjoy speeds from 5G and 4G LTE networks, no contracts, easy installation, and data plans up to 300 GB. Call 866-857-2897. (OCAN)

FREE high speed internet for those that qualify. Government program for recipients of select programs incl. Medicaid, SNAP, Housing Assistance, WIC, Veterans Pension, Survivor Benefits, Lifeline, Tribal. 15 GB internet service. Bonus offer: Android tablet FREE with one-time $20 copay. Free shipping & handling. Call Maxsip Telecom today! 1-877-390-0458. (ONPA)

## 109 Construction Services

**Coastal Land Clearing LLC.**
CCB# 233431, DEQ#39445
Septic Installation/repair/ maintenance. Brush Clearing/Mulching, Stump Grinding, Excavation. Sean Roberts (541) 661-9913 or email: coastallandclearingllc@ gmail.com
----------------------------------------
Is it time for your new kitchen or bathroom? Shore Pine Renovations in Brookings, OR is a complete home remodeling company. From decks to doors and windows. We do it all! Call us today at 541-254-3960. CCB Lic# 245244

## 150 Misc Services

Are you a pet owner? Do you want to get up to 100% back on Vet Bills? Physicians Mutual Insurance Company has pet coverage that can help! Call 1-833-975-1626 to get a free quote or visit insurebarkmeow.com/onac. (ONPA)

Call LeafGuard and say goodbye to gutter cleaning for good. No cleaning. No leaking. No water damage. No more ladder accidents. Get LeafGuard today and be protected for life. FREE estimate. Financing available. 20% off total purchase (Restrictions may apply.) Call 1-844-345-1537. (OCAN)

DIVORCE $130. Complete preparation. Includes children, custody, support, property and bills division. No court appearances. Divorced in 1-5 weeks possible. 503-772-5295. www.paralegalalternatives.com
legalalt@msn.com
----------------------------------------
Prepare for power outages today with a GENERAC home standby generator. $0 Money Down + Low Monthly Payment Options. Request a FREE Quote. Call now before the next power outage: 1-877-557-1912. (ONPA)

## 150 Misc Services

Switch and save up to $250/year on your talk, text and data. No contract and no hidden fees. Unlimited talk and text with flexible data plans. Premium nationwide coverage. 100% U.S. based customer service. Limited time offer get $50 off on any new account. Use code GIFT50. For more information, call 1-877-916-0803. (ONPA)

The bathroom of your dreams for as little as $149/month! BCI Bath & Shower. Many options available. Quality materials & professional installation. Senior & Military Discounts Available. Limited Time Offer - FREE virtual in-home consultation now and SAVE 15%! Call Today! 1-844-847-9778. (OCAN)

The Generac PWRcell, a solar plus battery storage system. SAVE money, reduce your reliance on the grid, prepare for power outages and power your home. Full installation services available. $0 Down Financing Option. Request a FREE, no obligation, quote today. Call 1-844-989-2328. (ONPA)

Wesley Financial Group, LLC. Timeshare Cancellation Experts. Over $50,000,000 in timeshare debt and fees cancelled in 2019. Get free informational package and learn how to get rid of your timeshare! Free consultations. Over 450 positive reviews. Call 844-487-0221. (OCAN)

## 301 Health & Nutrition

Portable Oxygen Concentrator May Be Covered by Medicare! Reclaim independence and mobility with the compact design and long-lasting battery of Inogen One. Free information kit! Call 855-839-0752. (ONPA)

Stroke and Cardiovascular disease are leading causes of death, according to the American Heart Association. Screenings can provide peace of mind or early detection! Contact Life Line Screening to schedule your screening. Special offer - 5 screenings for just $149. Call 1-844-655-0972. (OCAN)

## 312 Events

Rickreall Gun Show. Saturday, December 9th, 9am-5pm. Sunday, December 10th, 9am-3pm. Admission $8.00. Polk County Fairgrounds, 520 S. Pacific Hwy W., Rickreall. (ONPA)

## 402 Businesses for Sale

Barber shop 20 Years Hwy 101 $2500 541-294-2871

## 515 Employment Opps

**McLennan Excavation and Da-Tone Rock**
Full and part time drivers Office/Receptionist Quarry and excavation laborer/ equipment operator Stop in and apply 98109 North Bank Chetco Call 541-469-3333 lily@pipeandrock.com
----------------------------------------
Safe Coast Seafoods Hiring Class A Drivers. Accepting applications for crab processor's. Apply in person M-F 8:00- 1:00pm 161 Starfish Way, Ca 95531 707-457-7986

## 604 Recreational Vehicles

**2006 Monaco Monarch SE** 30PDD Ford Chassis V10 Triton. 31-foot Motorhome with 2 Slide-outs. 35,000 miles. 7-foot ceilings. Single Windshield. Cummins Onan 4000 Gas Generator. 14-foot Main Slide-out (needs couch or couch/ table combo) Bedroom Slide-out has new mattress. Kitchen has everything and it all works. CB Radio, In-Motion Satellite, New Tires, Fresh Oil Change, Air Filter, New Furnace Electrical Board and Fan Motor, New Inverter, Knife Blades for both tanks, Toilet replaced, Electrical Receptacles Replaced. $27,000 OBO Call 707.460.0207 Thank you!

## 690 Wanted Autos

Get your deduction ahead of the year-end! Donate your car, truck, or SUV to assist the blind and visually impaired. Arrange a swift, no-cost vehicle pickup and secure a generous year-end tax credit. Call Heritage for the Blind Today at 1-844-533-9173 today! (ONPA)

Make a tax-savvy move this holiday season and year-end! Donate your car, truck, boat, RV, and more to champion our veterans. Arrange a swift, no-cost vehicle pickup and secure a generous year-end tax deduction. Call Veteran Car Donations at 1-866-695-9265 today! (ONPA)

## 700 Misc/Trade

Two wooden tables with folding metal legs. 68"X28" $15 & 72"X24" $15. 541-469-4948

Upright freezer. 46"X21" $75. Good condition. 541-661-1249

## 713 Stereo, TV & Video

DIRECTV OVER INTERNET - Get your favorite live TV, sports and local channels. 99% signal reliability! CHOICE Package, $84.99/mo for 12 months. HBO Max and Premium Channels included for 3 mos (w/CHOICE Package or higher.) No annual contract, no hidden fees! Some restrictions apply. Call IVS 1-855-602-2009. (ONPA)

DIRECTV Sports Pack 3 Months on Us! Watch pro and college sports LIVE. Plus over 40 regional and specialty networks included. NFL, College Football, MLB, NBA, NHL, Golf and more. Some restrictions apply. Call DIRECTV 1-855-630-7108. (ONPA)

Switch to DISH and get up to a $300 gift card! Plus get the Multisport pack included for a limited time! Hurry, call for details: 1-866-373-9175. (ONPA)

## 727 Electronics

DURACELL. The #1 trusted battery brand now offering the M150 Portable Power Station. When fully charged the M150 provides enough power to charge all your devices laptops, phones, tablets, earbuds and more for work and fun. Give the gift of portable power this holiday season only $199. Go to portablepower. info/137. (ONPA)

## 732 Fuel & Firewood

Firewood split & delivered. Oak $400/cord, Alder $250/cord. 707-954-7676

## 734 Food & Produce

Give a GREAT GIFT this Season. Send 100% guaranteed, delivered-to-the-door Omaha Steaks! Come save with 8 FREE PureGround Filet Mignon Burgers! Order The Butcher's Deluxe Package! ONLY $99.99. Call 1-855-223-9747 and mention code 74222DHC or visit www.omahasteaks.com/Deluxe8448. (ONPA)

## 736 Pets

Happy Jack Liquiavict 2x is recognized safe & effective against hook & round worms by the USFDA. Double strength, 3 year stability. At Tractor Supply® (www.happyjackinc.com). (ONPA)

## 800 Available For Rent

2 bedroom mobile home w/ 1 bath in a 55+ Mobile Home Park. Small shed outside with a porch and a small back yard. $1200 a month plus a $1200 security deposit. Water/ Sewer/Garbage paid. Credit Check fee of $25 and a 700 or higher to be approved. No Pets. 541-469-6119

Apartment for $1200.00 a month plus a security deposit of $1200. Credit Check fee of $25 and a 700 or higher to be approved. 1 bedroom w/ 1 bathroom plus a jacuzzi tub. Furnished with water/sewer and garbage. No Pets. 541-469-6119

Crescent City, Room for Rent $650/mo + $250. cleaning dep., including wifi, flat screen tv & full access to kitchen & laundry. No Smoking / pets. No drugs of any kind incl. marijuana. Call 707-457-7659

Furnished 1 bedroom 1 bath Apartment/Ste. Upstairs Apt. w/ utilities paid. Includes: W/S, garbage, electric, wi-fi & cable. No pets. $1140.00 a month plus security deposit. $25 Fee for Credit Check. Call (541)469-6119 for appt or questions

## 800 Available For Rent

2Br/1Ba, fenced yard, security system, detached garage, $1250/mo. Klamath. credit check/references req. 202-878-0592

## 804 Apts Unfurnished

1 bd, 1 ba unit avail for rent, $700, per month. 417 Fern Ave. Brookings. Call Janel Drew 541-661-3890

## 860 Storage

Inside 12X30 Storage. $150/mo. Not suitable for household items. Outside parking $60. 951-768-1461

## 901 Homes for Sale by Owner

Brand New home for sale indesireable area. 1883 sq.ft. $679,000. 3bd, 2ba, office. 96408 Oceanside East Drive. Deeded beach access. No realtors, please. 541-661-8958

## 999 Public Notices

A Storage Lien sale will be held on Saturday December 16th, 2023.
**Hewitt's Stor-All 96650 DeMoss Rd. Brookings, OR 97415** Viewing of unit at 11:30 AM, Sale at 12:00 Noon
**Unit #3 - Brian Walker Household & Misc. Items** Published: November 29, December 6 and 13, 2023. Pilot & ONPA P378152



**JOB SEARCHING?** Check out the classifieds and find a wide range of positions in a number of fields.

**LOOKING TO HIRE?** Contact us today to list a job posting.

CURRY COASTAL PILOT
**541-813-1717**

## 999 Public Notices

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO**

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing**

---

## 900 Real Estate/Trade

## 900 Real Estate/Trade

## 900 Real Estate/Trade

## 900 Real Estate/Trade



RICHARD 541-661-1222 • PAT 541-251-2152 • ANTONIO 541-254-0134 • RUTH 541-661-1225 • SKIP 541-661-1504

BECKY 541-661-1506 • DENISE 541-661-1724 • DONICA 310-625-2134 • MICHELLE 541-953-8415 • SALOMEJA "SUNNY" 541-254-3070 • ALEX 541-661-3586 • JIM 541-840-5848 • CALVIN 541-661-1509 • DAVID 541-661-2541

**SMARTER, FASTER, BOLDER**

**CENTURY 21**
**Agate Realty**
1016 Chetco Avenue
P.O. Box 1077, Brookings, OR 97415
**Local:** 541-469-2143
**Toll Free:** 1-800-637-4682
Visit our website
**www.century21agate.com**
**Free Comparable Market Analysis (CMA)**




Download our FREE App to easily search all local MLS properties

Rickreall Don Show... (misc column text continues)

Never miss any news for *Curry* or *Del Norte County* by following us on Facebook! www.CurryPilot.com www.Triplicate.com

## AFFIDAVIT OF PUBLICATION

 Del Norte **TRIPLICATE**

Country Media Inc. - Del Norte County
501 H St. Suite #1, Crescent City, CA 95531
P.O. Box 277, Crescent City, CA 95531

### STATE OF CALIFORNIA, COUNTY OF DEL NORTE

I, **Shawn Hedgecorth**, I am over the age of eighteen years, and not a party to or interested in the above-entitled matter.

I am the principal clerk of the printer of Del Norte Triplicate, a weekly newspaper of general circulation, printed and published in the City of Crescent City, County of Del Norte, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Del Norte, State of California, under the date of March 21, 1952, case number 7594; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published and not in any supplement thereof on the following dates, to-wit

Account Name: **Miller Advertising Agency, Inc.**

Legal Description: **Notice of Deadline for Filing Claims**

Ad #: **382543**

Published: **January 17, 2024**

I certify (or declare) under penalty of perjury that the foregoing is true and correct. Dated at Crescent City, California, this **17th day of January, 2024.**

_Signature_

---

**U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco,
Case No. 23-30564

Notice of Deadline for Filing Claims: <u>February 20, 2024</u>

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "<u>Debtor</u>"), filed for protection under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

**Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.**

For more information on how to obtain and file a proof of claim form and associated documents, please visit <u>https://omniagentsolutions.com/RCASF</u>, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

**\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at <u>https://sfarch.org</u> and follow the links for Chapter 11 Filing\*\***

# Wild Rivers Coast CLASSIFIEDS

## Placing a classified ad is *Easy and Fast*

Contact us:   (541) 813-1717 Mon - Fri 8:30am - 5:00pm   519 Chetco Ave, Suite 7, Brookings OR 97415   www.CurryPilot.com • www.Triplicate.com

---

## 999 Public Notices

NOTICE OF TRUSTEE'S SALE TS No. CA-23-966103-AB Order No.: 230434868-CA-VOI YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 1/7/2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial Code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale. BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE. Trustor(s): CHARLES MINX, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY Recorded: 1/21/2005 as Instrument No. 20050581 of Official Records in the office of the Recorder of DEL NORTE County, California; Date of Sale: 2/7/2024 at 11:00 AM Place of Sale: At the stairs of the Southwest Entrance of the Flynn County Administration Building at 981 H St, Crescent City, CA 95531 Amount of unpaid balance and other charges: $241,536.16 The purported property address is: 130 PINE VIEW CT, CRESCENT CITY, CA 95531-9167 Assessor's Parcel No.: 115-310-004-000 NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 855 238-5118 for information regarding the

trustee's sale or visit this internet website http://www.qualityloan.com, using the file number assigned to this foreclosure by the Trustee: CA-23-966103-AB. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale. NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 855 238-5118, or visit this internet website http://www.qualityloan.com, using the file number assigned to this foreclosure by the Trustee: CA-23-966103-AB to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. NOTICE TO PROSPECTIVE OWNER-OCCUPANT: Any prospective owner-occupant as defined in Section 2924m of the California Civil Code who is the last and highest bidder at the trustee's sale shall provide the required affidavit or declaration of eligibility to the auctioneer at the trustee's sale or shall have it delivered to QUALITY LOAN SERVICE CORPORATION by 5 p.m. on the next business day following the trustee's sale at the address set forth in the below signature block. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. If the sale is set aside for any reason, including if the Trustee is unable to convey title, the Purchaser at the sale shall be entitled only to a return of the monies paid to the Trustee. This shall be the Purchaser's sole and exclusive remedy. The purchaser shall have no further recourse against the Trustor, the Trustee, the Beneficiary, the Beneficiary's Agent, or the Beneficiary's Attorney. If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only. Date: QUALITY LOAN SERVICE CORPORATION 2763 Camino Del Rio S San Diego, CA 92108 619-645-7711 For NON SALE information only Sale Line: 855 238-5118 Or Login to: http://www.qualityloan.com Reinstatement Line: (866) 645-7711 Ext 5318 QUALITY LOAN SERVICE CORPORATION. TS No.: CA-23-966103-AB IDSPub #0190271 Published: January 17, 24, and 31, 2024. Triplicate T382428

---

## 999 Public Notices

**NOTICE OF PETITION TO ADMINISTER ESTATE OF: Richard Caulboy Case Number: PB231072**

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of **Richard Caulboy, Dick Caulboy**

A Petition for Probate has been filed by: **Lisa Fintel**, in the Superior Court of California, County of Del Norte. The petition for probate requests that: **Lisa Fintel** be appointed as personal representative to administer the estate of the decedent. The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court. The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This Authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority. A hearing on the petition will be held in this court as follows:

**Date: January 26, 2024**
**Time: 10:00am Dept.: 2**
**Address of the Court: 450 H Street**
**Crescent City, CA 95531**
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney. If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law. You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk. Attorney for Petitioner: **Julie Fielder 2333 San Ramon Valley Blvd. #145 San Ramon, CA 94583 (925) 244-1185** Published: January 10, 17, and 24, 2024. Triplicate T381919

---

**PUBLIC NOTICE PORT OF BROOKINGS HARBOR IS SEEKING CANDIDATES FOR BUDGET COMMITTEE MEMBERS**

The Port of Brookings Harbor is seeking interested individuals to fill vacancies on the Budget Committee. The term can last up to 3 years. Application requesting appointment can be picked up at the Port Office or located on Port website. Applications can be mailed to Port of Brookings Harbor, P.O. Box 848, Brookings, OR 97415 or delivered to Port Office 16330 Lower Harbor Road. Requests for appointment will be accepted until 4:00 p.m. on February 13, 2024 Published: January 10, 17, 24, 31, and February 7, 2024. Pilot & ONPA P382216

---

## 999 Public Notices

FICTITIOUS BUSINESS NAME STATEMENT
The following person(s) is/ are doing business as: Chimney Kraft 700 Northcrest Drive Crescent City, CA 95531 This Business is conducted by: a limited liability company
The registrant commenced to transact business under the fictitious business name or names listed on: 12/15/2023
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
Signed:/s/ Justin Schrader, Manager, Chimney Kraft
This statement was filed with the County Clerk of Del Norte County on: 12/18/2023
Alissia D. Northrup
County Clerk-Recorder
B. McCune-Sokoloski, Deputy
File No. 20230129
Published: January 3, 10, 17, and 24, 2024. Triplicate T381238

---

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person(s) is/ are doing business as:
**Glen Haven Day Program 680 East Washington Bl Crescent City, CA 95531**
This Business is conducted by: **an individual**
The registrant commenced to transact business under the fictitious business name or names listed on:
**11/7/2023**
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
Signed:**/s/ Jacob Hall**
This statement was filed with the County Clerk of Del Norte County on: **11/7/2023**
Alissia D. Northrup
County Clerk-Recorder
B. McCune-Sokoloski, Deputy
**File No. 20230110**
Published: December 27, 2023, January 3, 10, and 17, 2024. Triplicate T380374

---

**College of the Redwoods Request for Proposal for Del Norte Library Roof Replacement and Skylight Repair**
NOTICE IS HEREBY GIVEN that the Governing Board of the Redwoods Community College District, of the County of Humboldt, State of California, is soliciting proposals for qualified vendors to replace the roof and repair the skylights of the Del Norte Campus Library, located in Crescent City, CA. Proposals are due on **February 22, 2024, at 2:00 PM PST.**
A Site walk will be conducted at the Del Norte Campus located at: Del Norte Education Center 883 W. Washington Blvd, Crescent City, CA 95531 on **February 6th, 2024 @ 1:30 pm.**
Proposal Documents (RFP) are available at: College of the Redwoods 7351 Tompkins Hill Road, Eureka, CA 95501, Website: https://www.redwoods.edu/ businessoffice/Purchasing Inquiries may be directed to: Leslie Marshall, Director, Facilities and Planning, Email: leslie-marshall@redwoods.edu. PROPOSALS ARE DUE: No later than 2:00 PM PST on February 22, 2024. All proposals must be submitted electronically by email to Leslie-Marshall@redwoods.edu, or a thumb drive may be: to: College of the Redwoods, Attn: Leslie Marshall, 7351 Tompkins Hill Road, Eureka, CA 95501. Only proposals that are in strict conformance with the instructions included in the Request for Statements of Proposals will be considered.
Redwoods Community College District
Published: January 17 and 24, 2024. Triplicate T382249

---

## 999 Public Notices

FICTITIOUS BUSINESS NAME STATEMENT
The following person(s) is/ are doing business as: Schrader Construction 700 Northcrest Drive Crescent City, CA 95531 This Business is conducted by: a limited liability company
The registrant commenced to transact business under the fictitious business name or names listed on: 12/15/2023
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
Signed:/s/ Justin Schrader, Manager, Schrader Construction
This statement was filed with the County Clerk of Del Norte County on: 12/18/2023
Alissia D. Northrup
County Clerk-Recorder
B. McCune-Sokoloski, Deputy
File No. 20230130
Published: January 3, 10, 17, and 24, 2024. Triplicate T381239

---

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person(s) is/ are doing business as:
**Life Fitness Center 520 Wilson Avenue Crescent City, CA 95531**
This Business is conducted by: **a limited liability company**
The registrant commenced to transact business under the fictitious business name or names listed on:
**11/4/2023**
I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
Signed:**/s/ Robin Hartwick, Owner**
This statement was filed with the County Clerk of Del Norte County on: **11/14/2023**
Alissia D. Northrup
County Clerk-Recorder
B. McCune-Sokoloski, Deputy
**File No. 20230113**
Published: January 3, 10, 17, and 24, 2024. Triplicate T381544

---

## 999 Public Notices

FICTITIOUS BUSINESS NAME STATEMENT
The following person(s) is/ are doing business as: **Stone Worx Metal Fabrication 205 Meridian Street Crescent City, CA 95531** This Business is conducted by: **an individual** The registrant commenced to transact business under the fictitious business name or names listed on: **n/a** I declare that all information in this statement is true and correct. A registrant who declares as true any material matter pursuant to this section that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).
Signed:**/s/ Jager Stone**
This statement was filed with the County Clerk of Del Norte County on: **12/22/2023**
Alissia D. Northrup
County Clerk-Recorder
B. McCune-Sokoloski, Deputy
**File No. 20230133**
Published: January 3, 10, 17, and 24, 2024. Triplicate T381477

---

**Public Notice**
A Timber Harvesting Plan (THP) is being prepared approximately 3 air miles east of the town of Fort Dick, CA. Timber harvesting operations are proposed adjacent to Sultan Creek and unnamed tributaries that drain into this watercourse. Sultan creek drains into the Smith River. The legal description is Sections 16,17, and 20 of Township 17 North, Range 1 East, Humboldt Baseline Meridian, in Del Norte County, California. There are 3 THP Units located on the Hiouchi, Calif.-Oreg., (1966) USGS, 7.5' Quad Map. If you are aware of a surface domestic water use (surface water, not wells) from the watercourses, within the THP or within 1,000 feet downstream of the proposed harvest area, please contact Alexandria Fletcher at Green Diamond Resource Company within 10 days of the publication of this notice at: 707-668-3757 or at Green Diamond Resource Company P.O. Box 245 Orick, CA 95555. Please include your name, address and telephone number in your response. Reference Deadwood THP. Published: January 17, 2024. Triplicate T382231

---

**U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

Notice of Deadline for Filing Claims: **February 20, 2024**

## YOU MAY HAVE A SEXUAL ABUSE CLAIM OR OTHER CLAIM AGAINST THE ARCHDIOCESE OF SAN FRANCISCO

On August 21, 2023, The Roman Catholic Archbishop of San Francisco, a California corporation sole, aka Archdiocese of San Francisco (the "Debtor"), filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**If you were sexually abused by any person connected with the Debtor, you must file a claim so as to be received by February 20, 2024, or otherwise you will be forever barred, estopped, and enjoined from asserting such claim against the Debtor.**

Claims based on acts or omissions of the Debtor that occurred before August 21, 2023, must be filed on or before February 20, 2024, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before August 21, 2023.

For more information on how to obtain and file a proof of claim form and associated documents, please visit https://omniagentsolutions.com/RCASF, or contact Omni Agent Solutions, Inc., the Debtor's claims agent via email at RCASFinquiries@omniagnt.com or by phone at 888-480-6507 (U.S. and Canada toll free) or 747-293-0084 (International), between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday.

\*\*If you have questions about the bankruptcy case filed by the Archdiocese of San Francisco, please also visit the website at https://sfarch.org and follow the links for Chapter 11 Filing\*\*

**PROOF OF PUBLICATION**

(2010.2015.5 C.C.P.)



de la Bahía

www.elmensajero.com 

**P.O Box 71847, Los Angeles, CA 90071**

Tel: (213)896-2260

## STATE OF CALIFORNIA
## SUPERIOR COURT

I am a citizen of the United Sates and resident of the Los Angeles County. I am over the age of eighteen years, and not a part of or interested in the above-entitled matter. I am the principle clerk of the printer of La Opinion de La Bahia, a newspaper of general circulation, printed and published weekly on Sundays in the City and County of San Francisco, in which the newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco State of California under the date of October 17, 1987.  That the notice of which the annexed is printed copy (set in type not smaller than nonparallel), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

_December 03_

_____

all in the year 20__23__

__05__          __December__    __23__

_Rosa Berumen_

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS**
**PARA EL DISTRITO NORTE DE CALIFORNIA**
**DIVISIÓN DE SAN FRANCISCO**

**En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564**

**Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024**

### USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**\*\*Si usted tiene preguntas sobre el caso de bancarrota presentado por** *the Archdiocese of San Francisco*, **por favor visite también el sitio web en** https://sfarch.org **y siga los enlaces para la presentación del Capítulo 11\*\***

# #Opinión
# #Editorial

## SE SACRIFICA UNA REFORMA MIGRATORIA

Un pequeño grupo bipartidista de senadores está elaborando una serie de reformas a la ley migratoria fuera del marco tradicional que establece combinar nuevas restricciones y límites para los inmigrantes que quieren vivir en Estados Unidos con medidas que contribuyan a la incorporación legal de quienes llevan mucho tiempo viviendo y trabajando en nuestro país.

En concreto, se está negociando en la Cámara Alta una serie de cambios dirigidos a endurecer los estándares para solicitar asilo con el fin de aumentar la cantidad de rechazados y de deportados. La definición de una "amenaza creíble" será más difícil de demostrar.

También se quiere incrementar la cantidad de "países terceros" ante los cuales los migrantes deberán solicitar residencia si los cruzan antes de llegar a nuestra frontera. Y se busca limitar la autoridad presidencial para admitir a extranjeros por razones humanitarias u otras.

Las medidas son parte de una combinación creada por la Casa Blanca para convencer a los republicanos de que respalden la ayuda multimillonaria a Ucrania en su defensa contra los invasores rusos con una inquietud atractiva para ellos como es dificultar el proceso de inmigración.

Una significativa cantidad de congresistas republicanos prefieren que los miles de millones de dólares que van a Ucrania se queden en Estados Unidos, ya sea para reducir el déficit o reforzar la frontera. Varios de ellos simpatizan con el nacionalismo del líder ruso Vladimir Putin en contraste con el globalizado presidente Joe Biden.

La jugada de la Casa Blanca lograr un resultado legislativo expedito favorable para el financiamiento a Ucrania rompe el molde tradicional de negociar cambios migratorios. El tema es tan controversial que se suelen combinar medidas duras que satisfacen a unos republicanos con otras que benefician a los inmigrantes. Este no es el caso.

Creemos, junto a 11 senadores demócratas, que no se debe romper esta dinámica por más urgente que sea el conflicto en Ucrania. Por lo menos se debería poder actuar en la regularización de los menores de edad traídos de niños a nuestro países por sus padres indocumentados.

La gran mayoría de los estadounidenses, votantes y hasta republicanos están de acuerdo en dar los papeles a quienes estudiaron, estudian y trabajan honestamente sin ser haber sido responsables de cruzar ilegalmente.

Desde hace tiempo que los sondeos de opinión muestran que, a excepción de una minoría recalcitrante, hay un consenso general al respecto de permitir el funcionamiento pleno en la sociedad de los beneficiarios del programa de Acción Diferida para los Llegados en la Infancia (DACA), quienes tienen mucho que aportar.

Este es el momento para solucionar el limbo legal en el que se hallan injustamente más de 900,000 personas. Existe un consenso político en la calle para beneficiar a los "soñadores", pero es triste que la urgencia por apoyar a Ucrania y frenar la invasión rusa que tienen los demócratas y el extremismo republicano antiinmigrante rompan la dinámica necesaria para aprobar medidas migratorias razonables que, además, cuentan con amplio apoyo ciudadano.

## LaOpinión
### de la Bahía
www.laopiniondelabahia.com

**Jesús Del Toro**
Editorial Director

-Editorial: 312-870-7000

-Advertising.
Local and regional sales /
Publicidad. Ventas locales y
regionales:
213-896-2300

-To place a classified ad /
Para colocar un anuncio
clasificado: 213-891-9191

-To place a legal notice or
ficticius Business name /
Para colocar un aviso legal o
nombre de negocio 'ficticio':
Rosa Berumen: 213-896-2260
Rosa.Berumen@laopinion.com

**Impremedia**
Iván Adaime, President
Salvador Montejo, Print &
Operations Director
Rafael Cores, Content

-Circulation Department
213-896-2222
-To stop or restart delivery call
AMS Distribution Company.
Para detener o reiniciar nuestra entrega, llama a
AMS Distribution Company.
408- 436-2300.
-AMS is an independent
contractor. Ams delivery
Personnel are not employees
of La Opinión de la Bahía
Newspaper or Impremedia.

The opinions expressed in this newspaper are not necessarily the opinions of the staff, management, advertisers or owners of La Opinión de la Bahía, but are solely the opinion of the author of the piece. The decision to run an article, commentary, opinion review, or any other form of content, including advertising, does not constitute an endorsement of said content by the individuals or companies involved in the production of this newspaper. The content of La Opinión de la Bahía is protected by copyright laws. No content may be reproduced without the express written consent of the publisher.

## AYUDA LEGAL PARA TU CASO DE INMIGRACIÓN CON TAN SOLO UN CLIC.



Así está el *Proyecto de Servicios legales en la Educación superior* facilitando más que nunca que las persona afiliadas a un Colegio Comunitario de California se sometan a evaluaciones para obtener diferentes formas de ayuda migratoria – completamente *gratis*.

Una labor conjunta entre la Oficina del Rector de los Colegios Comunitarios de California, la Fundación para los Colegios Comunitarios de California, la Universidad estatal de California (CSU), y el *Proyecto de Servicios legales en la Educación superior* del Departamento de Servicios Sociales (CDSS) de California está conectando a estudiantes inmigrantes de los colegios comunitarios de California y las CSUs con proveedores de servicios legales de inmigración de confianza para ayudarles a orientarse por el proceso migratorio y a continuar hacia el éxito en su educación sin tener que preocuparse de los costosos honorarios de abogados.

Para atender a los aproximadamente 35,000 estudiantes indocumentados matriculados en el sistema de colegios comunitarios de California – con diferencia, el mayor número de estudiantes indocumentados del país – este proyecto se ha concebido para prestar servicios inestimables a estudiantes, profesorado y personal en cualquiera de los 116 colegios comunitarios en todo el estado. La elegibilidad también se extiende a estudiantes que toman cursos sin crédito, cursos de educación para adultos, o que tienen una inscripción doble.





En este proyecto, *todo* el alumnado además del profesorado y el personal, sin importar su estatus migratorio, son elegibles para servicios legales de inmigración GRATIS. Las consultas son completamente confidenciales y se pueden programar fácilmente para realizarse en el campus o en línea.

Los tipos de ayuda disponible incluyen, pero no se limitan a:
- Consultas de inmigración en general y evaluaciones de elegibilidad
- Ayuda con las renovaciones de DACA
- Solicitudes de naturalización
- Peticiones de inmigración por familia
- Gestión de casos individuales
- Estatus para Jóvenes Inmigrantes Especiales (SIJS, por sus siglas en inglés)

**Un extra de ahorro:** El alumnado que accede a las ayudas a través de los proveedores de servicios legales migratorios en esta red tiene derecho a **ayudas con las cuotas de presentación** para DACA, naturalización y permiso de viaje (Advance Parole).

Para programar cómodamente tu primera cita y obtener más información acerca de este proyecto, ¡visita findyourally.com hoy!

Programa tu primera cita fácilmente en línea escaneando este código con la aplicación de la cámara de tu celular o visitando:

**FINDYOURALLY.COM**

**#FINDYOURALLY**

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE CALIFORNIA
DIVISIÓN DE SAN FRANCISCO**

En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564

Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024

## USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**\*\*Si usted tiene preguntas sobre el caso de bancarrota presentado por el *Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11\*\***

109-123740-1

# PROOF OF PUBLICATION
(2010.2015.5 C.C.P.)



**P.O Box 71847, Los Angeles, CA 90071**
Tel: (213)896-2260

## STATE OF CALIFORNIA
## SUPERIOR COURT

I am a citizen of the United Sates and resident of the Los Angeles County. I am over the age of eighteen years, and not a part of or interested in the above-entitled matter. I am the principle clerk of the printer of La Opinion De La Bahia, a newspaper of general circulation, printed and published weekly on Sundays in the City and County of San Francisco, in which the newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco State of California under the date of October 17, 1987. That the notice of which the annexed is printed copy (set in type not smaller than nonparallel), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

_____

_____

all in the year 20_____

I certified (or declared) under penalty of perjury that the foregoing is true and correct.
Dated at Los Angeles, California, this

_____ day of _____ , 20_____

*Rosa Beruman*
_____
Signature

---

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS**
**PARA EL DISTRITO NORTE DE CALIFORNIA**
**DIVISIÓN DE SAN FRANCISCO**

**En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564**

**Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024**

### USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**\*\*Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11\*\***

SF09-1237940-1

Impremedia Company

# #Salud

## Son miles los hospitalizados y muertos a causa del covid a nivel global

**EFE**

El mundo "continúa en pandemia de covid-19, mientras el virus sigue evolucionando", advirtió la jefa técnica de la Organización Mundial de la Salud contra esta enfermedad, María van Kerkhove, quien recordó que cientos de miles de personas continúan siendo hospitalizadas por este motivo.

En una rueda de prensa organizada ante el aumento de los casos de covid, gripe y otras enfermedades respiratorias a nivel global, Van Kerkhove aclaró que aunque la situación es mucho menos grave que la de 2021 o 2022, el riesgo sanitario del coronavirus implica seguir siendo alto, dado que el patógeno circula por todos los países.

"El número de muertes se ha reducido drásticamente desde el pico alcanzado hace un par de años, pero todavía tenemos alrededor de 10.000 decesos mensuales, y eso sólo es con datos de medio centenar de países", alertó.

La mitad de las muertes reportadas el mes pasado, por ejemplo, provienen únicamente de Estados Unidos, por lo que se teme que numerosos casos no están siendo debidamente reportados.

Según la experta estadounidense, los análisis de aguas residuales en diferentes partes del planeta apuntan a que la circulación real del coronavirus puede ser entre 2 y 19 veces mayor de lo que está siendo reportado.

La situación se complica por el hecho de que las enfermedades respiratorias transmisibles aumentaron en el reciente periodo vacacional, en el que ha habido un crecimiento de los casos no sólo de covid sino también de gripe, virus VSR y otros patógenos estacionales.

La OMS alertó esta semana de un aumento del 42% en



**Alrededor de 10 mil decesos mensuales se registran en la actualidad.** SHUTTERSTOCK

# La OMS advierte que la pandemia de covid-19 no ha terminado

las hospitalizaciones y de un 62% en los ingresos en UCI por covid, unas cifras que una vez más son incompletas, ya que la organización sólo recibe información de apenas una veintena de países, de un total de más de 200 territorios.

"No estamos en una crisis, no tenemos los niveles de impacto del pico de la pandemia en 2021, 2022 o incluso 2023, pero la covid es todavía una amenaza a la salud global y está causando demasiados problemas que podríamos evitar", resumió la jefa técnica de la unidad anticovid de la OMS.

Van Kerkhove recordó también el problema que genera el llamado "covid largo", síntomas multiorgánicos que sufren alrededor de un 6% de los enfermos tras su alta y que pueden prolongarse durante meses e años.

"Nos preocupa que en cin-

co, 10, 20 años podamos ver efectos en forma de problemas cardíacos, pulmonares o neurológicos", admitió la experta norteamericana.

Van Kerkhove reconoció que después de cuatro años "hay cierta complacencia, en un momento en el que la mayoría de la gente no quiere hablar de la covid, quizá en parte por el trauma que mucha gente ha tenido".

La enfermedad "ha causado graves impactos en la salud mental, tanto para los que ha sufrido directamente como para aquellos que perdieron seres queridos", subrayó.

Van Kerkhove recordó las recomendaciones de la OMS en lo referente a vacunación (se aconsejan dosis de refuerzo cada seis u ocho meses para personas mayores, trabajadores sanitarios y otros grupos vulnerables) como en el uso de mascarillas en

determinados casos.

"Recomendamos que todo el mundo utilice mascarilla en las instalaciones sanitarias", insistió la experta, quien también aconsejó el uso de esta protección en personas enfermas con el fin de reducir el contagio de dolencias respiratorias.

## Las mascarillas vuelven a los hospitales

**EFE**

Hospitales en al menos cinco de los 50 estados de EEUU han vuelto a exigir el uso de mascarillas debido al aumento de contagios de covid-19, gripe y otras enfermedades respiratorias.

California, Illinois, Maryland, Nueva York y Massachusetts son algunos de los estados donde los centros de atención médica han hecho obligatorio el uso de mascarillas tanto para los pacientes como para el personal sanitario.

En cualquier caso, el aumento de contagios es difícil de medir en Estados Unidos porque muchos estados han dejado de recolectar datos y el único organismo federal que sigue publicando cifras sobre el impacto del virus son los Centros para el Control y la Prevención de Enfermedades.

### Unas 1,500 muertes a la semana

En concreto, según los CDC, en la semana del 9 de diciembre de 2023, la última con datos completos, se registraron 1,614 muertes por covid-19. De media, en las últimas semanas con datos completos, hubo unas 1,488 muertes semanales. Aunque esas cifras de fallecidos por covid-19 siguen siendo elevadas, son inferiores al récord de 25,974 muertes registrado en la semana que terminó el 9 de enero de 2021. Por otro lado, la gripe fue la causa principal de 163 muertes en la semana que terminó el 9 de diciembre de 2023, según los CDC.

---

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA DIVISIÓN DE SAN FRANCISCO**

En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564

Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024

### USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagent.com por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**\*\*Si usted tiene preguntas sobre el caso de bancarrota presentado por el *Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11\*\***

109-123740-1

# CERTIFICATE OF PUBLICATION

**In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564**

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at Miller Advertising Agency, Inc. and (b) I caused to be published a legal notice in the ***La Prensa Sonoma Newspaper*** in the January 2024 issue (published on Tuesday, December 26th, 2023). A copy of the advertisement is annexed.

X_____
(Signature)

_____
(Title) *Sr. Acct. Exec.*

Sworn to before me this: _26th_ day of _December_, 2023

_____
Notary Public

PETER EGLOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 02, 2026

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA DIVISIÓN DE SAN FRANCISCO**

**En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564**

**Aviso de fecha límite para presentar reclamaciones: <u>20 de febrero de 2024</u>**

## USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "<u>Deudor</u>"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "<u>Código de Bancarrotas</u>").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

\*\*Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11\*\*

# Comercio entre México y Estados Unidos

*Eso ofrece la Cámara de Comercio México-Estados Unidos.*

POR **AGUSTÍN E. PRADILLO**
ESPECIAL PARA LA PRENSA SONOMA

Si su deseo y proyecto de vida es iniciar una empresa dedicada a la importación o exportación, o ya tiene una y le gustaría expandirse hacia nuevos horizontes, es fundamental saber que no está sólo en esta tarea.

Existe toda una infraestructura y organización dispuesta a ayudarlo con el fin de hacer realidad sus ilusiones y, porque no transformarse en un éxito empresarial internacional; para ello cuenta con el apoyo y experticia de la Cámara de Comercio México-Estados Unidos, Capítulo California.

"Es la única cámara binacional que existe en Estados Unidos. Nuestro objetivo principal es, por un lado, fortalecer y apoyar la relación económica, política y de negocios entre Estados Unidos y México. Por otro, es dar todo el sustento a empresas y empresarios que desean abrir o expandir sus operaciones entre ambos países o quizá más allá de esas fronteras", señala con pleno convencimiento la Directora Ejecutiva de la Cámara de Comercio, México-Estados Unidos, en su capítulo de California, Marlen Marroquín.

"Nuestra Cámara fue fundada en 1973, es decir hace 50 años, así como nuestra representación en Washington tiene 50 años y la de Nueva York tiene 100 años de existen-


**Marlen Marroquín, Directora Ejecutiva de la Cámara de Comercio, México-Estados Unidos.**

cia".

Durante todo ese tiempo, asegura quien se graduó en Administración de Negocios de la prestigiosa universidad mexicana Anáhuac, "Hemos dado asesoría y apoyo a cientos de miles de empresarios y gobiernos tanto estatales como nacionales de ambos países, en materia de comercio internacional y sin duda hemos puesto un importante grano de arena para construir esta sólida relación comercial".

México se convirtió en el socio comercial más importante de los Estados Unidos, superando, incluso a China y Canadá, países que en las últimas décadas han tenido los lazos comerciales más fuertes con la principal economía del mundo. Este hecho resulta relevante no solo porque es la primera vez que sucede en la historia de las relaciones mercantiles con Estados Unidos, sino porque además, se trata de una cifra récord que se logra luego del colapso que

significó la pandemia del coronavirus y el desarrollo industrial y comercial de México.

Es por ello que Marroquín -quien tiene 20 años como directora Ejecutiva de la Cámara- invita a empresarios, productores, artesanos y personas deseosas de participar en este rico mercado quienes se encuentran en el norte de California, particularmente en el área de Sonoma, Napa, Santa Rosa, a unirse para explorar de manera conjunta las enormes oportunidades que hoy ofrece el exponencial crecimiento comercial entre ambos países en todos los órdenes.

"En nuestra organización", dice Marroquín quien llevó a cabo un curso de especialización de Liderazgo Ejecutivo Global en la Universidad del Sur de California, "encontrarán una serie de herramientas muy valiosas como son la extensa red de oficinas con que cuenta la Cámara en ambos países, análisis y evaluación de mercados.

Contribuimos a localizar los proveedores que requieran para la adquisición de sus productos o bien para la venta de los mismos; investigación a fondo de la credibilidad y confianza de las empresas con las que se pueda participar; capacitación especializada para conocer a fondo regulaciones legales y administrativas del comercio internacional".

Asimismo, resalta la Directora Ejecutiva, quien fuera seleccionada como una de las "Mujeres Latinas Exitosas" de la Revista Baja Traveler 2011, "se organizan seminarios, conferencias, cursos vinculados con el comercio internacional y otras ramas afines, que les permiten a los miembros actualizarse, pero sobre todo, vincularse con otros socios con quienes es factible ampliar las oportunidades de hacer negocios; amén de estar en nuestra lista de miembros de nuestra página de internet, redes sociales y recibir mensualmente nuestra "news letter".

Para evaluar lo que significa el comercio entre México y Estados Unidos, países que cuentan con uno de los más avanzados acuerdos de libre comercio, de acuerdo con datos de la Oficina del Censo estadounidense, el total de exportaciones e importaciones de bienes entre ambos países alcanzó los

462 mil 107 millones de dólares; las exportaciones de bienes de los Estados Unidos hacia México sumaron, en los primeros siete meses del año, 151 mil 396 millones de dólares; mientras que las importaciones, en el mismo periodo, pasaron de 197 mil 193 millones a 209 mil 710 millones, una cifra histórica que representa un crecimiento de 13.5 mil millones de dólares y California es una de las entidades con las que México mantiene los más altos índices de comercio.

Pero lo más sobresaliente, resalta Marroquín, es que la Cámara no se ha quedado en el entorno

VEA CÁMARA EN LA PÁGINA 9

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA DIVISIÓN DE SAN FRANCISCO**

En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564

Aviso de fecha límite para presentar reclamaciones: <u>20 de febrero de 2024</u>

## USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor, a través del correo electrónico en RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**\*\*Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en sfarch.org y siga los enlaces para la presentación del Capítulo 11\*\***

# CERTIFICATE OF PUBLICATION

## In re: The Roman Catholic Archbishop of San Francisco, Case No. 23-30564

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at Miller Advertising Agency, Inc. and (b) I caused to be published a legal notice in the *La Prensa Sonoma Newspaper* in the February 2024 issue (published on Tuesday, January 30, 2024). A copy of the advertisement is annexed.

X _____
(Signature)

_____
(Title)

Sworn to before me this: ___30th___ day of ___January___, 2024

_____
Notary Public

PETER EGLOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 02, 2026

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA DIVISIÓN DE SAN FRANCISCO**

**En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564**

**Aviso de fecha límite para presentar reclamaciones: <u>20 de febrero de 2024</u>**

## USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "<u>Deudor</u>"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "<u>Código de Bancarrotas</u>").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11****

# AMIGAS

### VIENE DE LA PÁGINA 6

a solicitar subvenciones. También han estado trabajando con funcionarios de Healdsburg para fijar un lugar para el primer tianguis, una forma de mercado callejero, que está previsto para abril. Y todavía están investigando para concretar su mercado y meta exacta.

"No queremos crear programación centrada en nuestras propias ideas. Tienen que venir de la comunidad. Si son más mujeres las que necesitan ese apoyo, entonces nos enfocamos en programación para mujeres", dijo Pérez. "Si se trata de la comunidad LGBTQ, tiene que pertenecer más a ese grupo específico. Queremos saber quiénes son estas personas que tienen el sueño de crear su propio negocio para que podamos centrarnos en ese grupo específico de nuestra comunidad".

### Una oleada de apoyo

Una meta, dijo Cervantes, es usar los eventos del mercado como una "incubadora para que puedan empezar a crecer, y algún día poder salir y tener su propio negocio fuera" del tianguis.

Según el informe sobre el estado del emprendimiento latino 2022 de Stanford Business School, las empresas de propiedad latina son el segmento de más rápido crecimiento de la población empresarial estadounidense. Y a medida que Pérez, Cervantes y Arreguín-Vásquez avanzan, son parte de una oleada de apoyo regional a los empresarios latinos.

En el Valle de Sonoma, La Luz, un proveedor de servicios centrado en los latinos que desde 2014 ofrece microcréditos a empresarios aspirantes, dio inicio el año pasado a un nuevo programa para apoyar a las personas con pequeñas empresas. La Luz también es parte de una colaboración de 17 miembros en todo el condado, que también incluye al prestamista enfocado en los latinos Creser Capital, el Centro de Desarrollo de Pequeñas Empresas Federal y la Cámara Metro de Santa Rosa, denominada Small Business Equity and Recovery, que está llevando a cabo talleres y otorgando subvenciones entre otras actividades de apoyo a los negociantes locales.

"Definitivamente hay mucho trabajo en marcha porque hay muchos empresarios en el condado de Sonoma", dijo Angie Sánchez, directora ejecutiva de la Cámara de Comercio Hispana y fundadora de VIDA Cultural Arts, que produce Sueños, un mercado de temática latina que presenta vendedores de objetos de colección, ropa, joyas y otros productos en Santa Rosa y el Valle de Sonoma.

Sobre VAMOS, Sánchez dijo: "Que aprovechen la parte norte del condado de Sonoma, Healdsburg y, potencialmente, si intentan hacer Cloverdale y Geyserville, eso es genial porque entonces, como todas las ciudades principales del condado, tendrán la oportunidad de tener algo como eso".

En La Luz, el director ejecutivo Leonardo Lobato instó a los fundadores de VAMOS a saborear el "proceso" de lanzamiento y acercarse a otros en el mismo campo.

"Haz conexiones. Aprovechar esa experiencia de otras organizaciones y otras iniciativas", dijo. "Este es un proyecto hermoso, hermoso. Habrá retos, pero sigamos avanzando. Si lo hace, podría tener un gran impacto en la comunidad en su conjunto".

*Puede comunicarse con el redactor Jeremy Hay al 707-387-2960 o jeremy.hay@ pressdemocrat.com. En X @jeremyhay*



BETH SCHLANKER / THE PRESS DEMOCRAT

**(Desde la izquierda) Las cofundadoras de VAMOS, Laura Arreguín-Vásquez, Lizbeth Pérez y Marisela Cervantes en Healdsburg, el domingo 17 de diciembre de 2023.**

TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA DIVISIÓN DE SAN FRANCISCO

En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564

Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024

## USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.

Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico en RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11**

# Advertising Affidavit

## *El leñador*

*The student-run English and Spanish newspaper in Humboldt County*

| From: | To: | Ad#: |
| --- | --- | --- |
| **El Leñador**<br>Journalism & Mass Comm.<br>Cal Poly Humboldt<br>1 Harpst Street,<br>Arcata, CA 95521 | Pete Egloff<br>Miller Advertising Agency, Inc.<br><br>Phone: 773.388.3024<br>pegloff@milleraa.com | **Caso No. Caso No. 23-30564**<br><br>**Date:**<br>12/07/2023 |

I attest that the advertisement below ran in the December 2023 issue of El Leñador and was published Dec. 6, 2023.



**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE CALIFORNIA
DIVISIÓN DE SAN FRANCISCO**

En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564

Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024

## USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11**

Faculty Adviser: Andrea Juarez, aj1252@humboldt.edu,
Phone: 707-826-4486



# COLLEGE OF ARTS, HUMANITIES, & SOCIAL SCIENCES

## CAHSS
GRADUATE PROGRAMS

## CHOOSE CAHSS AS THE HOME FOR YOUR GRADUATE STUDIES!

**Earn an MA in**
- **Applied Anthropology** – May 1
- **Applied English** – July 1
- **Environment & Community** – Feb 28
- **Public Sociology** – July 1

Exploring **graduate school options**? Looking to **move up** in your **professional career**? **Apply now!**

contact
cahss.grad@humboldt.edu
for more information



# English Express Otoño 2023

## GRATIS
- Clases
- Chromebooks
- Excursiones
- Conexiones a recursos en la comunidad

Mary Ann Hytken
Maestra

**Gramática Inglesa Básica**
Inglés de niveles principiante e intermedio
5 de septiembre - 5 de diciembre
Los martes 6:30-7:30pm
Enlace Zoom 707-443-5021/Contraseña 464816
En línea

**Vocabulario, pronunciación, y conversación**
Inglés de niveles principiante e intermedio
7 de septiembre -7 de diciembre
Los jueves 6:30-7:30pm
Enlace Zoom 707-443-5021/Contraseña 464816
En línea

**Vocabulario, pronunciación, y conversación**
Inglés de niveles principiante e intermedio
2 de septiembre - 2 de diciembre
Los sábados 11:30-12:30pm
Centro de recursos comunitarios de Río Dell
406 Wildwood Avenue, Río Dell
Presenciales
Nueva

**Inglés para el trabajo**
Empleados de Sun Valley Floral Farms
Inglés de niveles principiante e intermedio
En curso, los miércoles
Clase I: 10-11a.m.
Clase II: 11a.m.-12p.m.
Presenciales

Únase en cualquier momento ● No es necesario inscribirse ● Todos son bienvenidos, sin importar su primer idioma

707–443–5021
English Express Empowered
englishexpressempowered.com

## TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA DIVISIÓN DE SAN FRANCISCO

**En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564**

**Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024**

### USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.

Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11**



# Rita's MARGARITAS & MEXICAN GRILL

## 855 8th Street - Arcata, CA 95521
## (707) 822-1010

### Everyday Specials:

| | | |
|---|---|---|
| 2 Burritos | No Seafood | $16.00 |
| 2 Tacos | No Seafood | $5.00 |

### Taco Tuesday Special:

| | | |
|---|---|---|
| Tacos | No Seafood | $1.89 each |

# Advertising Affidavit

# ⬥ El leñador ⬥

*The student-run English and Spanish newspaper in Humboldt County*

| | | |
|---|---|---|
| **From:** | **To:** | **Ad#:** |
| | | **Caso No.** |
| **El Leñador** | Pete Egloff | **23-30564** |
| Journalism & Mass Comm. | Miller Advertising Agency, Inc. | |
| Cal Poly Humboldt | | **Date:** |
| 1 Harpst Street, | Phone: 773.388.3024 | 2/07/2024 |
| Arcata, CA 95521 | pegloff@milleraa.com | |

I attest that the advertisement below ran in the February 2024 issue on page 19 of El Leñador and was published January 31, 2024.

---

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE CALIFORNIA
DIVISIÓN DE SAN FRANCISCO**

**En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564**

**Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024**

## USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

***Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11***

---

Faculty Adviser: Andrea Juarez, aj1252@humboldt.edu,
Phone: 707-826-4486


photo provided by "Juice"

**TRIBUNAL DE BANCARROTA DE ESTADOS UNIDOS**
**PARA EL DISTRITO NORTE DE CALIFORNIA**
**DIVISIÓN DE SAN FRANCISCO**

En re: The Roman Catholic Archbishop of San Francisco, Caso No. 23-30564

Aviso de fecha límite para presentar reclamaciones: 20 de febrero de 2024

### USTED PUEDE TENER UN RECLAMO DE ABUSO SEXUAL U OTRO RECLAMO CONTRA LA ARQUIDIÓCESIS DE SAN FRANCISCO

El 21 de agosto de 2023, *The Roman Catholic Archbishop of San Francisco*, una corporación única de California, también conocida como Arquidiócesis de San Francisco (el "Deudor"), solicitó protección bajo el capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Bancarrotas").

**Si usted fue abusado sexualmente por cualquier persona relacionada con el deudor, usted debe presentar un reclamo para ser recibido antes del 20 de febrero de 2024, o de lo contrario se le prohibirá para siempre hacer valer tal reclamo contra el Deudor.**

**Los reclamos basados en actos u omisiones del Deudor que ocurrieron antes del 21 de agosto de 2023, deben presentarse antes del 20 de febrero de 2024, incluso si tales reclamos no están ahora fijos, liquidados o ciertos o no han vencido o se han fijado, liquidado o ciertos antes del 21 de agosto de 2023.**

Para obtener más información sobre cómo obtener y presentar un formulario de prueba de reclamación y los documentos asociados, visite https://omniagentsolutions.com/RCASF, o póngase en contacto con Omni Agent Solutions, Inc, el agente de reclamaciones del Deudor a través del correo electrónico RCASFinquiries@omniagnt.com o por teléfono en el 888-480-6507 (llamada gratuita en EE.UU. y Canadá) o 747-293-0084 (internacional), entre las 9:00 a. m. y las 5:00 p. m. (hora predominante del Pacífico), de lunes a viernes.

**\*\*Si usted tiene preguntas sobre el caso de bancarrota presentado por *the Archdiocese of San Francisco*, por favor visite también el sitio web en https://sfarch.org y siga los enlaces para la presentación del Capítulo 11\*\***



Where **YOU** are **central.**



NCUA

**Coast Central Credit Union** es un equipo de personas interesadas en el bienestar de la comunidad y dedicadas a ayudar a sus miembros a lograr su versión de éxito financiero.

**Coast Central Credit Union**

Conviértase en miembro en coastccu.org/join