Timothy W. Burns (*admitted pro hac vice*)
WI Bar 1068086
Jesse J. Bair (*admitted pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
       jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>            Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR MARCH 2024** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period March 1, 2024 through March 31, 2024 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2024 – March 31, 2024 | $41,418.00 [1] | $0.92 | $41,418.92 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $33,134.40 | $0.92 | $33,135.32 |

---

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: April 19, 2024                    **BURNS BAIR LLP**

                                               By: /s/ *Jesse J. Bair*
                                                        Jesse J. Bair

                                                   *Special Insurance Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT 1

Case: 23-30564 Doc# 596 Filed: 04/19/24 Entered: 04/19/24 06:43:49 Page 3 of 11



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **Official Committee of Unsecured Creditors of Archbishop of San Francisco** | **Issue Date :** 4/11/2024 |
| | **Bill # :** 01405 |

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 3/2/2024 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| 3/2/2024 | Timothy Burns | Review agenda for upcoming state court counsel meeting and correspond with J. Bair re same (.1); | 0.10 | $112.00 |
| 3/5/2024 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments and next-steps (.4); | 0.40 | $360.00 |
| 3/21/2024 | Timothy Burns | Prepare for state court counsel meeting by reviewing coverage information and case status summaries (.7); | 0.70 | $784.00 |
| 3/21/2024 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re case developments and next-steps (.6); | 0.60 | $672.00 |
| 3/21/2024 | Timothy Burns | Participate in post-meeting call with J. Stang re outcome of state court counsel meeting, case strategy, and ongoing projects (.4); participate in call with J. Bair re same (.1); | 0.50 | $560.00 |
| 3/29/2024 | Timothy Burns | Review agenda for upcoming state court counsel meeting (.1); review attachment to same re potential Committee strategy in the bankruptcy case (.1); | 0.20 | $224.00 |
| 3/31/2024 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| | | **Totals for Committee Meetings** | **2.70** | **$2,892.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 3/1/2024 | Jesse Bair | Review and respond to correspondence with G. Brown and B. Horn re the fee examiner's request for LEDEs information (.1); | 0.10 | $90.00 |
| 3/12/2024 | Jesse Bair | Review and respond to correspondence re US Trustee's request for information in connection with interim fee applications (.1); | 0.10 | $90.00 |
| 3/13/2024 | Jesse Bair | Correspondence with B. Horn re Burns Bair's first interim fee application (.1); | 0.10 | $90.00 |
| 3/13/2024 | Jesse Bair | Analysis of Burn Bair invoice for privilege and confidential information (.4); | 0.40 | $360.00 |
| 3/13/2024 | Jesse Bair | Correspond with the Committee re Burns Bair's monthly fee submission (.1); | 0.10 | $90.00 |
| 3/18/2024 | Jesse Bair | Correspond with the Committee and B. Horn re Burns Bair's monthly fee submission (.1); | 0.10 | $90.00 |
| 3/19/2024 | Brenda Horn-Edwards | Draft monthly professional fee statement (.1); prepare certificate of service (.2); correspond with J. Bair re same (.1); | 0.40 | $136.00 |
| 3/19/2024 | Jesse Bair | Review and edit Burns Bair monthly fee submission (.1); | 0.10 | $90.00 |
| 3/20/2024 | Brenda Horn-Edwards | File monthly professional fee statement in CM/ECF (.1); Email monthly professional fee application to service list and J. Bair (.1); | 0.20 | $68.00 |
| 3/28/2024 | Jesse Bair | Brief review re the fee examiner's preliminary report (.2); | 0.20 | $180.00 |
| 3/28/2024 | Jesse Bair | Correspondence with K. Dempski re hearing re the first interim fee applications (.1); | 0.10 | $90.00 |
| 3/29/2024 | Jesse Bair | Correspondence with fee examiner re call to discuss preliminary report (.1); | 0.10 | $90.00 |
| | | **Totals for Fee Applications** | **2.00** | **$1,464.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 3/1/2024 | Timothy Burns | Review correspondence with PSZJ and J. Bair re discovery from insurers and draft requests (.2); | 0.20 | $224.00 |
| 3/1/2024 | Timothy Burns | Review correspondence with J. Stang re potential 2004 discovery on insurers (.1); | 0.10 | $112.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/1/2024 | Jesse Bair | Review further revised versions of the Committee's discovery requests to the insurers (.1); analysis re additional potential edits to same and timing of serving requests (.1); review and respond to correspondence with J. Stang re same and overall insurance discovery strategy (.2); | 0.40 | $360.00 |
| 3/1/2024 | Jesse Bair | Correspondence with BB team re analysis needed re California Insurance Code Section 1610 as applied to non-admitted insurers (.1); | 0.10 | $90.00 |
| 3/2/2024 | Jesse Bair | Correspondence with the Debtor re call to discuss case insurance issues (.1); | 0.10 | $90.00 |
| 3/2/2024 | Jesse Bair | Correspondence with PSZJ re insurer discovery requests and Debtor insurance meeting (.1); | 0.10 | $90.00 |
| 3/2/2024 | Jesse Bair | Review California case law re non-admitted insurers and bond-posting requirements under Cal. Insurance Section 1616 and brief review re California admitted insurers list (.1); | 0.10 | $90.00 |
| 3/2/2024 | Timothy Burns | Review correspondence from Debtor re insurance strategy (.1); correspond with J. Bair re same (.1); | 0.20 | $224.00 |
| 3/2/2024 | Timothy Burns | Review J. Bair correspondence re bonding requirements for non-admitted insurers (.1). | 0.10 | $112.00 |
| 3/2/2024 | Timothy Burns | Review correspondence with PSZJ and J. Bair re discovery requests of insurers (.2); | 0.20 | $224.00 |
| 3/4/2024 | Karin Jonch-Clausen | Participate in conference with B. Cawley re California admitted and non-admitted insurers (.2); | 0.20 | $110.00 |
| 3/4/2024 | Karin Jonch-Clausen | Draft email memo summarizing non-admitted insurer information and case law re bonding-posting requirements for LMI and others (1.6); | 1.60 | $880.00 |
| 3/4/2024 | Brian Cawley | Participate in conference with K. Jonch-Clausen re California admitted and non-admitted insurers (.2); | 0.20 | $110.00 |
| 3/4/2024 | Timothy Burns | Participate in call with Debtor's counsel re case insurance issues (.5); | 0.50 | $560.00 |
| 3/4/2024 | Timothy Burns | Provide instructions to B. Cawley re assignment re Plan in TH bankruptcy case as it relates to ADSF matter (.2); | 0.20 | $224.00 |
| 3/4/2024 | Timothy Burns | Draft email memo to PSZJ re outcome of discussion with Debtor re potential insurance strategies (.3); participate in conference with J. Bair re same (.1); | 0.40 | $448.00 |
| 3/4/2024 | Jesse Bair | Participate in conference with T. Burns re outcome of case insurance call with the Debtor (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/2024 | Jesse Bair | Provide supplemental instructions to K. Jonch-Clausen re research needed re California Insurance Section 1616 (.1); | 0.10 | $90.00 |
| 3/5/2024 | Timothy Burns | Review B. Cawley email memo re coverage limits for potential test cases (.2); | 0.20 | $224.00 |
| 3/5/2024 | Timothy Burns | Review correspondence from B. Michael re case insurance strategy (.1); draft response to same (.2); | 0.30 | $336.00 |
| 3/5/2024 | Timothy Burns | Review K. Jonch-Clausen's email memo re admitted status of insurers and implications re same (.2); | 0.20 | $224.00 |
| 3/5/2024 | Jesse Bair | Review T. Burns email memo re outcome of insurance call with the Debtor (.1); review related correspondence with B. Michael and T. Burns re same and next-steps re case insurance strategy (.1); | 0.20 | $180.00 |
| 3/6/2024 | Jesse Bair | Provide instructions to B. Cawley re duty to settle and insurance demand letter issues (.2); | 0.20 | $180.00 |
| 3/6/2024 | Jesse Bair | Correspond with B. Michael re the Committee's draft insurance discovery requests (.1); | 0.10 | $90.00 |
| 3/6/2024 | Brian Cawley | Begin detailed review of case law re impact of lack of consent to settle provision on policyholder's ability to settle claims (3.4); | 3.40 | $1,870.00 |
| 3/6/2024 | Brian Cawley | Begin summarizing research on consent to settle issues under California law (.5); | 0.50 | $275.00 |
| 3/8/2024 | Timothy Burns | Review PSZJ correspondence re case status update (.1); | 0.10 | $112.00 |
| 3/9/2024 | Jesse Bair | Review B. Cawley's email memo re summary of differences between the Debtor's and Committee's coverage charts (.1); review relevant historical insurance documents in connection with same (.1); | 0.20 | $180.00 |
| 3/9/2024 | Jesse Bair | Continue analyzing debtor coverage materials and draft overview of additional differences between the Debtor and Committee preliminary coverage chart (.3); correspond with B. Cawley re same and additional analysis needed (.2); | 0.50 | $450.00 |
| 3/9/2024 | Jesse Bair | Additional analysis and review of the Debtor's written responses and objections to the Committee's discovery requests (.1); correspond with B. Cawley re same and production status of the Debtor's coverage correspondence (.1); | 0.20 | $180.00 |
| 3/10/2024 | Timothy Burns | Review the Debtor's insurance discovery responses and internal emails with BB team regarding document review (.2); | 0.20 | $224.00 |
| 3/11/2024 | Timothy Burns | Review correspondence with PSZJ and J. Bair re insurance discovery issues (.2); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/11/2024 | Timothy Burns | Review correspondence from BB team re Debtor's insurance document production (.1); | 0.10 | $112.00 |
| 3/11/2024 | Timothy Burns | Review the Committee's draft discovery request letters and requests to the insurers (.3); | 0.30 | $336.00 |
| 3/11/2024 | Brian Cawley | Revise and edit insurance document requests and accompanying letters to implement suggested partner edits (1.7); | 1.70 | $935.00 |
| 3/11/2024 | Brian Cawley | Participate in conference with BB team re case status and ongoing insurance projects (.2); | 0.20 | $110.00 |
| 3/11/2024 | Brian Cawley | Supplemental analysis of Debtor historical insurance documents to address and reconcile additional discrepancies between debtor and Committee coverage charts (3.0); | 3.00 | $1,650.00 |
| 3/11/2024 | Brian Cawley | Draft revised summary explaining and reconciling discrepancies between debtor and committee coverage charts (.8); | 0.80 | $440.00 |
| 3/11/2024 | Brian Cawley | Analyze debtor coverage correspondence relevant to debtor/Committee coverage position review (1.3); | 1.30 | $715.00 |
| 3/11/2024 | Brian Cawley | Research procedural issues relating to insurance demands under California law (.7); | 0.70 | $385.00 |
| 3/11/2024 | Jesse Bair | Participate in conference with BB team re case status and ongoing insurance projects (.2); | 0.20 | $180.00 |
| 3/11/2024 | Jesse Bair | Review B. Michael's suggested revisions to the Committee's discovery requests on the insurers (.1); | 0.10 | $90.00 |
| 3/12/2024 | Brian Cawley | Correspond with A. Turgeon regarding documnt organization project (.4); | 0.40 | $220.00 |
| 3/12/2024 | Brian Cawley | Continue detailed research re insurance demand letters and parameters of insurers' duty to settle obligations in response to same under California law (1.3); | 1.30 | $715.00 |
| 3/13/2024 | Brian Cawley | Research and compile California cases involving effect of consent to settle and no-voluntary payments provisions and absence thereof (5.8); | 5.80 | $3,190.00 |
| 3/13/2024 | Jesse Bair | Review B. Michael's suggested edits to the Committee's insurance discovery requests (.1); correspond with B. Michael re same (.1); | 0.20 | $180.00 |
| 3/14/2024 | Brian Cawley | Continue researching consent to settle and no voluntary payment provision issues under California law (2.4); draft summary of research results for J. Bair (2.7); | 5.10 | $2,805.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/15/2024 | Jesse Bair | Participate in conference with B. Cawley re research needed re insurer duty to settle issues (.3); | 0.30 | $270.00 |
| 3/15/2024 | Brian Cawley | Begin detailed research of California case law re specific aspects of an insurer's duty to settle under particular factual scenarios (4.3); | 4.30 | $2,365.00 |
| 3/18/2024 | Brian Cawley | Continue detailed research of California case law re specific aspects of an insurer's duty to settle under particular factual scenarios (5.2); | 5.20 | $2,860.00 |
| 3/18/2024 | Alyssa Turgeon | Organize and index debtor historical insurance policy collection (4.9); | 4.90 | $1,666.00 |
| 3/19/2024 | Brian Cawley | Complete detailed research of California case law re specific aspects of an insurer's duty to settle under particular factual scenarios (2.5); | 2.50 | $1,375.00 |
| 3/19/2024 | Brian Cawley | Draft summary of research results re California duty to settle issues (2.3); | 2.30 | $1,265.00 |
| 3/19/2024 | Timothy Burns | Listen to SCOTUS oral argument re insurance neutrality issues (.1); | 0.10 | $112.00 |
| 3/19/2024 | Jesse Bair | Review B. Michael correspondence re discovery and mediation developments (.1); | 0.10 | $90.00 |
| 3/21/2024 | Timothy Burns | Participate in conference with T. Burns re case status and insurance strategy (.3); | 0.30 | $336.00 |
| 3/21/2024 | Jesse Bair | Review T. Burns email memo re outcome of state court counsel meeting (.1); | 0.10 | $90.00 |
| 3/21/2024 | Jesse Bair | Review revised version of the Committee's discovery requests to the insurers (.1); correspond with B. Cawley re additional edits needed to same (.1); | 0.20 | $180.00 |
| 3/21/2024 | Jesse Bair | Participate in conference with T. Burns re case status and insurance strategy (.3); | 0.30 | $270.00 |
| 3/21/2024 | Jesse Bair | Participate in conference with T. Burns re outcome of call with J. Stang re case developments and strategy (.1); | 0.10 | $90.00 |
| 3/21/2024 | Brian Cawley | Review summary of outcome of recent state court counsel meeting (.1); | 0.10 | $55.00 |
| 3/22/2024 | Brian Cawley | Revise and finalize the Committee's insurance document requests (1.9); | 1.90 | $1,045.00 |
| 3/22/2024 | Jesse Bair | Participate in call with G. Brown re interim fee application submissions, hearing, and case discovery status (.3); | 0.30 | $270.00 |
| 3/22/2024 | Jesse Bair | Revise, finalize, and serve discovery requests on each of the insurers (.6); | 0.60 | $540.00 |
| 3/22/2024 | Jesse Bair | Correspondence with the debtor and J. Stang re the Committee's insurance discovery requests (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/24/2024 | Timothy Burns | Review final version of the Committee's insurance discovery requests to the carriers (.1); review multiple emails with J. Bair, PSZJ, and the debtor re same (.1); | 0.20 | $224.00 |
| 3/25/2024 | Timothy Burns | Met with internal team re case strategy, developments, and assignments (.1); | 0.10 | $112.00 |
| 3/25/2024 | Brian Cawley | Prepare for and participate in team meeting regarding case status and projects (.1); | 0.10 | $55.00 |
| 3/25/2024 | Jesse Bair | Participate in BB team meeting re case status and ongoing insurance projects (.1); | 0.10 | $90.00 |
| 3/26/2024 | Jesse Bair | Participate in conference with PSZJ and T. Burns re case developments, mediation, insurance strategy, and next steps (.5); | 0.50 | $450.00 |
| 3/26/2024 | Timothy Burns | Participate in conference with PSZJ and J. Bair re mediation strategy and next steps (.5); | 0.50 | $560.00 |
| 3/27/2024 | Timothy Burns | Review and respond to correspondence with state court counsel re insurance strategy (.2); | 0.20 | $224.00 |
| 3/27/2024 | Timothy Burns | Participate in call with certain state court counsel re insurance and mediation strategy (.2); | 0.20 | $224.00 |
| 3/27/2024 | Timothy Burns | Participate in conference with J. Bair re case strategy and related insurance projects (.2); | 0.20 | $224.00 |
| 3/27/2024 | Jesse Bair | Participate in conference with T. Burns re case status, strategy, and ongoing insurance projects (.2); | 0.20 | $180.00 |
| 3/31/2024 | Jesse Bair | Brief review re draft mediation motion for insurance purposes (.2); | 0.20 | $180.00 |
| 3/31/2024 | Jesse Bair | Review TNCRRG's response to the Committee's discovery requests (.2); review the TNCRGG policies in connection with same and potential scope of coverage (.4); draft reply to TNCRRG re same and requesting additional information (.1); | 0.70 | $630.00 |
| | | **Totals for Insurance Recovery Activities** | **59.50** | **$37,062.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **64.20** | **$41,418.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 03/20/2024 | Postage | $0.92 |
| **Total Expenses** | | **$0.92** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Alyssa Turgeon | Paralegal | 4.90 | $340.00 | $1,666.00 |
| Brenda Horn-Edwards | Paralegal | 0.60 | $340.00 | $204.00 |
| Brian Cawley | Associate | 40.80 | $550.00 | $22,440.00 |
| Jesse Bair | Partner | 8.70 | $900.00 | $7,830.00 |
| Karin Jonch-Clausen | Associate | 1.80 | $550.00 | $990.00 |
| Timothy Burns | Partner | 7.40 | $1,120.00 | $8,288.00 |

**Total Due This Invoice: $41,418.92**