Timothy W. Burns (*admitted pro hac vice*)
WI Bar 1068086
Jesse J. Bair (*admitted pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
       jbair@burnsbair.com

*Special Insurance Counsel to
The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Brenda Horn-Edwards, do declare and state as follows:

I am employed in the County of Dane, State of Wisconsin. I am over the age of 18 and not a party to the within action. My business address is 10 E. Doty Street, Suite 600, Madison, Wisconsin 53703.

On April 19, 2024, I served a true and correct copy of the **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR MARCH 2024** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On April 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See attached. |

| | |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dane County, Wisconsin, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. See attached. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 19, 2024, at Madison, Wisconsin

                                        */s/ Brenda Horn-Edwards*
                                        Brenda Horn-Edwards

# ELECTRONIC MAIL NOTICE LIST

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, aturgeon@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us