Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On April 12, 2024, I served a true and correct copy of the following documents via the method set forth on the Limited Service List attached hereto as **Exhibit A**:

- **Amended Supplemental Declaration of Ori Katz in Support of First Interim Fee Application of Sheppard, Mullin, Richter & Hampton LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 21, 2023, through January 31, 2024 [Docket No. 584]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 15, 2024, at Woodland Hills, California.

_____
Randy Lowry
Omni Agent Solutions, Inc.

# EXHIBIT A

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | rob@bindermalter.com<br>robertw@bindermalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>3 Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | mplevin@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |

# Exhibit A
## Limited Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com | Email |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | david.kupetz@lockelord.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | cwurzelbacher@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | jstrabo@mwe.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | bmichael@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | jstang@pzjlaw.com | Email |

Exhibit A
Limited Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com | Email |

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, (Case No. 23-30564)

Case: 23-30564    Doc# 597    Filed: 04/19/24    Entered: 04/19/24 08:54:11    Page 5 of 5