PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
Email:  ppascuzzi@ffwplaw.com
        jrios@ffwplaw.com
        tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  okatz@sheppartmullin.com
        amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF FILING OF SEVENTH MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2024 THROUGH MARCH 31 2024**<br><br>[No Hearing Required] |

-1-

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| 29Period for Which Compensation and Reimbursement is Sought: | March 1, 2024 through March 31, 2024 |
| Amount of Compensation Requested: | $40,873.50 |
| Net of 20% Holdback: | $32,698.80 |
| Amount of Expenses Requested: | $113.36 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $32,812.16 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [Dkt. No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtors"), for the period from March 1, 2024 through March 31, 2024 (the "Fee Period"). By this seventh statement, B. Riley seeks payment in the amount of $32,812.16, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

during the Fee Period.

Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the period March 1, 2024 through March 31, 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses, or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtors are to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: April 19, 2024

    FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

    By: */s/ Paul. J. Pascuzzi*
        PAUL J. PASCUZZI
        JASON E. RIOS
        THOMAS R. PHINNEY

    Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: April 19, 2024

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By: */s/ Ori Katz*
        ORI KATZ
        ALAN H. MARTIN

    Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from March 1, 2024 through March 31 2024**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $740.00 | 12.2 | $9,028.00 |
| David Greenblatt | Director | $550.00 | 11.3 | 6,215.00 |
| Coral Hansen | Managing Director | $495.00 | 38.6 | 19,107.00 |
| Tanya Anderson | Associate Director | $415.00 | 15.4 | 6,391.00 |
| Marilee Greene | Project Assistant | $265.00 | 0.5 | 132.50 |
| **TOTAL** | | | **78.0** | **$40,873.50** |

**Exhibit 2**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from March 1, 2024 through March 31, 2024**

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 14.2 | $8,527.00 |
| Employment/Fee Applications | 2.0 | 948.50 |
| Litigation | 21.3 | 11,711.50 |
| Monthly Operating Reports | 40.5 | 19,686.50 |
| **TOTAL** | **78.0** | **$40,873.50** |

# Exhibit 3

## Summary of Expenses
## Disbursement Summary

| Expenses (by Category) | Amounts |
|---|---:|
| Ocrolus (Data conversion charge) | $33.00 |
| Meals | 80.36 |
| **TOTAL** | **$113.36** |

# Exhibit 4

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

April 9, 2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice # :　64611

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL  
1 PETER YORKE WAY  
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period　March 1, 2024　　through　　March 31, 2024

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 12.20 | 740.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 38.60 | 495.00 |
| David Greenblatt, CPA, CIRA | 11.30 | 550.00 |
| Tanya Anderson, CPA | 15.40 | 415.00 |
| Marilee Greene | 0.50 | 265.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 78.00 | $40,873.50 |

**Out-of-Pocket Expenses:**

| | |
|---|---|
| Meals | 80.36 |
| Data Conversion Charge | 33.00 |
| Total expenses | $113.36 |
| Total amount of this bill | $40,986.86 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.　　Tax ID Number: 83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*

3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

                                        Hours

Business Analysis

| Date | Person | Description | Hours |
|---|---|---|---|
| 3/1/2024 | W. Weitz | Meeting with M. Flanagan re: payment and reporting issues | 1.00 |
| 3/3/2024 | W. Weitz | Email correspondence with client re: historical financial results | 0.30 |
| 3/5/2024 | W. Weitz | Call with client re: certain donations | 0.20 |
|  | W. Weitz | Research and email correspondence re: balanced pool and seminary funds | 0.40 |
|  | W. Weitz | Review documents related to Seminary real estate in preparation for call with counsel | 0.50 |
|  | W. Weitz | Call with P. Califano re: Seminary issues | 1.00 |
| 3/11/2024 | D. Greenblatt | Prepare updated professional fee summary and accounting entries | 1.80 |
|  | W. Weitz | Calls with M. Flanagan re: parish financial systems | 0.40 |
| 3/14/2024 | C. Hansen | Call with W. Weitz, C. Hansen and D. Greenblatt re: weekly update | 0.40 |
|  | W. Weitz | Call with W. Weitz, C. Hansen and D. Greenblatt re: weekly update | 0.40 |
|  | D. Greenblatt | Call with W. Weitz, C. Hansen and D. Greenblatt re: weekly update | 0.40 |
| 3/15/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt re: weekly update | 0.40 |
|  | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt re: weekly update | 0.40 |
|  | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt re: weekly update | 0.40 |
| 3/19/2024 | T. Anderson | Professionals payments analysis | 1.00 |
|  | D. Greenblatt | Prepare Ordinary Course Professional report for December 2023 to February 2024 | 1.40 |
| 3/20/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.50 |
|  | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.50 |
|  | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.50 |
| 3/21/2024 | T. Anderson | BRAS team call preparing for case deadlines and direction | 0.20 |
|  | C. Hansen | BRAS team call preparing for case deadlines and direction | 0.20 |
|  | W. Weitz | Retrieve and organize insurance policy information and send to counsel | 0.20 |
| 3/25/2024 | T. Anderson | Payroll discussions with client and question responses | 0.70 |
| 3/26/2024 | T. Anderson | Payroll discussion with client | 0.20 |
| 3/29/2024 | D. Greenblatt | Call with W. Weitz and counsel re: weekly update | 0.40 |
|  | W. Weitz | Call with D. Greenblatt and counsel re: weekly update | 0.40 |

    SUBTOTAL:                                                          [     14.20     8527.00]

Employment/Fee Applications

| Date | Person | Description | Hours |
|---|---|---|---|
| 3/5/2024 | M. Greene | Review fee statement data and correspondence with D. Greenblatt & C. Hansen re: edits for invoice | 0.50 |
|  | C. Hansen | Review slips and provide feedback | 0.60 |
| 3/6/2024 | C. Hansen | Review and propose edits to Timeslips | 0.60 |
| 3/12/2024 | W. Weitz | Review February timekeeping entries | 0.30 |

    SUBTOTAL:                                                          [     2.00     948.50]

Litigation

| Date | Person | Description | Hours |
|---|---|---|---|
| 3/4/2024 | C. Hansen | Continue preparation of disbursements summary based upon information provided by client and review of bank statements; Send to K. Kelleher with questions | 1.00 |
|  | C. Hansen | Continue preparation of disbursements summary based upon information provided by client and review of bank statements | 3.50 |
|  | C. Hansen | Prepare disbursements summary based upon information provided by client and review of bank statements | 3.60 |
| 3/5/2024 | C. Hansen | Meeting with K. Kelleher re: disbursement data | 1.00 |
| 3/6/2024 | C. Hansen | Meeting with W. Weitz, C. Hansen and Debtor's counsel re: status of gathering information for the Committee | 0.40 |
|  | W. Weitz | Call with counsel re: discovery requests | 0.40 |
|  | W. Weitz | Meeting with W. Weitz, C. Hansen and Debtor's counsel re: status of gathering information for the Committee | 0.40 |
|  | W. Weitz | Prepare for call with counsel re: litigation and discovery | 0.50 |
| 3/7/2024 | C. Hansen | Review draft of disbursement register prepared by client; correspondence with K. Kelleher re: same | 0.60 |

|            |               |                                                                                                                   | Hours |
|------------|---------------|-------------------------------------------------------------------------------------------------------------------|-------|
| 3/15/2024  | C. Hansen     | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: discovery matters                                        | 0.30  |
|            | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: discovery matters                                        | 0.30  |
|            | W. Weitz      | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: discovery matters                                        | 0.30  |
| 3/21/2024  | C. Hansen     | Call with W. Weitz, C. Hansen and P. Pascuzzi for clarification re: a request made by counsel                     | 0.20  |
|            | W. Weitz      | Call with W. Weitz, C. Hansen and P. Pascuzzi for clarification re: a request made by counsel                     | 0.20  |
|            | W. Weitz      | Litigation database update; email correspondence with counsel re: same                                            | 0.60  |
| 3/26/2024  | W. Weitz      | Set up access to online portal for client's general counsel                                                       | 0.20  |
| 3/27/2024  | C. Hansen     | Call with W. Weitz, C. Hansen, K. Kelleher, Committee counsel and Sage personnel to discuss Sandbox access for Committee | 0.80  |
|            | W. Weitz      | Call with W. Weitz, C. Hansen, K. Kelleher, Committee counsel and Sage personnel to discuss Sandbox access for Committee | 0.80  |
| 3/28/2024  | C. Hansen     | Meeting with OCUC and Debtor's counsel and financial advisors re: open discovery requests                         | 1.30  |
|            | W. Weitz      | Meeting with OCUC and Debtor's counsel and financial advisors re: open discovery requests                         | 1.30  |
| 3/29/2024  | C. Hansen     | Review and edit disbursement registers prepared for client responsive to BRG requests                             | 3.60  |

|            | SUBTOTAL:     |                                        | [    21.30    11711.50] |

Monthly Operating Reports

|            |               |                                                                                                    | Hours |
|------------|---------------|----------------------------------------------------------------------------------------------------|-------|
| 3/4/2024   | T. Anderson   | Preparation of MOR                                                                                 | 2.00  |
| 3/6/2024   | T. Anderson   | Preparation of MOR                                                                                 | 2.00  |
|            | W. Weitz      | Call with M. Flanagan re: certain MOR presentations                                                | 0.20  |
|            | C. Hansen     | Finalize draft and questions on MOR                                                                | 0.90  |
| 3/7/2024   | T. Anderson   | Update call with T. Anderson & C. Hansen re: MOR                                                   | 0.20  |
|            | T. Anderson   | Review of PTO calculations for MOR reporting                                                       | 0.30  |
|            | T. Anderson   | Preparation of MOR                                                                                 | 2.00  |
|            | C. Hansen     | Update call with T. Andersen & C. Hanen re: MOR                                                    | 0.20  |
|            | C. Hansen     | Review questions proposed by client in categorization of MOR; correspondence with client re: same  | 0.40  |
|            | C. Hansen     | Review draft of MOR                                                                                | 0.60  |
|            | C. Hansen     | Prepare MOR                                                                                        | 2.70  |
| 3/8/2024   | C. Hansen     | Call with W. Weitz, C. Hansen, D. Greenblatt and Debtor re: MOR preparation                        | 0.90  |
|            | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and Debtor re: MOR preparation                        | 0.90  |
|            | W. Weitz      | Call with W. Weitz, C. Hansen, D. Greenblatt and Debtor re: MOR preparation                        | 0.90  |
| 3/14/2024  | C. Hansen     | Call with D. Greenblatt re: Feb 2024 MOR                                                           | 0.50  |
|            | D. Greenblatt | Call with C. Hansen re: Feb 2024 MOR                                                               | 0.50  |
| 3/15/2024  | C. Hansen     | Call with D. Greenblatt re: MOR                                                                    | 0.50  |
|            | C. Hansen     | Prepare MOR                                                                                        | 3.40  |
|            | D. Greenblatt | Call with C. Hansen re: MOR                                                                        | 0.50  |
| 3/18/2024  | T. Anderson   | Discussion with T. Anderson, D. Greenblatt & C. Hansen re: review of MOR                           | 0.90  |
|            | T. Anderson   | Review February MOR                                                                                | 1.00  |
|            | T. Anderson   | Updates to MOR                                                                                     | 1.80  |
|            | T. Anderson   | Redact bank statements for MOR                                                                     | 2.00  |
|            | C. Hansen     | Discussion with T. Anderson, D. Greenblatt & C. Hansen re: review of MOR                           | 0.90  |
|            | C. Hansen     | Continue preparation of MOR draft                                                                  | 3.40  |
|            | D. Greenblatt | Discussion with T. Anderson, D. Greenblatt & C. Hansen re: review of MOR                           | 0.90  |
|            | D. Greenblatt | Work on February 2024 MOR                                                                          | 1.60  |
| 3/19/2024  | T. Anderson   | Updates to MOR per management call                                                                 | 0.30  |
|            | T. Anderson   | Call with management, C. Hansen, T. Anderson & D. Greenblatt re: review of MOR                     | 0.80  |
|            | C. Hansen     | Call with management, C. Hansen, T. Anderson & D. Greenblatt re: review of MOR                     | 0.80  |
|            | C. Hansen     | Prepare MOR exhibits                                                                               | 2.60  |
|            | D. Greenblatt | Call with management, C. Hansen, T. Anderson & D. Greenblatt re: review of MOR                     | 0.80  |
| 3/20/2024  | C. Hansen     | Review final docs for MOR and exhibits                                                             | 1.00  |
|            | D. Greenblatt | Finalize February 2024 MOR and send to client for review                                           | 0.90  |

| Date | Name | Description | | Hours |
|---|---|---|---|---|
| 3/25/2024 | W. Weitz | MOR reconciliation review with C. Hansen | | 0.40 |
| 3/28/2024 | C. Hansen | Review request summary for BRG forwarded by Sheppard Mullin | | 0.80 |
| | SUBTOTAL: | | [ 40.50 | 19686.50] |