PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                      amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [MARCH 2024]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, (hereinafter "FFWPR"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for March 2024.

Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of March 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2024 through March 31, 2024 | $28,374.00 | $0.88 | $28,374.88 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $22,699.20 | $0.88 | $22,700.08 |

The itemized billing statement for the fees and costs billed is attached hereto as **Exhibit A**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: April 19, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Exhibit A

March 2024 Invoice

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: carneyp@sfarch.org

# Invoice 13301

| Date | Apr 09, 2024 |
|---|---|
| Terms | |
| Service Thru | Mar 31, 2024 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/01/2024 | TRP | **B310 - Claims Administration and Objections:** Review internal survivor claims register chart with extensive detail (.8); draft email to B. Whitaker regarding revisions to chart (.2); emails with B. Whitaker regarding revisions to chart (.1). | 1.10 | $ 425.00/hr | $ 467.50 |
| 03/01/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to P. Califano (St. Patrick's Seminary) re case issues, review issues for call (.3). Call with P. Califano re same (.5). | 0.80 | $ 550.00/hr | $ 440.00 |
| 03/01/2024 | PJP | **B310 - Claims Administration and Objections:** Email to A. Kieser re serving newly discovered potential creditor with notice of bankruptcy, claims notice (.2). Review claims register from Omni re additional information needed, conference with T. Phinney re what has been useful in other cases re same (.3). | 0.50 | $ 550.00/hr | $ 275.00 |
| 03/01/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.4). Attend same (1.2). | 1.60 | $ 550.00/hr | $ 880.00 |
| 03/01/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from M. Flanagan re City National CD, review unclaimed funds notice, email to J. Crastz re same (.3). Email to B. Michaels re follow up on Committee position on City National motion for relief (.1). | 0.40 | $ 550.00/hr | $ 220.00 |
| 03/01/2024 | PJP | **B210 - Business Operations:** Call with W. Weitz re operations question (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 03/01/2024 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell, P. Gaspari, O. Katz re draft responses to document production (.2). | 0.20 | $ 550.00/hr | $ 110.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to B. Weinstein re auto stay issue and insurance (.1). Call with B. Weinstein re same (.2). | 0.30 | $ 550.00/hr | $ 165.00 |
| 03/01/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review Certificate regarding Motion to extend assumption deadline and follow up regarding preparation and submission of the Proposed Order. | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/02/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from B. Michaels re City National relief from stay motion and order, email to J. Crastz re same and unclaimed property notice (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/02/2024 | PJP | **L310 - Written Discovery:** Review proposed stipulation to clarify protective order from insurers, revise stipulation, consider issues re same (.6). | 0.60 | $ 550.00/hr | $ 330.00 |
| 03/04/2024 | PJP | **L320 - Document Production:** Emails from and to L. Linsky re Sacred Heart and document production (.2). Emails from M. Flanagan, to P. Gaspari. A. Cottrell re BPM subpoena (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 03/04/2024 | PJP | **L310 - Written Discovery:** Review and revise stipulation with insurers to add insurers to protective order and confidentiality signature provisions (.5). Email to M. Weiss re same (.2). | 0.70 | $ 550.00/hr | $ 385.00 |
| 03/04/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to L. Parada re City National motion for relief from stay (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 03/04/2024 | PJP | **B120 - Asset Analysis and Recovery:** Emails to and from B. Weinstein re insurance assets, prepare for call with Committee counsel re same (.2). Attend same with B. Weinstein (.6). Follow up call with B. Weinstein re same (.1). | 0.90 | $ 550.00/hr | $ 495.00 |
| 03/04/2024 | JER | **B185 - Assumption/Rejection of Leases and Contracts:** Review and revise Order granting second motion to extend deadline for assumption of nonresidential real property leases and follow up emails regarding same. | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/04/2024 | JER | **B320 - Plan and Disclosure Statement:** Draft motion to compel mediation. (4.1). Revise motion to compel mediation to address issues raised in Santa Rosa Diocese and Oakland Diocese cases. (.9). Further analysis and drafting of Motion. (.5) | 5.50 | $ 475.00/hr | $ 2,612.50 |
| 03/04/2024 | JER | **B210 - Business Operations:** Emails with Client Team regarding application of Employee Wage Order. | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/05/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly update call with Committee counsel (.4). Attend same (.8). Follow up call with O. Katz, notes to file (.2). | 1.40 | $ 550.00/hr | $ 770.00 |
| 03/05/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from and to P. Carney re fee examiner question (.1). Emails from Weinstein, Weintraub, B. Riley re LEDES data, emails to E. Frejka and J. Blumberg re same (.2). | 0.30 | $ 550.00/hr | $ 165.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/05/2024 | PJP | **L310 - Written Discovery:** Email to M. Weiss re revisions to protective order for insurers single signature (.1). Email to B. Michael re same (.1). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/05/2024 | PJP | **B310 - Claims Administration and Objections:** Call with B. Whittaker re late claim IT information, consider issues (.2). Email to client (.2). Email to K. Debski re same (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 03/05/2024 | PJP | **B210 - Business Operations:** Email from and to M. Flanagan re bank account question (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/05/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to B. Lewis at Weintraub re information for creditor (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/06/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Email to O. Katz re mediators (.2). Further emails from and to O. Katz, P. Gaspari re same (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 03/06/2024 | PJP | **L320 - Document Production:** Email from O. Katz summarizing document production meet and confer with Committee counsel (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/06/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re hearings on March 7 resolved (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/06/2024 | PJP | **B190 - Other Contested Matters:** Review task list, prepare for professionals coordination call (.3). Attend same (.6). | 0.90 | $ 550.00/hr | $ 495.00 |
| 03/06/2024 | MEK | **B160 - Fee/Employment Applications:** Review and revise of monthly fee statements re: Weintraub Tobin for fee notice | 0.20 | $ 325.00/hr | $ 65.00 |
| 03/06/2024 | JER | **B320 - Plan and Disclosure Statement:** Review Court's Order granting motion extending Plan exclusivity. Follow up emails regarding same. | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/06/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from and to J. Tassone re creditor inquiry (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 03/06/2024 | BJ | **B160 - Fee/Employment Applications:** Begin preparing February Monthly Fee Statement for Weintraub Tobin and review the billing statements re: same. | 1.50 | $ 105.00/hr | $ 157.50 |
| 03/07/2024 | PJP | **L320 - Document Production:** Call with R. Harris re Committee discovery issues (.2). Email from M. Flanagan re BPM subpoena issues, email from O. Katz re same (.2). Consider strategy, review ordinary course professionals order and technical services agreement (.3). Email to O. Katz re same (.2). | 0.90 | $ 550.00/hr | $ 495.00 |
| 03/07/2024 | JER | **B310 - Claims Administration and Objections:** Emails with Client regarding response to creditor inquiry regarding filing of proof of claim. | 0.30 | $ 475.00/hr | $ 142.50 |
| 03/08/2024 | TRP | **B310 - Claims Administration and Objections:** Review email from Lloyd's attorney regarding confidentiality agreement and tender of claims (.3); draft email to J. Kim and team regarding same (.2). | 0.50 | $ 425.00/hr | $ 212.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/2024 | PJP | **L320 - Document Production:** Call with O. Katz re BPM subpoena issues, notes to file (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 03/08/2024 | PJP | **B190 - Other Contested Matters:** Review and revise draft mediation motion (2.1). | 2.10 | $ 550.00/hr | $ 1,155.00 |
| 03/08/2024 | BJ | **B160 - Fee/Employment Applications:** Continue drafting Weintraub Tobin's February Monthly Fee Statement; review and categorize invoices. | 2.00 | $ 105.00/hr | $ 210.00 |
| 03/08/2024 | BJ | **B160 - Fee/Employment Applications:** Numerous emails and telephone call with Weintraub Tobin's accounting department regarding the invoices for the February Monthly Fee Statement (.3). | 0.30 | $ 105.00/hr | $ 31.50 |
| 03/11/2024 | TRP | **B310 - Claims Administration and Objections:** Revise Rocio declaration regarding supplemental bar date noticing (.8). Emails with J. Kim and A. Martin regarding same (.2). | 1.00 | $ 425.00/hr | $ 425.00 |
| 03/11/2024 | PJP | **L320 - Document Production:** Email from O. Katz re BPM subpoena and call with Committee counsel re fees (.1). Call with O. Katz re same (.1). Emails from O. Katz, M. Flanagan, client team re same (.1). | 0.30 | $ 550.00/hr | $ 165.00 |
| 03/11/2024 | PJP | **B310 - Claims Administration and Objections:** Email from Omni re updated claims register, review for new claims (.2). Emails from insurer re claims access (.1). | 0.30 | $ 550.00/hr | $ 165.00 |
| 03/11/2024 | PJP | **B190 - Other Contested Matters:** Further review and revise mediation motion (1.1). Email to O. Katz re same (.3). Email to J. Rios re proposed order (.2). | 1.60 | $ 550.00/hr | $ 880.00 |
| 03/11/2024 | JER | **B210 - Business Operations:** Telephone call from M. Cottrell regarding application of Employee Wage Order. (.1). Analysis regarding same. (.2) | 0.30 | $ 475.00/hr | $ 142.50 |
| 03/11/2024 | BJ | **B160 - Fee/Employment Applications:** Complete the February Monthly Fee Statement for Weintraub. Email same to P. Pascuzzi and D. Pascuzzi for review and approval. | 1.10 | $ 105.00/hr | $ 115.50 |
| 03/11/2024 | BJ | **B160 - Fee/Employment Applications:** Draft Weinstein & Numbers February Monthly Fee Statement (.4). Review invoice and spreadsheet (.2). Email draft to Chuck Yeo for review/approval (.1). | 0.70 | $ 105.00/hr | $ 73.50 |
| 03/12/2024 | TRP | **B310 - Claims Administration and Objections:** Review revised Rodriguez declaration regarding Supplemental Compliance Steps (.2); emails with J. Kim regarding records of communications regarding bar date (.2). | 0.40 | $ 425.00/hr | $ 170.00 |
| 03/12/2024 | PJP | **B310 - Claims Administration and Objections:** Emails re compliance declarations with bar date order, consider issues (.2). Further emails re retaining information regarding contacts with potential claimants (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 03/12/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly update call with Committee counsel (.2). Attend same (.3). | 0.50 | $ 550.00/hr | $ 275.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Carney re case hearing dates (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/12/2024 | PJP | **B160 - Fee/Employment Applications:** Email to B. Weinstein re W&N monthly fee notice review (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 03/12/2024 | JER | **B210 - Business Operations:** Evaluate Employee Wage Order and emails to ADSF regarding same to address Client inquiry regarding application. (.6). Telephone call with PJP regarding same. (.2). Further telephone call from ADSF regarding same. (.2) | 1.00 | $ 475.00/hr | $ 475.00 |
| 03/13/2024 | PJP | **B210 - Business Operations:** Call with M. Flanagan re business operations issues (.5). | 0.50 | $ 550.00/hr | $ 275.00 |
| 03/13/2024 | BJ | **B160 - Fee/Employment Applications:** Revise and finalize the February Monthly Fee Statement for B. Riley (.3). Email to/from P. Pascuzzi re same (.1). | 0.40 | $ 105.00/hr | $ 42.00 |
| 03/13/2024 | PJP | **L320 - Document Production:** Call from P. Califano re Committee discovery (,2). Emails from and to S. Gersten re same (.1). | 0.30 | $ 550.00/hr | $ 165.00 |
| 03/13/2024 | PJP | **B320 - Plan and Disclosure Statement:** Review Boy Scouts decision re plan injunction enforcement, consider issues re same, email to client team re same (.2) (shared). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/13/2024 | PJP | **B190 - Other Contested Matters:** Emails from and to O. Katz re draft mediation motion issues (.2). Review revisions re same from O. Katz (.4). | 0.60 | $ 550.00/hr | $ 330.00 |
| 03/13/2024 | JER | **B210 - Business Operations:** Telephone call from M. Flanagan re application of Employee Wage Order. (.2). Telephone call with PJP regarding same. (.1). Email with ADSF regarding same. (.1) | 0.40 | $ 475.00/hr | $ 190.00 |
| 03/13/2024 | JER | **B310 - Claims Administration and Objections:** Review and analysis of case report re Boy Scouts and consider impact on ADSF. (.2). Telephone call to PJP regarding same. (.1). Email to W. Weitz regarding follow up on list of potential Abuse Claimants. (.2) | 0.50 | $ 475.00/hr | $ 237.50 |
| 03/14/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to P. Carney re claims noticing, email to J. Rios re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/14/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals call, review task list, organize projects (.2). Attend same (.5). | 0.70 | $ 550.00/hr | $ 385.00 |
| 03/15/2024 | PJP | **L320 - Document Production:** Numerous emails re Committee subpoenas to "affiliates" (.2). Emails from and to A. Cottrell, S. Gersten re BRG requests including on software access (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 03/16/2024 | PJP | **L320 - Document Production:** Call with A. Cottrell, O. Katz re Committee document production issues, status, strategy (1.0). | 1.00 | $ 550.00/hr | $ 550.00 |
| 03/17/2024 | JER | **B110 - Case Administration:** Emails with W. Weitz and ADSF regarding noticing issue re potential abuse claimants. | 0.20 | $ 475.00/hr | $ 95.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/2024 | PJP | **L320 - Document Production:** Email to Fr. Summerhays, P. Carney, M. Flanagan re discovery issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/18/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to Arizona taxing authority re call from RCASF accounting personnel (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 03/18/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with O. Katz re meeting with potential mediator (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/18/2024 | JER | **B110 - Case Administration:** Review email from M. Flanagan regarding Bank Card reporting issues for monthly operating report (.1). | 0.10 | $ 475.00/hr | $ 47.50 |
| 03/18/2024 | JER | **B160 - Fee/Employment Applications:** Emails with Client Team and B Riley regarding application of Ordinary Course Professionals Order (.2). Email with B Riley regarding preparation of quarterly OCP report (.1). | 0.30 | $ 475.00/hr | $ 142.50 |
| 03/19/2024 | PJP | **L320 - Document Production:** Review M. Weiss email and revisions to protective order by insurers (.3). Review M. Norton email re additional revision requested, consider issues (.3). Email to B. Michael re same and committee position (.2). Call with R. Charles re Committee discovery issues, notes to file (.3). Further call with R. Charles re same (.1). Call with O. Katz, A. Cottrell re document production issues, notes to file (.3). | 1.50 | $ 550.00/hr | $ 825.00 |
| 03/19/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for update call with Committee counsel (.2). Attend same (1.0). | 1.20 | $ 550.00/hr | $ 660.00 |
| 03/19/2024 | BJ | **B160 - Fee/Employment Applications:** Revise and finalize the February Monthly Fee Statements for B. Riley, FFWPR, Weinstein & Numbers and Weintraub Tobin. | 0.80 | $ 105.00/hr | $ 84.00 |
| 03/19/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with P. Carney, Fr. Summerhays, M. Flanagan, P. Gaspari, O. Katz re case issues and strategy (1.0). Emails from and to P. Carney re same (.2). Follow up email to client team re case issues and strategy (.2). | 1.40 | $ 550.00/hr | $ 770.00 |
| 03/19/2024 | JER | **B160 - Fee/Employment Applications:** Emails with PJP re preparation of Quarterly Ordinary Course Professionals report. (.1). Review draft Exhibit to Report and email from B. Riley and work on preparation of Quarterly Notice. (.2) | 0.30 | $ 475.00/hr | $ 142.50 |
| 03/20/2024 | JER | **B310 - Claims Administration and Objections:** Email to W. Weitz regarding follow up for review and verification of abuse claims noticing list. | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/20/2024 | PJP | **L320 - Document Production:** Call with B. Weinstein re protective order stipulation issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/20/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals task coordination call (.2). Attend same (.4). | 0.60 | $ 550.00/hr | $ 330.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/20/2024 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re budgeting and operations issues, email from O. Katz re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/21/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to Fr. Summerhays, P. Carney, P. Gaspari re case development (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/21/2024 | PJP | **B160 - Fee/Employment Applications:** Emails to and from O. Katz, J. Kim, W. Weitz re first interim fee applications issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/21/2024 | JER | **B310 - Claims Administration and Objections:** Review potential abuse claim noticing list from W. Weitz and follow up regarding same. | 0.30 | $ 475.00/hr | $ 142.50 |
| 03/21/2024 | PJP | **B190 - Other Contested Matters:** Call with P. Gaspari, O. Katz, B. Weinstein, P. Carney re mediation motion issues, draft (.6) | 0.60 | $ 550.00/hr | $ 330.00 |
| 03/22/2024 | PJP | **B190 - Other Contested Matters:** Review further revised motion for mediation, emails with client team re same (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 03/22/2024 | PJP | **L320 - Document Production:** Emails from and to O. Katz re Committee issues on document production (.3). Email from B. Michael re insurer protective order stipulation (.1). Review insurer protective order stipulation re change, B. Michael email re committee position, email to insurers re same (.3). | 0.70 | $ 550.00/hr | $ 385.00 |
| 03/24/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review JCCP 5108 case management statement re co-defendants in diocese cases being set for trial, consider issues on automatic stay, email to P. Gaspari, P. Carney re same (.2) (shared). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/24/2024 | PJP | **B160 - Fee/Employment Applications:** Review Omni 156 February invoice, email to P. Deutch, B. Osborne re same (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 03/25/2024 | PJP | **B110 - Case Administration:** Email to B. Whitaker re updated limited service list (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 03/25/2024 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re school donation issue (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/25/2024 | PJP | **L320 - Document Production:** Call from P. Califano re Committee discovery to St. Patrick's Seminary (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 03/26/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly Committee call (.2). Attend same (.9). | 1.10 | $ 550.00/hr | $ 605.00 |
| 03/26/2024 | PJP | **B210 - Business Operations:** Emails from and to P. Carney and call re business issue (.2). Call from M. Flanagan re business issues (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 03/26/2024 | PJP | **B160 - Fee/Employment Applications:** Email to O. Katz, J. Kim re UST requests on first interim fee applications, review UST guidelines re same (.3). | 0.30 | $ 550.00/hr | $ 165.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/26/2024 | JER | **B160 - Fee/Employment Applications:** Telephone call with D. Greenblat regarding OCP Report. (.1) Telephone call and email with M. Flanagan regarding same. (.3). Draft OCP Quarterly Notice. (.5). Emails regarding same. (.5) | 1.40 | $ 475.00/hr | $ 665.00 |
| 03/26/2024 | JER | **B310 - Claims Administration and Objections:** Emails with W. Weitz regarding investigation re noticing of abuse claimants. | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/27/2024 | TRP | **B160 - Fee/Employment Applications:** Review notice of 2nd quarterly ordinary course professional statement (.2); draft email to J. Rios regarding ordinary course professional payments accounting process (.3) | 0.50 | $ 425.00/hr | $ 212.50 |
| 03/27/2024 | TRP | **B310 - Claims Administration and Objections:** Review email from M. Norton regarding coverage letters responding to proof of claims (.2); emails with J. Kim regarding same and status of confidentiality agreements (.2). | 0.40 | $ 425.00/hr | $ 170.00 |
| 03/27/2024 | JER | **B160 - Fee/Employment Applications:** Finalize draft Quarterly Ordinary Course report required by Court's OCP order. (.1) Emails with M. Flanagan regarding same. (.2). Review email from ADSF regarding OCP payment to Catholic Immigration Network. (.1) | 0.40 | $ 475.00/hr | $ 190.00 |
| 03/27/2024 | JER | **B160 - Fee/Employment Applications:** Conference with M. Kutsuris regarding drafting of Motion to Extend Deadline re Removal. | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/27/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from and to O. Katz, P. Gaspari, B. Weinstein re fee examiner review of first interim fee applications status (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/27/2024 | PJP | **B210 - Business Operations:** Email from M. Flanagan re operations question, review documents re same, email to M. Flanagan re same (.4). | 0.40 | $ 550.00/hr | $ 220.00 |
| 03/27/2024 | JER | **B310 - Claims Administration and Objections:** Email with ADSF regarding review of noticing list Abuse Claimants. | 0.10 | $ 475.00/hr | $ 47.50 |
| 03/28/2024 | JER | **B160 - Fee/Employment Applications:** Emails with M. Flanagan regarding OCP Quarterly Report. (.1). Revise and finalize OCP Quarterly Report and direct filing and service. (.3) Review email from BRiley re ADSF question re OCP payment. (.1). Court notice and emails regarding service of notice. (.1) | 0.60 | $ 475.00/hr | $ 285.00 |
| 03/28/2024 | JER | **B310 - Claims Administration and Objections:** Emails with ADSF regarding investigation re potential abuse claims for noticing. | 0.20 | $ 475.00/hr | $ 95.00 |
| 03/28/2024 | PJP | **B160 - Fee/Employment Applications:** Emails to P. Gaspari, B. Weinstein, W. Weitz, P. Carney re fee application hearing change (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 03/28/2024 | PJP | **B210 - Business Operations:** Email from L. Linsky re Sacred Heart, consider issues re same (.2). Email to Fr. Summerhays, P. Carney re same (.2). | 0.40 | $ 550.00/hr | $ 220.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 03/29/2024 | PJP | **L320 - Document Production:** Review draft stipulation re admin claims of third party discovery targets, emails re same (.3). Email to O. Katz, J. Kim re mechanism for payment if no objections (.2). Emails from and to B. Weinstein re coverage letters production, privilege issues, email to O. Katz re Committee requests to insurers on same issue (.3). Emails from and to M. Weiss re insurer stipulation regarding protective order, email to B. Michael, review stip to ensure final agreed version (.3). | 1.10 | $ 550.00/hr | $ 605.00 |
| 03/29/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination call, review task list (.2). Attend same (.4). | 0.60 | $ 550.00/hr | $ 330.00 |
| 03/29/2024 | JER | **B110 - Case Administration:** Analysis regarding investigation for noticing potential abuse claimants. | 0.20 | $ 475.00/hr | $ 95.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 03/31/2024 | FA | Postage - March 2024 | $ 0.88 |

| | |
|---|---|
| Total Hours | 59.90 hrs |
| Total Biller | $ 28,374.00 |
| Total Expenses | $ 0.88 |
| **Total Invoice Amount** | **$ 28,374.88** |
| Previous Balance | $ 104,290.68 |
| **Balance (Amount Due)** | **$ 132,665.56** |

**Trust Account Summary**

**Billing Period: 03/01/2024 - 04/09/2024**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | | |
|---|---|---|---|---|
| $63,857.01 | $63,857.01 | $0.00 | | |
| **Date** | **Transaction** | **Deposit** | **Disbursement** | **Balance** |
| 03/12/2024 | Received From-Archdiocese of San Francisco | $29,504.80 | | $29,504.80 |
| 03/14/2024 | Applied to invoice #13162 | | $29,504.80 | $0.00 |
| 03/15/2024 | Received From-Archdiocese of San Francisco | $34,352.21 | | $34,352.21 |
| 03/15/2024 | Applied to invoice #13206 | | $34,352.21 | $0.00 |

**User Hours Summary**

**Billing Period: 03/01/2024 - 03/31/2024**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 35.50 | $ 550.00 | $ 19,525.00 |
| Jake E Rios | 13.50 | $ 475.00 | $ 6,412.50 |
| Thomas R Phinney | 3.90 | $ 425.00 | $ 1,657.50 |
| Brenda Jennings | 6.80 | $ 105.00 | $ 714.00 |
| Mikayla E Kutsuris | 0.20 | $ 325.00 | $ 65.00 |