PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN [MARCH 2024]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statements for the month of March 2024.  Pursuant to the Order Establishing Procedures and

Case: 23-30564    Doc# 609    Filed: 04/19/24    Entered: 04/19/24 14:44:34    Page 1 of 40

Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of March 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2024, through March 31, 2024 | $25,567.50 | $0.00 | $25,567.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $20,454.00 | $0.00 | $20,454.00 |

Attached hereto as **Exhibit A** is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the period of March 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub

///

///

///

///

///

Case: 23-30564    Doc# 609    Filed: 04/19/24    Entered: 04/19/24 14:44:34    Page 2 of 40

within 14 days from the date of service of this Statement.

Dated: April 19, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By:*/s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: April 19, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:     */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of
San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period of March 2024**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $485 | 16.50 | $8,002.50 |
| Daniel C. Zamora | Shareholder | $475 | 1.50 | $712.50 |
| Audrey A. Millemann | Shareholder | $450 | 0.00 | 0.00 |
| Benjamin J. Lewis | Associate | $450 | 13.30 | $5,985.00 |
| Alexa K. Horner | Associate | $375 | 10.50 | $3,937.50 |
| Monica Silver | Associate | $375 | 12.90 | $4,837.50 |
| Brian Gonzaga | Paralegal | $225 | 9.30 | $2,092.50 |
| **TOTAL** | | | **64.00** | **$25,567.50** |

Case: 23-30564   Doc# 609   Filed: 04/19/24   Entered: 04/19/24 14:44:34   Page 4 of 40

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of March 2024**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Case Administration | 14.20 | $5,513.50 |
| Asset Analysis and Recovery | 0.60 | $291.00 |
| Other Contested Matters | 8.10 | $3,928.50 |
| Business Operations | 1.00 | $485.00 |
| Claims Admin/Objections | 1.80 | $873.00 |
| Fact Investigation/Development Plan & Prepare | 1.70 | $540.00 |
| Fact Investigation/Development Review/Analyze | 8.60 | $3,882.50 |
| Fact Investigation/Development Communication-Other | 1.00 | $475.00 |
| Analysis/Strategy-Review/Analyze | 6.00 | $1,350.00 |
| Analysis/Strategy-Communicate/In Firm | 1.00 | $0.00 |
| Document Production-Review/Analyze | 1.30 | $292.50 |
| Settlement/ADR-Plan and Prepare for | 12.50 | $4,537.50 |
| Other-Review/Analyze | 1.60 | $360.00 |
| Other-Communicate w/Other Counsel | 0.50 | $225.00 |
| Pleadings-Review/Analyze | 0.80 | $360.00 |
| Pleadings-Communicate w/Other Counsel | 0.80 | $300.00 |
| Other Preparation/Support-Plan & Prepare for | 0.30 | $0.00 |
| **TOTAL** | **58.90** | **$23,413.50** |

**Litigation**

| Litigation | Hours | Amount |
|---|---|---|
| **TOTAL** | **5.10** | **$2,154.00** |
| **GRAND TOTAL** | **64.00** | **$25,567.50** |

Case No. 23-30564
MONTHLY FEE STATEMENT
MARCH 2024

Case: 23-30564    Doc# 609    Filed: 04/19/24    Entered: 04/19/24 14:44:34    Page 5 of 40

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

Case: 23-30564    Doc# 609    Filed: 04/19/24    Entered: 04/19/24 14:44:34    Page 6 of 40

**Exhibit D**

**Weintraub Invoices**

Case: 23-30564    Doc# 609    Filed: 04/19/24    Entered: 04/19/24 14:44:34    Page 7 of 40

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

Case No. 23-30564

MONTHLY FEE STATEMENT
MARCH 2024

**Exhibit D**

**Weintraub Invoices**

Case: 23-30564    Doc# 609    Filed: 04/19/24    Entered: 04/19/24 14:44:34    Page 9 of 40



# weintraub | tobin
### weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

April 04, 2024
Client:        150363

For Professional Services Rendered Through March 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000000 | General matters | 98479504 | $242.50 | $0.00 | $242.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,982.30 |
| Current Charges | $242.50 |
| **Balance Due:** | **$4,224.80** |

| | |
|---|---|
| **Retainer Balance** | **$146,880.81** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

April 04, 2024
Client:          150363
Matter:          000000
Invoice #:       98479504

Page:                 1

RE: General matters

For Professional Services Rendered Through March 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/3/2024 | PEG | Review of Blank Rome brief regarding Chubb coverage issues. [B100 – B190](0.50) | 0.50 | $242.50 |
| | | Total Services | 0.50 | $242.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.50 | $485.00 | $242.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $955,811.00 | Previous Balance | $3,982.30 |
| Total Disbursements to Date: | $31,931.80 | Current Charges | $242.50 |
| Total to Date: | $987,742.80 | **Balance Due** | **$4,224.80** |

The Archdiocese of San Francisco

RE: General matters

April 04, 2024
Client: 150363
Matter: 000000
Invoice #: 98479504

Page: 2

| | Retainer Balance | | $146,880.81 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Other Contested Matters (excluding assumption/re | 0.50 | $242.50 |
| B200 | Business Operations | 0.30 | $0.00 |

| | **Total Hours** | 0.50 |
|---|---|---|

| | **Total Fees:** | $242.50 |
|---|---|---|



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 02, 2024
Client:      150363

For Professional Services Rendered Through March 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000651 | John SF-11 Doe ( ███████ ) | 98478832 | $135.00 | $0.00 | $135.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $49.80 |
| Current Charges | $135.00 |
| **Balance Due:** | **$184.80** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: John SF-11 Doe ( ▮▮▮▮▮▮ )

April 02, 2024
Client:           150363
Matter:          000651
Invoice #:     98478832

Page:                 1

For Professional Services Rendered Through March 31, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/7/2024 | BJLE | Exchange of emails with Paula Carney regarding Complaint. [L210 - A106](0.30) | 0.30 | $135.00 |
| | | **Total Services** | 0.30 | $135.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $450.00 | $135.00 |

| | | | | |
|--|--|--|--|--|
| Total Fees to Date: | $3,969.00 | Previous Balance | | $49.80 |
| Total Disbursements to Date: | $0.00 | Current Charges | | $135.00 |
| Total to Date: | $3,969.00 | **Balance Due** | | **$184.80** |

The Archdiocese of San Francisco

RE: John SF-11 Doe (███████████)

April 02, 2024
Client: 150363
Matter: 000651
Invoice #: 98478832

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/With Client | 0.30 | $135.00 |
| | Total Hours | 0.30 | |
| | Total Fees: | | $135.00 |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 02, 2024
Client:        150363

For Professional Services Rendered Through March 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000805 | Jane Doe 116 (▮▮▮▮▮▮) | 98478833 | $180.00 | $0.00 | $180.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $180.00 |
| **Balance Due:** | **$180.00** |

### Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 02, 2024
Client:         150363
Matter:         000805
Invoice #:      98478833

Page:                1

RE: Jane Doe 116 (███████████)

For Professional Services Rendered Through March 31, 2024

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/6/2024 | BJLE | Exchange of emails with Lisa Linsky at Sacred Heart Prep regarding complaint. [L210 - A106](0.20) · | 0.20 | $90.00 |
| 3/7/2024 | BJLE | Exchange of emails with Lisa Linsky regarding proof that Plaintiff named Sacred Heart Catholic Preparatory as a defendant. [L210 - A106](0.20) | 0.20 | $90.00 |
| | | **Total Services** | 0.40 | $180.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $450.00 | $180.00 |

| | |
|---|---|
| Total Fees to Date: | $620.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $620.00 |

The Archdiocese of San Francisco

RE: Jane Doe 116 (█████████)

April 02, 2024
Client:      150363
Matter:      000805
Invoice #:   98478833

Page:            2

| | | |
|---|---|---|
| Current Charges | | $180.00 |
| **Balance Due** | | **$180.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/With Client | 0.40 | $180.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$180.00** | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 02, 2024
Client:        150363

For Professional Services Rendered Through March 31, 2024

Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000841 | John Roe 663 (███████████) | 98478953 | $90.00 | $0.00 | $80.00 |

Account Summary

| | |
|---|---|
| Current Charges | $90.00 |
| **Balance Due:** | **$90.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 02, 2024
Client:        150363
Matter:        000841
Invoice #:     98478953

Page:              1

RE: John Roe 663 (███████████)

For Professional Services Rendered Through March 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/8/2024 | BGON | Review plaintiff's fact sheet and update of case information. [L190 - A104](0.40) | 0.40 | $90.00 |
| | | Total Services | 0.40 | $90.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BGON | Brian Gonzaga | PARALEGAL | 0.40 | $225.00 | $90.00 |

| | | | |
|------|------|------|------|
| Total Fees to Date: | $352.50 | Current Charges | $90.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$90.00** |
| Total to Date: | $352.50 | | |

The Archdiocese of San Francisco

RE:  John Roe 663 (█████████████)

April 02, 2024
Client:        150363
Matter:        000841
Invoice #:     98478953

Page:              2

| Task | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| L190 | Other - Review/Analyze | | 0.40 | $90.00 |
| | | Total Hours | 0.40 | |
| | | Total Fees: | $90.00 | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

April 02, 2024
Client:        150363

For Professional Services Rendered Through March 31, 2024

---

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000851 | Jane Doe ▮▮▮ (▮▮▮▮▮▮▮▮▮▮▮) | 98478835 | $225.00 | $0.00 | $225.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $225.00 |
| **Balance Due:** | **$225.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 02, 2024
Client:          150363
Matter:          000851
Invoice #:       98478835

Page:                1

RE: Jane Doe ███ (███████████████)

---

For Professional Services Rendered Through March 31, 2024

---

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/7/2024 | BJLE | Exchange of emails with Paul Pascuzzi regarding documentation of claims against Sacred Heart High School. [L210 - A107](0.50) | 0.50 | $225.00 |
| | | **Total Services** | 0.50 | $225.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.50 | $450.00 | $225.00 |

| | | | |
|------|------|------|------|
| Total Fees to Date: | $225.00 | Current Charges | $225.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$225.00** |
| Total to Date: | $225.00 | | |

The Archdiocese of San Francisco

RE: Jane Doe ███ (████████████)

April 02, 2024
Client: 150363
Matter: 000851
Invoice #: 98478835

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/Other Counsel | 0.50 | $225.00 |
| | **Total Hours** | **0.50** | |
| | **Total Fees:** | | **$225.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 02, 2024
Client:        150363

For Professional Services Rendered Through March 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000910 | John Roe 660 ( ▓▓▓▓▓▓ ) | 98478836 | $97.00 | $0.00 | $97.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $97.00 |
| **Balance Due:** | **$97.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: John Roe 660 (███████████)

April 02, 2024
Client:        150363
Matter:       000910
Invoice #:    98478836

Page:              1

---

For Professional Services Rendered Through March 31, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/4/2024 | PEG | Review of Plaintiff's Fact Sheet. [B300 - B310](0.20) | 0.20 | $97.00 |
| | | Total Services | 0.20 | $97.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.20 | $485.00 | $97.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $247.00 | Current Charges | $97.00 |
| Total Disbursements to Date: | $0.00 | Balance Due | **$97.00** |
| Total to Date: | $247.00 | | |

The Archdiocese of San Francisco

RE: John Roe 660 (█████████)

April 02, 2024
Client: 150363
Matter: 000910
Invoice #: 98478836

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B300 | Claims Administration and Objections | 0.20 | $97.00 |
| | **Total Hours** | 0.20 | |
| | **Total Fees:** | | $97.00 |



**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq**

April 02, 2024
Client:        150363

For Professional Services Rendered Through March 31, 2024

*Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000927 | Joseph Doe SF 601 (████████) | 98478837 | $90.00 | $0.00 | $90.00 |

*Account Summary*

| | |
|---|---|
| Current Charges | $90.00 |
| **Balance Due:** | **$90.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq**

April 02, 2024
Client:          150363
Matter:          000927
Invoice #:       98478837

Page:              1

RE: Joseph Doe SF 601 (██████████████)

For Professional Services Rendered Through March 31, 2024

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/6/2024 | BJLE | Exchange of emails with Paul Pascuzzi regarding documents for claims against Sacred Heart. [L210 - A106](0.20) | 0.20 | $90.00 |
| | | **Total Services** | 0.20 | $90.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------------------|-----------|-------|---------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $450.00 | $90.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $527.00 | Current Charges | $90.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$90.00** |
| Total to Date: | $527.00 | | |

The Archdiocese of San Francisco

RE: Joseph Doe SF 601 (███████████████)

April 02, 2024
Client: 150363
Matter: 000927
Invoice #: 98478837

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/With Client | 0.20 | $90.00 |
| | Total Hours | 0.20 | |
| | Total Fees: | | $90.00 |



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

April 02, 2024
Client:    150363

For Professional Services Rendered Through March 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98478957 | $1,094.50 | $0.00 | $1,094.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $707.50 |
| Current Charges | $1,094.50 |
| **Balance Due:** | **$1,802.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

April 02, 2024
Client:        150363
Matter:        000945
Invoice #:      98478957

Page:           1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through March 31, 2024

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/14/2024 | BJLE | Exchange of emails with Doug Shaffer regarding insurance information. [L190 - A107](0.20) | 0.20 | $90.00 |
| 3/19/2024 | BJLE | Telephone call with Barry Weinstein regarding insurance information for claim. [L190 - A107](0.20) | 0.20 | $90.00 |
| 3/20/2024 | PEG | Call with Weinstein regarding National Catholic policies; preparation of memorandum to Pascuzzi regarding same. [B100 - B110](0.20) | 0.20 | $97.00 |
| 3/22/2024 | BJLE | Exchange of emails with Barry Weinstein regarding insurance coverage. [L190 - A107](0.20) | 0.20 | $90.00 |
| 3/24/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding insurance information. [L190 - A107](0.20) | 0.20 | $90.00 |
| 3/25/2024 | AKH | Telephone call to Barry Weinstein to follow up on insurance coverage for this matter. [B100 - B110](0.20) | 0.20 | $75.00 |
| 3/25/2024 | AKH | Correspondence to Barry Weinstein to follow up on insurance coverage for this matter. [B100 - B110](0.20) | 0.20 | $75.00 |
| 3/25/2024 | AKH | Correspondence to plaintiff's attorney regarding insurance coverage. [B100 - B110](0.20) | 0.20 | $75.00 |
| 3/26/2024 | AKH | Further correspondence to Barry Weinstein to follow up on insurance coverage for this matter. [B100 - B110](0.20) | 0.20 | $75.00 |
| 3/28/2024 | AKH | Telephone call with plaintiff's counsel regarding the stay and insurance coverage. [B100 - B110](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

April 02, 2024
Client: 150363
Matter: 000945
Invoice #: 98478957

Page: 2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/28/2024 | BJLE | Review of email from Doug Shaffer regarding insurance information and stay. [L190 - A107](0.30) | 0.30 | $135.00 |
| 3/28/2024 | BJLE | Exchange of emails with Barry Weinstein regarding insurance information. [L190 - A107](0.20) | 0.20 | $90.00 |
| | | **Total Services** | 2.60 | $1,094.50 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.20 | $485.00 | $97.00 |
| AKH | Alexa Horner | ASSOCIATE | 1.10 | $375.00 | $412.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.30 | $450.00 | $585.00 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $1,719.50 | Previous Balance | | $707.50 |
| Total Disbursements to Date: | $82.50 | Current Charges | | $1,094.50 |
| Total to Date: | $1,802.00 | **Balance Due** | | **$1,802.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 1.80 | $509.50 |
| L190 | Other - Communicate/Other Counsel | 1.30 | $585.00 |
| | **Total Hours** | **2.60** | |
| | **Total Fees:** | | **$1,094.50** |



weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

April 02, 2024
Client:       150363

For Professional Services Rendered Through March 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98478845 | $23,413.50 | $0.00 | $23,413.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $38,510.46 |
| Current Charges | $23,413.50 |
| **Balance Due:** | **$61,923.96** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

April 02, 2024
Client:          150363
Matter:          900036
Invoice #:       98478845

Page:                 1

RE:  Bankruptcy

For Professional Services Rendered Through March 31, 2024

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/1/2024 | PEG | Review of quinquennial report relative to objections. [B100 - B190](1.20) | 1.20 | $582.00 |
| 3/1/2024 | PEG | Call with Amanda Cottrell regarding discovery objections with Committee. [B100 - B190](0.30) | 0.30 | $145.50 |
| 3/1/2024 | PEG | Call with Pascuzzi, Carney, Fr. Summerhays, Flanaghan and Katz regarding claims, mediation and related issues. [B200 - B210](1.00) | 1.00 | $485.00 |
| 3/1/2024 | PEG | Review and edit proposed objections to Stage 3 Rule 2004 Subpoena; preparation of memorandum to Amanda Cottrell regarding same. [B100 - B190](0.50) | 0.50 | $242.50 |
| 3/1/2024 | PEG | Further call with Paula Carney regarding Quinquennial Reports. [B100 - B190](0.30) | 0.30 | $145.50 |
| 3/1/2024 | BJLE | Review of email from Paul Pascuzzi regarding proofs of claim filed. Review of documents and confirm list of claims files. [L210 - A104](0.80) | 0.80 | $360.00 |
| 3/1/2024 | BGON | Download Proof of Claim forms from ShareVault. Compare files received to numbers from Pascuzzi. [L190 - A104](1.30) | 1.30 | $292.50 |
| 3/4/2024 | DCZ | Review and analysis of stage three set of document requests under Bankruptcy Rule 2004 Request. [L110 - A104](0.50) | 0.50 | $237.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 02, 2024
Client:      150363
Matter:      900036
Invoice #:   98478845

Page:        2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/4/2024 | DCZ | Conference call with Creditors Committee Counsel regarding Rule 2004 document requests. [L110 - A107](1.00) | 1.00 | $475.00 |
| 3/4/2024 | PEG | Review of filed claims register. [B300 - B310](0.60) | 0.60 | $291.00 |
| 3/4/2024 | PEG | Call with OCC regarding Rule 2004 objections. [B100 - B190](1.00) | 1.00 | $485.00 |
| 3/4/2024 | PEG | Preparation of memorandum to Steve Gersten regarding meet and confer call. [B100 - B190](0.30) | 0.30 | $145.50 |
| 3/4/2024 | PEG | Review of memorandum from Mike Flanagan regarding BPM subpoena. [B100 - B190](0.20) | 0.20 | $97.00 |
| 3/5/2024 | PEG | Review of memorandum from Pascuzzi; review of revised stipulation regarding carrier protective order. [B300 - B310](0.30) | 0.30 | $145.50 |
| 3/5/2024 | PEG | Review of followup email from Mike Flanagn regarding BPM subpoena, review of email from BPM; preparation of reply to Mike regarding same. [B100 - B190](0.30) | 0.30 | $145.50 |
| 3/5/2024 | PEG | Review of memorandum from Pascuzzi regarding evaluation of late claim. [B300 - B310](0.20) | 0.20 | $97.00 |
| 3/5/2024 | BGON | Download Proof of Claim forms from ShareVault. [L190 - A104](0.30) | 0.30 | $67.50 |
| 3/6/2024 | PEG | Review of Objections to Amended Camden plan. [B300 - B310](0.40) | 0.40 | $194.00 |
| 3/6/2024 | PEG | Exchange with Paul Pascuzzi and Ori Katz regarding Sontchi and Krivis. [B100 - B190](0.30) | 0.30 | $145.50 |
| 3/6/2024 | PEG | Review of OCC subpoena to BPM; preparation of memorandum to Amanda Cottrell regarding same. [B100 - B110](0.40) | 0.40 | $194.00 |
| 3/6/2024 | PEG | Review of memorandum from Ori Katz regarding BPM subpoena. [B100 - B190](0.20) | 0.20 | $97.00 |
| 3/7/2024 | PEG | Review of memorandum from Flanagan regarding BPM subpoena. [B100 - B190](0.20) | 0.20 | $97.00 |
| 3/8/2024 | PEG | Review of memorandum from Katz regarding BPM subpoena. [B100 - B190](0.20) | 0.20 | $97.00 |
| 3/11/2024 | PEG | Review of memorandum from Ori Katz regarding third party subpoenas and cost. [B100 - B110](0.20) | 0.20 | $97.00 |
| 3/13/2024 | PEG | Call with Paula Carney and Shepard Mullin regarding BPM subpoena. [B100 - B190](0.50) | 0.50 | $242.50 |
| 3/13/2024 | PEG | Call with Shepard Mullin and Pillsbury regarding BPM. [B100 - B190](0.50) | 0.50 | $242.50 |
| 3/13/2024 | PEG | Review of reply from Ori Katz regarding Bankruptcy. [B100 - B190](0.20) | 0.20 | $97.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 02, 2024
Client: 150363
Matter: 900036
Invoice #: 98478845

Page: 3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/18/2024 | PEG | Review of further memorandum from Weiss regarding carrier protective order. [B300 - B310](0.30) | 0.30 | $145.50 |
| 3/18/2024 | PEG | Review of further draft objections to stage 4 requests; preparation of memorandum to Steve Gersten regarding same. [B100 - B190](0.60) | 0.60 | $291.00 |
| 3/18/2024 | PEG | Call with Ori Katz regarding Judge Sonchi. [B100 - B110](0.20) | 0.20 | $97.00 |
| 3/18/2024 | BJLE | Preparation of plan for evaluating Plaintiff and Doe Perpetrators for mediation. [L110 - A101](1.20) | 1.20 | $540.00 |
| 3/19/2024 | PEG | Meeting with Ori Katz and Judge Sonchi. [B100 - B110](1.30) | 1.30 | $630.50 |
| 3/19/2024 | PEG | Call with Pascuzzi, Katz, Fr. Summerhays, Paula Carney and Mike Finnegan regarding Committee discovery issues. [B100 - B110](1.00) | 1.00 | $485.00 |
| 3/19/2024 | PEG | Call with Weinstein regarding request for non-abuse insurance information. [B100 - B120](0.30) | 0.30 | $145.50 |
| 3/19/2024 | BJLE | Review and analysis of all 260 alleged Doe Perpetrators for Archdiocese of San Francisco mediation to determine which accused individuals are Archdiocese priests, which accused individuals are non-diocesan individuals that were at diocesan locations, and which accused individuals likely have not connection to the Archdiocese. [L110 - A104](2.50) | 2.50 | $1,125.00 |
| 3/19/2024 | BJLE | Review and analysis of all 542 claims against Archdiocese of San Francisco filed in bankruptcy court in comparison to claims filed in JCCP 5108 proceeding and evaluate plan and strategy for addressing discrepancies. [L110 - A104](3.60) | 3.60 | $1,620.00 |
| 3/20/2024 | PEG | Review and edit draft motion for order to mediation; reply to counsel regarding same. [B100 - B190](0.70) | 0.70 | $339.50 |
| 3/20/2024 | PEG | Call with Weinstein regarding request for relief from stay to pursue insurance. [B100 - B190](0.20) | 0.20 | $97.00 |
| 3/20/2024 | PEG | Call from Paula Carney regarding motion for order to mediation. [B100 - B110](0.20) | 0.20 | $97.00 |
| 3/20/2024 | MAS | Preparation of personnel files for review and evaluation. [L160 - A101](3.10) | 3.10 | $1,162.50 |
| 3/21/2024 | PEG | Call with Shepard, Pascuzzi and Weinstein regarding motion for mediation. [B100 - B110](0.50) | 0.50 | $242.50 |
| 3/21/2024 | AKH | Continued review and analysis of plaintiff fact sheets for purposes of drafting plaintiff summaries for upcoming mediation. [B100 - B110](1.60) | 1.60 | $600.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 02, 2024
Client:        150363
Matter:       900036
Invoice #:   98478845

Page:            4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/21/2024 | BJLE | Continue review and analysis of 542 claims filed against the Archdiocese in bankruptcy court and evaluate discrepancies between claims filed in JCCP 5108 to determine status of claim, whether claims were valid and within the status of limitations window, and determine which previously filed claims were should now be dismissed for failing to file within bankruptcy court. [L110 - A104](2.00) | 2.00 | $900.00 |
| 3/21/2024 | MAS | Further preparation of personnel files for review and evaluation for upcoming global mediation. [L160 - A101](7.30) | 7.30 | $2,737.50 |
| 3/22/2024 | PEG | Review of revised motion for mediation. [B100 - B110](0.30) | 0.30 | $145.50 |
| 3/22/2024 | PEG | Review of Committee document requests to carriers. review of memorandum from Weinstein regarding same. [B100 - B120](0.30) | 0.30 | $145.50 |
| 3/22/2024 | MAS | Further preparation of personnel files for review and evaluation for upcoming global mediation. [L160 - A101](1.00) | 1.00 | $375.00 |
| 3/25/2024 | AKH | Further review and analysis of plaintiff fact sheets for purposes of drafting plaintiff summaries for upcoming mediation. [B100 - B110](2.60) | 2.60 | $975.00 |
| 3/26/2024 | AKH | Further review and analysis of plaintiff fact sheets for purposes of drafting summaries for upcoming mediation. [B100 - B110](2.10) | 2.10 | $787.50 |
| 3/27/2024 | MAS | Correspondence with Peter Califano regarding matters naming St. Patrick's Seminary. [L210 - A107](0.30) | 0.30 | $112.50 |
| 3/27/2024 | BGON | Review previous personnel file production and move to mediation file. [L320 - A104](1.30) | 1.30 | $292.50 |
| 3/28/2024 | AKH | Further review and analysis of plaintiff fact sheets for purposes of drafting plaintiff summaries for upcoming mediation. [B100 - B110](1.40) | 1.40 | $525.00 |
| 3/28/2024 | MAS | Further correspondence with Peter Califano regarding matters naming St. Patrick's Seminary. [L210 - A107](0.50) | 0.50 | $187.50 |
| 3/28/2024 | BGON | Review and unitize of personnel files. [L120 - A104](3.20) | 3.20 | $720.00 |
| 3/29/2024 | PEG | Exchange with Pascuzzi and Weinstein regarding objections to committee discovery to insurers. [B100 - B190](0.40) | 0.40 | $194.00 |
| 3/29/2024 | AKH | Further review and analysis of plaintiff fact sheets for purposes of drafting plaintiff summaries for upcoming mediation. [B100 - B110](1.70) | 1.70 | $637.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 02, 2024
Client: 150363
Matter: 900036
Invoice #: 98478845

Page: 5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/29/2024 | BJLE | Review of email from Steven Gersten regarding list of Plaintiff claims against Archdiocese of San Francisco, confirming the list of accused individuals, and timeline for gather documents. Review of claims and preparation of evaluation of claims to Steven Gersten. [L190 - A107](0.50) | 0.50 | $225.00 |
| 3/29/2024 | MAS | Further preparation of personnel files for review and evaluation for upcoming global mediation. [L160 - A101](0.70) | 0.70 | $262.50 |
| 3/29/2024 | BGON | Review and unitize of personnel files. [L120 - A104](2.80) | 2.80 | $630.00 |
| | | Total Services | 58.90 | $23,413.50 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 15.60 | $485.00 | $7,566.00 |
| AAM | Audrey A. Millemann | SHAREHOLDER | 0.00 | $450.00 | $0.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.50 | $475.00 | $712.50 |
| AKH | Alexa Horner | ASSOCIATE | 9.40 | $375.00 | $3,525.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 10.60 | $450.00 | $4,770.00 |
| MAS | Monica Silver | ASSOCIATE | 12.90 | $375.00 | $4,837.50 |
| BGON | Brian Gonzaga | PARALEGAL | 8.90 | $225.00 | $2,002.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $95,848.50 | Previous Balance | $38,510.46 |
| Total Disbursements to Date: | $1,900.06 | Current Charges | $23,413.50 |
| Total to Date: | $97,748.56 | **Balance Due** | **$61,923.96** |

The Archdiocese of San Francisco

RE: Bankruptcy

April 02, 2024
Client:         150363
Matter:       900036
Invoice #:   98478845

Page:                     6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 14.20 | $5,513.50 |
| B100 | Asset Analysis and Recovery | 0.60 | $291.00 |
| B100 | Other Contested Matters (excluding assumption/re | 8.10 | $3,928.50 |
| B200 | Business Operations | 1.00 | $485.00 |
| B300 | Claims Administration and Objections | 1.80 | $873.00 |
| L110 | Fact Investigation/Development - Plan & Prepare | 1.70 | $540.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 8.60 | $3,882.50 |
| L110 | Fact Investigation/Development - Commun./Other( | 1.00 | $475.00 |
| L120 | Analysis/Strategy - Review/Analyze | 6.00 | $1,350.00 |
| L120 | Analysis/Strategy - Communicate/In Firm | 1.00 | $0.00 |
| L160 | Settlement/Non-Binding ADR - Plan & Prepare For | 12.50 | $4,537.50 |
| L190 | Other - Review/Analyze | 1.60 | $360.00 |
| L190 | Other - Communicate/Other Counsel | 0.50 | $225.00 |
| L210 | Pleadings - Review/Analyze | 0.80 | $360.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.80 | $300.00 |
| L320 | Document Production - Review/Analyze | 1.30 | $292.50 |
| L440 | Other Preparation/Support - Plan & Prepare For | 0.30 | $0.00 |

**Total Hours** 58.90

61.8
58.9
29 wb for Aam
58.90 hrs

**Total Fees:** $23,413.50