# Exhibit 19

| Facility Type | Facility Number | Facility Name | Licensee |
|---|---|---|---|
| DAY CARE CENTER | 414002897 | ALL SOULS PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF S.F., A CORP. SOLE |
| DAY CARE CENTER | 414004018 | HOLY ANGELS PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF S.F., THE |
| DAY CARE CENTER | 384002235 | HOLY NAME PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF SF, THE |
| DAY CARE CENTER | 414002663 | IMMACULATE HEART OF MARY (PRESCHOOL) | ROMAN CATHOLIC ARCHBISHOP OF S.F., INC. |
| DAY CARE CENTER | 410517412 | OUR LADY OF MOUNT CARMEL SCHOOL | ROMAN CATH. ARCHBISHOP OF SF/OUR LADY OF MT CARMEL |
| DAY CARE CENTER | 384004305 | ST. ANNE | ROMAN CATHOLIC ARCHBISHOP OF SF A CORPORATON SALE |
| DAY CARE CENTER | 384002584 | ST. ANNE PRE-KINDERGARTEN (PS) | ROMAN CATHOLIC ARCHBISHOP OF S.F., A CORP. SOLE |
| DAY CARE CENTER | 384001789 | ST. ANNE PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF S.F.,CORPORATION SOLE |
| DAY CARE CENTER | 384002491 | ST. MARY'S PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF S.F.,CORPORATION SOLE |
| DAY CARE CENTER | 380506430 | ST. PAUL'S CHURCH-LITTLEST ANGEL PREPARATORY PRESC | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE |
| DAY CARE CENTER | 384001548 | ST. PHILIP THE APOSTLE PRESCHOOL DAY CARE CENTER | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE |
| DAY CARE CENTER | 414002977 | ST. PIUS PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE |
| DAY CARE CENTER | 213005559 | ST. RAPHAEL - PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A, THE |
| DAY CARE CENTER | 384004245 | ST. STEPHEN PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE |
| DAY CARE CENTER | 384001829 | ST. THOMAS MORE PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO |
| DAY CARE CENTER | 384002040 | ST.THOMAS THE APOSTLE PRE&K LRNG CTR | ROMAN CATHOLIC ARCHBISHOP OF S.F., THE |
| DAY CARE CENTER | 384001604 | STAR OF THE SEA PRESCHOOL | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE |
| DAY CARE CENTER | 380505426 | STS. PETER AND PAUL LAURA VICUNA PRE-KINDERGARTEN | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO |
| DAY CARE CENTER | 384004299 | STS. PETER AND PAUL-LAURA VICUNA PRE-KINDERGARTEN | ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO |

# EXHIBIT 20



January 20, 2021

TO WHOM IT MAY CONCERN:

The purpose of this notice and its attachments is to substantiate the exemption from Federal income tax and State of California franchise income tax of:

St. Hilary School
765 Hilary Drive
Tiburon, CA 94920

and the deductibility of gifts, donations, and contributions hereto.

The subject entity is part of:

(X) The Roman Catholic Archbishop of San Francisco, a Corporation Sole

Federal tax exemption is attained by virtue of the subject entity's listing in the 2020 *Official Catholic Directory*, of which copies of pages 1, 1347 – 1352, and 1358 are attached as explained in the Internal Revenue Service group exemption letter dated November 2, 2020, a copy of which is also attached.

State exemption is attained by virtue of the attached Franchise Tax Board Letter dated December 7, 2020, a copy of which is also attached.

Please note that per the IRS, each subordinate organization under the Group Ruling must use its own EIN, not the USCCB's EIN, in all filings with the IRS and other financial documents.

Very truly yours,

Joseph J. Passarello
Chief Financial Officer

JJP/spp
Attachments



ALABAMA·COLORADO·ARIZONA·MAINE·TEXAS·UTAH·ALASKA·
IOWA·LOUISIANA·WISCONSIN·TENNESSEE·IDAHO·

1817          2020

# The Official

# Catholic

# Directory

## Anno
## Domini
2020

Published Annually by
P.J. Kenedy & Sons

·INDIANA·OKLAHOMA·RHODE ISLAND·MONTANA·
·HAWAII·WASHINGTON·VIRGINIA·VERMONT·WYOMING·OHIO·

NEW YORK·NEVADA
WEST VIRGINIA·NEW YORK·ARKANSAS
MISSOURI·WEST VIRGINIA·MARYLAND·ARKANSAS
MISSISSIPPI·MISSOURI·SOUTH DAKOTA·MARYLAND
MINNESOTA·SOUTH CAROLINA·SOUTH DAKOTA
MICHIGAN·PENNSYLVANIA·SOUTH CAROLINA
CALIFORNIA·MICHIGAN·MINNESOTA·MISSISSIPPI·NORTH DAKOTA·PENNSYLVANIA

GEORGIA·DELAWARE·ILLINOIS·KANSAS·NORTH CAROLINA·OREGON·NEBRASKA·KENTUCKY
NEW HAMPSHIRE·NEW JERSEY·NEW MEXICO·CONNECTICUT·FLORIDA·MASSACHUSETTS

# Archdiocese of San Francisco

*(Archidioecesis Sancti Francisci)*

## Most Reverend

### SALVATORE J. CORDILEONE, J.C.D.

Archbishop of San Francisco; ordained July 9, 1982; appointed Auxiliary Bishop of San Diego and Titular Bishop of Natchissium July 5, 2002; ordained August 21, 2002; appointed Bishop of Oakland March 23, 2009; installed May 5, 2009; appointed Archbishop of San Francisco July 27, 2012; installed October 4, 2012. *Office: One Peter Yorke Way, San Francisco, CA 94109-6602.*

## Most Reverend

### WILLIAM J. JUSTICE

Retired Auxiliary Bishop of San Francisco; ordained May 17, 1968; appointed Titular Bishop of Mathara in Proconsulari and Auxiliary Bishop of San Francisco April 10, 2008; ordained May 28, 2008; retired November 16, 2017. *Office: One Peter Yorke Way, San Francisco, CA 94109-6602.*

## Most Reverend

### IGNATIUS WANG, J.C.D.

Retired Auxiliary Bishop of San Francisco; ordained July 4, 1959; appointed Titular Bishop of Sitipa and Auxiliary Bishop of San Francisco December 13, 2002; installed January 30, 2003; retired May 16, 2009. *Office: Holy Name of Jesus Church, 1555 39th Ave., San Francisco, CA 94122.*

*The Chancery Office: One Peter Yorke Way, San Francisco, CA 94109-6602.*

*Web: www.sfarch.org*

*Email: info@sfarch.org*

Established July 29, 1853.

Square Miles 1,016.

Code Address: Roman, San Francisco.

*Comprises the Counties of San Francisco, San Mateo and Marin in the State of California.*

Patrons of the Archdiocese of San Francisco: St. Francis of Assisi, October 4; St. Patrick, March 17.

*Legal Title: The Roman Catholic Archbishop of San Francisco, a Corporation Sole. For legal titles of parishes and archdiocesan institutions, consult the Chancery Office.*

## STATISTICAL OVERVIEW

**Personnel**

| | |
|---|---|
| Archbishops | 1 |
| Retired Bishops | 2 |
| Priests: Diocesan Active in Diocese | 162 |
| Priests: Diocesan Active Outside Diocese | 5 |
| Priests: Diocesan in Foreign Missions | 1 |
| Priests: Retired, Sick or Absent | 71 |
| Number of Diocesan Priests | 239 |
| Religious Priests in Diocese | 149 |
| Total Priests in Diocese | 388 |
| Extern Priests in Diocese | 46 |
| **Ordinations:** | |
| Diocesan Priests | 3 |
| Religious Priests | 4 |
| Transitional Deacons | 2 |
| Permanent Deacons in Diocese | 103 |
| Total Brothers | 21 |
| Total Sisters | 527 |

**Parishes**

| | |
|---|---|
| Parishes | 88 |
| With Resident Pastor: | |
| Resident Diocesan Priests | 72 |
| Resident Religious Priests | 16 |
| Without Resident Pastor: | |
| Administered by Priests | 4 |
| Missions | 6 |
| Pastoral Centers | 11 |
| Professional Ministry Personnel: | |
| Brothers | 17 |

| | |
|---|---|
| Sisters | 41 |
| **Welfare** | |
| Health Care Centers | 13 |
| Total Assisted | 6,136 |
| Homes for the Aged | 14 |
| Total Assisted | 1,628 |
| Day Care Centers | 3 |
| Total Assisted | 360 |
| Specialized Homes | 6 |
| Total Assisted | 3,503 |
| Special Centers for Social Services | 11 |
| Total Assisted | 81,325 |
| Residential Care of Disabled | 1 |
| Total Assisted | 183 |
| Other Institutions | 1 |
| Total Assisted | 4,600 |
| **Educational** | |
| Seminaries, Diocesan | 1 |
| Students from This Diocese | 7 |
| Students from Other Dioceses | 40 |
| Diocesan Students in Other Seminaries | 4 |
| Total Seminarians | 11 |
| Colleges and Universities | 2 |
| Total Students | 12,206 |
| High Schools, Diocesan and Parish | 4 |
| Total Students | 3,582 |
| High Schools, Private | 9 |
| Total Students | 4,291 |

| | |
|---|---|
| Elementary Schools, Diocesan and Parish | 47 |
| Total Students | 13,028 |
| Elementary Schools, Private | 7 |
| Total Students | 1,978 |
| **Catechesis/Religious Education:** | |
| High School Students | 1,759 |
| Elementary Students | 10,000 |
| Total Students under Catholic Instruction | 46,855 |
| **Teachers in the Diocese:** | |
| Priests | 9 |
| Scholastics | 2 |
| Brothers | 4 |
| Sisters | 37 |
| Lay Teachers | 800 |
| **Vital Statistics** | |
| **Receptions into the Church:** | |
| Infant Baptism Totals | 3,841 |
| Adult Baptism Totals | 211 |
| Received into Full Communion | 419 |
| First Communions | 4,176 |
| Confirmations | 2,702 |
| **Marriages:** | |
| Catholic | 562 |
| Interfaith | 160 |
| Total Marriages | 722 |
| Deaths | 2,168 |
| Total Catholic Population | 464,009 |
| Total Population | 1,912,516 |

*Former Bishops*—Rt. Rev. FRANCISCO GARCIA DIEGO Y MORENO, O.F.M., ord. 1808; cons. Bishop of both Californias, Oct. 4, 1840; died in Santa Barbara, April 30, 1846; Most Revs. JOSEPH SADOC ALEMANY, O.P., D.D., cons. Bishop of Monterey, June 30, 1850; appt. first Archbishop of San Francisco, July 29, 1853; resigned and appt. Titular Archbishop of Pelusio, Dec. 28, 1884; died in Valencia, Spain, April 14, 1888; PATRICK WILLIAM RIORDAN, D.D., cons. Titular Archbishop of Cabasa and appt. Coadjutor Archbishop of San Francisco cum jure successionis Sept. 16, 1883; succeeded to See, Dec. 28, 1884; died in San Francisco, Dec. 27, 1914; GEORGE MONTGOMERY, D.D., cons. Titular Bishop of Tmui and appt. Coadjutor Bishop of Monterey and Los Angeles cum jure successionis April 8, 1894; succeeded to May 6, 1896; appt. Titular Archbishop of Osimo and Coadjutor Archbishop of San Francisco cum jure successionis March 27, 1903; died in San Francisco, Jan. 10, 1907; EDWARD J. HANNA, D.D., cons. Titular Bishop of Titopolis and appt. Auxiliary Bishop of San Francisco Dec. 4, 1912; appt. Archbishop of San Francisco, June 1, 1915; resigned and appt. Titular Archbishop of Gortyna, March 2, 1935; died July 10, 1944; JOHN JOSEPH MITTY, D.D., cons. Bishop of Salt Lake City, June 21, 1926; appt. Coadjutor Archbishop of San Francisco cum jure successionis, Jan. 29, 1932; succeeded to March 2, 1935; died Oct. 15, 1961; JOSEPH T. McGUCKEN, S.T.D., appt. Auxiliary of Los Angeles, Feb. 4, 1941; cons. Titular Bishop of Sanavo March 19, 1941; appt. Coadjutor Bishop of Sacramento cum jure successionis, Oct. 26, 1955; succeeded to Jan. 14, 1957; appt. Archbishop of San Francisco, Feb. 21, 1962; appt. Assistant at the Pontifical Throne, March 19, 1966; retired Feb. 22, 1977; died Oct. 26, 1983; JOHN R. QUINN, D.D., (Retired), appt. Auxiliary Bishop of San Diego, Oct. 21, 1967; cons. Titular Bishop of Thisiduo, Dec. 12, 1967; transferred to Oklahoma City and Tulsa, Nov. 18, 1971; appt. Archbishop of the Archdiocese of Oklahoma City, Feb. 6, 1973; appt. Archbishop of San Francisco, April 26, 1977; resigned Dec. 27, 1995; died June 22, 2017.; His Eminence WILLIAM J. LEVADA, S.T.D., ord. Dec. 20, 1961; appt. Titular Bishop of Capri and Auxiliary Bishop of Los Angeles March 29, 1983; Episcopal ord. May 12, 1983; appt. Archbishop of Portland in Oregon July 1, 1986; installed as Archbishop of Portland in Oregon Sept. 21, 1986; appt. Coadjutor Archbishop of San Francisco Aug. 17, 1995; succeeded to See Dec. 27, 1995; appt. Prefect of Doctrine of the Faith May 13, 2005; created Cardinal March 24, 2006; retired July 2, 2012; died Sept. 25, 2019; Most Rev. GEORGE H. NIEDERAUER, D.D., Ph.D., ord. April 30, 1962; appt. Bishop of Salt Lake City Nov. 3, 1994; Episcopal ordination Jan. 25, 1995; appt. Archbishop of San Francisco Dec. 15, 2005; installed as Archbishop Feb. 15, 2006; retired July 27, 2012; died May 2, 2017.

*Chancery and Pastoral Center*—*One Peter Yorke Way, San Francisco, 94109-6602.* Tel: 415-614-5500; Fax: 415-614-5555. Open Mon.-Fri. All applications for dispensations, faculties, etc., and all cor-

respondence should be addressed: Chancery and Pastoral Center.

**Office of the Archbishop—**
Archbishop—Most Rev. SALVATORE J. CORDILEONE, J.C.D.
Priest Secretary to the Archbishop—
Tel.: 415-614-5689; Fax: 415-614-5601. Rev. CAMERON M. FALLEE.
Email: fallee.cameron@sfarch.org.
Executive Assistant to the Archbishop—KAREN MCLAUGHLIN, J.D., Tel: 415-614-5609;
Fax: 415-614-5601;
Email: mclaughlink@sfarch.org.
Administrative Assistant, Office of the Archbishop—CHIAI PENSON, Tel: 415-614-5604;
Email: pensonc@sfarch.org.
Vicar General—Rev. STEPHEN H. HOWELL, V.G., Tel: 415-614-5611;
Email: howell.stephen@sfarch.org.
Vicar for Clergy—Very Rev. RAYMUND REYES,
Email: reyesr@sfarch.org.
Associate Vicar for Clergy—Very Rev. ANDREW P. SPYROW, Email: spyrow.andrew@sfarch.org.
Manager, Office of the Auxiliary Bishops, Office of the Vicar for Clergy—ANNABELLE C.A. GROH,
Tel: 415-614-5611; Fax: 415-614-5613;
Email: groha@sfarch.org. Administrative Assistants: SHARON LEE, Tel: 415-614-5614;
Email: leea@sfarch.org; MERLE TALENS,
Tel: 415-614-5611; Email: talensm@sfarch.org.
Office of the Permanent Diaconate—Tel: 415-614-5531;
Fax: 415-614-5555. Deacon MICHAEL J. GHIORSO, Dir., Email: ghiorsom@sfarch.org; GUY MARSTON, Coord., Email: marston@sfarch.org.
Office of Diaconate Formation—Tel: 415-614-5615;
Fax: 415-614-5555. Deacon FRED TOTAH, Dir.,
Email: totah@sfarch.org; GUY MARSTON, Coord., Email: marston@sfarch.org.
Office of Vocations—Rev. CAMERON M. FALLEE,
Tel: 415-614-5683; Email: cameron@sfarch.org;
CHIAI PENSON, Administrative Asst.,
Tel: 415-614-5684; Email: pensonc@sfarch.org.
Episcopal Vicar for the Spanish Speaking—Rev. MOISES AGUDO, Tel: 415-614-5591;
Email: agudom@sfarch.org.
Episcopal Vicar for Filipinos—Very Rev. EUGENE D. TUNGOL, Tel: 415-614-5590;
Email: tungole@sfarch.org.
Director of the Office for Consecrated Life—Sr. ROSINA CONROTTO, P.B.V.M., Dir., Tel: 415-614-5535;
Email: conrottor@sfarch.org.
Chancellor—Rev. Msgr. C. MICHAEL PADAZINSKI, J.C.D., Tel: 415-614-5619; Fax: 415-614-5696;
Email: padazinskim@sfarch.org.
Vice Chancellor and Tribunal Office Manager—ROBERT W. GRAFFIO, J.C.L.,
Email: graffior@sfarch.org.
College of Consultors—Most Rev. SALVATORE J. CORDILEONE, J.C.D.; Revs. STEPHEN H. HOWELL, V.G.; MOISES AGUDO; FRANCIS M.P. GARBO, (Philippines); MICHAEL A. GREENWELL, O.Carm.; JOHN J. PIDERIT, S.J., Ph.D.; RAYMUND M. REYES; THOMAS M. HAMILTON; CHARLES PUTHOTA; Very Rev. ANDREW P. SPYROW.
Deans—Revs. THOMAS M. HAMILTON, Sunset Deanery; MICHAEL J. HURLEY, O.P., Cathedral Deanery; MOISES AGUDO, Mission Deanery; JUAN GONZALEZ, S.M., Downtown Deanery; Very Rev. EUGENE D. TUNGOL, Visitation Deanery; Revs. CYRIL J. O'SULLIVAN, Marin Deanery; MICHAEL MAHONEY, O.F.M.Cap., Central San Mateo Deanery; LUELLO N. PALACPAC, (Philippines) Coastside Deanery; ROLANDO S. DE LA ROSA, North San Mateo Deanery; Rev. Msgr. STEVEN D. OTELLINI, South San Mateo Deanery.
Council of Priests—Rev. KEVIN KENNEDY, Chair.
Censor Librorum—Rev. JOHN S. KSELMAN, P.S.S., Ph. D.
Vicar General—Rev. STEPHEN H. HOWELL, V.G.
Manager, Office of Vicar General—ANNABELLE C.A. GROH, Tel: 415-614-5611.
Assistant to the Vicar General—SHARON LEE,
Tel: 415-614-5611.
Administrative Assistant—MERLE TALENS,
Tel: 415-614-5611.
Moderator of the Curia—Rev. JOHN J. PIDERIT, S.J., Ph.D.
Executive Assistant—DIANA POWELL,
Tel: 415-614-5589; Email: powelld@sfarch.org.
Vicar for Administration—Rev. JOHN J. PIDERIT, S.J., Ph.D.; DIANA POWELL, Exec. Asst.,
Tel: 415-614-5589; Email: powelld@sfarch.org.
Director, Office of Catholic Identity Assessment and Formation—DR. MELANIE M. MOREY,
Tel: 415-614-5520; Email: moreym@sfarch.org.

**Office of Child and Youth Protection—Deacon FRED TOTAH.**
Safe Environment Coordinator—TWYLA POWERS,
Tel: 415-614-5576; Fax: 415-614-5658;
Email: powerst@sfarch.org.
Victim Assistance Coordinator—ROCIO RODRIGUEZ,
Tel: 415-614-5596; Fax: 415-614-5658;
Email: rodriguezr@sfarch.org.
Director of Finance/Chief Financial Officer—JOSEPH PASSARELLO, Tel: 415-614-5511;
Email: passarelloj@sfarch.org.
Executive Assistant and Payroll Coordinator—SIENA PEREZ, Tel: 415-614-5510;
Email: perezs@sfarch.org.
Office of Development—Tel: 415-614-5580;
Email: development@sfarch.org. Ms. ROD LINHARES, Dir., Email: linharesr@sfarch.org.
Director of Stewardship—FLORIAN ROMERO,
Email: romerof@sfarch.org.
Development Associate—JENNY DAHL,
Email: dahlj@sfarch.org.
Archdiocesan Legal Office—Tel: 415-614-5623. PAULA F. CARNEY, Esq., Gen. Counsel,
Email: carneyp@sfarch.org; LARRY R. JANNUZZI, Sr. Gen. Counsel, Email: jannuzzil@sfarch.org. Legal Assistant, PHILIP LAM, Email: lamp@sfarch.org.
Office for the Propagation of the Faith - A Pontifical Mission Society GENEVIEVE ELIZONDO, Dir.,
Tel: 415-614-5673; Email: elizondog@sfarch.org.
Missionary Childhood Association - A Pontifical Mission Society—GENEVIEVE ELIZONDO, Dir. & Coord., Tel: 415-614-5670.
Administrative Services—JOSE LEON, Facilities Mgr. for Pastoral Ctr., Email: leonj@sfarch.org; THOMAS HUIJTS, Tel: 415-614-5532;
Email: huijtst@sfarch.org.
For Real Estate please contact Real Property Support Corporation (RPSC). Tel: 415-292-0800.
Office of Human Resources—VICKY SALGADO, Dir.,
Email: salgadov@sfarch.org; JOSIE BERDIAL, Human Resources Mgr., Email: berdialj@sfarch.org
; CHRISTINE ESCOBAR, Human Resources Mgr.,
Email: escobarc@sfarch.org; JANICE WARD, Benefits Mgr., Tel: 415-614-5540;
Email: wardj@sfarch.org; LASHONDA PERRY, Benefits Admin., Tel: 415-614-5626;
Email: perryl@sfarch.org; SUZANNE NAZARIO, Human Resources Coord., Tel: 415-614-5540;
Email: nazarios@sfarch.org; KESHIA KELSEY, Payroll Mgr., Tel: 415-614-5539;
Email: kelseyk@sfarch.org.
Catholic Cemeteries—MONICA WILLIAMS, Mailing Address: P.O. Box 1577, Colma, 94014.
Tel: 650-756-2060; Fax: 650-757-0752;
Email: mjwilliams@holycrosscemeteries.com;
Email: morenb@holycrosscemeteries.com.
Archdiocesan Archives—CHRIS DOAN, M.L.S., C.A., Archivist, Tel: 650-328-6502;
Email: aaa@stgeu.org.

**Office of Ecumenism and Interreligious Affairs—** VACANT.
**Metropolitan Tribunal and Office of Canonical Affairs—**
San Francisco Metropolitan Tribunal—One Peter Yorke Way, San Francisco, 94109-6602.
Tel: 415-614-5690; Fax: 415-614-5696.
Judicial Vicar—Rev. Msgr. ROMULO A. VERGARA, J.C.D. Email: vergarar@sfarch.org.
Adjutant Judicial Vicar—Rev. STEPHEN A. MERIWETHER, J.C.L.
Promoter of Justice—Rev. THUAN V. HOANG, J.C.L.
Defenders of the Bond—Rev. THUAN V. HOANG, J.C.L.; DIANE L. BAHR, J.C.D.; ROBERT W. GRAFFIO, J.C.L.
Judges—Rev. Msgr. C. MICHAEL PADAZINSKI, J.C.D., V.G.; Revs. ANGEL N. QUITALIG, J.C.L.; STEPHEN A. MERIWETHER, J.C.L.; KRYSTYNA AMBORSKI, J.C.D.
Tribunal Auditors—REINA PARADA; JAN SCHACHERN.
Notary and Secretary to the Tribunal—REINA A. PARADA.
Archbishop's Cabinet—Most Rev. SALVATORE J. CORDILEONE, J.C.D., Archbishop of San Francisco; Revs. STEPHEN H. HOWELL, V.G., Vicar Gen.; JOHN J. PIDERIT, S.J., Ph.D., Moderator of the Curia & Vicar for Admin.; Rev. Msgr. ROMULO A. VERGARA, J.C.D., Judicial Vicar; Rev. RAYMUND M. REYES, Vicar for Clergy; Very Rev. ANDREW P. SPYROW, Assoc. Vicar for Clergy; Rev. CHARLES PUTHOTA, (India) Dir. Pastoral Ministry; PAULA F. CARNEY, Esq., Legal Counsel; JOSEPH PASSARELLO, CFO; MIKE BROWN, Dir. Communications; VICKY SALGADO, Dir. Human Resources; PAMELA A. LYONS, Supt. Catholic Schools; DR. MELANIE M. MOREY, Dir. of Catholic Identity; JILMA MENESES, CEO, Catholic Charities; VALERIE SCHMALZ, Dir., Human Life & Dignity.

**Department of Pastoral Ministry—Deacon FRED TOTAH.**
Director, Ministry to Spanish Speaking—MRS. CECILIA ARIAS-RIVAS, Tel: 415-614-5573;
Fax: 415-614-5658.
Office of Marriage and Family Life—ED HOPFNER, Dir., Tel: 415-614-5547; Fax: 415-614-5658.
Office of Youth & Young Adult Ministry Coordinator—Tel: 415-614-5595;
Fax: 415-614-5658. CHRIS MARIANO.
African American Ministry—Rev. KENNETH M. WESTRAY, St. Vincent de Paul Church, 2320 Green St., San Francisco, 94123.
Tel: 415-922-1010.
Chinese Ministry—Rev. PETER L. ZHAI, S.V.D.,
Tel: 415-614-5575; Email: zhaip@sfarch.org.
Arab-American Catholic Ministry—Rev. RICHARD VAN DE WATER, St. Thomas More Church, 1300 Junipero Serra Blvd., San Francisco, 94132.
Tel: 415-452-9634.
Polish, Croatian, Slovenian Mission—Rev. TADEUSZ RUSNAK, S.Ch., Nativity Church, 240 Fell St., San Francisco, 94102. Tel: 415-252-5799;
Email: trusnak@comcast.net.
Korean Catholic Ministry—St. Michael Korean Church, 32 Broad St., San Francisco, 94112.
Tel: 415-333-1194; Fax: 415-333-1196. Rev. JEONG GON KIM.
Tongan Ministry—St. Timothy Church, 1515 Dolan Ave., San Mateo, 94401. Tel: 650-342-2470;
Fax: 650-342-8156. Revs. SAIMONE MOALA; KAPELANI KAKALA.
Vietnamese Catholic Ministry—Rev. TE VAN NGUYEN, St. Thomas the Apostle Church, 3835 Balboa St., San Francisco, 94121.
Tel: 415-387-5545.
Brazilian Ministry—St. Thomas More Church, 1300 Junipero Serra Blvd., San Francisco, 94132.
Tel: 415-452-9634. Saint Raphael Church, 1104 Fifth Ave., San Rafael, 94901. Tel: 415-454-8141. VACANT.
Burmese Ministry—Rev. FRANCIS THAN HTUN, SI. Finn Barr Church, San Francisco, 94112.
Tel: 415-333-3627.
Filipino Ministry—Very Rev. EUGENE D. TUNGOL, Church of the Epiphany, 827 Vienna St., San Francisco, 94112.
Hispanic Ministry—Rev. MOISES AGUDO, St. Charles Borromeo Church, 713 S. Van Ness, San Francisco, 94110. Tel: 415-824-1700; MRS. CECILIA ARIAS-RIVAS, Tel: 415-614-5573;
Email: ariasrivas@sfarchdiocese.org.
Haitian Ministry—MR. PIERRE LABOSSIERE, 2822 55th Ave., Oakland, 94605.
Email: pierrelabossiere@hotmail.com.
Indonesian Ministry—MR. DON TJANJADI,
Tel: 408-646-0308.
Irish Ministry—Rev. BRENDAN McBRIDE, (Ireland) Coord., St. Philip the Apostle Parish, 725 Diamond St., San Francisco, 94114.
Tel: 415-282-0141.
Italian Ministry—
Native American Ministry—MR. ANDY GALVAN, Mission Dolores Basilica, 3321 16th St., San Francisco, 94114. Tel: 415-621-8203, Ext. 15;
Email: chochenyo@aol.com.
Igbo Nigerian Ministry—Rev. CHARLES ONYBOGU, Our Lady of the Pillar, 400 Church St., Half Moon Bay, 94019. Tel: 650-726-4674. Igbo Mass contacts: St. Paul of the Shipwreck. Tel: 415-468-3434.
Samoan Ministry—MAYA SUISALA,
Tel: 866-964-7584, Ext. 20712;
Email: maya_suisala@sss.gov.
Office of Religious Education and Youth Ministry—Sr. CELESTE ARBUCKLE, S.S.S., Dir.,
Tel: 415-614-5652;
Email: arbucklec@sfarchdiocese.org. JANET FORTUNA, Coord. Special Needs,
Tel: 415-614-5655;
Email: fortunaj@sfarchdiocese.org; SR GRACELLA MARTINEZ, O.S.F., Assoc. Dir. Hispanic Ministry & Rel. Educ., Tel: 415-614-5653;
Email: martinezg@sfarchdiocese.org; MS. AURLITA REYES, Assoc. Dir. Faith Formation,
Tel: 415-614-5651;
Email: reyesa@sfarchdiocese.org; VACANT, Assoc. Dir. Youth Ministry & Catechetics,
Tel: 415-614-5654.
Ministry of Consolation—ED HOPFNER,
Tel: 415-614-5547; Fax: 415-614-5658;
Email: hopfnere@sfarchdiocese.org.
Office of Worship—LAURA BERTONE, Dir.,
Tel: 415-614-5586;
Email: bertonel@sfarchdiocese.org; MRS. SANDRA KEARNEY, Administrative Asst.,
Email: kearneys@sfarch.org.
Catholic Schools, Department of—Tel: 415-614-5660;
Fax: 415-614-5664;
Email: dcsreception@sfarch.org.
Web: www.sfdcs.org. PAMELA A. LYONS, Supt.

Catholic Schools, Tel: 415-614-5663;
Tel: 415-614-5660; Susana Lapenyade-Drum-
mond, Assoc. Supt., Curriculum & Instruction.
Tel: 415-614-5665; Jonathan Schilo, Ed.D.,
Assoc. Supt., Secondary Schools & Student Svcs.
PDSO Intl. Student Prog., Tel: 415-614-5667; Mrs.
Carol Grewal, Assoc. Supt., Faith Formation &
Leadership, Tel: 415-614-5662; Dr. Tara Rolle,
Assoc. Supt., Governance, Tel: 415-614-5666; Mr.
Rodney Yee, Mgr., Parish & School Financial Sup-
port, Tel: 415-614-5513; Ms. Gustavo Torres,
Devel. Coord., Alliance of Mission District Catholic
Schools (AMDCS) EIG & Student Scholarship
Prog., Alliance of Mission District Catholic
Schools, Educator Incentive Grants Prog., Student
Scholarship Program., Tel: 415-614-5546;
Web: www.sfarchdiocese.org/amdcs. Catholic
Schools Administrative Staff: Diamond Ford,

Tel: 415-614-5660; Maria Mata,
Tel: 415-614-5661.
*The Roman Catholic Welfare Corporation of San
Francisco*—(dissolved April 1, 2008)
*Department of Communications*—Tel. 415-614-5638.
Mike Brown, Dir., Email: brownm@sfarch.org;
Jan Potts, Asst. Dir., Email: pottsj@sfarch.org;
John Gray, Communications Mgr.,
Email: grayj@sfarch.org.
*Archdiocesan Publication: 'Catholic San
Francisco'*—Most Rev Salvatore J.
Cordileone, J.C.D.; Rick DelVecchio, Editor &
Gen. Mgr., Tel: 415-614-5647;
Email: delvecchior@sfarch.org.
*Human Life & Dignity, Office of*—Tel: 415-614-5570;
Fax: 415-614-5568;

Email: lifeanddignity@sfarch.org;
Web: www.sfarch.org/hld.
*Director*—Valerie Schmalz, Tel: 415-614-5571.
*Administration*—Alice Chan, Tel: 415-614-5570.
*Catholic Campaign for Human Development
(CCHD)—Catholic Relief Services (CRS)
Coordinator*—Tel: 415-614-5570.
*Gabriel Project (Pregnancy Counseling)*—
Tel: 800-910-2848.
*Project Rachel (Post Abortion Counseling)*—
Tel: 415-614-5567.
*Respect Life Program*—Tel: 415-614-5533.
*Restorative Justice Program*—Julio Escobar,
Coord., Tel: 415-614-5572.
*Social Action Coordinator*—Martin Ford,
Tel: 415-614-5569.
*Social Action and Digital Media*—Melissa Vlach,
Tel: 415-614-5616.

## CLERGY, PARISHES, MISSIONS AND PAROCHIAL SCHOOLS

**CITY OF SAN FRANCISCO**
(San Francisco County)
1—Cathedral of St. Mary (Assumption) aka St.
Mary's Cathedral (1891)
1111 Gough St., 94109. Tel: 415-567-2020;
Email: info@smcsf.org. Web: www.smcsf.org. Revs.
Arturo L. Albano; William C. Nicholas Jr., Parochial
Vicar; Deanone Alejandro C. Maetero; R. Christoph
Sandoval.
*Catechesis Religious Program*—Students 75.
2—St. Agnes (1893)
1025 Masonic Ave., 94117. Tel: 415-487-8560;
Fax 415-487-8575;
Email: Admin@SaintAgnesSF.com;
Web: www.SaintAgnesSF.com. Revs. Raymond
Allender, S.J.; Joseph Specht, S.J.; Joseph Spieler,
S.J., In Res.; Maureen Beckman, Business Mgr.;
Frank Ursnich, Music Min.
*Catechesis Religious Program*—
Email: Grace@SaintAgnesSF.com. Grace Saileanu,
D.R.E.
3—All Hallows Chapel of Our Lady of Lourdes
(1886) Closed. For sacramental records please
contact Our Lady of Lourdes, San Francisco.
*Chapel—Our Lady of Lourdes.*
4—St. Anne (1904)
850 Judah St., 94122. Tel: 415-665-1600;
Email: info@stanne-sf.org; Web: www.stanne-sf.org.
Revs. Daniel Nascimento; Petersan O. Tieng, Paro-
chial Vicar; Most Rev. Daniel F. Walsh, D.D., In Res.;
Rev. Peter L. Zhai, S.V.D., In Res.
*School—St. Anne School*, (Grades PreK-8), 1320 14th
Ave., 94122. Tel: 415-664-7977; Fax: 415-661-6904;
Email: white@stanne.com; Web: www.stanne.com.
Thomas C. White, Prin. (Plus 5 part-time) 26; Stu-
dents 305.
*Catechesis Religious Program*—
Tel: 415-665-1600, Ext. 38; Fax: 415-665-1603. Stu-
dents 26.
5—St. Anthony of Padua (1893)
3215 Cesar Chavez St., 94110. Tel: 415-647-2704;
Fax: 415-647-7282;
Email: sanantonio1893@yahoo.com;
Web: www.missionparishes.com. Very Rev. Moises
R. Agudo.
*Chapel—Immaculate Conception Chapel*, 3255
Folsom St., 94110.
*School—St. Anthony-Immaculate Conception School*,
(Grades K-8), 299 Precita Ave., 94110.
Tel: 415-648-2008; Fax: 415-648-1825. Ms. Barbara
Moodie, Prin. Lay Teachers 6; Students 172.
*Catechesis Religious Program*—Students 230.
6—St. Benedict Parish at St. Francis Xavier
Church (1913) (Japanese) (Founded 1962 for Deaf
and Hearing Impaired).
1801 Octavia, 94109. Tel: 415-567-9855;
Email: Zirimenya.Paul@sfarch.org. Rev. Paul Zirime-
nya.
*Catechesis Religious Program*—Students 12.
7—St. Boniface (1860) (German)
133 Golden Gate Ave., 94102. Tel: 415-863-7515.
Revs. Thomas B. West, O.F.M.; John Lani Nguyen,
O.F.M.; Bro. Brian Trawick, In Res., Rev. Hoang T.
Trinh, O.F.M.; Revs. Zeno Im; Chris Best, O.F.M.;
Henri Djojo; Dick Tandy, O.F.M.; Dennis O. Duffy,
O.F.M.; Hajime Okuhara, O.F.M.
*Catechesis Religious Program*—Students 54.
8—St. Brendan aka St. Brendan the Navigator
Church (1929)
29 Rockaway Ave., 94127. Tel: 415-681-4225;
Email: saintbrendanchurchsf@gmail.com;
Web: www.stbrendanparish.org. Revs. Roger G. Gus-
tafson; Celestino Tyowua; Raymond Tyochemba, In
Res.; Paul F. Warren, In Res., (Retired); Ms. Lisa
Rosenlund, Business Mgr.
*School—St. Brendan School*, (Grades K-8), 940
Laguna Honda Blvd., 94127-1239. Tel: 415-731-2665;
Fax: 415-731-7207; Email: sb@stbrendansf.com;
Web: www.stbrendansf.com. Ms. Dianne Lakatta,
Prin. Lay Teachers 32; Students 311.

9—St. Bridgid (1863) Closed. For sacramental records
please contact St. Vincent de Paul, San Francisco.
10—St. Cecilia (1917)
2555 17th Ave., 94116. Tel: 415-664-8481;
Web: www.stceciliaschool.org. Revs. Rene R.
Ramono; Sebastine Tor Orya Bula, V.C.; Deacon J.
Rory Desmund, In Res., Rev. Msgr. Floro B. Arcamo,
(Retired); Revs. Lodovico Joseph Landi, (Retired);
Paul Arnoult.
*School—St. Cecilia School*, (Grades K-8), 660 Vicente
St., 94116. Tel: 415-731-8400; Fax: 415-731-5686;
Email: office@stceciliaschool.org;
Web: www.stceciliaschool.org. Mr. Christopher
Uskert, Prin. Lay Teachers 24; Sister Teachers 2;
Students 591.
11—St. Charles Borromeo (1887)
713 S. Van Ness Ave., 94110. Tel: 415-824-1700;
Fax 415-824-0844;
Email: sancarlosborromeo@sbcglobal.net;
Web: www.stcharleschurchsf.com. Revs. Moises
Agudo, Admin.; Michael J. Konopik, Parochial Vicar;
Deacon Juan Michel.
12—Church of the Epiphany (1914)
827 Vienna St., 94112. Tel: 415-333-7630;
Fax 415-333-1802; Email: tungol.eugene@sfarch.org
; Web: www.epiphanysf.com. Very Rev. Eugene D.
Tungol; Revs. Michael P. Rocha, Parochial Vicar;
Rolando A. Caverte, In Res., (Retired); Deacons
Ramon Zamora; Ven Garcia.
*School—School of the Epiphany*, (TK-8) 600 Italy
Ave., 94112. Tel: 415-337-4080; Fax: 415-337-8583;
Email: info@epiphanysf.org;
Web: www.sfepiphany.org. Diane Elkins, Prin. Lay
Teachers 25; Students 295.
*Catechesis Religious Program*—
Tel: 415-333-7630, Ext. 15;
Email: jpedroza@epiphanysf.com. Oliver Meneses,
D.R.E. Students 295.
13—Corpus Christi (1898)
62 Santa Rosa Ave., 94112. Tel: 415-585-2991;
Email: thoduklam.thomas@sfarch.org. Revs.
Thomas Anthony Thoduchulan, S.D.B.; Jesse Montes;
Edward Liptak, S.D.B.; Aloysius J. Pastun, S.D.B.,
In Res.; Deacons Alvaro Ortega; Mynor Montepeque.
*Catechesis Religious Program*—
Email: corpuschristisf@gmail.com. Sr. Elizabeth
Villanueva, F.M.A., D.R.E. Students 167.
14—St. Dominic (1873)
2390 Bush St., 94115. Tel: 415-567-7824;
Fax 415-567-1608; Web: www.stdominics.org.
Email: info@stdominics.org. Revs. Justin Charles
Gable, O.P., Prior; Michael J. Hurley, O.P.; Isaiah
Mary Molano, O.P.; Christopher Wetzel; Bro. Mi-
chael James Rivera, Pastoral Assoc.; Deacons
Charles McNeil; Dan Rosen; Dino Ornido; Jimmy
Saleido. In Res., Revs. Anthony R. Rosewear, O.P.,
Novice Master; Anselm Ramelow, O.P.; Desmas
Sayre; Bro. Gregory R. Lira, O.P.
*Catechesis Religious Program*—Students 158.
15—St. Edward (1916) Closed. For sacramental
records please contact St. Dominic, San Francisco.
16—St. Elizabeth (1912) (CEM)
449 Holyoke St., 94134. Tel: 415-468-0820;
Tel: 415-587-0407. Rev. Charito E. Suan.
*Catechesis Religious Program*—Students 70.
17—St. Emydius (1913) (CEM)
286 Ashton Ave., 94112. Tel: 415-587-7066;
Email: stemydius@sbcglobal.net. Revs. William J.
Brady; David M. Pettingill, In Res., (Retired).
18—St. Finn Barr (1926) (CEM)
415 Edna St., 94112. Tel: 415-333-3627;
Fax 415-333-4090; Email: stfinnbarr@yahoo.com;
Web: sfsel.org. Rev. William H. McCain, S.T.L.
*School—St. Finn Barr School*, (Grades K-8), 419
Hearst Ave., 94112. Tel: 415-333-1800;
Fax 415-333-9397;
Email: m.mortonson@stfinnbarr.org;
Web: www.stfinnbarr.org. Mele Mortonson, Prin. Lay
Teachers 11; Students 242.
*Catechesis Religious Program*—

Email: juliet@stfinnbarr.org. Juliet Samonte, D.R.E.
Students 10.
19—St. Francis of Assisi, National Shrine (1849)
610 Vallejo St., 94133. Tel: 415-986-4557;
Fax 415-544-9814; Email: frjohn@shrinesf.org. Very
Rev. John DeLaRiva, O.F.M.Cap., Rector.
20—St. Gabriel (1941)
2559 40th Ave., 94116. Tel: 415-731-6161;
Email: secretary@sgparish.org. Rev. Thomas M.
Hamilton. In Res., Revs. Zacharias (Freddie)
Thomas, (Chap. at Alma Via of San Francisco); Paul
Zirimenya, (Chap. to the Deaf).
Res.: 2535 40th Ave., 94116. Tel: 415-731-6161;
Email: hamilton.thomas@sfarch.org;
Email: secretary@sgparish.org.
*School—St. Gabriel School*, 2550 41st Ave., 94116.
Tel. 415-566-0314; Fax: 415-566-3223;
Email: office@stgabrielsf.com;
Web: www.stgabrielsf.com. Mrs. Gina Beal, Prin.
Lay Teachers 24; Students 419.
*Catechesis Religious Program*—Students 380.
21—Holy Cross (1887) (Korean), Closed. For inquiries
for parish records contact the chancery.
22—Holy Family Chinese Mission aka St. Mary's
Chinese Catholic Center–1903 (1921) (Chinese) Now
a mission of Old St. Mary's Cathedral/Holy Family
Chinese Mission, San Francisco.
23—Holy Name of Jesus (1925)
1555 39th Ave., 94122. Tel: 415-664-8590;
Fax 415-759-4292;
Email: hnparishsecretary@gmail.com;
Web: holynamesf.org. Rev. Arnold Zamora; Most
Rev. Ignatius C. Wang, J.C.D., In Res., (Retired).
Res.: 3240 Lawton St., 94122.
*School—Holy Name School*, (Grades K-8), 1560 40th
Ave., 94122. Tel. 415-731-4077; Fax: 415-731-3328;
Web: www.holynamesf.com. Mr. Michael Miller,
Prin. Lay Teachers 12; Students 365.
*Catechesis Religious Program*—Cristina Ovejera,
D.R.E. Students 17.
24—St. Ignatius (1855)
650 Parker Ave., 94118. Tel: 415-422-2188;
Email: sjceproff@usfca.edu;
Email: gboufiglio@usfca.edu;
Email: info@stignatiussf.org; Web: stignatiussf.org.
Revs. Gregory R. Bonfiglio, S.J.; Paul D. Devot, S.J.;
John A. Coleman, S.J.; Joseph Spieler, S.J.; Travis
Russell, S.J; Deacon Eddy Gutierrez.
*Catechesis Religious Program*—Tel: 415-422-2195;
Email: mjdumon@usfca.edu;
Web: www.stignatiussf.org (click Faith Formation).
Mark J. Diamond, Dir. of Parish Faith Formation.
Preschool 9; Students 151.
25—St. James (1888)
1086 Guerrero St., 94110. Tel: 415-824-4232;
Email: stjamessf@flio1.com .Rev. Shouraiah Pudota.
*School—St. James School*, 321 Fair Oaks St., 94110.
Tel: 415-647-8972; Fax: 415-647-0166;
Email: stjmscath@aol.com;
Web: www.saintjamessf.org. Alex Endo, Prin. Lay
Teachers 10; Students 144.
*Catechesis Religious Program*—Students 23.
*Mission—Dominican Sisters of Mission San Jose*,
1312 Guerrero St., San Francisco Ca 94110.
Tel: 415-824-2052; Email: ica@icacademy.org; Lisa
Graham, Prin.
26—St. John of God (1967)
1290 Fifth Ave., 94122. Tel: 415-566-5610;
Email: stjohnofgod-sf@sbcglobal.net;
Web: www.sjog.net. Rev. Narcis L. Kabipi, Admin.
*Catechesis Religious Program*—Students 12.
27—St. John the Evangelist (1893)
19 St. Mary's Ave., 94112-1098. Tel: 415-334-4646;
Email: saintjohnevangelist@yahoo.com;
Web: www.saintJohnEvangelist.org. 98 Bosworth
St., 94112. Rev. Agnel De Heredia, Ph.D.
*School—St. John School*, 925 Chenery St., 94131.
Tel: 415-584-8383; Fax: 415-584-8359;
Email: principals@stjohnseagles.com;

Web: www.stjohnseagles.com. Sr. Shirley Garibaldi, O.S.U., Prin. Lay Teachers 20; Students 208.
*Catechesis Religious Program*—
Tel: 415-334-4646, Ext. 104;
Email: saintjohn.re@gmail.com. Mr. Rodrigo Castillo, D.R.E. Students 90.

28—ST. JOSEPH (1861) Closed. For sacramental records please contact St. Patrick, San Francisco.

29—ST. KEVIN (1922)
704 Cortland Ave., 94110. Tel: 415-648-5751;
Fax: 415-648-4411; Email: stkevins70@aol.com;
Web: www.stkevinsf.org. Revs. Henryk Noga, S.V.D.; Demetrio Aguilar, S.V.D., In Res.
*Catechesis Religious Program*—

30—ST. MICHAEL KOREAN CATHOLIC CHURCH (1898) (Korean)
32 Broad St., 94112. Tel: 415-333-1194;
Fax: 415-333-1196; Email: stmichaelinfo@gmail.com. Rev. Jeung Gon Kim.
*Catechesis Religious Program*—Mr. Kitae Lee, Youth Min. Students 35.

31—MISSION DOLORES BASILICA (1776) [CEM] (Mission San Francisco de Asis),
3321 16th St., 94114. Tel: 415-621-8203;
Fax 415-621-2294;
Email: parish@missiondolores.org. Revs. Francis M.P. Garbo, (Philippines); Manuel Curso, In Res., (Retired); Francis Than Htun, In Res.; Stephen A. Meriwether, J.C.L., In Res.; Deacons Vicente Cervantes; Mario Zuniga; Mr. Andy Galvan; Mr. Jerome Lenk, Liturgy Dir.
*Catechesis Religious Program*—
Email: nicarones31@gmail.com. Maria Rosales-Uribe, D.R.E. Students 46.

32—ST. MONICA (1911) Merged with St. Thomas the Apostle, San Francisco to form St. Monica - St. Thomas the Apostle Parish, San Francisco.

33—ST. MONICA - ST. THOMAS THE APOSTLE PARISH
470 24th Ave., 94121. Tel: 415-751-5275;
Email: sakowski.john@sfarch.org. Revs. John J. Sakowski; Kevin Kennedy, Parochial Vicar; Lawrence Gould, S.A.C.; George Nzungu, In Res.
*St. Thomas the Apostle Church,* (Worship Site) 3835 Balboa St., 94121.
*School—St. Monica School*—5950 Geary Blvd., 94121. Tel: 415-751-9564; Fax: 415-751-0781;.
Email: office@stmonicasf.org; Web: stmonicasf.org. Mr. Vincent Sweeters, Prin. Lay Teachers 24; Students 209.
*St. Thomas the Apostle School,* 3801 Balboa St., 94121. Tel: 415-221-2711; Fax 415-221-8611. Jody Borelli, Prin. Lay Teachers 34; Students 280.
*Catechesis Religious Program*—Sr. Noreen O'Connor, C.S.J., D.R.E. Students 55.

34—MOST HOLY REDEEMER (1900)
100 Diamond St., 94114-2414. Tel: 415-863-6259;
Email: secretary@mhr.org; Web: www.mhr.org. Rev. Matthew B. Link, C.PP.S.; Michael Pama, Business Mgr.
*Catechesis Religious Program*—

35—NATIVITY (1902) (Polish—Croatian)
245 Linden St., 94102. Tel: 415-252-5799;
Email: parish@sfnativity.org. Rev. Tadeusz Rusnak, S.Ch.
*Catechesis Religious Program*—Students 6.

36—NOTRE DAME DES VICTOIRES (1856) (French)
566 Bush St., 94108. Tel: 415-397-0113;
Web: ndvsf.org. Revs. Juan Gonzalez, S.M.; Etienne Siffert, S.M., In Res., (Retired); Lup Oil Kaatz, RCIA Coord.; Daniel Kaatz, RCIA Coord.; Miriam Kane, Music Min.; Grace Renaud, Music Min.
*School—Notre Dame des Victoires School,* (Grades K-8), 659 Pine St., 94108. Tel: 415-421-0069;
Fax: 415-421-1440; Email: office@ndvsf.org. Mrs. Sarah Currier, Prin. Lay Teachers 23; Students 277.

37—OLD ST. MARY'S CATHEDRAL & CHINESE MISSION (1854)
660 California St., 94108. Tel: 415-288-3800;
Email: frjohn@oldsaintmarys.org;
Web: www.oldsaintmarys.org. Revs. John Ardis; Thomas A. Tavella, C.S.P., Joseph Scott, C.S.P.; Deacon Simon Tsui, Pastoral Assoc. In Res.. Revs. Richard Chilson, C.S.P., (Retired); Thomas J. Dove, C.S.P., (Retired); Vincent P. Mamalo, C.S.P.; Thomas F. Foley, C.S.P.; Terrance Ryan, C.S.P.; John E. Hurley, C.S.P.; Michael Evernden, C.S.P.; Bartholomew K. Landry, C.S.P.
*School—St. Mary School & Chinese Catholic Center*—836 Kearny St., 94108. Tel: 415-929-4690; Fax: 415-929-4699; Web: www.stmaryschoolsf.org.
*Chinese Language School,* 838 Kearny St., 94108. Tel: 415-929-4694.. Deacon Simon Tsui, Prin., St. Mary's Language School.
*Holy Family Association*—Tel: 415-929-4696; Fax 415-929-4698. Julanna Chung, Chair.
*Catechesis Religious Program*—
*Mission—Holy Family Chinese Mission*—

38—OUR LADY OF FATIMA BYZANTINE CATHOLIC CHURCH (1954)
2920 Geary Blvd., 94121. Tel: 415-752-2052;
Email: kennedy.kevin@sfarch.org;

Web: www.byzantinecatholic.org. Rev. Kevin Kennedy; Deacon Kyrill Bruce E. Pagacz.
Rev: 170 24th Ave., 94121.

39—OUR LADY OF GUADALUPE. Closed. For sacramental records please contact SS. Peter and Paul, San Francisco.

40—OUR LADY OF LOURDES (1942)
1715 Oakdale Ave., 94124. Tel: 415-285-3377. Revs. Daniel E. Carter, Email: dancrter@aol.com; Andrew Bergbolem, Parochial Vicar.
*Catechesis Religious Program*—Joint program with St. Paul of the Shipwreck. Students 103.
*Mission—All Hallows Chapel,* 1440 Newhall St., San Francisco Ca. 94124.

41—ST. PATRICK (1851)
756 Mission St., 94103. Tel: 415-421-3730;
Email: information@stpatricksf.org. Revs. Roberto A. Andrey; Linh T. Nguyen; Deacon Ferdinand Mariano. In Res., Rev. Raphael L. Laizer.
*Catechesis Religious Program*—Nenette Murata, D.R.E. Students 90.

42—ST. PAUL (1880)
221 Valley St., 94131. Tel: 415-648-7538;
Fax 415-648-4740; Email: stpaulssf@gmail.com;
Email: jamie@stpaulsf.org; Web: www.stpaulsf.org. Revs. Mario P. Farana; Joseph A. Bradley, In Res.
*Child Care—St. Paul Littlest Angel Pre-School,* Tel: 415-824-5437; Fax: 415-824-5430;
Email: littlestangelpreschool@gmail.com. Ms. Peg Kayser, Prin. Students 35.
*School—St. Paul School,* 1690 Church St., 94131. Tel: 415-648-2055; Fax: 415-648-1920. Mrs. Katie Kiss, Prin. Lay Teachers 10; Students 222.
*Catechesis Religious Program*—Dorothy Vigna, D.R.E. Students 58.
*Convent—Novitiate of the Missionaries of Charity,* 312 29th St., 94131. Tel: 415-647-1889.

43—ST. PAUL OF THE SHIPWRECK (1915)
1122 Jamestown Ave., 94124. Tel: 415-468-3434;
Email: spsroffice@aol.com;
Web: www.stpauloftheshipwreck.org. Revs. Daniel E. Carter; Andrew Bergbolem, Parochial Vicar; Sr. Estela Martinez Padilla, M.F.P., Pastoral Assoc.; Deacons Larry Chatmon; Sergio Gomez.
*Catechesis Religious Program*—Students 103.

44—ST. PETER (1867)
1200 Florida St., 94110. Tel: 415-282-1652;
Email: stpeterparish@yahoo.com;
Web: www.stpetersf.com. Revs. Moises Agudo; Frederick "Paolo" Del Carmen, Parochial Vicar; Michael J. Somopik, Parochial Vicar; Rev. Msgrs. John F. Rodriguez, In Res., (Retired); Jose A. Rodriguez, In Res., (Retired).
*School—St. Peter School,* (Grades K-8), 1266 Florida St., 94110. Tel: 415-647-8662; Fax: 415-647-4618;
Email: info@sanpedro.org; Web: www.stpetersf.org; Sandra Jimenez, Prin. Lay Teachers 13; Students 252.
*Catechesis Religious Program*—Students 345.

45—SS. PETER AND PAUL (1884) (Italian)
Sts Peter & Paul: 666 Filbert St., 94133.
Tel: 415-421-0809;
Email: gibbon@ststpeterpaul.san-francisco.ca.us;
Web: www.salesianspp.org. Revs. Gael E. Sullivan, S.D.B., Admin.; Jose Lucero, S.D.B., Parochial Vicar; Albert Mangoz, S.D.B., Parochial Vicar; Gustavo Ramirez, Parochial Vicar; Ernest Martinez, In Res.; Armand Oliveri, S.D.B., In Res., (Retired).
*School—Saints Peter and Paul School,* (Grades PreK-8), 660 Filbert St., 94133. Tel: 415-421-5219;
Fax 415-421-1831; Email: lharris@sspeterpaulsf.org | Web: sspeterpaulsf.org. Dr. Lisa Harris, Ed.D., Prin. Lay Teachers 26; Students 244.
*Catechesis Religious Program*—Students 231.

46—ST. PHILIP THE APOSTLE (1910)
725 Diamond St., 94114. Tel: 415-282-0141;
Email: info@saintphilipparish.org;
Web: www.saintphilipparish.org. Rev. John Mary Chung, Admin.; Rio Stefanus, Fin. & Business Mgr. In Res., Revs. Brendan McBride, (Ireland); Patrick J. Summerhays, In Res.
*School—St. Philip the Apostle School,* (Grades PreK-8), 665 Elizabeth St., 94114. Tel: 415-824-8467; Fax 415-282-0121;
Email: info@saintphilipschool.org;
Web: www.saintphilipschool.org. Ms. Mary McKeever, Prin. Lay Teachers 12; Students 223.
*Catechesis Religious Program*—Students 9.

47—SACRED HEART (1885) Closed. For inquiries for parish records contact the chancery.

48—STAR OF THE SEA (1884)
4420 Geary Blvd., 94118. Tel: 415-751-0450;
Email: admin@starparish.com; Web: starparish.com. Revs. Joseph Illo; Mark V. Taheny, Parochial Vicar; Mathias Wambua, In Res.; Cameron M. Faller, In Res.
*School—Star of the Sea Preschool,* (Grades PreSchool-8), 360 9th Ave., 94118. Students 31.
*Catechesis Religious Program*—
Tel: 415-751-0450, Ext. 22. Students 44.

49—ST. STEPHEN (1950)

601 Eucalyptus Dr., 94132-1526.
Tel: 415-681-2444, Ext. 1; Fax: 415-681-7843;
Email: info@SaintStephenSF.org;
Web: www.SaintStephenSF.org. Mailing Address: 451 Eucalyptus Dr., 94132. Revs. Anthony P. LaTorre; Manuel Ahad.
*School—St. Stephen School,* 401 Eucalyptus Dr., 94132. Tel: 415-664-8331; Fax: 415-242-5608;
Web: ststephenschoolsf.org. Mrs. Sharon McCarthy Allen, Prin. Lay Teachers 19; Students 280.
*Catechesis Religious Program*—
Tel: 415-681-2444, Ext. 4;
Email: faithformation@saintstephens.org. Mary Molly Mullaney, D.R.E. Students 27.

50—ST. TERESA (1880)
1490 19th St., 94107. Tel: 415-285-5272;
Email: info@stteresasf.org; Web: stteresasf.org. Mailing Address: 390 Missouri St., 94107-2820. Revs. Michael A. Greenwell, O.Carm.; Michael E. Kwiecien, O.Carm.; Deacon Martin Schurr.
*Catechesis Religious Program*—Anna Rose Schelstrate, D.R.E. Students 36.

51—ST. THOMAS MORE (1950)
1300 Junipero Serra Blvd., 94132. Tel: 415-452-9634;
Email: felipe.marvin@sfarch.org. Revs. Marvin Paul Felipe, S.D.B., (Philippines); Richard Van De Water, Parochial Vicar; Deacons Khaled Abo-Alshaer; Arthur Sanchez.
*Catechesis Religious Program*—Students 26.

52—ST. THOMAS THE APOSTLE (1922) Merged with St. Monica, San Francisco to form St. Monica - St. Thomas the Apostle Parish, San Francisco.

53—ST. VINCENT DE PAUL (1901)
2320 Green St., 94123. Tel: 415-922-1010;
Email: kmartin@svdpsf.com; Web: svdpsf.org. Revs. Kenneth M. Westray; Allan Reno, Parochial Vicar; Rev. Msgr. Harry G. Schlitt, In Res., (Retired); Rev. Michael Strange, P.S.S., In Res.
*School—St. Vincent de Paul School,* (Grades K-8), 2350 Green St., 94123. Tel: 415-346-5505;
Fax 415-346-0970; Web: svdpsf.com. Mrs. Marguerite Prin, Prin. Lay Teachers 15; Sister Teacher 1; Students 242.
*Catechesis Religious Program*—Students 15.

54—VISITACION, CHURCH OF THE (1907)
655 Sunnydale Ave., 94134. Tel: 415-494-5517;
Fax 415-494-5513; Email: info@visitacionchurch.org | Web: www.visitacionchurch.org. Rev. Thian V. Hoang, J.C.L. In Res., Rev. Victorio R. Balagapo, (Retired).
*School—Our Lady of the Visitacion,* (Grades K-8), 785 Sunnydale Ave., 94134. Tel: 415-239-7840;
Fax 415-239-2559; Email: heverhart@olvsf.org;
Email: mlak@olvsf.org; Web: www.olvsf.org. Mrs. Hannah Everhart, Prin.; Mr. Michael Lak, Asst. Prin. Clergy 8; Lay Teachers 15; Students 250.
*Catechesis Religious Program*—Includes Our Lady of Guadalupe Mission Program. Students 110.
*Mission—Our Lady of Guadalupe,* 285 Alvarado St., Brisbane, San Mateo Co. 94005.

## OUTSIDE THE CITY OF SAN FRANCISCO

BELMONT, SAN MATEO CO.
1—IMMACULATE HEART OF MARY (1947)
1040 Alameda de las Pulgas, Belmont, 94002.
Tel: 650-593-6157; Email: office@ihmbelmont.org;
Web: ihmbelmont.org. 1839 Mezes Ave., Belmont, 94002. Revs. Mark Mazza; Rufino J.O. Gepiga, Parochial Vicar; Deacons Steven Hackett; Henry Jacquemet; Leon Kortenkamp.
*School—Immaculate Heart of Mary School,* 1000 Alameda de las Pulgas, Belmont, 94002.
Tel: 650-593-4265; Fax: 650-593-4342;
Email: ihmoffice@ihmschoolbelmont.org;
Web: www.ihmschoolbelmont.org. Mrs. Teri Grosey, Prin. Lay Teachers 11; Students 233.
*Catechesis Religious Program*—Mrs. Julie Britton-Kanzaki, C.R.E., Dir. Faith Formation. Students 181.

2—ST. MARK (1965)
325 Marine View Ave., Belmont, 94002.
Tel: 650-591-5937;
Email: st_markschurch@yahoo.com;
Web: www.saintmarks.us. Rev. Angel N. Quitalig, J.C.L.; Deacon Gerard F. Quinn, In Res.
*Catechesis Religious Program*—Tel: 650-591-7072;
Email: sm.faithform@yahoo.com. Students 69.

BURLINGAME, SAN MATEO CO.
1—ST. CATHERINE OF SIENA (1908)
1310 Bayswater Ave., Burlingame, 94010.
Tel: 650-344-6884; Email: stsiena@yahoo.com;
Web: stsiena.org. Revs. John A. Ryan; Toan X. Nguyen; Parochial Vicar; Michael Liliedahl, Parochial Vicar.
*School—St. Catherine of Siena School,* (Grades K-8), 1300 Bayswater Ave., Burlingame, 94010.
Tel: 650-344-7176; Fax: 650-344-7428;
Email: office@stcatherineofsiena.net;
Web: www.stcos.com. Sr. Antonella Manca, M.S.C., Prin. Lay Teachers 21; Students 308; Clergy / Religious Teachers 2.

2—OUR LADY OF ANGELS (1926)
1721 Hillside Dr., Burlingame, 94010.
Tel: 650-347-7768; Email: parishoffice@olaparish.org ; Web: ola.community. Revs. Michael Mahoney, O.F.-M.Cap.; Brian McKenna, O.F.M.Cap.; James Stump, O.F.M.Cap., Parochial Vicar; Eugene M. Ludwig, O.F.M.Cap., In Res.
*School*—*Our Lady of Angels School*, 1328 Cabrillo Ave., Burlingame, 94010. Tel: 650-343-9200; Fax: 650-343-5200. Amy Costa, Prin. Lay Teachers 19; Students 311.
*Child Care*—*Preschool*, 1341 Cortez Ave., Burlingame, 94010. Tel: 650-343-3115;
Email: ningullen@yahoo.com. Revs. Alex L. Legaspi;
J. Manuel Estrada; Antonio G. Petilla, In Res., (Retired); Deacons Lernito Prudenciado; Joseph Ramos.
*School*—*Holy Angels School*, 20 Reiner St., Colma, 94014. Tel: 650-755-0220; Fax: 650-755-0258;
Email: dricoara@aol.com.
Email: stangonan@holyangelscolma.org ;
Web: www.holyangelscolma.com. Sr. Leonarda Montealto, O.P., Prin. Lay Teachers 17; Students 214;
Clergy / Religious Teachers 2.
*Catechesis/Religious Program*—Tel: 650-992-5539;
Email: holyangelsccd@hotmail.com. Sr. Anita Torres, P.B.V.M., C.R.E. Students 248.

DALY CITY, SAN MATEO CO.
1—ST. ANDREW (1968) (Filipino)
1571 Southgate Ave., Daly City, 94015.
Tel: 650-756-3222; Email: Lahey.Piers@sfarch.org.
Rev. Piers M. Lahey.
*Rectory*—One Ridgefield Ave., Daly City, 94015.
Email: standrew1968@att.net.
*Catechesis/Religious Program*—Tel: 650-991-2937;
Email: noels@standrew-dalycity.org. Ms. Michele Bussey, D.R.E. Students 150.
2—OUR LADY OF MERCY (Westlake) (1954)
One Elmwood Dr., Daly City, 94015.
Tel: 650-755-2727;
Email: olmcatholicchurch@gmail.com;
Web: olmcath.org. Revs. Domingo Orimaco; Gabriel Wankar, Parochial Vicar; Rey V. Culaba, C.S.S.R., In Res.; Sr. Virginia Barcelona, R.V.M., Pastoral Assoc.; Deacons Michael J. Ghioroso; Marron M. Cobillas.
*School*—*Our Lady of Mercy School*, 7 Elmwood Dr., Daly City, 94015. Tel: 650-756-3395;
Fax: 650-756-5872; Web: www.olmbulldogs.com. Mr. Jeffrey Bürgin, Prin. Lay Teachers 32; Students 490.
*Catechesis/Religious Program*—Tel: 650-992-5769;
Fax: 650-756-3457. Sr. Rosabel Sare, D.R.E. Students 185.
*Convent*—*Religious of the Virgin Mary, Our Lady of Mercy*, 15 Elmwood Dr., Daly City, 94015.
3—OUR LADY OF PERPETUAL HELP (1925)
60 Wellington Ave., Daly City, 94014.
Tel: 650-755-9786; Email: olphrectory@gmail.com;
Web: www.olphparishdc.org. Revs. Auguste E. Viloté; Manuel D. Igrobay, Parochial Vicar.
*School*—*Our Lady of Perpetual Help School*, 80 Wellington Ave., Daly City, 94014. Tel: 650-755-4438 ; Fax: 650-755-7366; Email: info@olphdc.org;
Web: www.olphdc.org. Corrine Muscat, Prin. Lay Teachers 9; Students 182.
*Catechesis/Religious Program*—Tel: 650-755-4010;
Email: padre_ba@yahoo.com. Students 190.

EAST PALO ALTO, SAN MATEO CO., ST. FRANCIS OF ASSISI (1951)
1425 Bay Rd., East Palo Alto, 94303.
Tel: 650-322-2152; Fax: 650-322-7319. Rev. Lawrence C. Goode; Deacon Louis Dixon, In Res., Rev. Msgr. John R. Coleman, (Retired); Rev. Gabriel Flores.
*Catechesis/Religious Program*—Tel: 650-325-6236;
Fax: 650-322-7319. Students 614.

FAIRFAX, MARIN CO., ST. RITA (1930)
100 Marinda Dr., Fairfax, 94930. Tel: 415-456-4815;
Email: saintritafairfax@att.net;
Web: www.SaintRitaChurch.org. Rev. Kenneth M. Weare, Ph.D.
*Catechesis/Religious Program*—Mrs. Carol Bennetta, D.R.E. Students 52.

FOSTER CITY, SAN MATEO CO., ST. LUKE (1970)
1111 Beach Park Blvd., Foster City, 94404.
Tel: 650-345-9660; Fax: 650-345-8167;
Email: saintlukefc@gmail.com; Web: saintlukefc.org. Rev. Jonathan Paula; Deacon Mar Tuso.
Res.: 1388 Halibut St., Foster City, 94404.
*Catechesis/Religious Program*—Tel: 650-574-9191;
Fax: 650-573-7409. Students 140.

GREENBRAE, MARIN CO., ST. SEBASTIAN (1951)
373 Bon Air Rd., Greenbrae, 94904.

Tel: 415-461-0704;
Email: sebastian94904@yahoo.com;
Web: www.sebastian94904.com. Revs. William H. Thornton; Jerry Murphy, Parochial Vicar; Paul E. Perry, In Res., (Retired); Deacons David Previtali; William Turrentine.
*Catechesis/Religious Program*—Students 37.

HALF MOON BAY, SAN MATEO CO., OUR LADY OF THE PILLAR (1868) [CEM]
400 Church St., Half Moon Bay, 94019.
Tel: 650-726-4659;
Email: office@ourladyofthepillar.org. Revs. Jose M. Corral; John T. Jimenez, Parochial Vicar; Charles Onubogu, In Res.
*Catechesis/Religious Program*—Tel: 650-726-5587. Students 125.
*Missions*—*St. Anthony*—[CEM] 696 North St., Pescadero, San Mateo Co. 94060.
*Our Lady of Refuge*, 146 Sears Ranch Rd., La Honda, San Mateo Co. 94020.

LAGUNITAS, MARIN CO., ST. CECILIA (1937)
450 W. Cintura Ave., P.O. Box 289, Lagunitas, 94938. Tel: 415-488-9799;
Email: stcecilia.lagunitas@yahoo.com;
Email: stcecilia.lagunitas@gmail.com;
Web: www.stcecilia-lagunitas.org. Rev. Ngoan V. Phan.
*Catechesis/Religious Program*—Mrs. Carol Bennetta, D.R.E.; Margaret Farley, D.R.E. Students 19.
*Mission*—*St. Mary* (1867) 4100 Nicasio Valley Rd., Nicasio, Marin Co. 94946.
Email: stmary.nicasio@yahoo.com;
Email: stmary.nicasio@gmail.com;
Web: www.stmary-nicasio.org.

LARKSPUR, MARIN CO., ST. PATRICK (1915)
401 Magnolia, Larkspur, 94939. Tel: 415-924-0600;
Email: parish@stpatrickmarin.org;
Web: www.stpatrickmarin.org. Mailing Address: 114 King St., Larkspur, 94939. Rev. Msgr. C. Michael Padzinski, J.C.D.
*School*—*St. Patrick School*, (Grades K-8), 120 King St., Larkspur, 94939. Tel: 415-924-0501;
Fax: 415-924-3544;
Email: contact@stpatricksmarin.org;
Web: stpatricksmarin.org. Angela Hadsell, Prin. Lay Teachers 21; Students 232.
*Catechesis/Religious Program*—
Tel: 415-924-0600, Ext. 15;
Email: l_gramlich@stpatricksmarin.org;
Email: n_mcauliffe@stpatricksmarin.org. Lisa Gramlich, D.R.E.; Nicole McAuliffe, D.R.E. Students 141.

MENLO PARK, SAN MATEO CO.
1—ST. ANTHONY (1951)
3500 Middlefield Rd., Menlo Park, 94025.
Tel: 650-366-4692;
Email: stanthonycatholicparish@live.com. Revs. Fabio S. Medina; Jose Eduardo Mendoza; Max Torres, Operations Mgr.
*Catechesis/Religious Program*—Tel: 650-365-6071. Azusena Aguilar, D.R.E. Students 315.
*Clothing Distribution Center*—Free clothing for men & women.
*Museum*—*San Jose Obrero*, 400 Heller St., Redwood City, San Mateo Co. 94063.
2—CHURCH OF THE NATIVITY (1877)
210 Oak Grove Ave., Menlo Park, 94025. Cell: 650-323-7914; Fax: 650-323-3231;
Email: nativityparish@sbcglobal.net;
Web: www.nativitymenlo.org. Rev. Msgr. Steven D. Otellini; Rev. Patrick J. Driscoll, Parochial Vicar; Deacon Dominick Peloso.
*School*—*Nativity Catholic School*, (Grades PreK-8), 1250 Laurel St., Menlo Park, 94025.
Tel: 650-325-7304; Fax: 650-325-3841;
Email: info@nativityschool.com;
Web: www.nativityschool.com. Lay Teachers 14; Students 239.
*Catechesis/Religious Program*—Tel: 650-853-1009. Mrs. Monica Hickam, D.R.E. Students 95.
3—ST. DENIS (1853, Restored, 1961)
2250 Avy Ave., Menlo Park, 94025.
Web: www.stdenisparish.org; Cell: 415-686-9951;
Email: wpodel@mail.com. Rev. W. Paul O'Dell.
*Mission*—*Our Lady of the Wayside* (1902) 930 Portola Rd., Portola Valley, San Mateo Co. 94028.
Tel: 650-854-5976; Email: odell.paul@sfarch.org. In Res., Rev. Msgr Jose A. Rodriguez, (Retired).
*Catechesis/Religious Program*—
Tel: 650-854-5976. Ext. 102. Lucy Soltau, D.R.E. & Youth Min. Students 215.
4—ST. RAYMOND (1950)
1100 Santa Cruz Ave., Menlo Park, 94025.
Tel: 650-323-1755; Fax: 650-561-3755;
Email: office@straymondmp.org;
Web: www.straymondmp.org. Rev. Jerome Cudden, O.P.; Deacon Tom Kelly, In Res., Revs. Michael Amabisco; Dominic DeLay; Michael Carey; Allen Robert Dusten, O.P.; Xavier M. Lavagetto, O.P.; Patrick O'Neil, O.P.; Emmanuel F. Taylor, O.P.
Res.: 1231 Arbor Rd., Menlo Park, 94025.
*School*—*St. Raymond School*, (Grades PreK-8), 1211

Arbor Rd., Menlo Park, 94025. Tel: 650-322-2312;
Fax: 650-322-2910; Email: vmattei@straymond.org;
Web: www.straymond.org. Mr. Valerie Mattei, Prin. Lay Teachers 29; Sister Teachers 1; Students 270.
*Catechesis/Religious Program*—Students 164.

MILL VALLEY, MARIN CO., OUR LADY OF MT. CARMEL (1910)
3 Oakdale Ave., Mill Valley, 94941.
Tel: 415-388-4190; Email: olfreolms@gmail.com;
Web: www.mountcarmelmv.org. Rev. Patrick T. Michaels.
*Catechesis/Religious Program*—Students 130.

MILLBRAE, SAN MATEO CO., ST. DUNSTAN (1940)
1133 Broadway, Millbrae, 94030. Tel: 650-697-4730;
Email: glynn.joseph@sfarch.org;
Web: saintdunstanchurch.org. Revs. Joseph Glynn, C.S.Sp.; Diarmuid C. Casey, C.S.Sp., Parochial Vicar; Brendan Hally, C.S.Sp., Parochial Vicar; Alwyn Furtado, C.S.Sp., In Res.; Deacon Richard Cepriano.
*School*—*St. Dunstan School*, 1150 Magnolia Ave., Millbrae, 94030. Tel: 650-697-8119;
Fax: 650-697-9295.
Email: ccalauani@st-dunstan.org;
Web: st-dunstan.org. Mr. James Spray Jr., Prin. Lay Teachers 18; Students 202.
*Catechesis/Religious Program*—Tel: 650-697-7451;
Email: stdunstanccd@att.net. Sherre Leone, D.R.E. Students 125.

NOVATO, MARIN CO.
1—ST. ANTHONY OF PADUA (1968)
1000 Cambridge St., Novato, 94947.
Tel: 415-883-2177; Fax: 415-883-4049;
Email: felix_lim@yahoo.com;
Web: www.stanthonynovato.org. Revs. Felix Lim; Don Morgan, In Res.; Deacon Joseph Brumbaugh.
2—OUR LADY OF LORETTO (1892)
1806 Novato Blvd., Novato, 94947. Tel: 415-897-2171 ; Email: church@olnovato.org;
Web: www.olnovato.org. Revs. Brian L. Costello; Tony S. Valecillo, Parochial Vicar.
*School*—*Our Lady of Loretto School*, 1811 Virginia Ave., Novato, 94945. Tel: 415-892-8621;
Fax: 415-892-9631; Web: school.olnovato.org. Kathleen Kraft, Prin. Lay Teachers 15; Students 184.
*Catechesis/Religious Program*—Tel: 415-897-6714;
Email: amy@olnovato.org. Amy Bjorklund Reeder, D.R.E.; Annie Troy, Youth Min., Confirmation Dir., RCIA & Adult Faith Formation. Students 200; Middle School 55.

OLEMA, MARIN CO., SACRED HEART (1867) [CEM]
10189 State Rte. 1, P.O. Box 70. Olema, 94950.
Tel: 415-663-1139; Fax: 415-663-9660;
Email: arauz.erick@sfarch.org;
Email: sacredheart@horizoncable.com. Rev. Erick E. Arauz.
*Catechesis/Religious Program*—Students 30.
*Mission*—*St. Mary Magdalene*, 16 Horseshoe Hill, Bolinas, Marin Co. 94924.

PACIFICA, SAN MATEO CO.
1—GOOD SHEPHERD (1951)
901 Oceana Blvd., Pacifica, 94044. Tel: 650-355-2593 ; Fax: 650-359-1832;
Email: good.shepherd.pac@sbcglobal.net;
Web: www.gschurchsa.org. Rev. Luello N. Palacpac, (Philippines); Deacons Joseph LeBlanc; Ben Salvan; Suzanne Chinn, Pastoral Assoc.
*School*—*Good Shepherd School*, (Grades PreK-8), 909 Oceana Blvd., Pacifica, 94044. Tel: 650-359-4544 ; Fax: 650-359-4558;
Email: gss.office@goodshepherdschool.us;
Web: goodshepherdschool.us. Andreina Gualco, Prin. Lay Teachers 9; Students 150.
2—ST. PETER (1956)
700 Oddstad Blvd., Pacifica, 94044.
Tel: 650-359-6313;
Email: stpeterpacifica@comcast.net;
Web: www.stpeterpacifica.org. Rev. Jerome P. Foley; Sr. Hilda Sandoval, M.F.F.
*Catechesis/Religious Program*—Tel: 650-359-5000;
Email: strhilda@gmail.com. Sr. Hilda Sandoval, M.F.P., D.R.E. Students 165.

PORTOLA VALLEY, SAN MATEO CO., OUR LADY OF THE WAYSIDE (1941) See separate listing: See St. Denis, Menlo Park. Rev. Msgrs. Jose A. Rodriguez, (Retired); John F. Rodriguez, (Retired).

REDWOOD CITY, SAN MATEO CO.
1—ST. MATTHIAS (1961)
1685 Cordilleras Rd., Redwood City, 94062.
Tel: 650-366-9544; Email: info@stmatthiasparish.org ; Web: www.stmatthiasparish.org. Rev. David A. Ghiorso; Deacons George A. Salinger; Richard F. Foley; David Rolandelli.
*Child Care*—*St. Matthias Preschool*, 533 Canyon Rd., Redwood City, 94062. Tel: 650-367-1320;
Fax: 650-366-1049; Web: www.stmatthiasparish.org. Students 61.
2—OUR LADY OF MOUNT CARMEL (1887)
300 Fulton St., Redwood City, 94062.

Tel: 650-366-3803; Email: parish@mountcarmel.org.
Rev. Ulysses L. D'Aquila; Deacon Thomas J. Boyle.
Res.: 347 Grand St., Redwood City, 94062.
*School—Our Lady of Mount Carmel School*, 301
Grand St., Redwood City, 94062. Tel: 650-366-6127;
Fax 650-366-0902; Web: school.mountcarmel.org.
Ms. Teresa Anthony, Prin. Lay Teachers 16; Students 301.
*Catechesis Religious Program*—Tel: 650-368-8237.
Students 387.
3—ST. PIUS (1951)
1100 Woodside Rd., Redwood City, 94061.
Tel: 650-361-1411; Email: saint@pius.org;
Web: www.pius.org. Revs. Thomas V. Martin; Kyle J.
Faller, Parochial Vicar; Edgardo Rodriguez. In Res.,
Rev. Gerald D. Coleman, P.S.S., S.T.L., Ph.D.,
(Retired)
*School—St. Pius School*, Tel: 650-368-8327;
Fax 650-368-7031; Email: rcarroll@stpiusschool.org;
Web: stpiusschool.org. Rita Carroll, Prin. Lay Teachers 16; Students 271.
*Catechesis Religious Program*—Students 117.
ROSS, MARIN CO., ST. ANSELM (1907)
97 Shady Ln., P.O. Box 1061, Ross, 94957.
Tel: 415-453-2342; Email: mb@sanmanselm.org;
Web: www.saintanselm.org. Rev. Jose Shaji; Deacons
Bernard O'Halloran; Edward Cunningham; Robert
Yee Meave.
*School—St. Anselm School*, 40 Belle Ave., San
Anselmo, 94960. Tel: 415-454-8667;
Fax: 415-454-4730; Web: stanselmschool.com. Kim
Orendorff, Prin. Lay Teachers 33; Students 256.
*Catechesis Religious Program*—Natalie Larraga,
D.R.E. Students 143.
SAN BRUNO, SAN MATEO CO.
1—ST. BRUNO (1912)
555 San Bruno Ave. W., San Bruno, 94066.
Tel: 650-588-2121;
Email: lupita.stbruno@gmail.com. Rev. Michael
Brillantes; Deacon Ramon De La Rosa.
*Catechesis Religious Program*—
Tel: 650-588-2121, Ext. 114. Kacey Carey, D.R.E.
Students 368.
2—ST. ROBERT (1958)
1380 Crystal Springs Rd., San Bruno, 94066.
Tel: 650-589-2800;
Email: reception@Saintroberts.org. Revs. John L.
Greene; Tracy S. Vallecillo; Deacon John Meyer.
*School—St. Robert School*, 345 Oak Ave., San Bruno,
94066. Tel: 650-583-5065; Fax: 650-583-5418;
Web: saintrobert-school.org. Margo Wright, Prin.
Lay Teachers 14; Students 317.
*Catechesis Religious Program*—Tel: 650-588-0477.
Students 243.
SAN CARLOS, SAN MATEO CO., ST. CHARLES (1928)
880 Tamarack Ave., San Carlos, 94070.
Tel: 650-591-7349;
Email: Parishoffice@stcharlesparish.org;
Web: www.stcharlesparish.org. Revs. David A.
Ghiorso; Samuel Musimenta, Parochial Vicar; Deacon Ernie von Emster.
*School—St. Charles School*, (Grades K-8), 850
Tamarack Ave., San Carlos, 94070.
Tel: 650-593-1629; Fax: 650-593-9723;
Email: marmando@stcharlesschoolsc.org;
Web: stcharlesschoolsc.org. Megan Armando, Prin.
Lay Teachers 18; Students 272.
*Catechesis Religious Program*—Students 347.
SAN MATEO, SAN MATEO CO.
1—ST. BARTHOLOMEW (1955)
600 Columbia Dr., San Mateo, 94402.
Tel: 650-347-0701; Email: stbarts@sbarts.org. Revs.
Michael J. Healy; Teodoro P. Magpayo, S.V.D., Parochial Vicar.
Res.: 300 Alameda de las Pulgas, San Mateo, 94402.
Email: Healy.Michael@sfarch.org.
*Catechesis Religious Program*—Rachel Smit, D.R.E.
Students 254.
2—ST. GREGORY (1941)
2715 Hacienda St., San Mateo, 94403.
Tel: 650-345-8506; Fax: 650-345-5329;
Email: pcec@stgregs-sanmateo.org;
Web: saintgregorychurch.org. Revs. V. Mark P.
Reburiano; Oliver Ortese, Parochial Vicar; Deacons
Salvatore Campagna Jr; Stephen Fox; Robert Leathers.
*School—St. Gregory School*, 2701 Hacienda St., San
Mateo, 94403. Tel: 650-573-0311; Fax: 650-573-6548;
Web: stgregs-sanmateo.org. Laura Miller, Prin. Lay
Teachers 15; Students 309.
*Catechesis Religious Program*—Students 380.
3—ST. MATTHEW (1863)
One Notre Dame Ave., San Mateo, 94402.
Tel: 650-344-7622; Fax: 650-344-4830;
Email: parish@stmatthewcath.org;
Web: www.stmatthew-parish.org. Rev. Msgr. John J.
Talesfore; Revs. Dominic Savio Lee, Parochial Vicar;
Alvin Yu, Parochial Vicar; Teresita Contreras, Pastoral Assoc. In Res., Most Rev. William J. Justice; Rev.
Thomas M. Parenti, (Retired).
*School—St. Matthew School*, (Grades K-8), 910 S. El

Camino Real, San Mateo, 94402. Tel: 650-343-1373;
Fax 650-343-2046; Email: office@stmatthewcath.org
; Web: www.stmatthewcath.org. Adrian Peterson,
Prin. Lay Teachers 38; Students 624.
*Catechesis Religious Program*—Students 405.
4—ST. TIMOTHY (1954)
1515 Dolan Ave., San Mateo, 94401.
Tel: 650-342-2468; Email: info@sttims.us;
Web: www.sttims.us. Rev. Alner U. Nambatac, (Philippines); Deacons Faiva Po'oi; Fred Totah. In Res.,
Rev. Kapiolani Kakala.
*School—St. Timothy School*, Tel: 650-342-6567;
Fax 650-342-5913; Web: www.sttimothyschool.org;
Email: dallen@sttimothyschool.org. Ms. Michelle
Basile, Prin. Lay Teachers 17; Students 214.
*Catechesis Religious Program*—Tel: 650-579-0901.
Students 203.
SAN RAFAEL, MARIN CO.
1—BLESSED SACRAMENT (1951) Closed. For
sacramental records please contact St. Isabella, San
Rafael.
2—ST. ISABELLA (Terra Linda) (1961) (CEM)
1 Trinity Way, P.O. Box 6166, San Rafael, 94903.
Tel: 415-479-1560;
Email: office@stisabellasparish.org;
Web: www.stisabellasparish.org. Revs. Cyril J.
O'Sullivan; Ephrem Tillya, Parochial Vicar; Tony S.
Vallecillo, Parochial Vicar; Cornelius J. Healy, In
Res., (Retired); Deacon Graham Cumming.
*School—St. Isabella School*, (Grades K-8),
Tel: 415-479-3727; Fax: 415-479-9961;
Email: snaretto@stisabellaschool.org;
Web: www.stisabellaschool.org. Susan Naretto, Prin.
Lay Teachers 19; Students 220.
*Catechesis Religious Program*—
Email: psr@stisabellasparish.org. Ms. Lyn Gatti,
D.R.E. Students 300.
3—ST. RAPHAEL (1817)
1104 Fifth Ave., San Rafael, 94901.
Tel: 415-454-8141;
Email: Frspyrow@saintraphael.com;
Email: kaguilar@saintraphael.com;
Web: www.saintraphael.com. Very Rev. Andrew P.
Spyrow; Revs. Wade E. Bjerke, Parochial Vicar; Santos Rodriguez, Parochial Vicar; Deacon Eugene B.
Smith.
*School—St. Raphael School*, 1100 Fifth Ave., San
Rafael, 94901. Tel: 415-454-4455; Fax: 415-454-5927;
Email: office@straphaelschool.com;
Web: www.straphaelschool.com. Lydia Collins, Prin.
Lay Teachers 13; Students 231.
*Catechesis Religious Program*—Tel: 415-459-7331;
Fax: 415-454-8193. Students 557.
*Mission—St. Sylvester*, 1115 Point San Pedro Rd.,
San Rafael, Marin Co. 94901.
*Station—San Quentin State Prison*, San Quentin,
NM Tel: 415-456-8161.
4—ST. SYLVESTER (1961) Closed. For sacramental
records please contact St. Raphael, San Rafael.
SAUSALITO, MARIN CO., ST. MARY STAR OF THE SEA
(1881)
180 Harrison Ave., Sausalito, 94965.
Tel: 415-332-1765; Email: frmike@staroftheseas.us.
Rev. Michael F. Quinn.
*Catechesis Religious Program*—
Email: john@staroftheseas.us.
SOUTH SAN FRANCISCO, SAN MATEO CO.
1—ALL SOULS (1913)
315 Walnut Ave., South San Francisco, 94080.
Tel: 650-871-8944; Fax: 650-871-5806;
Email: pastor@allsoulsparishssf.org;
Email: frmario@allsoulsparishssf.org;
Email: secretary@allsoulsparishssf.org;
Web: www.allsoulsparishssf.org. Revs. Kazimierz
Abrahamczyk; Mario Olea.
*Schools—All Souls Preschool*—Tel: 650-871-1751.
Mrs. Carla Malouf Jisrawi, Dir. Lay Teachers 3; Students 24.
*All Souls School*, (Grades K-8), 479 Miller Ave.,
South San Francisco, 94080. Tel: 650-583-3562;
Fax: 650-952-1167; Email: info@allsoulsschool.org
; Web: www.allsoulsschool.org. Mr. Vincent
Riener, Prin. Lay Teachers 20; Students 276.
*Catechesis Religious Program*—Tel: 650-873-5356;
Email: religiouseducation@allsoulsparishssf.org. Ms.
Lourdes Yniguez, D.R.E. Students 370.
2—ST. AUGUSTINE (1970)
3700 Callan Blvd., South San Francisco, 94080.
Tel: 650-873-2282; Email: Staugustinessf@aol.com;
Web: Staugustinessf.org. Revs. Raymund M. Reyes;
Eduardo Dura; Martin S. Njuabi; Deacons Nestor
Fernandez II; Virgil Capetti.
3—MATER DOLOROSA (1951)
307 Willow Ave., South San Francisco, 94080.
Tel: 650-583-4131; Email: frances@mdssf.org;
Web: www.mdssf.org. Revs. Rolando S. De la Rosa;
Vito J. Perrone. In Res., Deacons Alex Aragon; Romeo Cruz.
*Catechesis Religious Program*—Email: cff@mdssf.org
; Frances Laitwell, Admin.; Felisa Cepeda, D.R.E.
Students 116.

4—ST. VERONICA (1951)
434 Alida Way, South San Francisco, 94080.
Tel: 650-588-1455;
Email: church.office@stveronicassf.com;
Web: www.stveronicassf.com. Rev. Charles Puthota;
Deacon Roger Beaudry.
*School—St. Veronica School*, Tel: 650-589-3909;
Fax: 650-589-2826; Web: www.saintveronicassf.org.
Kathryn Lucchesi, Prin. Lay Teachers 9; Students 291.
*Catechesis Religious Program*—
Tel: 650-588-1455, Ext. 305;
Email: kguglielmoni@stveronicassf.com. Karen
Guglielmoni, Faith Formation Coord. Students 288.
TIBURON, MARIN CO., ST. HILARY (1951)
761 Hilary Dr., Tiburon, 94920-1421.
Tel: 415-435-1122; Email: Danal89StHilary.Org;
Web: www.StHilary.org. Revs. William E. Brown;
Ernesto M. Jandonero, Parochial Vicar.
*School—St. Hilary School*, 765 Hilary Dr., Tiburon,
94920. Tel: 415-435-2224; Fax: 415-435-5895;
Web: www.sainthilaryschool.org. Ms. Marie Bordeleau, Prin. Lay Teachers 23; Students 273.
*Catechesis Religious Program*—Lisa Veto, D.R.E.
Students 125.
TOMALES, MARIN CO., CHURCH OF THE ASSUMPTION
(1860) (CEM)
26825 Shoreline Hwy., P.O. Box 82, Tomales, 94971-0082. Tel: 707-878-0028;
Email: lopez.juan@sfarch.org. Rev. Juan Manuel
Lopez.
*Catechesis Religious Program*—Tel: 707-878-2208;
Email: lopezjuanmanuel585@gmail.com. Students
42.
*Mission—St. Helen* (1902) Tel: 650-720-1429;
Email: lopezjuanmanuel585@gmail.com.
WOODSIDE, SAN MATEO CO., ST. MARCELLA MISSION,
Closed. For sacramental records please contact St.
Denis, Menlo Park.

## Chaplains of Public Institutions

SAN FRANCISCO, *St. Francis Hospital.* Franciscems from
St. Boniface Parish.
*Kaiser Hospital San Francisco.* Rev. Michael E.
Kwiecien, O.Carm.
*Knights of Malta.* The Sovereign Military Order of
Malta (Western U.S.A. Association of the
Sovereign Military Hospitaller Order of St. John of
Jerusalem of Rhodes and of Malta-a Nonprofit
Corporation): Rev. Msgr. Steven D. Otellini.
*Laguna Honda Home.* Rev. Celestine Tyowua, Sr.
Olga Cristobal.
*St. Mary's Medical Center.* Rev. Michael A.
Greenwell, O.Carm.
*San Francisco Fire Department.* Rev. John L.
Greene.
*San Francisco General Hospital.* Rev. Francis Than
Htun.
*San Francisco Police Department.* Rev. Michael J.
Healy.
*San Francisco State Univ., Newman Center.* Rev.
Marvin Paul Felipe, S.D.B., (Philippines).
*St. Thomas More Society.* (Legal). Rev. Roger G.
Gustafson.
*Veterans' Hospital, Ft. Miley.*
UCSF MEDICAL CENTERRevs. Narcis L. Kabipi,
Parnassus, Raphael L. Laizer, Mission Bay, Te
Van Nguyen, Parnassus.
*Young Ladies' Institute.* Rev. Thomas M. Hamilton,
Grand Chap.
SETON MEDICAL CENTERRev. Qase Nguyen,
O.F.M.Cap.
MARIN. *Serra Club of Marin.*
SAN MATEO. *Serra Club of San Mateo.* Vacant.
*Sheriff's Honor Camp and Maximum Security Facility.*
Served by Archdiocese and St. Vincent de Paul
volunteers, San Mateo District Council.
SAN QUENTIN. *California State Prison.*
Tel: 415-454-1460. Rev. George T. Williams, S.J.,
Chap.

On Special Assignment:
Rev. Msgrs. —
Padazinski, C. Michael, J.C.D., Chancellor
Vergara, Romulo A., J.C.D., Judicial Vicar
Very Revs.—
Aguilo, Moises R., Vicar for Spanish-Speaking
Reyes, Raymund, Vicar for Clergy
Spyrow, Andrew P., Assoc. Vicar for Clergy
Tungol, Eugene D., Vicar for Filipinos
Revs.—
Faller, Cameron M., Vocations
Hoang, Thuan V., J.C.L., Tribunal, Office of
Tyribunal, (Part-time)
Merwether, Stephen A., J.C.L., Tribunal
Quitalig, Angel N., J.C.L., Tribunal

Congregation for the Doctrine of the Faith, Died Sep. 26, 2019
† Christian, Robert F., o.p., Auxiliary Bishop of San Francisco, Died Jul. 11, 2019

† Pernia, John R., (Retired), Died Jan. 11, 2019
† Tarantino, James T., Belmont, CA Saint Mark, Died Apr. 25, 2018
† Deitch, Richard S., (Retired), Died Jul. 11, 2019

† Greenlaw, Martin F., (Retired), Died Feb. 28, 2018
† Morris, James H., (Retired), Died Sep. 1, 2018
† Pham, Joseph Hung, (Retired), Died Mar. 20, 2018

An asterisk (*) denotes an organization that has established tax-exempt status directly with the IRS and is not covered by the USCCB Group Ruling.



## *Office of the General Counsel*

3211 FOURTH STREET, NE · WASHINGTON, DC 20017-1194 · 202-541-3300 · FAX 202-541-3337

November 19, 2020

TO:           Subordinate Organizations under USCCB Group Ruling (GEN: 0928)

SUBJECT:   2020 Group Ruling

FROM:       Anthony Picarello, General Counsel *APP*
            Madeline Obler, Assistant General Counsel

---

This memorandum relates to the annual Group Ruling determination letter issued to the United States Conference of Catholic Bishops ("USCCB") by the Internal Revenue Service ("IRS"), the most recent of which is dated November 2, 2020, with respect to the federal tax status of subordinate organizations listed in the 2020 edition of the Official Catholic Directory ("OCD").[1]  As explained in greater detail below, this 2020 Group Ruling determination letter is important for establishing:

    (1)    exemption of subordinate organizations under the USCCB Group Ruling from federal income tax; and

    (2)    deductibility of contributions to such organizations for federal income, gift, and estate tax purposes.

    The 2020 Group Ruling determination letter is the latest in a series that began with the original determination letter of March 25, 1946.  In the original 1946 letter, the Treasury Department affirmed the exemption from federal income tax of all Catholic institutions listed in the OCD for that year.  Each year since 1946, in a separate letter, the 1946 ruling has been reaffirmed with respect to subordinate organizations listed in the current edition of the OCD.[2]  The annual group ruling letter clarifies important tax consequences for Catholic institutions listed in the OCD, and should be retained for ready reference.  Group Ruling letters from prior years establish tax consequences with respect to transactions occurring during those years.

**UBIT on Fringe Benefits**.  Taxpayer Certainty and Disaster Relief Act of 2019, Public Law 116-94,  enacted in December 2019, repealed section 512(a)(7) to the Internal Revenue Code ("Code"), which subjected tax-exempt organizations to unrelated business income tax ("UBIT") to the extent they pay or incur expenses for any qualified transportation fringe described in section 132(f) and any parking facility used in connection with qualified parking (the "parking

---

[1]  A copy of the most recent Group Ruling determination letter and this memo may be found on the General Counsel's "Tax and Group Ruling" page.
[2] Catholic organizations with independent IRS exemption determination letters are listed in the 2020 OCD with an asterisk (*), which indicates that such organizations are **not** included in the Group Ruling.

lot tax"). As the repeal was retroactive to the date of enactment, exempt organizations can request refunds of amounts paid in tax years 2018 and 2019 toward the parking lot tax. Exempt organizations seeking refunds for amounts paid in 2018 may file an amended Form 990-T, and exempt organizations seeking a refund for estimated taxes paid toward the parking lot tax in 2019 are advised to file Form 4466, *Corporation Application for Quick Refund of Overpayment of Estimated Tax*, to receive a refund of amounts paid toward 2019.

**Responsibilities under Group Ruling**. Diocesan officials who compile OCD information for submission to the OCD publisher are responsible for the accuracy of such information. They must ensure that only qualified organizations are listed, that organizations are listed under their correct legal names, that organizations that cease to qualify are deleted promptly, and that newly-qualified organizations are listed as soon as possible.

## EXPLANATION

1. **Exemption from Federal Income Tax**. The latest Group Ruling determination letter reaffirms that the agencies and instrumentalities and educational, charitable, and religious institutions operated, supervised or controlled by or in connection with the Roman Catholic Church in the United States, its territories or possessions that appear in the 2020 OCD and are subordinate organizations under the Group Ruling are recognized as exempt from federal income tax and described in section 501(c)(3) of the Code. The Group Ruling determination letter does not cover organizations listed with asterisks or any foreign organizations listed in the 2020 OCD.

*Verification of Exemption under Group Ruling*. The latest Group Ruling determination letter indicates that subordinate organizations are not listed in Tax Exempt Organization Search (Pub. 78 data) ("TEOS," formerly "EO Select Check), and many are not listed in the Exempt Organizations Business Master File extract, or EO BMF . As a result, many subordinate organizations included in the USCCB Group Ruling are not included in various online databases (e.g., GuideStar) that are derived from the EO BMF. This does not mean that subordinate organizations included in the Group Ruling are not tax exempt, that contributions to them are not deductible, or that they are not eligible for grant funding from corporations, private foundations, sponsors of donor-advised funds or other donors that rely on online databases for verification of tax-exempt status. It does mean that a Group Ruling subordinate may have to make an extra effort to document its eligibility to receive charitable contributions. The Group Ruling determination letter states that donors may verify that a subordinate organization is included in the Group Ruling by consulting the Official Catholic Directory or by contacting the USCCB directly. It also states that the IRS does not verify inclusion of subordinate organizations under the Group Ruling. *Accordingly, neither subordinate organizations nor donors should contact the IRS to verify inclusion under the Group Ruling.*

Subordinate organizations should refer donors, including corporations, private foundations, and sponsors of donor-advised funds, to the specific language in the Group Ruling determination letter regarding verification of tax-exempt status and to IRS Publication 4573,

2

*Group Exemptions*, available on the IRS website at www.irs.gov.[3]  Publication 4573 explains that: (1) the IRS does not determine which organizations are included in a group exemption; (2) subordinate organizations exempt under a group exemption do not receive their own IRS determination letters; (3) exemption under a group ruling is verified by reference to the official subordinate listing (e.g., the Official Catholic Directory); and (4) it is not necessary for an organization included in a group exemption to be listed in TEOS or the EO BMF.  Although not required, organizations in the Group Ruling may be included in the EO BMF, and consequently, online databases derived from it.

      2.     **Public Charity Status**.  The latest Group Ruling determination letter recognizes that subordinate organizations included in the 2020 OCD are public charities and not private foundations under section 509(a) of the Code, but that all subordinate organizations do not share the same public charity status under section 509(a).  Therefore, although the USCCB is classified as a public charity under sections 509(a)(1) and 170(b)(1)(A)(i), that public charity status does *not* automatically extend to subordinate organizations covered under the Group Ruling.

      *Verification of Public Charity Status*.  Each subordinate organization in the Group Ruling must establish its own public charity status under section 509(a)(1), 509(a)(2), or 509(a)(3) as a condition to inclusion in the Group Ruling.  Certain types of subordinate organizations included in the Group Ruling qualify as public charities by definition under the Code.  These are:

- churches and conventions or associations of churches under sections 509(a)(1) and 170(b)(1)(A)(i) (generally limited to dioceses, parishes and religious orders);

- elementary and secondary schools, colleges and universities under sections 509(a)(1) and 170(b)(1)(A)(ii); and

- hospitals under sections 509(a)(1) and 170(b)(1)(A)(iii).

      Other subordinate organizations covered under the Group Ruling may qualify under the public support tests of either sections 509(a)(1) and 170(b)(1)(A)(vi) or section 509(a)(2).  Verification of public charity classification under either of the support tests generally can be established by providing a written declaration of the applicable classification signed by an officer of the organization, along with a reasoned written opinion of counsel and a copy of Schedule A of Form 990/EZ, if applicable.  Large institutional donors, such as private foundations and sponsors of donor-advised funds, may require this verification prior to making a contribution or grant to be assured that the grantee is not a Type III non-functionally integrated supporting organization.[4]  A subordinate organization included in the Group Ruling may want to file Form 8940, Request for Miscellaneous Determination, with the IRS to request a determination that it is a publicly supported charity described in sections 509(a)(1) and 170(b)(1)(A)(vi) or section

---

[3] For an illustration of how exemption verification works, refer to the "Information for Donors and Grantmakers" link on the USCCB website "Tax and Group Ruling." page.

[4] *See* Notice 2014-4, 2014-2 I.R.B (January 6, 2014).

Case: 23-30564   Doc# 610-5   Filed: 04/19/24   Entered: 04/19/24 15:35:29   Page 15 of 23

509(a)(2), or is a Type I or II supporting organization, in order to satisfy private foundations and sponsors of donor-advised funds regarding its public charity status.

3. **Deductibility of Contributions**. The latest Group Ruling determination letter assures donors that contributions to subordinate organizations listed in the 2020 OCD are deductible for federal income, gift, and estate tax purposes.

4. **Unemployment Tax**. As section 501(c)(3) organizations, subordinate organizations covered by the Group Ruling are exempt from *federal* unemployment tax. However, individual states may impose unemployment tax on subordinate organizations even though they are exempt from federal unemployment tax. Please consult a local tax advisor about any state unemployment tax questions.

5. **Social Security Tax**. All section 501(c)(3) organizations, including churches, are required to withhold and pay taxes under the Federal Insurance Contributions Act (FICA) for each employee.[5] However, services performed by diocesan priests in the exercise of their ministry are not considered "employment" for FICA (Social Security) purposes.[6] FICA should not be withheld from their salaries. *For Social Security purposes*, diocesan priests are subject to self-employment tax ("SECA") on their salaries as well as on the value of meals and housing or housing allowances provided to them.[7] Neither FICA nor income tax withholding is required on remuneration paid directly to religious institutes for members who are subject to vows of poverty and obedience and are employed by organizations included in the Official Catholic Directory.[8]

6. **Federal Excise Tax**. Inclusion in the Group Ruling has no effect on a subordinate organization's liability for federal excise taxes. Exemption from these taxes is very limited. Please consult a local tax advisor about any excise tax questions.

7. **State/Local Taxes**. Inclusion in the Group Ruling does not automatically establish a subordinate organization's exemption from state or local income, sales, or property taxes. Typically, separate exemptions must be obtained from the appropriate state or local tax authorities in order to qualify for any applicable exemptions. Please consult a local tax advisor about any state or local tax exemption questions.

8. **Form 990/EZ/N**. All subordinate organizations included in the Group Ruling must file Form 990, Return of Organization Exempt from Income Tax, Form 990-EZ, Short Form Return of Organization Exempt From Income Tax, or Form 990-N, e-Postcard, *unless* they

---

[5] Section 3121(w) of the Code permits certain church-related organizations to make an irrevocable election to avoid payment of FICA taxes, but only if such organizations are opposed for religious reasons to payment of social security taxes.

[6] I.R.C. § 3121(b)(8)(A).

[7] I.R.C. § 1402(a)(8).

[8] Rev. Rul. 77-290, 1977-2 C.B. 26. *See also* OGC/LRCR Memorandum on Compensation of Religious, (September 11, 2006).

4

are eligible for a mandatory or discretionary exception to this filing requirement. ***There is no automatic exemption from the Form 990/EZ/N filing requirement simply because an organization is included in the Group Ruling or listed in the OCD.*** Subordinate organizations must use their own EIN to file Form 990/EZ/N. **<u>Do not</u>** use the EIN of the USCCB or an affiliated parish, diocese or other organization to file a return. Form 990/EZ/N is due by the 15th day of the fifth month after the close of an organization's fiscal year.[9] The following organizations are <u>not</u> required to file Form 990/EZ/N: (i) churches and conventions or associations of churches; (ii) integrated auxiliaries;[10] (iii) the exclusively religious activities of religious orders; and (iv) schools below college level affiliated with a church or operated by a religious order.[11] Organizations should exercise caution if they choose not to file a Form 990/EZ/N because they believe they are not required to do so. If IRS records indicate that the organization should file a Form 990/EZ/N each year (for example, the organization receives an IRS notice stating that it failed to file a return for a given year), then the organization may appear on the auto-revocation list notwithstanding its claim to being exempt from the filing requirement.

      Which form an organization is required to file usually depends on the organization's gross receipts or the fair market value of its assets.

| Gross receipts or fair market value of assets | Return required |
| --- | --- |
| Gross receipts normally not more than $50,000 (regardless of total assets) | 990-N (but may file a Form 990 or 990-EZ) |
| Gross receipts < $200,000, *and* Total assets < $500,000 | 990-EZ (but may file a Form 990) |
| Gross receipts ≥ $200,000, *or* Total assets ≥ $500,000 | 990 |

      <u>*Special Rules for Section 509(a)(3) Supporting Organizations*</u>. Every supporting organization described in section 509(a)(3) included in the Group Ruling must file a Form 990 or Form 990-EZ (and not Form 990-N) each year, unless (i) the organization can establish that it is an integrated auxiliary of a church within the meaning of Treas. Reg. § 1.6033-2(h) (in which case the organization need not file Form 990/EZ *or* Form 990-N); or (ii) the organization's gross receipts are normally not more than $5,000, in which case, the religious supporting organization

---

[9] The penalty for failure to file the Form 990/EZ is $20 for each day the failure continues, up to a maximum of $10,000 or 5 percent of the organization's gross receipts, whichever is less. However, organizations with annual gross receipts in excess of $1 million are subject to penalties of $100 per day, up to a maximum of $50,000. I.R.C. § 6652(c)(1)(A). There is no monetary penalty for failing to file or filing late a Form 990-N.

[10] I.R.C. § 6033(a)(3)(A)(i); Treas. Reg. § 1.6033-2(h).

[11] Treas. Reg. § 1.6033-2(g)(1)(vii).

Case: 23-30564    Doc# 610-5    Filed: 04/19/24    Entered: 04/19/24 15:35:29    Page 17 of 23

may file Form 990-N in lieu of a Form 990 or Form 990-EZ.

*Automatic Revocation for Failure to File a Required Form 990/EZ/N*.  Any organization that does not file a required Form 990/EZ/N for three consecutive years automatically loses its tax-exempt status under section 6033(j).  If an organization loses its tax-exempt status under section 6033(j), it must file an application (Form 1023 or Form 1023-EZ) with the IRS to reinstate its tax-exempt status.  *See* the IRS website (charities and non-profits) at www.irs.gov/charities-non-profits / for information on automatic revocation, including the current list of revoked organizations and guidance about reinstatement of exemption.

*Public Disclosure and Inspection*.  Subordinate organizations required to file Form 990/EZ[12] must upon request make a copy of the form and its schedules (other than contributor lists) and attachments available for public inspection during regular business hours at the organization's principal office and at any regional or district offices having three or more employees.  Form 990/EZ for a particular year must be made available for a three year period beginning with the due date of the return.[13]  In addition, any organization that files Form 990/EZ must comply with written or in-person requests for copies of the form.  The organization may impose no fees other than a reasonable fee to cover copying and mailing costs.  If requested, copies of the forms for the past three years must be provided.  In-person requests must be satisfied on the same day.  Written requests must be satisfied within 30 days.[14]

*Public Disclosure of Form 990-T*.  Form 990-T, Exempt Organization Unrelated Business Income Tax Return, for organizations exempt under section 501(c)(3) (which includes all organizations in the USCCB Group Ruling) is subject to rules similar to those for public inspection and copying of Forms 990/EZ.[15]

*Group Returns*.  USCCB does not file a group return Form 990 on behalf of any organizations in the Group Ruling.  In addition, no subordinate organization under the Group Ruling is authorized to file a group return for its own affiliated group of organizations.

---

[12] Form 990-N is available for public inspection at no cost through the IRS website at www.irs.gov.

[13] The penalty for failure to permit public inspection of the Form 990 is $20 for each day during which such failure continues, up to a maximum of $10,000.  I.R.C. § 6652(c)(1)(C).

[14] I.R.C. § 6104(d).  Generally, a copy of an organization's exemption application and supporting documents must also be provided on the same basis.  However, since organizations included in the Group Ruling do not file exemption applications with the IRS, nor did the USCCB, organizations included in the Group Ruling should respond to requests for public inspection and written or in-person requests for copies by providing a copy of the page of the current OCD on which they are listed.  If a covered organization does not have a copy of the current OCD, it has two weeks within which to make it available for inspection and to comply with in-person requests for copies.  Written requests must be satisfied within the general time limits.

[15] Only the Form 990-T itself, and any schedules, attachments, and supporting documents that relate to the imposition of tax on the unrelated business income of the organization, are required to be made available for public inspection.

6

For more information, refer to *Annual Filing Requirements for Catholic Organizations*.

9. **Certification of Racial Nondiscrimination by Private Schools in Group Ruling**. Revenue Procedure 75-50[16] sets forth notice, publication,[17] and record keeping requirements regarding racially nondiscriminatory policies with which private schools, including church-related schools, must comply as a condition of establishing and maintaining exempt status under section 501(c)(3) of the Code. Under Rev. Proc. 75-50 private schools are required to file an annual certification of racial nondiscrimination with the IRS. For private schools not required to file Form 990, the annual certification must be filed on Form 5578, Annual Certification of Racial Nondiscrimination for a Private School Exempt from Federal Income Tax. This form is available at www.irs.gov. Form 5578 must be filed by the 15th day of the fifth month following the close of the fiscal year. Form 5578 may be filed by an individual school or by the diocese on behalf of all schools operated under diocesan auspices. The requirements of Rev. Proc. 75-50 remain in effect and must be complied with by all schools listed in the OCD. ***Diocesan or school officials should ensure that the requirements of Rev. Proc. 75-50 are met since failure to do so could jeopardize the tax-exempt status of the school and, in the case of a school not legally separate from the church, the tax-exempt status of the church itself.*** For more information, refer to *Annual Filing Requirements for Catholic Organizations*.

10. **Lobbying Activities**. Subordinate organizations under the Group Ruling may lobby for changes in the law, provided such lobbying is not more than an insubstantial part of their total activities. Attempts to influence legislation both directly and through grassroots lobbying at the federal, state, or local levels are subject to this restriction. The term "lobbying" includes activities in support of or in opposition to referenda, constitutional amendments, and similar ballot initiatives. There is no distinction between lobbying activity that is related to a subordinate organization's exempt purposes and lobbying that is not. There is no fixed percentage that constitutes a safe harbor for "insubstantial" lobbying. Please consult a local tax advisor about any lobbying activity questions. For more information, refer to *Political Activity and Lobby Guidelines for Catholic Organizations*.

11. **Political Activities**. ***Subordinate organizations under the Group Ruling may not participate or intervene in any political campaign on behalf of or in opposition to any***

---

[16] 1975-2 C.B. 587.

[17] Revenue Procedure 2019-22, 2019-22 I.R.B. 1260, revised Revenue Procedure 75-50 to include a third method by which a private school may make its racially nondiscriminatory policy known to all segments of the general community the school serves. The school may now display a notice of its racially nondiscriminatory policy on its primary publicly accessible Internet homepage at all times during the tax year (excluding temporary outages due to website maintenance or technical problems) in a manner reasonably expected to be noticed by visitors to the homepage.

*candidate for public office. Violation of the prohibition against political campaign intervention can jeopardize the organization's tax-exempt status.* In addition to revoking tax-exempt status, IRS may also impose excise taxes on an exempt organization and its managers on account of political expenditures. Please consult a local tax advisor about any political campaign intervention questions. For more information, refer to *Political Activity and Lobby Guidelines for Catholic Organizations.*

12. **Group Exemption Number ("GEN")**. The group exemption number or GEN assigned to the USCCB Group Ruling is 0928. ***This number must be included on each Form 990/EZ, Form 990-T, and Form 5578 required to be filed by a subordinate organization under the Group Ruling.***[18] We advise *against* using GEN 0928 on Form SS-4, Request for Employer Identification Number, because in the past this has resulted in the IRS improperly including the USCCB as part of the subordinate organization's name in IRS records.

13. **Employer Identification Numbers ("EINs")**. Each subordinate organization under the Group Ruling must have and use its own EIN. **Do not** use the EIN of the USCCB or an affiliated parish, diocese, or other organization in any filings with IRS (*e.g.*, Forms 941, W-2, 1099, or 990/EZ) or other financial documents. Subordinate organizations may *not* use USCCB's EIN in order to qualify for online donations, grants or matching gifts.

---

[18] The IRS has expressed concern about organizations covered under the Group Ruling that fail to include the group exemption number (0928) on their Form 990/EZ/T filings, particularly the initial filing.

8

**Internal Revenue Service**
**P.O. Box 2508**
**Cincinnati, OH  45201**

**Department of the Treasury**

**Date: November 2, 2020**

**Person to Contact:**
R. Meyer ID# 0110429
**Toll Free Telephone Number:**
877-829-5500

United States Conference of Catholic
Bishops
3211 4th Street, NE
Washington, DC  20017-1194

**Group Exemption Number:**
0928

Dear Sir/Madam:

This responds to your July 23, 2020, request for information regarding the status of your group tax exemption.

Our records indicate that you were issued a determination letter in March 1946, that you are currently exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, and are not a private foundation within the meaning of section 509(a) of the Code because you are described in sections 509(a)(1) and 170(b)(1)(A)(i).

With your request, you provided a copy of the *Official Catholic Directory for 2020*, which includes the names and addresses of the agencies and instrumentalities and the educational, charitable, and religious institutions operated by the Roman Catholic Church in the United States, its territories, and possessions that are subordinate organizations under your group tax exemption.  Your request indicated that each subordinate organization is a non-profit organization, that no part of the net earnings thereof inures to the benefit of any individual, and that no substantial part of their activities is for promotion of legislation.  You have further represented that none of your subordinate organizations is a private foundation under section 509(a), although all subordinates do not all share the same sub-classification under section 509(a). Based on your representations, the subordinate organizations in the *Official Catholic Directory for 2020* are recognized as exempt under section 501(c)(3) of the Code under GEN 0928.

Donors may deduct contributions to you and your subordinate organizations as provided in section 170 of the Code.  Bequests, legacies, devises, transfers, or gifts to them or for their use are deductible for federal estate and gifts tax purposes if they meet the applicable provisions of section 2055, 2106, and 2522 of the Code.

Subordinate organizations under a group exemption do not receive individual exemption letters.  Subordinate organizations are not listed in Tax Exempt Organization Search (Pub 78 data), and many are not listed in the Exempt Organizations Business Master

File extract, or EO BMF. Donors may verify that a subordinate organization is included in your group exemption by consulting the *Official Catholic Directory*, the official subordinate listing approved by you, or by contacting you directly. IRS does not verify the inclusion of subordinate organizations under your group exemption. *See* IRS Publication 4573, *Group Exemption*, for additional information about group exemptions.

Each subordinate organization covered in a group exemption should have its own EIN. Each subordinate organization must use its own EIN, not the EIN of the central organization, in all filings with IRS.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

*Stephen a. martin*

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 942857
SACRAMENTO CA 94257-0540

## Entity Status Letter

Date:    12/7/2020

ESL ID: 3519512569

### Why You Received This Letter

According to our records, the following entity information is true and accurate as of the date of this letter.

Entity ID:

Entity Name:   THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

☒    1.    The entity is in good standing with the Franchise Tax Board.

☐    2.    The entity is **not** in good standing with the Franchise Tax Board.

☒    3.    The entity is currently exempt from tax under Revenue and Taxation Code (R&TC) Section 23701 d.

☐    4.    We do not have current information about the entity.

☐    5.    The entity was administratively dissolved/cancelled on               through the Franchise Tax Board
            Administrative Dissolution process.

### Important Information

- This information does not necessarily reflect the entity's current legal or administrative status with any other agency of the state of California or other governmental agency or body.
- If the entity's powers, rights, and privileges were suspended or forfeited at any time in the past, or if the entity did business in California at a time when it was not qualified or not registered to do business in California, this information does not reflect the status or voidability of contracts made by the entity in California during the period the entity was suspended or forfeited (R&TC Sections 23304.1, 23304.5, 23305a, 23305.1).
- The entity certificate of revivor may have a time limitation or may limit the functions the revived entity can perform, or both (R&TC Section 23305b).

### Connect With Us

Web:       **ftb.ca.gov**
Phone:     800.852.5711 from 7 a.m. to 5 p.m. weekdays, except state holidays
            916.845.6500 from outside the United States
TTY/TDD:  800.822.6268 for persons with hearing or speech impairments

FTB 4263A WEB (REV 12-2019)