James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
         dgrassgreen@pszjlaw.com
         gbrown@pszjlaw.com
         bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No.:  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE RE:** |
| | **COMMITTEE'S RESPONSE TO DECLARATION OF JOSEPH J. PASSARELLO IN SUPPORT OF CHAPTER 11 PETITION AND DEBTOR'S EMERGENCY MOTIONS [DOCKET NO. 604]** |
| | **AND** |
| | **DECLARATION OF BRITTANY M. MICHAEL IN SUPPORT OF COMMITTEE'S RESPONSE TO DECLARATION OF JOSEPH J. PASSARELLO IN SUPPORT OF CHAPTER 11 PETITION AND DEBTOR'S EMERGENCY MOTIONS [DOCKET NO. 610]** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    STATE OF CALIFORNIA      )
                                          )

2    CITY OF LOS ANGELES      )

3       I, Sophia Lee, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On April 19, 2024, I caused to be served:

1. *Committee's Response to Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions [Docket No. 604]; and*

2. *Declaration of Brittany M. Michael in Support of Committee's Response to Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions [Docket No. 610]*

in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On April 19, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See Attached |
|---|---|

      I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

      Executed on April 19, 2024, at Los Angeles, California.

                            */s/ Sophia Lee*
                            Sophia Lee

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, aturgeon@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

3

| | |
|---|---|
| 1 | Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>christina.goebelsmann@usdoj.gov |
| 2 | |
| 3 | Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 4 | Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>joshua.haevernick@dentons.com |
| 5 | |
| 6 | Robert G. Harris on behalf of Creditor Archbishop Riordan High School<br>rob@bindermalter.com, RobertW@BinderMalter.com |
| 7 | Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>deanna.k.hazelton@usdoj.gov |
| 8 | |
| 9 | Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company<br>tjacobs@phrd.com |
| 10 | Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>daniel.james@clydeco.us |
| 11 | |
| 12 | Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation<br>chris.johnson@diamondmccarthy.com |
| 13 | Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>jkahane@duanemorris.com |
| 14 | |
| 15 | Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 16 | Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jekim@sheppardmullin.com, dgatmen@sheppardmullin.com |
| 17 | |
| 18 | David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation<br>David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com |
| 19 | Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company<br>clincoln@robinskaplan.com |
| 20 | |
| 21 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 22 | Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>bluu@duanemorris.com |
| 23 | |
| 24 | Pierce MacConaghy on behalf of Interested Party Century Indemnity Company<br>pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com |
| 25 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 26 | |
| 27 | Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>docket.general.lit.chi@dentons.com |
| 28 | Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>amina@duanemorris.com |

4

Case: 23-30564   Doc# 611   Filed: 04/19/24   Entered: 04/19/24 15:57:18   Page 4 of 5

1    Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
     michael.norton@clydeco.us, nancy.lima@clydeco.us

2

3    Office of the U.S. Trustee / SF
     USTPRegion17.SF.ECF@usdoj.gov

4    Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     ppascuzzi@ffwplaw.com, docket@ffwplaw.com

5

6    Mark D. Plevin on behalf of Interested Party Continental Casualty Company
     mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

7    Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
     dbp@provlaw.com

8

9    Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
     nreinhardt@duanemorris.com

10   Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     jrios@ffwplaw.com, docket@ffwplaw.com

11

12   Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
     mroberts@phrd.com

13   Annette Rolain on behalf of Interested Party First State Insurance Company
     arolain@ruggerilaw.com

14

15   Cheryl C. Rouse on behalf of Creditor Victoria Castro
     rblaw@ix.netcom.com

16   Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
     phillip.shine@usdoj.gov

17

18   James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
     jstang@pszjlaw.com

19   Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
     catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

20

21   Joshua D Weinberg on behalf of Interested Party First State Insurance Company
     jweinberg@ruggerilaw.com

22   Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
     mweiss@phrd.com

23

24   Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
     hwinsberg@phrd.com

25   Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
     yongli.yang@clydeco.us

26

27

28

5