ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:　(415) 434-9100
Facsimile:　(415) 434-3947
Email:　　　okatz@sheppardmullin.com
　　　　　　amartin@sheppardmullin.com
　　　　　　jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　Debtor and<br>　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On April 19, 2024, I served true copies of the following document(s) described as:

**MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, MARCH 2024**

on the interested parties in this action as follows:

*See Service List below*

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 19, 2024, at San Francisco, California.

_____
Dorothy M. Gatmen

**Registered Electronic Participants**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, aturgeon@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

1

2  Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   trevor.fehr@usdoj.gov

3  Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
   dgallo@phrd.com

4

5  Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   christina.goebelsmann@usdoj.gov

6  Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

7

8  John Grossbart on behalf of Interested Party Appalachian Insurance Company
   john.grossbart@dentons.com

9  Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   joshua.haevernick@dentons.com

10

11 Robert G. Harris on behalf of Creditor Archbishop Riordan High School
   rob@bindermalter.com, RobertW@BinderMalter.com

12 Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   deanna.k.hazelton@usdoj.gov

13

14 Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
   tjacobs@phrd.com

15 Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies

16 daniel.james@clydeco.us

17 Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation

18 chris.johnson@diamondmccarthy.com

19 Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies

20 jkahane@duanemorris.com

21 Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   okatz@sheppardmullin.com, LSegura@sheppardmullin.com

22

23 Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

24 David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
   David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

25

26 Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
   clincoln@robinskaplan.com

27 Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
   llinsky@mwe.com

28

| | |
|---|---|
| 1 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 2 | |
| 3 | Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>bluu@duanemorris.com |
| 4 | |
| 5 | Pierce MacConaghy on behalf of Interested Party Century Indemnity Company<br>pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com |
| 6 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 7 | |
| 8 | Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company<br>patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com |
| 9 | Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>docket.general.lit.chi@dentons.com |
| 10 | |
| 11 | Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>amina@duanemorris.com |
| 12 | |
| 13 | M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company<br>keith.moskowitz@dentons.com |
| 14 | Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 15 | michael.norton@clydeco.us, nancy.lima@clydeco.us |
| 16 | Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov |
| 17 | |
| 18 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 19 | Mark D. Plevin on behalf of Interested Party Continental Casualty Company<br>mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 20 | |
| 21 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher<br>dbp@provlaw.com |
| 22 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 23 | nreinhardt@duanemorris.com |
| 24 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jrios@ffwplaw.com, docket@ffwplaw.com |
| 25 | |
| 26 | Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco<br>kderrig@lewisroca.com |
| 27 | |
| 28 | Matthew Roberts on behalf of Interested Party Appalachian Insurance Company<br>mroberts@phrd.com |

| | |
|---|---|
| 1 | |
| 2 | Annette Rolain on behalf of Interested Party First State Insurance Company<br>arolain@ruggerilaw.com |
| 3 | Cheryl C. Rouse on behalf of Creditor Victoria Castro<br>rblaw@ix.netcom.com |
| 4 | |
| 5 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 6 | James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jstang@pszjlaw.com |
| 7 | |
| 8 | Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory<br>jstrabo@mwe.com |
| 9 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 10 | catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 11 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>jweinberg@ruggerilaw.com |
| 12 | |
| 13 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 14 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 15 | |
| 16 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>yongli.yang@clydeco.us |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |