PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
          amartin@sheppardmullin.com
          jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,,<br><br>    Debtors. | Case No. 23-30564<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF BARRON L. WEINSTEIN IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF WEINSTEIN & NUMBERS, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION**<br><br>Date: April 18, 2024<br>Time: 9:30 a.m.<br>Place: Via ZoomGov<br><br>Judge: Hon. Dennis Montali |

I, Barron L. Weinstein, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and a shareholder with Weinstein & Numbers, LLP ("W&N" or the "Applicant"), special corporate and insurance counsel for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession in the above-captioned chapter 11 case ("RCASF" or the "Debtor").

2. The matters stated herein are true and correct and are within my personal knowledge or information provided to me by other attorneys or employees of W&N, and if called upon to testify as a witness, I could and would testify competently thereto.

3. This supplemental declaration is made in support of the *First Interim Fee Application of Weinstein & Numbers, LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel for the Debtor in Possession* (the "Application"). I give capitalized terms not defined here the same meaning given to them in the Application.

4. The Application did not include the following information in compliance with the UST Guidelines: (a) information to be provided about customary and comparable compensation; and (b) information about budget and staffing plans.

5. Attached to this declaration as Exhibit 1 is a summary of customary and comparable compensation provided by W&N describing the blended hourly rates of the various categories of timekeepers that provided services to the Debtor during the Application Period. I give defined terms used in this exhibit the same meanings ascribed to them in ¶ C.3 of the UST Guidelines.

/ / /

/ / /

/ / /

/ / /

/ / /

6. Attached to this declaration as <u>Exhibit 2</u> is a copy of the "Attorney Fee Budget" agreed upon by and between the Debtor and W&N. This exhibit also includes a comparison of budgeted to actual fees sought during the Application Period. W&N is not submitting a detailed staffing plan or summary of fees and hours budgeted compared to fees and hours billed for each project category as this information is privileged and confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of April, 2024, at San Francisco, California.



Barron L. Weinstein

**Exhibit 1**

**Summary of Customary and Comparable Compensation (UST Guidelines, Ex. A)**

| Category of timekeeper (using categories already maintained by the firm) | Blended hourly rate | |
|---|---|---|
| | U.S. Non-Bankruptcy Blended Rate **1/1/23-12/31-23** | Bankruptcy Estate Blended Rate **8/21/23-1/31/24** |
| Sr./Equity Partner/Shareholder | $619.62 | $625.00 |
| Sr. Associate (7 or more years since first admission) | $398.61 | $425.00 |
| Jr. Associate (1-4 years since first admission) | $356.25 | $350.00 |
| Paralegal | $231.18 | $253.79 |
| Legal assistant | $196.50 | $210.00 |
| All timekeepers aggregated | $379.22 | $324.86 |

**Exhibit 2**

**W&N Fee Budget**

| Month | Aug. 2023 | Sept. 2023 | Oct. 2023 | Nov. 2023 |
|---|---|---|---|---|
| Fees & Expenses | $10,000 | $50,000 | $50,000 | $50,000 |
| **Month** | **Dec. 2023** | **Jan. 2024** | **Total for Application Period** | |
| Fees & Expenses | $50,000 | $50,000 | $260,000 | |

**Comparison of Budgeted to Actual Fees Sought During Application Period**

| Fees and Expenses Budgeted | Fees and Expenses Sought | Difference Between Budgeted and Actual Fees and Expenses Sought |
|---|---|---|
| $260,000 | $95,539.57 | $164,460.43 |

SMRH:4854-7739-1541.2  Supplemental Weinstein Declaration re W&N First Interim Fee Application – Ex. 2