Entered on Docket
April 23, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 23, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES L
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:   jstang@pszjlaw.com
         dgrassgreen@pszjlaw.com
         gbrown@pszjlaw.com
         bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 14, 2023 THROUGH JANUARY 31, 2024**<br><br>Date:     April 18, 2024<br>Time:     9:30 a.m.<br>Location: via ZoomGov<br>Judge:    Honorable Dennis Montali |

On April 18, 2024 at 9:30 a.m., the matter of the *First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 14, 2023 through January 31, 2024* (the "Application") [Docket No. 521], filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case, came before this Court for hearing.

The Court has reviewed and considered the Application and the declaration in support thereof, the *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications* (the "Fee Examiner Report") [Docket No. 589], and the statements of counsel at the hearing on the Application.

The Court hereby adopts the recommendations in the Fee Examiner's Report as they pertain to PSZJ. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in the amounts set forth in the Fee Examiner Report.

2. PSZJ's fees in the amount of $543,083.17 and expenses in the amount of $9,021.77 are hereby approved on an interim basis.

3. The Debtor is authorized and directed immediately to pay PSZJ a total of $104,026.69, reflecting the remaining balance due under the Application.

APPROVED AS TO FORM:

/s/ Elise S. Frejka

Elise S. Frejka, Fee Examiner

**\*\*\* END OF ORDER \*\*\***

**Court Service List**

Registered ECF participants only.