

1  Timothy W. Burns (*admitted pro hac vice*)
WI Bar 1068086

**Signed and Filed: April 23, 2024**

2  Jesse J. Bair (*admitted pro hac vice*)
WI Bar 1083779

3  BURNS BAIR LLP
10 East Doty Street, Suite 600

4  Madison, WI 53703
Telephone: (608) 286-2302

_____

5  Email: tburns@burnsbair.com
        jbair@burnsbair.com

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6

7  *Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11  In re:

Case No.: 23-30564

12  THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO,

Chapter 11

13          Debtor and Debtor in Possession.

**ORDER APPROVING FIRST INTERIM
APPLICATION OF BURNS BAIR LLP
FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OCTOBER 19, 2023
THROUGH JANUARY 31, 2024**

14

15

16

Date:        April 18, 2024
Time:        9:30 a.m.
Location:    via ZoomGov
Judge:       Honorable Dennis Montali

17

18

19

20          On April 18, 2024 at 9:30 a.m., the matter of the *First Interim Application of Burns Bair*

21  *LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period*

22  *October 19, 2023 through January 31, 2024* (the "Application") [Docket No. 505], filed by Burns

23  Bair LLP ("Burns Bair"), special insurance counsel to the Official Committee of Unsecured

24  Creditors in the above-captioned bankruptcy case, came before this Court for hearing.

25          The Court has reviewed and considered the Application and the declaration in support

26  thereof, the *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications*

27  (the "Fee Examiner Report") [Docket No. 589], and the statements of counsel at the hearing on the

28  Application.

The Court hereby adopts the recommendations in the Fee Examiner's Report as they pertain to Burns Bair.  Accordingly,

**IT IS HEREBY ORDERED** that:

1.    The Application is GRANTED in the amounts set forth in the Fee Examiner Report.

2.    Burns Bair's fees in the amount of $103,047.00 and expenses in the amount of $2,527.46 are hereby approved on an interim basis.

3.    The Debtor is authorized and directed immediately to pay Burns Bair a total of $16,961.40, reflecting the remaining balance due under the Application.

APPROVED AS TO FORM:

 _/s/ Elise S. Frejka_____
Elise S. Frejka, Fee Examiner

**\*\*\* END OF ORDER \*\*\***

1 **Court Service List**

2 Registered ECF participants only.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28