

Signed and Filed: April 23, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3   WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone:     (916) 329-7400
5  Facsimile:     (916) 329-7435
   Email:         ppascuzzi@ffwplaw.com
6                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR**<br><br>Date:    April 18, 2024<br>Time:    9:30 a.m.<br>Place:   Videoconference via Zoom Webinar<br>Judge:  Hon. Dennis Montali |

On February 29, 2024, GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") filed its *First Interim Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services for Allowance of Fees and Reimbursement of Expenses as Financial Advisor for the Debtor* [ECF No. 510] (the "Application")[1].

The Court having read and considered the Application and the pleadings filed in support of the Application, including, but not limited to the *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications* [ECF No. 589] (the "Fee Examiner Report"), and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, and as set forth in this Order (the "Interim Compensation Order"), that the professional services provided by B. Riley during the period of August 21, 2023, through January 31, 2024 (the "Application Period") were reasonable and actually rendered to the above-captioned debtor and Debtor in Possession (the "Debtor"), and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of the administration of the above-captioned chapter 11 case (the "Bankruptcy Case"),

**IT IS ORDERED that:**

1. The Application, as modified by the Fee Examiner Report, is GRANTED, on an interim basis.

2. B. Riley is awarded and allowed an administrative claim under 11 U.S.C. § 503(b)(2) on account of interim compensation in the total amount of **$455,109.26** ($442,255.25 in fees and expenses in the amount of $12,854.01).

3. Amounts previously paid by the Debtor to B. Riley to date on account of the five monthly fee statements (collectively, the "Interim Monthly Fee Statements"), in the aggregate amount of $387,537.21 are approved and ratified;

4. B. Riley is authorized to draw down on amounts paid by the Debtor on account of the Interim Monthly Fee Statements but currently are held in trust, if any; and

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

5. The Debtor is authorized and directed to pay to B. Riley the balance due on account of fees and expenses awarded and allowed under this Interim Compensation Order or $67,572.05.

APPROVED AS TO FORM:

By: /s/ Elisa S. Frejka
ELISE S. FREJKA
Fee Examiner

**\*\*\*END OF ORDER\*\*\***

## Court Service List

Registered ECF Participants only.