```
                                    Entered on Docket
                                    April 23, 2024
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```


Signed and Filed: April 23, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
2  JEANNIE KIM, State Bar No. 270713
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3    A Limited Liability Partnership
     Including Professional Corporations
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:    (415) 434-9100
   Facsimile:    (415) 434-3947
6  Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
7                jekim@sheppardmullin.com

8  Attorneys for The Roman Catholic Archbishop of
   San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING FIRST INTERIM FEE APPLICATION OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 21, 2023, THROUGH JANUARY 31, 2024** |
| | The Hon. Dennis Montali |
| | Date:  April 18, 2024<br>Time:  9:30 a.m.<br>Place: Videoconference via Zoom Webinar |

On February 29, 2024, Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") filed the *First Interim Fee Application of Sheppard, Mullin, Richter & Hampton LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 21, 2023, Through January 31, 2024* [ECF No. 520] (the "Application")[1].

---
[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

SMRH:4876-4963-4743.1

The Court having read and considered the Application and the pleadings filed in support of the Application, including, but not limited to the *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications* [ECF No. 589] (the "<u>Fee Examiner Report</u>"), and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, and as set forth in the Interim Compensation Order, that the professional services provided by Sheppard Mullin during the Application Period were reasonable and actually rendered to the Debtor, and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of administration of this Bankruptcy Case,

**IT IS ORDERED that:**

1. The Application, as modified by the Fee Examiner Report, is GRANTED, on an interim basis.

2. Sheppard Mullin is awarded and allowed an administrative claim under Bankruptcy Code section 503(b)(2) on account of interim compensation in the total amount of **$817,674.71** ($812,021.20 in fees and expenses in the amount of $5,653.51);

3. Amounts previously paid by the Debtor to Sheppard Mullin to date on account of the Interim Monthly Fee Statements, in the aggregate amount of to $658,834.39 are approved and ratified;

4. Sheppard Mullin is authorized to draw down on amounts paid by the Debtor on account of the Interim Monthly Fee Statements but currently are held in trust, if any; and

5. The Debtor is authorized and directed to pay to Sheppard Mullin the balance due on account of fees and expenses awarded and allowed under this Order, or $158,840.32.

APPROVED AS TO FORM:

By: _____*/s/ Elise S. Frejka*_____
      ELISE S. FREJKA

      Fee Examiner

**\*\*\*END OF ORDER\*\*\***

**Court Service List**

Registered ECF Participants only.