Berkeley Research Group, LLC
Paul N. Shields
D. Ray Strong
Matthew K. Babcock
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email:  pshields@thinkbrg.com
        rstrong@thinkbrg.com
        mbabcock@thinkbrg.com

Signed and Filed: April 23, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Financial Advisor to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>Debtor. | Lead Case No. 23-30564<br><br>Chapter 11<br><br>Judge: Hon. Dennis Montali<br><br>**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 9, 2023 THROUGH JANUARY 31, 2024** |

On April 18, 2024 at 9:30 a.m., the matter of the *First Interim Application of Berkeley Research Group, LLC for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period October 9, 2023 through January 31, 2024* (the "Application") [Docket No. 519], filed by Berkeley Research Group LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case, came before this Court for hearing.

The Court has reviewed and considered the Application and the declaration in support thereof, the *Fee Examiner's Consolidated Final Report Regarding First Interim Fee*

*Applications* (the "Fee Examiner Report") [Docket No. 589], and the statements of counsel at the hearing on the Application.

The Court hereby adopts the recommendations in the Fee Examiner's Report as they pertain to BRG. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in the amounts set forth in the Fee Examiner Report.
2. BRG's fees in the amount of $61,576.50 and expenses in the amount of $0.00 are hereby approved on an interim basis.
3. The Debtor is authorized and directed immediately to pay BRG a total of $61,576.50, reflecting the remaining balance due under the Application.

APPROVED AS TO FORM:

/s/ Elise S. Frejka

Elise S. Frejka, Fee Examiner

**\*\*END OF ORDER\*\***

**Court Service List**

Registered ECF participants only.