

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Signed and Filed: April 23, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION**<br><br>Date: April 18, 2024<br>Time: 9:30 a.m.<br>Place: Videoconference via Zoom Webinar<br>Judge: Hon. Dennis Montali |

On February 28, 2024, Weintraub Tobin Chediak Coleman Grodin Law Corporation ("Weintraub") filed its *First Interim Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel for the Debtor in Possession* [ECF No. 501] (the "Application")[1].

The Court having read and considered the Application and the pleadings filed in support of the Application, including, but not limited to the *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications* [ECF No. 589] (the "Fee Examiner Report"), and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, and as set forth in this Order (the "Interim Compensation Order"), that the professional services provided by Weintraub during the period of August 21, 2023, through January 31, 2024 (the "Application Period") were reasonable and actually rendered to the above-captioned debtor and Debtor in Possession (the "Debtor"), and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of the administration of the above-captioned chapter 11 case (the "Bankruptcy Case"),

**IT IS ORDERED that:**

1. The Application, as modified by the Fee Examiner Report, is GRANTED, on an interim basis.

2. Weintraub is awarded and allowed an administrative claim under 11 U.S.C. § 503(b)(2) on account of interim compensation in the total amount of **$47,615.15** ($45,869.00 in fees and expenses in the amount of $1,746.15), with the balance of **$32,314.47** ($12,166.00 in fees and expenses in the amount of $20,148.47) subject to further order of this Court;

3. Amounts previously paid by the Debtor to Weintraub to date on account of the five monthly fee statements (collectively, the "Interim Monthly Fee Statements"), in the amount of **$47,615.15** is approved and ratified; with the balance of **$22,315.69**, subject to further order of this Court; and

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

4. Weintraub is authorized to draw down from its retainer **$7,382.00**, for expenses incurred prepetition, but invoiced post-petition.

APPROVED AS TO FORM:

By: */s/ Elise S. Frejka*
ELISE S. FREJKA
Fee Examiner

***END OF ORDER***

## Court Service List

Registered ECF Participants only.