

Signed and Filed: April 24, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA 95814
   Telephone: (916) 329-7400
5  Facsimile: (916) 329-7435
   Email: ppascuzzi@ffwplaw.com
6         jrios@ffwplaw.com
          tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9  A Limited Liability Partnership
   Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
11 Telephone: (415) 434-9100
   Facsimile: (415) 434-3947
12 Email: okatz@sheppardmullin.com
          amartin@sheppardmullin.com
13

Attorneys for The Roman Catholic Archbishop of
San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP<br>OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT FOR THE DEBTOR IN POSSESSION**<br><br>Date: April 18, 2024<br>Time: 9:30 a.m.<br>Place: Videoconference via Zoom Webinar<br>Judge: Hon. Dennis Montali |

Case No. 23-30564

On February 29, 2024, Omni Agent Solutions, Inc., ("Omni") filed its *First Interim Application of Omni Agent Solutions, Inc. for Allowance of Fees and Reimbursement of Expenses as Administrative Agent for the Debtor in Possession* [ECF No. 513] (the "Application")[1].

The Court having read and considered the Application and the pleadings filed in support of the Application, including, but not limited to the *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications* [ECF No. 589] (the "Fee Examiner Report"), and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, and as set forth in this Order (the "Interim Compensation Order"), that the professional services provided by Omni during the period of August 21, 2023, through December 31, 2023 (the "Application Period") were reasonable and actually rendered to the above-captioned debtor and Debtor in Possession (the "Debtor"), and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of the administration of the above-captioned chapter 11 case (the "Bankruptcy Case"),

**IT IS ORDERED that:**

1. The Application, as modified by the Fee Examiner Report, is GRANTED, on an interim basis.

2. Omni is awarded and allowed an administrative claim under 11 U.S.C. § 503(b)(2) on account of interim compensation in the total amount of **$22,963.50** ($22,963.50 in fees and expenses in the amount of $0.00).

3. Amounts previously paid by the Debtor to Omni to date on account of the two monthly fee statements (collectively, the "Interim Monthly Fee Statements"), in the aggregate amount of $18,658.80 are approved and ratified;

4. Omni is authorized to draw down on amounts paid by the Debtor on account of the Interim Monthly Fee Statements but currently are held in trust, if any; and

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

Case: 23-30564   Doc# 624   Filed: 04/24/24   Entered: 04/24/24 16:52:30   Page 2 of 4

5. The Debtor is authorized and directed to pay to Omni the balance due on account of fees and expenses awarded and allowed under this Interim Compensation Order or $4,304.70.

APPROVED AS TO FORM:

By: /s/ Elisa S. Frejka
 ELISE S. FREJKA
 Fee Examiner

**\*\*\*END OF ORDER\*\*\***

## Court Service List

Registered ECF Participants only.