PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
Email:  ppascuzzi@ffwplaw.com
  jrios@ffwplaw.com
  tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  okatz@sheppardmullin.com
  amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINSTEIN & NUMBERS LLP [MARCH 2024]**<br><br>[NO HEARING REQUIRED] |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Weinstein & Numbers LLP, (hereinafter "Weinstein"), insurance counsel for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the month of March 2024 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing

Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weinstein on account of the Debtor for the month of March 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2024, through March 31, 2024 | $15,823.50 | $0.00 | $15,823.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $12,658.80 | $0.00 | $12,658.80 |

Attached hereto as **Exhibit A** is a summary of Weinstein's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weinstein professional during the Fee Period.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of Weinstein's fees incurred during the period of March 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weinstein

///

///

///

///

///

within 14 days from the date of service of this Statement.

Dated: April 26, 2024

          FELDERSTEIN FITZGERALD
          WILLOUGHBY PASCUZZI & RIOS LLP

          By:  */s/ Paul J. Pascuzzi*
             PAUL J. PASCUZZI

          Attorneys for Debtor and Debtor in Possession
          The Roman Catholic Archbishop of San Francisco

Dated: April 26, 2024     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By:  */s/ Ori Katz*
             ORI KATZ
             ALAN H. MARTIN

          Attorneys for Debtor and Debtor in Possession
          The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Fee Period of
<u>March 2024</u>**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $450 | 8.40 | $3,780.00 |
| Barron L. Weinstein | Managing Partner | $675 | 7.10 | $4,792.50 |
| Brian Carolus | Legal Assistant/Paralegal | $340 | 20.40 | $6,936.00 |
| Chuck Yeo | Legal Assistant/Paralegal | $225 | 1.40 | $315.00 |
| **TOTAL** | | | | **$15,823.50** |

# Exhibit B

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Fee Period of March 2024**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 2.10 | $1,035.00 |
| Bankruptcy Procedure | 0.50 | $337.50 |
| Discovery | 2.80 | $1,417.50 |
| Fee Application | 1.70 | $517.50 |
| Litigation (Analysis of Coordinated Abuse Claims for Available Ins. Coverage) | 24.00 | $8,556.00 |
| Mediation | 3.40 | $2,250.00 |
| Motion Practice | 1.50 | $1,012.50 |
| Recovery of Defense Costs | 1.30 | $697.50 |
| **TOTAL** | **37.30** | **$15,823.50** |

# Exhibit C

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| N/A | |
| **TOTAL** | **$0.00** |

**Exhibit D**

**Weinstein Invoices**

INVOICE # 33944
Date: 04/11/2024

# Weinstein & Numbers, LLP
### Attorneys at Law

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 03/01/2024 | BLW | Motion Practice: Analysis of recently filed abuse lawsuit regarding threatened motion for relief from stay. | 0.30 | $202.50 |
| 03/01/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review and analyze recently filed proofs of bankruptcy abuse claims to support insurance coverage. | 0.40 | $180.00 |
| 03/01/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review claimant folders, tender matrix entries and coverage chart and update Tender Reconciliation List to determine whether any claims were not yet tendered (.2); Update tender matrix claimant entry and tender matrix table of contents (.2). | 0.40 | $136.00 |
| 03/02/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review all (approximately 600) claimant folders, tender matrix entries and coverage chart and update Tender Reconciliation List to identify any claims that still need to be tendered, any newly identified carriers that need tenders, and to identify any tenders to which carriers have not yet responded (3.9). Update tender matrix claimant entry (.8). Update tender matrix table of contents (.4). Review 525 pleadings within Survivor Claims subfolder of BK Notices and identify new claimants not in our system (.8). | 5.90 | $2,006.00 |
| 03/04/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available | 6.70 | $2,278.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Insurance Coverage): Review 525 pleadings within Survivor Claims subfolder of BK Notices and identify new claimants not in our system. | | |
| 03/04/2024 | BLW | Mediation: Research settlement options (.7); attend Zoom meeting with counsel for debtor and committee to discuss settlement issues (.5). | 1.20 | $810.00 |
| 03/04/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Participate in Zoom meeting with counsel for debtor and committee to discuss settlement issues (.5); review and analysis of new abuse claims and potential insurance coverage (.8). | 1.30 | $585.00 |
| 03/05/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review 525 pleadings within Survivor Claims subfolder of BK Notices and identify new claimants not in our system. | 5.90 | $2,006.00 |
| 03/05/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from bankruptcy counsel regarding bankruptcy status. | 0.20 | $90.00 |
| 03/05/2024 | CDY | Fee Application: Review exhibits to interim fee application and produce Ledes versions for Fee Examiner and UST. | 0.40 | $90.00 |
| 03/05/2024 | CDY | Fee Application: Prepare spreadsheet for breakdown by categories as exhibit to interim fee application. | 0.70 | $157.50 |
| 03/10/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from bankruptcy counsel and counsel for insurance carrier regarding tenders and insurance issues (.2) initial review of share file / vault of new documents insupport of abuse claims for submission to insurers (.3). | 0.50 | $225.00 |
| 03/11/2024 | BLW | Asset Analysis and Recovery (Insurance Proceeds): Review correspondence and insurance policies regarding possible coverage for additional insureds . | 0.40 | $270.00 |
| 03/11/2024 | KLC | Recovery of Defense Costs from Carriers: Review of coverage letter from Lloyd's in response to tender (.2) review of legal expenses and payments from carrier regarding clain for reimbursement (.2) | 0.40 | $180.00 |
| 03/11/2024 | BLW | Recovery of Defense Costs from Carriers: Review defense invoices and correspondence with insurers regarding status of demands for defense costs reimbursement. | 0.50 | $337.50 |
| 03/12/2024 | CDY | Fee Application: Review final February Monthly Fee Statement from Felderstein Fitzgerald. | 0.30 | $67.50 |
| 03/14/2024 | BLW | Fee Application: Review and finalize fee application. | 0.30 | $202.50 |
| 03/18/2024 | KLC | Recovery of Defense Costs from Carriers: Review of reimbursements from carriers and analyze outstanding invoices for payment by carriers for defense costs. | 0.40 | $180.00 |
| 03/19/2024 | BLW | Motion Practice: Review correspondence from defense counsel regarding abuse claimant Steele's demand for relief from stay (.3); telephone conference with defense counsel regarding same (.2). | 0.50 | $337.50 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 03/19/2024 | BLW | Mediation: Review and analyze correspondence from bankruptcy counsel regarding mediation (.2): telephone conference with bankruptcy counsel regarding same (.1). | 0.30 | $202.50 |
| 03/20/2024 | BLW | Motion Practice: Review and prepare correspondence regarding demand for relief from stay (.4); telephone conference with defense counsel regarding same (.3). | 0.70 | $472.50 |
| 03/20/2024 | BLW | Discovery: Review insurance policies regarding production of documents. | 0.70 | $472.50 |
| 03/20/2024 | KLC | Mediation: Review of correspondence from bankruptcy counsel regarding mediation. | 0.20 | $90.00 |
| 03/21/2024 | BLW | Mediation: Review documents relating to motion for mediation (1.0); attend Zoom meeting with bankruptcy counsel regarding same ( .7 ). | 1.70 | $1,147.50 |
| 03/29/2024 | BLW | Bankruptcy Procedure: Review updates on Camden bankruptcy Plan and stay (.5) | 0.50 | $337.50 |
| 03/29/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze and summarize new correspondence from carriers regarding coverage position. | 0.70 | $238.00 |
| 03/29/2024 | KLC | Discovery: Analyze proof of claims served by claimants and conduct reconciliation of claims tendered and new proof of claims regarding production (1.8) analyze coverage letters from carrier in response to proof of claims (.3) | 2.10 | $945.00 |
| 03/30/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Analyze and summarize new correspondence with carriers regarding coverage position. | 0.80 | $272.00 |
| 03/31/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of sharevault link of new notices in bankruptcy and analyze potential coverage (.6); review of file to determine coverage positions of carriers and evidence supporting plaintiff claims (1.7); prepare correspondence to Chubb regarding coverage positions on multiple claims (.2); review of coverage position by Chubb regarding claims and prepare email to Chubb in response (.4) | 2.90 | $1,305.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 8.4 | $450.00 | $3,780.00 |
| Barry Weinstein | 7.1 | $675.00 | $4,792.50 |
| Brian Carolus | 20.4 | $340.00 | $6,936.00 |
| Chuck Yeo | 1.4 | $225.00 | $315.00 |
| | | Subtotal | $15,823.50 |
| | | Total This Invoice | $15,823.50 |