1  James I. Stang (CA Bar No. 94435)
   Andrew W. Caine (CA Bar No. 110345)
2  Gillian N. Brown (CA Bar No. 205132)
   Brittany M. Michael (*admitted pro hac vice*)
3  PACHULSKI STANG ZIEHL & JONES LLP
   One Sansome Street, Suite 3430
4  San Francisco, California 94104
   Telephone: 415.263.7000
5  Facsimile: 415.263.7010
   Email: jstang@pszjlaw.com
6          acaine@pszjlaw.com
           gbrown@pszjlaw.com
7          bmichael@pszjlaw.com

8  Counsel to the Official Committee of Unsecured Creditors

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11             **SAN FRANCISCO DIVISION**

<table>
<tr><td>

12  In re:

13  THE ROMAN CATHOLIC ARCHBISHOP OF
    SAN FRANCISCO,

14
        Debtor and Debtor in Possession.

</td><td>

Case No.: 23-30564

Chapter 11

***EX PARTE* APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION AND PRODUCTION OF DOCUMENTS BY (1) DEBTOR, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; (2) THE ARCHDIOCESE OF SAN FRANCISCO PARISH, SCHOOL AND CEMETERY JURIDIC PERSONS CAPITAL ASSETS SUPPORT CORPORATION; AND (3) THE ARCHDIOCESE OF SAN FRANCISCO PARISH AND SCHOOL JURIDIC PERSONS REAL PROPERTY SUPPORT CORPORATION; AND DECLARATION OF BRITTANY M. MICHAEL IN SUPPORT [FILED CONCURRENTLY HEREWITH]**

</td></tr>
</table>

24      The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-

25  captioned chapter 11 bankruptcy case (the "Case") of The Roman Catholic Archbishop of San

26  Francisco, a California corporation, debtor and debtor in possession (the "Debtor"), hereby files this

27  *ex parte* application (the "Application") under Federal Rule of Bankruptcy Procedure 2004 ("Rule

28  2004") and Local Bankruptcy Rule 2004-1 ("Local Rule 2004-1") for entry of an order authorizing

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

the Committee to subpoena each of (1) the Debtor; (2) The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation ("CASC"); and (3) The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation ("RPSC", together with CASC, the "Support Corporations") to (a) complete its production, by **June 5, 2024**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached hereto as **Exhibit 1**; and (b) to provide oral testimony, on a mutually agreed date, no later than **July 2, 2024**, relating to (i) the search for and possession, custody, or control of documents responsive to the Requests; (ii) the formation of and transfer of assets into each of the Support Corporations; and (iii) the assertions of ownership or beneficial interests in any assets transferred into the Support Corporations.

# I. PRELIMINARY STATEMENT

The Debtor referred to itself in a San Francisco Superior Court proceeding (the "Tax Case") as "the 'hub of the wheel' around which . . . religious purpose corporations are connected." *Declaration of Brittany M. Michael*, filed concurrently herewith ("Michael Decl."), Ex. 1 at 4. The Support Corporations, CASC and RPSC, are two such corporations. In 2007, as part of a self-described "internal church restructuring" (*id*. at 2), the Debtor created the Support Corporations. *See Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [Doc. No. 14] ("Passarello Decl."), ¶¶ 22, 26.

The Requests seek documents concerning the creation of the Support Corporations. In the Tax Case, the City and County of San Francisco concluded that the Debtor wanted to "demonstrate, when, if and as necessary, that both of its pockets are empty in order to protect its assets from future litigants' claims or other liabilities." Michael Decl., Ex. 1 at 1. These "future litigants" have now filed more than 550 proofs of claim for childhood sexual abuse in this Case.

After forming the Support Corporations, the Debtor transferred assets to each of them. In or about April 2008, the Debtor transferred to RPSC at least 232 real properties in the City and County of San Francisco alone. *See* Michael Decl., Ex. 2 at page 8 of Verified Complaint. According to the Debtor, "the real property and capital assets of the parishes and schools were *entrusted*, respectively" to RPSC and CASC. *Id.*, Ex. 1 at 9 n.10 (emphasis added). The Debtor explained to the Superior

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Court that the "entrustment" of property from the Debtor to RPSC "was not a sale," (*id*. at 10 n.11), but rather was merely an "internal church restructuring" of the Debtor. *Id.* at 2. The Debtor asserted in the Tax Case that the beneficial ownership in the assets now held by the Support Corporations did not change and does not rest in the Support Corporations. *Id*. at 37. By these Requests, the Committee seeks production of documents that will permit it to investigate for whose benefit those assets were entrusted and whether those assets are property of the estate.

The Committee seeks documents from the Debtor because of its intimate connection to the Support Corporations and its central role in their creation. Each of the Support Corporations has a board of directors "comprised of the Archbishop himself or persons appointed by the Archbishop *at his pleasure* or confirmed by the Archbishop, in *his sole discretion*." *Id*. at 34 (italics in original).[1]

As authorized by Rule 2004, the Committee seeks information from the Debtor, CASC, and RPSC about the acts, conduct, and property of the Debtor. The Committee seeks this information now, prior to engaging in mediation to resolve this Case, to assess whether the transferred assets are property of the estate based on, among other things, (a) the formation and organization of CASC and RPSC, (b) the transfer of potential property of the estate into CASC and RPSC, and (c) the control of the Debtor's enterprise vis-à-vis the Support Corporations. The Committee brings this Application to carry out its duties under section 1103 of the Bankruptcy Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), and to work to maximize unsecured creditors' recoveries in this Case.

[remainder of page left intentionally blank]

---

[1] The boards of directors of the Support Corporations include seven members: three must be members of the Archdiocese Financial Council and four must be members of the Archdiocese College of Consultors. *See* Michael Decl., Ex. 1 at 34. "[I]t is the Archbishop who appoints (and can remove) each of the members of the Finance Council and the College of Consultors." *Id*. at 35. Further, "the Archbishop has the sole discretion to confirm that members of the Finance Council and the College of Consultors satisfy the canonical standards necessary for membership on" the boards of CASC and RPSC. *Id*.

**A. Background**

On August 21, 2023, the Debtor commenced the Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate as a debtor in possession.

In his first-day declaration, Joseph J. Passarello, the Debtor's Chief Financial Officer, described several entities that make up the Debtor's enterprise. Among other things, Mr. Passarello identified CASC and RPSC as two of the "Catholic-based . . . organizations that operate within the Archdiocese." Passarello Decl. at ¶¶ 15, 22, and 26.

On September 1, 2023, the United States Trustee (the "UST") appointed the Committee. The Committee consists of nine individuals who were sexually abused as minors by perpetrators for whom the Debtor was responsible. *See Appointment of Committee of Unsecured Creditors* [Doc. No. 58]. On October 24, 2023, the Court granted the Committee's application to employ Pachulski Stang Ziehl & Jones LLP as its counsel. *See* Doc. No. 237.

III. **JURISDICTION**

This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are Bankruptcy Code §§ 1103 and 1109(b) and Rule 2004.

IV. **RELIEF REQUESTED**

The Committee respectfully requests that the Court enter an *ex parte* order authorizing the Committee to issue subpoenas requiring the Debtor, CASC, and RPSC to (1) complete their productions, by June 5, 2024, of documents responsive to the Requests, and (2) provide oral testimony, on mutually agreed dates no later than July 2, 2024, relating to (a) the search for and possession, custody, or control of documents responsive to the Requests and (b) the formation of and transfer of assets into each of the Support Corporations and the assertions of ownership or beneficial interests in any assets transferred to the Support Corporations.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

The Requests to be served on each of the Debtor, CASC, and RPSC are substantively identical. The Committee does not seek duplicative information, but does not know which entities are in possession of the complete universe of documents responsive to the Requests. Moreover, the Archdiocese's intimate connection to the Boards of Directors of CASC and RPSC makes it probable that the Debtor is in possession, custody, or control of all documents responsive to these Requests. The Committee will work with counsel for the Debtor, CASC, and RPSC to limit a duplication of efforts. In addition, the Committee has endeavored for the Requests not to duplicate the financial-oriented document requests that the Committee has served on the Debtor, CASC, and RPSC pursuant to a prior order granting Rule 2004 authorization for production of documents. *See* Doc. 383.

## V. BASIS FOR RELIEF

Local Rule 2004-1 provides: "The Clerk may issue on behalf of the Court, ex parte and without notice, orders granting applications for examination of an entity pursuant to Bankruptcy Rule 2004(a)." *See* L.B.R. 2014-1(a). The Committee brings this Application *ex parte* pursuant to Local Rule 2004-1 seeking an order without a hearing. The Committee commits to meet with the Debtor, CASC, and RPSC to discuss these Requests and avoid duplication of efforts among them. However, objections to the underlying Requests do not constitute grounds to oppose or delay the granting of this Application.

Pursuant to Rule 2004(b), a party in interest may seek both document and oral discovery related to "acts, conduct, or property of the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Under Rule 2004(c), the "attendance of an entity for examination and the production of documents . . . may be compelled in the manner provided in Rule 9016 for the attendance of witnesses at a hearing or trial." Bankruptcy Rule 9016 makes Rule 45 of the Federal Rules of Civil Procedure (governing subpoenas) applicable in cases under the Bankruptcy Code. Unlike discovery under the Federal Rules of Civil Procedure (the "Civil Rules"), discovery under Rule 2004 can be used as a "pre-litigation discovery device." *In re Wilson*, 2009 WL 304672, at *5 (Bankr. E.D. La. 2009). As such, a Rule 2004 motion need not be tied to specific factual allegations at issue between parties. *In re Symington*, 209 B.R. 678, 683 (Bankr. D. Md. 1997) (providing that Rule 2004 permits

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

"examination of any party without the requirement of a pending adversary proceeding or contested matter").

"[T]he scope of a Rule 2004 examination is 'unfettered and broad'; the rule essentially permits a 'fishing expedition.'" *Rigby v. Mastro (In re Mastro),* 585 B.R. 587, 597 (9th Cir. BAP 2018) (citations omitted). In addition, a Rule 2004 examination " may 'extend to third parties who have had dealings with the debtor.'" *Id.* (quoting *In re Fin. Corp. of Am.*, 119 B.R. 728, 733 (Bankr. C.D. Cal. 1990)).

The Committee proposes Rule 2004 investigations of the Debtor and the Support Corporations that "have had dealings" with the Debtor. This investigation will, among other things, assist the Committee to fulfill its statutory duty to "investigate the acts, conduct, assets, liabilities, and financial condition of the debtor." Bankruptcy Code § 1103(c)(2). The relief requested in this Application will enable a more efficient investigation by reducing the time, burden, and cost that would be incurred through separate applications for each of the three entities. Moreover, the substantive rights of any party to object to or modify the information requested by the Committee will not be reduced or expanded by the relief requested.

Here, the requested relief for document production and oral examinations is well within the scope of Rule 2004. The Committee seeks to maximize creditor recoveries in this Case and, thus, applies to investigate available assets through the Requests and the potential oral examination topics. After issuing the proposed subpoena to the Debtor, the Committee intends to work cooperatively with counsel for the Debtor, CASC, and RPSC— as necessary—regarding the Requests.

## VI. NO PRIOR REQUEST

No prior request for the relief sought in this Application has been made to this or any other Court.

## VII. NOTICE

Local Rule 2004-1 provides that this Application can be brought "ex parte and without notice." L.B.R. 2014-1(a). Nevertheless, notice of this Motion will be provided to (a) the UST, (b) counsel to the Debtor, (c) counsel for CASC, (d) counsel for RPSC, and (e) all parties listed on the Limited Service List (as of April 25, 2024) [Doc. No. 625].

# VIII. CONCLUSION

For the reasons set forth above, the Committee respectfully requests that the Court grant this Motion. A proposed order granting this Motion is attached hereto as **Exhibit 2**.

Dated:  May 8, 2024

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Andrew W. Caine*
James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (*admitted pro hac vice*)

Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT 1**
**Requests for Production of Documents**

4866-5208-3005, v.04068.00

**EXHIBIT 1**

**INSTRUCTIONS**

A.     Unless otherwise specified, each request seeks DOCUMENTS dated or created during the ten (10) years prior to the PETITION DATE.

B.     Please bates number each page of each DOCUMENT that YOU produce.

C.     YOU are required to conduct a thorough investigation and produce all DOCUMENTS (as defined below) in YOUR possession, custody, and control.

D.     All/Any/Each. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

E.     And/Or. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

F.     The use of the singular form of any word includes the plural and vice versa.

G.     If YOU are unable to comply with a particular category(ies) of the requests below and DOCUMENTS responsive to the category are in existence, state the following information:

    1.     The date of the DOCUMENT;

    2.     The type of DOCUMENT (e.g., letter, memorandum, report, etc.);

    3.     The name, address, telephone number and title of the author(s) of the DOCUMENT;

    4.     The name, address, telephone number and title of EACH recipient of the DOCUMENT;

    5.     The number of pages in the DOCUMENT;

    6.     The document control number, if any;

    7.     The present location(s) of the DOCUMENT and the name, address and telephone number of the person(s) who has (have) possession of the DOCUMENT;

    8.     A specific description of the subject matter of the DOCUMENT;

    9.     The reason why the DOCUMENT cannot be produced or why you are unable to comply with the particular category of request.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**H.** YOU are under a continuing duty to amend YOUR written response and to produce additional DOCUMENTS if you learn that the response or production is incomplete or incorrect in any material respect, and if the additional or corrective information has not otherwise been made known to the COMMITTEE during the discovery process or in writing.

**I.** YOU are required to produce the full and complete originals, or copies if the originals are unavailable, of each DOCUMENT responsive to the categories below along with all non-identical copies and drafts in its or their entirety, without abbreviations, excerpts, or redactions. A copy may be produced in lieu of originals if the entirety (front and back where appropriate) of the DOCUMENT is reproduced and YOU state by declaration under penalty of perjury that the copy provided is a true, correct, complete, and accurate duplication of the original.

**J.** YOU are required to produce the DOCUMENTS as they are kept in the usual course of business, or to organize and label them to correspond with each category in these requests.

**K.** For ELECTRONICALLY STORED INFORMATION ("ESI"):

　　1.　The Committee seeks to discuss with the Debtor and/or Producing Party to whom these Requests are directed (a) potential search terms for ESI responsive to each Request; (b) the potential custodians of ESI responsive to each Request and (c) the devices to be searched for ESI responsive to each Request.

　　2.　Produce DOCUMENTS in accordance with the instructions at https://support.everlaw.com/hc/en-us/articles/360004962052-Standard-Format-for-Processed-Data

　　3.　Maintain family integrity.

　　4.　Perform custodian-level de-duplication.

　　5.　Produce a DAT load file with the following metadata fields: Beginning Production Number, Ending Production Number, Beginning Attachment Number, End Attachment Number, Family ID, Page Count, Custodian, Original Location Path,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Email Folder Path, Document Type, Doc Author, Doc Last Author, Comments, Categories, Revisions, File Name, File Size, MD5 Hash, Date Last Modified, Time Last Modified, Date Created, Time Created, Date Last Accessed, Time Last Accessed, Date Sent, Time Sent, Date Received, Time Received, To, From, CC, BCC, Email Subject, Path to Native, Path to Full Text, Original Time Zone.

6.  Process all data in UTC and provide a metadata field indicating original time zone.

**L.  If YOU withhold or redact a portion of any DOCUMENT under a claim of privilege or other protection, then the DOCUMENT must be identified on a privilege log, which shall be produced contemporaneously with the non-privileged DOCUMENTS responsive to this Request for Production, and which privilege log shall state the following information:**

1.  The date of the DOCUMENT;

2.  The type of DOCUMENT (e.g., letter, memorandum, report, etc.);

3.  The name, address, telephone number and title of the author(s) of the DOCUMENT;

4.  The name, address, telephone number and title of each recipient of the DOCUMENT;

5.  The number of pages in the DOCUMENT;

6.  The document control number, if any;

7.  The present location(s) of the DOCUMENT and the name, address and telephone number of the person(s) who has (have) possession of the DOCUMENT;

8.  A general description of the subject matter of the DOCUMENT or the portion redacted without disclosing the asserted privileged or protected communication;

9.  The specific privilege(s) or protection(s) that YOU contend applies.

## DEFINITIONS

1.  "ARCHDIOCESE" means the geographic territory under the jurisdiction of the DEBTOR, as set forth in footnote 2 to the PASSARELLO DECL.

2.  "CASC" refers to The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation (as discussed in the PASSARELLO DECL. at ¶ 22) and all of its agents, accountants, advisors, employees, experts, attorneys, financial advisors,

officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, divisions, predecessors, and/or successors.

3.     "COMMUNICATION" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

4.     "CONCERNING" means relating to, referring to, describing, evidencing, or constituting.

5.     "DEBTOR" refers to The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession in the BANKRUPTCY CASE, and all its agents, accountants, advisors, employees, experts, attorneys, financial advisors, BANKRUPTCY CASE professionals, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, divisions, predecessors, and/or successors.

6.     "DOCUMENT" is synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term. A DOCUMENT includes written COMMUNICATIONS.

7.     IDENTIFY means to give, to the extent known, the PERSON's full name, present or last known address; and when referring to a natural PERSON, additionally, the present or last known place of employment.

8.     "PASSARELLO DECL." refers to the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions*, filed at Docket No. 14 in the BANKRUPTCY CASE.

9.     "PERSONAL PROPERTY" means tangible and intangible assets other than REAL PROPERTY.

10.     "PERSON" is any natural person, juridical person, or any legal entity, including, without limitation, any business, religious, or governmental entity or association.

11.     "PROPERTY" means and includes PERSONAL PROPERTY and REAL PROPERTY.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

12.     "RPSC" means and refers to the Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation (as discussed at PASSARELLO DECL. at ¶ 26) and includes all of its agents, accountants, advisors, employees, experts, attorneys, financial advisors, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, divisions, predecessors, and/or successors.

13.     "REAL PROPERTY" means land and immovable property on land, such as buildings.

14.     "TRUST" means a legal entity under a TRUST AGREEMENT.

15.     "TRUST AGREEMENT" means to a written or oral arrangement that evidences, or purports to evidence, a TRUST; and includes declarations of trust and all amendments to such arrangements.

## DOCUMENT REQUESTS

### Documents relating to CASC

1.      All COMMUNICATIONS prior to the incorporation of CASC CONCERNING the formation of CASC or any entity that would serve a similar function to CASC.

This Request seeks COMMUNICATIONS CONCERNING the origins of the concept of forming CASC, permissions requested or granted CONCERNING the formation of CASC, and considerations of whether and how to form CASC. This Request includes, but is not limited to, any COMMUNICATIONS involving the institutions of and PERSONS working within the DEBTOR, the Roman Catholic Church, the Vatican, or the Holy See (Congress for Bishops).

2.      DOCUMENTS sufficient to IDENTIFY the PERSONS ultimately responsible for approving the decision to form CASC.

3.      All DOCUMENTS CONCERNING the reasons for forming CASC or any entity that would serve a similar function to CASC.

4.      All DOCUMENTS CONCERNING the proposed or actual transfer of PROPERTY, whether or not located in the ARCHDIOCESE, from any PERSON to CASC. This Request seeks DOCUMENTS CONCERNING which PROPERTY to transfer, which PROPERTY not to be transferred, and the documentation of the transfers.

5.      DOCUMENTS sufficient to IDENTIFY the PERSONS who determined which PROPERTIES ultimately were transferred to CASC.

6.      All DOCUMENTS CONCERNING the asserted ownership interests in any PROPERTY transferred to CASC at any time. This Request includes, but is not limited to, TRUST AGREEMENTS, assertions of ownership interests or beneficial interests in such PROPERTY, and assessments or opinions of ownership interests or beneficial interests in such PROPERTY.

**Documents relating to RPSC**

7.    All COMMUNICATIONS prior to the incorporation of RPSC CONCERNING the formation of RPSC or any entity that would serve a similar function to RPSC.

This Request seeks COMMUNICATIONS CONCERNING the origins of the concept of forming RPSC, permissions requested or granted CONCERNING the formation of RPSC, and considerations of whether and how to form RPSC. This Request includes, but is not limited to, any COMMUNICATIONS involving the institutions of and PERSONS working within the DEBTOR, the Roman Catholic Church, the Vatican, or the Holy See (Congress for Bishops).

8.    DOCUMENTS sufficient to IDENTIFY the PERSONS ultimately responsible for approving the decision to form RPSC.

9.    All DOCUMENTS CONCERNING the reasons for forming RPSC or any entity that would serve a similar function to RPSC.

10.   All DOCUMENTS CONCERNING the proposed or actual transfer of PROPERTY, whether or not located in the ARCHDIOCESE, from any PERSON to RPSC. This Request seeks DOCUMENTS CONCERNING which PROPERTY to transfer, which PROPERTY not to be transferred, and the documentation of the transfers.

11.   DOCUMENTS sufficient to IDENTIFY the PERSONS who determined which PROPERTIES ultimately were transferred to RPSC.

12.   All DOCUMENTS CONCERNING the asserted ownership interests in any PROPERTY transferred to RPSC at any time. This Request includes, but is not limited to, TRUST AGREEMENTS, assertions of ownership interests or beneficial interests in such PROPERTY, and assessments or opinions of ownership interests or beneficial interests in such PROPERTY.

**Tax Case**

13.   13. All DOCUMENTS submitted in the action commenced in or about December 2008 before the City and County of San Francisco Review Property Transfer Tax Review Board by the Debtor's *Petition to Review Transfer Tax Determination pursuant to SF Transfer Tax Ordinance § 1115.2.*

-end-

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT 2**
**Proposed Form of Order Ex Parte Application**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Brittany M. Michael (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        jlucas@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION AND PRODUCTION OF DOCUMENTS BY (1) DEBTOR, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; (2) THE ARCHDIOCESE OF SAN FRANCISCO PARISH, SCHOOL AND CEMETERY JURIDIC PERSONS CAPITAL ASSETS SUPPORT CORPORATION; AND (3) THE ARCHDIOCESE OF SAN FRANCISCO PARISH AND SCHOOL JURIDIC PERSONS REAL PROPERTY SUPPORT CORPORATION** |

Upon consideration of the *Ex Parte Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Oral Examination and Production of Documents by the Debtor, The Roman Catholic Archbishop of San Francisco, The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation, and The Archdiocese of San Francisco Parish and School Juridic Persons Real*

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Application is GRANTED.

2.      The Committee is authorized to issue subpoenas directed to the Debtor,[1] CASC, and RPSC requiring each of them to (a) complete its production, by **June 5, 2024**, of documents responsive to the Requests set forth substantially in the form attached to the Application as **Exhibit 1**; and (b) to provide oral testimony on mutually agreed dates no later than **July 2, 2024**, relating to (i) the search for and possession, custody, or control of documents responsive to the Requests;  (ii) the formation of and transfer of assets into each of the Support Corporations; and (iii) the assertions of ownership or beneficial interests in any assets transferred into the Support Corporations..

**\*\*END OF ORDER\*\***

4877-6630-3675, v. 9

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

---

[1]  All terms not otherwise defined in this Order shall have the meanings ascribed to them in the Application.

James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
        acaine@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1     STATE OF CALIFORNIA         )
                                            )

2     CITY OF LOS ANGELES       )

3        I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On May 8, 2024, I caused to be served the **EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION AND PRODUCTION OF DOCUMENTS BY (1) DEBTOR, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; (2) THE ARCHDIOCESE OF SAN FRANCISCO PARISH, SCHOOL AND CEMETERY JURIDIC PERSONS CAPITAL ASSETS SUPPORT CORPORATION; AND (3) THE ARCHDIOCESE OF SAN FRANCISCO PARISH AND SCHOOL JURIDIC PERSONS REAL PROPERTY SUPPORT CORPORATION; AND DECLARATION OF BRITTANY M. MICHAEL IN SUPPORT** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On May 8, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br><br>See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached. |

       I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

       Executed on May 8, 2024, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

2

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, aturgeon@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

3

1  Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
   dgallo@phrd.com

2

3  Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   christina.goebelsmann@usdoj.gov

4  Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

5

6  John Grossbart on behalf of Interested Party Appalachian Insurance Company
   john.grossbart@dentons.com

7  Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   joshua.haevernick@dentons.com

8

9  Robert G. Harris on behalf of Creditor Archbishop Riordan High School
   rob@bindermalter.com, RobertW@BinderMalter.com

10 Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   deanna.k.hazelton@usdoj.gov

11

12 Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
   tjacobs@phrd.com

13 Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
   Companies

14 daniel.james@clydeco.us

15 Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
   Corporation

16 chris.johnson@diamondmccarthy.com

17 Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
   Companies

18 jkahane@duanemorris.com

19 Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   okatz@sheppardmullin.com, LSegura@sheppardmullin.com

20

21 Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

22 David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
   David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

23

24 Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
   clincoln@robinskaplan.com

25 Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
   llinsky@mwe.com

26

27 John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   jlucas@pszjlaw.com, ocarpio@pszjlaw.com

28 Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   bluu@duanemorris.com

4

1

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

2

3

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

4

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

5

6

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

7

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
amina@duanemorris.com

8

9

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

10

11

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

12

13

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

14

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

15

16

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

17

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

18

19

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
Companies
nreinhardt@duanemorris.com

20

21

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

22

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

23

24

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

25

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

26

27

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

28

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF

5

1    phillip.shine@usdoj.gov

2    James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
     jstang@pszjlaw.com

3

4    Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
     jstrabo@mwe.com

5    Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies

6    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

7    Joshua D Weinberg on behalf of Interested Party First State Insurance Company
     jweinberg@ruggerilaw.com

8

9    Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
     mweiss@phrd.com

10   Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
     hwinsberg@phrd.com

11

12   Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
     yongli.yang@clydeco.us

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Via Email and U.S. Mail

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair | | jbair@burnsbair.com<br>aturgeon@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | 202-628-5116 | mturner@crowell.com<br>jhess@crowell.com |
| *NOA - Counsel for Continental Casualty Company, Registered ECF User | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | 415-986-2827 | mplevin@crowell.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, Registered ECF User | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com;<br>patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Nathan W Reinhardt<br>Andrew Mina<br>Jeff D Kahane<br>Betty Luu | | nreinhardt@duanemorris.com<br>amina@duanemorris.com<br>JKahane@duanemorris.com<br>BLuu@duanemorris.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justclelc.celc |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justclelc.celc |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs Attn: John E Bucheit 2 N Riverside Plz, Ste 1850 Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg Attn: Matthew M Weiss Attn: R David Gallo 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com mweiss@phrd.com dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln 2121 Ave of the Stars, Ste 2800 Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio Attn: Taylore E Karpa Schollard Attn: Michele N Detherage 800 Boylston St, Ste 2500 Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com tkarpa@robinskaplan.com mdetherage@robinskaplan.com |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq. 315 St., 10th Fl San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain Attn: Joshua Weinberg 1875 K St NW, Ste 600 Washington, DC 20006-1251 | | Arolain@ruggerilaw.com jweinberg@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl City Hall, Room 168 San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax P.O. Box 7426 San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz Attn: Alan H Martin 4 Embarcadero Ctr, 17th Fl San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim Attn: Ori Katz | | jekim@sheppardmullin.com dgatmen@sheppardmullin.com okatz@sheppardmullin.com LSegura@sheppardmullin.com lwidawskyleibovic@sheppardmullin.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel Attn: Michael H Torkin 425 Lexington Ave New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com michael.torkin@stblaw.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy 2475 Hanover St Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com janie.franklin@stblaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | david.elbaum@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |