1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:     (916) 329-7400
   Facsimile:     (916) 329-7435
6  Email:         ppascuzzi@ffwplaw.com
7                 jrios@ffwplaw.com
                  tphinney@ffwplaw.com
8
   ORI KATZ, State Bar No. 209561
9  ALAN H. MARTIN, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10    A Limited Liability Partnership
      Including Professional Corporations
11 Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone:     (415) 434-9100
13 Facsimile:     (415) 434-3947
   Email:         okatz@sheppardmullin.com
14                amartin@sheppardmullin.com

15 Attorneys for The Roman Catholic Archbishop of
   San Francisco
16

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING THE DEBTOR'S SECOND MOTION FOR EXTENSION OF DEADLINE FOR REMOVAL OF CIVIL ACTIONS [28 U.S.C. § 1452 AND BANKRUPTCY RULE 9027]**<br><br>Related to Docket No. 592<br>Date:     May 16, 2024<br>Time:     1:30 p.m.<br>Location: Via ZoomGov<br>Judge:    Hon. Dennis Montali |

The undersigned counsel to the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "RCASF" or "Debtor"), hereby certifies that:

As of the date hereof, no answer, objection, or other responsive pleading has been received to the *Debtor's Second Motion for Extension of Deadline for Removal of Civil Actions [28 U.S.C. § 1452 and Bankruptcy Rule 9027]* [ECF No. 592] (the "Motion"), filed on April 18, 2024. The undersigned further certifies that the Court's docket in this case has been reviewed on May 9, 2024, and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the *Notice of Hearing on Debtor's Second Motion for Extension of Deadline for Removal of Civil Actions* [ECF No. 593] (the "Notice"), objections to the Motion were to be filed no later than May 2, 2024.

It is hereby respectfully requested that the Order uploaded concurrently herewith be entered by the Court.

Dated: May 9, 2024   FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP

By:   /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: May 9, 2024   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco