PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
Email:   ppascuzzi@ffwplaw.com
         jrios@ffwplaw.com
         tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:   okatz@sheppardmullin.com
         amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTOPHER S. SONTCHI IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATOR AND GRANTING RELATED RELIEF**<br><br>Date:  June 13, 2024<br>Time:  1:30 p.m.<br>Location:  via Zoom<br>Judge:  Hon. Dennis Montali |

I, Christopher S. Sontchi, declare as follows:

1. I am an attorney, duly admitted and in good standing in the State of Delaware, the United States District Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of the *Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief* (the "Motion") filed by The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"). I give capitalized terms used but not defined in this declaration the same meanings ascribed to them in the Motion.

3. I am a retired U.S. Bankruptcy Judge for the District of Delaware where I served from 2006 until 2022. I served as Chief Judge of that court from 2018 to 2021. Upon retirement, I was appointed as an International Judge of the Singapore International Commercial Court where I currently serve. I am the sole member of Sontchi, LLC, through which I engage in mediation, arbitration, the provision of expert services through consultation and as a testifying witness, and service as an independent fiduciary. A copy of my *curriculum vitae* setting forth my background and qualifications to serve as a Mediator in this Chapter 11 Case is attached as Exhibit 1 to this declaration.

4. The Debtor has requested, and I have agreed, subject to Court approval, to be engaged and serve as a mediator in the above-captioned Chapter 11 Case.

5. I have extensive experience in conducting mediation. As a federal judge I received formal training in mediation through the Federal Judicial Center. While serving as a federal judge, I conducted numerous mediations on behalf of my colleagues, including *In re Mallinckrodt PLC, et al.* (Bankr. D. Del. Case No. 20-12522 (JTD)) and *In re MD Helicopters, Inc., et al.* (Bankr. D. Del. Case No. 22-10263 (KBO)). Since retirement, I have been engaged to perform numerous mediations, including in *In re Aearo Technologies LLC, et al.*, a chapter 11 bankruptcy case involving mass tort claims that previously was pending in the United States Bankruptcy Court for

the Southern District of Indiana, Indianapolis Division (Lead Case No. 22-02890-JJG-11); *In re the Roman Catholic Bishop of Oakland*, pending in the United States Bankruptcy Court for the Northern District of California, Oakland Division (Case No. 23-40523 WJL) (the "Oakland Diocese Case"); and *In re The Roman Catholic Diocese of Ogdensburg, New York*, pending in the United States Bankruptcy Court for the Northern District of New York (Case No. 23-60507-6-PGR) (the "Ogdensburg Diocese Case").

6. In connection with my proposed retention as Mediator, the Debtor provided to me: (a) a confidential copy of the creditor mailing matrix filed under seal in this Chapter 11 Case as ECF No. 119, (b) a list of Insurers, along with their counsel of record in this Chapter 11 Case, if any, a copy of which list is appended to this declaration as Exhibit 2; and (c) a list of the Debtor's professionals employed and compensated by the Debtor's estate in this Chapter 11 Case, a copy of which list is appended to this declaration as Exhibit 3 (together with the creditor mailing matrix and the list described at 6(b), collectively, the "Schedule of Interested Parties"). I reviewed the Schedule of Interested Parties and my books and records to investigate my connections to any Interested Parties and disinterestedness. Upon my review, I have concluded that I do not have any conflicts with any of the entities listed on the Schedule of Interested Parties.

7. To the best of my knowledge and information available, I have no connection with the Debtor or any other party in interest in this Chapter 11 Case, provided, however, that, in my capacity as bankruptcy judge for the District of Delaware, I have encountered many bankruptcy professionals, non-bankruptcy advisors, and other Interested Parties in the courtroom in matters unrelated to this Chapter 11 Case. Some of those professionals may represent parties or entities in this Chapter 11 Case. While a complete listing of those connections is not feasible, I do not believe any such connection impairs my disinterestedness in this matter.

8. Additionally, in the interest of full disclosure, I was the presiding judge in *In re Catholic Diocese of Wilmington, Inc.* (Bankr. D. Del. Case No. 09-13560 (CSS)) (the "Delaware Diocese Case"). I also currently serve as a mediator in the Oakland and Ogdensburg Diocese Cases. I am unaware of any connection between the Delaware, Oakland, and Ogdensburg Diocese Cases and this Chapter 11 Case and do not believe my involvement in either diocesan bankruptcy case

Case: 23-30564    Doc# 635-1    Filed: 05/15/24    Entered: 05/15/24 21:43:53    Page 3 of 17

impairs my disinterestedness in connection with my proposed role as Mediator in this Chapter 11 Case.

9. Except for my role as a mediator in the Oakland and Ogdensburg Diocese Cases, I am not, and have not been for at least two years, involved in any mediations with any other parties or entities listed on the Schedule of Interested Parties. Similarly, I have not been retained or employed by any Interested Parties to perform any other role, including, but not limited to, that of trustee, claims reviewer, or future claims representative.

10. To the best of my knowledge, I do not represent any interest adverse to the Debtor or any party in interest in the matters upon which I am to be engaged.

11. I am neither affiliated with, nor do I have any connection with, the Office of the United States Trustee or any of its employees.

12. I have not received any transfer, assignment, or pledge of property of the Debtor's estate or any of the holders of abuse claims as of the date of this declaration.

13. I have not shared or agreed to share with any other person any compensation to be paid with respect to this Chapter 11 Case.

14. The terms of employment agreed to with the Debtor, subject to Court approval, are as follows: (i) no retainer will be paid to me; (ii) I have agreed to charge a rate of $1,500.00; and (iii) I will seek reimbursement of expenses at cost or as otherwise allowed by the Court. I anticipate using the assistance of Sara Beth Kohut, whose time will be billed at the rate of $450.00 per hour. I understand that all pre-confirmation hourly rates, fees and expenses are subject to approval by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5/15/2024 day of May 2024, at Wilmington, Delaware.

DocuSigned by:
*Christopher Sontchi*
Christopher S. Sontchi

# Exhibit 1

[Hon. Christopher S. Sontchi Curriculum Vitae]

# Biography



**Christopher S. Sontchi** is an International Judge of the Singapore International Commercial Court **(SICC)** and is the former Chief Judge of the United States Bankruptcy Court for the District of Delaware where he served for 16 years. He is a frequent speaker in the United States and abroad on issues relating to corporate reorganizations, having made over 100 appearances.

He is a Lecturer in Law at The University of Chicago Law School and has taught restructuring to international judges with the World Bank Group, most recently in the People's Republic of China. He is also a member of the Singapore International Arbitration Centre, International Insolvency Institute, Judicial Insolvency Network, National Conference of Bankruptcy Judges, American Bankruptcy Institute and INSOL International. He was recently inducted into the American College of Bankruptcy. In addition, he is a member of the International Advisory Council of the Singapore Global Restructuring Initiative and the

Founders' Committee for The University of Chicago Law School's Center on Law and Finance.

Justice Sontchi has testified before Congress on the safe harbors for financial contracts. He has also published articles on creditors' committees, valuation, asset sales, and safe harbors.

Juctice Sontchi attended the University of North Carolina at Chapel Hill where he was elected to *Phi Beta Kappa*. He received his J.D. from The University of Chicago Law School, after which he returned to his native Delaware to serve as a law clerk in the Delaware Supreme Court.

Justice Sontchi is married and has two adult children.

**Publications**

Edward R. Morrison, Mark J. Roe, and Christopher S. Sontchi, *Rolling Back the Repo Safe Harbors*, 69 The Business Lawyer, No. 4, 1015 (August 2014)

Christopher S. Sontchi, *Valuation Methodologies: A Judge's View*, 20 American Bankruptcy Institute Law Review, No.1, 1 (Spring 2012)

Christopher S. Sontchi and Bruce Grohsgal, *Should the Appointment of a Committee of Unsecured Creditors Be Made Optional in Chapter 11 Cases?* XXXVIII ABI Journal, No. 11 (November 2019)

Christopher S. Sontchi, *Loan to Own is Back – With a Twist*, 27 Journal of Corporate Renewal, No. 6, 30-33 (July/August 2014)

Christopher S. Sontchi, *Mortgages Should Be Removed from Repo Agreement Safe Harbors*, XXXIII ABI Journal, No. 6, 10-11, 63 (June 2014)

Christopher S. Sontchi, *Top 10 Things I Have Learned Since I Took the Bench*, XXVII ABI Journal, No. 6, 46-47, 78 (July/August 2008)

**Congressional Testimony**

*Exploring Chapter 11 Reform: Corporate and Financial Institution Insolvencies; Treatment of Derivatives*, Hearing Before the House Subcommittee on Regulatory

Reform, Commercial, & Antitrust Law of the House Committee of the Judiciary, 113th Cong. 6 (Mar. 26, 2014)

**Professional Affiliations**

American College of Bankruptcy, Fellow

The University of Chicago Law School, Lecturer in Law (2009 – present)

International Insolvency Institute, Member

Judicial Insolvency Network, Founding Member

World Bank Group, Consultant

National Conference of Bankruptcy Judges, Member

American Bankruptcy Institute, Member

INSOL International, Member

Widener University Delaware Law School, Adjunct Professor (2011 – 2021)

**Honors**

Association of Insolvency and Restructuring Advisors Judicial Service Award (2016)

**Positions**

Singapore International Commercial Court (2022 – present)

Singapore International Arbitration Centre (2023 – present)

World Bank Group, Consultant (2023 – present)

U.S. Bankruptcy Court for the District of Delaware (2006 – 2022), Chief Judge (2018 – 2021)

International Insolvency Institute, Co-Chair of Judicial Committee (2019 – 2021)

American Bankruptcy Institute Mediation Committee, Special Projects Director (2022 – present)

Singapore Global Restructuring Initiative, International Advisory Council, member (2020 – present)

The University of Chicago Law School Center on Law and Finance, Founders' Committee, Distinguished Member (2020 – present)

International Insolvency Institute, Co-Vice-Chair of Judicial Committee (2018 – 2019)

U.S. Bankruptcy Court for the District of Delaware Local Rules Committee (2015 – present)

American Bankruptcy Institute and Delaware State Bar Association, Delaware Views from the Bench, Judicial Chair (2017 – 2022)

Judicial Insolvency Network, founding member (2016 – present)

INSOL New York, Americas Annual Regional Conference, Technical Committee, member (2017)

Turnaround Management Association, member of the Boards of Trustees of TMA Global (2017-2018) and the Philadelphia/Wilmington chapter (2017 – 2020)

INSOL International Multinational Judicial Colloquium on Insolvency, Judicial Steering Committee, member (2015 – 2017)

American Bankruptcy Institute, Annual Mid-Atlantic Bankruptcy Workshop, Judicial Co-Chair (2013 – 2016)

American Bankruptcy Institute Commission to Study the Reform of Chapter 11, *Committee on Financial Contracts, Derivatives and Safe Harbors,* member (2012 – 2014)

**Bar Admissions**

Supreme Court of the State of Delaware

United States Court of Appeals for the Third Circuit

United States District Court for the District of Delaware

**Notable Cases**

**Notable Decisions**

**Judicial Mediations**

**Speaking Engagements**

# Exhibit 2

[Insurers]

| INSURANCE COMPANY | ATTORNEY NAME | FIRM |
|---|---|---|
| Appalachian Insurance Company | Christina M. Lincoln | Robins Kaplan LLP |
| Appalachian Insurance Company | Melissa M. D'Alelio<br>Taylore E. Karpa Schollard<br>Michele N. Detherage | Robins Kaplan LLP |
| Appalachian Insurance Company | Harris B. Winsberg<br>Matthew M. Weiss<br>Matthew G. Roberts<br>R. David Gallo | Parker, Hudson, Rainer & Dobbs LLP |
| Appalachian Insurance Company | Todd C. Jacobs<br>John E. Bucheit | Parker, Hudson, Rainer & Dobbs LLP |
| Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | George Calhoun | IRFAH PLLC |
| Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Alexander Potente<br>Jason J. Chorley | Clyde & Co US LLP |
| Certain Underwriters of Lloyd's, London and Certain London Market Companies | Catalina J. Sugayan<br>Yongli Yang<br>Daniel James<br>Michael Norton | Clyde & Co US LLP |
| Certain Underwriters of Lloyd's, London and Certain London Market Companies | Nathan Reinhardt<br>Andrew Mina<br>Russell W. Roten<br>Jeff D. Kahane<br>Betty Luu | Duane Morris LLP |
| Chicago Ins Co and Fireman's Fund Ins Co | Matthew C. Lovell | Nicolaides Fink Thorpe Michaelides Sullivan LLP |
| Chicago Ins Co, Fireman's Fund Ins Co, and Westport Ins Corp (FKA Employers Reinsurance Corp) | Matthew M. Weiss<br>R. David Gallo<br>Harris B. Winsberg<br>Matthew G. Roberts | Parker, Hudson, Rainer & Dobbs LLP |
| Chicago Ins Co, Fireman's Fund Ins Co, and Westport Ins Corp (FKA Employers Reinsurance Corp) | Todd C. Jacobs<br>John E. Bucheit | Parker, Hudson, Rainer & Dobbs LLP |
| Continental Casualty Company | Mark D. Plevin<br>Miranda H. Turner<br>Jordan A. Hess | Crowell & Moring LLP |

| | INSURANCE COMPANY | ATTORNEY NAME | FIRM |
|---|---|---|---|
| | First State Insurance Company | Joshua D. Weinberg<br>Annette P. Rolain | Ruggeri Parks Weinberg LLP |
| | First State Insurance Company | Michael W. Ellison | Smith Ellison |
| | Pacific Indemnity Insurance Co.; Century Indemnity Company; Westchester Fire Insurance Company | Michael H. Torkin<br>David Elbaum<br>Andrew T. Frankel<br><br>Pierce A. MacConaghy | SIMPSON THACHER & BARTLETT LLP |
| | St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company | Joshua Haevernick | Dentons US LLP |
| | St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Patrick C. Maxcy<br>John Grossbart | Dentons US LLP |
| | St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company | Geoffrey M. Miller<br>Lauren Macksoud | Dentons US LLP |
| | St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Keith Moskowitz | Dentons US LLP |
| | Travelers Indemnity Company<br><br>St. Paul Surplus Lines | | |
| | Westport Insurance Corporation, Formerly Known as Employers Reinsurance Corporation | Blaise S. Curet | Sinnott, Puebla, Campagne & Curet, APLC |
| | Westport Insurance Corporation, Formerly Known as Employers Reinsurance Corporation | Robin D. Craig | Craig & Winkelman LLP |

**Exhibit 3**

**SCHEDULE OF INTERESTED PARTIES**

**The Debtor**
The Roman Catholic Archbishop of San Francisco, a California Corporation Sole

**Parishes and Missions**

- All Hallows Chapel
- All Souls Church
- Cathedral of St. Mary of the Assumption
- Church of the Assumption of Mary
- Church of the Epiphany
- Church of the Good Shepherd
- Church of the Nativity (Menlo)
- Church of the Nativity (San Francisco)
- Church of the Visitacion
- Corpus Christi Church
- Holy Angels Church
- Holy Name of Jesus Church
- Immaculate Heart of Mary Church
- Mater Dolorosa Church
- Mission Dolores Basilica
- Most Holy Redeemer Church
- Most Holy Rosary Chapel
- Notre Dame Des Victoires
- Old St. Mary's Church
- Our Lady of Fatima Russian Byzantine Catholic
- Out Lady of Guadalupe Mission (Brisbane)
- Our Lady of Angels Church
- Our Lady of Loretto Church
- Our Lady of Lourdes Church
- Our Lady of Mercy Church
- Our Lady of Mount Carmel Church (Mill Valley)
- Our Lady of Mount Carmel Church (Redwood City)
- Our Lady of Perpetual Help
- Our Lady of the Pillar Church
- Our Lady of Refuge Mission
- Our Lady of the Wayside
- Sacred Heart Church
- San Jose Obero Church
- Shrine of St. Francis of Assisi
- St. Agnes Church
- St. Andrew Church
- St. Anne of the Sunset Church
- St. Anselm Church
- St. Anthony Church (Menlo Park)
- St. Anthony Mission (Pescadero)
- St. Anthony of Padua Church (Novato)
- St. Anthony of Padua Church
- St. Augustine Church
- St. Bartholomew Church
- St. Benedict Parish
- St. Boniface Church
- St. Brendan Church
- St. Bruno Church
- St. Catherine of Siena
- St. Cecilia Church (San Francisco)
- St. Cecilia Church (Lagunitas)
- St. Charles Borromeo Church
- St. Charles Church
- St. Denis Church
- St. Dominic Church
- St. Dunstan Church
- St. Elizabeth Church
- St. Emydius Church
- St. Finn Barr Church
- St. Francis of Assisi
- St. Gabriel Church
- St. Gregory Church
- St. Helen Mission
- St. Hilary Church
- St. Ignatius Church
- St. Isabella Church
- St. James Church
- St. John the Evangelist Church
- St. John of God Chapel
- St. Kevin Church
- St. Luke Church
- St. Mark Church
- St. Mary Magdalene Mission
- St. Mary Star of the Sea
- St. Mary Church
- St. Matthew Church
- St. Matthias Church
- St. Michael Korean Church
- St. Monica Church
- St. Patrick Church (Larkspur)
- St. Patrick Church (San Francisco)
- St. Paul Church
- St. Paul of the Shipwreck
- St. Peter Church (Pacifica)
- St. Peter Church (San Francisco)
- St. Philip the Apostle
- St. Pius Church
- St. Raphael Church
- St. Raymond Church
- St. Rita Church

Case: 23-30564   Doc# 635-1   Filed: 05/15/24   Entered: 05/15/24 21:43:53   Page 13 of 17

SMRH:4865-9815-0072.3

Case No. 23-30564
BUCKLEY DECLARATION ISO MEDIATION MOTION – EX. 2

| | |
|---|---|
| St. Robert Church | St. Timothy Church |
| St. Sebastian Church | St. Veronica Church |
| St. Stephen Church | St. Vincent de Paul Church |
| St. Teresa Church | Star of the Sea Church |
| St. Thomas Apostle Church | Sts. Peter & Paul Church |
| St. Thomas More Church | |

**Schools**
Archbishop Riordon High School
Convent of the Sacred Heart High School
ICA Cristo Rey Academy
Junipero Serra High School
Marin Catholic High School
Mercy High School
Notre Dame High School
Sacred Heart Cathedral Preparatory
Sacred Heart Prepatory (Atherton)
St. Ignatius College Prepatory
Stuart Hall High School
Woodside Priory High School

**Other Entities**
Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation
Archdiocese of San Francisco Parish and School Juridic Personal Real Property Support Corporation
Benedict XVI Institute for Sacred Music and Divine Worship
The Roman Catholic Seminary of San Francisco
Catholic Charities CYO of the Archdiocese of San Francisco
Capuchin Franciscan Order

**Leadership and Officers**
Most Rev. Salvatore J. Cordileone, Bishop and Chief Executive Officer
Rev. Stephen H. Howell, Vicar General
Rev. Patrick J. Summerhays, Moderator of the Curia
Paula F. Carney, Esq., General Counsel
Joseph Passarello, Chief Financial Officer
Grace Lee, Controller

**Banks/Investment Mgmt Firms**
Bank of America
Bank of San Francisco
BlackRock
Bridge Bank (Western Alliance Bank)
California Bank & Trust
Charles Schwab
City National Bank
First Republic Bank
JPMorgan Chase
Segal Bryant Hamilton

**Coverage Providers and Brokers**
AIG
Allianz Reinsurance America, Inc.
Allied World
American Home Assurance
Appalachian Insurance Co.
Arthur J. Gallagher & Co.
Chicago Insurance Company
Chubb Insurance Company North America
CNA
Employers Re
Fireman's Fund
First State Insurance Co.
Industrial Underwriters
National Catholic
Old Republic
Pacific Indemnity
Lloyd's, London
The Hartford
The Ordinary Mutual
Travelers
Western Catholic Insurance Company

**Certain Ordinary Course Professionals**
Baker Tilly US LLP
Best Best & Krieger LLP
CliftonLarsonAllen LLP
Duane Morris LLP
Fiumara & Milligan Law, P.C.
Grant Thornton LLP
Jackson Lewis PC
Law Offices of Eloise M. Rosenblatt
Lewis Roca Rothgerbger Christie LLP
Littler Medelson, PC
Macdonald Fernandez LLP
Magna Legal Services
Runde & Partners, Inc.
Weinstein & Numbers LLP
Weintraub Tobin
Woodburn & Wedge

**Parties to Litigation**[1]
**Counsel to Litigation Parties**

| | |
|---|---|
| Alder Law | KBM Law |
| Allen, Glaessner, Hazelwood & Werth, LLP | Ketterer, Browne & Associates, LLC |
| Andrews & Thornton | Law Office of Mark Webb |
| Arias, Sanguinetti, Wang & Torrijos, LLP | Liakos Law, APC |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | M. Jean Starcevich, Esq. |
| Baron & Budd, P.C. | Manly, Stewart & Finaldi |
| Boucher LLP | Mary Alexander & Associates |
| Casper, Meadows, Schwartz & Cook | Matthews & Associates |
| DiMarco, Araujo Montevideo | Mezzetti Law Firm |
| Donahoo & Associates PC | Nye Sterling Hale Miller & Sweet LLP |
| Edwards & de la Cerda | Panish, Shea, Boyle, Ravipudi, LLP |
| Etsey & Bomberger | Paul Mones, P.C. |
| Fiore Achermann | Pearson Simon & Warshaw LLP |
| Fisher Law Offices | Peiffer Wolf Carr Kane Conway & Wise |
| Fiumara Law, PC | Pfau Cochran Vertetis Amala PLLC |
| Foley & Mansfield | Reich Binstock |
| Forester Haynie | Ribera Law Firm |
| Furtado, Jaspovice & Simons | Saunders & Walker P.A. |
| Gomez Trial Attorneys | Schmidt National Law Group |
| Gross & Belsky P.C. | Slater, Slater, Schulman LLP |
| Herman Law | Thompson Law Offices, PC |
| Hurley McKenna & Mertz, P.C. | TLO Law, P.C. |
| Jeff Anderson & Associates | Van Blois & Associates |
| Joel Bieber Firm | Wagstaff Law Firm |
| Joseph George Jr. Law Corporation | Winer, Burritt, & Scott, LLP |
| | Zalkin Law Firm |

**Parties to Contracts with the Debtor**

| | |
|---|---|
| Adana Tours LLC | Jerome S. Burstein, Ph.D. |
| ARAMARK Sports and Entertainment Services, LLC | Luxe Cruises and Events |
| | Mangia Nosh Catering Company |
| Arthur J. Gallagher & Co. | Marin Catholic High School |
| Benefit Allocation Systems, LLC | McCleskey Construction Company |
| EVERFI, Inc | Peter Marlow |
| Fivable, LLC | Rite Aid Hdqtrs. Corp. |
| FOCUS | Sacred Heart Cathedral Prepatory |
| GDR Group | Stewardship Planned Giving |
| ImageSource | TPX Communications |
| Intersection Media, LLC | Trinity Building Services |

**Restructuring Professionals**
Donlin, Recano & Company, Inc.
Felderstein, Fitzgerald, Willoughby, Pascuzzi & Rios LLP
Sheppard Mullin Richter & Hampton LLP
GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services

---

[1] The names of certain individual plaintiffs are redacted consistent with the Debtor's *Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief*. The Debtor will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and any official committees appointed in this chapter 11 case upon request.

**Significant Utility Providers**
Allstream
AT&T Mobility
AT&T Teleconference Services
City Of Santa Rosa
Comcast
Mitel
Pacific Gas & Electric
Penngrove Water
TPX Communications

**Taxing Authorities**
Arizona Department of Revenue
California Dept of Tax and Fee Administration
Florida Department of Revenue
Kern County Treasurer - Tax Collector
Marin Countyh Office of the Assessor-Recorder
New Mexico Taxation and Revenue Department
San Francisco Tax Collector
San Francisco Tax Collector
San Mateo County Clerk – Recorder

**Government Agencies**
California Department of Justice
California Department of Motor Vehicles
California State Controller
City and County of San Francisco
Colorado Department of Revenue
Georgia Department of Revenue Processing Center
San Francisco Assessor-Recorder
San Francisco County Clerk
San Francisco Dept of Public Health
U.S. Department of Homeland

**Attorneys and Staff for the United States Trustee's Office for the Northern District of California, San Francisco Office**
Tracy Hope Davis
Christina Goebelsmann
Ianthe V. Del Rosario
Gem Mil Langit
Nychelle G. Rivera
Yung Nor Wong