PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
  jrios@ffwplaw.com
  tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
  amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **DECLARATION OF SARA BETH A.R. KOHUT IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATOR AND GRANTING RELATED RELIEF** |
| | Date: June 13, 2024<br>Time: 1:30 p.m.<br>Location: via Zoom<br>Judge: Hon. Dennis Montali |

-1-
SMRH:4856-6552-3134.2

Case No. 23-30564
Kohut Declaration ISO Mediation Motion

I, Sara Beth A.R. Kohut, declare as follows:

1. I am an attorney, duly admitted and in good standing in the State of Delaware, the Commonwealth of Pennsylvania, the United States District Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of the *Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief* (the "Motion") filed by The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"). I give capitalized terms used but not defined in this declaration the same meanings ascribed to them in the Motion.

3. The Motion seeks to have The Honorable Christopher S. Sontchi (Ret.) appointed as a mediator in the above-captioned Chapter 11 Case. Concurrently with the filing of this declaration, the Debtor is submitting the Sontchi Declaration in support of the Motion. In the Sontchi Declaration, Judge Sontchi notes that he anticipates using my assistance to perform his duties as Mediator in this matter, subject to Court approval. I have been working as contract attorney for Judge Sontchi since August 2023.

4. In connection with Judge Sontchi's proposed appointment as a Mediator, I have been provided with: (a) a confidential copy of the creditor mailing matrix filed under seal in this Chapter 11 Case as ECF No. 119, (b) a list of Insurers, along with their counsel of record in this Chapter 11 Case, if any, a copy of which list is appended to this declaration as Exhibit 1; and (c) a list of the Debtor's professionals employed and compensated by the Debtor's estate in this Chapter 11 Case, a copy of which list is appended to this declaration as Exhibit 2 (together with the creditor mailing matrix and the list described at 4(b), collectively, the "Schedule of Interested Parties"). I reviewed the Schedule of Interested Parties and my books and records to investigate my connections to any Interested Parties and disinterestedness.

5. Upon my review, I have concluded that I do not have any conflicts with any of the entities listed on the Schedule of Interested Parties. To the best of my knowledge and based on the information available, I have no connection with the Debtor or any other party in interest in this Chapter 11 Case, other than as disclosed herein. Out of an abundance of caution, I disclose the following:

    a. Prior to June 2022, I was employed by the law firm Young Conaway Stargatt & Taylor, LLP ("YCST"). YCST represented the Catholic Diocese of Wilmington in its bankruptcy case in Delaware, and I was involved in that matter.

    b. YCST represented certain of the Insurers were listed as parties in interest in non-bankruptcy matters with which I was not involved. While at YCST, I represented clients who were future claimants' representatives in mass tort bankruptcy cases and post-bankruptcy settlement trusts. Many of the Insurers listed as parties in interest in this Chapter 11 Case were creditors of the debtor(s) and/or trusts in those matters. I also advised the trustee of a subrogation trust, whose beneficiaries included certain of the Insurers.

    c. During my tenure at YCST, I represented a client in connection with patent litigation against Pitney Bowes and represented two entities in connection with data-breach notifications related to use of services by Blackbaud.

    d. As a contract attorney, I provided litigation-support services to a firm representing a bankruptcy debtor in litigation involving the California Franchise Tax Board.

    e. I have also worked on matters, bankruptcy and otherwise, involving many of the law firms and other professionals on the Schedule of Interested Parties. While a complete listing of those connections and connections referenced in paragraph 5(b) is not feasible, I do not believe any such connection impairs my disinterestedness in this matter.

6. Additionally, in the interest of full disclosure, I assist Judge Sontchi in connection with his appointment as a mediator in *In re The Roman Catholic Diocese of Ogdensburg, New York*, pending in the United States Bankruptcy Court for the Northern District of New York (Case No. 23-60507-6-PGR).

7. I do not believe any of the matters described in the disclosures above impairs my disinterestedness in connection with assisting Judge Sontchi in his proposed role as Mediator in this Chapter 11 Case.

8. I am neither affiliated with, nor do I have any connection with, the Office of the United States Trustee or any of its employees.

9. I have not received any transfer, assignment, or pledge of property of the Debtor's estate or any of the holders of abuse claims as of the date of this declaration.

10. I have not shared or agreed to share with any other person any compensation to be paid with respect to this Chapter 11 Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this \_\_\_ day of May 2024, at Wilmington, Delaware.
5/14/2024

_____
Sara Beth A.R. Kohut

# Exhibit 1

[Insurers]

| INSURANCE COMPANY | ATTORNEY NAME | FIRM |
|---|---|---|
| Appalachian Insurance Company | Christina M. Lincoln | Robins Kaplan LLP |
| Appalachian Insurance Company | Melissa M. D'Alelio<br>Taylore E. Karpa Schollard<br>Michele N. Detherage | Robins Kaplan LLP |
| Appalachian Insurance Company | Harris B. Winsberg<br>Matthew M. Weiss<br>Matthew G. Roberts<br>R. David Gallo | Parker, Hudson, Rainer & Dobbs LLP |
| Appalachian Insurance Company | Todd C. Jacobs<br>John E. Bucheit | Parker, Hudson, Rainer & Dobbs LLP |
| Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | George Calhoun | IRFAH PLLC |
| Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Alexander Potente<br>Jason J. Chorley | Clyde & Co US LLP |
| Certain Underwriters of Lloyd's, London and Certain London Market Companies | Catalina J. Sugayan<br>Yongli Yang<br>Daniel James<br>Michael Norton | Clyde & Co US LLP |
| Certain Underwriters of Lloyd's, London and Certain London Market Companies | Nathan Reinhardt<br>Andrew Mina<br>Russell W. Roten<br>Jeff D. Kahane<br>Betty Luu | Duane Morris LLP |
| Chicago Ins Co and Fireman's Fund Ins Co | Matthew C. Lovell | Nicolaides Fink Thorpe Michaelides Sullivan LLP |
| Chicago Ins Co, Fireman's Fund Ins Co, and Westport Ins Corp (FKA Employers Reinsurance Corp) | Matthew M. Weiss<br>R. David Gallo<br>Harris B. Winsberg<br>Matthew G. Roberts | Parker, Hudson, Rainer & Dobbs LLP |
| Chicago Ins Co, Fireman's Fund Ins Co, and Westport Ins Corp (FKA Employers Reinsurance Corp) | Todd C. Jacobs<br>John E. Bucheit | Parker, Hudson, Rainer & Dobbs LLP |
| Continental Casualty Company | Mark D. Plevin<br>Miranda H. Turner<br>Jordan A. Hess | Crowell & Moring LLP |

| | **INSURANCE COMPANY** | **ATTORNEY NAME** | **FIRM** |
|---|---|---|---|
| | First State Insurance Company | Joshua D. Weinberg<br>Annette P. Rolain | Ruggeri Parks Weinberg LLP |
| | First State Insurance Company | Michael W. Ellison | Smith Ellison |
| | Pacific Indemnity Insurance Co.; Century Indemnity Company; Westchester Fire Insurance Company | Michael H. Torkin<br>David Elbaum<br>Andrew T. Frankel<br><br>Pierce A. MacConaghy | SIMPSON THACHER & BARTLETT LLP |
| | St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company | Joshua Haevernick | Dentons US LLP |
| | St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Patrick C. Maxcy<br>John Grossbart | Dentons US LLP |
| | St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company | Geoffrey M. Miller<br>Lauren Macksoud | Dentons US LLP |
| | St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Keith Moskowitz | Dentons US LLP |
| | Travelers Indemnity Company<br><br>St. Paul Surplus Lines | | |
| | Westport Insurance Corporation, Formerly Known as Employers Reinsurance Corporation | Blaise S. Curet | Sinnott, Puebla, Campagne & Curet, APLC |
| | Westport Insurance Corporation, Formerly Known as Employers Reinsurance Corporation | Robin D. Craig | Craig & Winkelman LLP |

# Exhibit 2

# SCHEDULE OF INTERESTED PARTIES

**The Debtor**
The Roman Catholic Archbishop of San Francisco, a California Corporation Sole

**Parishes and Missions**

- All Hallows Chapel
- All Souls Church
- Cathedral of St. Mary of the Assumption
- Church of the Assumption of Mary
- Church of the Epiphany
- Church of the Good Shepherd
- Church of the Nativity (Menlo)
- Church of the Nativity (San Francisco)
- Church of the Visitacion
- Corpus Christi Church
- Holy Angels Church
- Holy Name of Jesus Church
- Immaculate Heart of Mary Church
- Mater Dolorosa Church
- Mission Dolores Basilica
- Most Holy Redeemer Church
- Most Holy Rosary Chapel
- Notre Dame Des Victoires
- Old St. Mary's Church
- Our Lady of Fatima Russian Byzantine Catholic
- Out Lady of Guadalupe Mission (Brisbane)
- Our Lady of Angels Church
- Our Lady of Loretto Church
- Our Lady of Lourdes Church
- Our Lady of Mercy Church
- Our Lady of Mount Carmel Church (Mill Valley)
- Our Lady of Mount Carmel Church (Redwood City)
- Our Lady of Perpetual Help
- Our Lady of the Pillar Church
- Our Lady of Refuge Mission
- Our Lady of the Wayside
- Sacred Heart Church
- San Jose Obero Church
- Shrine of St. Francis of Assisi
- St. Agnes Church
- St. Andrew Church
- St. Anne of the Sunset Church
- St. Anselm Church
- St. Anthony Church (Menlo Park)
- St. Anthony Mission (Pescadero)
- St. Anthony of Padua Church (Novato)
- St. Anthony of Padua Church
- St. Augustine Church
- St. Bartholomew Church
- St. Benedict Parish
- St. Boniface Church
- St. Brendan Church
- St. Bruno Church
- St. Catherine of Siena
- St. Cecilia Church (San Francisco)
- St. Cecilia Church (Lagunitas)
- St. Charles Borromeo Church
- St. Charles Church
- St. Denis Church
- St. Dominic Church
- St. Dunstan Church
- St. Elizabeth Church
- St. Emydius Church
- St. Finn Barr Church
- St. Francis of Assisi
- St. Gabriel Church
- St. Gregory Church
- St. Helen Mission
- St. Hilary Church
- St. Ignatius Church
- St. Isabella Church
- St. James Church
- St. John the Evangelist Church
- St. John of God Chapel
- St. Kevin Church
- St. Luke Church
- St. Mark Church
- St. Mary Magdalene Mission
- St. Mary Star of the Sea
- St. Mary Church
- St. Matthew Church
- St. Matthias Church
- St. Michael Korean Church
- St. Monica Church
- St. Patrick Church (Larkspur)
- St. Patrick Church (San Francisco)
- St. Paul Church
- St. Paul of the Shipwreck
- St. Peter Church (Pacifica)
- St. Peter Church (San Francisco)
- St. Philip the Apostle
- St. Pius Church
- St. Raphael Church
- St. Raymond Church
- St. Rita Church

| | |
|---|---|
| St. Robert Church | St. Timothy Church |
| St. Sebastian Church | St. Veronica Church |
| St. Stephen Church | St. Vincent de Paul Church |
| St. Teresa Church | Star of the Sea Church |
| St. Thomas Apostle Church | Sts. Peter & Paul Church |
| St. Thomas More Church | |

**Schools**
Archbishop Riordon High School
Convent of the Sacred Heart High School
ICA Cristo Rey Academy
Junipero Serra High School
Marin Catholic High School
Mercy High School
Notre Dame High School
Sacred Heart Cathedral Preparatory
Sacred Heart Prepatory (Atherton)
St. Ignatius College Prepatory
Stuart Hall High School
Woodside Priory High School

**Other Entities**
Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation
Archdiocese of San Francisco Parish and School Juridic Personal Real Property Support Corporation
Benedict XVI Institute for Sacred Music and Divine Worship
The Roman Catholic Seminary of San Francisco
Catholic Charities CYO of the Archdiocese of San Francisco
Capuchin Franciscan Order

**Leadership and Officers**
Most Rev. Salvatore J. Cordileone, Bishop and Chief Executive Officer
Rev. Stephen H. Howell, Vicar General
Rev. Patrick J. Summerhays, Moderator of the Curia
Paula F. Carney, Esq., General Counsel
Joseph Passarello, Chief Financial Officer
Grace Lee, Controller

**Banks/Investment Mgmt Firms**
Bank of America
Bank of San Francisco
BlackRock
Bridge Bank (Western Alliance Bank)
California Bank & Trust
Charles Schwab
City National Bank
First Republic Bank
JPMorgan Chase
Segal Bryant Hamilton

**Coverage Providers and Brokers**
AIG
Allianz Reinsurance America, Inc.
Allied World
American Home Assurance
Appalachian Insurance Co.
Arthur J. Gallagher & Co.
Chicago Insurance Company
Chubb Insurance Company North America
CNA
Employers Re
Fireman's Fund
First State Insurance Co.
Industrial Underwriters
National Catholic
Old Republic
Pacific Indemnity
Lloyd's, London
The Hartford
The Ordinary Mutual
Travelers
Western Catholic Insurance Company

**Certain Ordinary Course Professionals**
Baker Tilly US LLP
Best Best & Krieger LLP
CliftonLarsonAllen LLP
Duane Morris LLP
Fiumara & Milligan Law, P.C.
Grant Thornton LLP
Jackson Lewis PC
Law Offices of Eloise M. Rosenblatt
Lewis Roca Rothgerbger Christie LLP
Littler Medelson, PC
Macdonald Fernandez LLP
Magna Legal Services
Runde & Partners, Inc.
Weinstein & Numbers LLP
Weintraub Tobin
Woodburn & Wedge

**Parties to Litigation**[1]
**Counsel to Litigation Parties**

| | |
|---|---|
| Alder Law | KBM Law |
| Allen, Glaessner, Hazelwood & Werth, LLP | Ketterer, Browne & Associates, LLC |
| Andrews & Thornton | Law Office of Mark Webb |
| Arias, Sanguinetti, Wang & Torrijos, LLP | Liakos Law, APC |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | M. Jean Starcevich, Esq. |
| Baron & Budd, P.C. | Manly, Stewart & Finaldi |
| Boucher LLP | Mary Alexander & Associates |
| Casper, Meadows, Schwartz & Cook | Matthews & Associates |
| DiMarco, Araujo Montevideo | Mezzetti Law Firm |
| Donahoo & Associates PC | Nye Sterling Hale Miller & Sweet LLP |
| Edwards & de la Cerda | Panish, Shea, Boyle, Ravipudi, LLP |
| Etsey & Bomberger | Paul Mones, P.C. |
| Fiore Achermann | Pearson Simon & Warshaw LLP |
| Fisher Law Offices | Peiffer Wolf Carr Kane Conway & Wise |
| Fiumara Law, PC | Pfau Cochran Vertetis Amala PLLC |
| Foley & Mansfield | Reich Binstock |
| Forester Haynie | Ribera Law Firm |
| Furtado, Jaspovice & Simons | Saunders & Walker P.A. |
| Gomez Trial Attorneys | Schmidt National Law Group |
| Gross & Belsky P.C. | Slater, Slater, Schulman LLP |
| Herman Law | Thompson Law Offices, PC |
| Hurley McKenna & Mertz, P.C. | TLO Law, P.C. |
| Jeff Anderson & Associates | Van Blois & Associates |
| Joel Bieber Firm | Wagstaff Law Firm |
| Joseph George Jr. Law Corporation | Winer, Burritt, & Scott, LLP |
| | Zalkin Law Firm |

**Parties to Contracts with the Debtor**

| | |
|---|---|
| Adana Tours LLC | Jerome S. Burstein, Ph.D. |
| ARAMARK Sports and Entertainment Services, LLC | Luxe Cruises and Events |
| | Mangia Nosh Catering Company |
| Arthur J. Gallagher & Co. | Marin Catholic High School |
| Benefit Allocation Systems, LLC | McCleskey Construction Company |
| EVERFI, Inc | Peter Marlow |
| Fivable, LLC | Rite Aid Hdqtrs. Corp. |
| FOCUS | Sacred Heart Cathedral Prepatory |
| GDR Group | Stewardship Planned Giving |
| ImageSource | TPX Communications |
| Intersection Media, LLC | Trinity Building Services |

**Restructuring Professionals**
Donlin, Recano & Company, Inc.
Felderstein, Fitzgerald, Willoughby, Pascuzzi & Rios LLP
Sheppard Mullin Richter & Hampton LLP
GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services

---

[1] The names of certain individual plaintiffs are redacted consistent with the Debtor's *Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief*. The Debtor will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and any official committees appointed in this chapter 11 case upon request.

**Significant Utility Providers**
Allstream
AT&T Mobility
AT&T Teleconference Services
City Of Santa Rosa
Comcast
Mitel
Pacific Gas & Electric
Penngrove Water
TPX Communications

**Taxing Authorities**
Arizona Department of Revenue
California Dept of Tax and Fee Administration
Florida Department of Revenue
Kern County Treasurer - Tax Collector
Marin Countyh Office of the Assessor-Recorder
New Mexico Taxation and Revenue Department
San Francisco Tax Collector
San Francisco Tax Collector
San Mateo County Clerk – Recorder

**Government Agencies**
California Department of Justice
California Department of Motor Vehicles
California State Controller
City and County of San Francisco
Colorado Department of Revenue
Georgia Department of Revenue Processing Center
San Francisco Assessor-Recorder
San Francisco County Clerk
San Francisco Dept of Public Health
U.S. Department of Homeland

**Attorneys and Staff for the United States Trustee's Office for the Northern District of California, San Francisco Office**
Tracy Hope Davis
Christina Goebelsmann
Ianthe V. Del Rosario
Gem Mil Langit
Nychelle G. Rivera
Yung Nor Wong