PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
    PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and<br>Debtor in Possession. | **DECLARATION OF DANIEL J. BUCKLEY IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATOR AND GRANTING RELATED RELIEF** |
| | Date:       June 13, 2024<br>Time:       1:30 p.m.<br>Location:   via Zoom<br>Judge:      Hon. Dennis Montali |

I, Daniel J. Buckley, declare as follows:

1. I am an attorney, duly admitted and in good standing in the State of California. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of the *Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief* (the "Motion") filed by The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"). I give capitalized terms used but not defined in this declaration the same meanings ascribed to them in the Motion.

3. I am a retired judge of the Superior Court of California, County of Los Angeles ("California Superior Court"), where I served from 2002 until 2022. I served as the Presiding Judge of that court from 2017 to 2018, as well as Supervising Judge of Civil and Supervising Judge of the East District. In my capacity as judge for the California Superior Court, I handled a wide range of case types, including business and commercial, catastrophic injury, class action, construction, entertainment, insurance, intellectual property, mass tort, real estate, and many others. During my last three years on the bench, I served in the Complex Civil Department.

4. Currently, I am a neutral at Signature Resolution, LLC, a California limited liability company ("Signature"). Through Signature, parties engage me to serve as a neutral in mediation and arbitration proceedings, among other roles. A copy of my *curriculum vitae* setting forth my background and qualifications to serve as a Mediator in this Chapter 11 Case is attached as Exhibit 1 to this declaration.

5. The Debtor has requested, and I have agreed, subject to Court approval, to be engaged and serve as a mediator in the above-captioned Chapter 11 Case.

6. I have extensive experience in conducting mediations. While I was a judge of the California Superior Court, I attended the renowned program at the Strauss Institute at Pepperdine Law School, "Mediating the Litigated Case." While serving as a judge, I conducted numerous mandatory settlement conferences on behalf of my colleagues. Notably, I assisted in the settlement

SMRH:4874-9121-0424.4

1    of a number of large, high-profile lawsuits, including Riot Games (a high profile class action case
2    with allegations of equal pay accusations) and mass tort lawsuits, including cases against (a) the
3    University of Southern California and its Board of Trustees (allegations of assault, abuse, sexual
4    harassment, and medical malpractice against Dr. George M. Tyndall while Dr. Tyndall was
5    employed by USC), and (b) the Regents of the University of California (allegations of assault and
6    abuse against Dr. James M. Heaps while Dr. Heaps was employed by UCLA). Currently, I serve as
7    a mediator in the global mediation proceedings pending in connection with multiple pending state
8    court actions alleging liability against the Archdiocese of Los Angeles, the Roman Catholic Bishop
9    of Orange, the Diocese of Monterey, and Jesuits West Province for assault, sexual abuse, and
10   harassment. I have conducted many mediations in cases with one to five plaintiffs who allege sexual
11   abuse claims against schools, churches, and hospitals.

12          7.      In connection with my proposed retention as Mediator, the Debtor provided to me
13   (a) a confidential copy of the creditor mailing matrix filed under seal in this Chapter 11 Case as ECF
14   No. 119, (b) a list of Insurers, along with their counsel of record in this Chapter 11 Case, if any, a
15   copy of which list is appended to this declaration as Exhibit 2; and (c) a list of the Debtor's
16   professionals employed and compensated by the Debtor's estate in this Chapter 11 Case, a copy of
17   which list is appended to this declaration as Exhibit 3 (together with the creditor mailing matrix and
18   the list described at 6(b), collectively, the "Schedule of Interested Parties"). I reviewed the Schedule
19   of Interested Parties and my books and records to investigate my connections to any Interested
20   Parties and disinterestedness. Upon my review, I have concluded that I do not have any conflicts
21   with any of the entities listed on the Schedule of Interested Parties.

22          8.      To the best of my knowledge and information available, I have no connection with
23   the Debtor or any other party in interest in this Chapter 11 Case, provided, however, that, in my
24   capacity as judge for the California Superior Court, I may have encountered bankruptcy and
25   non-bankruptcy advisors and attorneys, some of whom may represent entities listed on the Schedule
26   of Interested Parties in matters unrelated to this Chapter 11 Case. While a complete listing of those
27   connections is not feasible, I do not believe any such connection impairs my disinterestedness in
28   this matter.

9.     Additionally, in the interest of full disclosure, I have conducted mediations which involve many of the same insurers connected to the case but have no financial or personal relationship with them.  I am unaware of any connection between my mediation cases and this Chapter 11 Case and do not believe my involvement in the mediations impairs my disinterestedness in connection with my proposed role as Mediator in this Chapter 11 Case.

10.     Except for my role as a mediator in the mediations mentioned above, I have not been for at least two years involved in any mediations with any other parties or entities listed on the Schedule of Interested Parties.  Similarly, I have not been retained or employed by any Interested Parties to perform any other role, including, but not limited to, that of trustee, claims reviewer, or future claims representative.

11.     To the best of my knowledge, I do not represent any interest adverse to the Debtor or any party in interest in the matters upon which I am to be engaged.

12.     I am not affiliated nor have any connection with the Office of the United States Trustee or any of its employees.

13.     I have not received any transfer, assignment, or pledge of property of the Debtor's estate or any of the holders of abuse claims as of the date of this declaration.

14.     I have not shared or agreed to share with any other person, other than with members of Signature, any compensation to be paid with respect to this Chapter 11 Case.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    15.    The terms of employment agreed to with the Debtor, subject to Court approval, are

2  as follows: (i) no retainer will be paid to me; (ii) I have agreed to charge a rate of $2,000 per hour;

3  and (iii) I will seek reimbursement of expenses at cost or as otherwise allowed by the Court.  I

4  understand that all pre-confirmation hourly rates, fees and expenses are subject to approval by the

5  Court.

6          I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.

8          Executed on this ___ day of May 2024, at Los Angeles, California.
                         5/14/2024

9

10                                                        DocuSigned by:
                                                    _____
                                                    Hon. Daniel Buckley (Ret.)
11                                                  _____
                                                    F012DF247501417...
                                                    Daniel J. Buckley

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4874-9121-0424.4                                    BUCKLEY DECLARATION ISO MEDIATION MOTION

**<u>Exhibit 1</u>**

[Hon. Daniel J. Buckley Curriculum Vitae]

-1-    Case No. 23-30564
BUCKLEY DECLARATION ISO MEDIATION MOTION – Ex. 1

# D A N I E L   J .   B U C K L E Y

(626) 644-9099
633 West 5th Street
Los Angeles, California 90071
dbuckley@signatureresolution.org

## PROFESSIONAL EXPERIENCE

**Signature Resolution**
Mediator, Arbitrator. 2022 – present.

**Judge, Superior Court of the County of Los Angeles**
Complex Civil Department, 2019-2022
Presiding Judge, 2017-2018; Assistant Presiding Judge, 2015-2016
Supervising Judge, Civil, 2013 – 2014; Assistant Supervising Judge, 2011-2012
General Civil Court, 2010 - 2012
Supervising Judge, East District, 2009-2010; Assistant Supervising Judge, 2007 - 2008
Probate Court, 2009-2010; Felony Trial Court, Pomona, 2006 - 2008; General Civil Court, Pomona,
2003 – 2005; Misdemeanor Calendar Court, West Covina, 2002 - 2003

**Breidenbach, Buckley, Huchting & Hamblet**
Los Angeles, California; 1980 - 2002; Handled lawsuits in all areas of civil litigation (tried 24
Superior Court cases); President of firm 1994 – 2000, responsible for management of the law firm.

## EDUCATION

**University of Notre Dame**, **J.D.,** 1980; Recipient, William J. Barrett Award for Trial Advocacy;
Member, National Moot Court Trial Team
**University of Notre Dame**, **B.A. (with honors), Economics,** 1977

## PROFESSIONAL ACTIVITIES AND MEMBERSHIPS

**Los Angeles County Superior Court**: Member, Executive Committee (2008, 2011-12, Vice Chair
2015-2016, Chair 2017-2018); Budget Committee (2009-10; 2013-2022); Technology Committee
(2003 – 2016; Chair 2007 - 2016); Civil & Small Claims Committee, Vice-Chair (2011-2012, Chair
2013); Bench/Bar Committee (2006-2016); Instructor of various continuing education classes.

**Judicial Council:** Member (2014-2017); Judicial Council Executive & Planning Committee;
Judicial Council Technology Committee (2014-2017; Vice-Chair 2015-2017); Trial Court Budget
Advisory Committee (2017-2022), Co-Chair of Funding Methodology Subcommittee; Information
Technology Advisory Committee (2011-2014); Financial Accountability and Efficiency for the
Judicial Branch Advisory Committee (2011-2014); Court Technology Advisory Committee (2011-
2014);

**Judicial Education:** Instructor at New Judges Orientation (2007 - 2022); Instructor of Qualifying
Ethics classes (2006-2022); Team leader and Instructor on evidence class for CJER (2006 - 2022)

**California Judges Association:** Member; Ethics Committee (2006-2009)

**Loyola Law School**, 2006-2022, Adjunct Professor, Trial Advocacy
**University of Notre Dame**, instructor since 2008; now Adjunct Professor, Intensive Trial Advocacy
**University of Southern California School of Law**, 2011-2022, Adjunct Professor

**American Board of Trial Advocates**, Associate since 2002

## Exhibit 2

[Insurers]

| INSURANCE COMPANY | ATTORNEY NAME | FIRM |
|---|---|---|
| Appalachian Insurance Company | Christina M. Lincoln | Robins Kaplan LLP |
| Appalachian Insurance Company | Melissa M. D'Alelio<br>Taylore E. Karpa<br>Schollard<br>Michele N. Detherage | Robins Kaplan LLP |
| Appalachian Insurance Company | Harris B. Winsberg<br>Matthew M. Weiss<br>Matthew G. Roberts<br>R. David Gallo | Parker, Hudson, Rainer & Dobbs LLP |
| Appalachian Insurance Company | Todd C. Jacobs<br>John E. Bucheit | Parker, Hudson, Rainer & Dobbs LLP |
| Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | George Calhoun | IRFAH PLLC |
| Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Alexander Potente<br>Jason J. Chorley | Clyde & Co US LLP |
| Certain Underwriters of Lloyd's, London and Certain London Market Companies | Catalina J. Sugayan<br>Yongli Yang<br>Daniel James<br>Michael Norton | Clyde & Co US LLP |
| Certain Underwriters of Lloyd's, London and Certain London Market Companies | Nathan Reinhardt<br>Andrew Mina<br>Russell W. Roten<br>Jeff D. Kahane<br>Betty Luu | Duane Morris LLP |
| Chicago Ins Co and Fireman's Fund Ins Co | Matthew C. Lovell | Nicolaides Fink Thorpe Michaelides Sullivan LLP |
| Chicago Ins Co, Fireman's Fund Ins Co, and Westport Ins Corp (FKA Employers Reinsurance Corp) | Matthew M. Weiss<br>R. David Gallo<br>Harris B. Winsberg<br>Matthew G. Roberts | Parker, Hudson, Rainer & Dobbs LLP |
| Chicago Ins Co, Fireman's Fund Ins Co, and Westport Ins Corp (FKA Employers Reinsurance Corp) | Todd C. Jacobs<br>John E. Bucheit | Parker, Hudson, Rainer & Dobbs LLP |
| Continental Casualty Company | Mark D. Plevin<br>Miranda H. Turner<br>Jordan A. Hess | Crowell & Moring LLP |

| INSURANCE COMPANY | ATTORNEY NAME | FIRM |
|---|---|---|
| First State Insurance Company | Joshua D. Weinberg<br>Annette P. Rolain | Ruggeri Parks Weinberg LLP |
| First State Insurance Company | Michael W. Ellison | Smith Ellison |
| Pacific Indemnity Insurance Co.; Century Indemnity Company; Westchester Fire Insurance Company | Michael H. Torkin<br>David Elbaum<br>Andrew T. Frankel<br><br>Pierce A. MacConaghy | SIMPSON THACHER & BARTLETT LLP |
| St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company | Joshua Haevernick | Dentons US LLP |
| St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Patrick C. Maxcy<br>John Grossbart | Dentons US LLP |
| St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company | Geoffrey M. Miller<br>Lauren Macksoud | Dentons US LLP |
| St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America<br><br>Travelers Indemnity Company<br><br>St. Paul  Surplus Lines | Keith Moskowitz | Dentons US LLP |
| Westport Insurance Corporation, Formerly Known as Employers Reinsurance Corporation | Blaise S. Curet | Sinnott, Puebla, Campagne & Curet, APLC |
| Westport Insurance Corporation, Formerly Known as Employers Reinsurance Corporation | Robin D. Craig | Craig & Winkelman LLP |

## Exhibit 3

### SCHEDULE OF INTERESTED PARTIES

**The Debtor**

The Roman Catholic Archbishop of San Francisco, a California Corporation Sole

**Parishes and Missions**

| | |
|---|---|
| All Hallows Chapel | St. Bartholomew Church |
| All Souls Church | St. Benedict Parish |
| Cathedral of St. Mary of the Assumption | St. Boniface Church |
| Church of the Assumption of Mary | St. Brendan Church |
| Church of the Epiphany | St. Bruno Church |
| Church of the Good Shepherd | St. Catherine of Siena |
| Church of the Nativity (Menlo) | St. Cecilia Church (San Francisco) |
| Church of the Nativity (San Francisco) | St. Cecilia Church (Lagunitas) |
| Church of the Visitacion | St. Charles Borromeo Church |
| Corpus Christi Church | St. Charles Church |
| Holy Angels Church | St. Denis Church |
| Holy Name of Jesus Church | St. Dominic Church |
| Immaculate Heart of Mary Church | St. Dunstan Church |
| Mater Dolorosa Church | St. Elizabeth Church |
| Mission Dolores Basilica | St. Emydius Church |
| Most Holy Redeemer Church | St. Finn Barr Church |
| Most Holy Rosary Chapel | St. Francis of Assisi |
| Notre Dame Des Victoires | St. Gabriel Church |
| Old St. Mary's Church | St. Gregory Church |
| Our Lady of Fatima Russian Byzantine Catholic | St. Helen Mission |
| | St. Hilary Church |
| Out Lady of Guadalupe Mission (Brisbane) | St. Ignatius Church |
| Our Lady of Angels Church | St. Isabella Church |
| Our Lady of Loretto Church | St. James Church |
| Our Lady of Lourdes Church | St. John the Evangelist Church |
| Our Lady of Mercy Church | St. John of God Chapel |
| Our Lady of Mount Carmel Church (Mill Valley) | St. Kevin Church |
| | St. Luke Church |
| Our Lady of Mount Carmel Church (Redwood City) | St. Mark Church |
| | St. Mary Magdalene Mission |
| Our Lady of Perpetual Help | St. Mary Star of the Sea |
| Our Lady of the Pillar Church | St. Mary Church |
| Our Lady of Refuge Mission | St. Matthew Church |
| Our Lady of the Wayside | St. Matthias Church |
| Sacred Heart Church | St. Michael Korean Church |
| San Jose Obero Church | St. Monica Church |
| Shrine of St. Francis of Assisi | St. Patrick Church (Larkspur) |
| St. Agnes Church | St. Patrick Church (San Francisco) |
| St. Andrew Church | St. Paul Church |
| St. Anne of the Sunset Church | St. Paul of the Shipwreck |
| St. Anselm Church | St. Peter Church (Pacifica) |
| St. Anthony Church (Menlo Park) | St. Peter Church (San Francisco) |
| St. Anthony Mission (Pescadero) | St. Philip the Apostle |
| St. Anthony of Padua Church (Novato) | St. Pius Church |
| St. Anthony of Padua Church | St. Raphael Church |
| St. Augustine Church | St. Raymond Church |
| | St. Rita Church |

| | |
|---|---|
| St. Robert Church | St. Timothy Church |
| St. Sebastian Church | St. Veronica Church |
| St. Stephen Church | St. Vincent de Paul Church |
| St. Teresa Church | Star of the Sea Church |
| St. Thomas Apostle Church | Sts. Peter & Paul Church |
| St. Thomas More Church | |

**Schools**
Archbishop Riordon High School
Convent of the Sacred Heart High School
ICA Cristo Rey Academy
Junipero Serra High School
Marin Catholic High School
Mercy High School
Notre Dame High School
Sacred Heart Cathedral Preparatory
Sacred Heart Prepatory (Atherton)
St. Ignatius College Prepatory
Stuart Hall High School
Woodside Priory High School

**Other Entities**
Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation
Archdiocese of San Francisco Parish and School Juridic Personal Real Property Support Corporation
Benedict XVI Institute for Sacred Music and Divine Worship
The Roman Catholic Seminary of San Francisco
Catholic Charities CYO of the Archdiocese of San Francisco
Capuchin Franciscan Order

**Leadership and Officers**
Most Rev. Salvatore J. Cordileone, Bishop and Chief Executive Officer
Rev. Stephen H. Howell, Vicar General
Rev. Patrick J. Summerhays, Moderator of the Curia
Paula F. Carney, Esq., General Counsel
Joseph Passarello, Chief Financial Officer
Grace Lee, Controller

**Banks/Investment Mgmt Firms**
Bank of America
Bank of San Francisco
BlackRock
Bridge Bank (Western Alliance Bank)
California Bank & Trust
Charles Schwab
City National Bank
First Republic Bank
JPMorgan Chase
Segal Bryant Hamilton

**Coverage Providers and Brokers**
AIG
Allianz Reinsurance America, Inc.
Allied World
American Home Assurance
Appalachian Insurance Co.
Arthur J. Gallagher & Co.
Chicago Insurance Company
Chubb Insurance Company North America
CNA
Employers Re
Fireman's Fund
First State Insurance Co.
Industrial Underwriters
National Catholic
Old Republic
Pacific Indemnity
Lloyd's, London
The Hartford
The Ordinary Mutual
Travelers
Western Catholic Insurance Company

**Certain Ordinary Course Professionals**
Baker Tilly US LLP
Best Best & Krieger LLP
CliftonLarsonAllen LLP
Duane Morris LLP
Fiumara & Milligan Law, P.C.
Grant Thornton LLP
Jackson Lewis PC
Law Offices of Eloise M. Rosenblatt
Lewis Roca Rothgerbger Christie LLP
Littler Medelson, PC
Macdonald Fernandez LLP
Magna Legal Services
Runde & Partners, Inc.
Weinstein & Numbers LLP
Weintraub Tobin
Woodburn & Wedge

<u>**Parties to Litigation**</u>[1]
<u>**Counsel to Litigation Parties**</u>

| | |
|---|---|
| Alder Law | KBM Law |
| Allen, Glaessner, Hazelwood & Werth, LLP | Ketterer, Browne & Associates, LLC |
| Andrews & Thornton | Law Office of Mark Webb |
| Arias, Sanguinetti, Wang & Torrijos, LLP | Liakos Law, APC |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | M. Jean Starcevich, Esq. |
| Baron & Budd, P.C. | Manly, Stewart & Finaldi |
| Boucher LLP | Mary Alexander & Associates |
| Casper, Meadows, Schwartz & Cook | Matthews & Associates |
| DiMarco, Araujo Montevideo | Mezzetti Law Firm |
| Donahoo & Associates PC | Nye Sterling Hale Miller & Sweet LLP |
| Edwards & de la Cerda | Panish, Shea, Boyle, Ravipudi, LLP |
| Etsey & Bomberger | Paul Mones, P.C. |
| Fiore Achermann | Pearson Simon & Warshaw LLP |
| Fisher Law Offices | Peiffer Wolf Carr Kane Conway & Wise |
| Fiumara Law, PC | Pfau Cochran Vertetis Amala PLLC |
| Foley & Mansfield | Reich Binstock |
| Forester Haynie | Ribera Law Firm |
| Furtado, Jaspovice & Simons | Saunders & Walker P.A. |
| Gomez Trial Attorneys | Schmidt National Law Group |
| Gross & Belsky P.C. | Slater, Slater, Schulman LLP |
| Herman Law | Thompson Law Offices, PC |
| Hurley McKenna & Mertz, P.C. | TLO Law, P.C. |
| Jeff Anderson & Associates | Van Blois & Associates |
| Joel Bieber Firm | Wagstaff Law Firm |
| Joseph George Jr. Law Corporation | Winer, Burritt, & Scott, LLP |
| | Zalkin Law Firm |

<u>**Parties to Contracts with the Debtor**</u>

| | |
|---|---|
| Adana Tours LLC | Jerome S. Burstein, Ph.D. |
| ARAMARK Sports and Entertainment Services, LLC | Luxe Cruises and Events |
| | Mangia Nosh Catering Company |
| Arthur J. Gallagher & Co. | Marin Catholic High School |
| Benefit Allocation Systems, LLC | McCleskey Construction Company |
| EVERFI, Inc | Peter Marlow |
| Fivable, LLC | Rite Aid Hdqtrs. Corp. |
| FOCUS | Sacred Heart Cathedral Prepatory |
| GDR Group | Stewardship Planned Giving |
| ImageSource | TPX Communications |
| Intersection Media, LLC | Trinity Building Services |

<u>**Restructuring Professionals**</u>
Donlin, Recano & Company, Inc.
Felderstein, Fitzgerald, Willoughby, Pascuzzi & Rios LLP
Sheppard Mullin Richter & Hampton LLP
GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services

---

[1] The names of certain individual plaintiffs are redacted consistent with the Debtor's *Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief.* The Debtor will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and any official committees appointed in this chapter 11 case upon request.

**Significant Utility Providers**
Allstream
AT&T Mobility
AT&T Teleconference Services
City Of Santa Rosa
Comcast
Mitel
Pacific Gas & Electric
Penngrove Water
TPX Communications

**Taxing Authorities**
Arizona Department of Revenue
California Dept of Tax and Fee Administration
Florida Department of Revenue
Kern County Treasurer - Tax Collector
Marin Countyh Office of the Assessor-Recorder
New Mexico Taxation and Revenue Department
San Francisco Tax Collector
San Francisco Tax Collector
San Mateo County Clerk – Recorder

**Government Agencies**
California Department of Justice
California Department of Motor Vehicles
California State Controller
City and County of San Francisco
Colorado Department of Revenue
Georgia Department of Revenue Processing Center
San Francisco Assessor-Recorder
San Francisco County Clerk
San Francisco Dept of Public Health
U.S. Department of Homeland

**Attorneys and Staff for the United States Trustee's Office for the Northern District of California, San Francisco Office**
Tracy Hope Davis
Christina Goebelsmann
Ianthe V. Del Rosario
Gem Mil Langit
Nychelle G. Rivera
Yung Nor Wong

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 9DC93ECB22E047EAB4C8951D766BE1A4 | | Status: Completed |
| Subject: Complete with DocuSign: Declaration of D. Buckley in support of Mediation Motion v 4.pdf | | |
| Optional field (notes/client):: RCASF | | |
| Source Envelope: | | |
| Document Pages: 14 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Dorothy Gatmen |
| AutoNav: Enabled | | 333 South Hope Street, 43rd Floor |
| EnvelopeId Stamping: Disabled | | Los Angeles, CA 90071 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | dgatmen@sheppardmullin.com |
| | | IP Address: 12.146.203.103 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Dorothy Gatmen | Location: DocuSign |
|     5/14/2024 2:59:08 PM |     dgatmen@sheppardmullin.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Hon. Daniel Buckley (Ret.) | DocuSigned by: *Hon. Daniel Buckley (Ret.)* F012DF247501417... | Sent: 5/14/2024 3:03:20 PM |
| dbuckley@signatureresolution.com | | Resent: 5/14/2024 5:36:20 PM |
| Security Level: Email, Account Authentication (None) | | Viewed: 5/14/2024 5:37:49 PM |
| | | Signed: 5/14/2024 5:38:11 PM |
| | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 12.170.173.146 | |
| **Electronic Record and Signature Disclosure:** | | |
|     Accepted: 5/14/2024 5:37:49 PM | | |
|     ID: ff86434b-74d2-42a3-84c9-31049f1ded18 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Jeannie Kim | **COPIED** | Sent: 5/14/2024 3:03:20 PM |
| jekim@sheppardmullin.com | | Viewed: 5/14/2024 5:27:42 PM |
| Sheppard, Mullin, Richter & Hampton LLP | | |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** | | |
|     Not Offered via DocuSign | | |
| Mari Ventura | **COPIED** | Sent: 5/14/2024 3:03:20 PM |
| mventura@signatureresolution.com | | Viewed: 5/14/2024 3:03:44 PM |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** | | |
|     Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 5/14/2024 3:03:21 PM |
| Certified Delivered | Security Checked | 5/14/2024 5:37:49 PM |
| Signing Complete | Security Checked | 5/14/2024 5:38:11 PM |
| Completed | Security Checked | 5/14/2024 5:38:11 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Sheppard, Mullin, Richter & Hampton LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Sheppard, Mullin, Richter & Hampton LLP:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: DocuSignSupport@sheppardmullin.com

**To advise Sheppard, Mullin, Richter & Hampton LLP of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us
at DocuSignSupport@sheppardmullin.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Sheppard, Mullin, Richter & Hampton LLP**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email
at DocuSignSupport@sheppardmullin.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Sheppard, Mullin, Richter & Hampton LLP**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to DocuSignSupport@sheppardmullin.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Sheppard, Mullin, Richter & Hampton LLP as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Sheppard, Mullin, Richter & Hampton LLP during the course of your relationship with Sheppard, Mullin, Richter & Hampton LLP.