PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION, APPOINTING MEDIATOR AND GRANTING RELATED RELIEF**<br><br>Date:      June 13, 2024<br>Time:      1:30 p.m.<br>Location:  via Zoom<br>Judge:     Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to be conducted via videoconference has been schedule for **June 13, 2024, at 1:30 p.m.** before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the *Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator, and Granting Related Relief* (the "Motion")[1] filed by The Roman Catholic Archbishop of San Francisco ("Debtor," or the "RCASF"), the Debtor and Debtor in Possession in the above-captioned case (the "Bankruptcy Case"), on May 15, 2024.

**PLEASE TAKE FURTHER NOTICE** that the by this Motion, the Debtor requests that the Court refer, pursuant to Bankruptcy Code sections 105(a), 363(b), 502(b) and 541, and FRBP 1001, the Mediation Parties to mediation of the Mediation Matters and to appoint the Hon. Christopher S. Sontchi (Ret.) and Hon. Daniel J. Buckley (Ret.) as mediators for all issues and disputes (collectively, the Mediation Matters as defined more particularly below and in the Motion) to be resolved among the Mediation Parties.

In support of the Motion, the Debtor also filed the declarations of Judges Sontchi and Buckley concurrently with the Motion. As defined in the Motion, the Mediation Parties are the Debtor, the Committee, the Insurers, the Non-Debtor Catholic Entities (including all entities for whom the Debtor will require protection for it to exit this Chapter 11 Case), the unknown claimants' representative, once appointed, and any other person or entity that the Mediator or the Mediation Parties determine is necessary or appropriate to participate in the mediation. Also as defined in the Motion, the Mediation Matters include, but are not limited to: (a) the terms of a consensual chapter 11 plan of reorganization; (b) the terms of a channeling injunction to benefit any party making a contribution to the chapter 11 plan of reorganization; (c) the resolution of any disputes related to coverage or alleged coverage provided by any of the Insurers; (d) the assessment of claim credibility, valuation and the Debtor's potential legal liability for the Abuse Claims; (e) contributions by the Debtor, Non-Debtor Catholic Entities, and Insurers to fund any reorganization plan; (f) the development of a claims submission and evaluation process for administration of future claims by a post-confirmation trust; (g) the payment of claims issues including future claims of currently

---

[1] Capitalized terms not otherwise defined in this notice shall have the same meanings ascribed to them in the Motion.

unknown claimants; (h) non-monetary plan provisions; and (i) the resolution of any other issue necessary to determine the rights of the parties to reach agreement on the terms of a confirmable consensual plan of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support of the Motion. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting declarations, copies of which may be obtained from the website to maintained by the Debtor's Claims Agent Omni Agent Solutions Inc. at https://omniagentsolutions.com/RCASF. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by **May 30, 2024**. Any opposition or response must be filed and served on the Limited Service List as provided in the *Interim Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims* at ECF No. 38. The updated Limited Service List may be obtained from the Omni Agent Solutions Inc. website listed above. Failure to timely file opposition and appear at the Hearing may constitute a waiver of your

objections.  Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case.  If you do not have an attorney, you may wish to consult one.

Dated:  May 15, 2024

        FELDERSTEIN FITZGERALD WILLOUGHBY
        PASCUZZI & RIOS LLP

        By        /s/ Paul J. Pascuzzi
           PAUL J. PASCUZZI
           JASON E. RIOS
           THOMAS R. PHINNEY
           Attorneys for The Roman Catholic
           Archbishop of San Francisco

Dated:  May 15, 2024

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By        /s/ Ori Katz
           ORI KATZ
           ALAN H. MARTIN
           Attorneys for The Roman Catholic
           Archbishop of San Francisco