Marc D. Ashley (NY 2659308)
Diamond McCarthy LLP
15 West 81st Street, Suite 1A
New York, New York 10024
Telephone: (646) 229-0883

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Debtor(s).

Case No. 23-30564
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Marc D. Ashley, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Archdiocese of San Francisco Capital Assets Support Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Damion D.D. Robinson, SBN 262573
Diamond McCarthy, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071; Telephone 424-278-2335

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/14/24 /s/ Marc D. Ashley