

**CHANGES MADE BY COURT**

**Signed and Filed: May 17, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor(s).

Case No. 23-30564

Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Marc D. Ashley, whose business address and telephone number is
Diamond McCarthy, LLP
15 West 18st Street, Suite 1A
New York, New York 10024   Telephone: (646) 229-0883

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Archdiocese of San Francisco Capital Assets Support Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**