Timothy W. Burns (*admitted pro hac vice*)
WI Bar 1068086
Jesse J. Bair (*admitted pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
      jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>            Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR APRIL 2024** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period April 1, 2024 through April 30, 2024 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2024 through April 30, 2024 | $73,690.00 [1] | $0.92 | $73,690.92 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $58,952.00 | $0.92 | $58,952.92 |

---

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: May 20, 2024 **BURNS BAIR LLP**

By: /s/ *Jesse J. Bair*
Jesse J. Bair

*Special Insurance Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT 1



**Official Committee of Unsecured Creditors of Archbishop of San Francisco**

Issue Date : 5/9/2024
Bill # : 01431

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/3/2024 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re discovery, mediation, and case strategy (1.1); | 1.10 | $1,232.00 |
| 4/3/2024 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re discovery, mediation, and overall case strategy (1.1); participate in post-meeting conference with T. Burns re outcome of same and next-steps (.1); | 1.30 | $1,170.00 |
| | | **Totals for Committee Meetings** | **2.40** | **$2,402.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/3/2024 | Jesse Bair | Review comments from the fee examiner re interim fee application and prepare for call with fee examiner re same (.4); | 0.40 | $360.00 |
| 4/3/2024 | Jesse Bair | Participate in call with the fee examiner re Burns Bair first interim fee application (.7); | 0.70 | $630.00 |
| 4/3/2024 | Brenda Horn-Edwards | Correspond with J. Bair re first interim fee application (.1); | 0.10 | $34.00 |
| 4/9/2024 | Jesse Bair | Correspond with K. Dempski re interim fee application hearing and with G. Brown re monthly fee submissions (.1); | 0.10 | $90.00 |
| 4/11/2024 | Jesse Bair | Analysis of Burn Bair invoice for privilege and confidential information (.6); | 0.60 | $540.00 |
| 4/15/2024 | Jesse Bair | Correspond with the Court and K. Dempski re upcoming hearing re professional interim fee applications (.1); | 0.10 | $90.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/15/2024 | Jesse Bair | Review and respond to questions from the Committee re Burns Bair monthly fee submission and case insurance projects (.4); | 0.40 | $360.00 |
| 4/17/2024 | Jesse Bair | Review draft fee examiner report (.2); review related correspondence with PSZJ, the debtor, the court, and fee examiner re same and upcoming hearing (.1); | 0.30 | $270.00 |
| 4/18/2024 | Jesse Bair | Prepare for interim application fee hearing (.2): | 0.20 | $180.00 |
| 4/18/2024 | Jesse Bair | Attend interim professional fee application hearing (.6); | 0.60 | $540.00 |
| 4/18/2024 | Jesse Bair | Review Burns Bair monthly fee submission (.1); | 0.10 | $90.00 |
| 4/18/2024 | Jesse Bair | Review and respond to correspondence with G. Brown and B. Horn-Edwards re proposed order granting interim fee applications and fee submission process going-forward (.1); | 0.10 | $90.00 |
| 4/18/2024 | Brenda Horn-Edwards | Draft monthly professional fee statement and certificate of service (.2); correspond with J. Bair (.1); | 0.30 | $102.00 |
| 4/19/2024 | Brenda Horn-Edwards | File monthly professional fee statement in CM/ECF (.1); Email monthly professional fee application to service list and J. Bair (.1); | 0.20 | $68.00 |
| 4/19/2024 | Brenda Horn-Edwards | Draft order granting first interim fee application (.2); correspond with J. Bair (.1); | 0.30 | $102.00 |
| 4/19/2024 | Jesse Bair | Review and edit draft Order approving Burns Bair interim fee application (.2); review and respond to correspondence with the fee examiner, B. Horn-Edwards and G. Brown re same (.1); | 0.30 | $270.00 |
| 4/19/2024 | Brenda Horn-Edwards | Correspond with E. Frejka re proposed order granting first interim fee application (.1); | 0.10 | $34.00 |
| 4/19/2024 | Brenda Horn-Edwards | Lodge proposed order granting first interim fee application with Court (.1); | 0.10 | $34.00 |
| | | **Totals for Fee Applications** | **5.00** | **$3,884.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/1/2024 | Timothy Burns | Review correspondence from PSZJ regarding upcoming state court counsel meeting (.2); | 0.20 | $224.00 |
| 4/1/2024 | Timothy Burns | Review revised version of Mediation Motion with J. Stang's comments (.4); draft internal memo re strategy re same (.4); participate in call with state court counsel re same (.2); email to J. Bair re same (.1); | 1.10 | $1,232.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/2024 | Timothy Burns | Participate in call with J. Stang re mediation and insurance strategy and action items in connection with same (.5); | 0.50 | $560.00 |
| 4/1/2024 | Jesse Bair | Review T. Burns correspondence re mediation motion strategy (.1); | 0.10 | $90.00 |
| 4/1/2024 | Brian Cawley | Begin researching and analyzing California case law re duty to cooperate issues when an insurer is defending under a reservation of rights (2.4); | 2.40 | $1,320.00 |
| 4/2/2024 | Brian Cawley | Continue researching and analyzing California case law re duty to cooperate and no voluntary payment clause issues when an insurer is defending under a reservation of rights (2.3); | 2.30 | $1,265.00 |
| 4/2/2024 | Timothy Burns | Review multiple correspondence from TNCRRG re TNCRRG's response to the Committee's discovery requests (.2); | 0.20 | $224.00 |
| 4/2/2024 | Timothy Burns | Review correspondence with CNA and J. Bair re CNA's document production status (.1); | 0.10 | $112.00 |
| 4/2/2024 | Jesse Bair | Brief review re TNCRRG policy production (.1); correspond with B. Cawley re supplemental review needed of same and updates to coverage chart (.1); | 0.20 | $180.00 |
| 4/2/2024 | Brian Cawley | Analyze TNCRRG policies for applicable coverage (1.3); | 1.30 | $715.00 |
| 4/2/2024 | Jesse Bair | Review and respond to correspondence with CNA re document production status (.1); | 0.10 | $90.00 |
| 4/3/2024 | Timothy Burns | Review correspondence with PSZJ and J. Bair re insurance Rule 2004 issues (.2); | 0.20 | $224.00 |
| 4/3/2024 | Timothy Burns | Review the insurers' Rule 2004 motion and related exhibits (.4); correspond with J. Bair and PSZJ re same (.1); | 0.50 | $560.00 |
| 4/3/2024 | Brian Cawley | Finish researching and analyzing California case law re duty to cooperate and no voluntary payment clause issues when an insurer is defending under a reservation of rights (1.7); | 1.70 | $935.00 |
| 4/3/2024 | Brian Cawley | Begin drafting memo providing survey of California case law re policyholder ability to resolve claims when insurer is defending under a reservation of rights (1.4); | 1.40 | $770.00 |
| 4/3/2024 | Jesse Bair | Review and respond to correspondence with PSZJ re the insurers' document productions to date and certain insurers' recent Rule 2004 motion on the Committee (.2); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/4/2024 | Jesse Bair | Review correspondence from the Debtor re recent document production (.1); provide instructions to and answer follow-up questions from B. Cawley re review of recently produced debtor insurance documents (.2); | 0.30 | $270.00 |
| 4/4/2024 | Brian Cawley | Finish drafting memo providing survey of California case law re policyholder ability to resolve claims when insurer is defending under a reservation of rights (2.5); | 2.50 | $1,375.00 |
| 4/4/2024 | Timothy Burns | Review and respond to correspondence with B. Michael re the debtor's recent production of additional insurance materials (.2); | 0.20 | $224.00 |
| 4/4/2024 | Timothy Burns | Review and respond to correspondence with PSZJ re status of case projects (.2); | 0.20 | $224.00 |
| 4/4/2024 | Timothy Burns | Review and respond to correspondence with the debtor and J. Bair re the debtor's recent production of additional insurance materials (.1); | 0.10 | $112.00 |
| 4/4/2024 | Timothy Burns | Review and respond to internal BB correspondence re revised coverage chart (.1); | 0.10 | $112.00 |
| 4/4/2024 | Brian Cawley | Begin analyzing recently produced debtor insurance materials (1.7); | 1.70 | $935.00 |
| 4/4/2024 | Brian Cawley | Discuss updates to coverage chart with J. Bair (.2); | 0.20 | $110.00 |
| 4/4/2024 | Brian Cawley | Update coverage chart to reflect details of new TNCRRG policies (.8); | 0.80 | $440.00 |
| 4/5/2024 | Jesse Bair | Review the Committee's opposition to certain insurers' Rule 2004 motion (.1); | 0.10 | $90.00 |
| 4/5/2024 | Brian Cawley | Continue reviewing and analyzing recently produced debtor insurance materials (3.2); | 3.20 | $1,760.00 |
| 4/6/2024 | Timothy Burns | Review and respond to correspondence with J. Stang and state court counsel re issues relating to parishes (.2); | 0.20 | $224.00 |
| 4/6/2024 | Timothy Burns | Review insurers' joinders in 2004 Application and the Committee's opposition to same (.2); | 0.20 | $224.00 |
| 4/8/2024 | Brian Cawley | Complete review of recently received insurance documents and draft email to J. Bair regarding same (2.7); | 2.70 | $1,485.00 |
| 4/8/2024 | Timothy Burns | Review and revise updated version of the mediation motion (.6); | 0.60 | $672.00 |
| 4/8/2024 | Timothy Burns | Participate in call with J. Bair re mediation motion issues (.1); | 0.10 | $112.00 |
| 4/8/2024 | Jesse Bair | Review and edit revised mediation motion (.3); participate in call with T. Burns re same (.1); | 0.40 | $360.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/8/2024 | Jesse Bair | Review and respond to correspondence with B. Michael re meeting with the Debtor re various case issues (.1); | 0.10 | $90.00 |
| 4/9/2024 | Jesse Bair | Review the debtor's opposition to the insurers' Rule 2004 motion (.2); | 0.20 | $180.00 |
| 4/9/2024 | Jesse Bair | Review and respond to additional correspondence with the debtor and PSZJ re call to discuss various case issues (.1); | 0.10 | $90.00 |
| 4/10/2024 | Timothy Burns | Review multiple correspondence with PSZJ and the debtor re call to discuss various case issues (.2); | 0.20 | $224.00 |
| 4/10/2024 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.1); | 0.10 | $90.00 |
| 4/10/2024 | Jesse Bair | Correspond with the Debtor and PSZJ re meet and confer re the insurers' Rule 2004 requests (.1); | 0.10 | $90.00 |
| 4/10/2024 | Timothy Burns | Participate in conference with J. Bair re insurance mediation strategy (.1); | 0.10 | $112.00 |
| 4/11/2024 | Brian Cawley | Respond to J. Bair request for research on insured settlement under indemnity policy (.4); | 0.40 | $220.00 |
| 4/11/2024 | Jesse Bair | Brief review of K. Jonch-Clausen email memo re non-admitted insurer bonding requirements under California law (.1); | 0.10 | $90.00 |
| 4/11/2024 | Jesse Bair | Review B. Cawley research memorandums re various duty to settles issues under California law (.4); | 0.40 | $360.00 |
| 4/11/2024 | Jesse Bair | Additional correspondence with PSZJ and T. Burns re team strategy meeting (.1); | 0.10 | $90.00 |
| 4/12/2024 | Jesse Bair | Participate in call with J. Stang re parish insurance coverage issues in relation to the Committee's response to the debtor's first day motions and insurance discovery issues (.2); | 0.20 | $180.00 |
| 4/12/2024 | Jesse Bair | Provide instructions to B. Cawley re analysis needed re parish insurance coverage issues (.2); | 0.20 | $180.00 |
| 4/12/2024 | Jesse Bair | Review B. Cawley summary re debtor additional insured endorsement over time as related to parish coverage (.2); draft email memorandum to PSZJ re same (.5); | 0.70 | $630.00 |
| 4/12/2024 | Jesse Bair | Review correspondence with PSZJ re meet and confer with the debtor re the insurers' Rule 2004 requests (.1); | 0.10 | $90.00 |
| 4/12/2024 | Brian Cawley | Draft email to J. Bair summarizing results of policy analysis re debtor additional insured endorsement over time (.3); | 0.30 | $165.00 |
| 4/12/2024 | Timothy Burns | Review email memo re parish and additional insured coverage over time (.2); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/12/2024 | Brian Cawley | Discuss policy analysis project with J. Bair re parish and additional insured coverage (.2); | 0.20 | $110.00 |
| 4/12/2024 | Brian Cawley | Analyze historical debtor policies re parish and additional insured coverage over time in connection with the Committee's first day motion responses and particular discovery issues (2.3); | 2.30 | $1,265.00 |
| 4/14/2024 | Timothy Burns | Review draft Committee response to debtor first-day motions (.3); | 0.30 | $336.00 |
| 4/14/2024 | Timothy Burns | Review Debtor's response to insurers' 2004 application (.2); | 0.20 | $224.00 |
| 4/15/2024 | Karin Jonch-Clausen | Research California case law and statutes re an insurer's duties to insolvent policyholder (1.2); draft memo summarizing findings (1.1); | 2.30 | $1,265.00 |
| 4/15/2024 | Jesse Bair | Review additional correspondence with B. Michael, T. Burns, and J. Stang re Committee professionals case strategy call (.1); | 0.10 | $90.00 |
| 4/16/2024 | Jesse Bair | Review and respond to T. Burns correspondence re Chubb coverage years (.1); | 0.10 | $90.00 |
| 4/16/2024 | Jesse Bair | Review B. Michael correspondence re the Committee's first day motion response and mediation updates (.1); | 0.10 | $90.00 |
| 4/16/2024 | Timothy Burns | Review internal research memos re insurer settlement obligations and related case law (.8); | 0.80 | $896.00 |
| 4/16/2024 | Brian Cawley | Research Industrial Underwriters corporate relationship (.3); | 0.30 | $165.00 |
| 4/17/2024 | Jesse Bair | Review the debtor's and insurers' Rule 2004 status report to the court (.1); | 0.10 | $90.00 |
| 4/17/2024 | Jesse Bair | Review the Committee's draft response to the debtor's first day motions, with particular focus on insurance issues (.5); | 0.50 | $450.00 |
| 4/17/2024 | Jesse Bair | Review B. Michael email memo re case developments and updates (.1); | 0.10 | $90.00 |
| 4/18/2024 | Timothy Burns | Review insurers' status report re 2004 exam (.2); | 0.20 | $224.00 |
| 4/18/2024 | Timothy Burns | Review and respond to correspondence with state court counsel re potential test cases (.1); | 0.10 | $112.00 |
| 4/19/2024 | Timothy Burns | Prepare for Committee professionals strategy meeting (.1); participate in portion of team strategy meeting with PSZJ and J. Bair re case updates, insurance issues, mediation, and overall case strategy (1.2); | 1.30 | $1,456.00 |
| 4/19/2024 | Timothy Burns | Prepare memo to PSZJ re potential test case strategy (.6): | 0.60 | $672.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/19/2024 | Jesse Bair | Supplemental analysis re differences between the Debtor and Committee coverage charts, including analysis of policy documents and secondary evidence in connection with same, and draft revised version of Committee coverage chart to reconcile certain differences (1.4); | 1.40 | $1,260.00 |
| 4/19/2024 | Jesse Bair | Provide instructions to N. Kuenzi re assessment needed re LMI insolvencies (.2); analyze N. Kuenzi LMI insolvency analysis and make further edits to Committee coverage chart to incorporate same (.2); | 0.40 | $360.00 |
| 4/19/2024 | Jesse Bair | Brief review re Chicago Insurance Company's preliminary response to the Committee's insurance discovery requests (.1); | 0.10 | $90.00 |
| 4/19/2024 | Jesse Bair | Participate in call with PSZJ and T. Burns re case updates, insurance issues, mediation, and overall case strategy (1.6); | 1.60 | $1,440.00 |
| 4/19/2024 | Nathan Kuenzi | Analyze LMI umbrella and excess insurance policies' quota share participants, identify solvent/insolvent insurers and corresponding participation on risk, and draft summary email for J. Bair re same (2.6); | 2.60 | $1,430.00 |
| 4/19/2024 | Nathan Kuenzi | Participate in conference with J. Bair re assessment needed re LMI insolvencies (.2); | 0.20 | $110.00 |
| 4/20/2024 | Timothy Burns | Review final of the Committee's response to the debtor's first day motions (.2); | 0.20 | $224.00 |
| 4/20/2024 | Timothy Burns | Review J. Bair correspondence with B. Michael re insurance parameters re valuation analysis (.1); | 0.10 | $112.00 |
| 4/20/2024 | Timothy Burns | Brief review of letters from Westport, Fireman's Fund, and Appalachian responding to the Committee's document requests (.1); | 0.10 | $112.00 |
| 4/22/2024 | Jesse Bair | Participate in conference with B. Cawley re projects needed re drafting insurance section of Committee mediation brief and preparing insurance overview PowerPoint for in-person Committee meeting (.4); follow correspondence with B. Cawley re additional instructions and relevant documents in connection with same (.2); | 0.60 | $540.00 |
| 4/22/2024 | Jesse Bair | Participate in conference with T. Burns re preparations for upcoming insurance meeting with the Debtor (.1); | 0.10 | $90.00 |
| 4/22/2024 | Brian Cawley | Begin creating insurance overview presentation for upcoming in-person Committee meeting (3.6); | 3.60 | $1,980.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/22/2024 | Brian Cawley | Discuss new insurance overview and mediation proejcts with J. Bair (.4); | 0.40 | $220.00 |
| 4/23/2024 | Timothy Burns | Prepare for case insurance call with the debtor (.1); participate in meeting with the debtor, PSZJ, and J. Bair re various case insurance issues (1.5); | 1.60 | $1,792.00 |
| 4/23/2024 | Brian Cawley | Begin researching particular privilege issues under California law in response to Chubb's refusal to produce certain insurance materials (2.4); | 2.40 | $1,320.00 |
| 4/23/2024 | Brian Cawley | Correspond with T. Burns and J. Bair regarding privilege issues raised by Chubb and research project in connection with same (.3); | 0.30 | $165.00 |
| 4/23/2024 | Brian Cawley | Continue creating insurance overview presentation for upcoming in-person Committee meeting (2.7); | 2.70 | $1,485.00 |
| 4/23/2024 | Brian Cawley | Begin drafting outline of insurance section of the Committee's mediation statement (.9); | 0.90 | $495.00 |
| 4/23/2024 | Jesse Bair | Prepare for case insurance call with the debtor (.1); participate in meeting with the debtor, PSZJ, and T. Burns re various case insurance issues (1.5); | 1.60 | $1,440.00 |
| 4/23/2024 | Jesse Bair | Correspond with PSZJ re follow-up meeting with the debtor re case insurance issues (.1); | 0.10 | $90.00 |
| 4/23/2024 | Timothy Burns | Review Chubb's responses and objections to the Committee's insurance document requests (.2); correspond with internal team re same and follow-up research in response to Chubb's arguments (.2); | 0.40 | $448.00 |
| 4/24/2024 | Brian Cawley | Continue creating insurance overview presentation for upcoming in-person Committee meeting (4.6); | 4.60 | $2,530.00 |
| 4/24/2024 | Timothy Burns | Participate in call with state court counsel re mediation and insurance strategy (.2); | 0.20 | $224.00 |
| 4/24/2024 | Jesse Bair | Draft email memo to debtor re all discrepancies between the debtor and Committee coverage charts and additional insurance information needed for production from the debtor (.7); | 0.70 | $630.00 |
| 4/24/2024 | Brian Cawley | Finish researching privilege issues raised by Chubb in connection with its refusal to produce various insurance materials to the Committee (2.0); | 2.00 | $1,100.00 |
| 4/24/2024 | Brian Cawley | Draft memo for T. Burns on privilege issues raised by Chubb in connection with its refusal to produce various insurance materials (.7); | 0.70 | $385.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/25/2024 | Jesse Bair | Review proposed agenda for upcoming in-person Committee and state court counsel meeting (.1); review correspondence with B. Michael and T. Burns re same and additional meeting with the Debtor re case insurance issues (.1); | 0.20 | $180.00 |
| 4/25/2024 | Brian Cawley | Research California law on lost policy issues for use in connection with Committee insurance presentation and mediation statement (1.4); | 1.40 | $770.00 |
| 4/25/2024 | Brian Cawley | Begin drafting insurance section of Committee mediation statement (3.2); | 3.20 | $1,760.00 |
| 4/26/2024 | Brian Cawley | Finish creating insurance overview presentation for use during in-person Committee meeting, including finalization of related insurance summary tables and graphics (6.7); | 6.70 | $3,685.00 |
| 4/26/2024 | Brian Cawley | Additional research re lost policy issues in connection with Committee insurance overview presentation and mediation statement (.7); | 0.70 | $385.00 |
| 4/26/2024 | Timothy Burns | Participate in call with B. Michael re case discovery issues (.3); correspond with internal team re same (.1); | 0.40 | $448.00 |
| 4/26/2024 | Timothy Burns | Review and revise agenda for Committee in-person meeting (.3); | 0.30 | $336.00 |
| 4/26/2024 | Timothy Burns | Listen to voicemail from and correspond with the debtor re case insurance issues (.3); | 0.30 | $336.00 |
| 4/26/2024 | Jesse Bair | Review T. Burns email memo re outcome of B. Michael call re mediation and case discovery issues (.1); | 0.10 | $90.00 |
| 4/28/2024 | Jesse Bair | Correspondence with B. Michael re insurance allocation analysis issues and call to discuss same (.1); | 0.10 | $90.00 |
| 4/29/2024 | Jesse Bair | Participate in conference with T. Burns re insurance case strategy and related insurance projects (.1); | 0.10 | $90.00 |
| 4/29/2024 | Jesse Bair | Participate in BB team conference re case developments and potential next-steps and assignments (.1); | 0.10 | $90.00 |
| 4/29/2024 | Brian Cawley | Research California law re the insurers' purported expected or intended defense in connection with insurance section of the Committee's mediation statement (2.2); | 2.20 | $1,210.00 |
| 4/29/2024 | Brian Cawley | Continue drafting insurance section of Committee mediation statement, including associated legal research (3.6); | 3.60 | $1,980.00 |
| 4/29/2024 | Brian Cawley | Conduct preliminary assessment of potential test cases (.6); | 0.60 | $330.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/29/2024 | Brian Cawley | Analyze First State's response to Committee document requests (.1); | 0.10 | $55.00 |
| 4/29/2024 | Jesse Bair | Prepare for B. Michael call re insurance allocation analysis (.1); participate in call with B. Michael re insurance allocation analysis (.8); participate in follow-up call with B. Michael re same (.1); prepare for conference with T. Burns re mediation and potential test case strategy (.2); | 1.20 | $1,080.00 |
| 4/29/2024 | Timothy Burns | Prepare for mediation (.2); participate in conference with J. Bair re same and potential test case strategy (.2); met with B. Cawley re analysis needed in connection with potential test case strategy (.3); | 0.70 | $784.00 |
| 4/29/2024 | Brian Cawley | Participate in conference with T. Burns re analysis needed in connection with potential test case strategy (.3); | 0.30 | $165.00 |
| 4/29/2024 | Brian Cawley | Participate in BB team meeting regarding case status and assignments (.1); | 0.10 | $55.00 |
| 4/29/2024 | Timothy Burns | Team meeting re assignments and case developments (.1); | 0.10 | $112.00 |
| 4/30/2024 | Brian Cawley | Continue drafting insurance section of Committee mediation statement (4.7); | 4.70 | $2,585.00 |
| 4/30/2024 | Timothy Burns | Participate in calls with state court counsel re potential test case strategy (1.9); prepare for calls (.4); | 2.30 | $2,576.00 |
| | | **Totals for Insurance Recovery Activities** | **98.40** | **$67,404.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **105.80** | **$73,690.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 04/19/2024 | Postage | $0.92 |
| **Total Expenses** | | **$0.92** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 1.10 | $340.00 | $374.00 |
| Brian Cawley | Associate | 64.90 | $550.00 | $35,695.00 |
| Jesse Bair | Partner | 18.40 | $900.00 | $16,560.00 |
| Karin Jonch-Clausen | Associate | 2.30 | $550.00 | $1,265.00 |
| Nathan Kuenzi | Associate | 2.80 | $550.00 | $1,540.00 |
| Timothy Burns | Partner | 16.30 | $1,120.00 | $18,256.00 |

**Total Due This Invoice: $73,690.92**