James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
          dgrassgreen@pszjlaw.com
          gbrown@pszjlaw.com
          bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.:  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (MARCH 2024)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period March 1, 2024 to March 31, 2024 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2024 – March 31, 2024 | $373,433.50[1] | $1,594.82 | $375,028.32 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $298,746.80 | $1,594.82 | $300,341.62 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   May 20, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
     Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $394,563.50 during the Fee Period but seeks compensation only for $373,433.50. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $394,563.50) and a blended hourly rate of $1,050 (here, $373,433.50).
    Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**<u>EXHIBIT 1</u>**


<u>ABBREVIATIONS KEY</u>:

BB = Burns Bair LLP
BRG = Berkeley Research Group, LLC
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel
SMRH = Sheppard, Mullin, Richter & Hampton LLP

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.

March 31, 2024
Invoice    139241
Client      05068.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2024

| | |
|---|---|
| FEES | $394,563.50 |
| EXPENSES | $1,594.82 |
| COURTESY DISCOUNT | -$21,130.00 |
| **TOTAL CURRENT CHARGES** | **$375,028.32** |
| **BALANCE FORWARD** | **$528,846.92** |
| **LAST PAYMENT** | **-$211,110.20** |
| **TOTAL BALANCE DUE** | **$692,765.08** |

Doc# 645      Filed 10/24/24 Entered 05/20/24 17:20:31      Page 4 of 31

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     2

Invoice 139241

March 31, 2024

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,525.00 | 28.20 | $43,005.00 |
| DG | Grassgreen, Debra I. | Partner | 1,695.00 | 0.50 | $847.50 |
| JIS | Stang, James I. | Partner | 1,850.00 | 16.10 | $29,785.00 |
| JWL | Lucas, John W. | Partner | 1,250.00 | 6.50 | $8,125.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 975.00 | 99.40 | $96,915.00 |
| GNB | Brown, Gillian N. | Counsel | 1,075.00 | 16.10 | $17,307.50 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 6.00 | $3,570.00 |
| HRD | Daniels, Hope R. | Paralegal | 545.00 | 99.20 | $54,064.00 |
| LHP | Petras, Lisa | Paralegal | 595.00 | 30.90 | $18,385.50 |
| NJH | Hall, Nathan J. | Paralegal | 545.00 | 72.00 | $39,240.00 |
| LAF | Forrester, Leslie A. | Library | 645.00 | 13.80 | $8,901.00 |
| BIA | Anavim, Bernadette I | Secretary | 395.00 | 17.10 | $6,754.50 |
| DHH | Hinojosa, Diane H. | Secretary | 395.00 | 116.30 | $45,938.50 |
| MK | Kulick, Myra | Secretary | 395.00 | 24.00 | $9,480.00 |
| SLL | Lee, Sophia L. | Secretary | 395.00 | 31.00 | $12,245.00 |
| | | | | 577.10 | $394,563.50 |

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 4.60 | $8,510.00 |
| BL | Bankruptcy Litigation | 196.50 | $189,477.50 |
| CA | Case Administration | 8.60 | $7,940.00 |
| CO | Claims Administration and Objections | 350.60 | $167,251.00 |
| CP | PSZJ Compensation | 3.70 | $3,833.00 |
| CPO | Other Professional Compensation | 2.30 | $1,934.50 |
| GC | General Creditors' Committee | 3.50 | $4,922.50 |
| IC | Insurance Coverage | 2.60 | $3,847.50 |
| ME | Mediation | 1.90 | $2,017.50 |
| PD | Plan and Disclosure Statement | 2.40 | $4,440.00 |
| SL | Stay Litigation | 0.40 | $390.00 |
| | | 577.10 | $394,563.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    4
Invoice 139241
March 31, 2024

## **Summary of Expenses**

| Description | Amount |
|---|---:|
| Federal Express | $39.55 |
| Lexis/Nexis- Legal Research | $314.77 |
| Litigation Support Vendors | $1,175.20 |
| Pacer - Court Research | $55.80 |
| Reproduction Expense | $8.40 |
| Reproduction Expense | $1.10 |
| | $1,594.82 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    5
Invoice 139241
March 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 03/03/2024 | JIS | AA | Review recent 9th Circuit authority on RFRA. | 1.30 | 1,850.00 | $2,405.00 |
| 03/04/2024 | JIS | AA | Call K. Dine regarding 9th Circuit authority on RFRA. | 0.30 | 1,850.00 | $555.00 |
| 03/19/2024 | JIS | AA | Review pleadings in the transfer tax case. | 2.30 | 1,850.00 | $4,255.00 |
| 03/19/2024 | JIS | AA | Call J. Lucas re analysis of issues raised in tax transfer opinion. | 0.30 | 1,850.00 | $555.00 |
| 03/21/2024 | JIS | AA | Call with K. Brown re transfer tax decision and remedies. | 0.40 | 1,850.00 | $740.00 |
|  |  |  |  | **4.60** |  | **$8,510.00** |
| **Bankruptcy Litigation** | | | | | | |
| 03/01/2024 | AWC | BL | Call with BRG regarding financial investigation and strategy for additional needs (.90); draft email to SMRH regarding discovery issues (.30). | 1.20 | 1,525.00 | $1,830.00 |
| 03/01/2024 | NJH | BL | Preparation of documents from Debtor in response to the Committee's RFP 4 for review by attorneys. | 1.30 | 545.00 | $708.50 |
| 03/04/2024 | AWC | BL | Read SMRH email regarding additional production and skim production (.40); review objections to prepare for (.2); and meet/confer call with SMRH regarding abuse claim documents (.90). | 1.50 | 1,525.00 | $2,287.50 |
| 03/04/2024 | AWC | BL | Emails with team regarding meet and confer, next steps (.30); read phase 3 objections (.70); and emails with team regarding next steps (.10); emails with team regarding affiliates/subpoenas (.30). | 1.40 | 1,525.00 | $2,135.00 |
| 03/04/2024 | GNB | BL | Attend meet & confer with Debtor's counsel regarding Rule 2004 document requests, phase 2. | 0.90 | 1,075.00 | $967.50 |
| 03/04/2024 | NJH | BL | Preparation of Debtor's document production for review by attorneys. | 0.70 | 545.00 | $381.50 |
| 03/04/2024 | NJH | BL | Preparation of documents in response to the Committee's RFP 4 for review by attorneys. | 1.20 | 545.00 | $654.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     6
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/05/2024 | AWC | BL | Emails with team regarding affiliate discovery, strategy (.50); review revised discovery tracking/comments (.30). | 0.80 | 1,525.00 | $1,220.00 |
| 03/05/2024 | AWC | BL | Emails regarding Sage information (.20); read new 9th Cir RFRA decision (.90); review and revise affiliate discovery package (.20). | 1.30 | 1,525.00 | $1,982.50 |
| 03/05/2024 | BMM | BL | Review Debtor's stage three production. | 1.20 | 975.00 | $1,170.00 |
| 03/05/2024 | BMM | BL | Review Debtor's productions. | 2.90 | 975.00 | $2,827.50 |
| 03/05/2024 | GNB | BL | Email PSZJ team regarding Rule 2004 subpoenas to Debtor affiliates. | 0.20 | 1,075.00 | $215.00 |
| 03/05/2024 | GNB | BL | Review N. Hall email regarding discrepancies in Debtor's provision of URLs responsive to document request no. 4; email A. Cottrell regarding same. | 0.10 | 1,075.00 | $107.50 |
| 03/05/2024 | GNB | BL | (Rule 2004 to BPM) Revise attachments and enclosures to subpoena to BPM. | 0.40 | 1,075.00 | $430.00 |
| 03/05/2024 | NJH | BL | Preparation of Debtor's documents in response to the Committee's RFP 4 for review by attorneys. | 3.10 | 545.00 | $1,689.50 |
| 03/05/2024 | NJH | BL | Revise production log with new production information. | 0.30 | 545.00 | $163.50 |
| 03/05/2024 | NJH | BL | Preparation of Debtor production documents for review by attonreys. | 0.80 | 545.00 | $436.00 |
| 03/05/2024 | NJH | BL | Code documents received from Debtor. | 0.50 | 545.00 | $272.50 |
| 03/06/2024 | AWC | BL | Emails regarding Sage information (.20); read new 9th Cir. RFRA decision (.90); review and revise affiliate discovery package (.20). | 1.30 | 1,525.00 | $1,982.50 |
| 03/06/2024 | AWC | BL | Emails with team regarding BPM subpoena, service. | 0.20 | 1,525.00 | $305.00 |
| 03/06/2024 | BDD | BL | Review subpoena served on Debtor affiliate (.10) and emails G. Brown, B. Anavim and M. Kulick re same (.10). | 0.20 | 595.00 | $119.00 |
| 03/06/2024 | BMM | BL | Review Debtor's productions. | 1.40 | 975.00 | $1,365.00 |
| 03/06/2024 | BMM | BL | Review Debtor's productions. | 1.30 | 975.00 | $1,267.50 |
| 03/06/2024 | GNB | BL | (Rule 2004 to BPM) Email PSZJ team regarding service of subpoena and steps going forward. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     7
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/06/2024 | NJH | BL | Code documents received from Debtor. | 4.50 | 545.00 | $2,452.50 |
| 03/07/2024 | BMM | BL | Review Debtor's productions. | 5.00 | 975.00 | $4,875.00 |
| 03/07/2024 | NJH | BL | Code documents received from Debtor. | 6.50 | 545.00 | $3,542.50 |
| 03/07/2024 | NJH | BL | Draft list of investment committee meeting dates as requested by B. Michael. | 0.50 | 545.00 | $272.50 |
| 03/08/2024 | AWC | BL | Emails with BPM counsel and team regarding subpoena. | 0.20 | 1,525.00 | $305.00 |
| 03/08/2024 | GNB | BL | (Rule 2004 to BPM) Email with J. Morse at Pillsbury re Committee's subpoena to BPM. | 0.10 | 1,075.00 | $107.50 |
| 03/08/2024 | NJH | BL | Code documents received from Debtor. | 3.30 | 545.00 | $1,798.50 |
| 03/08/2024 | NJH | BL | Draft list of investment committee meeting dates as requested by B. Michael. | 0.70 | 545.00 | $381.50 |
| 03/08/2024 | NJH | BL | Unitize numerous documents produced by the Debtor in preparation for review by attorneys. | 0.60 | 545.00 | $327.00 |
| 03/11/2024 | AWC | BL | Emails with team regarding affiliate subpoenas/discovery tasks/strategy (.40); emails with affiliate counsel regarding discovery (.20). | 0.60 | 1,525.00 | $915.00 |
| 03/11/2024 | AWC | BL | E-mails with BPM counsel and team regarding subpoena (.30); discussion with J. Stang regarding case issues and discovery strategy (.30). | 0.60 | 1,525.00 | $915.00 |
| 03/11/2024 | BMM | BL | Review Debtor's productions. | 2.20 | 975.00 | $2,145.00 |
| 03/11/2024 | GNB | BL | (Rule 2004 to BPM) Prepare for meet and confer with Pillsbury, counsel to BPM, regarding Committee Rule 2004 subpoena. | 0.10 | 1,075.00 | $107.50 |
| 03/11/2024 | GNB | BL | (Rule 2004 to BPM) meet and confer with J. Morse and A. Lyman regarding Committee's Rule 2004 subpoena. | 0.40 | 1,075.00 | $430.00 |
| 03/11/2024 | GNB | BL | (Rule 2004 to BPM) Email with PSZJ and BRG team regarding meet and confer with J. Morse and A. Lyman re Committee's Rule 2004 subpoena. | 0.20 | 1,075.00 | $215.00 |
| 03/11/2024 | GNB | BL | (Rule 2004 to BPM) Email J. Morse and A. Lyman re extension of deadline to respond to document requests and request for rolling production. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 8
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/11/2024 | GNB | BL | (Rule 2004 to Affiliates) Email with PSZJ regarding Rule 2004 subpoenas directed to Affiliates under Rule 2004 order directed to Debtor. | 0.10 | 1,075.00 | $107.50 |
| 03/11/2024 | NJH | BL | Preparation of Debtor's document production for review by attorneys. | 1.80 | 545.00 | $981.00 |
| 03/11/2024 | NJH | BL | Unitize numerous documents produced by the Debtor in preparation for review by attorneys. | 4.30 | 545.00 | $2,343.50 |
| 03/12/2024 | AWC | BL | Call with team regarding subpoena/discovery issues (.40); review 2004 order and pending discovery (.40). | 0.80 | 1,525.00 | $1,220.00 |
| 03/12/2024 | BMM | BL | Review Debtor's productions. | 0.50 | 975.00 | $487.50 |
| 03/12/2024 | BMM | BL | Review Debtor's productions. | 1.50 | 975.00 | $1,462.50 |
| 03/12/2024 | BMM | BL | Call with G. Brown regarding discovery. | 0.70 | 975.00 | $682.50 |
| 03/12/2024 | BMM | BL | Review Debtor's productions. | 2.80 | 975.00 | $2,730.00 |
| 03/12/2024 | GNB | BL | Email PSZJ team regarding Rule 2004 document requests directed to Affiliates. | 0.10 | 1,075.00 | $107.50 |
| 03/12/2024 | GNB | BL | Call with PSZJ team regarding discovery strategy on Rule 2004 document requests and oral examinations directed to Debtor and Affiliates. | 0.40 | 1,075.00 | $430.00 |
| 03/12/2024 | JIS | BL | Call with A. Caine and B. Michael regarding discovery. | 0.50 | 1,850.00 | $925.00 |
| 03/13/2024 | AWC | BL | Call with SMRH to meet and confer regarding objections/financial document requests (.90); call with team regarding discovery/depositions (.20). | 1.10 | 1,525.00 | $1,677.50 |
| 03/13/2024 | AWC | BL | Review and revise subpoena/letter to affiliates (.50); and emails with team thereon (.10); e-mails with SMRH and team regarding documents and depositions (.20); e-mails with counsel regarding affiliate subpoenas (.20). | 1.00 | 1,525.00 | $1,525.00 |
| 03/13/2024 | BMM | BL | Review Debtor's productions. | 1.70 | 975.00 | $1,657.50 |
| 03/13/2024 | BMM | BL | Meet and confer with Debtor's counsel regarding stage 2 production requests. | 1.00 | 975.00 | $975.00 |
| 03/13/2024 | BMM | BL | Call with P. Califano regarding Seminary discovery. | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     9
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/13/2024 | BMM | BL | Review Debtor's productions. | 1.30 | 975.00 | $1,267.50 |
| 03/13/2024 | GNB | BL | Draft template cover letter for Rule 2004 subpoenas to Affiliates. | 0.20 | 1,075.00 | $215.00 |
| 03/13/2024 | GNB | BL | Revise template Rule 2004 subpoena directed to Affiliates. | 0.20 | 1,075.00 | $215.00 |
| 03/13/2024 | GNB | BL | Revise exhibit 1 to Rule 2004 subpoena directed to Affiliates. | 0.70 | 1,075.00 | $752.50 |
| 03/13/2024 | GNB | BL | Draft discovery plan for Rule 2004 subpoenas directed to Affiliates. | 0.60 | 1,075.00 | $645.00 |
| 03/13/2024 | GNB | BL | Email with PSZJ team and with BRG (in part) regarding Rule 2004 subpoenas directed to Affilates. | 0.30 | 1,075.00 | $322.50 |
| 03/13/2024 | GNB | BL | Review emails from A. Caine and A. Cottrell regarding Rule 2004 oral examination of Debtor; email with PSZJ team regarding same. | 0.10 | 1,075.00 | $107.50 |
| 03/13/2024 | GNB | BL | Research corporate standing of Catholic Cemeteries. | 0.30 | 1,075.00 | $322.50 |
| 03/13/2024 | GNB | BL | Revise Rule 2004 subpoena package to D. Egan regarding Catholic Cemeteries. | 0.50 | 1,075.00 | $537.50 |
| 03/13/2024 | GNB | BL | Revise Rule 2004 package to Diamond McCarthy for its client, CASC. | 0.20 | 1,075.00 | $215.00 |
| 03/13/2024 | NJH | BL | Telephone conference with G. Brown to discuss preparation of Rule 2004 subpoenas. | 0.40 | 545.00 | $218.00 |
| 03/14/2024 | AWC | BL | Emails with counsel and team regarding affiliate subpoenas/service (.30); and review/revise subpoena packages (.60); call with Cemeteries counsel regarding discovery (.40); review/revise BRG memo regarding Sage (.30). | 1.60 | 1,525.00 | $2,440.00 |
| 03/14/2024 | BMM | BL | Review Debtor's productions. | 2.20 | 975.00 | $2,145.00 |
| 03/14/2024 | BMM | BL | Call with R. Michelson and J. Stang regarding Catholic Charities discovery. | 0.50 | 975.00 | $487.50 |
| 03/14/2024 | BMM | BL | Review Debtor's productions. | 1.00 | 975.00 | $975.00 |
| 03/14/2024 | BMM | BL | Review Debtor's productions. | 2.10 | 975.00 | $2,047.50 |
| 03/14/2024 | GNB | BL | Call with N. Hall regarding Rule 2004 subpoenas to Affiliates. | 0.20 | 1,075.00 | $215.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     10
Invoice 139241
March 31, 2024

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 03/14/2024 | GNB | BL | Email with N. Hall regarding Rule 2004 subpoenas to unincorporated Affiliates (.1); email with A. Caine regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 03/14/2024 | NJH | BL | Telephone conference with G. Brown to discuss Rule 2004 subpoenas to Affiliates. | 0.20 | 545.00 | $109.00 |
| 03/14/2024 | NJH | BL | Preparation of Rule 2004 subpoena packages for service on affiliates. | 5.90 | 545.00 | $3,215.50 |
| 03/15/2024 | AWC | BL | Review subpoena packages and emails with team, counsel and service providers thereon (.60); emails with BRG and SMRH regarding Sage Intaact information (.20); emails with team and BRG regarding additional information/sources and review information (.40). | 1.20 | 1,525.00 | $1,830.00 |
| 03/15/2024 | BMM | BL | Review Debtor's productions. | 2.10 | 975.00 | $2,047.50 |
| 03/15/2024 | BMM | BL | Call with RPSC counsel regarding discovery. | 0.60 | 975.00 | $585.00 |
| 03/15/2024 | BMM | BL | Call with J. Stang regarding affiliate discovery. | 0.60 | 975.00 | $585.00 |
| 03/15/2024 | BMM | BL | Review public documents related to policies and governance. | 2.30 | 975.00 | $2,242.50 |
| 03/15/2024 | GNB | BL | Email with N. Hall regarding personal service of subpoenas on two Affiliates. | 0.10 | 1,075.00 | $107.50 |
| 03/15/2024 | JIS | BL | Call with Real Property Support Corporation counsel regarding discovery issues. | 0.60 | 1,850.00 | $1,110.00 |
| 03/15/2024 | JIS | BL | Call with B. Michael as follow up call on discovery with affiliates. | 0.60 | 1,850.00 | $1,110.00 |
| 03/15/2024 | NJH | BL | Preparation of Rule 2004 subpoena packages for service. | 2.70 | 545.00 | $1,471.50 |
| 03/15/2024 | NJH | BL | Upload documents to Everlaw for review by attorneys. | 1.30 | 545.00 | $708.50 |
| 03/16/2024 | BMM | BL | Review Debtor's productions. | 2.20 | 975.00 | $2,145.00 |
| 03/17/2024 | BMM | BL | Review Debtor's productions. | 3.30 | 975.00 | $3,217.50 |
| 03/18/2024 | AWC | BL | Emails with team regarding service of affiliate subpoenas (.20); call with team and BRG regarding affiliate discovery/strategy (.90). | 1.10 | 1,525.00 | $1,677.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    11

Invoice 139241

March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2024 | AWC | BL | Read and analyze ASF objections to phase 4 document requests (.50); call and emails with team regarding discovery tasks/strategy (.30); email to SMRH regarding further productions/conference (.20). | 1.00 | 1,525.00 | $1,525.00 |
| 03/18/2024 | BMM | BL | Review Debtor's productions. | 1.00 | 975.00 | $975.00 |
| 03/18/2024 | BMM | BL | Review public documents related to policies and governance. | 2.30 | 975.00 | $2,242.50 |
| 03/18/2024 | BMM | BL | Call with A. Caine, G. Brown, and J. Stang regarding affiliate discovery strategy. | 0.90 | 975.00 | $877.50 |
| 03/18/2024 | BMM | BL | Call with G. Brown and BRG regarding discovery check-in. | 0.60 | 975.00 | $585.00 |
| 03/18/2024 | BMM | BL | Discussion with G. Brown regarding discovery action items. | 0.50 | 975.00 | $487.50 |
| 03/18/2024 | BMM | BL | Review public documents related to policies and governance. | 0.80 | 975.00 | $780.00 |
| 03/18/2024 | BMM | BL | Draft email to Debtor's counsel regarding discovery progress. | 0.30 | 975.00 | $292.50 |
| 03/18/2024 | BMM | BL | Call with L. Forrester regarding claims review process. | 0.20 | 975.00 | $195.00 |
| 03/18/2024 | BMM | BL | Call with A. Caine regarding discovery tasks and timeline. | 0.20 | 975.00 | $195.00 |
| 03/18/2024 | BMM | BL | Analysis of abuse document review options. | 0.40 | 975.00 | $390.00 |
| 03/18/2024 | GNB | BL | Call with PSZJ and BRG (partial) regarding Rule 2004 strategy. | 0.90 | 1,075.00 | $967.50 |
| 03/18/2024 | GNB | BL | Call with B. Michael and BRG regarding documents produced by Debtor. | 0.60 | 1,075.00 | $645.00 |
| 03/18/2024 | GNB | BL | Call with B. Michael regarding discovery subpoenas and action items. | 0.50 | 1,075.00 | $537.50 |
| 03/18/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Email with PSZJ team regarding action items for today. | 0.10 | 1,075.00 | $107.50 |
| 03/18/2024 | JWL | BL | Call with J. Stang regarding identification of estate property (.2); and research regarding the same (.8). | 1.00 | 1,250.00 | $1,250.00 |
| 03/18/2024 | JWL | BL | Research regarding property of the estate issues (1.5). | 1.50 | 1,250.00 | $1,875.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     12

Invoice 139241

March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2024 | NJH | BL | Preparation of parish policies in Everlaw for review by attorneys. | 4.80 | 545.00 | $2,616.00 |
| 03/19/2024 | AWC | BL | Emails and discussions with team regarding affiliate documents and abuse documents/review (.30) review 2004 order regarding depositions and emails with team regarding 30(b)(6) notice (.20). | 0.50 | 1,525.00 | $762.50 |
| 03/19/2024 | AWC | BL | Read various pleadings in support corporation transfer tax litigation (1.40); emails with SMRH regarding documents/depositions (.20). | 1.60 | 1,525.00 | $2,440.00 |
| 03/19/2024 | BMM | BL | Review Debtor's productions. | 0.70 | 975.00 | $682.50 |
| 03/19/2024 | GNB | BL | Draft Rule 30(b)(6) issues for Rule 2004 examinations of Debtor. | 0.10 | 1,075.00 | $107.50 |
| 03/19/2024 | GNB | BL | Review emails between PSZJ and Debtor's counsel regarding status of Debtor's document production and extension of Rule 2004 oral examination of Debtor in light of late-produced documents. | 0.10 | 1,075.00 | $107.50 |
| 03/19/2024 | JIS | BL | Call B. Michael regarding review of CVA documents. | 0.20 | 1,850.00 | $370.00 |
| 03/19/2024 | JIS | BL | Call B. Michael regarding issues related to review of CVA documents. | 0.70 | 1,850.00 | $1,295.00 |
| 03/19/2024 | JIS | BL | Call with PSZJ and BRG (partial) regarding next steps in discovery regarding parishes and affiliates. | 0.90 | 1,850.00 | $1,665.00 |
| 03/19/2024 | JWL | BL | Research regarding property of the estate (1.5); call with J. Stang re the same (1.0). | 2.50 | 1,250.00 | $3,125.00 |
| 03/19/2024 | NJH | BL | Preparation of parish policies for review by attorneys. | 4.20 | 545.00 | $2,289.00 |
| 03/20/2024 | AWC | BL | Emails with counsel regarding discovery/tasks. | 0.20 | 1,525.00 | $305.00 |
| 03/20/2024 | JIS | BL | Call with J. Lucas regarding property of estate issues. | 1.00 | 1,850.00 | $1,850.00 |
| 03/20/2024 | JWL | BL | Research regarding property of the estate issues (1.5). | 1.50 | 1,250.00 | $1,875.00 |
| 03/20/2024 | NJH | BL | Draft correspondence to J. Eldred regarding Rule 2004 subpoena. | 0.20 | 545.00 | $109.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 13
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/20/2024 | NJH | BL | Preparation of parish policies for review by attorneys. | 2.10 | 545.00 | $1,144.50 |
| 03/21/2024 | AWC | BL | Emails with BRG regarding parish finances, access. | 0.30 | 1,525.00 | $457.50 |
| 03/21/2024 | BMM | BL | Communication with BRG regarding parish financial documents. | 0.10 | 975.00 | $97.50 |
| 03/21/2024 | GNB | BL | Email with PSZJ and BRG regarding document productions from Debtor and Affiliates. | 0.10 | 1,075.00 | $107.50 |
| 03/21/2024 | GNB | BL | (Committee Rule 2004 subpoena to Debtor) Analyze Debtor's responses to phase 3 document requests for meet and confer. | 2.50 | 1,075.00 | $2,687.50 |
| 03/21/2024 | NJH | BL | Preparation of parish policies for review by attorneys. | 2.30 | 545.00 | $1,253.50 |
| 03/22/2024 | AWC | BL | Emails with SMRH regarding meet and confers (.20); emails with team regarding discovery tasks/issues (.20); emails with Seminary counsel and team regarding production/subpoena (.20). | 0.60 | 1,525.00 | $915.00 |
| 03/22/2024 | BDD | BL | Review new deadlines re Debtor's oral testimony responsive to Committee request for information (.10) and email B. Anavim and M. Kulick re same (.10). | 0.20 | 595.00 | $119.00 |
| 03/22/2024 | GNB | BL | (Committee Rule 2004 discovery to Debtor) Call with J. Bair regarding status of Debtor document productions. | 0.10 | 1,075.00 | $107.50 |
| 03/22/2024 | NJH | BL | Revise the document productions log. | 0.30 | 545.00 | $163.50 |
| 03/23/2024 | BMM | BL | Review Debtor's productions. | 0.40 | 975.00 | $390.00 |
| 03/23/2024 | BMM | BL | Review Debtor's productions. | 1.40 | 975.00 | $1,365.00 |
| 03/25/2024 | AWC | BL | Read updated spreadsheet to prepare for and call with BRG regarding discovery status/approach (1.60); read G. Brown summary of ASF objections to document requests (.50). | 2.10 | 1,525.00 | $3,202.50 |
| 03/25/2024 | AWC | BL | Emails with counsel regarding affiliate discovery (.20); emails with team and BRG regarding real property discovery/approach and other discovery issues (.20); and review revised production tracker (.20). | 0.60 | 1,525.00 | $915.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     14
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/25/2024 | BMM | BL | Review Debtor's productions. | 0.70 | 975.00 | $682.50 |
| 03/25/2024 | BMM | BL | Meeting with A. Caine and BRG regarding discovery status. | 1.30 | 975.00 | $1,267.50 |
| 03/25/2024 | BMM | BL | Review Debtor's productions. | 2.50 | 975.00 | $2,437.50 |
| 03/25/2024 | BMM | BL | Review Debtor's productions. | 0.90 | 975.00 | $877.50 |
| 03/25/2024 | GNB | BL | (Rule 2004 to Debtor) Emails with PSZJ and BRG regarding Debtor's document productions. | 0.20 | 1,075.00 | $215.00 |
| 03/25/2024 | JIS | BL | Review of documents related to Catholic Charities. | 0.60 | 1,850.00 | $1,110.00 |
| 03/25/2024 | NJH | BL | Revise the discovery tracking chart. | 1.60 | 545.00 | $872.00 |
| 03/26/2024 | AWC | BL | Emails with counsel regarding affiliate discovery, response, timing (.30); emails with SMRH regarding discovery issues/meet and confer discussions (.20). | 0.50 | 1,525.00 | $762.50 |
| 03/26/2024 | BMM | BL | Review Debtor's productions. | 1.30 | 975.00 | $1,267.50 |
| 03/26/2024 | BMM | BL | Draft response to first-day declaration. | 3.80 | 975.00 | $3,705.00 |
| 03/26/2024 | GNB | BL | Email N. Hall regarding communications with Seminary counsel. | 0.10 | 1,075.00 | $107.50 |
| 03/26/2024 | NJH | BL | Revise the discovery tracking chart. | 0.90 | 545.00 | $490.50 |
| 03/27/2024 | AWC | BL | Emails with team and counsel regarding affiliate discovery (.20); emails with team regarding ASF discovery issues (.20); meet and confer call with ASF regarding document issues/production (.30). | 0.70 | 1,525.00 | $1,067.50 |
| 03/27/2024 | BMM | BL | Draft response to first-day declaration. | 0.80 | 975.00 | $780.00 |
| 03/27/2024 | BMM | BL | Meet and confer with Debtor's counsel regarding discovery. | 0.40 | 975.00 | $390.00 |
| 03/27/2024 | BMM | BL | Call with G. Brown regarding discovery strategy. | 0.50 | 975.00 | $487.50 |
| 03/27/2024 | BMM | BL | Draft response to first-day declaration. | 1.80 | 975.00 | $1,755.00 |
| 03/27/2024 | BMM | BL | Call with R. Michelson regarding affiliate discovery. | 0.20 | 975.00 | $195.00 |
| 03/27/2024 | BMM | BL | Draft response to first-day declaration. | 1.40 | 975.00 | $1,365.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    15
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2024 | GNB | BL | Call with B. Michael regarding Committee Rule 2004 discovery propounded on Debtor and Affiliates. | 0.50 | 1,075.00 | $537.50 |
| 03/28/2024 | AWC | BL | Call with SMRH and financial advisors regarding document issues (1.30); emails with counsel regarding affiliate discovery (.20); emails with SMRH and BRG regarding additional production items (.30). | 1.80 | 1,525.00 | $2,745.00 |
| 03/28/2024 | BDD | BL | Email G. Brown re extension of time for Catholic Charities to respond to 2004 subpoena. | 0.10 | 595.00 | $59.50 |
| 03/28/2024 | BMM | BL | Draft response to first-day declaration. | 5.70 | 975.00 | $5,557.50 |
| 03/28/2024 | BMM | BL | Call with Debtor's counsel and financial advisors regarding discovery process. | 1.20 | 975.00 | $1,170.00 |
| 03/28/2024 | BMM | BL | Draft response to first-day declaration. | 2.00 | 975.00 | $1,950.00 |
| 03/29/2024 | AWC | BL | E-mails with team regarding various discovery issues/strategy/review/approach (.6); e-mails with RPSC counsel regarding discovery/subpoena (.1); read proposed stipulation regarding subpoena expense claims (.3); and e-mails with team thereon (.1). | 1.10 | 1,525.00 | $1,677.50 |
| 03/29/2024 | BMM | BL | Draft response to first-day declaration. | 5.70 | 975.00 | $5,557.50 |
| 03/29/2024 | BMM | BL | Draft response to first-day declaration. | 2.40 | 975.00 | $2,340.00 |
| 03/29/2024 | BMM | BL | Review Debtor's productions. | 0.80 | 975.00 | $780.00 |
| 03/30/2024 | AWC | BL | Correspondence with Cemeteries counsel regarding affiliate discovery (.1); and skim production (.2); and emails with team thereon and regarding objections response (.2). | 0.50 | 1,525.00 | $762.50 |
| 03/30/2024 | BMM | BL | Revise stipulation regarding third-party discovery. | 0.60 | 975.00 | $585.00 |
| 03/30/2024 | BMM | BL | Review production from Cemetery division. | 0.50 | 975.00 | $487.50 |
| 03/30/2024 | BMM | BL | Review materials regarding dioceses and parishes civil structure. | 2.30 | 975.00 | $2,242.50 |
| 03/30/2024 | GNB | BL | Email with PSZJ team regarding Cemeteries' document production. | 0.10 | 1,075.00 | $107.50 |
| | | | | **196.50** | | **$189,477.50** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     16
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Case Administration**

| 03/01/2024 | BDD | CA | Emails G. Brown and B. Michael re updated limited service list. | 0.10 | 595.00 | $59.50 |
| 03/02/2024 | BMM | CA | Communications with Debtor's counsel regarding ongoing case issues. | 0.20 | 975.00 | $195.00 |
| 03/04/2024 | BDD | CA | Review filed notices of appearance (.50) and email B. Michael re same (.10). | 0.60 | 595.00 | $357.00 |
| 03/04/2024 | BDD | CA | Review docket and update critical dates memo re same (.40); email team re calendaring matters re same (.10). | 0.50 | 595.00 | $297.50 |
| 03/05/2024 | BDD | CA | Revisions to critical dates memo (.20); and email team re calendaring matters re same (.30); emails G. Brown re same (.10); email PSZJ team re updated critical dates memo (.10). | 0.70 | 595.00 | $416.50 |
| 03/05/2024 | BDD | CA | Review counsel information for various parishes (.40) and email B. Michael re same (.10). | 0.50 | 595.00 | $297.50 |
| 03/05/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.90 | 975.00 | $877.50 |
| 03/05/2024 | GNB | CA | Email B. Dassa regarding revisions to critical dates calendar. | 0.10 | 1,075.00 | $107.50 |
| 03/12/2024 | BDD | CA | Review docket re critical dates. | 0.30 | 595.00 | $178.50 |
| 03/12/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 03/19/2024 | BMM | CA | Call with J. Stang regarding agenda for Debtor's counsel call. | 0.20 | 975.00 | $195.00 |
| 03/19/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 1.10 | 975.00 | $1,072.50 |
| 03/19/2024 | JIS | CA | Status call with Debtor. | 1.00 | 1,850.00 | $1,850.00 |
| 03/21/2024 | BMM | CA | Call with J. Stang regarding SCC meeting follow up. | 0.20 | 975.00 | $195.00 |
| 03/22/2024 | BMM | CA | Call with J. Stang regarding ASF client meetings and communications. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    17
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2024 | BDD | CA | Review docket to update critical dates memo re same (.30); email PSZJ team re same (.10); email G. Brown re fee examiner deadlines (.10); confer with B. Anavim and M. Kulick re updated critical dates (.20). | 0.70 | 595.00 | $416.50 |
| 03/26/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.90 | 975.00 | $877.50 |
| 03/28/2024 | BDD | CA | Email B. Michael re hearing time on 1st interim fee applications. | 0.10 | 595.00 | $59.50 |
| | | | | 8.60 | | $7,940.00 |

**Claims Administration and Objections**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2024 | DHH | CO | Review of claims to update claims summary chart. | 4.20 | 395.00 | $1,659.00 |
| 03/04/2024 | DHH | CO | Review of claims to update claims summary chart. | 5.00 | 395.00 | $1,975.00 |
| 03/04/2024 | DHH | CO | Review of claims to update the claims summary chart (4.40); emails to/from S. Lee regarding charting of claims and validating information (.60). | 5.00 | 395.00 | $1,975.00 |
| 03/05/2024 | DHH | CO | Review of claims to update claims summary chart. | 5.10 | 395.00 | $2,014.50 |
| 03/05/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/06/2024 | DHH | CO | Update claims summary chart. | 5.10 | 395.00 | $2,014.50 |
| 03/06/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/07/2024 | DHH | CO | Update claims summary chart. | 4.50 | 395.00 | $1,777.50 |
| 03/07/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/08/2024 | DHH | CO | Update claims summary chart. | 6.00 | 395.00 | $2,370.00 |
| 03/08/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/11/2024 | DHH | CO | Update claims summary chart. | 6.00 | 395.00 | $2,370.00 |
| 03/11/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/12/2024 | DHH | CO | Update claims summary chart (5.5); emails to/from B. Michael and S. Lee re status of claims review and deadline for completion of review(.5). | 6.00 | 395.00 | $2,370.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    18
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/12/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/13/2024 | BIA | CO | Update the claims summary chart. | 1.00 | 395.00 | $395.00 |
| 03/13/2024 | DHH | CO | Update claims summary chart. | 3.60 | 395.00 | $1,422.00 |
| 03/13/2024 | DHH | CO | Conduct claims review training for M. Kulick and B. Anavim (.80). | 0.80 | 395.00 | $316.00 |
| 03/13/2024 | MK | CO | Update the claims summary chart. | 1.10 | 395.00 | $434.50 |
| 03/13/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/14/2024 | BIA | CO | Update the claims summary chart. | 1.00 | 395.00 | $395.00 |
| 03/14/2024 | DHH | CO | Numerous emails and conference calls with claims review team on completing claims review chart. | 5.60 | 395.00 | $2,212.00 |
| 03/14/2024 | MK | CO | Update the claims summary chart. | 1.00 | 395.00 | $395.00 |
| 03/14/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/15/2024 | DHH | CO | Numerous emails and calls with claims review team re completing the claims review chart. | 5.30 | 395.00 | $2,093.50 |
| 03/15/2024 | MK | CO | Update the claims summary chart. | 0.80 | 395.00 | $316.00 |
| 03/15/2024 | MK | CO | Update the claims summary chart. | 2.50 | 395.00 | $987.50 |
| 03/15/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/18/2024 | BMM | CO | Communications with S. Lee, D. Hinojosa, and G. Downing regarding claims review. | 0.30 | 975.00 | $292.50 |
| 03/18/2024 | BMM | CO | Call with J. Stang regarding claims review and discovery. | 0.70 | 975.00 | $682.50 |
| 03/18/2024 | BMM | CO | Revisions to chart for claims analysis. | 0.40 | 975.00 | $390.00 |
| 03/18/2024 | DHH | CO | Numerous emails and calls with claims review team re completing the claims review chart (3.7); review individual completed charts to merge with master claims chart (2.0); email to B. Michael and L. Forrester re status of the claims review (.30). | 6.00 | 395.00 | $2,370.00 |
| 03/18/2024 | LAF | CO | Build abuse claims database. | 0.80 | 645.00 | $516.00 |
| 03/18/2024 | SLL | CO | Chart abuse claims. | 1.00 | 395.00 | $395.00 |
| 03/19/2024 | BIA | CO | Update the claims summary chart. | 1.50 | 395.00 | $592.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    19
Invoice 139241
March 31, 2024

| Date | | | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 03/19/2024 | BMM | CO | Communications with S. Lee and Omni regarding claims. | 0.50 | 975.00 | $487.50 |
| 03/19/2024 | DHH | CO | Numerous emails and calls with claims review team re completing the claims review chart. | 4.20 | 395.00 | $1,659.00 |
| 03/19/2024 | DHH | CO | Conduct a Zoom claims training call for T. Correa, R. Sainz, M. Viramontes and H. Daniels (1.0); email to IT re granting access to the restricted claims files to the newest reviewers (.10). | 1.10 | 395.00 | $434.50 |
| 03/19/2024 | GNB | CO | Email with PSZJ regarding sexual abuse claim analysis. | 0.20 | 1,075.00 | $215.00 |
| 03/19/2024 | GNB | CO | Email H. Daniels regarding sexual abuse claims analysis. | 0.10 | 1,075.00 | $107.50 |
| 03/19/2024 | HRD | CO | Attend call regarding claim analysis (1.0); update the claims summary chart (4.0). | 5.00 | 545.00 | $2,725.00 |
| 03/19/2024 | MK | CO | Update the claims summary chart. | 0.80 | 395.00 | $316.00 |
| 03/19/2024 | MK | CO | Update the claims summary chart. | 1.10 | 395.00 | $434.50 |
| 03/19/2024 | MK | CO | Update the claims summary chart. | 0.60 | 395.00 | $237.00 |
| 03/19/2024 | SLL | CO | Chart abuse claims.. | 1.00 | 395.00 | $395.00 |
| 03/20/2024 | BIA | CO | Update the claims summary chart. | 1.00 | 395.00 | $395.00 |
| 03/20/2024 | DHH | CO | Numerous emails and calls with claims review team members re completing the claims review chart (4.7); review 14 additional abuse claims added by Omni (.30). | 5.00 | 395.00 | $1,975.00 |
| 03/20/2024 | HRD | CO | Update the claims summary chart. | 6.80 | 545.00 | $3,706.00 |
| 03/20/2024 | MK | CO | Update the claims summary chart. | 0.90 | 395.00 | $355.50 |
| 03/20/2024 | SLL | CO | Chart abuse claims. | 1.00 | 395.00 | $395.00 |
| 03/21/2024 | BIA | CO | Update the claims summary chart. | 2.50 | 395.00 | $987.50 |
| 03/21/2024 | DHH | CO | Numerous emails and calls with claims review team members re completing the claims review chart. | 4.50 | 395.00 | $1,777.50 |
| 03/21/2024 | DHH | CO | Review individually completed charts and merge with master review chart. | 0.60 | 395.00 | $237.00 |
| 03/21/2024 | HRD | CO | Update the claims summary chart. | 6.60 | 545.00 | $3,597.00 |
| 03/21/2024 | MK | CO | Update the claims summary chart. | 0.90 | 395.00 | $355.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    20
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2024 | MK | CO | Update the claims summary chart. | 1.30 | 395.00 | $513.50 |
| 03/21/2024 | MK | CO | Update the claims summary chart. | 1.90 | 395.00 | $750.50 |
| 03/21/2024 | SLL | CO | Chart abuse claims.. | 2.00 | 395.00 | $790.00 |
| 03/22/2024 | BIA | CO | Update the claims summary chart. | 1.10 | 395.00 | $434.50 |
| 03/22/2024 | DHH | CO | Numerous emails and calls with claims review team members re completing the claims review chart (4.7); telephone call and emails to/from G. Brown (.30). | 5.00 | 395.00 | $1,975.00 |
| 03/22/2024 | GNB | CO | Email with D. Hinojosa regarding sexual abuse claims review issues. | 0.10 | 1,075.00 | $107.50 |
| 03/22/2024 | HRD | CO | Update the claims summary chart. | 10.40 | 545.00 | $5,668.00 |
| 03/22/2024 | MK | CO | Update the claims summary chart. | 2.00 | 395.00 | $790.00 |
| 03/22/2024 | MK | CO | Update the claims summary chart. | 1.70 | 395.00 | $671.50 |
| 03/22/2024 | SLL | CO | Chart abuse claims.. | 2.00 | 395.00 | $790.00 |
| 03/23/2024 | HRD | CO | Update the claims summary chart. | 6.10 | 545.00 | $3,324.50 |
| 03/24/2024 | HRD | CO | Update the claims summary chart. | 3.60 | 545.00 | $1,962.00 |
| 03/25/2024 | BIA | CO | Update the claims summary chart. | 0.50 | 395.00 | $197.50 |
| 03/25/2024 | DHH | CO | Numerous emails and calls with claims review team members re completing the claims review chart (5.2); review individually completed charts to merge with master claims review chart (.50). | 5.70 | 395.00 | $2,251.50 |
| 03/25/2024 | DHH | CO | Emails to/from G. Brown re status of claims review. | 0.30 | 395.00 | $118.50 |
| 03/25/2024 | HRD | CO | Update the claims summary chart. | 9.90 | 545.00 | $5,395.50 |
| 03/25/2024 | LAF | CO | Create abuse claims database (2.7); prepare data for upload (1.1). | 3.80 | 645.00 | $2,451.00 |
| 03/25/2024 | SLL | CO | Chart abuse claims.. | 3.00 | 395.00 | $1,185.00 |
| 03/26/2024 | BIA | CO | Update the claims summary chart. | 2.50 | 395.00 | $987.50 |
| 03/26/2024 | DHH | CO | Numerous emails and calls with claims review team members re completing the claims review chart. | 4.30 | 395.00 | $1,698.50 |
| 03/26/2024 | GNB | CO | Email PSZJ sexual abuse claims analysis team regarding project specifics. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     21
Invoice 139241
March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2024 | GNB | CO | Call with S. Lee regarding sexual abuse claims analysis. | 0.10 | 1,075.00 | $107.50 |
| 03/26/2024 | HRD | CO | Update the claims summary chart. | 11.60 | 545.00 | $6,322.00 |
| 03/26/2024 | LAF | CO | Update abuse claims database. | 4.10 | 645.00 | $2,644.50 |
| 03/26/2024 | LHP | CO | Email communications with G. Brown and S. Lee regarding analyzing sexual abuse claims. | 0.20 | 595.00 | $119.00 |
| 03/26/2024 | LHP | CO | Meeting with S. Lee and N. Hall regarding analyzing sexual abuse claims. | 0.60 | 595.00 | $357.00 |
| 03/26/2024 | LHP | CO | Analyze, summarize sexual abuse claims. | 5.90 | 595.00 | $3,510.50 |
| 03/26/2024 | MK | CO | Update the claims summary chart. | 2.60 | 395.00 | $1,027.00 |
| 03/26/2024 | MK | CO | Update the claims summary chart. | 1.40 | 395.00 | $553.00 |
| 03/26/2024 | NJH | CO | Meeting with S. Lee to discuss revising claims spreadsheet. | 0.60 | 545.00 | $327.00 |
| 03/26/2024 | SLL | CO | Chart abuse claims.. | 3.00 | 395.00 | $1,185.00 |
| 03/27/2024 | BIA | CO | Update the claims summary chart. | 2.00 | 395.00 | $790.00 |
| 03/27/2024 | BMM | CO | Call with L. Forrester regarding claims database. | 0.50 | 975.00 | $487.50 |
| 03/27/2024 | DHH | CO | Numerous emails and calls with claims review team members and G. Brown re completing the claims review chart (5.2); review completed individual review charts to merge with master claims review chart (.50). | 5.70 | 395.00 | $2,251.50 |
| 03/27/2024 | GNB | CO | Email with L. Petras, N. Hall, and H. Daniels regarding sexual abuse claims analysis. | 0.10 | 1,075.00 | $107.50 |
| 03/27/2024 | GNB | CO | Email with PSZJ team regarding analysis of sexual abuse claims. | 0.10 | 1,075.00 | $107.50 |
| 03/27/2024 | HRD | CO | Update the claims summary chart. | 11.10 | 545.00 | $6,049.50 |
| 03/27/2024 | LAF | CO | Prepare data for upload to abuse claims database. | 4.30 | 645.00 | $2,773.50 |
| 03/27/2024 | LHP | CO | Chart sexual abuse claims. | 8.60 | 595.00 | $5,117.00 |
| 03/27/2024 | SLL | CO | Chart abuse claims. | 3.00 | 395.00 | $1,185.00 |
| 03/28/2024 | BIA | CO | Update the claims summary chart. | 2.00 | 395.00 | $790.00 |

Pachulski Stang Ziehl & Jones LLP         Page: 22
Archdiocese of San Francisco O.C.C.         Invoice 139241
Client 05068.00002         March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/28/2024 | DHH | CO | Numerous emails and calls with claims review team members re completing the claims review chart (5.50); review completed individual review charts to merge with master claims review chart (.50). | 6.00 | 395.00 | $2,370.00 |
| 03/28/2024 | GNB | CO | Email with PSZJ claims analysis team regarding project. | 0.10 | 1,075.00 | $107.50 |
| 03/28/2024 | HRD | CO | Update the claims summary chart. | 9.00 | 545.00 | $4,905.00 |
| 03/28/2024 | LHP | CO | Analyze and summarize sexual abuse claims. | 7.70 | 595.00 | $4,581.50 |
| 03/28/2024 | MK | CO | Update the claims summary chart. | 1.60 | 395.00 | $632.00 |
| 03/28/2024 | MK | CO | Update the claims summary chart. | 0.60 | 395.00 | $237.00 |
| 03/28/2024 | MK | CO | Update the claims summary chart. | 1.20 | 395.00 | $474.00 |
| 03/28/2024 | NJH | CO | Revise claims chart with information mined from claim forms. | 8.60 | 545.00 | $4,687.00 |
| 03/28/2024 | SLL | CO | Chart abuse claims. | 3.00 | 395.00 | $1,185.00 |
| 03/29/2024 | BIA | CO | Update the claims summary chart. | 2.00 | 395.00 | $790.00 |
| 03/29/2024 | DHH | CO | Numerous emails and calls with claims review team members re completing the claims review chart (5.2); review completed individual review charts to merge with master claims review chart (.50). | 5.70 | 395.00 | $2,251.50 |
| 03/29/2024 | HRD | CO | Update the claims summary chart. | 10.70 | 545.00 | $5,831.50 |
| 03/29/2024 | LAF | CO | Prepare data for uploading to abuse claims database. | 0.80 | 645.00 | $516.00 |
| 03/29/2024 | LHP | CO | Chart sexual abuse claims. | 3.60 | 595.00 | $2,142.00 |
| 03/29/2024 | NJH | CO | Revise claims chart with information mined from claim forms. | 5.80 | 545.00 | $3,161.00 |
| 03/29/2024 | SLL | CO | Chart abuse claims. | 3.00 | 395.00 | $1,185.00 |
| 03/30/2024 | HRD | CO | Update the claims summary chart. | 6.10 | 545.00 | $3,324.50 |
| 03/30/2024 | LHP | CO | Chart sexual abuse claims. | 2.30 | 595.00 | $1,368.50 |
| 03/31/2024 | HRD | CO | Update the claims summary chart. | 2.30 | 545.00 | $1,253.50 |
| 03/31/2024 | LHP | CO | Chart sexual abuse claims. | 2.00 | 595.00 | $1,190.00 |
| | | | | **350.60** | | **$167,251.00** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     23
Invoice 139241
March 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **PSZJ Compensation** | | | | | | |
| 03/01/2024 | BMM | CP | Communications with B. Dassa and E. Frejka regarding information for fee examiner. | 0.20 | 975.00 | $195.00 |
| 03/01/2024 | GNB | CP | Email with B. Michael regarding fee examiner. | 0.10 | 1,075.00 | $107.50 |
| 03/05/2024 | GNB | CP | Email E. Frejka, fee examiner, regarding LEDES data for all Committee professionals. | 0.10 | 1,075.00 | $107.50 |
| 03/12/2024 | GNB | CP | Respond to J. Blumberg email regarding LEDES data for all Committee professionals. | 0.10 | 1,075.00 | $107.50 |
| 03/20/2024 | BDD | CP | Email G. Brown re PSZJ January monthly fee statement. | 0.10 | 595.00 | $59.50 |
| 03/21/2024 | BDD | CP | Review large case guideline requirements and compare exhibits with Diocese of Oakland fee application (.60) and emails J. Lucas and G. Brown re same (.20). | 0.80 | 595.00 | $476.00 |
| 03/21/2024 | DG | CP | Correspond with T. Fuhr/UST office re: fee applications. | 0.10 | 1,695.00 | $169.50 |
| 03/21/2024 | DG | CP | Correspond with J. Lucas and G. Brown re: large case guidelines and fee app prep. | 0.20 | 1,695.00 | $339.00 |
| 03/22/2024 | DG | CP | Correspond with G. Brown re; fee issues (.1); review and respond to further emails re: same (.1). | 0.20 | 1,695.00 | $339.00 |
| 03/26/2024 | GNB | CP | Email with PSZJ team regarding fee examiner reports. | 0.10 | 1,075.00 | $107.50 |
| 03/27/2024 | BMM | CP | Call with O. Katz and E. Frejka regarding first interim fee applications. | 0.30 | 975.00 | $292.50 |
| 03/27/2024 | GNB | CP | Email with PSZJ team regarding fee examiner initial report on PSZJ first interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 03/27/2024 | JIS | CP | Review/respond to email regarding fee examiner report. | 0.10 | 1,850.00 | $185.00 |
| 03/28/2024 | GNB | CP | Email with PSZJ regarding budgeting for next quarter. | 0.10 | 1,075.00 | $107.50 |
| 03/29/2024 | BMM | CP | Call with G. Brown and E. Frejka regarding PSZJ interim fee application. | 0.50 | 975.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 24
Invoice 139241
March 31, 2024

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 03/29/2024 | GNB | CP | Call with E. Frejka and B. Michael regarding PSZJ first interim fee application (.5); prepare for same and review E. Frejka email to J. Blumberg regarding Committee member expenses (.1). | 0.60 | 1,075.00 | $645.00 |
| | | | | 3.70 | | $3,833.00 |

**Other Professional Compensation**

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 03/01/2024 | BDD | CPO | Email G. Brown re Debtor's professionals' filed fee applications. | 0.10 | 595.00 | $59.50 |
| 03/01/2024 | GNB | CPO | Email BB and BRG regarding appointment of fee examiner and request for LEDES data. | 0.10 | 1,075.00 | $107.50 |
| 03/04/2024 | BDD | CPO | Email G. Brown re certificate of service re filed fee applications of Committee professionals. | 0.10 | 595.00 | $59.50 |
| 03/04/2024 | BDD | CPO | Review fee applications filed by Debtor's professionals (.20) and email billing subcommittee re same (.10). | 0.30 | 595.00 | $178.50 |
| 03/05/2024 | BDD | CPO | Email Omni team re service of Committee professionals' interim fee applications. | 0.10 | 595.00 | $59.50 |
| 03/08/2024 | GNB | CPO | Call with D. Ray Strong (partial) and M. Babcock regarding fee applications and fee examiner. | 0.60 | 1,075.00 | $645.00 |
| 03/21/2024 | BDD | CPO | Review Debtor's professionals' Feb. monthly fee statements (.20) and email billing subcommittee re same (.10). | 0.30 | 595.00 | $178.50 |
| 03/21/2024 | GNB | CPO | Review email from T. Fehr regarding BB interim fee applications; email with BB regarding same. | 0.10 | 1,075.00 | $107.50 |
| 03/21/2024 | GNB | CPO | Email PSZJ team regarding interim fee applications opposition; call with J. Lucas regarding same. | 0.10 | 1,075.00 | $107.50 |
| 03/27/2024 | BMM | CPO | Call with J. Kim regarding litigation support vendor payment. | 0.10 | 975.00 | $97.50 |
| 03/28/2024 | BDD | CPO | Review email re rescheduled hearing on interim fee applications (.10) and emails B. Michael, B. Anavim and M. Kulick re same (.10). | 0.20 | 595.00 | $119.00 |

Pachulski Stang Ziehl & Jones LLP      Page:   25
Archdiocese of San Francisco O.C.C.      Invoice 139241
Client 05068.00002      March 31, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/28/2024 | GNB | CPO | Email with J. Bair regarding Committee budget and Debtor changing fee application hearing. | 0.10 | 1,075.00 | $107.50 |
| 03/28/2024 | GNB | CPO | Prepare Committee professionals' budget. | 0.10 | 1,075.00 | $107.50 |
| | | | | 2.30 | | $1,934.50 |

**General Creditors' Committee**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2024 | JIS | GC | Call with B. Michael re agenda for Committee and state court counsel meetings. | 0.50 | 1,850.00 | $925.00 |
| 03/05/2024 | AWC | GC | SSC call regarding litigation issues. | 0.30 | 1,525.00 | $457.50 |
| 03/05/2024 | BMM | GC | Participate in state court counsel call regarding ongoing case issue. | 0.30 | 975.00 | $292.50 |
| 03/08/2024 | BMM | GC | Draft update on case status for Committee. | 0.60 | 975.00 | $585.00 |
| 03/08/2024 | GNB | GC | Read B. Michael email to Committee and SCC regarding status update on case. | 0.10 | 1,075.00 | $107.50 |
| 03/21/2024 | BMM | GC | Participate in meeting with SCC regarding ongoing case issues. | 0.60 | 975.00 | $585.00 |
| 03/21/2024 | JIS | GC | Call with state court counsel regarding case status. | 0.60 | 1,850.00 | $1,110.00 |
| 03/25/2024 | JIS | GC | Response to state court counsel regarding status of Committee "to do" list. | 0.30 | 1,850.00 | $555.00 |
| 03/29/2024 | AWC | GC | E-mails with client regarding meeting/issues/agenda (.1); and read underlying materials (.1). | 0.20 | 1,525.00 | $305.00 |
| | | | | 3.50 | | $4,922.50 |

**Insurance Coverage**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2024 | JIS | IC | Review/respond to draft requests for insurance discovery. | 0.70 | 1,850.00 | $1,295.00 |
| 03/11/2024 | BMM | IC | Comment on draft insurance discovery demands. | 1.10 | 975.00 | $1,072.50 |
| 03/14/2024 | JIS | IC | Meeting with M. Cohen regarding claims adjustment issues for insurance strategy. | 0.80 | 1,850.00 | $1,480.00 |
| | | | | 2.60 | | $3,847.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 26
Invoice 139241
March 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Mediation** | | | | | | |
| 03/25/2024 | BMM | ME | Review draft mediation motion. | 0.20 | 975.00 | $195.00 |
| 03/26/2024 | AWC | ME | Emails with team regarding mediation motion/comments. | 0.30 | 1,525.00 | $457.50 |
| 03/26/2024 | BMM | ME | Call with BB and J. Stang (partial) regarding mediation strategy. | 0.50 | 975.00 | $487.50 |
| 03/27/2024 | BMM | ME | Call with J. Stein regarding mediation and other case issues. | 0.60 | 975.00 | $585.00 |
| 03/27/2024 | BMM | ME | Calls with J. Stang regarding mediator and other case issues. | 0.30 | 975.00 | $292.50 |
| | | | | **1.90** | | **$2,017.50** |
| **Plan and Disclosure Statement** | | | | | | |
| 03/27/2024 | JIS | PD | Analysis of potential insurance plan objections. | 1.50 | 1,850.00 | $2,775.00 |
| 03/28/2024 | JIS | PD | Analysis of stay motion issues relating to insurance treatment under plan. | 0.90 | 1,850.00 | $1,665.00 |
| | | | | **2.40** | | **$4,440.00** |
| **Stay Litigation** | | | | | | |
| 03/02/2024 | BMM | SL | Review proposed resolution to bank motion for relief from stay. | 0.40 | 975.00 | $390.00 |
| | | | | **0.40** | | **$390.00** |

**TOTAL SERVICES FOR THIS MATTER:**             **$394,563.50**

---

### **Expenses**

| | | | |
|---|---|---|---:|
| 03/06/2024 | FE | 05068.00002 FedEx Charges for 03-06-24 | 22.05 |
| 03/06/2024 | FE | 05068.00002 FedEx Charges for 03-06-24 | 17.50 |
| 03/06/2024 | OS | Nationwide Legal, Inv. 70657 - Service of subpoenas | 212.80 |
| 03/06/2024 | RE | (42 @0.20 PER PG ) | 8.40 |
| 03/07/2024 | RE2 | COPY | 1.10 |
| 03/15/2024 | OS | Nationwide Legal, Inv. 70657 - Service of subpoenas | 217.20 |
| 03/15/2024 | OS | Nationwide Legal, Inv. 70657 - Service of subpoenas | 217.20 |
| 03/19/2024 | LN | 05068.00002 Lexis Charges for 03-19-24 | 79.45 |
| 03/19/2024 | LN | 05068.00002 Lexis Charges for 03-19-24 | 49.63 |
| 03/19/2024 | LN | 05068.00002 Lexis Charges for 03-19-24 | 87.71 |
| 03/20/2024 | LN | 05068.00002 Lexis Charges for 03-20-24 | 22.69 |
| 03/20/2024 | LN | 05068.00002 Lexis Charges for 03-20-24 | 13.26 |
| 03/25/2024 | LN | 05068.00002 Lexis Charges for 03-25-24 | 12.41 |
| 03/29/2024 | LN | 05068.00002 Lexis Charges for 03-29-24 | 49.62 |
| 03/31/2024 | OS | Everlaw, Inv. 112003 | 528.00 |
| 03/31/2024 | PAC | Pacer - Court Research | 55.80 |

**Total Expenses for this Matter**                                  **$1,594.82**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     28
Invoice 139241
March 31, 2024

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  03/31/2024**           **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $20,148.38 | $0.00 | $20,148.38 |
| 135996 | 10/31/2023 | $54,046.16 | $0.00 | $54,046.16 |
| 136651 | 11/30/2023 | $37,476.46 | $0.00 | $37,476.46 |
| 136655 | 12/31/2023 | $19,879.02 | $0.00 | $19,879.02 |
| 136837 | 01/31/2024 | $22,075.48 | $0.00 | $22,075.48 |
| 138700 | 02/29/2024 | $162,414.00 | $1,697.26 | $164,111.26 |

**Total Amount Due on Current and Prior Invoices:**                              **$692,765.08**