1  Berkeley Research Group, LLC
   Matthew K. Babcock
2  D. Ray Strong
   Paul N. Shields
3  201 S. Main Street, Suite 450
   Salt Lake City, UT 84111
4  Telephone: 801.364.6233
   Facsimile: 801.355.9926
5  Email:  mbabcock@thinkbrg.com
            rstrong@thinkbrg.com
6            pshields@thinkbrg.com

7  *Financial Advisor to the Official Committee of*
   *Unsecured Creditors*
8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **SAN FRANCISCO DIVISION**
11

12 | In re: | Case No. 23-40523 WJL |

13 | THE ROMAN CATHOLIC
   | ARCHBISHOP OF SAN FRANCISCO |

14 |      Debtor. | Chapter 11 Cases |

15

16                         **SECOND MONTHLY FEE STATEMENT OF
                            BERKELEY RESEARCH GROUP FOR
17                          ALLOWANCE AND PAYMENT OF
                            INTERIM COMPENSATION AND
18                          REIMBURSEMENT OF EXPENSES FOR
                            THE PERIOD MARCH 1, 2024 THROUGH
19                          MARCH 31, 2024**

20

21

22

23

24

25

26

27

28

| Name of Applicant: | Berkeley Research Group, LLC ("**BRG**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2024 – March 31, 2024 |
| Amount of Compensation Requested:[1] | $118,991.70 |
| Less 20% Holdback: | ($23,798.34) |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $95,193.36 |

1.      Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Second Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2024 through March 31, 2024 (the "Fee Period"). By this second statement, BRG seeks payment in the amount of $95,193.36 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2.      Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $13,221.30 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3.  BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4.  In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Monthly Fee Statement (the "Objection Deadline") to serve an objection to the Monthly Fee Statement on BRG and each of the other Notice Parties.

5.  If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$95,193.36** which consists of eighty percent (80%) of BRG's total fees of **$95,193.36**, and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6.  To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

1    Dated: May 20, 2024                         Respectfully submitted,

2                                                By:   /s/ D. Ray Strong
                                                     D. Ray Strong
3                                                    Berkeley Research Group, LLC
                                                     201 South Main Street, Suite 450
4                                                    Salt Lake City, Utah 84111
                                                     Telephone: (801) 364-6233
5                                                    Email:  rstrong@thinkbrg.com

6                                                *Financial Advisors to the Official Committee
                                                 of Unsecured Creditors*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

### Exhibit A: Summary of Fees By Professional
For the Period 03/01/24 through 03/31/24

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| R. Strong | Managing Director | $815.00 | 26.9 | $21,923.50 |
| M. Babcock | Director | $755.00 | 6.3 | $4,756.50 |
| J. Shaw | Associate Director | $675.00 | 79.3 | $53,527.50 |
| J. Funk | Senior Managing Consultant | $650.00 | 2.1 | $1,365.00 |
| C. Tergevorkian | Managing Consultant | $480.00 | 57.9 | $27,792.00 |
| J. Freeman | Consultant | $385.00 | 6.1 | $2,348.50 |
| S. Chaffos | Consultant | $415.00 | 15.6 | $6,474.00 |
| A. Stubbs | Associate | $320.00 | 30.4 | $9,728.00 |
| S. Rawlings | Associate | $225.00 | 11.7 | $2,632.50 |
| Y. Xu | Associate | $225.00 | 1.5 | $337.50 |
| D. Godfrey | Case Assistant | $160.00 | 8.3 | $1,328.00 |
| **TOTAL** | | | **246.1** | **$132,213.00** |
| **Agreed Upon Concession:** | **10%** | | | **($13,221.30)** |
| **TOTAL REQUESTED FEES** | | | | **$118,991.70** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$483.51** |

# EXHIBIT B



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

### Exhibit B: Summary of Fees By Task Code
For the Period 03/01/24 through 03/31/24

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 - Document / Data Analysis (Financial / Accounting) | 16.3 | $5,833.00 |
| 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System | 5.5 | $3,846.00 |
| 200.40 - Document / Data Analysis (Corporate) | 74.3 | $48,956.50 |
| 200.90 - Document / Data Analysis (Production Requests) | 26.7 | $15,394.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 10.1 | $3,089.50 |
| 300.00 - Asset Analysis (General - Debtors) | 14.7 | $9,817.00 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 0.8 | $652.00 |
| 304.00 - Asset Analysis (General - Parishes) | 65.8 | $29,737.00 |
| 310.00 - Asset Analysis (Cash / Bank Accounts - Debtors) | 1.3 | $624.00 |
| 311.00 - Asset Analysis (Cash / Bank Accounts - Debtors Restricted / Identified Assets) | 1.3 | $624.00 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 4.1 | $3,174.00 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 6.4 | $3,072.00 |
| 600.00 - Claims / Liability Analysis (General) | 8.0 | $2,487.50 |
| 610.00 - Claims / Liability Analysis (Survivor Claims) | 0.9 | $432.00 |
| 630.00 - Claims / Liability Analysis (Pension) | 0.3 | $144.00 |
| 1020.00 - Meeting Preparation & Attendance | 3.8 | $2,843.00 |
| 1060.00 - Fee Application Preparation & Hearing | 5.8 | $1,487.50 |
| **TOTAL** | **246.1** | **$132,213.00** |
| **Agreed Upon Concession:  10%** | | **($13,221.30)** |
| **TOTAL REQUESTED FEES** | | **$118,991.70** |
| **BLENDED RATE AFTER CONCESSION** | | **$483.51** |

# EXHIBIT C


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

**Exhibit C: Schedule of Time Detail**
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.20 - Document / Data Analysis (Financial / Accounting)** | | | | |
| 03/01/24 | S. Rawlings | 2.3 | $517.50 | Prepared comparative financial statement analysis of Catholic Charities income statements (2011 - 2021). |
| 03/01/24 | S. Rawlings | 1.2 | $270.00 | Prepared charts/tables for comparative financial statement analysis of Catholic Charities (2011 - 2021). |
| 03/01/24 | C. Tergevorkian | 1.1 | $528.00 | Evaluated comparative financial statement analysis of Catholic Charities (2011 - 2021) to develop additional follow up questions/requests. |
| 03/01/24 | S. Rawlings | 0.5 | $112.50 | Prepared comparative financial statement analysis of Catholic Charities balance sheets (2011 - 2013). |
| 03/04/24 | C. Tergevorkian | 1.3 | $624.00 | Evaluated updated comparative financial statement analysis of Catholic Charities (2011 - 2021) to develop further questions/requests. |
| 03/04/24 | S. Rawlings | 0.8 | $180.00 | Updated comparative financial statement analysis of Debtor (2013-2022). |
| 03/04/24 | S. Rawlings | 0.4 | $90.00 | Updated comparative financial statement analysis of Catholic Charities (2011-2021). |
| 03/05/24 | C. Tergevorkian | 1.0 | $480.00 | Evaluated updated comparative financial statement analysis of Administrative Offices from years 2014 - 2022 to identify additional questions/requests. |
| 03/05/24 | S. Chaffos | 0.9 | $373.50 | Investigated accessible public sources/databases to obtain additional affiliate financial statements. |
| 03/05/24 | S. Chaffos | 0.7 | $290.50 | Assessed received/missing financial statements for comparative financial statement analyses. |
| 03/05/24 | S. Rawlings | 0.7 | $157.50 | Updated comparative financial statement analysis of Catholic Charities with 2022 financial statement. |
| 03/05/24 | C. Tergevorkian | 0.3 | $144.00 | Examined financial statements contained in Debtor's monthly operation reports to incorporate in comparative financial statement analysis of the Debtor. |
| 03/06/24 | C. Tergevorkian | 1.0 | $480.00 | Assessed received/missing financial information requested for Debtor for further follow up. |
| 03/21/24 | C. Tergevorkian | 0.6 | $288.00 | Analyzed management letters for Debtor's auditors for financial analysis. |
| 03/22/24 | C. Tergevorkian | 0.7 | $336.00 | Analyzed Debtor's financial productions to evaluate financial statement historical activities. |



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

**Exhibit C: Schedule of Time Detail**
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

### 200.20 - Document / Data Analysis (Financial / Accounting)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/25/24 | Y. Xu | 1.5 | $337.50 | Updated financial document production indexes for Debtor Affiliates (St. Vincent De Paul Society, Myanmar Ministry, and Catholic Charities of the Archdiocese of San Francisco). |
| 03/25/24 | C. Tergevorkian | 1.3 | $624.00 | Investigated public sources for available financial information relating to Catholic Charities CYO entity for asset analysis. |
| *Task Code:* **200.20** | | *16.3* | *$5,833.00* | *Totals* |

### 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/08/24 | R. Strong | 2.4 | $1,956.00 | Analyzed Sage Intacct Accounting System specifications to address data production issues with Debtor/Sage. |
| 03/11/24 | R. Strong | 0.9 | $733.50 | Finalized correspondence to UCC Counsel regarding Sage accounting data export options to address production issues with Debtor/Sage. |
| 03/15/24 | R. Strong | 0.3 | $244.50 | Revised Sage Intacct accounting system supplemental correspondence to send to Debtor regarding available options for complete data export. |
| 03/19/24 | C. Tergevorkian | 0.8 | $384.00 | Analyzed document productions relating to Intacct and Serenic account system data extracts regarding contents/completeness. |
| 03/20/24 | C. Tergevorkian | 1.1 | $528.00 | Continued analyzing document productions relating to Intacct and Serenic account system data extracts regarding contents/completeness. |
| *Task Code:* **200.30** | | *5.5* | *$3,846.00* | *Totals* |

### 200.40 - Document / Data Analysis (Corporate)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/01/24 | R. Strong | 0.5 | $407.50 | Attended call with BRG (MB,JS) regarding analysis of meeting minutes produced by Debtor (Finance Council, Audit Committee, Deposit & Loan Committee). |
| 03/01/24 | M. Babcock | 0.5 | $377.50 | Met with BRG (RS, JS) regarding evaluation of meeting minutes produced by Debtor (Finance Council, Audit Committee, Deposit & Loan Committee. |
| 03/01/24 | J. Shaw | 0.5 | $337.50 | Met with BRG (RS, MB) regarding analysis of meeting minutes (including Finance Council, Deposit & Loan Committee, and Audit Committee) produced by Debtor. |
| 03/01/24 | R. Strong | 0.1 | $81.50 | Attended call with Debtor FA (WW,CH) regarding case status/document production updates. |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 11 of 27



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

### Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

**200.40 - Document / Data Analysis (Corporate)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/04/24 | J. Shaw | 2.5 | $1,687.50 | Examined produciton of D&L Committee meeting minutes for assets/relationships described therein. |
| 03/04/24 | J. Shaw | 1.1 | $742.50 | Met with BRG (JF) regarding development of assignments regarding Board/Council/Committee meeting minutes produced by Debtor. |
| 03/04/24 | J. Funk | 1.1 | $715.00 | Met with BRG (JS) regarding development of assignments regarding Board/Council/Committee meeting minutes produced by Debtor. |
| 03/05/24 | J. Shaw | 2.8 | $1,890.00 | Examined D&L Committee meeting minutes and assets/relationships described therein (2015-2019). |
| 03/05/24 | J. Shaw | 2.7 | $1,822.50 | Examined D&L Committee meeting minutes and assets/relationships described therein (2020-2023). |
| 03/05/24 | J. Shaw | 1.0 | $675.00 | Met with BRG (JF) to discuss Board/Council/Committee meeting minutes of documents produced by Debtor. |
| 03/05/24 | J. Funk | 1.0 | $650.00 | Met with BRG (JS) to discuss Board/Council/Committee meeting minutes analysis of documents produced by Debtor. |
| 03/06/24 | J. Shaw | 2.6 | $1,755.00 | Evaluated D&L Committee meeting minutes (including assets, relationships described therein) from the years of 2015 - 2023. |
| 03/07/24 | J. Shaw | 2.8 | $1,890.00 | Evaluated meeting minutes produced to date by Debtor to assess missing/addition request. |
| 03/08/24 | J. Shaw | 2.8 | $1,890.00 | Analyzed Finance Committee Meeting Minute attachments (including asset, relationships described therein) (2016-2018). |
| 03/08/24 | J. Shaw | 2.8 | $1,890.00 | Analyzed Finance Committee Meeting Minute attachments (including asset, relationships described therein) (2018-2020). |
| 03/12/24 | J. Shaw | 2.3 | $1,552.50 | Analyzed assets / relationships referenced in Finance Committee meeting minutes (2021-2023). |
| 03/13/24 | J. Shaw | 2.8 | $1,890.00 | Analyzed assets / relationships identified in Institutional Deposit & Loan Committee meeting minutes (2020-2021). |
| 03/13/24 | J. Shaw | 2.0 | $1,350.00 | Examined assets / relationships identified in Debtor's audited financial statements included in meeting minutes (2015 - 2022). |
| 03/13/24 | J. Shaw | 0.8 | $540.00 | Examined assets and relationships in Debtor's audited financial statements. |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 12 of 27



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

## Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

### 200.40 - Document / Data Analysis (Corporate)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/14/24 | J. Shaw | 2.7 | $1,822.50 | Continued to analyze assets / relationships described in Institutional Deposit & Loan Committee meeting minutes (2015-2016, 2019). |
| 03/14/24 | J. Shaw | 1.7 | $1,147.50 | Continued to analyze assets / relationships referenced in Institutional Deposit & Loan Committee meeting minutes (2020-2021). |
| 03/15/24 | J. Shaw | 0.8 | $540.00 | Evaluated finance council meeting minutes (including assets / relationships described within). |
| 03/18/24 | J. Shaw | 2.5 | $1,687.50 | Analyzed meeting minutes produced by Debtor to assess compliance to UCC document requests. |
| 03/19/24 | J. Shaw | 2.1 | $1,417.50 | Analyzed meeting minutes produced by Debtor to evaluate compliance to UCC document requests. |
| 03/19/24 | J. Shaw | 1.9 | $1,282.50 | Prepared schedule of identified missing meeting minutes pursuant to UCC Counsel request. |
| 03/19/24 | J. Shaw | 1.1 | $742.50 | Continued to analyze meeting minutes produced by Debtor to determine compliance to UCC document requests. |
| 03/20/24 | J. Shaw | 2.7 | $1,822.50 | Prepared schedule of missing meeting minutes pursuant to evaluation of Debtor's compliance to UCC document requests. |
| 03/20/24 | J. Shaw | 1.1 | $742.50 | Updated analysis of missing meeting minutes to supplement report to UCC Counsel. |
| 03/20/24 | C. Tergevorkian | 1.0 | $480.00 | Analyzed document productions relating to articles of incorporation / bylaws to evaluate compliance with UCC requests. |
| 03/21/24 | C. Tergevorkian | 1.0 | $480.00 | Analyzed document productions relating to Debtor's policies / procedures materials. |
| 03/22/24 | J. Shaw | 1.2 | $810.00 | Updated schedule of committee meeting minutes not produced by the Debtor per UCC Counsel request. |
| 03/22/24 | C. Tergevorkian | 0.8 | $384.00 | Analyzed documents produced by Debtor relating to Audit Committee meeting minutes. |
| 03/22/24 | J. Shaw | 0.7 | $472.50 | Met with BRG (CT) to evaluate Debtor's production of meeting minutes for assessment of compliance with UCC requests. |
| 03/22/24 | C. Tergevorkian | 0.7 | $336.00 | Met with BRG (JS) to discuss Debtor's production of meeting minutes to identify missing periods. |
| 03/22/24 | C. Tergevorkian | 0.5 | $240.00 | Analyzed document productions to identify Finance Council meeting minutes (including meeting materials) for analysis. |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 13 of 27



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

## Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.40 - Document / Data Analysis (Corporate)** | | | | |
| 03/22/24 | C. Tergevorkian | 0.5 | $240.00 | Analyzed document productions to identify Institutional Deposit & Loan Committee meeting minutes (including meeting materials) for analysis. |
| 03/22/24 | C. Tergevorkian | 0.5 | $240.00 | Analyzed document productions to identify Insurance Subcommittee meeting minutes (including meeting materials) for analysis. |
| 03/22/24 | C. Tergevorkian | 0.5 | $240.00 | Analyzed document productions to identify Investment Committee meeting minutes (including meeting materials) for analysis. |
| 03/25/24 | J. Shaw | 1.9 | $1,282.50 | Analyzed assets / relationships contained in Audit Committee minutes (2015-2019). |
| 03/25/24 | J. Shaw | 1.9 | $1,282.50 | Analyzed assets / relationships contained in Audit Committee minutes (2019-2023). |
| 03/26/24 | C. Tergevorkian | 1.0 | $480.00 | Examined Debtor's policies / procedures documentation included in document productions for entity relationships. |
| 03/27/24 | J. Shaw | 2.2 | $1,485.00 | Continued to examine 2016 Finance Council meeting minutes (including assets / relationships referenced therein). |
| 03/27/24 | J. Shaw | 2.2 | $1,485.00 | Examined 2016 Finance Council meeting minutes (including assets / relationships referenced therein). |
| 03/27/24 | J. Shaw | 2.2 | $1,485.00 | Examined 2017 Finance Council meeting minutes (including assets / relationships referenced therein). |
| 03/28/24 | J. Shaw | 1.9 | $1,282.50 | Continued to evaluate 2016-2017 Finance Committee meeting minutes (including assets, relationships described therein). |
| 03/28/24 | J. Shaw | 1.8 | $1,215.00 | Evaluated 2016 - 2017 Finance Committee meeting minutes (including assets, relationships described therein). |
| 03/28/24 | J. Shaw | 0.2 | $135.00 | Prepared correspondence to UCC Counsel regarding document production issues regarding Board/Council/Committee meeting minutes. |
| 03/29/24 | J. Shaw | 2.3 | $1,552.50 | Analyzed 2016 - 2017 Finance Council meeting minutes (including assets and relationships). |
| **Task Code: 200.40** | | **74.3** | **$48,956.50** | *Totals* |
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 03/04/24 | C. Tergevorkian | 1.0 | $480.00 | Examined recently uploaded documents by the Debtor relating to production DEBTOR008. |

Case: 23-30564   Doc# 646   Filed: 05/20/24   Entered: 05/20/24 10:35:40   Page 14 of 27


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

**Exhibit C: Schedule of Time Detail**
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

### 200.90 - Document / Data Analysis (Production Requests)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/15/24 | C. Tergevorkian | 0.8 | $384.00 | Analyzed document production to identify financial statements auditors for the Debtor and related affiliates for 2004 motion. |
| 03/18/24 | A. Stubbs | 1.9 | $608.00 | Examined Debtor's stage 1 through 4 responses / objections to the UCC Committee's document requests to assess compliance. |
| 03/18/24 | C. Tergevorkian | 0.9 | $432.00 | Examined Debtor's responses / objections to the UCC Committee's document requests. |
| 03/18/24 | C. Tergevorkian | 0.8 | $384.00 | Evaluated document productions received to date to determine Debtor's compliance to financial requests. |
| 03/18/24 | R. Strong | 0.6 | $489.00 | Attended call with UCC Counsel (BM, GB) and BRG (JS, CT) to assess document production compliance with UCC Committee requests pursuant to areas of responsiblity. |
| 03/18/24 | C. Tergevorkian | 0.6 | $288.00 | Attended meeting with BRG (RS, JS) and UCC Counsel (BM, GB) regarding Debtor's compliance with UCC document requests (reported by area of responsibility). |
| 03/18/24 | J. Shaw | 0.6 | $405.00 | Met with BRG (RS, CT) and UCC Counsel (BM, GB) regarding Debtor's compliance with UCC document requests (discussed by area of responsibility). |
| 03/18/24 | A. Stubbs | 0.5 | $160.00 | Examined Document Exh. A to Rule 2004 subpoena (to Archdiocese of San Francisco), 2[32] to verify completeness. |
| 03/18/24 | C. Tergevorkian | 0.4 | $192.00 | Analyzed Debtor's responses / objections to the UCC Committee's document requests. |
| 03/18/24 | R. Strong | 0.4 | $326.00 | Attended call with BRG (CT, JS) regarding document discovery compliance by Debtor pursuant to areas of responsibility. |
| 03/18/24 | R. Strong | 0.4 | $326.00 | Attended call with UCC Counsel (JS, AC, GM, GB) and BRG (JS, CT) regarding Debtor document discovery strategy pursuant to objections. |
| 03/18/24 | C. Tergevorkian | 0.4 | $192.00 | Attended meeting with UCC Counsel (GB, GM, JS, AC) and BRG (RS, JS) regarding Debtor document discovery strategy based on position taken regarding affiliates. |
| 03/18/24 | J. Shaw | 0.4 | $270.00 | Met with BRG (RS, CT) to discuss Debtor's compliance with document discovery based on area of responsibility. |
| 03/18/24 | C. Tergevorkian | 0.4 | $192.00 | Met with BRG (RS, JS) to discuss status of document productions based on areas of responsibility. |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 15 of 27



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

## Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

### 200.90 - Document / Data Analysis (Production Requests)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/18/24 | J. Shaw | 0.4 | $270.00 | Met with UCC Counsel (JS, GM, GB, AC) and BRG (RS, CT) regarding Debtor document discovery strategy resulting from objections. |
| 03/19/24 | R. Strong | 0.5 | $407.50 | Met with BRG (JS, CT) to discuss updates (based on areas of responsibility) to assessment of Debtor's compliance to UCC document requests for report to UCC Counsel. |
| 03/19/24 | C. Tergevorkian | 0.5 | $240.00 | Met with BRG (JS, RS) to discuss updates (based on areas of responsibility) to evaluate Debtor's compliance to document requests. |
| 03/19/24 | J. Shaw | 0.5 | $337.50 | Met with BRG (RS, CT) to discuss updates (based on areas of responsibility) to examine Debtor's compliance to UCC document requests for report to UCC Counsel. |
| 03/22/24 | C. Tergevorkian | 2.1 | $1,008.00 | Finalized updated analysis regarding Debtor's compliance to UCC document requests for UCC Counsel. |
| 03/22/24 | J. Shaw | 0.9 | $607.50 | Analyzed draft of BRG analysis regarding Debtor's compliance to UCC document requests to be sent to UCC Counsel. |
| 03/25/24 | R. Strong | 1.2 | $978.00 | Attended call with UCC Counsel (BM, AC) and BRG (JS, CT) regarding status/responsiveness of latest document productions pursuant to areas of responsibility. |
| 03/25/24 | C. Tergevorkian | 1.2 | $576.00 | Attended meeting with BRG (RS, JS) and UCC Counsel (BM, AC) regarding Debtor's compliance to UCC document requests (based on areas of responsibility). |
| 03/25/24 | C. Tergevorkian | 1.2 | $576.00 | Evaluated lastest document productions for updates to master document production tracker in preparation for call with UCC Counsel. |
| 03/25/24 | J. Shaw | 1.2 | $810.00 | Met with BRG (RS, CT) and UCC Counsel (BM, AC) regarding responsiveness of document requests (reported based on areas of responsibility). |
| 03/25/24 | R. Strong | 0.6 | $489.00 | Attended call with BRG (CT) to assess Debtor document production responses based on latest production. |
| 03/25/24 | C. Tergevorkian | 0.6 | $288.00 | Met with BRG (RS) to assess Debtor document production responses based on last production. |
| 03/25/24 | J. Shaw | 0.5 | $337.50 | Analyzed status of document requests for meeting minutes in preparation for call with UCC Counsel. |

Case: 23-30564   Doc# 646   Filed: 05/20/24   Entered: 05/20/24 10:35:40   Page 16 of 27


**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

### Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 03/25/24 | J. Shaw | 0.3 | $202.50 | Provided updates for master production tracker regarding meeting minutes/corporate records. |
| 03/28/24 | R. Strong | 1.3 | $1,059.50 | Attended call with UCC Counsel (AC, BM), Debtor Counsel (SG, JN), BRG (JS, CT), and Debtor FA (WW, CH) regarding document productions. |
| 03/28/24 | C. Tergevorkian | 1.3 | $624.00 | Attending meeing with BRG (RS, JS), UCC Counsel (BM, AC), Debtor FA's (WW, CH), and Debtor's Counsel (SG, JN) to discuss document discovery issues. |
| 03/28/24 | J. Shaw | 1.3 | $877.50 | Met with BRG (RS, CT), UCC Counsel (BM, AC), Debtor FA (WW, CH) and Debtor Counsel (SG, JN) regarding status of document production. |
| 03/28/24 | J. Shaw | 0.5 | $337.50 | Met with BRG (CT) in preparation for meeting with UCC Counsel and Debtor Counsel regarding document production issues. |
| 03/28/24 | C. Tergevorkian | 0.5 | $240.00 | Met with BRG (JS) to prepare for meeting with UCC Counsel and Debtor Counsel regarding document production issues. |
| ***Task Code: 200.90*** | | ***26.7*** | ***$15,394.00*** | ***Totals*** |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 03/04/24 | S. Rawlings | 2.8 | $630.00 | Analyzed MOR cash receipts / disbursements of investment pool account details (August - December 2023) to monitor Debtor's post-petition activities. |
| 03/04/24 | S. Chaffos | 1.7 | $705.50 | Analyzed MOR detailed cash disbursements (August 2023 - January 2024) for post-petition monitoring of Debtor's activities of all bank accounts. |
| 03/04/24 | S. Chaffos | 1.3 | $539.50 | Analyzed MOR detailed cash receipts (August 2023 - January 2024) for post-petition monitoring of Debtor's activities of all bank accounts. |
| 03/05/24 | S. Chaffos | 1.3 | $539.50 | Evaluated MOR cash receipts and disbursements transactions of Investment Pool Accounts (August 2023 - January 2024) to identify questions/additional follow up. |
| 03/05/24 | S. Rawlings | 0.3 | $67.50 | Analyzed MOR cash receipts / disbursements of investment pool account details (January 2024) to monitor Debtor's post-petition activities. |
| 03/07/24 | S. Rawlings | 0.4 | $90.00 | Updated ending MOR cash balance comparison analysis summary amounts (August 2023 - January 2024) to evaluate historical trends. |



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
### Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 03/08/24 | S. Rawlings | 0.4 | $90.00 | Updated ending MOR cash balance comparison analysis with Account 9001 (October 2023 - January 2024). |
| 03/22/24 | S. Rawlings | 1.1 | $247.50 | Analyzed MOR detailed cash receipts / disbursement transactions (February 2024) to identify any questionable transactions for additional follow up. |
| 03/22/24 | S. Rawlings | 0.6 | $135.00 | Updated ending MOR cash balance comparison analysis (February 2024) to monitor Debtor's cash activities. |
| 03/22/24 | S. Rawlings | 0.2 | $45.00 | Updated comparative financial statement analysis with February 2024 MOR data. |
| *Task Code: 220.00* | | *10.1* | *$3,089.50* | *Totals* |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 03/01/24 | J. Shaw | 1.4 | $945.00 | Evaluated publically sourced financial information compiled by BRG team for asset analysis. |
| 03/01/24 | R. Strong | 1.3 | $1,059.50 | Analyzed documents produced by Debtor for information relating to assets owned by Debtor / Affiliates for preliminary asset analysis. |
| 03/01/24 | J. Shaw | 1.1 | $742.50 | Evaluated Debtor's Cash Management Motion to identify Debtor's bank/investment accounts for asset analysis. |
| 03/01/24 | J. Shaw | 1.0 | $675.00 | Analyzed Passarello declaration relating to identification of assets / relationships for preliminary asset analysis. |
| 03/01/24 | M. Babcock | 0.7 | $528.50 | Analyzed assets detailed in corporate records (including meeting minutes) for preliminary asset analysis. |
| 03/01/24 | M. Babcock | 0.4 | $302.00 | Evaluated status of ongoing document productions for asset analysis (including identification of follow-up items for Debtor). |
| 03/04/24 | M. Babcock | 0.2 | $151.00 | Evaluated status of current assignments/analyses for preliminary asset analysis. |
| 03/08/24 | C. Tergevorkian | 0.5 | $240.00 | Examined updated MOR bank balance analysis for preliminary asset analysis of the Debtor. |
| 03/11/24 | M. Babcock | 0.9 | $679.50 | Met with BRG (JS) to analyze IDL Committee meeting minutes (including assets / relationships discussed therein) (2015 - 2022) for asset analysis. |
| 03/11/24 | J. Shaw | 0.9 | $607.50 | Met with BRG (MB) to discuss IDL Committee Minutes (including assets / relationships described therein) for asset analysis. |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 18 of 27



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

## Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 03/14/24 | M. Babcock | 0.7 | $528.50 | Investigated issues related to potential digital currency assets held by Debtor. |
| 03/14/24 | R. Strong | 0.4 | $326.00 | Analyzed court filings regarding other assets to investigate including possible cryptocurrency donations/accounts. |
| 03/14/24 | R. Strong | 0.3 | $244.50 | Attended call with UCC Counsel (BM) regarding asset references in Finance Committee minutes. |
| 03/15/24 | C. Tergevorkian | 0.9 | $432.00 | Analyzed Debtor pleadings regarding potential cryptocurrency holdings pursuant to request of UCC Counsel. |
| 03/15/24 | R. Strong | 0.5 | $407.50 | Analyzed Debtor document productions regarding cryptocurrency donations for asset analysis. |
| 03/20/24 | C. Tergevorkian | 2.3 | $1,104.00 | Analyzed documents produced on January 04, 2024 to identify asset information for preliminary asset analysis. |
| 03/21/24 | C. Tergevorkian | 0.4 | $192.00 | Analyzed documents produced on February 09, 2024 to identify asset information for preliminary asset analysis. |
| 03/27/24 | R. Strong | 0.8 | $652.00 | Analyzed Finance Counsel minutes for asset references to include in preliminary asset analysis. |
| ***Task Code:  300.00*** | | ***14.7*** | ***$9,817.00*** | ***Totals*** |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 03/01/24 | R. Strong | 0.8 | $652.00 | Analyzed Finance Council meeting minutes (including relating produced documentation) for asset references for ongoing asset analysis. |
| ***Task Code:  302.00*** | | ***0.8*** | ***$652.00*** | ***Totals*** |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 03/01/24 | J. Shaw | 0.9 | $607.50 | Met with BRG (CT-Partial, AS) to discuss analysis of Parish/Parish schools financial statements to identify missing information. |
| 03/01/24 | A. Stubbs | 0.9 | $288.00 | Met with BRG (JS, CT-Partial) to discuss evaluation of Parish/Parish schools financial information to identify missing documents. |
| 03/01/24 | C. Tergevorkian | 0.5 | $240.00 | Attended partial meeting with BRG (JS, AS) to discuss analysis of over 1,600 Parish/Parish schools financial statements to identify missing information. |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 19 of 27


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

**Exhibit C: Schedule of Time Detail**
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| | | | | |

**304.00 - Asset Analysis (General - Parishes)**

| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| 03/01/24 | M. Babcock | 0.5 | $377.50 | Met with BRG (JS) regarding completion of updates to master Parish financial statement index based on latest Debtor productions. |
| 03/01/24 | J. Shaw | 0.5 | $337.50 | Met with BRG (MB) regarding timing of completing updates to master Parish financial statement index based on Debtor productions. |
| 03/01/24 | A. Stubbs | 0.5 | $160.00 | Updated Parish financial statement master index with Debtor productions to evaluate completeness of productions. |
| 03/01/24 | J. Shaw | 0.2 | $135.00 | Evaluated updates made by BRG team to master Parish financial statement index to identify missing statements. |
| 03/04/24 | A. Stubbs | 2.3 | $736.00 | Examined Parish financial statements to evaluate completeness of productions from Debtor. |
| 03/06/24 | A. Stubbs | 0.5 | $160.00 | Updated master Parish financial statement index to identify closed locations as indicated in the Archdiocese Directory. |
| 03/13/24 | A. Stubbs | 2.8 | $896.00 | Updated Parish financial statement master index with Debtor productions to evaluate completeness of productions. |
| 03/13/24 | A. Stubbs | 2.4 | $768.00 | Analyzed Parish index for pastor information to reconcile received financial statements in the Parish index with the diocese directory. |
| 03/14/24 | A. Stubbs | 2.6 | $832.00 | Continued to analyze Parish index for pastor information to reconcile received financial statements in the Parish index with the diocese directory. |
| 03/14/24 | A. Stubbs | 2.4 | $768.00 | Analyzed Parish school financial statements to confirm completeness of production to update financial statement tracker. |
| 03/18/24 | S. Chaffos | 1.3 | $539.50 | Examined 2022 Parish financial statements produced by Debtor for ability-to-pay analysis. |
| 03/18/24 | R. Strong | 1.1 | $896.50 | Analyzed Parish financial statements examples to develop data export template for Python scripting to automate data processing for asset analysis. |
| 03/18/24 | C. Tergevorkian | 0.6 | $288.00 | Analyzed Parish financial documents produced by Debtor (2014 - 2023) to develop assignments / work flow. |
| 03/18/24 | S. Chaffos | 0.4 | $166.00 | Met with BRG (CT) to discuss analysis of over 1,600 financial documents produced relating to Parish financial statements (2014 - 2023). |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 20 of 27


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

### Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 03/18/24 | C. Tergevorkian | 0.4 | $192.00 | Met with BRG (SC) to discuss analysis of over 1,600 financial documents produced relating to Parish financial statements (2014 - 2023). |
| 03/18/24 | C. Tergevorkian | 0.2 | $96.00 | Met with BRG (AS) to discuss analysis of over 1,600 financial documents produced relating to Parish financial statements (2014 - 2023). |
| 03/18/24 | A. Stubbs | 0.2 | $64.00 | Met with BRG (CT) to discuss analysis of over 1,600 financial documents produced relating to Parish financial statements (2014 - 2023). |
| 03/19/24 | S. Chaffos | 2.0 | $830.00 | Analyzed Parish financial statements produced by Debtor to analyze liabilities owed for ability-to-pay analysis. |
| 03/19/24 | S. Chaffos | 1.8 | $747.00 | Continued analyzing Parish financial statements produced by Debtor to analyze liabilities for ability-to-pay analysis. |
| 03/19/24 | R. Strong | 1.4 | $1,141.00 | Analyzed QuickBooks Parish export data structure to develop Python scripting to automate data analysis. |
| 03/19/24 | C. Tergevorkian | 0.8 | $384.00 | Analyzed document productions relating to Parish financial statements (2014 - 2023) to analyze available liquid assets for ability-to-pay analysis. |
| 03/19/24 | C. Tergevorkian | 0.6 | $288.00 | Analyzed document productions relating to Parish financial statements (2014 - 2023) to develop assignments for BRG team. |
| 03/19/24 | C. Tergevorkian | 0.5 | $240.00 | Examined Parish financial statements produced (2014 - 2023) to develop representative sample for test case analysis to compare analysis costs. |
| 03/19/24 | R. Strong | 0.5 | $407.50 | Met with BRG (JS, CT) to evaluate possible test case analysis to compare costs of analyzing over 1,600 Parish financial statements as produced and the QuickBooks data export option pursuant to pending request. |
| 03/19/24 | J. Shaw | 0.5 | $337.50 | Met with BRG (RS, CT) to assess possible test case analysis to compare costs of analyzing Parish financial statements and the QuickBooks data export option. |
| 03/19/24 | C. Tergevorkian | 0.5 | $240.00 | Met with BRG (RS, JS) to investigate possible test case analysis to compare costs of analyzing Parish financial statements and the QuickBooks data export option pursuant to UCC Counsel request. |
| 03/19/24 | A. Stubbs | 0.4 | $128.00 | Evaluated Parish financial statement index to identify sample of parishes to be used in test case analysis. |

Case: 23-30564   Doc# 646   Filed: 05/20/24   Entered: 05/20/24 10:35:40   Page 21 of
27
Page 12 of 18


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

**Exhibit C: Schedule of Time Detail**
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

### 304.00 - Asset Analysis (General - Parishes)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/19/24 | C. Tergevorkian | 0.2 | $96.00 | Examined Parish financial statement formats provided by Debtor to develop test case analysis criteria for comparison of analysis costs. |
| 03/20/24 | S. Chaffos | 2.1 | $871.50 | Continued analyzing 2022 Parish financial statements for ongoing asset / contribution analysis. |
| 03/20/24 | R. Strong | 1.3 | $1,059.50 | Evaluated Parish assessment information produced by Debtor for asset analysis. |
| 03/20/24 | R. Strong | 1.2 | $978.00 | Attended call with BRG (CT) to discuss leading test case analysis to compare analysis costs of over 1,600 Parish financial statements produced and QuickBooks export data option utilizing Python scripting. |
| 03/20/24 | C. Tergevorkian | 1.2 | $576.00 | Attended call with BRG (RS) to discuss leading test case analysis to compare analysis costs of over 1,600 Parish financial statements produced and QuickBooks export data option utilizing Python scripting. |
| 03/20/24 | R. Strong | 1.2 | $978.00 | Examined QuickBooks Parish export data structure to assist in developing scripting to automate processing large volume of Parish financial data exports in database format. |
| 03/20/24 | C. Tergevorkian | 0.9 | $432.00 | Analyzed document productions relating to Parish financial statements (2014 - 2023) to follow up on missing information. |
| 03/20/24 | C. Tergevorkian | 0.6 | $288.00 | Analyzed Parish financial statements provided by Debtor (2014 - 2015) to develop test case analysis for comparison of time required to analyze currently produced Parish financial information and QuickBooks data exports pursuant to UCC Counsel request. |
| 03/20/24 | C. Tergevorkian | 0.6 | $288.00 | Met with BRG (AS) to discuss test case Parish financial statement analysis (2014 - 2023) to develop comparison of estimated cost to analyze current Parish financial statement productions and QuickBook export option pursuant to UCC Counsel request. |
| 03/20/24 | A. Stubbs | 0.6 | $192.00 | Met with BRG (CT) to discuss test case Parish financial statement analysis (2014 - 2023) for comparison of estimated cost to analyze existing Parish financial statement productions and QuickBook export option. |
| 03/20/24 | R. Strong | 0.6 | $489.00 | Prepared correspondence to UCC Counsel regarding additional requests for Parish financial statement data exports (including QuickBooks inclusion of instructions to perform extracts). |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 22 of 27



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
### Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

**304.00 - Asset Analysis (General - Parishes)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/21/24 | A. Stubbs | 2.5 | $800.00 | Analyzed Parish financial statements provided by Debtor ([Corpus Christi] 2013 - 2015) for initial test case analysis to develop estimated comparison between existing producitons and QuickBooks data export requests pursuant to UCC Counsel request. |
| 03/21/24 | A. Stubbs | 2.0 | $640.00 | Analyzed Parish financial statements provided by Debtor ([Corpus Christi] 2016 - 2023) for initial test case analysis to develop estimated comparison between existing producitons and QuickBooks data export requests pursuant to UCC Counsel request. |
| 03/21/24 | C. Tergevorkian | 1.4 | $672.00 | Analyzed documents produced on January 29, 2024 relating to Parish assessments. |
| 03/21/24 | C. Tergevorkian | 1.0 | $480.00 | Analyzed Notre Dame 2013 - 2023 financial statements to develop test case analysis to compare time/costs to analyze currently produced Parish financial data and requested QuickBooks financial statement exports pursuant to UCC Counsel request. |
| 03/21/24 | C. Tergevorkian | 0.6 | $288.00 | Analyzed documents produced on March 02, 2024 relating to Parish assessments. |
| 03/22/24 | A. Stubbs | 2.3 | $736.00 | Analyzed Parish financial statements provided by Debtor ([Finn Barr] 2013 - 2016) for initial test case analysis to develop estimated comparison between existing producitons and QuickBooks data export requests pursuant to UCC Counsel request. |
| 03/22/24 | A. Stubbs | 2.0 | $640.00 | Analyzed Parish financial statements provided by Debtor ([Finn Barr] 2017 - 2023) for initial test case analysis to develop estimated comparison between existing producitons and QuickBooks data export requests pursuant to UCC Counsel request. |
| 03/22/24 | A. Stubbs | 1.8 | $576.00 | Analyzed Parish financial statement index to confirm completeness of over 1,600 Parish financial statements produced by Debtor. |
| 03/22/24 | C. Tergevorkian | 0.9 | $432.00 | Developed analysis to compare costs of analyzing Parish financial statements (2013 - 2023) based on test cases performed pursuant to UCC Counsel request. |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 23 of 27



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 03/22/24 | C. Tergevorkian | 0.8 | $384.00 | Performed QC review of Parish financial statement analysis ([Finn Barr] 2013 - 2023) for initial test case analysis to develop estimated comparison between existing producitons and QuickBooks data export requests pursuant to UCC Counsel request. |
| 03/25/24 | R. Strong | 1.1 | $896.50 | Examined Parish financial statement productions to develop scripting to automate data evaluation in database format. |
| 03/25/24 | A. Stubbs | 1.0 | $320.00 | Analyzed Parish financial statement index to confirm completeness of over 1,600 Parish financial statements produced by Debtor. |
| 03/25/24 | J. Shaw | 0.6 | $405.00 | Analyzed Debtor productions (including Catholic Directories) to compare for the development of master Parish listing for financial statement analysis. |
| 03/26/24 | R. Strong | 0.3 | $244.50 | Attended call with BRG (CT, JFr) regarding development of Python scripting to automate processing of Parish financial data from productions. |
| 03/26/24 | C. Tergevorkian | 0.3 | $144.00 | Attended meeting with BRG (RS, JFr) regarding preparation of Python scripting to automate extraction of Parish financial data. |
| 03/26/24 | J. Freeman | 0.3 | $115.50 | Met with BRG (RS, CT) to discuss development of Python scripting to efficiently process large volume of Parish financial data from Debtor productions. |
| 03/27/24 | J. Freeman | 2.1 | $808.50 | Prepared Python scripting to efficiently process large volume of Parish financial statement data to minimize costs for Parish ability-to-pay/financial analyses. |
| 03/28/24 | J. Freeman | 2.5 | $962.50 | Prepared Python scripting to efficiently process large volume of Parish financial statement data to minimize costs for Parish ability-to-pay/financial analyses. |
| 03/29/24 | J. Freeman | 1.2 | $462.00 | Prepared Python scripting to efficiently process large volume of Parish financial statement data exports to minimize costs for Parish ability-to-pay/financial analyses. |
| 03/29/24 | C. Tergevorkian | 0.4 | $192.00 | Prepared Parish QuickBooks financial statement export structures for the preparation of Python scripting by team to efficiently process large volume of Parish financial statement data to minimize costs for Parish ability-to-pay/financial analysis. |
| *Task Code: 304.00* | | *65.8* | *$29,737.00* | *Totals* |

**310.00 - Asset Analysis (Cash / Bank Accounts - Debtors)**

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 24 of 27


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
### Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **310.00 - Asset Analysis (Cash / Bank Accounts - Debtors)** | | | | |
| 03/07/24 | C. Tergevorkian | 1.3 | $624.00 | Analyzed Debtor pleadings filed with the Court to update bank balance analysis for asset analysis. |
| *Task Code:* **310.00** | | *1.3* | *$624.00* | *Totals* |
| **311.00 - Asset Analysis (Cash / Bank Accounts - Debtors Restricted / Identified Assets)** | | | | |
| 03/22/24 | C. Tergevorkian | 1.3 | $624.00 | Analyzed Debtor document productions for evaluation of alleged restricted assets for asset analysis. |
| *Task Code:* **311.00** | | *1.3* | *$624.00* | *Totals* |
| **320.00 - Asset Analysis (Investments / Funds - Debtors)** | | | | |
| 03/21/24 | C. Tergevorkian | 0.5 | $240.00 | Analyzed Debtor document productions for identification of Balance Pool Fund statements for asset analysis. |
| 03/26/24 | R. Strong | 2.1 | $1,711.50 | Analyzed Deposit & Loan documentation produced by Debtor for ongoing asset analysis. |
| 03/27/24 | R. Strong | 1.5 | $1,222.50 | Analyzed Deposit & Loan Committee meeting minutes for asset investigation. |
| *Task Code:* **320.00** | | *4.1* | *$3,174.00* | *Totals* |
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 03/21/24 | C. Tergevorkian | 0.7 | $336.00 | Analyzed Debtor document productions for real property leases to include in real estate anaysis. |
| 03/25/24 | C. Tergevorkian | 1.5 | $720.00 | Analyzed bankruptcy schedules/SOFA for real estate information to include in real estate analysis. |
| 03/26/24 | C. Tergevorkian | 0.5 | $240.00 | Analyzed Debtor provided lease agreements to update the master real estate analysis file. |
| 03/26/24 | C. Tergevorkian | 0.5 | $240.00 | Evaluated preliminary real estate analysis to assess additional information/data to be requested/obtained. |
| 03/26/24 | C. Tergevorkian | 0.2 | $96.00 | Met with UCC Counsel (BM) regarding initial real estate analysis from available information/productions. |
| 03/27/24 | C. Tergevorkian | 1.2 | $576.00 | Continued to analyze Debtor provided lease agreements to update the master real estate file for asset analysis. |
| 03/28/24 | C. Tergevorkian | 1.8 | $864.00 | Continued to analyze Debtor provided lease agreements to update the master real estate file for asset analysis. |
| *Task Code:* **330.00** | | *6.4* | *$3,072.00* | *Totals* |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 25 of 27



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

**Exhibit C: Schedule of Time Detail**
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **600.00 - Claims / Liability Analysis (General)** | | | | |
| 03/01/24 | D. Godfrey | 1.7 | $272.00 | Analyzed interim fee applications for professional fee analysis to monitor post-petition costs. |
| 03/04/24 | S. Chaffos | 1.3 | $539.50 | Updated professional fee analysis to include payments made to professionals from MOR in January 2024. |
| 03/04/24 | S. Chaffos | 0.8 | $332.00 | Attended meeting with BRG (AS) regarding preparation of professional fee analysis for January 2024. |
| 03/04/24 | A. Stubbs | 0.8 | $256.00 | Attended meeting with BRG (SC) regarding preparation of professional fee analysis for January 2024. |
| 03/04/24 | C. Tergevorkian | 0.8 | $384.00 | Reviewed professional fee analysis for January 2024 for communication to UCC Counsel. |
| 03/21/24 | D. Godfrey | 1.7 | $272.00 | Analyzed February 2023 monthly fee statements for professional fee analysis to monitor monthly activities. |
| 03/21/24 | C. Tergevorkian | 0.9 | $432.00 | Analyzed Debtor document productions for historical loan documents relating to the evaluation of claims. |
| *Task Code: 600.00* | | *8.0* | *$2,487.50* | *Totals* |
| **610.00 - Claims / Liability Analysis (Survivor Claims)** | | | | |
| 03/19/24 | C. Tergevorkian | 0.9 | $432.00 | Analyzed Debtor document productions for documentation relating to Insurance/abuse claims for reports to UCC Counsel. |
| *Task Code: 610.00* | | *0.9* | *$432.00* | *Totals* |
| **630.00 - Claims / Liability Analysis (Pension)** | | | | |
| 03/21/24 | C. Tergevorkian | 0.3 | $144.00 | Analyzed Debtor document productions for Parochial Pension Plan for analysis of benefit plans. |
| *Task Code: 630.00* | | *0.3* | *$144.00* | *Totals* |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 03/01/24 | J. Shaw | 1.0 | $675.00 | Met with BRG (RS [partial], MB) and UCC Counsel (AC, BM [partial]) regarding case issues / ongoing document production issues for areas of responsibility. |
| 03/01/24 | M. Babcock | 1.0 | $755.00 | Met with UCC Counsel (AC, BM [partial]) and BRG (RS [partial], JS) to discuss case issues / onging document production issues for areas of responsibilty. |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 26 of 27



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

## Exhibit C: Schedule of Time Detail
For the Period 03/01/24 through 03/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 03/01/24 | R. Strong | 0.5 | $407.50 | Attended partial call with UCC Counsel (AC, BM [Partial]) and BRG (MB, JS) regarding pending case assignments / onging document production issues relating to areas of responsibility. |
| 03/08/24 | M. Babcock | 0.5 | $377.50 | Met with UCC Counsel (GB) regarding Fee Examiner/UST processes for fee applications. |
| 03/15/24 | R. Strong | 0.4 | $326.00 | Attended meeting with Debtor FA (WW, DG, CH) and BRG (MB) to discuss status of ongoing document productions. |
| 03/15/24 | M. Babcock | 0.4 | $302.00 | Met with Debtor FA (WW, DG, CH) and BRG (RS) to discuss case issues (including ongoing document request / production process). |
| *Task Code: 1020.00* | | *3.8* | *$2,843.00* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 03/04/24 | D. Godfrey | 0.4 | $64.00 | Prepared initial draft of BRG's first monthly fee statement for February 2024. |
| 03/07/24 | D. Godfrey | 1.6 | $256.00 | Prepared exhibits for February 2024 in preparation for filing BRG monthly fee statement. |
| 03/08/24 | D. Godfrey | 0.7 | $112.00 | Continued preparing exhibits for February 2024 in preparation for filing BRG monthly fee statement. |
| 03/11/24 | M. Babcock | 0.5 | $377.50 | Evaluated BRG 1st Interim Fee Application for compliance with fee guidelines. |
| 03/12/24 | D. Godfrey | 0.3 | $48.00 | Prepared February 2024 fee statement requirements for filing with Court. |
| 03/14/24 | R. Strong | 0.4 | $326.00 | Analyzed February 2024 fee statement to be filed with Court. |
| 03/15/24 | D. Godfrey | 0.9 | $144.00 | Prepared February 2024 fee statement for filing with Court. |
| 03/18/24 | D. Godfrey | 1.0 | $160.00 | Updated February 2024 fee statement exhibits for filing with Court. |
| *Task Code: 1060.00* | | *5.8* | *$1,487.50* | *Totals* |
| **TOTALS** | | **246.1** | **$132,213.00** | |

Case: 23-30564    Doc# 646    Filed: 05/20/24    Entered: 05/20/24 10:35:40    Page 27 of 27