James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
 dgrassgreen@pszjlaw.com
 gbrown@pszjlaw.com
 bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF LOS ANGELES | ) |

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On May 20, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (MARCH 2024), [DKT. NO. 645]; AND SECOND MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2024 THROUGH MARCH 31, 2024, [DKT. NO. 646]** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On May 20, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 20, 2024, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

2

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, aturgeon@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company

dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

| | |
|---|---|
| 1 | Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory<br>jstrabo@mwe.com |
| 2 | |
| 3 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 4 | |
| 5 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>jweinberg@ruggerilaw.com |
| 6 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 7 | |
| 8 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 9 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>yongli.yang@clydeco.us |

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair | | jbair@burnsbair.com<br>aturgeon@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | 202-628-5116 | mturner@crowell.com<br>jhess@crowell.com |
| *NOA - Counsel for Continental Casualty Company, Registered ECF User | Crowell & Moring LLP | Attn: Mark D Plevin<br>Three Embarcadero Ctr, 26th Fl<br>San Francisco, CA 94111 | 415-986-2827 | mplevin@crowell.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, Registered ECF User | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com;<br>patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Nathan W Reinhardt<br>Andrew Mina<br>Jeff D Kahane<br>Betty Luu | | nreinhardt@duanemorris.com<br>amina@duanemorris.com<br>JKahane@duanemorris.com<br>BLuu@duanemorris.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com<br>janie.franklin@stblaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | david.elbaum@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |