PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppartmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | [No Hearing Required] |
| Debtor and Debtor in Possession. | |

**NOTICE OF FILING OF EIGHTH MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2024 THROUGH APRIL 30, 2024**

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| 29Period for Which Compensation and Reimbursement is Sought: | April 1, 2024 through April 30, 2024 |
| Amount of Compensation Requested: | $44,741.50 |
| Net of 20% Holdback: | $35,793.20 |
| Amount of Expenses Requested: | N/A |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $35,793.20 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Financial Advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from April 1, 2024 through April 30, 2024 (the "Fee Period"). By this eighth statement, B. Riley seeks payment in the amount of $35,793.20, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

-2-

during the Fee Period.

Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the period April 1, 2024 through April 30, 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: May 20, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: May 20, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from April 1, 2024 through April 30, 2024**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $740.00 | 14.6 | $10,804.00 |
| David Greenblatt | Director | $550.00 | 13.8 | 7,590.00 |
| Coral Hansen | Managing Director | $495.00 | 30.1 | 14,899.50 |
| Tanya Anderson | Associate Director | $415.00 | 26.5 | 10,997.50 |
| Marilee Greene | Project Assistant | $265.00 | 1.7 | 450.50 |
| **TOTAL** | | | **86.7** | **$44,741.50** |

# Exhibit 2

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from April 1, 2024 through April 30, 2024**

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 10.7 | $5,961.50 |
| Case Administration | 4.0 | 2,390.00 |
| Employment/Fee Applications | 3.5 | 1,537.50 |
| Litigation | 33.9 | 18,337.50 |
| Monthly Operating Reports | 34.6 | 16,515.00 |
| **TOTAL** | **86.7** | **$44,741.50** |

# Exhibit 3

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| N/A | N/A |
| **TOTAL** | **N/A** |

# Exhibit 4

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

May 14, 2024                                                                                      Invoice # :   64892

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  April 1, 2024    through    April 30, 2024

## Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Wayne P. Weitz | 14.60 | 740.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 30.10 | 495.00 |
| David Greenblatt, CPA, CIRA | 13.80 | 550.00 |
| Tanya Anderson, CPA | 26.50 | 415.00 |
| Marilee Greene | 1.70 | 265.00 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 86.70 | $44,741.50 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.        Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

          Hours

### Business Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 4/1/2024 | C. Hansen | Cross reference Service Agreements to filings/first day motions; Send to counsel for review | 1.90 |
| 4/3/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.20 |
|  | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.20 |
|  | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.20 |
| 4/9/2024 | T. Anderson | BRAS team call discussing case, deadlines and direction | 0.30 |
|  | D. Greenblatt | BRAS team call discussing case, deadlines and direction | 0.80 |
|  | W. Weitz | Review reporting presentation of certain receipts and disbursements | 0.40 |
| 4/10/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.60 |
|  | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.60 |
|  | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and counsel re: weekly update | 0.60 |
| 4/15/2024 | D. Greenblatt | Review and analysis of Cruise lease and insurance documents per counsel request | 0.40 |
| 4/16/2024 | C. Hansen | Call with D. Greenblatt and counsel re: weekly update | 0.50 |
|  | D. Greenblatt | Call with C. Hansen and counsel re: weekly update | 0.50 |
|  | D. Greenblatt | Continue to work on insurance claim issue per counsel request | 0.70 |
|  | W. Weitz | Review Intaact account permissions | 0.40 |
| 4/17/2024 | W. Weitz | Email correspondence with client and counsel and issue review re: certain employee wage payments | 0.50 |
| 4/22/2024 | T. Anderson | Review docket filings | 0.50 |
| 4/24/2024 | C. Hansen | Call with D. Greenblatt and counsel re: weekly update | 0.70 |
|  | D. Greenblatt | Call with C. Hansen and counsel re: weekly update | 0.70 |

    SUBTOTAL: [ 10.70 5961.50]

### Case Administration

| Date | Name | Description | Hours |
|---|---|---|---|
| 4/9/2024 | D. Greenblatt | Update professional fee tracker and accounting entries for Debtor | 1.60 |
| 4/22/2024 | W. Weitz | Review OCUC rebuttal to CFO first day declaration | 1.00 |
| 4/30/2024 | D. Greenblatt | Update professional fee tracker and prepare summary of 1st interim fee application holdback payments | 1.40 |

    SUBTOTAL: [ 4.00 2390.00]

### Employment/Fee Applications

| Date | Name | Description | Hours |
|---|---|---|---|
| 4/2/2024 | M. Greene | Edit WIP for March fee statement | 0.40 |
|  | C. Hansen | Review slips for March fee statement | 0.40 |
| 4/3/2024 | M. Greene | Edit slips for March fee statement | 0.80 |
|  | C. Hansen | Review and propose edits to Timeslips | 0.60 |
| 4/4/2024 | M. Greene | Final edits in preparation of March fee statement | 0.50 |
| 4/9/2024 | W. Weitz | Review March fee statement | 0.30 |
| 4/18/2024 | W. Weitz | Remote attendance at Interim Fee Application hearing | 0.50 |

    SUBTOTAL: [ 3.50 1537.50]

### Litigation

| Date | Name | Description | Hours |
|---|---|---|---|
| 4/1/2024 | T. Anderson | Prepare litigation support reconciliation of MOR to bank statements | 0.40 |
|  | T. Anderson | Provide requested documentation for counsel | 2.30 |
| 4/2/2024 | C. Hansen | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: discovery matters | 0.20 |
|  | C. Hansen | Review Crypto functionality; Follow up with K. Kelleher and G. Lee | 1.20 |
|  | D. Greenblatt | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: discovery matters | 0.20 |
|  | W. Weitz | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: discovery matters | 0.20 |
|  | C. Hansen | Final review of Disbursement Register and outline questions for client | 3.00 |
| 4/5/2024 | W. Weitz | Call with D. Greenblatt and BRG re: discovery matters | 0.20 |
|  | D. Greenblatt | Call with W. Weitz and BRG re: discovery matters | 0.20 |
| 4/8/2024 | C. Hansen | Call with W. Weitz re: status of BRG requests | 0.30 |

|            |              |                                                                                              | Hours    |
|------------|--------------|----------------------------------------------------------------------------------------------|----------|
| 4/8/2024   | W. Weitz     | Call with C. Hansen re: status of BRG requests                                               | 0.30     |
| 4/9/2024   | C. Hansen    | Meeting with W. Weitz re: MOR disbursement registers                                         | 0.30     |
|            | W. Weitz     | Meeting with C. Hansen re: MOR disbursement registers                                        | 0.30     |
| 4/12/2024  | C. Hansen    | Call with W. Weitz, C. Hansen, D. Greenblatt & BRG re: discovery matters                     | 0.20     |
|            | D. Greenblatt| Call with W. Weitz, C. Hansen, D. Greenblatt & BRG re: discovery matters                     | 0.20     |
|            | W. Weitz     | Call with W. Weitz, C. Hansen, D. Greenblatt & BRG re: discovery matters                     | 0.20     |
| 4/15/2024  | C. Hansen    | Follow up with G. Lee re: Crypto                                                             | 0.20     |
|            | C. Hansen    | Call with K. Kelleher re: Sage sandbox                                                       | 0.30     |
| 4/16/2024  | C. Hansen    | Calls with K. Kelleher re: Sandbox permissions and testing                                   | 3.10     |
|            | W. Weitz     | Update call with C. Hansen re: crypto donations and accounting system access                 | 0.20     |
|            | C. Hansen    | Update call with W. Weitz re: crypto donations and accounting system access                  | 0.20     |
| 4/17/2024  | C. Hansen    | Test Sandbox and further review of Crypto process                                            | 2.00     |
| 4/18/2024  | C. Hansen    | Calls with K. Kelleher to review Sandbox and permissions                                     | 0.80     |
|            | C. Hansen    | Test sandbox and review permissions                                                          | 2.10     |
| 4/19/2024  | C. Hansen    | Continue reviewing Intaact permissions and testing of Sandbox                                | 2.30     |
|            | C. Hansen    | Correspondence with G. Lee and R. Linhares re: processes and procedures of Crypto; Prepare writeup for BRG | 2.80     |
|            | W. Weitz     | Email correspondence wtih counsel and client re: accounting system access issue              | 0.60     |
|            | W. Weitz     | Call with S. Gersten re: financial databases, other litigation/discovery issues              | 0.80     |
| 4/22/2024  | C. Hansen    | Call with W. Weitz re: discovery                                                             | 0.20     |
|            | C. Hansen    | Review data outstanding for BRG; Call to S. Gersten re: same                                 | 0.60     |
|            | C. Hansen    | Update MOR workbooks for BRG                                                                 | 1.20     |
|            | W. Weitz     | Call with C. Hansen re: discovery                                                            | 0.20     |
| 4/23/2024  | C. Hansen    | Review Committee's response to Passarello declaration                                        | 0.50     |
| 4/24/2024  | C. Hansen    | Follow-up calls with W. Weitz and A. Cottrell re: discovery                                  | 0.40     |
|            | W. Weitz     | Follow-up calls with C. Hansen and A. Cottrell re: discovery                                 | 0.40     |
|            | W. Weitz     | Discovery update call with counsel                                                           | 0.80     |
|            | W. Weitz     | Research, prep sample file for parish financial discovery                                    | 1.40     |
| 4/25/2024  | C. Hansen    | Call with W. Weitz, C. Hansen & D. Greenblatt re: discovery                                  | 0.70     |
|            | D. Greenblatt| Call with W. Weitz, C. Hansen & D. Greenblatt re: discovery                                  | 0.70     |
|            | W. Weitz     | Call with W. Weitz, C. Hansen & D. Greenblatt re: discovery                                  | 0.70     |
| 4/26/2024  | C. Hansen    | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: weekly discovery call               | 0.20     |
|            | D. Greenblatt| Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: weekly discovery call               | 0.20     |
|            | W. Weitz     | Call with W. Weitz, C. Hansen, D. Greenblatt and BRG re: weekly discovery call               | 0.20     |
|            | W. Weitz     | Prepare and send summary email to counsel following discovery update call with BRG           | 0.40     |
|            | SUBTOTAL:    |                                                                                    [   33.90 | 18337.50]|

Monthly Operating Reports

|            |              |                                                                                              |      |
|------------|--------------|----------------------------------------------------------------------------------------------|------|
| 4/1/2024   | T. Anderson  | Prepare MOR schedule                                                                         | 0.30 |
|            | C. Hansen    | Review MOR Calendar                                                                          | 0.20 |
| 4/2/2024   | T. Anderson  | Prepare MOR schedules                                                                        | 1.30 |
| 4/3/2024   | T. Anderson  | Prepare MOR schedules                                                                        | 0.40 |
|            | C. Hansen    | Finalize draft and questions on MOR                                                          | 0.90 |
| 4/4/2024   | T. Anderson  | Prepare MOR schedules                                                                        | 0.50 |
| 4/8/2024   | T. Anderson  | Continue preparation of the MOR                                                              | 1.30 |
|            | T. Anderson  | Preparation of the MOR                                                                       | 1.90 |
| 4/9/2024   | T. Anderson  | Call with management T. Anderson, C. Hansen & D. Greenblatt re: MOR review                   | 0.80 |
|            | T. Anderson  | Preparation of the MOR                                                                       | 1.30 |
|            | C. Hansen    | Call with management T. Anderson, C. Hansen & D. Greenblatt re: MOR review                   | 0.80 |
|            | D. Greenblatt| Call with management T. Anderson, C. Hansen & D. Greenblatt re: MOR review                   | 0.80 |
| 4/10/2024  | T. Anderson  | Preparation of the MOR                                                                       | 1.80 |
|            | T. Anderson  | Reconciliation of pre-petition debt for MOR                                                  | 2.30 |
|            | D. Greenblatt| Call with W. Weitz and P. Pascuzzi re: MOR's                                                 | 0.40 |
|            | W. Weitz     | Call with D. Greenblatt and P. Pascuzzi re: MOR's                                            | 0.40 |
| 4/11/2024  | D. Greenblatt| Call with W. Weitz and Debtor re: MOR                                                        | 0.30 |
|            | W. Weitz     | Call with counsel re: presentation of certain cash flows                                     | 0.30 |
|            | W. Weitz     | Prepare for call with client re: presentation of certain disbursement items                  | 0.30 |
|            | W. Weitz     | Call with D. Greenblatt and Debtor re: MOR                                                   | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 4/11/2024 | W. Weitz | Research re: presentation of certain cash flows | 0.30 |
| | W. Weitz | Review proposed MOR treatment of certain disbursements | 0.30 |
| 4/12/2024 | T. Anderson | Call with D. Greenblatt, T. Anderson & W. Weitz re: review of MOR | 0.70 |
| | T. Anderson | Updates to MOR for receipts and disbursements | 1.20 |
| | T. Anderson | Updates to MOR for post-petition payments reconciliation | 2.40 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt & T. Anderson re: MOR | 0.60 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt & T. Anderson re: MOR | 0.60 |
| | W. Weitz | Call with D. Greenblatt, T. Anderson & W. Weitz re: review of MOR | 0.70 |
| | D. Greenblatt | Call with D. Greenblatt, T. Anderson & W. Weitz re: review of MOR | 0.70 |
| | T. Anderson | Call with W. Weitz, D. Greenblatt & T. Anderson re: MOR | 0.60 |
| 4/15/2024 | T. Anderson | Updates to MOR for receipts and disbursements | 0.70 |
| | T. Anderson | Redact bank statements for MOR | 1.50 |
| 4/16/2024 | T. Anderson | Prepare MOR supporting detail | 0.60 |
| | D. Greenblatt | Call with W. Weitz re: March MOR | 0.20 |
| | D. Greenblatt | Review and update March MOR | 1.10 |
| | W. Weitz | Call with D. Greenblatt re: March MOR | 0.20 |
| | W. Weitz | Review March MOR | 0.40 |
| 4/17/2024 | T. Anderson | Prepare MOR supporting detail | 1.10 |
| 4/18/2024 | T. Anderson | Updates to MOR per management review | 2.30 |
| | C. Hansen | Call with D. Greenblatt and Diocese team re: March MOR | 0.50 |
| | D. Greenblatt | Call with C. Hansen and Diocese team re: March MOR | 0.50 |
| 4/22/2024 | D. Greenblatt | Finalize MOR and send to counsel for filing | 0.80 |

SUBTOTAL: [ 34.60  16515.00]