PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:	(916) 329-7400
Facsimile:	(916) 329-7435
Email:	ppascuzzi@ffwplaw.com
	jrios@ffwplaw.com
	tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:	(415) 434-9100
Facsimile:	(415) 434-3947
Email:	okatz@sheppardmullin.com
	amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>   Debtor and<br>   Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[NO HEARING REQUIRED] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [APRIL 2024]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

  **NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, (hereinafter "FFWPR"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for April 2024.

Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of April 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2024 through April 30, 2024 | $49,741.00 | $56.96 | $49,797.96 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $39,792.80 | $56.96 | $39,849.76 |

The itemized billing statement for the fees and costs billed is attached hereto as **Exhibit A**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: May 20, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Exhibit A

April 2024 Invoice

Case: 23-30564    Doc# 649    Filed: 05/20/24    Entered: 05/20/24 12:56:54    Page 3 of 19

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: carneyp@sfarch.org

# Invoice 13345

| Date | May 13, 2024 |
|---|---|
| Terms | N/A |
| Service Thru | Apr 30, 2024 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/01/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to O. Katz re Committee weekly call topics, strategy (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 04/01/2024 | PJP | **B160 - Fee/Employment Applications:** Review fee examiner email and spreadsheet and UST comments on FFWPR first interim fee application, consider questions and responses (.5). | 0.50 | $ 550.00/hr | $ 275.00 |
| 04/02/2024 | TRP | **B310 - Claims Administration and Objections:** Review email from K. Cifarelli regarding issues relating to confidentiality of survivor proof of claims and "fact sheets" (.2); draft email reply regarding same (.5). | 0.70 | $ 425.00/hr | $ 297.50 |
| 04/02/2024 | PJP | **B160 - Fee/Employment Applications:** Email to E. Frejka re FFWPR first interim fee app report discussion (.1). Email from and to P. Gaspari re fee examiner process (.2). | 0.30 | $ 550.00/hr | $ 165.00 |
| 04/02/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from O. Katz re weekly call with Committee counsel (.2). Email to P. Gaspari, B. Weinstein re same (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/02/2024 | PJP | **L320 - Document Production:** Review revised stipulation re insurers joining protective order, draft order, email to M. Weiss and other insurer counsel re same (.3). Email to B. Michaels re Committee approval (.1). Brief review of certain insurers Rule 2004 application, email to client team, email to O. Katz, J. Kim re same (.3). Consider issues on potential objection issues to insurer Rule 2004 app (.2). Call from P. Califano re Committee discovery issues (.2). | 1.10 | $ 550.00/hr | $ 605.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft status report email to client team (.6). | 0.60 | $ 550.00/hr | $ 330.00 |
| 04/02/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to P. Gaspari, P. Carney re late claim email request (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/02/2024 | PJP | **B210 - Business Operations:** Emails from and to L. Linsky re Sacred Heart request on business issue (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/02/2024 | JER | **B160 - Fee/Employment Applications:** Review comments from Fee Examiner. (.2). Prepare responses to Fee Examiner comments. (.2). Email to PJP regarding same. (.1) | 0.50 | $ 475.00/hr | $ 237.50 |
| 04/03/2024 | MEK | **L320 - Document Production:** Review debtors' limited objection and committee limited objection to a 2004 application filed by insurers in a related case (1.4). Email P. Pascuzzi re: same (.1). | 1.50 | $ 325.00/hr | $ 487.50 |
| 04/03/2024 | MEK | **L320 - Document Production:** Email Paul Pascuzzi re: standing issue to insurers' 2004 application | 0.10 | $ 325.00/hr | $ 32.50 |
| 04/03/2024 | MEK | **B190 - Other Contested Matters:** Draft FWP-35 (motion to extend the deadline re: removal) | 0.60 | $ 325.00/hr | $ 195.00 |
| 04/03/2024 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell, S. Gersten, O. Katz re discovery status and strategy (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/03/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination call, review task list (.2). Attend same (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/03/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review and revise client team update email (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/03/2024 | PJP | **B160 - Fee/Employment Applications:** Prepare for call with fee examiner (.3). Attend same (.8). | 1.10 | $ 550.00/hr | $ 605.00 |
| 04/03/2024 | PJP | **B320 - Plan and Disclosure Statement:** Call with A. Marie Uetz re case issues (Diocese of Oakland counsel) (.4). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/03/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to Debtor team (Gaspari, Weinstein, Katz) re meeting with Committee (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/03/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Emails from J. Stang, to P. Carney, P. Gaspari, B. Weinstein, O. Katz re mediators (.2). Review candidate resume (.1). | 0.30 | $ 550.00/hr | $ 165.00 |
| 04/03/2024 | JER | **B190 - Other Contested Matters:** Emails with M. Kutsuris and Staff regarding Motion to Extend deadline for Removal. (.2). Evaluate dates and deadlines for motion. (.1) | 0.30 | $ 475.00/hr | $ 142.50 |
| 04/04/2024 | MEK | **B310 - Claims Administration and Objections:** Review email chain re: late filed proof of claim analysis | 0.10 | $ 325.00/hr | $ 32.50 |
| 04/04/2024 | PJP | **B160 - Fee/Employment Applications:** Email to client team re no objections to March fee notices (.1). Call with P. Gaspari re fee examiner (.1). | 0.20 | $ 550.00/hr | $ 110.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/2024 | PJP | **B160 - Fee/Employment Applications:** Review B. Whittaker email re February Omni invoices, email to P. Carney re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/04/2024 | PJP | **B210 - Business Operations:** Call and email from M. Flanagan re insurance issue, consider strategy, email to M. Flanagan re same (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 04/04/2024 | PJP | **L320 - Document Production:** Emails from and to S. Gersten, A. Cottrell, O. Katz re discovery status and outstanding issues, consider strategy (.2). Email from M. Flanagan re discovery issue, email to S. Gersten, A. Cottrell, O. Katz re same (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/04/2024 | PJP | **B310 - Claims Administration and Objections:** Consider issues on potential allowance of late claim under excusable neglect standards (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/04/2024 | JER | **B160 - Fee/Employment Applications:** Telephone call from J. Kim regarding preparation of responses to UST and Fee Examiner comments and inquires, (.5). Email to D. Pascuzzi regarding preparation of information for UST Guidelines. (.2) | 0.70 | $ 475.00/hr | $ 332.50 |
| 04/05/2024 | MEK | **B110 - Case Administration:** Review and revise motion to extend deadline re: removal (FWP-35) (1.4). Email to J. Rios re: same (.1) | 1.50 | $ 325.00/hr | $ 487.50 |
| 04/05/2024 | MEK | **B110 - Case Administration:** Email to J. Rios re final draft of motion to extend deadline re: removal | 0.10 | $ 325.00/hr | $ 32.50 |
| 04/05/2024 | PJP | **B310 - Claims Administration and Objections:** Email to P. Carney re strategy on late claim issue (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/05/2024 | PJP | **L320 - Document Production:** Review and consider strategy on Committee discovery issues (.5). Emails from and to A. Cottrell, O. Katz, P. Gaspari, S. Gersten re same (.1). Email to M. Flanagan, P. Carney, Fr. Summerhays re same (.1). Review Committee revisions to BPM stipulation re costs (.2). | 0.90 | $ 550.00/hr | $ 495.00 |
| 04/05/2024 | PJP | **B210 - Business Operations:** Emails to and from P. Carney re business operations and donation issue, consider issues on same (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 04/05/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Review emails re mediator evaluations, Committee suggestions, email to P. Carney, P. Gaspari, O. Katz re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/05/2024 | BJ | **B160 - Fee/Employment Applications:** Begin drafting the March Monthly Fee Statement for FFWPR (.3). Begin drafting the March Monthly Fee Statement for Weinstein & Numbers (.3). Begin drafting the March Monthly Fee Statement for Weintraub Tobin (.3). | 0.90 | $ 105.00/hr | $ 94.50 |
| 04/05/2024 | PJP | **B320 - Plan and Disclosure Statement:** Review Syracuse Diocese chapter 11 plan and disclosure statement and status of approval, consider issues re same (.3) (shared). | 0.30 | $ 550.00/hr | $ 165.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/2024 | PJP | **B120 - Asset Analysis and Recovery:** Review Baltimore Archdiocese complaint against insurers, email to B. Weinstein, P. Gaspari re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/05/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from creditor re case status (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/06/2024 | PJP | **B190 - Other Contested Matters:** Email re motion to extend time to remove state court actions, brief review of same to respond to questions (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/06/2024 | PJP | **L320 - Document Production:** Review and revise opposition to insurer Rule 2004 application (1.1). Emails from and to A. Cottrell, P. Gaspari re same (.3). | 1.40 | $ 550.00/hr | $ 770.00 |
| 04/07/2024 | MEK | **B190 - Other Contested Matters:** Revise FWP-35 (motion to extend removal deadline) to reflect P. Pascuzzi comments (.3). Email P. Pasuczzi and J. Rios re: updated draft that reflects comments made by P. Pascuzzi (.1). | 0.40 | $ 325.00/hr | $ 130.00 |
| 04/08/2024 | MEK | **B310 - Claims Administration and Objections:** Draft summary of research re: late claim analysis (1). Further research re: excusable neglect standard and attorney error (.5). Email to P. Pascuzzi re: attorney mistake (.1). Email P. Pascuzzi re: research (excusable neglect standard and attorney error) (.1). Research re: attorney error and excusable neglect standard (3). | 4.70 | $ 325.00/hr | $ 1,527.50 |
| 04/08/2024 | PJP | **L320 - Document Production:** Email to O. Katz re Committee discovery issues, strategy re same (.4). Further emails from and to O. Katz re same (.2). Review insurance discovery issue with Committee requests (.2). Prepare for call with J. Nassiri, B. Weinstein, K. Cifarelli re insurance discovery (.1). Attend same (.7). Email to all re Oakland transcript of hearing on similar insurance issue (.1). Review Oakland docket for rulings on similar insurance discovery issue, consider strategy (.3). | 2.00 | $ 550.00/hr | $ 1,100.00 |
| 04/08/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from and to O. Katz re slip and fall inquiry on insurance and relief from stay, consider issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/08/2024 | PJP | **B310 - Claims Administration and Objections:** Review late claim analysis, consider strategy (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 04/08/2024 | JER | **B320 - Plan and Disclosure Statement:** Revise Motion to Extend Plan Exclusivity. | 0.70 | $ 475.00/hr | $ 332.50 |
| 04/09/2024 | MEK | **B310 - Claims Administration and Objections:** Review two stipulations re: late filed proof of claim (in related BK archdiocese case) (.3) Email P. Pascuzzi re: same (.1). | 0.40 | $ 325.00/hr | $ 130.00 |
| 04/09/2024 | TRP | **L320 - Document Production:** Telephone conference with G. Miller regarding insurer meet and confer on discovery (.2); draft email to O. Katz team regarding communication from G. Miller (.2). | 0.40 | $ 425.00/hr | $ 170.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/2024 | TRP | **B310 - Claims Administration and Objections:** Emails with B. Whittaker and J. Kim regarding use of Omni platform for further sharing of confidential claim records (.3); draft email to B. Weinstein and Dan Zamora regarding Lloyds 128 letters (.3). | 0.60 | $ 425.00/hr | $ 255.00 |
| 04/09/2024 | TRP | **L320 - Document Production:** Review 128 separate emails each with detailed letter and exhibit from M. Norton regarding LMI coverage position (.7); review and revise chart summarizing 128 coverage letters (.4). | 1.10 | $ 425.00/hr | $ 467.50 |
| 04/09/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly update call with Committee counsel (.3). Attend same with O. Katz (.4). | 0.70 | $ 550.00/hr | $ 385.00 |
| 04/09/2024 | JER | **B310 - Claims Administration and Objections:** Exchange emails with P. Carney regarding review of noticing list for potential abuse claims. | 0.30 | $ 475.00/hr | $ 142.50 |
| 04/09/2024 | JER | **B160 - Fee/Employment Applications:** Exchange emails with PJP and D. Pascuzzi regarding preparation of worksheet requested by UST. (.4) Telephone call with J. Kim regard ing same. (.2). | 0.60 | $ 475.00/hr | $ 285.00 |
| 04/09/2024 | PJP | **B310 - Claims Administration and Objections:** Review and consider issues on late claim (.4). Emails to and from P. Carney, P. Gaspari re same (.3). Email to J. Winer, E. Scott re late claim position (.3). Email to J. Stang, B. Michael re same (.2). | 1.20 | $ 550.00/hr | $ 660.00 |
| 04/09/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Email to P. Carney, P. Gaspari re mediator status (.2). Email from P. Gaspari re mediator status (.1). Draft email to insurers re same (.2). | 0.50 | $ 550.00/hr | $ 275.00 |
| 04/09/2024 | PJP | **L120 - Analysis/Strategy:** Review recent Ninth Circuit case re Religious Freedom Restoration Act (Apache Stronghold), consider strategy and impact on diocesan cases (1.1). Review and consider legal issues on property of the estate (.3). | 1.40 | $ 550.00/hr | $ 770.00 |
| 04/09/2024 | PJP | **L320 - Document Production:** Review insurer motion for protective order in Oakland Diocese case involving same issues re Committee discovery requests to insurers and privilege issues in RCASF case, consider strategy (.3). Email to Sheppard and Weinstein team re same (.2). Email from A. Caine re meet and confer with Committee on insurer Rule 2004 app, emails to and from litigation team re same (.3). Email from and to A. Cottrell re meet and confer with insurers on insurer Rule 2004 app, strategy re same (.3). | 1.10 | $ 550.00/hr | $ 605.00 |
| 04/09/2024 | BJ | **B160 - Fee/Employment Applications:** Draft March Monthly Fee Statement for B. Riley. | 0.30 | $ 105.00/hr | $ 31.50 |
| 04/10/2024 | TRP | **L320 - Document Production:** Draft email to M. Norton regarding preliminary response to 128 letters/exhibits. | 0.20 | $ 425.00/hr | $ 85.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/2024 | TRP | **B310 - Claims Administration and Objections:** Review and comment on detailed draft Statement of Compliance regarding Bar Date Noticing (.5); review email from J. Kim with questions regarding same (.2); draft reply email to J. Kim regarding contents of Statement of Compliance (.4); draft email to D. Zamora regarding Notice of bankruptcy stay (.3); review notice of bankruptcy stay filings and draft email to D. Zamora (.2). | 1.60 | $ 425.00/hr | $ 680.00 |
| 04/10/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination call (.3). Attend same (.7). | 1.00 | $ 550.00/hr | $ 550.00 |
| 04/10/2024 | PJP | **B110 - Case Administration:** Call with W. Weitz, D. Greenblatt re monthly operating report questions (.4). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/10/2024 | PJP | **B190 - Other Contested Matters:** Review Committee revisions to mediation motion, consider issues re same (.5). Email to O. Katz re mediation motion issues, strategy (.3). Emails from and to O. Katz, P. Gaspari, B. Weinstein re mediators, communications to Committee and insurers (.2). | 1.00 | $ 550.00/hr | $ 550.00 |
| 04/10/2024 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell re insurer discovery (.1). Call with P. Gaspari re Committee discovery call update (.2). Prepare for call re Committee discovery issues with J Nassiri, O. Katz, S. Gersten (.2). Attend same (.7). Email to client team re Committee discovery status (.2). | 1.40 | $ 550.00/hr | $ 770.00 |
| 04/10/2024 | PJP | **B160 - Fee/Employment Applications:** Email to E. Frejka re status of fee examiner report, timing of hearing on first interim fee applications (.1). Review and revise supplemental declaration re FFWPR large case guideline compliance, review exhibit re same (.3). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/10/2024 | JER | **B160 - Fee/Employment Applications:** Emails with J. Kim regarding preparation of supplements to FFWP fee application. (.2). Emails with D. Pascuzzi regarding same. (.3). Review worksheet to address UST Guidelines for FFWP Fee Application and provide revisions. (.3). Telephone call with J. Kim regarding same. (.1) Telephone call with D. Pascuzzi regarding same. (.3) Review and revise Supplemental Declaration of PJP in support of Fee Application. (.3). Emails with PJP regarding supplemental declaration and Worksheet Exhibits. (.2) | 1.70 | $ 475.00/hr | $ 807.50 |
| 04/10/2024 | DP | **B160 - Fee/Employment Applications:** Initial draft of Supplemental Declaration for the Fee Application (.5). Initial draft of Exhibit 1 and calculate information for Non-Estate blended rate (2.5). Initial draft of Exhibit 2 (1.1). Review email with changed to Exhibits and follow up via phone call with J. Rios to discuss suggested changes (.3). | 4.40 | $ 125.00/hr | $ 550.00 |
| 04/10/2024 | DP | **B160 - Fee/Employment Applications:** Make final changes per phone call with J. Rios (.2). | 0.20 | $ 0.00/hr | No Charge |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/2024 | TRP | **B310 - Claims Administration and Objections:** Draft email to B. Weinstein and D. Zamora regarding confidential Lloyds/LMI 128 letters and link to omni Sharevault platform. | 0.20 | $ 425.00/hr | $ 85.00 |
| 04/11/2024 | PJP | **L320 - Document Production:** Draft outline of pending discovery from and to all parties, strategy re same (.8). Email from insurers re meet and confer, emails to B. Weinstein re same, emails from A. Cottrell re same (.2). Call with B. Weinstein insurer discovery issues and strategy (.2). Email to J. Nassiri, S. Gersten, O. Katz re insurer and committee meet and confer re insurer Rule 2004 (.2). Further email to J. Nassiri, S. Gersten, O. Katz, A. Cottrell re meet and confer with insurers, strategy on same (.4). Review insurer Rule 2004 application and exhibits re same (.3). Further emails from and to A. Frankel re meet and confer on Insurer Rule 2004 app (.2). Emails from and to O. Katz, J. Nassiri, S. Gersten, A. Cottrell, B. Weinstein re same (.1). | 2.40 | $ 550.00/hr | $ 1,320.00 |
| 04/11/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with Committee counsel re comments on mediation motion (.3). Attend same (.9). Follow up call with O. Katz, J. Kim re same (.2). Review mediator declarations from Santa Rosa and Oakland cases for examples (.2). Email to J. Kim re declarations of mediators examples, assistance (.2). | 1.80 | $ 550.00/hr | $ 990.00 |
| 04/11/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call re case status and strategy (.3). Call with O. Katz re same (.2). Attend same (1.0). | 1.50 | $ 550.00/hr | $ 825.00 |
| 04/11/2024 | JER | **B160 - Fee/Employment Applications:** Emails and telephone call with staff regarding finalizing Supplemental PJP Declaration and Exhibit. (.1). Email to J. Kim regarding draft Supplemental PJP Declaration and Exhibit. (.1). Telephone call with J. Kim regarding same. (.1). Emails with PJP, J. Kim and staff regarding same. (.2) | 0.50 | $ 475.00/hr | $ 237.50 |
| 04/11/2024 | PJP | **B190 - Other Contested Matters:** Review and revise email to insurers re mediation and mediation motion (.2). Call with O. Katz re same (.1). Emails from O. Katz re call with Buckley and mediators status (.2). | 0.50 | $ 550.00/hr | $ 275.00 |
| 04/12/2024 | TRP | **L160 - Settlement/Non-Binding ADR:** Review example declarations for mediators (.2); draft email to O. Katz regarding possible format for mediator Buckley declaration disclosures (.3). | 0.50 | $ 425.00/hr | $ 212.50 |
| 04/12/2024 | PJP | **L320 - Document Production:** Email to A. Cottrell, J. Nassiri, S. Gersten, B. Weinstein re protective order issues with insurers and other issues for meet and confer call (.3). Prepare for meet and confer call (.3). Attend same with large group of insurers (1.0). Follow up emails with A. Cottrell, B. Weinstein re same and protective orders from RCBSR and RCBO (.2). Call from B. Weinstein re insurer document production issues (.2). | 2.00 | $ 550.00/hr | $ 1,100.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/2024 | PJP | **L120 - Analysis/Strategy:** Conference with other diocesan attorney re case issues, notes to file (.2) (shared). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/12/2024 | PJP | **B160 - Fee/Employment Applications:** Review Omni March 156 invoice, email to P. Carney, M. Flanagan re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/12/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Email to insurers re mediators and mediation motion status (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/12/2024 | JER | **B190 - Other Contested Matters:** Revise second motion for removal. (1.2). Revise Proposed Order re Second Motion for Removal. (.3). Email to PJP regarding same. (.3) | 1.80 | $ 475.00/hr | $ 855.00 |
| 04/14/2024 | PJP | **B190 - Other Contested Matters:** Review and revise draft motion to extend the time to remove (.3). Email to J. Rios, M. Kutsuris re same (.1). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/14/2024 | PJP | **L320 - Document Production:** Review Oakland motion to enforce Committee discovery to insurers, insurers motions to quash, objections to Committee motion, regarding similar issues and positions of same carriers (.3). Email to litigation team handling discovery and special insurance counsel re same (.2). | 0.50 | $ 550.00/hr | $ 275.00 |
| 04/14/2024 | JER | **B190 - Other Contested Matters:** Review PJP revisions to second Motion to Remove. (.2). | 0.20 | $ 475.00/hr | $ 95.00 |
| 04/15/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with B. Weinstein, other diocesan counsel re mediation issues (.5). | 0.50 | $ 550.00/hr | $ 275.00 |
| 04/16/2024 | TRP | **B310 - Claims Administration and Objections:** Review detailed statement of compliance with declarations and exhibits (.6); draft email to J. Kim regarding proofs of publication (.1). | 0.70 | $ 425.00/hr | $ 297.50 |
| 04/16/2024 | PJP | **B160 - Fee/Employment Applications:** Emails to client team, professionals re first interim fee application hearing (.2). Emails from same re attendance at hearing, fee examiner comments status (.2). Email from court, from J. Blumberg, E. Frejka (fee examiner) re hearing (.1). Emails from and to E. Frejka re first interim fee application, review PGE order on travel time (.2). | 0.70 | $ 550.00/hr | $ 385.00 |
| 04/16/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly call with Committee counsel (.2). Attend same (1.0). | 1.20 | $ 550.00/hr | $ 660.00 |
| 04/16/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same, notes to file (.6). | 0.80 | $ 550.00/hr | $ 440.00 |
| 04/16/2024 | JER | **B190 - Other Contested Matters:** Email with Client Team regarding draft Second Motion to Extend Removal. (.2). | 0.20 | $ 475.00/hr | $ 95.00 |
| 04/16/2024 | PJP | **L320 - Document Production:** Emails from A. Frankel, A. Cottrell, A. Caine re status report on meet and confer with insurers, protective order issues (.3). | 0.30 | $ 550.00/hr | $ 165.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/2024 | PJP | **B210 - Business Operations:** Review and revise letter and correspondence re donation issues, consider strategy re same (.5). | 0.50 | $ 550.00/hr | $ 275.00 |
| 04/16/2024 | JER | **B190 - Other Contested Matters:** Emails with J. Kim and follow up emails with staff regarding revisions to Second Motion to Extend Deadline for Removal. | 0.10 | $ 475.00/hr | $ 47.50 |
| 04/16/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to Fr. Summerhays, P. Carney, M. Flanagan, P. Gaspari, B. Weinstein re statement of compliance with claims procedures order (.2). Email to Fr. Summerhays, P. Carney, M. Flanagan, P. Gaspari, O. Katz re Committee call issues (.4). | 0.60 | $ 550.00/hr | $ 330.00 |
| 04/16/2024 | BJ | **B160 - Fee/Employment Applications:** Begin review of March invoices from Weintraub Tobin re categorize for March Monthly Fee Statement. | 0.80 | $ 105.00/hr | $ 84.00 |
| 04/17/2024 | PJP | **B160 - Fee/Employment Applications:** Call with B. Weinstein re March fee notice, UST request re blended rate form (.1). Review fee examiner report, emails from and to E. Frejka re same (.1). Emails from and to E. Frejka re filing final report, tally of responses (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/17/2024 | PJP | **L320 - Document Production:** Review email from B. Weinstein re protective order issue, email to A. Cottrell, J. Nassiri, S. Gersten re same (.2). Call from P. Califano re non-debtor entity discovery status (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/17/2024 | PJP | **B190 - Other Contested Matters:** Review further draft of mediation motion after comments from Committee, consider issues re same (.6). Email to J. Kim, O. Katz re same (.2). Further review of revised draft mediation motion (.2). Emails to J. Kim re same (.1). | 1.10 | $ 550.00/hr | $ 605.00 |
| 04/17/2024 | JER | **B160 - Fee/Employment Applications:** Review and analysis of Fee Examiner Report. | 0.10 | $ 475.00/hr | $ 47.50 |
| 04/18/2024 | MEK | **B160 - Fee/Employment Applications:** Draft FFWPR Interim Fee Order (1.1). Draft order granting 1st Interim Fee Application (Weinbraub) (.3). Revise Order for 1st Interim Fee Application of FFWPR (.2). Email P. Pascuzzi re: same (.1). | 1.70 | $ 325.00/hr | $ 552.50 |
| 04/18/2024 | PJP | **B160 - Fee/Employment Applications:** Prepare for hearing on first interim fee applications (.5). Attend same (.5). Follow up call with E. Frejka re fee procedures, orders, notes to file (.2). Call from B. Weinstein re fee hearing (.1). Call with O Katz re coordination of order drafting (.1). Email from E. Frejka re interim fee applications schedule, email to professionals team re same and LEDES data request (.2). Review draft FFWPR interim fee order (.2). Review Weintraub draft monthly fee notice (2). | 2.00 | $ 550.00/hr | $ 1,100.00 |
| 04/18/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with S. Greene re JCP 5108 automatic stay issues (shared with other cases .3 total) (.1). | 0.10 | $ 550.00/hr | $ 55.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/18/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to O. Katz re communication with Committee counsel needed (.1). Email from J. Stang re Committee request for assistance locating public records, email from and to O. Katz re same (.2). | 0.30 | $ 550.00/hr | $ 165.00 |
| 04/18/2024 | PJP | **B190 - Other Contested Matters:** Emails from and to J. Kim re mediation motion draft, declarations re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/18/2024 | JER | **B190 - Other Contested Matters:** Final revisions and finalize motion to extend deadline for removal. (.4). Revise and finalize Notice of Hearing in support of Motion. (.2). | 0.60 | $ 475.00/hr | $ 285.00 |
| 04/18/2024 | JER | **B160 - Fee/Employment Applications:** Email to M. Cottrell regarding Ordinary Course Professionals payment to Partners in Mission. | 0.20 | $ 475.00/hr | $ 95.00 |
| 04/18/2024 | JER | **B210 - Business Operations:** Email to M. Cottrell regarding retiree reimbursement issue. | 0.20 | $ 475.00/hr | $ 95.00 |
| 04/18/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review O. Katz email to client team re Committee issues (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/19/2024 | MEK | **B160 - Fee/Employment Applications:** Draft 1st Interim Fee Application Order (Weinstein & Numbers LLP) (.4). Email P. Pascuzzi re: same (.1). Draft Order re: 1st Interim Fee Application (B. Riley) (.2). Email P. Pascuzzi re: same (.1). | 0.80 | $ 325.00/hr | $ 260.00 |
| 04/19/2024 | PJP | **B160 - Fee/Employment Applications:** Emails to and from E. Frejka, G. Brown form of interim fee app approval order (.2). Review draft orders on W&N, B. Riley, Omni (.2). Email to E. Frejka re same (.1). Review and revise Weintraub fee order, email to E. Frejka re same (.2). Emails from and to E. Frejka re Weintraub order (.1). | 0.80 | $ 550.00/hr | $ 440.00 |
| 04/19/2024 | PJP | **B120 - Asset Analysis and Recovery:** Emails from and to J. Nassiri re insurance strategy issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/19/2024 | PJP | **B210 - Business Operations:** Emails from and to D. Zamora, P. Carney re business issues (.4). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/19/2024 | MEK | **B160 - Fee/Employment Applications:** Draft Order for 1st Interim Fee Application (Omni) (.3). Email P. Pascuzzi re: same (.1). Confer with P. Pascuzzi re: 1st Interim Fee Application (Weintraub) (.2). Continue drafting order for 1st Interim Fee Application (Weintraub) (.4). Call to Fee Examiner re: same (.2). Continue drafting 1st Interim Fee Application (Weintraub) (.2). Email to P. Pascuzzi re: same (.1). | 1.50 | $ 325.00/hr | $ 487.50 |
| 04/19/2024 | PJP | **B310 - Claims Administration and Objections:** Emails from and to B. Wagner at Weintraub re claims questions (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/19/2024 | PJP | **B190 - Other Contested Matters:** Review Committee filing in response to first day Passarello declaration (.5). | 0.50 | $ 550.00/hr | $ 275.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/19/2024 | JER | **B160 - Fee/Employment Applications:** Review email from M. Cottrell regarding OCP payment. | 0.10 | $ 475.00/hr | $ 47.50 |
| 04/19/2024 | JER | **B190 - Other Contested Matters:** Review hearing dates and related deadlines for Motion to extend Removal deadlines. | 0.20 | $ 475.00/hr | $ 95.00 |
| 04/20/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to R. Charles (parishes, RPSC) re case status and issues (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/21/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to P. Gaspari, B. Weinstein, O. Katz re meeting with Committee counsel (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/21/2024 | PJP | **L320 - Document Production:** Brief review of insurer replies re Committee discovery from insurers in RCBO case raising similar issues as RCASF Committee discovery to insurers (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/22/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with P. Gaspari, B. Weinstein, O. Katz re Committee call and agenda for case issues (.5). Attend call re same (1.3). | 1.80 | $ 550.00/hr | $ 990.00 |
| 04/22/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review other case outcomes re stay issues on case progress as suggested by Committee, analysis re same (.6). Email to P. Gaspari, B. Weinstein, O. Katz re same (.1). | 0.70 | $ 550.00/hr | $ 385.00 |
| 04/22/2024 | PJP | **L320 - Document Production:** Email to A. Cottrell, S. Gersten, B. Weinstein, P. Gaspari and others re insurer protective order issue, suggested resolution (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/22/2024 | PJP | **B110 - Case Administration:** Emails from and to D. Greenblatt re March MOR (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/22/2024 | BJ | **B160 - Fee/Employment Applications:** Prepare draft March Monthly Fee Statements for Weinstein & Numbers (.4); review invoice and invoice detail information re categorize (.2); emails to/from Chuck Yeo regarding invoice, Excel spreadsheet with the invoice detail and the Monthly Fee Statement (.1) | 0.70 | $ 105.00/hr | $ 73.50 |
| 04/22/2024 | PJP | **B160 - Fee/Employment Applications:** Review Weinstein & Numbers March fee notice, emails re client approval re same (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/22/2024 | PJP | **B190 - Other Contested Matters:** Emails from and to J. Kim re draft mediator declarations, participating party list for conflicts (.2). Brief review of Sontchi and Buckley draft declarations (.2). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/23/2024 | TRP | **L160 - Settlement/Non-Binding ADR:** Draft detailed email to J. Kim regarding scope and procedure for mediators to perform thorough conflict checking (.8). | 0.80 | $ 425.00/hr | $ 340.00 |
| 04/23/2024 | TRP | **L320 - Document Production:** Telephone conference with Rob Harris regarding Committee Discovery (.1). | 0.10 | $ 425.00/hr | $ 42.50 |
| 04/23/2024 | PJP | **B160 - Fee/Employment Applications:** Emails from and to E. Frejka re Weintraub interim order approval (.1). | 0.10 | $ 550.00/hr | $ 55.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/23/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for meeting with Committee counsel re case issues (.5). Attend same (1.8). Follow up call with P. Gaspari, B. Weinstein, O. Katz (.8). | 3.10 | $ 550.00/hr | $ 1,705.00 |
| 04/23/2024 | PJP | **L320 - Document Production:** Emails to and from A. Cottrell, S. Gersten re Committee issues on discovery (.2). Emails from and to A. Cottrell re insurer protective order issues, revisions to draft re same (.3). Further emails re protective order issues with A. Cottrell (.2). Email to B. Michael re protective order revisions to insurers re OCC input (.2). | 0.90 | $ 550.00/hr | $ 495.00 |
| 04/24/2024 | TRP | **L160 - Settlement/Non-Binding ADR:** Telephone conference with J. Kim regarding mediator conflicts review and regarding mediation order (.2); draft email to J. Kim regarding mediation order (.2); draft email to J. Kim regarding drop box setup for mediators (.3). | 0.70 | $ 425.00/hr | $ 297.50 |
| 04/24/2024 | TRP | **B310 - Claims Administration and Objections:** Review creditor lists (survivor lists and other list) (.2). | 0.20 | $ 425.00/hr | $ 85.00 |
| 04/24/2024 | MEK | **B110 - Case Administration:** Email to Omni (Brittney Whitaker) re: providing updated service list | 0.10 | $ 325.00/hr | $ 32.50 |
| 04/24/2024 | PJP | **B320 - Plan and Disclosure Statement:** Consider timing on next motion to extend exclusivity, email to J. Rios re same (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/24/2024 | PJP | **B190 - Other Contested Matters:** Prepare for professionals coordination call (.3). Attend same (.7). | 1.00 | $ 550.00/hr | $ 550.00 |
| 04/24/2024 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review emails re Steele slip and fall litigation, insurance and relief from stay (.5). | 0.50 | $ 550.00/hr | $ 275.00 |
| 04/24/2024 | PJP | **B320 - Plan and Disclosure Statement:** Consider issues on plan confirmation from other diocese cases (shared) (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/24/2024 | PJP | **B120 - Asset Analysis and Recovery:** Brief review of email from J. Bair to B. Weinstein re insurance questions (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/24/2024 | JER | **B110 - Case Administration:** Emails with PJP regarding preparation of motion to extend exclusivity. | 0.10 | $ 475.00/hr | $ 47.50 |
| 04/24/2024 | PJP | **B190 - Other Contested Matters:** Review draft mediator declarations (.2). Emails from and to J. Kim with questions re strategy and issues re same (.3). | 0.50 | $ 550.00/hr | $ 275.00 |
| 04/24/2024 | JER | **B210 - Business Operations:** Emails with M. Cottrell at ADSF regarding ordinary course of business issues. (.3). Review materials regarding same. (.1) | 0.40 | $ 475.00/hr | $ 190.00 |
| 04/24/2024 | PJP | **L320 - Document Production:** Review LMI response to Committee discovery requests, consider issues, email to Sheppard team handling discovery (.3). | 0.30 | $ 550.00/hr | $ 165.00 |
| 04/24/2024 | PJP | **B310 - Claims Administration and Objections:** Email to P. Gaspari, A. Martin re claims issues and strategy (.2). | 0.20 | $ 550.00/hr | $ 110.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/25/2024 | PJP | **L320 - Document Production:** Review emails from A. Cottrell, A. Caine, S. Gersten re discovery status and issues, consider strategy (.3). Call with R. Charles re discovery issues case status (.2). Call with O. Katz re discovery issues (.3). Further emails from A. Caine, A. Cottrell re discovery issues (.2). | 1.00 | $ 550.00/hr | $ 550.00 |
| 04/25/2024 | MEK | **B190 - Other Contested Matters:** Follow up Email to B. Whitaker (Omni) re: limited service list | 0.10 | $ 0.00/hr | No Charge |
| 04/25/2024 | MEK | **B110 - Case Administration:** Confer with Alli re: preparation of cover page for limited service list | 0.20 | $ 0.00/hr | No Charge |
| 04/25/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Carney re case issues (.2). Call with Fr. Summerhays re case issues (.2). Further call from Fr. Summerhays re case issues (.3). | 0.70 | $ 550.00/hr | $ 385.00 |
| 04/25/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from B. Michael, O. Katz re weekly Committee call (.2). Emails from and to O. Katz, P. Gaspari, B. Weinstein re same (.2). Call from P. Califano (Seminary) re case issues (.4). Prepare for call with Deans re parishes issues (.9). | 1.70 | $ 550.00/hr | $ 935.00 |
| 04/25/2024 | JER | **B210 - Business Operations:** Review email from M. Cottrell regarding retiree expense issue. | 0.10 | $ 475.00/hr | $ 47.50 |
| 04/26/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for case strategy call with P. Gaspari, B. Weinstein, O. Katz (.3). Attend same (1.0). | 1.30 | $ 550.00/hr | $ 715.00 |
| 04/26/2024 | ASK | **B320 - Plan and Disclosure Statement:** Initial draft of motion for third extension of exclusivity period (.5); notice of hearing (.3); declaration of P. Summerhays in support of (.1); and order (.1). | 1.00 | $ 105.00/hr | $ 105.00 |
| 04/26/2024 | JER | **B320 - Plan and Disclosure Statement:** Review draft Motion to Extend Plan Exclusivity and hearing schedule regarding same. | 0.20 | $ 475.00/hr | $ 95.00 |
| 04/26/2024 | PJP | **L320 - Document Production:** Review numerous emails from Committee counsel re discovery issues, consider strategy (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/27/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from and to P. Gaspari re T. Burns email re Committee positions on case issues (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/27/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to Fr. Summerhays and P. Carney re case issues (.1). | 0.10 | $ 550.00/hr | $ 55.00 |
| 04/27/2024 | PJP | **L320 - Document Production:** Long email to discovery team at Sheppard re status and strategy issues, response to Committee position (.7). | 0.70 | $ 550.00/hr | $ 385.00 |
| 04/28/2024 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider strategy on overall case resolution issues, review status of other diocesan chapter 11 cases, email to P. Gaspari, B. Weinstein, O. Katz re same (.2) (shared). | 0.20 | $ 550.00/hr | $ 110.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/2024 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call re case status with Parish Committee and RPSC, R. Charles (.3). Attend same (1.3) | 1.60 | $ 550.00/hr | $ 880.00 |
| 04/29/2024 | PJP | **L320 - Document Production:** Email to R. Charles, A. Cottrell, S. Gersten re parish discovery issues (.2). | 0.20 | $ 550.00/hr | $ 110.00 |
| 04/29/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Consider strategy on mediation issues (.4). | 0.40 | $ 550.00/hr | $ 220.00 |
| 04/30/2024 | TRP | **B190 - Other Contested Matters:** Review email from J. Kim and Brittany Michael regarding direct service of survivors (.2); draft detailed email to J. Kim regarding requirement of written consent from each survivor's attorney regarding service of papers (.4). | 0.60 | $ 425.00/hr | $ 255.00 |
| 04/30/2024 | PJP | **L320 - Document Production:** Call with J. Stang, A. Caine, J. Anderson re discovery status (.2). Emails from S. Gerston, M. Flanagan re update and status of same (.2). Call to D. Egan re discovery status (.2). | 0.60 | $ 550.00/hr | $ 330.00 |
| 04/30/2024 | PJP | **L160 - Settlement/Non-Binding ADR:** Meeting with P. Gaspari, B. Weinstein, D. Zamora, J. Anderson, M. Rec, M Finnegan regarding mediation process and procedures (2.0). Call with O. Katz re case issues, mediation (.2). | 2.20 | $ 550.00/hr | $ 1,210.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 04/30/2024 | FA | Lexis Online Research - April 2024 | $ 56.96 |

| | |
|---|---|
| Total Hours | 106.10 hrs |
| Total Biller | $ 49,741.00 |
| Total Expenses | $ 56.96 |
| Total Invoice Amount | $ 49,797.96 |
| Previous Balance | $ 132,665.56 |
| 04/16/2024 Payment - Trust Account Payment received from Trust Account | ($33,588.98) |
| **Balance (Amount Due)** | **$ 148,874.54** |

**Trust Account Summary**

**Billing Period: 04/01/2024 - 05/13/2024**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | |
|---|---|---|---|
| $33,588.98 | $33,588.98 | $0.00 | |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 04/16/2024 | Received From-Archdiocese of San Francisco | $33,588.98 | | $33,588.98 |
| 04/16/2024 | Applied to invoice #13258 | | $33,588.98 | $0.00 |

**User Hours Summary**

**Billing Period: 04/01/2024 - 04/30/2024**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 65.80 | $ 550.00 | $ 36,190.00 |
| Jake E Rios | 9.80 | $ 475.00 | $ 4,655.00 |
| Denise Pascuzzi | 4.40 | $ 125.00 | $ 550.00 |
| Denise Pascuzzi | 0.20 | $ 125.00 | $ 0.00 |
| Thomas R Phinney | 8.40 | $ 425.00 | $ 3,570.00 |
| Allison Kieser | 1.00 | $ 105.00 | $ 105.00 |
| Brenda Jennings | 2.70 | $ 105.00 | $ 283.50 |
| Mikayla E Kutsuris | 13.50 | $ 325.00 | $ 4,387.50 |
| Mikayla E Kutsuris | 0.30 | $ 325.00 | $ 0.00 |