PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[NO HEARING REQUIRED] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINSTEIN & NUMBERS LLP [APRIL 2024]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that Weinstein & Numbers LLP, (hereinafter "<u>Weinstein</u>"), insurance counsel for debtor and debtor in possession The Roman Catholic

Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for the month of April 2024 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weinstein on account of the Debtor for the month of April 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2024, through April 30, 2024 | $66,952.50 | $0.00 | $66,952.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $53,562.00 | $0.00 | $53,562.00 |

Attached hereto as ***Exhibit A*** is a summary of Weinstein's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weinstein professional during the Fee Period.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of Weinstein's fees incurred during the period of April 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weinstein

///

///

///

-2-
WEINSTEIN MONTHLY PROFESSIONAL FEE STATEMENT FOR APRIL 2024
Case: 23-30564    Doc# 650    Filed: 05/20/24    Entered: 05/20/24 13:01:22    Page 2 of 13

within 14 days from the date of service of this Statement.

Dated: May 20, 2024
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
     PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: May 20, 2024
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
     ORI KATZ
     ALAN H. MARTIN

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

## Exhibit A

**Compensation by Professional Person for Hourly Services for the Fee Period of**
**April 2024**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $450 | 52.30 | $23,535.00 |
| Adison Marshall | Associate | $325 | 43.70 | $14,202.50 |
| Barron L. Weinstein | Managing Partner | $675 | 20.00 | $13,500.00 |
| Brian Carolus | Legal Assistant/Paralegal | $340 | 44.50 | $15,130.00 |
| Chuck Yeo | Legal Assistant/Paralegal | $225 | 2.60 | $585.00 |
| **TOTAL** | | | **163.10** | **$66,952.50** |

## Exhibit B

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Fee Period of April 2024**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 42.00 | $19,080.00 |
| Bankruptcy Procedure | 1.90 | $1,012.50 |
| Discovery | 6.90 | $4,230.00 |
| Fee Application | 5.40 | $2,835.00 |
| Litigation (Analysis of Coordinated Abuse Claims for Available Ins. Coverage) | 97.20 | $33,315.00 |
| Mediation | 8.10 | $5,400.00 |
| Motion Practice | 1.60 | $1,080.00 |
| **TOTAL** | **163.1** | **$66,952.50** |

## Exhibit C

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| N/A | |
| **TOTAL** | **$0.00** |

# Exhibit D

# Weinstein Invoices

**Weinstein & Numbers, LLP**
*Attorneys at Law*

115 Ward Street
Larkspur, CA 94939

415-927-6920
www.mwncov.com

Archdiocese of San Francisco
Paula Carney
carneyp@sfarch.org
Philip Lam
lamp@sfarch.org
One Peter Yorke Way
San Francisco, California 94109

## AB 218 Claims

| Current Services | Attorney | | Hours | Total |
|---|---|---|---|---|
| 04/01/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze numerous carrier correspondences, claimant folders, and tender matrix entries to confirm tenders complete (2.9); update charts with new information (0.5). | 3.40 | $1,156.00 |
| 04/01/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review, analyze, and organize carrier correspondence for filing (.6); confer with BLW and KLC regarding review of proof of claim forms in bankruptcy case (.3). | 0.90 | $292.50 |
| 04/02/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze numerous new carrier correspondences and claim numbers received to determine proper tenders to carriers (2.8). Create new claimant folders, create new tender matrix claimant entries and update tender matrix carrier data (.5). | 3.30 | $1,122.00 |
| 04/02/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Confer with KLC regarding Lloyd's tenders (.1); review and analyze carrier correspondence for tender information (.2). | 0.30 | $97.50 |
| 04/02/2024 | KLC | Bankruptcy Procedure: Review of correspondence regarding bankruptcy issues. | 0.20 | $90.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/2024 | BLW | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Research developments in New York Diocese coverage dispute with Chubb regarding Chubb's similar claims against debtor (.5). | 0.50 | $337.50 |
| 04/03/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze numerous carrier correspondences, claimant folders, and tender matrix entries to confirm tenders complete (2.8); update charts with new information (0.8). | 3.60 | $1,224.00 |
| 04/03/2024 | BLW | Fee Application: telephone conference with Elise Frejka, fee examiner, regarding WN fee application (.6); review correspondence regarding same (.2). | 0.80 | $540.00 |
| 04/03/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze carrier correspondence for tender information (.4); Review and analyze pleadings, carrier correspondence, and coverage chart to prepare and send tenders (.6); Review and analyze pleadings, carrier correspondence and coverage chart to determine which additional proof of claim forms need to be tendered (.6). | 1.60 | $520.00 |
| 04/04/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze numerous carrier correspondences, claimant folders, and tender matrix entries to confirm tenders complete (2.9); update charts with new information (0.9). | 3.80 | $1,292.00 |
| 04/04/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which additional proof of claim forms need to be tendered (3.0). | 3.00 | $975.00 |
| 04/04/2024 | KLC | Mediation: Review of multiple emails and correspondence between counsel re mediation | 0.30 | $135.00 |
| 04/05/2024 | KLC | Discovery: Review of correspondence from carrier re issues in bankruptcy and document production and prepare response. | 0.30 | $135.00 |
| 04/05/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which proof of claim forms need to be tendered (2.0). | 2.00 | $650.00 |
| 04/08/2024 | KLC | Discovery: Review of committee document request to insurers, order, transcript and communications regarding document requests to repare for Zoom meeting with bankruptcy attorneys to discuss document production (.4) participate in Zoom call with counsel to discuss document production (.6) review of correspondence and responses to committee Rule 2004 stage two and stage three requests (.3) | 1.30 | $585.00 |
| 04/08/2024 | BLW | Discovery: Attend Zoom meeting with client's bankruptcy counsel to discuss Committee's requests for production of documents (.6); review requests (.3); analyze regarding appropriate responses and applicable privileges (.5); research regarding privileges asserted in other Chapter 11 proceedings in response to similar document requests (.8). | 2.20 | $1,485.00 |
| 04/09/2024 | KLC | Bankruptcy Procedure: Review of multiple emails and | 0.30 | $135.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence to and from bankruptcy counsel regarding procedure issues in bankruptcy | | |
| 04/10/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of multiple letters from Lloyd's concerning coverage for pending claims and proof of claims filed in bankruptcy (.5) review of email from bankruptcy counsel regarding coverage issues raised by Lloyd's (.2) | 0.70 | $315.00 |
| 04/11/2024 | BLW | Fee Application: Prepare fee application; prepare correspondence to fee examiner, Elise Frejka, regarding preparation of invoice. | 1.50 | $1,012.50 |
| 04/11/2024 | BLW | Discovery: Telephone conference with debtor's counsel, Paul Pascuzzi, regarding production of documents requested by Committee and Insurers; review emails between counsel for debtor regarding proposed Zoom meeting with insurers to discuss 2004 application. | 0.70 | $472.50 |
| 04/11/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which additional proof of claim forms need to be tendered (1.1). | 1.10 | $357.50 |
| 04/11/2024 | KLC | Bankruptcy Procedure: Review of multiple emails and correspondence to and from bankruptcy counsel regarding issues in bankruptcy | 0.30 | $135.00 |
| 04/12/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of emails from carriers and counsel regarding discovery issues to prepare for Zoom call (.6) Participate in Zoom call with carriers and counsel regarding issues of discovery (1.0) | 1.60 | $720.00 |
| 04/12/2024 | BLW | Discovery: Review files regarding status of discovery requests from Committee and Insurers to prepare for Zoom meeting with insurers and debtor's bankruptcy counsel (Shepard Mullen and Pascuzzi) to discuss discovery (.5); attend Zoom meeting with coverage counsel for multiple insurers and debtor's bankruptcy counsel (Shepard Mullen and Pascuzzi) to discuss discovery requests and concerns (1.0); telephone conference with Paul Pascuzzi regarding additional discovery concerns (.2) | 1.70 | $1,147.50 |
| 04/14/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which proof of claim forms still need to be tendered. | 1.40 | $455.00 |
| 04/15/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Evaluate three new carrier correspondences received and document respective carrier correspondences and claim number provided to tender matrix. | 0.30 | $102.00 |
| 04/15/2024 | BLW | Asset Analysis and Recovery (Insurance Proceeds): Research coverage litigation against Chubb regarding Diocese of New York. | 0.30 | $202.50 |
| 04/15/2024 | KLC | Bankruptcy Procedure: Review of correspondence and pleadings from bankruptcy counsel regarding bankruptcy issues. | 0.20 | $90.00 |
| 04/15/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which proof of | 6.50 | $2,112.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | claim forms need to be tendered still (5.2); prepare chart entries to document same (1.3). | | |
| 04/15/2024 | CDY | Fee Application: Review and revise March Fee Application and exhibit regarding detail breakdown. | 1.80 | $405.00 |
| 04/16/2024 | KLC | Bankruptcy Procedure: Review of correspondence and multiple emails from bankruptcy counsel re bankruptcy issues. | 0.20 | $90.00 |
| 04/17/2024 | KLC | Discovery: Review of correspondence from counsel regarding meet and confer process and revised status reports (.2) review of correspondence from counsel re coverage issue and prepare response (.1) | 0.30 | $135.00 |
| 04/18/2024 | BLW | Fee Application: Review fee application to prepare for hearing regarding same (.2); attend hearing on fee application (.4). | 0.60 | $405.00 |
| 04/18/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Evaluate and document new tender and update tender matrix claimant and carrier data. | 0.20 | $68.00 |
| 04/18/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of proof of claims in carrier share vault to identify new claims (2.4) Analyze proof of claim by claimant, evaluate coverage and prepare tender letter to carrier (.4) review of correspondence from counsel regarding Rule 2004 discovery (.1) | 2.90 | $1,305.00 |
| 04/18/2024 | BLW | Discovery: Review proposed discovery responses to insurers. | 0.40 | $270.00 |
| 04/18/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which additional proof of claim forms need to be tendered (4.8). | 4.80 | $1,560.00 |
| 04/18/2024 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Create brief memo of all primary carriers for attorney use. | 0.30 | $67.50 |
| 04/19/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which additional proof of claim forms need to be tendered (4.4). | 4.40 | $1,430.00 |
| 04/19/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of survivor proof of claims forms, evaluate potential coverage and prepare tender correspondence to carriers (5.2); prepare correspondence to carrier regarding coverage (.1) review of correspondence from excess carrier (.1) | 5.40 | $2,430.00 |
| 04/21/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Review of correspondence from counsel and review of agenda for call with committee (.3) analyze bankruptcy pleadings and law and motion by carriers to prepare for conference call with bankruptcy counsel and defense counsel (.5) | 0.80 | $360.00 |
| 04/22/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Participate in conference call with bankruptcy counsel and defense counsel regarding bankruptcy and insurance issues (1.3) Review of 31 claims tendered to primary carrier, analyze proof of claims in bankruptcy, review of coverage position from carrier and preparation of Dropbox folder with claims documents, and prepare | 5.30 | $2,385.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence to carrier (3.8) review of correspondence regarding protective order (.2). | | |
| 04/22/2024 | BLW | Mediation: Zoom meeting with co-counsel to discuss mediation strategy and insurance coverage issues (1.3); review correspondence and file memos to prepare for same (.7). | 2.00 | $1,350.00 |
| 04/22/2024 | BLW | Fee Application: Prepare exhibit to fee application. | 0.70 | $472.50 |
| 04/23/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Evaluate two new incoming carrier correspondences received and new outgoing firm correspondence and document all three correspondences and claim number to tender matrix. | 0.30 | $102.00 |
| 04/23/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Participate in Zoom meeting with Committee counsel and bankruptcy counsel to discuss bankruptcy and insurance coverage issues (2.6); review of correspondence from carrier in response to tender (.1) review of correspondence and proposed revisions to protective order (.2) review of correspondence from carrier in response to Committee Letter (.1) review of correspondence from excess carrier regarding scope of claims tendered and new proof of claims (.3) analyze new proof of claim forms for potential coverage and tendering to carriers (1.2) analyze coverage positions of primary carrier Chubb as to all claims tendered (.6) prepare correspondence to Chubb's carrier regarding failure to respond to claims (.2) review of new proof of claim, evaluate coverage and prepare tender to carrier (.3) | 5.60 | $2,520.00 |
| 04/23/2024 | BLW | Mediation: Prepare for meeting with Committee counsel to discuss settlement and mediation strategy. | 0.30 | $202.50 |
| 04/23/2024 | BLW | Mediation: Attend lengthy Zoom meeting with counsel for Committee and Debtor to discuss potential approaches to mediation and settlement ideas. | 2.60 | $1,755.00 |
| 04/24/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Investigate carrier correspondences & tender matrix entries and recover Chubb claim numbers/K numbers for 124 claimants (1.9). Compare claimant list of 103 names to Appalachian claims tendered and investigate tender matrix to determine whether any Appalachian claimants are missing from claimant list of 103 names (1.1). Evaluate new tender & document new tender to tender matrix and organize claimant folder (.2). | 3.20 | $1,088.00 |
| 04/24/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which additional proof of claim forms need to be tendered (5.7). | 5.70 | $1,852.50 |
| 04/24/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze 44 survivor proof of claim forms for coverage; prepare Dropbox folders for primary and excess carriers (3.7) prepare correspondence to Travelers with notice of seven (7) new claims (.3) conduct review of tenders to Chubb and Chubb's coverage positions (2.4) draft correspondence to Chubb regarding insurance issues (.3) emails to and from Chubb regarding confidentiality agreement (.1) review of new fact sheet, analyze coverage and prepare tender letter to Travelers (.4) review of request for information from committee and prepare responses (.4) | 7.60 | $3,420.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/2024 | CDY | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Compare notes from committee counsel and secondary policy evidence regarding coverage chart and update coverage chart. | 0.50 | $112.50 |
| 04/25/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Create new claimant folders, create new tender matrix claimant entries and update tender matrix table of contents, and create new coverage chart entries for 20 new claimants (4.5). Create new tender matrix volume (.2). Evaluate and document new tenders in tender matrix and file new pleadings for 34 claimants (1.6). Evaluate carrier correspondences and tender matrix entry (.2). | 6.50 | $2,210.00 |
| 04/25/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze survivor proof of claim for coverage; prepare correspondence to Appalachian Insurance Company regarding 14 survivor claims (1.8); prepare Dropbox folder for Appalachian of claim materials (.3) analyze survivor claims with alleged damages during AIG policy periods, prepare tender correspondence and update Dropbox with claim materials (.6) analyze 10 survivor claims for potential coverage, prepare tender correspondence to National Catholic and update Dropbox with claims materials for insurer (1.7) analyze 8 survivor claims for potential coverage, prepare tender correspondence to Employer's Re and update Dropbox with claims materials for insurer (.4) review of survivor claims regarding coverage by The Hartford and prepare correspondence to counsel for The Hartford with tender of claims (.3) analyze 20 survivor claims and prepare correspondence to Chubb to provide notice of 20 survivor claims (2.2) | 7.30 | $3,285.00 |
| 04/25/2024 | BLW | Bankruptcy Procedure: Review and analysis of carrier's appeal in Archdiocese of New York case as it applies to coverage issues in the present case. | 0.70 | $472.50 |
| 04/25/2024 | BLW | Asset Analysis and Recovery (Insurance Proceeds): Review and analysis of Committee's questions about information on insurance coverage chart (.3); review correspondence regarding further meeting with Committee (.2) | 0.50 | $337.50 |
| 04/25/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which proof of claim forms need to be tendered. | 1.90 | $617.50 |
| 04/26/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Create new claimant folders and file new pleadings, create new tender matrix claimant entries and update tender matrix table of contents, and create new coverage chart entries for 7 new claimants (1.6). Evaluate and document 39 new tenders in tender matrix and organize 2 claimant folders (1.9). Evaluate pleadings for 25 claimants and update claimant folder titles, tender matrix claimant and carrier data and tender matrix table of contents, and coverage chart claimant entries (1.9). Evaluate outgoing firm correspondence and document in tender matrix for 152 claimants (2.1). | 7.50 | $2,550.00 |
| 04/26/2024 | BLW | Mediation: Review file memos regarding Committee's proposals for settlement approaches (.2); attend Zoom meeting with Archdiocese's bankruptcy and defense counsel regarding same | 1.20 | $810.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | (1.0). | | |
| 04/26/2024 | BLW | Motion Practice: Review correspondence and insurance documents regarding coverage for Steele request for relief from stay. | 0.30 | $202.50 |
| 04/26/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which proof of claim forms still need to be tendered (3.4); tender proof of claim forms for new claimants (2.9). | 6.30 | $2,047.50 |
| 04/26/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Conduct file review and analysis of coverage position by Chubb to over 100 claims alleging abuse during primary and excess Chubb policy periods; prepare correspondence to Chubb regarding duty to defend (2.8) analyze proof of claims to identify new claimants, evaluate potential coverage for new claims, and prepare correspondence to carriers with notice (2.4) review of correspondence from Committee counsel regarding insurance issues and review of emails with counsel regarding response (.2) | 5.40 | $2,430.00 |
| 04/27/2024 | BLW | Mediation: Review and respond to correspondence regarding coverage issues relating to mediation. | 0.20 | $135.00 |
| 04/29/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Evaluate pleadings for 61 claimants and update claimant folder titles, tender matrix claimant/carrier data and tender matrix table of contents, and update coverage chart claimant entries (2.3). Evaluate and document new incoming carrier correspondences for 19 claimants and claim number received to tender matrix (.8). Evaluate and document new outgoing tender correspondences to tender matrix for 59 claimants and catalog new pleadings received (2.7). Phone call regarding updated New Claims List project, evaluate new claimants and compile updated New Claims List (1.5). | 7.30 | $2,482.00 |
| 04/29/2024 | BLW | Motion Practice: Review and prepare correspondence regarding Steele's request for relief from stay (.5); review newly received insurance policy regarding same (.5); telephone conference with Steele's bankruptcy attorney, Phister, regarding same (.3). | 1.30 | $877.50 |
| 04/29/2024 | KLC | Asset Analysis and Recovery (Insurance Proceeds): Analyze 33 proof of claim forms filed in bankruptcy, evaluate potential coverage for debtor and prepare tender letters to primary and excess carriers (5.2) review of correspondence from carriers and prepare response regarding new claims (.4) | 5.60 | $2,520.00 |
| 04/29/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review and analyze pleadings, carrier correspondence and coverage chart to determine which proof of claim forms still need to be tendered (2.0); tender proof of claim forms for new claimants (0.6). | 2.60 | $845.00 |
| 04/30/2024 | BSC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Evaluate new claimants and compile updated New Claims List (.4). Evaluate and document new outgoing tender correspondences to tender matrix for 22 claimants and catalog new pleading received (.9). Create new claimant folder, create new tender matrix claimant entry, and create new coverage chart claimant entry (.3). Evaluate and document 2 new incoming carrier correspondences and claim number received and 1 new | 5.10 | $1,734.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | outgoing firm correspondence (.3). Evaluate pleadings for 46 claimants and update claimant folder titles, tender matrix claimant/carrier data and tender matrix table of contents, organize and update coverage chart claimant entries (3.2). | | |
| 04/30/2024 | KLC | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Review of correspondence from carrier with request for information and prepare response (.3) review of correspondence from carrier in response to tender (.1) review of correspondence from committee counsel with agenda for conference call (.3) | 0.70 | $315.00 |
| 04/30/2024 | BLW | Mediation: Conference with counsel for Committee and Archdiocese to discuss settlement strategies. | 1.50 | $1,012.50 |
| 04/30/2024 | ABM | Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage): Tender proof of claim forms for new claimants (1.2). | 1.20 | $390.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Cifarelli | 52.3 | $450.00 | $23,535.00 |
| Adison Marshall | 43.7 | $325.00 | $14,202.50 |
| Barry Weinstein | 20.0 | $675.00 | $13,500.00 |
| Brian Carolus | 44.5 | $340.00 | $15,130.00 |
| Chuck Yeo | 2.6 | $225.00 | $585.00 |
| | | **Subtotal** | **$66,952.50** |
| | | **Total This Invoice** | **$66,952.50** |