1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA 95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7

8  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
10    Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:    (415) 434-9100
12 Facsimile:    (415) 434-3947
   Email:        okatz@sheppardmullin.com
13                amartin@sheppardmullin.com

14 Attorneys for The Roman Catholic Archbishop of
15 San Francisco

16                  UNITED STATES BANKRUPTCY COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

| 19 | In re | Case No. 23-30564 |
|---|---|---|
| 20 | THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| 21 | | |
| 22 | Debtor and Debtor in Possession. | [NO HEARING REQUIRED] |
| 23 | | |

24                      **SECOND AMENDED**
25  **MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN**
                    **[APRIL 2024][1] [REDACTED]**
26

27  ───────────────────────
28  [1] This replaces Docket No. 651 and Docket No. 652 in their entirety.

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statements for the month of April 2024. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of April 2024 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2024, through April 30, 2024 | $65,199.50 | $0.00 | $65,199.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $52,159.60 | $0.00 | $52,159.60 |

Attached hereto as *Exhibit A* is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Case: 23-30564    Doc# 654    Filed: 05/21/24    Entered: 05/21/24 10:51:15    Page 2 of 22

Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the period of April 2024, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub within 14 days from the date of service of this Statement.

Dated: May 21, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By:/s/ Paul J. Pascuzzi
PAUL J. PASCUZZI

Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: May 21, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:      /s/ Ori Katz
ORI KATZ
ALAN H. MARTIN

Attorneys for The Roman Catholic Archbishop of San Francisco

-3-

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period of April 2024**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $485 | 16.20 | $7,857.00 |
| Daniel C. Zamora | Shareholder | $475 | 9.40 | $4,465.00 |
| Benjamin J. Lewis | Associate | $450 | 43.70 | $19,665.00 |
| Alexa K. Horner | Associate | $375 | 13.40 | $5,025.00 |
| Monica Silver | Associate | $375 | 53.70 | $20,137.50 |
| John Slavik | Associate | $375 | 7.70 | $2,887.50 |
| Brian Gonzaga | Paralegal | $225 | 13.40 | $3,015.00 |
| Jennye F. Melendez | Paralegal | $225 | 1.80 | $405.00 |
| Denise Moreno | Paralegal | $205 | 8.50 | $1,742.50 |
| **TOTAL** | | | **167.80** | **$65,199.50** |

**Exhibit B**

**Summary of Compensation by Project Category
Compensation by Project Category for Hourly Services
for the Period of April 2024**

**Bankruptcy Categories**

| Description | Hours | Amount |
|-------------|-------|--------|
| Case Administration | 25.10 | $10,699.50 |
| Asset Analysis and Recovery | 0.70 | $339.50 |
| Other Contested Matters | 2.30 | $1,115.50 |
| Claims Admin/Objections | 1.10 | $533.50 |
| Fact Investigation/Development Plan & Prepare | 0.00 | $0.00 |
| Fact Investigation/Development Draft/Revise | 0.60 | $285.00 |
| Fact Investigation/Development Review/Analyze | 35.10 | $15,941.50 |
| Fact Investigation/Development Communication/Other | 1.80 | $847.50 |
| Fact Investigation/Development Communication-Client | 3.40 | $1,530.00 |
| Analysis/Strategy-Review/Analyze | 36.50 | $14,220.00 |
| Analysis/Strategy-Communicate/with Client | 2.60 | $1,080.00 |
| Document/File Management – Plan & Prepare | 0.00 | $0.00 |
| Document/File Management – Draft/Revise | 0.30 | $67.50 |
| Document/File Management – Communicate w/Client | 1.00 | $450.00 |

Case No. 23-30564

SIXTH MONTHLY STATEMENT
APRIL 2024 [REDACTED]

Case: 23-30564    Doc# 654    Filed: 05/21/24    Entered: 05/21/24 10:51:51    Page 4 of 22

| | Hours | Amount |
|---|---|---|
| Document/File Management – Manage Data/Files | 3.50 | $717.50 |
| Document/File Management – Other | 5.00 | $1,025.00 |
| Document Production-Draft/Revise | 0.40 | $190.00 |
| Document Production-Review/Analyze | 16.00 | $3,875.00 |
| Document Production-Communicate/Other Counsel | 0.50 | $237.50 |
| Settlement/ADR-Plan and Prepare | 30.60 | $11,475.00 |
| Settlement/ADR-Communicate/Other Counsel | 0.20 | $75.00 |
| Other-Communicate w/Other Counsel | 0.20 | $90.00 |
| Pleadings-Communicate w/Other Counsel | 0.40 | $180.00 |
| **TOTAL** | **167.30** | **$64,974.50** |

## Litigation

| Litigation | Hours | Amount |
|---|---|---|
| **TOTAL** | **0.50** | **$225.00** |
| **GRAND TOTAL** | **167.80** | **$65,199.50** |

## Exhibit C

## Summary of Expenses

| Expense Category | Amounts |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

**Exhibit D**

**Weintraub Invoices [REDACTED]**



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

May 06, 2024
Client:       150363

For Professional Services Rendered Through April 30, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | ████ V. Cruise, LLC, ET AL | 98481207 | $225.00 | $0.00 | $225.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $1,802.00 |
| Current Charges | $225.00 |
| Less Retainer Applied | $582.50 |
| **Balance Due:** | **$1,444.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

May 06, 2024
Client:        150363
Matter:        000945
Invoice #:     98481207
Page:               1

RE: ██████████ V. Cruise, LLC, ET AL

For Professional Services Rendered Through April 30, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 4/18/2024 | BJLE | Exchange of emails with Barry Weinstein regarding insurance coverage and strategy for relief from stay. [L430 - A106](0.30) | 0.30 | $135.00 |
| 4/26/2024 | BJLE | Review of email recommendation from Jeannie Kim regarding stay and bankruptcy. [L210 - A107](0.20) | 0.20 | $90.00 |
| | | Total Services | 0.50 | $225.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.50 | $450.00 | $225.00 |

| | |
|---|---|
| Total Fees to Date: | $1,944.50 |
| Total Disbursements to Date: | $82.50 |
| Total to Date: | $2,027.00 |

The Archdiocese of San Francisco

RE: ▬▬▬ V. Cruise, LLC, ET AL

May 06, 2024
Client:      150363
Matter:      000945
Invoice #:   98481207

Page:          2

| | |
|---|---|
| Previous Balance | $1,802.00 |
| Current Charges | $225.00 |
| Less Retainer Applied | $582.50 |
| **Balance Due** | **$1,444.50** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $90.00 |
| L430 | Written Motions/Submissions - Communicate w/Cli | 0.30 | $135.00 |
| | **Total Hours** | **0.50** | |
| | | **Total Fees:** | **$225.00** |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Lawrence R. Jannuzzi, Esq.**

May 07, 2024
Client:          150363

For Professional Services Rendered Through April 30, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98481469 | $64,974.50 | $0.00 | $64,974.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $61,923.96 |
| Current Charges | $64,974.50 |
| Less Retainer Applied | $32,504.56 |
| **Balance Due:** | **$94,393.90** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 68-0231351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Lawrence R. Jannuzzi, Esq.**

May 07, 2024
Client:         150363
Matter:         900036
Invoice #:    98481469

Page:              1

RE:  Bankruptcy

For Professional Services Rendered Through April 30, 2024

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/29/2024 | PEG | Review of updated ▮▮▮ investigation report on ▮▮▮. [L110 - A104](0.40) | 0.40 | $194.00 |
| 4/1/2024 | DCZ | Drafting protocol for review and production of personnel files to claimants' committee. [L320 - A103](0.40) | 0.40 | $190.00 |
| 4/1/2024 | PEG | Review of memorandum from Steve Gersten regarding meet and confer with committee. [B100 - B110](0.20) | 0.20 | $97.00 |
| 4/1/2024 | AKH | Further review and analysis of plaintiff fact sheets and proofs of claim for purposes of drafting summaries of plaintiffs' claims (plaintiffs: ▮▮▮▮▮▮▮▮). [B100 - B110](4.50) | 4.50 | $1,687.50 |
| 4/1/2024 | BJLE | Review and analysis of Fr. ▮▮▮ personnel file (257documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](3.10) | 3.10 | $1,395.00 |
| 4/1/2024 | DAM | Unitization of ▮▮▮ and ▮▮▮ client files/folders. [L140 - A110](1.00) | 1.00 | $205.00 |
| 4/2/2024 | PEG | Exchange with Paula Carney and Paul Pascuzzi regarding late filed claim request. [B300 - B310](0.30) | 0.30 | $145.50 |

The Archdiocese of San Francisco

RE:  Bankruptcy

May 07, 2024
Client:        150363
Matter:        900036
Invoice #:   98481469

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/2/2024 | PEG | Review of insurers application for Rule 2004 order. [B100 - B190](0.40) | 0.40 | $194.00 |
| 4/2/2024 | PEG | Exchange with Amanda Cottrell regarding committee meet and confer. [B100 - B110](0.20) | 0.20 | $97.00 |
| 4/2/2024 | AKH | Continued review and analysis of plaintiff fact sheets (██████████████████████████). [B100 - B110](3.70) | 3.70 | $1,387.50 |
| 4/3/2024 | DCZ | Review and analysis of proof of claim list for identification of additional personnel file production in response to Rule 2004 request. [L110 - A104](0.50) | 0.50 | $237.50 |
| 4/3/2024 | DCZ | Phone call to Steve Gersten regarding status of personnel file production. [L110 - A107](0.40) | 0.40 | $190.00 |
| 4/4/2024 | PEG | Exchange with Pascuzzi and Cottrell regarding Committee's nomination of Judge Buckley as mediator. [B100 - B190](0.30) | 0.30 | $145.50 |
| 4/4/2024 | MAS | Telephone call from Peter Califano regarding requested documents for St. Patrick's Seminary matters. [L160 - A107](0.20) | 0.20 | $75.00 |
| 4/5/2024 | PEG | Call with Paul Pascuzzi regarding late filed claim. [B300 - B310](0.20) | 0.20 | $97.00 |
| 4/5/2024 | AKH | Continued review and analysis of Plaintiff fact sheets for purposes of drafting plaintiff summaries for upcoming mediation ██████████████████████. [B100 - B110](2.30) | 2.30 | $862.50 |
| 4/6/2024 | PEG | Review of draft opposition to insurer Rule 2004 request. Preparation of reply to Amanda Cottrell regarding same. [B100 - B190](0.50) | 0.50 | $242.50 |
| 4/8/2024 | DCZ | Phone call to Steven Gersten regarding status of priest file production. [L110 - A108](0.20) | 0.20 | $95.00 |
| 4/8/2024 | AKH | Further review and analysis of Plaintiff fact sheets for purposes of drafting plaintiff summaries (██████████████). [B100 - B110](0.80) | 0.80 | $300.00 |
| 4/8/2024 | BJLE | Exchange of emails with Peter Califano regarding Plaintiff ██████ claim and pleadings. [L210 - A106](0.50) | 0.40 | $180.00 |
| 4/9/2024 | DCZ | Review and analysis of requests for abuse claim related documents in Rule 2004 request. [L110 - A104](0.40) | 0.40 | $190.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client:        150363
Matter:        900036
Invoice #:  98481469

Page:                3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/9/2024 | PEG | Review of memorandum from Paul Pascuzzi regarding request for allowance of late filed claim; preparation of reply to group regarding notice to insurers. [B300 - B310](0.30) | 0.30 | $145.50 |
| 4/9/2024 | PEG | Review of memorandum from Pascuzzi regarding communication with Committee as to motion to appoint mediators. [B100 - B110](0.20) | 0.20 | $97.00 |
| 4/9/2024 | PEG | Call with Judge Buckley regarding potential selection as mediator. [B100 - B110](0.30) | 0.30 | $145.50 |
| 4/9/2024 | AKH | Continued review and analysis of Plaintiff fact sheets ▮▮▮▮▮). [B100 - B110](0.30) | 0.30 | $112.50 |
| 4/9/2024 | BJLE | Preparation of list for creditors committee of accused individuals and status of obtaining and preparing each file. [L110 - A104](1.50) | 1.50 | $675.00 |
| 4/9/2024 | MAS | Analysis of status of personnel files produced in 2020 attorney general investigation for purposes of provision of files to Creditor's Committee per Rule 2004 discovery request. [L160 - A101](2.20) | 2.20 | $825.00 |
| 4/10/2024 | DCZ | Conference call with creditor's committee regarding production of abuse records in response to Rule 2004 request. [L110 - A108](0.90) | 0.90 | $427.50 |
| 4/10/2024 | DCZ | Drafting list of documents to be produced following conference call with creditor's committee. [L110 - A103](0.60) | 0.60 | $285.00 |
| 4/10/2024 | PEG | Call with committee counsel and Amanda Cottrell regarding meet and confer discussion of abuse documents production. [B100 - B110](1.00) | 1.00 | $485.00 |
| 4/10/2024 | BJLE | Review of claims 1 to 109 out of 529 proofs of claim claims and analyze whether a claim is a new claims, whether the claim have been filed in JCCP 5108, analyze proofs of claim that may be deficient for failing to file complaint in state court or are passed statute of limitations, and analyze accused individuals that were named for the first time against the Archdiocese. [L110 - A104](1.50) | 1.50 | $675.00 |
| 4/11/2024 | PEG | Review of Committees' redlines to motion to order mediation. [B300 - B310](0.30) | 0.30 | $145.50 |
| 4/11/2024 | AKH | Further review and analysis of Plaintiff fact sheets for purposes of drafting plaintiff summaries ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [B100 - B110](1.20) | 1.20 | $450.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client:      150363
Matter:      900036
Invoice #:   98481469

Page:          4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/11/2024 | BJLE | Review of claims 110 to 320 out of 529 proofs of claim claims and analyze whether a claim is a new claims, whether the claim have been filed in JCCP 5108, analyze proofs of claim that may be deficient for failing to file complaint in state court or are passed statute of limitations, and analyze accused individuals that were named for the first time against the Archdiocese. [L120 - A104](3.40) | 3.40 | $1,530.00 |
| 4/12/2024 | BJLE | Review and analysis of Fr. ▮▮▮▮▮▮▮ personnel file (126 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](0.90) | 0.90 | $405.00 |
| 4/14/2024 | BJLE | Review of claims 321 to 529 out of 529 proofs of claim claims and analyze whether a claim is a new claims, whether the claim have been filed in JCCP 5108, analyze proofs of claim that may be deficient for failing to file complaint in state court or are passed statute of limitations, and analyze accused individuals that were named for the first time against the Archdiocese. [L120 - A104](2.70) | 2.70 | $1,215.00 |
| 4/14/2024 | BJLE | Review and analysis of Fr. ▮▮▮ personnel file (138 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](1.70) | 1.70 | $765.00 |
| 4/14/2024 | BJLE | Review and analysis of Fr. ▮▮▮▮▮ personnel file (265 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](2.30) | 2.30 | $1,035.00 |
| 4/15/2024 | AKH | Further review and analysis of Plaintiff fact sheets for purposes of drafting plaintiff summaries ▮▮▮▮. [B100 - B110](0.60) | 0.60 | $225.00 |
| 4/15/2024 | BJLE | Exchange of emails with Peter De La Cerda regarding representation of particular plaintiffs. [L190 - A107](0.20) | 0.20 | $90.00 |
| 4/15/2024 | MAS | Further review of personnel files produced in 2020 attorney general investigation for purposes of evaluation and provision of files to Creditor's Committee per Rule 2004 discovery request. [L160 - A101](0.60) | 0.60 | $225.00 |
| 4/16/2024 | BJLE | Review and analysis of 17 accused individuals and analyze their identity and their alleged affiliation with the Archdiocese for purposes of determining whether the Archdiocese will have a personnel file and where it would be located. [L110 - A104](1.50) | 1.50 | $675.00 |
| 4/16/2024 | MAS | Further review of personnel files produced in 2020 attorney general investigation for purposes of evaluation and provision of files to Creditor's Committee per Rule 2004 discovery request. [L160 - A101](3.40) | 3.40 | $1,275.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client: 150363
Matter: 900036
Invoice #: 98481469

Page: 5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/17/2024 | MAS | Analysis of named perpetrators, alleged locations of abuse, and other identifying information provided by claimants in proofs of claims for purposes of determining identity of named perpetrator and location of personnel file for evaluation and production of file to the Creditor's Committee pursuant to Rule 2004 discovery request (proofs of claims 1-124). [L160 - A101](4.80) | 4.80 | $1,800.00 |
| 4/18/2024 | BJLE | Review and analysis of Fr. ███████ personnel file (520 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](4.40) | 4.40 | $1,980.00 |
| 4/18/2024 | MAS | Further analysis of named perpetrators, alleged locations of abuse, and other identifying information provided by claimants in proofs of claims for purposes of analyzing identity of named perpetrator and location of personnel file for evaluation and production of file to the Creditor's Committee pursuant to Rule 2004 discovery request (proofs of claim 125-279). [L160 - A101](6.00) | 6.00 | $2,250.00 |
| 4/19/2024 | PEG | Review and analysis of Committee Response to Passarello Declaration. [B100 - B110](0.40) | 0.40 | $194.00 |
| 4/19/2024 | BJLE | Telephone call with Peter Califano regarding facts of claim. [L110 - A107](0.30) | 0.30 | $135.00 |
| 4/19/2024 | MAS | Further analysis of named perpetrators, alleged locations of abuse, and other identifying information provided by claimants in proofs of claims for purposes of analyzing identity of named perpetrator and location of personnel file for evaluation and production of file to the Creditor's Committee pursuant to Rule 2004 discovery request (proofs of claim 280-475). [L160 - A101](7.50) | 7.50 | $2,812.50 |
| 4/21/2024 | BJLE | Review and analysis of Fr. ███████ personnel file (410 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](4.20) | 4.20 | $1,890.00 |
| 4/22/2024 | PEG | Conference call with Pascuzzi, Katz, Weinstein and Ciffsrelli to plan for call with Committee re strategies for evaluation snd resolution of claims. [B100 - B110](1.40) | 1.40 | $679.00 |
| 4/22/2024 | BJLE | Review and analysis of Fr. ███████ personnel file (117 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](1.70) | 1.70 | $765.00 |
| 4/22/2024 | BJLE | Preparation of request for personnel files from client by analyzing personally identifying information to determine whether an accused individual is likely a priest from the Archdiocese of San Francisco, whether the individual may be a non-diocesan employee that may have a personnel file located at a specific parish or school, or if the accused individual has no connection to the Archdiocese of San Francisco and no personnel file will be in client's possession. [L110 - A106](1.50) | 1.50 | $675.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client: 150363
Matter: 900036
Invoice #: 98481469

Page: 6

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/22/2024 | BJLE | Review and analysis of Fr. ███████ personnel file (80 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](1.30) | 1.30 | $585.00 |
| 4/22/2024 | MAS | Further analysis of named perpetrators, alleged locations of abuse, and other identifying information provided by claimants in proofs of claims for purposes of analyzing identity of named perpetrator and location of personnel file for evaluation and production of file to the Creditor's Committee pursuant to Rule 2004 discovery request(proofs of claim 475-529). [L160 - A101](2.60) | 2.60 | $975.00 |
| 4/22/2024 | MAS | Begin review of personnel file of Rev. ███████ for purposes of producing per Rule 2004 discovery request. [L120 - A104](2.00) | 2.00 | $750.00 |
| 4/22/2024 | BGON | Unitize personnel files and upload to Relativity. [L320 - A104](3.20) | 3.20 | $720.00 |
| 4/22/2024 | DAM | Unitization of client files/folders. [L140 - A110](2.50) | 2.50 | $512.50 |
| 4/23/2024 | PEG | Review and edit personnel file inventories and request lists to prepare requests to Chancery and related third parties for production to committee. [B100 - B110](0.80) | 0.80 | $388.00 |
| 4/23/2024 | PEG | Revise and edit further draft of motion to order mediation and reply to Shepard Mullin. [B100 - B110](0.50) | 0.50 | $242.50 |
| 4/23/2024 | PEG | Zoom conference with Jim Stang and committee counsel with Tim Burns, Pascuzzi, Katz and Weinstein regarding mediation strategies. [B100 - B110](1.80) | 1.80 | $873.00 |
| 4/23/2024 | PEG | Follow up call with Pascuzzi, Katz and Weinstein regarding discussion on response to Committee proposals. [B100 - B110](0.60) | 0.60 | $291.00 |
| 4/23/2024 | BJLE | Review and revise analysis of accused individuals determining whether the accused individual is a diocesan priest, a non-diocesan priest that may have a personnel file at a specific location, and individuals that have no affiliation with the Archdiocese based on comments from Paul Gaspari and instructions to investigate additional information. [L110 - A106](1.90) | 1.90 | $855.00 |
| 4/23/2024 | MAS | Conduct further review of personnel file of Rev. ███████ for purposes of producing per Rule 2004 discovery request. [L120 - A104](1.30) | 1.30 | $487.50 |
| 4/23/2024 | BGON | Unitize of personnel files and upload to Relativity. [L320 - A104](3.40) | 3.40 | $765.00 |
| 4/24/2024 | PEG | Review of letter from counsel for Lloyd's regarding reply to Committee discovery request and mediation. [B100 - B190](0.30) | 0.30 | $145.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client:      150363
Matter:      900036
Invoice #:   98481469

Page:           7

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/24/2024 | PEG | Review of Camden order denying insurers request for stay of plan pending appeal. [B100 - B190](0.40) | 0.40 | $194.00 |
| 4/24/2024 | BJLE | Review and revise list of 90 personnel files to request from Paula Carney to include dates of abuse, assignment location, and other identifying information provided by Plaintiff. [L120 - A106](2.40) | 2.40 | $1,080.00 |
| 4/24/2024 | BJLE | Preparation of email to Paula Carney regarding list of personnel files requested and specialized instructions for requests of priest files, requests of files from parishes or schools, and requests for priest files that need supplementation. [L140 - A106](1.00) | 1.00 | $450.00 |
| 4/24/2024 | JRS | Review of Father ▮▮▮▮▮▮ file for privileged information, documents 1-71. [L120 - A104](0.90) | 0.90 | $337.50 |
| 4/24/2024 | MAS | Analysis of dates of abuse in proofs of claims for purposes of identifying and locating outstanding personnel files from client and/or specific institutions to review and provide to Creditor's Committee per Rule 2004 discovery request. [L160 - A101](3.50) | 3.50 | $1,312.50 |
| 4/24/2024 | DAM | Unitization of client folders. [L140 - A111](5.00) | 5.00 | $1,025.00 |
| 4/25/2024 | PEG | Call from Mike Reck regarding potential for meeting with Anderson to discuss settlement strategies. [B100 - B110](0.30) | 0.30 | $145.50 |
| 4/25/2024 | JRS | Review of Father ▮▮▮▮▮▮ file for privileged information, documents 1-137. [L120 - A104](0.90) | 0.90 | $337.50 |
| 4/25/2024 | JRS | Review of Father ▮▮▮▮▮▮' file for privileged information, documents 1-99. [L120 - A104](1.00) | 1.00 | $375.00 |
| 4/25/2024 | JFM | Review and organize client documents related to various perpetrators and prepare for attorney review and potential production. [L320 - A104](1.80) | 1.80 | $405.00 |
| 4/26/2024 | PEG | Call with Pascuzzi, Katz and Weinstein to further explore resolution options with committee. [B100 - B110](1.00) | 1.00 | $485.00 |
| 4/26/2024 | PEG | Review of committee demand; preparation of memorandum to Shephard Mullin regarding discovery of parish and school data. [B100 - B110](0.30) | 0.30 | $145.50 |
| 4/26/2024 | BJLE | Review and analysis of Fr. ▮▮▮▮▮▮ personnel file 144 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](1.60) | 1.60 | $720.00 |
| 4/26/2024 | JRS | Review of Father ▮▮▮▮▮▮ file for privileged information, documents 1-83. [L120 - A104](1.30) | 1.30 | $487.50 |
| 4/26/2024 | MAS | Conduct second pass review on personnel file of Fr. ▮▮▮▮▮▮ for production per Rule 2004 discovery request. [L120 - A104](1.40) | 1.40 | $525.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client:         150363
Matter:        900036
Invoice #:    98481469

Page:                8

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/26/2024 | MAS | Conduct second pass review on personnel file of Fr. ▓▓ per Rule 2004 discovery request. [L120 - A104](2.00) | 2.00 | $750.00 |
| 4/26/2024 | MAS | Conduct second pass review on personnel file of Fr. ▓▓ per Rule 2004 discovery request. [L120 - A104](0.90) | 0.90 | $337.50 |
| 4/27/2024 | PEG | Review and analysis of Tim Burns 9 point test case proposal. [B100 - B110](0.30) | 0.30 | $145.50 |
| 4/27/2024 | PEG | Review of Committee demand to resolve Parish financial discovery issues. [B100 - B110](0.20) | 0.20 | $97.00 |
| 4/27/2024 | PEG | Review of memoranda and proposals by Pascuzzi and Cottrell regarding response to Committee's discovery demands. [B100 - B110](0.30) | 0.30 | $145.50 |
| 4/28/2024 | PEG | Review of committee objections to Rockville Center motion to dismiss as it relates to committee position in this proceeding. [B100 - B110](0.40) | 0.40 | $194.00 |
| 4/28/2024 | JRS | Review of Father ▓▓ file for privileged information, documents 1-204. [L120 - A104](1.70) | 1.70 | $637.50 |
| 4/28/2024 | JRS | Review of Father ▓▓ file for privileged information, documents 1-27. [L120 - A104](0.40) | 0.40 | $150.00 |
| 4/29/2024 | DCZ | Review and analysis of Fr. ▓▓ personnel file. [L110 - A104](4.40) | 4.40 | $2,090.00 |
| 4/29/2024 | PEG | Review of memorandum from Weinstein regarding release of insurance policies to ▓▓ plaintiff. [B100 - B190](0.20) | 0.20 | $97.00 |
| 4/29/2024 | PEG | Preparation of memorandum to Pascuzzi, Shepard Mullin, Carney and Weinstein regarding issues raised by relief from stay request. [B100 - B190](0.20) | 0.20 | $97.00 |
| 4/29/2024 | BJLE | Review and analysis of Fr. ▓▓ personnel file (424 documents) for responsiveness, attorney client and work product privileges, privacy. [L110 - A104](3.70) | 3.70 | $1,665.00 |
| 4/29/2024 | JRS | Review of Father ▓▓ file for privileged information, documents 1-150. [L120 - A104](1.50) | 1.50 | $562.50 |
| 4/29/2024 | MAS | Further conduct second pass review on personnel file of Fr. ▓▓ per Rule 2004 discovery request. [L120 - A104](1.30) | 1.30 | $487.50 |
| 4/29/2024 | MAS | Conduct second pass review on personnel file of Fr. ▓▓ per Rule 2004 discovery request. [L120 - A104](1.40) | 1.40 | $525.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client: 150363
Matter: 900036
Invoice #: 98481469

Page: 9

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/29/2024 | MAS | Conduct second pass review on personnel file of Fr. ███████ per Rule 2004 discovery request. [L120 - A104](0.50) | 0.50 | $187.50 |
| 4/29/2024 | MAS | Conduct second pass review on personnel file of Fr. ███████ per Rule 2004 discovery request. [L120 - A104](1.40) | 1.40 | $525.00 |
| 4/29/2024 | MAS | Conduct second pass review on personnel file of Fr. ███████ per Rule 2004 discovery request. [L120 - A104](1.30) | 1.30 | $487.50 |
| 4/29/2024 | MAS | Conduct second pass review on personnel file of Rev. ███████ per Rule 2004 discovery request. [L120 - A104](0.50) | 0.50 | $187.50 |
| 4/29/2024 | MAS | Conduct second pass review on personnel file of Fr. ███████ per Rule 2004 discovery request. [L120 - A104](2.20) | 2.20 | $825.00 |
| 4/29/2024 | BGON | Code documents for privilege log, run of document production and privilege log. [L320 - A104](3.50) | 3.50 | $787.50 |
| 4/30/2024 | DCZ | Review and analysis of Fr. ███████ personnel file for production to claimants. [L320 - A104](1.10) | 1.10 | $522.50 |
| 4/30/2024 | DCZ | Conference call with creditors' counsel about status of production of financial information. [L320 - A107](0.50) | 0.50 | $237.50 |
| 4/30/2024 | PEG | Conference call with Anderson, Pascuzzi and Caine regarding financial discovery issues. [B100 - B120](0.70) | 0.70 | $339.50 |
| 4/30/2024 | PEG | Meeting with Jeff Anderson, Pascuzzi and Weinstein to discuss mediation and test case alternatives. [B100 - B110](1.50) | 1.50 | $727.50 |
| 4/30/2024 | MAS | Conduct second pass review on personnel file of Fr. ███████ for purposes of producing per Rule 2004 discovery request. [L120 - A104](2.10) | 2.10 | $787.50 |
| 4/30/2024 | MAS | Conduct second pass review on personnel file of Fr. ███████ for purposes of producing per Rule 2004 discovery request. [L120 - A104](1.40) | 1.40 | $525.00 |
| 4/30/2024 | MAS | Conduct second pass review on personnel file of Fr. ███████ for purposes of producing per Rule 2004 discovery request. [L120 - A104](0.50) | 0.50 | $187.50 |
| 4/30/2024 | MAS | Conduct further review of personnel file of Rev. ███████ for purposes of producing per Rule 2004 discovery request. [L120 - A104](1.10) | 1.10 | $412.50 |
| 4/30/2024 | MAS | Conduct second pass review on personnel file of Fr. ███████ for purposes of producing per Rule 2004 discovery request. [L120 - A104](1.60) | 1.60 | $600.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client:     150363
Matter:     900036
Invoice #:  98481469

Page:       10

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/30/2024 | BGON | Code documents for privilege log and running of document productions. [L320 - A104](3.00) | 3.00 | $675.00 |
| 4/30/2024 | BGON | Review of case information and update of claims chart. [L140 - A103](0.30) | 0.30 | $67.50 |
| | | Total Services | 167.30 | $64,974.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 16.20 | $485.00 | $7,857.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 9.40 | $475.00 | $4,465.00 |
| AKH | Alexa Horner | ASSOCIATE | 13.40 | $375.00 | $5,025.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 43.20 | $450.00 | $19,440.00 |
| MAS | Monica Silver | ASSOCIATE | 53.70 | $375.00 | $20,137.50 |
| JRS | John Slavik | ASSOCIATE | 7.70 | $375.00 | $2,887.50 |
| BGON | Brian Gonzaga | PARALEGAL | 13.40 | $225.00 | $3,015.00 |
| JFM | Jennye F. Melendez | PARALEGAL | 1.80 | $225.00 | $405.00 |
| DAM | Denise Moreno | PARALEGAL | 8.50 | $205.00 | $1,742.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $160,823.00 | Previous Balance | $61,923.96 |
| Total Disbursements to Date: | $1,900.06 | Current Charges | $64,974.50 |
| | | Less Retainer Applied | $32,504.56 |
| Total to Date: | $162,723.06 | **Balance Due** | **$94,393.90** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 25.10 | $10,699.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 07, 2024
Client:        150363
Matter:        900036
Invoice #:   98481469

Page:          11

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Asset Analysis and Recovery | 0.70 | $339.50 |
| B100 | Other Contested Matters (excluding assumption/re | 2.30 | $1,115.50 |
| B300 | Claims Administration and Objections | 1.10 | $533.50 |
| L110 | Fact Investigation/Development - Plan & Prepare | 0.00 | $0.00 |
| L110 | Fact Investigation/Development - Draft/Revise | 0.60 | $285.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 35.10 | $15,941.50 |
| L110 | Fact Investigation/Development - Commun. w/Clien | 3.40 | $1,530.00 |
| L110 | Fact Investigation/Development - Commun./OtherC | 0.70 | $325.00 |
| L110 | Fact Investigation/Development - CommOther Exte | 1.10 | $522.50 |
| L120 | Analysis/Strategy - Review/Analyze | 36.50 | $14,220.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 2.60 | $1,080.00 |
| L140 | Document/File Management - Plan & Prepare For | 0.00 | $0.00 |
| L140 | Document/File Management - Draft/Revise | 0.30 | $67.50 |
| L140 | Document/File Management - Communicate w/Clie | 1.00 | $450.00 |
| L140 | Document/File Management - Manage Data/Files | 3.50 | $717.50 |
| L140 | Document/File Management - Other | 5.00 | $1,025.00 |
| L160 | Settlement/Non-Binding ADR - Plan & Prepare For | 30.60 | $11,475.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Cou | 0.20 | $75.00 |
| L190 | Other - Communicate/Other Counsel | 0.20 | $90.00 |

The Archdiocese of San Francisco

RE:  Bankruptcy

May 07, 2024
Client:          150363
Matter:          900036
Invoice #:    98481469

Page:                12

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/With Client | 0.40 | $180.00 |
| L320 | Document Production - Draft/Revise | 0.40 | $190.00 |
| L320 | Document Production - Review/Analyze | 16.00 | $3,875.00 |
| L320 | Document Production - Communicate/Other Couns | 0.50 | $237.50 |

| | | |
|---|---|---|
| **Total Hours** | **167.30** | |

| | |
|---|---|
| **Total Fees:** | **$64,974.50** |