Entered on Docket
May 21, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 21, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 15̶̶̶̶
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS L̶
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
          amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and<br>          Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[NO HEARING REQUIRED] |

**ORDER GRANTING MOTION TO REDACT PREVIOUSLY FILED DOCUMENT**

      In accordance with Federal Rule of Bankruptcy Procedure 9037(h), upon consideration the *Motion to Redact Previously Filed Document* and supporting documents filed by The Roman Catholic Archbishop of San Francisco (herein the "Movant"), to redact previously filed unredacted

documents, and good cause appearing therefor;

1. The *Motion* is hereby granted.

2. The following documents shall be sealed, in accordance with the court's prior Sealing Order at Dkt. No. 227.

| ECF No. | Document Title |
|---|---|
| 651 | Monthly Professional Fee Statement for Weintraub Tobin [April 2024] |
| 652 | Amended Monthly Professional Fee Statement for Weintraub Tobin [April 2024] [replaces Dkt. No. 651] |

3. Within 10 days after the entry date of this *Order*, the Movant shall file via ECF or otherwise provide to the Clerk in paper form a properly redacted replacement document for the previously filed unredacted documents stated herein.

**END OF ORDER**

Court Service List
No service required.