ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:       okatz@sheppardmullin.com
          amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP - APRIL 2024** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter & Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby files its *Monthly Professional Fee Statement for April 2024.* Under the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered by the Court on October 16, 2023 [ECF No. 212], the total legal fees earned and expenses incurred by Sheppard Mullin on account of the Debtor for April 2024 are as follows:

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| April 1 – April 30, 2024 | $203,878.40 | $50.90 | $203,929.30 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $163,102.72 | $50.90 | $163,153.62 |

Case: 23-30564    Doc# 658    Filed: 05/23/24    Entered: 05/23/24 08:11:03    Page 1 of 44

The itemized billing statement for the fees and costs billed for April 2024 is attached hereto as **Exhibit 1**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated: May 23, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       _/s/ Ori Katz_

ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco

## **Exhibit 1**

April 2024 Invoice



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

<u>*Remittance Copy*</u>
*Please return this page with your payment.*

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
May 17, 2024
Invoice 380103727

| Our Matter No. | 90YY-375176 |
| --- | --- |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2024

| | | |
| --- | --- | --- |
| Current Fees | $ 203,878.40 | |
| Current Disbursements | $ 50.90 | |
| Total Current Activity | | $ 203,929.30 |
| Total Due for This Invoice | | $ 203,929.30 |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
| --- | --- | --- | --- |
| Alan H. Martin | 11.70 | $ 1,032.00 | $ 12,074.40 |
| Ori Katz | 23.70 | $ 1,172.00 | $ 27,776.40 |
| Jennifer L. Nassiri | 46.10 | $ 1,056.00 | $ 48,681.60 |
| Amanda L. Cottrell | 24.50 | $ 908.00 | $ 22,246.00 |
| Jeannie Kim | 40.90 | $ 804.00 | $ 32,883.60 |
| Steven G. Gersten | 53.10 | $ 804.00 | $ 42,692.40 |
| Matt Benz | 25.50 | $ 600.00 | $ 15,300.00 |
| Eduardo G. Linares | 4.00 | $ 556.00 | $ 2,224.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
| --- | --- | --- |
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u> Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays                                  SMRH Tax ID 95-1463164
Vicar General and Moderator of the Curia                        May 17, 2024
The Roman Catholic Archbishop of San Francisco              Invoice 380103727
One Peter Yorke Way
San Francisco, CA 94109

Our Matter No.      90YY-375176
                    The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
                    Alternatives
Billing Atty:       Ori Katz

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2024

Current Fees                                      $  203,878.40
Current Disbursements                             $  50.90

Total Current Activity                                    $  203,929.30

Total Due for This Invoice                               $  203,929.30

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 11.70 | $ 1,032.00 | $ 12,074.40 |
| Ori Katz | 23.70 | $ 1,172.00 | $ 27,776.40 |
| Jennifer L. Nassiri | 46.10 | $ 1,056.00 | $ 48,681.60 |
| Amanda L. Cottrell | 24.50 | $ 908.00 | $ 22,246.00 |
| Jeannie Kim | 40.90 | $ 804.00 | $ 32,883.60 |
| Steven G. Gersten | 53.10 | $ 804.00 | $ 42,692.40 |
| Matt Benz | 25.50 | $ 600.00 | $ 15,300.00 |
| Eduardo G. Linares | 4.00 | $ 556.00 | $ 2,224.00 |

### DUE IMMEDIATELY UPON RECEIPT
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank: Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 2 of 40

FOR PROFESSIONAL SERVICES THROUGH 04/30/24

## **FEE DETAIL**

**Relief from Stay and Adequate Protection Proceedings**

04/08/24      Call with counsel for slip-and-fall claimant to discuss their request for stipulated stay relief to pursue insurance on account of claim (.3).

         Ori Katz                    .30 hrs.

04/08/24      Reviewed complaint for damages related to slip & fall claim (.1); corresponded with B. Riley team regarding same (.2)

         Jeannie Kim              .30 hrs.

04/12/24      Corresponded with R. Pfister regarding stipulation to modify stay to pursue insurance (1656 California St. Litigation) (.1); follow-up correspondence to D. Greenblatt regarding 1656 California Street insurance policy (.1)

         Jeannie Kim              .20 hrs.

04/15/24      Corresponded with D. Greenblatt regarding insurance policy related to 1656 California St. real property (.1); reviewed and analyzed Cruise lease agreement (.1)

         Jeannie Kim              .20 hrs.

04/16/24      Corresponded with D. Greenblatt regarding 1656 California St. insurance policy (.3); telephone conference with K. Johnson (AJ Gallagher) regarding same (.4); correspondence to N. Lew (AJ Gallagher) regarding tenant COI (.1); correspondence to R. Pfister responding to request to stipulate to modify stay to pursue insurance proceeds (.1)

         Jeannie Kim              .90 hrs.

04/17/24      Reviewed correspondence from R. Pfister regarding 1656 California St. slip & fall action (.1); further researched insurance issues in connection with same (.2)

         Jeannie Kim              .30 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                May 17, 2024
Alternatives                                                                                          Invoice 380103727
Ori Katz                                                                                              Page 3 of 40

## **FEE DETAIL**

04/18/24    Corresponded with N. Lew regarding tenant insurance policy (.1); conferred (.4) and
            corresponded (.2) with B. Weinstein regarding Steele request for stay relief;
            correspondence to R. Pfister regarding request for stay relief (.1); corresponded with B.
            Weinstein and P. Gaspari regarding Steele request for stay relief (.1)

                Jeannie Kim                              .90 hrs.

04/19/24    Corresponded with B. Weinstein regarding additional comments from Gallagher
            regarding 1656 California St. insurance policies (.1)

                Jeannie Kim                              .10 hrs.

04/26/24    Reviewed correspondence from R. Pfister regarding Steele stay relief request (.1);
            correspondence to special counsel regarding bankruptcy analysis of stay relief request
            (.4)

                Jeannie Kim                              .50 hrs.

04/29/24    Corresponded with B. Weinstein regarding Steele stay relief request (.1); corresponded
            with special counsel and client regarding same (.2)

                Jeannie Kim                              .30 hrs.

04/30/24    Corresponded with R. Pfister and B. Weinstein regarding Steele request for stay relief
            (.2)

                Jeannie Kim                              .20 hrs.

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 0.30 | $ 1,172.00 | $ 351.60 |
| Jeannie Kim | 3.90 | $ 804.00 | $ 3,135.60 |
| Totals | 4.20 | $ 830.29 | $ 3,487.20 |

**Meetings of and Communications with Creditors**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic     May 17, 2024
Alternatives                                                                              Invoice 380103727
Ori Katz                                                                                  Page 4 of 40

04/02/24        Reviewed update regarding call with committee counsel (.1)

                Jeannie Kim                              .10 hrs.

04/05/24        Corresponded with B. Michael regarding stipulation regarding third party discovery
                target fees (.1).

                Jeannie Kim                              .10 hrs.

04/08/24        Email with co-counsel for debtor re insurance matters to prepare for meeting with
                committee to discuss insurance issues (.3).

                Ori Katz                                 .30 hrs.

04/09/24        Participate in weekly call with committee to discuss case status (.3).

                Ori Katz                                 .30 hrs.

04/11/24        Participate in discussion with committee re logistics of potential upcoming mediation
                (.5).

                Ori Katz                                 .50 hrs.

04/16/24        Participate in a portion of the weekly call with committee professionals (.3).

                Ori Katz                                 .30 hrs.

04/18/24        Prepare outline for call with committee to discuss concerns raised regarding proceeding
                to mediation (.6).

                Ori Katz                                 .60 hrs.

04/18/24        Review documents provided by committee regarding pre-petition tax assessment
                litigation in connection with committee request for additional information re same (.8).

                Ori Katz                                 .80 hrs.

04/22/24        Reviewed various correspondence and items received from creditor committee counsel
                as to First Day Order questions and comments.

                Alan  H. Martin                          .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic        May 17, 2024
Alternatives                                                                                  Invoice 380103727
Ori Katz                                                                                      Page 5 of 40

| 04/22/24 | Meeting with other debtor professionals to prepare for meeting with committee professionals on the following day to discuss primarily insurance related issues (1.3). |
|---|---|

| | Ori Katz | 1.30 hrs. |
|---|---|---|

| 04/23/24 | Call with committee professionals to discuss insurance matters (1.8). |
|---|---|

| | Ori Katz | 1.80 hrs. |
|---|---|---|

| 04/24/24 | Participate in portion of call with committee counsel to discuss discovery dispute (.1). |
|---|---|

| | Ori Katz | .10 hrs. |
|---|---|---|

| 04/25/24 | Call with Mr. Pascuzzi to discuss response to committee email re mediation (.3). |
|---|---|

| | Ori Katz | .30 hrs. |
|---|---|---|

| 04/25/24 | Call with Ms. Michael to discuss committee email re mediation (.3). |
|---|---|

| | Ori Katz | .30 hrs. |
|---|---|---|

| 04/26/24 | Call with insurance co-counsel to discuss upcoming call with committee (.9). |
|---|---|

| | Ori Katz | .90 hrs. |
|---|---|---|

| 04/29/24 | Reviewed correspondence from B. Michael regarding alleged disclosure of survivor claimants on creditor mailing matrix (.1) |
|---|---|

| | Jeannie Kim | .10 hrs. |
|---|---|---|

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan H. Martin | 0.20 | $ 1,032.00 | $ 206.40 |
| Ori Katz | 7.50 | $ 1,172.00 | $ 8,790.00 |
| Jeannie Kim | 0.30 | $ 804.00 | $ 241.20 |
| Totals | 8.00 | $ 1,154.70 | $ 9,237.60 |

**Fee/Employment Applications & Statements**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 17, 2024
Alternatives                                                                                            Invoice 380103727
Ori Katz                                                                                                Page 6 of 40

04/01/24     Correspondence to (.1) and telephone conference with (.2) J. Blumberg regarding
             TransPerfect compensation; conferred and corresponded with E. Frejka regarding same
             (.5); began reviewed and analyzed of fee examiner concerns regarding Sheppard Mullin
             first interim fee application (.1); corresponded with P. Pascuzzi regarding same (.1).

             Jeannie Kim                              1.00 hrs.

04/02/24     Correspondence to D. Brill regarding responses of U.S. Trustee and fee examiner
             regarding TransPerfect invoices and interim compensation terms (.6).

             Jeannie Kim                              .60 hrs.

04/04/24     Telephone conference with J. Rios regarding response to U.S. Trustee concerns
             regarding first interim fee application (.5); corresponded with J. Rios regarding same
             (.1); correspondence to B. Weinstein regarding same (.5); reviewed and revised
             supplemental Katz declaration regarding Sheppard Mullin first interim fee application
             (.4)

             Jeannie Kim                              1.50 hrs.

04/05/24     Reviewed and removed privileged information documents in support of Sheppard
             Mullin March monthly fee statement (.8); continued drafting supplemental Katz
             declaration regarding Sheppard Mullin first interim fee application (.2); began drafting
             supplemental Gaspari declaration regarding Weintraub first interim fee application (.1)

             Jeannie Kim                              1.10 hrs.

04/06/24     Drafted supplemental Gaspari declaration in support of Weintraub Tobin first interim
             fee application (.6)

             Jeannie Kim                              .60 hrs.

04/09/24     Telephone conference with J. Rios regarding supplemental data requested  by U.S.
             Trustee in connection with first interim fee application (.2); follow-up correspondence
             to P. Gaspari and B. Weinstein regarding same (.1)

             Jeannie Kim                              .30 hrs.

04/10/24     Review of supplement to Sheppard employment application (.3).

             Ori Katz                                 .30 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                          May 17, 2024
Alternatives                                                                                                    Invoice 380103727
Ori Katz                                                                                                        Page 7 of 40

| 04/10/24 | Follow-up correspondence with J. Rios regarding supplemental response to U.S. Trustee concerns regarding first interim fee applications (.2); reviewed and revised supplemental Katz declaration (.3); telephone call to J. Rios regarding supplemental declaration of P. Pascuzzi in support of FFWPR first interim fee application (.1); corresponded with D. Brill regarding TransPerfect fees (.2); corresponded with E. Frejka regarding same (.1) |
|---|---|

Jeannie Kim                                      .90 hrs.

| 04/11/24 | Conferred and corresponded with J. Rios regarding supplemental Pascuzzi declaration in support of first interim fee application (.2) |
|---|---|

Jeannie Kim                                      .20 hrs.

| 04/12/24 | Drafted amended Katz supplemental declaration regarding Sheppard Mullin first interim fee application (.2) |
|---|---|

Jeannie Kim                                      .20 hrs.

| 04/15/24 | Reviewed and revised March invoice to remove privileged information (.2) |
|---|---|

Jeannie Kim                                      .20 hrs.

| 04/16/24 | Analyzed filings received concerning pending fee applications. |
|---|---|

Alan  H. Martin                                  .30 hrs.

| 04/16/24 | Corresponded with P. Gaspari and B. Weinstein regarding supplemental declarations of same in support of first interim fee applications (.1); correspondence to T. Fehr and J. Blumberg regarding U.S. Trustee's concerns regarding alleged deficiencies in first interim fee applications of Weinstein Numbers and Weintraub Tobin (.1); reviewed and revised supplemental Gaspari declaration in support of Weintraub first interim fee application (.2); correspondence to K. Wilhelmi and P. Gaspari requesting comments on same (.1); corresponded with B. Weinstein and C. Yeo regarding supplemental Weinstein declaration in support of W&N first interim fee application (.1) |
|---|---|

Jeannie Kim                                      .60 hrs.

| 04/17/24 | Analyzed filings received concerning pending fee applications. |
|---|---|

Alan  H. Martin                                  .40 hrs.

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 8 of 40

| 04/17/24 | Corresponded with P. Gaspari regarding supplemental declaration of same regarding Weintraub first interim fee application (.1); telephone call to P. Gaspari regarding same (.1); reviewed and analyzed Fee Examiner's final report regarding first interim fee applications (.1); corresponded with E. Frejka regarding same (.1); revised Gaspari supplemental declaration in support of Weintraub first interim fee application and correspondence to P. Gaspari requesting review and execution of same (.1); drafted B. Weinstein supplemental declaration in support of W&N first interim fee application (.2); reviewed Sheppard Mullin March draft invoice to remove privileged information (.7) | |

| | Jeannie Kim | 1.40 hrs. |

| 04/18/24 | Attend hearing on first interim fee applications (.2). | |

| | Ori Katz | .20 hrs. |

| 04/18/24 | Reviewed again Sheppard Mullin March invoice to remove privileged information (.3); prepared order on Sheppard Mullin first interim fee application (.2); corresponded with P. Pascuzzi regarding same (.2); reviewed and revised Sheppard Mullin first interim fee order to include fee examiner sign-off (.1); telephone conference with C. Yeo regarding supplemental declaration of B. Weinstein regarding Weinstein Numbers first interim fee application (.2); correspondence to D. Brill regarding TransPerfect monthly fee invoices (.2); corresponded with E. Frejka regarding Sheppard Mullin February LEDES file (.1) | |

| | Jeannie Kim | 1.30 hrs. |

| 04/19/24 | Corresponded with P. Pascuzzi, G. Brown and E. Frejka regarding form of order on estate professionals' first interim fee orders (.2); telephone conference with B. Weinstein regarding supplemental declaration of same in support of first interim fee application of Weinstein & Numbers (.1) | |

| | Jeannie Kim | .30 hrs. |

| 04/19/24 | Drafted SMRH monthly fee statement coversheet for March invoice. | |

| | Eduardo  G. Linares | .30 hrs. |

| 04/22/24 | Corresponded with E. Frejka regarding Sheppard Mullin March LEDES data (.1) | |

| | Jeannie Kim | .10 hrs. |

| 04/25/24 | Began preparation of supplemental declaration of O. Katz in support of Sheppard Mullin employment application (.1) | |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                          May 17, 2024
Alternatives                                                                                              Invoice 380103727
Ori Katz                                                                                                        Page 9 of 40

Jeannie Kim                                    .10 hrs.


*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.70 | $ 1,032.00 | $ 722.40 |
| Ori Katz | 0.50 | $ 1,172.00 | $ 586.00 |
| Jeannie Kim | 10.40 | $ 804.00 | $ 8,361.60 |
| Eduardo  G. Linares | 0.30 | $ 556.00 | $ 166.80 |
| Totals | 11.90 | $ 826.62 | $ 9,836.80 |


## Case Administration - General


04/02/24        Prepared for weekly debtor professionals' call (.1)

                Jeannie Kim                                    .10 hrs.

04/03/24        Attended professionals strategy call.

                Alan  H. Martin                               .40 hrs.

04/03/24        Participated in weekly debtor professionals' call (.3)

                Jeannie Kim                                    .30 hrs.

04/08/24        Corresponded with P. Pascuzzi regarding status of outstanding workstreams (.1)

                Jeannie Kim                                    .10 hrs.

04/09/24        Prepared items re professionals team call.

                Alan  H. Martin                               .40 hrs.

04/09/24        Corresponded with T. Phinney regarding transmittal of confidential documents (.2);
                prepared for weekly debtor professionals' call (.1)

                Jeannie Kim                                    .30 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| 04/10/24 | Participate in call with debtor professionals for weekly review of checklist of open items re case status (.7). |
|---|---|
| | Ori Katz                        .70 hrs. |

| 04/10/24 | Participated in weekly debtor professionals' call (.7); corresponded with B. Whitaker and T. Phinney regarding transfer of confidential files (.3) |
|---|---|
| | Jeannie Kim                     1.00 hrs. |

| 04/11/24 | Corresponded with P. Pascuzzi regarding outstanding workstreams (.2); revised checklist to reflect same (.3) |
|---|---|
| | Jeannie Kim                     .50 hrs. |

| 04/12/24 | Updated checklist of open workstreams after weekly debtor professionals' call (.1) |
|---|---|
| | Jeannie Kim                     .10 hrs. |

| 04/16/24 | Participate in a portion of the weekly call with debtor professionals (.4). |
|---|---|
| | Ori Katz                        .40 hrs. |

| 04/16/24 | Reviewed and revised second motion to extend deadline to remove state court actions (.2); prepared for weekly debtor professionals' call (.2); participated in same (.6) |
|---|---|
| | Jeannie Kim                     1.00 hrs. |

| 04/18/24 | Correspondence with client as to monthly expense items and issues. |
|---|---|
| | Alan  H. Martin                 .20 hrs. |

| 04/19/24 | Correspondence with client (Carney, et al.) as to monthly operating report items. |
|---|---|
| | Alan  H. Martin                 .20 hrs. |

| 04/23/24 | Prepared for weekly debtor professionals' call (.4) |
|---|---|
| | Jeannie Kim                     .40 hrs. |

| 04/24/24 | Attended professionals team call as to various open administrative items. |
|---|---|
| | Alan  H. Martin                 .80 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 17, 2024
Alternatives                                                                                             Invoice 380103727
Ori Katz                                                                                                 Page 11 of 40

| 04/24/24 | Correspondence with co-counsel as to professionals team call follow-up. |
|---|---|
| | Alan  H. Martin                      .20 hrs. |

| 04/24/24 | Participate in debtor professionals weekly status call (.7). |
|---|---|
| | Ori Katz                      .70 hrs. |

| 04/24/24 | Prepared for weekly debtor professionals' call regarding outstanding workstreams (.2); participated in same (.8) |
|---|---|
| | Jeannie Kim                      1.00 hrs. |

| 04/30/24 | Prepared for debtor professionals' call (.1) |
|---|---|
| | Jeannie Kim                      .10 hrs. |

*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 2.20 | $ 1,032.00 | $ 2,270.40 |
| Ori Katz | 1.80 | $ 1,172.00 | $ 2,109.60 |
| Jeannie Kim | 4.90 | $ 804.00 | $ 3,939.60 |
| *Totals* | 8.90 | $ 934.79 | $ 8,319.60 |

## Business Operations

| 04/17/24 | Reviewed correspondence regarding postpetition termination of employee  (.2) |
|---|---|
| | Jeannie Kim                      .20 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Timekeeper Summary of: Business Operations*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 0.20 | $ 804.00 | $ 160.80 |
| Totals | 0.20 | $ 804.00 | $ 160.80 |

## Claims and Plan

04/08/24    Review of background information re potential mediators in light of prior choice of mediator being unavailable (.8).

Ori Katz                                        .80 hrs.

04/10/24    Call to potential mediator to discuss acting as mediator over disputes between and among debtor, committee and insurers (.2).

Ori Katz                                        .20 hrs.

04/10/24    Revisions to mediation motion in light of changes to proposed mediation (.8).

Ori Katz                                        .80 hrs.

04/10/24    Corresponded with P. Pascuzzi (.1) and P. Gaspari (.1) regarding committee comments on draft motion to compel mediation; reviewed report regarding Hon. Sontchi availability (.1); reviewed and analyzed committee comments on draft motion to compel mediation (.1)

Jeannie Kim                                     .40 hrs.

04/11/24    Revise message to be sent to insurer counsel re suggested mediators (.3).

Ori Katz                                        .30 hrs.

04/11/24    Call to potential mediator to discuss qualifications, availability and scope of matters to be mediated (.4).

Ori Katz                                        .40 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 17, 2024
Alternatives                                                                                              Invoice 380103727
Ori Katz                                                                                                  Page 13 of 40

04/11/24        Telephone conference with B. Michael and J. Stang regarding comments on draft
                motion to compel mediation (1.0); telephone conference with P. Pascuzzi regarding
                same (.2); reviewed and revised motion to compel mediation (.2)

                Jeannie Kim                                    1.40 hrs.

04/16/24        Assessed claims information inquiries received.

                Alan  H. Martin                               .20 hrs.

04/16/24        Continued revising draft motion to compel mediation (1.0); further reviewed and
                revised same (.2); correspondence to P. Pascuzzi regarding same (.1)

                Jeannie Kim                                    1.30 hrs.

04/17/24        Reviewed claims-related inquiries received from the client team.

                Alan  H. Martin                               .30 hrs.

04/17/24        Further reviewed and revised motion to compel mediation (.3)

                Jeannie Kim                                    .30 hrs.

04/18/24        Follow-up correspondence with P. Pascuzzi regarding mediation motion (.1)

                Jeannie Kim                                    .10 hrs.

04/19/24        Analysis of issues in connection with insurance availability (.2); review correspondence
                from P. Pascuzzi regarding same (.1).

                Jennifer  L. Nassiri                           .30 hrs.

04/22/24        Drafted Sontchi (.4) and Buckley (.9) declarations in support of motion to compel
                mediation; corresponded with FFWPR team regarding same (.2); corresponded with
                special counsel and client regarding draft motion to compel mediation (.1)

                Jeannie Kim                                    1.60 hrs.

04/23/24        Call with debtor professionals to discuss ideas raised by committee during settlement
                meeting (.5).

                Ori Katz                                       .50 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          May 17, 2024
Alternatives                                                                                   Invoice 380103727
Ori Katz                                                                                       Page 14 of 40

04/23/24    Reviewed and responded to P. Gaspari's comments on draft motion to refer matter to mediation (.2); reviewed and revised Sontchi (.3) and Buckley (.2) disinterestedness declarations; conferred and corresponded with T. Phinney regarding confidential creditor mailing matrix in connection with mediator conflicts investigation (.2)

        Jeannie Kim                .90 hrs.

04/23/24    Conducted research regarding the applicability of estimation of claims in a bankruptcy proceeding (3.0); prepared memorandum detailing findings re same (.7).

        Eduardo  G. Linares         3.70 hrs.

04/24/24    Review of cases discussing claims estimation in mass tort scenarios (2.3).

        Ori Katz                 2.30 hrs.

04/24/24    Review correspondence from Committee in connection with mediation motion.

        Jennifer  L. Nassiri        .10 hrs.

04/24/24    Telephone conference with T. Phinney regarding mediation motion (assembly of conflicts lists for proposed mediators' review) (.2); corresponded with P. Pascuzzi regarding comments on mediation motion (.2); reviewed and revised proposed order granting mediation motion (1.0); revised Sontchi declaration regarding disinterestedness (.1); reviewed and revised Buckley declaration regarding disinterestedness (.2); corresponded with proposed mediators regarding declarations of same in support of mediation motion (.3); reviewed correspondence from B. Michael regarding committee position with respect to mediation motion (.1)

        Jeannie Kim                2.10 hrs.

04/25/24    Reviewed declarant's comments to Buckley declaration in support of mediation motion (.1); corresponded with J. Buckley regarding same (.1); prepared exhibits in support of Buckley declaration (.7); updated mediation motion in light of revised Buckley declaration (.2)

        Jeannie Kim                1.10 hrs.

04/26/24    Legal analysis of viability of claims estimation in connection with plan process (1.7).

        Ori Katz                 1.70 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 15 of 40

| 04/30/24 | Reviewed declaration of S. Kohut regarding disinterestedness (in connection with motion to refer matters to mediation (.1); corresponded with C. Szymanski regarding same (.1); |
|---|---|

| Jeannie Kim | .20 hrs. |
|---|---|

*Timekeeper Summary of: Claims and Plan*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.50 | $ 1,032.00 | $ 516.00 |
| Ori Katz | 7.00 | $ 1,172.00 | $ 8,204.00 |
| Jeannie Kim | 9.40 | $ 804.00 | $ 7,557.60 |
| Jennifer  L. Nassiri | 0.40 | $ 1,056.00 | $ 422.40 |
| Eduardo  G. Linares | 3.70 | $ 556.00 | $ 2,057.20 |
| Totals | 21.00 | $ 893.20 | $ 18,757.20 |

## Claims Administration and Objections

| 04/01/24 | Corresponded with J. Chorley (.1) and B. Whitaker (.1) regarding Insurer access to confidential claims |
|---|---|

| Jeannie Kim | .20 hrs. |
|---|---|

| 04/02/24 | Corresponded with T. Phinney and K. Cifarelli regarding tender of claims to carriers (.4) |
|---|---|

| Jeannie Kim | .40 hrs. |
|---|---|

| 04/03/24 | Corresponded with K. Cifarelli regarding Insurer access to confidential claims (.2) |
|---|---|

| Jeannie Kim | .20 hrs. |
|---|---|

| 04/08/24 | Continued preparation of compliance statement regarding claims bar date order (.1); corresponded with K. Cifarelli regarding National Catholic execution of claims confidentiality agreement (.1); corresponded with Omni regarding National Catholic access to confidential claims (.2) |
|---|---|

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic      May 17, 2024
Alternatives      Invoice 380103727
Ori Katz      Page 16 of 40

|  | Jeannie Kim | .40 hrs. |
|---|---|---|

04/09/24      Continued drafting statement regarding compliance with bar date order (1.4); corresponded with T. Phinney regarding bar date order compliance (.1)

|  | Jeannie Kim | 1.50 hrs. |
|---|---|---|

04/10/24      Drafted declaration of J. Kim re compliance with bar date order (1.1); reviewed and revised statement regarding same (.2); telephone call to B. Whitaker regarding same (.1)

|  | Jeannie Kim | 1.40 hrs. |
|---|---|---|

04/11/24      Reviewed claims tendered to insurance (.2); corresponded with K. Cifarelli regarding tender of claims to Insurers (.1); corresponded with B. Whitaker regarding Omni posting of bar date notice and maintenance of claims portal (.1); revised Kim declaration in support of statement regarding bar date order compliance (.1); telephone conference with B. Whitaker regarding same (.2)

|  | Jeannie Kim | .70 hrs. |
|---|---|---|

04/15/24      Continued drafting Kim declaration in support of statement re compliance with bar date notice procedures (.3); revised statement regarding compliance with bar date order (.3)

|  | Jeannie Kim | .60 hrs. |
|---|---|---|

04/16/24      Corresponded with client team regarding Egloff declaration with publication affidavits (.1)

|  | Jeannie Kim | .10 hrs. |
|---|---|---|

04/24/24      Corresponded with K. Cifarelli regarding Chubb access to confidential survivor claims (.1)

|  | Jeannie Kim | .10 hrs. |
|---|---|---|

04/25/24      Corresponded with B. Whitaker regarding Chubb access to confidential survivor claims (.1)

|  | Jeannie Kim | .10 hrs. |
|---|---|---|

04/30/24      Corresponded with T. Phinney regarding committee concerns regarding disclosure of confidential survivor claimants (.1)



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 17, 2024
Alternatives                                                                                             Invoice 380103727
Ori Katz                                                                                                  Page 17 of 40

Jeannie Kim                              .10 hrs.


*Timekeeper Summary of: Claims Administration and Objections*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 5.80 | $ 804.00 | $ 4,663.20 |
| Totals | 5.80 | $ 804.00 | $ 4,663.20 |


## Case Assessment, Development and Administration


04/02/24        Exchanged correspondence and data with client (Carney) regarding related entities.

Alan  H. Martin                          .40 hrs.

04/02/24        Corresponded with C. Johnson requesting review and execution of common interest agreement by CASC client (.1); coordinate requesting review and execution of common interest agreement by client (.3)

Jeannie Kim                              .40 hrs.

04/04/24        Corresponded with C. Johnson regarding requesting review and execution of common interest agreement (.1); continued finalizing fully executed common interest agreement (.1)

Jeannie Kim                              .20 hrs.

04/09/24        Analysis of memorandum regarding law governing treatment in bankruptcy of non-debtor related entities (2.2).

Ori Katz                                 2.20 hrs.

04/18/24        Email to debtor re filing by committee in response to the first day declaration of Mr. Passarello (.2).

Ori Katz                                 .20 hrs.

04/19/24        Reviewed and analyzed committee response to statements in Passarello first day declaration (.3)



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          May 17, 2024
Alternatives                                                                                    Invoice 380103727
Ori Katz                                                                                        Page 18 of 40

|                    | Jeannie Kim | .30 hrs. |

04/22/24    Reviewed and analyzed declaration of B. Michael in support of committee response to Passarello first day declaration (.5)

|                    | Jeannie Kim | .50 hrs. |

04/29/24    Reviewed and analyzed committee response to Passarello first day declaration and prepared potential response to same (.5); reviewed and revised draft memorandum regarding litigation strategy (.3)

|                    | Jeannie Kim | .80 hrs. |

04/29/24    Analyze issues related to corporate separateness of non-debtor affiliates and parishes in response to Committee's recent correspondence re same and in furtherance of legal and fact research on related issues.

|                    | Steven  G. Gersten | .40 hrs. |

04/30/24    Continued review and revisions to memorandum regarding litigation defenses (.8)

|                    | Jeannie Kim | .80 hrs. |

*Timekeeper Summary of: Case Assessment, Development and Administration*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Alan  H. Martin* | *0.40* | *$  1,032.00* | *$  412.80* |
| *Ori Katz* | *2.40* | *$  1,172.00* | *$  2,812.80* |
| *Jeannie Kim* | *3.00* | *$  804.00* | *$  2,412.00* |
| *Steven  G. Gersten* | *0.40* | *$  804.00* | *$  321.60* |
| *Totals* | *6.20* | *$  961.16* | *$  5,959.20* |

**Written Motions/Submissions**

04/02/24    Analysis and discussion re insurers' motion to compel.

|                    | Amanda  L. Cottrell | .50 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 17, 2024
Alternatives                                                                                              Invoice 380103727
Ori Katz                                                                                                  Page 19 of 40

04/02/24        Reviewed and analyzed insurers' motion for 2004 exam and order (.3); corresponded
                with P. Pascuzzi and P. Gaspari regarding strategy to respond to same (.2)

                Jeannie Kim                          .50 hrs.

04/02/24        Read and analyze ex parte application of certain insurers for entry of an order pursuant
                to Rule 2004 in order to prepare Debtor's response.

                Steven  G. Gersten                   .40 hrs.

04/03/24        Analysis of motion of certain insurers seeking and order compelling production of
                documents from Committee and Debtor (.4).

                Jennifer  L. Nassiri                 .40 hrs.

04/04/24        Analyzed joinder items insurance counsel as to the pending 2004 motion.

                Alan  H. Martin                      .40 hrs.

04/04/24        Analyzed Committee objection to the pending 2004 motion.

                Alan  H. Martin                      .30 hrs.

04/04/24        Begin preparing fact portion of response to certain insurers' ex parte application.

                Steven  G. Gersten                   .30 hrs.

04/05/24        Analyzed draft response items received as to draft opposition to insurance 2004 motion.

                Alan  H. Martin                      .60 hrs.

04/05/24        Reviewed various correspondence from insurers motion joinder received.

                Alan  H. Martin                      .20 hrs.

04/05/24        Analysis of Committee opposition to Insurer ex parte application in connection with
                document production and multiple emails regarding same (.4); strategize regarding
                Debtor response to same (.7); review draft response (.6); analyzed issues in connection
                with multiple insurer execution of stipulated protective order (.8); telephone conference
                to court clerk regarding debtor opposition to insurer ex parte application for 2004 (.1).

                Jennifer  L. Nassiri                 2.60 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 17, 2024
Alternatives                                                                                            Invoice 380103727
Ori Katz                                                                                                 Page 20 of 40

04/05/24       Address insurer's new rule 2004 motion and draft opposition.

        Amanda  L. Cottrell                    4.00 hrs.

04/05/24       Reviewed and analyzed draft response to Insurer 2004 application (.2).

        Jeannie Kim                            .20 hrs.

04/05/24       Address facts and legal issues related to certain insurers' ex parte application in support
        of preparing response to same.

        Steven  G. Gersten                     .50 hrs.

04/05/24       Draft section of response to certain insurers' ex parte application relating to differences
        in Committee's Rule 2004 discovery requests and insurers' proposed Rule 2004
        discovery request.

        Steven  G. Gersten                     1.30 hrs.

04/05/24       Drafted of Debtor's opposition to Insurers' ex parte Rule 2004 application (3.9);
        reviewed and same (.7).

        Matt Benz                              4.60 hrs.

04/06/24       Prepare correspondence to B. Weinstein and P. Pascuzzi regarding call to discuss
        Committee document requests to Debtor's insurers (.1).

        Jennifer  L. Nassiri                   .40 hrs.

04/06/24       Revise response in opposition to insurers' motion to compel and rule 2004 subpoenas.

        Amanda  L. Cottrell                    1.00 hrs.

04/08/24       Review of the draft response to the insurers application for Rule 2004 examination of
        the debtor (.4).

        Ori Katz                               .40 hrs.

04/08/24       Analysis of multiple emails regarding filing 2004 response (.3).

        Jennifer  L. Nassiri                   .30 hrs.

04/08/24       Reviewed and analyzed court's docket text order regarding Insurers' application for
        2004 exam order (.2).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 17, 2024
Alternatives                                                                                             Invoice 380103727
Ori Katz                                                                                                 Page 21 of 40

|  | Jeannie Kim | .20 hrs. |

04/08/24 — Revise, finalize, and file the Debtor's objection and response to the insurers' rule 2004 application.

|  | Steven  G. Gersten | 1.80 hrs. |

04/08/24 — Revised draft of Debtor's opposition to Insurers' ex parte Rule 2004 application (.4).

|  | Matt Benz | .40 hrs. |

04/16/24 — Review draft status report in connection with Insurer 2004 requests (.3); review multiple emails regarding further meet and confer efforts in connection with same (.2).

|  | Jennifer  L. Nassiri | .50 hrs. |

04/16/24 — Review and comment on Andy Frankels unilateral, draft status report re Rule 2004 discovery.

|  | Amanda  L. Cottrell | .40 hrs. |

04/16/24 — Drafting initial responses to Committee and Insurers re: draft proposed joint status report.

|  | Amanda  L. Cottrell | 1.00 hrs. |

04/16/24 — Reviewed draft status report regarding Insurer application for 2004 exam order (.1)

|  | Jeannie Kim | .10 hrs. |

04/16/24 — Review and analyze insurers' draft status report re ex parte application to ensure consistency with Debtor's positions re same.

|  | Steven  G. Gersten | .40 hrs. |

04/17/24 — Review proposed revisions to insurer 2004 status report and related emails (.4).

|  | Jennifer  L. Nassiri | .40 hrs. |

04/17/24 — Continued analysis of Insurers' request to modify protective order and drafting of proposed resolution.

|  | Amanda  L. Cottrell | .70 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic    May 17, 2024
Alternatives                                                                            Invoice 380103727
Ori Katz                                                                                Page 22 of 40

*Timekeeper Summary of: Written Motions/Submissions*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Alan  H. Martin* | *1.50* | *$ 1,032.00* | *$ 1,548.00* |
| *Ori Katz* | *0.40* | *$ 1,172.00* | *$ 468.80* |
| *Amanda  L. Cottrell* | *7.60* | *$ 908.00* | *$ 6,900.80* |
| *Jeannie Kim* | *1.00* | *$ 804.00* | *$ 804.00* |
| *Jennifer  L. Nassiri* | *4.60* | *$ 1,056.00* | *$ 4,857.60* |
| *Steven  G. Gersten* | *4.70* | *$ 804.00* | *$ 3,778.80* |
| *Matt Benz* | *5.00* | *$ 600.00* | *$ 3,000.00* |
| *Totals* | *24.80* | *$ 861.21* | *$ 21,358.00* |

## Discovery

04/01/24     Review and analyze outstanding discovery action items to create plan to complete same.

        Steven  G. Gersten                    .50 hrs.

04/01/24     Confer with R. Michelson re the Committee's Rule 2004 subpoena to non-debtor Catholic Charities.

        Steven  G. Gersten                    .50 hrs.

04/02/24     Analyzed information concerning insurers 2004 motion and ancillary data.

        Alan  H. Martin                    .70 hrs.

04/02/24     Analysis of documents produced in the JCCP (4.2); review multiple emails regarding auditor documents (.2).

        Jennifer  L. Nassiri                    4.40 hrs.

04/02/24     Analyze non-debtor issues and objections to Committee discovery.

        Amanda  L. Cottrell                    1.50 hrs.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic       May 17, 2024
Alternatives                                                                                 Invoice 380103727
Ori Katz                                                                                     Page 23 of 40

04/02/24        Confer with R. Rennagel re Rule 2004 subpoena to Debtor's auditor, BPM.

                Steven  G. Gersten                      .20 hrs.

04/03/24        Reviewed various data items as to the pending insurer 2004 request.

                Alan  H. Martin                         .30 hrs.

04/03/24        Further analysis of JCCP Production documents (3.2); telephone conference with R.
                Michaelson regarding Catholic Charities response to Committee document requests
                (1.0); emails with P. Pascuzzi regarding committee document requests to insurers (.2).

                Jennifer  L. Nassiri                    4.40 hrs.

04/03/24        Confer with P. Ng. re the Committee's Rule 2004 subpoena to Debtor's auditor, BPM.

                Steven  G. Gersten                      .30 hrs.

04/03/24        Confer with B. Michael re scheduling meet and confer on discovery.

                Steven  G. Gersten                      .20 hrs.

04/03/24        Review and analyze outstanding discovery tasks to update plan for completing same.

                Steven  G. Gersten                      .70 hrs.

04/04/24        Exchanged correspondence with client (Carney) re discovery submissions and protocol.

                Alan  H. Martin                         .30 hrs.

04/04/24        Corresponded with P. Pascuzzi regarding form of stipulated protective order for Insurer
                comments (.2)

                Jeannie Kim                             .20 hrs.

04/04/24        Confer with A. Lyman re Committee's Rule 2004 subpoena to Debtor's auditor, BPM.

                Steven  G. Gersten                      .20 hrs.

04/04/24        Draft summary of current status of Debtor's and non-debtor's affiliates' and parishes'
                financial data discovery to address recent conferral inquiries from Committee counsel
                re same.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 24 of 40

|  |  |  |
|---|---|---|
| | Steven  G. Gersten | 1.10 hrs. |

| 04/04/24 | Review file for all executed acknowledgments under the protective order and insurers' requests for amendments to protective order to assist with preparing response to insurers' ex parte application. | |
|---|---|---|
| | Steven  G. Gersten | .30 hrs. |

| 04/04/24 | Analyze potential issues related to providing Committee counsel and financial professionals with access to copy of Debtor's SAGE Intacct accounting records. | |
|---|---|---|
| | Steven  G. Gersten | .40 hrs. |

| 04/04/24 | Reviewed Committee discovery requests to Insurers (.2); researched issues related to insures' comments on protective order covering insurers (.9). | |
|---|---|---|
| | Matt Benz | .90 hrs. |

| 04/06/24 | Prepare correspondence to B. Weinstein and P. Pascuzzi regarding call to discuss Committee document requests to Debtor's insurers (.1). | |
|---|---|---|
| | Jennifer  L. Nassiri | .10 hrs. |

| 04/08/24 | Review court docket order regarding 2004 and related emails (.3); prepare for call with B. Weinstein (.4) telephone conference with B. Weinstein and P. Pascuzzi regarding same (.6); analysis of research issues in connection with response to same (.7); review multiple emails from P. Pascuzzi and B. Weinstein regarding strategy (.2). | |
|---|---|---|
| | Jennifer  L. Nassiri | 2.20 hrs. |

| 04/08/24 | Reviewed discovery strategy (.1). | |
|---|---|---|
| | Jeannie Kim | .10 hrs. |

| 04/08/24 | Analyze Insurer proposed Rule 2004 requests for production and potential objections to same. | |
|---|---|---|
| | Steven  G. Gersten | .80 hrs. |

| 04/08/24 | Conducted legal research in connection with Committee's informal discovery requests to certain insurers (2.6). | |
|---|---|---|
| | Matt Benz | 2.60 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 25 of 40

04/09/24      Reviewed various information items received concerning pending discovery.

        Alan  H. Martin                                    .40 hrs.

04/09/24      Analysis of strategy in connection with insurer related document requests (1.4); review case law in connection with committee discovery requests (.5); review court docket order in response to Debtor response and multiple related emails regarding strategy for meet and confer (.4); telephone conference with R. Charles regarding RPSC and Parish real property records (.4); analysis of multiple emails regarding insurer execution of protective order (.1); strategize and prepare correspondence to A. Caine regarding meet and confer (.3); review correspondence from B. Michael to K. Rios in connection with RPSC discovery responses (.1)

        Jennifer  L. Nassiri                         3.20 hrs.

04/09/24      Analyze motion for protective order to Insurers' over broad Rule 2004 discovery.

        Amanda  L. Cottrell                        .50 hrs.

04/09/24      Conference with Rob Charles (Parish counsel) re: pending discovery issues.

        Amanda  L. Cottrell                        .50 hrs.

04/09/24      Telephone conference with G. Miller regarding Insurer agreement to protective order (.2); corresponded with G. Miller and debtor litigation team regarding same (.1); corresponded with P. Pascuzzi regarding Insurer meet & confer strategy (.3).

        Jeannie Kim                                    .60 hrs.

04/09/24      Follow-up correspondence with B. Riley team regarding BPM engagement agreement (.2); reviewed and analyzed same (.2); telephone conference with J. Morse regarding committee comments on draft stipulation regarding third party discovery target fees (.2)

        Jeannie Kim                                    .60 hrs.

04/09/24      Confer with R. Charles re Committee's Rule 2004 subpoenas and response to same.

        Steven  G. Gersten                        .40 hrs.

04/09/24      Analyze potnetial issues relate to Committee's informal discovery requests to insurers.

        Steven  G. Gersten                        .30 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 26 of 40

04/09/24    Conducted legal research in connection with Committee's discovery requests to insurers (2.9).

       Matt Benz                    2.90 hrs.

04/10/24    Call with Sheppard litigation team handling discovery re issues related to the production of documents stored in financial software system (.7).

       Ori Katz                      .70 hrs.

04/10/24    Prepare for call with Committee on abuse claims documents (.5); participate in call with Committee regarding status of outstanding responsive documents and related issues (.9); analysis of multiple emails in connection with tenth document production (.2); further analysis related to production of Sage data (.7); review multiple emails in connection with client call to discuss same (.1); analysis of financial counsel meeting minutes and quarterly financials in convection with same (3.5)

       Jennifer  L. Nassiri           5.90 hrs.

04/10/24    Correspondence with Andy Caine re: written discovery.

       Amanda  L. Cottrell         .10 hrs.

04/10/24    Provide status and plan for next steps to respond to financial discovery items in response to Committee's Rule 2004 subpoena.

       Steven  G. Gersten          .50 hrs.

04/10/24    Confer with L. Linsky re Committee's Rule 2004 subpoena as pertains to non-debtor Sacred Heart Catholic Prep.

       Steven  G. Gersten          .30 hrs.

04/10/24    Meet and confer with Committee counsel re abuse claims requests for production and status of response.

       Steven  G. Gersten         1.00 hrs.

04/10/24    Researched legal issues related to Committee discovery requests (2.2).

       Matt Benz                    2.20 hrs.

04/11/24    Call with debtor to discuss current status of written discovery response efforts (.9).

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 27 of 40

|            | Ori Katz | .90 hrs. |
|------------|----------|----------|

04/11/24    Analysis of multiple emails regarding meet and confer call with insurance group (.3).

|            | Jennifer  L. Nassiri | .30 hrs. |

04/11/24    Analysis of privilege issues in connection with insurance disputes on 2004 (1.8).

|            | Jennifer  L. Nassiri | 1.80 hrs. |

04/11/24    Address financial discovery issues relating to providing backup of Debtor's accounting software to Committee counsel.

|            | Steven  G. Gersten | .50 hrs. |

04/11/24    Confer with L. Linsky re Committee's Rule 2004 discovery relating to non-debtor affiliates.

|            | Steven  G. Gersten | .50 hrs. |

04/11/24    Researched legal issues related to Committee discovery requests (2.9).

|            | Matt Benz | 2.90 hrs. |

04/12/24    Participate in meet and confer conference call with counsel for multiple insurer parties in connection with settlement of the 2004 issues (1.0); analysis of multiple emails in connection with Vallombrosa retreat center (.2); further analysis of  issues related to committee discovery requests (.4).

|            | Jennifer  L. Nassiri | 1.60 hrs. |

04/12/24    Review, analyze and respond to insurers' request for documents produced to Committee and modifications to protective order.

|            | Steven  G. Gersten | .70 hrs. |

04/12/24    Confer with K. Kelleher re discovery issues pertaining to Debtor's accounting data.

|            | Steven  G. Gersten | .20 hrs. |

04/15/24    Analysis and strategy on remaining issues for Committee's financial discovery requests.

|            | Amanda  L. Cottrell | 1.00 hrs. |

# Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 28 of 40

| | | | |
|---|---|---|---|
| 04/15/24 | Coordinate with D. Bruce and Dcn. Peloso re Vallombrosa's response to the Committee's Rule 2004 subpoena. | | |
| | Steven  G. Gersten | 1.00 hrs. | |
| 04/15/24 | Confer with K. Kelleher re discovery issues relating to Debtor's accounting data. | | |
| | Steven  G. Gersten | .30 hrs. | |
| 04/15/24 | Analyze legal issues re Committee's discovery requests pertaining to restricted funds. | | |
| | Steven  G. Gersten | .40 hrs. | |
| 04/15/24 | Drafted summary of telphone conference with Vallombrosa team (.2); telephone conference with team re process for responding the Committee's Rule 2004 subpoena (1.1). | | |
| | Matt Benz | 1.30 hrs. | |
| 04/16/24 | Analysis of research issues in connection with insurance discovery disputes (.4); analysis of CASC responses to Committee subpoena (.6); analysis of revised status report to address Debtor concerns (.3); further analysis of produced documents in connection with mediation (.5). | | |
| | Jennifer  L. Nassiri | 1.80 hrs. | |
| 04/16/24 | Review and analyze insurer's position re revisions to protective order. | | |
| | Amanda  L. Cottrell | 1.50 hrs. | |
| 04/16/24 | Review and analyze insurers redline to proposed amendments to protective order. | | |
| | Steven  G. Gersten | .40 hrs. | |
| 04/16/24 | Confer with L. Linsky re Committee's Rule 2004 subpoena. | | |
| | Steven  G. Gersten | .20 hrs. | |
| 04/16/24 | Provide status update and next steps re coordinating with representatives of non-debtor Vallombrosa to assist with its production of documents in response to Rule 2004 subpoena. | | |
| | Steven  G. Gersten | .40 hrs. | |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 29 of 40

04/16/24     Researched issues related to Committee discovery requests (2.3); prepared revised
             version of tracker of signed agreements to be bound by protective order (.4).

                    Matt Benz                          2.70 hrs.

04/17/24     Analysis re issues raised by committee in connection with their areas of concern related
             to status of document production from non-debtor related entities (1.3).

                    Ori Katz                           1.30 hrs.

04/17/24     Analysis of multiple emails regarding SAGE sandbox issues and calls to discuss same
             (.3).

                    Jennifer  L. Nassiri               .30 hrs.

04/17/24     Telephone conferences with J. Morse regarding BPM production (.1); reviewed and
             analyzed protective order in connection with same (.1); second telephone conference
             with J. Morse regarding same (.1)

                    Jeannie Kim                        .30 hrs.

04/17/24     Confer with R. Rennagel and J. Morse re response to Committee's Rule 2004 subpoena
             to BPM.

                    Steven  G. Gersten                 .50 hrs.

04/17/24     Confer with K. Kelleher re accounting data discovery issues.

                    Steven  G. Gersten                 .20 hrs.

04/17/24     Draft status of accounting and financial data discovery as relates to non-debtor affiliates
             and parishes in support of responding to Committee counsel's inquiries re same.

                    Steven  G. Gersten                 1.20 hrs.

04/17/24     Researched legal issues related to Committee discovery requests (4.2).

                    Matt Benz                          4.20 hrs.

04/18/24     Confer with R. Rennagel re BPM's response to Rule 2004 subpoena.

                    Steven  G. Gersten                 .40 hrs.

04/18/24     Continues researching legal issues re Committee discovery requests (.8).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic              May 17, 2024
Alternatives                                                                                        Invoice 380103727
Ori Katz                                                                                            Page 30 of 40

|  |  | Matt Benz | .80 hrs. |

04/19/24   Analysis of issues in connection with production of Sandbox data (.3); review correspondence from M. Flannagan regarding restricted funds issues (.2); reviewed multiple emails regarding discovery call with committee (.1)

|  |  | Jennifer  L. Nassiri | .60 hrs. |

04/19/24   Confer with M. Flanagan and K. Kelleher re accounting data discovery issues.

|  |  | Steven  G. Gersten | .40 hrs. |

04/22/24   Review of discovery to date re insurance matters requested by committee (.9).

|  |  | Ori Katz | .90 hrs. |

04/22/24   Review correspondence in connection with protective order issues (.2).

|  |  | Jennifer  L. Nassiri | .20 hrs. |

04/22/24   Communications to facilitate the provision of non-debtor affiliates quick books from counsel.

|  |  | Amanda  L. Cottrell | .50 hrs. |

04/23/24   Analyzed 2004 exam-related production demands and additional, related productions from the debtor team.

|  |  | Alan  H. Martin | 1.70 hrs. |

04/23/24   Analyze non-debtor Parish year-end financial information produced to address Committee inquiries.

|  |  | Amanda  L. Cottrell | .50 hrs. |

04/23/24   Conference with O. Katz and S. Gersten re: discussions with Committee re: Rule 2004 discovery.

|  |  | Amanda  L. Cottrell | .50 hrs. |

04/23/24   Prepare status update and plan for responding to Committee counsel's inquiries re production of non-debtor affiliates' and parishes' financial data.



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                                    May 17, 2024
Alternatives                                                                                                             Invoice 380103727
Ori Katz                                                                                                                  Page 31 of 40

|            |                                                                                                                                                                                                                                  |          |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            | Steven  G. Gersten | .50 hrs. |
| 04/23/24   | Confer with M. Flanagan and K. Kelleher re accounting and financial data discovery issues. |          |
|            | Steven  G. Gersten | .50 hrs. |
| 04/24/24   | Participate in meet and confer call with committee team (.7); analysis of multiple emails with B. Riley in connection with financial data (.3); review correspondence with R. Charles regarding parish information (.1); further analysis of real estate related financials and documents regarding intercompany loans (1.6) |          |
|            | Jennifer  L. Nassiri | 2.70 hrs. |
| 04/24/24   | Meet and confer with the Committee on status of discovery and analyze the Parish financials previously produced. |          |
|            | Amanda  L. Cottrell | 1.00 hrs. |
| 04/24/24   | Confer with A. Caine, B. Michael, and G. Brown re Committee's request for production of non-debtor affiliates' audited annual financial statements and exports of non-debtor parish Quickbooks accounting records for past ten years. |          |
|            | Steven  G. Gersten | 1.00 hrs. |
| 04/24/24   | Draft and send email to Committee counsel re status of discovery for non-debtor parishes' and affiliates' financials and Intacct sandbox. |          |
|            | Steven  G. Gersten | .70 hrs. |
| 04/25/24   | Reviewed various correspondence and attached from the Committee concerning additional discovery requests. |          |
|            | Alan  H. Martin | .40 hrs. |
| 04/25/24   | Analysis of multiple emails in connection with ongoing disputes on financial document production (.2). |          |
|            | Jennifer  L. Nassiri | .20 hrs. |
| 04/25/24   | Address client-debtor questions concerning status of discovery by Committee and Insurers with focus on efforts to address non-debtor issues. |          |
|            | Amanda  L. Cottrell | 1.00 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          May 17, 2024
Alternatives                                                                                    Invoice 380103727
Ori Katz                                                                                        Page 32 of 40

04/26/24      Analysis of correspondence from committee in connection with non-debtor discovery
              (.2); review multiple follow up emails regarding same (.2).

              Jennifer  L. Nassiri                    .40 hrs.

04/26/24      Address Committee's emails re: mediation and discovery issues with client team.

              Amanda  L. Cottrell                    1.00 hrs.

04/26/24      Emails with counsel for the non-debtor affiliates re specific follow-up discovery
              requests from Committee counsel pertaining to the non-debtor affiliates and their
              related positions re corporate separateness.

              Steven  G. Gersten                     .30 hrs.

04/26/24      Email with M. Ferguson and K. Kelleher re preparation of SAGE sandbox for the
              Committee in response to Rule 2004 request for backup of accounting system.

              Steven  G. Gersten                     .20 hrs.

04/28/24      Review correspondence in connection with call to discuss committee emails.

              Jennifer  L. Nassiri                    .10 hrs.

04/29/24      Reviewed various correspondence and items received from the Committee as to
              discovery requests as non-debtor entities.

              Alan  H. Martin                         .80 hrs.

04/29/24      Analyzed research items concerning certain Committee discovery demands and related
              responses and productions.

              Alan  H. Martin                         .90 hrs.

04/29/24      Reviewed selected production items re non-debtor entities.

              Alan  H. Martin                         .70 hrs.

04/29/24      Reviewed and analyzed correspondence from A. Caine regarding committee response
              to discovery produced to date (.2)

              Jeannie Kim                             .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 33 of 40

| 04/29/24 | Confer with L. Linsky re discovery issues pertaining to non-debtor Sacred Heart Catholic Preparatory. |
|---|---|
| | Steven  G. Gersten                                    .50 hrs. |

| 04/30/24 | Confer with M. Ashley regarding the Committee's demand for affiliates' audited financial statements and other discovery issues concerning CASC and arising from the Committee's Rule 2004 discovery efforts. |
|---|---|
| | Steven  G. Gersten                                    .50 hrs. |

| 04/30/24 | Confer with F. Elsaesser re the Committee's Rule 2004 subpoena and other discovery issues related to non-debtor Benedict XVI. |
|---|---|
| | Steven  G. Gersten                                    .50 hrs. |

| 04/30/24 | Confer with S. Williamson and D. Egan re the Committee's Rule 2004 subpoena and other discovery issues related to non-debtor The Roman Catholic Cemeteries of San Francisco. |
|---|---|
| | Steven  G. Gersten                                    .50 hrs. |

| 04/30/24 | Confer with R. Michelson, P. Meringolo, and E. Hammerle re the Committee's Rule 2004 subpoena and other discovery issues related to non-debtor Catholic Charities CYO of San Francisco. |
|---|---|
| | Steven  G. Gersten                                    .50 hrs. |

| 04/30/24 | Confer with R. Charles re Rule 2004 subpoena and other discovery issues related to non-debtor Real Property Support Corp. |
|---|---|
| | Steven  G. Gersten                                    .20 hrs. |

| 04/30/24 | Confer with P. Carney, M. Ferguson, and Rev. Summerhays re non-debtor entity discovery issues. |
|---|---|
| | Steven  G. Gersten                                    .20 hrs. |

| 04/30/24 | Draft and send discovery update email to Committee counsel. |
|---|---|
| | Steven  G. Gersten                                    .50 hrs. |

| 04/30/24 | Confer with D. Zamora and B. Lewis re discovery issues pertaining to abuse claims. |
|---|---|



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                May 17, 2024
Alternatives                                                                                        Invoice 380103727
Ori Katz                                                                                             Page 34 of 40

|  | Steven G. Gersten | .40 hrs. |

04/30/24    Confer with M. Ferguson and K. Kelleher re preparation of exports of parish QBOs requested by Committee counsel.

|  | Steven G. Gersten | .40 hrs. |

*Timekeeper Summary of: Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 6.20 | $ 1,032.00 | $ 6,398.40 |
| Ori Katz | 3.80 | $ 1,172.00 | $ 4,453.60 |
| Amanda  L. Cottrell | 9.60 | $ 908.00 | $ 8,716.80 |
| Jeannie Kim | 2.00 | $ 804.00 | $ 1,608.00 |
| Jennifer  L. Nassiri | 30.20 | $ 1,056.00 | $ 31,891.20 |
| Steven  G. Gersten | 22.40 | $ 804.00 | $ 18,009.60 |
| Matt Benz | 20.50 | $ 600.00 | $ 12,300.00 |
| Totals | 94.70 | $ 880.44 | $ 83,377.60 |

## Written Discovery

04/09/24    Draft and revise Vallombrosa's objections and responses to written discovery.

|  | Amanda  L. Cottrell | 3.40 hrs. |

04/10/24    Draft and revise Vallombrosa's objections and responses to written discovery.

|  | Amanda  L. Cottrell | 1.50 hrs. |

04/10/24    Meet and confer with Committee Counsel and client team re: abuse claim discovery.

|  | Amanda  L. Cottrell | 1.10 hrs. |

04/12/24    Coordinate meet and confers with Insurers and Committee re: Rule 2004 discovery.

|  | Amanda  L. Cottrell | .40 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 17, 2024
Alternatives                                                                                              Invoice 380103727
Ori Katz                                                                                                  Page 35 of 40

| 04/12/24 | Analyze and review research of potential privileges and objections for Insurer's written discovery. |
|---|---|
| | Amanda  L. Cottrell |  .50 hrs. |

| 04/25/24 | Draft written response to A. Caine's points on the Rule 2004 issues for Sage, QuickBooksOnline and audited financials. |
|---|---|
| | Amanda  L. Cottrell |  .40 hrs. |

*Timekeeper Summary of: Written Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Amanda  L. Cottrell* | *7.30* | *$ 908.00* | *$ 6,628.40* |
| *Totals* | *7.30* | *$ 908.00* | *$ 6,628.40* |

## Document Production

| 04/01/24 | Analysis of correspondence from B. Michael regarding extension of time for RPSC to respond to subpoena (.1); analysis of multiple emails in connection with Debtor's ninth volume of production of documents (.2). |
|---|---|
| | Jennifer  L. Nassiri |  .30 hrs. |

| 04/01/24 | Draft cover email for and send Debtor's production DEBTOR009 to counsel for the Committee. |
|---|---|
| | Steven  G. Gersten |  .50 hrs. |

| 04/01/24 | Confer with C. Tergevorkian re production files. |
|---|---|
| | Steven  G. Gersten |  .20 hrs. |

| 04/03/24 | Confer with K. Morris (Transperfect) re preparation of hard copy documents for review and production. |
|---|---|
| | Steven  G. Gersten |  .20 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 36 of 40

| 04/05/24 | Review and analyze documents for responsiveness and privilege to prepare supplemental productions in response to the Committee's Rule 2004 subpoena. | | |
| | Steven  G. Gersten | 5.80 hrs. | |

| 04/05/24 | Review audit work paper documents collected by BPM in response to Rule 2004 subpoena for privilege and responsiveness in preparation for BPM's production of same. | | |
| | Steven  G. Gersten | .50 hrs. | |

| 04/08/24 | Prepare for call in connection with production of documents by insurers (.3). | | |
| | Jennifer  L. Nassiri | .30 hrs. | |

| 04/08/24 | Review documents for privilege and responsiveness in preparation for production in response to Committee's Rule 2004 subpoena. | | |
| | Steven  G. Gersten | .60 hrs. | |

| 04/09/24 | Email production parameters and instructions to R. Kim in preparation for Debtor's next production in response to Committee's Rule 2004 subpoena. | | |
| | Steven  G. Gersten | .30 hrs. | |

| 04/10/24 | Review documents pertaining to audits of non-debtor affiliates in response to Committee's Rule 2004 subpoena. | | |
| | Steven  G. Gersten | .50 hrs. | |

| 04/10/24 | Draft cover letter for and send next production of documents in response to Committee's Rule 2004 subpoena. | | |
| | Steven  G. Gersten | .80 hrs. | |

| 04/11/24 | Participate in telephone conference with client team regarding outstanding document production issues and related matters (.9); analyze multiple emails regarding Vallombrosa document issues (.1). | | |
| | Jennifer  L. Nassiri | 1.00 hrs. | |

| 04/17/24 | Further analysis of produced documents (.9). | | |
| | Jennifer  L. Nassiri | .90 hrs. | |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 37 of 40

04/17/24        Review and analyze documents for privilege, confidentiality and responsiveness in
                preparation for production in response to Rule 2004 subpoenas.

                        Steven  G. Gersten                    4.40 hrs.

04/18/24        Review and analyze documents for privilege, confidentiality and responsiveness in
                preparation for production in response to Rule 2004 subpoenas.

                        Steven  G. Gersten                    8.60 hrs.

04/22/24        Further review and analysis of produced financial documents(2.0).

                        Jennifer  L. Nassiri                  2.00 hrs.

04/23/24        Further analysis of produced financial documents including finance and audit
                committee documents (2.2; analysis of correspondence regarding status of outstanding
                production issues (.2).

                        Jennifer  L. Nassiri                  2.40 hrs.

04/25/24        Review and analyze documents provided by non-debtor affiliate Vallombrosa for
                responsiveness and privilege and prepare them for production in response to the
                Committee's Rule 2004 subpoena.

                        Steven  G. Gersten                    2.40 hrs.

04/29/24        Telephone conference with S. Gersten and L. Linsky regarding Sacred Heart document
                production (.3); analysis of issues in connection with strategy for additional production
                (.4); review multiple emails regarding calls to discuss same (.4); analysis of issues in
                connection with additional production of documents (.2).

                        Jennifer  L. Nassiri                  1.30 hrs.

04/30/24        Telephone conference with M. Ashley regarding CASC financial document production
                (.5); telephone conference with F. Elsaesser regarding Benedict document production
                (.4); analysis of emails with L. Linsky regarding Sacred Heart production (.1); review
                multiple emails regarding Parish and production (.2); telephone conference with S.
                Williamson and D. Egan regarding Cemeteries production (.2); telephone conference
                with R. Charles and K. Rios regarding RPSC/Parish production (.1); review forms of
                quickbooks data in connection with Parish production and multiple emails regarding
                same (.5); telephone conference with R. Michelson and P. Maringolo regarding
                Catholic Charities production (.4); Analysis of timing of potential depositions in
                connection with document custodians (.3).



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Jennifer  L. Nassiri                              2.70 hrs.

04/30/24       Review and tag affiliate audit financials for production pursuant to affiliates' consent to production of same.

Steven  G. Gersten                      .80 hrs.

*Timekeeper Summary of: Document Production*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jennifer  L. Nassiri | 10.90 | $ 1,056.00 | $ 11,510.40 |
| Steven  G. Gersten | 25.60 | $ 804.00 | $ 20,582.40 |
| Totals | 36.50 | $ 879.25 | $ 32,092.80 |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda L. Cottrell | 24.50 | $ 908.00 | $ 22,246.00 |
| Ori Katz | 23.70 | $ 1,172.00 | $ 27,776.40 |
| Alan H. Martin | 11.70 | $ 1,032.00 | $ 12,074.40 |
| Jennifer L. Nassiri | 46.10 | $ 1,056.00 | $ 48,681.60 |
| Matt Benz | 25.50 | $ 600.00 | $ 15,300.00 |
| Steven G. Gersten | 53.10 | $ 804.00 | $ 42,692.40 |
| Jeannie Kim | 40.90 | $ 804.00 | $ 32,883.60 |
| Eduardo G. Linares | 4.00 | $ 556.00 | $ 2,224.00 |

**Total Fees for Professional Services**          **$ 203,878.40**

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

May 17, 2024
Invoice 380103727
Page 39 of 40

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 04/13/24 | Special Delivery Service Inc - Inv#716860 - To Amanda Cottrell on 4/12/24, Standard Nighttime Delivery | 45.70 |
| 03/20/24 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 3/31/2024 | 5.20 |

**Total Disbursements**                                    **$ 50.90**



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 12/14/23 | 380098012 | 146,098.17 | 145,627.60 | 470.57 | 0.00 | 0.00 | -116,972.25 | $ 29,125.92 |
| 01/17/24 | 380098510 | 129,298.90 | 129,008.40 | 290.50 | 0.00 | 0.00 | -103,439.12 | 25,859.78 |
| 02/15/24 | 380100158 | 187,709.64 | 183,955.60 | 3,754.04 | 0.00 | 0.00 | -150,918.52 | 36,791.12 |
| 03/19/24 | 380101461 | 134,945.60 | 134,889.70 | 55.90 | 0.00 | 0.00 | -107,967.66 | 26,977.94 |
| 04/19/24 | 380102598 | 126,608.80 | 126,608.80 | 0.00 | 0.00 | 0.00 | -87,328.42 | 39,280.38 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 158,035.14 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 203,929.30 |
| **Total Due For This Matter** | **$ 361,964.44** |