# United States Bankruptcy Court
## Northern District of California

In re   **The Roman Catholic Archbishop of San Francisco**                                    Case No.   **23-30564**
                                                        Debtor(s)                                        Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Schedule A/B Assets, Part 11:  All other assets, Item 73 Interests in insurance policies or annuities.  Added an insurance policy.  All other aspects of the Amended Schedules filed at ECF 372 remain unchanged.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Schedule A/B Assets, Part 11:  All other assets, Item 73 Interests in insurance policies or annuities.  Added an insurance policy.  All other aspects of the Amended Schedules filed at ECF 372 remain unchanged.**

Date:  **06/03/2024**                                          **/s/ Paul J Pascuzzi**

                                                        **Paul J Pascuzzi**
                                                        Attorney for Debtor(s)
                                                        **Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
                                                        **500 Capitol Mall**
                                                        **Suite 2250**
                                                        **Sacramento, CA 95814**
                                                        **(916) 329-7400**
                                                        **ppascuzzi@ffwplaw.com**

# AMENDMENT TO SCHEDULE A/B FILED AT ECF 372, PART 11, ITEM 73

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 11:**    **All other assets**

| 73. **Interest in insurance policies or annuities** | Current value of debtor's interest |
|---|---|
| Added Policy: Fireman's Fund - General Liability Policy #8H1MXG80650730<br><br>See Exhibit AB 73 | Undetermined |

SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 11, QUESTION 73

INTERESTS IN INSURANCE POLICIES OR ANNUITIES

| INSURANCE COMPANY NAME | TYPE | INSURANCE POLICY NUMBER | CURRENT VALUE OF DEBTOR'S INTEREST $ |
|---|---|---|---|
| Aetna | Excess | 05XN29WCA | Undetermined |
| Aetna | Excess | 05XN67WCA | Undetermined |
| Aetna | Excess | 05XN97WCA | Undetermined |
| Allied World | Property | 0305-7388-1N | Undetermined |
| Allied World | Property | 0305-7388-1N | Undetermined |
| Allied World Assurance Company (AWAC) | Casualty | 0312-4186 | Undetermined |
| Allied World Assurance Company (AWAC) | Property | 0305-7388-1N | Undetermined |
| Allied World Nat'l Assurance Co. | Excess | 0312-4186 | Undetermined |
| Allied World Nat'l Assurance Co. | Excess | 0312-4186 | Undetermined |
| Am. Home Assurance | Excess | 356137-01 | Undetermined |
| Am. Home Assurance | Excess | 356137-02 | Undetermined |
| Am. Home Assurance | Excess | 356316 | Undetermined |
| Appalachian | Excess | 71968 | Undetermined |
| Appalachian | Excess | 72387 | Undetermined |
| Appalachian | Excess | 72540 | Undetermined |
| Appalachian | Excess | 72547 | Undetermined |
| Arch | Property | ESP1007831-02 | Undetermined |
| Aspen Insurance | Property | PX00WU623 | Undetermined |
| AXIS Capital | Property | ELF662196-23 | Undetermined |
| Beazley Insurance Services | Cyber/ Terrorism | W27D5E230501 | Undetermined |
| Berkley Insurance Company | Casualty | CEX09601634-08 | Undetermined |
| Berkley National Insurance Co. | Excess | CEX09601634-05 | Undetermined |
| Berkley National Insurance Co. | Excess | CEX09601634-06 | Undetermined |
| Chicago Ins. Co. | Excess | 55 U 0037129 | Undetermined |
| Chubb (Federal Insurance Company) | Crime | 8169-8975 | Undetermined |
| CNA | GL | RDX 9141382 | Undetermined |
| Employers Re | Excess | U10447 | Undetermined |
| Evanston (Markel) | Property | MKLV5XPR001651 | Undetermined |
| Fireman's Fund | Excess | XLX1482701 | Undetermined |
| Fireman's Fund | GL | 8H1MXG80650730 | Undetermined |
| First State | Excess | 940272 | Undetermined |
| First State | Excess | 684527 | Undetermined |
| First State | Excess | 685846 | Undetermined |
| General Star National Insurance Company | Property | IPG972507 | Undetermined |
| Golden Bear Insurance Co. | Property | FSX03000022-00 | Undetermined |
| Golden Bear Insurance Co. | Property | GFS03000076-00 | Undetermined |
| Great American Assurance Co. | Excess | EXC3275758 | Undetermined |
| Great American Assurance Co. | Excess | EXC4033179 | Undetermined |
| Great American Insurance Group | Casualty | EXC512851 | Undetermined |
| Great American Insurance Group | Property | CPP024167312 | Undetermined |
| GuideOne Mutual Insurance Company | Workers' Compensation | 01-0007-146 | Undetermined |
| Homeland Insurance Company | Property | 795023099 | Undetermined |
| Industrial Underwriters | Excess | JU835-5355 or 8355 | Undetermined |
| Industrial Underwriters | Excess | JU835-8355 | Undetermined |
| Insurance Co. of N. America | Excess | XBC24296 | Undetermined |
| Insurance Co. of N. America | Excess | XBC 67888 | Undetermined |
| Insurance Co. of N. America | Excess | XBC 5778 | Undetermined |

| INSURANCE COMPANY NAME | TYPE | INSURANCE POLICY NUMBER | CURRENT VALUE OF DEBTOR'S INTEREST $ |
|---|---|---|---|
| Insurance Co. of N. America | GL | LAB 15766 | Undetermined |
| Insurance Co. of N. America | GL | LAB 15802 | Undetermined |
| Ironshore | Property | 1.00041E+11 | Undetermined |
| Kinsale Insurance | Property | 1000196471 | Undetermined |
| Landmark (RSUI) | Property | LHD934963 | Undetermined |
| Landmark (RSUI) | Property | LHD934964 | Undetermined |
| Landmark (RSUI) | Property | LHD934967 | Undetermined |
| Lexington Insurance Company | Property | 61384444 | Undetermined |
| Liberty Surplus Insurance Company | Property | 1000305482-06 | Undetermined |
| Lloyd's | Excess | LM26336 | Undetermined |
| Lloyd's | Excess | LM26337 | Undetermined |
| Lloyd's | Excess | K66034 | Undetermined |
| Lloyd's | Excess | K77619 | Undetermined |
| Lloyd's | Excess | CU2929 | Undetermined |
| Lloyd's | GL & XS | PK1026315 | Undetermined |
| Lloyd's | GL & XS | BP1026316 | Undetermined |
| Lloyd's | Misconduct | B0868PFDBC1101271 | Undetermined |
| Lloyd's | XS Miscdt | PFDBC1100271 | Undetermined |
| Lloyd's | XS Miscdt. | PFDBC1000271 | Undetermined |
| Lloyds | Terrorism | FC0004123 | Undetermined |
| Lloyds A | Property | PW0314123 | Undetermined |
| Lloyds B | Property | PW0563623 | Undetermined |
| Lloyds C | Property | PW0469323 | Undetermined |
| Lloyds D | Property | PW0314223 | Undetermined |
| Mitsui Sumitomo Insurance | Property | EXP7001083 | Undetermined |
| Old Republic Union Ins. Co. | Excess | 821500 0626689 | Undetermined |
| Pacific Indemnity | GL | LAC 57120 | Undetermined |
| Pacific Indemnity | GL | LAC 76333 | Undetermined |
| Pacific Indemnity | GL | LAC 101275 | Undetermined |
| Pacific Indemnity | GL | LAC 127792 | Undetermined |
| Pacific Indemnity | GL | LAC 155500 | Undetermined |
| Palms Insurance -Sutton Spec | Property | 23-XSP-0423 | Undetermined |
| QBE Insurance Corporation | | KH000483 | Undetermined |
| QBE Insurance Corporation | Student Catastrophic Policy | KH000041 | Undetermined |
| Reliance Life Insurance | Life Insurance | 155879 | Undetermined |
| St Paul | GL | 699NA0626 | Undetermined |
| St. Paul | GL | 699 NA4270 | Undetermined |
| St. Paul | GL | 699NA5626/7 | Undetermined |
| St. Paul | GL | 699NA5737 | Undetermined |
| St. Paul | GL | 602NA2857 | Undetermined |
| Texas Surplus Ins. | Property | | Undetermined |
| The Hartford Group (HSB) | Insurance Boiler and Machinery | FBP2367772 | Undetermined |
| The National Catholic Risk Retention Group | Casualty | RRG1073-06 | Undetermined |
| The National Catholic Risk Retention Group | Casualty | FM1073-06 | Undetermined |
| The National Catholic Risk Retention Group | Excess | FM 1073-05 | Undetermined |
| The National Catholic Risk Retention Group | GL, Auto, Excess, Sex. Miscdt | RRG 1073-01 | Undetermined |
| The National Catholic Risk Retention Group | GL, Auto, Excess, Sex. Miscdt | FM 1073-04 | Undetermined |

| INSURANCE COMPANY NAME | TYPE | INSURANCE POLICY NUMBER | CURRENT VALUE OF DEBTOR'S INTEREST $ |
|---|---|---|---|
| The National Catholic Risk Retention Group | GL, Auto, Excess, Sex. Miscdt | RRG 1073-06 | Undetermined |
| The National Catholic Risk Retention Group | GL, Auto, Excess, Sex. Miscdt | Binder | Undetermined |
| The National Catholic Risk Retention Group | Unknown | RRG 1073 | Undetermined |
| The National Catholic Risk Retention Group | Unknown | NM 1073 | Undetermined |
| The National Catholic Risk Retention Group | Unknown | FM 1073-03 | Undetermined |
| The National Catholic Risk Retention Group | Unknown | RRG 1073-04 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-87 | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | Unknown | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-04 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-05 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-06 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-07 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-08 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-09 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-10 | Undetermined |
| The Ordinary Mutual | GL | CGAL-002-11 | Undetermined |
| Travelers | Kidnap & Ransom Insurance | 105988077 | Undetermined |
| Westchester | Property | D42233705006 | Undetermined |
| Westchester | Property | D37422101 | Undetermined |
| Western Catholic Insurance Co. | GL | WCGAL-002-12 | Undetermined |
| Western Catholic Insurance Co. | GL | WCGAL-002-13 | Undetermined |
| Western Catholic Insurance Co. | GL | WCGAL-002-14 | Undetermined |

# United States Bankruptcy Court
## Northern District of California

In re   **The Roman Catholic Archbishop of San Francisco**      Case No.    **23-30564**

Debtor(s)      Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S AMENDMENT TO
## SCHEDULE A/B, PART 11, ITEM 73

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Vicar General and Moderator of the Curia of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule A/B Assets, Part 11: All other assets, Item 73 Interests in insurance policies or annuities. Added an additional insurance policy, consisting of   **5**   page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date    **6/3/2024**            Signature    **/s/ Fr. Patrick Summerhays**

                                                   **Fr. Patrick Summerhays**

                                                   **Vicar General and Moderator of the Curia**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.