James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail S. Greenwood (CA Bar No. 169939)
Brittany Mitchell M. Michael *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
         acaine@pszjlaw.com
         ggreenwood@pszjlaw.com
         bmichael@pszjlaw.com

Attorneys for the Official Committee of Unsecured
Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | **DECLARATION OF BRITTANY MICHAEL IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING THE FILING OF DOCUMENTS UNDER SEAL** |

I, Brittany M. Michael, declare under penalty of perjury as follows:

1.      I am of counsel at the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors ("Committee").  I am duly admitted to practice law in the United States District Courts for the Southern and Western Districts of New York and the District of Minnesota, and admitted to practice *pro hac vice* in this case.  I submit this Declaration in support of *The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Documents Under Seal* (the "Motion to Seal"), filed herewith.  I have personal knowledge of the facts set forth herein unless otherwise stated.

2.     The Committee has concurrently filed a *Motion for an Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* ("Disclosure Motion") and supporting declaration ("Michael Declaration").

3.     The Committee proposes to seal the following documents to the Michael Declaration:

- **Exhibit A** is a true and correct copy of the Claims Data.

- **Exhibit B** is a sample of true and correct copies of the IRB Minutes (Debtor_073755-073929) produced by the Debtor on or about July 10, 2024.

- **Exhibit C** contains true and correct copies of five sworn proofs of claim that identify Father David Anthony Ghiorso as an abuser.

4.     The Claims Data is aggregated data from the survivors' proofs of claim in this case, identifying the number of claims against named perpetrators, where abuse occurred, when the abuse occurred, types of abuse, the age of the survivors at the time of the abuse, and the age of the survivors now.  The Claims Data is anonymous regarding the claimants and omits any claimant personal identifying information.  The anonymous Claims Data is not confidential, but the proofs of claim from which it was derived are unquestionably confidential pursuant to the Bar Date Order entered on November 21, 2023 [Docket No. 337].

5.     The IRB Minutes are meeting minutes of the Independent Review Board that oversees the Debtor's review of child sexual abuse allegations for the period of 2015-2023.  The IRB Minutes have been redacted by the Debtor and designated as "Confidential" pursuant to the Stipulated Protective Order entered on December 18, 2023 [Docket No. 374].  The claimant names are not disclosed, or are redacted, and the perpetrator names are typically anonymized.

6.     Five proofs of claim by survivors each detail abuse by Father Ghiorso who remains on the Debtor's good standing list despite years of documented child safety concerns.  The proofs of claim are submitted for context and out of the Committee's concern for public safety.  The proofs of claim are confidential pursuant to the Bar Date Order.  Notwithstanding the Bar Date Order, these claimants have consented to disclosure of their claims.

7. The Disclosure Motion has been redacted regarding any information derived from the IRB Minutes in accordance with their designation as "Confidential" under the Stipulated Protective Order.

Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 4, 2025 at Minneapolis, Minnesota.

By:     */s/ Brittany M Michael*
       Brittany M. Michael