James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail Greenwood (CA Bar No. 169939)
Brittany M. Michael *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
acaine@pszjlaw.com
ggreenwood@pszjlaw.com
bmichael@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING DISCLOSURE OF INDEPENDENT REVIEW BOARD MINUTES AND AGGREGATED CLAIMS DATA**<br><br>Date: March 13, 2025<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **March 13, 2025 at 1:30 p.m.** (Pacific Time) (the "Hearing") before the Honorable Dennis Montali at the United States Bankruptcy Court, Northern District of California, San Francisco Division, to consider the *Motion for an Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* ("Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Archdiocese"). By its

4902-1287-1957.1 05068.002

Motion, the Committee seeks authority to disclose and publicly file (1) aggregated and anonymous claims data derived from the confidential abuse proofs of claim ("<u>Claims Data</u>"), and (2) the Archdiocese's Independent Review Board minutes ("<u>IRB Minutes</u>").

The Committee brings the Motion pursuant to Bankruptcy Code sections 105(a) and 107, the Bar Date Order at Docket No. 337, and the Stipulated Protective Order at Docket No. 374. The Motion is supported by this Notice, the accompanying memorandum of points and authorities, the Declaration of Brittany Michael and exhibits thereto, the pleadings and papers on file in this case, and such other evidence as may be presented to the Court at or before the time of the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via videoconference by Zoom. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: http://www.canb.uscourts.gov/judge/montali/calendar.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for the Committee no later than **February 27, 2025**. Your rights may be affected by the Motion. You should read the Motion carefully and you may want to discuss them with your attorney. Copies of the Motion and supporting documents are available free of charge from the website maintained by Omni Agent Solutions, Inc. at https://omniagentsolutions.com/RCASF.

Dated: February , 2025                    PACHULSKI STANG ZIEHL & JONES LLP

By   <u>/s/</u>
      James I. Stang
      Andrew W. Caine
      Gail S. Greenwood
      Brittany M. Michael

      Attorneys for the Official Committee of
      Unsecured Creditors