Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:      ppascuzzi@ffwplaw.com
            jrios@ffwplaw.com
            tphinney@ffwplaw.com
            mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:    okatz@sheppardmullin.com
          amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>*[No Hearing Required]* |

**SEVENTEENTH MONTHLY PROFESSIONAL FEE STATEMENT FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES [JANUARY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that B. Riley Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, LLC (hereinafter, "B. Riley"), financial advisor to the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for January 2025.

| Name of Applicant: | GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2025 through January 31, 2025 |
| Amount of Compensation Requested: | $53,584.50 |
| Net of 20% Holdback: | $42,867.60 |
| Amount of Expenses Requested: | $0.30 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $42,867.90 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from January 1, 2025 through January 31, 2025 (the "Fee Period"). By this seventeenth statement, B. Riley seeks payment in the amount of $42,867.90, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention

Case: 23-30564   Doc# 1003   Filed: 02/20/25   Entered: 02/20/25 09:53:11   Page 2 of 10

Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as ***Exhibit 1*** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as ***Exhibit 2*** is a summary of the services rendered and compensation sought by project category during the Fee Period.

Attached hereto as ***Exhibit 3*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit 4***, are records of B. Riley's fees incurred during the period January 1, 2025 through January 31, 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: February 20, 2025   FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: February 20, 2025   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from January 1, 2025 through January 31, 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $775.00 | 11.10 | $8,602.50 |
| David Greenblatt | Director | $575.00 | 28.30 | 16,272.50 |
| Coral Hansen | Managing Director | $525.00 | 15.90 | 8,347.50 |
| Sean Horner | Senior Associate | $425.00 | 47.10 | 20,017.50 |
| Marilee Greene | Project Assistant | $265.00 | 1.30 | 344.50 |
| **TOTAL** | | | **103.70** | **$ 53,584.50** |

**Exhibit 2**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from January 1, 2025 through January 31, 2025**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 75.90 | $38,057.50 |
| Business Analysis | 4.60 | $2,965.00 |
| Case Administration | 0.60 | $465.00 |
| Employment/Fee Applications | 1.70 | $654.50 |
| Litigation | 1.00 | $715.00 |
| Monthly Operating Reports | 19.90 | $10,727.50 |
| **TOTAL** | **103.70** | **$53,584.50** |

**Exhibit 3**

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| PACER charges | $0.30 |
| **TOTAL** | **$0.30** |

**<u>Exhibit 4</u>**

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

February 12, 2025                                                         Invoice # :   67406

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  January 1, 2025         through    January 31, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 11.10 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 15.90 | 525.00 |
| David Greenblatt, CPA, CIRA | 28.30 | 575.00 |
| Sean Horner | 47.10 | 425.00 |
| Marilee Greene | 1.30 | 265.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 103.70 | $53,584.50 |
| **Out-of-Pocket Expenses:** | | |
| Pacer charges | | 0.30 |
| Total expenses | | $0.30 |
| Total amount of this bill | | $53,584.80 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.       Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*

3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

### Professional Services Detail

| | | | Hours |
|---|---|---|---|

#### Asset Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 1/15/2025 | D. Greenblatt | Call with W. Weitz and Debtor re: cash and real estate analyses | 0.50 |
| | W. Weitz | Call with D. Greenblatt and Debtor re: cash and real estate analyses | 0.50 |
| 1/17/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.50 |
| | S. Horner | Worked on Cash Analysis | 1.10 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.50 |
| | D. Greenblatt | Continue to work on cash analysis | 1.60 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.50 |
| | W. Weitz | Call with D. Greenblatt and Debtor re: cash analysis | 0.60 |
| | D. Greenblatt | Call with W. Weitz and Debtor re: cash analysis | 0.60 |
| 1/21/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | S. Horner | Worked on Cash Analysis | 1.70 |
| | S. Horner | Worked on Cash Analysis | 2.30 |
| | S. Horner | Worked on Cash Analysis | 2.70 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| 1/22/2025 | S. Horner | Call with D. Greenblatt and R. Yee re: parish financials | 0.40 |
| | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | S. Horner | Various call with D. Greenblatt re: parish financials | 0.60 |
| | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.00 |
| | S. Horner | Worked on Cash Analysis | 2.10 |
| | S. Horner | Worked on Cash Analysis | 2.60 |
| | D. Greenblatt | Call with S. Horner and R. Yee re: parish financials | 0.40 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | D. Greenblatt | Various calls with S. Horner re: parish financials | 0.60 |
| | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: cash analysis | 0.70 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.00 |
| | D. Greenblatt | Continue working on cash analysis | 2.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: cash analysis | 0.70 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.00 |
| 1/23/2025 | S. Horner | Call with D. Greenblatt and R. Yee re: parish financials | 0.40 |
| | S. Horner | Worked on Cash Analysis | 0.50 |
| | S. Horner | Worked on Cash Analysis | 1.60 |
| | S. Horner | Worked on Cash Analysis | 1.70 |
| | S. Horner | Worked on Cash Analysis | 2.90 |
| | D. Greenblatt | Call with S. Horner and R. Yee re: parish financials | 0.40 |
| | D. Greenblatt | Continue to work on cash analysis | 2.80 |
| 1/24/2025 | S. Horner | Worked on Cash Analysis | 0.60 |
| | S. Horner | Worked on Cash Analysis | 1.30 |
| | S. Horner | Worked on Cash Analysis | 1.60 |
| | S. Horner | Worked on Cash Analysis | 2.10 |
| | D. Greenblatt | Call with Debtor re: cash analysis | 0.40 |
| 1/27/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.20 |
| | S. Horner | Worked on Cash Analysis | 0.70 |
| | S. Horner | Worked on Cash Analysis | 1.60 |
| | S. Horner | Worked on Cash Analysis | 2.20 |
| | S. Horner | Worked on Cash Analysis | 2.40 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.20 |
| | D. Greenblatt | Call with W. Weitz and P. Pascuzzi re: cash analysis | 0.50 |
| | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: cash analysis | 1.30 |
| | D. Greenblatt | Continue to work on cash analysis | 2.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.20 |
| | W. Weitz | Call with D. Greenblatt and P. Pascuzzi re: cash analysis | 0.50 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: cash analysis | 1.30 |
| 1/28/2025 | S. Horner | Worked on Cash Analysis | 2.30 |
| | S. Horner | Worked on Cash Analysis | 2.60 |
| | S. Horner | Worked on Cash Analysis | 2.70 |
| | D. Greenblatt | Continue to work on cash analysis | 1.20 |

| | | | | Hours |
|---|---|---|---|---|
| 1/29/2025 | S. Horner | Worked on Cash Analysis | | 1.20 |
| | S. Horner | Worked on Cash Analysis | | 1.60 |
| | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: cash analysis | | 1.30 |
| | D. Greenblatt | Continue to work on cash analysis | | 1.80 |
| | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: cash analysis | | 1.30 |
| 1/30/2025 | S. Horner | Worked on Cash Analysis | | 1.10 |
| | SUBTOTAL: | | [      75.90 | 38057.50] |

Business Analysis

| | | | | |
|---|---|---|---|---|
| 1/7/2025 | D. Greenblatt | Update professional fee tracker and prepare monthly payment analysis for Debtor | | 1.40 |
| 1/15/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | | 0.60 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | | 0.60 |
| 1/22/2025 | D. Greenblatt | Call with Counsel re: weekly update | | 0.30 |
| 1/28/2025 | W. Weitz | Review cash analysis workbook | | 0.30 |
| 1/30/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | | 0.70 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | | 0.70 |
| | SUBTOTAL: | | [       4.60 | 2965.00] |

Case Administration

| | | | | |
|---|---|---|---|---|
| 1/8/2025 | W. Weitz | Weekly update call with counsel | | 0.60 |
| | SUBTOTAL: | | [       0.60 | 465.00] |

Employment/Fee Applications

| | | | | |
|---|---|---|---|---|
| 1/2/2025 | M. Greene | Review and edit WIP for December Fee Statement | | 0.60 |
| 1/6/2025 | M. Greene | Review data and prepare December Fee Statement | | 0.50 |
| 1/8/2025 | M. Greene | Finalize December Fee Statement | | 0.20 |
| | W. Weitz | Review/finalize December Fee Statement and send to client | | 0.40 |
| | SUBTOTAL: | | [       1.70 | 654.50] |

Litigation

| | | | | |
|---|---|---|---|---|
| 1/14/2025 | W. Weitz | Call with client re: mediation prep | | 0.40 |
| 1/21/2025 | D. Greenblatt | Call with W. Weitz & C. Hansen re: discovery update | | 0.30 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and C. Hansen re: discovery update | | 0.30 |
| | SUBTOTAL: | | [       1.00 | 715.00] |

Monthly Operating Reports

| | | | | |
|---|---|---|---|---|
| 1/2/2025 | C. Hansen | Update MOR template for January | | 1.10 |
| 1/7/2025 | C. Hansen | Review of December MOR and supporting documentation | | 0.50 |
| 1/9/2025 | C. Hansen | Review cash receipts and disbursement categories prepared by client | | 1.10 |
| 1/13/2025 | C. Hansen | Review progress of MOR | | 0.20 |
| | C. Hansen | MOR Bank statements and investments review | | 0.60 |
| 1/14/2025 | C. Hansen | Download aging from Intacct and update MOR with accounts receivable data | | 0.20 |
| | C. Hansen | Review bank and investment statement reconciliation process with staff | | 0.30 |
| | C. Hansen | Review MOR AR and cash receipts and disbursements schedule | | 0.60 |
| | C. Hansen | Update MOR with trial balance transactions | | 1.10 |
| | C. Hansen | Analyze post petition payables for MOR | | 1.30 |
| 1/15/2025 | C. Hansen | Review draft MOR | | 1.90 |
| | C. Hansen | Analyze and resolve differences in investment statements reconciliations | | 2.40 |
| | D. Greenblatt | Preparation of December MOR: update professional fee section of report and prepare schedule | | 1.30 |
| 1/16/2025 | C. Hansen | Review bank exhibit and provide feedback to staff | | 0.30 |

| | | | Hours |
|---|---|---|---|
| 1/16/2025 | D. Greenblatt | Continue to work on December MOR | 1.10 |
| | D. Greenblatt | Continue working on December MOR | 1.20 |
| | W. Weitz | Review December MOR | 0.40 |
| | C. Hansen | Finalize draft MOR and send to M. Flanagan and team for review | 1.90 |
| 1/17/2025 | C. Hansen | Finalize draft MOR and report | 2.40 |

SUBTOTAL:                                    [      19.90      10727.50]

GlassRatner Advisory & Capital Group LLC