Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:       ppascuzzi@ffwplaw.com
             jrios@ffwplaw.com
             tphinney@ffwplaw.com
             mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:       okatz@sheppardmullin.com
             amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR BLANK ROME LLP [JANUARY 2025]**

///

///

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "<u>BR</u>"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of January 2025 ("<u>Fee Period</u>"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of January 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2025, through January 31, 2025 | $66,532.70 | $1,849.37 | $68,382.07 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $53,226.16 | $1,849.37 | $55,075.53 |

Attached hereto as ***Exhibit A*** is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of BR's fees incurred during the period of January 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: February 20, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: February 20, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

# Exhibit A

**Compensation by Professional Person for Hourly Services for the Fee Period of January 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $525 | 7.10 | $3,727.50 |
| Jeffrey L. Schulman | Partner | $836 | 29.70 | $24,829.20 |
| Barron L. Weinstein | Of Counsel | $820 | 42.00 | $34,440.00 |
| Brian Carolus | Legal Assistant/Paralegal | $340 | 10.40 | $3,536.00 |
| **TOTAL** | | | **89.20** | **$66,532.70** |

# Exhibit B

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services for the Fee Period of January 2025**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 5.80 | $4,195.50 |
| Bankruptcy Procedure | 2.40 | $1,968.00 |
| Lit (Analysis of Coord Abuse Claims for Available Ins Coverage) | 10.40 | $3,536.00 |
| Mediation | 63.10 | $51,715.70 |
| Motion Practice | 3.50 | $2,870.00 |
| Discovery | 4.00 | $2,247.50 |
| **TOTAL** | **89.20** | **$66,532.70** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Car Service (Mediation) | $313.93 |
| Airfare (Mediation) | $1,051.97 |
| Parking/Tolls (Mediation) | $46.00 |
| Lodging (Mediation) | $434.77 |
| Docket Searches | $2.70 |
| **TOTAL** | **$1,849.37** |

**Exhibit D**

**January Blank Rome Invoice**



**2029 CENTURY PARK EAST 6TH FLOOR**
**LOS ANGELES, CA 90067-2901**
**(424) 239-3400**
**FEDERAL TAX I.D. NO.** ▮

| | | |
|---|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: | FEBRUARY 10, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: | 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: | 163301-00001 04647 |
| ▮ , ▮ | INVOICE NUMBER: | 2255562 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | | |

**REGARDING:** **ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/15/2024 | 2229500 | $41,602.75 | ($41,317.15) | $285.60 |
| 11/12/2024 | 2237777 | $20,282.44 | ($16,242.50) | $4,039.94 |
| 12/13/2024 | 2245852 | $22,992.70 | ($18,394.16) | $4,598.54 |
| 01/10/2025 | 2249094 | $15,895.40 | $0.00 | $15,895.40 |

| | | |
|---|---|---|
| **BALANCE FORWARD** | | **$24,819.48** |
| FOR LEGAL SERVICES RENDERED THROUGH 1/31/25 | $66,532.70 | |
| FOR DISBURSEMENTS ADVANCED THROUGH 1/31/25 | $1,849.37 | |
| **CURRENT INVOICE TOTAL** | | **$68,382.07** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | | **$93,201.55** |

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮9326 | 130 North 18th St |
| ABA Number: | ▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ▮ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI



**2029 CENTURY PARK EAST 6TH FLOOR**
**LOS ANGELES, CA 90067-2901**
**(424) 239-3400**
**FEDERAL TAX I.D. NO.** ███

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: FEBRUARY 10, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 |
| ███, ███ | INVOICE NUMBER: 2255562 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | PAGE 1 |

**REGARDING:    ARCHDIOCESE OF SAN FRANCISCO**
**                        AB 218 CLAIMS**

**FOR LEGAL SERVICES RENDERED THROUGH JANUARY 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/02/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING COMMITTEE'S DOCUMENT REQUEST (.2); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING MEDIATION STRATEGY (.2); REVIEW CORRESPONDENCE REGARDING SAME (.1). | B. WEINSTEIN | 93 | 0.50 | 410.00 |
| 01/03/25 | LEGAL RESEARCH AND ANALYSIS REGARDING COMMITTEE'S PROPOSED MOTIONS RELATING TO INSURERS' OBLIGATIONS AND POSSIBLE SETTLEMENT SCENARIOS (1.1 SHARED WITH OTHER CH 11 CLIENTS)/ | B. WEINSTEIN | 02 | 1.10 | 902.00 |
| 01/06/25 | ATTEND COMMITTEE MEETING TO DISCUSS STRATEGY. | J. SCHULMAN | 07 | 1.50 | 1,254.00 |
| 01/06/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE AND ATTACHMENTS REGARDING PROPOSED MOTIONS BY COMMITTEE AND IMPACT ON COVERAGE (.8); ATTEND ZOOM MEETING WITH CLIENT AND LEGAL TEAM TO DISCUSS SAME, AND MEDIATION STATUS AND STRATEGY FOR PURSUING A CONSENSUAL PLAN (1.5); PREPARE FOR SAME (.5); LEGAL RESEARCH AND ANALYSIS REGARDING ███ (.7) (SHARED WITH OTHER CLIENTS). | B. WEINSTEIN | 08 | 3.50 | 2,870.00 |
| 01/07/25 | REVIEW J. ANDERSON PRESS CONFERENCE AND CORRESPONDENCE (.8); REVIEW RESPONSE (.2); LEGAL RESEARCH REGARDING POTENTIAL | J. SCHULMAN | 07 | 3.20 | 2,675.20 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | RESPONSES (1.3); LEGAL RESEARCH REGARDING ▮ (.9). | | | | |
| 01/07/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE AND ATTACHMENTS FROM DEFENSE COUNSEL REGARDING MEDIATION DISCUSSIONS WITH COMMITTEE (1.1); TELEPHONE CONFERENCES WITH DEFENSE COUNSEL AND BANKRUPTCY COUNSEL REGARDING POSSIBLE SETTLEMENT OF TORT CASE RELEASED FROM STAY (.9); REVIEW POLICY DOCUMENTS REGARDING SAME (.3). | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 01/08/25 | REVIEW/ANALYZE CORRESPONDENCE FROM P. PASCUZZI REGARDING MEDIATION. | J. SCHULMAN | 07 | 0.40 | 334.40 |
| 01/08/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL REGARDING COMMITTEE'S POSSIBLE MOTIONS. | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 01/09/25 | REVIEW/ANALYZE OAKLAND AND ALBANY FILINGS REGARDING ▮. | J. SCHULMAN | 07 | 0.40 | 334.40 |
| 01/09/25 | LEGAL RESEARCH AND ANALYSIS REGARDING ▮ (.2) ▮; REVIEW AND ANALYSIS OF FILE MEMOS REGARDING UPCOMING MEDIATION (.3). | B. WEINSTEIN | 01 | 0.50 | 410.00 |
| 01/10/25 | RESEARCH AND ANALYSIS REGARDING APPLICABLE POLICY LIMITS UNDER EXCESS POLICIES (.3) (SHARED WITH OTHER CLIENTS); PREPARE FOR ZOOM CONFERENCE WITH CLIENT TEAM TO DISCUSS PLANS AND COVERAGE ISSUES FOR UPCOMING MEDIATION (.5); ATTEND ZOOM CONFERENCE REGARDING SAME (1.0); REVIEW AND PREPARE CORRESPONDENCE TO FEE EXAMINER REGARDING QUESTIONS ABOUT TIME BILLED (1.1). | B. WEINSTEIN | 01 | 2.90 | 2,378.00 |
| 01/10/25 | REVIEW/ANALYZE ▮; | J. SCHULMAN | 07 | 0.40 | 334.40 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | CONFER WITH B. WEINSTEIN REGARDING SAME. | | | | |
| 01/10/25 | CONFER WITH DEBTOR COUNSEL TEAM REGARDING UPCOMING MEDIATION. | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 01/13/25 | CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING COVERAGE ISSUES. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 01/13/25 | MEET WITH TEAM TO DISCUSS COVERAGE ISSUES AND PREPARATION FOR MEDIATION. | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 01/14/25 | APPEAR FOR/ATTEND PRE-MEDIATION MEETING. | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 01/14/25 | PREPARE FOR (.5) AND ATTEND (1.3) ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM TO PREPARE FOR MEDIATION. | B. WEINSTEIN | 07 | 1.80 | 1,476.00 |
| 01/15/25 | REVIEW CORRESPONDENCE WITH THE COMMITTEE REGARDING SAFETY PROCEDURES (.3); REVIEW MOTION REGARDING CLAIMS DATA (.5). | J. SCHULMAN | 07 | 0.80 | 668.80 |
| 01/15/25 | ATTEND MEETING WITH COUNSEL TO DISCUSS COVERAGE ISSUES IMPACTING ALL DIOCESES (.2) (SHARED WITH OTHER CLIENTS); REVIEW AND ANALYSIS OF CORRESPONDENCE WITH CLIENT AND COUNSEL TEAM REGARDING MEDIATION PREP (.3). | B. WEINSTEIN | 01 | 0.50 | 410.00 |
| 01/16/25 | REVIEW/ANALYZE BRIEFING REGARDING AMENDED DISCLOSURE STATEMENT IN OAKLAND (SPLIT). | J. SCHULMAN | 07 | 0.40 | 334.40 |
| 01/16/25 | REVIEW OF DOCUMENT PRODUCTION FOR COMMITTEE AND PREPARE PRODUCTION OF DOCUMENTS TO INSURANCE CARRIERS. | K. CIFARELLI | 93 | 0.60 | 315.00 |
| 01/17/25 | PREPARE TWENTY FIRST DOCUMENT PRODUCTION TO CARRIERS OF MATERIALS AND DRAFT CORRESPONDENCE TO CARRIERS. | K. CIFARELLI | 93 | 0.80 | 420.00 |
| 01/17/25 | TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING POSSIBLE SCENARIOS FOR CONSENSUAL PLAN (.5); REVIEW PLEADINGS FROM OTHER DIOCESAN CHAPTER 11 CASES REGARDING SIMILAR LEGAL AND | B. WEINSTEIN | 07 | 1.50 | 1,230.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | FACTUAL ISSUES AND GUIDANCE FOR CONSENSUAL PLAN (1.0) (SHARED WITH OTHER CLIENTS). | | | | |
| 01/19/25 | REVIEW PLEADINGS IN OTHER CH 11 CASES REGARDING ANTICIPATED MOTIONS BY COMMITTEE (.5) (SHARED WITH OTHER CLIENTS). | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 01/20/25 | MEET WITH CO-COUNSEL TO DISCUSS MEDIATION STRATEGY AND COVERAGE ISSUES (.3); REVIEW CORRESPONDENCE TO PREPARE FOR MEETING WITH BANKRUPTCY COUNSEL TO PREPARE FOR MEDIATION (.2); ATTEND TEAMS MEETING WITH CLIENT TEAM REGARDING SAME (.8). | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 01/20/25 | MEETING WITH B. WEINSTEIN AND J. SCHULMAN TO DISCUSS INSURANCE COVERAGE ISSUES AND STRATEGIZE RE FURTHER ACTION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 01/20/25 | CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING STATUS (.3); CONFER WITH COMMITTEE REGARDING STATUS (.7) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 01/21/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CARRIER CORRESPONDENCE. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 01/21/25 | RESEARCH AND ANALYSIS REGARDING ANTICIPATED MOTIONS BY COMMITTEE (.6); ATTEND ZOOM CONFERENCE WITH CLIENT TEAM REGARDING SAME (.7). | B. WEINSTEIN | 02 | 1.30 | 1,066.00 |
| 01/21/25 | REVIEW AND RESPOND TO CORRESPONDENCE FROM CARRIERS REGARDING DOCUMENT PRODUCTION AND REVISE PRODUCTION OF DOCUMENTS TO CARRIERS (.7) REVIEW OF CORRESPONDENCE FROM APPALACHIAN COUNSEL T. KARPA AND PREPARE RESPONSE (.1) | K. CIFARELLI | 93 | 0.80 | 420.00 |
| 01/22/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND CARRIER AND SUPPLEMENT CARRIER CORRESPONDENCE. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 01/22/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING | B. WEINSTEIN | 07 | 0.70 | 574.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | SETTLEMENT NEGOTIATIONS OF BODILY INJURY CLAIM RELEASED FROM STAY (.3); TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING COVERAGE ISSUES (.2); RESEARCH DEVELOPMENTS IN OAKLAND DIOCESE BANKRUPTCY REGARDING SIMILAR ISSUES (.2) (SHARED WITH OTHER CLIENTS). | | | | |
| 01/24/25 | REVIEW FILE MEMOS, CORRESPONDENCE AND INSURANCE DOCUMENTS TO PREPARE FOR MEDIATION. | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 01/24/25 | REVIEW/ANALYZE ALBANY FILINGS REGARDING ▮▮▮▮▮▮. | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 01/24/25 | REVIEW OF CORRESPONDENCE FROM A. COTTRELL RE DOCUMENT PRODUCTION AND PREPARE PRODUCTION OF DOCUMENTS TO CARRIERS AND CORRESPONDENCE TO CARRIERS RE SAME (.7) PREPARE MEMORANDUM AND CORRESPONDENCE TO DEFENSE COUNSEL REGARDING SUBMISSION OF BILLS AND REIMBURSEMENT (.6) | K. CIFARELLI | 93 | 1.30 | 682.50 |
| 01/26/25 | REVIEW OF COVERAGE CHART AND CORRESPONDENCE WITH MEDIATOR RE MEDIATION. | K. CIFARELLI | 07 | 0.20 | 105.00 |
| 01/27/25 | PLAN/PREPARE FOR MEDIATION. | J. SCHULMAN | 07 | 3.30 | 2,758.80 |
| 01/27/25 | REVIEW AND RESPOND TO CORRESPONDENCE WITH CO-COUNSEL REGARDING MEDIATION ISSUES (.4); REVIEW CORRESPONDENCE, FILE MEMOS AND INSURANCE/CLAIM CHARTS TO PREPARE FOR MEDIATION (2.1); TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING MEDIATION PREPARATION (.2). | B. WEINSTEIN | 07 | 2.70 | 2,214.00 |
| 01/28/25 | REVIEW OF EMAIL FROM FIDELIDADE COUNSEL M. MCCURDY WITH REQUEST FOR INFORMATION; REVIEW OF FILE AND PREPARE RESPONSE TO M. MCCURDY (.2) ANALYZE COVERAGE ISSUES RAISED BY CARRIERS AND STRATEGIZE RE RESPONSE WITH EVALUATION OF INSURANCE ASSETS (.5) | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 01/28/25 | APPEAR FOR/ATTEND MEDIATION. | J. SCHULMAN | 07 | 7.60 | 6,353.60 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/28/25 | MEETING WITH CO-COUNSEL FOLLOWING MEDIATION SESSION. | J. SCHULMAN | 07 | 1.10 | 919.60 |
| 01/28/25 | ATTEND MEDIATION IN OAKLAND (7.7); MEET WITH CO-COUNSEL TO DISCUSS MEDIATION ISSUES AND STRATEGY (1.0). | B. WEINSTEIN | 07 | 8.70 | 7,134.00 |
| 01/29/25 | APPEAR FOR/ATTEND MEDIATION. | J. SCHULMAN | 07 | 4.50 | 3,762.00 |
| 01/29/25 | ANALYZE INSURANCE COVERAGE CHART FROM COMMITTEE AND PARTICIPATE IN MEDIATION TO DISCUSS COVERAGE ISSUES. | K. CIFARELLI | 07 | 1.50 | 787.50 |
| 01/29/25 | REVIEW OF CORRESPONDENCE FROM LMI RE COVERAGE POSITION AND SUMMARY OF POLICIES; COMPARE LMI POLICY PERIODS AND LIMITS TO INTERNAL COVERAGE CHART (.3) STRATEGIZE RE INSURANCE RECOVERY AND POTENTIAL AVAILABLE ASSETS, AND DRAFT OF CHART OF POTENTIAL INSURANCE RECOVERIES (.6) | K. CIFARELLI | 01 | 0.90 | 472.50 |
| 01/29/25 | EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL REGARDING PROJECT TO COMPILE LIST OF ALL CLAIMANTS FOR ALL SERVICING CARRIERS. | B. CAROLUS | 06 | 0.30 | 102.00 |
| 01/29/25 | ATTEND MEDIATION IN OAKLAND (7 HRS); REVIEW AND ANALYSIS OF NEW CORRESPONDENCE FROM CARRIERS REGARDING COVERAGE (.5). | B. WEINSTEIN | 07 | 7.50 | 6,150.00 |
| 01/30/25 | EVALUATE COVERAGE CHART AND COMPILE ▮ CLAIMANT ENTRIES IN INSURANCE ASSETS CHART FOR ALL SERVICING CARRIERS. | B. CAROLUS | 06 | 6.20 | 2,108.00 |
| 01/30/25 | REVIEW CORRESPONDENCE REGARDING INFORMATION REQUESTED BY INSURERS (.3); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING SAME (.2); REVIEW AND ANALYSIS OF CORRESPONDENCE FROM CARRIER REGARDING COVERAGE ISSUES (.2); REVIEW AND ANALYSIS REGARDING COMMITTEE PLEADINGS RELATING TO INSURANCE COVERAGE (.4). | B. WEINSTEIN | 07 | 0.90 | 738.00 |
| 01/31/25 | EVALUATE COVERAGE CHART AND COMPILE ▮ CLAIMANT ENTRIES IN INSURANCE ASSETS CHART FOR ALL SERVICING CARRIERS. | B. CAROLUS | 06 | 3.50 | 1,190.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/31/25 | ANALYZE CORRESPONDENCE REGARDING REQUESTS FOR INFORMATION FROM INSURERS (.5); PREPARE CORRESPONDENCE TO CARRIERS REGARDING SAME (.2); ANALYZE COVERAGE INFORMATION FOLLOWING DISCUSSION WITH CARRIERS (.4) | B. WEINSTEIN | 07 | 1.10 | 902.00 |
| 01/31/25 | REVIEW/ANALYZE CLAIMS DATA AND POLICIES IN PREPARATION FOR NEXT MEDIATION SESSION. | J. SCHULMAN | 07 | 1.70 | 1,421.20 |

| | | |
|---|---|---|
| | **TOTAL SERVICES** | **$66,532.70** |

**FOR DISBURSEMENTS ADVANCED THROUGH JANUARY 31, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/27/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/27/25 | 101.99 |
| 01/27/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/27/25 | 66.20 |
| 01/27/25 | AIRFARE: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/22/25 | 443.48 |
| 01/28/25 | PARKING/TOLLS/TRANSIT: BARRON WEINSTEIN ARCHDIOCESE OF SAN FRANCISCO MEDIATION ON 01/28/25 | 46.00 |
| 01/29/25 | OUT OF TOWN LODGING: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/29/25 | 250.18 |
| 01/29/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/29/25 | 69.50 |
| 01/29/25 | OUT OF TOWN LODGING: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/29/25 | 184.59 |
| 01/29/25 | AIRFARE: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/27/25 | 608.49 |
| 01/30/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/30/25 | 76.24 |
| | DOCKET SEARCHES | 2.70 |
| | **TOTAL DISBURSEMENTS** | **$1,849.37** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$68,382.07** |

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 5.80 | 4,195.50 |
| 02 | BANKRUPTCY PROCEDURE | 2.40 | 1,968.00 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 10.40 | 3,536.00 |
| 07 | MEDIATION | 63.10 | 51,715.70 |
| 08 | MOTION PRACTICE | 3.50 | 2,870.00 |

| CODE | TASK | HOURS | AMOUNT |
|---|---|---:|---:|
| 93 | DISCOVERY | 4.00 | 2,247.50 |
|  | **TOTAL** | **89.20** | **$66,532.70** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---:|---:|---:|
| BRIAN S. CAROLUS | 340.00 | 10.40 | 3,536.00 |
| JEFFREY L. SCHULMAN | 836.00 | 29.70 | 24,829.20 |
| KEVIN L. CIFARELLI | 525.00 | 7.10 | 3,727.50 |
| BARRON L. WEINSTEIN | 820.00 | 42.00 | 34,440.00 |
| **TOTALS** |  | **89.20** | **$66,532.70** |