Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com
                     mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [JANUARY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco,

debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for January 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of January 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2025, through January 31, 2025 | $44,298.00 | $883.92 | $45,181.92 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $35,438.40 | $883.92 | $36,322.32 |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: February 20, 2025

                              FELDERSTEIN FITZGERALD
                              WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
     Paul J. Pascuzzi
     Attorneys for The Roman Catholic Archbishop of San Francisco

Exhibit A

January 2025 Invoice

Case: 23-30564 Doc# 1005 Filed: 02/20/25 Entered: 02/20/25 10:02:18 Page 3 of 15

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



Archdiocese of San Francisco
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email:

# Invoice 13813

| Date | Feb 06, 2025 |
|---|---|
| Terms | |
| Service Thru | Jan 31, 2025 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/03/2025 | BJ | **B160 - Fee/Employment Applications:** Begin December Monthly Fee Statement for Blank Rome. | 0.20 | $ 105.00/hr | $ 21.00 |
| 01/03/2025 | BJ | **B160 - Fee/Employment Applications:** Begin December Monthly Fee Statement forFFWPR. | 0.20 | $ 105.00/hr | $ 21.00 |
| 01/03/2025 | BJ | **B160 - Fee/Employment Applications:** Begin December Monthly Fee Statement for Weintraub Tobin. | 0.20 | $ 105.00/hr | $ 21.00 |
| 01/03/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Carney re case issues, email to counsel re case issues (privileged) (.3). Review outline for potential opposition to Committee threatened motions, consider strategy re same (.4). | 0.70 | $ 600.00/hr | $ 420.00 |
| 01/05/2025 | PJP | **B160 - Fee/Employment Applications:** Email to M. Flanagan, D. Greenblatt re no objections to November fee notices, review due date for Committee professionals (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/05/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review developments on other diocese cases re relevant similar issues (.6) (shared). Email to client team re same (.1). | 0.70 | $ 600.00/hr | $ 420.00 |
| 01/05/2025 | PJP | **B190 - Other Contested Matters:** Review and consider strategy on outline of potential opposition to Committee threatened motion re claims data (.4). Email to P. Gaspari, A. Cottrell, O. Katz re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to P. Carney re case issues responding to her question, related emails re same (.2). Emails from and to client team (Gaspari, Fr. Summerhays, P. Carney, others) re Anderson petitions to Vatican (.2). Review petitions, consider issues (.2). Prepare for client team call (.2). Attend same (1.5). | 2.30 | $ 600.00/hr | $ 1,380.00 |
| 01/06/2025 | BJ | **B160 - Fee/Employment Applications:** Finish initial draft of the December Monthly Fee Statement for FFWPR (.2); review invoices for personal information and survivor names (.2); and emails to/from P. Pascuzzi and D. Pascuzzi regarding same (.1), | 0.50 | $ 105.00/hr | $ 52.50 |
| 01/06/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Review Committee press conference and related information re case issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/06/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review case law re violation of stay re canonical petition, consider issues re same (.6). Email to O. Katz. A. Cottrell re same (.3). | 0.90 | $ 600.00/hr | $ 540.00 |
| 01/07/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly call with Committee counsel (.4). Attend same (1.2). | 1.60 | $ 600.00/hr | $ 960.00 |
| 01/07/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Follow up call with O. Katz after committee counsel call (.2). Email to client team re same (.9). Follow up emails re same (.2). Call with Fr. Summerhays, P. Carney re same (.5). | 1.80 | $ 600.00/hr | $ 1,080.00 |
| 01/07/2025 | MEK | **B190 - Other Contested Matters:** Review of exclusive periods and removal periods deadlines (.2); Email P. Pascuzzi re: the same (.1). | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/07/2025 | PJP | **B210 - Business Operations:** Email from and call to M. Flanagan re operations issue (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/07/2025 | PJP | **B310 - Claims Administration and Objections:** Call from B. Wagner, B. Weinstein re Castro claim resolution issues (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/08/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same (.6). | 0.80 | $ 600.00/hr | $ 480.00 |
| 01/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to client team re strategy meeting (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/08/2025 | PJP | **L320 - Document Production:** Emails from and to M. Flanagan, J. Kim re BPM fees on document production (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/08/2025 | BJ | **B160 - Fee/Employment Applications:** Begin preparing 4th interim fee application for FFWPR. | 1.50 | $ 105.00/hr | $ 157.50 |
| 01/08/2025 | JER | **B170 - Fee/Employment Objections:** Emails with BJ and PJP regarding preparation of interim fee applications. | 0.10 | $ 525.00/hr | $ 52.50 |
| 01/08/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from R. Michelson re case status (Catholic Charities) (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/08/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact invoices in preparation for the Weintraub December Monthly Fee Statement for personal and survivor names. | 0.80 | $ 105.00/hr | $ 84.00 |
| 01/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review developments in other diocesan case, consider strategy (.4). Email to client team re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 01/09/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to L. Linsky re case status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/09/2025 | BJ | **B160 - Fee/Employment Applications:** Finish draft December Monthly Fee Statement for Weintraub Tobin. | 0.80 | $ 105.00/hr | $ 84.00 |
| 01/09/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with other diocesan attorney re common case issues (shared) (.3). Email to client team re case issues and strategy (.3). Email from P. Carney re vos estis petition, emails from P. Gaspari, O, Katz re same, consider issues re same (.3). Emails from O. Katz. P. Gaspari re case issues, consider strategy (.2). Call with P. Gaspari re case issues and strategy (.3). Email to client team re imminent case issues, strategy re same (.5). | 1.90 | $ 600.00/hr | $ 1,140.00 |
| 01/10/2025 | ASK | **B160 - Fee/Employment Applications:** Initial draft for Blank Rome 2nd fee application (.5) Declaration of Weinstein (.4); declaration of Summerhays (.1); proposed Order (.2). | 1.20 | $ 105.00/hr | $ 126.00 |
| 01/10/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with P. Gaspari, B. Weinstein, O. Katz re case strategy (.2). Attend same (1.0). Emails from and to P. Carney re case issues (.1). Attend call with P. Carney, Fr. Summerhays, P. Gaspari, O. Katz re same, notes to file (.3). Emails to and from P. Carney, Fr. Summerhays, P. Gaspari, O, Katz re Committee email (.2). Email to O. Katz, P. Gaspari re response to Committee email re safety issues (.3). | 2.10 | $ 600.00/hr | $ 1,260.00 |
| 01/10/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review draft letter re violation of stay (.2). Emails from and to O. Katz, P. Gaspari re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 01/10/2025 | BJ | **B160 - Fee/Employment Applications:** Complete initial draft of the Blank Rome December Monthly Fee Statement (.3); review invoice for survivor names and privileged information (.3); and emails to/from P. Pascuzzi and D. Pascuzzi regarding same (.1). | 0.70 | $ 105.00/hr | $ 73.50 |
| 01/10/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from B. Michaels re Committee issues, consider strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/12/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review other diocesan case developments relevant to this case, consider strategy (shared ) (.5). Email to client team re same (shared) (.2). | 0.70 | $ 600.00/hr | $ 420.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/13/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to C. Johnson (CASC) re case status (.2). Emails to (.2). and call with S. Williamson re discovery update (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 01/13/2025 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell re Committee discovery status issues, consider strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/13/2025 | ASK | **B160 - Fee/Employment Applications:** Initial draft for Weintraub 4th fee application (.5) Declaration of Weinstein (.4); declaration of Summerhays (.1); proposed Order (.1). | 1.10 | $ 105.00/hr | $ 115.50 |
| 01/13/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call re case issues, status, strategy, mediation preparation (.9). Email to O. Katz re Committee call issues, preparation (.2). | 1.10 | $ 600.00/hr | $ 660.00 |
| 01/14/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to D. Zamora re JCP 5108 proceedings (.3). Review Case Management Conference issues re auto stay (.3). | 0.60 | $ 600.00/hr | $ 360.00 |
| 01/14/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with P. Califano (Seminary) re case status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with W. Weitz re mediation preparation issues (.2). Call with P. Gaspari re client call preparation (.1). Prepare for call with client team (.2). Attend same (1.2). | 1.70 | $ 600.00/hr | $ 1,020.00 |
| 01/14/2025 | BJ | **B160 - Fee/Employment Applications:** Complete draft December Monthly Fee Statement for B. Riley (.3); emails to/from P. Pascuzzi and D. Pascuzzi regarding same (.1). | 0.40 | $ 105.00/hr | $ 42.00 |
| 01/14/2025 | MEK | **B320 - Plan and Disclosure Statement:** Email P. Pascuzzi re: plan standstill agrement (.1) | 0.10 | $ 350.00/hr | $ 35.00 |
| 01/15/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.3). Attend same (.6). | 0.90 | $ 600.00/hr | $ 540.00 |
| 01/15/2025 | MEK | **B110 - Case Administration:** Email P. Pascuzzi re: standstill agreement (.1) | 0.10 | $ 0.00/hr | No Charge |
| 01/15/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for Committee counsel weekly call (.2). Attend same (.3). Call from and to R. Charles (parishes and RPSC) re case status (.1). | 0.60 | $ 600.00/hr | $ 360.00 |
| 01/15/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Blank Rome Invoice for survivor information redactions (.4); Email B. Jennings re: the same (.2); Review of Weintraub invoices for redaction (.4); Email P. Pascuzzi and B. Jennings re: redactions to the same (.2); Follow up email re: the same (.1). | 1.30 | $ 350.00/hr | $ 455.00 |
| 01/16/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review developments in Oakland Diocese chapter 11 for relevant similarities (shared) (.5). Email to client team re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/16/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with R. Charles (parishes and RPSC) re case status (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 01/17/2025 | PJP | **B210 - Business Operations:** Emails from and to P. Carney re operations issue (.1). Prepare for call re same with P. Carney, P. Gaspari, Fr. Summerhays (.2). Attend same (.6). Emails from and to P. Carney, O. Katz re same (.1). | 1.00 | $ 600.00/hr | $ 600.00 |
| 01/17/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to P. Califano (St. Patrick's Seminary), O. Katz re case issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/17/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with B. Weinstein re case strategy (shared) (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 01/18/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from B. Michaels re Committee issues, consider strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari, O. Katz, A. Cottrell re Committee email on case issues (.2). Review agenda for client meeting, email to Fr. Summerhays re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 01/19/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Review letter from Committee counsel re mediation and discovery issues, consider strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/19/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review and consider case issues re Committee letter, mediation and other positions in preparation for call with P. Gaspari, A. Cottrell, O. Katz (.8). | 0.80 | $ 600.00/hr | $ 480.00 |
| 01/20/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with P. Gaspari, B. Weinstein, O. Katz re Committee email and letter, strategy re same (.7). Draft email to P. Carney, Fr. Summerhays re same (.5). Emails from and to P. Gaspari, O. Katz re same (.2). | 1.40 | $ 600.00/hr | $ 840.00 |
| 01/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re Committee letters responses (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari re client meeting preparation (.2). Client meeting re case status and strategy (.8). Call with W. Weitz re case status and mediation preparation (.3). Review agenda for client meeting (.2). Call with other diocesan counsel re relief from stay developments in other case (shared) (.2). Emails from and to client team re Committee response letter, review revisions re same (.2). | 1.90 | $ 600.00/hr | $ 1,140.00 |
| 01/21/2025 | JER | **B160 - Fee/Employment Applications:** Multiple emails who BJ and PJP regarding monthly professional fee statements and LEDES files. (.2). Multiple emails regarding notice of fee statements and filing. (.1) | 0.30 | $ 525.00/hr | $ 157.50 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/21/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to L. Linsky (SHCP) re case status (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/22/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Attend client team meeting re mediation preparation (.8). Review agenda for further client team meeting and prepare for same (.2). Attend same (1.2). | 2.20 | $ 600.00/hr | $ 1,320.00 |
| 01/22/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with Committee counsel (.3). Call with O. Katz re same (.1). Attend same-- Committee no show (.1). Emails from and to B. Michael, O. Katz re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 01/22/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same (.4). | 0.60 | $ 600.00/hr | $ 360.00 |
| 01/22/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review prior emails and new emails re Castro relief from stay issues, consider strategy, email to P. Carney, P. Gaspari, B. Lewis, B. Weinstein (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/23/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call to C. Johnson (CASC) re case issues (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/23/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to M. Flanagan and client team re mediation preparations (.2). Emails from and to O. Katz re case status update (.1). Review research and facts memo re case issues, consider strategy for mediation (.9). | 1.20 | $ 600.00/hr | $ 720.00 |
| 01/23/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review relevant pleadings in other diocesan cases re similar automatic stay issues, consider strategy (shared) (.6). | 0.60 | $ 600.00/hr | $ 360.00 |
| 01/24/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to O. Katz re state court JCP 5108 recent case management order and stay issues (.2). Review order re same and consider strategy (shared) (.3). Call with B. Weinstein re same (.2). Review email and demand letter re litigation on post-petition claim, email to P. Carney and D. Zamora re same (.3). Emails from and to D. Zamora re case management order issues (.2). | 1.20 | $ 600.00/hr | $ 720.00 |
| 01/24/2025 | PJP | **B190 - Other Contested Matters:** Emails from and to M. Cottrell re mediator invoices payment (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/24/2025 | MEK | **B310 - Claims Administration and Objections:** Research re: claim and autostay issues (privileged) (1.3); Email P. Pascuzzi re: research on the same (detailed) (privileged) (.2) | 1.50 | $ 350.00/hr | $ 525.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review draft letter response to Committee counsel re mediation and discovery issues, consider strategy re same (.6). Call with and email to O. Katz re same (.2). Review Gaspari comments on letter, A. Cottrell response (.2). Call with P. Gaspari re case status, strategy, mediation planning (.5). | 1.50 | $ 600.00/hr | $ 900.00 |
| 01/24/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with Committee counsel, call with O. Katz re same (.2). Call with Committee counsel re same (.5). | 0.70 | $ 600.00/hr | $ 420.00 |
| 01/25/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to D. Zamora re email to related entities counsel on stay issues and JCP 5108 order (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/25/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to Fr. Summerhays re client meetings (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/27/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Review and revise draft letter response to Committee letter re case issues (.5). Review others comments and emails to and from Gaspari, Katz, Cottrell, Weinstein re same (.3). | 0.80 | $ 600.00/hr | $ 480.00 |
| 01/27/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with P. Carney and D. Zamora re case issues (.2). Attend same (.5). Emails from and to client team re mediation preparation (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 01/27/2025 | PJP | **B190 - Other Contested Matters:** Emails from and to A. Fernandez at mediator Gallagher office re invoices status (.1). Email to client team re no objections to mediator invoice (.1). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/27/2025 | PJP | **B210 - Business Operations:** Review research and memo from O. Katz re ordinary course of business transaction issue, consider issues (.5). Email to Fr. Summerhays, P. Carney re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 01/27/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Mediation preparation (.4). Email from P. Gaspari re mediation (.1). Call with W. Weitz, D. Greenblatt re mediation preparation (.5). Call with B. Weinstein re mediation preparation (.2). Review final letter, emails to and from client team re letters to mediator (.2). | 1.40 | $ 600.00/hr | $ 840.00 |
| 01/27/2025 | PJP | **B160 - Fee/Employment Applications:** Review Omni 156 invoice, email to client re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/27/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel for mediation from Sacramento to Oakland (no charge) (1.7) | 1.70 | $ 0.00/hr | No Charge |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/28/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation (.9). Attend same (8.2 less time spent on other matters or billed separately, total mediation time 7.6). Call with R. Harris, P. Califano re mediation and discovery issues (.5). Call with S. Williamson re mediation and discovery issues (.3). Emails to and from C. Johnson (CASC) re mediation and discovery issues (.1). Emails to and from L. Linsky re mediation and discovery issues (.1). Emails to and from W. Weitz re settlement data issues (.2). Post-mediation meeting with co-counsel to discuss mediation issues and strategy (1.1). | 10.80 | $ 600.00/hr | $ 6,480.00 |
| 01/28/2025 | PJP | **L320 - Document Production:** Email to S. Williamson re cemeteries outstanding items per discussion (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/29/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with O. Katz re mediation issues (.1). Prepare for mediation (.3). Attend same (6.5 less time billed on other projects and files during mediation for total mediation billing of 5.3). | 5.70 | $ 600.00/hr | $ 3,420.00 |
| 01/29/2025 | PJP | **L320 - Document Production:** Prepare for calls with L. Linsky (SHCP) and C. Johnson (CASC) re discovery issue (.2). Attend call with L. Linsky re same (.6). Attend call with C. Johnson re same (.3). Email from S. Williamson re cemeteries discovery (.1). Emails to and from L. Linsky re same (.2). Emails to and from R. Harris (high schools) and P. Califano (SPSU) re same (.2). Email from C. Johnson re same (.1). Call with P. Califano re SPSU discovery issues and case status (.7). | 2.40 | $ 600.00/hr | $ 1,440.00 |
| 01/29/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to B. Michael re stand still agreement re chapter 11 plan (.1). Email from G. Brown re Cushman & Wakefield employment application, review and revise same (.5) | 0.60 | $ 600.00/hr | $ 360.00 |
| 01/29/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Listed to audio file (privileged) related diocesan matter (.4) (shared); Email P. Pascuzzi re: the same (.1) (shared) | 0.50 | $ 350.00/hr | $ 175.00 |
| 01/29/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel from mediation in Oakland to Sacramento (no charge) (2.4). | 2.40 | $ 0.00/hr | No Charge |
| 01/29/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review summary of Albany stay relief hearing outcome, consider issues, email to client team (shared) (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/30/2025 | MEK | **B110 - Case Administration:** Email to B. Whitaker (Omni) re: updated limited service list (.2). | 0.20 | $ 350.00/hr | $ 70.00 |
| 01/30/2025 | MEK | **B190 - Other Contested Matters:** Draft stipulated standstill agreement (.5); Draft Motion approving the stipulated standstill agreement (1). | 0.60 | $ 350.00/hr | $ 210.00 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with R. Michelson (Catholic Charities) re case status (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 01/30/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.3). Attend same (.7). Consider issues on procedural approval of stand still stipulation with Committee (.2). | 1.20 | $ 600.00/hr | $ 720.00 |
| 01/30/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to M. Flanagan, D. Greenblatt re financial issues re mediation (.2). Email to and from P. Gaspari re mediation issues (.1). Review Oakland memo decision on plan treatment of insurance (relevant issue for this case), consider strategy, email to B. Weinstein re same (shared) (.3). | 0.60 | $ 600.00/hr | $ 360.00 |
| 01/31/2025 | PJP | **B310 - Claims Administration and Objections:** Consider issues on Castro matter--stay relief, insurance and potential settlement, email to B. Lewis re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/31/2025 | MEK | **B110 - Case Administration:** Email to B. Whitaker (Omni) re: follow up to limited service list (.1); Review of limited service list and approve the same for filing (.1). | 0.20 | $ 350.00/hr | $ 70.00 |
| 01/31/2025 | MEK | **B190 - Other Contested Matters:** Review of local rules re: standstill agreement (.2); Email P. Pascuzzi (detailed) re: the same (.2); Review and revise stipulated standstill agreement (.2); Email P. Pascuzzi re: the same (.1). | 0.70 | $ 350.00/hr | $ 245.00 |
| 01/31/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails to and from J. Kim re Steele motion for relief from stay (.2). Brief review of same (.2). Call to B. Lewis re Castro relief from stay issues, consider issues re same (.2). Review Rochester Diocese court ruling re automatic stay, consider issues (shared) (.4). | 1.00 | $ 600.00/hr | $ 600.00 |
| 01/31/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Carney re case issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/31/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Review letter from Committee counsel, consider issues (.2). Email to B. Michael re plan stand still agreement (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/31/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re mediation meeting re insurance (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/31/2025 | PJP | **B190 - Other Contested Matters:** Review and revise stip and order on plan standstill agreement with Committee (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|

| 01/27/2025 | FA | Travel for PJP from Sacramento to Oakland:<br>Hotel - $611.96<br>Parking - $132<br>Milage - $114.80<br>Tolls - $8 | $ 866.76 |
|---|---|---|---|
| 01/31/2025 | FA | Lexis Online Research - January 2025 | $ 17.16 |

|  |  |
|---|---|
| **Total Hours** | 86.60 hrs |
| **Total Biller** | $ 44,298.00 |
| **Total Expenses** | $ 883.92 |
| **Total Invoice Amount** | $ 45,181.92 |
| **Previous Balance** | **$ 53,100.18** |
| 01/22/2025  Payment - Trust Account | ($21,849.43) |
| **Balance (Amount Due)** | **$ 76,467.67** |

**Trust Account Summary**

**Billing Period: 01/03/2025 - 02/06/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | | |
|---|---|---|---|---|
| $21,849.43 | $21,849.43 | $0.00 | | |
| **Date** | **Transaction** | **Deposit** | **Disbursement** | **Balance** |
| 01/17/2025 | Received From-Archdiocese of San Francisco | $21,849.43 | | $21,849.43 |
| 01/22/2025 | Applied to invoice #13683 | | $21,849.43 | $0.00 |

**User Hours Summary**

**Billing Period: 01/03/2025 - 01/31/2025**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 69.00 | $ 600.00 | $ 41,400.00 |
| Paul J Pascuzzi | 4.10 | $ 600.00 | $ 0.00 |
| Jake E Rios | 0.40 | $ 525.00 | $ 210.00 |
| Allison Kieser | 2.30 | $ 105.00 | $ 241.50 |
| Brenda Jennings | 5.30 | $ 105.00 | $ 556.50 |
| Mikayla E Kutsuris | 5.40 | $ 350.00 | $ 1,890.00 |
| Mikayla E Kutsuris | 0.10 | $ 350.00 | $ 0.00 |