1　Paul J. Pascuzzi, State Bar No. 148810
　　Jason E. Rios, State Bar No. 190086
2　Thomas R. Phinney, State Bar No. 159435
　　Mikayla E. Kutsuris, State Bar No. 339777
3　FELDERSTEIN FITZGERALD
　　　WILLOUGHBY PASCUZZI & RIOS LLP
4　500 Capitol Mall, Suite 2250
　　Sacramento, CA  95814
5　Telephone:　　(916) 329-7400
　　Facsimile:　　(916) 329-7435
6　Email:　　　　ppascuzzi@ffwplaw.com
　　　　　　　　　jrios@ffwplaw.com
7　　　　　　　　tphinney@ffwplaw.com
　　　　　　　　　mkutsuris@ffwplaw.com
8

9　Ori Katz, State Bar No. 209561
　　Alan H. Martin, State Bar No. 132301
10　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　　　A Limited Liability Partnership
11　　Including Professional Corporations
　　Four Embarcadero Center, 17th Floor
12　San Francisco, California 94111-4109
　　Telephone:　　(415) 434-9100
13　Facsimile:　　(415) 434-3947
　　Email:　　　　okatz@sheppardmullin.com
14　　　　　　　　amartin@sheppardmullin.com

15　Attorneys for The Roman Catholic Archbishop of
16　San Francisco

17　　　　　UNITED STATES BANKRUPTCY COURT

18　　　　　NORTHERN DISTRICT OF CALIFORNIA

19　　　　　　SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN [JANUARY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of January 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of January 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2025, through January 31, 2025 | $52,047.50 | $92.00 | $52,139.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $41,638.00 | $92.00 | $41,730.00 |

Attached hereto as ***Exhibit A*** is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

///

///

1    Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the

2    period of January 2025, consisting of contemporaneously maintained time entries for each

3    professional in increments of tenth (1/10) of an hour.

4    The Net Total Allowed Payments detailed above shall be paid from funds held by the

5    Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub

6    within 14 days from the date of service of this Statement.

7    Dated: February 20, 2025

8                                        FELDERSTEIN FITZGERALD
                                         WILLOUGHBY PASCUZZI & RIOS LLP

9

10                                  By:_/s/ Paul J. Pascuzzi_____
                                       Paul J. Pascuzzi
11                                     Attorneys for Debtor and Debtor in Possession
                                       The Roman Catholic Archbishop of San Francisco
12

13   Dated: February 20, 2025          SHEPPARD, MULLIN, RICHTER & HAMPTON
                                       LLP
14

15                                  By:_/s/ Ori Katz_____
16                                     Ori Katz
                                       Alan H. Martin
17                                     Attorneys for The Roman Catholic Archbishop of
                                       San Francisco
18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period of January 2025**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $520 | 46.00 | $23,920.00 |
| Audrey A. Millemann | Shareholder | $450 | 6.20 | $2,790.00 |
| Daniel C. Zamora | Shareholder | $475 | 22.10 | $10,497.50 |
| Daniel C. Zamora | Shareholder | $500 | 5.70 | $2,850.00 |
| Roberto Cruz | Associate | $375 | 3.90 | $1,462.50 |
| Benjamin J. Lewis | Associate | $475 | 2.30 | $1,092.50 |
| Benjamin J. Lewis | Associate | $375 | 1.40 | $525.00 |
| Monica Silver | Associate | $375 | 23.10 | $8,662.50 |
| Brian Gonzaga | Paralegal | $225 | 1.10 | $247.50 |
| **TOTAL** | | | **111.80** | **$52,047.50** |

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of January 2025**

**Bankruptcy Categories**

| Description | | |
|---|---:|---:|
| Case Administration | 34.70 | $18,044.00 |
| Other Contested Matter | 10.20 | $5,304.00 |
| Claims Administration and Objections | 0.70 | $364.00 |
| Fact Investigation/Development | 2.90 | $1,357.50 |
| Analysis/Strategy | 13.00 | $5,095.00 |
| Document/File Management | 1.00 | $350.00 |
| Settlement/ADR | 12.20 | $4,645.00 |
| Pleadings | 0.70 | $262.50 |
| Court Mandated Conferences | 16.00 | $7,600.00 |
| Document Production | 4.70 | $1,762.50 |
| Other Discovery | 6.20 | $2,790.00 |
| Enforcement | 0.50 | $187.50 |
| **TOTAL** | **102.80** | **$47,762.00** |

**Litigation**

| Litigation 983; 982; 945; and 944 | | |
|---|---:|---:|
| | 9.00 | $4,285.50 |
| **TOTAL** | 9.00 | $4,285.50 |
| **GRAND TOTAL** | **111.80** | **$52,047.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Travel | $92.00 |
| **TOTAL** | **$92.00** |

**Exhibit D**

**Weintraub Invoices**



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:        150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98499011 | $1,196.50 | $0.00 | $1,196.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $9,238.38 |
| Current Charges | $1,196.50 |
| Less Payments | $8,321.88 |
| **Balance Due:** | **$2,113.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

RE:  Victoria Castro

February 05, 2025
Client:        150363
Matter:        000944
Invoice #:     98499011

Page:               1

For Professional Services Rendered Through January 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/7/2025 | BJLE | Exchange of emails with Barry Weinstein regarding SIR and relief from stay. [L190 - A107](0.20) | 0.20 | $95.00 |
| 1/7/2025 | BJLE | Telephone call with Barry Weinstein regarding settlement and relief from stay. [L190 - A107](0.40) | 0.40 | $190.00 |
| 1/16/2025 | BJLE | Preparation of arguments for settlement negotiation. [L160 - A101](0.40) | 0.40 | $190.00 |
| 1/17/2025 | BJLE | Receipt of notice of relief from stay from Plaintiff. [L210 - A107](0.20) | 0.20 | $95.00 |
| 1/21/2025 | BJLE | Telephone call with Plaintiff's counsel regarding settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 1/22/2025 | PEG | Exchange of memoranda to Pascuzzi and Weinstein regarding SIR. [L120 - A106](0.20) | 0.20 | $104.00 |
| 1/23/2025 | BJLE | Receipt of notice of case management order. [L210 - A104](0.20) | 0.20 | $95.00 |
| 1/27/2025 | BJLE | Review of stay order and analyze ability to settle case in light of order. [L210 - A104](0.50) | 0.50 | $237.50 |
| 1/28/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding letter from Plaintiff. [L190 - A107](0.20) | 0.20 | $95.00 |
| | | **Total Services** | **2.50** | **$1,196.50** |

The Archdiocese of San Francisco

RE: Victoria Castro

February 05, 2025
Client:        150363
Matter:       000944
Invoice #:   98499011

Page:                    2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.20 | $520.00 | $104.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.30 | $475.00 | $1,092.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $24,066.00 | Previous Balance | $9,238.38 |
| | | Current Charges | $1,196.50 |
| Total Disbursements to Date: | $8,478.51 | Less Payments | $8,321.88 |
| Total to Date: | $32,544.51 | **Balance Due** | **$2,113.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $104.00 |
| L160 | Settlement/Non-Binding ADR - Plan & Prepare For | 0.40 | $190.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.20 | $95.00 |
| L190 | Other - Communicate/Other Counsel | 0.80 | $380.00 |
| L210 | Pleadings - Review/Analyze | 0.70 | $332.50 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $95.00 |
| | **Total Hours** | 2.50 | |
| | **Total Fees:** | | **$1,196.50** |



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:        150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98499012 | $104.00 | $0.00 | $104.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $104.00 |
| **Balance Due:** | **$104.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

| | |
|---|---|
| February 05, 2025 | |
| Client: | 150363 |
| Matter: | 000945 |
| Invoice #: | 98499012 |
| Page: | 1 |

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through January 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 1/8/2025 | PEG | Review of email from Jeannie Kim regarding relief from stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| | | Total Services | 0.20 | $104.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.20 | $520.00 | $104.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $4,124.00 | Current Charges | $104.00 |
| Total Disbursements to Date: | $82.50 | **Balance Due** | **$104.00** |
| Total to Date: | $4,206.50 | | |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

February 05, 2025
Client:           150363
Matter:          000945
Invoice #:     98499012

Page:                  2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Other Contested Matters (excluding assumption/re | 0.20 | $104.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | **$104.00** | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ▓▓▓▓

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:          150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000982 | ▓▓▓▓▓▓ | 98499013 | $2,035.00 | $0.00 | $2,035.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $2,035.00 |
| **Balance Due:** | **$2,035.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: ██████████

February 05, 2025
Client: 150363
Matter: 000982
Invoice #: 98499013
Page: 1

For Professional Services Rendered Through January 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/7/2025 | DCZ | Review and analysis of plaintiff's demand letter. [L110 - A104](0.30) | 0.30 | $150.00 |
| 1/7/2025 | DCZ | Phone call with Paula Carney regarding responding to demand letter. [L110 - A106](0.30) | 0.30 | $150.00 |
| 1/7/2025 | DCZ | Phone call with plaintiff's counsel confirming representation of the ██████████ [L110 - A107](0.20) | 0.20 | $100.00 |
| 1/30/2025 | DCZ | Drafted correspondence to claimant's counsel regarding meeting to discuss claim. [L110 - A107](0.20) | 0.20 | $100.00 |
| 1/30/2025 | BGON | Review files sent by the client and process files for attorney review. [L140 - A104](0.60) | 0.60 | $135.00 |
| 1/31/2025 | DCZ | Review and analysis of claimant's personnel file and drafting timeline of events. [L110 - A104](2.80) | 2.80 | $1,400.00 |
| | | Total Services | 4.40 | $2,035.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------------------|-------------|-------|---------|-----------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 3.80 | $500.00 | $1,900.00 |
| BGON | Brian Gonzaga | PARALEGAL | 0.60 | $225.00 | $135.00 |

The Archdiocese of San Francisco

RE: 

February 05, 2025
Client:        150363
Matter:        000982
Invoice #:    98499013

Page:                2

| Total Fees to Date: | $2,035.00 |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $2,035.00 |

| Current Charges | $2,035.00 |
|---|---|
| **Balance Due** | **$2,035.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Review/Analyze | 3.10 | $1,550.00 |
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.30 | $150.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.40 | $200.00 |
| L140 | Document/File Management - Review/Analyze | 0.60 | $135.00 |

| | Total Hours | 4.40 |
|---|---|---|
| | **Total Fees:** | **$2,035.00** |



**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:          150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ▮ AKA ▮ V. ▮ | 98499014 | $950.00 | $0.00 | $950.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $950.00 |
| **Balance Due:** | **$950.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com

Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:      150363
Matter:      000983
Invoice #:   98499014
Page:             1

RE: ███████ AKA ███████ V. ███████

For Professional Services Rendered Through January 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/24/2025 | DCZ | Review and analysis of post-petition demand letter. [L110 - A104](1.10) | 1.10 | $550.00 |
| 1/24/2025 | DCZ | Phone call with Paul Carney regarding demand letter. [L110 - A106](0.30) | 0.30 | $150.00 |
| 1/27/2025 | DCZ | Conference call with Paul Pascuzzi and client regarding ███████ claim bankruptcy implications. [L110 - A107](0.50) | 0.50 | $250.00 |
| | | Total Services | 1.90 | $950.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|-----|----------------|-------------|-------|--------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.90 | $500.00 | $950.00 |

| | |
|---|---|
| Total Fees to Date: | $950.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $950.00 |

The Archdiocese of San Francisco

RE: ███████ AKA ████████████ V. ████████████

February 05, 2025
Client:      150363
Matter:      000983
Invoice #:   98499014

Page:              2

| | | |
|---|---|---|
| Current Charges | | $950.00 |
| **Balance Due** | | **$950.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Review/Analyze | 1.10 | $550.00 |
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.30 | $150.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.50 | $250.00 |
| | **Total Hours** | *1.90* | |
| | **Total Fees:** | *$950.00* | |



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:    150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98499025 | $47,762.00 | $92.00 | $47,854.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $52,615.80 |
| Current Charges | $47,854.00 |
| Less Payments | $14,287.60 |
| **Balance Due:** | **$86,182.20** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:       150363
Matter:       900036
Invoice #:   98499025
Page:              1

RE: Bankruptcy

For Professional Services Rendered Through January 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/2/2025 | PEG | Call from Jeff Anderson and preparation of memorandum to Paula Carney and Father Summer hays regarding ▮▮▮▮▮▮▮▮▮. [B100 - B110](0.40) | 0.40 | $208.00 |
| 1/2/2025 | PEG | Call with Anderson regarding press conference. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/2/2025 | PEG | Preparation of follow up memorandum to Paula Carney and Fr. Summer hays and call with Judge Buckley regarding same. [B100 - B110](0.40) | 0.40 | $208.00 |
| 1/2/2025 | PEG | Call with Weinstein regarding impact of Anderson press release. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/2/2025 | PEG | Call from Paula Carney regarding Anderson press conference. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/3/2025 | PEG | Review of Pascuzzi task list for outline of discussion with Pascuzzi, Fr. Summer hays and Paula Carney. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/3/2025 | PEG | Review and comment on draft outline regarding ▮▮▮▮▮▮▮▮▮. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/3/2025 | PEG | Follow up exchange with Carney. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/4/2025 | PEG | Exchange with Amanda Cottrell regarding motion to publish. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:    150363
Matter:    900036
Invoice #:  98499025

Page:    2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/5/2025 | PEG | Review of memorandum from Pascuzzi regarding next mediation sessions. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/5/2025 | PEG | Review of email from Pascuzzi regarding ███████. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/5/2025 | PEG | Preparation of memorandum to Paula Carney regarding KQED radio inquiry. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/6/2025 | PEG | Call with Carney, Summer hays, Pascuzzi, Katz and Weinstein regarding Anderson press conference. [B100 - B110](1.50) | 1.50 | $780.00 |
| 1/6/2025 | PEG | Review of Anderson's demand to ███████ [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/6/2025 | MAS | Further analysis and determination of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](2.50) | 2.50 | $937.50 |
| 1/7/2025 | PEG | Preparation of emails to Judge Buckley. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/7/2025 | PEG | Call with Judge Buckley regarding Anderson. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/7/2025 | MAS | Continued analysis and determination of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](5.10) | 5.10 | $1,912.50 |
| 1/8/2025 | PEG | Call with Pascuzzi regarding ███████ [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/9/2025 | PEG | Call with Paula Carney regarding ██████ complaints. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/9/2025 | PEG | Review of memorandum from Paula regarding ███████. Preparation of memorandum to Pascuzzi and Katz regarding same. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/9/2025 | PEG | Exchange of multiple emails with Amanda Cottrell regarding █████ communications and Committee demands. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/9/2025 | PEG | Exchange of multiple emails with Ori Katz regarding calls with Committee counsel on ███████ [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/9/2025 | PEG | Call with Pascuzzi regarding Committee issues. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/9/2025 | MAS | Continued analysis of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](2.60) | 2.60 | $975.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:         150363
Matter:        900036
Invoice #:    98499025

Page:              3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/10/2025 | PEG | Call with Paul Pascuzzi, Ori Katz, and Barry Weinstein regarding ▮▮▮▮▮. [B100 - B110](1.00) | 1.00 | $520.00 |
| 1/10/2025 | PEG | Preparation of edits to draft response to Anderson. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/10/2025 | PEG | Call with Pascuzzi, Katz, Paula Carney and Fr. Summer hays regarding response to Anderson. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/12/2025 | PEG | Review of Committee objections to RCBO's Amended Disclosure Statement. [B100 - B110](0.50) | 0.50 | $260.00 |
| 1/13/2025 | PEG | Review of multiple emails from Pascuzzi and Cottrell regarding Committee discovery issues. [B100 - B110](0.40) | 0.40 | $208.00 |
| 1/14/2025 | DCZ | Conference call with Peter Califano regarding proposed trial setting of cases against ▮▮▮▮ [L110 - A107](0.50) | 0.50 | $237.50 |
| 1/14/2025 | PEG | Emails with Paul Pascuzzi, Ori Katz and DCZ re threatened relief from stay motion re ▮▮▮▮ ▮▮▮▮ [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/14/2025 | PEG | Call with Fr. Summer hays, Michael Flanagan, Paula Carney, Paul Pascuzzi and Barry Weinstein regarding Committee motions and issues and mediation preparation. [B100 - B110](1.30) | 1.30 | $676.00 |
| 1/14/2025 | PEG | Exchange of emails with Paul Pascuzzi, Ori Katz and Daniel Zamora regarding threatened relief from stay motion regarding ▮▮▮▮▮▮. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/15/2025 | DCZ | Phone call with Paula Carney regarding setting of ▮▮▮▮ cases for trial. [L120 - A106](0.20) | 0.20 | $95.00 |
| 1/15/2025 | DCZ | Phone call with Barry Weinstein regarding coverage for the ▮▮▮▮ [L110 - A107](0.20) | 0.20 | $95.00 |
| 1/15/2025 | DCZ | Drafted correspondence to counsel for the Diocese of Oakland regarding ▮▮▮▮ case being proposed for trial. [L110 - A107](0.20) | 0.20 | $95.00 |
| 1/15/2025 | DCZ | Review and analysis of claims involving ▮▮▮▮ relative to Committee demand to publish information. [L140 - A104](0.50) | 0.50 | $237.50 |
| 1/15/2025 | PEG | Review of memorandum from Fr. Summer hays regarding ▮▮▮▮▮▮ approval of real property sale. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/15/2025 | PEG | Exchange with Michael Flanagan regarding mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:         150363
Matter:        900036
Invoice #:    98499025

Page:              4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/15/2025 | PEG | Review and edit draft reply to Committee. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/15/2025 | PEG | Exchange with Paula Carney regarding request for records at ███████████. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/15/2025 | PEG | Review of Flanagan's financial analysis. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/15/2025 | BJLE | Preparation of response to Paula Carney regarding ███████ and proof of claim. [L110 - A106](0.20) | 0.20 | $75.00 |
| 1/16/2025 | PEG | Call with Amanda Cottrell regarding responses to Committee. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/16/2025 | PEG | Review of Marlow edits to reply to Committee; email to team with comments regarding same. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/16/2025 | BJLE | Telephone call with Chuck Louderback regarding status of JCCP proceeding, and bankruptcy. [L470 - A107](0.50) | 0.50 | $187.50 |
| 1/16/2025 | MAS | Correspondence with Paula Carney regarding ██████ ███████ pursuant to Rule 2004 discovery request. [L320 - A106](0.20) | 0.20 | $75.00 |
| 1/17/2025 | DCZ | Conference call with other co-defendant's counsel about trail setting of cases involving Debtor affiliates. [L120 - A108](0.90) | 0.90 | $427.50 |
| 1/17/2025 | DCZ | Phone call with Peter Califano regarding proposed trial setting against ████████. [L120 - A108](0.40) | 0.40 | $190.00 |
| 1/17/2025 | PEG | Call with Fr. Summer hays, Paula Carney and Paul Pascuzzi regarding ██████ [B100 - B110](0.50) | 0.50 | $260.00 |
| 1/17/2025 | PEG | Review and edit proposed agenda for meeting with ██████ [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/17/2025 | BJLE | Preparation of stipulation to add on ██████ case to JCCP 5108 for control purposes. [L210 - A103](0.50) | 0.50 | $187.50 |
| 1/17/2025 | BJLE | Telephone call with Plaintiff's counsel regarding terms of stipulation to add on. [L210 - A107](0.20) | 0.20 | $75.00 |
| 1/18/2025 | PEG | Review of memorandum from Katz regarding Committee demands. Review of Committee email demand. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/18/2025 | PEG | Drafting of response to Committee demand. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/19/2025 | PEG | Review of correspondence from Stang regarding affiliates. [B100 - B110](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98499025

Page: 5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/20/2025 | PEG | Review of email from Gillian Brown regarding ▮▮▮ documents. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/20/2025 | PEG | Call with Paul Pascuzzi, Ori Katz and Barry Weinstein regarding demands from Committee. [B100 - B190](0.80) | 0.80 | $416.00 |
| 1/20/2025 | PEG | Review of and preparation of edits to draft memorandum to Paula Carney regarding response to Committee. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/20/2025 | PEG | Review of reply from Paula Carney regarding Committee demands. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/21/2025 | PEG | Review of chart of AG investigation to isolate incidents post-2000. [B100 - B110](0.40) | 0.40 | $208.00 |
| 1/21/2025 | PEG | Review of non-monetary provisions in New Orleans and Rockville Chapter 11 proceedings in preparation for meeting at Chancery. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/21/2025 | PEG | Call with Fr. Summer hays, Paula Carney, Paul Pascuzzi, Ori Katz and Barry Weinstein regarding response to Committee demands. [B100 - B190](0.60) | 0.60 | $312.00 |
| 1/21/2025 | PEG | Review, edit and comment on redline revisions to reply to Committee. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/21/2025 | PEG | Review and analysis of draft arguments of separateness of support corporations. [B100 - B110](0.80) | 0.80 | $416.00 |
| 1/21/2025 | MAS | Compilation of claims of abuse made against accused individuals from 2000 on for argument at mediations. [L120 - A104](0.60) | 0.60 | $225.00 |
| 1/22/2025 | DCZ | Phone call with other counsel regarding bankruptcy stay issues in JCCP 5108 proceeding. [L120 - A107](0.30) | 0.30 | $142.50 |
| 1/22/2025 | DCZ | Phone call with bankruptcy counsel for ▮▮▮ ▮▮▮ regarding JCCP 5108 case management conference. [L120 - A107](0.40) | 0.40 | $190.00 |
| 1/22/2025 | PEG | Meeting with Paula Carney, Michael, Flanagan, Paul Pascuzzi and B. Riley to analyze assets. [B100 - B110](1.00) | 1.00 | $520.00 |
| 1/22/2025 | PEG | Meeting with Archbishop Cordeleone, Paula Carney, Paul Pascuzzi and Fr. Summer hays to discuss ongoing mediation and committee issues. [B100 - B110](1.50) | 1.50 | $780.00 |
| 1/23/2025 | PEG | Email exchange with Amanda Cottrell regarding Committee request for ▮▮▮ documents. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/24/2025 | DCZ | Drafting correspondence to bankruptcy counsel regarding JCCP 5108 case management order. [L110 - A107](0.70) | 0.70 | $332.50 |

The Archdiocese of San Francisco
RE: Bankruptcy

February 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98499025

Page: 6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/24/2025 | PEG | Review of Case Management Conference Order in JCCP 5108 as to implications for relief from stay issues for debtor affiliates. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/24/2025 | PEG | Review of and preparation of edits to draft reply to Committee regarding affiliates' financials. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/24/2025 | PEG | Review of Baker Tilly memorandum regarding subpoena for affiliates information. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/24/2025 | PEG | Call with Paul Pascuzzi regarding ▮▮▮▮▮▮ in JCCP 5108 Case Management Conference Order. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/24/2025 | PEG | Call with Pascuzzi regarding ▮▮▮▮▮▮. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/26/2025 | PEG | Review of email from Weinstein regarding coverage chart. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/27/2025 | DCZ | Drafting correspondence regarding status of JCCP 5108 CMC order. [L110 - A103](0.40) | 0.40 | $190.00 |
| 1/27/2025 | DCZ | Review and analysis of claim information in preparation for global mediation of all bankruptcy claims. [L160 - A104](0.70) | 0.70 | $332.50 |
| 1/27/2025 | PEG | Review of Pascuzzi edits to response to Stang; add comments to same. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/27/2025 | PEG | Call with Weinstein regarding ▮▮▮▮▮▮ [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/27/2025 | PEG | Call with Judge Buckley regarding mediation session and report to RCASF. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/27/2025 | PEG | Prepare for mediation session, reviews of Proof of claim chart, claim chart and post-2000 chart of allegations. [B100 - B110](1.20) | 1.20 | $624.00 |
| 1/27/2025 | PEG | Review of Katz memorandum and cited cases on ▮▮▮ agreement. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/27/2025 | PEG | Call with bankruptcy counsel regarding response to Case Management Conference Order regarding ▮▮▮▮ [B100 - B190](0.50) | 0.50 | $260.00 |
| 1/27/2025 | PEG | Preparation of memorandum to Judge Buckley regarding Stang letters. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/27/2025 | MAS | Correspondence with Paula Carney regarding remaining ▮▮▮▮▮▮ for review pursuant to Rule 2004 discovery request. [L320 - A106](0.30) | 0.30 | $112.50 |
| 1/27/2025 | MAS | Prepare materials of all claims, including proofs of claims and notices of claim received for carriers for purposes of upcoming global mediation of claims. [L160 - A104](2.70) | 2.70 | $1,012.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:        150363
Matter:        900036
Invoice #:     98499025

Page:          7

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/27/2025 | BGON | Update information on AB 218 claims. [L140 - A104](0.50) | 0.50 | $112.50 |
| 1/28/2025 | DCZ | Attended global mediation of all ▮▮▮▮▮▮ bankruptcy claims at signature Resolution in Oakland. [L230 - A109](9.90) | 9.00 | $4,275.00 |
| 1/28/2025 | PEG | Mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](9.00) | 9.00 | $4,680.00 |
| 1/29/2025 | DCZ | Attended continued global mediation of all ▮▮▮▮▮▮ bankruptcy claims. [L230 - A109](7.90) | 7.00 | $3,325.00 |
| 1/29/2025 | PEG | Day 2 of mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](7.00) | 7.00 | $3,640.00 |
| 1/29/2025 | MAS | Analysis of all proofs of claim for information regarding which plaintiff's counsel has certain claim for purposes of global mediation of claims. [L160 - A104](1.30) | 1.30 | $487.50 |
| 1/29/2025 | MAS | Prepare further analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.40) | 0.40 | $150.00 |
| 1/30/2025 | AAM | Review personnel file of ▮▮▮▮▮▮ for purposes of production pursuant to rule 2004 discovery request and for privilege and privacy. [L390 - A104](3.00) | 3.00 | $1,350.00 |
| 1/30/2025 | DCZ | Review and analysis of correspondence regarding bankruptcy stay on JCCP 5108 cases. [L110 - A104](0.20) | 0.20 | $95.00 |
| 1/30/2025 | DCZ | Phone call with ▮▮▮▮▮▮ regarding cases subject to bankruptcy stay. [L110 - A107](0.50) | 0.50 | $237.50 |
| 1/30/2025 | PEG | Preparation of memorandum to Weinstein regarding chart of ▮▮▮▮▮▮ in proofs of claim. [B300 - B310](0.30) | 0.30 | $156.00 |
| 1/30/2025 | PEG | Drafting of memorandum to carriers regarding ▮▮▮▮▮▮ in proofs of claim and forward same to Weinstein. [B300 - B310](0.40) | 0.40 | $208.00 |
| 1/30/2025 | PEG | Email exchange with Pascuzzi regarding relief from stay issues. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/30/2025 | PEG | Review of emails from and preparation of emails to Paul Pascuzzi regarding financial presentation at 2/23 mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/30/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](3.20) | 3.20 | $1,200.00 |
| 1/31/2025 | AAM | Review ▮▮▮▮▮▮ for purposes of production pursuant to rule 2004 discovery request and for privilege and privacy. [L390 - A104](3.20) | 3.20 | $1,440.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:        150363
Matter:        900036
Invoice #:     98499025

Page:              8

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/31/2025 | PEG | Review of memoranda from Ori Katz and Tim Gallagher regarding production of financial information and mediation privilege. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/31/2025 | PEG | Review of email from Committee counsel to RPSC counsel requesting further financial information. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/31/2025 | PEG | Review of response from Brittany Michael to Katz letter; drafting of memorandum to mediators regarding same. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/31/2025 | PEG | Review of memorandum from Fr. Summer hays regarding ███████████ and ████ documents in response to Committee requests. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/31/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](3.90) | 3.90 | $1,462.50 |
| 1/31/2025 | MAS | Conduct second pass review of documents for ██████ ████ for purposes of Rule 2004 discovery request. [L320 - A104](0.30) | 0.30 | $112.50 |
| 1/31/2025 | RGC | Review of ███████ personnel  file for purposes of production pursuant to Rule 2004 request. [L320 - A104](3.90) | 3.90 | $1,462.50 |
|  |  | Total Services | 102.80 | $47,762.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|--------------------|-------------|-------|---------|-------------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 45.60 | $520.00 | $23,712.00 |
| AAM | Audrey A. Millemann | SHAREHOLDER | 6.20 | $450.00 | $2,790.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 22.10 | $475.00 | $10,497.50 |
| RGC | Roberto Cruz | ASSOCIATE | 3.90 | $375.00 | $1,462.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.40 | $375.00 | $525.00 |
| MAS | Monica Silver | ASSOCIATE | 23.10 | $375.00 | $8,662.50 |
| BGON | Brian Gonzaga | PARALEGAL | 0.50 | $225.00 | $112.50 |

### EXPENSES

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 1/31/2025 | Paul E. Gaspari- Parking Charges- 1/28 - 1/29/2025 Oakland Con. Center - Parking at mediation [E100 - E109] | $92.00 |

The Archdiocese of San Francisco
RE: Bankruptcy

February 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98499025

Page: 9

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| | Total Expenses | $92.00 |

| | | |
|---|---|---|
| Total Fees to Date: | $631,952.75 | |
| Total Disbursements to Date: | $2,037.78 | |
| Total to Date: | $633,990.53 | |

| | |
|---|---|
| Previous Balance | $52,615.80 |
| Current Charges | $47,854.00 |
| Less Payments | $14,287.60 |
| **Balance Due** | **$86,182.20** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 34.70 | $18,044.00 |
| B100 | Other Contested Matters (excluding assumption/re | 10.20 | $5,304.00 |
| B300 | Claims Administration and Objections | 0.70 | $364.00 |
| E100 | Local Travel | 0.00 | $92.00 |
| L110 | Fact Investigation/Development - Draft/Revise | 0.40 | $190.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.20 | $95.00 |
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $75.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 2.10 | $997.50 |
| L120 | Analysis/Strategy - Review/Analyze | 10.80 | $4,050.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:          150363
Matter:          900036
Invoice #:    98499025

Page:              10

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $95.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.70 | $332.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 1.30 | $617.50 |
| L140 | Document/File Management - Review/Analyze | 1.00 | $350.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 12.20 | $4,645.00 |
| L210 | Pleadings - Draft/Revise | 0.50 | $187.50 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $75.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 16.00 | $7,600.00 |
| L320 | Document Production - Review/Analyze | 4.20 | $1,575.00 |
| L320 | Document Production - Communicate w/Client | 0.50 | $187.50 |
| L390 | Other Discovery - Review/Analyze | 6.20 | $2,790.00 |
| L470 | Enforcement - Communicate/Other Counsel | 0.50 | $187.50 |

**Total Hours**    *102.80*

**Total Fees:**  **$47,762.00**