UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: THE ROMAN CATHOLIC ARCHBISHOP ) Bankruptcy No.: 23-30564
OF SAN FRANCISCO, ) R.S. No.:
) Hearing Date:
Debtor(s) ) Time:

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 8/21/23    Chapter:: 11
Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints::

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____    Source of value: _____
Contract Balance: $_____    Pre-Petition Default: $_____
Monthly Payment: $_____    No. of months: _____
Insurance Advance: $_____    Post-Petition Default: $_____
    No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____    Source of value: _____    If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____    Pre-Petition Default: $_____
As of (date): _____    No. of months: _____
Mo. payment: $_____    Post-Petition Default: $_____
Notice of Default (date): _____    No. of months: _____
Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| (Total) | $ | $ | $ |

Other pertinent information: The Official Committee of Unsecured Creditors seeks entry of an order granting relief from stay to permit two trial-ready cases to proceed to trial in San Francisco Superior Court.

Dated: 2/21/25

*/s/ Gail S. Greenwood*
Signature

Gail S. Greenwood
Print or Type Name

Attorney for The Official Committee of the Unsecured Creditors

4933-6721-7178.1 05068.002