James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail S. Greenwood (CA Bar No. 169939)
Brittany Mitchell M. Michael *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
  acaine@pszjlaw.com
  ggreenwood@pszjlaw.com
  bmichael@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice*)
Jesse J. Bair (*Pro Hac Vice*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
  jbair@burnsbair.com

Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD SIMONS IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER GRANTING CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION** |

I, Richard J. Simons, declare under penalty of perjury as follows:

1. I am a sole proprietor dba Furtado, Jaspovice & Simons, counsel to John Doe SF 1013 ("Survivor Plaintiff") and numerous other childhood sexual abuse survivors who have filed lawsuits against The Roman Catholic Archbishop of San Francisco (the "Archdiocese"). I am duly admitted to practice law in California and the United States District Court, California

Northern District. I submit this Declaration in support of *The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation* (the "<u>Motion for Stay Relief</u>"),[1] filed herewith. I have personal knowledge of the facts set forth herein unless otherwise stated.

2. I am an attorney of record for the Survivor Plaintiff in the Trial Case that is pending and stayed in San Francisco County Superior Court, *John Doe SF 1013 v. Doe 1 et al.,* case number CGC-20-583648. I am also Plaintiffs' Co-Liaison Counsel in the Judicial Council Coordination Proceeding pending in Alameda County Superior Court, *In re Northern California Clergy Cases,* JCCP No. 5108.

3. My client initiated his Trial Case on March 11, 2020. As alleged in his complaint, he was repeatedly sexually abused by Father Joseph Pritchard in 1974 and 1975, when he was 11-12 years old. My client and I were prepared to bring the Trial Case before a San Francisco jury in August 2023, after extensive discovery was completed, pretrial motions were filed, and motions in limine were submitted. The case was remanded from the JCCP to the San Francisco Superior Court on July 19, 2023, and a Case Management Conference was held before the assigned trial Judge, Hon. G. Wong, on August 11, 2023. A hearing date for the Motion to Consolidate the two cases for trial was set for August 23rd, together with a hearing on all Motions in Limine. The Trial Case was automatically stayed and my client was denied an opportunity to prove his claims just two days before the trial was scheduled to begin. On behalf of my client, **<u>I am ready to request a renewed trial date from the San Francisco Superior Court as soon as possible.</u>**

**The Coordinated Proceeding**

4. The Trial Case has been subject to coordination in the Coordinated Proceeding. All lawsuits, in excess of 1600, alleging sexual abuse against various Catholic institutions in Northern California are before a single judge and the individual actions have been subject to a discovery stay, except as to the few cases set for trials. The initial coordinating judge established a protocol for preliminary discovery, including the exchange of detailed "fact sheets" and document

---

[1] Capitalized terms have the meanings set forth in the Motion for Stay Relief unless otherwise defined.

productions by the plaintiffs and defendants. Thereafter, cases from the Coordinated Proceeding were selected for bellwether trials, with the discovery stay lifted for purposes of depositions, written discovery, and expert discovery. No dispositive motions were filed. As Co-Liaison Counsel to the Plaintiffs in the Coordinated Proceedings, I actively participated in negotiations with counsel for the Archdiocese to streamline discovery and the selection of bellwether trials.

5. Relevant pleadings from the Coordinated Proceedings are attached to the Declaration of Vince Finaldi, counsel for the other Trial Case and lead counsel for the Trial Cases before the San Francisco Superior Court.

6. Attached hereto as **Exhibit Q** is a copy of the of the *Order Transferring John Doe SF-1013 v. RCASF, San Francisco, CGC20-583648 to San Francisco for Trial* entered on December 12, 2022 in the Coordinated Proceeding. This order specified that transfer of the Trial Case was effective June 15, 2023, at which point the cases were required to be "trial ready."

**The San Francisco Trial Preparation**

7. Attached hereto as **Exhibit R** is a copy of the San Francisco Superior Court's register of actions for the Trial Case, case number CGC20-583648.

8. The Trial Cases were automatically stayed and my client was prevented from litigating his case when the Archdiocese filed for bankruptcy on August 21, 2023. On behalf of my client, I request that the Bankruptcy Court lift the automatic stay to allow us to bring the Trial Cases to judgment before a jury, with the understanding that a judgment will not be enforceable against the Debtor absent further order of the Court.

Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 21, 2025 in Castro Valley, California.

Richard J. Simons

# EXHIBIT Q



FILED
ALAMEDA COUNTY
DEC 1 2 2022
CLERK OF THE SUPERIOR COURT
By_____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| IN RE NORTHERN CALIFORNIA CLERGY CASES<br><br>THIS FILING RELATES TO:<br><br>John Doe SF 1013 v RCASF, San Francisco<br><br>Case No. CGC 20-583648 | No. JCCP 5108<br><br>ORDER TRANSFERRING JOHN DOE SF-1013 V. RCASF, SAN FRANCISCO, CGC 20-583648, TO SAN FRANCISCO FOR TRIAL.<br><br>DATE N/A<br>TIME N/A<br>DEPT 21 |

ASSIGNMENT OF JOHN DOE SF-1013 V. RCASF, SAN FRANCISCO, CGC 20-583648, TO SAN FRANCISCO FOR TRIAL.

    The Coordination Trial Judge can transfer cases to appropriate counties for trial. (CRC 3.541(b)(1) and 3.543.) The court considers "the convenience of parties, witnesses, and counsel, the relative development of the actions and the work product of counsel, the efficient utilization of judicial facilities and manpower, the calendar of the courts, and any other relevant matter." (CRC 3.341(b)(2); *Pesses v. Superior Court* (1980) 107 Cal.App.3d 11.7, 123.) Of the factors, the court finds that the most significant factor is the location whether the plaintiff was allegedly

subjected to childhood sexual assault. That is the location of the injury, the location of the defendant entity, and the likely location of the trial witnesses.

The Court finds that Plaintiff John Doe SF-1013 was allegedly subjected to childhood sexual assault in San Francisco County.

The court ORDERS:

1. The case of *John Doe SF 1013 v RCASF*, San Francisco Superior Court Case No. CGC 20-583648, shall be transferred to the Superior Court of the State of California, San Francisco County for trial. The Coordination Trial Judge has issued no order on whether the case should be tried separately or consolidated for trial. (CCP 1048.)

2. The transfer is effective 6/15/23. After that date, the transferee court may exercise jurisdiction over the action in accordance with the orders and directions of the coordination trial judge, and no other court may exercise jurisdiction over that action except as provided in CRC 3.543.

3. The Coordination Trial Judge has been advised that the trial will be set in a department to be determined by the presiding judge, currently the Honorable Samuel K. Feng.

4. Any party who objects to this order may file a motion for reconsideration within 10 days of this order. (CRC 3.543.(b).) If no party files a motion for reconsideration, then this order remains in effect.

5. After the time to file a motion for reconsideration has passed, counsel for plaintiff must file a copy of this order in the identified court and take any additional steps

2

necessary to ensure that a case file is opened in the transferee court so that management of the case can be transferred at the appropriate time.

6. As of the effective date of the transfer, the case shall be "trial ready" similar to a case that is transferred from a master calendar judge to a trial judge. Pleading motions, discovery motions, and motions for summary judgment will be conducted in the Coordinated Proceeding. All such motions will be heard by the Coordination Trial Judge before the effective date of the transfer. (*Hernandez v. Superior Court* (2003) 112 Cal. App. 4th 285, 295 ["The trial court has broad discretion to fashion suitable methods of practice in order to manage complex litigation"]; *Volkswagen of America, Inc. v. Superior Court* (2001) 94 Cal.App.4th 695, 704-705 ["by recognizing the need for "exceptional judicial management" the Judicial Council necessarily acknowledged that [complex] courts have the authority to take whatever exceptional management actions are necessary to accomplish that result"].) If the Coordination Trial Judge has motions under submission as of the date of the transfer, then the Coordination Trial Judge will retain authority and responsibility to issue orders on those motions.

7. The Coordination Trial Judge will not set a pre-trial schedule for the case in the transferee court. After a case is transferred to the transferee court for trial then the transferee court will manage the case and can adjust the trial schedule to consider courtroom availability and other factors. (*Rutherford v. Owens-Illinois, Inc.* (1997) 16 Cal.4th 953, 967; *Walker v. Superior Court* (1991) 53 Cal.3d 257, 267.)

DEC 1 2 2022

Dated: December __, 2022

Evelio Grillo
Judge of the Superior Court

3

Superior Court of California, County of Alameda
Department 21, Administration Building

Case Number: JCCP005108
Case Name: Northern California Clergy Cases

RE: ORDER TRANSFERRING JOHN DOE SF-1013 V. RCASF, SAN FRANCISCO, CGC 20-583648, TO SAN FRANCISCO FOR TRIAL

# DECLARATION OF ELECTRONIC SERVICE

I certify that I am not a party to these cases and that a true and correct copy of the foregoing document was served electronically pursuant to "Order Authorizing Electronic Service", entered in these coordinated proceedings on January 25, 2021, via the CASE ANYWHERE system. Execution of this certificate occurred at 1221 Oak Street, Oakland, California.

Executed on December 12, 2022

Executive Officer/Clerk of the Superior Court

By *Jhalisa Castaneda*
Deputy Clerk

# EXHIBIT R

# [CGC-20-583648, JOHN DOE SF 1013 VS. DOE 1 ET AL](#)

CA Superior - San Francisco

San Francisco

**This case was retrieved on 03/20/2024**

## Header

**Case Number:** CGC-20-583648
**Date Filed:** 03/11/2020
**Date Full Case Retrieved:** 03/20/2024
**Status:** Unknown
**Misc:** (132) OTHER NON EXEMPT COMPLAINTS; Civil

## Summary

**Judge**: ANNE-CHRISTINE MASSULLO; GARRETT L. WONG; HAROLD E. KAHN

## Participants

**Litigants**
JOHN DOE SF 1013 AN INDIVIDUAL
**PLAINTIFF**

**Attorneys**
RECK, MICHAEL
PLAINTIFF
209895
JEFF ANDERSON & ASSOCIATES 12011 SAN VICENTE BLVD. SUITE 700 LOS ANGELES, CA 90049 310-357-2425

SIMONS, RICHARD JAY
PLAINTIFF
072676
FURTADO, JASPOVICE & SIMONS 6589 BELLHURST LANE CASTRO VALLEY, CA 94552 510-582-1080
rick@fjslaw.com

DOE 1 A RELIGIOUS CORPORATION
**DEFENDANT**
DOE 2 A RELIGIOUS ENTITY FORM UNKNOWN
**DEFENDANT**
DOE 3 THROUGH DOE 100
**DEFENDANT**
ST. MARTIN OF TOURS, A RELIGIOUS ENTITY FORM UNKNOWN
**DEFENDANT**
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE
**DEFENDANT**

SMITH, ZACHARY M.
DEFENDANT
078241
WENTRAUB TOBIN CHEDIAK COLEMAN GRODIN 475 SANSOME STREET SUITE 510 SAN FRANCISCO, CA 94111 415-433-1400 zsmith@weintraub.com

## Calendar

| Date | Details |
|---|---|
| 08/12/2020 | Matter: CASE MANAGEMENT CONFERENCE Off Calendar Jul-24-2020 Continued To Oct-14-20 At 10:30 A.M. In Dept 610 |
| | Location: CIVIC CENTER COURTHOUSE ROOM 610 |
| | Judge: GARRETT L. WONG |
| 10/14/2020 | Matter: CASE MANAGEMENT CONFERENCE Off Calendar Sep-29-2020 Continued To Jan-06-21 At 10:30 A.M. In Dept 610 |
| | Location: CIVIC CENTER COURTHOUSE ROOM 610 |
| | Judge: GARRETT L. WONG |
| 01/06/2021 | Matter: CASE MANAGEMENT CONFERENCE Off Calendar Dec-18-2020 Off Calendar |
| | Location: CIVIC CENTER COURTHOUSE ROOM 610 |
| | Judge: GARRETT L. WONG |
| 08/11/2023 | Matter: CASE MANAGEMENT CONFERENCE - TRIAL COURTS Off Calendar Aug-10-2023 Reassignment Of Exempt Case |
| | Location: CIVIC CENTER COURTHOUSE ROOM 210 |
| | Judge: HAROLD E. KAHN |
| 08/11/2023 | Matter: CASE MANAGEMENT CONFERENCE - TRIAL COURTS Off Calendar Aug-14-2023 Off Calendar |
| | Location: CIVIC CENTER COURTHOUSE ROOM 504 |
| | Judge: GARRETT L. WONG |
| 08/23/2023 | Matter: JURY TRIAL |
| | Location: CIVIC CENTER COURTHOUSE ROOM 604 |
| | Judge: GARRETT L. WONG |
| 08/23/2023 | Matter: JURY TRIAL Off Calendar Aug-14-2023 Continued To Aug-23-23 At 09:30 A.M. In Dept 604 |
| | Location: CIVIC CENTER COURTHOUSE ROOM 604 |
| | Judge: HAROLD E. KAHN |
| 08/23/2023 | Matter: Notice Of Motion And Motion To Bifurcate Trial Pursuant To Civil Code Section 3295 D |
| | Location: CIVIC CENTER COURTHOUSE ROOM 504 |
| | Judge: GARRETT L. WONG |
| 09/20/2023 | Matter: CASE MANAGEMENT CONFERENCE Off Calendar Aug-02-2023 Single Assignment |
| | Location: CIVIC CENTER COURTHOUSE ROOM 610 |
| | Judge: ANNE-CHRISTINE MASSULLO |

# Payments

| Date | Amount | Payment Type | Receipt | Reason |
|---|---|---|---|---|
| 03/11/2020 | $450 | CHECK | W0920311F025 | CIVIL COMPLAINT/PETITION/OTHER FIRST PAPER |
| 04/29/2020 | $20 | ELECTRONIC | W6620429S010 | REQUEST OR STIP W/O HEARING |
| 07/23/2020 | $150 | ELECTRONIC | H2120723J004 | JURY FEES |
| 08/18/2023 | $435 | ELECTRONIC | W6623818F004 | CIVIL FIRST PAPER ANSWER/RESPONSE/PLEADING |
| 08/31/2023 | $60 | ELECTRONIC | W1523831E012 | EX PARTE MOTION |

# Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 03/11/2020 | | NOTICE TO PLAINTIFF | |
| 03/11/2020 | | OTHER NON EXEMPT COMPLAINTS, COMPLAINT FILED BY PLAINTIFF JOHN | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | DOE SF 1013 AN INDIVIDUAL AS TO DEFENDANT DOE 1 A RELIGIOUS CORPORATION DOE 2 A RELIGIOUS ENTITY FORM UNKNOWN DOE 3 THROUGH DOE 100 SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUG-12-2020 | |
| 04/28/2020 | | APPLICATION FOR IN CAMERA REVIEW AND FINDING OF REASONABLE AND MERITORIOUS CAUSE FOR FILING OF ACTION; FOR IN CAMERA REVIEW AND ORDER PERMITTING PLAINTIFF TO SUBSTITUTE DEFENDANTS DOE DESIGNATION TOTHE TRUE NAMES; AND FOR ORDERS TO SEAL AND KEEP CONFIDENTIAL ALL CERTIFICATES OF MERIT AND CERTIFICATE OF CORROBORATIVE FACT (TRANSACTION ID # 100101847) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 04/28/2020 | | ATTORNEYS CERTIFICATE OF CORROBORATIVE FACTS *** REDACTED VERSION *** (TRANSACTION ID # 100101847) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 04/28/2020 | | ATTORNEYS CERTIFICATE OF CORROBORATIVE FACTS *** UN-REDACTED VERSION *** (TRANSACTION ID # 100101847)(SEALED PER ORDER FILED 6/10/20) (SEALED DOCUMENT) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 04/28/2020 | | CERTIFICATE OF MERIT (MENTAL HEALTH PRACTITIONER) FOR PLAINTIFF VERSUS DEFENDANT DOE 1 AND DOE 2, PURSUANT OT CODE OF CIVIL PROCEDURE SECTION 340.1(G)(2) *** UN-REDACTED VERSION *** (TRANSACTION ID # 100101847) (SEALED PER ORDER FILED 6/10/20) (SEALED DOCUMENT) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 04/28/2020 | | CERTIFICATE OF MERIT (MENTAL HEALTH PRACTITIONER) FOR PLAINTIFF VERSUS DEFENDANT DOE 1 AND DOE 2, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1(G)(2) *** REDACTED VERSION *** (TRANSACTION ID # 100101847) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 04/28/2020 | | CERTIFICATE OF MERIT FOR PLAINTIFF JOHN DOE SF 1013 VERSUS DEFENDANT DOE 1, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1(G)(1) *** REDACTED VERSION *** (TRANSACTION | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
|  |  | ID # 100101847) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 04/28/2020 |  | CERTIFICATE OF MERIT FOR PLAINTIFF JOHN DOE SF 1013 VERSUS DEFENDANT DOE 1, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1(G)(1) *** UN-REDACTED VERSION *** (TRANSACTION ID # 100101847)(SEALED PER ORDER FILED 6/10/20) (SEALED DOCUMENT) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 04/28/2020 |  | CERTIFICATE OF MERIT FOR PLAINTIFF JOHN DOE SF 1013 VERSUS DEFENDANT DOE 2, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1(G)(1) *** REDACTED VERSION *** (TRANSACTION ID # 100101847) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 04/28/2020 |  | CERTIFICATE OF MERIT FOR PLAINTIFF JOHN DOE SF 1013 VERSUS DEFENDANT DOE 2, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1(G)(1) *** UN-REDACTED VERSION *** (TRANSACTION ID # 100101847)(SEALED PER ORDER FILED 6/10/20) (SEALED DOCUMENT) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 04/28/2020 |  | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS APPLICATION FOR IN CAMERA REVIEW OF CERTIFICATES OF MERIT, FOR IN CAMERA REVIEW OF CERTIFICATE OF CORROBORATIVE FACT, AND REQUEST FOR FINDING AND ORDERS THEREON (TRANSACTION ID # 100101847) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 04/28/2020 |  | NOTICE OF LODGING CERTIFICATES OF MERIT FOR PLAINTIFF VERSUS DEFENDANTS DOE 1 AND DOE 2 CONFIDENTIALLY FOR IN CAMERA REVIEW AND NOTICE OF LODGING CERTIFICATE OF CORROBORATIVE FACT FOR PLAINTIFF VERSUS DEFENDANTS DOE 1 AND DOE 2 CONFIDENTIALLY FOR IN CAMERA REVIEW, PURSUANT TO CCP SECTION 340.1 (TRANSACTION ID # 100101847) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 06/10/2020 |  | ORDER GRANTING PLAINTIFF'S APPLICATION FOR IN CAMERA FINDING OF REASONABLE AND MERITORIOUS CAUSE FOR FILING OF ACTION; ORER TO SEAL AND KEEP CONFIDENTIAL ALL CERTIFICATES OF MERIT; GRANTING PLAINTIFF'S APPLICATION FOR IN |  |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | CAMERA FINDING THAT DEFENDANT(S) DOE DESIGNATION MAY BE SUBSTITUTED FOR TRUE NAME; AND ORDER TO SEAL AND KEEP CONFIDENTIAL CERTIFICATES OF CORROBORATIVE FACTS (SEE SCANNED ORDER FOR DETAILS) | |
| 06/12/2020 | | 1ST AMENDED COMPLAINT (TRANSACTION ID # 100104247) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL AS TO DEFENDANT DOE 3 THROUGH DOE 100 THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE ST. MARTIN OF TOURS, A RELIGIOUS ENTITY FORM UNKNOWN | |
| 06/15/2020 | | NOTICE OF RELATED CASE (TRANSACTION ID # 65700116) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 06/15/2020 | | NOTICE SUBMISSION OF JOINT PETITION FOR COORDINATION (TRANSACTION ID # 65700772) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 07/01/2020 | | SUMMONS ISSUED TO PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 07/22/2020 | | JURY FEES (TRANSACTION ID # 65791023) DEPOSITED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 07/24/2020 | | CASE MANAGEMENT CONFERENCE OF AUG-12-2020 CONTINUED TO OCT-14-2020 AT 10:30 AM IN DEPARTMENT 610. NOTICE SENT BY COURT. | |
| 08/06/2020 | | NOTICE OF ENTRY OF ORDER GRANTING PETITION TO COORDINATE (TRANSACTION ID # 100108361) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 08/06/2020 | | NOTICE OF ORDER BY JUDICIAL COUNCIL AUTHORIZING PRESIDING JUDGE TO ASSIGN A COORDINATION MOTION JUDGE (TRANSACTION ID # 100108361) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 09/01/2020 | | NOTICE OF ORDER ASSIGNING COORDINATION MOTION JUDGE (TRANSACTION ID # 100110531) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 09/03/2020 | | NOTICE OF ORDER SETTING HEARING ON PETITION TO COORDINATE (TRANSACTION ID # 100110783) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 09/18/2020 | | NOTICE OF CHANGE OF ADDRESS (TRANSACTION ID # 65945099) FILED BY ATTORNEY RECK, MICHAEL | |
| 09/29/2020 | | CASE MANAGEMENT CONFERENCE OF OCT-14-2020 CONTINUED TO JAN-06-2021 AT 10:30 AM IN DEPARTMENT 610 FOR STATUS OF COORDINATION. NOTICE SENT BY COURT. | |
| 10/28/2020 | | NOTICE OF ORDER DENYING PETITION TO COORDINATE (TRANSACTION ID # 100115102) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 11/03/2020 | | NOTICE OF SUBMISSION (TRANSACTION ID # 100115555) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 11/12/2020 | | NOTICE OF AMENDED ORDER GRANTING PETITION TO COORDINATE IN JCCP 5108 (TRANSACTION ID # 100116331) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 12/18/2020 | | CASE MANAGEMENT CONFERENCE OF JAN-06-2021 IS OFF CALENDAR. CASE COORDINATED WITH JCCP 5108. NOTICE SENT BY COURT. | |
| 01/04/2021 | | TRANSACTION 100119470 REQUEST FOR DISMISSAL REJECTED FOR THE FOLLOWING REASON: DOCUMENTS MUST BE SUBMITTED IN THE COORDINATED CASE NUMBER, JCCP 5108. | |
| 01/11/2021 | | NOTICE OF ORDER GRANTING STIPULATION BY PARTIES TO ADD-ON FILED ALAMEDA COUNTY NORTHERN CALIFORNIA CLERGY CASES TO JCCP 5108 (TRANSACTION ID # 100120811) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 07/20/2023 | | 2ND AMENDED COMPLAINT / 2ND AMENDED NOTICE OF ADOPTION FORM AND 2ND AMENDED MASTER COMPLAINT **FILED IN ALAMEDA COUNTY IN JCCP 5108; ENTRY IS USED FOR INFORMATIONAL PURPOSES ONLY ** FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL AS TO DEFENDANT DOE 3 THROUGH DOE 100 THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 07/20/2023 | | NOTICE OF ORDER TRANSFERRING JOHN DOE SF-1013 V. RCASF, SAN FRANCISCO, CGC-20-583648, TO SAN FRANCISCO FOR TRIAL (TRANSACTION ID # 100206797) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 08/01/2023 | | ADDED TO CALENDAR FOR CASE MANAGEMENT CONFERENCE HEARING SET FOR SEP-20-2023 AT 10:30 AM IN DEPT 610 | |
| 08/01/2023 | | ORDER SETTING CASE MANAGEMENT CONFERENCE SENT BY COURT | |
| 08/02/2023 | | ADDED TO CALENDAR FOR JURY TRIAL (TRIAL DATE SET IN ALAMEDA PRIOR TO TRANSFER.) JURY TRIAL SET FOR AUG-23-2023 AT 09:30 AM IN DEPT 604 | |
| 08/02/2023 | | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED (TRANSACTION ID # 100208091) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 08/02/2023 | | SINGLE ASSIGNMENT TO JUDGE HAROLD E KAHN FOR ALL PURPOSES. CASE MANAGEMENT CONFERENCE SET FOR AUG-11-2023 AT 9:30 AM IN DEPT. 210. SEP-20-2023 CASE MANAGEMENT CONFERENCE IS OFF CALENDAR. NOTICE SENT BY COURT. | |
| 08/03/2023 | | NOTICE OF TIME AND PLACE OF TRIAL SENT BY COURT. (206) | |
| 08/10/2023 | | ANSWER TO 2ND AMENDED COMPLAINT (ANSWER TO SECOND AMENDED NOTICE OF ADOPTION OF THE MASTER COMPLAINT) (TRANSACTION ID # 70609275) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/10/2023 | | ON THE COURT'S OWN MOTION, CASE IS SINGLY RE-ASSIGNED FROM VISITING JUDGE HAROLD KAHN TO JUDGE GARRETT L. WONG FOR ALL PURPOSES. CASE MANAGEMENT CONFERENCE SET FOR AUG-11-2023 AT 9:30 AM IS MAINTAINED AND WILL BE HEARD IN DEPT. 504. TRIAL DATE IS MAINTAINED. NOTICES SENT BY COURT. (206) | |
| 08/10/2023 | | PROOF OF SERVICE (TRANSACTION ID # 70609275) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/11/2023 | | MINUTES FOR AUG-11-2023 9:30 AM | |
| 08/14/2023 | | CASE MANAGEMENT CONFERENCE OF AUG-11-2023 IS OFF CALENDAR BY COURT. CONFERENCE HELD. MOTIONS IN LIMINE FILING SCHEDULE ESTABLISHED. JUDGE: GARRETT L. WONG, CLERK: K. SEPTIEN, REPORTER: KIMBERLY D'URSO CSR#11372-530.521.2948-DURSOREPORTING@GMAIL.COM, (504). | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 08/14/2023 | | JURY TRIAL SET FOR AUG-23-2023 CONTINUED TO AUG-23-2023 AT 9:30 AM IN 604 TO BE HEARD BEFORE THE HON. GARRETT WONG PER REASSIGNMENT ON 8/10/23. (206) | |
| 08/16/2023 | | DECLARATION OF STEVEN D. PENROD (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/16/2023 | | DECLARATION OF ZACHARY SMITH IN OPPOSITION TO PLAINTIFFS JOINT MOTION TO CONSOLIDATE CASES FOR TRIAL (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/16/2023 | | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO BIFURCATE TRIAL PURSUANT TO CIVIL CODE SECTION 3295 D (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/16/2023 | | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFFS JOINT MOTION TO CONSOLIDATE CASES FOR TRIAL (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/16/2023 | | MOTION IN LIMINE NO 1: TO PROHIBIT MENTION OF DEFENDANTS WEALTH OR PROFITS (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/16/2023 | | NOTICE OF MOTION AND MOTION TO BIFURCATE TRIAL PURSUANT TO CIVIL CODE SECTION 3295 D (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE HEARING SET FOR AUG-23-2023 AT 09:30 AM IN DEPT 504 | |
| 08/16/2023 | | PROOF OF SERVICE BY ELECTRONIC MAIL & MAIL (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/16/2023 | | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN | |

| Date | # | Proceeding Text | Details |
|------|---|----------------|---------|
|  |  | CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE |  |
| 08/16/2023 |  | REQUEST FOR JUDICIAL NOTICE AND DECLARATION OF ZACHARY SMITH IN SUPPORT OF DEFENDANTS MOTION TO BIFURCATE TRIAL PURSUANT TO CIVIL CODE SECTION 3295 D (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE |  |
| 08/16/2023 |  | REQUEST FOR JUDICIAL NOTICE AND DECLARATION OF ZACHARY SMITH IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS JOINT MOTION TO CONSOLIDATE CASES FOR TRIAL (TRANSACTION ID # 70653041) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE |  |
| 08/17/2023 |  | DECLARATION OF RICHARD SIMONS IN SUPPORT OF PLAINTIFF JOHN DOE SF 1013S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF, REFERRAL TO, AND INSTRUCTIONS OR ARGUMENT OF ALLOCATION OF FAULT TO FR. PRITCHARD OR ANY OTHER PERSON OR ENTITY (TRANSACTION ID # 100209681) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 08/17/2023 |  | DECLARATION OF RICHARD SIMONS IN SUPPORT OF PLAINTIFF JOHN DOE SF 1013S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE IN SUPPORT OF DEFENDANT ARCHBISHOPS DENIAL OF NOTICE OR AFFIRMATIVE DEFENSES OF SUCH DENIAL (TRANSACTION ID # 100209682) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 08/17/2023 |  | DECLARATION OF RICHARD SIMONS IN SUPPORT OF PLAINTIFFS' JOINT MOTION TO CONSOLIDATE CASES FOR JOINT TRIAL (TRANSACTION ID # 100209678) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |
| 08/17/2023 |  | DECLARATION OF ZACHARY SMITH IN SUPPORT OF DEFENDANTS MOTIONS IN LIMINE. (TRANSACTION ID # 70665446) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE |  |
| 08/17/2023 |  | JOINT NOTICE OF MOTION TO CONSOLIDATE CASES FOR JOINT TRIAL [C.C.P. SEC 1048(A)] (TRANSACTION ID # 100209678) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL |  |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 08/17/2023 | | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS MOTION TO CONSOLIDATE CASES FOR JOINT TRIAL (TRANSACTION ID # 100209678) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 08/17/2023 | | MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF, REFERRAL TO, AND INSTRUCTIONS OR ARGUMENT OF ALLOCATION OF FAULT TO FR. PRITCHARD OR ANY OTHER PERSON OR ENTITY (TRANSACTION ID # 100209681) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 08/17/2023 | | MOTION IN LIMINE NO. 2 REQUEST FOR JUDICIAL NOTICE (TRANSACTION ID # 100209682) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 08/17/2023 | | MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE IN SUPPORT OF DEFENDANT ARCHBISHOPS DENIAL OF NOTICE OR AFFIRMATIVE DEFENSES OF SUCH DENIAL (TRANSACTION ID # 100209682) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 08/17/2023 | | MOTION IN LIMINE NO. 2: TO PROHIBIT MENTION OF OTHER CASES OR CLAIMS (TRANSACTION ID # 70665446) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/17/2023 | | MOTION IN LIMINE NO. 3: TO PROHIBIT EVIDENCE ARGUMENT AND OR MENTION OF THE 2004 RECREATED LETTER (TRANSACTION ID # 70665446) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/17/2023 | | PROOF OF SERVICE FOR MOTION IN LIMINE NO. 2 - NO. 3 AND DECLARATION OF ZACHARY SMITH IN SUPPORT OF MOTIONS IN LIMINE (TRANSACTION ID # 70665446) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |
| 08/17/2023 | | REQUEST FOR JUDICIAL NOTICE (TRANSACTION ID # 100209678) FILED BY PLAINTIFF JOHN DOE SF 1013 AN INDIVIDUAL | |
| 08/21/2023 | | NOTICE OF STAY OF PROCEEDINGS REGARDING BANKRUPTCY (TRANSACTION ID # 100210025 FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 08/21/2023 | | PROOF OF SERVICE (TRANSACTION ID # 100210025) FILED BY DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**