James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail Greenwood (CA Bar No. 169939)
Brittany M. Michael *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
        acaine@pszjlaw.com
        ggreenwood@pszjlaw.com
        bmichael@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice*)
Jesse J. Bair (*Pro Hac Vice*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
       jbair@burnsbair.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER GRANTING CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION**<br><br>Date: March 27, 2025<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **March 27, 2025 at 1:30 p.m.** (Pacific Time) (the "Hearing") before the Honorable Dennis Montali at the United States Bankruptcy Court, Northern District of California, San Francisco Division, to consider the *Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation* ("Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Archdiocese"). By its Motion, the Committee seeks relief from the automatic stay to permit two lawsuits (the "Trial Cases") to immediately proceed to trial in state court as originally ordered just before commencement of this bankruptcy. Cause exists to lift the automatic stay because the Trial Cases are trial-ready and fully briefed, judgments will facilitate a consensual global resolution by determining the adjudicated value of the abuse claims, and pursuit of the Trial Cases will promote and not interfere with administration of the bankruptcy case.

The Committee brings the Motion pursuant to Bankruptcy Code sections 362(d) and 105(a). The Motion is supported by this Notice, the accompanying memorandum of points and authorities, the Declarations of James Stang, Jesse Bair, Vince Finaldi, and Richard Simons and exhibits thereto, the Request for Judicial Notice, the pleadings and papers on file in this case, and such other evidence as may be presented to the Court at or before the time of the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will not be conducted in the presiding judge's courtroom and instead will be conducted via videoconference by Zoom. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: http://www.canb.uscourts.gov/judge/montali/calendar.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for the Committee no later than **March 13, 2025** in accordance with Local Bankruptcy Rule 9014-1(c)(1). Copies of the

Motion and supporting documents are available free of charge from the website maintained by Omni Agent Solutions, Inc. at https://omniagentsolutions.com/RCASF.

Dated: February 21, 2025      PACHULSKI STANG ZIEHL & JONES LLP

By */s/ James I. Stang*
    James I. Stang
    Andrew W. Caine
    Gail Greenwood
    Brittany M. Michael

Attorneys for the Official Committee of Unsecured Creditors

-- and --

BURNS BAIR LLP

Timothy W. Burns (pro hac vice)
Jesse J. Bair (pro hac vice)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703
Telephone: 608-286-2808
Email: tburns@burnsbair.com
        jbair@burnsbair.com

Special Insurance Counsel for the Official Committee of Unsecured Creditors