James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail Greenwood (CA Bar No. 169939)
Brittany M. Michael (*Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Email: jstang@pszjlaw.com
       acaine@pszjlaw.com
       ggreenwood@pszjlaw.com
       bmichael@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice*)
Jesse J. Bair (*Pro Hac Vice*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
       jbair@burnsbair.com

*Attorneys for The Official
Committee of the Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On February 21, 2025, I caused to be served the following documents in the manner stated below:

- ***THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING THE FILING OF REDACTED DOCUMENTS***

- ***DECLARATION OF JESSE BAIR IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING THE FILING OF REDACTED DOCUMENTS***

- ***NOTICE OF HEARING REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER GRANTING CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION***

- ***[REDACTED] THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER GRANTING CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION***

- ***REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER GRANTING CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION***

- ***[REDACTED] DECLARATION OF JESSE BAIR IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER GRANTING CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION***

- ***DECLARATION OF VINCE FINALDI IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER GRANTING CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION***

- ***DECLARATION OF RICHARD SIMONS IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER GRANTING CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION***

3

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **February 21, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 21, 2025 at San Francisco, California.

                                                           */s/ Matthew Renck*
                                                             *Legal* Assistant

**ECF/NEF List**

- Darren Azman    dazman@mwe.com, mco@mwe.com
- Jesse Bair    jbair@burnsbair.com, kdempski@burnsbair.com
- Hagop T. Bedoyan    hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Gillian Nicole Brown    gbrown@pszjlaw.com
- John Bucheit    jbucheit@phrd.com
- Timothy W. Burns    tburns@burnsbair.com, kdempski@burnsbair.com
- George Calhoun    george@ifrahlaw.com
- Brian P Cawley    bcawley@burnsbair.com
- Robert M Charles    Robert.Charles@wbd-us.com
- Jason Chorley    jason.chorley@clydeco.us, Robert.willis@clydeco.us
- Amanda L. Cottrell    acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Blaise S Curet    bcuret@spcclaw.com
- Melissa M D'Alelio    mdalelio@robinskaplan.com
- Jared A. Day    jared.a.day@usdoj.gov
- Michele Nicole Detherage    mdetherage@robinskaplan.com
- Allan B Diamond    adiamond@diamondmccarthy.com
- Luke N. Eaton    lukeeaton@cozen.com, monugiac@pepperlaw.com
- David Elbaum    david.elbaum@stblaw.com
- Michael W Ellison    mellison@sehlaw.com, kfoster@sehlaw.com
- Stephen John Estey    steve@estey-bomberger.com
- Timothy W. Evanston    tevanston@skarzynski.com
- Trevor Ross Fehr    trevor.fehr@usdoj.gov
- Robert David Gallo    dgallo@phrd.com
- Christina Lauren Goebelsmann    christina.goebelsmann@usdoj.gov
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- John Grossbart    john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
- John Grossbart    , docket.general.lit.chi@dentons.com
- Joshua K Haevernick    joshua.haevernick@dentons.com
- Robert G. Harris    rob@bindermalter.com, RobertW@BinderMalter.com
- Deanna K. Hazelton    deanna.k.hazelton@usdoj.gov
- Jordan Anthony Hess    jhess@plevinturner.com
- Todd C. Jacobs    tjacobs@phrd.com
- Daniel James    daniel.james@clydeco.us
- Christopher D. Johnson    chris.johnson@diamondmccarthy.com
- Jeff D. Kahane    jkahane@skarzynski.com
- Taylore Karpa Schollard    tkarpa@robinskaplan.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Jeannie Kim    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- David S. Kupetz    david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com
- Christina Marie Lincoln    clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
- Lisa Arlyn Linsky    llinsky@mwe.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Betty Luu    bluu@duanemorris.com
- Pierce MacConaghy    pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
- Alan H. Martin    AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- Patrick Maxcy    patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
- Patrick Maxcy    , docket.general.lit.chi@dentons.com
- Brittany Mitchell Michael    bmichael@pszjlaw.com
- Andrew Mina    amina@duanemorris.com
- M. Keith Moskowitz    keith.moskowitz@dentons.com
- Michael Norton    michael.norton@clydeco.us, nancy.lima@clydeco.us
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Robert J. Pfister    rpfister@pslawllp.com
- Mark D. Plevin    mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Douglas B. Provencher    dbp@provlaw.com
- Nathan W. Reinhardt    nreinhardt@skarzynski.com
- Jason E. Rios    jrios@ffwplaw.com, docket@ffwplaw.com
- Kathleen Mary Derrig Rios    Katie.Rios@wbd-us.com
- Matthew Roberts    mroberts@phrd.com
- Annette Rolain    arolain@ruggerilaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

DOCS_SF:109528.1 05068/001

- Cheryl C. Rouse     rblaw@ix.netcom.com
- Phillip John Shine     phillip.shine@usdoj.gov
- James I. Stang     jstang@pszjlaw.com
- Devin Miles Storey     dms@zalkin.com
- Jason D. Strabo     jstrabo@mwe.com, dnorthrop@mwe.com
- Catalina Sugayan     catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Edward J. Tredinnick     etredinnick@foxrothschild.com
- Miranda Turner     mturner@plevinturner.com
- Joshua D Weinberg     bkfilings@ruggerilaw.com
- Matthew Michael Weiss     mweiss@phrd.com
- Harris Winsberg     hwinsberg@phrd.com
- Yongli Yang     yongli.yang@clydeco.us

## **SERVED VIA EMAIL (LIMITED LIST)**

|  | Name |  | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for | A.S. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA |  | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell |  |  | acottrell@sheppardmullin.com; JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris 2775 Park Ave Santa Clara, CA |  | rob@bindermalter.com robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair Timothy Burns Brian P Cawley |  | tburns@burnsbair.com bcawley@burnsbair.com |
| *NOA - Request for SF 4908-7261-4429.1 | C.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA SF 4908-7261-4429.1 | SF 4908-7261-4429.1 | SF 4908-7261-4429.1 |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain |  | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente Attn: Jason J Chorley 150 California St, 15th Fl San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us; jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan 30 S Wacker Dr, Ste 2600 Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at | Clyde & Co US LLP | Attn: Nancy Lima Attn: Yongli Yang Attn: Jason J Chorley Attn: Daniel James |  | Nancy.Lima@clydeco.us; yongli.yang@clydeco.us; jason.chorley@clydeco.us; |

| | | | | |
|---|---|---|---|---|
| Lloyds London and Certain London Market Companies | | Attn: Michael Norton | | Robert.willis@clydeco.us; daniel.james@clydeco.us; michael.norton@clydeco.us |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy 388 Market St, Ste 1000 San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig 2001 Addison St, Ste 300 Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner Attn: Jordan A Hess 1001 Pennsylvania Ave, NW Washington, DC 20004 | 202-628-5116 | mturner@crowell.com; jhess@crowell.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, Registered ECF User | Dentons US LLP | Attn: Joshua Haevernick 1999 Harrison St, Ste 1300 Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy Attn: John Grossbart 233 S Wacker Dr, Ste 5900 Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com; john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com; patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance | Dentons US LLP | Attn: Geoffrey M Miller Attn: Lauren Macksoud 1221 Ave of the Americas New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com; lauren.macksoud@dentons.com |

| | | | | |
|---|---|---|---|---|
| Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | | | | |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com;<br>adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | JKahane@duanemorris.com;<br>RWRoten@duanemorris.com;<br>AMina@duanemorris.com;<br>NReinhardt@duanemorris.com;<br>BLuu@duanemorris.com;<br>TWEvanston@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Nathan W Reinhardt<br>Andrew Mina<br>Jeff D Kahane<br>Betty Luu<br>Timothy Evanston | | nreinhardt@duanemorris.com;<br>amina@duanemorris.com;<br>JKahane@duanemorris.com;<br>BLuu@duanemorris.com;<br>TWEvanston@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com;<br>tphinney@ffwplaw.com;<br>jrios@ffwplaw.com;<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com;<br>jrios@ffwplaw.com;<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative | 385-278-0287 | kim@justcelc.com |

DOCS_SF:109528.1 05068/001
Case: 23-30564   Doc# 1022   Filed: 02/21/25   Entered: 02/21/25 12:32:02   Page 7 of 13

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

| | | | | |
|---|---|---|---|---|
| | | 210 Washington St<br>N Easton, MA 02356 | | |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000 Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600 Los Angeles, CA 90071 | | david.kupetz@lockelord.com;<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com;<br>monugiac@pepperlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com;<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher 444 West Lake St, Ste 4000 Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman Attn: Lisa A. Linsky Attn: Natalie Rowles Attn: Cris W. Ray One Vanderbilt | 212-547-5444 | dazman@mwe.com;<br>llinsky@mwe.com; |

3

PACHULSKI STANG ZIEHL & JONES LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO, CA

| | | Ave New York, NY 10017-3852 | | nrowles@mwe.com; cray@mwe.com |
|---|---|---|---|---|
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo 2049 Century Park E, Ste 3200 Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com; mco@mwe.com; dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell 101 Montgomery St, Ste 2300 San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov; USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Phillip J. Shine 450 Golden Gate Ave, Rm 05-0153 San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg Attn: Trevor R Fehr Attn: Jared A. Day 501 I Street, Ste 7-500 Sacramento, CA 95814 | | jason.blumberg@usdoj.gov; Trevor.Fehr@usdoj.gov; jared.a.day@usdoj.gov; USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton 2500 Tulare St, Ste 1401 Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael 780 3rd Ave, 34th Fl New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang 10100 Santa Monica Blvd, 13th Fl. Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen Attn: John W Lucas 1 Sansome St, 34th Fl, Ste 3430 San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com; jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen Gillian Nicole Brown | | dgrassgreen@pszjlaw.com; hphan@pszjlaw.com; ocarpio@pszjlaw.com; gbrown@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs Attn: John E Bucheit 2 N Riverside Plz, Ste 1850 Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com; jbucheit@phrd.com |

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

DOCS_SF:109568.1 05068/001

| | | | | |
|---|---|---|---|---|
| Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | | | | |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com;<br>mweiss@phrd.com;<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com;<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 Montgomery St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com;<br>LCastiglioni@robinskaplan.com |

3

| | | | | |
|---|---|---|---|---|
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com;<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com;<br>jweinberg@ruggerilaw.com;<br>bkfilings@ruggerilaw.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com;<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com;<br>dgatmen@sheppardmullin.com;<br>okatz@sheppardmullin.com;<br>LSegura@sheppardmullin.com;<br>lwidawskyleibovici@sheppardmullin.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com;<br>michael.torkin@stblaw.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com; janie.franklin@stblaw.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | david.elbaum@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com;<br>kfoster@sehlaw.com |

**SERVED VIA U.S. MAIL**

| | | |
|---|---|---|
| KIM DOUGHERTY, ESQ.<br>JUST LAW COLLABORATIVE<br>210 WASHINGTON ST<br>N EASTON, MA 02356 | BINDER & MALTER, LLP<br>ATTN: ROBERT G HARRIS<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMIN<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279 |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL<br>1300 I ST, STE 1142<br>SACRAMENTO, CA 95814 | CLYDE & CO US LLP<br>ATTN: ALEXANDER POTENTE<br>ATTN: JASON J CHORLEY<br>150 CALIFORNIA ST, 15TH FL<br>SAN FRANCISCO, CA 94111 | CLYDE & CO US LLP<br>ATTN: CATALINA J SUGAYAN<br>30 S WACKER DR, STE 2600<br>CHICAGO, IL 60606 |
| COLORADO DEPARTMENT OF REVENUE<br>1881 PIERCE ST<br>LAKEWOOD, CO 80214 | COZEN O'CONNOR<br>ATTN: MARY P. MCCURDY<br>388 MARKET ST, STE 1000<br>SAN FRANCISCO, CA 94111 | CRAIG & WINKELMAN LLP<br>ATTN: ROBIN D CRAIG<br>2001 ADDISON ST, STE 300<br>BERKELEY, CA 94704 |
| CROWELL & MORING LLP<br>ATTN: MIRANDA H TURNER<br>ATTN: JORDAN A HESS<br>1001 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20004 | DENTONS US LLP<br>ATTN: JOSHUA HAEVERNICK<br>1999 HARRISON ST, STE 1300<br>OAKLAND, CA 94612 | DENTONS US LLP<br>ATTN: PATRICK C MAXCY<br>ATTN: JOHN GROSSBART<br>233 S WACKER DR, STE 5900<br>CHICAGO, IL 60606 |
| DENTONS US LLP<br>ATTN: GEOFFREY M MILLER<br>ATTN: LAUREN MACKSOUD<br>1221 AVE OF THE AMERICAS<br>NEW YORK, NY 10020-1089 | DIAMOND MCCARTHY LLP<br>ATTN: ALLAN DIAMOND<br>ATTN: CHRISTOPHER JOHNSON<br>909 FANNIN, STE 3700<br>HOUSTON, TX 77010 | DIAMOND MCCARTHY LLP<br>ATTN: ALLAN DIAMOND<br>ATTN: CHRISTOPHER JOHNSON<br>909 FANNIN, STE 3700<br>HOUSTON, TX 77010 |
| DUANE MORRIS LLP<br>ATTN: JEFF D KAHANE<br>ATTN: RUSSELL W ROTEN<br>865 S FIGUEROA ST, STE 3100<br>LOS ANGELES, CA 90017-5450 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>P.O. BOX 989061<br>WEST SACRAMENTO, CA 95798 | ESTEY & BOMBERGER, LLP<br>ATTN: STEPHEN ESTEY<br>2869 INDIA ST<br>SAN DIEGO, CA 92103 |
| FELDERSTEIN FITZGERALD WILLOUGHBY<br>ATTN: PAUL PASCUZZI<br>ATTN: THOMAS PHINNEY<br>500 CAPITOL MALL, STE 2250<br>SACRAMENTO, CA 95814 | FIORE ACHERMANN<br>ATTN: SOPHIA ACHERMANN<br>605 MARKET ST, STE 1103<br>SAN FRANCISCO, CA 94105 | FLORIDA DEPARTMENT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE, FL 32399 |
| GDR GROUP, INC<br>ATTN: ROBERT R REDWITZ<br>3 PARK PLZ, STE 1700<br>IRVINE, CA 92614 | GEORGIA DEPARTMENT OF REVENUE<br>P.O. BOX 740397<br>ATLANTA, GA 30374 | INTERNAL REVENUE SERVICE<br>ATTN: CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| KERN COUNTY TREASURER AND TAX COLLECTOR<br>OFFICE ATTN: BANKRUPTCY DIVISION<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302-0579 | MCDERMOTT WILL & EMERY LLP<br>ATTN: CAROLE WURZELBACHER<br>444 WEST LAKE ST, STE 4000<br>CHICAGO, IL 60606 | MCDERMOTT WILL & EMERY LLP<br>ATTN: LISA A. LINSKY<br>ATTN: NATALIE ROWLES<br>ONE VANDERBILT AVE<br>NEW YORK, NY 10017-3852 |
| NEW MEXICO TAXATION AND REVENUE DEPARTMENT<br>P.O. BOX 25127<br>SANTA FE, NM 87504 | NICOLAIDES FINK THORPE MICHAELIDES<br>ATTN: MATTHEW C LOVELL<br>101 MONTGOMERY ST, STE 2300<br>SAN FRANCISCO, CA 94104 | JEANNETTE A. VACCARO, ESQ.<br>315 ST., 10TH FL<br>SAN FRANCISCO, CA 94104 |
| ROBINS KAPLAN LLP<br>ATTN: CHRISTINA M. LINCOLN<br>2121 AVE OF THE STARS, STE 2800 | ROBINS KAPLAN LLP<br>ATTN: MELISSA M D'ALELIO | SAN FRANCISCO COUNTY CLERK<br>1 DR CARLTON B GOOLLETT PL<br>CITY HALL, ROOM 168 |

| | | |
|---|---|---|
| LOS ANGELES, CA 90067 | ATTN: TAYLORE E KARPA SCHOLLARD<br>800 BOYLSTON ST, STE 2500<br>BOSTON, MA 02199 | SAN FRANCISCO, CA 94102 |
| SAN FRANCISCO TAX COLLECTOR<br>C/O SECURED PROPERTY TAX<br>P.O. BOX 7426<br>SAN FRANCISCO, CA 94120 | SAN MATEO COUNTY TAX COLLECTOR<br>555 COUNTY CENTER, 1ST FLOOR<br>REDWOOD CITY, CA 94063 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: ALAN H MARTIN<br>4 EMBARCADERO CTR, 17TH FL<br>SAN FRANCISCO, CA 94111-4109 |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: ANDREW T FRANKEL ATTN: MICHAEL H TORKIN<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017 | STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>P.O. BOX 942867<br>SACRAMENTO, CA 94267 | THE ROMAN CATHOLIC ARCHBISHOP<br>OF SAN FRANCISCO<br>ONE PETER YORKE WAY<br>SAN FRANCISCO, CA 94109 |
| VIRGINIA DEPARTMENT OF TAXATION<br>P.O. BOX 1115<br>RICHMOND, VA 23218 | VIRGINIA EMPLOYMENT COMMISSION<br>P.O. BOX 26441<br>RICHMOND, VA 23261 | California Department of Tax And Fee Admin<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| California Office of the Attorney General<br>1300 I St, Ste 1142<br>Sacramento, CA 95814 | Colorado Department of Revenue<br>1881 Pierce St<br>Lakewood, CO 80214 | Employment Development Department<br>P.O. Box 989061<br>West Sacramento, CA 95798 |
| Florida Department of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399 | Georgia Department of Revenue Processing Center<br>P.O. Box 740397<br>Atlanta, GA 30374 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| New Mexico Taxation and Revenue Department<br>P.O. Box 25127<br>Santa Fe, NM 87504 | San Francisco County Clerk<br>1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | San Francisco Tax Collector<br>c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 |
| San Mateo County Tax Collector<br>555 County Center, 1st Floor<br>Redwood City, CA 94063 | State of California Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267 | The Roman Catholic Archbishop of San Francisco<br>One Peter Yorke Way<br>San Francisco, CA 94109 |
| Virginia Department of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218 | Virginia Employment Commission<br>P.O. Box 26441<br>Richmond, VA 23261 | |

3