Robert J. Pfister (State Bar No. 241370)
PFISTER & SASO, LLP
10250 Constellation Boulevard, Suite 2300
Los Angeles, California 90067
Telephone: (310) 414-4901
Email: rpfister@pslawllp.com

*Bankruptcy Counsel for Shajana Steele*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>                Debtor. | Case No. 23-30564-DM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE FOR REPLY IN FURTHER SUPPORT OF MOTION OF SHAJANA STEELE FOR RELIEF FROM STAY TO PROSECUTE SUPERIOR COURT LAWSUIT (NON-SEX ABUSE) AND FOR RELATED RELIEF (ANNULMENT, EXTENSION OF TIME)**<br><br>Date: February 27, 2025<br>Time: 1:30 p.m.<br>Place: Via Zoom<br>Before: Hon. Dennis Montali |

I, Robert J. Pfister, declare as follows:

1. I am over the age of 18 years and not a party to the above-captioned bankruptcy case.

2. On February 24, 2025, I filed the following document using the Court's CM/ECF system:

**REPLY IN FURTHER SUPPORT OF MOTION OF SHAJANA STEELE FOR RELIEF FROM STAY TO PROSECUTE SUPERIOR COURT LAWSUIT (NON-SEX ABUSE) AND FOR RELATED RELIEF (ANNULMENT, EXTENSION OF TIME)** [Docket No. 1023]

3. On February 24, 2025, I checked the CM/ECF docket for this bankruptcy case and determined that the persons on the list attached hereto (titled "Mailing Information for Case 23-

30564") are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated. Accordingly, those persons received service of the Filings electronically.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of February, 2025, at Leo, Indiana.

                 */s/ Robert J. Pfister*



# Mailing Information for Case 23-30564

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Darren Azman**	dazman@mwe.com, mco@mwe.com
- **Jesse Bair**	jbair@burnsbair.com, kdempski@burnsbair.com
- **Hagop T. Bedoyan**	hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Jason Blumberg**	jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Gillian Nicole Brown**	gbrown@pszjlaw.com
- **John Bucheit**	jbucheit@phrd.com
- **Timothy W. Burns**	tburns@burnsbair.com, kdempski@burnsbair.com
- **George Calhoun**	george@ifrahlaw.com
- **Brian P Cawley**	bcawley@burnsbair.com
- **Robert M Charles**	Robert.Charles@wbd-us.com
- **Jason Chorley**	jason.chorley@clydeco.us, Robert.willis@clydeco.us
- **Amanda L. Cottrell**	acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- **Jennifer Witherell Crastz**	jcrastz@hemar-rousso.com
- **Blaise S Curet**	bcuret@spcclaw.com
- **Melissa M D'Alelio**	mdalelio@robinskaplan.com
- **Jared A. Day**	jared.a.day@usdoj.gov
- **Michele Nicole Detherage**	mdetherage@robinskaplan.com
- **Allan B Diamond**	adiamond@diamondmccarthy.com
- **Luke N. Eaton**	lukeeaton@cozen.com, monugiac@pepperlaw.com
- **David Elbaum**	david.elbaum@stblaw.com
- **Michael W Ellison**	mellison@sehlaw.com, kfoster@sehlaw.com
- **Stephen John Estey**	steve@estey-bomberger.com
- **Timothy W. Evanston**	tevanston@skarzynski.com
- **Trevor Ross Fehr**	trevor.fehr@usdoj.gov
- **Robert David Gallo**	dgallo@phrd.com
- **Christina Lauren Goebelsmann**	christina.goebelsmann@usdoj.gov
- **Debra I. Grassgreen**	dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Gail S. Greenwood**	ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **John Grossbart**	john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
- **John Grossbart**	, docket.general.lit.chi@dentons.com
- **Joshua K Haevernick**	joshua.haevernick@dentons.com
- **Robert G. Harris**	rob@bindermalter.com, RobertW@BinderMalter.com
- **Deanna K. Hazelton**	deanna.k.hazelton@usdoj.gov
- **Jordan Anthony Hess**	jhess@plevinturner.com
- **Todd C. Jacobs**	tjacobs@phrd.com
- **Daniel James**	daniel.james@clydeco.us
- **Christopher D. Johnson**	chris.johnson@diamondmccarthy.com
- **Jeff D. Kahane**	jkahane@skarzynski.com
- **Taylore Karpa Schollard**	tkarpa@robinskaplan.com
- **Ori Katz**	okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim**	jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

- **David S. Kupetz**  david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com
- **Christina Marie Lincoln**  clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
- **Lisa Arlyn Linsky**  llinsky@mwe.com
- **John William Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Betty Luu**  bluu@duanemorris.com
- **Pierce MacConaghy**  pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
- **Alan H. Martin**  AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- **Patrick Maxcy**  patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
- **Patrick Maxcy**  , docket.general.lit.chi@dentons.com
- **Brittany Mitchell Michael**  bmichael@pszjlaw.com
- **Andrew Mina**  amina@duanemorris.com
- **M. Keith Moskowitz**  keith.moskowitz@dentons.com
- **Michael Norton**  michael.norton@clydeco.us, nancy.lima@clydeco.us
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Robert J. Pfister**  rpfister@pslawllp.com
- **Mark D. Plevin**  mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Nathan W. Reinhardt**  nreinhardt@skarzynski.com
- **Jason E. Rios**  jrios@ffwplaw.com, docket@ffwplaw.com
- **Kathleen Mary Derrig Rios**  Katie.Rios@wbd-us.com
- **Matthew Roberts**  mroberts@phrd.com
- **Annette Rolain**  arolain@ruggerilaw.com
- **Cheryl C. Rouse**  rblaw@ix.netcom.com
- **Phillip John Shine**  phillip.shine@usdoj.gov
- **James I. Stang**  jstang@pszjlaw.com
- **Devin Miles Storey**  dms@zalkin.com
- **Jason D. Strabo**  jstrabo@mwe.com, dnorthrop@mwe.com
- **Catalina Sugayan**  catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- **Edward J. Tredinnick**  etredinnick@foxrothschild.com
- **Miranda Turner**  mturner@plevinturner.com
- **Joshua D Weinberg**  bkfilings@ruggerilaw.com
- **Matthew Michael Weiss**  mweiss@phrd.com
- **Harris Winsberg**  hwinsberg@phrd.com
- **Yongli Yang**  yongli.yang@clydeco.us