

1 James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
2 Gail Greenwood (CA Bar No. 169939)
Brittany M. Michael (*Pro Hac Vice*)
3 PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
4 San Francisco, California 94104-4436
Telephone: 415-263-7000
5 Email:  jstang@pszjlaw.com
          acaine@pszjlaw.com
6         ggreenwood@pszjlaw.com
          bmichael@pszjlaw.com
7
Timothy W. Burns (*Pro Hac Vice*)
8 Jesse J. Bair (*Pro Hac Vice*)
BURNS BAIR LLP
9 10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
10 Telephone: 608-286-2808
Email: tburns@burnsbair.com
11      jbair@burnsbair.com

12 Attorneys for the Official Committee of
Unsecured Creditors

**CHANGES MADE BY COURT**

**Signed and Filed: February 25, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING THE FILING OF REDACTED DOCUMENTS** |

The Court has considered the *Motion for an Order Authorizing the Filing of Redacted Documents* [Docket No. 1012] ("Motion to Redact") and supporting declaration filed by the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case. Based upon the record before the Court, including the Committee's accompanying Motion for Stay Relief and Bair Declaration describing the Debtor's insurance, pursuant to Bankruptcy Code sections 105 and 107, Bankruptcy Rule 9018, and the District Procedures of the Bankruptcy Court for the Northern District of California, and for good cause,

**IT IS HEREBY ORDERED:**

1. The Motion to Redact is GRANTED.
2. Redacted versions of the Motion for Stay Relief and Bair Declaration shall remain sealed and shall become part of the court record. The clerk of the court will annotate the original docket entry as follows: PROPOSED SEALED DOCUMENT APPROVED – REFER TO DOCKET ENTRY # 1025.
3. Notice of the Motion to Redact, as described therein, shall be deemed sufficient and the requirements of the Bankruptcy Code and local procedures are satisfied by such notice.
4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # # #