Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☒ No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** The Roman Catholic Archbishop of San Francisco
**Chapter:** 11
**Case Number:** 23-30564-DM

**Adversary Proceeding Name:**

vs. Plaintiff(s),

Defendant(s).

**Adversary Proceeding Number:**
**(or Miscellaneous Proceeding Number)**

**Date of Hearing:** February 27, 2025
**Time of Hearing:** 1:30 pm

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Montali
**Hearing Location:** San Francisco, Courtroom 17

**Transcriber:** e-Scribers
**Alternate Transcriber:** Veritext

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☐ Expedited (7 Days)
- ☒ Daily (24 Hours)
- ☐ Entire Hearing
- ☐ Testimony of Witness _____ Name of Witness
- ☐ Ruling/Opinion Portion Only
- ☒ Other/Special Instructions: We need transcript as soon as it can be ready. Please email when available. Relates to RFS (dkt. 975)

**Name of Person(s) Ordering Transcript:**
Brittany Michael, Esq.

**Contact Person:**
Beth Dassa, Paralegal

**Phone Number:**
310/277-6910

**Mailing Address (include law firm name, if any):**
Pachulski Stang Ziehl & Jones LLP
Attn: Beth Dassa
10100 Santa Monica Blvd., #1300
Los Angeles, CA 90067

**Email Address:**
bdassa@pszjlaw.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019