Betty Luu (SBN 305793)
Andrew Mina (SBN 323044)
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone: (213) 689-7400
Fax: (213) 689-7401
BLuu@duanemorris.com
Amina@duanemorris.com

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No.: 23-30564 |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | **REQUEST FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES** |

Pursuant to Local Bankruptcy Rule 1001-2(a) and Rule 11-5(a) of the Local Rules of the U.S. District Court for the Northern District of California, Betty Luu and Andrew Mina (the "Movants"), seek leave to withdraw as counsel for *Certain Underwriters at Lloyd's, London and Certain London Market Companies* ("LMI"). In support of this motion, Movants state as follows:

1. Effective February 10, 2025, Mr. Roten, Mr. Kahane, Mr. Reinhardt and Mr. Evanston became attorneys at Skarzynski Marick & Black LLP.

2. Mr. Roten, Mr. Kahane, Mr. Reinhardt and Mr. Evanston will file new Notices of Appearance.

WHEREFORE, the Movants (a) seek leave to withdraw, (b) request entry of an order granting this motion, and (c) request such other and further relief as may be just and proper.

Dated: February 28, 2025

**DUANE MORRIS LLP**

By: */s/ Betty Luu*
Betty Luu

By: */s/Andrew Mina*
Andrew Mina

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was filed electronically on this 28th day of February 2025, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

By: /s/ Betty Luu