Mary E. Alexander, Esq. (SBN: 104173)
Megan E. McNamara, Esq. (SBN: 353644)
Catherine Cawley, Esq. (SBN: 359607)
MARY ALEXANDER & ASSOCIATES, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Phone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com
   mmcnamara@maryalexanderlaw.com
   ccawley@maryalexanderlaw.com

*Attorneys for Movant Daniel Eichhorn*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL EICHHORN, an individual, | Case No. 23-30564 |
| Movant, | Chapter 11 |
| vs. | **AMENDED NOTICE OF HEARING RE: MOTION BY DANIEL EICHHORN TO ENLARGE THE CLAIMS BAR DATE TO ACCEPT A LATE FILED PROOF OF CLAIM** |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | |
| Debtor and Debtor In Possession. | Hearing Date: April 10, 2025<br>Hearing Time: 1:30pm<br>Remote Appearance |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, by and through his attorneys of record, Plaintiff Daniel Eichhorn will appear via videoconference for a hearing before this Court for oral arguments on Motion to Enlarge the Claims Bar Date to Accept a Late Filed Proof of Claim on April 10, 2025, at 1:30 PM PST.

Per the rules of this Court, the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by video. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If you have questions

**1**

AMENDED NOTICE OF HEARING RE: MOTION BY DANIEL EICHHORN TO ENLARGE THE CLAIMS BAR DATE TO ACCEPT A LATE FILED PROOF OF CLAIM

about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: March 4, 2025    By: /s/ Mary E. Alexander
                            Mary E. Alexander, Esq.

2

AMENDED NOTICE OF HEARING RE: MOTION BY DANIEL EICHHORN TO ENLARGE THE CLAIMS BAR DATE TO ACCEPT A LATE FILED PROOF OF CLAIM

Case: 23-30564  Doc# 1038  Filed: 03/04/25  Entered: 03/04/25 09:39:55  Page 2 of 2