Berkeley Research Group, LLC
Matthew K. Babcock
D. Ray Strong
Paul N. Shields
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email:  mbabcock@thinkbrg.com
        rstrong@thinkbrg.com
        pshields@thinkbrg.com

*Financial Advisor to the Official Committee of
Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO<br><br>    Debtor. | Case No. 23-30564<br><br>Chapter 11 Cases<br><br>**TWELFTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025** |

| Name of Applicant: | Berkeley Research Group, LLC ("**BRG**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2025 – January 31, 2025 |
| Amount of Compensation Requested:[1] | $52,597.80 |
| Less 20% Holdback: | $10,519.56 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $42,078.24 |

1.       Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Twelfth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period January 1, 2025 through January 31, 2025 (the "Fee Period"). By this twelfth statement, BRG seeks payment in the amount of $42,078.24 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2.       Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $5,844.20 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4. In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$42,078.24** which consists of eighty percent (80%) of BRG's total fees of **$52,597.80** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

| | |
|---|---|
| 1 | Dated: February 13, 2024 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: February 13, 2024

Respectfully submitted,

By: _/s/ D. Ray Strong_
D. Ray Strong
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: rstrong@thinkbrg.com

*Financial Advisors to the Official Committee
of Unsecured Creditors*

# **EXHIBIT A**



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit A: Summary of Fees By Professional

For the Period 01/01/25 through 01/31/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 3.4 | $3,043.00 |
| R. Strong | Managing Director | $855.00 | 30.2 | $25,821.00 |
| E. Madsen | Managing Director | $815.00 | 3.5 | $2,852.50 |
| M. Babcock | Managing Director | $795.00 | 5.1 | $4,054.50 |
| J. Funk | Associate Director | $670.00 | 5.5 | $3,685.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 23.6 | $12,626.00 |
| S. Chaffos | Consultant | $440.00 | 4.1 | $1,804.00 |
| A. Stubbs | Associate | $340.00 | 11.6 | $3,944.00 |
| M. Kuhn | Case Assistant | $180.00 | 3.4 | $612.00 |
| **TOTAL** | | | **90.4** | **$58,442.00** |
| **Agreed Upon Concession:** | **10%** | | | **($5,844.20)** |
| **TOTAL REQUESTED FEES** | | | | **$52,597.80** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$581.83** |

# <u>EXHIBIT B</u>



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit B: Summary of Fees By Task Code**

For the Period 01/01/25 through 01/31/25

| Task Code | Hours | Fees |
|---|---|---|
| 200.40 - Document / Data Analysis (Corporate) | 0.6 | $321.00 |
| 200.90 - Document / Data Analysis (Production Requests) | 7.3 | $5,043.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 10.4 | $5,664.00 |
| 300.00 - Asset Analysis (General - Debtors) | 10.0 | $5,232.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 8.6 | $6,425.00 |
| 304.00 - Asset Analysis (General - Parishes) | 19.1 | $13,163.00 |
| 310.00 - Asset Analysis (Cash / Bank Accounts - Debtors) | 9.1 | $6,595.00 |
| 600.00 - Claims / Liability Analysis (General) | 4.9 | $1,616.00 |
| 1020.00 - Meeting Preparation & Attendance | 3.3 | $2,403.50 |
| 1030.00 - Mediation Preparation & Attendance | 14.5 | $11,375.50 |
| 1060.00 - Fee Application Preparation & Hearing | 2.6 | $603.00 |
| **TOTAL** | **90.4** | **$58,442.00** |
| **Agreed Upon Concession:** **10%** | | **($5,844.20)** |
| **TOTAL REQUESTED FEES** | | **$52,597.80** |
| **BLENDED RATE AFTER CONCESSION** | | **$581.83** |

# EXHIBIT C



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **200.40 - Document / Data Analysis (Corporate)** | | | | |
| 01/24/25 | C. Tergevorkian | 0.6 | $321.00 | Analyzed recently provided documents relating to the Vatican or Holy See (January 24, 2025). |
| *Task Code: 200.40* | | *0.6* | *$321.00* | *Totals* |
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 01/17/25 | R. Strong | 0.9 | $769.50 | Attended call with BRG (MB, CT) regarding outstanding document requests for meeting with UCC Counsel. |
| 01/17/25 | M. Babcock | 0.9 | $715.50 | Met with BRG (RS, CT) to evaluate status of outstanding document requests for meeting with UCC Counsel. |
| 01/17/25 | C. Tergevorkian | 0.9 | $481.50 | Met with BRG (RS, MB) to discuss list of outstanding document requests for meeting with UCC Counsel. |
| 01/21/25 | R. Strong | 0.2 | $171.00 | Assessed MOR supplement requirements / productions for communications with Debtor FA. |
| 01/23/25 | R. Strong | 1.1 | $940.50 | Attended call with UCC Counsel (BM, GB, GG [partial], AC) and BRG (MB [partial], CT) regarding outstanding document discovery issues. |
| 01/23/25 | C. Tergevorkian | 1.1 | $588.50 | Met with BRG (RS, MB [partial]) and UCC Counsel (BM, GB, GG [partial], AC) to address the outstanding high priority document requests. |
| 01/23/25 | C. Tergevorkian | 0.5 | $267.50 | Updated documents request tracker to send to UCC Counsel for follow up with Debtor. |
| 01/23/25 | M. Babcock | 0.4 | $318.00 | Met with UCC Counsel (BM, GB, GG [partial], AC) and BRG (RS, CT) to discuss critical outstanding document requests [partial]. |
| 01/23/25 | R. Strong | 0.3 | $256.50 | Analyzed document request tracker in preparation for meeting with UCC Counsel regarding outstanding discovery. |
| 01/28/25 | C. Tergevorkian | 1.0 | $535.00 | Analyzed Cemeteries documents to understand to identify compliance with requests. |
| *Task Code: 200.90* | | *7.3* | *$5,043.50* | *Totals* |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 01/02/25 | C. Tergevorkian | 1.3 | $695.50 | Updated MOR analyses including bank balances, financials, receipts & disbursements for Committee monitoring of Debtor monthly activities. |



INTELLIGENCE THAT WORKS

# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 01/08/25 | J. Funk | 2.4 | $1,608.00 | Analyzed MOR financial statement and cash-flow trends for the period August 2023 through November 2024 for Committee monitoring of post-petition activities. |
| 01/08/25 | A. Stubbs | 0.5 | $170.00 | Made further updates to MOR trend analysis for Committee monitoring of post-petition activities. |
| 01/14/25 | R. Strong | 0.5 | $427.50 | Attended call with BRG (JF) regarding MOR monthly trend analysis for Committee monitoring of Debtor post-petition activity. |
| 01/14/25 | J. Funk | 0.5 | $335.00 | Met with BRG (RS) to evaluate the MOR trend analysis for the period August 2023 through November 2024 for Committee monitoring of post-petition activity. |
| 01/14/25 | J. Funk | 0.4 | $268.00 | Continued analyzing MOR financial statement and cash-flow trends for the period August 2023 through November 2024 for Committee evaluation of post-petition activities. |
| 01/17/25 | J. Funk | 0.5 | $335.00 | Continue to evaluate the MOR trends for monitoring of Debtor post-petition activity. |
| 01/21/25 | J. Funk | 1.1 | $737.00 | Updated the MOR financial statement and cash-flow trends for the period August 2023 through November 2024 for monitoring of post-petition activities. |
| 01/29/25 | A. Stubbs | 1.9 | $646.00 | Analyzed MOR cash receipt / disbursement activity trends (December 2024) to monitor Debtor post-petition monthly activities. |
| 01/29/25 | A. Stubbs | 0.5 | $170.00 | Updated comparative MOR income statement analysis to include data from December 2024 MOR to monitor Debtor post-petition monthly activities. |
| 01/29/25 | A. Stubbs | 0.4 | $136.00 | Updated comparative MOR balance sheet analysis to include data from December 2024 MOR to monitor Debtor post-petition monthly activities. |
| 01/29/25 | A. Stubbs | 0.4 | $136.00 | Updated ending MOR cash balance comparison analysis to include data from December 2024 MOR to monitor Debtor post-petition monthly activities. |
| *Task Code:* **220.00** | | *10.4* | *$5,664.00* | *Totals* |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 01/06/25 | A. Stubbs | 1.5 | $510.00 | Prepared horizontal analysis of income statements for asset analyses. |

Berkeley Research Group, LLC

Invoice for the 01/01/25 - 01/31/25 Period

Case: 23-30564    Doc# 1043    Filed: 03/04/25    Entered: 03/04/25 13:39:14    Page 11 of 29



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 01/06/25 | A. Stubbs | 1.0 | $340.00 | Prepared vertical analysis of income statements for asset analyses. |
| 01/06/25 | A. Stubbs | 0.3 | $102.00 | Prepared payee analysis of disbursement activities for asset investigation. |
| 01/17/25 | A. Stubbs | 0.3 | $102.00 | Analyzed investment pool account creation and setup documents for asset investigation. |
| 01/17/25 | R. Strong | 0.3 | $256.50 | Analyzed issues identified for further investigation to send inquiry to Debtor FA. |
| 01/22/25 | A. Stubbs | 2.0 | $680.00 | Revised MOR receipts and disbursements analysis for asset investigation. |
| 01/22/25 | J. Funk | 0.4 | $268.00 | Analyzed financial statement and cash-flow trends for asset analyses. |
| 01/28/25 | J. Funk | 0.2 | $134.00 | Analyzed historical Diocesan capital expenditures for ongoing asset analyses. |
| 01/29/25 | E. Madsen | 2.5 | $2,037.50 | Performed analysis for cemetery financial metrics for assessment of available funds to pay creditors. |
| 01/29/25 | C. Tergevorkian | 1.0 | $535.00 | Analyzed enterprise analysis to develop additional information for analysis. |
| 01/30/25 | C. Tergevorkian | 0.5 | $267.50 | Analyzed document productions regarding audit workpapers for ongoing asset analyses. |
| **Task Code: 300.00** | | **10.0** | **$5,232.50** | **Totals** |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 01/15/25 | C. Tergevorkian | 1.3 | $695.50 | Analyzed document productions to identify / evaluate RPSC provided documents for asset analysis. |
| 01/23/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed recently provided documents from Aprio relating to the audit workpapers for CASC (January 23, 2025) for asset analysis. |
| 01/24/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed recently provided documents from Aprio relating to the audit workpapers for CASC (January 23, 2025) for asset investigation. |
| 01/27/25 | R. Strong | 1.4 | $1,197.00 | Analyzed BPM audit work papers for information regarding enterprise asset analysis. |
| 01/27/25 | R. Strong | 0.7 | $598.50 | Analyzed Aprio 2004 productions of CASC 2021 audit work papers for asset analysis. |



| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 01/27/25 | R. Strong | 0.6 | $513.00 | Analyzed Aprio 2004 productions of CASC 2022 audit work papers for asset analysis. |
| 01/27/25 | R. Strong | 0.5 | $427.50 | Analyzed Aprio 2004 productions of CASC 2020 audit work papers for asset analysis. |
| 01/27/25 | R. Strong | 0.5 | $427.50 | Analyzed Aprio 2004 productions of CASC 2023 audit work papers for asset analysis. |
| 01/27/25 | R. Strong | 0.4 | $342.00 | Analyzed Aprio 2004 productions of CASC 2018 audit work papers for asset analysis. |
| 01/27/25 | R. Strong | 0.4 | $342.00 | Analyzed Aprio 2004 productions of CASC 2019 audit work papers for asset analysis. |
| 01/27/25 | R. Strong | 0.3 | $256.50 | Analyzed Aprio 2004 productions of CASC 2014 audit work papers for asset analysis. |
| 01/27/25 | R. Strong | 0.3 | $256.50 | Analyzed Aprio 2004 productions of CASC 2015 audit work papers for asset analysis. |
| 01/27/25 | R. Strong | 0.3 | $256.50 | Analyzed Aprio 2004 productions of CASC 2016 audit work papers for asset analysis. |
| 01/27/25 | R. Strong | 0.3 | $256.50 | Analyzed Aprio 2004 productions of CASC 2017 audit work papers for asset analysis. |
| ***Task Code: 302.00*** | | ***8.6*** | ***$6,425.00*** | ***Totals*** |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 01/06/25 | C. Tergevorkian | 1.8 | $963.00 | Analyzed recent document production (January 3, 2025 - Parish 2024 Financials) for asset analysis. |
| 01/06/25 | S. Chaffos | 1.3 | $572.00 | Analyzed DEBTOR022 document production of Parish 2024 financial statements (received 01/04/2025) for updates to asset analyses. |
| 01/07/25 | C. Tergevorkian | 1.8 | $963.00 | Evaluated Debtor's recent document production (January 3, 2025 - Parish Financials and Deposit & Loan docs) for asset analysis. |
| 01/16/25 | R. Strong | 1.2 | $1,026.00 | Analyzed income statement data for refinements to Schools ability-to-pay analyses. |
| 01/16/25 | R. Strong | 1.1 | $940.50 | Analyzed income statement data for refinements to Parish ability-to-pay analyses. |

Case: 23-30564   Doc# 1043   Filed: 03/04/25   Entered: 03/04/25 13:39:14   Page 13 of 29



| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 01/16/25 | R. Strong | 1.0 | $855.00 | Analyzed balance sheet data for refinements to Parish ability-to-pay analyses. |
| 01/16/25 | R. Strong | 0.9 | $769.50 | Analyzed balance sheet data for refinements to Schools ability-to-pay analyses. |
| 01/22/25 | R. Strong | 1.8 | $1,539.00 | Analyzed Parish financial statements for updates to ability-to-pay analyses in preparation for mediation. |
| 01/22/25 | R. Strong | 1.7 | $1,453.50 | Analyzed Parish School financial statement data for updates to ability-to-pay analyses in preparation for mediation. |
| 01/28/25 | C. Tergevorkian | 0.4 | $214.00 | Updated Parish/Schools ability-to-pay analysis (FY2019 - FY2023). |
| 01/30/25 | C. Tergevorkian | 2.6 | $1,391.00 | Analyzed Parish/School's Ability to Pay analysis regarding capital expenditures assessment. |
| 01/30/25 | R. Strong | 0.4 | $342.00 | Analyzed capital expenditure financial statement line items for updates to Parish ability-to-pay analysis. |
| 01/31/25 | C. Tergevorkian | 1.0 | $535.00 | Updated Parish/School's ability-to-pay analysis regarding capital / depreciation expenses. |
| 01/31/25 | R. Strong | 0.7 | $598.50 | Attended call with BRG (PS, CT) regarding updates to Parish / Parish Schools ability-to-pay analysis. |
| 01/31/25 | C. Tergevorkian | 0.7 | $374.50 | Met with BRG (PS, RS) to discuss updates to Parish/School's ability-to-pay analysis. |
| 01/31/25 | P. Shields | 0.7 | $626.50 | Met with BRG (RS, CT) regarding updates to Parish ability-to-pay analysis. |
| **Task Code: 304.00** | | **19.1** | **$13,163.00** | **Totals** |
| **310.00 - Asset Analysis (Cash / Bank Accounts - Debtors)** | | | | |
| 01/06/25 | C. Tergevorkian | 1.5 | $802.50 | Analyzed recent document production (January 3, 2025 - Deposit and Loan Bank Statements) for asset analysis updates. |
| 01/07/25 | S. Chaffos | 1.7 | $748.00 | Analyzed DEBTOR022 document production to identify Deposit & Loan affiliate account documents (received 01/04/2025) for asset analysis. |
| 01/31/25 | R. Strong | 1.8 | $1,539.00 | Analyzed historical deposit activity for ASF D&L for evaluation of assets identification of outstanding documentation. |
| 01/31/25 | R. Strong | 1.6 | $1,368.00 | Investigated Debtor audit workpapers for ASF historical D&L deposit participant activity for identification of outstanding documentation. |

Case: 23-30564    Doc# 1043    Filed: 03/04/25    Entered: 03/04/25 13:39:14    Page 14 of 29



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|------------|-------|--------|-------------|
| **310.00 - Asset Analysis (Cash / Bank Accounts - Debtors)** | | | | |
| 01/31/25 | R. Strong | 1.3 | $1,111.50 | Analyzed document productions regarding ASF D&L deposit participant account setup documents after 2022 for asset analysis. |
| 01/31/25 | R. Strong | 1.2 | $1,026.00 | Analyzed document productions regarding ASF D&L deposit participant statements after June 2022 for asset analysis. |
| *Task Code: 310.00* | | *9.1* | *$6,595.00* | *Totals* |
| **600.00 - Claims / Liability Analysis (General)** | | | | |
| 01/07/25 | A. Stubbs | 1.7 | $578.00 | Updated the professional fee analysis summary through November 2024 for Committee monitoring. |
| 01/07/25 | M. Kuhn | 0.5 | $90.00 | Updated professional fee analysis for November 2024 for Committee monitoring. |
| 01/10/25 | S. Chaffos | 1.1 | $484.00 | Analyzed the professional fee analysis through November 2024 for UCC Counsel. |
| 01/21/25 | M. Kuhn | 0.5 | $90.00 | Updated professional fees pursuant to UCC Counsel requests for Committee monitoring. |
| 01/28/25 | A. Stubbs | 1.1 | $374.00 | Updated professional fee analysis with data from recent interim fee application approval orders for Committee monitoring. |
| *Task Code: 600.00* | | *4.9* | *$1,616.00* | *Totals* |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 01/13/25 | R. Strong | 0.6 | $513.00 | Attended call with UCC Counsel (BM, GG, GB, JS [partial]) and BRG (MB, CT) regarding case issues / asset analyses. |
| 01/13/25 | C. Tergevorkian | 0.6 | $321.00 | Met with BRG (MB, RS) and UCC Counsel (BM, GG, GB, JS [partial]) to discuss cases issues / asset analyses. |
| 01/13/25 | M. Babcock | 0.6 | $477.00 | Met with UCC Counsel (JS [partial] BM, GB, GG) and BRG (RS, CT) to discuss case issues / asset analyses. |
| 01/20/25 | R. Strong | 0.5 | $427.50 | Attended call with UCC Counsel (BM, GB, GG) and BRG (CT, MB) regarding case status including outstanding document requests. |
| 01/20/25 | C. Tergevorkian | 0.5 | $267.50 | Met with BRG (MB, RS) and UCC Counsel (BM, GG, GB) to discuss case status including outstanding document requests. |
| 01/20/25 | M. Babcock | 0.5 | $397.50 | Met with UCC Counsel (BM, GB, GG) and BRG (RS, CT) to discuss case issues including outstanding document requests. |
| *Task Code: 1020.00* | | *3.3* | *$2,403.50* | *Totals* |

Case: 23-30564    Doc# 1043    Filed: 03/04/25    Entered: 03/04/25 13:39:14    Page 15 of 29



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 01/27/25 | R. Strong | 0.2 | $171.00 | Attended status call with UCC Counsel (BM, JS) and BRG (CT) in preparation for mediation. |
| 01/27/25 | C. Tergevorkian | 0.2 | $107.00 | Met with BRG (RS) and UCC Counsel (BM, JS) to discuss preparation for mediation |
| 01/29/25 | R. Strong | 1.8 | $1,539.00 | Evaluate ongoing analyses in preparation for call with UCC Counsel to discuss mediation issues. |
| 01/29/25 | R. Strong | 1.2 | $1,026.00 | Attended call with BRG (MB, PS, CT) to discuss additional mediation issues pursuant to UCC Counsel requests. |
| 01/29/25 | P. Shields | 1.2 | $1,074.00 | Met with BRG (RS, MB, CT) to evaluate additional mediation issues discussed with UCC Counsel. |
| 01/29/25 | M. Babcock | 1.2 | $954.00 | Met with BRG (RS, PS, CT) to discuss additional mediation issues pursuant to UCC Counsel inquires. |
| 01/29/25 | C. Tergevorkian | 1.2 | $642.00 | Met with BRG (RS, PS, MB) to address additional mediation issues requested by UCC Counsel. |
| 01/29/25 | R. Strong | 1.0 | $855.00 | Attended call with BRG (EM, PS, MB, CT) regarding asset analyses / assignments for mediation preparation pursuant to UCC Counsel meeting. |
| 01/29/25 | E. Madsen | 1.0 | $815.00 | Attended call with BRG (RS, PS, CT, MB) related to asset analyses / assignments for mediation preparation pursuant to UCC Counsel call. |
| 01/29/25 | C. Tergevorkian | 1.0 | $535.00 | Met with BRG (EM, PS, RS, MB) to discuss asset issues / assignments for mediation preparation based on UCC Counsel call. |
| 01/29/25 | P. Shields | 1.0 | $895.00 | Met with BRG (RS, MB, EM, CT) to evaluate asset analyses / assignments required for mediation preparation resulting form UCC Counsel call. |
| 01/29/25 | M. Babcock | 1.0 | $795.00 | Met with BRG (RS, PS, CT, EM) to discuss asset analyses / assignments for mediation preparation resulting from UCC Counsel meeting. |
| 01/29/25 | R. Strong | 0.5 | $427.50 | Attended call with UCC Counsel (GB, JS, BM) and BRG (PS, MB, CT) regarding mediation preparation. |
| 01/29/25 | C. Tergevorkian | 0.5 | $267.50 | Met with BRG (MB, PS, RS) and UCC Counsel (JS, GB, BM) to discuss mediation preparation. |
| 01/29/25 | P. Shields | 0.5 | $447.50 | Met with UCC Counsel (JS, BM, GB) and BRG (RS, MB, CT) regarding mediation preparation issues. |

Case: 23-30564    Doc# 1043    Filed: 03/04/25    Entered: 03/04/25 13:39:14    Page 16 of 29


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 01/29/25 | M. Babcock | 0.5 | $397.50 | Met with UCC Counsel (JS, BM, GB) and BRG (RS, PS, CT) to discuss mediation preparation. |
| 01/29/25 | R. Strong | 0.5 | $427.50 | Updated ongoing asset analysis with additional documents produced by Debtor in preparation for mediation. |
| *Task Code:* **1030.00** | | *14.5* | *$11,375.50* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 01/09/25 | M. Kuhn | 1.1 | $198.00 | Prepared BRG's monthly fee statement for December 2024. |
| 01/09/25 | M. Kuhn | 0.4 | $72.00 | Prepared LEDES file for BRG's November 2024 monthly fee statement at the request of UST / fee examiner. |
| 01/14/25 | M. Kuhn | 0.3 | $54.00 | Prepared BRG's rate change notice for 2025. |
| 01/17/25 | M. Kuhn | 0.6 | $108.00 | Continued to prepare BRG's monthly fee statement for December 2024. |
| 01/17/25 | R. Strong | 0.2 | $171.00 | Finalized December 2024 Monthly Fee Statement for filing. |
| *Task Code:* **1060.00** | | *2.6* | *$603.00* | *Totals* |
| **TOTALS** | | **90.4** | **$58,442.00** | |

Case: 23-30564    Doc# 1043    Filed: 03/04/25    Entered: 03/04/25 13:39:14    Page 17 of 29

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
          acaine@pszjlaw.com
          gbrown@pszjlaw.com
          bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No.: 23-30564 |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    STATE OF CALIFORNIA        )
                                          )
2    CITY OF LOS ANGELES          )

3           I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
4 California. I am over the age of 18 and not a party to the within action; my business address is 10100
Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5 On March 4, 2025, I caused to be served the **TWELFTH MONTHLY FEE STATEMENT OF**
6 **BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
7 **JANUARY 1, 2025 THROUGH JANUARY 31, 2025** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On March 4, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached. |

          I declare under penalty of perjury, under the laws of the State of California and the United
States of America that the foregoing is true and correct.

          Executed on March 4, 2025, at Los Angeles, California.


                            */s/ Maria R. Viramontes*
                            Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

3

| | |
|---|---|
| 1 | Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation |
| 2 | adiamond@diamondmccarthy.com |
| 3 | Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) |
| 4 | lukeeaton@cozen.com, monugiac@pepperlaw.com |
| 5 | David Elbaum on behalf of Interested Party Century Indemnity Company |
| 6 | david.elbaum@stblaw.com |
| 7 | Michael W Ellison on behalf of Interested Party First State Insurance Company |
| | mellison@sehlaw.com, kfoster@sehlaw.com |
| 8 | Stephen John Estey on behalf of Interested Party Dennis Fruzza |
| 9 | steve@estey-bomberger.com |
| 10 | Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| | tevanston@skarzynski.com |
| 11 | Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF |
| 12 | trevor.fehr@usdoj.gov |
| 13 | Robert David Gallo on behalf of Interested Party Appalachian Insurance Company |
| 14 | dgallo@phrd.com |
| 15 | Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF |
| | christina.goebelsmann@usdoj.gov |
| 16 | Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors |
| 17 | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 18 | John Grossbart on behalf of Interested Party Appalachian Insurance Company |
| 19 | john.grossbart@dentons.com, docket.general.lit.chi@dentons.com |
| 20 | John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co. |
| | docket.general.lit.chi@dentons.com |
| 21 | Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co. |
| 22 | joshua.haevernick@dentons.com |
| 23 | Robert G. Harris on behalf of Creditor Archbishop Riordan High School |
| | rob@bindermalter.com, RobertW@BinderMalter.com |
| 24 | Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF |
| 25 | deanna.k.hazelton@usdoj.gov |
| 26 | Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company |
| | jhess@plevinturner.com |
| 27 | Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company |
| 28 | tjacobs@phrd.com |

4

1 Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
2 daniel.james@clydeco.us

3 Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
4 chris.johnson@diamondmccarthy.com

5 Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
6 jkahane@skarzynski.com

7 Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com
8

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
9 okatz@sheppardmullin.com, LSegura@sheppardmullin.com

10 Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
11

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
12 david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com

13 Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
14

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
15 llinsky@mwe.com

16 John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
17 jlucas@pszjlaw.com, ocarpio@pszjlaw.com

18 Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
19 bluu@duanemorris.com

20 Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
21

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
22 AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

23 Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
24

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
25 docket.general.lit.chi@dentons.com

26 Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
27 bmichael@pszjlaw.com

28 Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies

5

amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@skarzynski.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
Katie.Rios@wbd-us.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Devin Miles Storey on behalf of Creditor John MS Roe SF
dms@zalkin.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

6

| | |
|---|---|
| 1 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 2 | catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 3 | Edward J. Tredinnick on behalf of Creditor Claimant No. 638 |
| 4 | etredinnick@foxrothschild.com |
| 5 | Miranda Turner on behalf of Interested Party Century Indemnity Company mturner@plevinturner.com |
| 6 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company |
| 7 | bkfilings@ruggerilaw.com |
| 8 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company mweiss@phrd.com |
| 9 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company |
| 10 | hwinsberg@phrd.com |
| 11 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 12 | yongli.yang@clydeco.us |

7

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris 2775 Park Ave Santa Clara, CA 95050 | | rob@bindermalter.com robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair Timothy Burns Brian P Cawley | | jbair@burnsbair.com aturgeon@burnsbair.com kdempski@burnsbair.com tburns@burnsbair.com bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879 Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142 Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente Attn: Jason J Chorley 150 California St, 15th Fl San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan 30 S Wacker Dr, Ste 2600 Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima Attn: Yongli Yang Attn: Jason J Chorley Attn: Daniel James Attn: Michael Norton | | Nancy.Lima@clydeco.us yongli.yang@clydeco.us jason.chorley@clydeco.us Robert.willis@clydeco.us daniel.james@clydeco.us michael.norton@clydeco.us |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy 388 Market St, Ste 1000 San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig 2001 Addison St, Ste 300 Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick 1999 Harrison St, Ste 1300 Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy Attn: John Grossbart 233 S Wacker Dr, Ste 5900 Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com; patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond Attn: Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>BLuu@duanemorris.com<br>TWEvanston@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Andrew Mina<br>Betty Luu | | amina@duanemorris.com<br>BLuu@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com<br>monugiac@pepperlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region1@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin 580 California St, 12th Fl San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess 1701 Pennsylvania Ave, NW, Ste 200 Washington, D.C. 20004 | | mturner@plevinturner.com jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq. 315 St., 10th Fl San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln 2121 Ave of the Stars, Ste 2800 Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M O'Alelio Attn: Taylore E Karpa Schollard 800 Boylston St, Ste 2500 Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain Attn: Joshua Weinberg 1875 K St NW, Ste 600 Washington, DC 20006-1251 | | Arolain@ruggerilaw.com jweinberg@ruggerilaw.com bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl City Hall, Room 168 San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax P.O. Box 7426 San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz Attn: Alan H Martin 4 Embarcadero Ctr, 17th Fl San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim Attn: Ori Katz | | jekim@sheppardmullin.com dgatmen@sheppardmullin.com okatz@sheppardmullin.com LSegura@sheppardmullin.com lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum Pierce MacConaghy | | david.elbaum@stblaw.com janie.franklin@stblaw.com pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet 2000 Powell St, Ste 830 Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston Attn: Nathan Reinhardt 663 W 5th St, 26th Fl Los Angeles, CA 90071 | | jkahane@skarzynski.com tevanston@skarzynski.com nreinhardt@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison 2151 Michelson Dr, Ste 185 Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867 Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way San Francisco, CA 94109 | | |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |