| | |
|---|---|
| In re: | Case No. 23-30564-DM |
| The Roman Catholic Archbishop of San Fra | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 03, 2025 | Form ID: TRANSC | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Brittany M. Michael, PACHULSKI STANG ZIEHL & JONES LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: rpfister@pslawllp.com | Mar 04 2025 01:43:00 | Robert J. Pfister, Pfister & Saso, LLP, 10250 Constellation Boulevard, Suite 2300, Los Angeles, CA 90067 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 05, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan H. Martin | on behalf of Debtor The Roman Catholic Archbishop of San Francisco AMartin@sheppardmullin.com lwidawskyleibovici@sheppardmullin.com |
| Allan B Diamond | on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation adiamond@diamondmccarthy.com |
| Amanda L. Cottrell | on behalf of Debtor The Roman Catholic Archbishop of San Francisco acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| Andrew Mina | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies amina@duanemorris.com |

Annette Rolain
: on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com

Betty Luu
: on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies bluu@duanemorris.com

Blaise S Curet
: on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation bcuret@spcclaw.com

Brian P Cawley
: on behalf of Creditor Committee The Official Committee of Unsecured Creditors bcawley@burnsbair.com

Brittany Mitchell Michael
: on behalf of Creditor Committee The Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Catalina Sugayan
: on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Cheryl C. Rouse
: on behalf of Creditor Victoria Castro rblaw@ix.netcom.com

Christina Lauren Goebelsmann
: on behalf of U.S. Trustee Office of the U.S. Trustee / SF christina.goebelsmann@usdoj.gov

Christina Marie Lincoln
: on behalf of Interested Party Appalachian Insurance Company clincoln@robinskaplan.com LCastiglioni@robinskaplan.com

Christopher D. Johnson
: on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation chris.johnson@diamondmccarthy.com

Daniel James
: on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies daniel.james@clydeco.us

Darren Azman
: on behalf of Interested Party Sacred Heart Cathedral Preparatory dazman@mwe.com mco@mwe.com

David Elbaum
: on behalf of Interested Party Century Indemnity Company david.elbaum@stblaw.com

David S. Kupetz
: on behalf of Interested Party Daughters of Charity Foundation david.kupetz@troutman.com Mylene.Ruiz@lockelord.com

Deanna K. Hazelton
: on behalf of U.S. Trustee Office of the U.S. Trustee / SF deanna.k.hazelton@usdoj.gov

Debra I. Grassgreen
: on behalf of Creditor Committee The Official Committee of Unsecured Creditors dgrassgreen@pszjlaw.com hphan@pszjlaw.com

Devin Miles Storey
: on behalf of Creditor John MS Roe SF dms@zalkin.com

Douglas B. Provencher
: on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com

Edward J. Tredinnick
: on behalf of Creditor Claimant No. 638 etredinnick@foxrothschild.com

Gail S. Greenwood
: on behalf of Creditor Committee The Official Committee of Unsecured Creditors ggreenwood@pszjlaw.com rrosales@pszjlaw.com

George Calhoun
: on behalf of Interested Party Century Indemnity Company george@ifrahlaw.com

Gillian Nicole Brown
: on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbrown@pszjlaw.com

Hagop T. Bedoyan
: on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com

Harris Winsberg
: on behalf of Interested Party Appalachian Insurance Company hwinsberg@phrd.com

James I. Stang
: on behalf of Creditor Committee The Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jared A. Day
: on behalf of U.S. Trustee Office of the U.S. Trustee / SF jared.a.day@usdoj.gov

Jason Blumberg
> on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov ustpregion17.sf.ecf@usdoj.gov

Jason Chorley
> on behalf of Interested Party Century Indemnity Company jason.chorley@clydeco.us Robert.willis@clydeco.us

Jason D. Strabo
> on behalf of Interested Party Sacred Heart Cathedral Preparatory jstrabo@mwe.com dnorthrop@mwe.com

Jason E. Rios
> on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com docket@ffwplaw.com

Jeannie Kim
> on behalf of Debtor The Roman Catholic Archbishop of San Francisco jekim@sheppardmullin.com dgatmen@sheppardmullin.com

Jeff D. Kahane
> on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies jkahane@skarzynski.com

Jennifer Witherell Crastz
> on behalf of Creditor City National Bank jcrastz@hemar-rousso.com

Jesse Bair
> on behalf of Creditor Committee The Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com

John Bucheit
> on behalf of Interested Party Appalachian Insurance Company jbucheit@phrd.com

John Grossbart
> on behalf of Interested Party St. Paul Fire and Marine Insurance Co. docket.general.lit.chi@dentons.com

John Grossbart
> on behalf of Interested Party Appalachian Insurance Company john.grossbart@dentons.com docket.general.lit.chi@dentons.com

John William Lucas
> on behalf of Creditor Committee The Official Committee of Unsecured Creditors jlucas@pszjlaw.com ocarpio@pszjlaw.com

Jordan Anthony Hess
> on behalf of Interested Party Century Indemnity Company jhess@plevinturner.com

Joshua D Weinberg
> on behalf of Interested Party First State Insurance Company bkfilings@ruggerilaw.com

Joshua K Haevernick
> on behalf of Interested Party St. Paul Fire and Marine Insurance Co. joshua.haevernick@dentons.com

Kathleen Mary Derrig Rios
> on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco Katie.Rios@wbd-us.com

Lisa Arlyn Linsky
> on behalf of Interested Party Sacred Heart Cathedral Preparatory llinsky@mwe.com

Luke N. Eaton
> on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) lukeeaton@cozen.com monugiac@pepperlaw.com

M. Keith Moskowitz
> on behalf of Interested Party Appalachian Insurance Company keith.moskowitz@dentons.com

Mark D. Plevin
> on behalf of Interested Party Century Indemnity Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Matthew Roberts
> on behalf of Interested Party Appalachian Insurance Company mroberts@phrd.com

Matthew Michael Weiss
> on behalf of Interested Party Appalachian Insurance Company mweiss@phrd.com

Melissa M D'Alelio
> on behalf of Interested Party Appalachian Insurance Company mdalelio@robinskaplan.com

Michael Norton
> on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies michael.norton@clydeco.us nancy.lima@clydeco.us

Michael W Ellison
> on behalf of Interested Party First State Insurance Company mellison@sehlaw.com kfoster@sehlaw.com

Michele Nicole Detherage
> on behalf of Interested Party Appalachian Insurance Company mdetherage@robinskaplan.com

Miranda Turner
    on behalf of Interested Party Century Indemnity Company mturner@plevinturner.com

Nathan W. Reinhardt
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies nreinhardt@skarzynski.com

Office of the U.S. Trustee / SF
    USTPRegion17.SF.ECF@usdoj.gov

Ori Katz
    on behalf of Debtor The Roman Catholic Archbishop of San Francisco okatz@sheppardmullin.com LSegura@sheppardmullin.com

Patrick Maxcy
    on behalf of Interested Party Appalachian Insurance Company patrick.maxcy@dentons.com docket.general.lit.chi@dentons.com

Patrick Maxcy
    on behalf of Interested Party St. Paul Fire and Marine Insurance Co. docket.general.lit.chi@dentons.com

Paul J. Pascuzzi
    on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com docket@ffwplaw.com

Phillip John Shine
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov

Pierce MacConaghy
    on behalf of Interested Party Century Indemnity Company pierce.macconaghy@stblaw.com janie.franklin@stblaw.com

Robert David Gallo
    on behalf of Interested Party Appalachian Insurance Company dgallo@phrd.com

Robert G. Harris
    on behalf of Creditor Archbishop Riordan High School rob@bindermalter.com RobertW@BinderMalter.com

Robert J. Pfister
    on behalf of Creditor Shajana Steele rpfister@pslawllp.com

Robert M Charles, Jr
    on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco Robert.Charles@wbd-us.com

Stephen John Estey
    on behalf of Interested Party Dennis Fruzza steve@estey-bomberger.com

Taylore Karpa Schollard
    on behalf of Interested Party Appalachian Insurance Company tkarpa@robinskaplan.com

Timothy W. Burns
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com

Timothy W. Evanston
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies tevanston@skarzynski.com

Todd C. Jacobs
    on behalf of Interested Party Appalachian Insurance Company tjacobs@phrd.com

Trevor Ross Fehr
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov

Yongli Yang
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies yongli.yang@clydeco.us

TOTAL: 76

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** <br><br> The Roman Catholic Archbishop of San Francisco | Case No.: 23−30564 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 27, 2025 was filed on February 28, 2025. The following deadlines apply:

The parties have until Friday, March 7, 2025 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Friday, March 21, 2025.

If a request for redaction is filed, the redacted transcript is due Monday, March 31, 2025.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Thursday, May 29, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/5/25

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court