TIMOTHY W. BURNS (admitted *pro hac vice*)
Wisconsin Bar #1068086
JESSE J. BAIR (admitted *pro hac vice*)
Wisconsin Bar #1083779
**BURNS BAIR LLP**
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
          jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

*In re:*

THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO,

Debtor and Debtor in Possession.

Case No. 23-30564

Chapter 11

**COVER SHEET TO FOURTH INTERIM FEE APPLICATION OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2024 THROUGH JANUARY 31, 2025**

Judge:  Hon. Dennis Montali
Date:  April 10, 2025
Time:  1:30 p.m. (Pacific Time)
Objection Deadline:  March 20, 2025
Place:  United States Bankruptcy Court
          450 Golden Gate Avenue
          San Francisco, California 94102

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Name of Client: | The Official Committee of Unsecured Creditors |
| Time period covered by this application: | October 1, 2024 – January 31, 2025 |
| Total compensation sought this period: | $152,429.00 |
| Total expenses sought this period: | $11,365.68 |
| Petition date: | August 21, 2023 |
| Retention date: | October 19, 2023 |
| Date of Order approving employment: | November 29, 2023 |
| Total compensation allowed by interim order to date: | $458,559.00 |
| Total expenses allowed by interim order to date: | $6,567.53 |
| Total compensation approved by interim order to date: | $458,559.00 |
| Total expenses approved by interim order to date: | $6,567.53 |
| Blended rate in the Interim Application for all attorneys: | $739.19 |
| Blended rate in the Interim Application for all timekeepers: | $725.51 |
| Fees sought in this application already paid pursuant to a monthly fee statement but not yet allowed: | $91,284.80 |
| Expenses sought in this application already paid pursuant to a monthly fee statement but not yet allowed: | $5,548.11 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals included in this application: | 8 |
| Number of professionals billing fewer than 15 hours to the case during this period: | 4 |
| Are any rates higher than those approved or disclosed at retention? | No |
| Interim or Final: | Interim |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Date Filed & Docket | Period Covered | Total Compensation and Expenses Incurred | | Total Amount Requested with Monthly Fee Statement | | Total Amount Paid to Date | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (80%) | Expenses (100%) |
| 12/02/2024 [Dkt. 933] | 10/1/2024 – 10/31/2024 | $33,317.00 | $5.01 | $26,653.60 | $5.01 | $26,653.60 | $5.01 |
| 12/26/2024 [Dkt. 956] | 11/1/2024 – 11/30/2024 | $42,050.00 | $5,228.58 | $33,616.00 | $5,228.58 | $33,616.00 | $5,228.58 |
| 1/30/2025 [Dkt. 973] | 12/1/2024 - 12/31/2024 | $38,769.00 | $314.52 | $31,015.20 | $314.52 | $32,208.80 | $314.52 |
| 3/04/2025 [Dkt. 1039] | 1/1/2025 – 1/31/2025 | $38,323.00 | $5,817.57 | $30,658.40 | $5,817.57 | $0 | $0 |

Summary of Any Objections to Monthly Fee Statements:  None

Compensation and Expenses Sought in this Interim Fee Application Not Yet Paid: $66,961.77

TIMOTHY W. BURNS (admitted *pro hac vice*)
Wisconsin Bar #1068086
JESSE J. BAIR (admitted *pro hac vice*)
Wisconsin Bar #1083779
**BURNS BAIR LLP**
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2302
Email:  tburns@burnsbair.com
            jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| *In re:*<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**FOURTH INTERIM FEE APPLICATION OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2024 THROUGH JANUARY 31, 2025**<br><br>Judge:  Hon. Dennis Montali<br>Date:    April 10, 2025<br>Time:    1:30 p.m. (Pacific Time)<br>Objection Deadline: March 20, 2025<br>Place:  United States Bankruptcy Court<br>        450 Golden Gate Avenue<br>        San Francisco, California 94102 |

Burns Bair LLP (the "**Applicant**" or "**Burns Bair**"), special insurance counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the Roman Catholic Archbishop of San Francisco (the "**Debtor**") in the above captioned chapter 11 case (the "**Chapter 11 Case**") hereby submits its Fourth Interim Fee Application (the "**Interim Application**"), for an order, in substantially the form attached hereto as **Exhibit A**, pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the United States

Trustee Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "**U.S. Trustee Guidelines**"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* (the "**Northern District Guidelines**"), and the Local Bankruptcy Rules for the Northern District of California (the "**Local Rules**"), and the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "**Interim Compensation Order**") [Dkt. No. 212] entered by the Court on October 16, 2023, for interim approval and allowance of (i) compensation for professional services rendered to the Committee from October 1, 2024 through January 31, 2025 (the "**Interim Fee Period**") and (ii) reimbursement of expenses incurred in connection with such services; and, in support thereof, respectfully represents as follows:

## PRELIMINARY STATEMENT

1.     Since Burns Bair's retention by the Committee on October 19, 2023, Burns Bair has been actively engaged in all aspects of the case with the goal of maximizing insurance recoveries to unsecured creditors of the Debtor.  Upon its retention, Burns Bair reviewed and analyzed the Debtor's historical insurance policy materials, researched and analyzed the insurers' purported coverage defenses and potential insurance litigation and settlements strategies for the Committee, presented to the Committee on case insurance issues, and began to develop the Committee's overall insurance strategy, among other time-sensitive tasks.

2.     These efforts have required Burns Bair to work closely with the Committee and its lead counsel to keep the Committee informed throughout this Chapter 11 Case. Burns Bair has also worked with the Debtor and its professional advisors, always with the goal of maximizing insurance returns for the unsecured creditors.

3.     The Interim Application is based upon the points and authorities cited herein, the Declaration of Jesse J. Bair, filed concurrently herewith, the exhibits attached thereto, the pleadings, papers, and records on file in this case, and any evidence or argument that the Court may entertain at the time of the hearing on the Interim Application.

4.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. sections 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Local Rules.  This is a core proceeding pursuant to 28 U.S.C. section 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. sections 1408 and 1409.

## CASE BACKGROUND AND STATUS

### A.     Debtor's Bankruptcy Proceedings

5.     The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on August 21, 2023 (the "**Petition Date**").  The Debtor continues to operate its business and manages its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  By Order dated February 29, 2024, the Court appointed Elise S. Frejka as fee examiner in this Chapter 11 Case [Dkt. No. 517].  To date, the Debtor has not filed a plan or disclosure statement, and the Applicant does not know when the Debtor anticipates filing one.

### B.     Selection of the Committee

6.     On September 1, 2023, pursuant to Section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "**U.S. Trustee**") selected interested creditors to serve on the Committee.  Pursuant to section 1102(a)(1) of the Bankruptcy Code, the U.S. Trustee appointed nine members to serve on the Committee.  On September 14, 2023, the Committee selected Pachulski Stang Ziehl & Jones LLP as its lead counsel.  On October 19, 2023, the Committee selected Burns Bair LLP as special insurance counsel.

### C.     The Committee's Retention of Burns Bair

7.     On November 29, 2023, the Court entered the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Burns Bair LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors,* effective October 19, 2023 [Dkt. No. 348] (the "**Retention Order**").  The Retention Order authorizes compensation and reimbursement to Burns Bair in accordance with the Bankruptcy Code, the

Bankruptcy Rules, the Northern District Guidelines, the Local Rules, and the Interim Compensation Order. Subject to Burns Bair's application to the Court, the Debtor is authorized by the Retention Order to compensate Burns Bair at its standard hourly rates for services performed and to reimburse it for actual and necessary expenses incurred. The Retention Order authorizes Burns Bair to provide the following services to the Committee: (1) analyze, investigate, and assess the availability of coverage under the Debtor's insurance policies; (2) represent the Committee in any adversary proceedings by and between the Debtor and its insurers; (3) engage in potential mediation and/or other resolution of the claims, demands, and/or lawsuits related to the Debtor's insurance policies; (4) advise, negotiate, and advocate on behalf of the Committee with respect to the Debtor's insurance policies; and (5) provide related advice and assistance to the Committee as necessary [Dkt No. 323].

**D. Summary of Professional Compensation and Reimbursement of Expenses Requested**

8. By this Interim Application, the Applicant seeks interim allowance of compensation in the amount of **$152,429.00** and actual and necessary expenses in the amount of **$11,365.68** for a total allowance of **$163,794.68** for the Interim Fee Period.

9. All services for which Burns Bair requests compensation were performed for or on behalf of the Committee. Burns Bair has received no promises of payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application.

10. There is no agreement or understanding between Burns Bair and any other person other than the partners of Burns Bair for the sharing of compensation to be received for services rendered in this Chapter 11 Case. In connection with the Chapter 11 Case, as of this date, Burns Bair has been paid **$91,284.80** in fees and **$5,548.11** in expenses for the fees and expenses sought in this Interim Application.

11. Burns Bair has billed the Committee in accordance with its existing billing rates and procedures in effect during the Interim Fee Period. These rates are the same rates Burns Bair charges for services rendered by its attorneys and paraprofessionals in comparable matters and are reasonable given the compensation charged by comparably skilled practitioners in

similar matters in both the California and national markets. The Summary Sheet filed herewith contains tables listing the Burns Bair attorneys and paraprofessionals who have performed services for the Committee during the Interim Fee Period, including their job titles, hourly rates, aggregate number of hours worked in this matter, and, for attorneys, the year in which each professional was licensed to practice law. Exhibit D also contains a table summarizing the hours worked by the Firm's attorneys and paraprofessionals broken down by project billing code. Burns Bair maintains computerized time records, which have been filed on the docket with the Firm's monthly fee statements and furnished to the Committee, the Debtor, and the U.S. Trustee in the format specified by the Interim Compensation Order and are attached hereto as Exhibit F. The Committee has reviewed and approved on a monthly basis the fees and expenses requested herein.

12. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Interim Fee Period but were not processed prior to the preparation of this Application, Burns Bair reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## SUMMARY OF SERVICES PERFORMED
## BY BURNS BAIR DURING THE INTERIM FEE PERIOD

13. During the Interim Fee Period, Burns Bair professionals expended 210.10 hours on behalf of the Committee. Of this, 87.80 hours were expended by Burns Bair partners, 115.10 by Burns Bair associates, and 7.20 by paraprofessionals. In accordance with the Interim Compensation Order, the Northern District Guidelines, the U.S. Trustee Guidelines, and the Local Rules, Burns Bair has classified services performed into four specific categories set forth below. Burns Bair has attempted to place the services provided in the category that best relates to such services; because certain services may relate to one or more categories, however, services pertaining to one category may in fact be included in another category. The following summary of services rendered during the Interim Fee Period is not intended to be a detailed description of the work performed. Rather, it merely highlights certain project billing categories in which

significant services were rendered by Burns Bair, as well as identifies some of the issues Burns Bair was required to address.

**A. Committee Meetings**
**Fees: $9,425.00; Total Hours: 11.90**

14. During the Interim Fee Period, Burns Bair attorneys attended Committee meetings and state court counsel meetings for the purpose of advising on case insurance issues. Meetings with the Committee and their state court counsel are a necessary aspect of Burns Bair's legal representation of the Committee.

**B. Fee Applications**
**Fees: $7,610.00; Total Hours: 13.50**

15. During the Interim Fee Period, Burns Bair prepared four Monthly Fee Statements for the periods of September 1, 2024 through September 30, 2024 [Dkt. No. 870], October 1, 2024 through October 31, 2024 [Dkt. 933], November 1, 2024 through November 30, 2024 [Dkt. No. 956], and December 1, 2024 through December 31, 2024 [Dkt. No. 973]. Burns Bair also prepared its Third Interim Fee Application [Dkt. No. 894].

**C. Insurance Recovery Activities**
**Fees: $135,394.00; Total Hours: 184.70**

16. In addition to the above described tasks, during the Interim Fee Period, Burns Bair expended a considerable number of hours on behalf of the Committee performing additional insurance recovery activities including, but not limited to, preparing for and participating in numerous in-person and Zoom mediation sessions; reviewing and analyzing supplemental insurance document productions from the insurers and the debtor, including revising the Committee's coverage chart in light of same; participating in meet and confers with the Debtor regarding case insurance issues and reconciliation of the parties' coverage charts; legal research and factual analysis regarding insurance issues surrounding lift stay and test case issues; continued research of California insurance law on particular topics in connection with potential Committee insurance litigation and settlement strategies, as well as potential Plan structures; and continue formulating overall insurance strategy on behalf of the Committee, including

consideration of mediation issues, Plan structure, and potential test cases and/or insurance demands. These tasks are not meant to be a detailed description of all work performed.

### ACTUAL AND NECESSARY DISBURSEMENTS

17. During the Interim Fee Period, Burns Bair incurred a total of **$11,365.68** in expenses. These expenses relate primarily to travel in connection with in-person mediation sessions, database hosting fees, and payment for court fees. These expenses are reasonable and necessary for the administration of the Chapter 11 Case.

### LEGAL BASIS FOR INTERIM COMPENSATION

18. The professional services for which Burns Bair requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Burns Bair's professional responsibilities as special insurance counsel for the Committee in this Chapter 11 Case. Burns Bair's services have been necessary and beneficial to the Committee, the Debtor, its estate, creditors, and other parties of interest.

19. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Burns Bair respectfully submits that the amount requested by Burns Bair is fair and reasonable given the complexity of the Chapter 11 Case, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Burns Bair has reviewed the requirements of the Interim Compensation Order, the Northern District Guidelines, and the UST Guidelines and believes that the Interim Application complies with all of them.

### COMPLIANCE WITH LARGE CASE REQUIREMENTS

20. Charts and tables based on such forms, and certain other exhibits, are attached and filled out with data to the extent relevant to this Chapter 11 Case:

**Exhibit B:** Customary and Comparable Compensation Disclosures with Fee Applications;

**Exhibit C:** Summary of Timekeepers in this Application;

**Exhibit D**: Summary of Compensation by Project Category;

**Exhibit E:** Summary of Expense Reimbursement; and

**Exhibit F:** Detailed records for the Compensation Period.

21.     Pursuant to paragraph C.5 of the Large Case Guidelines, Burns Bair provides the following statements:

| | |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No. |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees. | No. Any time worked on these tasks would have been in connection with preparing monthly fee statements. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | In connection with preparing monthly fee statements, Burns Bair spent approximately .90 hours reviewing invoices for privilege or other confidential information. |
| If the fee application includes any rate increases since retention:<br>i. Did your client review and approve those rate increases in advance?<br>ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458? | N/A |

**AVAILABLE FUNDS**

22.    The Applicant understands that the Debtor's estate has sufficient funds available to pay the fees and costs sought herein.

**NOTICE**

Notice of the Interim Application has been provided to parties in interest in accordance with the procedures set forth in the Interim Compensation Order.  Burns Bair submits that, in view of the facts and circumstances of the Chapter 11 Case, such notice is sufficient, and no other or further notice need be provided.

**CONCLUSION**

Burns Bair respectfully requests an interim allowance to Burns Bair as compensation for fees in the amount of **$152,429.00** and actual and necessary expenses in the amount of **$11,365.68** for a total allowance of **$163,794.68**; and for such other and further relief as this Court deems proper.

Dated: March 6, 2025                     Respectfully submitted,

                                         **BURNS BAIR LLP**

                                         By: */s/ Jesse J. Bair*
                                              Jesse J. Bair

                                         *Special Insurance Counsel for the Official*
                                         *Committee of Unsecured Creditors*

# Exhibit A

Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
        jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>           Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING FOURTH INTERIM APPLICATION OF BURNS BAIR LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2024 THROUGH JANUARY 31, 2025**<br><br>Judge:  Honorable Dennis Montali<br>Date:   April 10, 2025<br>Time:   1:30 p.m.<br>Place:  United States Bankruptcy Court<br>          450 Golden Gate Avenue<br>          San Francisco, California 94102 |

On April 10, 2025 at 1:30 p.m., the matter of the *Fourth Interim Application of Burns Bair LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2024 through January 31, 2025* (the "Application") [Docket No. ____], filed by Burns Bair LLP ("Burns Bair"), special insurance counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case, came before this Court for hearing.

The Court has reviewed and considered the Application and the declaration in support thereof, the *Fee Examiner's Consolidated Final Report Regarding Fourth Interim Fee Applications* (the "Fee Examiner Report") [Docket No. _____], and the statements of counsel at the hearing on the Application.

The Court hereby adopts the recommendations in the Fee Examiner's Report as they pertain to Burns Bair.  Accordingly,

**IT IS HEREBY ORDERED** that:

1.      The Application is GRANTED in the amounts set forth in the Fee Examiner Report.

2.      Burns Bair's fees in the amount of $152,429.00 and expenses in the amount of $11,365.68 are hereby approved on an interim basis.

3.      The Debtor is authorized and directed immediately to pay Burns Bair a total of $66,961.77, reflecting the remaining balance due under the Application.

APPROVED AS TO FORM:

_____
Elise S. Frejka, Fee Examiner

**\*\*\* END OF ORDER \*\*\***

1                                            **Court Service List**

2 Registered ECF participants only.

# EXHIBIT B

## Customary and Comparable Disclosures with Fee Applications

**Privacy Act Statement.** 28 U.S.C. § 586(a)(3)(A) authorizes the collection of this information. The United States Trustee will use the information contained in this form to evaluate whether compensation and reimbursement of expenses filed by attorneys in larger chapter 11 cases - those cases with $50 million or more in assets and $50 million or more in liabilities - are appropriate and reasonable pursuant to 11 U.S.C. § 330. Disclosure of this information may be to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: **https://www.gpo.gov/fdsys/pkg/FR-2006-10-11/pdf/E6-16814.pdf**.

Failure to provide this information could result in an objection to your fee application, or other action by the United States Trustee. 11 U.S.C. § 330.

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | BILLED[1]<br>Firm for proceeding year, excluding bankruptcy | BILLED<br>In the Interim Fee Period |
| Partner | $977.79 | $1,004.51 |
| Associate | $513.45 | $536.79 |
| Paralegal | $374.81 | $340.00 |
| All Timekeepers Aggregated | $622.67 | $725.51 |

Case Name:      Roman Catholic Archbishop of San Francisco
Case Number:      23-BK-30564
Applicant's Mame:      Burns Bair LLP
Date of Application:      March 6, 2025
Interim or Final:      Interim

---

[1] In addition to traditional hourly matters, Burns Bair also worked on contingent cases where hours are tracked each month, but not billed to the client.

# EXHIBIT C

## Summary of Timekeepers Included in this Interim Fee Application

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | TOAL FEES |
|---|---|---|---|---|---|
| Timothy W. Burns | Partner | 1991 | $1,120.00 | 45.80 | $51,296.00 |
| Jesse J. Bair | Partner | 2013 | $900.00 | 41.00 | $36,900.00 |
| Jesse J. Bair | | | | 1.00 | No Charge |
| Morgan K. Stippel | Associate | 2018 | $550.00 | 8.40 | $4,620.00 |
| Brian P. Cawley | Associate | 2020 | $550.00 | 87.70 | $48,235.00 |
| Alexander Castro | Associate | 2024 | $470.00 | 7.00 | $3,290.00 |
| Katherine L. Sticklen | Associate | 2024 | $470.00 | 12.00 | $5,640.00 |
| Brenda Horn-Edwards | Paralegal | N/A | $340.00 | 5.80 | $1,972.00 |
| Karen Dempski | Paralegal | N/A | $340.00 | 1.40 | $476.00 |
| | | | **Total:** | **210.10** | **$152,429.00** |

**<u>EXHIBIT D</u>**

**Summary of Compensation Requested by Category**

| Category | Hours Billed this Fee Period | Total for Fee Statement |
|---|---|---|
| Committee Meetings | 11.90 | $9,425.00 |
| Fee Applications | 13.50 | $7,610.00 |
| Insurance Recovery Activities | 184.70 | $135,394.00 |
| **Total:** | **210.10** | **$152,429.00** |

## **EXHIBIT E**

### **Summary of Expense Reimbursement**

| Expense Category | Total Expenses |
|---|---|
| Court Fees | $331.05 |
| Database Hosting, CloudNine | $941.50 |
| Electronic Court Records, PACER | $4.00 |
| Postage | $4.04 |
| Travel (flights, taxi, hotels, meals, parking) | $10,085.09 |
| **TOTAL:** | **$11,365.68** |

# Exhibit F



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :**     11/19/2024

**Bill # :**     01585

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 10/8/2024 | Jesse Bair | Review agenda for Committee meeting (.1); participate in Committee meeting for insurance purposes (1.2); participate in conference with T. Burns re outcome of Committee meeting and case next-steps (.1); | 1.40 | $1,260.00 |
| 10/23/2024 | Jesse Bair | Participate in Committee meeting for insurance purposes re case mediation issues (1.4); participate in conference with T. Burns re outcome of same (.1); | 1.50 | $1,350.00 |
| | | **Totals for Committee Meetings** | **2.90** | **$2,610.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 10/10/2024 | Jesse Bair | Correspond with PSZJ and B. Horn-Edwards re fee examiner request for LEDEs data (.1); | 0.10 | $90.00 |
| 10/10/2024 | Brenda Horn-Edwards | Generate LEDES data for Burns Bair third interim fee application and email to E. Frejka and J. Blumberg (.1); | 0.10 | $34.00 |
| 10/11/2024 | Jesse Bair | Correspond with G. Brown re monthly fee statements (.1); | 0.10 | $90.00 |
| 10/14/2024 | Jesse Bair | Review Burns Bair invoice for privilege and confidential information (.9); correspond with B. Horn-Edwards re monthly fee statement (.1); | 1.00 | $900.00 |
| 10/15/2024 | Jesse Bair | Correspond with B. Horn-Edwards re next round of interim professional fee applications (.1); | 0.10 | $90.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/15/2024 | Brenda Horn-Edwards | Draft Burns Bair third interim fee application (1.5); correspond with J. Bair re same (.1); | 1.60 | $544.00 |
| 10/15/2024 | Brenda Horn-Edwards | Draft exhibits to Burns Bair third interim fee application (.8); | 0.80 | $272.00 |
| 10/15/2024 | Brenda Horn-Edwards | Draft declaration of J. Bair in support of Burns Bair third interim fee application (.2); | 0.20 | $68.00 |
| 10/18/2024 | Jesse Bair | Correspond with PSZJ re monthly fee statements (.1); | 0.10 | $90.00 |
| 10/21/2024 | Brenda Horn-Edwards | Draft monthly professional fee statement and certificate of service (.2); correspond with J. Bair (.1); | 0.30 | $102.00 |
| 10/21/2024 | Brenda Horn-Edwards | File and serve Burns Bair monthly professional fee statement (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 10/21/2024 | Brenda Horn-Edwards | Generate LEDES data and email to E. Frejka and J. Blumberg (.1); | 0.10 | $34.00 |
| 10/21/2024 | Jesse Bair | Correspondence with B. Horn-Edwards re finalization of monthly fee statement (.1); | 0.10 | $90.00 |
| 10/28/2024 | Brenda Horn-Edwards | Revise and finalize third interim fee application, exhibits, and declaration of J. Bair (.3); | 0.30 | $102.00 |
| 10/28/2024 | Brenda Horn-Edwards | Correspond with G. Brown re Burns Bair third interim fee application (.1); | 0.10 | $34.00 |
| 10/28/2024 | Jesse Bair | Review and edit Burns Bair third interim fee application and accompanying materials (1.2); | 1.20 | $1,080.00 |
| 10/28/2024 | Jesse Bair | Review and respond to correspondence with B. Horn-Edwards and G. Brown re finalization and filing of interim fee applications (.2); | 0.20 | $180.00 |
| 10/31/2024 | Brenda Horn-Edwards | File Burns Bair third interim fee application (.1); file declaration of J. Bair (.1); correspond with J. Bair and G. Brown (.1); | 0.30 | $102.00 |
| 10/31/2024 | Brenda Horn-Edwards | Correspond with M. Viramontes re Burns Bair interim fee application (.1); | 0.10 | $34.00 |
| | | **Totals for Fee Applications** | **7.10** | **$4,038.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/1/2024 | Jesse Bair | Review revised insurance claims analysis (.1); | 0.10 | $90.00 |
| 10/2/2024 | Jesse Bair | Additional correspondence with the debtor re case insurance discussion (.1); | 0.10 | $90.00 |
| 10/3/2024 | Timothy Burns | Review correspondence with the debtor re case insurance call (.1); | 0.10 | $112.00 |
| 10/3/2024 | Katie Sticklen | Analyze case law re insurance issues in connection with potential relief from stay motion (1.0); draft memo summarizing research results (1.2); | 2.20 | $1,034.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/3/2024 | Brian Cawley | Review and analyze recent insurance document production from Appalachian (2.0); | 2.00 | $1,100.00 |
| 10/4/2024 | Alexander Castro | Review recent materials and update memo re Chubb unfair claims handling practices (.6); | 0.60 | $282.00 |
| 10/4/2024 | Katie Sticklen | Review Clergy-III insurance materials (.7); draft memo summarizing same (.9); | 1.60 | $752.00 |
| 10/7/2024 | Timothy Burns | Review and revise draft aggregated data motion (.2); | 0.20 | $224.00 |
| 10/7/2024 | Jesse Bair | Review the Committee's draft motion re aggregate claim data (.1); | 0.10 | $90.00 |
| 10/7/2024 | Jesse Bair | Brief review of case law re insurance estimation issues (.1); | 0.10 | $90.00 |
| 10/8/2024 | Timothy Burns | Participate in conference with J. Bair re outcome of Committee meeting and case next-steps (.1); | 0.10 | $112.00 |
| 10/9/2024 | Timothy Burns | Participate in conference with Committee professionals re potential estimation strategy and preparations for meeting with state court counsel re same (.4); | 0.40 | $448.00 |
| 10/9/2024 | Timothy Burns | Participate in call with Committee professionals and state court counsel re potential estimation strategy (1.0); participate in conference with J. Bair re outcome of same and next-steps (.2); | 1.20 | $1,344.00 |
| 10/9/2024 | Brian Cawley | Participate in Zoom call with the debtor re coverage chart reconciliation, policy materials, and other case insurance issues (1.0); | 1.00 | $550.00 |
| 10/9/2024 | Brian Cawley | Review policy materials received from the insurers and respond to Debtor requests for information re same (.6); | 0.60 | $330.00 |
| 10/9/2024 | Brian Cawley | Finish analyzing insurance documents received from Appalachian and send J. Bair summary of same (.8); | 0.80 | $440.00 |
| 10/9/2024 | Jesse Bair | Participate in Zoom call with the debtor re coverage chart reconciliation and other case insurance issues (1.0); | 1.00 | $900.00 |
| 10/9/2024 | Jesse Bair | Participate in conference with Committee professionals re potential estimation strategy and preparations for meeting with state court counsel re same (.4); | 0.40 | $360.00 |
| 10/9/2024 | Jesse Bair | Participate in conference with T. Burns re outcome of meeting with state court counsel re potential estimation strategy (.2); | 0.20 | $180.00 |
| 10/9/2024 | Jesse Bair | Review correspondence with the mediators and Committee professionals re upcoming call to discuss issues in connection with November 14 mediation (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/11/2024 | Jesse Bair | Participate in conference with B. Cawley re LMI insolvency issues (.1); answer B. Cawley questions re responding to the debtor's insurance information requests (.2); | 0.30 | $270.00 |
| 10/11/2024 | Brian Cawley | Review and respond to requests from the debtor re follow-up action items from case insurance call (.4); | 0.40 | $220.00 |
| 10/11/2024 | Brian Cawley | Analyze LMI policies and calculate insolvencies impacting coverage (1.2); | 1.20 | $660.00 |
| 10/12/2024 | Timothy Burns | Participate in conference with J. Bair re case strategy, status, and related insurance projects (.1); | 0.10 | $112.00 |
| 10/12/2024 | Jesse Bair | Participate in conference with T. Burns re case status, developments, and related insurance projects (.1); | 0.10 | $90.00 |
| 10/14/2024 | Jesse Bair | Review B. Cawley research memo re key carrier coverage defenses (.1); | 0.10 | $90.00 |
| 10/14/2024 | Jesse Bair | Review B. Cawley research memo re assignments and covenants not to execute under Hamilton (.1); | 0.10 | $90.00 |
| 10/16/2024 | Jesse Bair | Review and respond to correspondence with BB team re review needed of recent Appalachian document production (.1); | 0.10 | $90.00 |
| 10/17/2024 | Karen Dempski | Download/upload supplemental Appalachian insurance document production (.3); | 0.30 | $102.00 |
| 10/17/2024 | Katie Sticklen | Review and analyze supplemental insurance document production from Appalachian (5.6); | 5.60 | $2,632.00 |
| 10/18/2024 | Katie Sticklen | Finish reviewing and analyzing supplemental insurance document production from Appalachian (2.6); | 2.60 | $1,222.00 |
| 10/21/2024 | Timothy Burns | Participate in conference with J. Bair re upcoming mediation, related insurance projects, and overall Committee insurance strategy (.2); | 0.20 | $224.00 |
| 10/21/2024 | Timothy Burns | Prepare assignments for internal team re insurance estimation issues (.2); | 0.20 | $224.00 |
| 10/21/2024 | Timothy Burns | Participate in BB team conference re upcoming mediation, Committee insurance strategy, and assignments needed in connection with same (.2); | 0.20 | $224.00 |
| 10/21/2024 | Jesse Bair | Participate in conference with T. Burns re case developments, mediation session, and overall Committee insurance strategy (.2); | 0.20 | $180.00 |
| 10/21/2024 | Jesse Bair | Participate in BB team conference re upcoming mediation, Committee insurance strategy, and assignments needed in connection with same (.2); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/2024 | Brian Cawley | Participate in BB team conference re upcoming mediation, Committee insurance strategy, and assignments needed in connection with same (.2); | 0.20 | $110.00 |
| 10/22/2024 | Brian Cawley | Revise and update insurance discovery review index and send to J. Bair (.9); | 0.90 | $495.00 |
| 10/22/2024 | Brian Cawley | Research and analyze Ninth Circuit case law re potential insurance estimation strategy (3.4); draft memo summarizing research re same (1.5); | 4.90 | $2,695.00 |
| 10/22/2024 | Jesse Bair | Review correspondence with the mediators re upcoming Zoom session (.1); | 0.10 | $90.00 |
| 10/22/2024 | Timothy Burns | Review B. Cawley correspondence re Appalachian document production (.1); | 0.10 | $112.00 |
| 10/23/2024 | Timothy Burns | Participate in conference with J. Bair re preparations for upcoming insurance mediation (.2); | 0.20 | $224.00 |
| 10/23/2024 | Timothy Burns | Review and respond to B. Cawley memo re Zoom session with the mediators and next-steps in advance of in-person session with the insurers (.3); | 0.30 | $336.00 |
| 10/23/2024 | Timothy Burns | Participate in conference with J. Bair re outcome of Committee meeting (.1); | 0.10 | $112.00 |
| 10/23/2024 | Jesse Bair | Prepare for Zoom call with the mediators (.1); participate in Zoom session with the mediators re outstanding case issues and preparations for upcoming in-person session (1.0); | 1.10 | $990.00 |
| 10/23/2024 | Jesse Bair | Participate in conference with T. Burns re preparations for upcoming insurance mediation (.2); | 0.20 | $180.00 |
| 10/23/2024 | Brian Cawley | Prepare for Zoom session with the mediators (.1); participate in Zoom session with the mediators re upcoming in-person mediation, ongoing case issues, and preparations needed in connection with same (1.0); draft summary of action items in follow-up to same (.3); participate in conference with T. Burns re insurance estimation research results (.2); | 1.60 | $880.00 |
| 10/23/2024 | Timothy Burns | Participate in conference with B. Cawley re research results re insurance estimation issues (.2); | 0.20 | $224.00 |
| 10/24/2024 | Jesse Bair | Participate in conference with T. Burns re preparations and strategy for upcoming insurance mediation session (.2); | 0.20 | $180.00 |
| 10/24/2024 | Timothy Burns | Participate in conference with J. Bair re preparations and strategy for upcoming insurance mediation session (.2); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 10/27/2024 | Timothy Burns | Participate in call with the debtor re upcoming mediation and related insurance issues (.8); correspond with Committee professionals re same (.2); | 1.00 | $1,120.00 |
| 10/28/2024 | Timothy Burns | Correspond with PSZJ re upcoming mediation (.1); participate in call with J. Bair re same (.1); correspond with PSZJ re Committee insurance strategy (.3); | 0.50 | $560.00 |
| 10/28/2024 | Brian Cawley | Supplemental legal research re potential insurance estimation strategy in light of feedback from T. Burns (1.9); | 1.90 | $1,045.00 |
| 10/28/2024 | Jesse Bair | Participate in call with B. Michael re case insurance strategy (.2); correspond with Committee professionals re team meeting to discuss same (.1); | 0.30 | $270.00 |
| 10/28/2024 | Jesse Bair | Participate in conference with T. Burns re upcoming mediation session (.1); | 0.10 | $90.00 |
| 10/29/2024 | Jesse Bair | Review T. Burns email memo re potential estimation strategy (.1); | 0.10 | $90.00 |
| 10/29/2024 | Timothy Burns | Review correspondence with J. Bair and PSZJ re state court counsel meeting and Committee insurance strategy call (.1); | 0.10 | $112.00 |
| 10/30/2024 | Jesse Bair | Review and respond to additional correspondence with Committee professionals re insurance strategy meeting (.1); | 0.10 | $90.00 |
| 10/31/2024 | Jesse Bair | Participate in insurance strategy meeting with Committee professionals (.6); | 0.60 | $540.00 |
| 10/31/2024 | Timothy Burns | Participate in call with PSZJ and J. Bair re upcoming mediation session and case insurance strategy (.6); | 0.60 | $672.00 |
| | | **Totals for Insurance Recovery Activities** | **40.40** | **$26,669.00** |

| | | | | |
|---|---|---|--:|--:|
| **Total Hours and Fees** | | | **50.40** | **$33,317.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 10/01/2024 | Third Quarter 2024 PACER | $4.00 |
| 10/21/2024 | Postage | $1.01 |
| **Total Expenses** | | **$5.01** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Alexander Castro | Associate | 0.60 | $470.00 | $282.00 |
| Brenda Horn-Edwards | Paralegal | 4.20 | $340.00 | $1,428.00 |
| Brian Cawley | Associate | 15.50 | $550.00 | $8,525.00 |

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Jesse Bair | Partner | 11.80 | $900.00 | $10,620.00 |
| Karen Dempski | Paralegal | 0.30 | $340.00 | $102.00 |
| Katie Sticklen | Associate | 12.00 | $470.00 | $5,640.00 |
| Timothy Burns | Partner | 6.00 | $1,120.00 | $6,720.00 |

**Total Due This Invoice:  $33,322.01**



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of**
**Archbishop of San Francisco**

**Issue Date :**    12/19/2024
**Bill # :**           01793

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/1/2024 | Timothy Burns | Participate in Committee meeting for insurance purposes re case mediation issues (1.0); | 1.00 | $1,120.00 |
| | | **Totals for Committee Meetings** | **1.00** | **$1,120.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/1/2024 | Karen Dempski | Docket/calendar interm fee application hearing (.1); | 0.10 | $34.00 |
| 11/13/2024 | Jesse Bair | Review and respond to correspondence with Committee professionals re monthly fee statements (.2); | 0.20 | $180.00 |
| 11/19/2024 | Jesse Bair | Correspond with G. Brown and B. Horn-Edwards re Burns Bair monthly fee statement (.1); | 0.10 | $90.00 |
| 11/21/2024 | Jesse Bair | Brief review re fee examiner's questions re Burns Bair interim fee application (.1); correspond with fee examiner re call to discuss same (.1); | 0.20 | $180.00 |
| 11/23/2024 | Jesse Bair | Review fee examiner's questions to Burns Bair's third interim fee application and prepare for meet and confer re same (.3); | 0.30 | $270.00 |
| 11/24/2024 | Brenda Horn-Edwards | Draft monthly professional fee statement and certificate of service (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |

| 11/25/2024 | Jesse Bair | Prepare for meet and confer with fee examiner (.1); participate in meet and confer with fee examiner re comments and questions re Burns Bair third interim fee application (.6); | 0.70 | $630.00 |
| 11/27/2024 | Jesse Bair | Review the fee examiner's consolidated interim fee app report (.1); | 0.10 | $90.00 |
| | | **Totals for Fee Applications** | **2.00** | **$1,576.00** |

## Insurance Recovery Activities

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/1/2024 | Jesse Bair | Participate in brief call with the mediator re case insurance issues (.1); | 0.10 | $90.00 |
| 11/1/2024 | Timothy Burns | Participate in additional call with state court counsel re preparations for upcoming mediation (.1); | 0.10 | $112.00 |
| 11/1/2024 | Timothy Burns | Participate in insurance conference with PSZJ and J. Bair re case insurance strategy and upcoming mediation session (.6); | 0.60 | $672.00 |
| 11/1/2024 | Timothy Burns | Participate in call with state court counsel and J. Bair re mediation and litigation strategy (.1); | 0.10 | $112.00 |
| 11/1/2024 | Jesse Bair | Participate in insurance conference with PSZJ and T. Burns re case insurance strategy and upcoming mediation session (.6); | 0.60 | $540.00 |
| 11/1/2024 | Jesse Bair | Participate in call with state court counsel and T. Burns re mediation and litigation strategy (.1); | 0.10 | $90.00 |
| 11/4/2024 | Alexander Castro | Draft Boicourt letter template re request for disclosure of applicable policy limits and other information (1.4); | 1.40 | $658.00 |
| 11/4/2024 | Timothy Burns | Participate in Zoom mediation session with the mediators and Committee professionals (1.1); | 1.10 | $1,232.00 |
| 11/4/2024 | Timothy Burns | Provide instructions to B. Cawley re preparations needed in advance of upcoming mediation session (.2); | 0.20 | $224.00 |
| 11/4/2024 | Jesse Bair | Participate in Zoom session with the mediators re upcoming in-person session and initial negotiation issues (1.1); | 1.10 | $990.00 |
| 11/5/2024 | Alexander Castro | Case law research re particular requirements of Boicourt letters (.9); | 0.90 | $423.00 |
| 11/5/2024 | Jesse Bair | Review and edit revised debtor coverage chart (.2); review and respond to correspondence with B. Cawley re same and specific changes (.1); correspond with B. Michael re same (.1); participate in conference with T. Burns re insurance mediation strategy (.2); | 0.60 | $540.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/5/2024 | Timothy Burns | Participate in conference with J. Bair re insurance mediation strategy (.2); | 0.20 | $224.00 |
| 11/5/2024 | Alexander Castro | Continue drafting Boicourt letter template (1.0); | 1.00 | $470.00 |
| 11/6/2024 | Brian Cawley | Revise and update debtor coverage chart to incorporate supplemental materials (2.2); draft summary of material changes for PSZJ (.2); | 2.40 | $1,320.00 |
| 11/6/2024 | Alexander Castro | Supplemental research re California law re particular requirements for reasonable insurance demands in sexual abuse context (1.6); | 1.60 | $752.00 |
| 11/7/2024 | Karen Dempski | Draft application for admission pro hac vice for B. Cawley (.1); | 0.10 | $34.00 |
| 11/7/2024 | Alexander Castro | Revise and edit Boicourt letter template (.4); | 0.40 | $188.00 |
| 11/8/2024 | Timothy Burns | Participate in Zoom session with the mediators and Committee professionals for insurance purposes re ongoing negotiations and upcoming in-person session (.8); | 0.80 | $896.00 |
| 11/8/2024 | Brian Cawley | Draft email memo re action items in light of Zoom mediation session (.3); | 0.30 | $165.00 |
| 11/8/2024 | Brian Cawley | Participate in Zoom session with the mediators and Committee professionals re ongoing negotiations (.8); | 0.80 | $440.00 |
| 11/8/2024 | Jesse Bair | Participate in Zoom session with the mediators and Committee professionals re ongoing negotiations and upcoming 11/14 in-person session (.8); | 0.80 | $720.00 |
| 11/9/2024 | Timothy Burns | Review Tamayo settlement motions and papers (.2); | 0.20 | $224.00 |
| 11/9/2024 | Timothy Burns | Review BRG's Preliminary Analysis of Debtor's Ability to Pay (.2); | 0.20 | $224.00 |
| 11/10/2024 | Jesse Bair | Review and respond to correspondence with B. Michael re upcoming mediation sessions (.1); | 0.10 | $90.00 |
| 11/11/2024 | Timothy Burns | Review correspondence with B. Michael, the Committee, and state court counsel re upcoming mediation session (.1); | 0.10 | $112.00 |
| 11/11/2024 | Jesse Bair | Review B. Michael correspondence re mediation agenda for upcoming session (.1); | 0.10 | $90.00 |
| 11/11/2024 | Timothy Burns | Review additional correspondence with Committee professionals re 11/14 mediation session (.1); | 0.10 | $112.00 |
| 11/11/2024 | Brian Cawley | Respond to co-counsel questions regarding upcoming mediation (.1); | 0.10 | $55.00 |
| 11/11/2024 | Timothy Burns | Review and respond to correspondence with B. Michael re De Marillac Academy insurance and release issues (.1); | 0.10 | $112.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/12/2024 | Jesse Bair | Review correspondence with the debtor re supplemental document production (.1); | 0.10 | $90.00 |
| 11/12/2024 | Jesse Bair | Participate in conference with T. Burns re preparations and strategy for upcoming mediation session (.1); | 0.10 | $90.00 |
| 11/12/2024 | Timothy Burns | Participate in conference with J. Bair re mediation preparations and strategy (.1); | 0.10 | $112.00 |
| 11/13/2024 | Timothy Burns | Participate in call with state court counsel re mediation strategy (.2); | 0.20 | $224.00 |
| 11/14/2024 | Jesse Bair | Participate in pre-session conference with T. Burns and B. Cawley re mediation preparations and strategy (.3); | 0.30 | $270.00 |
| 11/14/2024 | Brian Cawley | Participate in pre-session conference with J. Bair and T. Burns re mediation preparations and strategy (.3); participate in full-day mediation session for insurance purposes (7.3); | 7.60 | $4,180.00 |
| 11/14/2024 | Jesse Bair | Participate in full-day mediation session for insurance purposes (7.3); | 7.30 | $6,570.00 |
| 11/14/2024 | Timothy Burns | Participate in full-day mediation session for insurance purposes (7.3); | 7.30 | $8,176.00 |
| 11/14/2024 | Timothy Burns | Participate in pre-session conference with J. Bair and B. Cawley re mediation preparations and strategy (.3); | 0.30 | $336.00 |
| 11/14/2024 | Jesse Bair | Prepare for upcoming mediation session, including review of debtor coverage chart, carrier exposure assessments, and prior correspondence with the mediators (.3); | 0.30 | $270.00 |
| 11/18/2024 | Jesse Bair | Review correspondence with the debtor and Committee professionals re third party subpoena (.1); | 0.10 | $90.00 |
| 11/19/2024 | Jesse Bair | Review B. Cawley memo re estimation for insurance purposes and Rule 9019 issues (.1); | 0.10 | $90.00 |
| 11/19/2024 | Jesse Bair | Provide instructions to B. Cawley re test case strategy and next-steps (.1); | 0.10 | $90.00 |
| 11/19/2024 | Jesse Bair | Review K. Sticklen memo re clergy-III insurance document summary (.1); | 0.10 | $90.00 |
| 11/19/2024 | Jesse Bair | Review K. Sticklen memo re insurance lift stay issues (.1); | 0.10 | $90.00 |
| 11/20/2024 | Karen Dempski | Finalize and file application for admission pro hac vice for B. Cawley (.2); | 0.20 | $68.00 |
| 11/21/2024 | Jesse Bair | Provide instructions to M. Stippel re duty to defend project (.1); | 0.10 | $90.00 |
| 11/21/2024 | Jesse Bair | Conference with T. Burns re preparations and strategy for next mediation session (.1); | 0.10 | $90.00 |
| 11/21/2024 | Jesse Bair | Begin preparing for next mediation session (.1); | 0.10 | $90.00 |
| 11/21/2024 | Timothy Burns | Conference with J. Bair re preparations and strategy for next mediation session (.1); | 0.10 | $112.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/2024 | Jesse Bair | Review B. Michael correspondence with the Committee re case developments and upcoming mediation session (.1); | 0.10 | $90.00 |
| 11/22/2024 | Jesse Bair | Review correspondence with B. Michael and the Committee re case updates and next mediation session (.1); | 0.10 | $90.00 |
| 11/25/2024 | Brian Cawley | Review and respond to correspondence with state court counsel re test case issues (.3); | 0.30 | $165.00 |
| 11/25/2024 | Jesse Bair | Provide additional instructions to M. Stippel re insurer duty to defend project (.1); | 0.10 | $90.00 |
| 11/25/2024 | Jesse Bair | Participate in call with B. Michael re case strategy and potential test case motion (.2); | 0.20 | $180.00 |
| 11/25/2024 | Morgan Stippel | Factual analysis in connection with potential duty to defend insurance initiative (.9); | 0.90 | $495.00 |
| 11/26/2024 | Brian Cawley | Supplemental factual analysis in connection with potential test cases and stay relief motion (2.9); | 2.90 | $1,595.00 |
| 11/26/2024 | Brian Cawley | Correspond with state court counsel re test case issues (.1); | 0.10 | $55.00 |
| 11/26/2024 | Jesse Bair | Analysis re insurance attributes of potential test cases (.2); correspond with B. Michael re same (.1); participate in call with B. Michael re same (.1); | 0.40 | $360.00 |
| 11/26/2024 | Morgan Stippel | Begin drafting letter to Debtor re potential breach of the insurers' duty to defend (3.9); | 3.90 | $2,145.00 |
| 11/27/2024 | Jesse Bair | Review and respond to correspondence with B. Michael re potential Committee test case strategy (.1); participate in call with state court counsel re same (.2); | 0.30 | $270.00 |
| 11/27/2024 | Morgan Stippel | Continue drafting letter to Debtor re potential breach of the insurers' duty to defend (1.2); | 1.20 | $660.00 |
| | | **Totals for Insurance Recovery Activities** | **51.50** | **$39,324.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **54.50** | **$42,020.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/06/2024 | CloudNine, database monthly hosting fee (October 2024) | $312.50 |
| 11/11/2024 | Travel meal, J. Bair | $18.24 |
| 11/11/2024 | United Airlines, T. Burns (MSN-SFO, Nov. 11-15) | $726.34 |
| 11/11/2024 | Airport Parking, J. Bair | $21.50 |
| 11/11/2024 | Delta Airlines, J. Bair (MSN-SFO, Nov. 11-15) | $726.34 |
| 11/11/2024 | Travel Meal, T. Burns | $9.35 |

| | | |
|---|---|---:|
| 11/13/2024 | Travel meal, B. Cawley | $37.01 |
| 11/13/2024 | Travel meal, T. Burns | $37.20 |
| 11/13/2024 | Travel Meal, T. Burns | $9.78 |
| 11/13/2024 | United Airlines, B. Cawley (MSN-SFO, Nov. 13-16) | $507.96 |
| 11/13/2024 | Uber, B. Cawley (airport to hotel) | $57.47 |
| 11/13/2024 | Fee for certificate of good standing for B. Cawley | $3.05 |
| 11/13/2024 | Hotel, T. Burns (2 nights) | $850.37 |
| 11/13/2024 | Uber, B. Cawley (office to airport) | $17.90 |
| 11/13/2024 | Hotel, B. Cawley (1 night) | $353.11 |
| 11/13/2024 | Hotel, J. Bair (2 nights) | $850.37 |
| 11/15/2024 | Uber, J. Bair (hotel to airport) | $79.23 |
| 11/15/2024 | Travel meal, T. Burns | $31.57 |
| 11/15/2024 | Uber, T. Burns (hotel to airport) | $124.81 |
| 11/15/2024 | United Airlines Inflight Wi-Fi, T. Burns (SFO-ORD) | $8.00 |
| 11/15/2024 | Travel Meal, T. Burns | $19.55 |
| 11/16/2024 | Uber, B. Cawley (hotel to airport) | $57.57 |
| 11/16/2024 | Travel meal, B. Cawley | $41.36 |
| 11/20/2024 | Fee, Application for Pro Hac Vice, B. Cawley | $328.00 |

**Total Expenses**                                                                **$5,228.58**

### Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Alexander Castro | Associate | 5.30 | $470.00 | $2,491.00 |
| Brenda Horn-Edwards | Paralegal | 0.30 | $340.00 | $102.00 |
| Brian Cawley | Associate | 14.50 | $550.00 | $7,975.00 |
| Jesse Bair | Partner | 15.20 | $900.00 | $13,680.00 |
| Karen Dempski | Paralegal | 0.40 | $340.00 | $136.00 |
| Morgan Stippel | Associate | 6.00 | $550.00 | $3,300.00 |
| Timothy Burns | Partner | 12.80 | $1,120.00 | $14,336.00 |

**Total Due This Invoice:**   **$47,248.58**



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :**     1/21/2025

**Bill # :**     01818

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

#### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 12/10/2024 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re ongoing negotiations and Committee stay relief strategy (.9); | 0.90 | $810.00 |
| 12/12/2024 | Jesse Bair | Participate in Committee meeting for insurance purposes re case developments and upcoming mediation session (1.1); | 1.10 | $990.00 |
| 12/20/2024 | Brian Cawley | Participate in Committee meeting for insurance purposes re mediation outcome and case next-steps (1.4); | 1.40 | $770.00 |
| 12/20/2024 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re mediation session outcome and next-steps re further mediation and litigation options (1.1); | 1.10 | $990.00 |
| | | **Totals for Committee Meetings** | **4.50** | **$3,560.00** |

#### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 12/2/2024 | Karen Dempski | File and serve Burns Bair monthly professional fee statement (.2); correspond with J. Bair re same (.1); Generate LEDES data and email to E. Frejka and J. Blumberg (.1); | 0.40 | $136.00 |
| 12/2/2024 | Jesse Bair | Correspond with K. Dempski re Burns Bair monthly fee statement (.1); | 0.10 | $90.00 |
| 12/4/2024 | Karen Dempski | Prepare draft order re third interim fee application (.1); correspond with J. Bair re same (.1); | 0.20 | $68.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 12/4/2024 | Jesse Bair | Review text order approving interim fee applications (.1); correspond with BB team re same and drafting Order approving fees (.1); review and edit order (.2); correspond with fee examiner re same (.1); | 0.50 | $450.00 |
| 12/5/2024 | Jesse Bair | Correspond with fee examiner and K. Dempksi re finalization and filing of Order approving interim fees (.1); | 0.10 | $90.00 |
| 12/5/2024 | Jesse Bair | Additional correspondence with K. Dempski re final version of Order granting interim fee application (.1); | 0.10 | $90.00 |
| 12/19/2024 | Jesse Bair | Review Burns Bair invoice for privilege and confidential information (.4); | 0.40 | No Charge |
| 12/19/2024 | Jesse Bair | Correspond with B. Horn-Edwards and G. Brown re Burns Bair monthly fee statement (.1); | 0.10 | $90.00 |
| 12/23/2024 | Jesse Bair | Review and edit Burns Bair monthly fee statement (.1); correspond with G. Brown and B. Horn-Edwards re same (.1); | 0.20 | $180.00 |
| 12/23/2024 | Brenda Horn-Edwards | Draft monthly professional fee statement and certificate of service (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 12/26/2024 | Brenda Horn-Edwards | File and serve Burns Bair monthly professional fee statement (.2); | 0.20 | $68.00 |
| 12/26/2024 | Brenda Horn-Edwards | Generate LEDES data and email to E. Frejka and J. Blumberg (.1); | 0.10 | $34.00 |
| | | **Totals for Fee Applications** | **2.70** | **$1,398.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 12/2/2024 | Timothy Burns | Brief review of draft letter to the debtor re potential breach of the insurers' duty to defend (1.); correspond with M. Stippel re same (.1); participate in conference with M. Stippel re same (.2); | 0.40 | $448.00 |
| 12/2/2024 | Morgan Stippel | Finish drafting letter to Debtor re potential breach of the insurers' duty to defend (1.4); correspond with BB team re same (.1); | 1.50 | $825.00 |
| 12/2/2024 | Morgan Stippel | Participate in conference with T. Burns re draft letter to the debtor re potential breach of the insurers' duty to defend (.2); | 0.20 | $110.00 |
| 12/3/2024 | Jesse Bair | Participate in follow-up call with T. Burns re Committee test case strategy and mediation issues (.3); | 0.30 | $270.00 |
| 12/3/2024 | Jesse Bair | Review correspondence with Committee professionals and the mediators re upcoming mediation session and agenda in connection with same (.1); | 0.10 | $90.00 |

| 12/3/2024 | Jesse Bair | Participate in portion of call with Committee professionals re mediation, litigation, and potential test case strategy (.8); brief legal research in connection with same (.1); | 0.90 | $810.00 |
|---|---|---|---|---|
| 12/3/2024 | Brian Cawley | Participate in conference with T. Burns re punitive damages-related coverage assignment (.1); | 0.10 | $55.00 |
| 12/3/2024 | Brian Cawley | Research standard of expected/intended, willful conduct, and punitive damages and interplay between them in connection with case coverage issues (6.4); | 6.40 | $3,520.00 |
| 12/3/2024 | Timothy Burns | Review and respond to correspondence with the mediators and J. Stang re case mediation issues (.2); | 0.20 | $224.00 |
| 12/3/2024 | Timothy Burns | Participate in call with J. Bair re test case strategy and mediation issues (.3); correspond with B. Michael re same (.1); | 0.40 | $448.00 |
| 12/3/2024 | Timothy Burns | Review correspondence with state court counsel re test case issues (.1); | 0.10 | $112.00 |
| 12/3/2024 | Timothy Burns | Review case materials re potential test cases (.8); | 0.80 | $896.00 |
| 12/3/2024 | Timothy Burns | Review California law re occurrence issues (.6); | 0.60 | $672.00 |
| 12/3/2024 | Timothy Burns | Participate in call with Committee professionals re mediation, litigation, and potential test case strategy (1.0); | 1.00 | $1,120.00 |
| 12/3/2024 | Timothy Burns | Participate in conference with B. Cawley re punitive damages-related coverage assignment (.1); | 0.10 | $112.00 |
| 12/3/2024 | Morgan Stippel | Revise draft letter to Debtor re potential breach of the insurers' duty to defend to incorporate suggested revisions from T. Burns (.7); | 0.70 | $385.00 |
| 12/4/2024 | Timothy Burns | Provide instructions to B. Cawley re expected/intended research assignment (.2); | 0.20 | $224.00 |
| 12/4/2024 | Timothy Burns | Participate in call with state court counsel re potential test case motion (.3); correspond with state court counsel re same (.2); | 0.50 | $560.00 |
| 12/4/2024 | Brian Cawley | Research expected/intended and willful conduct exclusion issues in context of sexual abuse and negligent supervision cases in connection with case coverage issues (4.4); | 4.40 | $2,420.00 |
| 12/4/2024 | Brian Cawley | Research punitive damages pleading standard for CVA sexual abuse claims in connection with potential coverage issues surrounding those claims (1.7); | 1.70 | $935.00 |
| 12/5/2024 | Brian Cawley | Continue research re expected/intended and willful conduct standards in connection with case coverage issues (.9); | 0.90 | $495.00 |

| 12/5/2024 | Brian Cawley | Participate in conference with T. Burns re punitive damages / expected or intended coverage research and next-steps re same (.2); | 0.20 | $110.00 |
|---|---|---|---|---|
| 12/5/2024 | Timothy Burns | Review correspondence with PSZJ and the Committee re upcoming Committee meeting (.1); | 0.10 | $112.00 |
| 12/5/2024 | Timothy Burns | Participate in conference with B. Cawley re punitive damages / expected or intended coverage research and next-steps re same (.2); | 0.20 | $224.00 |
| 12/9/2024 | Jesse Bair | Review B. Michael correspondence re adjournment of 12/20 in-person mediation and replacement with Zoom sessions (.1); | 0.10 | $90.00 |
| 12/9/2024 | Brian Cawley | Continue researching interplay between expected/intended exclusion and statutory willful acts exclusions in connection with case coverage issues (2.5); | 2.50 | $1,375.00 |
| 12/9/2024 | Brian Cawley | Finish research re punitive damages pleading standard for CVA sexual abuse claims in connection with potential coverage issues surrounding those claims (1.1); | 1.10 | $605.00 |
| 12/9/2024 | Brian Cawley | Begin drafting memo on interplay between expected/intended and willful acts exclusions and punitive damages standard (1.1); | 1.10 | $605.00 |
| 12/9/2024 | Brian Cawley | Participate in BB team conference re case insurance initiatives, upcoming mediation session, and preparations and strategy in connection with same (.4); | 0.40 | $220.00 |
| 12/9/2024 | Brian Cawley | Correspond with the debtor re policy documents and document requests (.2); | 0.20 | $110.00 |
| 12/9/2024 | Jesse Bair | Participate in BB team conference re case insurance initiatives, upcoming mediation session, and preparations and strategy in connection with same (.4); | 0.40 | $360.00 |
| 12/9/2024 | Timothy Burns | Participate in BB team conference re case insurance initiatives, upcoming mediation session, and preparations and strategy in connection with same (.4); | 0.40 | $448.00 |
| 12/10/2024 | Jesse Bair | Review and respond to correspondence with Committee professionals, the Committee, state court counsel, and the mediators re upcoming mediation sessions (.2); | 0.20 | $180.00 |
| 12/10/2024 | Jesse Bair | Participate in conference with T. Burns re outcome of state court counsel meeting and case next-steps (.2); | 0.20 | $180.00 |
| 12/10/2024 | Brian Cawley | Complete research on punitive damages pleading threshold, expected/intended, and wilful acts (1.8); | 1.80 | $990.00 |

| 12/10/2024 | Brian Cawley | Finish Drafting memo on interplay between expected/intended and willful acts exclusions and punitive damages standard (1.9); | 1.90 | $1,045.00 |
|---|---|---|---|---|
| 12/10/2024 | Timothy Burns | Participate in conference with J. Bair re outcome of state court counsel meeting and case next-steps (.2); | 0.20 | $224.00 |
| 12/11/2024 | Timothy Burns | Review BB internal memo re expected-intended coverage cases (.1); review B. Cawley memo re intentionality issues (.2); | 0.30 | $336.00 |
| 12/12/2024 | Jesse Bair | Participate in conference with T. Burns re Committee insurance test case strategy (.3); | 0.30 | $270.00 |
| 12/12/2024 | Jesse Bair | Participate in call with J. Stang re insurance test case issues (.2); | 0.20 | $180.00 |
| 12/12/2024 | Timothy Burns | Participate in call with J. Stang re test case issues (.1); participate in conference with J. Bair re same (.3); | 0.40 | $448.00 |
| 12/13/2024 | Timothy Burns | Review correspondence from the mediators re upcoming mediation session (.1); | 0.10 | $112.00 |
| 12/13/2024 | Jesse Bair | Respond to correspondence with the mediator and Committee professionals re upcoming Zoom session (.1); | 0.10 | $90.00 |
| 12/16/2024 | Timothy Burns | Review additional correspondence with the mediators and PSZJ re upcoming mediation session (.1); | 0.10 | $112.00 |
| 12/17/2024 | Jesse Bair | Review and respond to correspondence with the mediators and Committee professionals re agenda items for Zoom mediation session (.2); | 0.20 | $180.00 |
| 12/17/2024 | Jesse Bair | Review revised debtor coverage chart in preparation for Zoom mediation session (.1); | 0.10 | $90.00 |
| 12/17/2024 | Jesse Bair | Additional review of case insurance materials in preparation for upcoming mediation session (.2); participate in conference with state court counsel re case insurance strategy (1.3); | 1.50 | $1,350.00 |
| 12/17/2024 | Timothy Burns | Review correspondence with PSZJ and the mediators re agenda items for mediation (.1); | 0.10 | $112.00 |
| 12/17/2024 | Timothy Burns | Participate in conference with state court counsel re case insurance strategy (1.3); | 1.30 | $1,456.00 |
| 12/18/2024 | Jesse Bair | Participate in portion of Zoom mediation session for insurance purposes (1.5); participate in conference with T. Burns re outcome of mediation session (.1); | 1.60 | $1,440.00 |
| 12/18/2024 | Brian Cawley | Participate in portion of Zoom mediation session for insurance purposes (1.5); | 1.50 | $825.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/18/2024 | Timothy Burns | Participate in call with state court counsel re case insurance strategy (.4); conference with J. Bair re mediation session outcome (.1); | 0.50 | $560.00 |
| 12/19/2024 | Jesse Bair | Review draft letter to the debtor re potential breach of the insurers' duty to defend (.1); | 0.10 | $90.00 |
| 12/19/2024 | Timothy Burns | Review B. Cawley correspondence re mediation issues (.1); | 0.10 | $112.00 |
| 12/19/2024 | Timothy Burns | Review correspondence with Committee professionals and state court counsel re strategy meeting (.1); | 0.10 | $112.00 |
| 12/19/2024 | Timothy Burns | Review PSZJ email memo re mediation session outcome and action-items for case next steps (.1); | 0.10 | $112.00 |
| 12/19/2024 | Brian Cawley | Correspond with Committee professionals re mediation summary (.1); | 0.10 | $55.00 |
| 12/22/2024 | Jesse Bair | Review final version of Committee correspondence to the mediators re outstanding action items from last mediation session (.1); | 0.10 | $90.00 |
| 12/23/2024 | Brian Cawley | Begin supplemental review of particular expected/intended and willful acts case law in connection with case insurance issues and related projects (2.3); | 2.30 | $1,265.00 |
| 12/23/2024 | Brian Cawley | Correspond with debtor counsel regarding outstanding discovery requests (.1); | 0.10 | $55.00 |
| 12/26/2024 | Brian Cawley | Analyze correspondence from debtor regarding lost policy materials (.4); | 0.40 | $220.00 |
| 12/27/2024 | Brian Cawley | Analyze recent policy documents and carrier correspondence received from debtor (2.4); | 2.40 | $1,320.00 |
| 12/27/2024 | Brian Cawley | Update Committee coverage chart to incorporate new policy materials received from the debtor (1.9); draft summary of changes for partners (.3); | 2.20 | $1,210.00 |
| | | **Totals for Insurance Recovery Activities** | **48.80** | **$33,811.00** |

---

| **Total Hours and Fees** | **56.00** | **$38,769.00** |
|---|---|---|

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/02/2024 | Postage | $1.01 |
| 12/05/2024 | CloudNine, database monthly hosting fee (November 2024) | $312.50 |
| 12/26/2024 | Postage | $1.01 |
| **Total Expenses** | | **$314.52** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Brenda Horn-Edwards | Paralegal | 0.60 | $340.00 | $204.00 |
| Brian Cawley | Associate | 33.10 | $550.00 | $18,205.00 |
| Jesse Bair | Partner | 10.60 | $900.00 | $9,540.00 |
| Jesse Bair | Partner | 0.40 | No Charge | No Charge |
| Karen Dempski | Paralegal | 0.60 | $340.00 | $204.00 |
| Morgan Stippel | Associate | 2.40 | $550.00 | $1,320.00 |
| Timothy Burns | Partner | 8.30 | $1,120.00 | $9,296.00 |

**Total Due This Invoice:  $39,083.52**



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :**     2/18/2025

**Bill # :**     01856

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

#### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 1/9/2025 | Brian Cawley | Participate in Committee meeting for insurance purposes (1.2); | 1.20 | $660.00 |
| 1/23/2025 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re case developments, strategy, and upcoming mediation session (.4); participate in call with T. Burns re outcome of meeting and next-steps (.1); | 0.60 | $540.00 |
| 1/23/2025 | Brian Cawley | Participate in state court counsel meeting for insurance purposes (.4); | 0.40 | $220.00 |
| 1/30/2025 | Brian Cawley | Participate in Committee counsel meeting for insurance purposes (1.0); draft email memo re outcome of same and next-steps (.3); | 1.30 | $715.00 |
| | | **Totals for Committee Meetings** | **3.50** | **$2,135.00** |

#### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 1/17/2025 | Jesse Bair | Correspond with G. Brown re monthly fee statement (.1); | 0.10 | $90.00 |
| 1/21/2025 | Jesse Bair | Review Burns Bair invoice for privilege and confidential information (.6); | 0.60 | No Charge |
| 1/21/2025 | Jesse Bair | Correspond with G. Brown and B. Horn-Edwards re Burns Bair monthly fee statement (.1); | 0.10 | $90.00 |
| 1/30/2025 | Brenda Horn-Edwards | Draft monthly professional fee statement and certificate of service (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 1/30/2025 | Brenda Horn-Edwards | File and serve monthly professional fee statement (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 1/30/2025 | Brenda Horn-Edwards | Generate LEDES data and email to E. Frejka and J. Blumberg (.1); | 0.10 | $34.00 |
| 1/30/2025 | Jesse Bair | Review and edit Burns Bair monthly fee statement (.1); correspond with G. Brown and B. Horn-Edwards re same (.1); | 0.20 | $180.00 |
| | | **Totals for Fee Applications** | **1.70** | **$598.00** |

## Insurance Recovery Activities

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 1/6/2025 | Timothy Burns | Conference with J. Bair re case strategy and developments (.1); | 0.10 | $112.00 |
| 1/6/2025 | Brian Cawley | Correspond with partners regarding updates to coverage chart and potential next steps (.1); | 0.10 | $55.00 |
| 1/6/2025 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy, related projects, and January mediation session (.1); | 0.10 | $90.00 |
| 1/7/2025 | Jesse Bair | Conference with B. Cawley re additional insurance information still needed from the debtor (.1); | 0.10 | $90.00 |
| 1/7/2025 | Brian Cawley | Participate in conference with J. Bair re debtor insurance document production issues (.1); | 0.10 | $55.00 |
| 1/7/2025 | Brian Cawley | Analyze outstanding insurance discovery still needed from the debtor (.2); correspond with the debtor re same (.2); | 0.40 | $220.00 |
| 1/9/2025 | Brian Cawley | Draft email memo re outcome of Committee meeting and next-steps in light of same (.3); | 0.30 | $165.00 |
| 1/9/2025 | Timothy Burns | Review correspondence with PSZJ and the Committee re mediation issues (.1); | 0.10 | $112.00 |
| 1/9/2025 | Timothy Burns | Conference with J. Bair re insurance strategy and preparations for upcoming mediation session (.1); | 0.10 | $112.00 |
| 1/9/2025 | Jesse Bair | Review B. Cawley memo re outcome of Committee meeting and case next-steps (.1); conference with T. Burns re insurance strategy and preparations for upcoming mediation session (.1); | 0.20 | $180.00 |
| 1/17/2025 | Timothy Burns | Review correspondence with Committee professionals and the mediators re mediation issues and upcoming session (.2); | 0.20 | $224.00 |
| 1/17/2025 | Jesse Bair | Review correspondence with the mediators and Committee professionals re pre-mediation session call (.1); | 0.10 | $90.00 |

| 1/18/2025 | Jesse Bair | Review additional correspondence with the mediators and Committee professionals re pre-mediation call (.1); | 0.10 | $90.00 |
|---|---|---|---|---|
| 1/19/2025 | Timothy Burns | Review correspondence with state court counsel and Committee professionals re Plan standstill (.2); | 0.20 | $224.00 |
| 1/20/2025 | Timothy Burns | Correspond with J. Bair re mediation issues (.1); conference with J. Bair re mediation strategy (.1); conference with B. Cawley re mediation preparation (.1); | 0.30 | $336.00 |
| 1/20/2025 | Jesse Bair | Review and respond to state court counsel correspondence re additional insured issues (.1); | 0.10 | $90.00 |
| 1/20/2025 | Jesse Bair | Review correspondence with PSZJ and state court counsel re stand-still Plan agreement with the debtor (.1); participate in conference with T. Burns re mediation strategy (.1); | 0.20 | $180.00 |
| 1/20/2025 | Brian Cawley | Participate in conference with T. Burns re mediation preparation (.1); | 0.10 | $55.00 |
| 1/21/2025 | Brian Cawley | Correspond with debtor re secondary evidence of certain historical policies (.2); | 0.20 | $110.00 |
| 1/21/2025 | Brian Cawley | Analyze key insurance materials in preparation for upcoming mediation session (1.4); | 1.40 | $770.00 |
| 1/21/2025 | Jesse Bair | Review B. Cawley memo re willful acts, expected or intended, and punitive damages coverage issues (.2); | 0.20 | $180.00 |
| 1/21/2025 | Jesse Bair | Review revised coverage chart and B. Cawley email memo re changes in connection with same (.2); | 0.20 | $180.00 |
| 1/23/2025 | Jesse Bair | Correspond with PSZJ re potential lift stay strategy (.1); | 0.10 | $90.00 |
| 1/23/2025 | Timothy Burns | Participate in call with J. Bair re outcome of state court counsel meeting and case next-steps (.1); | 0.10 | $112.00 |
| 1/24/2025 | Timothy Burns | Review correspondence with PSZJ and the Committee re Plan standstill agreement (.1); | 0.10 | $112.00 |
| 1/24/2025 | Jesse Bair | Review additional correspondence with the Committee and Committee professionals re potential Plan stand-still agreement (.1); | 0.10 | $90.00 |
| 1/24/2025 | Jesse Bair | Review and respond to additional correspondence with PSZJ re potential lift stay strategy (.1); | 0.10 | $90.00 |
| 1/25/2025 | Timothy Burns | Review additional correspondence with state court counsel re Plan standstill issues (.1); correspond with B. Cawley re additional preparations needed for mediation (.2); | 0.30 | $336.00 |

| | | | | |
|---|---|---|---|---|
| 1/26/2025 | Jesse Bair | Review and respond to correspondence with B. Cawley and T. Burns re insurance preparation and strategy in advance of upcoming mediation session (.2); | 0.20 | $180.00 |
| 1/27/2025 | Brian Cawley | Analyze additional case insurance materials in preparation for upcoming mediation session (1.6); correspond with T. Burns re same (.2); | 1.80 | $990.00 |
| 1/27/2025 | Brian Cawley | Analyze coverage chart and outstanding coverage issues and draft summaries of same in preparation for mediation (2.9); | 2.90 | $1,595.00 |
| 1/27/2025 | Timothy Burns | Prepare for mediation by reviewing various case insurance materials (2.3); | 2.30 | $2,576.00 |
| 1/28/2025 | Timothy Burns | Continue preparing for upcoming mediation session (1.3); | 1.30 | $1,456.00 |
| 1/28/2025 | Timothy Burns | Participate in portion of full-day mediation session (7.4); | 7.40 | $8,288.00 |
| 1/28/2025 | Brian Cawley | Participate in full-day mediation session (8.0); | 8.00 | $4,400.00 |
| 1/28/2025 | Brian Cawley | Analyze coverage chart and overview materials in preparation for mediation (.7); | 0.70 | $385.00 |
| 1/28/2025 | Jesse Bair | Additional correspondence with PSZJ re lift stay issues (.1); | 0.10 | $90.00 |
| 1/29/2025 | Jesse Bair | Participate in call with T. Burns re mediation session outcome and next-steps (.2); | 0.20 | $180.00 |
| 1/29/2025 | Timothy Burns | Participate in day 2 of mediation session (4.8); | 4.80 | $5,376.00 |
| 1/29/2025 | Timothy Burns | Prepare for day 2 of mediation session (.8); | 0.80 | $896.00 |
| 1/29/2025 | Timothy Burns | Participate in call with J. Bair re mediation session outcome and next-steps (.2); | 0.20 | $224.00 |
| 1/29/2025 | Brian Cawley | Participate in day 2 of mediation session (4.8); | 4.80 | $2,640.00 |
| 1/29/2025 | Brian Cawley | Update coverage chart in light of discussion with debtor (.5); | 0.50 | $275.00 |
| 1/30/2025 | Alexander Castro | Begin drafting memo summarizing research re particular aspects of insurance demands under California law (.5); | 0.50 | $235.00 |
| 1/30/2025 | Jesse Bair | Review B. Cawley email memo re outcome of Committee meeting and correspond with PSZJ re Committee professionals strategy call (.1); | 0.10 | $90.00 |
| 1/30/2025 | Brian Cawley | Correspond with PSZJ re insurance strategy meeting (.1); | 0.10 | $55.00 |
| 1/31/2025 | Timothy Burns | Review and respond to correspondence with BB and PSZJ re case strategy meeting (.1); | 0.10 | $112.00 |
| 1/31/2025 | Timothy Burns | Review Steele Motion for Relief from Stay (.2); | 0.20 | $224.00 |

| | | | | |
|---|---|---|---|---|
| 1/31/2025 | Timothy Burns | Review correspondence with B. Michael and state court counsel re state court counsel meeting and agenda items for same (.1); | 0.10 | $112.00 |
| 1/31/2025 | Jesse Bair | Review proposed agenda for upcoming state court counsel meeting (.1); | 0.10 | $90.00 |
| 1/31/2025 | Jesse Bair | Review and respond to correspondence with PSZJ and BB team re case strategy call (.1); | 0.10 | $90.00 |
| 1/31/2025 | Brian Cawley | Revise and supplement research memo re particular aspects of insurance demands under California law (.3); | 0.30 | $165.00 |
| 1/31/2025 | Karen Dempski | Docket/calendar motion hearing for 2/27 (.1). | 0.10 | $34.00 |
| 1/31/2025 | Alexander Castro | Finish drafting memo summarizing research re particular requirements for insurance demands under California law (.6); | 0.60 | $282.00 |
| | | **Totals for Insurance Recovery Activities** | **44.00** | **$35,590.00** |

| | | | |
|---|---|---|---|
| **Total Hours and Fees** | | **49.20** | **$38,323.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/09/2025 | CloudNine, database monthly hosting fee (December 2024) | $316.50 |
| 01/26/2025 | United Airlines Onflight Wi-Fi, T. Burns | $8.00 |
| 01/26/2025 | Hotel, T. Burns (3 nights) | $1,341.76 |
| 01/27/2025 | United Airlines, T. Burns (MSN-SFO, Jan. 26-30) | $895.37 |
| 01/27/2025 | Travel meal, T. Burns | $19.55 |
| 01/27/2025 | Travel meal, T. Burns | $22.29 |
| 01/27/2025 | Uber, B. Cawley (office to airport) | $21.94 |
| 01/27/2025 | Uber, B. Cawley (airport to hotel) | $55.34 |
| 01/27/2025 | Hotel, B. Cawley (3 nights) | $1,341.76 |
| 01/27/2025 | Travel meal, B. Cawley | $20.31 |
| 01/27/2025 | United Airlines, B. Cawley (MSN-SFO, Jan. 27) | $407.18 |
| 01/28/2025 | Uber, B. Cawley and T. Burns (hotel to mediation) | $108.87 |
| 01/28/2025 | Uber, B. Cawley and T. Burns (mediation to hotel) | $112.76 |
| 01/29/2025 | Uber, T. Burns (mediation to hotel) | $119.80 |
| 01/29/2025 | Travel meal, T. Burns | $42.04 |
| 01/29/2025 | Uber, B. Cawley and T. Burns (hotel to mediation) | $100.42 |
| 01/30/2025 | United Airlines, B. Cawley (SFO-MSN, Jan. | $589.71 |

30)

| Date | Description | Amount |
|---|---|---|
| 01/30/2025 | Travel meal, B. Cawley | $39.12 |
| 01/30/2025 | Postage | $1.01 |
| 01/30/2025 | Uber, B. Cawley (hotel to airport) | $59.57 |
| 01/30/2025 | Uber, B. Cawley (airport to home) | $26.64 |
| 01/30/2025 | Travel meal, T. Burns | $19.55 |
| 01/30/2025 | Travel meal, T. Burns | $17.79 |
| 01/30/2025 | Uber, T. Burns (hotel to airport) | $130.29 |

**Total Expenses**     **$5,817.57**

## Timekeeper Summary

| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Alexander Castro | Associate | 1.10 | $470.00 | $517.00 |
| Brenda Horn-Edwards | Paralegal | 0.70 | $340.00 | $238.00 |
| Brian Cawley | Associate | 24.60 | $550.00 | $13,530.00 |
| Jesse Bair | Partner | 3.40 | $900.00 | $3,060.00 |
| Jesse Bair | Partner | 0.60 | No Charge | No Charge |
| Karen Dempski | Paralegal | 0.10 | $340.00 | $34.00 |
| Timothy Burns | Partner | 18.70 | $1,120.00 | $20,944.00 |

**Total Due This Invoice:  $44,140.57**