James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Brittany M. Michael (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        bmichael@pszjlaw.com
        gbrown@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.:  23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **COVER SHEET TO FOURTH INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2024 THROUGH JANUARY 31, 2025** |
| | Date:    April 10, 2025 |
| | Time:    1:30 p.m. |
| | Place:   Via ZoomGov |
| | Judge:   Hon. Dennis Montali |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4928-1955-4853.3 05068.002

# Summary Cover Sheet of Application

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Time period covered by this application: | 10/1/2024 – 1/31/2025 |
| Total compensation sought this period: | $553,692.00 |
| Total expenses sought this period: | $25,165.56 |
| Petition date: | 8/21/2023 |
| Retention date: | 9/14/2023 |
| Date of order approving employment: | 10/24/2023 |
| Total fees approved by interim orders to date: | $2,491,973.24 |
| Total expenses approved by interim orders to date: | $52,051.56 |
| Total allowed fees paid to date: | $2,491,973.24 |
| Total allowed expenses paid to date: | $52,051.56 |
| Blended rate in this application for all attorneys | $1,017.26 |
| Blended rate in this application for all timekeepers | $931.82 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $202,372.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $8,339.10 |
| Number of professionals included in this application: | 10 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 5 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

## SUMMARY OF MONTHLY FEE STATEMENTS FOR THE INTERIM PERIOD

| Date Monthly Fee Statement Filed | Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Paid (80%) | Expenses Paid (100%) |
|---|---|---|---|---|---|---|
| 12/2/2024 | 934 | 10/1/24 – 10/31/24 | $128,275.00 | $2,493.17 | $102,620.00 | $2,493.17 |
| 12/26/2024 | 959 | 11/1/24 – 11/30/24 | $124,690.50 | $5,845.93 | $99,752.40 | $5,845.93 |
| 3/4/2025 | 1040 | 12/1/24 – 12/31/24 | $114,723.50 | $3,904.64 | 0 | 0 |
| 3/4/2025 | 1041 | 1/1/25 – 1/31/25 | $186,003.00 | $12,921.82 | 0 | 0 |

Summary of Objections to Monthly Fee Statements:  N/A

-end-

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Brittany M. Michael (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
dgrassgreen@pszjlaw.com
bmichael@pszjlaw.com
gbrown@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and Debtor in Possession.

Case No.: 23-30564

Chapter 11

**FOURTH INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2024 THROUGH JANUARY 31, 2025**

Date:     April 10, 2025
Time:     1:30 p.m.
Place:    Via ZoomGov
Judge:   Hon. Dennis Montali

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Debtor") in the above captioned chapter 11 case (the "Case") hereby submits its *Fourth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2024 through January 31, 2025* (the "Application"), pursuant to sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code"); Federal Rule of Bankruptcy Procedure 2016; the *United States Trustee Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "Large Case Guidelines"); the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the Northern District of California*, dated February 19, 2014 (the "Local Guidelines"); and the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Docket No. 212] (the "Interim Compensation Order").

By the Application, PSZJ seeks interim allowance and payment of unpaid amounts in the total amount of $578,857.56 consisting of the following: (i) compensation of fees in the amount of $553,692.00 for professional services PSZJ rendered to the Committee from October 1, 2024 through January 31, 2025 (the "Fee Period"), and (ii) reimbursement of expenses in the amount of $25,165.56 that PSZJ incurred during the Fee Period in connection with this case.

Summary charts detailing the amount of fees charged and hours worked by each of PSZJ's professionals and paraprofessionals during the Fee Period are incorporated here and set forth in **Exhibits A through E**.[1]

This Application is based upon the its contents, together with all attached exhibits; the declaration of Gillian N. Brown, filed concurrently with this Application; the pleadings, papers,

---

[1] The Office of the United States Trustee (the "UST") established the United States Trustee Guidelines (the "UST Guidelines"). The UST promulgated forms (the "UST Forms") to aid in compliance with the UST Guidelines. PSZJ's charts and tables based on those UST Forms are attached to this Application at **Exhibits A-E**.

and records on file in this case; and any evidence or argument that the Court may entertain at the time of the hearing on the Application.

## I.

## INTRODUCTION

### A.    General Background

On August 21, 2023, the Debtor commenced the Case by filing a voluntary petition under chapter 11 of the Bankruptcy Code. The Debtor is a debtor in possession. No trustee or examiner has been appointed in the Case.

On September 1, 2023, the Office of the United States Trustee (the "UST") appointed the Committee.  The Committee consists of nine individuals who were sexually abused as minors by perpetrators for whom the Debtor was responsible.  *See Appointment of Committee of Unsecured Creditors* [Docket No. 58].

During the Fee Period, the Committee was engaged in multiple days of mediation of this Case. In preparation for mediation and for the general trajectory of the Case, PSZJ continued its discovery efforts, including meet and confer sessions with Debtor's counsel regarding the Committee's requests for production of documents on the Debtor and certain of its divisions and affiliates (together the "Archdiocesan Enterprise"); with counsel for auditing firms that provided services to the Debtor and other parts of Archdiocesan Enterprise; with counsel for the Debtor's two support corporations; and with counsel for certain divisions of the Archdiocese. As a result of these efforts, PSZJ analyzed information and worked in conjunction with the Committee's financial advisor, Berkeley Research Group, LLC ("BRG") with an eye toward mediators' specific questions for mediation.

### B.    Employment of PSZJ

On September 14, 2023, the Committee selected PSZJ as its counsel. On October 9, 2023, the Committee filed its *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Docket No. 188].  On October 24, 2023, the Court entered its *Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

*Committee of Unsecured Creditors* (the "PSZJ Employment Order") [Docket No. 237]. A true and correct copy of the PSZJ Employment Order is attached to this Application at **Exhibit G**.

**C.      Compensation Paid to PSZJ and Its Source**

By this Application, PSZJ seeks allowance and payment of fees in compensation for the work it performed during the Fee Period on behalf of the Committee. PSZJ has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZJ and anyone other than the Debtor and partners of PSZJ regarding compensation that PSZJ may receive for services rendered in this Case. PSZJ has not received a retainer in this Case.

PSZJ has received (a) $543,083.17 in payment of fees it incurred and $9,021.77 in expenses it advanced on account of its *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 14, 2023 through January 31, 2024* (the "First Fee Application") [Docket No. 521], which was approved by an order entered on April 23, 2024 [Docket No. 616]; (b) $1,289,022.06 in payment of fees it incurred and $8,858.61 in expenses it advanced on account of its *Second Interim Application for Allowance of Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2024 through May 31, 2024* (the "Second Fee Application") [Docket No. 715], which was approved by an order entered on August 26, 2024 [Docket No. 823]; and (c) $659,868.01 in payment of fees it incurred and $34,171.18 in expenses it advanced on account of its *Third Interim Application for Allowance of Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2024 through September 30, 2024* (the "Third Fee Application") [Docket No. 904], which was approved by an order entered on December 9, 2024 [Docket No. 942].

To date, PSZJ has received payment in the amount of $2,544,024.80 for fees and expenses incurred on account of its First Fee Application, Second Fee Application, and Third Fee Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4928-1935-4653.3 05068.002

4

**D.** **PSZJ Monthly Fee Statements and Invoices for the Fee Period**

Set forth below is a chart outlining the fees and expenses that PSZJ has requested and been paid to date on account of monthly fee statements (the "Monthly Fee Statements") it filed for fees and expenses incurred during the Fee Period:

| Date Monthly Fee Statement Filed | Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Paid (80%) | Expenses Paid (100%) |
|---|---|---|---|---|---|---|
| 12/2/2024 | 934 | 10/1/24 – 10/31/24 | $128,275.00 | $2,493.17 | $102,620.00 | $2,493.17 |
| 12/26/2024 | 959 | 11/1/24 – 11/30/24 | $124,690.50 | $5,845.93 | $99,752.40 | $5,845.93 |
| 3/4/2025 | 1040 | 12/1/24 – 12/31/24 | $114,723.50 | $3,904.64 | 0 | 0 |
| 3/4/2025 | 1041 | 1/1/25 – 1/31/25 | $186,003.00 | $12,921.82 | 0 | 0 |

**II.**

**PROJECT BILLING AND NARRATIVE STATEMENT**

**OF SERVICES PSZJ RENDERED**

In accordance with the Local Guidelines and the Bankruptcy Local Rules for the Northern District of California, PSZJ classified into categories all services it performed and for which it seeks compensation. PSZJ attempted to place the services performed in the category that best relates to the service provided. However, because certain services rendered in this Case affected multiple categories, services pertaining to one category may occasionally be included in another category. PSZJ has established the following billing categories in this Case to date:

- Asset Analysis
- Avoidance Action
- Bankruptcy Litigation
- Case Administration
- Claims Administration/Objection
- Compensation of Professionals
- Compensation of Professionals/Other
- Contract and Lease Matters
- Financial Filings
- First Day
- General Creditors' Committee
- Hearings
- Insurance Coverage/Insurance Litigation
- Mediation
- Meeting of and Communications with Creditors
- Plan and Disclosure Statement

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

- Relief from Stay
- Retention of Professionals
- Retention of Professionals/Other
- Travel

**Exhibit F** contains PSZJ's Monthly Fee Statements, to which are attached PSZJ's invoices for each calendar month during the Fee Period. The Monthly Fee Statements include detailed breakdowns of PSZJ's time entries and the expenses PSZJ incurred. As part of its employment, PSZJ agreed with the Committee to charge the *lesser* of: (a) the actual hourly rates normally charged by PSZJ attorneys during a calendar month; or (b) a blended rate of $1,050 per hour for attorneys who worked on the Case during that calendar month. *See Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216] (the "Lucas Declaration"). During the Fee Period, PSZJ's application of the blended rate has resulted in a discount to the estate in the amount of $114,784.50.

Furthermore, PSZJ will contribute ten percent (10%) of all fees it receives in this Case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid to it, PSZJ holds those funds in a trust account until a settlement trust is established through a plan of reorganization.

**A. Asset Analysis**

Time billed to this category during the Fee Period included various analyses of assets to be included as property of the estate. Among other things, PSZJ conferred with BRG regarding the Committee's document requests, document productions, and asset analyses of the Debtor and its Archdiocesan Enterprise; and emailed Debtor's counsel regarding attempts to set up a phone call with BRG and one of the Debtor support corporation's accountants.

**Total Hours 14.90; Total Fees after discount $14,609.43**

**B. Bankruptcy Litigation**

PSZJ billed time during the Fee Period to this category in order to meet and confer with the Debtor and with subpoenaed parties regarding the completeness (or lack thereof) of document

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4928-1935-4653.3 05068.002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  productions, and to analyze documents that had been produced relating to property of the estate

2  and mediation-related efforts. These Rule 2004 document requests were targeted to satisfy the

3  Committee's obligations under § 1103 of the Bankruptcy Code to investigate property of the

4  Debtor's estate to maximize the recovery to unsecured creditors. As part of its work, PSZJ

5  reviewed  documents that subpoenaed parties produced pursuant to Rule 2004, which included the

6  routine updating of a production log and charts that track whether documents responsive to

7  document requests have been produced. PSZJ maintains the document productions in an e-

8  discovery platform, Everlaw, where it can code and notate its analysis of those documents. PSZJ

9  continued to meet and confer with Debtor's counsel and with BRG regarding the Debtor's

10 document productions and objections to Committee document requests, and to prepare for a

11 motion to compel document production and Rule 2004 oral examinations of the Debtor. PSZJ also

12 met and conferred with other entities in the Archdiocese Enterprise regarding their objections,

13 responses, and productions of documents.

14     **Total Hours 147.10; Total Fees after discount $149,586.13**

15 **C.**    **Case Administration**

16     This category relates to work regarding administration of this Case. Time billed to this

17 category during the Fee Period included, among other things: conferring with Debtor's counsel

18 regarding ongoing case issues; reviewing the Debtor's motion for further extension of the removal

19 deadline; reviewing Judge Montali's hearing calendar; reviewing the docket for objection and

20 hearing dates in order to update the critical dates memorandum on at least a weekly basis;

21 updating a roster of all retained professionals; reviewing a proposed standstill stipulation; and

22 reviewing information in connection with the January 28, 2025 mediation.

23     **Total Hours 19.10; Total Fees after discount $13,915.24**

24

25

26

27

28

4928-1935-4653.3 05068.002

7

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**D.**     <u>Claims Administration/Objection</u>

The claims bar date occurred early during the Fee Period. Based on its experience in other sexual abuse chapter 11 cases, PSZJ has developed a process for extracting critical information from sexual abuse claims, which involves an in-depth analysis of, among other things, specific data regarding the dates of sexual abuse, the perpetrators of sexual abuse, and the type of sexual abuse committed against each of the more than 550 survivors of sexual abuse who filed claims in this Case. This information is essential to mediation and resolution of the Case. During the Fee Period, PSZJ researched claim estimation issues and prepared a memorandum regarding the same;

PSZJ researched and drafted the Committee's motion to publish aggregate claims data and disclose minutes of the Independent Review Board, which is set for hearing in March 2025. PSZJ also conferred with Debtor's counsel regarding that proposed motion; and conferred with Debtor's counsel and state court counsel regarding sexual abuse claims against Fr. Ghioroso.

**Total Hours 123.40; Total Fees after discount $101,822.04**

**E.**     <u>Compensation of Professionals</u>

Time billed to this category during the Fee Period relates to work relating to PSZJ's compensation in this Case. That work includes, among other things, drafting PSZJ's Third Fee Application; reviewing the fee examiner's report of PSZJ's Third Fee Application and preparing an order in connection therewith; preparing monthly fee statements for September 2024, October 2024, and November 2024; researching local rules regarding fee applications in this district; communicating about PSZJ's bills with the Committee's billing subgroup; and preparing a notice regarding PSZJ hourly rates (under which PSZJ's blended rate of $1050 did not increase).

**Total Hours 28.80; Total Fees after discount $15,177.24**

**F.**     <u>Compensation of Professionals/Other</u>

Time billed to this category relates to the compensation of the professionals in this Case other than PSZJ. This category includes, among other things: reviewing the third interim and monthly fee applications filed by Debtor's professionals and communicating with the Committee billing subgroup regarding the same; assisting BRG and the Committee's special insurance counsel at Burns Bair LLP ("<u>BB</u>") with interim fee applications and monthly fee statements, and

communicating with the Committee's billing subgroup regarding all Case professionals' bills; conferring with Debtor's counsel regarding the schedule for filing fee applications; revising the notice of Committee professionals' interim fee applications; reviewing the updated hearing calendar for 2025 hearings on interim fee applications and conferring with the Court clerk regarding the same; and conferring with BRG regarding its notice of increase in hourly rates for 2025.

**Total Hours 6.90; Total Fees after discount $4,762.54**

**G.**    **General Creditors' Committee**

Time billed to this category during the Fee Period involved PSZJ's communications with the Committee and the state court counsel who represent individual sexual abuse survivors, including Committee members (the "SCC"). Without violating PSZJ's attorney-client privilege, PSZJ summarizes these communications as involving, among other things, preparing for and holding regular meetings with the Committee and SCC (as a group and individually, at times) regarding Case issues; conferring with SCC regarding claims issues; preparing presentations for the Committee; and responding to Committee member questions by phone and email.

**Total Hours 44.60; Total Fees after discount $48,126.92**

**H.**    **Insurance Coverage**

Time billed to this category during the Fee Period was minimal and included reviewing an email regarding insurer counsel contact, and analyzing a memorandum regarding insurance demands and declaratory relief issues.

**Total Hours 0.70; Total Fees after discount $1,022.11**

**I.**    **Mediation**

Time billed to this category during the Fee Period included, among other things, preparing for and attending multiple mediation sessions both in-person and via video conference. The particular work including research mediation issues; drafting a mediation memorandum; preparing for and attending meetings and calls with the three mediators; conferring with SCC, BB, and BRG regarding mediation strategy; preparing for and attending mediation sessions and engaging in follow-up communications regarding the same; emailing the Committee regarding substantive and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

scheduling issues for mediation; preparing to address discovery issues in mediation; and analyzing legal issues regarding settlements.

**Total Hours 83.50; Total Fees after discount $106,451.60**

**J.** <u>**Plan and Disclosure Statement**</u>

Time billed to this category during the Fee Period included a small amount of time reviewing child protection articles regarding issues and policies; analyzing and summarizing the Plan filed by the Roman Catholic Diocese of Oakland (the "<u>Oakland Diocese</u>") in its relationship to this Case; conferring regarding non-monetary issues, and reviewing the Oakland Diocese transcript on assignment of insurance rights.

**Total Hours 5.40; Total Fees after discount $7,161.79**

**K.** <u>**Relief from Stay/Stay Litigation**</u>

Time billed to these categories during the Fee Period included legal research and drafting of a motion for relief from stay to prosecute two test cases in California state court; researching standing issues regarding stay relief; conferring with SCC and BB regarding potential test cases; analyzing state law regarding punitive damages; conferring with BB regarding stay relief issues; analyzing review relief from stay precedents from other archdiocesan chapter 11 cases, including the Archdiocese of New Orleans, the Diocese of Rochester, the Diocese of Buffalo, the Oakland Diocese, the Diocese of Albany, the Diocese of Alaska, and the Archdiocese of Guam; analyzing the law concerning derivative standing to pursue adversaries; and reviewing documents regarding the Archdiocesan Enterprise.

**Total Hours 63.40; Total Fees after discount $65,700.01**

**L.** <u>**Retention of Professionals/Other**</u>

Time billed to this category during the Fee Period included drafting an application to employ Cushman & Wakefield ("<u>CW</u>") as real estate valuation expert to the Committee; conferring with the Committee regarding CW's conflict check; discussing the CW employment application with Debtor's counsel; drafting a proposed stipulation to CW's employment; reviewing local bankruptcy rules relating to professional retention in this district; and conferring with the Committee, Debtor's counsel, and CW regarding CW's retention.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**Total Hours 23.30; Total Fees after discount $18,789.93**

**M.**     **Travel**

PSZJ attorneys incurred 33.10 hours in travel time during the Fee Period to attend mediation, however, PSZJ has not charged for 24.60 hours of that travel time. Of the 8.50 hours billed for non-working travel, all of that time was billed at 50% of the lawyer's hourly rate, which is less than the $1050 hourly blended rate.

**Total Hours 33.10 (billed for 8.5 hrs.); Total Fees $8,287.50**

**N.**     **List of Expenses by Category**

During the Fee Period, PSZJ incurred a total of $25,165.56 in necessary expenses on behalf of its work for the Committee. A description of the expenses is set forth in **Exhibit D**.

PSZJ customarily charges $0.20 per page for photocopying and $0.10 per page for scanning documents. PSZJ's photocopying machines automatically record the number of copies and scans made when the person performing the copying photocopying or scanning services enters the client's account number into a device attached to the photocopier. PSZJ summarizes each client's photocopying charges on a daily basis. Whenever feasible, PSZJ sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

Ordinarily, PSZJ charges $1.00 per page for outgoing facsimile transmissions.  Pursuant to the Local Guidelines, however, PSZJ has agreed not to charge for outgoing facsimiles. Fax receipts are charged at $0.20 per page, the same cost as PSZJ charges for photocopies.

Regarding providers of on-line legal research (e.g., LEXIS and Bloomberg), PSZJ charges the standard usage rates these providers charge for computerized legal research. PSZJ bills its clients the actual amount charged by such services, with no premium. Any volume discount PSZJ receives from these vendors is passed on to the client. PSZJ does not charge for local or long distance calls placed by attorneys from their offices. PSZJ only bills its clients for the actual costs charged to PSZJ by teleconferencing services, such as Zoom or AT&T, in the event that PSZJ personnel initiate a multi-party teleconference.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**O.** <u>Hourly Rates</u>

The regular hourly rates of all professionals and paraprofessionals rendering services in this Case are set forth in **Exhibit B** to this Application. PSZJ billed its time for each calendar month during the Fee Period on an hourly basis using its regular hourly rates, *provided*, *however*, that PSZJ discounted its total fees during each calendar month of the Fee Period to *the lesser* of the amount billed using regular hourly rates and a blended hourly rate of $1,050. During the Fee Period, PSZJ's application of the blended rate has decreased the amount of PSZJ's fee request by $114,784.50.

**P.** <u>Professionals</u>

The biographies of the attorneys who have worked on this Case during the Fee Period, and a description of their professional experience and education, are attached to this Application at **Exhibit H**. PSZJ has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in this Case, except as such fees may be shared among PSZJ partners.

**Q.** <u>Client Review of Billing Statements</u>

Pursuant to the Local Guidelines, a cover letter enclosing this Application (along with the fourth interim fee application of BB and the fourth interim fee application of BRG) will be emailed to the subgroup of four Committee members whom the Committee has charged with handling fee issues in this Case. The letter invites the Committee to discuss with the Committee professionals and the UST any objections, concerns, or questions the Committee may have with regard to the requested compensation and reimbursement set forth in the Committee professionals' first interim fee applications. A copy of that cover letter is attached to this Application at **Exhibit I**.

**R.** <u>Notice of Application and Hearing</u>

PSZJ will request that Omni provide notice of this Application and the hearing on this Application to all parties in interest listed on the most recently filed *Limited Service List* in accordance with this Court's Local Bankruptcy Rules and the *Final Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal,*

*and (3) Temporarily Suspend Deadline for Filing Proofs of Claims* [Doc. 227]. Complete copies of the Application will be promptly furnished to any other party upon specific request to undersigned counsel at PSZJ. Therefore, notice should be deemed adequate under the circumstances and in accordance with Federal Rules of Bankruptcy Procedure 2002(a)(6) and 2002(c)(2).

**S.**     **Voluntary Reductions**

During the Fee Period, PSZJ provided a voluntary reduction of fees in the amount of $114,784.50 because it discounted its total fees during each calendar month of the Fee Period to the lesser of the amount billed using regular hourly rates and a blended hourly rate of $1,050.

**T.**     **Other Compliance with Large Case Guidelines Requirements**

**Exhibits A through E** to this Application contain information that complies with the requirements of the Large Case Guidelines. In addition, pursuant to paragraph C.5 of the Large Case Guidelines, PSZJ provides the following information:

| INQUIRY | STATEMENTS |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | Yes, PSZJ's application of a blended rate of $1050 has resulted in a voluntary discount of PSZJ's fees in the amount of $114,784.50 during the Fee Period. PSZJ billed its time for each calendar month during the Fee Period on an hourly basis using its regular hourly rates, *provided*, *however*, that PSZJ discounted its total fees during each calendar month of the Fee Period to *the lesser* of the amount billed using regular hourly rates and a blended hourly rate of $1,050. PSZJ has maintained its blended hourly rate of $1,050 even as its regular hourly rates increased in January 2024 and January 2025. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | Not applicable. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No. |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| INQUIRY | STATEMENTS |
|---|---|
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees. | No. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | No. |
| If the fee application includes any rate increases since retention:<br>    i. Did your client review and approve those rate increases in advance?<br>    ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | i. Yes, however PSZJ has maintained its blended hourly rate at $1,050 even as its regular hourly rates increased in January 2024 and January 2025. PSZJ discounts its total fees during each calendar month to *the lesser* of the amount billed using regular hourly rates and a blended hourly rate of $1,050.<br>ii. Yes. |

**III.**

**THE FEES AND EXPENSES REQUESTED SHOULD**

**BE AWARDED BASED UPON APPLICABLE LAW**

    The fees and expenses that PSZJ requests by this Application are an appropriate award for PSZJ's services in acting as counsel to the Committee.

**A.**    **Evaluation of Requests for Compensation**

    Pursuant to Bankruptcy Code section 330, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred. Pursuant to Bankruptcy Code section 331, the Court may award interim compensation and reimbursement to a professional. As set forth above, the fees for which PSZJ requests compensation and the costs incurred for which PSZJ requests reimbursement are for actual and necessary services rendered and costs incurred.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

In determining the amount of allowable fees under Bankruptcy Code section 330(a), courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *Burgess v. Klenske* (*In re Manoa Finance Co., Inc.*), 853 F.2d 687, 691 (9th Cir. 1988).

In assessing the propriety of an award of attorneys' fees, twelve factors relevant to determining such fees were identified in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-719 (5th Cir. 1974) (involving a Title VII class action case under the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq.) and *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976): (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the service properly; (4) the preclusion of other employment by the professional due to acceptance of the case; (5) the customary fee; (6) whether fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the professionals; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *See American Benefit Life Ins. Co. v. Baddock* (*In re First Colonial Corp. of America*), 544 F.2d 1291 (5th Cir. 1977) (finding *Johnson* criteria applicable in bankruptcy cases).

The time for which PSZJ seeks compensation is detailed in the Monthly Fee Statements contained in **Exhibit F** to this Application. PSZJ's services and time expenditures are reasonable in light of the labor required and outcomes achieved in this Case. PSZJ's charges for its professional services are based upon the time, nature, extent, and value of such services and the cost of comparable services in the San Francisco area, other than in a case under the Bankruptcy Code. The compensation PSZJ seeks by way of this Application is the customary compensation that commonly sought by PSZJ and other professionals representing trustees, committees, and debtors in similar circumstances.

**B.** <u>**Section 330(a)(3) Factors**</u>

Bankruptcy Code section 330(a)(3) sets forth five factors to be considered by the Court on this Application. *See* 11 U.S.C. § 330 (a)(3). Although several of these factors (such as the time

4928-1935-4653.3 05068.002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

involved, the timeliness of PSZJ's performance, and the complexity of the case) were addressed above, PSZJ believes two of the five factors should be discussed separately here.

First, Bankruptcy Code section 330(a)(3)(C) requires that professional services be necessary to the administration of the case or beneficial at the time at which the service was rendered toward completion. PSZJ contends that the facts of this Case make it evident that PSZJ's services were both necessary and beneficial to the estate in investigating assets of the estate, keeping the Committee informed about developments in the Case, and soliciting Committee approval of actions that PSZJ took on behalf of the Committee.

Second, Bankruptcy Code section 330(a)(3)(E) requires compensation to be reasonable based on customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code. As set forth in the Lucas Declaration, PSZJ asserts that its attorneys are skilled and have particular expertise in representing official committees of unsecured creditors in cases such as this Case involving sexual abuse claims. PSZJ further contends that it has performed well in this Case, and that the fees it charges are commensurate with the fees charged by PSZJ's counterparts engaged in non-bankruptcy specialties of the law.

**C.** **Available Funds**

PSZJ is informed and believes that the Debtor has sufficient funds available for the payment of the fees and costs that PSZJ requests by this Application.

**IV.**

**CONCLUSION**

PSZJ believes that the services it rendered for which it seeks compensation in this Application have been beneficial to the estate, that the costs PSZJ incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

WHEREFORE, PSZJ respectfully requests that this Court (a) authorize allowance of and direct the Debtor to pay PSZJ its fees and costs, and (b) award interim compensation in the amount of $578,857.56, which represents the sum of PSZJ's fees billed during the Fee Period in

4928-1935-4653.3 05068.002

the amount of $553,692.00 and reimbursement for expenses PSZJ paid in the amount of $25,165.56 during the Fee Period; and (c) grant such other and further relief as may be appropriate under the circumstances.

Dated:  March 6, 2025                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Gillian N. Brown*
James I. Stang
Debra I. Grassgreen
Brittany M. Michael
Gillian N. Brown
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:  jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        bmichael@pszjlaw.com
        gbrown@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

4928-1935-4653.3 05068.002                    17

# EXHIBIT A

**Customary and Comparable Compensation Disclosures with Fee Applications**

LA:4913-1950-4671.1 05068.002

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | **BILLED OR COLLECTED** Firm or offices for preceding year, excluding bankruptcy* | **BILLED** In this fee application |
| Sr./Equity Partner/Shareholder | $1,700.00 | $1,050.00 |
| Of Counsel | $1,400.00 | $899.93 |
| Associates | $1,000.00 | $525.37 |
| Law Library Director | $645.00 | $548.84 |
| Paralegal | $625.00 | $484.91 |
| Case Management Assistants | $495.00 | N/A |
| All timekeepers aggregated** | $1,050.00** | $751.96 |

* Represents approximate blended hourly rate.  Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies.  For fiscal year ending 2024, non-estate work represented approximately 8-10% of the Firm's revenues.   It is expected that non-estate work in 2025 will represent approximately 8-10% of the Firms' revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work

| | |
|---|---|
| Case Name: | The Roman Catholic Archbishop of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | March 6, 2025 |
| Interim or Final: | Interim |

# EXHIBIT B

**Summary of Timekeepers Included in this Application**

LA:4913-1950-4671.1 05068.002

Case: 23-30564    Doc# 1051    Filed: 03/06/25    Entered: 03/06/25 12:51:32    Page 23 of 206

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|
| Pachulski, Isaac M. | Partner | Bankruptcy | 1974 | 8.00 | $14,063.29 | $2,175[1] | 0 |
| Stang, James, I. | Partner | Bankruptcy | 1980 | 8.50 | $6,567.02 | $975[2] | 2 |
| Stang, James, I. | Partner | Bankruptcy | 1980 | 60.60 | $80,274.75 | $1,850[3] | 2 |
| Stang, James, I. | Partner | Bankruptcy | 1980 | 21.90 | $33,839.48 | $1,950[4] | 2 |
| Caine, Andrew W. | Partner | Litigation | 1983 | 21.10 | $27,020.59 | $1,525[5] | 2 |
| Caine, Andrew W. | Partner | Litigation | 1983 | 12.50 | $15,798.49 | $1,595[6] | 2 |
| Dine, Karen B. | Counsel | Litigation | 1994 | 4.20 | $5,488.88 | $1,525[7] | 1 |
| Dine, Karen B. | Counsel | Litigation | 1994 | 0.40 | $530.91 | $1,675[8] | 1 |
| Kim, Jonathan J | Counsel | Bankruptcy | 1995 | 17.20 | $18,002.63 | $1,295[9] | 1 |
| Greenwood, Gail S. | Counsel | Bankruptcy | 1994 | 46.80 | $48,101.18 | $1,195[10] | 2 |
| Greenwood, Gail S. | Counsel | Bankruptcy | 1994 | 75.90 | $79,689.84 | $1,325[11] | 2 |
| Brown, Gillian N. | Counsel | Litigation | 1999 | 37.10 | $34,090.02 | $1,075[12] | 2 |
| Brown, Gillian N. | Counsel | Litigation | 1999 | 13.80 | $12,575.30 | $1,150[13] | 2 |
| Cohen, Michael L. | Counsel | Litigation | 2000 | 3.20 | $3,379.35 | $1,195[14] | 1 |
| Cohen, Michael L. | Counsel | Litigation | 2000 | 1.40 | $1,436.62 | $1,295[15] | 1 |

[1] PSZJ and the Committee agreed that PSZJ would charge the *lesser* of: (a) the actual hourly rates normally charged by PSZJ attorneys during a calendar month; or (b) a blended rate of $1,050 per hour for attorneys who worked on the Case during that calendar month. As set forth in the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time for each calendar month during the Fee Period on an hourly basis using its regular hourly rates, *provided*, *however*, that PSZJ discounted its total fees during each calendar month of the Fee Period to *the lesser* of the amount billed using regular hourly rates and a blended hourly rate of $1,050.

[2] *See id.*

[3] *See id.*

[4] *See id.*

[5] *See id.*

[6] *See id.*

[7] *See id.*

[8] *See id.*

[9] *See id.*

[10] *See id.*

[11] *See id.*

[12] *See id.*

[13] *See id.*

[14] *See id.*

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|
| Michael, Brittany M. | Counsel | Bankruptcy | 2015 | 121.70 | $88,893.93 | $975 | 2 |
| Michael, Brittany M. | Counsel | Bankruptcy | 2015 | 39.50 | $32,864.82 | $1,050 | 2 |
| Wilson, Brooke E. | Associate | Bankruptcy | 2022 | 0.60 | $315.22 | $650 | 0 |
| Forrester, Leslie A. | Law Library Director | Bankruptcy | N/A | 36.50 | $20,039.63 | $645 | 1 |
| Forrester, Leslie A. | Law Library Director | Bankruptcy | N/A | 0.50 | $267.44 | $675 | 1 |
| Dassa, Beth D. | Paralegal | Bankruptcy | N/A | 40.10 | $19,942.85 | $595 | 2 |
| Dassa, Beth D. | Paralegal | Bankruptcy | N/A | 1.20 | $594.31 | $625 | 2 |
| Hall, Nathan J. | Paralegal | Bankruptcy | N/A | 11.70 | $5,398.03 | $545 | 1 |
| Hall, Nathan J. | Paralegal | Bankruptcy | N/A | 3.60 | $1,697.33 | $595 | 1 |
| Daniels, Hope R. | Paralegal | Bankruptcy | N/A | 5.90 | $2,678.65 | $545 | 1 |
| Daniels, Hope R. | Paralegal | Bankruptcy | N/A | 0.30 | $141.44 | $595 | 1 |
| **Total** | | | | **594.20** | **$553,692.00** | | |

| | |
|---|---|
| Case Name: | The Roman Catholic Archbishop of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | March 6, 2025 |
| Interim or Final: | Interim |

---

[15] *See id.*
LA:4913-1950-4671.1 05068.002

# EXHIBIT C-1

**BUDGET**

NOT APPLICABLE

| | |
|---|---|
| Case Name: | The Roman Catholic Archbishop of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | March 6, 2025 |
| Interim or Final: | Interim |

LA:4913-1950-4671.1 05068.002

# EXHIBIT C-2

## STAFFING PLAN

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

*(See Appendix B–Guidelines for Staffing Plan)*

| CATEGORY OF TIMEKEEPER (Using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | NUMBER OF TIMEKEEPERS WHO WORKED ON THE MATTER DURING THE INTERIM PERIOD | AVERAGE HOURLY RATE DURING THE INTERIM PERIOD |
| Partner | 3 | $1,050.00 |
| Of Counsel | 6 | $899.93 |
| Associates | 1 | $525.37 |
| Law Library Director | 1 | $548.84 |
| Paralegals | 3 | $484.91 |

| | |
|---|---|
| Case Name: | The Roman Catholic Archbishop of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | March 6, 2025 |
| Interim or Final: | Interim |

# EXHIBIT D

**Summary of Compensation by Project Category**
**Detailed Summary of Expenses**

LA:4913-1950-4671.1 05068.002

# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

LA:4913-1950-4671.1 05068.002

| PROJECT CATEGORY | HOURS BILLED | FEES SOUGHT |
|---|---|---|
| Asset Analysis | 14.90 | $14,609.43 |
| Bankruptcy Litigation | 147.10 | $149,586.13 |
| Case Administration | 19.10 | $13,915.24 |
| Claims Administration | 123.40 | $101,822.04 |
| Compensation of Professionals | 28.80 | $15,177.24 |
| Other Professional Compensation | 6.90 | $4,762.54 |
| General Creditors' Committee | 44.60 | $48,126.92 |
| Insurance Coverage | 0.70 | $1,022.11 |
| Mediation | 83.50 | $106,451.60 |
| Plan & Disclosure Statement | 5.40 | $7,161.79 |
| Other Professional Retention | 23.30 | $18,789.93 |
| Relief from Stay/Stay Litigation | 63.40 | $65,700.01 |
| Travel | 33.10 | $6,567.02 |
| **Total** | **594.20** | **$553,692.00** |

| | |
|---|---|
| Case Name: | The Roman Catholic Archbishop of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | March 6, 2025 |
| Interim or Final: | Interim |

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

LA:4913-1950-4671.1 05068.002

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Airfare | $3,546.89 |
| Auto Travel Expense | $1,541.40 |
| Business Meals | $265.91 |
| Federal Express | $27.87 |
| Hotel Expense | $5,445.62 |
| Lexis-Nexis/Legal Research | $653.74 |
| Out of Town Travel | 44.00 |
| Outside Services | $12,208.45 |
| Pacer – Court Research | $525.80 |
| Postage | $144.90 |
| Reproduction Expense | $739.00 |
| Transcript | $21.98 |
| **Grand Total** | **$25,165.56** |

| | |
|---|---|
| Case Name: | The Roman Catholic Archbishop of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | March 6, 2025 |
| Interim or Final: | Interim |

# EXHIBIT E

**Summary Cover Sheet of Application**

**EXHIBIT E**
**SUMMARY COVER SHEET OF FEE APPLICATION**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Time period covered by this application: | 10/1/2024 – 1/31/2025 |
| Total compensation sought this period: | $553,692.00 |
| Total expenses sought this period: | $25,165.56 |
| Petition date: | 8/21/2023 |
| Retention date: | 9/14/2023 |
| Date of order approving employment: | 10/24/2023 |
| Total fees approved by interim orders to date: | $2,491,973.24 |
| Total expenses approved by interim orders to date: | $52,051.56 |
| Total allowed fees paid to date: | $2,491,973.24 |
| Total allowed expenses paid to date: | $52,051.56 |
| Blended rate in this application for all attorneys | $1,017.26 |
| Blended rate in this application for all timekeepers | $931.82 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $202,372.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $8,339.10 |
| Number of professionals included in this application: | 10 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 5 |

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

|  |  |
|---|---|
| Case Name: | The Roman Catholic Archbishop of San Francisco |
| Case Number: | 23-30564 |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | March 6, 2025 |
| Interim or Final: | Interim |

# EXHIBIT F

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
      dgrassgreen@pszjlaw.com
      gbrown@pszjlaw.com
      bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO,

      Debtor and Debtor in Possession.

Case No.: 23-30564

Chapter 11

**MONTHLY PROFESSIONAL FEE
STATEMENT FOR PACHULSKI STANG
ZIEHL & JONES LLP (OCTOBER 2024)**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel

to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly

professional fee statement for the period October 1, 2024 to October 31, 2024 (the "Fee Period"),

pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and

Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No.

212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are

as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2024 – October 31, 2024 | $128,275.00[1] | $2,493.17 | $130,768.17 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $102,620.00 | $2,493.17 | $105,113.17 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   December 2, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
    Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $128,275.00 during the Fee Period but seeks compensation only for $102,620.00. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks be reimbursed by the Debtor according to its customary reimbursement policies, *provided, however,* that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $128,275.00) and a blended hourly rate of $1,050 (here, $102,620.00).
Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# **EXHIBIT 1**

ABBREVIATIONS KEY:

BB = Burns Bair LLP
BRG = Berkeley Research Group, LLC
IRB = Internal Review Board (of the Debtor)
JAA = Jeff Anderson & Associates PA
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel
SMRH = Sheppard, Mullin, Richter & Hampton LLP
UTC = Coordinated Universal Time (time zone)



PACHULSKI STANG ZIEHL & JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.

November 6, 2024
Invoice    142741
Client      05068.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2024

| | |
|---|---|
| FEES | $158,710.00 |
| EXPENSES | $2,493.17 |
| COURTESY DISCOUNT | -$30,435.00 |
| **TOTAL CURRENT CHARGES** | **$130,768.17** |
| **BALANCE FORWARD** | **$618,594.98** |
| **LAST PAYMENT** | **-$82,633.79** |
| **TOTAL BALANCE DUE** | **$666,729.36** |

Doc# 9851   Filed 03/06/25   Entered 03/06/25 16:42   Page 40 of 206

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 2

Invoice 142741

November 6, 2024

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,525.00 | 9.60 | $14,640.00 |
| IMP | Pachulski, Isaac M. | Partner | 2,175.00 | 8.00 | $17,400.00 |
| JIS | Stang, James I. | Partner | 1,850.00 | 17.80 | $32,930.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 975.00 | 30.20 | $29,445.00 |
| GNB | Brown, Gillian N. | Counsel | 1,075.00 | 9.20 | $9,890.00 |
| GSG | Greenwood, Gail S. | Counsel | 1,195.00 | 4.80 | $5,736.00 |
| JJK | Kim, Jonathan J. | Counsel | 1,295.00 | 17.20 | $22,274.00 |
| BEW | Wilson, Brooke E. | Associate | 650.00 | 0.60 | $390.00 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 29.90 | $17,790.50 |
| HRD | Daniels, Hope R. | Paralegal | 545.00 | 3.50 | $1,907.50 |
| NJH | Hall, Nathan J. | Paralegal | 545.00 | 5.30 | $2,888.50 |
| LAF | Forrester, Leslie A. | Library | 645.00 | 5.30 | $3,418.50 |
| | | | | 141.40 | $158,710.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     3
Invoice 142741
November 6, 2024

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 4.40 | $5,682.50 |
| BL | Bankruptcy Litigation | 19.20 | $21,080.50 |
| CA | Case Administration | 4.50 | $3,746.00 |
| CO | Claims Administration and Objections | 41.20 | $49,990.50 |
| CP | PSZJ Compensation | 23.30 | $14,648.50 |
| CPO | Other Professional Compensation | 3.10 | $2,612.50 |
| GC | General Creditors' Committee | 17.40 | $22,383.00 |
| ME | Mediation | 17.20 | $30,094.50 |
| PD | Plan and Disclosure Statement | 0.40 | $610.00 |
| RPO | Other Professional Retention | 10.70 | $7,862.00 |
| | | 141.40 | $158,710.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     4
Invoice 142741
November 6, 2024

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Lexis/Nexis- Legal Research | $273.07 |
| Litigation Support Vendors | $1,670.50 |
| Pacer - Court Research | $38.30 |
| Postage | $78.90 |
| Reproduction Expense | $432.40 |
| | $2,493.17 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    5
Invoice 142741
November 6, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 10/07/2024 | BMM | AA | Call with BRG regarding asset analysis. | 0.80 | 975.00 | $780.00 |
| 10/07/2024 | JIS | AA | Call (partial) with BRG regarding financial analysis of Debtor and other entities. | 0.70 | 1,850.00 | $1,295.00 |
| 10/14/2024 | BMM | AA | Call with BRG regarding asset analysis. | 0.50 | 975.00 | $487.50 |
| 10/30/2024 | BMM | AA | Call with BRG and PSZJ regarding discovery and asset analysis. | 0.80 | 975.00 | $780.00 |
| 10/30/2024 | GNB | AA | Video conference with PSZJ and BRG regarding financial analysis. | 0.80 | 1,075.00 | $860.00 |
| 10/30/2024 | JIS | AA | Call with BRG regarding financial analysis of Debtor and affiliates. | 0.80 | 1,850.00 | $1,480.00 |
| | | | | **4.40** | | **$5,682.50** |
| **Bankruptcy Litigation** | | | | | | |
| 10/01/2024 | AWC | BL | Emails with team and counsel regarding affiliate discovery issues (.20); and review /revise subpoena package re Aprio (.30). | 0.50 | 1,525.00 | $762.50 |
| 10/01/2024 | GNB | BL | Email BRG regarding subpoenas to Baker Tilly and Aprio for production of documents. | 0.10 | 1,075.00 | $107.50 |
| 10/01/2024 | GNB | BL | Email to N. Hall and J. Washington regarding affidavit of personal service on Baker Tilly. | 0.10 | 1,075.00 | $107.50 |
| 10/01/2024 | NJH | BL | Draft subpoena package to be served on Aprio, LLP. | 1.40 | 545.00 | $763.00 |
| 10/02/2024 | AWC | BL | Emails with team regarding Aprio subpoena and service. | 0.30 | 1,525.00 | $457.50 |
| 10/02/2024 | NJH | BL | Preparation of Rule 2004 subpoena package to be served on Aprio, LLP. | 0.60 | 545.00 | $327.00 |
| 10/02/2024 | NJH | BL | Revise the discovery tracking chart. | 0.40 | 545.00 | $218.00 |
| 10/03/2024 | AWC | BL | Emails with counsel regarding financial advisor, discussion and support corporations (.20); emails with team regarding Aprio service status (.20). | 0.40 | 1,525.00 | $610.00 |
| 10/04/2024 | AWC | BL | Emails with team regarding Aprio subpoena. | 0.10 | 1,525.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     6
Invoice 142741
November 6, 2024

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 10/07/2024 | AWC | BL | Emails with counsel regarding subpoena discussions. | 0.20 | 1,525.00 | $305.00 |
| 10/08/2024 | AWC | BL | Emails with ASF counsel regarding outstanding discovery issues. | 0.20 | 1,525.00 | $305.00 |
| 10/08/2024 | BMM | BL | Analyze outstanding discovery for meet and confer meeting. | 1.00 | 975.00 | $975.00 |
| 10/08/2024 | BMM | BL | Meet and confer with Debtor's counsel regarding outstanding discovery. | 0.70 | 975.00 | $682.50 |
| 10/08/2024 | GNB | BL | Review email from A. Caine regarding RPSC accountant call with BRG; email BRG regarding same (UTC plus 6 hours). | 0.10 | 1,075.00 | $107.50 |
| 10/08/2024 | GNB | BL | (Committee Rule 2004 to Debtor and to auditors) Email with B. Michael regarding outstanding discovery and upcoming meet and confer. | 0.10 | 1,075.00 | $107.50 |
| 10/10/2024 | AWC | BL | Emails with BPM regarding additional production (.1); and skim log and docs (.2); emails with Baker Tilly counsel regarding subpoena (.2). | 0.50 | 1,525.00 | $762.50 |
| 10/11/2024 | GNB | BL | (Rule 2004 to BPM) Review email from C. Tart at Pillsbury regarding document production and privilege log; email N. Hall regarding same. | 0.10 | 1,075.00 | $107.50 |
| 10/11/2024 | NJH | BL | Upload BPM LLP's production documents onto review databases for analysis by attorneys. | 0.40 | 545.00 | $218.00 |
| 10/11/2024 | NJH | BL | Revise production log. | 0.50 | 545.00 | $272.50 |
| 10/11/2024 | NJH | BL | Revise discovery tracking spreadsheet. | 0.10 | 545.00 | $54.50 |
| 10/14/2024 | BMM | BL | Analyze perpetrator files. | 2.30 | 975.00 | $2,242.50 |
| 10/15/2024 | AWC | BL | Emails (.10); and call with Aprio counsel regarding subpoena (.20); read Aprio objections/responses to subpoena (.20); emails with team regarding auditor subpoenas (.20). | 0.70 | 1,525.00 | $1,067.50 |
| 10/15/2024 | GNB | BL | (Committee 2004 to Baker Tilly and to Aprio) Email with PSZJ team regarding subpoena targets' communications. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     7
Invoice 142741
November 6, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2024 | AWC | BL | Emails with Baker Tilly counsel regarding documents (.10); review spreadsheet and emails with BRG regarding review (.10). | 0.20 | 1,525.00 | $305.00 |
| 10/17/2024 | NJH | BL | Revise the discovery tracker spreadsheet. | 0.10 | 545.00 | $54.50 |
| 10/21/2024 | AWC | BL | Call (.20); and emails with SMRH regarding discovery (.20); emails with team regarding discovery (.20). | 0.60 | 1,525.00 | $915.00 |
| 10/21/2024 | GNB | BL | Email with T. Evanston at Duane Morris regarding potential Rule 2004 oral examinations of Baker Tilly and Aprio. | 0.10 | 1,075.00 | $107.50 |
| 10/21/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Email with A. Caine regarding subpoena; email A. Cottrell regarding same. | 0.10 | 1,075.00 | $107.50 |
| 10/24/2024 | AWC | BL | Emails with ASF counsel regarding meet and confer/document issues (.20); emails with team regarding meet and confer/document issues (.20). | 0.40 | 1,525.00 | $610.00 |
| 10/24/2024 | BMM | BL | Prepare for meet and confer with Debtor's counsel. | 0.40 | 975.00 | $390.00 |
| 10/24/2024 | BMM | BL | Meet and confer with Debtor's counsel regarding ongoing discovery issues. | 0.50 | 975.00 | $487.50 |
| 10/24/2024 | BMM | BL | Call with J. Stang regarding IRB files. | 0.20 | 975.00 | $195.00 |
| 10/24/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Meet and confer by video conference with B. Michael and Debtor's counsel (.5); prepare for same (.1); email with A. Caine regarding meet and confer earlier today (.1). | 0.70 | 1,075.00 | $752.50 |
| 10/30/2024 | AWC | BL | Emails with team regarding outstanding discovery (.30); call with BRG regarding discovery and financial issues (.70); emails with counsel regarding RPSC discovery (.10); and skim documents (.20). | 1.30 | 1,525.00 | $1,982.50 |
| 10/30/2024 | BMM | BL | Follow-up call with G. Brown and J. Stang from BRG call. | 0.30 | 975.00 | $292.50 |
| 10/30/2024 | GNB | BL | Call with J. Stang and B. Michael regarding earlier BRG call. | 0.30 | 1,075.00 | $322.50 |
| 10/30/2024 | JIS | BL | Follow-up call with B. Michael and G. Brown regarding BRG call. | 0.30 | 1,850.00 | $555.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     8
Invoice 142741
November 6, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2024 | AWC | BL | Emails with BRG regarding financial discovery (.20); review discovery status charts and correspondence (.50); emails with counsel regarding Aprio subpoena (.10); and review subpoena, correspondence (.30). | 1.10 | 1,525.00 | $1,677.50 |
| 10/31/2024 | BMM | BL | Review perpetrator files. | 0.90 | 975.00 | $877.50 |
| 10/31/2024 | BMM | BL | Call with G. Brown regarding discovery issues. | 0.20 | 975.00 | $195.00 |
| 10/31/2024 | GNB | BL | Call with B. Michael regarding discovery issues. | 0.20 | 1,075.00 | $215.00 |
| 10/31/2024 | NJH | BL | Upload Non-Debtor production onto review databases for analysis by attorneys. | 0.20 | 545.00 | $109.00 |
| 10/31/2024 | NJH | BL | Revise production log. | 0.20 | 545.00 | $109.00 |
|  |  |  |  | 19.20 |  | $21,080.50 |

**Case Administration**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2024 | BDD | CA | Review docket to update critical dates memo re same (.80); emails PSZJ team re same (.10); emails G. Brown re additional calendaring matters (.10); emails B. Anavim and M. Kulick re multiple calendaring matters (.10). | 1.10 | 595.00 | $654.50 |
| 10/03/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 10/08/2024 | BDD | CA | Research info for contact list (.20) and emails B. Michael and IT re same (.10). | 0.30 | 595.00 | $178.50 |
| 10/08/2024 | JIS | CA | Call with Debtor's counsel regarding case status. | 0.30 | 1,850.00 | $555.00 |
| 10/09/2024 | GNB | CA | Email B. Dassa regarding additions to critical dates calendar (UTC plus 6 hours). | 0.10 | 1,075.00 | $107.50 |
| 10/10/2024 | AWC | CA | Read Debtor motion for further extension of removal deadline. | 0.20 | 1,525.00 | $305.00 |
| 10/10/2024 | BDD | CA | Review docket to update critical dates memo re same (.40); email PSZJ team re same (.10). | 0.50 | 595.00 | $297.50 |
| 10/11/2024 | GNB | CA | Email S. Lee regarding case contact list. | 0.10 | 1,075.00 | $107.50 |
| 10/15/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     9
Invoice 142741
November 6, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2024 | BDD | CA | Emails J. Stang, G. Brown and B. Michael re no omnibus hearing for 10/24 (.10) and email B. Anavim and M. Kulick re same (.10). | 0.20 | 595.00 | $119.00 |
| 10/24/2024 | BDD | CA | Review docket to update critical dates memorandum re same (.60); email PSZJ team re same (.10). | 0.70 | 595.00 | $416.50 |
| 10/24/2024 | GNB | CA | Email B. Dassa regarding revisions to critical dates calendar. | 0.10 | 1,075.00 | $107.50 |
| 10/29/2024 | GNB | CA | Email B. Dassa regarding critical dates calendar. | 0.10 | 1,075.00 | $107.50 |
| 10/31/2024 | GNB | CA | Email B. Dassa regarding calendaring matters. | 0.10 | 1,075.00 | $107.50 |
| | | | | **4.50** | | **$3,746.00** |

## Claims Administration and Objections

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2024 | GSG | CO | Call with B. Michael re aggregated data motion. | 0.20 | 1,195.00 | $239.00 |
| 10/01/2024 | JJK | CO | Research for client memo on estimation and other claim issues. | 6.50 | 1,295.00 | $8,417.50 |
| 10/01/2024 | JJK | CO | Research (supplemental) for client memo on estimation and other claims issues. | 1.40 | 1,295.00 | $1,813.00 |
| 10/01/2024 | LAF | CO | Analyze insurer information. | 1.00 | 645.00 | $645.00 |
| 10/02/2024 | JJK | CO | Research for ASF memo on estimation. | 0.80 | 1,295.00 | $1,036.00 |
| 10/02/2024 | JJK | CO | Research estimation. | 2.00 | 1,295.00 | $2,590.00 |
| 10/02/2024 | LAF | CO | Analyze data re St. Vincent. | 1.00 | 645.00 | $645.00 |
| 10/03/2024 | BMM | CO | Revise claims data motion materials. | 0.30 | 975.00 | $292.50 |
| 10/03/2024 | GSG | CO | Revise proposed declaration to M. Johnson re data disclosure. | 0.30 | 1,195.00 | $358.50 |
| 10/03/2024 | GSG | CO | Emails to/from B. Michael re disclosure motion. | 0.10 | 1,195.00 | $119.50 |
| 10/03/2024 | JJK | CO | Research (1.40) and revise client memo (.60) re estimation and related issues. | 2.00 | 1,295.00 | $2,590.00 |
| 10/04/2024 | BEW | CO | Confer with G. Greenwood re: procedural question. | 0.10 | 650.00 | $65.00 |
| 10/04/2024 | GSG | CO | Call with B. Wilson re motion to seal procedures/timing. | 0.20 | 1,195.00 | $239.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 10

Invoice 142741

November 6, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2024 | JJK | CO | Research and revise client memo re estimation and related matters. | 4.50 | 1,295.00 | $5,827.50 |
| 10/05/2024 | BMM | CO | Revise motion to publish aggregate claims data. | 1.30 | 975.00 | $1,267.50 |
| 10/05/2024 | GSG | CO | Review comments to disclosure motion and motion to seal. | 0.30 | 1,195.00 | $358.50 |
| 10/05/2024 | JIS | CO | Review pleadings for motion to publish aggregate claims data. | 1.70 | 1,850.00 | $3,145.00 |
| 10/05/2024 | JIS | CO | Review motion to seal survivor information. | 0.30 | 1,850.00 | $555.00 |
| 10/05/2024 | JIS | CO | Review pleadings related to motion for publishing aggregate data. | 0.70 | 1,850.00 | $1,295.00 |
| 10/06/2024 | AWC | CO | Review and revise motions to publicize aggregate claims data (.80) and to seal data (.10). | 0.90 | 1,525.00 | $1,372.50 |
| 10/06/2024 | BMM | CO | Revise motion to publish aggregate claims data. | 0.60 | 975.00 | $585.00 |
| 10/06/2024 | JIS | CO | Review of revised motion for filing claims data. | 0.30 | 1,850.00 | $555.00 |
| 10/06/2024 | JIS | CO | Further review of motion regarding publication of aggregate data. | 0.30 | 1,850.00 | $555.00 |
| 10/07/2024 | BDD | CO | Email B. Michael re contact list. | 0.10 | 595.00 | $59.50 |
| 10/07/2024 | BEW | CO | Review local rules (.30) and email to G. Greenwood re: N.D. Cal procedures to file documents under seal (.20). | 0.50 | 650.00 | $325.00 |
| 10/07/2024 | BMM | CO | Revise motion to publish aggregate claims data. | 0.40 | 975.00 | $390.00 |
| 10/07/2024 | GSG | CO | Review/revise motion and declaration re disclosure of aggregated data. | 0.60 | 1,195.00 | $717.00 |
| 10/07/2024 | GSG | CO | Review district procedures re sealing. | 0.30 | 1,195.00 | $358.50 |
| 10/07/2024 | GSG | CO | Revise motion to seal claims data re district procedures (1.1) and incorporate comments of J. Stang (.5). | 1.60 | 1,195.00 | $1,912.00 |
| 10/07/2024 | GSG | CO | Draft declaration of B. Michael re sealing (.70) and prepare cover to sealed document per district procedures (.10). | 0.80 | 1,195.00 | $956.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    11

Invoice 142741

November 6, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/07/2024 | GSG | CO | Email B. Michael and J. Stang re timing and status of sealing motion. | 0.20 | 1,195.00 | $239.00 |
| 10/08/2024 | AWC | CO | Read revised seal motion (.10) and emails with team thereon (.10). | 0.20 | 1,525.00 | $305.00 |
| 10/09/2024 | BMM | CO | Revise motion to publish aggregate claims data. | 2.00 | 975.00 | $1,950.00 |
| 10/09/2024 | BMM | CO | Call with J. Stang regarding aggregate data motion. | 0.30 | 975.00 | $292.50 |
| 10/09/2024 | BMM | CO | Call with J. Stang regarding aggregate data motion. | 0.30 | 975.00 | $292.50 |
| 10/09/2024 | BMM | CO | Call with Debtor's counsel regarding aggregate data motion. | 0.70 | 975.00 | $682.50 |
| 10/09/2024 | BMM | CO | Call with J. Stang following up on call with Debtor's counsel. | 0.30 | 975.00 | $292.50 |
| 10/09/2024 | GSG | CO | Email Committee member's counsel re disclosure motion. | 0.10 | 1,195.00 | $119.50 |
| 10/09/2024 | JIS | CO | Call B. Michael in advance of meeting on claims issues. | 0.60 | 1,850.00 | $1,110.00 |
| 10/09/2024 | JIS | CO | Call B. Michael as follow up to call with Debtor's regarding claims report. | 0.30 | 1,850.00 | $555.00 |
| 10/09/2024 | JIS | CO | Call with Debtor's counsel regarding motion related to claims. | 0.80 | 1,850.00 | $1,480.00 |
| 10/09/2024 | JIS | CO | Call to B. Michael as follow up to call with Debtor regarding motion related to claims. | 0.30 | 1,850.00 | $555.00 |
| 10/16/2024 | GSG | CO | Emails to/from M. Johnson re disclosure motion. | 0.10 | 1,195.00 | $119.50 |
| 10/17/2024 | LAF | CO | Analyze abuse claim data. | 1.30 | 645.00 | $838.50 |
| 10/18/2024 | LAF | CO | Analyze clam data. | 0.50 | 645.00 | $322.50 |
| 10/23/2024 | BMM | CO | Call with L. Forrester regarding claims chart. | 0.60 | 975.00 | $585.00 |
| 10/23/2024 | LAF | CO | Call with B. Michael on abuse claims analysis (.60); prepare data for call (.90). | 1.50 | 645.00 | $967.50 |
| | | | | **41.20** | | **$49,990.50** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     12

Invoice 142741

November 6, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**PSZJ Compensation**

| 10/08/2024 | BDD | CP | Email G. Brown re PSZJ September monthly fee statement. | 0.10 | 595.00 | $59.50 |
| 10/08/2024 | BDD | CP | Review PSZJ 2nd interim fee application (.10) and email G. Brown re 3rd interim fee application (.10). | 0.20 | 595.00 | $119.00 |
| 10/08/2024 | BDD | CP | Review deadlines re 3rd interim fee applications (.10) and emails G. Brown, B. Anavim and M. Kulick re same (.10). | 0.20 | 595.00 | $119.00 |
| 10/09/2024 | BDD | CP | Email H. Daniels re PSZJ September fee statement. | 0.10 | 595.00 | $59.50 |
| 10/09/2024 | BDD | CP | Review Jun - August 2024 monthly fee statements for PSZJ (.30) and email N. Brown re same (.10). | 0.40 | 595.00 | $238.00 |
| 10/10/2024 | BDD | CP | Review PSZJ June LEDES file (.10) and email J. Blumberg (UST's office) re same (.10); email G. Brown re same (.10). | 0.30 | 595.00 | $178.50 |
| 10/15/2024 | BDD | CP | Email G. Brown re PSZJ 3rd interim fee application (.10) and email N. Brown re same (.10). | 0.20 | 595.00 | $119.00 |
| 10/15/2024 | BDD | CP | Email G. Brown re PSZJ September monthly fee statement. | 0.10 | 595.00 | $59.50 |
| 10/15/2024 | HRD | CP | Prepare Pachulski Stang Ziehl & Jones LLP's September monthly fee statement. | 1.50 | 545.00 | $817.50 |
| 10/16/2024 | BDD | CP | Review updated PSZJ fee analysis (.30) and email Accounting re same (.10). | 0.40 | 595.00 | $238.00 |
| 10/16/2024 | BDD | CP | Draft PSZJ 3rd interim fee application. | 0.60 | 595.00 | $357.00 |
| 10/17/2024 | BDD | CP | Draft email to G. Brown re PSZJ 3rd interim fee application. | 0.10 | 595.00 | $59.50 |
| 10/17/2024 | BDD | CP | Draft PSZJ 3rd interim fee application. | 5.40 | 595.00 | $3,213.00 |
| 10/18/2024 | BDD | CP | Email G. Brown re PSZJ 3rd interim fee application. | 0.10 | 595.00 | $59.50 |
| 10/21/2024 | BDD | CP | Emails G. Brown and H. Daniels re monthly fee statements. | 0.10 | 595.00 | $59.50 |
| 10/21/2024 | BDD | CP | Continue drafting PSZJ's 3rd interim fee application (4.30) and emails G. Brown re same (.10). | 4.40 | 595.00 | $2,618.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     13

Invoice 142741

November 6, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2024 | GNB | CP | Review and approve PSZJ September 2024 monthly fee statement. | 0.10 | 1,075.00 | $107.50 |
| 10/22/2024 | BDD | CP | Email G. Brown re service of LEDES files on U.S. Trustee. | 0.10 | 595.00 | $59.50 |
| 10/22/2024 | BDD | CP | Continue drafting PSZJ 3rd interim fee application including exhibits (3.10) and email G. Brown re same (.10). | 3.20 | 595.00 | $1,904.00 |
| 10/22/2024 | GNB | CP | Email E. Frejka and J. Blumberg regarding PSZJ September 2024 LEDES; email Debtor's counsel regarding PSZJ September monthly fee statement. | 0.10 | 1,075.00 | $107.50 |
| 10/22/2024 | GNB | CP | Communications with B. Dassa regarding edits to exhibits to PSZJ interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 10/24/2024 | BDD | CP | Prepare Notice of Hearing on PSZJ's 3rd interim fee application (.50) and emails G. Brown and H. Daniels re same (.20). | 0.70 | 595.00 | $416.50 |
| 10/28/2024 | GNB | CP | Review J. Stang edits to exhibit to PSZJ fee application; email other Committee professionals regarding same. | 0.10 | 1,075.00 | $107.50 |
| 10/29/2024 | BDD | CP | Call with N. Brown re revised exhibit to PSZJ 3rd interim fee application. | 0.10 | 595.00 | $59.50 |
| 10/29/2024 | BDD | CP | Email N. Brown re letter from Committee to be attached to PSZJ 3rd interim fee application. | 0.10 | 595.00 | $59.50 |
| 10/29/2024 | BDD | CP | Revisions to PSZJ 3rd interim fee application including exhibits re same (.40); emails G. Brown and H. Daniels re same (.10); prepare Declaration of J. Stang in support of PSZJ 3rd interim fee application (.30). | 0.80 | 595.00 | $476.00 |
| 10/29/2024 | BDD | CP | Email V. Arias re PSZJ 3rd interim fee application. | 0.10 | 595.00 | $59.50 |
| 10/29/2024 | GNB | CP | Edit PSZJ third interim fee application. | 1.00 | 1,075.00 | $1,075.00 |
| 10/29/2024 | GNB | CP | Edit declaration of J. Stang in support of PSZJ's third interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 10/29/2024 | HRD | CP | Research case citation for PSZJ interim fee application. | 0.60 | 545.00 | $327.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    14
Invoice 142741
November 6, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2024 | GNB | CP | Review H. Daniels' email regarding Shepardization of PSZJ third interim fee application (.1); review caselaw relating to same (.1). | 0.20 | 1,075.00 | $215.00 |
| 10/30/2024 | HRD | CP | Shepardize Pachulski Stang Ziehl & Jones's third interim fee application. | 0.50 | 545.00 | $272.50 |
| 10/31/2024 | GNB | CP | Email with H. Daniels regarding final review of PSZJ interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 10/31/2024 | GNB | CP | Email with M. Viramontes regarding filing and service of Committee professionals' fee applications and notice of hearing thereon; finalize notice of hearing; email Omni re service of Committee professionals' fee applications and notice of hearing thereon. | 0.10 | 1,075.00 | $107.50 |
| 10/31/2024 | GNB | CP | Email Committee fee subgroup regarding Committee professionals' interim fee applications filed today. | 0.10 | 1,075.00 | $107.50 |
| 10/31/2024 | HRD | CP | Finalize for filing Pachulski Stang Ziehl & Jones LLP's third interim fee application (.80) and notice of hearing regarding same (.10). | 0.90 | 545.00 | $490.50 |
|  |  |  |  | 23.30 |  | $14,648.50 |

**Other Professional Compensation**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/10/2024 | BDD | CPO | Email Committee professionals re next round of interim fee applications. | 0.10 | 595.00 | $59.50 |
| 10/11/2024 | GNB | CPO | Review E. Frejka email regarding LEDES; email BB and BRG regarding same; email E. Frejka and J. Blumberg regarding same; email B. Dassa regarding same. | 0.10 | 1,075.00 | $107.50 |
| 10/11/2024 | GNB | CPO | Email with R. Strong and M. Kuhn regarding September 2024 monthly fee statement and next interim fee application. | 0.20 | 1,075.00 | $215.00 |
| 10/11/2024 | GNB | CPO | Email with J. Bair regarding BB September 2024 monthly fee statement. | 0.10 | 1,075.00 | $107.50 |
| 10/14/2024 | BDD | CPO | Emails Burns Bair & BRG re September fees (.20); emails G. Brown re PSZJ September fee statement (.10) emails subcommittee and G. Brown re Committee professionals' September fee statements (.20). | 0.50 | 595.00 | $297.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    15

Invoice 142741

November 6, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2024 | GNB | CPO | Email with B. Dassa regarding Committee subgroup approval of monthly invoices; email Committee subgroup regarding same (UTC timezone + 7 hours). | 0.10 | 1,075.00 | $107.50 |
| 10/15/2024 | GNB | CPO | Email R. Strong regarding BRG next interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 10/16/2024 | GNB | CPO | Email with Committee billing subgroup regarding BRG invoices. | 0.10 | 1,075.00 | $107.50 |
| 10/17/2024 | GNB | CPO | Email with R. Strong regarding BRG interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 10/18/2024 | GNB | CPO | Email with J. Bair regarding monthly fee statement; email B. Dassa regarding PSZJ interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 10/21/2024 | GNB | CPO | Email with M. Kuhn regarding BRG August and September 2024 monthly fee statements. | 0.10 | 1,075.00 | $107.50 |
| 10/22/2024 | BDD | CPO | Review September fee statements filed by Debtor's professionals (.20) and email G. Brown re same (.10). | 0.30 | 595.00 | $178.50 |
| 10/24/2024 | GNB | CPO | Edit notice of Committee professionals' interim fee applications (.1); email with B. Dassa and H. Daniels regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 10/24/2024 | GNB | CPO | Email with J. Kim regarding interim fee application hearing and notice thereof. | 0.10 | 1,075.00 | $107.50 |
| 10/28/2024 | BDD | CPO | Revisions to notice of hearing on 3rd interim fee applications (.10) and email G. Brown and H. Daniels re same (.10). | 0.20 | 595.00 | $119.00 |
| 10/28/2024 | BDD | CPO | Email J. Bair and B. Horn- Edwards re letter to Committee (exhibit to 3rd interim fee application). | 0.10 | 595.00 | $59.50 |
| 10/28/2024 | BDD | CPO | Email G. Brown re revised letter to Committee re 3rd interim fee applications. | 0.10 | 595.00 | $59.50 |
| 10/28/2024 | GNB | CPO | Email J. Bair regarding interim fee application; review B. Horn-Edwards' email re information for notice of Committee professionals' interim fee applications. | 0.10 | 1,075.00 | $107.50 |
| 10/30/2024 | BDD | CPO | Review P. Pascuzzi email re objection period requested by U.S. Trustee re fee applications (.10) and email G. Brown re same (.10). | 0.20 | 595.00 | $119.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    16
Invoice 142741
November 6, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2024 | GNB | CPO | Email with M. Kuhn regarding BRG interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 10/31/2024 | GNB | CPO | Email with BB regarding interim fee application; email with BRG regarding same. | 0.10 | 1,075.00 | $107.50 |
|  |  |  |  | 3.10 |  | $2,612.50 |

**General Creditors' Committee**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/01/2024 | BMM | GC | Call with Committee member regarding upcoming meeting. | 0.30 | 975.00 | $292.50 |
| 10/01/2024 | BMM | GC | Meeting with SCC regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 10/01/2024 | JIS | GC | Meeting with SCC regarding case issues. | 0.30 | 1,850.00 | $555.00 |
| 10/03/2024 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 1.30 | 975.00 | $1,267.50 |
| 10/08/2024 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 1.40 | 975.00 | $1,365.00 |
| 10/08/2024 | BMM | GC | Email Committee regarding real estate assets. | 0.30 | 975.00 | $292.50 |
| 10/08/2024 | JIS | GC | Attend (partial) Committee meeting regarding case issues. | 1.20 | 1,850.00 | $2,220.00 |
| 10/08/2024 | JIS | GC | Call B. Michael regarding follow-up to call with Committee and state court counsel. | 0.20 | 1,850.00 | $370.00 |
| 10/09/2024 | BMM | GC | Call with JAA team regarding mediation strategy. | 1.00 | 975.00 | $975.00 |
| 10/09/2024 | JIS | GC | Call with state court counsel regarding claims issues. | 1.00 | 1,850.00 | $1,850.00 |
| 10/11/2024 | BMM | GC | Call with J. Stein regarding case issues. | 0.20 | 975.00 | $195.00 |
| 10/11/2024 | BMM | GC | Call with J. Anderson regarding case issue. | 0.10 | 975.00 | $97.50 |
| 10/11/2024 | JIS | GC | Call with Debtor's counsel re case status. | 0.30 | 1,850.00 | $555.00 |
| 10/11/2024 | JIS | GC | Follow up with B. Michael   from Debtor call. | 0.30 | 1,850.00 | $555.00 |
| 10/14/2024 | BMM | GC | Call with Committee member regarding ongoing case issues. | 0.40 | 975.00 | $390.00 |
| 10/15/2024 | JIS | GC | Call with Committee member regarding mediation strategy. | 0.20 | 1,850.00 | $370.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:  17
Invoice 142741
November 6, 2024

|            |     |    |                                                                                              | Hours | Rate     | Amount      |
|------------|-----|----|----------------------------------------------------------------------------------------------|-------|----------|-------------|
| 10/16/2024 | BMM | GC | Call with survivor and his counsel regarding ongoing case issues.                            | 0.80  | 975.00   | $780.00     |
| 10/23/2024 | BMM | GC | Call with Committee regarding ongoing case issues (1.3); prepare for same (.1).               | 1.40  | 975.00   | $1,365.00   |
| 10/23/2024 | JIS | GC | Meeting with Committee regarding mediation and case issues.                                   | 1.30  | 1,850.00 | $2,405.00   |
| 10/29/2024 | AWC | GC | Committee meeting.                                                                            | 1.40  | 1,525.00 | $2,135.00   |
| 10/30/2024 | BMM | GC | Draft presentation for Committee meeting.                                                     | 0.90  | 975.00   | $877.50     |
| 10/30/2024 | BMM | GC | Emails with Committee regarding upcoming meeting.                                             | 0.20  | 975.00   | $195.00     |
| 10/31/2024 | JIS | GC | Attend Committee meeting regarding status.                                                    | 1.20  | 1,850.00 | $2,220.00   |
| 10/31/2024 | NJH | GC | Assist J. Stang with presentation to the Committee on video conference (1.2); prepare for same (.2). | 1.40  | 545.00   | $763.00     |
|            |     |    |                                                                                              | **17.40** |      | **$22,383.00** |

**Mediation**

|            |     |    |                                                                                              | Hours | Rate     | Amount      |
|------------|-----|----|----------------------------------------------------------------------------------------------|-------|----------|-------------|
| 10/06/2024 | BMM | ME | Revise memo regarding legal issue for mediation.                                              | 1.80  | 975.00   | $1,755.00   |
| 10/06/2024 | JIS | ME | Revise issues in memorandum related to mediation.                                             | 3.00  | 1,850.00 | $5,550.00   |
| 10/07/2024 | BMM | ME | Revise legal memo regarding mediation.                                                        | 0.50  | 975.00   | $487.50     |
| 10/23/2024 | BMM | ME | Call with mediators regarding November 14 mediation (.9); prepare for call (.1).              | 1.00  | 975.00   | $975.00     |
| 10/23/2024 | BMM | ME | Follow-up emails with mediators and Debtor after mediators meeting.                           | 0.40  | 975.00   | $390.00     |
| 10/23/2024 | JIS | ME | Meeting with mediators.                                                                       | 0.90  | 1,850.00 | $1,665.00   |
| 10/24/2024 | BDD | ME | Email G. Brown re 11/14 mediation.                                                            | 0.10  | 595.00   | $59.50      |
| 10/30/2024 | IMP | ME | Review e-mails from D. Grassgreen and B. Michael re legal issue for mediation.                | 0.10  | 2,175.00 | $217.50     |
| 10/30/2024 | IMP | ME | Research (.7); and draft memo legal issues for mediation (.6).                                | 1.30  | 2,175.00 | $2,827.50   |
| 10/30/2024 | IMP | ME | Draft memo re legal issue for mediation.                                                      | 2.30  | 2,175.00 | $5,002.50   |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     18

Invoice 142741

November 6, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2024 | IMP | ME | Review e-mails from J. Stang and B. Michael re mediation issue. | 0.10 | 2,175.00 | $217.50 |
| 10/31/2024 | BMM | ME | Call with J. Stang (in part), T. Burns (in part) and J. Bair (in part) regarding mediation strategy. | 1.10 | 975.00 | $1,072.50 |
| 10/31/2024 | IMP | ME | Draft memo re legal issue for mediation. | 4.20 | 2,175.00 | $9,135.00 |
| 10/31/2024 | JIS | ME | Call regarding mediation strategy with insurance counsel. | 0.40 | 1,850.00 | $740.00 |
| | | | | **17.20** | | **$30,094.50** |

## Plan and Disclosure Statement

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2024 | AWC | PD | Read child protection articles regarding issues/policies. | 0.40 | 1,525.00 | $610.00 |
| | | | | **0.40** | | **$610.00** |

## Other Professional Retention

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2024 | BDD | RPO | Email B. Michael re application to retain Cushman & Wakefield as real estate valuation expert. | 0.10 | 595.00 | $59.50 |
| 10/08/2024 | BMM | RPO | Email with B. Dassa and M. Bach regarding Cushman & Wakefield retention. | 0.30 | 975.00 | $292.50 |
| 10/09/2024 | BDD | RPO | Draft employment application for Cushman & Wakefield as real estate valuation expert (2.10) and emails B. Michael and N. Brown re same (.20). | 2.30 | 595.00 | $1,368.50 |
| 10/09/2024 | BDD | RPO | Email B. Michael re Cushman & Wakefield retention. | 0.10 | 595.00 | $59.50 |
| 10/09/2024 | GNB | RPO | Review Cushman & Wakefield email regarding retention; email with B. Michael regarding same (UTC plus 6 hours). | 0.10 | 1,075.00 | $107.50 |
| 10/10/2024 | BDD | RPO | Draft Cushman & Wakefield retention application (2.10) and email B. Michael re same (.10). | 2.20 | 595.00 | $1,309.00 |
| 10/16/2024 | BDD | RPO | Draft declaration in support of application to retain Cushman & Wakefield as real estate valuation expert (1.20) and email B. Michael re same (.10). | 1.30 | 595.00 | $773.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 19
Invoice 142741
November 6, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2024 | BMM | RPO | Revise Cushman & Wakefield retention application. | 0.30 | 975.00 | $292.50 |
| 10/22/2024 | GNB | RPO | Email with M. Bach regarding retention of Cushman & Wakefield and review draft retention application (.1); call with M. Bach regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 10/24/2024 | BDD | RPO | Revise Cushman & Wakefield retention application, declaration and order (.70) and emails G. Brown re same (.20); email to/call with N. Brown re same (.10). | 1.00 | 595.00 | $595.00 |
| 10/24/2024 | BDD | RPO | Review local bankruptcy rules re deadlines (.40) and emails G. Brown re same (.20). | 0.60 | 595.00 | $357.00 |
| 10/24/2024 | GNB | RPO | Revise Cushman retention application per M. Bach edits (.4); email with B. Dassa regarding additional changes to Cushman retention papers (.3). | 0.70 | 1,075.00 | $752.50 |
| 10/24/2024 | GNB | RPO | Email Committee co-chairs regarding Cushman & Wakefield retention papers. | 0.10 | 1,075.00 | $107.50 |
| 10/25/2024 | GNB | RPO | Finalize Cushman & Wakefield retention application for filing. | 0.20 | 1,075.00 | $215.00 |
| 10/28/2024 | JIS | RPO | Review email from P. Pacuzzi re retention of Cushman. | 0.10 | 1,850.00 | $185.00 |
| 10/29/2024 | GNB | RPO | Review J. Blumberg email to B. Michael regarding Cushman retention application; email with M. Bach regarding same. | 0.10 | 1,075.00 | $107.50 |
| 10/29/2024 | GNB | RPO | Email with B. Michael regarding Debtor counsel's inquiry concerning Cushman retention; review M. Bach email regarding same. | 0.10 | 1,075.00 | $107.50 |
| 10/31/2024 | BMM | RPO | Call with G. Brown re Cushman & Wakefield retention application. | 0.10 | 975.00 | $97.50 |
| 10/31/2024 | GNB | RPO | Call with M. Bach regarding inquiry from P. Pascuzzi regarding Cushman & Wakefield retention application (.3); follow-up emails with M. Bach regarding same (.2). | 0.50 | 1,075.00 | $537.50 |
| 10/31/2024 | GNB | RPO | Call with B. Michael regarding Cushman & Wakefield retention application. | 0.10 | 1,075.00 | $107.50 |
| 10/31/2024 | GNB | RPO | Email P. Pascuzzi regarding Cushman & Wakefield retention application. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     20
Invoice 142741
November 6, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2024 | GNB | RPO | Email J. Blumberg regarding M. Bach's declaration in support of Cushman & Wakefield retention application. | 0.10 | 1,075.00 | $107.50 |
|  |  |  |  | 10.70 |  | $7,862.00 |

**TOTAL SERVICES FOR THIS MATTER:**                    **$158,710.00**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     21
Invoice 142741
November 6, 2024

**Expenses**

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/01/2024 | LN | 05068.00002 Lexis Charges for 10-01-24 | 23.10 |
| 10/02/2024 | LN | 05068.00002 Lexis Charges for 10-02-24 | 16.99 |
| 10/02/2024 | LN | 05068.00002 Lexis Charges for 10-02-24 | 15.44 |
| 10/02/2024 | OS | RUSHReady Serve, Inv# 11911756 | 262.50 |
| 10/07/2024 | LN | 05068.00002 Lexis Charges for 10-07-24 | 11.25 |
| 10/09/2024 | LN | 05068.00002 Lexis Charges for 10-09-24 | 112.60 |
| 10/21/2024 | PO | Postage | 60.15 |
| 10/21/2024 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 10/21/2024 | RE | ( 1680 @0.10 PER PG) | 168.00 |
| 10/21/2024 | RE | ( 1050 @0.10 PER PG) | 210.00 |
| 10/21/2024 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/21/2024 | RE | COPY ( 41 @0.10 PER PG) | 4.10 |
| 10/21/2024 | RE | COPY ( 34 @0.10 PER PG) | 3.40 |
| 10/21/2024 | RE | COPY ( 36 @0.10 PER PG) | 3.60 |
| 10/25/2024 | PO | Postage | 18.75 |
| 10/25/2024 | RE | COPY ( 420 @0.10 PER PG) | 42.00 |
| 10/25/2024 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/29/2024 | LN | 05068.00002 Lexis Charges for 10-29-24 | 47.47 |
| 10/29/2024 | LN | 05068.00002 Lexis Charges for 10-29-24 | 30.40 |
| 10/30/2024 | LN | 05068.00002 Lexis Charges for 10-30-24 | 15.82 |
| 10/31/2024 | OS | Everlaw, Inv. 130481 | 1,408.00 |
| 10/31/2024 | PAC | Pacer - Court Research | 38.30 |

**Total Expenses for this Matter**          **$2,493.17**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    22

Invoice 142741

November 6, 2024

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  10/31/2024**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $7,195.85 | $0.00 | $7,195.85 |
| 135996 | 10/31/2023 | $19,302.20 | $0.00 | $19,302.20 |
| 136651 | 11/30/2023 | $13,384.45 | $0.00 | $13,384.45 |
| 136655 | 12/31/2023 | $7,099.65 | $0.00 | $7,099.65 |
| 136837 | 01/31/2024 | $7,326.17 | $0.00 | $7,326.17 |
| 138700 | 02/29/2024 | $16,241.40 | $0.00 | $16,241.40 |
| 139241 | 03/31/2024 | $37,343.35 | $0.00 | $37,343.35 |
| 139257 | 04/30/2024 | $42,179.30 | $0.00 | $42,179.30 |
| 139718 | 05/31/2024 | $33,138.15 | $0.00 | $33,138.15 |
| 140157 | 06/30/2024 | $69,879.18 | $0.00 | $69,879.18 |
| 141219 | 07/31/2024 | $36,186.75 | $0.00 | $36,186.75 |
| 141999 | 08/31/2024 | $29,312.92 | $0.00 | $29,312.92 |
| 142085 | 09/30/2024 | $202,229.50 | $15,142.32 | $217,371.82 |

**Total Amount Due on Current and Prior Invoices:**          **$666,729.36**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
      acaine@pszjlaw.com
      gbrown@pszjlaw.com
      bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  STATE OF CALIFORNIA           )
                                 )
2  CITY OF LOS ANGELES           )

3      I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
4  California. I am over the age of 18 and not a party to the within action; my business address is 10100
   Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5
6  On December 2, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE
   STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (OCTOBER 2024)** in the
7  manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On December 2, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Judge Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br>See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached. |

21     I declare under penalty of perjury, under the laws of the State of California and the United
22  States of America that the foregoing is true and correct.

23     Executed on December 2, 2024, at Los Angeles, California.

24
                                         _/s/ Maria R. Viramontes_
25                                        Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, aturgeon@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

3

1    Michael W Ellison on behalf of Interested Party First State Insurance Company
     mellison@sehlaw.com, kfoster@sehlaw.com
2
     Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
3    Companies
     twevanston@duanemorris.com
4
     Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
5    trevor.fehr@usdoj.gov
6    Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
     dgallo@phrd.com
7
     Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
8    christina.goebelsmann@usdoj.gov
9    Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
10
     John Grossbart on behalf of Interested Party Appalachian Insurance Company
11   john.grossbart@dentons.com
12   Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
     joshua.haevernick@dentons.com
13
     Robert G. Harris on behalf of Creditor Archbishop Riordan High School
14   rob@bindermalter.com, RobertW@BinderMalter.com
15   Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
     deanna.k.hazelton@usdoj.gov
16
     Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
17   tjacobs@phrd.com
18   Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
19   daniel.james@clydeco.us
20   Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
     Corporation
21   chris.johnson@diamondmccarthy.com
22   Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
     Companies
23   jkahane@duanemorris.com
24   Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
25
     Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
26   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
27   David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
     David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com
28
     Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company

4

clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

5

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

6

# Via Email and U.S. Mail

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair<br>Timothy Burns | | jbair@burnsbair.com<br>aturgeon@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Interested Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | 202-628-5116 | mturner@crowell.com<br>jhess@crowell.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, Registered ECF User | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com;<br>patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com<br>TWEvanston@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Nathan W Reinhardt<br>Andrew Mina<br>Jeff D Kahane<br>Betty Luu<br>Timothy Evanston | | nreinhardt@duanemorris.com<br>amina@duanemorris.com<br>JKahane@duanemorris.com<br>BLuu@duanemorris.com<br>TWEvanston@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registered ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com<br>monugiac@pepperlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy 2475 Hanover St Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com janie.franklin@stblaw.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: David Elbaum 425 Lexington Ave New York, NY 10017 | 212-455-2502 | david.elbaum@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet 2000 Powell St, Ste 830 Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison 2151 Michelson Dr, Ste 185 Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867 Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115 Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441 Richmond, VA 23261 | | |

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
dgrassgreen@pszjlaw.com
gbrown@pszjlaw.com
bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (NOVEMBER 2024)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period November 1, 2024 to November 30, 2024 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2024 – November 30, 2024 | $124,690.50[1] | $5,845.93 | $130,536.43 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $99,752.40 | $5,845.93 | $105,598.33 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   December 26, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
   Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

---

[1] PSZJ billed fees in the amount of $124,690.50 during the Fee Period but seeks compensation only for $99,752.40. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks to be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $124,690.50) and a blended hourly rate of $1,050 (here, $99,752.40). Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

1

## **EXHIBIT 1**

2

3

### ABBREVIATIONS KEY:

4

BB = Burns Bair LLP

5          BRG = Berkeley Research Group, LLC

PSZJ = Pachulski Stang Ziehl & Jones LLP

6              SCC = state court counsel

SMRH = Sheppard, Mullin, Richter & Hampton LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of SF O.C.C.

November 30, 2024
Invoice    143879
Client      05068.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2024

| | |
|---|---:|
| FEES | $145,214.00 |
| EXPENSES | $5,845.93 |
| COURTESY DISCOUNT | -$20,523.50 |
| **TOTAL CURRENT CHARGES** | **$130,536.43** |
| **BALANCE FORWARD** | **$666,729.36** |
| **LAST PAYMENT** | **-$160,747.60** |
| **TOTAL BALANCE DUE** | **$636,518.23** |

Case: 23-30564  Doc# 991  Filed: 06/25  Entered: 06/20 06:00:23  Page 476 of 206

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 2

Invoice 143879

November 30, 2024

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,525.00 | 7.60 | $11,590.00 |
| JIS | Stang, James I. | Partner | 1,850.00 | 15.80 | $29,230.00 |
| JIS | Stang, James I. | Partner | 0.00 | 9.50 | $0.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 975.00 | 28.10 | $27,397.50 |
| BMM | Michael, Brittany Mitchell | Counsel | 0.00 | 15.10 | $0.00 |
| GNB | Brown, Gillian N. | Counsel | 1,075.00 | 14.20 | $15,265.00 |
| GSG | Greenwood, Gail S. | Counsel | 1,195.00 | 27.80 | $33,221.00 |
| KBD | Dine, Karen B. | Counsel | 1,525.00 | 4.20 | $6,405.00 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 2.90 | $1,725.50 |
| HRD | Daniels, Hope R. | Paralegal | 545.00 | 1.30 | $708.50 |
| NJH | Hall, Nathan J. | Paralegal | 545.00 | 1.30 | $708.50 |
| LAF | Forrester, Leslie A. | Library | 645.00 | 29.40 | $18,963.00 |
| | | | | 157.20 | $145,214.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    3
Invoice 143879
November 30, 2024

---

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 5.20 | $5,410.00 |
| BL | Bankruptcy Litigation | 20.80 | $24,372.50 |
| CA | Case Administration | 4.50 | $3,419.50 |
| CO | Claims Administration and Objections | 30.70 | $20,230.50 |
| CP | PSZJ Compensation | 1.40 | $816.00 |
| CPO | Other Professional Compensation | 0.70 | $704.50 |
| GC | General Creditors' Committee | 3.50 | $3,970.00 |
| ME | Mediation | 28.30 | $40,841.50 |
| PD | Plan and Disclosure Statement | 4.20 | $6,405.00 |
| RFS | Relief from Stay | 28.70 | $33,944.50 |
| RPO | Other Professional Retention | 4.60 | $5,100.00 |
| TR | Travel | 24.60 | $0.00 |
| | | 157.20 | $145,214.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     4
Invoice 143879
November 30, 2024

## Summary of Expenses

| Description | Amount |
|---|---|
| Air Fare | $982.00 |
| Auto Travel Expense | $702.47 |
| Working Meals | $233.20 |
| Hotel Expense | $2,275.29 |
| Lexis/Nexis- Legal Research | $226.37 |
| Litigation Support Vendors | $1,408.00 |
| Pacer - Court Research | $18.60 |
| | $5,845.93 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 5
Invoice 143879
November 30, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** |  |  |  |  |  |  |
| 11/04/2024 | BMM | AA | Call with BRG and PSZJ regarding asset analysis. | 1.00 | 975.00 | $975.00 |
| 11/04/2024 | GNB | AA | Video conference with J. Stang (partial), B. Michael, and BRG regarding asset analysis in preparation for November 7 pre-mediation meeting with Committee. | 1.00 | 1,075.00 | $1,075.00 |
| 11/10/2024 | GNB | AA | Email with R. Strong regarding BRG asset analysis. | 0.10 | 1,075.00 | $107.50 |
| 11/11/2024 | BMM | AA | Call with BRG regarding asset analysis. | 0.80 | 975.00 | $780.00 |
| 11/11/2024 | GNB | AA | Call with PSZJ and BRG regarding status of financial document requests to B. Riley and related asset issues. | 0.80 | 1,075.00 | $860.00 |
| 11/12/2024 | GNB | AA | Email with PSZJ and BRG regarding supplemental information BRG requires from Debtor on monthly operating reports. | 0.10 | 1,075.00 | $107.50 |
| 11/13/2024 | GNB | AA | Email PSZJ team regarding BRG high-priority financial requests to B. Riley. | 0.10 | 1,075.00 | $107.50 |
| 11/18/2024 | GNB | AA | Call with B. Michael (partial) and BRG regarding asset analysis. | 0.50 | 1,075.00 | $537.50 |
| 11/20/2024 | GNB | AA | Email BRG re asset analyses. | 0.10 | 1,075.00 | $107.50 |
| 11/21/2024 | GNB | AA | Email Debtor's counsel regarding high-priority requests from BRG. | 0.10 | 1,075.00 | $107.50 |
| 11/22/2024 | GNB | AA | Review A. Cottrell email to Wilke Fleury, counsel to Cemeteries, regarding BRG high-priority document requests; email with S. Williamson at Wilke Fleury regarding same. | 0.10 | 1,075.00 | $107.50 |
| 11/22/2024 | GNB | AA | Review A. Cottrell emails to various affiliates and divisions regarding BRG high-priority requests (.1); email with BRG and St. Patrick Seminary counsel (P. Califano) regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 11/22/2024 | GNB | AA | Correspondence with B. Michael regarding asset analysis strategy. | 0.10 | 1,075.00 | $107.50 |
| 11/24/2024 | GNB | AA | Email with PSZJ and BRG regarding agenda for tomorrow's call. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     6
Invoice 143879
November 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/25/2024 | GNB | AA | Email BRG with update as to document requests and production following meet and confer today with Debtor's counsel. | 0.10 | 1,075.00 | $107.50 |
| | | | | **5.20** | | **$5,410.00** |

## Bankruptcy Litigation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2024 | BMM | BL | Call with L. Forrester regarding perp analysis. | 0.10 | 975.00 | $97.50 |
| 11/04/2024 | AWC | BL | Emails with team regarding BRG report, further discovery needs. | 0.20 | 1,525.00 | $305.00 |
| 11/06/2024 | AWC | BL | Emails with ASF counsel and team regarding document requests/further meet and confer (.20); review outstanding requests, deadlines (.30). | 0.50 | 1,525.00 | $762.50 |
| 11/06/2024 | BMM | BL | Call with R. Strong regarding discovery. | 0.20 | 975.00 | $195.00 |
| 11/06/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Email Debtor's counsel regarding scheduling next meet and confer. | 0.10 | 1,075.00 | $107.50 |
| 11/07/2024 | AWC | BL | Emails with counsel regarding Baker Tilly subpoena. | 0.20 | 1,525.00 | $305.00 |
| 11/07/2024 | BMM | BL | Prepare chart of perpetrator information needed from database. | 0.60 | 975.00 | $585.00 |
| 11/08/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Call with S. Finestone, counsel for De Marillac Academy, in connection with Rule 2004 subpoena (.1); prepare for same (.2); email BRG regarding same (.1). | 0.40 | 1,075.00 | $430.00 |
| 11/11/2024 | AWC | BL | Emails with BRG and team regarding Baker Tilly subpoena and outstanding Debtor documents (.40); emails with counsel regarding outstanding discovery issues, meet and confer (.20). | 0.60 | 1,525.00 | $915.00 |
| 11/11/2024 | GNB | BL | (Committee Rule 2004 to Aprio) Email to J. Praetzellis (Fox Rothschild) regarding meet and confer regarding Aprio timing to produce documents. | 0.10 | 1,075.00 | $107.50 |
| 11/12/2024 | AWC | BL | Emails with SMRH regarding additional production (.1) and skim production (.3). | 0.40 | 1,525.00 | $610.00 |
| 11/12/2024 | BMM | BL | Analyze motion to settle non-abuse case. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 7

Invoice 143879

November 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/2024 | NJH | BL | Upload Debtor production documents onto databases for analysis by attorneys. | 0.20 | 545.00 | $109.00 |
| 11/12/2024 | NJH | BL | Revise the production log. | 0.20 | 545.00 | $109.00 |
| 11/13/2024 | AWC | BL | Emails with team and BRG regarding various discovery issues, approaches (.20); emails with counsel regarding outstanding discovery (.20). | 0.20 | 1,525.00 | $305.00 |
| 11/13/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Draft email to P. Pascuzzi, O. Katz, and S. Finestone regarding De Marillac Academy. | 0.30 | 1,075.00 | $322.50 |
| 11/13/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Email D. Flaherty regarding document request prioritization and Rule 2004 oral examination deadline. | 0.20 | 1,075.00 | $215.00 |
| 11/13/2024 | GNB | BL | (Committee Rule 2004 subpoenas directed to RPSC) Review status of outstanding document requests to RPSC (.4); begin drafting email to RPSC's counsel at Lewis Roca regarding same (.1). | 0.50 | 1,075.00 | $537.50 |
| 11/13/2024 | NJH | BL | Revise the production log. | 0.10 | 545.00 | $54.50 |
| 11/13/2024 | NJH | BL | Upload Debtor production documents onto databases for analysis by Committee and SCC. | 0.10 | 545.00 | $54.50 |
| 11/14/2024 | AWC | BL | Emails with Baker Tilly counsel regarding subpoena. | 0.20 | 1,525.00 | $305.00 |
| 11/14/2024 | BMM | BL | Call with G. Greenwood regarding litigation drafting. | 0.50 | 975.00 | $487.50 |
| 11/14/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Email with D. Flaherty regarding potential objections to document production. | 0.10 | 1,075.00 | $107.50 |
| 11/14/2024 | GSG | BL | Confer with B. Michael re mediation status and motion to disclose aggregated claim data. | 0.10 | 1,195.00 | $119.50 |
| 11/15/2024 | AWC | BL | Emails with counsel and team regarding outstanding discovery. | 0.20 | 1,525.00 | $305.00 |
| 11/15/2024 | GNB | BL | (Committee Rule 2004 to Aprio) Call with J. Praetzellis (Fox Rothschild) regarding status of Aprio document production (.25); prepare for same (.05). | 0.30 | 1,075.00 | $322.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     8
Invoice 143879
November 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2024 | GSG | BL | Review files re relief from stay (.4) and review local rules re same (.2). | 0.60 | 1,195.00 | $717.00 |
| 11/18/2024 | AWC | BL | Emails with counsel and team regarding various subpoenas/outstanding documents (.30); emails with BRG regarding outstanding issues, approach (.20). | 0.50 | 1,525.00 | $762.50 |
| 11/18/2024 | BMM | BL | Call (partial) with G. Brown and BRG regarding discovery. | 0.30 | 975.00 | $292.50 |
| 11/18/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Email D. Flaherty regarding index to accompany document productions. | 0.10 | 1,075.00 | $107.50 |
| 11/18/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Finalize email to S. Finestone, P. Pascuzzi, O. Katz, and J. Kim re De Marillac Academy exclusion from subpoenaed documents. | 0.10 | 1,075.00 | $107.50 |
| 11/18/2024 | GNB | BL | (Committee Rule 2004 to Aprio) Draft email to PSZJ regarding last Friday's meet and confer with Aprio's counsel. | 0.10 | 1,075.00 | $107.50 |
| 11/19/2024 | AWC | BL | Emails with team re discovery, strategy and communications. | 0.20 | 1,525.00 | $305.00 |
| 11/19/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Email with PSZJ regarding outstanding document productions. | 0.10 | 1,075.00 | $107.50 |
| 11/20/2024 | AWC | BL | Emails with team and BRG re outstanding discovery. | 0.20 | 1,525.00 | $305.00 |
| 11/20/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Email with B. Michael regarding meet and confer with mediators and Debtor's counsel; email participants confirming November 25 meet and confer. | 0.10 | 1,075.00 | $107.50 |
| 11/20/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Revise meet and confer agenda for November 25. | 0.10 | 1,075.00 | $107.50 |
| 11/21/2024 | BMM | BL | Analyze perpetrator files. | 2.40 | 975.00 | $2,340.00 |
| 11/22/2024 | AWC | BL | Emails with counsel and BRG re outstanding discovery (.2); emails with team re meet and confer items/approach (.2). | 0.40 | 1,525.00 | $610.00 |
| 11/22/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Continue revisions to meet and confer agenda; email PSZJ team regarding same. | 0.10 | 1,075.00 | $107.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:   9
Invoice 143879
November 30, 2024

|            |     |    |                                                                                                                                                                                            | Hours | Rate     | Amount     |
|------------|-----|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 11/25/2024 | AWC | BL | Emails with BRG regarding outstanding document status (.2); read agenda for meet and confer call (.1); call with mediators and ASF counsel regarding outstanding discovery items (1.2); emails with team regarding discovery next steps (.3). | 1.80  | 1,525.00 | $2,745.00  |
| 11/25/2024 | BMM | BL | Prepare for meet and confer with Debtor's counsel and mediators.                                                                                                                             | 0.20  | 975.00   | $195.00    |
| 11/25/2024 | BMM | BL | Meet and confer with Debtor's counsel and mediators.                                                                                                                                         | 1.20  | 975.00   | $1,170.00  |
| 11/25/2024 | BMM | BL | Follow-up call with G. Brown re meet and confer with mediators and ASF counsel.                                                                                                              | 0.30  | 975.00   | $292.50    |
| 11/25/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Email D. Flaherty regarding timing on Baker Tilly's document production; email with S. Finestone and ASF counsel regarding De Marillac Academy's audit workpapers with Baker Tilly. | 0.10 | 1,075.00 | $107.50 |
| 11/25/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Video conference meet and confer with mediators, A. Caine, B. Michael, and ASF counsel (1.2); prepare for same (.1). | 1.30 | 1,075.00 | $1,397.50 |
| 11/25/2024 | GNB | BL | Follow-up call with B. Michael regarding meet and confer with mediators and ASF counsel.                                                                                                     | 0.30  | 1,075.00 | $322.50    |
| 11/25/2024 | GNB | BL | Email N. Hall regarding Cemeteries' document production from today.                                                                                                                          | 0.10  | 1,075.00 | $107.50    |
| 11/26/2024 | AWC | BL | Emails with Cemetery counsel and team regarding additional productions (.4); emails with team and counsel regarding outstanding discovery (.2).                                              | 0.60  | 1,525.00 | $915.00    |
| 11/26/2024 | BMM | BL | Call with J. Stang regarding discovery meet and confer.                                                                                                                                      | 0.30  | 975.00   | $292.50    |
| 11/26/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Draft follow-up email to mediators and Debtor's counsel.                                                                                                     | 0.20  | 1,075.00 | $215.00    |
| 11/26/2024 | JIS | BL | Call with B. Michael regarding discovery issues.                                                                                                                                             | 0.30  | 1,850.00 | $555.00    |
| 11/26/2024 | NJH | BL | Revise discovery tracking chart.                                                                                                                                                             | 0.10  | 545.00   | $54.50     |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 10
Invoice 143879
November 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2024 | NJH | BL | Upload production documents received from Catholic Cemeteries onto review databases for analysis by attorneys. | 0.20 | 545.00 | $109.00 |
| 11/26/2024 | NJH | BL | Revise the production log. | 0.20 | 545.00 | $109.00 |
| 11/27/2024 | AWC | BL | Revise meet and confer communication. | 0.20 | 1,525.00 | $305.00 |
| 11/27/2024 | BMM | BL | Revise email summarizing discovery status. | 0.20 | 975.00 | $195.00 |
| 11/27/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Continue drafting email to mediators and Debtor's counsel regarding November 25 meet and confer summary. | 0.70 | 1,075.00 | $752.50 |
| 11/27/2024 | JIS | BL | Review/revise email to Debtor and mediators regarding discovery meet and confer. | 0.20 | 1,850.00 | $370.00 |
| 11/27/2024 | NJH | BL | Upload production documents received from Catholic Cemeteries onto review databases for analysis by attorneys. | 0.10 | 545.00 | $54.50 |
| 11/27/2024 | NJH | BL | Revise production log. | 0.10 | 545.00 | $54.50 |
| | | | | **20.80** | | **$24,372.50** |

### Case Administration

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2024 | BDD | CA | Review docket to calendar matters re same. | 0.60 | 595.00 | $357.00 |
| 11/05/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 975.00 | $390.00 |
| 11/12/2024 | BDD | CA | Review docket to update critical dates memo re same (.60); email PSZJ team re same (.10). | 0.70 | 595.00 | $416.50 |
| 11/12/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 11/15/2024 | BDD | CA | Email G. Brown re critical dates. | 0.10 | 595.00 | $59.50 |
| 11/19/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 11/20/2024 | BDD | CA | Review docket (.30) and email G. Brown and B. Michael re critical dates (.10) update critical dates memo re same (.50); email PSZJ team re same (.10). | 1.00 | 595.00 | $595.00 |
| 11/20/2024 | BDD | CA | Email PSZJ team re 11/20 omnibus hearing. | 0.10 | 595.00 | $59.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 11
Invoice 143879
November 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2024 | GNB | CA | Email with B. Dassa regarding calendaring/deadlines; email with S. Lee regarding case contact list. | 0.10 | 1,075.00 | $107.50 |
| 11/25/2024 | BDD | CA | Email Z. Caesar re critical dates. | 0.10 | 595.00 | $59.50 |
| 11/25/2024 | GNB | CA | Email S. Lee re edits to contact list. | 0.10 | 1,075.00 | $107.50 |
| 11/26/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| | | | | 4.50 | | $3,419.50 |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/04/2024 | LAF | CO | Analyze perp/# claims/location. | 2.60 | 645.00 | $1,677.00 |
| 11/05/2024 | LAF | CO | Analyze perp, # claims/location. | 2.50 | 645.00 | $1,612.50 |
| 11/06/2024 | LAF | CO | Analyze perp, # claims, locations. | 6.10 | 645.00 | $3,934.50 |
| 11/07/2024 | LAF | CO | Reconcile info on perps and evidence. | 2.00 | 645.00 | $1,290.00 |
| 11/08/2024 | LAF | CO | Analyze perp information. | 2.30 | 645.00 | $1,483.50 |
| 11/11/2024 | BMM | CO | Analyze perpetrator information in claims. | 1.30 | 975.00 | $1,267.50 |
| 11/11/2024 | LAF | CO | Analyze perpetrator information. | 5.80 | 645.00 | $3,741.00 |
| 11/12/2024 | LAF | CO | Analyze perp/# claims/location report. | 2.80 | 645.00 | $1,806.00 |
| 11/13/2024 | LAF | CO | Analyze perpetrator info. | 4.80 | 645.00 | $3,096.00 |
| 11/14/2024 | LAF | CO | Analyze perpetrator information. | 0.50 | 645.00 | $322.50 |
| | | | | 30.70 | | $20,230.50 |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2024 | HRD | CP | Research Local Bankruptcy Rules regarding service of fee applications. | 0.20 | 545.00 | $109.00 |
| 11/21/2024 | HRD | CP | Prepare the Committee's October Monthly Fee Statement. | 1.10 | 545.00 | $599.50 |
| 11/27/2024 | GNB | CP | Review E. Frejka report on third interim fee applications; email B. Dassa regarding issues relating to same for preparation of proposed order next week. | 0.10 | 1,075.00 | $107.50 |
| | | | | 1.40 | | $816.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     12
Invoice 143879
November 30, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Other Professional Compensation**

| 11/05/2024 | BDD | CPO | Email G. Brown re Debtor and Debtor professionals' filed interim fee applications. | 0.10 | 595.00 | $59.50 |
| 11/13/2024 | GNB | CPO | Email with J. Bair and R. Strong regarding monthly fee statements and timing for Committee billing subgroup review (.1); email Committee billing subgroup regarding same (.2). | 0.30 | 1,075.00 | $322.50 |
| 11/19/2024 | GNB | CPO | Email with other Committee professionals regarding October 2024 monthly fee statements. | 0.10 | 1,075.00 | $107.50 |
| 11/19/2024 | GNB | CPO | Email Committee billing subgroup regarding Committee professionals' October 2024 bills. | 0.10 | 1,075.00 | $107.50 |
| 11/27/2024 | GNB | CPO | Email with J. Bair regarding October 2024 monthly fee statement review by Committee billing subgroup. | 0.10 | 1,075.00 | $107.50 |
|  |  |  |  | **0.70** |  | **$704.50** |

**General Creditors' Committee**

| 11/07/2024 | BMM | GC | Call with Committee and BRG regarding ongoing case issues. | 1.30 | 975.00 | $1,267.50 |
| 11/11/2024 | BMM | GC | Email to Committee regarding mediation agenda and logistics. | 0.50 | 975.00 | $487.50 |
| 11/19/2024 | JIS | GC | Call with Debtor's counsel regarding case status. | 0.50 | 1,850.00 | $925.00 |
| 11/22/2024 | AWC | GC | Emails with Committee re mediation/case matters. | 0.20 | 1,525.00 | $305.00 |
| 11/22/2024 | BMM | GC | Email update to the Committee regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 11/22/2024 | BMM | GC | Call with D. Braslow regarding claims. | 0.20 | 975.00 | $195.00 |
| 11/22/2024 | GNB | GC | Review B. Michael email to Committee regarding status of case issues. | 0.10 | 1,075.00 | $107.50 |
| 11/27/2024 | BMM | GC | Revise email to the Committee regarding ongoing case issues. | 0.20 | 975.00 | $195.00 |
|  |  |  |  | **3.50** |  | **$3,970.00** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:  13

Invoice 143879

November 30, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Mediation**

| 11/01/2024 | BMM | ME | Call with J. Stang regarding mediation strategy with T. Burns and J. Bair in part (.8); prepare for call (.1). | 0.90 | 975.00 | $877.50 |
| 11/01/2024 | JIS | ME | Call with B. Michael (partial with Burns Bair) regarding mediation strategy. | 0.80 | 1,850.00 | $1,480.00 |
| 11/04/2024 | BMM | ME | Meeting with mediators regarding mediation. | 1.00 | 975.00 | $975.00 |
| 11/04/2024 | JIS | ME | Call B. Michael regarding call with mediators and next steps. | 0.70 | 1,850.00 | $1,295.00 |
| 11/04/2024 | JIS | ME | Review briefs on legal issues for mediation. | 2.30 | 1,850.00 | $4,255.00 |
| 11/04/2024 | JIS | ME | Call with mediators. | 1.00 | 1,850.00 | $1,850.00 |
| 11/04/2024 | JIS | ME | Call with BRG regarding presentation to Committee in contemplation of mediation. | 0.80 | 1,850.00 | $1,480.00 |
| 11/05/2024 | AWC | ME | Review BRG ability to pay analyses. | 0.40 | 1,525.00 | $610.00 |
| 11/07/2024 | AWC | ME | Emails with client regarding mediation (.1) and review final BRG presentation (.3). | 0.40 | 1,525.00 | $610.00 |
| 11/07/2024 | BMM | ME | Call with J. Stang regarding mediation. | 0.10 | 975.00 | $97.50 |
| 11/07/2024 | BMM | ME | Call with J. Anderson regarding mediation. | 0.10 | 975.00 | $97.50 |
| 11/11/2024 | AWC | ME | Emails with client and team regarding upcoming mediation, strategy. | 0.20 | 1,525.00 | $305.00 |
| 11/11/2024 | JIS | ME | Conference call with BRG and PSZJ regarding mediation issues. | 0.80 | 1,850.00 | $1,480.00 |
| 11/14/2024 | BMM | ME | Prepare for mediation. | 1.30 | 975.00 | $1,267.50 |
| 11/14/2024 | BMM | ME | Participate in mediation. | 7.50 | 975.00 | $7,312.50 |
| 11/14/2024 | JIS | ME | Attend mediation. | 8.00 | 1,850.00 | $14,800.00 |
| 11/18/2024 | BDD | ME | Review new mediation dates (.10) and emails G. Brown, B. Anavim and M. Kulick re same (.10). | 0.20 | 595.00 | $119.00 |
| 11/18/2024 | BMM | ME | Follow-up from mediation session. | 1.00 | 975.00 | $975.00 |
| 11/18/2024 | BMM | ME | Call with J. Stang regarding mediation follow-up (.2); prepare for call (.2). | 0.40 | 975.00 | $390.00 |
| 11/18/2024 | JIS | ME | Call with B. Michael regarding next steps in mediation. | 0.20 | 1,850.00 | $370.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    14

Invoice 143879

November 30, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/27/2024 | BMM | ME | Call with J. Stang regarding mediation next steps. | 0.20 | 975.00 | $195.00 |
|  |  |  |  | 28.30 |  | $40,841.50 |

**Plan and Disclosure Statement**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/12/2024 | KBD | PD | Analyze proposed Oakland plan for applicability to this case. | 0.70 | 1,525.00 | $1,067.50 |
| 11/13/2024 | KBD | PD | Analyze Oakland plan and disclosure statement for applicability to this case. | 1.30 | 1,525.00 | $1,982.50 |
| 11/13/2024 | KBD | PD | Draft summary of Oakland plan for potential application to this case. | 0.80 | 1,525.00 | $1,220.00 |
| 11/14/2024 | KBD | PD | Analyze Oakland plan with B. Michael (partial). | 1.00 | 1,525.00 | $1,525.00 |
| 11/14/2024 | KBD | PD | Draft summary of Oakland plan for potential application to this case. | 0.40 | 1,525.00 | $610.00 |
|  |  |  |  | 4.20 |  | $6,405.00 |

**Relief from Stay**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/19/2024 | GSG | RFS | Research 9th Circuit relief from stay authority/applicable procedures. | 1.20 | 1,195.00 | $1,434.00 |
| 11/19/2024 | GSG | RFS | Draft relief from stay motion re state court cases ready for trial. | 4.60 | 1,195.00 | $5,497.00 |
| 11/20/2024 | GSG | RFS | Research (.7) and draft (1.2) legal argument re stay relief to pursue state court actions. | 1.90 | 1,195.00 | $2,270.50 |
| 11/21/2024 | BMM | RFS | Call with G. Greenwood regarding relief from stay motion (.4); review documents before call (.1). | 0.50 | 975.00 | $487.50 |
| 11/21/2024 | GSG | RFS | Confer with B. Michael re relief from stay. | 0.40 | 1,195.00 | $478.00 |
| 11/21/2024 | GSG | RFS | Review Committee response to first-day declaration re pending litigation. | 0.70 | 1,195.00 | $836.50 |
| 11/21/2024 | GSG | RFS | Review pleadings re JCCP cases. | 2.20 | 1,195.00 | $2,629.00 |
| 11/21/2024 | GSG | RFS | Draft relief from stay motion. | 2.00 | 1,195.00 | $2,390.00 |
| 11/22/2024 | BMM | RFS | Analyze relief from stay order in related cases. | 0.40 | 975.00 | $390.00 |
| 11/22/2024 | GSG | RFS | Research standing issues re stay relief. | 1.40 | 1,195.00 | $1,673.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    15

Invoice 143879

November 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/22/2024 | GSG | RFS | Draft motion for relief from stay re bellwether cases. | 0.70 | 1,195.00 | $836.50 |
| 11/22/2024 | GSG | RFS | Review JCCP orders and related orders from Alameda dockets re bellwether cases. | 0.50 | 1,195.00 | $597.50 |
| 11/25/2024 | GSG | RFS | Draft motion for relief from stay. | 4.90 | 1,195.00 | $5,855.50 |
| 11/25/2024 | GSG | RFS | Research stay relief specific to 9th Circuit. | 1.90 | 1,195.00 | $2,270.50 |
| 11/26/2024 | BMM | RFS | Call with J. Bair regarding potential test cases. | 0.20 | 975.00 | $195.00 |
| 11/26/2024 | BMM | RFS | Call with J. Anderson regarding potential test cases. | 0.10 | 975.00 | $97.50 |
| 11/26/2024 | BMM | RFS | Analyze state court order regarding punitive damages. | 0.40 | 975.00 | $390.00 |
| 11/26/2024 | GSG | RFS | Draft motion for relief from stay re trial cases from JCCP. | 4.70 | 1,195.00 | $5,616.50 |
| | | | | 28.70 | | $33,944.50 |

## Other Professional Retention

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2024 | GNB | RPO | Email with P. Pascuzzi regarding entry of order on Cushman & Wakefield's retention application. | 0.10 | 1,075.00 | $107.50 |
| 11/04/2024 | GNB | RPO | Email M. Bach regarding P. Pascuzzi question about Cushman & Wakefield retention. | 0.10 | 1,075.00 | $107.50 |
| 11/04/2024 | GNB | RPO | Email with J. Blumberg regarding amendment of M. Bach declaration in support of Cushman & Wakefield retention order and regarding proposed order on retention application. | 0.10 | 1,075.00 | $107.50 |
| 11/06/2024 | GNB | RPO | Email to and call with M. Bach regarding Cushman retention issues (.1); email J. Stang and B. Michael regarding same (.1). | 0.20 | 1,075.00 | $215.00 |
| 11/07/2024 | GNB | RPO | Review B. Michael email regarding Cushman & Wakefield retention application; email P. Pascuzzi regarding same. | 0.10 | 1,075.00 | $107.50 |
| 11/13/2024 | GNB | RPO | Email M. Bach regarding supplementing declaration in support of Cushman & Wakefield retention application (.2); email B. Michael regarding related issues (.1). | 0.30 | 1,075.00 | $322.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     16
Invoice 143879
November 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/2024 | GNB | RPO | Call with M. Bach regarding information for supplemental declaration in support of Cushman & Wakefield retention (.3); email PSZJ team regarding same (.1); email with M. Bach regarding same (.1). | 0.50 | 1,075.00 | $537.50 |
| 11/15/2024 | GNB | RPO | Review B. Michael email regarding Cushman & Wakefield retention. | 0.10 | 1,075.00 | $107.50 |
| 11/15/2024 | GNB | RPO | Call with M. Bach regarding information for supplemental declaration in support of Cushman & Wakefield retention (.2); review conflict check list in preparation for same (.1); email with J. Stang and B. Michael regarding same (.1). | 0.40 | 1,075.00 | $430.00 |
| 11/21/2024 | GNB | RPO | Email with M. Bach regarding Cushman & Wakefield retention supplemental declaration. | 0.10 | 1,075.00 | $107.50 |
| 11/22/2024 | GNB | RPO | Review email from B. Michael to M. Bach regarding Cushman & Wakefield retention. | 0.10 | 1,075.00 | $107.50 |
| 11/22/2024 | GNB | RPO | Call with M. Bach regarding supplemental conflict checks for Cushman & Wakefield retention as real estate appraiser. | 0.30 | 1,075.00 | $322.50 |
| 11/23/2024 | GNB | RPO | Email M. Bach regarding additional conflict checks. | 0.10 | 1,075.00 | $107.50 |
| 11/25/2024 | GNB | RPO | Correspondence with B. Michael and with M. Bach regarding Cushman & Wakefield conflict check. | 0.20 | 1,075.00 | $215.00 |
| 11/25/2024 | GNB | RPO | Review detailed conflict check from Cushman & Wakefield (.1); email M. Bach with questions regarding same (.2); draft email to Committee regarding same (.6). | 0.90 | 1,075.00 | $967.50 |
| 11/26/2024 | GNB | RPO | Email with M. Bach regarding Cushman & Wakefield redone conflict check. | 0.20 | 1,075.00 | $215.00 |
| 11/27/2024 | GNB | RPO | Revise, conform email to Committee re supplemental conflict check. | 0.50 | 1,075.00 | $537.50 |
| 11/27/2024 | GNB | RPO | Review Committee members' emails regarding Cushman & Wakefield supplemental conflict check. | 0.10 | 1,075.00 | $107.50 |
| 11/27/2024 | JIS | RPO | Review/revise Cushman conflict email. | 0.20 | 1,850.00 | $370.00 |
| | | | | 4.60 | | $5,100.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of San Francisco O.C.C.  
Client 05068.00002

Page:    17  
Invoice 143879  
November 30, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Travel** | | | | | | |
| 11/13/2024 | BMM | TR | Travel to San Francisco for in-person mediation. | 8.00 | 975.00 | N/C |
| 11/13/2024 | JIS | TR | Travel from Los Angeles to San Francisco for mediation. | 4.50 | 1,850.00 | N/C |
| 11/15/2024 | BMM | TR | Travel home from mediation. | 7.10 | 975.00 | N/C |
| 11/15/2024 | JIS | TR | Travel from San Francisco to Los Angeles from mediation. | 5.00 | 1,850.00 | N/C |
|  |  |  |  | **24.60** |  | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**                     **$145,214.00**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    18
Invoice 143879
November 30, 2024

**Expenses**

| | | | |
|---|---|---|---|
| 10/11/2024 | HT | Hotel for 1 night in SF for mediation, BMM | 581.41 |
| 11/13/2024 | AF | Full refundable coach airfare from LAX/SF on 11/13-11/14 for hearing tkt 0067151037215, JIS | 303.00 |
| 11/13/2024 | AT | Lyft to MN International Airport. BMM | 39.56 |
| 11/13/2024 | AT | Lyft to hotel from airport, BMM | 118.06 |
| 11/13/2024 | AT | Uber trip re hearing on 11/14, JIS | 7.18 |
| 11/13/2024 | BM | Brueggers Bagels working meal, BMM | 7.23 |
| 11/14/2024 | AF | Delta Airlines, Tkt 0062283934252, SF//MN (rt) full fare refundable coach) BMM | 679.00 |
| 11/14/2024 | AT | Mileage, parking and tolls for Robert Correa | 185.58 |
| 11/14/2024 | AT | Lyft to dinner with Committee, BMM | 27.62 |
| 11/14/2024 | AT | Lyft back to hotel from dinner, BMM | 38.20 |
| 11/14/2024 | AT | Lyft to hotel from Sheppard Mullin, BMM | 41.06 |
| 11/14/2024 | AT | Uber trip re SF hearing JIS | 33.92 |
| 11/14/2024 | BM | Business meal with SSC and BB after mediation, BMM | 205.82 |
| 11/15/2024 | AT | Lyft to San Francisco International Airport, BMM | 102.56 |
| 11/15/2024 | AT | Uber from home to airport, BMM | 70.46 |
| 11/15/2024 | AT | Uber trip re hearing on 11/14, JIS | 6.78 |
| 11/15/2024 | BM | Dolares Cafe, working meal, BMM | 20.15 |
| 11/15/2024 | HT | Intercontinental Hotel, 1 night, for mediation, BMM | 413.42 |
| 11/16/2024 | AT | Taxi re San Francisco hearing on 11/14, JIS | 31.49 |
| 11/16/2024 | HT | Palace Hotel, SF for stay 11/13-14, JIS | 1,280.46 |
| 11/19/2024 | LN | 05068.00002 Lexis Charges for 11-19-24 | 33.44 |
| 11/20/2024 | LN | 05068.00002 Lexis Charges for 11-20-24 | 33.44 |
| 11/20/2024 | LN | 05068.00002 Lexis Charges for 11-20-24 | 25.71 |
| 11/22/2024 | LN | 05068.00002 Lexis Charges for 11-22-24 | 66.90 |
| 11/25/2024 | LN | 05068.00002 Lexis Charges for 11-25-24 | 66.88 |
| 11/30/2024 | OS | Everlaw, Inv. 133680 | 1,408.00 |
| 11/30/2024 | PAC | Pacer - Court Research | 18.60 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     19

Invoice 143879

November 30, 2024

**Total Expenses for this Matter**                                    **$5,845.93**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 20
Invoice 143879
November 30, 2024

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 11/30/2024**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $7,195.85 | $0.00 | $7,195.85 |
| 135996 | 10/31/2023 | $19,302.20 | $0.00 | $19,302.20 |
| 136651 | 11/30/2023 | $13,384.45 | $0.00 | $13,384.45 |
| 136655 | 12/31/2023 | $7,099.65 | $0.00 | $7,099.65 |
| 136837 | 01/31/2024 | $7,326.17 | $0.00 | $7,326.17 |
| 138700 | 02/29/2024 | $16,241.40 | $0.00 | $16,241.40 |
| 139241 | 03/31/2024 | $37,343.35 | $0.00 | $37,343.35 |
| 139257 | 04/30/2024 | $42,179.30 | $0.00 | $42,179.30 |
| 139718 | 05/31/2024 | $33,138.15 | $0.00 | $33,138.15 |
| 140157 | 06/30/2024 | $69,879.18 | $0.00 | $69,879.18 |
| 141219 | 07/31/2024 | $36,186.75 | $0.00 | $36,186.75 |
| 141999 | 08/31/2024 | $29,312.92 | $0.00 | $29,312.92 |
| 142085 | 09/30/2024 | $56,624.26 | $0.00 | $56,624.26 |
| 142741 | 10/31/2024 | $128,275.00 | $2,493.17 | $130,768.17 |

**Total Amount Due on Current and Prior Invoices:**    **$636,518.23**

1  James I. Stang (CA Bar No. 94435)
   Debra I. Grassgreen (CA Bar No. 169978)
2  Gillian N. Brown (CA Bar No. 205132)
   Brittany M. Michael (*admitted pro hac vice*)
3  PACHULSKI STANG ZIEHL & JONES LLP
   One Sansome Street, Suite 3430
4  San Francisco, California 94104
   Telephone: 415.263.7000
5  Facsimile: 415.263.7010
   Email: jstang@pszjlaw.com
6         acaine@pszjlaw.com
          gbrown@pszjlaw.com
7         bmichael@pszjlaw.com

8  Counsel to the Official Committee of Unsecured Creditors

9  **UNITED STATES BANKRUPTCY COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1     STATE OF CALIFORNIA        )
                                          )

2     CITY OF LOS ANGELES        )

3           I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
California. I am over the age of 18 and not a party to the within action; my business address is 10100
Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On December 26, 2024, I caused to be served the **MONTHLY PROFESSIONAL FEE
STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (NOVEMBER 2024)** in the
manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On December 26, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. <br><br> The Honorable Judge Dennis Montali <br> United States Bankruptcy Court <br> Northern District of California <br> 450 Golden Gate Avenue, 16th Floor <br> San Francisco, CA 94102 <br><br> See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. <br><br> See Attached. |

         I declare under penalty of perjury, under the laws of the State of California and the United
States of America that the foregoing is true and correct.

         Executed on December 26, 2024, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, aturgeon@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

3

1  Michael W Ellison on behalf of Interested Party First State Insurance Company
   mellison@sehlaw.com, kfoster@sehlaw.com
2
   Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
3  Companies
   twevanston@duanemorris.com
4
   Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
5  trevor.fehr@usdoj.gov
6  Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
   dgallo@phrd.com
7
   Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
8  christina.goebelsmann@usdoj.gov
9  Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
10
   John Grossbart on behalf of Interested Party Appalachian Insurance Company
11 john.grossbart@dentons.com
12 Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   joshua.haevernick@dentons.com
13
   Robert G. Harris on behalf of Creditor Archbishop Riordan High School
14 rob@bindermalter.com, RobertW@BinderMalter.com
15 Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   deanna.k.hazelton@usdoj.gov
16
   Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
17 tjacobs@phrd.com
18 Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
   Companies
19 daniel.james@clydeco.us
20 Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
   Corporation
21 chris.johnson@diamondmccarthy.com
22 Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
   Companies
23 jkahane@duanemorris.com
24 Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
25
   Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
26 jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
27 David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
   David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com
28
   Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company

4

1  clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com

2  Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
   llinsky@mwe.com

3

4  John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   jlucas@pszjlaw.com, ocarpio@pszjlaw.com

5  Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   bluu@duanemorris.com

6

7  Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
   pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

8  Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

9

10 Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
   patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

11 Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   docket.general.lit.chi@dentons.com

12

13 Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   bmichael@pszjlaw.com

14 Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
   Companies

15 amina@duanemorris.com

16 M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
   keith.moskowitz@dentons.com

17

18 Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
   Companies
   michael.norton@clydeco.us, nancy.lima@clydeco.us

19

20 Office of the U.S. Trustee / SF
   USTPRegion17.SF.ECF@usdoj.gov

21 Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   ppascuzzi@ffwplaw.com, docket@ffwplaw.com

22

23 Mark D. Plevin on behalf of Interested Party Continental Casualty Company
   mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

24 Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
   dbp@provlaw.com

25

26 Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
   Companies
   nreinhardt@duanemorris.com

27

28 Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jrios@ffwplaw.com, docket@ffwplaw.com

5

1     Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

2

     Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
3     mroberts@phrd.com

4     Annette Rolain on behalf of Interested Party First State Insurance Company
     arolain@ruggerilaw.com

5

     Cheryl C. Rouse on behalf of Creditor Victoria Castro
6     rblaw@ix.netcom.com

7     Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
     phillip.shine@usdoj.gov

8

     James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
9     jstang@pszjlaw.com

10     Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
     jstrabo@mwe.com

11

     Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
12     Companies
     catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

13

     Edward J. Tredinnick on behalf of Creditor Claimant No. 638
14     etredinnick@foxrothschild.com

15     Joshua D Weinberg on behalf of Interested Party First State Insurance Company
     jweinberg@ruggerilaw.com

16

     Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
17     mweiss@phrd.com

18     Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
     hwinsberg@phrd.com

19

     Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market
20     Companies
     yongli.yang@clydeco.us

21

22

23

24

25

26

27

28

6

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair<br>Timothy Burns | | jbair@burnsbair.com<br>aturgeon@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | 202-628-5116 | mturner@crowell.com<br>jhess@crowell.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America, Registered ECF User | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com;<br>patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com<br>TWEvanston@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Nathan W Reinhardt<br>Andrew Mina<br>Jeff D Kahane<br>Betty Luu<br>Timothy Evanston | | nreinhardt@duanemorris.com<br>amina@duanemorris.com<br>JKahane@duanemorris.com<br>BLuu@duanemorris.com<br>TWEvanston@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registered ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.celc |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fideliade SA | Luke N. Eaton | | | lukeeaton@cozen.com<br>monugiac@pepperlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovic@sheppardmullin.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com<br>janie.franklin@stblaw.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Simpson Thacher & Bartlett LLP | Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | david.elbaum@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Brittany M. Michael (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
      dgrassgreen@pszjlaw.com
      bmichael@pszjlaw.com
      gbrown@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (DECEMBER 2024)** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period December 1, 2024 to December 31, 2024 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are as follows:

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2024 – December 31, 2024 | $114,723.50[1] | $3,904.65 | $118,628.15 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $91,778.80 | $3,904.65 | $95,683.45 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   March 4, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
   Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $129,819.00 during the Fee Period but seeks compensation only for $114,723.50. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks reimbursement by the Debtor according to its customary reimbursement policies, *provided*, *however*, that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $129,819.00) and a blended hourly rate of $1,050 (here, $114,723.50). Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

# **EXHIBIT 1**

## ABBREVIATIONS KEY:

BB = Burns Bair LLP
BRG = Berkeley Research Group, LLC
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel
SMRH = Sheppard, Mullin, Richter & Hampton LLP



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Archdiocese of SF O.C.C.

January 17, 2025
Invoice   144478
Client    05068.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2024

| | |
|---|---|
| FEES | $129,819.00 |
| EXPENSES | $3,904.64 |
| COURTESY DISCOUNT | -$15,095.50 |
| **TOTAL CURRENT CHARGES** | **$118,628.14** |
| **BALANCE FORWARD** | **$636,518.23** |
| **LAST PAYMENT** | **-$316,490.60** |
| **TOTAL BALANCE DUE** | **$438,655.80** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    2

Invoice 144478

January 17, 2025

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,525.00 | 3.90 | $5,947.50 |
| JIS | Stang, James I. | Partner | 1,850.00 | 17.50 | $32,375.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 975.00 | 48.30 | $47,092.50 |
| GNB | Brown, Gillian N. | Counsel | 1,075.00 | 13.70 | $14,727.50 |
| GSG | Greenwood, Gail S. | Counsel | 1,195.00 | 14.20 | $16,969.00 |
| MLC | Cohen, Michael L. | Counsel | 1,195.00 | 3.20 | $3,824.00 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 7.30 | $4,343.50 |
| HRD | Daniels, Hope R. | Paralegal | 545.00 | 1.10 | $599.50 |
| NJH | Hall, Nathan J. | Paralegal | 545.00 | 5.10 | $2,779.50 |
| LAF | Forrester, Leslie A. | Library | 645.00 | 1.80 | $1,161.00 |
| | | | | 116.10 | $129,819.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     3
Invoice 144478
January 17, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 3.30 | $3,992.50 |
| BL | Bankruptcy Litigation | 24.10 | $30,149.50 |
| CA | Case Administration | 5.30 | $3,723.50 |
| CO | Claims Administration and Objections | 21.90 | $18,780.50 |
| CP | PSZJ Compensation | 3.70 | $2,722.50 |
| CPO | Other Professional Compensation | 2.70 | $1,894.50 |
| GC | General Creditors' Committee | 12.80 | $16,237.50 |
| IC | Insurance Coverage | 0.10 | $107.50 |
| ME | Mediation | 22.50 | $29,558.50 |
| RPO | Other Professional Retention | 2.70 | $2,892.50 |
| SL | Stay Litigation | 17.00 | $19,760.00 |
|  |  | 116.10 | $129,819.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    4

Invoice 144478

January 17, 2025

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Federal Express | $27.87 |
| Lexis/Nexis- Legal Research | $154.30 |
| Litigation Support Vendors | $3,375.37 |
| Pacer - Court Research | $31.30 |
| Postage | $66.00 |
| Reproduction Expense | $249.80 |
| | $3,904.64 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:   5
Invoice 144478
January 17, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis and Recovery**

| 12/03/2024 | BMM | AA | Meeting with BRG regarding discovery issues. | 0.60 | 975.00 | $585.00 |
| 12/03/2024 | GNB | AA | Call with J. Stang (partial), B. Michael, R. Strong, and C. Tergevorkian regarding Debtor assets. | 0.60 | 1,075.00 | $645.00 |
| 12/03/2024 | GNB | AA | Email BRG regarding follow up issues from call. | 0.30 | 1,075.00 | $322.50 |
| 12/03/2024 | JIS | AA | Attend call with BRG regarding discovery issues. | 0.10 | 1,850.00 | $185.00 |
| 12/04/2024 | AWC | AA | Emails with counsel and BRG regarding discovery matters. | 0.20 | 1,525.00 | $305.00 |
| 12/17/2024 | BMM | AA | Call with PSZJ and BRG regarding discovery. | 0.50 | 975.00 | $487.50 |
| 12/17/2024 | GNB | AA | Call with PSZJ and BRG regarding asset analysis. | 0.50 | 1,075.00 | $537.50 |
| 12/17/2024 | JIS | AA | Call with BRG and PSZJ regarding outstanding discovery issues. | 0.50 | 1,850.00 | $925.00 |
|  |  |  |  | 3.30 |  | $3,992.50 |

**Bankruptcy Litigation**

| 12/02/2024 | AWC | BL | Emails with team regarding discovery issues/communication. | 0.20 | 1,525.00 | $305.00 |
| 12/02/2024 | BMM | BL | Respond to email regarding MOR supplements. | 0.20 | 975.00 | $195.00 |
| 12/02/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Finalize email to mediators and Debtor's counsel summarizing November 25 meet and confer. | 0.20 | 1,075.00 | $215.00 |
| 12/03/2024 | AWC | BL | Emails with ASF counsel regarding discovery (.20); emails with team and BRG regarding additional discovery issues (.30). | 0.50 | 1,525.00 | $762.50 |
| 12/03/2024 | BMM | BL | Respond to mediator question regarding IRB discovery. | 0.50 | 975.00 | $487.50 |
| 12/03/2024 | BMM | BL | Email to team regarding discovery status. | 0.20 | 975.00 | $195.00 |
| 12/03/2024 | BMM | BL | Analyze perpetrator files. | 1.20 | 975.00 | $1,170.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     6
Invoice 144478
January 17, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/03/2024 | GNB | BL | Respond to A. Cottrell email regarding supplemental information for monthly operating reports. | 0.10 | 1,075.00 | $107.50 |
| 12/03/2024 | GNB | BL | Email Debtor's counsel regarding BRG request for parishes' updated financial information. | 0.10 | 1,075.00 | $107.50 |
| 12/03/2024 | GSG | BL | Emails to/from B. Michael re discovery status, Committee call, and relief from stay. | 0.20 | 1,195.00 | $239.00 |
| 12/05/2024 | GNB | BL | Call with G. Greenwood regarding outstanding discovery. | 0.10 | 1,075.00 | $107.50 |
| 12/10/2024 | AWC | BL | Emails with ASF counsel regarding additional documents (.1); and skim documents (.3). | 0.40 | 1,525.00 | $610.00 |
| 12/10/2024 | NJH | BL | Revise the production log. | 0.20 | 545.00 | $109.00 |
| 12/10/2024 | NJH | BL | Upload production documents received from Debtor onto review databases for analysis by attorneys. | 0.20 | 545.00 | $109.00 |
| 12/11/2024 | AWC | BL | Emails with team regarding discovery issues/next steps. | 0.30 | 1,525.00 | $457.50 |
| 12/11/2024 | BMM | BL | Call with Debtor's counsel regarding perpetrator files. | 0.30 | 975.00 | $292.50 |
| 12/11/2024 | BMM | BL | Communications with team regarding perpetrator files. | 0.30 | 975.00 | $292.50 |
| 12/11/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Email with B. Michael regarding recently located perpetrator files and re November 25 meet and confer follow up. | 0.10 | 1,075.00 | $107.50 |
| 12/11/2024 | JIS | BL | Review emails regarding Archdiocese searches for priest files. | 0.10 | 1,850.00 | $185.00 |
| 12/11/2024 | NJH | BL | Revise production log. | 0.10 | 545.00 | $54.50 |
| 12/12/2024 | BMM | BL | Call with G. Brown re open discovery issues. | 0.20 | 975.00 | $195.00 |
| 12/12/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Call with B. Michael regarding open discovery issues. | 0.20 | 1,075.00 | $215.00 |
| 12/13/2024 | AWC | BL | Emails with BRG and team regarding outstanding information, requests. | 0.20 | 1,525.00 | $305.00 |
| 12/13/2024 | BMM | BL | Analyze status of outstanding discovery. | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     7
Invoice 144478
January 17, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Revise B. Michael email to mediators and Debtor's counsel regarding follow-up on November 25 meet and confer. | 0.10 | 1,075.00 | $107.50 |
| 12/15/2024 | GNB | BL | (Committee Rule 2004 to Baker Tilly) Review status of Baker Tilly responses; email D. Flaherty (Godfrey Kahn) regarding same. | 0.10 | 1,075.00 | $107.50 |
| 12/17/2024 | AWC | BL | Emails with team and ASF counsel regarding meet and confer issues (.30); call with BRG regarding outstanding documents/information (.50). | 0.80 | 1,525.00 | $1,220.00 |
| 12/17/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Call with J. Stang regarding discovery strategy. | 0.20 | 1,075.00 | $215.00 |
| 12/17/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Finalize email to mediators and Debtor's counsel regarding follow up to November 25 meet and confer. | 0.30 | 1,075.00 | $322.50 |
| 12/17/2024 | JIS | BL | Call with G. Brown regarding financial discovery. | 0.20 | 1,850.00 | $370.00 |
| 12/18/2024 | GNB | BL | (Committee Rule 2004 to Debtor) Review A. Cottrell email response from yesterday regarding status of discovery (.1); research issues in email (.2); begin drafting response thereto (.1). | 0.40 | 1,075.00 | $430.00 |
| 12/18/2024 | GSG | BL | Emails to/from B. Michael re litigation status and motion re credibly accused. | 0.20 | 1,195.00 | $239.00 |
| 12/20/2024 | AWC | BL | Review and revise email to mediators regarding discovery matters. | 0.30 | 1,525.00 | $457.50 |
| 12/20/2024 | BMM | BL | Read precedential diocesan pleadings. | 1.50 | 975.00 | $1,462.50 |
| 12/21/2024 | BMM | BL | Analyze Guam pleadings regarding corporate sole structure for application here. | 0.60 | 975.00 | $585.00 |
| 12/23/2024 | GSG | BL | Call with J. Stang and B. Michael re mediation and pending motions. | 1.30 | 1,195.00 | $1,553.50 |
| 12/23/2024 | JIS | BL | Call B. Michael regarding litigation strategy. | 0.20 | 1,850.00 | $370.00 |
| 12/23/2024 | JIS | BL | Call with B. Michael and G. Greenwood regarding litigation strategy. | 1.30 | 1,850.00 | $2,405.00 |
| 12/23/2024 | JIS | BL | Second call with B. Michael regarding litigation strategy. | 0.30 | 1,850.00 | $555.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of San Francisco O.C.C.  
Client 05068.00002  

Page:     8  
Invoice 144478  
January 17, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/23/2024 | JIS | BL | Meeting with M. Cohen regarding declaratory relief issues. | 0.80 | 1,850.00 | $1,480.00 |
| 12/23/2024 | MLC | BL | Meeting with J. Stang to discuss declaratory judgment action. | 0.80 | 1,195.00 | $956.00 |
| 12/26/2024 | BMM | BL | Analyze precedent regarding insurer standing. | 1.40 | 975.00 | $1,365.00 |
| 12/26/2024 | BMM | BL | Call with J. Stang regarding parish litigation. | 0.20 | 975.00 | $195.00 |
| 12/26/2024 | GSG | BL | Review issues re motion to compel IRB files (.3) and email J. Stang and B. Michael re same (.2). | 0.50 | 1,195.00 | $597.50 |
| 12/27/2024 | BMM | BL | Call with M. Cohen, J. Stang, and G. Greenwood regarding parish adversary proceeding. | 1.50 | 975.00 | $1,462.50 |
| 12/27/2024 | GSG | BL | Initial call with M. Cohen, B. Michael, and J. Stang re status of parishes and adversary proceeding. | 1.50 | 1,195.00 | $1,792.50 |
| 12/27/2024 | GSG | BL | Follow-up emails to/from M. Cohen re parish litigation. | 0.10 | 1,195.00 | $119.50 |
| 12/27/2024 | JIS | BL | Call with G. Greenwood, B. Michael and M. Cohen regarding parish litigation strategy. | 1.50 | 1,850.00 | $2,775.00 |
| 12/27/2024 | MLC | BL | Initial meeting, via Zoom, with B. Michael, J. Stang and G. Greenwood to discuss possible litigation against the parishes. | 1.50 | 1,195.00 | $1,792.50 |
|  |  |  |  | **24.10** |  | **$30,149.50** |

**Case Administration**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 12/02/2024 | BDD | CA | Email G. Brown re daily pleadings filed and circulated from Court's docket. | 0.10 | 595.00 | $59.50 |
| 12/02/2024 | BDD | CA | Review docket (.20) and attend to calendaring matters re same (.10). | 0.30 | 595.00 | $178.50 |
| 12/03/2024 | BDD | CA | Review Judge Montali's 12/5 hearing calendar (.10) and email G. Brown re same (.10). | 0.20 | 595.00 | $119.00 |
| 12/03/2024 | BDD | CA | Update critical dates memo (.70) and email PSZJ team re same (.10). | 0.80 | 595.00 | $476.00 |
| 12/04/2024 | BDD | CA | Email G. Brown re critical dates. | 0.10 | 595.00 | $59.50 |
| 12/04/2024 | BDD | CA | Review docket (.10); update critical dates memo re same (.10). | 0.20 | 595.00 | $119.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 9

Invoice 144478

January 17, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2024 | BDD | CA | Review emails from E. Frejka and J. Kim re interim fee applications going forward. | 0.10 | 595.00 | $59.50 |
| 12/10/2024 | BDD | CA | Review docket to update critical dates memo re same (.30) and email PSZJ team re same (.10). | 0.40 | 595.00 | $238.00 |
| 12/10/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 12/10/2024 | BMM | CA | Call with J. Stang regarding meeting with Debtor's counsel. | 0.30 | 975.00 | $292.50 |
| 12/18/2024 | BDD | CA | Review Judge Montali 12/19 calendar (.10); email PSZJ team re same (.10). | 0.20 | 595.00 | $119.00 |
| 12/18/2024 | BDD | CA | Email G. Brown re critical dates. | 0.10 | 595.00 | $59.50 |
| 12/20/2024 | BMM | CA | Call with J. Stang regarding agenda for Debtor's counsel call. | 0.30 | 975.00 | $292.50 |
| 12/20/2024 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.60 | 975.00 | $585.00 |
| 12/23/2024 | BDD | CA | Review docket and update critical dates memo re same (.30); email G. Brown re stale dates (.10); email PSZJ team re updated critical dates (.10); attend to calendaring matters with B. Anavim re same (.10). | 0.60 | 595.00 | $357.00 |
| 12/27/2024 | BDD | CA | Email G. Brown re critical dates. | 0.10 | 595.00 | $59.50 |
| 12/30/2024 | BDD | CA | Review docket to update critical dates memo re same (.50); email PSZJ team re same (.10). | 0.60 | 595.00 | $357.00 |
|  |  |  |  | 5.30 |  | $3,723.50 |

## Claims Administration and Objections

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 12/03/2024 | NJH | CO | Compare claims for discrepancies as requested by B. Michael. | 1.80 | 545.00 | $981.00 |
| 12/09/2024 | BMM | CO | Analyze IRB minutes. | 5.30 | 975.00 | $5,167.50 |
| 12/10/2024 | BMM | CO | Analyze IRB minutes. | 2.00 | 975.00 | $1,950.00 |
| 12/10/2024 | NJH | CO | Draft document of child protection policies mined from the Charter for the Protection of Children and Young People. | 2.80 | 545.00 | $1,526.00 |
| 12/11/2024 | BMM | CO | Analyze IRB files. | 2.50 | 975.00 | $2,437.50 |
| 12/12/2024 | BMM | CO | Analyze list of perpetrators/claims | 0.90 | 975.00 | $877.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    10
Invoice 144478
January 17, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/2024 | BMM | CO | Analyze IRB files. | 0.90 | 975.00 | $877.50 |
| 12/13/2024 | BMM | CO | Analyze IRB files. | 0.80 | 975.00 | $780.00 |
| 12/13/2024 | BMM | CO | Analyze list of perpetrators/claims. | 1.80 | 975.00 | $1,755.00 |
| 12/18/2024 | BMM | CO | Analyze IRB files. | 0.80 | 975.00 | $780.00 |
| 12/19/2024 | BMM | CO | Meeting with L. Forrester regarding duplicate claims and perpetrator information. | 0.50 | 975.00 | $487.50 |
| 12/19/2024 | LAF | CO | Analyze abuse claims (1.3); discuss with B Michael (.5). | 1.80 | 645.00 | $1,161.00 |
|  |  |  |  | 21.90 |  | $18,780.50 |

**PSZJ Compensation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2024 | BDD | CP | Email G. Brown re PSZJ October LEDES file. | 0.10 | 595.00 | $59.50 |
| 12/02/2024 | BDD | CP | Call to L. Parada (Judge Montali's clerk) (.10) and follow up email re 2025 omnibus hearings (.10); review updated 2025 calendar (.10) and email G. Brown re same (.10). | 0.40 | 595.00 | $238.00 |
| 12/02/2024 | BDD | CP | Prepare fee order on PSZJ's 3rd interim fee application. | 0.60 | 595.00 | $357.00 |
| 12/02/2024 | GNB | CP | Edit and finalize PSZJ October 2024 fee statement. | 0.10 | 1,075.00 | $107.50 |
| 12/03/2024 | BDD | CP | Emails G. Brown re PSZJ Order on 3rd interim fee application. | 0.20 | 595.00 | $119.00 |
| 12/03/2024 | GNB | CP | Email with B. Dassa regarding off-calendaring of December 5 interim fee application hearing; email E. Frejka and J. Kim regarding same. | 0.10 | 1,075.00 | $107.50 |
| 12/03/2024 | GNB | CP | Review B. Dassa email regarding interim fee application dates for 2025; email J. Kim and P. Pascuzzi regarding same. | 0.10 | 1,075.00 | $107.50 |
| 12/05/2024 | BDD | CP | Email G. Brown re PSZJ order on 3rd interim fee application. | 0.10 | 595.00 | $59.50 |
| 12/05/2024 | GNB | CP | Email with E. Frejka regarding approval of proposed order granting PSZJ third interim fee application. | 0.10 | 1,075.00 | $107.50 |
| 12/13/2024 | GNB | CP | Call with E. Frejka and J. Kim regarding interim fee applications. | 0.70 | 1,075.00 | $752.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    11
Invoice 144478
January 17, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2024 | HRD | CP | Prepare PSZJ November monthly fee statement. | 1.10 | 545.00 | $599.50 |
| 12/26/2024 | GNB | CP | Email B. Dassa regarding PSZJ fee issue. | 0.10 | 1,075.00 | $107.50 |
| | | | | 3.70 | | **$2,722.50** |

**Other Professional Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2024 | BDD | CPO | Review October fee statements filed by Debtor's professionals (Pascuzzi, B. Riley, Sheppard Mullin, Weintraub Tobin, Blank Rome and Transperfect Document Management) (.50); and email subcommittee re same (.10); email G. Brown re same (.10). | 0.70 | 595.00 | $416.50 |
| 12/03/2024 | BDD | CPO | Review updated hearing calendar for 2025 hearings (.20) and email G. Brown re same (.30). | 0.50 | 595.00 | $297.50 |
| 12/03/2024 | GNB | CPO | Review Pillsbury invoice for BPM work. | 0.10 | 1,075.00 | $107.50 |
| 12/03/2024 | GNB | CPO | Respond to R. Strong email regarding December 5 interim fee application hearing; email with E. Frejka regarding same. | 0.10 | 1,075.00 | $107.50 |
| 12/03/2024 | GNB | CPO | Email B. Dassa regarding confirmation of off-calendaring December 5 hearing on interim fee applications. | 0.10 | 1,075.00 | $107.50 |
| 12/04/2024 | BDD | CPO | Emails/call to L. Parada re 12/5 hearing cancellation and hearings going forward (.20) and emails G. Brown re same (.20). | 0.40 | 595.00 | $238.00 |
| 12/04/2024 | GNB | CPO | Review emails between L. Parada and B. Dassa regarding tomorrow's interim fee application hearing; review docket texts regarding same; email E. Frejka and Committee professionals regarding off-calendaring of tomorrow's interim fee application hearing. | 0.10 | 1,075.00 | $107.50 |
| 12/04/2024 | GNB | CPO | Read J. Kim email regarding interim fee application issues for 2025; read E. Frejka response thereto. | 0.10 | 1,075.00 | $107.50 |
| 12/10/2024 | BDD | CPO | Email G. Brown re orders entered on interim fee applications. | 0.10 | 595.00 | $59.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    12
Invoice 144478
January 17, 2025

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 12/26/2024 | GNB | CPO | Finalize monthly fee statements for BRG and PSZJ; email PSZJ November 2024 fee statement and LEDES file to E. Frejka and J. Blumberg. | 0.10 | 1,075.00 | $107.50 |
| 12/30/2024 | BDD | CPO | Review November 2024 fee statements filed by Debtor's professionals (.30) and email subcommittee re same (.10). | 0.40 | 595.00 | $238.00 |
| | | | | 2.70 | | $1,894.50 |

**General Creditors' Committee**

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 12/05/2024 | BMM | GC | Call with Committee regarding ongoing case issues. | 0.90 | 975.00 | $877.50 |
| 12/05/2024 | BMM | GC | Call with G. Brown regarding meeting with Committee regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 12/05/2024 | BMM | GC | Call with J. Stein regarding Committee member question. | 0.30 | 975.00 | $292.50 |
| 12/05/2024 | GNB | GC | Call (partial) with Committee and SCC regarding open issues in case. | 0.80 | 1,075.00 | $860.00 |
| 12/05/2024 | JIS | GC | Attend Committee meeting (partial). | 0.80 | 1,850.00 | $1,480.00 |
| 12/10/2024 | BMM | GC | Participate in call with state court counsel regarding ongoing case issues. | 0.80 | 975.00 | $780.00 |
| 12/10/2024 | BMM | GC | Call with J. Stang regarding SCC meeting follow-up (.7); prepare for same (.1). | 0.80 | 975.00 | $780.00 |
| 12/10/2024 | JIS | GC | Status call with Debtor's counsel. | 0.30 | 1,850.00 | $555.00 |
| 12/10/2024 | JIS | GC | Call B. Michael regarding case status. | 0.30 | 1,850.00 | $555.00 |
| 12/10/2024 | JIS | GC | State court counsel call regarding case status/strategy. | 0.70 | 1,850.00 | $1,295.00 |
| 12/10/2024 | JIS | GC | Call B. Michael regarding next steps after state court counsel call. | 0.70 | 1,850.00 | $1,295.00 |
| 12/12/2024 | BMM | GC | Respond to Committee member question. | 0.20 | 975.00 | $195.00 |
| 12/12/2024 | BMM | GC | Email to Committee regarding meeting on ongoing case issues. | 0.30 | 975.00 | $292.50 |
| 12/12/2024 | BMM | GC | Meeting with Committee regarding ongoing case issues. | 1.10 | 975.00 | $1,072.50 |
| 12/12/2024 | JIS | GC | Attend Committee call (partial). | 1.00 | 1,850.00 | $1,850.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     13
Invoice 144478
January 17, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2024 | GNB | GC | Draft email to Committee re mediation session today, related open issues. | 0.60 | 1,075.00 | $645.00 |
| 12/18/2024 | JIS | GC | Call with State Court Counsel regarding mediation agenda. | 0.20 | 1,850.00 | $370.00 |
| 12/19/2024 | BMM | GC | Call with L. James regarding perpetrator issue. | 0.30 | 975.00 | $292.50 |
| 12/19/2024 | GNB | GC | Revise B. Michael edits to summary email for Committee and SCC regarding mediation and issues for tomorrow's Committee meeting. | 0.10 | 1,075.00 | $107.50 |
| 12/19/2024 | GNB | GC | Email with Committee member regarding open case issue. | 0.20 | 1,075.00 | $215.00 |
| 12/19/2024 | JIS | GC | Review draft email response to Committee member regarding proposed next litigation steps. | 0.10 | 1,850.00 | $185.00 |
| 12/20/2024 | BMM | GC | Prepare for meeting with Committee regarding ongoing case issues. | 0.50 | 975.00 | $487.50 |
| 12/20/2024 | BMM | GC | Participate in meeting with Committee regarding ongoing case issues. | 1.20 | 975.00 | $1,170.00 |
| 12/31/2024 | BMM | GC | Call with J. Anderson regarding ongoing case issues. | 0.10 | 975.00 | $97.50 |
| | | | | **12.80** | | **$16,237.50** |

**Insurance Coverage**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2024 | GNB | IC | Review email from A. Frankel regarding insurer counsel; confirm same on Committee contacts. | 0.10 | 1,075.00 | $107.50 |
| | | | | **0.10** | | **$107.50** |

**Mediation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2024 | BMM | ME | Revise email to mediators regarding mediation issues. | 0.20 | 975.00 | $195.00 |
| 12/03/2024 | BMM | ME | Call (partial) with JAA and BB teams regarding mediation strategy. | 1.00 | 975.00 | $975.00 |
| 12/03/2024 | JIS | ME | Call with Jeff Anderson & Associates PA and Burns Bair re mediation issues. | 1.10 | 1,850.00 | $2,035.00 |
| 12/05/2024 | BMM | ME | Call with Judge Sontchi regarding mediation issues. | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    14

Invoice 144478

January 17, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2024 | JIS | ME | Call B. Michael regarding mediation issues. | 0.30 | 1,850.00 | $555.00 |
| 12/09/2024 | BMM | ME | Call with mediators regarding upcoming mediation session (.5); prepare for call (.1). | 0.60 | 975.00 | $585.00 |
| 12/09/2024 | BMM | ME | Call with J. Stang regarding meeting with mediators. | 0.20 | 975.00 | $195.00 |
| 12/09/2024 | BMM | ME | Draft email to Committee regarding rescheduled mediation. | 0.90 | 975.00 | $877.50 |
| 12/09/2024 | JIS | ME | Call with mediators. | 0.50 | 1,850.00 | $925.00 |
| 12/10/2024 | AWC | ME | Emails with Committee regarding mediation issues. | 0.20 | 1,525.00 | $305.00 |
| 12/18/2024 | BMM | ME | Call with J. Stang and G. Brown (in part) regarding mediation and discovery. | 0.70 | 975.00 | $682.50 |
| 12/18/2024 | BMM | ME | Call with J. Stang regarding mediation agenda. | 0.20 | 975.00 | $195.00 |
| 12/18/2024 | BMM | ME | Participate in Zoom mediation with mediators and Committee (1.7); prepare for mediation (.3); meet with Committee (.2). | 2.20 | 975.00 | $2,145.00 |
| 12/18/2024 | GNB | ME | Call (partial) with J. Stang and B. Michael in preparation for video conference today with Committee and mediators. | 0.20 | 1,075.00 | $215.00 |
| 12/18/2024 | GNB | ME | Prepare for mediation session today (.3); review mediation order (.1); email PSZJ team regarding salient issues (.1). | 0.50 | 1,075.00 | $537.50 |
| 12/18/2024 | GNB | ME | Attend mediation session via Zoom (partial). | 1.70 | 1,075.00 | $1,827.50 |
| 12/18/2024 | GNB | ME | Follow-up video conference with Committee and SCC re mediation. | 0.20 | 1,075.00 | $215.00 |
| 12/18/2024 | JIS | ME | Call with B. Michael regarding agenda for mediation. | 0.20 | 1,850.00 | $370.00 |
| 12/18/2024 | JIS | ME | Call with B. Michael and G. Brown regarding status of discovery issues and mediation agenda. | 0.70 | 1,850.00 | $1,295.00 |
| 12/18/2024 | JIS | ME | Prepare for mediation by reviewing emails regarding discovery issues. | 1.00 | 1,850.00 | $1,850.00 |
| 12/18/2024 | JIS | ME | Attend mediation (1.7); follow up call with Committee (.2). | 1.90 | 1,850.00 | $3,515.00 |
| 12/19/2024 | AWC | ME | Emails with team and committee regarding mediation status, strategy. | 0.20 | 1,525.00 | $305.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2024 | BMM | ME | Call with G. Brown, G. Greenwood, and J. Stang (all in part) regarding mediation strategy. | 1.50 | 975.00 | $1,462.50 |
| 12/19/2024 | GNB | ME | Call with J. Stang (partial), G. Greenwood (partial), and B. Michael regarding mediation issues, strategy, motion practice. | 1.30 | 1,075.00 | $1,397.50 |
| 12/19/2024 | GSG | ME | Call (partial) with PSZJ team re open issues re mediation and motion practice. | 0.70 | 1,195.00 | $836.50 |
| 12/19/2024 | GSG | ME | Review email from G. Brown re mediation status. | 0.10 | 1,195.00 | $119.50 |
| 12/19/2024 | JIS | ME | Attend PSZJ call regarding follow-up from mediation session of 12/18 (partial). | 0.90 | 1,850.00 | $1,665.00 |
| 12/20/2024 | AWC | ME | Review files for non-monetary templates and emails with team thereon. | 0.40 | 1,525.00 | $610.00 |
| 12/20/2024 | BMM | ME | Draft email to mediators summarizing status of various issues. | 0.50 | 975.00 | $487.50 |
| 12/21/2024 | GNB | ME | Edit B. Michael draft email to mediators. | 0.20 | 1,075.00 | $215.00 |
| 12/23/2024 | AWC | ME | Emails with team regarding non-monetary provisions. | 0.20 | 1,525.00 | $305.00 |
| 12/26/2024 | GNB | ME | Email with PSZJ regarding mediation issues. | 0.10 | 1,075.00 | $107.50 |
| 12/27/2024 | BMM | ME | Call with Judge Sontchi and J. Stang regarding mediation issues. | 0.80 | 975.00 | $780.00 |
| 12/27/2024 | BMM | ME | Call with J. Stang regarding meeting with Judge Sontchi. | 0.20 | 975.00 | $195.00 |
| 12/27/2024 | JIS | ME | Call with B. Michael and Judge Sontchi. | 0.80 | 1,850.00 | $1,480.00 |
| | | | | 22.50 | | $29,558.50 |

**Other Professional Retention**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2024 | GNB | RPO | Email PSZJ regarding Committee member input regarding Cushman & Wakefield retention. | 0.10 | 1,075.00 | $107.50 |
| 12/03/2024 | GNB | RPO | Email P. Pascuzzi regarding Cushman & Wakefield retention. | 0.20 | 1,075.00 | $215.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 16
Invoice 144478
January 17, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2024 | GNB | RPO | Email M. Bach regarding Committee question regarding Cushman & Wakefield retention (.2); review M. Bach response (.1); email PSZJ team regarding same and re follow up items on Cushman retention (.1). | 0.40 | 1,075.00 | $430.00 |
| 12/06/2024 | GNB | RPO | Email with J. Stang regarding Committee question for Cushman & Wakefield. | 0.10 | 1,075.00 | $107.50 |
| 12/09/2024 | GNB | RPO | Email with B. Michael regarding Cushman retention and potential conflict waiver; email P. Pascuzzi regarding same. | 0.10 | 1,075.00 | $107.50 |
| 12/12/2024 | BMM | RPO | Call with G. Brown re Cushman & Wakefield as Committee real estate appraiser. | 0.10 | 975.00 | $97.50 |
| 12/12/2024 | GNB | RPO | Call with B. Michael regarding Debtor position on retention of Cushman & Wakefield as Committee real estate appraiser. | 0.10 | 1,075.00 | $107.50 |
| 12/17/2024 | GNB | RPO | Email with J. Stang and B. Michael regarding Cushman & Wakefield retention and Debtor input. | 0.10 | 1,075.00 | $107.50 |
| 12/23/2024 | GNB | RPO | Email M. Bach regarding 2025 Cushman fee ranges. | 0.10 | 1,075.00 | $107.50 |
| 12/23/2024 | GNB | RPO | Draft M. Bach supplemental declaration in support of Cushman & Wakefield retention application. | 1.00 | 1,075.00 | $1,075.00 |
| 12/23/2024 | GNB | RPO | Draft notice of supplemental declaration in support of Cushman & Wakefield retention application and revised proposed order granting Cushman & Wakefield retention application. | 0.10 | 1,075.00 | $107.50 |
| 12/27/2024 | GNB | RPO | Voicemail for M. Bach regarding supplemental declaration in support of Cushman & Wakefield retention; email J. Stang and B. Michael regarding same. | 0.10 | 1,075.00 | $107.50 |
| 12/27/2024 | GNB | RPO | Call with J. Stang regarding Cushman & Wakefield retention; revise M. Bach supplemental declaration per her edit. | 0.10 | 1,075.00 | $107.50 |
| 12/30/2024 | GNB | RPO | Consider P. Pascuzzi email regarding Cushman retention; email with J. Stang regarding same. | 0.10 | 1,075.00 | $107.50 |
| | | | | 2.70 | | $2,892.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     17

Invoice 144478

January 17, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Stay Litigation**

| 12/03/2024 | GSG | SL | Revise stay relief motion re JCCP facts. | 0.90 | 1,195.00 | $1,075.50 |
| 12/10/2024 | BMM | SL | Call with I. Scharf regarding stay relief in Buffalo for application here. | 0.20 | 975.00 | $195.00 |
| 12/12/2024 | JIS | SL | Call with insurance counsel (2x) regarding stay relief issues. | 0.40 | 1,850.00 | $740.00 |
| 12/12/2024 | JIS | SL | Review Oakland Diocese motion for stay relief for guidance in this case. | 0.60 | 1,850.00 | $1,110.00 |
| 12/20/2024 | GSG | SL | Research re test case relief from stay. | 0.20 | 1,195.00 | $239.00 |
| 12/22/2024 | BMM | SL | Review relief from stay precedent from other cases. | 1.20 | 975.00 | $1,170.00 |
| 12/23/2024 | BMM | SL | Review relief from stay precedent from other cases. | 2.40 | 975.00 | $2,340.00 |
| 12/23/2024 | BMM | SL | Call with G. Greenwood (in part) and J. Stang regarding relief from stay. | 1.70 | 975.00 | $1,657.50 |
| 12/23/2024 | GSG | SL | Review related motions re test cases and derivative standing to pursue adversaries. | 0.50 | 1,195.00 | $597.50 |
| 12/26/2024 | GSG | SL | Draft proposed orders for relief from stay (.7) and email team re same (.2). | 0.90 | 1,195.00 | $1,075.50 |
| 12/26/2024 | GSG | SL | Review docket and orders re JCCP orders to set trial cases. | 0.60 | 1,195.00 | $717.00 |
| 12/27/2024 | GSG | SL | Revise stay motion. | 4.10 | 1,195.00 | $4,899.50 |
| 12/27/2024 | MLC | SL | Review pertinent filings from adversary proceedings in the Diocese of Oakland and the Diocese of Guam (Agana). | 0.90 | 1,195.00 | $1,075.50 |
| 12/29/2024 | GSG | SL | Research/review pleadings re stay relief to pursue test cases. | 1.80 | 1,195.00 | $2,151.00 |
| 12/29/2024 | GSG | SL | Review documents re ASF enterprise. | 0.40 | 1,195.00 | $478.00 |
| 12/29/2024 | GSG | SL | Review orders re Alaska/Guam diocesan bankruptcies. | 0.20 | 1,195.00 | $239.00 |
|  |  |  |  | 17.00 |  | $19,760.00 |

**TOTAL SERVICES FOR THIS MATTER:**                         **$129,819.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    18

Invoice 144478

January 17, 2025

## **Expenses**

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 12/02/2024 | OS | Plugajawea Productions, LLC  - outside services for claims analysis | 1,967.37 |
| 12/02/2024 | PO | Postage | 22.95 |
| 12/02/2024 | RE | ( 540 @0.10 PER PG) | 54.00 |
| 12/02/2024 | RE | COPY ( 36 @0.10 PER PG) | 3.60 |
| 12/02/2024 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/04/2024 | LN | 5068.00002 Lexis Charges for 12-04-24 | 1.78 |
| 12/04/2024 | LN | 5068.00002 Lexis Charges for 12-04-24 | 50.25 |
| 12/04/2024 | RE | ( 465 @0.10 PER PG) | 46.50 |
| 12/04/2024 | RE | COPY ( 31 @0.10 PER PG) | 3.10 |
| 12/04/2024 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/04/2024 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/04/2024 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/13/2024 | RE | COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/19/2024 | LN | 5068.00002 Lexis Charges for 12-19-24 | 1.78 |
| 12/21/2024 | LN | 5068.00002 Lexis Charges for 12-21-24 | 100.49 |
| 12/23/2024 | RE | ( 70 @0.10 PER PG) | 7.00 |
| 12/26/2024 | PO | Postage | 43.05 |
| 12/26/2024 | RE | ( 480 @0.10 PER PG) | 48.00 |
| 12/26/2024 | RE | ( 510 @0.10 PER PG) | 51.00 |
| 12/30/2024 | FE | 05068.00002 FedEx Charges for 12-30-24 | 27.87 |
| 12/30/2024 | RE | COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/30/2024 | RE | COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/30/2024 | RE | COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/30/2024 | RE | COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/30/2024 | RE | COPY ( 227 @0.10 PER PG) | 22.70 |
| 12/30/2024 | RE | COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/30/2024 | RE | COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/30/2024 | RE | COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    19
Invoice 144478
January 17, 2025

| | | | |
|---|---|---|---|
| 12/30/2024 | RE | COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/31/2024 | OS | Everlaw, Inv. 137017 | 1,408.00 |
| 12/31/2024 | PAC | Pacer - Court Research | 31.30 |

**Total Expenses for this Matter**          **$3,904.64**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     20
Invoice 144478
January 17, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  12/31/2024**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135790 | 09/30/2023 | $7,195.85 | $0.00 | $7,195.85 |
| 135996 | 10/31/2023 | $19,302.20 | $0.00 | $19,302.20 |
| 136651 | 11/30/2023 | $13,384.45 | $0.00 | $13,384.45 |
| 136655 | 12/31/2023 | $7,099.65 | $0.00 | $7,099.65 |
| 136837 | 01/31/2024 | $7,326.17 | $0.00 | $7,326.17 |
| 138700 | 02/29/2024 | $16,241.40 | $0.00 | $16,241.40 |
| 139241 | 03/31/2024 | $37,343.35 | $0.00 | $37,343.35 |
| 139257 | 04/30/2024 | $42,179.30 | $0.00 | $42,179.30 |
| 139718 | 05/31/2024 | $33,138.15 | $0.00 | $33,138.15 |
| 140157 | 06/30/2024 | $18,492.51 | $0.00 | $18,492.51 |
| 141219 | 07/31/2024 | $6,459.50 | $0.00 | $6,459.50 |
| 141999 | 08/31/2024 | $4,004.56 | $0.00 | $4,004.56 |
| 142085 | 09/30/2024 | $37,030.23 | $0.00 | $37,030.23 |
| 142741 | 10/31/2024 | $35,917.00 | $0.00 | $35,917.00 |
| 143879 | 11/30/2024 | $34,913.34 | $0.00 | $34,913.34 |

**Total Amount Due on Current and Prior Invoices:**          **$438,655.80**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
        acaine@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

<div align="center">

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

</div>

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  STATE OF CALIFORNIA        )
                             )
2  CITY OF LOS ANGELES        )

3       I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
4  California. I am over the age of 18 and not a party to the within action; my business address is 10100
   Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5  On March 4, 2025, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT**
6  **FOR PACHULSKI STANG ZIEHL & JONES LLP (DECEMBER 2024)** in the manner stated
   below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On March 4, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br>See Attached. |

       I declare under penalty of perjury, under the laws of the State of California and the United
States of America that the foregoing is true and correct.

       Executed on March 4, 2025, at Los Angeles, California.


                                   */s/ Maria R. Viramontes*
                                   Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

3

1  Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
2  adiamond@diamondmccarthy.com

3  Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon)
4  lukeeaton@cozen.com, monugiac@pepperlaw.com

5  David Elbaum on behalf of Interested Party Century Indemnity Company
   david.elbaum@stblaw.com
6

7  Michael W Ellison on behalf of Interested Party First State Insurance Company
   mellison@sehlaw.com, kfoster@sehlaw.com

8  Stephen John Estey on behalf of Interested Party Dennis Fruzza
   steve@estey-bomberger.com
9

10 Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   tevanston@skarzynski.com
11

12 Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   trevor.fehr@usdoj.gov

13 Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
   dgallo@phrd.com
14

15 Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   christina.goebelsmann@usdoj.gov

16 Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
17 dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

18 John Grossbart on behalf of Interested Party Appalachian Insurance Company
   john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
19

20 John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   docket.general.lit.chi@dentons.com

21 Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   joshua.haevernick@dentons.com
22

23 Robert G. Harris on behalf of Creditor Archbishop Riordan High School
   rob@bindermalter.com, RobertW@BinderMalter.com

24 Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   deanna.k.hazelton@usdoj.gov
25

26 Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
   jhess@plevinturner.com

27 Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
   tjacobs@phrd.com
28

4

1   Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain
    London Market Companies
2   daniel.james@clydeco.us

3   Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital
    Asset Support Corporation
4   chris.johnson@diamondmccarthy.com

5   Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain
    London Market Companies
6   jkahane@skarzynski.com

7   Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
    tkarpa@robinskaplan.com
8
    Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
9   okatz@sheppardmullin.com, LSegura@sheppardmullin.com

10  Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
11
    David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
12  david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com

13  Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
    clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
14
    Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
15  llinsky@mwe.com

16  John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured
    Creditors
17  jlucas@pszjlaw.com, ocarpio@pszjlaw.com

18  Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
    Market Companies
19  bluu@duanemorris.com

20  Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
    pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
21
    Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
22  AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

23  Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
    patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
24
    Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
25  docket.general.lit.chi@dentons.com

26  Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured
    Creditors
27  bmichael@pszjlaw.com

28  Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain
    London Market Companies

Case: 23-30564   Doc# 1054   Filed: 03/06/25   Entered: 03/06/25 13:56:23   Page 134
of 206

amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@skarzynski.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
Katie.Rios@wbd-us.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Devin Miles Storey on behalf of Creditor John MS Roe SF
dms@zalkin.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
bkfilings@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris 2775 Park Ave Santa Clara, CA 95050 | | rob@bindermalter.com robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair Timothy Burns Brian P Cawley | | jbair@burnsbair.com aturgeon@burnsbair.com kdempski@burnsbair.com tburns@burnsbair.com bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879 Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142 Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente Attn: Jason J Chorley 150 California St, 15th Fl San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan 30 S Wacker Dr, Ste 2600 Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima Attn: Yongli Yang Attn: Jason J Chorley Attn: Daniel James Attn: Michael Norton | | Nancy.Lima@clydeco.us yongli.yang@clydeco.us jason.chorley@clydeco.us Robert.willis@clydeco.us daniel.james@clydeco.us michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy 388 Market St, Ste 1000 San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig 2001 Addison St, Ste 300 Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick 1999 Harrison St, Ste 1300 Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy Attn: John Grossbart 233 S Wacker Dr, Ste 5900 Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com; patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond Attn: Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten Attn: Andrew Mina Attn: Betty Luu 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com AMina@duanemorris.com BLuu@duanemorris.com TWEvanston@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Andrew Mina Betty Luu | | amina@duanemorris.com BLuu@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061 West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey 2869 India St San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Thomas Phinney Attn: Jason Rios 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com tphinney@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Jason Rios | | ppascuzzi@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397 Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun 1717 Pennsylvania Ave, NW, Ste 650 Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division P.O. Box 579 Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000 Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com<br>monugiac@pepperlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com<br>jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston Attn: Nathan Reinhardt<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |

1   James I. Stang (CA Bar No. 94435)
    Debra I. Grassgreen (CA Bar No. 169978)
2   Brittany M. Michael (admitted pro hac vice)
    Gillian N. Brown (CA Bar No. 205132)
3   PACHULSKI STANG ZIEHL & JONES LLP
    One Sansome Street, Suite 3430
4   San Francisco, California 94104
    Tel: 415.263.7000; Fax: 415.263.7010
5   Email:  jstang@pszjlaw.com
            dgrassgreen@pszjlaw.com
6           bmichael@pszjlaw.com
            gbrown@pszjlaw.com
7

Counsel to the Official Committee of Unsecured Creditors

8

9               **UNITED STATES BANKRUPTCY COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

12  In re:                                  Case No.:  23-30564

13  THE ROMAN CATHOLIC ARCHBISHOP OF        Chapter 11
    SAN FRANCISCO,
14                                          **MONTHLY PROFESSIONAL FEE**
            Debtor and Debtor in Possession. **STATEMENT FOR PACHULSKI STANG**
15                                          **ZIEHL & JONES LLP (JANUARY 2025)**

16

17      **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

18          **NOTICE IS HEREBY GIVEN** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel

19  to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly

20  professional fee statement for the period January 1, 2024 to January 31, 2024 (the "Fee Period"),

21  pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and*

22  *Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No.

23  212]. The total fees and expenses incurred by PSZJ on behalf of the Committee for the Fee Period are

24  as follows:

25

26

27              [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

28

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2024 – January 31, 2024 | $186,003.00[1] | $12,921.82 | $198,924.82 |
| Net Total Allowed Payments this Statement Period: (80% of fees and 100% of expenses) | $148,802.40 | $12,921.82 | $161,724.22 |

Attached hereto at **Exhibit 1** is PSZJ's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor The Roman Catholic Archbishop of San Francisco unless an objection is filed with the Clerk of the Court and served upon PSZJ within *14 days after the date of service* of this monthly professional fee statement.

Dated:   March 4, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*
     Gillian N. Brown

Counsel to the Official Committee of Unsecured Creditors

---

[1] PSZJ billed fees in the amount of $234,733.50 during the Fee Period but seeks compensation only for $186,003.00. As set forth at paragraph 2 of the *Supplemental Declaration of John W. Lucas in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Doc. No. 216], PSZJ billed its time during the Fee Period on an hourly basis using its regular hourly rates and seeks to be reimbursed by the Debtor according to its customary reimbursement policies, *provided*, *however*, that PSZJ discounted its total fees during the Fee Period to the lesser of the amount billed using regular hourly rates (here, $234,733.50) and a blended hourly rate of $1,050 (here, $186,003.00). Furthermore, PSZJ will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, PSZJ will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

2

# **EXHIBIT 1**

## ABBREVIATIONS KEY:

BB = Burns Bair LLP
BRG = Berkeley Research Group, LLC
PSZJ = Pachulski Stang Ziehl & Jones LLP
SCC = state court counsel
SMRH = Sheppard, Mullin, Richter & Hampton LLP



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Archdiocese of SF O.C.C.

January 31, 2025
Invoice   145256
Client    05068.00002

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2025

| | |
|---|---|
| FEES | $234,733.50 |
| EXPENSES | $12,921.82 |
| COURTESY DISCOUNT | -$48,730.50 |
| **TOTAL CURRENT CHARGES** | **$198,924.82** |
| **BALANCE FORWARD** | **$438,655.80** |
| **TOTAL BALANCE DUE** | **$637,580.62** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:   2

Invoice 145256

January 31, 2025

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 1,595.00 | 12.50 | $19,937.50 |
| JIS | Stang, James I. | Partner | 1,950.00 | 21.90 | $42,705.00 |
| JIS | Stang, James I. | Partner | 975.00 | 8.50 | $8,287.50 |
| BMM | Michael, Brittany Mitchell | Counsel | 1,050.00 | 39.50 | $41,475.00 |
| GNB | Brown, Gillian N. | Counsel | 1,150.00 | 13.80 | $15,870.00 |
| GSG | Greenwood, Gail S. | Counsel | 1,325.00 | 75.90 | $100,567.50 |
| KBD | Dine, Karen B. | Counsel | 1,675.00 | 0.40 | $670.00 |
| MLC | Cohen, Michael L. | Counsel | 1,295.00 | 1.40 | $1,813.00 |
| BDD | Dassa, Beth D. | Paralegal | 625.00 | 1.20 | $750.00 |
| HRD | Daniels, Hope R. | Paralegal | 595.00 | 0.30 | $178.50 |
| NJH | Hall, Nathan J. | Paralegal | 595.00 | 3.60 | $2,142.00 |
| LAF | Forrester, Leslie A. | Library | 675.00 | 0.50 | $337.50 |
| | | | | 179.50 | $234,733.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     3
Invoice 145256
January 31, 2025

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 2.00 | $2,337.50 |
| BL | Bankruptcy Litigation | 83.00 | $107,291.50 |
| CA | Case Administration | 4.80 | $5,610.00 |
| CO | Claims Administration and Objections | 29.60 | $34,685.00 |
| CP | PSZJ Compensation | 0.40 | $293.50 |
| CPO | Other Professional Compensation | 0.40 | $460.00 |
| GC | General Creditors' Committee | 10.90 | $15,503.00 |
| IC | Insurance Coverage | 0.60 | $1,170.00 |
| ME | Mediation | 15.50 | $26,489.00 |
| PD | Plan and Disclosure Statement | 0.80 | $1,489.00 |
| RPO | Other Professional Retention | 5.30 | $6,952.50 |
| SL | Stay Litigation | 17.70 | $24,165.00 |
| TR | Travel | 8.50 | $8,287.50 |
| | | 179.50 | $234,733.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     4

Invoice 145256

January 31, 2025

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Air Fare | $2,564.89 |
| Auto Travel Expense | $838.93 |
| Working Meals | $32.71 |
| Hotel Expense | $3,170.33 |
| Litigation Support Vendors | $5,754.58 |
| Out of Town Travel | $44.00 |
| Pacer - Court Research | $437.60 |
| Reproduction Expense | $56.80 |
| Transcript | $21.98 |
| | $12,921.82 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     5
Invoice 145256
January 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis and Recovery**

| 01/16/2025 | GNB | AA | Email with PSZJ team regarding asset analysis. | 0.10 | 1,150.00 | $115.00 |
| 01/20/2025 | BMM | AA | Meeting with BRG and PSZJ regarding status of discovery. | 0.50 | 1,050.00 | $525.00 |
| 01/20/2025 | GNB | AA | Video conference with PSZJ and BRG regarding asset analysis. | 0.50 | 1,150.00 | $575.00 |
| 01/20/2025 | GNB | AA | Email PSZJ and BRG regarding call on January 23 regarding high-priority document requests. | 0.10 | 1,150.00 | $115.00 |
| 01/20/2025 | GSG | AA | Call with B. Michael, G. Brown, and BRG team re discovery requests and documents. | 0.50 | 1,325.00 | $662.50 |
| 01/30/2025 | GNB | AA | Draft email to K. Rios requesting BRG brief call with RPSC's accountant (.1); review R. Strong edits to same and email B. Michael regarding related issue (.1). | 0.20 | 1,150.00 | $230.00 |
| 01/31/2025 | GNB | AA | Revise email to K. Rios regarding request for BRG call with RPSC counsel. | 0.10 | 1,150.00 | $115.00 |
|  |  |  |  | **2.00** |  | **$2,337.50** |

**Bankruptcy Litigation**

| 01/03/2025 | GSG | BL | Draft complaint re dec relief re parishes and affiliates. | 2.00 | 1,325.00 | $2,650.00 |
| 01/03/2025 | NJH | BL | Upload production documents received from Debtor onto databases for analysis by attorneys. | 0.30 | 595.00 | $178.50 |
| 01/03/2025 | NJH | BL | Revise the production log. | 0.20 | 595.00 | $119.00 |
| 01/05/2025 | GNB | BL | (Committee Rule 2004 to Debtor) Email PSZJ team regarding discovery status, next steps. | 0.10 | 1,150.00 | $115.00 |
| 01/06/2025 | AWC | BL | Emails with team and BRG regarding discovery, information (.20); review and revise oral exam demand (.20). | 0.40 | 1,595.00 | $638.00 |
| 01/06/2025 | BMM | BL | Review latest production of information. | 0.40 | 1,050.00 | $420.00 |
| 01/06/2025 | BMM | BL | Analyze status of litigation drafting and next steps. | 0.80 | 1,050.00 | $840.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 6
Invoice 145256
January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2025 | GNB | BL | (Committee Rule 2004 to Debtor) Email with C. Ter-Gervorkian regarding analysis of Debtor's document production set 22; email with PSZJ and BRG regarding updates on asset analysis. | 0.10 | 1,150.00 | $115.00 |
| 01/06/2025 | GNB | BL | (Committee Rule 2004 to Debtor) Draft email to Debtor's counsel regarding Committee Rule 2004 oral examination of Debtor. | 0.20 | 1,150.00 | $230.00 |
| 01/06/2025 | GNB | BL | Email A. Cottrell regarding parish/schools full fiscal year financials not included in Debtor production set 22. | 0.20 | 1,150.00 | $230.00 |
| 01/06/2025 | GSG | BL | Review Archdiocese policies re control over divisions and supporting documents re Committee complaint. | 2.60 | 1,325.00 | $3,445.00 |
| 01/06/2025 | GSG | BL | Draft adversary complaint re dec relief over estate property. | 5.60 | 1,325.00 | $7,420.00 |
| 01/07/2025 | AWC | BL | Emails with BRG regarding documents (.20); review and revise meet and confer email (.20). | 0.40 | 1,595.00 | $638.00 |
| 01/07/2025 | BMM | BL | Email with team regarding discovery questions. | 0.30 | 1,050.00 | $315.00 |
| 01/07/2025 | BMM | BL | Call with J. Stang regarding ongoing case issues. | 1.10 | 1,050.00 | $1,155.00 |
| 01/07/2025 | GNB | BL | (Committee Rule 2004 to Debtor) Email with PSZJ team regarding motion to compel Debtor production of documents. | 0.10 | 1,150.00 | $115.00 |
| 01/07/2025 | GNB | BL | (Committee Rule 2004 to Debtor) Revise email to Debtor's counsel regarding Rule 2004 oral examination of Debtor. | 0.10 | 1,150.00 | $115.00 |
| 01/07/2025 | GSG | BL | Review corporate documents and draft factual allegations re adversary complaint. | 2.10 | 1,325.00 | $2,782.50 |
| 01/07/2025 | JIS | BL | Call with B. Michael regarding case status. | 0.80 | 1,950.00 | $1,560.00 |
| 01/08/2025 | JIS | BL | Call with B. Michael regarding case status/next steps. | 0.80 | 1,950.00 | $1,560.00 |
| 01/09/2025 | AWC | BL | Emails with team regarding meet and confer letter. | 0.20 | 1,595.00 | $319.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 7
Invoice 145256
January 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2025 | GNB | BL | (Committee Rule 2004 to Debtor) Revise email to A. Cottrell regarding Committee request for oral examination of Debtor re document request no. 56. | 0.20 | 1,150.00 | $230.00 |
| 01/10/2025 | GSG | BL | Confer with B. Michael re motion for disclosure of claim data and IRB mintues. | 0.20 | 1,325.00 | $265.00 |
| 01/10/2025 | GSG | BL | Confer with B. Michael re IRB minutes and related documents re disclosure motion. | 0.30 | 1,325.00 | $397.50 |
| 01/10/2025 | GSG | BL | Draft/revise introduction and facts re motion for public disclosure of documents. | 7.30 | 1,325.00 | $9,672.50 |
| 01/11/2025 | GSG | BL | Research/review cases re confidentiality. | 2.80 | 1,325.00 | $3,710.00 |
| 01/11/2025 | GSG | BL | Draft/revise legal arguments re motion for public disclosure of documents. | 3.10 | 1,325.00 | $4,107.50 |
| 01/12/2025 | GSG | BL | Draft/revise legal arguments re motion for public disclosure of IRB Minutes. | 3.40 | 1,325.00 | $4,505.00 |
| 01/13/2025 | AWC | BL | Emails with team regarding meet and confer/discovery strategy. | 0.20 | 1,595.00 | $319.00 |
| 01/13/2025 | BMM | BL | Revise disclosure motion (with G. Greenwood in part). | 3.40 | 1,050.00 | $3,570.00 |
| 01/13/2025 | BMM | BL | Call with BRG and PSZJ team regarding discovery and case issues (.5); prepare for call (.2). | 0.70 | 1,050.00 | $735.00 |
| 01/13/2025 | BMM | BL | Call with G. Greenwood regarding ongoing litigation issues. | 0.30 | 1,050.00 | $315.00 |
| 01/13/2025 | BMM | BL | Draft letter to Archdiocese regarding enterprise. | 1.50 | 1,050.00 | $1,575.00 |
| 01/13/2025 | GNB | BL | Video conference with PSZJ and BRG regarding asset analysis and open issues (.5); prepare for same (.1). | 0.60 | 1,150.00 | $690.00 |
| 01/13/2025 | GNB | BL | Call with A. Caine regarding discovery. | 0.20 | 1,150.00 | $230.00 |
| 01/13/2025 | GSG | BL | Call with B. Michael re disclosure motion and public policy arguments. | 0.40 | 1,325.00 | $530.00 |
| 01/13/2025 | GSG | BL | Call with PSZJ team re discovery status and motion practice. | 0.50 | 1,325.00 | $662.50 |
| 01/14/2025 | AWC | BL | Emails with counsel and BRG regarding RPSC discovery. | 0.20 | 1,595.00 | $319.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page: 8

Invoice 145256

January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/2025 | GNB | BL | (Committee Rule 2004 to RPSC) Review K. Rios email regarding production; email BRG regarding same; email with A. Cottrell regarding same. | 0.10 | 1,150.00 | $115.00 |
| 01/15/2025 | AWC | BL | Emails with team and BRG regarding RPSC discovery (.20); revise meet and confer letter regarding affiliate discovery (.30); emails with team thereon (.10). | 0.60 | 1,595.00 | $957.00 |
| 01/15/2025 | AWC | BL | Emails with Aprio counsel regarding document production, privilege assertions (.20) and skim documents (.40). | 0.60 | 1,595.00 | $957.00 |
| 01/15/2025 | AWC | BL | Revise motion to disclose claim data and IRB minutes (.40); emails with team thereon (.10). | 0.50 | 1,595.00 | $797.50 |
| 01/15/2025 | BMM | BL | Call with G. Brown regarding discovery issues. | 0.30 | 1,050.00 | $315.00 |
| 01/15/2025 | GNB | BL | (Committee Rule 2004 to RPSC) Email with BRG regarding response to K. Rios email from yesterday. | 0.10 | 1,150.00 | $115.00 |
| 01/15/2025 | GNB | BL | Revise J. Stang letter to Debtor's counsel regarding enterprise. | 0.20 | 1,150.00 | $230.00 |
| 01/15/2025 | GNB | BL | Call with B. Michael regarding discovery issues. | 0.30 | 1,150.00 | $345.00 |
| 01/15/2025 | GNB | BL | (Committee Rule 2004 to Aprio) Review letter from Aprio counsel regarding document production and privilege log; email with PSZJ team regarding same. | 0.10 | 1,150.00 | $115.00 |
| 01/15/2025 | GSG | BL | Review/research case re constructive trust findings. | 0.20 | 1,325.00 | $265.00 |
| 01/15/2025 | GSG | BL | Draft/revise meet and confer letter re avoidance of adversary litigation. | 0.90 | 1,325.00 | $1,192.50 |
| 01/15/2025 | GSG | BL | Review/revise disclosure motion re J. Stang and A. Caine comments. | 1.30 | 1,325.00 | $1,722.50 |
| 01/15/2025 | GSG | BL | Review emails and comments re enterprise letter. | 0.20 | 1,325.00 | $265.00 |
| 01/15/2025 | JIS | BL | Call B. Michael regarding implementation of strategy. | 0.50 | 1,950.00 | $975.00 |
| 01/15/2025 | JIS | BL | Revise letter regarding enterprise discovery/mediation. | 0.40 | 1,950.00 | $780.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:     9

Invoice 145256

January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2025 | JIS | BL | Edit motion regarding aggregate data. | 0.30 | 1,950.00 | $585.00 |
| 01/16/2025 | AWC | BL | Review edits to meet and confer letter with Debtor (.20) and emails with team thereon (.10). | 0.30 | 1,595.00 | $478.50 |
| 01/16/2025 | BMM | BL | Call with J. Stang regarding ongoing case litigation. | 0.20 | 1,050.00 | $210.00 |
| 01/16/2025 | GNB | BL | (Committee Rule 2004 to Aprio) Two calls with N. Hall regarding problems with Aprio document production (.15); review N. Hall email to J. Praetzellis regarding same (.05). | 0.20 | 1,150.00 | $230.00 |
| 01/16/2025 | GSG | BL | Review status of proceedings re related docket. | 0.60 | 1,325.00 | $795.00 |
| 01/16/2025 | GSG | BL | Revise/draft disclosure motion re additional facts and citations. | 1.50 | 1,325.00 | $1,987.50 |
| 01/16/2025 | GSG | BL | Review related pleadings by Diocese/insurers re opposition to test cases. | 2.90 | 1,325.00 | $3,842.50 |
| 01/17/2025 | AWC | BL | Review and revise revised motion to release information (.20) and draft meet and confer email (.10). | 0.30 | 1,595.00 | $478.50 |
| 01/17/2025 | AWC | BL | Emails with BRG regarding additional information (.20); revise meet and confer letter (.10) and emails with team thereon (.10). | 0.40 | 1,595.00 | $638.00 |
| 01/17/2025 | BMM | BL | Draft email (with team) regarding IRB minutes. | 0.40 | 1,050.00 | $420.00 |
| 01/17/2025 | BMM | BL | Revise enterprise letter. | 0.40 | 1,050.00 | $420.00 |
| 01/17/2025 | GNB | BL | Edit J. Stang letter to Debtor's counsel regarding Archdiocesan enterprise. | 0.10 | 1,150.00 | $115.00 |
| 01/17/2025 | GSG | BL | Emails to/from B. Michael re disclosure of IRB minutes. | 0.20 | 1,325.00 | $265.00 |
| 01/17/2025 | GSG | BL | Emails to/from B. Michael re enterprise letter (.10) and disclosure motion (.10). | 0.20 | 1,325.00 | $265.00 |
| 01/17/2025 | GSG | BL | Prepare draft meet and confer email re IRB minutes. | 0.30 | 1,325.00 | $397.50 |
| 01/17/2025 | JIS | BL | Call B. Michael regarding status of upcoming matters. | 0.20 | 1,950.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 10
Invoice 145256
January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/17/2025 | MLC | BL | Review B. Michael e-mail re draft letter to Archdiocese counsel re "enterprise" (.10); review draft letter (.20); prepare reply to B. Michael re same (.10). | 0.40 | 1,295.00 | $518.00 |
| 01/19/2025 | GNB | BL | Review status of outstanding discovery issues with Debtor; email Debtor's counsel regarding Rule 2004 oral examination. | 0.10 | 1,150.00 | $115.00 |
| 01/20/2025 | AWC | BL | Emails with team and BRG regarding outstanding discovery items. | 0.30 | 1,595.00 | $478.50 |
| 01/21/2025 | GNB | BL | (Committee Rule 2004 to Aprio) Email with Aprio counsel and with N. Hall regarding defects in electronic document production. | 0.10 | 1,150.00 | $115.00 |
| 01/23/2025 | AWC | BL | Emails with SMRH counsel and team regarding discovery issues (.20); call with BRG regarding outstanding discovery items (1.10). | 1.30 | 1,595.00 | $2,073.50 |
| 01/23/2025 | AWC | BL | Emails with BRG, counsel and team regarding Aprio response, issues. | 0.30 | 1,595.00 | $478.50 |
| 01/23/2025 | BMM | BL | Meeting with BRG and PSZJ regarding status of discovery (1.1); prepare for meeting (.1). | 1.20 | 1,050.00 | $1,260.00 |
| 01/23/2025 | GNB | BL | (Committee Rule 2004 to Aprio) Email with PSZJ and BRG regarding Aprio document production issues. | 0.10 | 1,150.00 | $115.00 |
| 01/23/2025 | GNB | BL | Video conference with BRG and PSZJ regarding open discovery issues (1.1); prepare for same (.1). | 1.20 | 1,150.00 | $1,380.00 |
| 01/23/2025 | GNB | BL | (Committee Rule 2004 to Debtor) Analyze A. Cottrell email regarding Request No. 56; email with PSZJ team regarding same. | 0.10 | 1,150.00 | $115.00 |
| 01/23/2025 | GNB | BL | (Committee Rule 2004 to Aprio) Email J. Praetzlis regarding defects in Aprio document production. | 0.20 | 1,150.00 | $230.00 |
| 01/23/2025 | GSG | BL | Call with B. Michael re IRB Minutes. | 0.20 | 1,325.00 | $265.00 |
| 01/23/2025 | GSG | BL | (Partial) Conference with BRG team re outstanding discovery and priorities. | 0.30 | 1,325.00 | $397.50 |
| 01/23/2025 | NJH | BL | Upload the Aprio production documents onto databases for analysis by attorneys. | 0.80 | 595.00 | $476.00 |
| 01/23/2025 | NJH | BL | Revise the production log. | 0.30 | 595.00 | $178.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     11
Invoice 145256
January 31, 2025

|            |     |    |                                                                                                                                                      | Hours | Rate     | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 01/23/2025 | NJH | BL | Revise the discovery tracker spreadsheet.                                                                                                             | 0.10  | 595.00   | $59.50     |
| 01/24/2025 | GNB | BL | (Committee Rule 2004 to Debtor) Email with PSZJ team regarding motion to compel Debtor's production of documents and witness for oral examination.    | 0.20  | 1,150.00 | $230.00    |
| 01/24/2025 | GSG | BL | Review Diocese correspondence re meet and confer request and child protection procedures.                                                             | 0.50  | 1,325.00 | $662.50    |
| 01/24/2025 | GSG | BL | Draft letter to Debtor's counsel re response and request for disclosure of IRB Minutes.                                                               | 2.90  | 1,325.00 | $3,842.50  |
| 01/24/2025 | GSG | BL | Emails to/from A. Caine re meet and confer agenda.                                                                                                    | 0.30  | 1,325.00 | $397.50    |
| 01/24/2025 | GSG | BL | Draft/revise disclosure motion to separate claims data.                                                                                               | 0.90  | 1,325.00 | $1,192.50  |
| 01/24/2025 | GSG | BL | Review/collect emails re exhibits to disclosure motion.                                                                                               | 0.40  | 1,325.00 | $530.00    |
| 01/24/2025 | NJH | BL | Draft declaration of B. Michael in support of an order authorizing disclosure of independent review board minutes and aggregated claims data.         | 1.50  | 595.00   | $892.50    |
| 01/24/2025 | NJH | BL | Upload Debtor production of documents onto databases for analysis by attorneys.                                                                       | 0.20  | 595.00   | $119.00    |
| 01/24/2025 | NJH | BL | Revise the production log.                                                                                                                            | 0.20  | 595.00   | $119.00    |
| 01/26/2025 | GNB | BL | (Committee Rule 2004 to Aprio) Draft email response to J. Praetzellis regarding problems with Aprio document production.                               | 0.30  | 1,150.00 | $345.00    |
| 01/27/2025 | AWC | BL | Review/revise email regarding Aprio discovery and emails with team thereon (.20); read ASF response regarding discovery and legal issues, and emails with team thereon (.20). | 0.40  | 1,595.00 | $638.00    |
| 01/27/2025 | AWC | BL | Emails with team regarding claims data and other information disclosure/issues/strategy.                                                               | 0.20  | 1,595.00 | $319.00    |
| 01/27/2025 | GNB | BL | (Committee Rule 2004 to Aprio) Email with A. Caine regarding deficiencies in Aprio document production (.1); email Aprio counsel regarding same (.1). | 0.20  | 1,150.00 | $230.00    |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page: 12
Invoice 145256
January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/27/2025 | GSG | BL | Review Oakland transcript re analysis of fraudulent transfer/dec relief claims regarding alleged trusts and disclosure statement arguments. | 4.10 | 1,325.00 | $5,432.50 |
| 01/27/2025 | GSG | BL | Review response letter from ASF re enterprise requests. | 0.10 | 1,325.00 | $132.50 |
| 01/28/2025 | GNB | BL | Review O. Katz letter response to J. Stang January 17 letter for application to outstanding discovery and impending motion to compel. | 0.10 | 1,150.00 | $115.00 |
| 01/28/2025 | GNB | BL | Email with C. Ter-Gervorkian regarding discovery issues concerning cemeteries. | 0.10 | 1,150.00 | $115.00 |
| 01/28/2025 | GSG | BL | Review Oakland transcript re stay relief and disclosure statement order. | 0.90 | 1,325.00 | $1,192.50 |
| 01/28/2025 | GSG | BL | Review Oakland docket re motions to dismiss (.20) and confer with M. Renck re same (.10). | 0.30 | 1,325.00 | $397.50 |
| 01/29/2025 | AWC | BL | Emails with team regarding litigation strategy (.30) and read underlying pleadings (.40). | 0.70 | 1,595.00 | $1,116.50 |
| 01/30/2025 | AWC | BL | Review and revise letter to ASF counsel regarding IRB minutes, and emails with team thereon (.40); review and revise claims data/IRB motion and emails with team thereon (.40). | 0.80 | 1,595.00 | $1,276.00 |
| 01/30/2025 | GSG | BL | Review Oakland docket and decision re insurance disclosure issues. | 0.60 | 1,325.00 | $795.00 |
| 01/31/2025 | AWC | BL | Emails with team regarding data/document release strategy (.10) and review/revise latest motion draft (.30). | 0.40 | 1,595.00 | $638.00 |
| 01/31/2025 | AWC | BL | Emails with counsel regarding affiliate additional information. | 0.20 | 1,595.00 | $319.00 |
| 01/31/2025 | JIS | BL | Review schedule for aggregate claims data. | 0.10 | 1,950.00 | $195.00 |
| 01/31/2025 | LAF | BL | Legal research re: motion to seal. | 0.50 | 675.00 | $337.50 |
| | | | | **83.00** | | **$107,291.50** |

## Case Administration

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/07/2025 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 1.40 | 1,050.00 | $1,470.00 |
| 01/07/2025 | JIS | CA | Status call with Debtor's counsel. | 1.20 | 1,950.00 | $2,340.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     13
Invoice 145256
January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2025 | BMM | CA | Review proposed standstill stipulation. | 0.20 | 1,050.00 | $210.00 |
| 01/15/2025 | BDD | CA | Review Judge's calendar re upcoming hearings (.10) and emails G. Brown, B. Anavim and M. Kulick re same (.10); email PSZJ team re same (.10). | 0.30 | 625.00 | $187.50 |
| 01/15/2025 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 1,050.00 | $420.00 |
| 01/15/2025 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 1,050.00 | $420.00 |
| 01/22/2025 | BDD | CA | Review updated mediation information for January 28-29, 2025 and email B. Anavim and M. Kulick re same. | 0.10 | 625.00 | $62.50 |
| 01/30/2025 | BDD | CA | Review docket (.30) and update critical dates memo re same (.30); calendar matters re same (.10); email G. Brown re same (.10). | 0.80 | 625.00 | $500.00 |
| | | | | 4.80 | | $5,610.00 |

## Claims Administration and Objections

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/07/2025 | BMM | CO | Call with J. Stein regarding perp list. | 0.20 | 1,050.00 | $210.00 |
| 01/07/2025 | BMM | CO | Call I. Scharf regarding post-petition abuse claims. | 0.60 | 1,050.00 | $630.00 |
| 01/08/2025 | BMM | CO | Revise motion regarding child protection. | 5.40 | 1,050.00 | $5,670.00 |
| 01/08/2025 | BMM | CO | Call with O. Katz regarding disclosure motion. | 0.40 | 1,050.00 | $420.00 |
| 01/08/2025 | BMM | CO | Call with K. Dine regarding post-petition abuse claims. | 0.40 | 1,050.00 | $420.00 |
| 01/08/2025 | BMM | CO | Call with J. Stang regarding disclosure motion. | 1.10 | 1,050.00 | $1,155.00 |
| 01/08/2025 | BMM | CO | Call with J. Stein regarding perp list. | 0.50 | 1,050.00 | $525.00 |
| 01/08/2025 | KBD | CO | Advise on B. Michael strategy for treatment of tort claims arising after petition date. | 0.40 | 1,675.00 | $670.00 |
| 01/09/2025 | BMM | CO | Draft disclosure motion. | 3.40 | 1,050.00 | $3,570.00 |
| 01/09/2025 | BMM | CO | Draft email regarding perpetrator list and Father Ghioroso. | 0.50 | 1,050.00 | $525.00 |
| 01/09/2025 | BMM | CO | Call with O. Katz regarding Father Ghioroso. | 0.20 | 1,050.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     14
Invoice 145256
January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2025 | BMM | CO | Call with J. Stang regarding aggregate claims data motion. | 0.20 | 1,050.00 | $210.00 |
| 01/09/2025 | JIS | CO | Call B. Michael regarding child protection measures. | 0.10 | 1,950.00 | $195.00 |
| 01/10/2025 | BMM | CO | Emails with state court counsel regarding Father Ghioroso. | 0.50 | 1,050.00 | $525.00 |
| 01/10/2025 | BMM | CO | Draft disclosure motion. | 1.50 | 1,050.00 | $1,575.00 |
| 01/10/2025 | BMM | CO | Call with S. Ribera regarding Father Ghioroso. | 0.30 | 1,050.00 | $315.00 |
| 01/10/2025 | BMM | CO | Call with G. Greenwood regarding disclosure motion. | 0.20 | 1,050.00 | $210.00 |
| 01/18/2025 | BMM | CO | Revise disclosure motion (.90) and meet and confer email (.20). | 1.10 | 1,050.00 | $1,155.00 |
| 01/18/2025 | BMM | CO | Prepare exhibits for declaration re. disclosure motion. | 0.40 | 1,050.00 | $420.00 |
| 01/24/2025 | AWC | CO | Read ASF email regarding child protection and document confidentiality issues (.20); review and revise response (.20); and emails with team thereon (.10). | 0.50 | 1,595.00 | $797.50 |
| 01/24/2025 | BMM | CO | Analyze response to Committee's child protection letter. | 0.40 | 1,050.00 | $420.00 |
| 01/30/2025 | GSG | CO | Draft final meet and confer re disclosure motion issues. | 0.70 | 1,325.00 | $927.50 |
| 01/30/2025 | GSG | CO | Revise disclosure motion re meet and confer status, conform to declaration. | 1.00 | 1,325.00 | $1,325.00 |
| 01/30/2025 | GSG | CO | Draft/revise Michael Declaration re exhibits and meet and confer history. | 1.60 | 1,325.00 | $2,120.00 |
| 01/30/2025 | GSG | CO | Review comments (.20) and revise final meet and confer letter (.40). | 0.60 | 1,325.00 | $795.00 |
| 01/30/2025 | GSG | CO | Emails to M. Renck (.20) and confer re filing and exhibits to B. Michael declaration (.10). | 0.30 | 1,325.00 | $397.50 |
| 01/30/2025 | GSG | CO | Emails re Ghioroso history and disclosure motion. | 0.10 | 1,325.00 | $132.50 |
| 01/30/2025 | JIS | CO | Review motion for aggregate data publication. | 0.30 | 1,950.00 | $585.00 |
| 01/31/2025 | BMM | CO | Revise and send letter regarding child protection. | 0.30 | 1,050.00 | $315.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    15
Invoice 145256
January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2025 | BMM | CO | Call with G. Greenwood regarding disclosure motion. | 0.30 | 1,050.00 | $315.00 |
| 01/31/2025 | BMM | CO | Review final appendix for disclosure motion. | 0.50 | 1,050.00 | $525.00 |
| 01/31/2025 | GSG | CO | Review district procedures, LBR re motion to seal. | 0.90 | 1,325.00 | $1,192.50 |
| 01/31/2025 | GSG | CO | Draft motion to seal. | 2.50 | 1,325.00 | $3,312.50 |
| 01/31/2025 | GSG | CO | Email M. Renck (.20) and confer (.10) re exhibits to disclosure motion. | 0.30 | 1,325.00 | $397.50 |
| 01/31/2025 | GSG | CO | Review IRB minutes, Claim Data for submission under seal. | 0.40 | 1,325.00 | $530.00 |
| 01/31/2025 | GSG | CO | Confer with M. Renck re redactions of personally identifying information. | 0.20 | 1,325.00 | $265.00 |
| 01/31/2025 | GSG | CO | Call with B. Michael re disclosure motion and supporting declaration. | 0.30 | 1,325.00 | $397.50 |
| 01/31/2025 | GSG | CO | Research 9th Circuit caselaw re sealing considerations. | 1.00 | 1,325.00 | $1,325.00 |
| | | | | **29.60** | | **$34,685.00** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2025 | HRD | CP | Prepare Notice of Increase in PSZJ Hourly Rates. | 0.30 | 595.00 | $178.50 |
| 01/05/2025 | GNB | CP | Revise notice of PSZJ 2025 hourly fees. | 0.10 | 1,150.00 | $115.00 |
| | | | | **0.40** | | **$293.50** |

**Other Professional Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/13/2025 | GNB | CPO | Email R. Strong and M. Kuhn regarding notice of increase in 2025 BRG rates. | 0.10 | 1,150.00 | $115.00 |
| 01/17/2025 | GNB | CPO | Email with BRG regarding notice of fee increase; email with BRG regarding its December 2024 bill for Committee review; email with J. Bair regarding BB December 2024 bill. | 0.10 | 1,150.00 | $115.00 |
| 01/29/2025 | GNB | CPO | Email M. Viramontes regarding BRG December 2024 fee statement. | 0.10 | 1,150.00 | $115.00 |
| 01/30/2025 | GNB | CPO | Email BB regarding December 2024 fee statement. | 0.10 | 1,150.00 | $115.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    16

Invoice 145256

January 31, 2025

| | | | | 0.40 | | $460.00 |
|---|---|---|---|---|---|---|

**General Creditors' Committee**

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2025 | GNB | GC | Draft email to Committee regarding notices of hourly rate increases (.2); email with M. O'Driscoll regarding same (.1). | 0.30 | 1,150.00 | $345.00 |
| 01/06/2025 | GNB | GC | Call with survivor D.E. regarding status of case. | 0.50 | 1,150.00 | $575.00 |
| 01/06/2025 | GNB | GC | Email with survivor D.E. with follow-ups from phone call (.3); email with PSZJ team regarding issues related to same (.1). | 0.40 | 1,150.00 | $460.00 |
| 01/07/2025 | BMM | GC | Call with SCC regarding ongoing case issues. | 1.00 | 1,050.00 | $1,050.00 |
| 01/07/2025 | GNB | GC | Review email from Committee member (R.C.) regarding fees incurred in case; begin drafting response. | 0.10 | 1,150.00 | $115.00 |
| 01/07/2025 | GNB | GC | Review B. Michael email to SCC regarding open issues, strategy. | 0.10 | 1,150.00 | $115.00 |
| 01/08/2025 | BMM | GC | Emails with team and Committee regarding professional fee analysis. | 0.30 | 1,050.00 | $315.00 |
| 01/08/2025 | BMM | GC | Emails with Committee members regarding upcoming mediation. | 0.50 | 1,050.00 | $525.00 |
| 01/08/2025 | GNB | GC | Email with B. Michael regarding Committee request for financial information in case. | 0.10 | 1,150.00 | $115.00 |
| 01/09/2025 | BMM | GC | Call with SCC regarding ongoing case issues. | 0.60 | 1,050.00 | $630.00 |
| 01/09/2025 | JIS | GC | Committee call regarding case status. | 1.40 | 1,950.00 | $2,730.00 |
| 01/10/2025 | GNB | GC | Email with PSZJ team regarding Committee meeting planned for January 13. | 0.10 | 1,150.00 | $115.00 |
| 01/14/2025 | BMM | GC | Meeting with Committee chairs regarding ongoing case issues (.70); prepare for same (.20). | 0.90 | 1,050.00 | $945.00 |
| 01/14/2025 | GNB | GC | Call with two Committee members, SCC, and B. Michael regarding case strategy, mediation. | 0.70 | 1,150.00 | $805.00 |
| 01/17/2025 | AWC | GC | Emails with Committee regarding proposed standstill (.10)and review proposed stipulation (.10). | 0.20 | 1,595.00 | $319.00 |
| 01/17/2025 | BMM | GC | Communication with SCC regarding standstill agreement. | 0.40 | 1,050.00 | $420.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    17

Invoice 145256

January 31, 2025

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/21/2025 | JIS | GC | Call with State Court Counsel regarding strategy. | 0.70 | 1,950.00 | $1,365.00 |
| 01/23/2025 | BMM | GC | Call with SCC regarding ongoing case issues. | 0.40 | 1,050.00 | $420.00 |
| 01/23/2025 | GNB | GC | Email Accounting regarding information for Committee. | 0.10 | 1,150.00 | $115.00 |
| 01/24/2025 | AWC | GC | Emails with Committee regarding open issues. | 0.20 | 1,595.00 | $319.00 |
| 01/30/2025 | JIS | GC | Attend Committee telephonic meeting. | 0.80 | 1,950.00 | $1,560.00 |
| 01/30/2025 | JIS | GC | Call B. Michael for next steps after Committee call. | 0.60 | 1,950.00 | $1,170.00 |
| 01/30/2025 | JIS | GC | Review/revise email regarding state court counsel meeting. | 0.50 | 1,950.00 | $975.00 |
|  |  |  |  | 10.90 |  | $15,503.00 |

**Insurance Coverage**

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2025 | JIS | IC | Review memo regarding insurance demands and declaratory relief issues. | 0.60 | 1,950.00 | $1,170.00 |
|  |  |  |  | 0.60 |  | $1,170.00 |

**Mediation**

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2025 | BMM | ME | Call with J. Stang regarding mediation and other case issues. | 0.40 | 1,050.00 | $420.00 |
| 01/23/2025 | BMM | ME | Call with J. Stang regarding mediation. | 0.40 | 1,050.00 | $420.00 |
| 01/23/2025 | BMM | ME | Emails with mediators and counsel regarding mediation. | 0.30 | 1,050.00 | $315.00 |
| 01/23/2025 | JIS | ME | Call with B. Michael regarding case status. | 0.50 | 1,950.00 | $975.00 |
| 01/28/2025 | AWC | ME | Prepare for (.30) and wait on call with mediator and ASF regarding discovery matters, emails with team thereon (.60). | 0.90 | 1,595.00 | $1,435.50 |
| 01/28/2025 | GNB | ME | Call with A. Caine in preparation for mediation session today regarding discovery. | 0.10 | 1,150.00 | $115.00 |
| 01/28/2025 | GNB | ME | Prepare for mediation Zoom session regarding discovery. | 0.10 | 1,150.00 | $115.00 |
| 01/28/2025 | JIS | ME | Attend mediation. | 8.00 | 1,950.00 | $15,600.00 |
| 01/29/2025 | AWC | ME | Emails (.20) and call (.10) with team regarding mediation, discovery | 0.30 | 1,595.00 | $478.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     18
Invoice 145256
January 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/29/2025 | GNB | ME | Call with J. Stang and B. Michael prior to today's mediation regarding discovery issues. | 0.40 | 1,150.00 | $460.00 |
| 01/29/2025 | GNB | ME | Call with J. Stang and B. Michael (in mediation) and BRG regarding mediators' request for February mediation session. | 0.50 | 1,150.00 | $575.00 |
| 01/29/2025 | GNB | ME | Call with A. Caine regarding discovery issues in mediation. | 0.20 | 1,150.00 | $230.00 |
| 01/30/2025 | GSG | ME | Call with B. Michael, J. Stang, and M. Cohen re mediation follow-up. | 1.00 | 1,325.00 | $1,325.00 |
| 01/30/2025 | JIS | ME | Call with B. Michael, M. Cohen and G. Greenwood regarding mediation issues. | 1.00 | 1,950.00 | $1,950.00 |
| 01/30/2025 | MLC | ME | Zoom conference with B. Michael, J. Stang, G. Greenwood re post-mediation follow-up. | 1.00 | 1,295.00 | $1,295.00 |
| 01/31/2025 | JIS | ME | Review article on California settements. | 0.40 | 1,950.00 | $780.00 |
|  |  |  |  | 15.50 |  | $26,489.00 |

**Plan and Disclosure Statement**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2025 | AWC | PD | Emails with team regarding non-monetary issues. | 0.20 | 1,595.00 | $319.00 |
| 01/20/2025 | JIS | PD | Review Oakland transcript on assignment of insurance rights. | 0.60 | 1,950.00 | $1,170.00 |
|  |  |  |  | 0.80 |  | $1,489.00 |

**Other Professional Retention**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2025 | GNB | RPO | Email with M. Van De Pol at Cushman & Wakefield regarding retention. | 0.10 | 1,150.00 | $115.00 |
| 01/07/2025 | GNB | RPO | Analyze B. Michael email regarding Cushman & Wakefield retention issues. | 0.10 | 1,150.00 | $115.00 |
| 01/12/2025 | GNB | RPO | Revise proposed agreement language with Debtor regarding Cushman & Wakefield retention (.8); revise proposed order thereon (.1); email with PSZJ team regarding same (.2). | 1.10 | 1,150.00 | $1,265.00 |
| 01/13/2025 | AWC | RPO | Calls (0.10) and emails (.20) with team regarding Cushman retention issues and revise notice of agreement (.60). | 0.90 | 1,595.00 | $1,435.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of San Francisco O.C.C.

Client 05068.00002

Page:    19

Invoice 145256

January 31, 2025

|            |     |     |                                                                                                                                                                          | Hours | Rate     | Amount      |
|------------|-----|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|-------------|
| 01/13/2025 | BMM | RPO | Call with G. Brown and A. Caine regarding Cushman retention (.40) prepare for call (.10).                                                                                  | 0.50  | 1,050.00 | $525.00     |
| 01/13/2025 | GNB | RPO | Call with A. Caine and B. Michael regarding stipulation with Debtor regarding retention of Cushman & Wakefield.                                                            | 0.40  | 1,150.00 | $460.00     |
| 01/13/2025 | GNB | RPO | Revise stipulation with Debtor and proposed order regarding Cushman retention.                                                                                            | 0.60  | 1,150.00 | $690.00     |
| 01/13/2025 | JIS | RPO | Call with A. Caine regarding Cushman retention.                                                                                                                           | 0.30  | 1,950.00 | $585.00     |
| 01/14/2025 | AWC | RPO | Review and revise stipulation regarding Cushman employment (.20) and emails with team thereon (.10).                                                                       | 0.30  | 1,595.00 | $478.50     |
| 01/17/2025 | AWC | RPO | Emails with team and Cushman regarding retention, stipulation (.30).                                                                                                      | 0.30  | 1,595.00 | $478.50     |
| 01/17/2025 | GNB | RPO | Email with M. Van Pol regarding Cushman real estate investigation (.1); email with PSZJ team regarding same (.1).                                                          | 0.20  | 1,150.00 | $230.00     |
| 01/23/2025 | GNB | RPO | Revise stipulation with Debtor regarding Cushman & Wakefield retention.                                                                                                   | 0.40  | 1,150.00 | $460.00     |
| 01/29/2025 | GNB | RPO | Email with J. Stang regarding proposed stipulation to employ Cushman & Wakefield; email P. Pascuzzi and O. Katz regarding same; email mediators regarding same.            | 0.10  | 1,150.00 | $115.00     |
|            |     |     |                                                                                                                                                                          | **5.30** |          | **$6,952.50** |

**Stay Litigation**

|            |     |    |                                                                               | Hours | Rate     | Amount     |
|------------|-----|----|-------------------------------------------------------------------------------|-------|----------|------------|
| 01/15/2025 | JIS | SL | Review stay issues related to correspondence to Vatican.                       | 0.60  | 1,950.00 | $1,170.00  |
| 01/17/2025 | GSG | SL | Review/revise motion re stay relief to bring test cases.                       | 0.50  | 1,325.00 | $662.50    |
| 01/17/2025 | GSG | SL | Review/revise motion re stay relief to bring test cases.                       | 0.50  | 1,325.00 | $662.50    |
| 01/17/2025 | GSG | SL | Review related cases and status re plans following denial of stay relief.      | 0.60  | 1,325.00 | $795.00    |
| 01/22/2025 | GSG | SL | Review Diocese of Albany pleadings re stay relief and factual circumstances.   | 3.90  | 1,325.00 | $5,167.50  |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    20
Invoice 145256
January 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2025 | GSG | SL | Review Diocese of Rockville Centre test case motion and transcript. | 1.20 | 1,325.00 | $1,590.00 |
| 01/22/2025 | GSG | SL | Prepare comparison chart re diocesan stay relief. | 1.40 | 1,325.00 | $1,855.00 |
| 01/22/2025 | GSG | SL | Emails to/from J. Stang and B. Michael re stay relief. | 0.20 | 1,325.00 | $265.00 |
| 01/23/2025 | BMM | SL | Call with G. Greenwood regarding relief from stay and other litigation. | 0.50 | 1,050.00 | $525.00 |
| 01/23/2025 | GSG | SL | Review/research Archdiocese of New Orleans pleadings re stay relief circumstances. | 0.70 | 1,325.00 | $927.50 |
| 01/23/2025 | GSG | SL | Review/research Diocese of Rochester and Diocese of Buffalo pleadings re stay relief circumstances. | 1.70 | 1,325.00 | $2,252.50 |
| 01/23/2025 | GSG | SL | Research cases re bellwether trials and test cases. | 1.00 | 1,325.00 | $1,325.00 |
| 01/23/2025 | GSG | SL | Review Oakland Diocese transcripts re stay relief arguments. | 2.00 | 1,325.00 | $2,650.00 |
| 01/24/2025 | BMM | SL | Analyze transcript of Oakland Diocese hearing on stay relief. | 1.00 | 1,050.00 | $1,050.00 |
| 01/24/2025 | GSG | SL | Review/research 2023 Rochester Diocese decision. | 0.50 | 1,325.00 | $662.50 |
| 01/27/2025 | JIS | SL | Review transcripts from Oakland Diocese stay relief and disclosure statement hearings. | 1.20 | 1,950.00 | $2,340.00 |
| 01/30/2025 | GSG | SL | Emails re JCCP status and stay relief. | 0.20 | 1,325.00 | $265.00 |
| | | | | **17.70** | | **$24,165.00** |

**Travel**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/27/2025 | JIS | TR | Travel from Los Angeles to Oakland for mediation. (Billed at 1/2 rate) | 4.00 | 975.00 | $3,900.00 |
| 01/29/2025 | JIS | TR | Travel from Oakland to LA after mediation. (Billed at 1/2 rate) | 4.50 | 975.00 | $4,387.50 |
| | | | | **8.50** | | **$8,287.50** |

**TOTAL SERVICES FOR THIS MATTER:**                    $234,733.50

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     21
Invoice 145256
January 31, 2025

**Expenses**

| Date | Type | Description | Amount |
|---|---|---|---|
| 01/03/2025 | AF | Delta Airlines, full fare refundable coach airfare from MN to San Francisco to attend mediation 1/28 and 1/29, BMM | 1,186.97 |
| 01/06/2025 | OS | Plugajawea Productions, LLC, claims analysis | 3,994.58 |
| 01/08/2025 | AT | Uber, SF Mediation, JIS | 33.08 |
| 01/10/2025 | AT | Uber, travel to SF to attend mediation, JIS | 24.94 |
| 01/10/2025 | AT | Uber, travel to SF Mediation, JIS | 35.97 |
| 01/11/2025 | HT | Palace Hotel, SF to attend mediation, JIS | 422.39 |
| 01/11/2025 | OTT | Aplpay clipper system Mobi Concord, SF transportation, JIS | 10.00 |
| 01/11/2025 | OTT | Aplpay Clipper System Mobi Concord SF Mediation, JIS | 5.00 |
| 01/12/2025 | OTT | AplPay Clipper System Mobi Concord, SF Mediation, JIS | 10.00 |
| 01/17/2025 | RE | COPY ( 38 @0.10 PER PG) | 3.80 |
| 01/17/2025 | RE | COPY ( 41 @0.10 PER PG) | 4.10 |
| 01/17/2025 | RE | COPY ( 25 @0.10 PER PG) | 2.50 |
| 01/17/2025 | RE | COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/17/2025 | RE | COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/17/2025 | RE | COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/17/2025 | RE | COPY ( 32 @0.10 PER PG) | 3.20 |
| 01/17/2025 | RE | COPY ( 31 @0.10 PER PG) | 3.10 |
| 01/17/2025 | RE | COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/17/2025 | RE | COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/17/2025 | RE | COPY ( 22 @0.10 PER PG) | 2.20 |
| 01/17/2025 | RE | COPY ( 8 @0.10 PER PG) | 0.80 |
| 01/20/2025 | AT | Uber, SF Mediation, JIS | 42.59 |
| 01/22/2025 | AF | Southwest Airlines, Tkt 5262302240318, LAX/OAK (rt) Steve Moreno | 583.96 |
| 01/22/2025 | AF | Southwest Airlines, TKT52671672301323, travel to SF re mediation, J. Stang - full fare coach | 583.96 |
| 01/22/2025 | HT | Habour Court Hotel, 2 nights. Steve Moreno | 1,060.21 |
| 01/22/2025 | RE | COPY ( 43 @0.10 PER PG) | 4.30 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    22
Invoice 145256
January 31, 2025

| 01/22/2025 | RE | COPY ( 17 @0.10 PER PG) | 1.70 |
| 01/23/2025 | RE | COPY ( 25 @0.10 PER PG) | 2.50 |
| 01/23/2025 | RE | COPY ( 13 @0.10 PER PG) | 1.30 |
| 01/24/2025 | OTT | AplPay Clipper System Mobi Concord, SF Mediation, JIS | 4.00 |
| 01/24/2025 | RE | COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/27/2025 | AT | Lyft transportation to hotel, BMM | 52.05 |
| 01/27/2025 | AT | Lyft transportation to Hotel, BMM | 130.88 |
| 01/27/2025 | BM | Snacks at JetSet News, BMM | 7.33 |
| 01/28/2025 | AF | Southwest Airlines change of flight fee, S. Moreno | 105.00 |
| 01/28/2025 | AT | Uber charges - Steve Moreno | 196.47 |
| 01/28/2025 | AT | Uber, SF Mediation, JIS | 19.71 |
| 01/28/2025 | AT | Uber, SF Mediation, JIS | 21.60 |
| 01/28/2025 | RE | COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/28/2025 | RE | COPY ( 26 @0.10 PER PG) | 2.60 |
| 01/28/2025 | RE | COPY ( 28 @0.10 PER PG) | 2.80 |
| 01/28/2025 | RE | COPY ( 28 @0.10 PER PG) | 2.80 |
| 01/28/2025 | RE | COPY ( 23 @0.10 PER PG) | 2.30 |
| 01/28/2025 | RE | COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/28/2025 | RE | COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/29/2025 | AT | Lyft transportation to airport, BMM | 132.72 |
| 01/29/2025 | AT | Uber, SF Mediation, JIS | 14.33 |
| 01/29/2025 | BM | Lunch at airport - Poke to the Max SFO, BMM | 25.38 |
| 01/29/2025 | OTT | AplPay Clipper system Mobi Concord, re SF Mediation, JIS | 15.00 |
| 01/29/2025 | TR | Sonix.Ai, transcription service, SLL | 21.98 |
| 01/30/2025 | HT | Marriott International Inc.- Hotel stay for 3 nights, 2 dinners, 2 breakfast, BMM | 1,155.55 |
| 01/30/2025 | AT | Uber, SF Mediation, JIS | 36.91 |
| 01/30/2025 | HT | Residence Inn Hotel, 2 nights, SF Mediation, JIS | 532.18 |
| 01/30/2025 | RE | COPY ( 37 @0.10 PER PG) | 3.70 |
| 01/30/2025 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:    23
Invoice 145256
January 31, 2025

| | | | |
|---|---|---|---:|
| 01/30/2025 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/30/2025 | RE | COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/30/2025 | RE | COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/30/2025 | RE | COPY ( 8 @0.10 PER PG) | 0.80 |
| 01/30/2025 | RE | COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/30/2025 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/30/2025 | RE | COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/30/2025 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/30/2025 | RE | COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/30/2025 | RE | COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/31/2025 | AF | Southwest Airlines, change flight fee re mediation, JIS | 105.00 |
| 01/31/2025 | AT | Airport Parking, BMM | 97.68 |
| 01/31/2025 | OS | Everlaw, Inv. 140597 | 1,760.00 |
| 01/31/2025 | PAC | Pacer - Court Research | 437.60 |

**Total Expenses for this Matter** **$12,921.82**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of San Francisco O.C.C.
Client 05068.00002

Page:     24
Invoice 145256
January 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  01/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
| --- | --- | --- | --- | --- |
| 135790 | 09/30/2023 | $7,195.85 | $0.00 | $7,195.85 |
| 135996 | 10/31/2023 | $19,302.20 | $0.00 | $19,302.20 |
| 136651 | 11/30/2023 | $13,384.45 | $0.00 | $13,384.45 |
| 136655 | 12/31/2023 | $7,099.65 | $0.00 | $7,099.65 |
| 136837 | 01/31/2024 | $7,326.17 | $0.00 | $7,326.17 |
| 138700 | 02/29/2024 | $16,241.40 | $0.00 | $16,241.40 |
| 139241 | 03/31/2024 | $37,343.35 | $0.00 | $37,343.35 |
| 139257 | 04/30/2024 | $42,179.30 | $0.00 | $42,179.30 |
| 139718 | 05/31/2024 | $33,138.15 | $0.00 | $33,138.15 |
| 140157 | 06/30/2024 | $18,492.51 | $0.00 | $18,492.51 |
| 141219 | 07/31/2024 | $6,459.50 | $0.00 | $6,459.50 |
| 141999 | 08/31/2024 | $4,004.56 | $0.00 | $4,004.56 |
| 142085 | 09/30/2024 | $37,030.23 | $0.00 | $37,030.23 |
| 142741 | 10/31/2024 | $35,917.00 | $0.00 | $35,917.00 |
| 143879 | 11/30/2024 | $34,913.34 | $0.00 | $34,913.34 |
| 144478 | 12/31/2024 | $114,723.50 | $3,904.64 | $118,628.14 |

**Total Amount Due on Current and Prior Invoices:**          **$637,580.62**

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
        acaine@pszjlaw.com
        gbrown@pszjlaw.com
        bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1     STATE OF CALIFORNIA         )
                                              )

2     CITY OF LOS ANGELES         )

3        I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On March 4, 2025, I caused to be served the **MONTHLY PROFESSIONAL FEE STATEMENT FOR PACHULSKI STANG ZIEHL & JONES LLP (JANUARY 2025)** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On March 4, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. <br><br> See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. <br><br> See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. <br><br> See Attached. |

       I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

       Executed on March 4, 2025, at Los Angeles, California.

                                */s/ Maria R. Viramontes*
                                Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

3

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon)
lukeeaton@cozen.com, monugiac@pepperlaw.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com, kfoster@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
tevanston@skarzynski.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com, docket.general.lit.chi@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

4

1  Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
2  daniel.james@clydeco.us

3  Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
4  chris.johnson@diamondmccarthy.com

5  Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
6  jkahane@skarzynski.com

7  Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
   tkarpa@robinskaplan.com
8
   Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
9  okatz@sheppardmullin.com, LSegura@sheppardmullin.com

10 Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
11
   David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
12 david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com

13 Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
   clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
14
   Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
15 llinsky@mwe.com

16 John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
17 jlucas@pszjlaw.com, ocarpio@pszjlaw.com

18 Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
19 bluu@duanemorris.com

20 Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
   pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com
21
   Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
22 AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

23 Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
   patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
24
   Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
25 docket.general.lit.chi@dentons.com

26 Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
27 bmichael@pszjlaw.com

28 Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies

amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@skarzynski.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
Katie.Rios@wbd-us.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Devin Miles Storey on behalf of Creditor John MS Roe SF
dms@zalkin.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

6

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
bkfilings@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair<br>Timothy Burns<br>Brian P Cawley | | jbair@burnsbair.com<br>aturgeon@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com<br>bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com;<br>patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>BLuu@duanemorris.com<br>TWEvanston@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Andrew Mina<br>Betty Luu | | amina@duanemorris.com<br>BLuu@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com<br>monugiac@pepperlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory; Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region11@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin 580 California St, 12th Fl San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess 1701 Pennsylvania Ave, NW, Ste 200 Washington, D.C. 20004 | | mturner@plevinturner.com jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq. 315 St., 10th Fl San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln 2121 Ave of the Stars, Ste 2800 Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio Attn: Taylore E Karpa Schollard 800 Boylston St, Ste 2500 Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain Attn: Joshua Weinberg 1875 K St NW, Ste 600 Washington, DC 20006-1251 | | Arolain@ruggerilaw.com jweinberg@ruggerilaw.com bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl City Hall, Room 168 San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax P.O. Box 7426 San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz Attn: Alan H Martin 4 Embarcadero Ctr, 17th Fl San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim Attn: Ori Katz | | jekim@sheppardmullin.com dgatmen@sheppardmullin.com okatz@sheppardmullin.com LSegura@sheppardmullin.com lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum Pierce MacConaghy | | david.elbaum@stblaw.com janie.franklin@stblaw.com pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet 2000 Powell St, Ste 830 Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston Attn: Nathan Reinhardt 663 W 5th St, 26th Fl Los Angeles, CA 90071 | | jkahane@skarzynski.com tevanston@skarzynski.com nreinhardt@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison 2151 Michelson Dr, Ste 185 Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867 Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way San Francisco, CA 94109 | | |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |

# EXHIBIT G



1  James I. Stang (CA Bar No. 94435)
   Debra I. Grassgreen (CA Bar No. 169978)
2  John W. Lucas (CA Bar No. 271038)
   Pachulski Stang Ziehl & Jones LLP
3  One Sansome Street, Suite 3430
   San Francisco, California 94104
4  Telephone: 415.263.7000
   Facsimile: 415.263.7010
5  Email: jstang@pszjlaw.com
          dgrassgreen@pszjlaw.com
6          jlucas@pszjlaw.com

**Signed and Filed: October 24, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

7  Counsel to the Official Committee of Unsecured Creditors

8             **UNITED STATES BANKRUPTCY COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10            **SAN FRANCISCO DIVISION**

11  In re:                                    Case No.: 23-30564

12  THE ROMAN CATHOLIC ARCHBISHOP OF          Chapter 11
    SAN FRANCISCO,
13                                            **ORDER APPROVING APPLICATION**
         Debtor and Debtor in Possession.    **OF THE OFFICIAL COMMITTEE OF**
14                                            **UNSECURED CREDITORS FOR**
                                             **ORDER APPROVING**
15                                            **EMPLOYMENT OF PACHULSKI**
                                             **STANG ZIEHL & JONES LLP AS**
16                                            **COUNSEL TO THE OFFICIAL**
                                             **COMMITTEE OF UNSECURED**
17                                            **CREDITORS**

18         The Court has considered the *Application of the Official Committee of Unsecured Creditors*

19  *for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official*

20  *Committee of Unsecured Creditors* [Docket No. 188] (the "Application"), filed by the Official

21  Committee of Unsecured Creditors in the above-captioned case (the "Committee"), and the

22  declaration of Steven A. Moreno and the declaration and supplemental declaration of John W.

23  Lucas, each in support of the Application. Based upon the record before the Court, it appears that

24  Pachulski Stang Ziehl & Jones LLP (the "Firm") does not hold or represent any interest adverse to

25  the estate in the matters on which it is to be employed, that the Firm is a disinterested person, that its

26  employment is in the best interest of the estate, and that no hearing on the Application is required.

27         **IT IS HEREBY ORDERED THAT:**

28         1.      The Application is granted as set forth herein.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1   2.     The Committee is authorized to employ the Firm as its counsel on the terms and

2   conditions set forth more fully in the Application, effective as of September 14, 2023.

3   3.     The Firm shall be compensated as an expense of administration pursuant to sections

4   507(a) and 503(b) of the Bankruptcy Code and in accordance with sections 330 and 331 of the

5   Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures

6   as may be fixed by further order of this Court.  For the avoidance of doubt, the Court's *Guidelines for*

7   *Compensation and Expense Reimbursement of Professionals and Trustees* shall apply to the retention

8   and compensation of the Firm in this case.

9   4.     Notwithstanding anything to the contrary in this Order or the Application, the Court is

10  not approving the terms and conditions of the Firm's employment under 11 U.S.C. § 328(a).

11  5.     The Firm shall provide reasonable notice to the Debtor and the U.S. Trustee of any

12  increase of the Firm's hourly rates.

13  6.     For the avoidance of doubt, the Firm shall not withdraw from representation of the

14  Committee in this Chapter 11 case absent Court approval.

15  7.     The Firm shall make a reasonable effort to comply with the U.S. Trustee's Appendix

16  B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

17  Under United States Code by Attorneys in Larger Chapter 11 Cases.

18  8.     Notwithstanding paragraph 6 of the Lucas Declaration, the Court is not approving any

19  terms of any plan of reorganization at this time.

20  9.     To the extent the Application is inconsistent with this Order, the terms of this Order

21  shall govern.

22  10.    This Court retains jurisdiction with respect to all matters arising from or related to the

23  implementation of this Order.

24

25                                    **\*\*END OF ORDER\*\***

26

27

28

ORDER APPROVING EMPLOYMENT OF
PACHULSKI STANG ZIEHL & JONES
AS COUNSEL TO COMMITTEE

# EXHIBIT H





# Isaac M. Pachulski

Tel: 310.277.6910    |    ipachulski@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

University of California at
Los Angeles (B.A. *summa
cum laude* 1971)

Harvard Law School (J.D.
*summa cum laude* 1974)

**BAR AND COURT
ADMISSIONS**

1974, California

United States Supreme Court

Mr. Pachulski is a nationally prominent bankruptcy attorney with over four decades of experience in reorganization proceedings and in dealing with a broad spectrum of bankruptcy-related issues. Throughout his legal career, Mr. Pachulski has specialized in corporate reorganization, insolvency, and bankruptcy law. He has represented debtors, significant creditors, official and unofficial committees, and creditor groups in cases around the country. Many of Mr. Pachulski's representations are nonpublic, involving advice to clients on a variety of bankruptcy-related issues. He has represented substantial creditors and creditor groups in major chapter 11 cases such as those of *Westinghouse* (substantial creditor); *Toys R Us* (substantial bondholder); *Lehman Brothers* (substantial creditor and bondholder); *Tribune* (substantial noteholder) *Scotia Pacific* ( holders of in excess of $200 million of secured notes); *Calpine* (appellate co-counsel to certain holders of convertible notes), *Adelphia Communications* (substantial noteholder and special conflicts counsel to ad hoc noteholder group) and *Enron Corporation* ( holders of in excess of $3 billion of senior unsecured debt). Recently, Mr. Pachulski represented the National Association of Bankruptcy Trustees in submitting an amicus brief to the Eleventh Circuit Court of Appeals focusing on the remedies available in a fraudulent conveyance action in support of the creditors' committee in *Senior Transeastern Lenders v. Official Committee of Unsecured Creditors (In re Tousa, Inc.)*, No. 17-11545 (11th Cir. July 19, 2017).

Previously, Mr. Pachulski has represented debtors and, to a lesser extent, trustees. Among these representations: He acted as lead chapter 11 counsel for *Mariner Post-Acute Network, Inc., Mariner Health Group, Inc.*, and 185 affiliated entities that collectively operated approximately 400 skilled nursing and long-term acute care facilities as of the chapter 11 filing, and who successfully confirmed a chapter 11 plan. Mr. Pachulski represented the trustee for a failed clearing broker in a proceeding under the Securities Investor Protection Act.



Mr. Pachulski is a member of the National Bankruptcy Conference (where he chaired the Chapter 11 Committee and served on the Executive Committee) and the International Insolvency Institute, as well as being a fellow of the American College of Bankruptcy. In 2009, he testified before Congress on behalf of the National Bankruptcy Conference in connection with issues affecting the reorganization of retailers. He has been named in Who's Who Legal (for Insolvency & Restructuring), the Best of the Best (Legal Media Group), 500 Leading Lawyers in America; Southern California Best Lawyers in America (2011 & 2012); *Best Lawyers in America* (every year since 1993); and *Super Lawyers* for Bankruptcy & Creditor/Debtor Rights (*Super Lawyers Magazine*; every year since 2004). Mr. Pachulski holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He was listed by *Lawdragon* as one of the 2020 "Lawdragon 500 Leading Global Restructuring & Insolvency Lawyers."

He received his J.D., *summa cum laude*, from Harvard University, earning the distinguished Fay Diploma for highest cumulative grade average. While at Harvard, he won the Sears Prize two years in a row and was a member of the *Harvard Law Review*. His BA was earned *summa cum laude* at University of California Los Angeles. He is admitted to practice in California and resident in our Los Angeles office.

## Representations

Chapter 11 debtors: Mariner-Post Acute Network; Public Service Company of New Hampshire; Cherokee, Inc.; Restaurant Enterprises Group; Wilson Foods

Debtholders in chapter 11 cases: Enron; Owens Corning; Lehman Brothers; Tribune Company; Scotia Pacific; Delphi Corporation; Calpine; Adelphia Communications

## Reported Cases

*U.S. Bancorp Mortgage Corp. v. Bonner Mall Partnership*, 513 U.S. 18 (1994) (counsel for amicus)

*Chemical Bank v. First Trust of N.Y. (In re Southeast Banking Corp.)*, 156 F.3d 1114 (11th Cir. 1998)

*United States v. Wyle (In re Pacific Far East Lines)*, 889 F.2d 24 (11th Cir. 1989)

*First Fidelity Bank v Public Service Co. (In re Public Service Co.)*, 879 F.2d 987 (1st Cir. 1989)

*Willamette Waterfront Ltd. v. Victoria Station Inc. (In re Victoria Station Inc.)*, 875 F.2d 1380 (9th Cir. 1989)

*Danning v. Bozek (In re Bullion Reserve)*, 836 F.2d 1214 (9th Cir. 1988)



*Landes Constr. Co. v Royal Bank of Canada*, 833 F.2d 1365 (1987)

*Sambo's Restaurants v. Wheeler (In re Sambo's Restaurants)*, 754 F.2d 811 (9th Cir. 1985)

*Harris v. Emus Records Corp.*, 734 F.2d 1329 (9th Cir. 1984)

*Salomon v Logan (In re International Envtl. Dynamics)*, 718 F.2d 322 (9th Cir. 1983)

*Aoki v Shepherd Mach. Co. (In re J.A. Thompson & Son)*, 665 F.2d 941 (9th Cir. 1982)

*Royal Bank of Canada v. Trone (In re Westgate Cal. Corp.)*, 634 F.2d 459 (9th Cir. 1980)

*Casady v. Bucher (In re Royal Properties)*, 621 F.2d 984 (9th Cir. 1980)

*C.F. Brookside Ltd. v. Skyview Mem. Lawn Cemetery (In re Affordable Hous. Dev. Corp.)*, 175 B.R. 324 (BAP 9th Cir. 1994)

## Professional Affiliations

Member, National Bankruptcy Conference (former chair, Chapter 11 Committee)

Member, International Insolvency Institute

Fellow, American Bankruptcy College

## Programs and Lectures

International Insolvency Institute; Financial Lawyers Conference; American Bankruptcy Institute; National Conference of Bankruptcy Judges; Turnaround Management Association

## Publications

"Cramdown and Valuation Under Chapter 11 of the Bankruptcy Code," 58 *N. C.L. Law Review* 925 (1981)

"*Levy v. Cohen*: Another Pitfall for Creditors in Bankruptcy Proceedings," 53 *Los Angeles Bar Journal* 278 (1977)



PACHULSKI
STANG
ZIEHL &
JONES



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# James I. Stang

Tel: 310.277.6910 | jstang@pszjlaw.com

**EDUCATION**

Franklin & Marshall College; University of California at Berkeley (B.A., with honors, 1977)

Hastings College of the Law, University of California (J.D. 1980)

Order of the Coif

**BAR AND COURT ADMISSIONS**

1980, California

Mr. Stang, a founding partner of the firm, has dedicated the better part of his forty years' of restructuring practice to helping plaintiffs pursue their rights against institutions that file bankruptcy in an attempt to evade liability. He has represented close to twenty creditors' committees in recent mass tort chapter 11 cases, and is frequently called upon when the stakes are high, including Boy Scouts of America, Weinstein Company, Takata, USA Gymnastics, and seventeen chapter 11 cases involving the Roman Catholic Church. Mr. Stang has been featured in *The Wall Street Journal* for his work on behalf of victims.

Mr. Stang is a fellow of the American College of Bankruptcy, named in the Best Lawyers in America, and has been named "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights every year since 2005. He was listed by *Lawdragon* as one of the 2020 "Lawdragon 500 Leading Global Restructuring & Insolvency Lawyers." He holds an AV Peer Preeminent Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He has lectured and written extensively on both bankruptcy and receivership issues. Mr. Stang is a graduate of UC Berkeley and received his J.D. from UC Hastings College of Law, where he was editor in chief of *Hastings International and Comparative Law Review*. Mr. Stang is admitted to practice in California, and is resident in our Los Angeles office.

## Representations

Tort litigants' committees in the chapter 11 cases of the Catholic Diocese of Spokane (Washington) and the Diocese of Davenport (Iowa); creditors' committees in the chapter 11 cases of the Roman Catholic Bishop of San Diego, the Catholic Diocese of Fairbanks (Alaska), the Catholic Diocese of Wilmington (Delaware), the Society of Jesus, Oregon Province, the related cases of The Christian Brothers of Ireland, Inc. and The Christian Brothers Institute, the Archdiocese of Milwaukee, the Roman Catholic Church of the Diocese of Gallup (New Mexico), the Roman Catholic Bishop of Helena (Montana), the Roman Catholic Bishop of Stockton (California), the Roman


Catholic Bishop of Great Falls (Montana), the Roman Catholic Church of the Archdiocese of Santa Fe (New Mexico), the Diocese of Rochester (New York), the Diocese of Buffalo (New York), the Roman Catholic Church for the Archdiocese of New Orleans

Creditors' committee in Weinstein Company Holdings

Abuse survivors' committees in USA Gymnastics, Boy Scouts of America, Madison Square Boys & Girls Club

Subcommittee of employee organizations in Orange County chapter 9 case

Chapter 11 debtors in American Suzuki Motor Corporation; Gateway Educational Products (manufacturer of "Hooked on Phonics"); American Tissue; Chippendales; Inacom Corporation; Rhodes Homes; Sizzler Restaurants International; Superior TeleCom

Bankruptcy counsel for the Tobacco Committee of the National Association of Attorneys General

Receiver appointed for various car dealerships (Nissan, Porsche, Audi, Toyota)

## Professional Affiliations

"Bankruptcy Lawyer of the Year," Century City Bar Association (2010)

Fellow, American College of Bankruptcy

Member, Los Angeles Bankruptcy Forum Board of Directors (ex officio)

## Publications

The Texas Two-Step: A Legitimate Federal Tool to Deal With Mass-Tort Claims
Advocate Magazine, May 2024

Your Client Filed for Bankruptcy: What Now?
Plaintiff Magazine, June 2023

"Boy Scouts Victims Urge Judge to Release Names of Abusers" (*Bloomberg*, February 19, 2020)

"Veteran of Catholic Chapter 11s Represents Weinstein Victims" (*Wall Street Journal*, April 08, 2018)

"Weinstein Creditors Hire Firm That Represented Catholic Church Abuse Victims" (*Variety*, March 30, 2018)

James Stang Articles (*National Catholic Reporter*)

Dollar Signs of the Cross (*UC Hastings Law*, September 9, 2015)

"An Unholy Dispute" (*Los Angeles and San Francisco Daily Journal*, October 02, 2007)

"Assumption of Contracts and Leases: The Obstacle of the Historical Default,

" *24 California Bankruptcy Journal* 39 (1998)(addressing "going dark" provisions of car dealership agreements)



PACHULSKI
STANG
ZIEHL &
JONES



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Andrew W. Caine

Tel: 310.277.6910    |    acaine@pszjlaw.com

**EDUCATION**

Northwestern University
(B.A. 1980)

University of California
School of Law, Los Angeles
(J.D. 1983)

Phi Beta Kappa

**BAR AND COURT
ADMISSIONS**

1983, California

**CLERKSHIPS**

Judicial extern, Arthur
Alarcon (9th Cir.)

Andy Caine resides in the firm's Los Angeles office, but practices in cases across the country. His practice focuses primarily on litigation in various bankruptcy contexts, representing debtors, trustees, creditors, and creditors' committees in chapter 11 reorganization cases. He handles matters in state and federal courts, with an emphasis on disputes tried in bankruptcy court, including contested reorganization matters. Andy's practice in recent years has focused on the representation of survivor creditor committees in bankruptcy cases prompted by numerous sexual abuse claims, including the Archdioceses of New Orleans and San Francisco.

In addition, Andy is the chair of the firm's postconfirmation practice group, overseeing the entire spectrum of claims and avoidance litigation for debtors, creditors' committees, trustees, liquidation or postconfirmation trusts, and defendants, from "mega cases" to smaller, individual matters. He has spent considerable time as "general counsel" to liquidating trustees in the administration of post-confirmation estates.

Andy brings an experienced, responsive approach to all such disputes that might result in litigation. He has written numerous articles and often lectures nationally on bankruptcy and litigation, and is a past president and former chair of the American Bankruptcy Institute, the world's largest organization of insolvency professionals, with over 12,000 members. He is a member of the Registry of Mediators for the United States Bankruptcy Court for the District of Delaware, and a former member of the Los Angeles Superior Court panel of business law arbitrators. He holds an AV Preeminent Peer Rating, *Martindale-Hubbell*'s highest rating for ethical standards and legal ability and has been named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights every year since 2007 in a peer survey conducted by Law & Politics and the publishers of Los Angeles magazine, an honor bestowed on only 5% of Southern California attorneys. He has been named to *Best Lawyers in America* every year since the 2016 edition for the practice area of Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law.



Andy is a graduate of Northwestern University and received his J.D. from UCLA.

## Representations

Chapter 11 debtors in Murray, Inc.; Fleming Distribution; Breed Technologies; AmeriServe Food Distribution; HomePlace of America, Inacom Corporation; TWA

Creditors' committee in Circuit City Stores; CB Holding Corporation (fka Charlie Brown's); Madison Associates, fka Pannell Kerr Foster

Litigation: Hilton Hotels and Bass Hotels

## Professional Affiliations

Member, Registry of Mediators for the United States Bankruptcy Court for the District of Delaware

Chair, 2004-2005, American Bankruptcy Institute (ABI)

President, 2002-2003, ABI

Vice President of Education, 1999-2001, ABI

Associate editor, *American Bankruptcy Institute Journal*

Executive editor, ABI Website Editorial Board

## Publications

Co-Author, "The Influence of Outcomes and Procedures on Formal Leaders," 41 *Journal of Personality and Social Psychology* (No. 4 1981)



**PACHULSKI STANG ZIEHL & JONES**



780 Third Avenue
34th Floor
New York, NY 10017-2024

# Karen B. Dine

Tel: 212.561.7700 | kdine@pszjlaw.com

**EDUCATION**

Barnard College, Columbia University (B.A. *summa cum laude*)

Harvard Law School (J.D. *cum laude*)

**BAR AND COURT ADMISSIONS**

1994, New York

Karen Dine, resident in the firm's New York office, concentrates her practice on representing tort creditors and official committees in mass tort and child sexual abuse bankruptcies, and representing debtors in some of the largest corporate bankruptcy proceedings in the nation. Among her many engagements, Karen was an integral part the firm's representation of the official committees of survivors of childhood sexual abuse in the bankruptcies of the Diocese of Rockville Centre, the Diocese of Rochester, and the Diocese of Ogdensburg as well as the firm's representation of a law firm representing thousands of victims in the LTL and Imerys chapter 11 cases. Karen was also instrumental in the firm's representation of chapter 11 debtors GigaMonster, Easterday Ranches and Wardman Hotel. Karen has authored numerous articles and other publications on a wide range of bankruptcy topics. Since 2006, Karen has been named a Metro New York Super Lawyer. Karen holds a bachelor's degree from Barnard College (1988, *summa cum laude*) and a JD Harvard Law School (1993, *cum laude*).



PACHULSKI
STANG
ZIEHL &
JONES



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Jonathan J. Kim

Tel: 310.277.6910    |    jkim@pszjlaw.com

**EDUCATION**

Duke University (A.B., *magna cum laude*, 1992)

Harvard University Law School (J.D., *cum laude*, 1995)

**BAR AND COURT ADMISSIONS**

1995, California

Jonathan Kim, resident in the firm's Los Angeles office, has more than twenty-five years' experience representing and advising debtors, creditors' committees, examiners, trustees, and other key parties in numerous chapter 11 cases throughout the country, as well as out-of-court workouts, involving a wide range of industries. Jonathan has extensive experience in all aspects of bankruptcy cases, notably in plan and confirmation matters, as well as bankruptcy litigation and transactional experience. Jonathan has authored or co-authored dozens of articles and other publications on a wide range of bankruptcy topics. Jonathan holds a bachelor's degree from Duke University (*magna cum laude*, Phi Beta Kappa), and a JD from Harvard Law School (*cum laude*).

## Representations

Chapter 11 debtors: Woodside Homes; Ownit Mortgage Solutions; Murray Inc.; Peregrine Systems

## Publications

The Purdue Pharma Ruling – Some Clear Rules, Some Grey Areas, and the Implications for Victims
Creditor Rights Coalition, 2024

The Texas Two-Step: A Legitimate Federal Tool to Deal With Mass-Tort Claims
Advocate Magazine, May 2024

Important Issues and Developments When Filing a Proof of Claim
DailyDAC, April 7, 2022


The Nuts & Bolts of *Ipso Facto* Clauses and Golden Share Arrangements
That May Sidestep the Bankruptcy Code's Prohibition
DailyDAC, July 15, 2021

Distressed Investor Considerations in E&P Oil and Gas Restructurings
Practical Law, July 2020

Navigating the Retail Apocalypse
262 New York Law Journal No. 59, September 23, 2019

High Court Bankruptcy IP Case May Spur Rejection Litigation
Law360, May 22, 2019

The Enforceability of a Make-Whole Provision in Bankruptcy: It Says What It
Says
Journal of Corporate Renewal
May 9, 2017

Navigating Corporate Bankruptcy in the Electronic Age
Bankruptcy Law 360, January 15, 2015

Potential Risks and Lessons for Debtor-Licensors in Chapter 15 Cases Based
on Recent Fourth Circuit Decision
International Bar Association: Insolvency and Restructuring International,
September 2014

Authored or coauthored program materials for: "The Great Debate" (ABI
Annual Bankruptcy Battleground West Conference, March 2011); "Trends
and Issues in Commercial Real Estate Lending Covenants and
Documentation" (California Bankruptcy Forum 2011); "The Mootness
Doctrine as Applied to Bankruptcy Sales" (August 2009); "Retail Debtor
Cases – Recent Issues" (Bloomberg Bankruptcy Law Seminar, May 2008);
"Report From the Front: Creditors Committees After BAPCPA" (ABI Mid-
Atlantic Conference 2006)



## PACHULSKI STANG ZIEHL & JONES



One Sansome Street
Suite 3430
San Francisco, CA 94104

# Gail S. Greenwood

Tel: 415.263.7000　　|　　ggreenwood@pszjlaw.com

**EDUCATION**

Amherst College (B.A.,
*magna cum laude*, 1988)

University of California
School of Law, Los Angeles
(J.D. 1993).

**BAR AND COURT
ADMISSIONS**

California, 1994

Ms. Greenwood specializes in bankruptcy-related litigation. She has over eighteen years' experience in civil litigation and bankruptcy, including representation of chapter 11 trustees, debtors, creditors, and creditors' committees in significant business bankruptcies. Ms. Greenwood has won summary judgments in the prosecution of multimillion-dollar breach-of-fiduciary-duty claims and defense of multimillion-dollar preference and fraudulent transfer claims. She has also successfully prosecuted state-court fraud and alter-ego claims against a series of ever-changing private entities.

Ms. Greenwood is a magna cum laude graduate of Amherst College and received her J.D. from UCLA School of Law, where she was editor of the *Environmental Law Journal*. She was listed by *Lawdragon* as one of the 2023 and 2022 "500 Leading U.S. Bankruptcy & Restructuring Lawyers," and has been listed since 2019 in *Best Lawyers in America* for her work in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law. She is admitted to practice in California and is resident in our San Francisco office.

## Representations

Creditors' committees and liquidating trustees: Liberty Asset Management, Rdio Inc., Fox & Hound/Champps, ERG Intermediate Holdings, The Billing Resource, Clement and Ann Marie Carinalli, Humboldt Creamery, At Home

Chapter 11 debtors: SFX Entertainment, NewZoom Inc., Heller Ehrman LLP

## Professional Affiliations

Member, Bar Association of San Francisco Commercial Law & Bankruptcy Committee (2008-)

PACHULSKI
STANG
ZIEHL &
JONES

Member, International Women's Insolvency & Restructuring Confederation (IWIRC) (Membership Chair, 2019; Events co-chair, 2018; Secretary, 2016-17)



# Michael L. Cohen

mcohen@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

University of Texas at Austin
(B.A., Phi Beta Kappa, 1988)

Harvard Law School (J.D.
1991)

**BAR AND COURT
ADMISSIONS**

1991, Texas

1999, California

Michael L. Cohen, resident in the firm's Los Angeles office, is a civil litigator and trial attorney. He has represented plaintiffs and defendants in civil matters including contract disputes, patent infringement, copyright infringement, trademark infringement, class actions, shareholders derivative suits, personal injury, employment discrimination, invasion of privacy, legal malpractice, insurance coverage disputes, and bad-faith claims handling by insurance carriers. Michael has been listed in Southern California Super Lawyers every year since 2020 and was a finalist for the Consumer Attorneys of California "Streetfighter of the Year" award in 2010 and 2013. He is a graduate of the University of Texas at Austin and received his J.D. from Harvard Law School, where he was an editor for the *Harvard Law Review*. After law school, Michael spent a year traveling throughout the United States interviewing hundreds of people in their twenties about their hopes, ambitions, and concerns about the future. His research became the basis for his book, *The Twentysomething American Dream*.

## Professional Affiliations

Board of governors, Consumer Attorneys Association of Los Angeles (2009-date)

## Programs and Lectures

Consumer Attorneys Association of Los Angeles

## Publications

Recovering Emotional Distress Damages for Breach of an Insurance Contract
Los Angeles and San Francisco Daily Journal, August 30, 2024

Author, "Investigating and Prosecuting Bad-Faith Failure-to-Settle Cases After *Pinto v. Farmers Insurance Exchange*," *FORUM* (Sept./Oct. 2023)

Author, "Rethinking Damages for Breach of an Insurance Contract," *Advocate (Nov. 2022); Plaintiff (*Dec. 2022)

Coauthor, "Pursuing Insurance Agents and Brokers for Professional Negligence," *Advocate* (Nov. 2015)

Coauthor, "The Carrier's Duty to Investigate," *Advocate* (Aug. 2015)

Coauthor, "Using Claims-Adjusting Experts in Bad-Faith Cases," *Advocate* (Jul. 1, 2011)

Author, "Class actions: They Just Keep Making Things Harder," *Advocate* (Jan.1, 2006)



Author*, The Twentysomething American Dream: A Cross-Country Quest for a Generation* (Dutton, 1993)

Coauthor, "Developments in the Law—Medical Technology and the Law," 103 *Harvard Law Review* 1519 (1990)



PACHULSKI
STANG
ZIEHL &
JONES



780 Third Avenue
34th Floor
New York, NY 10017-2024

# Brittany Mitchell Michael

Tel: 212.561.7700 | bmichael@pszjlaw.com

**EDUCATION**

Wesleyan University (B.A.)

University of Minnesota Law School (J.D.)

**BAR AND COURT ADMISSIONS**

Minnesota

New York

Brittany Michael, resident in the firm's New York office and licensed in Minnesota, concentrates her practice on representing tort creditors and official committees in mass-tort and child sexual-abuse bankruptcies. Among her many engagements, Brittany was instrumental in representing the official creditors' committees in dozens of Catholic Church chapter 11 cases such as the Diocese of Rockville Centre, the Archdiocese of San Francisco, and the Archdiocese of St. Paul and Minneapolis. Brittany frequently speaks and writes on bankruptcy topics for tort attorneys and tort victims, was one of the American Bankruptcy Institute's "40 Under 40" among bankruptcy attorneys, and was named an "Attorney of the Year" by *Minnesota Lawyer* for her work in representing the creditors' committee in the chapter 11 case of the Archdiocese of St. Paul and Minneapolis. Brittany holds a bachelor's degree from Wesleyan University (2007) and a J.D. from University of Minnesota Law School (2015).

## Professional Affiliations

Member, Northeast Investors Cooperative

Treasurer, International Women's Insolvency & Restructuring Conference, Minneapolis chapter

## Publications

*Expanding the Integration Mandate to Employment: The Push to Apply the Principles of the* Olmstead *Decision to Disability Employment Services*, 30 ABA Journal of Labor & Employment Law 155 (2014)

Co-author, *The United Nations Working Group on Arbitrary Detention: Procedures and Summary of Jurisprudence,* 38 Human Rights Quarterly 655 (2016)



PACHULSKI
STANG
ZIEHL &
JONES



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Gillian N. Brown

Tel: 310.277.6910  |  gbrown@pszjlaw.com

**EDUCATION**

University of California at
Berkeley (B.A., with honors,
1994)

University of California at
Berkeley (J.D. 1999)

Phi Beta Kappa; Alumni
Scholar

**BAR AND COURT
ADMISSIONS**

1999, California

2008, Washington, D.C.

2010, New York

2018, Texas (inactive)

**CLERKSHIPS**

Law clerk, Judge William M.
Hoeveler (S.D. Fla.
1999-2000)

Gillian Brown, resident in the firm's Los Angeles office, litigates in a variety of matters on behalf of the firm's clients in federal district courts, bankruptcy courts, and state courts. Since 2004, Gillian has represented sexual abuse survivors nationwide in bankruptcy cases involving the Roman Catholic Church, the Boy Scouts of America, and a Boys and Girls Club. For two years, Gillian taught political science and legal ethics courses at the South Puget Sound Community College. Gillian was named a "Southern California Super Lawyers Rising Star" every year from 2004 to 2008; designated a "Southern California Super Lawyer" in 2015, 2016, and 2018 to 2020; and recognized in the 2023 and 2024 editions of *Best Lawyers in America*. Gillian earned both her bachelor's degree and her law degree from the University of California at Berkeley. She is fluent in Italian.

## Representations

Business litigation: Trial verdict in excess of $2 million in *Mortgage Lenders Network USA v. Wells Fargo Bank* (Bankr. D. Del. 2009); Trial counsel in successful litigation finding investment pool assets worth $120 million to be property of the chapter 11 estate, *Official Committee v. Catholic Diocese of Wilmington, Inc. (In re Catholic Diocese of Wilmington, Inc.)*, 432 B.R. 135 (Bankr. D. Del. 2010)

Committees of sex-abuse survivors: Archdiocese of New Orleans; Boy Scouts of America; Madison Boys and Girls Club, Inc.; Diocese of Rockville Centre; Catholic Diocese of Spokane; Diocese of Davenport; Roman Catholic Bishop of San Diego; Society of Jesus, Oregon Province; Catholic Bishop of Northern Alaska; Catholic Diocese of Wilmington; Archdiocese of Milwaukee; Christian Brothers of Ireland Inc. and Christian Brothers Institute; Roman Catholic Church of the Diocese of Gallup; Roman Catholic Bishop of Helena, Montana; Roman Catholic Bishop of Stockton



Class actions/complex litigation: plaintiff class in *In re Structured Settlement Litigation*; defense of FUJIFILM Holdings America Corporation

## Professional Affiliations

Adjunct professor, legal studies and political science, South Puget Sound Community College (online 2020-2022)

President, Beverly Hills Bar Foundation (2014-2015)

Board of directors, Beverly Hills Bar Foundation (2011-2014)

Board of directors, Boalt Hall Alumni Association (2010-2013)

Advisory board, Western Center on Law & Poverty (2007-2012)

Member, American Bar Association Electronic Discovery Working Group (2011-2014)

Member, International Women's Insolvency and Restructuring Confederation

## Publications

E-Discovery Issues
Business Credit, October 2008



# Brooke E. Wilson

Tel: 415.263.7000 | bwilson@pszjlaw.com

Brooke Wilson, resident in the San Francisco office, practices in the areas of corporate restructuring and insolvency litigation. Brooke has played an important role in several complex chapter 11 proceedings representing debtors, sub-chapter V debtors, creditors' committees, and postconfirmation fiduciaries. Her representations have involved a wide range of industries including nonprofit, cryptocurrency, green technology, and retail.

Before joining the firm, Brooke clerked for the Honorable Charles Novack in the United States Bankruptcy Court for the Northern District of California. She holds a bachelor's degree from Cornell University and a J.D., *cum laude*, from Washington & Lee University School of Law.

## Professional Affiliations

Member, International Women's Insolvency & Restructuring Confederation (IWIRC)

One Sansome Street
Suite 3430
San Francisco, CA 94104

**EDUCATION**

Cornell University (BA 2016)

Washington and Lee University School of Law (JD 2021)

**BAR AND COURT ADMISSIONS**

2022, New York

2024, California

**CLERKSHIPS**

Law clerk, Charles Novack (Bankr. N.D. Cal. 2021-23)

# EXHIBIT I



Gillian N. Brown

March 6, 2025

310..277.6910
gbrown@pszjlaw.com

**LOS ANGELES**

10100 SANTA MONICA BLVD. 13TH FL.

LOS ANGELES. CALIFORNIA 90067-4003

310.277.6910

**NEW YORK**

780 THIRD AVENUE. 34TH FL.

NEW YORK, NEW YORK 10017-2024

212.561.7700

**WILMINGTON**

919 NORTH MARKET STREET. 17TH FLOOR.

P.O. BOX 8705

WILMINGTON, DELAWARE 19899-8705

302.652.4100

**HOUSTON**

700 LOUISIANA STREET. STE. 4500

HOUSTON, TEXAS 77002

713.691.9385

**SAN FRANCISCO**

ONE SANSOME STREET. 34TH FL. STE. 3430

SAN FRANCISCO, CALIFORNIA 94104

415.263.7000

**Via Email**
Mr. Jerold M. Dumlao
Ms. Madeline McFeely
Ms. Sophia M. Prevatte
Mr. Manuel Suarez

> **Re:  In re The Roman Catholic Archdiocese of San Francisco:** *First Interim Fee Applications of the Committee's Professionals*

Dear Jerry, Madeline, Sophia, and Manny:

Attached please find the fourth interim fee applications (the "Applications") that the Committee's professionals (Burns Bair, LLP; Berkeley Research Group, LLC; and Pachulski Stang Ziehl & Jones LLP) filed today. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the bankruptcy estate's professionals. I am providing these Applications to you as the Committee members who attend to fee issues in the Archdiocese of San Francisco's bankruptcy case.

You have previously reviewed the bills underlying these Applications. We invite you to discuss with us any objections, concerns, or questions you have regarding these Applications. The Office of the United States Trustee similarly will accept your comments. At the hearing on these Applications, currently set for April 10, 2025, the Bankruptcy Court will consider any timely-filed objections.

WWW.PSZJLAW.COM



Once we receive the Debtor's professionals' interim fee applications, we will forward those to you, as well.

Very truly yours,

*/s/ Gillian N. Brown*

Gillian N. Brown


Enclosures

cc: James I. Stang, Esq. (i/o)
    Debra I. Grassgreen, Esq. (i/o)
    Brittany M. Michael, Esq. (i/o)
    Ms. Beth D. Dassa (i/o)
    Timothy Burns, Esq.
    Jesse Bair, Esq.
    Mr. Ray Strong
    Mr. Matthew Babcock
    Mr. Milo Kuhn