Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com
 mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
 amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date: April 10, 2025<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**DECLARATION OF WAYNE P. WEITZ IN SUPPORT OF FOURTH INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR**

///

///

I, Wayne P. Weitz, declare:

1. I am a senior managing director with GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley"), the financial advisor for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor-in-possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. I have been a senior managing director of B. Riley since May 2019. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying *Fourth Interim Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services for Allowance of Fees and Reimbursement of Expenses as Financial Advisor for the Debtor* (the "Application"), and to the best of my knowledge, all statements are true and correct.

3. During the four month period of October 1, 2024, through and including January 31, 2025, (the "Application Period"), B. Riley billed the Debtor for financial services in the sum of $105,938.00. The services performed by B. Riley during this case have been broken down into task billing categories. A list of the categories used for coding and the amounts calculated for each category during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Asset Analysis | 77.10 | $38,945.50 |
| Business Analysis | 21.70 | $10,942.00 |
| Case Administration | 2.30 | $1,282.00 |
| Employment/Fee Applications | 16.70 | $8,082.50 |
| Litigation Support | 13.30 | $7,887.00 |
| Monthly Operating Reports | 75.30 | $38,799.00 |
| **Totals** | **206.40** | **$105,938.00** |

4. For the Court's convenience, attached as **Exhibit A** is a true and correct copy of B. Riley's chronological billing statements. To the best of my knowledge, information, and belief, the time records referenced in the attached billing statements accurately reflect the actual time spent by the various timekeepers in performing the described legal services in this case.

5. During the Application Period, B. Riley incurred actual and necessary expenses in the amount of $0.00[1] as follows:

| Category | Total |
|---|---|
| Pacer | Waived |
| **Total Expenses** | **$0.00** |

6. This is B. Riley's fourth interim fee application. B. Riley has not received any payments to date in this case from any source, other than the Debtor. B. Riley received a retainer prepetition from the Debtor, of which $64,334.42 (the "Retainer") remained on the Petition Date.

7. The Court approved on an interim basis B. Riley's First Interim Fee Application in the amount of $455,109.26 [ECF No. 619] pursuant to which B. Riley applied its pre-petition retainer and the Debtor paid the balance of the approved fees and costs. The Court approved on an interim basis B. Riley's Second Interim Fee Application in the amount of $138,392.36 [ECF No. 796] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis B. Riley's Third Interim Fee Application in the amount of $79,678.50 [ECF No. 940] pursuant to which the Debtor paid the approved fees and costs. The retainer balance as of January 31, 2025 was $0.00.

8. With respect to the Bankruptcy Rule 2016(a) requirements for fee applications, the table below indicates amounts billed by and paid to B. Riley during the Application Period in accordance with the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212]:

| Period | Amount Billed | Amount Paid | Amount Unpaid |
|---|---|---|---|
| October 1-31, 2024 | $22,391.00 | $17,912.80 | $4,478.20 |
| November 1-30, 2024 | $17,192.50 | $13,754.00 | $3,438.50 |
| December 1-31, 2024 | $12,770.00 | $10,216.00 | $2,554.00 |
| January 1-31, 2025 | $53,584.80 | $0.00 | $53,584.80 |
| **Total** | **$105,938.30** | **$41,882.80** | **$64,055.50** |

---

[1] B. Riley has waived the $0.30 in expenses incurred in January 2025.

9. With respect to Bankruptcy Rule 2016(b), B. Riley has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

10. I certify that to the best of my knowledge B. Riley has complied with the U.S. Trustee's guidelines (the "U.S. Trustee Guidelines").

11. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by my firm's clients.

12. I respectfully submit that all the billings and expenses have been reasonable and necessary in this case and respectfully request that they be approved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2025, at New York, New York.

_____
WAYNE P. WEITZ

**EXHIBIT A**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

November 13, 2024                                                                                                         Invoice # :    66489

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period   October 1, 2024   through   October 31, 2024

**Billing Recap by Professional**

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 4.50 | 740.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 22.80 | 495.00 |
| David Greenblatt, CPA, CIRA | 9.50 | 550.00 |
| Benjamin Rozsa Groo | 10.20 | 250.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 47.00 | $22,391.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.                    Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804  | www.brileyfin.com

**Professional Services Detail**

|  |  |  |  | Hours |
|---|---|---|---|---:|
| | Business Analysis | | | |
| 10/1/2024 | B. Rozsa Gro | Call with W. Weitz re: professional fee tracker | | 0.20 |
| | B. Rozsa Gro | Professional Fee analysis | | 1.00 |
| | B. Rozsa Gro | Professional Fee Tracker Analysis | | 1.10 |
| | B. Rozsa Gro | Continue professional Fee Tracker Analysis | | 1.40 |
| | W. Weitz | Call with B. Rozsa-Groo re: professional fee tracker | | 0.20 |
| 10/2/2024 | D. Greenblatt | Call with W. Weitz and counsel re: weekly update | | 0.40 |
| | W. Weitz | Call with D. Greenblatt and counsel re: weekly update | | 0.40 |
| 10/7/2024 | B. Rozsa Gro | Professional Fee analysis | | 1.00 |
| | B. Rozsa Gro | Update Professional Fee tracker | | 1.20 |
| 10/10/2024 | D. Greenblatt | Update professional fee tracker and send payment info to Debtor | | 1.30 |
| 10/17/2024 | D. Greenblatt | Prepare UST Fee analysis for Debtor | | 0.40 |
| 10/22/2024 | D. Greenblatt | Update total case professional fee analysis per counsel request | | 1.40 |
| 10/28/2024 | D. Greenblatt | Prepare mediation invoice analysis | | 0.70 |
| 10/29/2024 | D. Greenblatt | Call with counsel re: weekly update | | 0.30 |
| | SUBTOTAL: | | [ 11.00 | 4394.00] |
| | Case Administration | | | |
| 10/1/2024 | B. Rozsa Gro | Review Docket activity | | 0.90 |
| 10/15/2024 | W. Weitz | Weekly update call with counsel | | 0.30 |
| | SUBTOTAL: | | [ 1.20 | 447.00] |
| | Employment/Fee Applications | | | |
| 10/8/2024 | C. Hansen | Continue review and edits to time slips | | 0.20 |
| | W. Weitz | Review September fee statement | | 0.40 |
| 10/9/2024 | C. Hansen | Analyze and edit time slips for fee application | | 0.20 |
| | W. Weitz | Finalize September fee statement package; send to client for review | | 0.60 |
| 10/10/2024 | B. Rozsa Gro | Continue to prepare 3rd interim fee application | | 0.70 |
| | B. Rozsa Gro | Prepare 3rd interim fee application | | 2.40 |
| | W. Weitz | Verify data for Third Interim Fee App; set up consolidation template | | 0.40 |
| 10/14/2024 | D. Greenblatt | Prepare professional fee reconciliation schedule and report | | 0.80 |
| 10/22/2024 | D. Greenblatt | Preparation of 3rd Interim Fee Application | | 0.90 |
| 10/23/2024 | W. Weitz | Review Third Interim Fee App | | 0.60 |
| 10/28/2024 | B. Rozsa Gro | Review 3rd Interim Fee Statement | | 0.30 |
| | SUBTOTAL: | | [ 7.50 | 3463.00] |
| | Litigation | | | |
| 10/7/2024 | C. Hansen | Call with R. Strong re: the sandbox | | 0.20 |
| | C. Hansen | Call with BRG re: ADSF litigation | | 0.30 |
| | C. Hansen | Run various test reports from Intacct and compare to the sandbox | | 0.60 |
| | W. Weitz | Call with BRG re: open information requests | | 0.20 |
| 10/8/2024 | C. Hansen | Correspondence with K. Kelleher re: Intacct; Continue to test reports | | 1.00 |
| 10/10/2024 | C. Hansen | Call with W. Weitz and C. Hansen re: BRG report requests | | 0.20 |
| | C. Hansen | Calls with D. Strong and research re: Intacct capabilities | | 1.30 |
| | W. Weitz | Call with W. Weitz and C. Hansen re: BRG report requests | | 0.20 |
| 10/14/2024 | C. Hansen | Weekly call with BRG re: data production status | | 0.20 |
| | W. Weitz | Weekly call with BRG re: data production status | | 0.20 |
| 10/15/2024 | C. Hansen | Call with W. Weitz, C. Hansen and A. Cotrell re: BRG requests | | 0.60 |
| | W. Weitz | Call with W. Weitz, C. Hansen and A. Cotrell re: BRG requests | | 0.60 |
| 10/28/2024 | C. Hansen | Download 6/30/22 Trial Balance and Map to Audited Financial Statements and send to D. Strong at BRG | | 1.50 |
| | SUBTOTAL: | | [ 7.10 | 3808.50] |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hours

### Monthly Operating Reports

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/2/2024 | C. Hansen | Input bank balances | 0.90 |
|  | C. Hansen | Continue updating MOR workbook | 1.00 |
|  | C. Hansen | Update MOR workbook for October | 1.90 |
| 10/7/2024 | C. Hansen | Update MOR with payroll data and payments to insiders | 0.30 |
|  | C. Hansen | Update MOR with K. Kelleher's data | 2.40 |
| 10/8/2024 | C. Hansen | Continue MOR analysis and preparation | 1.40 |
| 10/11/2024 | C. Hansen | Continue MOR analysis and preparation | 2.10 |
| 10/14/2024 | C. Hansen | Add credit card detail to exhibits | 0.30 |
|  | C. Hansen | Continue preparation of MOR and send draft to W. Weitz for review | 2.40 |
|  | D. Greenblatt | Preparation of September 2024 MOR | 1.10 |
| 10/15/2024 | C. Hansen | Update MOR | 1.30 |
|  | W. Weitz | Review September MOR; comments to D. Greenblatt | 0.40 |
| 10/16/2024 | C. Hansen | Update MOR and send revised draft | 1.60 |
| 10/17/2024 | C. Hansen | Update and finalize MOR | 0.90 |
|  | D. Greenblatt | Continue to work on September 2024 MOR | 1.30 |
| 10/18/2024 | D. Greenblatt | Finalize September 2024 MOR and send to counsel for filing | 0.90 |

　　　　　SUBTOTAL:　　　　　　　　　　　　　　　　　[　　20.20　　10278.50]

GlassRatner Advisory & Capital Group LLC



*Formerly known as GlassRatner Advisory & Capital Group LLC*

December 9, 2024                                                                              Invoice # :   66818

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL  
1 PETER YORKE WAY  
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  November 1, 2024     through     November 30, 2024

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 6.80 | 740.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 18.90 | 495.00 |
| David Greenblatt, CPA, CIRA | 5.10 | 550.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 30.80 | $17,192.50 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.          Tax ID Number:

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---|

### Asset Analysis

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/5/2024 | W. Weitz | Call with client, counsel and A. Brown re: real estate ownership | 0.80 |
| 11/13/2024 | W. Weitz | Update real estate analysis presentation | 0.40 |
|  | SUBTOTAL: | [ 1.20 | 888.00] |

### Business Analysis

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/6/2024 | W. Weitz | Review memo from counsel re: certain assets and accounts | 0.50 |
| 11/7/2024 | W. Weitz | Weekly update call with counsel | 0.40 |
| 11/10/2024 | D. Greenblatt | Update professional fee tracker and prepare payment schedule for Debtor | 1.60 |
| 11/14/2024 | D. Greenblatt | Prepare mediation invoice analysis | 1.10 |
| 11/19/2024 | D. Greenblatt | Weekly update call with counsel | 0.20 |
|  | D. Greenblatt | Update mediator invoice summary with new invoices and payments | 0.70 |
| 11/20/2024 | W. Weitz | Update call with counsel | 0.30 |
|  | SUBTOTAL: | [ 4.80 | 2868.00] |

### Employment/Fee Applications

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/4/2024 | C. Hansen | Preparation of October Fee Statement | 0.20 |
| 11/5/2024 | C. Hansen | Continue preparation of October Fee Statement | 0.30 |
| 11/10/2024 | W. Weitz | Finalize fee statement draft and send to client for review | 0.20 |
| 11/11/2024 | C. Hansen | Call with W. Weitz re: October fee statement | 0.20 |
|  | W. Weitz | Call with C. Hansen re: October fee statement | 0.20 |
| 11/12/2024 | C. Hansen | Prepare fee statement exhibit | 0.20 |
| 11/14/2024 | W. Weitz | Finalize October fee statement and send to client for review | 0.30 |
|  | W. Weitz | Review and approve October fee statement | 0.30 |
| 11/24/2024 | W. Weitz | Call with fee examiner re: Third Interim Fee App | 0.20 |
| 11/25/2024 | W. Weitz | Follow-up call with fee examiner re: proposed adjustments | 0.30 |
|  | SUBTOTAL: | [ 2.40 | 1555.50] |

### Litigation

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/1/2024 | W. Weitz | Update call with BRG re: discovery request status | 0.10 |
| 11/11/2024 | C. Hansen | Call with W. Weitz, C. Hansen & BRG re: discovery update | 0.20 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: discovery update | 0.10 |
|  | W. Weitz | Call with W. Weitz, C. Hansen & BRG re: discovery update | 0.20 |
|  | W. Weitz | Call with C. Hansen re: BRG information requests | 0.20 |
|  | W. Weitz | Review memo from counsel re: certain restrictions | 1.40 |
|  | C. Hansen | Call with W. Weitz re: BRG information requests | 0.20 |
|  | D. Greenblatt | Call with W. Weitz and Counsel re: discovery update | 0.10 |
| 11/12/2024 | C. Hansen | Call with A. Cottrell and W. Weitz re: discovery issues | 0.50 |
|  | C. Hansen | Call with W. Weitz, C. Hansen and A. Cottrell re: certain information requests | 0.50 |
| 11/21/2024 | W. Weitz | Review updated "high priority" information request received from OCUC | 0.40 |
| 11/26/2024 | C. Hansen | Calls with O. Katz and P. Pascuzzi re: litigation requests from BRG | 0.20 |
|  | W. Weitz | Update call with BRG re: open information requests | 0.10 |
|  | SUBTOTAL: | [ 4.20 | 2697.00] |

### Monthly Operating Reports

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/4/2024 | C. Hansen | Prepare bank and investment statement exhibit for MOR | 0.90 |
|  | C. Hansen | Update MOR template for November | 0.90 |
|  | C. Hansen | Review cash receipts and disbursement categories prepared by client | 1.00 |
|  | C. Hansen | Update MOR template with bank and investments statements | 1.20 |
| 11/7/2024 | C. Hansen | Continue analysis of monthly transactions | 2.10 |
| 11/11/2024 | C. Hansen | Download reports from Intacct for MOR template | 0.20 |

|  |  |  | Hours |
|---|---|---|---|
| 11/11/2024 | C. Hansen | Search Intacct for payments to insiders for MOR workbook | 0.30 |
|  | C. Hansen | Analyze post petition payables for MOR | 1.10 |
|  | C. Hansen | Analyze MOR information provided by client for template | 1.80 |
|  | C. Hansen | Continue to analyze data for MOR template | 1.90 |
| 11/12/2024 | C. Hansen | Analyze accounts receivable data for MOR | 0.20 |
|  | C. Hansen | Finalized MOR draft for client review | 0.20 |
| 11/13/2024 | D. Greenblatt | Preparation of October MOR | 1.40 |
| 11/14/2024 | C. Hansen | Finalize MOR exhibits, prepare and send MOR report for internal review | 1.70 |
|  | C. Hansen | Finalize draft of MOR | 2.30 |
|  | W. Weitz | Review October MOR | 0.40 |
| 11/20/2024 | C. Hansen | Analyze and correct cumulative figure in Part 4 of MOR | 0.60 |

SUBTOTAL: [    18.20    9184.00]



*Formerly known as GlassRatner Advisory & Capital Group LLC*

January 8, 2025        Invoice # : 67066

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period December 1, 2024 through December 31, 2024

## Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 2.10 | 740.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 16.30 | 495.00 |
| David Greenblatt, CPA, CIRA | 5.00 | 550.00 |
| Marilee Greene | 1.50 | 265.00 |

| | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 24.90 | $12,770.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.    Tax ID Number:

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---:|

### Business Analysis

| Date | Name | Description | Hours |
|---|---|---|---:|
| 12/11/2024 | D. Greenblatt | Call with Counsel re: weekly update | 0.60 |
| 12/19/2024 | D. Greenblatt | Prepare Quarterly Ordinary Course Professional Report | 0.70 |
|  | SUBTOTAL: |  [ | 1.30     715.00] |

### Case Administration

| Date | Name | Description | Hours |
|---|---|---|---:|
| 12/24/2024 | W. Weitz | Weekly update call with counsel | 0.50 |
|  | SUBTOTAL: | [ | 0.50     370.00] |

### Employment/Fee Applications

| Date | Name | Description | Hours |
|---|---|---|---:|
| 12/4/2024 | M. Greene | Prepare and review November fee statement data | 0.90 |
|  | C. Hansen | Review and edit data for fee statement | 0.60 |
| 12/9/2024 | C. Hansen | Review and edit data for fee statement | 0.20 |
|  | W. Weitz | Review and finalize Nov fee statement package and send to client for review | 0.40 |
|  | M. Greene | Finalize November fee statement | 0.60 |
| 12/10/2024 | D. Greenblatt | Update professional fee tracker and prepare summary of payments for Debtor for October Fee Statements and 3rd Interim Fee Applications | 1.60 |
| 12/13/2024 | D. Greenblatt | Update professional fee tracker and provide Debtor with payment amounts | 0.80 |
|  | SUBTOTAL: | [ | 5.10     2409.50] |

### Litigation

| Date | Name | Description | Hours |
|---|---|---|---:|
| 12/4/2024 | W. Weitz | Call with C. Hansen and A. Cottrell re: discovery | 0.30 |
|  | W. Weitz | Email corr and phone call with counsel re: discovery issues | 0.40 |
|  | C. Hansen | Call with W. Weitz and A. Cottrell re: discovery | 0.30 |
|  | SUBTOTAL: | [ | 1.00     666.50] |

### Monthly Operating Reports

| Date | Name | Description | Hours |
|---|---|---|---:|
| 12/2/2024 | C. Hansen | Update MOR template for November | 1.10 |
| 12/5/2024 | C. Hansen | Update MOR template with payroll detail | 0.20 |
|  | C. Hansen | Update MOR template with bank statements | 0.60 |
|  | C. Hansen | Prepare bank statement and credit card exhibit for MOR | 0.70 |
|  | C. Hansen | Continue analysis of monthly transactions | 2.40 |
| 12/9/2024 | C. Hansen | Review cash receipts and disbursement categories prepared by client | 1.10 |
| 12/10/2024 | C. Hansen | Analyze post petition payables for MOR | 1.20 |
| 12/11/2024 | C. Hansen | Analyze additional information provided by client and update MOR with same | 1.30 |
| 12/12/2024 | C. Hansen | Download reports from Intacct for MOR template | 0.60 |
| 12/13/2024 | C. Hansen | Update MOR template with investment statements | 0.40 |
|  | C. Hansen | Update MOR with trial balance transactions | 1.00 |
| 12/16/2024 | C. Hansen | Finalize MOR exhibits | 1.90 |
| 12/17/2024 | C. Hansen | Finalize draft of MOR and send to client team for review | 2.40 |
|  | D. Greenblatt | Preparation of November MOR | 1.30 |
|  | W. Weitz | Review Nov MOR | 0.50 |
| 12/19/2024 | C. Hansen | Finalize and send MOR exhibits and MOR report to client | 0.30 |
|  | SUBTOTAL: | [ | 17.00     8609.00] |

GlassRatner Advisory & Capital Group LLC



*Formerly known as GlassRatner Advisory & Capital Group LLC*

February 12, 2025　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice # :　67406

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL  
1 PETER YORKE WAY  
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period　January 1, 2025　　through　　January 31, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 11.10 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 15.90 | 525.00 |
| David Greenblatt, CPA, CIRA | 28.30 | 575.00 |
| Sean Horner | 47.10 | 425.00 |
| Marilee Greene | 1.30 | 265.00 |

| | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 103.70 | $53,584.50 |

**Out-of-Pocket Expenses:**

| | | |
|---|---|---|
| Pacer charges | | 0.30 |
| Total expenses | | $0.30 |
| | | |
| Total amount of this bill | | $53,584.80 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.　　Tax ID Number:

**Professional Services Detail**

                                                                                                                                                                      Hours

Asset Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 1/15/2025 | D. Greenblatt | Call with W. Weitz and Debtor re: cash and real estate analyses | 0.50 |
| | W. Weitz | Call with D. Greenblatt and Debtor re: cash and real estate analyses | 0.50 |
| 1/17/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.50 |
| | S. Horner | Worked on Cash Analysis | 1.10 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.50 |
| | D. Greenblatt | Continue to work on cash analysis | 1.60 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.50 |
| | W. Weitz | Call with D. Greenblatt and Debtor re: cash analysis | 0.60 |
| | D. Greenblatt | Call with W. Weitz and Debtor re: cash analysis | 0.60 |
| 1/21/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | S. Horner | Worked on Cash Analysis | 1.70 |
| | S. Horner | Worked on Cash Analysis | 2.30 |
| | S. Horner | Worked on Cash Analysis | 2.70 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| 1/22/2025 | S. Horner | Call with D. Greenblatt and R. Yee re: parish financials | 0.40 |
| | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | S. Horner | Various call with D. Greenblatt re: parish financials | 0.60 |
| | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.00 |
| | S. Horner | Worked on Cash Analysis | 2.10 |
| | S. Horner | Worked on Cash Analysis | 2.60 |
| | D. Greenblatt | Call with S. Horner and R. Yee re: parish financials | 0.40 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | D. Greenblatt | Various calls with S. Horner re: parish financials | 0.60 |
| | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: cash analysis | 0.70 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.00 |
| | D. Greenblatt | Continue working on cash analysis | 2.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.40 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: cash analysis | 0.70 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.00 |
| 1/23/2025 | S. Horner | Call with D. Greenblatt and R. Yee re: parish financials | 0.40 |
| | S. Horner | Worked on Cash Analysis | 0.50 |
| | S. Horner | Worked on Cash Analysis | 1.60 |
| | S. Horner | Worked on Cash Analysis | 1.70 |
| | S. Horner | Worked on Cash Analysis | 2.90 |
| | D. Greenblatt | Call with S. Horner and R. Yee re: parish financials | 0.40 |
| | D. Greenblatt | Continue to work on cash analysis | 2.80 |
| 1/24/2025 | S. Horner | Worked on Cash Analysis | 0.60 |
| | S. Horner | Worked on Cash Analysis | 1.30 |
| | S. Horner | Worked on Cash Analysis | 1.60 |
| | S. Horner | Worked on Cash Analysis | 2.10 |
| | D. Greenblatt | Call with Debtor re: cash analysis | 0.40 |
| 1/27/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.20 |
| | S. Horner | Worked on Cash Analysis | 0.70 |
| | S. Horner | Worked on Cash Analysis | 1.60 |
| | S. Horner | Worked on Cash Analysis | 2.20 |
| | S. Horner | Worked on Cash Analysis | 2.40 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.20 |
| | D. Greenblatt | Call with W. Weitz and P. Pascuzzi re: cash analysis | 0.50 |
| | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: cash analysis | 1.30 |
| | D. Greenblatt | Continue to work on cash analysis | 2.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.20 |
| | W. Weitz | Call with D. Greenblatt and P. Pascuzzi re: cash analysis | 0.50 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: cash analysis | 1.30 |
| 1/28/2025 | S. Horner | Worked on Cash Analysis | 2.30 |
| | S. Horner | Worked on Cash Analysis | 2.60 |
| | S. Horner | Worked on Cash Analysis | 2.70 |
| | D. Greenblatt | Continue to work on cash analysis | 1.20 |

|  |  |  |  | Hours |
|---|---|---|---|---|
| 1/29/2025 | S. Horner | Worked on Cash Analysis | | 1.20 |
| | S. Horner | Worked on Cash Analysis | | 1.60 |
| | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: cash analysis | | 1.30 |
| | D. Greenblatt | Continue to work on cash analysis | | 1.80 |
| | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: cash analysis | | 1.30 |
| 1/30/2025 | S. Horner | Worked on Cash Analysis | | 1.10 |
| | SUBTOTAL: | | [    75.90 | 38057.50] |

### Business Analysis

| 1/7/2025 | D. Greenblatt | Update professional fee tracker and prepare monthly payment analysis for Debtor | | 1.40 |
|---|---|---|---|---|
| 1/15/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | | 0.60 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | | 0.60 |
| 1/22/2025 | D. Greenblatt | Call with Counsel re: weekly update | | 0.30 |
| 1/28/2025 | W. Weitz | Review cash analysis workbook | | 0.30 |
| 1/30/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | | 0.70 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | | 0.70 |
| | SUBTOTAL: | | [     4.60 | 2965.00] |

### Case Administration

| 1/8/2025 | W. Weitz | Weekly update call with counsel | | 0.60 |
|---|---|---|---|---|
| | SUBTOTAL: | | [     0.60 | 465.00] |

### Employment/Fee Applications

| 1/2/2025 | M. Greene | Review and edit WIP for December Fee Statement | | 0.60 |
|---|---|---|---|---|
| 1/6/2025 | M. Greene | Review data and prepare December Fee Statement | | 0.50 |
| 1/8/2025 | M. Greene | Finalize December Fee Statement | | 0.20 |
| | W. Weitz | Review/finalize December Fee Statement and send to client | | 0.40 |
| | SUBTOTAL: | | [     1.70 | 654.50] |

### Litigation

| 1/14/2025 | W. Weitz | Call with client re: mediation prep | | 0.40 |
|---|---|---|---|---|
| 1/21/2025 | D. Greenblatt | Call with W. Weitz & C. Hansen re: discovery update | | 0.30 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and C. Hansen re: discovery update | | 0.30 |
| | SUBTOTAL: | | [     1.00 | 715.00] |

### Monthly Operating Reports

| 1/2/2025 | C. Hansen | Update MOR template for January | 1.10 |
|---|---|---|---|
| 1/7/2025 | C. Hansen | Review of December MOR and supporting documentation | 0.50 |
| 1/9/2025 | C. Hansen | Review cash receipts and disbursement categories prepared by client | 1.10 |
| 1/13/2025 | C. Hansen | Review progress of MOR | 0.20 |
| | C. Hansen | MOR Bank statements and investments review | 0.60 |
| 1/14/2025 | C. Hansen | Download aging from Intacct and update MOR with accounts receivable data | 0.20 |
| | C. Hansen | Review bank and investment statement reconciliation process with staff | 0.30 |
| | C. Hansen | Review MOR AR and cash receipts and disbursements schedule | 0.60 |
| | C. Hansen | Update MOR with trial balance transactions | 1.10 |
| | C. Hansen | Analyze post petition payables for MOR | 1.30 |
| 1/15/2025 | C. Hansen | Review draft MOR | 1.90 |
| | C. Hansen | Analyze and resolve differences in investment statements reconciliations | 2.40 |
| | D. Greenblatt | Preparation of December MOR: update professional fee section of report and prepare schedule | 1.30 |
| 1/16/2025 | C. Hansen | Review bank exhibit and provide feedback to staff | 0.30 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 1/16/2025 | D. Greenblatt | Continue to work on December MOR | 1.10 |  |
|  | D. Greenblatt | Continue working on December MOR | 1.20 |  |
|  | W. Weitz | Review December MOR | 0.40 |  |
|  | C. Hansen | Finalize draft MOR and send to M. Flanagan and team for review | 1.90 |  |
| 1/17/2025 | C. Hansen | Finalize draft MOR and report | 2.40 |  |
|  | SUBTOTAL: |  | [   19.90 | 10727.50] |

GlassRatner Advisory & Capital Group LLC