Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                    jrios@ffwplaw.com
                    tphinney@ffwplaw.com
                    mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:           okatz@sheppardmullin.com
                    amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | Date:        April 10, 2025<br>Time:       1:30 p.m.<br>Location:  Via ZoomGov<br>Judge:     Hon. Dennis Montali |

**DECLARATION OF PAUL E. GASPARI IN SUPPORT OF FOURTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF OCTOBER 1, 2024, THROUGH JANUARY 31, 2025**

I, Paul E. Gaspari, declare:

1.      I am an attorney duly licensed to practice law in the State of California and a partner with Weintraub Tobin Chediak Coleman Grodin Law Corporation ("Weintraub"), special corporate and litigation attorneys for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2.      I have been a shareholder of Weintraub since 2012. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying *Fourth Interim Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Allowance of Attorneys' Fees and Reimbursement of Expenses* (the "Application"), and to the best of my knowledge, all statements are true and correct.

3.      During the four-month period of October 1, 2024, through and including January 31, 2025, (the "Application Period"), Weintraub billed the Debtor for legal services in the sum of $124,835.00 and reimbursement of expenses in the amount of $8,575.88 for a total of $133,410.88. The services performed by Weintraub during this case have been specific to its role as special corporate and litigation counsel to the Debtor.

4.      The detailed billing statements reflecting Weintraub's time records are attached hereto as **Exhibit A** and record total fees in the amount of $124,835.00 incurred during the Application Period.

5.      Attached hereto as **Exhibit B** is a summary of customary and comparable compensation provided by Weintraub describing the blended hourly rates of the various categories of timekeepers that provided services to the Debtor during the Application Period. The summary gives defined terms used in this exhibit the same meanings ascribed to them in ¶ C.3 of the UST Guidelines.

6.      Attached hereto as **Exhibit C** is a copy of the "Attorney Fee Budget" agreed upon by and between the Debtor and Weintraub. This exhibit also includes a comparison of budgeted to actual fees sought during the Application Period. Weintraub is not submitting a detailed staffing

plan or summary of fees and hours budgeted compared to fees and hours billed for each project category as this information is privileged and confidential.

7.     A breakdown of the professionals who billed to this case during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Case Administration | 84.50 | $41,922.00 |
| Other Contested Matters | 31.60 | $15,690.00 |
| Claims Administration and Objections | 1.30 | $655.00 |
| Fact Investigation/Development | 9.70 | $4,725.00 |
| Analysis/Strategy | 24.30 | $9,431.50 |
| Document/File Management | 16.10 | $4,622.50 |
| Settlement/Non-Binding ADR | 21.40 | $8,972.50 |
| Other Case Assessment | 8.30 | $2,255.00 |
| Pleadings | 1.60 | $690.00 |
| Court Mandated Conferences | 16.00 | 7,600.00 |
| Written Discovery | 0.40 | $194.00 |
| Document Production | 63.40 | $23,400.00 |
| Depositions | 1.40 | 665.00 |
| Expert Discovery | 1.20 | $540.00 |
| Other Discovery | 7.10 | 3,195.00 |
| Expert Witnesses | 0.20 | $90.00 |
| Enforcement | 0.50 | $187.50 |
| **Totals** | **289.00** | **$124,835.00** |

8.     I have used my best billing judgment to allocate the services covered by this interim fee application to task categories listed above. I will continue to do so going forward on all Weintraub monthly fee notices and interim fee applications. A brief description of the type of services contained in each category is as follows:

a.     The B110 "Case Administration" task code under the ABA model codes includes, in addition to normal case administration matters, coordination and compliance matters,

including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee, and general creditor inquiries. This task code was generally used for communications regarding status, document requests, insurance coverage, Rule 2004 issues and discovery issues; review of records, and IRB minutes; preparation for mediation; review of claims and fact sheets.

b.     The B190 "Other Contested Matters" task code under the ABA model includes communications regarding mediators, quinquennial report, and case issues. The services performed in this category generally include but are not limited to communications regarding mediators, quinquennial report, and case issues; opposition to insurer Rule 2004 request and relief request; review order pertaining to Rule 2004 examination, relief from stay motions, insurance policies, BPM subpoena and discovery issues.

c.     The B310 "Claims Administration and Objections" task code under the ABA model includes but are not limited to communications regarding survivor fact sheets, claim filing issues and late claims; review of claims against schools, protective order stipulation and objections to plans in other diocese cases.

d.     The L110 "Fact Investigation/Development" task code under the UTBMS model includes but are not limited to communications regarding status of discovery production; review of investigation reports, personnel files, accused individuals, Rule 2004 requests, claims; and preparation of claim evaluation chart.

e.     The L120 "Analysis/Strategy" task code under the UTBMS model includes but are not limited to analysis and communications regarding strategies; review of claims and analysis; review of personnel file for discovery request/privileged information; preparation of claim evaluation chart.

f.     The L140 "Document/File Management" task code under the UTBMS model includes but are not limited to review and compiling of discovery responses for attorneys; communications regarding records from priests and schools, and rule 2004 requests; update claims chart; review of personnel files.

///

Case: 23-30564    Doc# 1063    Filed: 03/06/25    Entered: 03/06/25 14:53:35    Page 4 of 83

g.      The L160 "Settlement/Non-Binding ADR" task code under the UTBMS model includes but are not limited to communications regarding mediator, mediation and requested documents; review of personnel files for discovery request; analysis of dated of abuse in claims.

h.      The L190 "Other Case Assessment, Development and Administration" task code under the UTBMS model includes but are not limited to communications regarding insurance coverage, representation of particular plaintiffs; creditor committee requests; review of personnel files.

i.      The L210 "Pleadings" task code under the UTBMS model includes review of filed pleadings; review and analysis of new claims; communications regarding filings, insurance coverage, status of stay; review of claims filed against schools.

j.      The L230 "Court Mandated Conferences" task code under the UTBMS model includes preparing for hearing required by court order or procedural rules; travel to/from Court Ordered Conferences; attending hearing required by court order or procedural rules.

k.      The L310 "Written Discovery" task code under the UTBMS model includes but are not limited to review of filed pleadings; review and analysis of new claims; communications regarding filings, insurance coverage, status of stay; review of claims filed against schools.

l.      The L320 "Document Production" task code under the UTBMS model includes review and production of personnel files to Committee; organize documents regarding perpetrators for production; code documents for privilege logs; communications with counsel regarding status of production; production of documents.

m.      The L330 "Depositions" task code under the UTBMS model includes preparing deposition notices and subpoenas; communicating with opposing/other party's counsel; planning and preparing to take depositions; discussing deposition strategy; preparing witnesses; reviewing of documents for depositions; attending and travel to/from depositions; drafting deposition summaries.

///

///

///

n. The L340 "Expert Discovery" task code under the UTBMS model includes but are not limited to preparing expert discovery notices; communicating with expert discovery; discussing strategy; preparation and consultation with expert; review of expert documents; draft expert summaries.

o. The L390 "Other Discovery" task code under the UTBMS model includes but are not limited to any discovery-related legal work that doesn't fall under the standard categories like document requests, depositions, or interrogatories.

p. The L420 "Expert Witnesses" task code under the UTBMS model includes but are not limited to preparing for examination of expert witness; preparing for cross examination of expert witness.

q. The L470 "Enforcement" task code under the UTBMS model includes but are not limited to enforcing judgments; collecting judgments; and filings for stay pending appeal.

9. During the Application Period, Weintraub incurred actual and necessary expenses in the amount of $8,575.88 as follows:

| Category | Total |
| --- | --- |
| Subpoena Fees | $162.00 |
| Expert Witness Fees | $8,321.88 |
| Travel | $92.00 |
| **Total Expenses** | **$8,575.88** |

10. This is Weintraub's fourth interim fee motion. The Court's order on Weintraub's first interim fee application allowed interim payment of $45,869 and costs incurred in the amount of $1,746.15 for the period of August 21, 2023, through January 31, 2024 [ECF No. 623]. The Court's order on Weintraub's second interim fee application allowed an interim payment of $224,480.50 in fees and $142.69 in expenses for the period of February 1, 2024, through May 31, 2024 [ECF No. 798]. This Second Interim Fee Application Order also authorized Weintraub interim compensation for an administrative claim in the amount of $32,314.47 for services provided during the First Interim Application Period. The Court's order on Weintraub's third interim fee application allowed an interim payment of $282,856.68 in fees and $145.85 in expenses for the

period of June 1, 2024, through September 30, 2024 [ECF No. 941]. Weintraub received a retainer prepetition from the Debtor, of which $210,754.00 remained on the Petition Date. The Debtor has paid Weintraub the fees and costs allowed by the interim fee orders from the retainer and payments from the Debtor.

11. With respect to the Bankruptcy Rule 2016(a) requirements for attorney fee applications, Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], Weintraub has filed and served fee notices for October [ECF No. 917], November 2024 [ECF No. 953], December 2024 [ECF No. 968], and January 2025 [ECF No. 1006]. No objections were received with respect to the October, November, and December notices, while the time for objections to the January fee notice has not yet expired. BR has received payments from the Debtor, such that is has been paid 80% of fees and 100% of expenses with respect to the October, November and December fee notices. No payments have yet been received for January 2025 as of the filing of this application. Thus, Weintraub has received payments in the amount of $58,230.00 in fees and $8,483.88 in costs allowed by the monthly fee notices for October 2024 through December 2024, such that it has been paid 80% of fees and 100% of costs for the outstanding fees for that period. The unpaid 20% holdback together with the January fees and costs total $66,697.00. The retainer balance as of January 31, 2025, was $8,275.17.

12. With respect to Bankruptcy Rule 2016(b), Weintraub has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

13. I certify that to the best of my knowledge Weintraub has complied with the U.S. Trustee's guidelines ("U.S. Trustee Guidelines").

///

14. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by the my firm's clients.

15. With respect to the identity of the billers, the billing includes BGON, and JFM, staff members who billed to this matter. BGON, Brian Gonzaga, is a legal assistant at Weintraub and assisted with document production as needed in this case. His billing rate during the period covered by this Application was $225 per hour. JFM, Jennye Melendez, is a legal assistant and assisted with document production as needed in this case. Her billing rate during the period covered by this Application was $225 per hour.

16. In accordance with UST Guidelines for Large Cases, Weintraub prepared budgets and staffing plans for period during the application which were reviewed with and approved by the Debtor. In addition to the attorneys listed in the staffing plan, in order to timely review all Proofs of Claim and alleged perpetrator personnel files, many of which are voluminous, Weintraub utilized additional attorneys in the firm to undertake basic claim and file review and to identify and locate applicable student and or parish records to evaluate and confirm underlying facts alleged in the Proofs of Claim. These additional attorneys were necessary to timely complete the review project so that the Debtor could produce the material to its insurance carriers to allow the mediation process to timely commence. No duplication of work was involved.

17. As required by the UST Large Case guidelines, Weintraub provides the following:

a. Weintraub did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

b. If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the

1  reasons for the variation with the client?  No, the fees requested were not 10% more than the fees

2  budgeted for the time period.

3         c.    Have any of the professionals included in this fee application varied their

4  hourly rate based on the geographic location of the bankruptcy case? No.

5         d.    Does the fee application include time or fees related to reviewing or revising

6  time records or preparing, reviewing, or revising invoices?  No.

7         e.    Does this fee application include time or fees for reviewing time records to

8  redact any privileged or other confidential information?  No.

9         f.    The fee application does include a rate increase since retention.  Weintraub,

10  as well as other Debtor professionals hourly rates were adjusted effective January 2025 by the filing

11  of an appropriate notice at ECF No. 929.

12      18.    I respectfully submit that all the billings and expenses have been reasonable and

13  necessary in this case and respectfully request that they be approved.

14      I declare under penalty of perjury under the laws of the United States of America that the

15  foregoing is true and correct.  Executed on March 4, 2025, at Sacramento, California.

17  Paul E. Gaspari

**Exhibit A**

Weintraub Tobin Invoices



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 06, 2024
Client:          150363

For Professional Services Rendered Through October 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98493784 | $2,557.50 | $0.00 | $2,557.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $6,177.00 |
| Current Charges | $2,557.50 |
| Less Payments | $1,860.00 |
| **Balance Due:** | **$6,874.50** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 06, 2024

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000944 |
| Invoice #: | 98493784 |

Page: 1

RE: Victoria Castro

For Professional Services Rendered Through October 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 10/1/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding x-rays of Plaintiff's foot. [L390 - A107](0.20) | 0.20 | $90.00 |
| 10/1/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding unreadable image for x-ray. [L390 - A107](0.20) | 0.20 | $90.00 |
| 10/2/2024 | AKH | Further review of Plaintiff's counsel's google drive link to extract x-rays to send to Dr. Nirenberg. [B100 - B110](0.20) | 0.20 | $75.00 |
| 10/2/2024 | AKH | Correspondence to Dr. Nirenberg to provide the X-Ray discovery sent to us by Plaintiff's counsel. [B100 - B110](0.20) | 0.20 | $75.00 |
| 10/2/2024 | BJLE | Review of x-ray imagine produced by Plaintiff. [L390 - A107](0.50) | 0.50 | $225.00 |
| 10/2/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding x-ray images. [L320 - A107](0.20) | 0.20 | $90.00 |
| 10/3/2024 | AKH | Further correspondence with Dr. Nirenberg's office regarding the X-Ray images. [B100 - B110](0.20) | 0.20 | $75.00 |
| 10/7/2024 | AKH | Correspondence to Marizel Bajao with first invoice from Dr. Nirenberg. [B100 - B110](0.20) | 0.20 | $75.00 |
| 10/7/2024 | AKH | Correspondence to Heidi Keys, Park Dietz expert consultant agency, regarding invoice for expert Dr. Nirenberg. [B100 - B110](0.20) | 0.20 | $75.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

November 06, 2024
Client:      150363
Matter:      000944
Invoice #:   98493784

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/7/2024 | AKH | Correspondence to Dr. Nirenberg regarding his request for original x-rays and request for meeting. [B100 - B110](0.30) | 0.30 | $112.50 |
| 10/7/2024 | BJLE | Exchange of emails with Dr. Nirenberg regarding x-ray imaging. [L340 - A108](0.20) | 0.20 | $90.00 |
| 10/7/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding Dr. Nirenberg's request for x-ray imaging. [L420 - A107](0.20) | 0.20 | $90.00 |
| 10/7/2024 | BJLE | Telephone call with Plaintiff's counsel regarding x-ray images from Permenante Group. [L340 - A107](0.20) | 0.20 | $90.00 |
| 10/8/2024 | AKH | Further correspondence with Dr. Nirenberg team regarding meeting to discuss expert's opinion. [B100 - B110](0.20) | 0.20 | $75.00 |
| 10/9/2024 | AKH | Telephone call with Dr. Nirenberg to go over his record review and opinion. [B100 - B110](0.50) | 0.50 | $187.50 |
| 10/9/2024 | AKH | Drafting of summary regarding conversation with Dr. Nirenberg and findings for Marizel Bajao and Paula Carney. [B100 - B110](0.50) | 0.50 | $187.50 |
| 10/9/2024 | BJLE | Telephone call with Dr. Nirenberg regarding analysis of ankle injury. [L340 - A108](0.40) | 0.40 | $180.00 |
| 10/15/2024 | BJLE | Exchange of emails with Marizel Bajao regarding update from Dr. Nirenberg. [L340 - A106](0.20) | 0.20 | $90.00 |
| 10/15/2024 | BJLE | Exchange of emails with Plaintiff's counsel regarding settlement. [L160 - A107](0.20) | 0.20 | $90.00 |
| 10/16/2024 | BJLE | Telephone call with Plaintiff's counsel regarding settlement discussions. [L160 - A107](0.40) | 0.40 | $180.00 |
| 10/27/2024 | BJLE | Preparation of email to Marizel Bajao regarding settlement negotiations. [L160 - A106](0.30) | 0.30 | $135.00 |
| 10/28/2024 | BJLE | Telephone call with Dr. Nirenberg regarding scope of report evaluating Plaintiff's injury. [L340 - A108](0.20) | 0.20 | $90.00 |
| 10/28/2024 | BJLE | Telephone call with Paula Carney regarding case strategy. [L160 - A106](0.20) | 0.20 | $90.00 |
| | | Total Services | 6.10 | $2,557.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| AKH | Alexa Horner | ASSOCIATE | 2.50 | $375.00 | $937.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 3.60 | $450.00 | $1,620.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

November 06, 2024
Client:          150363
Matter:          000944
Invoice #:       98493784

Page:            3

| Total Fees to Date: | $22,464.50 |
|---|---|
| Total Disbursements to Date: | $156.63 |
| Total to Date: | $22,621.13 |

| Previous Balance | $6,177.00 |
|---|---|
| Current Charges | $2,557.50 |
| Less Payments | $1,860.00 |
| **Balance Due** | **$6,874.50** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 2.50 | $937.50 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.50 | $225.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.60 | $270.00 |
| L320 | Document Production - Communicate/Other Couns | 0.20 | $90.00 |
| L340 | Expert Discovery - Communicate w/Client | 0.20 | $90.00 |
| L340 | Expert Discovery - Communicate/Other Counsel | 0.20 | $90.00 |
| L340 | Expert Discovery - Communicate/Other External | 0.80 | $360.00 |
| L390 | Other Discovery - Communicate/Other Counsel | 0.90 | $405.00 |
| L420 | Expert Witnesses - Communicate/Other Counsel | 0.20 | $90.00 |
| | **Total Hours** | **6.10** | |
| | **Total Fees:** | | **$2,557.50** |



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▓▓▓▓▓

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 06, 2024
Client:        150363

For Professional Services Rendered Through October 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000981 | Rosa Arce De Tamayo v. Roman Catholic Archbishop of | 98493786 | $3,420.00 | $0.00 | $3,420.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $2,982.50 |
| Current Charges | $3,420.00 |
| **Balance Due:** | **$6,402.50** |

## Invoices Due Upon Presentation
Thank You for Your Business



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▬▬

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 06, 2024
Client:      150363
Matter:     000981
Invoice #:  98493786

Page:        1

RE: Rosa Arce De Tamayo v. Roman Catholic Archbishop of San Fran

For Professional Services Rendered Through October 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/1/2024 | DCZ | Drafted correspondence to plaintiff's counsel regarding proposed mediators. [L190 - A107](0.30) | 0.30 | $142.50 |
| 10/3/2024 | DCZ | Conference call with Paula Carney and Melinda Skrade regarding elimination of Rosa Tamayo's job position. [L110 - A107](0.90) | 0.90 | $427.50 |
| 10/3/2024 | DCZ | Phone call with claimant's counsel about settlement. [L120 - A107](0.50) | 0.50 | $237.50 |
| 10/3/2024 | DCZ | Phone call with Paula Carney regarding settlement offer. [L120 - A106](0.20) | 0.20 | $95.00 |
| 10/7/2024 | DCZ | Drafted correspondence to Tamayo's counsel regarding settlement discussions. [L160 - A103](0.20) | 0.20 | $95.00 |
| 10/7/2024 | DCZ | Phone call with plaintiff's counsel regarding settlement counter-offer. [L160 - A107](0.30) | 0.30 | $142.50 |
| 10/9/2024 | DCZ | Review and analysis of counter-offer from claimant and drafting correspondence from Paula Carney regarding same. [L160 - A104](0.20) | 0.20 | $95.00 |
| 10/10/2024 | DCZ | Phone call with Paula Carney regarding response to counter-offer from claimant's counsel. [L160 - A106](0.20) | 0.20 | $95.00 |
| 10/10/2024 | DCZ | Drafting email correspondence to claimant's counsel regarding counter-bracket. [L160 - A103](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: Rosa Arce De Tamayo v. Roman Catholic Archbishop of San Fran

November 06, 2024
Client:          150363
Matter:          000981
Invoice #:    98493786

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/11/2024 | DCZ | Drafted correspondence to Paula Carney regarding claimant's counter bracket. [L160 - A106](0.20) | 0.20 | $95.00 |
| 10/15/2024 | DCZ | Drafted correspondence to claimant's counsel regarding status of settlement discussions. [L160 - A103](0.20) | 0.20 | $95.00 |
| 10/28/2024 | DCZ | Phone call with Paula Carney regarding counter-offer. [L160 - A106](0.30) | 0.30 | $142.50 |
| 10/29/2024 | DCZ | Drafting settlement agreement. [L160 - A103](2.20) | 2.20 | $1,045.00 |
| 10/29/2024 | DCZ | Drafted correspondence to Paul Pascuzzi regarding possible resolution of claim. [L160 - A106](0.20) | 0.20 | $95.00 |
| 10/29/2024 | DCZ | Phone call with claimant's counsel about counter-offer. [L160 - A107](0.20) | 0.20 | $95.00 |
| 10/30/2024 | DCZ | Further drafting of settlement agreement. [L160 - A103](0.50) | 0.50 | $237.50 |
| 10/30/2024 | DCZ | Phone call with Ross Quient regarding counter-offer. [L160 - A108](0.20) | 0.20 | $95.00 |
| 10/30/2024 | DCZ | Drafting correspondence to Timothy Wilshire regarding settlement of case. [L160 - A103](0.20) | 0.20 | $95.00 |
| | | Total Services | 7.20 | $3,420.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 7.20 | $475.00 | $3,420.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $6,402.50 | Previous Balance | $2,982.50 |
| Total Disbursements to Date: | $0.00 | Current Charges | $3,420.00 |
| Total to Date: | $6,402.50 | Balance Due | $6,402.50 |

The Archdiocese of San Francisco

RE: Rosa Arce De Tamayo v. Roman Catholic Archbishop of San Fran

November 06, 2024
Client:        150363
Matter:        000981
Invoice #:     98493786

Page:              3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun./Other( | 0.90 | $427.50 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $95.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.50 | $237.50 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 3.50 | $1,662.50 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.90 | $427.50 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.50 | $237.50 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 0.20 | $95.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $142.50 |

**Total Hours**  **7.20**

**Total Fees:**  **$3,420.00**



**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

November 06, 2024
Client:      150363

For Professional Services Rendered Through October 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98493798 | $16,286.50 | $0.00 | $16,286.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $118,910.07 |
| Current Charges | $16,286.50 |
| Less Payments | $39,508.77 |
| **Balance Due:** | **$95,687.80** |

## Invoices Due Upon Presentation
Thank You for Your Business



**weintraub tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

November 06, 2024
Client:         150363
Matter:         900036
Invoice #:    98493798

Page:               1

RE:  Bankruptcy

For Professional Services Rendered Through October 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/1/2024 | PEG | Exchange with Pascuzzi regarding Parish involvement in mediation session. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/3/2024 | PEG | Review of memorandum from Pascuzzi regarding committee call. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/3/2024 | PEG | Call with Ori Katz regarding mediation session. [B100 - B110](0.20) | 0.20 | $97.00 |
| 10/7/2024 | PEG | Exchange with Amanda Cottrell regarding Baker Tilly. [B100 - B190](0.30) | 0.30 | $145.50 |
| 10/7/2024 | PEG | Preparation for Independent Review Board meeting. [B100 - B110](0.50) | 0.50 | $242.50 |
| 10/7/2024 | PEG | Conference call with Paul Pascuzzi, Ori Katz and Amanda Cottrell regarding Baker Tilly Subpoena Duces Tecum. [B100 - B110](0.50) | 0.50 | $242.50 |
| 10/7/2024 | PEG | Follow up call with Pascuzzi regarding first mediation session. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/7/2024 | PEG | Review of draft motion to publish aggregate data. [B100 - B190](0.40) | 0.40 | $194.00 |
| 10/8/2024 | DCZ | Meeting with Creditors' Committee regarding Rule 2004 document requests. [L140 - A109](0.70) | 0.70 | $332.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 06, 2024
Client:          150363
Matter:          900036
Invoice #:    98493798

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/8/2024 | PEG | Review of memorandum from Brittany Michael regarding agenda for continued meet and confer; preparation of memorandum to Paula Carney regarding same. [B100 - B190](0.40) | 0.40 | $194.00 |
| 10/8/2024 | PEG | Call with Paula Carney regarding open meet and confer issues. [B100 - B190](0.40) | 0.40 | $194.00 |
| 10/8/2024 | PEG | Meet and confer call with Brittany Michael, Amanda Cottrell and Daniel Zamora regarding further Rule 2004 meet and confer. [B100 - B190](0.70) | 0.70 | $339.50 |
| 10/8/2024 | PEG | Review of memorandum from Brittany Michael regarding PGE estimation process; review of PGE transcript. [B100 - B110](0.60) | 0.60 | $291.00 |
| 10/9/2024 | PEG | Call with Pascuzzi, Katz, Carney and Fr. Summerhays regarding motion to publish. [B100 - B190](0.80) | 0.80 | $388.00 |
| 10/9/2024 | PEG | Presentation to Independent Review Board. [B100 - B110](1.20) | 1.20 | $582.00 |
| 10/9/2024 | PEG | Review of further memorandum from Pascuzzi regarding motion to publish data. [B100 - B190](0.20) | 0.20 | $97.00 |
| 10/10/2024 | PEG | Identify proofs of claim naming Parishes as additional defendants; preparation of memorandum to Pascuzzi and Cottrell regarding same. [B300 - B310](0.40) | 0.40 | $194.00 |
| 10/10/2024 | PEG | Call with Weinstein regarding upcoming mediation session and discussion with mediators. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/11/2024 | PEG | Call with Jeff Anderson regarding motion to publish. [B100 - B190](0.30) | 0.30 | $145.50 |
| 10/11/2024 | PEG | Preparation of memorandum to Brittany Michael regarding archives visit. [B100 - B190](0.30) | 0.30 | $145.50 |
| 10/11/2024 | PEG | Review of emails from and preparation of emails to Paul Pascuzzi regarding 11/14 mediation session. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/11/2024 | PEG | Exchange with Paula Carney regarding ███████ [B100 - B110](0.20) | 0.20 | $97.00 |
| 10/11/2024 | PEG | Review of reply from Ori Katz regarding initial mediation session. [B100 - B110](0.20) | 0.20 | $97.00 |
| 10/14/2024 | PEG | Call with Judge Buckley regarding meeting with Archbishop and mediation session. [B100 - B110](0.50) | 0.50 | $242.50 |
| 10/14/2024 | PEG | Further exchange with Fr. Summerhays regarding Archbishop meeting with mediators. [B100 - B110](0.20) | 0.20 | $97.00 |
| 10/15/2024 | PEG | Review of draft spreadsheet from Committee regarding ability to pay analysis. [B100 - B110](0.70) | 0.70 | $339.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 06, 2024
Client:        150363
Matter:        900036
Invoice #:    98493798

Page:            3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/16/2024 | PEG | Introductory Zoom call with Archbishop, Fr. Summerhays and the mediators. [B100 - B110](1.00) | 1.00 | $485.00 |
| 10/16/2024 | PEG | Review of reply from Ori Katz regarding 11/14 mediation session. [B100 - B110](0.20) | 0.20 | $97.00 |
| 10/16/2024 | PEG | Preparation of memorandum to Paula Carney regarding ADLA settlement. [B100 - B110](0.20) | 0.20 | $97.00 |
| 10/16/2024 | MAS | Review of produced IRB minutes 2006- 2012 for purposes of unredacted names of serial accused individuals. [L320 - A104](2.40) | 2.40 | $900.00 |
| 10/17/2024 | PEG | Review of pro per settlement request; exchange of emails with Pascuzzi and Carney regarding same. [B300 - B310](0.40) | 0.40 | $194.00 |
| 10/17/2024 | PEG | Call with Pascuzzi, Katz and Weinstein regarding strategies for upcoming mediation session. [B100 - B110](1.00) | 1.00 | $485.00 |
| 10/17/2024 | PEG | Preparation of initial draft of agenda for 11/14 meeting with mediators. [B100 - B110](0.40) | 0.40 | $194.00 |
| 10/17/2024 | JRS | Review of IRB minutes 2013-2014 for purposes of unredacted names of serial accused individuals. [L320 - A104](1.30) | 1.30 | $487.50 |
| 10/17/2024 | JRS | Review of IRB minutes 2015 for purposes of unredacted names of serial accused individuals. [L320 - A104](1.40) | 1.40 | $525.00 |
| 10/17/2024 | JRS | Review of IRB minutes through 2005 for purposes of unredacted names of serial accused individuals. [L320 - A104](2.10) | 2.10 | $787.50 |
| 10/18/2024 | PEG | Further exchange with Pascuzzi and Katz regarding agenda for mediation session. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/21/2024 | MAS | Review of Creditor Committee claims list of accused individuals for purposes of consolidating lists and determining if any additional accused individual files need locating to comply with Rule 2004 discovery request. [L320 - A104](4.50) | 4.50 | $1,687.50 |
| 10/22/2024 | DCZ | Review and analysis of committee list of total claims for identification of possible discrepancies. [L140 - A104](0.50) | 0.50 | $237.50 |
| 10/22/2024 | MAS | Further analysis of Creditor Committee claims list of accused individuals for purposes of consolidating lists and determining if any additional accused individual files need locating to comply with Rule 2004 discovery request. [L320 - A104](0.40) | 0.40 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 06, 2024
Client:      150363
Matter:     900036
Invoice #:  98493798

Page:        4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/22/2024 | MAS | Correspondence with Steven Gersten regarding analysis of Creditor Committee claims list of accused individuals for purposes of consolidating lists and determining if any additional accused individual files need locating to comply with Rule 2004 discovery request. [L320 - A107](0.30) | 0.30 | $112.50 |
| 10/23/2024 | PEG | Review of memorandum from Pascuzzi regarding Committee call. [B100 - B110](0.20) | 0.20 | $97.00 |
| 10/23/2024 | PEG | Call from Tim Gallagher regarding Travelers request for information. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/24/2024 | DCZ | Conference call with creditors' committee regarding Rule 2004 requests. [L140 - A108](0.60) | 0.60 | $285.00 |
| 10/24/2024 | PEG | Review of memorandum from Judge Buckley regarding Travelers. [B100 - B190](0.20) | 0.20 | $97.00 |
| 10/24/2024 | PEG | Review of memorandum from ▓▓▓▓ to Judge Buckley regarding aggregate data. [B100 - B190](0.20) | 0.20 | $97.00 |
| 10/24/2024 | PEG | Exchange of emails with Pascuzzi, Katz and Cottrell regarding outstanding discovery issues. [B100 - B190](0.40) | 0.40 | $194.00 |
| 10/24/2024 | MAS | Telephone call to Steven Gersten regarding analysis of list of differentiated claims from Creditor's Committee List. [L320 - A107](0.20) | 0.20 | $75.00 |
| 10/24/2024 | MAS | Attend meet and confer phone call with all counsel and Creditor's Committee counsel. [L320 - A107](0.50) | 0.50 | $187.50 |
| 10/24/2024 | MAS | Correspondence with Steven Gersten regarding analysis of list of differentiated claims from Creditor's Committee List. [L320 - A107](0.40) | 0.40 | $150.00 |
| 10/25/2024 | PEG | Exchange of emails with Judge Buckley and Paula Carney regarding second mediation session. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/25/2024 | PEG | Review of emails from and preparation of emails to Judge Buckley regarding mediation session. [B100 - B110](0.40) | 0.40 | $194.00 |
| 10/27/2024 | PEG | Exchange with Weinstein regarding mediation session. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/28/2024 | MAS | Further review of produced IRB minutes 2006- 2012 for purposes of unredacted names of serial accused individuals. [L320 - A104](2.50) | 2.50 | $937.50 |
| 10/28/2024 | JFM | Prepare the document productions of the four IRB Binders. [L320 - A110](2.50) | 2.50 | $562.50 |
| 10/29/2024 | PEG | Exchange with Paula Carney regarding ▓▓▓▓ [B100 - B110](0.20) | 0.20 | $97.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 06, 2024
Client:      150363
Matter:     900036
Invoice #:   98493798

Page:     5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 10/29/2024 | PEG | Review of reply from Judge Buckley regarding coverage chart. [B100 - B110](0.20) | 0.20 | $97.00 |
| 10/30/2024 | PEG | Further exchange with Carney regarding ▮▮▮▮ testimony. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/30/2024 | PEG | Exchange of further emails with Katz and Pascuzzi regarding mediation session. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/31/2024 | PEG | Review of emails from and preparation of emails to Paula Carney, Paul Pascuzzi and Fr. Summerhays regarding accused priests. [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/31/2024 | PEG | Review of memoranda from and preparation of memoranda to Jennifer Stein regarding IRB review of ▮▮▮▮ [B100 - B110](0.30) | 0.30 | $145.50 |
| 10/31/2024 | MAS | Correspondence to Steven Gersten regarding analysis of list of differentiated claims from Creditor's Committee List. [L320 - A107](0.20) | 0.20 | $75.00 |
| 10/31/2024 | MAS | Correspondence to Brittany Michael regarding analysis of list of differentiated claims from Creditor's Committee List. [L320 - A107](0.30) | 0.30 | $112.50 |
| | | Total Services | 38.70 | $16,286.50 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 17.90 | $485.00 | $8,681.50 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.80 | $475.00 | $855.00 |
| MAS | Monica Silver | ASSOCIATE | 11.70 | $375.00 | $4,387.50 |
| JRS | John Slavik | ASSOCIATE | 4.80 | $375.00 | $1,800.00 |
| BGON | Brian Gonzaga | PARALEGAL | 0.00 | $225.00 | $0.00 |
| JFM | Jennye F. Melendez | PARALEGAL | 2.50 | $225.00 | $562.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $534,832.25 | Previous Balance | $118,910.07 |
| Total Disbursements to Date: | $1,945.78 | Current Charges | $16,286.50 |
| Total to Date: | $536,778.03 | Less Payments | $39,508.77 |
| | | **Balance Due** | **$95,687.80** |

The Archdiocese of San Francisco

RE: Bankruptcy

November 06, 2024
Client:          150363
Matter:          900036
Invoice #:       98493798

Page:              6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 12.50 | $6,062.50 |
| B100 | Other Contested Matters (excluding assumption/re | 4.60 | $2,231.00 |
| B300 | Claims Administration and Objections | 0.80 | $388.00 |
| L140 | Document/File Management - Research | 0.00 | $0.00 |
| L140 | Document/File Management - Review/Analyze | 0.50 | $237.50 |
| L140 | Document/File Management - Commun/Other Exte | 0.60 | $285.00 |
| L140 | Document/File Management - Appear For/Attend | 0.70 | $332.50 |
| L320 | Document Production - Plan & Prepare For | 0.00 | $0.00 |
| L320 | Document Production - Review/Analyze | 14.60 | $5,475.00 |
| L320 | Document Production - Communicate/Other Couns | 1.90 | $712.50 |
| L320 | Document Production - Manage Data/Files | 2.50 | $562.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

November 06, 2024
Client:        150363
Matter:        900036
Invoice #:     98493798

Page:              7

| Task | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| | | Total Hours | 38.70 | |
| | | Total Fees: | | $16,286.50 |



# weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

December 03, 2024
Client:     150363

For Professional Services Rendered Through November 30, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000408 | ███████ v. Archbishop of San Frar | 98495194 | $0.00 | $162.00 | $162.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $162.00 |
| **Balance Due:** | **$162.00** |

## Invoices Due Upon Presentation
Thank You for Your Business



# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

December 03, 2024
Client:      150363
Matter:      000408
Invoice #:   98495194
Page:        1

RE: ███████████████ v. Archbishop of San Francisco,

For Professional Services Rendered Through November 30, 2024

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 10/7/2024 | Array- Records-███████████████ re. ██████ ██████ [E100 - E113] | $81.00 |
| 10/7/2024 | Array- Records-███████████████ re. ██████████ [E100 - E113] | $81.00 |
| | Total Expenses | $162.00 |

| Total Fees to Date: | | $501.00 |
|---------------------|--|---------|
| Total Disbursements to Date: | | $162.00 |
| Total to Date: | | $663.00 |

The Archdiocese of San Francisco

RE: ██████████████ v. Archbishop of San Francisco,

December 03, 2024
Client:       150363
Matter:       000408
Invoice #:    98495194

Page:         2

| | | |
|---|---|---|
| Current Charges | | $162.00 |
| **Balance Due** | | **$162.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Subpoena Fees | 0.00 | $162.00 |

| | |
|---|---|
| **Total Hours** | **0.00** |
| **Total Fees:** | **$0.00** |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No. ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 03, 2024
Client:        150363

For Professional Services Rendered Through November 30, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98495196 | $0.00 | $8,321.88 | $8,321.88 |

## Account Summary

| | |
|---|---|
| Previous Balance | $6,874.50 |
| Current Charges | $8,321.88 |
| Less Payments | $2,232.00 |
| **Balance Due:** | **$12,964.38** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 03, 2024
Client:        150363
Matter:        000944
Invoice #:     98495196

Page:           1

RE: Victoria Castro

For Professional Services Rendered Through November 30, 2024

---

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 10/7/2024 | Park Dietz & Associates, Inc- Professional services rendered/- Professional services rendered through September 16, 2024 [E100 - E119] | $3,811.88 |
| 11/12/2024 | Park Dietz & Associates, Inc- Professional services rendered/- Professional services rendered through 10/28/2024 [E100 - E119] | $4,510.00 |
| | Total Expenses | $8,321.88 |

| Total Fees to Date: | $22,464.50 | Previous Balance | $6,874.50 |
|---------------------|-----------|------------------|-----------|
| Total Disbursements to Date: | $8,478.51 | Current Charges | $8,321.88 |
| | | Less Payments | $2,232.00 |
| Total to Date: | $30,943.01 | **Balance Due** | **$12,964.38** |

The Archdiocese of San Francisco

RE: Victoria Castro

December 03, 2024
Client:        150363
Matter:        000944
Invoice #:     98495196

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Experts Witness Fees | 0.00 | $8,321.88 |

| | | |
|---|---|---|
| **Total Hours** | **0.00** | |
| **Total Fees:** | **$0.00** | |



# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ■■■■

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 03, 2024
Client:    150363

For Professional Services Rendered Through November 30, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000981 | Rosa Arce De Tamayo v. Roman Catholic Archbishop of | 98495198 | $760.00 | $0.00 | $760.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $6,402.50 |
| Current Charges | $760.00 |
| Less Payments | $2,386.00 |
| **Balance Due:** | **$4,776.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 03, 2024
Client:       150363
Matter:      000981
Invoice #:   98495198

Page:          1

RE:  Rosa Arce De Tamayo v. Roman Catholic Archbishop of San Fran

For Professional Services Rendered Through November 30, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 11/4/2024 | DCZ | Drafted correspondence to claimant's counsel regarding the status of the settlement. [L160 - A103](0.20) | 0.20 | $95.00 |
| 11/4/2024 | DCZ | Drafted correspondence to Paula Carney confirming settlement of claim. [L160 - A106](0.20) | 0.20 | $95.00 |
| 11/5/2024 | DCZ | Drafted correspondence to claimant's counsel enclosing final version of settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 11/6/2024 | DCZ | Drafting correspondence to Melinda Skrade regarding settlement. [L160 - A108](0.20) | 0.20 | $95.00 |
| 11/7/2024 | DCZ | Review and analysis of draft petition to approve settlement. [L160 - A103](0.40) | 0.40 | $190.00 |
| 11/8/2024 | DCZ | Drafted correspondence to claimant's counsel advising as to status of bankruptcy court petition for approval. [L160 - A107](0.20) | 0.20 | $95.00 |
| 11/25/2024 | DCZ | Drafted correspondence to Paula Carney regarding settlement payment following bankruptcy court approval of settlement. [L160 - A106](0.20) | 0.20 | $95.00 |
| | | **Total Services** | 1.60 | $760.00 |

The Archdiocese of San Francisco

RE: Rosa Arce De Tamayo v. Roman Catholic Archbishop of San Fran

December 03, 2024
Client: 150363
Matter: 000981
Invoice #: 98495198

Page: 2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.60 | $475.00 | $760.00 |

| Total Fees to Date: | $7,162.50 | Previous Balance | $6,402.50 |
|---|---|---|---|
| | | Current Charges | $760.00 |
| Total Disbursements to Date: | $0.00 | Less Payments | $2,386.00 |
| Total to Date: | $7,162.50 | **Balance Due** | **$4,776.50** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.60 | $285.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.40 | $190.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.40 | $190.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 0.20 | $95.00 |
| | **Total Hours** | **1.60** | |
| | **Total Fees:** | | **$760.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 03, 2024
Client:      150363

For Professional Services Rendered Through November 30, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98495199 | $17,859.50 | $0.00 | $17,859.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $95,687.80 |
| Current Charges | $17,859.50 |
| Less Payments | $26,419.35 |
| **Balance Due:** | **$87,127.95** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

December 03, 2024
Client:          150363
Matter:          900036
Invoice #:       98495199

Page:              1

RE: Bankruptcy

For Professional Services Rendered Through November 30, 2024

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 11/5/2024 | PEG | Exchange with Carney regarding ████ testimony. [B100 - B110](0.20) | 0.20 | $97.00 |
| 11/6/2024 | PEG | Review of memorandum from Gillian Brown regarding agenda of outstanding Rule 2004 meet and confer issues. [B100 - B190](0.30) | 0.30 | $145.50 |
| 11/6/2024 | PEG | Call with Paula Carney regarding Independent Review Board minutes. [B100 - B190](0.50) | 0.50 | $242.50 |
| 11/6/2024 | PEG | Call with Pascuzzi regarding Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $145.50 |
| 11/7/2024 | PEG | Call with Brittany Michael regarding Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $145.50 |
| 11/7/2024 | MAS | Unredacting additional accused individual names from IRB minutes. [L320 - A104](1.30) | 1.30 | $487.50 |
| 11/8/2024 | PEG | Extended call with Amanda Cottrell regarding outstanding meet and confer issues. [B100 - B190](0.40) | 0.40 | $194.00 |
| 11/8/2024 | PEG | Review of matrix of inconsistencies between Committee claim list and RCASF claim list. [B100 - B110](0.40) | 0.40 | $194.00 |
| 11/8/2024 | MAS | Further unredacting additional accused individual names. [L320 - A104](1.80) | 1.80 | $675.00 |
| 11/8/2024 | BGON | Review Independent Review Board files, and pull pages referencing certain perpetrators and create review sets and send to attorney. [L190 - A104](2.20) | 2.20 | $495.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

December 03, 2024
Client:     150363
Matter:    900036
Invoice #:  98495199

Page:         2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 11/10/2024 | PEG | Further review of Independent Review Board minutes to respond to production request. [B100 - B190](0.40) | 0.40 | $194.00 |
| 11/11/2024 | PEG | Review of additional Independent Review Board documentation. [B100 - B190](0.30) | 0.30 | $145.50 |
| 11/11/2024 | PEG | Exchange with Gillian and Amanda regarding meet and confer. [B100 - B190](0.20) | 0.20 | $97.00 |
| 11/11/2024 | MAS | Further unredacting additional accused individual names. [L320 - A104](0.60) | 0.60 | $225.00 |
| 11/12/2024 | PEG | Review of memoranda from Amanda Cottrell on outstanding discovery issues. [B100 - B190](0.40) | 0.40 | $194.00 |
| 11/12/2024 | PEG | Exchange with Paula Carney regarding mediation expectations. [B100 - B110](0.20) | 0.20 | $97.00 |
| 11/12/2024 | PEG | Call with Judge Buckley regarding mediation sessions. [B100 - B110](0.30) | 0.30 | $145.50 |
| 11/14/2024 | PEG | Attend mediation session with Buckley, Sonchi and Gallagher. [B100 - B110](8.00) | 8.00 | $3,880.00 |
| 11/15/2024 | PEG | Review of investigation material from Paula Carney. Drafting of emails to Judge Buckley, Sontcji and Gallagher. [B100 - B110](0.60) | 0.60 | $291.00 |
| 11/18/2024 | PEG | Exchanges with Amanda Cottrell regarding Subpoena Duces Tecum to Demarillac Academy. [B100 - B190](0.20) | 0.20 | $97.00 |
| 11/18/2024 | PEG | Review of correspondence from Gillian Brown requesting discovery conference. Preparation of email to Amanda Cottrell regarding same. [B100 - B190](0.30) | 0.30 | $145.50 |
| 11/18/2024 | PEG | Follow up from Brittany Michael regarding discovery meet and confer conference. [B100 - B190](0.20) | 0.20 | $97.00 |
| 11/19/2024 | PEG | Exchange of further emails with Amanda Cottrell regarding Committee request for meet and confer conference. [B100 - B190](0.30) | 0.30 | $145.50 |
| 11/19/2024 | PEG | Call with Weinstein regarding carrier requests for information. [B100 - B110](0.20) | 0.20 | $97.00 |
| 11/20/2024 | PEG | Preparation of edits to document production matrix and draft reply to Amanda Cottrell regarding same. [B100 - B190](0.40) | 0.40 | $194.00 |
| 11/20/2024 | PEG | Call with Weinstein regarding insurance documentation production. [B100 - B190](0.20) | 0.20 | $97.00 |
| 11/20/2024 | PEG | Further discussion with Amanda Cottrell regarding outstanding discovery issues. [B100 - B190](0.30) | 0.30 | $145.50 |
| 11/20/2024 | PEG | Exchange with Paula Carney regarding claims against ███████. [B100 - B110](0.30) | 0.30 | $145.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

December 03, 2024
Client: 150363
Matter: 900036
Invoice #: 98495199

Page: 3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 11/21/2024 | PEG | Review of email from Brittany Michael regarding Independent Review Board minutes. [B100 - B190](0.20) | 0.20 | $97.00 |
| 11/21/2024 | BJLE | Exchange of emails with Paula Carney regarding personnel file of Fr. ███████ [L110 - A106](0.20) | 0.20 | $90.00 |
| 11/21/2024 | MAS | Analysis of IRB minutes for documents referencing ███████ [L320 - A104](1.70) | 1.70 | $637.50 |
| 11/21/2024 | BGON | Review Independent Review Board binders and create review set of ███████ documents. [L140 - A111](0.40) | 0.40 | $90.00 |
| 11/25/2024 | DCZ | Conference call with bankruptcy counsel regarding status of response to Rule 2004 requests. [L140 - A107](0.50) | 0.50 | $237.50 |
| 11/25/2024 | DCZ | Conference call with Creditors' Committee and mediators regarding Rule 2004 requests. [L140 - A107](1.20) | 1.20 | $570.00 |
| 11/25/2024 | PEG | Call with Amanda Cottrell, Paul Pascuzzi and Daniel Zamora regarding outstanding meet and confer requests in advance of call with Committee and mediators. [B100 - B190](0.50) | 0.50 | $242.50 |
| 11/25/2024 | PEG | Conference call with Committee and Mediators with Cottrell and Pascuzzi regarding open Rule 2004 discovery issues. [B100 - B190](1.30) | 1.30 | $630.50 |
| 11/25/2024 | PEG | Follow up with Cottrell and preparation of email to Carney regarding discussion of open issues. [B100 - B190](0.30) | 0.30 | $145.50 |
| 11/25/2024 | MAS | Further analysis of creditor's committee list of accused individuals for purposes of discussion with Creditor's Committee counsel. [L320 - A104](0.70) | 0.70 | $262.50 |
| 11/26/2024 | PEG | Preparation of memorandum to Weinstein, Pascuzzi and Katz regarding 12/2 carrier call. [B100 - B110](0.20) | 0.20 | $97.00 |
| 11/26/2024 | PEG | Review of carrier requests for information; call with Weinstein to discuss response to same. [B100 - B110](0.50) | 0.50 | $242.50 |
| 11/26/2024 | MAS | Analysis of list of accused individuals for carriers to confirm personnel files produced and reviewed. [L320 - A104](1.20) | 1.20 | $450.00 |
| 11/27/2024 | PEG | Review of correspondence from Anderson regarding good standing list; forward to Carney regarding same. [B100 - B110](0.40) | 0.40 | $194.00 |
| 11/27/2024 | PEG | Preparation of memorandum to Paula Carney regarding carrier requests for files. [B100 - B110](0.30) | 0.30 | $145.50 |
| 11/27/2024 | PEG | Drafting of reply to Anderson and mediators regarding good standing list. [B100 - B110](0.30) | 0.30 | $145.50 |
| 11/27/2024 | PEG | Preparation of memoranda to Weinstein regarding various carrier document requests. [B100 - B110](0.40) | 0.40 | $194.00 |

The Archdiocese of San Francisco
RE: Bankruptcy

December 03, 2024
Client: 150363
Matter: 900036
Invoice #: 98495199

Page: 4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 11/27/2024 | PEG | Review of Expert Report in ADNO Chapter 11 proceeding. [B100 - B110](0.50) | 0.50 | $242.50 |
| 11/27/2024 | MAS | Further analysis of list of accused individuals for carriers to confirm personnel files produced and reviewed. [L320 - A104](4.00) | 4.00 | $1,500.00 |
| 11/27/2024 | MAS | Correspondence to Barry Weinstein and Kevin Cifarelli regarding documents requested for insurers. [L320 - A107](0.50) | 0.50 | $187.50 |
| 11/27/2024 | MAS | Telephone call from Barry Weinstein and Kevin Cifarelli regarding documents requested for insurers. [L320 - A107](0.20) | 0.20 | $75.00 |
| 11/27/2024 | MAS | Prepare documents for insurers' review and discussion with counsel. [L320 - A104](2.00) | 2.00 | $750.00 |
| 11/27/2024 | MAS | Telephone call to Steve Gersten regarding documents from AG investigation requested for insurers. [L320 - A107](0.20) | 0.20 | $75.00 |
| 11/27/2024 | BGON | Review and gather fact sheets and proofs of claim to send to carriers and bankruptcy counsel in preparation of mediation. [L190 - A110](4.50) | 4.50 | $1,012.50 |
| 11/29/2024 | PEG | Review of memorandum from Steve Gersten regarding priest personnel files. [B100 - B190](0.20) | 0.20 | $97.00 |
| 11/30/2024 | PEG | Exchange with Amanda Cottrel regarding Baker Tilly stipulation. Review and edit draft stipulation. [B100 - B190](0.40) | 0.40 | $194.00 |
| | | **Total Services** | 43.90 | $17,859.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 20.70 | $485.00 | $10,039.50 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.70 | $475.00 | $807.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $450.00 | $90.00 |
| MAS | Monica Silver | ASSOCIATE | 14.20 | $375.00 | $5,325.00 |
| BGON | Brian Gonzaga | PARALEGAL | 7.10 | $225.00 | $1,597.50 |

| | |
|------|------|
| Total Fees to Date: | $552,691.75 |
| Total Disbursements to Date: | $1,945.78 |
| Total to Date: | $554,637.53 |

The Archdiocese of San Francisco

RE: Bankruptcy

December 03, 2024
Client:          150363
Matter:         900036
Invoice #:    98495199

Page:                    5

| Previous Balance | $95,687.80 |
|---|---|
| Current Charges | $17,859.50 |
| Less Payments | $26,419.35 |
| **Balance Due** | **$87,127.95** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 12.80 | $6,208.00 |
| B100 | Other Contested Matters (excluding assumption/re | 7.90 | $3,831.50 |
| L110 | Fact Investigation/Development - Commun. w/Clien | 0.20 | $90.00 |
| L140 | Document/File Management - Commun/Other Cou | 1.70 | $807.50 |
| L140 | Document/File Management - Other | 0.40 | $90.00 |
| L190 | Other - Review/Analyze | 2.20 | $495.00 |
| L190 | Other - Manage Data/Files | 4.50 | $1,012.50 |
| L320 | Document Production - Review/Analyze | 13.30 | $4,987.50 |
| L320 | Document Production - Communicate/Other Couns | 0.90 | $337.50 |

**Total Hours**  43.90

**Total Fees:**  $17,859.50



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

January 06, 2025
Client:          150363

For Professional Services Rendered Through December 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98497322 | $405.00 | $0.00 | $405.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $12,964.38 |
| Current Charges | $405.00 |
| Less Payments | $4,131.00 |
| **Balance Due:** | **$9,238.38** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

January 06, 2025
Client: 150363
Matter: 000944
Invoice #: 98497322
Page: 1

RE: Victoria Castro

For Professional Services Rendered Through December 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/17/2024 | BJLE | Telephone call with Marizel Bajao regarding case strategy and settlement. [L160 - A106](0.20) | 0.20 | $90.00 |
| 12/17/2024 | BJLE | Telephone call with Plaintiff's Counsel regarding case status and settlement. [L160 - A107](0.20) | 0.20 | $90.00 |
| 12/18/2024 | BJLE | Preparation of response to Paula Carney regarding status of stay. [L160 - A106](0.20) | 0.20 | $90.00 |
| 12/23/2024 | BJLE | Telephone call with Paul Pascuzzi regarding status of relief from stay and implications of SIR. [L190 - A107](0.30) | 0.30 | $135.00 |
| | | Total Services | 0.90 | $405.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.90 | $450.00 | $405.00 |

| | |
|---|---|
| Total Fees to Date: | $22,869.50 |
| Total Disbursements to Date: | $8,478.51 |
| Total to Date: | $31,348.01 |

The Archdiocese of San Francisco

RE: Victoria Castro

January 06, 2025
Client:     150363
Matter:    000944
Invoice #:  98497322

Page:    2

| | |
|---|---:|
| Previous Balance | $12,964.38 |
| Current Charges | $405.00 |
| Less Payments | $4,131.00 |
| **Balance Due** | **$9,238.38** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.40 | $180.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.20 | $90.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $135.00 |
| | **Total Hours** | **0.90** | |
| | **Total Fees:** | | **$405.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

January 06, 2025
Client:          150363

For Professional Services Rendered Through December 31, 2024

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98497323 | $31,499.00 | $0.00 | $31,499.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $87,127.95 |
| Current Charges | $31,499.00 |
| Less Payments | $66,011.15 |
| **Balance Due:** | **$52,615.80** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

January 06, 2025
Client: 150363
Matter: 900036
Invoice #: 98497323
Page: 1

RE: Bankruptcy

For Professional Services Rendered Through December 31, 2024

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/1/2024 | PEG | Exchange of emails with Judge Buckley regarding carrier meeting. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/2/2024 | PEG | Review of memorandum from Gillian Brown regarding open meet and confer document requests. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/2/2024 | PEG | Review of reply from Amanda Cotrell regarding corrections. [B100 - B190](0.20) | 0.20 | $97.00 |
| 12/2/2024 | PEG | Review of reply from Paula Carney regarding additional priest files. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/2/2024 | PEG | Review of further reply from Paula Carney regarding priest files. [B100 - B190](0.20) | 0.20 | $97.00 |
| 12/2/2024 | PEG | Review of memorandum from Pascuzzi regarding draft list of to be released parties; review of list. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/2/2024 | PEG | Call with Judge Buckley regarding carrier meeting. [B100 - B110](0.40) | 0.40 | $194.00 |
| 12/2/2024 | MAS | Correspondence with Paul Pascuzzi, Barry Weinstein, and Kevin Cifarelli regarding documents requested from Creditor's Committee. [L320 - A107](0.30) | 0.30 | $112.50 |
| 12/2/2024 | MAS | Further analysis of list of accused individuals for carriers to confirm personnel files produced and reviewed. [L320 - A104](0.60) | 0.60 | $225.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025
Client:        150363
Matter:       900036
Invoice #:   98497323

Page:             2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/3/2024 | PEG | Call with Amanda Cottrell and counsel for Debtor's affiliates regarding meet and confer over BakerTilly Subpoena Duces Tecum. [B100 - B190](0.80) | 0.80 | $388.00 |
| 12/3/2024 | PEG | Drafting of reply to mediators regarding redacted Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/3/2024 | MAS | Analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](1.10) | 1.10 | $412.50 |
| 12/3/2024 | MAS | Receipt and review of correspondence from Creditor's Committee counsel providing limited list of accused individuals to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A107](0.40) | 0.40 | $150.00 |
| 12/3/2024 | MAS | Review of ▮▮▮▮▮ personnel file for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](1.20) | 1.20 | $450.00 |
| 12/3/2024 | MAS | Further analysis of list of accused individuals for carriers to confirm personnel files produced and reviewed. [L320 - A104](2.50) | 2.50 | $937.50 |
| 12/3/2024 | BGON | Review and unitize ▮▮▮▮▮ personnel file and load to Relativity. [L140 - A104](0.70) | 0.70 | $157.50 |
| 12/3/2024 | BGON | Review Independent Review Board binders and prepare pages to be sent to Christopher Sontchi. [L140 - A103](0.60) | 0.60 | $135.00 |
| 12/4/2024 | DCZ | Conference call with Barry Weinstein and Paul Pascuzzi regarding proposed response to insurance carrier document requests. [L330 - A107](1.40) | 1.40 | $665.00 |
| 12/4/2024 | PEG | All hands meeting with Pascuzzi, Cottrell, and Weinstein regarding carrier requests for documents. [B100 - B110](1.50) | 1.50 | $727.50 |
| 12/4/2024 | PEG | Review of Protective Order in Clergy III relative to carrier requests for information. [B100 - B110](0.40) | 0.40 | $194.00 |
| 12/4/2024 | PEG | Review of email from Paul Pascuzzi regarding waiver of Cushman Wakefield potential conflict. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/4/2024 | MAS | Further analysis of list of accused individuals for carriers to confirm personnel files produced and reviewed. [L320 - A104](2.00) | 2.00 | $750.00 |
| 12/4/2024 | MAS | Further analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](2.00) | 2.00 | $750.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025
Client:        150363
Matter:        900036
Invoice #:   98497323

Page:            3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/4/2024 | MAS | Attend meeting with Barry Weinstein, Kevin Cifarelli, Paul Pascuzzi, and Amanda Cottrell regarding requests from insurers for documents. [L320 - A104](1.40) | 1.40 | $525.00 |
| 12/4/2024 | MAS | Correspondence with Paula Carney regarding analysis of list of accused individuals for carriers to confirm personnel files produced and reviewed. [L320 - A104](0.40) | 0.40 | $150.00 |
| 12/4/2024 | MAS | Telephone call with Paula Carney regarding analysis of list of accused individuals for carriers to confirm personnel files produced and reviewed. [L320 - A104](0.20) | 0.20 | $75.00 |
| 12/4/2024 | MAS | Further review of ███████ personnel file for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](0.40) | 0.40 | $150.00 |
| 12/4/2024 | BGON | Run searches for ████████, ████████ and ████████ personnel files. [L140 - A102](1.30) | 1.30 | $292.50 |
| 12/5/2024 | DCZ | Review and analysis of correspondence from the Creditor's Committee regarding outstanding personnel file issues. [L320 - A104](0.30) | 0.30 | $142.50 |
| 12/5/2024 | PEG | Preparation of memorandum to Weinstein regarding AG file review. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/5/2024 | PEG | Review of letter from Anderson regarding credibly accused list; preparation of memorandum to Paula Carney regarding same. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/5/2024 | PEG | Call with Pascuzzi regarding Anderson. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/5/2024 | PEG | Call with Judge Buckley regarding Anderson. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/5/2024 | PEG | Follow up call with Paula Carney. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/5/2024 | PEG | Call with Weinstein regarding Anderson. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/5/2024 | PEG | Call from Pascuzzi regarding discussion with counsel nationally on carrier requested discovery. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/5/2024 | PEG | Conference call with the three mediators and Pascuzzi and Weinstein regarding carrier requests for documents. [B100 - B110](1.50) | 1.50 | $727.50 |
| 12/5/2024 | MAS | Further review of ███████ personnel file for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](1.60) | 1.60 | $600.00 |

The Archdiocese of San Francisco
RE: Bankruptcy

January 06, 2025
Client:      150363
Matter:      900036
Invoice #:   98497323

Page:        4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/5/2024 | MAS | Further analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](1.00) | 1.00 | $375.00 |
| 12/5/2024 | MAS | Correspondence to Brittany Michaels regarding limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A107](0.30) | 0.30 | $112.50 |
| 12/5/2024 | MAS | Correspondence to Paula Carney regarding limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A107](0.30) | 0.30 | $112.50 |
| 12/5/2024 | MAS | Telephone call  to Paula Carney regarding limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A107](0.20) | 0.20 | $75.00 |
| 12/5/2024 | BGON | Unitize ██████ files and upload to Relativity. [L140 - A104](0.70) | 0.70 | $157.50 |
| 12/5/2024 | BGON | Review and organize documents and run of document production of ██████ personnel file. [L320 - A103](0.50) | 0.50 | $112.50 |
| 12/6/2024 | PEG | Call with Paula Carney regarding meeting with mediators. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/6/2024 | PEG | Preparation of initial draft of response to Michael Norton regarding carrier discovery requests. [B100 - B110](0.80) | 0.80 | $388.00 |
| 12/6/2024 | PEG | Preparation of memorandum to Paul Pascuzzi and Amanda Cottrell regarding meeting with Fr. Summerhays on open discovery items. [B100 - B190](0.20) | 0.20 | $97.00 |
| 12/6/2024 | PEG | Exchange of further correspondence with Paul Pascuzzi and Amanda Cottrell regarding meeting regarding outstanding committee discovery. [B100 - B190](0.20) | 0.20 | $97.00 |
| 12/6/2024 | MAS | Further correspondence with Brittany Michaels regarding limited list of personnel files requested for additional search by Creditor's Committee. [L320 - A107](0.30) | 0.30 | $112.50 |
| 12/8/2024 | PEG | Review of transcript of deposition of ██████ from Clergy III for production to carriers. [B100 - B110](0.80) | 0.80 | $388.00 |
| 12/8/2024 | PEG | Review of deposition transcript of ██████ from Clergy III for production to carriers. [B100 - B110](0.40) | 0.40 | $194.00 |
| 12/8/2024 | PEG | Review of deposition transcript of ██████ from Clergy III for production to carriers. [B100 - B110](0.50) | 0.50 | $242.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025
Client: 150363
Matter: 900036
Invoice #: 98497323

Page: 5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 12/8/2024 | PEG | Review of transcript of deposition of ███████ from Clergy III for production to carriers. [B100 - B110](0.70) | 0.70 | $339.50 |
| 12/8/2024 | PEG | Review of transcript of deposition of ███████ from Clergy III for production to carriers. [B100 - B110](0.50) | 0.50 | $242.50 |
| 12/8/2024 | PEG | Review of transcript of deposition of ███████. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/9/2024 | PEG | Review of memorandum from Judge Buckley regarding further questions regarding Independent Review Board minutes; preparation of memorandum to Paula Carney regarding same. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/9/2024 | MAS | Further correspondence with Brittany Michaels regarding limited list of personnel files requested for additional search by Creditor's Committee. [L320 - A107](0.30) | 0.30 | $112.50 |
| 12/9/2024 | MAS | Further correspondence with Paula Carney regarding limited list of personnel files requested for additional search by Creditor's Committee. [L320 - A107](0.40) | 0.40 | $150.00 |
| 12/10/2024 | PEG | Conference call with Fr. Summerhays, Paula Carney, Michael Flanagan and Paul Pascuzzi regarding open discovery requests and mediator issues. [B100 - B110](1.30) | 1.30 | $630.50 |
| 12/10/2024 | PEG | Call with Judge Buckley, Tim Gallagher, Paula Carney, Fr. Summerhays and Paul Pascuzzi regarding disputed Independent Review Board documents. [B100 - B190](0.60) | 0.60 | $291.00 |
| 12/10/2024 | PEG | Follow up review of Independent Review Board minutes binders to identify and locate original unredacted copies of disputed Independent Review Board minutes. [B100 - B190](1.10) | 1.10 | $533.50 |
| 12/10/2024 | MAS | Further correspondence with Paula Carney regarding limited list of personnel files requested for additional search by Creditor's Committee. [L320 - A107](0.30) | 0.30 | $112.50 |
| 12/10/2024 | MAS | Further analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.80) | 0.80 | $300.00 |
| 12/10/2024 | BGON | Review deposition transcripts and redact victim names. [L140 - A104](2.30) | 2.30 | $517.50 |
| 12/11/2024 | DCZ | Conference call with Brittany Michaels regarding production of personnel files. [L320 - A108](0.30) | 0.30 | $142.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025
Client: 150363
Matter: 900036
Invoice #: 98497323

Page: 6

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 12/11/2024 | PEG | Preparation of memorandum to mediators regarding unredacted Independent Review Board documents. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/11/2024 | PEG | Finalize draft response to carriers regarding document requests and preparation of memorandum to mediators regarding same. [B100 - B110](0.40) | 0.40 | $194.00 |
| 12/11/2024 | PEG | Review of memorandum from Pascuzzi regarding treatment of indemnity claims. [B300 - B310](0.20) | 0.20 | $97.00 |
| 12/11/2024 | MAS | Further analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.70) | 0.70 | $262.50 |
| 12/11/2024 | MAS | Attend meeting with Brittany Michaels regarding limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.30) | 0.30 | $112.50 |
| 12/11/2024 | MAS | Correspondence with Brittany Michaels regarding limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.40) | 0.40 | $150.00 |
| 12/12/2024 | PEG | Review of replies from Judge Buckley and Judge Sonchi regarding response to carrier information requests. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/13/2024 | PEG | Review of memorandum from Amanda Cottrell regarding open discovery items and preparation of reply to Amanda regarding same. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/13/2024 | PEG | Finalize reply to carriers regarding information requests. [B100 - B110](0.40) | 0.40 | $194.00 |
| 12/13/2024 | PEG | Drafting of memorandum to mediators regarding contested Independent Review Board issues. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/13/2024 | PEG | Review of memorandum from Judge Buckley regarding mediation session. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/13/2024 | PEG | Review of reply from Michael Norton regarding carrier information requests. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/13/2024 | MAS | Further analysis of provided list of accused individuals for insurers to confirm personnel files produced and reviewed per insurer request. [L320 - A104](1.40) | 1.40 | $525.00 |
| 12/13/2024 | MAS | Receipt and review of correspondence from Brittany Michaels regarding additional questions regarding list of accused. [L320 - A107](0.20) | 0.20 | $75.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025
Client:          150363
Matter:        900036
Invoice #:    98497323

Page:                    7

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 12/16/2024 | PEG | Exchange with Paula Carney regarding Anderson letter. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/16/2024 | BJLE | Review of email from Plaintiff's counsel regarding request to add-on. [L190 - A107](0.20) | 0.20 | $90.00 |
| 12/16/2024 | MAS | Further analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.50) | 0.50 | $187.50 |
| 12/16/2024 | BGON | Review and unitize ▇▇▇▇▇ personnel file. [L140 - A104](2.50) | 2.50 | $562.50 |
| 12/17/2024 | PEG | Review of Gillian Brown's memorandum to mediators regarding outstanding Rule 2004 discovery issues. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/17/2024 | PEG | Review of memorandum from Amanda Cottrell regarding production of further financial information. [B100 - B190](0.20) | 0.20 | $97.00 |
| 12/17/2024 | PEG | Review of redactions to ▇▇▇▇▇▇▇ deposition transcripts for production to carriers. [B100 - B110](0.70) | 0.70 | $339.50 |
| 12/17/2024 | MAS | Further analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.30) | 0.30 | $112.50 |
| 12/17/2024 | MAS | Receipt and review of correspondence from Creditor's Committee regarding analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.20) | 0.20 | $75.00 |
| 12/17/2024 | BGON | Review and unitize ▇▇▇▇▇ personnel file and upload to Relativity. [L140 - A104](2.20) | 2.20 | $495.00 |
| 12/18/2024 | PEG | Exchange of memoranda with Paul Pascuzzi and Amanda Cottrell regarding Cushman & Wakefield retention. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/18/2024 | PEG | Review of reply from Judge Buckley regarding carrier information requests. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/18/2024 | PEG | Call with Fr. Summerhays, Paula Carney, Michael Flanagan, Paul Pascuzzi and Ori Katz regarding school issues. [B100 - B110](0.80) | 0.80 | $388.00 |
| 12/18/2024 | PEG | Call with Judge Buckley regarding school issues; preparation of memorandum to client and counsel regarding same. [B100 - B110](0.40) | 0.40 | $194.00 |
| 12/18/2024 | PEG | Call with Paula Carney and Fr. Summerhays regarding school issue. [B100 - B110](0.30) | 0.30 | $145.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025
Client:      150363
Matter:      900036
Invoice #:   98497323

Page:          8

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/18/2024 | MAS | Correspondence with counsel for Creditor's Committee regarding analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.30) | 0.30 | $112.50 |
| 12/19/2024 | PEG | Review of DA reports on ████████, ████████ and ████████ for Committee inquiries. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/19/2024 | PEG | Review of memorandum from Fr. Summerhays regarding sales of property and communications with the Vatican. [B100 - B190](0.40) | 0.40 | $194.00 |
| 12/19/2024 | PEG | Further exchange with Paula Carney regarding issues arising from school feasibility study. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/19/2024 | PEG | Call with Weinstein regarding meeting with mediators regarding carrier information requests. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/19/2024 | MAS | Review of ████████ file for production pursuant to Rule 2004 discovery request. [L320 - A104](0.40) | 0.40 | $150.00 |
| 12/19/2024 | MAS | Correspondence with Paula Carney regarding personnel files for production pursuant to Rule 2004 discovery request. [L320 - A104](0.30) | 0.30 | $112,50 |
| 12/19/2024 | MAS | Further analysis of provided limited list of accused individuals for Creditor's Committee to confirm personnel files produced and reviewed per Creditor's Committee counsel request. [L320 - A104](0.60) | 0.60 | $225.00 |
| 12/19/2024 | BGON | Prepare copy of ████████ personnel file for reivew. [L140 - A103](0.30) | 0.30 | $67.50 |
| 12/20/2024 | PEG | Engage with with Paul Pascuzzi and Ori Katz regarding engagement of school consultant. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/20/2024 | PEG | Review of memorandum from Ori Katz regarding notes from Committee call. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/20/2024 | PEG | Exchange with Paula Carney regarding Proofs of Claim. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/20/2024 | PEG | Preparation of reply to Katz and Pascuzzi regarding Committee. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/20/2024 | PEG | Review of ████████ Proofs of Claim. [B100 - B110](0.40) | 0.40 | $194.00 |
| 12/20/2024 | PEG | Call with Paula Carney regarding proofs of claim. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/20/2024 | MAS | Review of proofs of claim and IRB minutes identifying ████████ as perpetrator pre request from client. [L320 - A104](0.60) | 0.60 | $225.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025
Client:      150363
Matter:      900036
Invoice #:   98497323

Page:            9

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 12/23/2024 | PEG | Call with Judge Buckley regarding Committee call. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/23/2024 | PEG | Call with Weinstein regarding Orange settlement. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/23/2024 | PEG | Call from Weinstein regarding response from carriers. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/23/2024 | PEG | Call with mediators regarding their calls with carriers and committee. [B100 - B110](0.80) | 0.80 | $388.00 |
| 12/24/2024 | PEG | Review of memoranda from and preparation of memoranda to Pascuzzi regarding mediators' call and anticipated motions. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/26/2024 | PEG | Review of email from Weinstein regarding AIG and CNA policies. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/26/2024 | PEG | Review of memorandum from Judge Buckley; review of RCBO aggregates decision. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/26/2024 | PEG | Exchange with Weinstein regarding Hartford. [B100 - B110](0.30) | 0.30 | $145.50 |
| 12/26/2024 | MAS | Analysis of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](0.30) | 0.30 | $112.50 |
| 12/27/2024 | PEG | Review of Panish joinder in RCBO motion for relief from stay. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/29/2024 | MAS | Further analysis of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](1.10) | 1.10 | $412.50 |
| 12/30/2024 | PEG | Review of memorandum from Pascuzzi regarding committee fee application. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/30/2024 | PEG | Email exchange with Judge Buckley regarding next mediation session. [B100 - B110](0.20) | 0.20 | $97.00 |
| 12/30/2024 | MAS | Further analysis of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](5.00) | 5.00 | $1,875.00 |
| 12/31/2024 | PEG | Review of memorandum from Amanda Cottrell regarding Committee draft motion to publish aggregate data. [B100 - B190](0.30) | 0.30 | $145.50 |
| 12/31/2024 | PEG | Review of Debtor and insurers oppositions to motion for relief from stay in RCBO proceeding. [B100 - B190](1.30) | 1.30 | $630.50 |
| 12/31/2024 | PEG | Review of Debtor Opposition to Committee motion for standing to prosecute claims in RCBO proceeding. [B100 - B190](0.80) | 0.80 | $388.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025

| | |
|---|---|
| Client: | 150363 |
| Matter: | 900036 |
| Invoice #: | 98497323 |

Page: 10

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 12/31/2024 | MAS | Further analysis of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](4.00) | 4.00 | $1,500.00 |
| | | Total Services | 78.80 | $31,499.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 30.90 | $485.00 | $14,986.50 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.00 | $475.00 | $950.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $450.00 | $90.00 |
| MAS | Monica Silver | ASSOCIATE | 34.60 | $375.00 | $12,975.00 |
| BGON | Brian Gonzaga | PARALEGAL | 11.10 | $225.00 | $2,497.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $584,190.75 | Previous Balance | $87,127.95 |
| | | Current Charges | $31,499.00 |
| Total Disbursements to Date: | $1,945.78 | Less Payments | $66,011.15 |
| Total to Date: | $586,136.53 | **Balance Due** | **$52,615.80** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 22.00 | $10,670.00 |
| B100 | Other Contested Matters (excluding assumption/re | 8.70 | $4,219.50 |
| B300 | Claims Administration and Objections | 0.20 | $97.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

January 06, 2025
Client:           150363
Matter:          900036
Invoice #:    98497323

Page:                11

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Review/Analyze | 10.40 | $3,900.00 |
| L140 | Document/File Management - Research | 1.30 | $292.50 |
| L140 | Document/File Management - Draft/Revise | 0.90 | $202.50 |
| L140 | Document/File Management - Review/Analyze | 8.40 | $1,890.00 |
| L190 | Other - Communicate/Other Counsel | 0.20 | $90.00 |
| L320 | Document Production - Draft/Revise | 0.50 | $112.50 |
| L320 | Document Production - Review/Analyze | 21.50 | $8,092.50 |
| L320 | Document Production - Communicate/Other Couns | 3.00 | $1,125.00 |
| L320 | Document Production - Communicate/Other Exter | 0.30 | $142.50 |
| L330 | Depositions - Communicate/Other Counsel | 1.40 | $665.00 |

|  | **Total Hours** | **78.80** |
|--|-----------------|-----------|
|  | **Total Fees:** | **$31,499.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:█

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:        150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98499011 | $1,196.50 | $0.00 | $1,196.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $9,238.38 |
| Current Charges | $1,196.50 |
| Less Payments | $8,321.88 |
| **Balance Due:** | **$2,113.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: Victoria Castro

February 05, 2025
Client:      150363
Matter:      000944
Invoice #:   98499011

Page:            1

For Professional Services Rendered Through January 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/7/2025 | BJLE | Exchange of emails with Barry Weinstein regarding SIR and relief from stay. [L190 - A107](0.20) | 0.20 | $95.00 |
| 1/7/2025 | BJLE | Telephone call with Barry Weinstein regarding settlement and relief from stay. [L190 - A107](0.40) | 0.40 | $190.00 |
| 1/16/2025 | BJLE | Preparation of arguments for settlement negotiation. [L160 - A101](0.40) | 0.40 | $190.00 |
| 1/17/2025 | BJLE | Receipt of notice of relief from stay from Plaintiff. [L210 - A107](0.20) | 0.20 | $95.00 |
| 1/21/2025 | BJLE | Telephone call with Plaintiff's counsel regarding settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 1/22/2025 | PEG | Exchange of memoranda to Pascuzzi and Weinstein regarding SIR. [L120 - A106](0.20) | 0.20 | $104.00 |
| 1/23/2025 | BJLE | Receipt of notice of case management order. [L210 - A104](0.20) | 0.20 | $95.00 |
| 1/27/2025 | BJLE | Review of stay order and analyze ability to settle case in light of order. [L210 - A104](0.50) | 0.50 | $237.50 |
| 1/28/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding letter from Plaintiff. [L190 - A107](0.20) | 0.20 | $95.00 |
| | | **Total Services** | 2.50 | $1,196.50 |

The Archdiocese of San Francisco

RE: Victoria Castro

February 05, 2025
Client: 150363
Matter: 000944
Invoice #: 98499011

Page: 2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.20 | $520.00 | $104.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.30 | $475.00 | $1,092.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $24,066.00 | Previous Balance | $9,238.38 |
| Total Disbursements to Date: | $8,478.51 | Current Charges | $1,196.50 |
| Total to Date: | $32,544.51 | Less Payments | $8,321.88 |
| | | **Balance Due** | **$2,113.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $104.00 |
| L160 | Settlement/Non-Binding ADR - Plan & Prepare For | 0.40 | $190.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.20 | $95.00 |
| L190 | Other - Communicate/Other Counsel | 0.80 | $380.00 |
| L210 | Pleadings - Review/Analyze | 0.70 | $332.50 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $95.00 |
| | **Total Hours** | 2.50 | |
| | **Total Fees:** | | **$1,196.50** |



# weintraub | tobin

## weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:           150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98499012 | $104.00 | $0.00 | $104.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $104.00 |
| **Balance Due:** | **$104.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:         150363
Matter:        000945
Invoice #:    98499012
Page:                  1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through January 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 1/8/2025 | PEG | Review of email from Jeannie Kim regarding relief from stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| | | Total Services | 0.20 | $104.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.20 | $520.00 | $104.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $4,124.00 | Current Charges | $104.00 |
| Total Disbursements to Date: | $82.50 | **Balance Due** | **$104.00** |
| Total to Date: | $4,206.50 | | |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

February 05, 2025
Client: 150363
Matter: 000945
Invoice #: 98499012

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Other Contested Matters (excluding assumption/re | 0.20 | $104.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | | **$104.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:        150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000982 | ████████ | 98499013 | $2,035.00 | $0.00 | $2,035.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $2,035.00 |
| **Balance Due:** | **$2,035.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: ██████████

February 05, 2025
Client: 150363
Matter: 000982
Invoice #: 98499013
Page: 1

For Professional Services Rendered Through January 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/7/2025 | DCZ | Review and analysis of plaintiff's demand letter. [L110 - A104](0.30) | 0.30 | $150.00 |
| 1/7/2025 | DCZ | Phone call with Paula Carney regarding responding to demand letter. [L110 - A106](0.30) | 0.30 | $150.00 |
| 1/7/2025 | DCZ | Phone call with plaintiff's counsel confirming representation of the ██████ [L110 - A107](0.20) | 0.20 | $100.00 |
| 1/30/2025 | DCZ | Drafted correspondence to claimant's counsel regarding meeting to discuss claim. [L110 - A107](0.20) | 0.20 | $100.00 |
| 1/30/2025 | BGON | Review files sent by the client and process files for attorney review. [L140 - A104](0.60) | 0.60 | $135.00 |
| 1/31/2025 | DCZ | Review and analysis of claimant's personnel file and drafting timeline of events. [L110 - A104](2.80) | 2.80 | $1,400.00 |
| | | Total Services | 4.40 | $2,035.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 3.80 | $500.00 | $1,900.00 |
| BGON | Brian Gonzaga | PARALEGAL | 0.60 | $225.00 | $135.00 |

The Archdiocese of San Francisco
RE: 

February 05, 2025
Client:      150363
Matter:      000982
Invoice #:   98499013

Page:        2

| Total Fees to Date: | $2,035.00 |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $2,035.00 |

| Current Charges | $2,035.00 |
|---|---|
| **Balance Due** | **$2,035.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Review/Analyze | 3.10 | $1,550.00 |
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.30 | $150.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.40 | $200.00 |
| L140 | Document/File Management - Review/Analyze | 0.60 | $135.00 |

| | **Total Hours** | **4.40** |
|---|---|---|

| | **Total Fees:** | **$2,035.00** |
|---|---|---|



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:        150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ▮ AKA ▮ V. ▮ | 98499014 | $950.00 | $0.00 | $950.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $950.00 |
| **Balance Due:** | **$950.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▇▇▇▇▇

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client: 150363
Matter: 000983
Invoice #: 98499014
Page: 1

RE: ▇▇▇▇ AKA ▇▇▇▇▇ V. ▇▇▇▇▇▇

For Professional Services Rendered Through January 31, 2025

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/24/2025 | DCZ | Review and analysis of post-petition demand letter. [L110 - A104](1.10) | 1.10 | $550.00 |
| 1/24/2025 | DCZ | Phone call with Paul Carney regarding demand letter. [L110 - A106](0.30) | 0.30 | $150.00 |
| 1/27/2025 | DCZ | Conference call with Paul Pascuzzi and client regarding ▇▇▇▇ claim bankruptcy implications. [L110 - A107](0.50) | 0.50 | $250.00 |
| | | Total Services | 1.90 | $950.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|-----|-----|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.90 | $500.00 | $950.00 |

| | |
|---|---|
| Total Fees to Date: | $950.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $950.00 |

The Archdiocese of San Francisco

RE: ████████ AKA ████████████ V. ████████████████

February 05, 2025
Client:        150363
Matter:        000983
Invoice #:   98499014

Page:              2

| Current Charges | $950.00 |
|---|---|
| **Balance Due** | **$950.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Review/Analyze | 1.10 | $550.00 |
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.30 | $150.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.50 | $250.00 |
| | *Total Hours* | *1.90* | |
| | *Total Fees:* | *$950.00* | |



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:          150363

For Professional Services Rendered Through January 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98499025 | $47,762.00 | $92.00 | $47,854.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $52,615.80 |
| Current Charges | $47,854.00 |
| Less Payments | $14,287.60 |
| **Balance Due:** | **$86,182.20** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

February 05, 2025
Client:    150363
Matter:    900036
Invoice #:  98499025
Page:      1

RE: Bankruptcy

For Professional Services Rendered Through January 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 1/2/2025 | PEG | Call from Jeff Anderson and preparation of memorandum to Paula Carney and Father Summer hays regarding ███████. [B100 - B110](0.40) | 0.40 | $208.00 |
| 1/2/2025 | PEG | Call with Anderson regarding press conference. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/2/2025 | PEG | Preparation of follow up memorandum to Paula Carney and Fr. Summer hays and call with Judge Buckley regarding same. [B100 - B110](0.40) | 0.40 | $208.00 |
| 1/2/2025 | PEG | Call with Weinstein regarding impact of Anderson press release. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/2/2025 | PEG | Call from Paula Carney regarding Anderson press conference. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/3/2025 | PEG | Review of Pascuzzi task list for outline of discussion with Pascuzzi, Fr. Summer hays and Paula Carney. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/3/2025 | PEG | Review and comment on draft outline regarding ███████. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/3/2025 | PEG | Follow up exchange with Carney. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/4/2025 | PEG | Exchange with Amanda Cottrell regarding motion to publish. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:      150363
Matter:      900036
Invoice #:   98499025

Page:        2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/5/2025 | PEG | Review of memorandum from Pascuzzi regarding next mediation sessions. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/5/2025 | PEG | Review of email from Pascuzzi regarding ██████. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/5/2025 | PEG | Preparation of memorandum to Paula Carney regarding KQED radio inquiry. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/6/2025 | PEG | Call with Carney, Summer hays, Pascuzzi, Katz and Weinstein regarding Anderson press conference. [B100 - B110](1.50) | 1.50 | $780.00 |
| 1/6/2025 | PEG | Review of Anderson's demand to ██████ [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/6/2025 | MAS | Further analysis and determination of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](2.50) | 2.50 | $937.50 |
| 1/7/2025 | PEG | Preparation of emails to Judge Buckley. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/7/2025 | PEG | Call with Judge Buckley regarding Anderson. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/7/2025 | MAS | Continued analysis and determination of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](5.10) | 5.10 | $1,912.50 |
| 1/8/2025 | PEG | Call with Pascuzzi regarding ██████ [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/9/2025 | PEG | Call with Paula Carney regarding ██████ complaints. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/9/2025 | PEG | Review of memorandum from Paula regarding ██████. Preparation of memorandum to Pascuzzi and Katz regarding same. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/9/2025 | PEG | Exchange of multiple emails with Amanda Cottrell regarding ██████ communications and Committee demands. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/9/2025 | PEG | Exchange of multiple emails with Ori Katz regarding calls with Committee counsel on ██████ [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/9/2025 | PEG | Call with Pascuzzi regarding Committee issues. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/9/2025 | MAS | Continued analysis of non-ADSF locations and relationship thereto named perpetrators per carrier request for information. [L120 - A104](2.60) | 2.60 | $975.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:         150363
Matter:         900036
Invoice #:     98499025

Page:            3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/10/2025 | PEG | Call with Paul Pascuzzi, Ori Katz, and Barry Weinstein regarding ████████████████. [B100 - B110](1.00) | 1.00 | $520.00 |
| 1/10/2025 | PEG | Preparation of edits to draft response to Anderson. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/10/2025 | PEG | Call with Pascuzzi, Katz, Paula Carney and Fr. Summer hays regarding response to Anderson. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/12/2025 | PEG | Review of Committee objections to RCBO's Amended Disclosure Statement. [B100 - B110](0.50) | 0.50 | $260.00 |
| 1/13/2025 | PEG | Review of multiple emails from Pascuzzi and Cottrell regarding Committee discovery issues. [B100 - B110](0.40) | 0.40 | $208.00 |
| 1/14/2025 | DCZ | Conference call with Peter Califano regarding proposed trial setting of cases against ████████ [L110 - A107](0.50) | 0.50 | $237.50 |
| 1/14/2025 | PEG | Emails with Paul Pascuzzi, Ori Katz and DCZ re threatened relief from stay motion re ████████ ████████ [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/14/2025 | PEG | Call with Fr. Summer hays, Michael Flanagan, Paula Carney, Paul Pascuzzi and Barry Weinstein regarding Committee motions and issues and mediation preparation. [B100 - B110](1.30) | 1.30 | $676.00 |
| 1/14/2025 | PEG | Exchange of emails with Paul Pascuzzi, Ori Katz and Daniel Zamora regarding threatened relief from stay motion regarding ████████████████. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/15/2025 | DCZ | Phone call with Paula Carney regarding setting of ████████ cases for trial. [L120 - A106](0.20) | 0.20 | $95.00 |
| 1/15/2025 | DCZ | Phone call with Barry Weinstein regarding coverage for the ████████ [L110 - A107](0.20) | 0.20 | $95.00 |
| 1/15/2025 | DCZ | Drafted correspondence to counsel for the Diocese of Oakland regarding ████████ case being proposed for trial. [L110 - A107](0.20) | 0.20 | $95.00 |
| 1/15/2025 | DCZ | Review and analysis of claims involving ████████ relative to Committee demand to publish information. [L140 - A104](0.50) | 0.50 | $237.50 |
| 1/15/2025 | PEG | Review of memorandum from Fr. Summer hays regarding ████████████████ approval of real property sale. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/15/2025 | PEG | Exchange with Michael Flanagan regarding mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98499025

Page: 4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/15/2025 | PEG | Review and edit draft reply to Committee. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/15/2025 | PEG | Exchange with Paula Carney regarding request for records at ▮▮▮▮▮▮▮▮▮▮▮. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/15/2025 | PEG | Review of Flanagan's financial analysis. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/15/2025 | BJLE | Preparation of response to Paula Carney regarding ▮▮▮▮▮▮▮ and proof of claim. [L110 - A106](0.20) | 0.20 | $75.00 |
| 1/16/2025 | PEG | Call with Amanda Cottrell regarding responses to Committee. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/16/2025 | PEG | Review of Marlow edits to reply to Committee; email to team with comments regarding same. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/16/2025 | BJLE | Telephone call with Chuck Louderback regarding status of JCCP proceeding, and bankruptcy. [L470 - A107](0.50) | 0.50 | $187.50 |
| 1/16/2025 | MAS | Correspondence with Paula Carney regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ pursuant to Rule 2004 discovery request. [L320 - A106](0.20) | 0.20 | $75.00 |
| 1/17/2025 | DCZ | Conference call with other co-defendant's counsel about trail setting of cases involving Debtor affiliates. [L120 - A108](0.90) | 0.90 | $427.50 |
| 1/17/2025 | DCZ | Phone call with Peter Califano regarding proposed trial setting against ▮▮▮▮▮▮▮. [L120 - A108](0.40) | 0.40 | $190.00 |
| 1/17/2025 | PEG | Call with Fr. Summer hays, Paula Carney and Paul Pascuzzi regarding ▮▮▮▮▮▮▮ [B100 - B110](0.50) | 0.50 | $260.00 |
| 1/17/2025 | PEG | Review and edit proposed agenda for meeting with ▮▮▮▮▮▮▮ [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/17/2025 | BJLE | Preparation of stipulation to add on ▮▮▮▮ case to JCCP 5108 for control purposes. [L210 - A103](0.50) | 0.50 | $187.50 |
| 1/17/2025 | BJLE | Telephone call with Plaintiff's counsel regarding terms of stipulation to add on. [L210 - A107](0.20) | 0.20 | $75.00 |
| 1/18/2025 | PEG | Review of memorandum from Katz regarding Committee demands. Review of Committee email demand. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/18/2025 | PEG | Drafting of response to Committee demand. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/19/2025 | PEG | Review of correspondence from Stang regarding affiliates. [B100 - B110](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98499025

Page: 5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 1/20/2025 | PEG | Review of email from Gillian Brown regarding ███ documents. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/20/2025 | PEG | Call with Paul Pascuzzi, Ori Katz and Barry Weinstein regarding demands from Committee. [B100 - B190](0.80) | 0.80 | $416.00 |
| 1/20/2025 | PEG | Review of and preparation of edits to draft memorandum to Paula Carney regarding response to Committee. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/20/2025 | PEG | Review of reply from Paula Carney regarding Committee demands. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/21/2025 | PEG | Review of chart of AG investigation to isolate incidents post-2000. [B100 - B110](0.40) | 0.40 | $208.00 |
| 1/21/2025 | PEG | Review of non-monetary provisions in New Orleans and Rockville Chapter 11 proceedings in preparation for meeting at Chancery. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/21/2025 | PEG | Call with Fr. Summer hays, Paula Carney, Paul Pascuzzi, Ori Katz and Barry Weinstein regarding response to Committee demands. [B100 - B190](0.60) | 0.60 | $312.00 |
| 1/21/2025 | PEG | Review, edit and comment on redline revisions to reply to Committee. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/21/2025 | PEG | Review and analysis of draft arguments of separateness of support corporations. [B100 - B110](0.80) | 0.80 | $416.00 |
| 1/21/2025 | MAS | Compilation of claims of abuse made against accused individuals from 2000 on for argument at mediations. [L120 - A104](0.60) | 0.60 | $225.00 |
| 1/22/2025 | DCZ | Phone call with other counsel regarding bankruptcy stay issues in JCCP 5108 proceeding. [L120 - A107](0.30) | 0.30 | $142.50 |
| 1/22/2025 | DCZ | Phone call with bankruptcy counsel for ███ ███ regarding JCCP 5108 case management conference. [L120 - A107](0.40) | 0.40 | $190.00 |
| 1/22/2025 | PEG | Meeting with Paula Carney, Michael, Flanagan, Paul Pascuzzi and B. Riley to analyze assets. [B100 - B110](1.00) | 1.00 | $520.00 |
| 1/22/2025 | PEG | Meeting with Archbishop Cordeleone, Paula Carney, Paul Pascuzzi and Fr. Summer hays to discuss ongoing mediation and committee issues. [B100 - B110](1.50) | 1.50 | $780.00 |
| 1/23/2025 | PEG | Email exchange with Amanda Cottrell regarding Committee request for ███ documents. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/24/2025 | DCZ | Drafting correspondence to bankruptcy counsel regarding JCCP 5108 case management order. [L110 - A107](0.70) | 0.70 | $332.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:       150363
Matter:       900036
Invoice #:    98499025

Page:              6

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/24/2025 | PEG | Review of Case Management Conference Order in JCCP 5108 as to implications for relief from stay issues for debtor affiliates. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/24/2025 | PEG | Review of and preparation of edits to draft reply to Committee regarding affiliates' financials. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/24/2025 | PEG | Review of Baker Tilly memorandum regarding subpoena for affiliates information. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/24/2025 | PEG | Call with Paul Pascuzzi regarding ███████████ in JCCP 5108 Case Management Conference Order. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/24/2025 | PEG | Call with Pascuzzi regarding ████████████. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/26/2025 | PEG | Review of email from Weinstein regarding coverage chart. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/27/2025 | DCZ | Drafting correspondence regarding status of JCCP 5108 CMC order. [L110 - A103](0.40) | 0.40 | $190.00 |
| 1/27/2025 | DCZ | Review and analysis of claim information in preparation for global mediation of all bankruptcy claims. [L160 - A104](0.70) | 0.70 | $332.50 |
| 1/27/2025 | PEG | Review of Pascuzzi edits to response to Stang; add comments to same. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/27/2025 | PEG | Call with Weinstein regarding ████████████ ███████ [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/27/2025 | PEG | Call with Judge Buckley regarding mediation session and report to RCASF. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/27/2025 | PEG | Prepare for mediation session, reviews of Proof of claim chart, claim chart and post-2000 chart of allegations. [B100 - B110](1.20) | 1.20 | $624.00 |
| 1/27/2025 | PEG | Review of Katz memorandum and cited cases on ████ agreement. [B100 - B110](0.30) | 0.30 | $156.00 |
| 1/27/2025 | PEG | Call with bankruptcy counsel regarding response to Case Management Conference Order regarding █████████ [B100 - B190](0.50) | 0.50 | $260.00 |
| 1/27/2025 | PEG | Preparation of memorandum to Judge Buckley regarding Stang letters. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/27/2025 | MAS | Correspondence with Paula Carney regarding remaining ████████████ for review pursuant to Rule 2004 discovery request. [L320 - A106](0.30) | 0.30 | $112.50 |
| 1/27/2025 | MAS | Prepare materials of all claims, including proofs of claims and notices of claim received for carriers for purposes of upcoming global mediation of claims. [L160 - A104](2.70) | 2.70 | $1,012.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98499025

Page: 7

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/27/2025 | BGON | Update information on AB 218 claims. [L140 - A104](0.50) | 0.50 | $112.50 |
| 1/28/2025 | DCZ | Attended global mediation of all ███████ bankruptcy claims at signature Resolution in Oakland. [L230 - A109](9.90) | 9.00 | $4,275.00 |
| 1/28/2025 | PEG | Mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](9.00) | 9.00 | $4,680.00 |
| 1/29/2025 | DCZ | Attended continued global mediation of all ███████ bankruptcy claims. [L230 - A109](7.90) | 7.00 | $3,325.00 |
| 1/29/2025 | PEG | Day 2 of mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](7.00) | 7.00 | $3,640.00 |
| 1/29/2025 | MAS | Analysis of all proofs of claim for information regarding which plaintiff's counsel has certain claim for purposes of global mediation of claims. [L160 - A104](1.30) | 1.30 | $487.50 |
| 1/29/2025 | MAS | Prepare further analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.40) | 0.40 | $150.00 |
| 1/30/2025 | AAM | Review personnel file of ███████ for purposes of production pursuant to rule 2004 discovery request and for privilege and privacy. [L390 - A104](3.00) | 3.00 | $1,350.00 |
| 1/30/2025 | DCZ | Review and analysis of correspondence regarding bankruptcy stay on JCCP 5108 cases. [L110 - A104](0.20) | 0.20 | $95.00 |
| 1/30/2025 | DCZ | Phone call with ███████ regarding cases subject to bankruptcy stay. [L110 - A107](0.50) | 0.50 | $237.50 |
| 1/30/2025 | PEG | Preparation of memorandum to Weinstein regarding chart of ███████ in proofs of claim. [B300 - B310](0.30) | 0.30 | $156.00 |
| 1/30/2025 | PEG | Drafting of memorandum to carriers regarding ███████ in proofs of claim and forward same to Weinstein. [B300 - B310](0.40) | 0.40 | $208.00 |
| 1/30/2025 | PEG | Email exchange with Pascuzzi regarding relief from stay issues. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/30/2025 | PEG | Review of emails from and preparation of emails to Paul Pascuzzi regarding financial presentation at 2/23 mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/30/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](3.20) | 3.20 | $1,200.00 |
| 1/31/2025 | AAM | Review ███████ for purposes of production pursuant to rule 2004 discovery request and for privilege and privacy. [L390 - A104](3.20) | 3.20 | $1,440.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98499025

Page: 8

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 1/31/2025 | PEG | Review of memoranda from Ori Katz and Tim Gallagher regarding production of financial information and mediation privilege. [B100 - B190](0.30) | 0.30 | $156.00 |
| 1/31/2025 | PEG | Review of email from Committee counsel to RPSC counsel requesting further financial information. [B100 - B110](0.20) | 0.20 | $104.00 |
| 1/31/2025 | PEG | Review of response from Brittany Michael to Katz letter; drafting of memorandum to mediators regarding same. [B100 - B190](0.40) | 0.40 | $208.00 |
| 1/31/2025 | PEG | Review of memorandum from Fr. Summer hays regarding ███████████ and ██████ documents in response to Committee requests. [B100 - B190](0.20) | 0.20 | $104.00 |
| 1/31/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](3.90) | 3.90 | $1,462.50 |
| 1/31/2025 | MAS | Conduct second pass review of documents for ████████ ████████ for purposes of Rule 2004 discovery request. [L320 - A104](0.30) | 0.30 | $112.50 |
| 1/31/2025 | RGC | Review of ██████████ personnel file for purposes of production pursuant to Rule 2004 request. [L320 - A104](3.90) | 3.90 | $1,462.50 |
| | | Total Services | 102.80 | $47,762.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 45.60 | $520.00 | $23,712.00 |
| AAM | Audrey A. Millemann | SHAREHOLDER | 6.20 | $450.00 | $2,790.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 22.10 | $475.00 | $10,497.50 |
| RGC | Roberto Cruz | ASSOCIATE | 3.90 | $375.00 | $1,462.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.40 | $375.00 | $525.00 |
| MAS | Monica Silver | ASSOCIATE | 23.10 | $375.00 | $8,662.50 |
| BGON | Brian Gonzaga | PARALEGAL | 0.50 | $225.00 | $112.50 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 1/31/2025 | Paul E. Gaspari- Parking Charges- 1/28 - 1/29/2025 Oakland Con. Center - Parking at mediation [E100 - E109] | $92.00 |

The Archdiocese of San Francisco
RE: Bankruptcy

February 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98499025

Page: 9

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| | Total Expenses | $92.00 |

| | | |
|---|---|---|
| Total Fees to Date: | $631,952.75 | |
| Total Disbursements to Date: | $2,037.78 | |
| Total to Date: | $633,990.53 | |

| | |
|---|---|
| Previous Balance | $52,615.80 |
| Current Charges | $47,854.00 |
| Less Payments | $14,287.60 |
| **Balance Due** | **$86,182.20** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 34.70 | $18,044.00 |
| B100 | Other Contested Matters (excluding assumption/re | 10.20 | $5,304.00 |
| B300 | Claims Administration and Objections | 0.70 | $364.00 |
| E100 | Local Travel | 0.00 | $92.00 |
| L110 | Fact Investigation/Development - Draft/Revise | 0.40 | $190.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.20 | $95.00 |
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $75.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 2.10 | $997.50 |
| L120 | Analysis/Strategy - Review/Analyze | 10.80 | $4,050.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

February 05, 2025
Client:        150363
Matter:       900036
Invoice #:    98499025

Page:            10

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $95.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.70 | $332.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 1.30 | $617.50 |
| L140 | Document/File Management - Review/Analyze | 1.00 | $350.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 12.20 | $4,645.00 |
| L210 | Pleadings - Draft/Revise | 0.50 | $187.50 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $75.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 16.00 | $7,600.00 |
| L320 | Document Production - Review/Analyze | 4.20 | $1,575.00 |
| L320 | Document Production - Communicate w/Client | 0.50 | $187.50 |
| L390 | Other Discovery - Review/Analyze | 6.20 | $2,790.00 |
| L470 | Enforcement - Communicate/Other Counsel | 0.50 | $187.50 |

**Total Hours**    *102.80*

**Total Fees:**  *$47,762.00*

**Exhibit B**

Customary and Comparable Compensation

# EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

*(See* Guidlines C.3. for definitions of terms used in this Exhibit)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed or collected firm or offices for preceding year, excluding BK | Billed in this fee application/RCASF (10/1/24-1/31/25) |
| Sr./Equity Partner/Shareholder | $ 565.16 | $496.45 |
| Jr./Non-Equity/Income Partner | $ 495.00 | $478.17 |
| Counsel | $ 457.42 | |
| Sr. Associate (7+) | $ 388.30 | $450.00 |
| Associate (4-6) | $ 329.77 | $375.00 |
| Jr. Associate (1-3) | $ 312.75 | |
| Paralegal | $ 240.49 | $225.00 |
| All timekeepers Aggregated | $ 457.25 | $425.91 |

1

**Exhibit C**

2

Attorney Fee Budget

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

## WEINTRAUB TOBIN
FEE BUDGET

| MONTH | FEES AND EXPENSES | | |
| --- | --- | --- | --- |
| | BUDGET | SOUGHT | VARIANCE over/(under) |
| October 2024 | $ 75,000.00 | $ 22,264.00 | $ (57,736.00) |
| November 2024 | $ 75,000.00 | $ 27,103.38 | $ (47,896.62) |
| December 2024 | $ 75,000.00 | $ 31,904.00 | $ (43,096.00) |
| January 2025 | $ 75,000.00 | $ 52,139.50 | $ (22,860.50) |
| **Total for the Period October 1, 2024 - January 31, 2025** | **$ 300,000.00** | **$ 133,410.88** | **$ (166,589.12)** |