1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
       WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:     (916) 329-7400
   Facsimile:      (916) 329-7435
6  Email:          ppascuzzi@ffwplaw.com
                   jrios@ffwplaw.com
7                  tphinney@ffwplaw.com
                   mkutsuris@ffwplaw.com
8
9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
       Including Professional Corporations
11 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
12 Telephone:     (415) 434-9100
   Facsimile:      (415) 434-3947
13 Email:          okatz@sheppardmullin.com
                   amartin@sheppardmullin.com
14
15 Attorneys for The Roman Catholic Archbishop of
   San Francisco
16
                 UNITED STATES BANKRUPTCY COURT
17
                 NORTHERN DISTRICT OF CALIFORNIA
18
                     SAN FRANCISCO DIVISION
19

20 In re                                    Case No. 23-30564

21 THE ROMAN CATHOLIC ARCHBISHOP           Chapter 11
   OF SAN FRANCISCO,
22
                                           Date:      April 10, 2025
        Debtor and                         Time:      1:30 p.m.
23      Debtor in Possession.              Location:  Via ZoomGov
                                           Judge:     Hon. Dennis Montali
24

25

26 **DECLARATION OF BARRON L. WEINSTEIN IN SUPPORT OF SECOND INTERIM**
   **APPLICATION OF BLANK ROME, LLP FOR ALLOWANCE OF FEES AND**
27 **REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL**
   **FOR THE DEBTOR IN POSSESSION**
28

I, Barron L. Weinstein, declare:

1. I am an attorney duly licensed to practice law in the State of California and Of Counsel with Blank Rome, LLP ("BR"), special insurance counsel for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. I was a partner at Weinstein & Numbers until June 30, 2024. As of July 1, 2024, I joined Blank Rome, LLP as Of Counsel. As such, I have personal knowledge of BR's billing policies and practices. I have read the accompanying *Second Interim Application of Blank Rome, LLP, for Allowance of Fees and Reimbursement of Expenses* a*s Special Insurance Counsel for the Debtor in Possession* (the "Application"), and to the best of my knowledge, all statements are true and correct.

3. During the four-month period of October 1, 2024, through and including January 31, 2025, (the "Application Period"), BR billed the Debtor for legal services in the sum of $125,518.50 and expenses in the amount of $1,932.11 for a total of $127,450.61. The services performed by BR during this case have been specific to its role as special insurance counsel to the Debtor.

4. The detailed billing statements reflecting BR's time records is attached hereto as *Exhibit A* and record total fees in the amount of $125,518.50 incurred during the Application Period.

5. Attached hereto as *Exhibit B* is a summary of customary and comparable compensation provided by BR describing the blended hourly rates of the various categories of timekeepers that provided services to the Debtor during the Application Period. The summary gives defined terms used in this exhibit the same meanings ascribed to them in ¶ C.3 of the UST Guidelines.

6. Attached hereto as *Exhibit C* is a copy of the "Attorney Fee Budget" agreed upon by and between the Debtor and BR. This exhibit also includes a comparison of budgeted to actual fees sought during the Application Period. BR is not submitting a detailed staffing plan or summary

of fees and hours budgeted compared to fees and hours billed for each project category as this information is privileged and confidential.

7. A breakdown of the professionals who billed to this case during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| (01) Asset Analysis and Recovery (Insurance Proceeds) | 30.00 | $15,445.50 |
| (02) Bankruptcy Procedure | 3.60 | $2,778.00 |
| (05) Fee Applications | 3.30 | $1,275.00 |
| (06) Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage) | 23.40 | $8,549.50 |
| (07) Mediation | 104.80 | $80,756.90 |
| (08) Motion Practice | 3.50 | $2,870.00 |
| (10) Recovery of Defense Costs from Carriers | 3.40 | $1,853.20 |
| (93) Discovery | 22.20 | $11,990.40 |
| **Totals** | **194.20** | **$125,518.50** |

8. I have used my best billing judgment to allocate the services covered by this interim fee application to task categories listed above. I will continue to do so going forward on all BR monthly fee notices and interim fee applications. A brief description of the type of services contained in each category is as follows:

a. The "Asset Analysis and Recovery" task code was used for identification and review of potential assets including causes of action and non-litigation recoveries which includes but not limited to continued efforts to locate archival insurance documents and evaluate the potential coverage.

b. The "Bankruptcy Procedure" task code was used for matters which includes but is not limited to conferencing with Committee counsel and preparing information for them regarding the Debtor's coverage.

///

///

c.     The "Fee Applications" task code was used for matters relating to generally include but are not limited to preparation of BR's monthly fee statements and interim fee applications.

d.     The "Litigation (Analysis of Coordinated Abuse Claims for Available Insurance Coverage)" task code was used for matters which includes but is not limited to the review of each abuse claim to determine which insurance policies might apply, preparation of correspondence tendering each claim to each carrier with potential coverage, maintaining charts of all tenders and responses, maintaining charts of identifying information for each abuse claim as necessary to pursue coverage, conferencing with insurance adjusters and coverage counsel to address questions and requests for information, and collaborating with defense and bankruptcy counsel to coordinate the insurance coverage issues with ongoing defense and bankruptcy issues.

e.     The "Mediation" task code was used for matters related to which includes but not limited to review of correspondence regarding mediation strategy, preparation of correspondence regarding mediation, attending Zoom meeting regarding issues of mediation and overall strategy with counsel and client, and numerous telephone conferences regarding mediation.

f.     The "Motion Practice" task code was used for matters which includes but not limited to attending Zoom meetings with counsel and client to discuss hearing on pending motions, review of pleadings and file notes to prepare for hearings, attending hearings via Zoom, reviewing pleadings regarding state court coverage action, and telephone conference with counsel regarding same.

g.     The "Recovery of Defense Costs" task code was used for matters which includes but not limited to reviewing defense counsel's invoices and prepare correspondence to insurance carriers demanding reimbursement pursuant to duty to defend; reviewing and preparing correspondence with defense counsel regarding their invoices for submission to carriers; reviewing and analysis of invoices to track status of reimbursement.

h.     The "Discovery" task code was used for matters relating to analysis and communications regarding Committee production requests which includes but not limited to analysis and communications regarding Committee production request, including extensive

Case: 23-30564    Doc# 1066    Filed: 03/06/25    Entered: 03/06/25 15:02:43    Page 4 of 42

document review and organization; analysis and preparation of responses; and production of shared links for policy documents.

9. During the Application Period, BR incurred actual and necessary expenses in the amount of $1,932.11 as follows:

| Category | Total |
|---|---|
| Document Management | $85.44 |
| Travel (Mediation) | $1,846.67 |
| **Total Expenses** | **$1,932.11** |

10. This is Counsel's second interim fee motion. With respect to the Bankruptcy Rule 2016(a) requirements for attorney fee applications, BR has not received any payments to date in this case from any source, other than the Debtor.

11. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], BR has filed and served a fee notice for the months of October 2024 [ECF No. 915], November 2024 [ECF No. 951], December 2024 [ECF No 966] and January 2025 [ECF No. 1003]. No objections were received with respect to the October, November, and December notices, while the time for objections to the January fee notice has not yet expired. BR has received payments from the Debtor, such that is has been paid 80% of fees and 100% of expenses with respect to the October, November and December fee notices. No payments have yet been received for January 2025 as of the filing of this application. BR has not held a retainer, thus the retainer balance as of January 31, 2025, was $0.00.

12. As of the filing of this Application, the unpaid 20% holdback together with the remainder of the January 2025 fees and costs totaling $80,179.23. The retainer balance as of January 2025, was $0.00.

13. With respect to Bankruptcy Rule 2016(b), BR has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other

person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

14.     I certify that to the best of my knowledge BR has complied with the U.S. Trustee's guidelines ("U.S. Trustee Guidelines").

15.     I certify that:  (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by the my firm's clients.

16.     In accordance with UST Guidelines for Large Cases, BR prepared budgets and staffing plans for the period during the application which were reviewed with and approved by the Debtor.

17.     As required by the UST Large Case guidelines, BR provides the following:

a.     BR did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

b.     If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?  No, the fees requested were substantially under the fees budgeted for the time period.

c.     Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?  No.

d.     Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  No.

e.     Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  No.

///

Case: 23-30564    Doc# 1066    Filed: 03/06/25    Entered: 03/06/25 15:02:43    Page 6 of 42

f.      The fee application does include a rate increase since the effective date of BR's employment to represent the Debtor in this case.  BR, as well as other Debtor professionals filed notices of increased hourly rates that are effective on or about January 1, 2025.

18.      I respectfully submit that all the billings and expenses have been reasonable and necessary in this case and respectfully request that they be approved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 6, 2025, at Larkspur, California.

Barron L. Weinstein

1

**Exhibit A**

2

October 1, 2024 through January 31, 2025

3

Billing Statements

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 23-30564   Doc# 1066   Filed: 03/06/25   Entered: 03/06/25 15:02:43   Page 8 of
42

# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ████1874

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | |
| PAULA CARNEY AND PHILIP LAM | |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | |
| ███████████, ████████████ | |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | |

| | |
|---|---|
| INVOICE DATE: | NOVEMBER 12, 2024 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 |
| INVOICE NUMBER: | 2237777 |
| | PAGE 1 |

**REGARDING:  ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS**

**FOR LEGAL SERVICES RENDERED THROUGH OCTOBER 31, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/01/24 | REVIEW AND REVISE JULY-AUGUST FEE APPLICATION. | C. YEO | 05 | 0.30 | 76.50 |
| 10/01/24 | REVIEW AND ANALYSIS OF ARTICLE REGARDING COVERAGE LITIGATION BETWEEN ANOTHER INSTITUTION AND CHUBB INSURANCE INVOLVING SIMILAR ISSUES. | B. WEINSTEIN | 01 | 0.30 | 202.50 |
| 10/03/24 | REVIEW, ANALYZE, CHART AND FILE NEW CORRESPONDENCE RECEIVED FROM 7 INSURERS, AND NEW CORRESPONDENCE TO AND FROM DEFENSE COUNSEL | B. CAROLUS | 06 | 1.10 | 374.00 |
| 10/03/24 | REVIEW AND REVISE SUPPORTING DOCUMENTS FOR FEE APPLICATION (.2) EMAIL FROM P. PASCUZZI AND REVIEW OF RELEVANT PLEADINGS RE BANKRUPTCY (.1) REVIEW OF CORRESPONDENCE FROM P. GASPARI AND P. PASCUZZI RE ISSUES OF MEDIATION AND BANKRUPTCY (.2) | K. CIFARELLI | 05 | 0.40 | 180.00 |
| 10/04/24 | REVIEW, ANALYZE AND ORGANIZE MULTIPLE PLEADINGS FROM BANKRUPTCY DOCKET. | B. CAROLUS | 06 | 0.90 | 306.00 |
| 10/07/24 | REVIEW OF TENDER RECONCILIATION CHART TO IDENTIFY CARRIER COVERAGE POSITIONS, TENDERED CLAIMS WITHOUT RESPONSES AND PREPARE FOLLOW UP COMMUNICATIONS TO CARRIERS FOR COVERAGE POSITIONS (.6) REVIEW OF CARRIER REQUESTS FOR INFORMATION TO IDENTIFY REQUESTS NOT CAPTURED BY DOCUMENT PRODUCTION (.3) | K. CIFARELLI | 01 | 0.90 | 405.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 10/08/24 | REVIEW PLEADINGS AND UPDATE LITIGATION CALENDAR. | C. YEO | 06 | 0.20 | 51.00 |
| 10/08/24 | EVALUATE AND CATALOG NEW CORRESPONDENCE FROM C. YEO TO BLANK ROME DOCKETING REGARDING NEW LITIGATION AND HEARING CALENDARING DATES AND ATTACHED COURT ORDER (.1); EVALUATE CORRESPONDENCE FROM C. YEO REGARDING FILE ORGANIZATION IN IMANAGE (.1) | B. CAROLUS | 06 | 0.20 | 68.00 |
| 10/08/24 | REVIEW AND ANALYSIS OF ORDER IN ROCHESTER BANKRUPTCY CASE REGARDING ADVERSARY PROCEEDING AND PROPOSED SETTLEMENT THAT INVOLVES ISSUES RELEVANT TO THE PRESENT ACTION (.5); PREPARE CORRESPONDENCE TO CLIENT REGARDING STATUS (.2). | B. WEINSTEIN | 02 | 0.70 | 472.50 |
| 10/08/24 | REVIEW OF CORRESPONDENCE FROM COMMITTEE COUNSEL J. BAIR AND INSURANCE COVERAGE CHART AND ISSUES TO PREPARE FOR TEAMS MEETING WITH COMMITTEE COUNSEL (.6) REVIEW OF EMAIL FROM O. KATZ AND MOTION RE DISCLOSURE OF AGGREGATED DATA (.1) REVIEW OF CORRESPONDENCE REGARDING BANKRUPTCY AND CLAIM INFORMATION (.1) REVIEW OF MULTIPLE EMAILS FROM COUNSEL AND CLIENT RE MEDIATION (.1) REVIEW OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL RE MEDIATION (.1) REVIEW OF CORRESPONDENCE FROM M. MCCURDY RE MEDIATION (.1) | K. CIFARELLI | 01 | 1.10 | 495.00 |
| 10/09/24 | CONFERENCE WITH COMMITTEE COUNSEL REGARDING POLICY INFORMATION IN PREPARATION FOR MEDIATION (1.0); REVIEW COVERAGE CHART AND POLICY DOCUMENTS TO PREPARE FOR SAME (.4); RESEARCH SETTLEMENT OPTIONS (.7). | B. WEINSTEIN | 07 | 2.10 | 1,417.50 |
| 10/09/24 | PARTICIPATE IN TEAMS MEETING WITH B. WEINSTEIN AND COMMITTEE COUNSE REGARDING MEDIATION ISSUES.(1.0) REVIEW OF COVERAGE ISSUES RAISED BY COMMITTEE DURING CALL AND REVIEW OF FILE REGARDING | K. CIFARELLI | 01 | 3.70 | 1,665.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | POLICY INFORMATION REQUESTED BY COMMITTEE (.6) DRAFT MEMORANDUM RE CALL WITH COMMITTEE (.5) REVIEW OF CORRESPONDENCE FROM CARRIER REGARDING COVERAGE POSITION ON MULTIPLE CLAIMS AND REVIEW OF FILE REGARDING PLEADINGS AND REQUEST FOR INFORMATION (1.3) REVISIONS TO DEFENDING CARRIER CHART AND PREPARE EMAIL TO ▇▇▇▇▇ RE REIMBURSEMENT OF FEES FROM CARRIERS (.2) EMAIL TO AND FROM ▇▇▇▇ RE DOCUMENT PRODUCTION (.1) | | | | |
| 10/10/24 | TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING PRODUCTION OF INSURANCE POLICIES BY CARRIERS; REVIEW FILE NOTES REGARDING SAME. | B. WEINSTEIN | 93 | 0.30 | 202.50 |
| 10/10/24 | PHONE CALL WITH ▇▇▇▇ RE DOCUMENT PRODUCTION (.1) PREPARE DOCUMENT PRODUCTION TO ▇▇▇▇▇ (.1) | K. CIFARELLI | 93 | 0.20 | 90.00 |
| 10/10/24 | REVIEW OF CORRESPONDENCE FROM P. PASCUZZI RE FEE APPLICATION. | K. CIFARELLI | 05 | 0.10 | 45.00 |
| 10/11/24 | REVIEW OF CORRESPONDENCE FROM J. KIM RE PRODUCTION OF DOCUMENTS AND ISSUES OF CONFIDENTIALITY (.1) REVIEW OF EMAIL FROM B. CAWLEY RE POLICIES PRODUCED TO COMMITTEE BY CARRIERS TRAVELERS, HARTFORD AND APPALACHIAN (.1) REVIEW AND ANALYZE NEWLY RECEIVED INFORMATION ON POSSIBLE CARRIER INSOLVENCIES (.4) REVIEW OF CORRESPONDENCE FROM S. DEWIT AT CHUBB RE TENDERS TO CHUBB (.1) SUPPLEMENT PRODUCTION MATERIALS TO CHUBB (.5) | K. CIFARELLI | 93 | 1.20 | 540.00 |
| 10/14/24 | EVALUATE CORRESPONDENCE FROM CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 10/14/24 | REVIEW OF CORRESPONDENCE FROM P. GASPARI RE MEDIATION AND INSURANCE ISSUES. | K. CIFARELLI | 07 | 0.10 | 45.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 10/15/24 | EVALUATE CORRESPONDENCE FROM CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX. | B. CAROLUS | 06 | 0.10 | 34.00 |
| 10/15/24 | REVIEW OF CORRESPONDENCE FROM APPALACHIAN COUNSEL T. KARPA RE CLAIMANT ████ SF; REVIEW OF EMAIL FROM T. KARPA RE ALL CLAIMS TENDERED TO APPALACHIAN (.1) | K. CIFARELLI | 06 | 0.10 | 45.00 |
| 10/15/24 | REVIEW AND REVISE FEE APPLICATION EXHIBITS. | C. YEO | 05 | 0.90 | 229.50 |
| 10/16/24 | REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING COMMITTEE'S DISCOVERY REQUESTS. | B. WEINSTEIN | 93 | 0.20 | 135.00 |
| 10/17/24 | REVIEW AND ANALYZE COVERAGE INFORMATION TO SUPPLEMENT COVERAGE CHART, SUPPLEMENT CHART. | B. CAROLUS | 06 | 1.30 | 442.00 |
| 10/17/24 | ATTEND ZOOM MEETING WITH DEFENSE COUNSEL AND BANKRUPTCY COUNSEL REGARDING PREPARATION FOR MEDIATION. | B. WEINSTEIN | 07 | 1.00 | 675.00 |
| 10/17/24 | REVIEW FILE AND UPDATE COVERAGE CHARTS. | C. YEO | 06 | 0.30 | 76.50 |
| 10/18/24 | EVALUATE POLICY INFORMATION IN EVIDENCE LEVEL AND DRAFT COVERAGE CHART COPIES AND SUPPLEMENT POLICY INFORMATION IN EVIDENCE LEVEL COVERAGE CHART. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 10/18/24 | REVIEW AND REVISE EXHIBITS TO FEE APPLICATION | C. YEO | 05 | 0.40 | 102.00 |
| 10/23/24 | REVIEW OF CORRESPONDENCE WITH B. WEINSTEIN AND COUNSEL AND CORRESPONDENCE WITH B. WEINSTEIN AND CLIENTS REGARDING LEGAL ISSUES (.1) ANALYZE CLAIMS LIST OF DEFENSE COUNSEL, COVERAGE CHART AND TENDER MATRIX TO IDENTIFY COVERAGE ISSUES AND STRATEGIZE FOR MEDIATION (.5) PREPARE BRIEF MEMO REGARDING MEDIATION PREPARATION (.1) | K. CIFARELLI | 07 | 0.70 | 315.00 |
| 10/23/24 | REVIEW CORRESPONDENCE FROM MEDIATOR REGARDING CARRIER REQUEST FOR INFORMATION (.3); PREPARE CORRESPONDENCE TO CARRIER'S COUNSEL REGARDING | B. WEINSTEIN | 01 | 1.30 | 877.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | INFORMATION REQUESTED BY CARRIER (.3); TELEPHONE CONFERENCE WITH MEDIATOR REGARDING SAME (.2); REVIEW AND ANALYSIS OF COVERAGE AND CLAIM INFORMATION REGARDING SAME (.5) | | | | |
| 10/24/24 | REVIEW AND ANALYSIS OF FILE MEMOS AND COVERAGE CHARTS TO PREPARE FOR MEDIATION (.3) | B. WEINSTEIN | 07 | 2.50 | 1,687.50 |
| 10/24/24 | REVIEW OF INSURANCE COVERAGE CHART AND OUTLINE STRATEGY FOR INSURANCE RECOVERY AND DEMANDS TO CARRIERS (.9) PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH B. WEINSTEIN AND J. SCHULMAN RE MEDIATION AND RECOVERY OF INSURANCE ASSETS (1.5) PREPARE MEMORANDUM OF ISSUES FOR MEDIATION (.4) REVIEW OF COVERAGE LETTERS FROM TRAVELERS, CHUBB, SWISS RE, APPALACHIAN AND THE HARTFORD (.4) REVIEW OF CORRESPONDENCE FROM P PASCUZZI RE MEDIATION (.1) REVIEW OF AGGREGATE CLAIMS DATA MOTION (NO CHARGE); ANALYZE POLICIES PRODUCED BY TRAVELERS AND THE HARTFORD TO THE CREDITOR'S COMMITTEE (.3) ANALYZE MASTER FACTUAL MATRIX AND PLAN FOR MEDIATION AND CONSTRUCTION OF INSURANCE ASSET CHART (.3) REVIEW OF EMAIL FROM B. WEINSTEIN AND DEVELOPMENT OF INSURANCE ASSET CHART FOR MEDIATION (.2) REVIEW OF CORRESPONDENCE FROM THE HARTFORD RE ███████ AND ████████ (.1) | K. CIFARELLI | 01 | 4.00 | 1,800.00 |
| 10/24/24 | CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING PREPARATION FOR MEDIATION | J. SCHULMAN | 06 | 1.50 | 1,254.00 |
| 10/24/24 | EVALUATE AND FILE CORRESPONDENCE FROM DEFENSE COUNSEL AND ATTACHED MEDIATOR INVOICES AND BANKRUPTCY PLEADINGS | B. CAROLUS | 06 | 0.40 | 136.00 |
| 10/24/24 | REVIEW RE CHARTS FOR FUTURE MEDIATION (0.5); BRIEF MEETING RE SAME (0.3) | C. YEO | 06 | 0.80 | 204.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/25/24 | EVALUATE CORRESPONDENCE AND COPIES OF POLICIES RECEIVED FROM DEFENSE COUNSEL | B. CAROLUS | 06 | 0.20 | 68.00 |
| 10/25/24 | REVIEW AND PREPARE CORRESPONDENCE WITH MEDIATORS REGARDING MEDIATION SESSIONS (.4); TELEPHONE CONFERENCE WITH MEDIATOR REGARDING SAME (.2); REVIEW AND ANALYSIS OF FILE NOTES REGARDING RECOMMENDED ATTENDANCE AT NEXT MEDIATION SESSION (.2) | B. WEINSTEIN | 07 | 0.80 | 540.00 |
| 10/25/24 | REVIEW OF EMAIL FROM HARTFORD COUNSEL A. ROLAIN RE DOCUMENT PRODUCTION (.1) REVIEW OF MATERIALS AND PREPARE CORRESPONDENCE TO A. ROLAIN RE DOCUMENT PRODUCTION (.5) | K. CIFARELLI | 93 | 0.60 | 270.00 |
| 10/26/24 | REVIEW AND ANALYSIS OF PLEADINGS FROM ROCKVILLE CENTRE PROPOSED CONSENSUAL PLAN REGARDING ISSUES SIMILAR TO PRESENT CASE | B. WEINSTEIN | 02 | 0.50 | 337.50 |
| 10/27/24 | REVIEW FILE NOTES (.2) AND ATTEND TELEPHONE CONFERENCE WITH COMMITTEE'S COUNSEL REGARDING UPCOMING MEDIATION ISSUES (.8); PREPARE CORRESPONDENCE TO CLIENT REGARDING PREPARATION FOR MEDIATION (.3) | B. WEINSTEIN | 07 | 1.30 | 877.50 |
| 10/27/24 | REVIEW/ANALYZE COVERAGE CORRESPONDENCE IN PREPARATION FOR MEDIATION. | J. SCHULMAN | 07 | 1.70 | 1,421.20 |
| 10/28/24 | REVIEW OF EMAIL EXCHANGE BETWEEN BANKRUPTCY COUNSEL AND COVERAGE COUNSEL RE INSURANCE ISSUES (.1) REVIEW OF EMAIL AND REQUEST FOR INFORMATION FROM A. ROLAIN RE DOCUMENT PRODUCTION (.1) | K. CIFARELLI | 01 | 0.20 | 90.00 |
| 10/29/24 | REVIEW AND REVISE FEE APPLICATION AND EXHIBITS | C. YEO | 05 | 0.40 | 102.00 |
| 10/29/24 | REVIEW OF EMAIL FROM A. ROLAIN RE DOCUMENT PRODUCTION AND PREPARE RESPONSE (.1) REVIEW OF CORRESPONDENCE FROM JUDGE BUCKLEY RE COVERAGE CHART (.1) REVIEW OF CORRESPONDENCE FROM ███ RE CLAIMS | K. CIFARELLI | 01 | 0.60 | 270.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | INVOLVING TRAVELERS POLICIES WITH LIST OF ███ CLAIMS (.1) REVIEW OF DROPBOX RE SCOPE OF TENDERED CLAIMS TO TRAVELERS TO ADDRESS REQUEST FOR INFORMATION (.2) EMAILS AND CONFERENCE REGARDING MEDIATION PLANNING (.1) | | | | |
| 10/29/24 | REVIEW CARRIER CORRESPONDENCE AND UPDATE COVERAGE CHART RE SAME | C. YEO | 06 | 0.30 | 76.50 |
| 10/29/24 | RESEARCH STATUS OF CH 11 PROCEEDINGS INVOLVING OTHER DIOCESES WITH SIMILAR ISSUES APPLICABLE TO PRESENT CASE (.5); PREPARE INTERIM FEE APPLICATION (.3) | B. WEINSTEIN | 07 | 0.80 | 540.00 |
| 10/30/24 | EVALUATE AND FILE CORRESPONDENCE AND CHUBB INVOICE RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT DEFENSE FEES AND COSTS CHART | B. CAROLUS | 06 | 0.20 | 68.00 |
| 10/30/24 | REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING MEDIATION AND STRATEGIZE RE PREPARATION FOR MEDIATION (.2) | K. CIFARELLI | 07 | 0.20 | 90.00 |
| 10/30/24 | FINALIZE FEE APPLICATION (.2); REVIEW AND ANALYSIS OF DEVELOPMENTS IN OTHER DIOCESAN CHAPTER 11 CASES TO DEVELOP STRATEGIES FOR REACHING A CONSENSUAL PLAN WITH PARTIES AND INSURERS (.3) | B. WEINSTEIN | 05 | 0.50 | 337.50 |
| 10/31/24 | REVIEW OF EMAIL FROM ███ RE SUBMISSION OF INVOICES TO CARRIERS FOR REIMBURSEMENT (.1) REVIEW OF EMAIL FROM A. ROLAIN WITH REQUEST FOR INFORMATION REGARDING PERSONNEL RECORDS (.1) REVIEW OF DOCUMENT PRODUCTION TO RESPOND TO CARRIER REQUEST FOR INFORMATION (.3) | K. CIFARELLI | 10 | 0.50 | 225.00 |
| | **TOTAL SERVICES** | | | | **$20,097.70** |

**FOR DISBURSEMENTS ADVANCED THROUGH OCTOBER 31, 2024**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/09/24 | WESTLAW WESTLAW WEINSTEIN,BARRON L | 82.74 |
| | **TOTAL DISBURSEMENTS** | **$82.74** |

**CURRENT INVOICE TOTAL** $20,282.44

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|------|------|-------|--------|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 12.10 | 5,805.00 |
| 02 | BANKRUPTCY PROCEDURE | 1.20 | 810.00 |
| 05 | FEE APPLICATION | 3.00 | 1,072.50 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 8.00 | 3,339.00 |
| 07 | MEDIATION | 11.20 | 7,608.70 |
| 10 | RECOVERY OF DEFENSE COSTS FROM CARRIERS | 0.50 | 225.00 |
| 93 | DISCOVERY | 2.50 | 1,237.50 |
| | **TOTAL** | **38.50** | **$20,097.70** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|------------|------|-------|------|
| BRIAN S. CAROLUS | 340.00 | 4.80 | 1,632.00 |
| JEFFREY L. SCHULMAN | 836.00 | 3.20 | 2,675.20 |
| KEVIN L. CIFARELLI | 450.00 | 14.60 | 6,570.00 |
| BARRON L. WEINSTEIN | 675.00 | 12.30 | 8,302.50 |
| CHUCK YEO | 255.00 | 3.60 | 918.00 |
| **TOTALS** | | **38.50** | **$20,097.70** |



2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ███1874

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | |
| PAULA CARNEY AND PHILIP LAM | |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | |
| ██████████████████████ | |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | |

| | |
|---|---|
| INVOICE DATE: | DECEMBER 13, 2024 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 04647 |
| INVOICE NUMBER: | 2245852 |

**REGARDING:** **ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 09/20/2024 | 2224510 | $31,627.00 | ($25,301.60) | $6,325.40 |
| 10/15/2024 | 2229500 | $41,602.75 | ($33,285.55) | $8,317.20 |
| 11/12/2024 | 2237777 | $20,282.44 | $0.00 | $20,282.44 |

**BALANCE FORWARD** **$34,925.04**

FOR LEGAL SERVICES RENDERED THROUGH 11/30/24     $22,992.70

**CURRENT INVOICE TOTAL** **$22,992.70**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** **$57,917.74**

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████9326 | 130 North 18th St |
| ABA Number: | ████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**



BLANKROME
2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ███ 1874

ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY AND PHILIP LAM
PAUL J. PASCUZZI AND BRENDA JENNINGS
███████████████
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

| | |
|---|---|
| INVOICE DATE: | DECEMBER 13, 2024 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 |
| INVOICE NUMBER: | 2245852 |
| | PAGE 1 |

REGARDING:    **ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS**

**FOR LEGAL SERVICES RENDERED THROUGH NOVEMBER 30, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/01/24 | REVIEW OF CORRESPONDENCE AND DOCUMENT PRODUCTION AND PREPARE EMAIL TO A. COTTRELL AND REVIEW OF RESPONSE (.2); REVIEW OF MATERIALS IN PRODUCTION AND DRAFT MEMORANDUM RE REQUESTED INFORMATION (.4) | K. CIFARELLI | 93 | 0.60 | 270.00 |
| 11/03/24 | PREPARE CORRESPONDENCE TO CLIENT AND COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 07 | 0.30 | 135.00 |
| 11/05/24 | REVIEW OF EMAIL FROM ███ ████████ AND ANALYZE ACCOUNTING MATRIX RE FEE REIMBURSEMENT FROM CARRIERS (.4) REVIEW OF EMAIL FROM ███ ██████████████ WITH REQUEST FOR INFORMATION CONCERNING ███ CLAIMS AND CONDUCT INITIAL ANALYSIS OF CLAIMS REGISTRY TO PREPARE RESPONSE (.2) | K. CIFARELLI | 01 | 0.60 | 270.00 |
| 11/07/24 | REVIEW OF INSURANCE COVERAGE DURING LATE 1950S AND EARLY 1960S FOR POTENTIAL COVERAGE (.3) REVIEW OF CORRESPONDENCE FROM CHUBB IN RESPONSE TO NOTICE OF CLAIM (.1) | K. CIFARELLI | 01 | 0.40 | 180.00 |
| 11/07/24 | REVIEW AND ANALYSIS OF NEW DEVELOPMENTS IN BOY SCOUTS CHAPTER 11 PROCEEDING REGARDING EFFORT TO CREATE CONSENSUAL PLAN IN CURRENT CASE (SHARED WITH OTHER CHAPTER 11 CLIENTS) | B. WEINSTEIN | 07 | 0.30 | 202.50 |
| 11/08/24 | TEAM MEETING TO DISCUSS AND STRATEGIZE FOR MEDIATION. | K. CIFARELLI | 07 | 1.00 | 450.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 11/08/24 | ATTEND LITIGATION TEAM STRATEGY MEETING. | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 11/08/24 | MEET WITH COUNSEL REPRESENTING OTHER DIOCESES IN CHAPTER 11 PROCEEDINGS TO ADDRESS ISSUES COMMON TO ALL CASES AND EFFORTS TO REACH CONSENSUAL PLAN. | B. WEINSTEIN | 07 | 1.00 | 675.00 |
| 11/09/24 | REVIEW CORRESPONDENCE AND FILE NOTES REGARDING PREPARATION FOR MEDIATION. | B. WEINSTEIN | 07 | 0.20 | 135.00 |
| 11/11/24 | PREPARE FOR MEDIATION | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 11/11/24 | REVIEW FILE AND UPDATE COVERAGE CHART | C. YEO | 06 | 0.30 | 76.50 |
| 11/11/24 | REVIEW CORRESPONDENCE REGARDING MEDIATION. | B. WEINSTEIN | 07 | 0.30 | 202.50 |
| 11/12/24 | PREPARE DOCUMENTS FOR PRODUCTION TO CARRIERS (.6) REVIEW OF EMAILS FROM CARRIERS RE MEDIATION AND DOCUMENT PRODUCTION (.5) | K. CIFARELLI | 01 | 1.10 | 495.00 |
| 11/14/24 | REVIEW OF EMAILS FROM INSURANCE COUNSEL RE DOCUMENT PRODUCTION AND DRAFT RESPONSE. | K. CIFARELLI | 01 | 0.10 | 45.00 |
| 11/14/24 | REVIEW COVERAGE CHARTS TO PREPARE FOR MEDIATION (.6); ATTEND MEDIATION AT JAMS (7.2). | B. WEINSTEIN | 07 | 7.80 | 5,265.00 |
| 11/14/24 | APPEAR FOR/ATTEND MEDIATION. | J. SCHULMAN | 07 | 7.20 | 6,019.20 |
| 11/18/24 | REVIEW OF CARRIER REQUEST FOR INFORMATION AND ANALYZE REGISTRY OF ACTIONS, PROOF OF CLAIMS TO PREPARE RESPONSE (1.0) ANALYZE PROOF OF CLAIMS FOR POTENTIAL ADDITIONAL COVERAGE AND NOTICES TO CARRIERS (.9) | K. CIFARELLI | 93 | 1.90 | 855.00 |
| 11/18/24 | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL REGARDING PRODUCTION OF SCHOOL RECORDS AND MEDIATION STRATEGY. | B. WEINSTEIN | 93 | 0.30 | 202.50 |
| 11/19/24 | REVIEW AND PREPARE CORRESPONDENCE FROM AND TO FEE EXAMINER REGARDING FEE APPLICATION. | B. WEINSTEIN | 05 | 0.30 | 202.50 |
| 11/20/24 | TELEPHONE CONFERENCE WITH PAUL GASPARI REGARDING MEDIATION STATUS (.2); REVIEW | B. WEINSTEIN | 07 | 0.20 | 135.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | AND ANALYSIS OF CORRESPONDENCE REGARDING REIMBURSEMENT OF DEFENSE COSTS (.5) | | | | |
| 11/20/24 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX ENTRIES FOR ▮ CLAIMANTS. | B. CAROLUS | 06 | 0.50 | 170.00 |
| 11/20/24 | REVIEW CORRESPONDENCE FROM CARRIER AND ANALYZE CLAIMS REGISTRY AND PREPARE RESPONSE TO REQUEST FOR INFORMATION (1.6) REVIEW OF EMAIL AND REQUEST FOR INFORMATION FROM ▮▮▮ AND PREPARATION OF RESPONSE (.3) REVIEW OF CORRESPONDENCE FROM DOMINION INSURANCE COUNSEL M. MCCURDY AND PREPARE DOCUMENT PRODUCTION (.6) | K. CIFARELLI | 01 | 2.50 | 1,125.00 |
| 11/21/24 | REVIEW OF REGISTRY OF ACTION TO DETERMINE CLAIMS DURING NATIONAL CATHOLIC RISK RETENTION GROUP'S POLICY PERIOD (.4) ANALYZE CLAIMANT COMPLAINT, ADOPTION FORMS AND FACT SHEETS TO RESPOND TO NATIONAL CATHOLIC'S REQUEST FOR INFORMATION (.4) | K. CIFARELLI | 01 | 0.80 | 360.00 |
| 11/21/24 | EVALUATE CORRESPONDENCE FROM COVERAGE COUNSEL AND COMPILE LIST OF ALLEGED DATES OF ABUSE AND CLAIMANT PLEADINGS FOR ▮ CLAIMANTS (.9); EVALUATE CORRESPONDENCE FROM COVERAGE COUNSEL AND CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX ENTRIES FOR ▮ CLAIMANTS (.5). | B. CAROLUS | 06 | 1.40 | 476.00 |
| 11/22/24 | REVIEW OF CARRIER REQUEST FOR INFORMATION AS TO ▮ CLAIMS, REVIEW OF FILE TO EVALUATE INSURANCE ISSUES RAISED BY CARRIER AND PREPARE RESPONSIVE INFORMATION (1.4) | K. CIFARELLI | 01 | 1.40 | 630.00 |
| 11/26/24 | REVIEW OF CORRESPONDENCE FROM T. SCHIAVONI WITH REQUEST FOR INFORMATION AND RESPONSE FROM P. PASCUZZI. | K. CIFARELLI | 01 | 0.10 | 45.00 |
| 11/26/24 | REVIEW CORRESPONDENCE REGARDING INSURERS' REQUEST FOR DOCUMENTS AND | B. WEINSTEIN | 07 | 1.10 | 742.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | INFORMATION (.3); TELEPHONE CONFERENCES WITH DEFENSE AND BANKRUPTCY COUNSEL REGARDING SAME (.8) | | | | |
| 11/26/24 | EVALUATE CORRESPONDENCE FROM COVERAGE COUNSEL AND SUPPLEMENT CORRESPONDENCE MATRIX ENTRIES FOR █ CLAIMANTS. | B. CAROLUS | 06 | 0.30 | 102.00 |
| 11/27/24 | REVIEW AND PREPARE CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING RESPONSES TO CARRIERS' REQUESTS FOR INFORMATION (.3); TELEPHONE CONFERENCES WITH DEFENSE COUNSEL REGARDING DOCUMENTS REQUESTED BY INSURERS AND PREPARATION FOR MEDIATION SESSION (1.2). | B. WEINSTEIN | 93 | 1.50 | 1,012.50 |
| 11/27/24 | REVIEW OF EMAILS REGARDING DOCUMENT PRODUCTION AND REVIEW OF SHAREFILE RE PRODUCTION (.3) EMAIL FROM M. MCCURDY WITH REQUEST FOR INFORMATION AND REVIEW OF DOCUMENT PRODUCTION RE REQUEST (.2) | K. CIFARELLI | 93 | 0.50 | 225.00 |
| 11/27/24 | ANALYZE CARRIER REQUEST FOR INFORMATION AND CONFERENCE WITH B. WEINSTEIN AND M. SILVER REGARDING RESPONSE (.6) REVIEW OF EMAIL FROM M. SILVER RE PRODUCTION OF DOCUMENTS AND ANALYZE DOCUMENTS IN SHAREFILE FOR SUPPLEMENTAL PRODUCTION (.4) | K. CIFARELLI | 93 | 1.00 | 450.00 |
| 11/30/24 | REVIEW OF CORRESPONDENCE FROM LMI LAWYER M. NORTON WITH REQUEST FOR INFORMATION AND ADDITIONAL DOCUMENTS (.2) REVIEW OF EMAIL EXCHANGE RE REQUEST FOR PRODUCTION OF DOCUMENTS (.3) ANALYZE DOCUMENT PRODUCTION TO RESPOND TO M. NORTON'S REQUEST FOR INFORMATION AND PREPARE FOR CONFERENCE CALL WITH INSURERS (.8) | K. CIFARELLI | 93 | 1.30 | 585.00 |

|  | **TOTAL SERVICES** | | | | **$22,992.70** |
|--|--------------------|-|-|-|----------------|

**CURRENT INVOICE TOTAL**      **$22,992.70**

**ARCHDIOCESE OF SAN FRANCISCO**                               **PAGE 5**
**FILE NUMBER: 163301-00001**                              **INVOICE # 2245852**
                                                      **DECEMBER 13, 2024**

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|------|------|------:|-------:|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 7.00 | 3,150.00 |
| 05 | FEE APPLICATION | 0.30 | 202.50 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 2.50 | 824.50 |
| 07 | MEDIATION | 20.90 | 15,215.70 |
| 93 | DISCOVERY | 7.10 | 3,600.00 |
| | **TOTAL** | **37.80** | **$22,992.70** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|------------|-----:|------:|-----:|
| BRIAN S. CAROLUS | 340.00 | 2.20 | 748.00 |
| JEFFREY L. SCHULMAN | 836.00 | 8.70 | 7,273.20 |
| KEVIN L. CIFARELLI | 450.00 | 13.60 | 6,120.00 |
| BARRON L. WEINSTEIN | 675.00 | 13.00 | 8,775.00 |
| CHUCK YEO | 255.00 | 0.30 | 76.50 |
| **TOTALS** | | **37.80** | **$22,992.70** |



2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ████████

ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY AND PHILIP LAM
PAUL J. PASCUZZI AND BRENDA JENNINGS
████████████, ████████████
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

| | |
|---|---|
| INVOICE DATE: | JANUARY 10, 2025 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 04647 |
| INVOICE NUMBER: | 2249094 |

**REGARDING:** **ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/15/2024 | 2229500 | $41,602.75 | ($41,317.15) | $285.60 |
| 11/12/2024 | 2237777 | $20,282.44 | ($16,242.50) | $4,039.94 |
| 12/13/2024 | 2245852 | $22,992.70 | $0.00 | $22,992.70 |

| | | |
|---|---|---|
| **BALANCE FORWARD** | | **$27,318.24** |
| FOR LEGAL SERVICES RENDERED THROUGH 12/31/24 | $15,895.40 | |
| **CURRENT INVOICE TOTAL** | | **$15,895.40** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | | **$43,213.64** |

|  | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████████9326 | 130 North 18th St |
| ABA Number: | ████████████ | Philadelphia, PA 19103-6998 |
| Swift Code | ████████████ | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: JANUARY 10, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 |
| ███████, ███████ | INVOICE NUMBER: 2249094 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | PAGE 1 |

---

**REGARDING:     ARCHDIOCESE OF SAN FRANCISCO**
                 **AB 218 CLAIMS**

---

**FOR LEGAL SERVICES RENDERED THROUGH DECEMBER 31, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 12/01/24 | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM CARRIERS REGARDING REQUEST FOR INFORMATION; REVIEW RESPONSIVE DOCUMENTS REGARDING SAME. | B. WEINSTEIN | 93 | 0.50 | 337.50 |
| 12/01/24 | REVIEW/ANALYZE OAKLAND MOTIONS FOR STAY RELIEF AND STANDING AND ORDER APPROVING ROCKVILLE CENTRE ORDER APPROVING SETTLEMENTS. | J. SCHULMAN | 93 | 0.80 | 668.80 |
| 12/02/24 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 12/02/24 | REVIEW AND ANALYSIS OF PLEADINGS IN OAKLAND BANKRUPTCY INVOLVING ISSUES RELEVANT TO MEDIATION IN PRESENT CASE (SHARED WITH OTHER CH 11 CLIENTS) (.3). | B. WEINSTEIN | 07 | 0.30 | 202.50 |
| 12/02/24 | EMAIL EXCHANGE WITH D. ZAMORA, M. SILVER AND B. WEINSTEIN RE DISCOVERY (.1) BRIEF ZOOM CALL WITH JUDGE BUCKLEY RE INSURANCE AND BANKRUPTCY ISSUES (.1) | K. CIFARELLI | 93 | 0.20 | 90.00 |
| 12/02/24 | REVIEW/ANALYZE BUFFALO DECISION REGARDING STAY RELIEF. | J. SCHULMAN | 93 | 0.20 | 167.20 |
| 12/04/24 | REVIEW/ANALYZE ROCKVILLE CENTRE PLAN CONFIRMATION. | J. SCHULMAN | 93 | 0.40 | 334.40 |
| 12/04/24 | REVIEW OF CORRESPONDENCE FROM M. NORTON WITH REQUEST FOR INFORMATION AND EVALUATE RESPONSES (.4) PREPARE FOR CALL | K. CIFARELLI | 93 | 2.80 | 1,260.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | WITH COUNSEL TO DISCUSS CARRIER REQUEST FOR INFORMATION (.6) PARTICIPATE IN CALL WITH BANKRUPTCY COUNSEL AND DEFENSE COUNSEL (1.3) PREPARE MEMORANDUM WITH SUMMARY OF CALL (.4) REVIEW OF EMAIL FROM P. PASCUZZI RE BANKRUPTCY ISSUES (.1) | | | | |
| 12/04/24 | REVIEW CARRIERS' REQUEST FOR DOCUMENTS AND PREPARE FOR CALL WITH COUNSEL REGARDING SAME (.3); ATTEND ZOOM CONFERENCE WITH DEFENSE AND BANKRUPTCY COUNSEL REGARDING SAME (1.5). | B. WEINSTEIN | 07 | 1.80 | 1,215.00 |
| 12/05/24 | REVIEW/ANALYZE INSURER DISCOVERY REQUESTS AND CONFER WITH B. WEINSTEIN REGARDING SAME. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 12/05/24 | REVIEW DRAFT, PRIOR CORRESPONDENCE IN CONNECTION WITH INSURER INFORMATION REQUESTS | R. MICHAELSON | 10 | 0.40 | 323.20 |
| 12/05/24 | REVIEW AND ANALYSIS CORRESPONDENCE REGARDING CARRIERS' REQUEST FOR INFORMATION (.2); ATTEND ZOOM MEETING WITH MEDIATORS REGARDING DISCOVERY MATTERS (1.5). | B. WEINSTEIN | 93 | 1.70 | 1,147.50 |
| 12/05/24 | PREPARE FOR MEETING WITH MEDIATORS TO DISCUSS INSURANCE AND BANKRUPTCY ISSUES (.5) PARTICIPATE IN MEETING WITH MEDIATORS AND COUNSEL TO DISCUSS INSURANCE AND BANKRUPTCY ISSUES (1.2) DRAFT MEMORANDUM REGARDING MEETING WITH MEDIATORS (.4) | K. CIFARELLI | 07 | 2.10 | 945.00 |
| 12/06/24 | REVIEW OF CORRESPONDENCE FROM M. NORTON AND REVISE DRAFT RESPONSE. | K. CIFARELLI | 01 | 0.50 | 225.00 |
| 12/06/24 | REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING CARRIERS' REIMBURSEMENT OF DEFENSE COSTS (2); REVIEW AND ANALYSIS OF CORRESPONDENCE TO COMMITTEE REGARDING DISCOVERY REQUESTS (.6). | B. WEINSTEIN | 10 | 0.80 | 540.00 |
| 12/06/24 | REVIEW/ANALYZE RESPONSES TO INSURER INFORMATION REQUESTS. | J. SCHULMAN | 07 | 0.30 | 250.80 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 12/09/24 | REVIEW OF CORRESPONDENCE FROM ████████ RE DOCUMENT PRODUCTION AND ANALYZE SHAREFILE RE ACCESS AND DISCLOSURE (.3) REVIEW OF CORRESPONDENCE FROM DEFENSE COUNSEL AND ANALYZE FILES FOR SUPPLEMENTAL PRODUCTION (.4) | K. CIFARELLI | 01 | 0.70 | 315.00 |
| 12/10/24 | REVIEW OF EMAIL FROM A. COTTRELL WITH DOCUMENT PRODUCTION AND CONDUCT REVIEW OF DOCUMENTS FOR PRODUCTION TO CARRIERS. | K. CIFARELLI | 93 | 0.40 | 180.00 |
| 12/11/24 | PREPARE DOCUMENTS FOR PRODUCTION TO CARRIERS AND DRAFT CORRESPONDENCE TO CARRIERS REGARDING PRODUCTION (.7) REVIEW OF CORRESPONDENCE FROM P. PASCUZZI RE INSURANCE AND BANKRUPTCY ISSUES AND ANALYZE MEMORANDUM FROM P. PASCUZZI AND PREPARE MATERIALS FOR RESPONSE (.3) | K. CIFARELLI | 93 | 1.00 | 450.00 |
| 12/12/24 | REVIEW/ANALYZE OAKLAND OBJECTIONS TO DISCLOSURE STATEMENT. | J. SCHULMAN | 07 | 0.70 | 585.20 |
| 12/12/24 | REVIEW OF EMAIL FROM CARRIER COUNSEL J. HESS REGARDING DOCUMENT PRODUCTION AND PREPARE RESPONSE (.3) REVIEW OF PLEADINGS FILED AND CORRESPONDENCE FROM BANKRUPTCY COUNSEL AND DEFENSE COUNSEL REGARDING INSURANCE AND BANKRUPTCY ISSUES (.3) | K. CIFARELLI | 93 | 0.60 | 270.00 |
| 12/13/24 | REVIEW AND ANALYZE CORRESPONDENCE FROM P. PASCUZZI AND OTHER COUNSEL RE BANKRUPTCY AND INSURANCE ISSUES, AND CORRESPONDENCE FROM MEDIATORS REGARDING MEDIATION. | K. CIFARELLI | 01 | 0.30 | 135.00 |
| 12/13/24 | ATTEND TELEPHONE CONFERENCE WITH DEBTOR'S BANKRUPTCY COUNSEL REGARDING ████████ ████████████████ ████████. | B. WEINSTEIN | 07 | 0.30 | 202.50 |
| 12/13/24 | EVALUATE NEW CORRESPONDENCE AND █ NEW BANKRUPTCY | B. CAROLUS | 06 | 0.50 | 170.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | PLEADINGS RECEIVED FROM DEFENSE COUNSEL. | | | | |
| 12/17/24 | REVIEW OF EMAIL FROM M. COOPER RE REIMBURSEMENT OF ATTORNEYS' FEES BY CARRIER AND PREPARE EMAIL TO R. CARILLO RE SUBMISSION OF INVOICES TO CARRIERS AND REVIEW OF RESPONSE (.4); PHONE CALL WITH R. CARILLO RE SUBMISSION OF INVOICES AND PREPARE MEMORANDUM RE ISSUES RELATING TO PAYMENT OF DEFENSE FEES AND COSTS (1.3) | K. CIFARELLI | 10 | 1.70 | 765.00 |
| 12/18/24 | REVIEW OF EMAIL FROM FIDELIDADE COUNSEL M. MCCURDY RE DOCUMENT PRODUCTION AND REVIEW OF SHAREFILE REGARDING REQUESTED INFORMATION AND PREPARE RESPONSE. | K. CIFARELLI | 01 | 0.30 | 135.00 |
| 12/20/24 | PHONE CALL WITH M. MCCURDY RE DOCUMENT PRODUCTION AND REVIEW OF DOCUMENT PRODUCTION AND EMAIL RESPONSE. | K. CIFARELLI | 01 | 0.30 | 135.00 |
| 12/20/24 | REVIEW PLEADINGS IN OAKLAND CH11 CASE REGARDING HEARING ON ISSUES INVOLVED IN PRESENT CASE (SHARED WITH OTHER CH 11 CLIENTS). | B. WEINSTEIN | 07 | 0.20 | 135.00 |
| 12/23/24 | SEARCH FOR POLICY DOCUMENTS PER COMMITTEE'S REQUEST. | B. WEINSTEIN | 07 | 0.40 | 270.00 |
| 12/23/24 | RESEARCH RECENT SETTLEMENT FOR DIOCESE OF ORANGE, FUNDED BY CARRIERS, TO IDENTIFY SIMILAR ISSUES (SHARED WITH OTHER CLIENTS) (.2); ATTEND ZOOM CONFERENCE WITH MEDIATORS REGARDING REQUESTS FOR ADDITIONAL INFORMATION (.5). | B. WEINSTEIN | 07 | 0.50 | 337.50 |
| 12/24/24 | REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING COMMITTEE'S PROPOSAL TO RELEASE CASES FOR TRIAL. | B. WEINSTEIN | 07 | 0.30 | 202.50 |
| 12/26/24 | ANALYZE CARRIER REQUEST FOR INFORMATION AND EVALUATE SCOPE OF COVERAGE FOR EACH CARRIER AND TOTAL CLAIMS AND PREPARE BRIEF MEMORANDUM (.5) REVIEW OF CORRESPONDENCE REGARDING MEDIATION AND | K. CIFARELLI | 01 | 1.30 | 585.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | COURT DECISION REGARDING INSURANCE ISSUES (.4) REVIEW OF CORRESPONDENCE FROM AIG REGARDING AMERICAN HOME POLICIES AND COVERAGE POSITIONS CONCERNING CLAIMS DURING 1072-1976 POLICY PERIOD (.4) | | | | |
| 12/26/24 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CARRIER CORRESPONDENCE FOR 142 CLAIMANTS. | B. CAROLUS | 06 | 1.30 | 442.00 |
| 12/26/24 | REVIEW OF EMAIL FROM ██████ WITH REQUEST FOR INSURANCE INFORMATION AND ANALYZE EVIDENCE AND COVERAGE COMMUNICATIONS WITH CARRIERS TO PREPARE RESPONSE (1.0) ANALYZE CARRIER EMAILS AND COVERAGE LETTERS REGARDING INSURANCE ISSUES AND BANKRUPTCY (.3) | K. CIFARELLI | 01 | 1.30 | 585.00 |
| 12/26/24 | REVIEW POLICY DOCUMENTS REQUESTED BY COMMITTEE (.4); PREPARE CORRESPONDENCE TO COMMITTEE REGARDING SAME (.2); TELEPHONE CONFERENCE WITH CARRIER'S COUNSEL REGARDING SETTLEMENT ISSUES AND MEDIATION PROCEDURE (.6); TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL REGARDING SAME (.2); PREPARE CORRESPONDENCE TO DEBTOR'S COUNSEL REGARDING SAME (.3). | B. WEINSTEIN | 07 | 1.70 | 1,147.50 |
| 12/27/24 | EVALUATE NEW CORRESPONDENCE AND █ NEW BANKRUPTCY PLEADINGS RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT BANKRUPTCY PLEADINGS. | B. CAROLUS | 06 | 0.30 | 102.00 |
| 12/27/24 | REVIEW AND PREPARE CORRESPONDENCE WITH DEBTOR'S COUNSEL REGARDING MEDIATION STRATEGY. | B. WEINSTEIN | 07 | 0.30 | 202.50 |
| 12/30/24 | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM MEDIATOR AND COUNSEL REGARDING MEDIATION PROCEDURE. | B. WEINSTEIN | 07 | 0.20 | 135.00 |
| 12/30/24 | EVALUATE NEW CORRESPONDENCE AND █ BANKRUPTCY PLEADINGS | B. CAROLUS | 06 | 0.20 | 68.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT BANKRUPTCY PLEADINGS. | | | | |
| 12/30/24 | REVIEW OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL AND DEFENSE COUNSEL REGARDING INSURANCE ISSUES AND STRATEGY AND ANALYZE INFORMATION FROM COUNSEL (.3) REVIEW OF CORRESPONDENCE FROM JUDGE BUCKLEY RE MEDIATION (.1) | K. CIFARELLI | 01 | 0.40 | 180.00 |
| 12/31/24 | REVIEW AND ANALYSIS OF CORRESPONDENCE WITH CLIENT REGARDING MEDIATION STRATEGY. | B. WEINSTEIN | 07 | 0.20 | 135.00 |
| | **TOTAL SERVICES** | | | | **$15,895.40** |

**CURRENT INVOICE TOTAL**      **$15,895.40**

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|------|------|-------|--------|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 5.10 | 2,295.00 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 2.50 | 850.00 |
| 07 | MEDIATION | 9.60 | 6,216.80 |
| 10 | RECOVERY OF DEFENSE COSTS FROM CARRIERS | 2.90 | 1,628.20 |
| 93 | DISCOVERY | 8.60 | 4,905.40 |
| | **TOTAL** | **28.70** | **$15,895.40** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|------------|------|-------|------|
| BRIAN S. CAROLUS | 340.00 | 2.50 | 850.00 |
| JEFFREY L. SCHULMAN | 836.00 | 2.70 | 2,257.20 |
| ROBYN MICHAELSON | 808.00 | 0.40 | 323.20 |
| KEVIN L. CIFARELLI | 450.00 | 13.90 | 6,255.00 |
| BARRON L. WEINSTEIN | 675.00 | 9.20 | 6,210.00 |
| **TOTALS** | | **28.70** | **$15,895.40** |



**BLANKROME**

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ███████

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | **INVOICE DATE:** FEBRUARY 10, 2025 |
| PAULA CARNEY AND PHILIP LAM | **CLIENT ID:** 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | **MATTER NUMBER:** 163301-00001 04647 |
| ███████, ███████ | **INVOICE NUMBER:** 2255562 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | |

**REGARDING:   ARCHDIOCESE OF SAN FRANCISCO**
　　　　　　　　**AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/15/2024 | 2229500 | $41,602.75 | ($41,317.15) | $285.60 |
| 11/12/2024 | 2237777 | $20,282.44 | ($16,242.50) | $4,039.94 |
| 12/13/2024 | 2245852 | $22,992.70 | ($18,394.16) | $4,598.54 |
| 01/10/2025 | 2249094 | $15,895.40 | $0.00 | $15,895.40 |

**BALANCE FORWARD**　　　　　　　　　　　　　　　　　　　　　**$24,819.48**

FOR LEGAL SERVICES RENDERED THROUGH 1/31/25　　　$66,532.70

FOR DISBURSEMENTS ADVANCED THROUGH 1/31/25　　　$1,849.37

**CURRENT INVOICE TOTAL**　　　　　　　　　　　　　　　　**$68,382.07**


**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**　　　**$93,201.55**

REMITTANCE

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████9326 | 130 North 18th St |
| ABA Number: | ████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

Case: 23-30564   Doc# 1066   Filed: 03/06/25   Entered: 03/06/25 15:02:43   Page 30 of 42

# BLANK**ROME**

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ███

ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY AND PHILIP LAM
PAUL J. PASCUZZI AND BRENDA JENNINGS
███████ ; ████████
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

| | |
|---|---|
| INVOICE DATE: | FEBRUARY 10, 2025 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 |
| INVOICE NUMBER: | 2255562 |
| | PAGE 1 |

**REGARDING:** **ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

---

**FOR LEGAL SERVICES RENDERED THROUGH JANUARY 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/02/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING COMMITTEE'S DOCUMENT REQUEST (.2); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING MEDIATION STRATEGY (.2); REVIEW CORRESPONDENCE REGARDING SAME (.1). | B. WEINSTEIN | 93 | 0.50 | 410.00 |
| 01/03/25 | LEGAL RESEARCH AND ANALYSIS REGARDING COMMITTEE'S PROPOSED MOTIONS RELATING TO INSURERS' OBLIGATIONS AND POSSIBLE SETTLEMENT SCENARIOS (1.1 SHARED WITH OTHER CH 11 CLIENTS)/ | B. WEINSTEIN | 02 | 1.10 | 902.00 |
| 01/06/25 | ATTEND COMMITTEE MEETING TO DISCUSS STRATEGY. | J. SCHULMAN | 07 | 1.50 | 1,254.00 |
| 01/06/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE AND ATTACHMENTS REGARDING PROPOSED MOTIONS BY COMMITTEE AND IMPACT ON COVERAGE (.8); ATTEND ZOOM MEETING WITH CLIENT AND LEGAL TEAM TO DISCUSS SAME, AND MEDIATION STATUS AND STRATEGY FOR PURSUING A CONSENSUAL PLAN (1.5); PREPARE FOR SAME (.5); LEGAL RESEARCH AND ANALYSIS REGARDING ████████ (.7) (SHARED WITH OTHER CLIENTS). | B. WEINSTEIN | 08 | 3.50 | 2,870.00 |
| 01/07/25 | REVIEW J. ANDERSON PRESS CONFERENCE AND CORRESPONDENCE (.8); REVIEW RESPONSE (.2); LEGAL RESEARCH REGARDING POTENTIAL | J. SCHULMAN | 07 | 3.20 | 2,675.20 |

**ARCHDIOCESE OF SAN FRANCISCO**          **PAGE 2**
**FILE NUMBER: 163301-00001**          **INVOICE # 2255562**
          **FEBRUARY 10, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|------------|------------|------|-------|--------|
| | RESPONSES (1.3); LEGAL RESEARCH REGARDING ███████ (.9). | | | | |
| 01/07/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE AND ATTACHMENTS FROM DEFENSE COUNSEL REGARDING MEDIATION DISCUSSIONS WITH COMMITTEE (1.1); TELEPHONE CONFERENCES WITH DEFENSE COUNSEL AND BANKRUPTCY COUNSEL REGARDING POSSIBLE SETTLEMENT OF TORT CASE RELEASED FROM STAY (.9); REVIEW POLICY DOCUMENTS REGARDING SAME (.3). | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 01/08/25 | REVIEW/ANALYZE CORRESPONDENCE FROM P. PASCUZZI REGARDING MEDIATION. | J. SCHULMAN | 07 | 0.40 | 334.40 |
| 01/08/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL REGARDING COMMITTEE'S POSSIBLE MOTIONS. | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 01/09/25 | REVIEW/ANALYZE OAKLAND AND ALBANY FILINGS REGARDING ████████ . | J. SCHULMAN | 07 | 0.40 | 334.40 |
| 01/09/25 | LEGAL RESEARCH AND ANALYSIS REGARDING ████████ (.2) ███████; REVIEW AND ANALYSIS OF FILE MEMOS REGARDING UPCOMING MEDIATION (.3). | B. WEINSTEIN | 01 | 0.50 | 410.00 |
| 01/10/25 | RESEARCH AND ANALYSIS REGARDING APPLICABLE POLICY LIMITS UNDER EXCESS POLICIES (.3) (SHARED WITH OTHER CLIENTS); PREPARE FOR ZOOM CONFERENCE WITH CLIENT TEAM TO DISCUSS PLANS AND COVERAGE ISSUES FOR UPCOMING MEDIATION (.5); ATTEND ZOOM CONFERENCE REGARDING SAME (1.0); REVIEW AND PREPARE CORRESPONDENCE TO FEE EXAMINER REGARDING QUESTIONS ABOUT TIME BILLED (1.1). | B. WEINSTEIN | 01 | 2.90 | 2,378.00 |
| 01/10/25 | REVIEW/ANALYZE ████████ ███████; | J. SCHULMAN | 07 | 0.40 | 334.40 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | CONFER WITH B. WEINSTEIN REGARDING SAME. | | | | |
| 01/10/25 | CONFER WITH DEBTOR COUNSEL TEAM REGARDING UPCOMING MEDIATION. | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 01/13/25 | CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING COVERAGE ISSUES. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 01/13/25 | MEET WITH TEAM TO DISCUSS COVERAGE ISSUES AND PREPARATION FOR MEDIATION. | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 01/14/25 | APPEAR FOR/ATTEND PRE-MEDIATION MEETING. | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 01/14/25 | PREPARE FOR (.5) AND ATTEND (1.3) ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM TO PREPARE FOR MEDIATION. | B. WEINSTEIN | 07 | 1.80 | 1,476.00 |
| 01/15/25 | REVIEW CORRESPONDENCE WITH THE COMMITTEE REGARDING SAFETY PROCEDURES (.3); REVIEW MOTION REGARDING CLAIMS DATA (.5). | J. SCHULMAN | 07 | 0.80 | 668.80 |
| 01/15/25 | ATTEND MEETING WITH COUNSEL TO DISCUSS COVERAGE ISSUES IMPACTING ALL DIOCESES (.2) (SHARED WITH OTHER CLIENTS); REVIEW AND ANALYSIS OF CORRESPONDENCE WITH CLIENT AND COUNSEL TEAM REGARDING MEDIATION PREP (.3). | B. WEINSTEIN | 01 | 0.50 | 410.00 |
| 01/16/25 | REVIEW/ANALYZE BRIEFING REGARDING AMENDED DISCLOSURE STATEMENT IN OAKLAND (SPLIT). | J. SCHULMAN | 07 | 0.40 | 334.40 |
| 01/16/25 | REVIEW OF DOCUMENT PRODUCTION FOR COMMITTEE AND PREPARE PRODUCTION OF DOCUMENTS TO INSURANCE CARRIERS. | K. CIFARELLI | 93 | 0.60 | 315.00 |
| 01/17/25 | PREPARE TWENTY FIRST DOCUMENT PRODUCTION TO CARRIERS OF MATERIALS AND DRAFT CORRESPONDENCE TO CARRIERS. | K. CIFARELLI | 93 | 0.80 | 420.00 |
| 01/17/25 | TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING POSSIBLE SCENARIOS FOR CONSENSUAL PLAN (.5); REVIEW PLEADINGS FROM OTHER DIOCESAN CHAPTER 11 CASES REGARDING SIMILAR LEGAL AND | B. WEINSTEIN | 07 | 1.50 | 1,230.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-----------|-----------|------|-------|--------|
| | FACTUAL ISSUES AND GUIDANCE FOR CONSENSUAL PLAN (1.0) (SHARED WITH OTHER CLIENTS). | | | | |
| 01/19/25 | REVIEW PLEADINGS IN OTHER CH 11 CASES REGARDING ANTICIPATED MOTIONS BY COMMITTEE (.5) (SHARED WITH OTHER CLIENTS). | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 01/20/25 | MEET WITH CO-COUNSEL TO DISCUSS MEDIATION STRATEGY AND COVERAGE ISSUES (.3); REVIEW CORRESPONDENCE TO PREPARE FOR MEETING WITH BANKRUPTCY COUNSEL TO PREPARE FOR MEDIATION (.2); ATTEND TEAMS MEETING WITH CLIENT TEAM REGARDING SAME (.8). | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 01/20/25 | MEETING WITH B. WEINSTEIN AND J. SCHULMAN TO DISCUSS INSURANCE COVERAGE ISSUES AND STRATEGIZE RE FURTHER ACTION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 01/20/25 | CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING STATUS (.3); CONFER WITH COMMITTEE REGARDING STATUS (.7) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 01/21/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CARRIER CORRESPONDENCE. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 01/21/25 | RESEARCH AND ANALYSIS REGARDING ANTICIPATED MOTIONS BY COMMITTEE (.6); ATTEND ZOOM CONFERENCE WITH CLIENT TEAM REGARDING SAME (.7). | B. WEINSTEIN | 02 | 1.30 | 1,066.00 |
| 01/21/25 | REVIEW AND RESPOND TO CORRESPONDENCE FROM CARRIERS REGARDING DOCUMENT PRODUCTION AND REVISE PRODUCTION OF DOCUMENTS TO CARRIERS (.7) REVIEW OF CORRESPONDENCE FROM APPALACHIAN COUNSEL T. KARPA AND PREPARE RESPONSE (.1). | K. CIFARELLI | 93 | 0.80 | 420.00 |
| 01/22/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND CARRIER AND SUPPLEMENT CARRIER CORRESPONDENCE. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 01/22/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING | B. WEINSTEIN | 07 | 0.70 | 574.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | SETTLEMENT NEGOTIATIONS OF BODILY INJURY CLAIM RELEASED FROM STAY (.3); TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING COVERAGE ISSUES (.2); RESEARCH DEVELOPMENTS IN OAKLAND DIOCESE BANKRUPTCY REGARDING SIMILAR ISSUES (.2) (SHARED WITH OTHER CLIENTS). | | | | |
| 01/24/25 | REVIEW FILE MEMOS, CORRESPONDENCE AND INSURANCE DOCUMENTS TO PREPARE FOR MEDIATION. | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 01/24/25 | REVIEW/ANALYZE ALBANY FILINGS REGARDING ███████████. | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 01/24/25 | REVIEW OF CORRESPONDENCE FROM A. COTTRELL RE DOCUMENT PRODUCTION AND PREPARE PRODUCTION OF DOCUMENTS TO CARRIERS AND CORRESPONDENCE TO CARRIERS RE SAME (.7) PREPARE MEMORANDUM AND CORRESPONDENCE TO DEFENSE COUNSEL REGARDING SUBMISSION OF BILLS AND REIMBURSEMENT (.6) | K. CIFARELLI | 93 | 1.30 | 682.50 |
| 01/26/25 | REVIEW OF COVERAGE CHART AND CORRESPONDENCE WITH MEDIATOR RE MEDIATION. | K. CIFARELLI | 07 | 0.20 | 105.00 |
| 01/27/25 | PLAN/PREPARE FOR MEDIATION. | J. SCHULMAN | 07 | 3.30 | 2,758.80 |
| 01/27/25 | REVIEW AND RESPOND TO CORRESPONDENCE WITH CO-COUNSEL REGARDING MEDIATION ISSUES (.4); REVIEW CORRESPONDENCE, FILE MEMOS AND INSURANCE/CLAIM CHARTS TO PREPARE FOR MEDIATION (2.1); TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING MEDIATION PREPARATION (.2). | B. WEINSTEIN | 07 | 2.70 | 2,214.00 |
| 01/28/25 | REVIEW OF EMAIL FROM FIDELIDADE COUNSEL M. MCCURDY WITH REQUEST FOR INFORMATION; REVIEW OF FILE AND PREPARE RESPONSE TO M. MCCURDY (.2) ANALYZE COVERAGE ISSUES RAISED BY CARRIERS AND STRATEGIZE RE RESPONSE WITH EVALUATION OF INSURANCE ASSETS (.5) | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 01/28/25 | APPEAR FOR/ATTEND MEDIATION. | J. SCHULMAN | 07 | 7.60 | 6,353.60 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 01/28/25 | MEETING WITH CO-COUNSEL FOLLOWING MEDIATION SESSION. | J. SCHULMAN | 07 | 1.10 | 919.60 |
| 01/28/25 | ATTEND MEDIATION IN OAKLAND (7.7); MEET WITH CO-COUNSEL TO DISCUSS MEDIATION ISSUES AND STRATEGY (1.0). | B. WEINSTEIN | 07 | 8.70 | 7,134.00 |
| 01/29/25 | APPEAR FOR/ATTEND MEDIATION. | J. SCHULMAN | 07 | 4.50 | 3,762.00 |
| 01/29/25 | ANALYZE INSURANCE COVERAGE CHART FROM COMMITTEE AND PARTICIPATE IN MEDIATION TO DISCUSS COVERAGE ISSUES. | K. CIFARELLI | 07 | 1.50 | 787.50 |
| 01/29/25 | REVIEW OF CORRESPONDENCE FROM LMI RE COVERAGE POSITION AND SUMMARY OF POLICIES; COMPARE LMI POLICY PERIODS AND LIMITS TO INTERNAL COVERAGE CHART (.3) STRATEGIZE RE INSURANCE RECOVERY AND POTENTIAL AVAILABLE ASSETS, AND DRAFT OF CHART OF POTENTIAL INSURANCE RECOVERIES (.6) | K. CIFARELLI | 01 | 0.90 | 472.50 |
| 01/29/25 | EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL REGARDING PROJECT TO COMPILE LIST OF ALL CLAIMANTS FOR ALL SERVICING CARRIERS. | B. CAROLUS | 06 | 0.30 | 102.00 |
| 01/29/25 | ATTEND MEDIATION IN OAKLAND (7 HRS); REVIEW AND ANALYSIS OF NEW CORRESPONDENCE FROM CARRIERS REGARDING COVERAGE (.5). | B. WEINSTEIN | 07 | 7.50 | 6,150.00 |
| 01/30/25 | EVALUATE COVERAGE CHART AND COMPILE ██ CLAIMANT ENTRIES IN INSURANCE ASSETS CHART FOR ALL SERVICING CARRIERS. | B. CAROLUS | 06 | 6.20 | 2,108.00 |
| 01/30/25 | REVIEW CORRESPONDENCE REGARDING INFORMATION REQUESTED BY INSURERS (.3); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING SAME (.2); REVIEW AND ANALYSIS OF CORRESPONDENCE FROM CARRIER REGARDING COVERAGE ISSUES (.2); REVIEW AND ANALYSIS REGARDING COMMITTEE PLEADINGS RELATING TO INSURANCE COVERAGE (.4). | B. WEINSTEIN | 07 | 0.90 | 738.00 |
| 01/31/25 | EVALUATE COVERAGE CHART AND COMPILE ██ CLAIMANT ENTRIES IN INSURANCE ASSETS CHART FOR ALL SERVICING CARRIERS. | B. CAROLUS | 06 | 3.50 | 1,190.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 01/31/25 | ANALYZE CORRESPONDENCE REGARDING REQUESTS FOR INFORMATION FROM INSURERS (.5); PREPARE CORRESPONDENCE TO CARRIERS REGARDING SAME (.2); ANALYZE COVERAGE INFORMATION FOLLOWING DISCUSSION WITH CARRIERS (.4) | B. WEINSTEIN | 07 | 1.10 | 902.00 |
| 01/31/25 | REVIEW/ANALYZE CLAIMS DATA AND POLICIES IN PREPARATION FOR NEXT MEDIATION SESSION. | J. SCHULMAN | 07 | 1.70 | 1,421.20 |
| | **TOTAL SERVICES** | | | | **$66,532.70** |

**FOR DISBURSEMENTS ADVANCED THROUGH JANUARY 31, 2025**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/27/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/27/25 | 101.99 |
| 01/27/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/27/25 | 66.20 |
| 01/27/25 | AIRFARE: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/22/25 | 443.48 |
| 01/28/25 | PARKING/TOLLS/TRANSIT: BARRON WEINSTEIN ARCHDIOCESE OF SAN FRANCISCO MEDIATION ON 01/28/25 | 46.00 |
| 01/29/25 | OUT OF TOWN LODGING: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/29/25 | 250.18 |
| 01/29/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/29/25 | 69.50 |
| 01/29/25 | OUT OF TOWN LODGING: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/29/25 | 184.59 |
| 01/29/25 | AIRFARE: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/27/25 | 608.49 |
| 01/30/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN CLIENT MEETING IN OAKLAND ON 01/30/25 | 76.24 |
| | DOCKET SEARCHES | 2.70 |
| | **TOTAL DISBURSEMENTS** | **$1,849.37** |

**CURRENT INVOICE TOTAL**　　　　　　　　　　　　　　　　　　**$68,382.07**

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|------|------|-------|--------|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 5.80 | 4,195.50 |
| 02 | BANKRUPTCY PROCEDURE | 2.40 | 1,968.00 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 10.40 | 3,536.00 |
| 07 | MEDIATION | 63.10 | 51,715.70 |
| 08 | MOTION PRACTICE | 3.50 | 2,870.00 |

| CODE | TASK | HOURS | AMOUNT |
|------|------|-------|--------|
| 93 | DISCOVERY | 4.00 | 2,247.50 |
| | **TOTAL** | **89.20** | **$66,532.70** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|------------|------|-------|------|
| BRIAN S. CAROLUS | 340.00 | 10.40 | 3,536.00 |
| JEFFREY L. SCHULMAN | 836.00 | 29.70 | 24,829.20 |
| KEVIN L. CIFARELLI | 525.00 | 7.10 | 3,727.50 |
| BARRON L. WEINSTEIN | 820.00 | 42.00 | 34,440.00 |
| **TOTALS** | | **89.20** | **$66,532.70** |

1    **Exhibit B**

2    Summary of Customary and Comparable Compensation

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit B

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | U.S. Non_Bankruptcy Blended Rate | |
| (using categories alreadt maintained by the firm) | | San Francisco Diocese |
| | 1/1/2024-12/31/2024 | 10/01/2024-1/31/2025 |
| Sr. Partner/Equity Partner/ Shareholder | $865.00 | $836.00 |
| Of Counsel | $731.00 | $754.00 |
| Sr. Associate (7 or more years since first admission) | $665.00 | $461.00 |
| Associate (5-6 years since first admission) | $625.00 | |
| Jr. Associate (1-4 Years since first admission | $570.00 | |
| Paralegal | $350.00 | $340.00 |
| Legal Assistant | $321.00 | $316.00 |
| All Timekeepers aggregated | $736.26 | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Exhibit C</u>**

Attorney Fee Budget

**Fees and Expenses**

| Month | Budget | Sought | Variance |
|---|---|---|---|
| October 2024 | $ 75,000.00 | $ 41,602.75 | $ (33,397.25) |
| November 2024 | $ 75,000.00 | $ 20,282.44 | $ (54,717.56) |
| December 2024 | $ 75,000.00 | $ 22,992.70 | $ (52,007.30) |
| January 2025 | $ 75,000.00 | $ 15,895.40 | $ (59,104.60) |
| Total for October 1, 2024 to January 31, 2025 | $ 300,000.00 | $ 100,773.29 | $ (199,226.71) |