Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com
               jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date:     April 10, 2025<br>Time:    1:30 p.m.<br>Location: Via ZoomGov<br>Judge:   Hon. Dennis Montali |

**DECLARATION OF DAVID BRILL IN SUPPORT OF THIRD INTERIM APPLICATION OF TRANSPERFECT LEGAL SOLUTIONS FOR ALLOWANCE OF FEES AS PROVIDER OF LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES TO THE DEBTOR**

I, David Brill, declare as follows:

1. I am a Director, Strategic Accounts at TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as TransPerfect Legal Solutions ("TransPerfect"). TransPerfect is the provider of litigation consulting and e-discovery support solutions to The Roman Catholic Archbishop of San Francisco ("RCASF" or the "Debtor").

2. The matters stated herein are true and correct and are within my personal knowledge or information provided to me by other attorneys or employees of TransPerfect, and if called upon to testify as a witness, I could and would testify competently thereto.

3. This declaration is made in support of the *Third Interim Application of TransPerfect Legal Solutions for Allowance of Fees as Provider of Litigation Support Consulting and E-Discovery Services to the Debtor* (the "Application"). I give capitalized terms not defined here the same meaning given to them in the Application.

4. By the Application, TransPerfect seeks an order of the Court: (a) awarding and allowing interim compensation on account of litigation support consulting and e-discovery support services rendered to the Debtor during the Application Period in the amount of $2,065.00 and reimbursement of expenses in the amount of $9,251.38 for a total of $11,316.38 incurred from October 1, 2024 through and including January 31, 2025; (b) approving and ratifying amounts paid by the Debtor to TransPerfect on account of such services rendered during the Application Period in the aggregate amount of to $6,917.02, or 80% of fees and 100% of expenses earned and incurred during the Application Period as set forth in the Interim Monthly Fee Statements filed with the Court during the Application Period; and (c) authorizing the Debtor to pay to TransPerfect the balance due on account of fees awarded and allowed by the Court.

5. During the Application Period, TransPerfect professionals provided 11.80 hours of litigation support consulting services (including related e-discovery support services) to the Debtor, at the hourly rate of $175.00. In this regard, TransPerfect has worked closely with the Debtor and attorneys from Sheppard Mullin, Richter & Hampton LLP ("Sheppard Mullin"), co-counsel to the Debtor, to respond fully and appropriately to the Committee's discovery requests.

6.     Specifically, TransPerfect has worked with the Debtor and Sheppard Mullin to ensure appropriate and fulsome collection, and as appropriate hosting, of data; aided Sheppard Mullin attorneys with their respective review and analysis of the data collected; and provided e-discovery support related to production and export of appropriate and relevant documents to the Committee, as set forth in the TransPerfect Service Employment Application. The Debtor has required these services to ensure the efficient administration of this Bankruptcy Case, including, but not limited to prompt responses to discovery requested by the Committee and other parties in interest, all in furtherance of a prompt and consensual resolution of the Bankruptcy Case, if possible.

7.     In view of the time expended, the responsibilities assumed, and the reputation and skill of the Applicant's professionals, I submit that the fees requested in the Application represent the reasonable value of the services rendered on behalf of the Debtor. I believe that the services rendered were necessary, and that the attorney's fees requested constitute reasonable and necessary fees.

8.     The Application is the Applicant's third interim application for compensation in the Bankruptcy Case. TransPerfect has received payment from the Debtor for the fees and costs allowed by the Court's prior interim orders.

9.     Upon a review of the Application, I find that it accurately reflects the work performed by the Applicant during the Application Period.

10.    Pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212], TransPerfect has filed and served fee notices for October 2024 [ECF No. 920], November 2024 [ECF No. 954], December 2024 [ECF No. 969] and January 2025 [ECF No. 1007]. No objections were received with respect to the October, November, and December notices, while the time for objections to the January fee notice has not yet expired. TransPerfect has received payments in the amount of $6,917.02 from the Debtor, such that it has been paid 80% of fees and 100% of expenses with respect to the October, November and December fee notices. TransPerfect has not yet received a payment for January

///

2025. The unpaid 20% holdback together with the January 2025 fees and costs total $4,399.36. The retainer balance as of January 31, 2025, was $0.00.

11. There is no agreement or understanding between the Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in the Bankruptcy Case.

12. Attached to this declaration as **Exhibit A** are copies of TransPerfect's invoices, which include detailed, contemporaneously maintained time entries by each professional in increments of tenths (1/10) of an hour to describe the fees incurred during the Application Period as well as descriptions of other fees incurred by the Debtor in accordance with the summary of key rates for Services (as defined in the TransPerfect Employment Application). The invoices have been filed with the Court in support of the Interim Monthly Fee Statement.

13. In an effort to comply with the Guidelines, TransPerfect maintains its time records for project management services in increments of tenths of an hour, contemporaneously maintained by the professional. As all of the services provided by TransPerfect professionals are related to the Project Billing Category of "Discovery" and related services, TransPerfect did not separately categorize its time records for services rendered to the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 5, 2025, at Dallas, Texas.

_/s/ David Brill_
David Brill

**Exhibit A**

October 1, 2024 through January 31, 2025

Billing Statements



**Please note that our address has changed**

| | | | |
|---|---|---|---|
| **Bill To:** | | **Requested By:** | |
| Archdiocese Of San Francisco<br>Attn: Paula Carney<br>1 Peter Yorke Way<br>San Francisco, CA 94109<br>USA | | Steven Gersten<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Ave<br>20th floor<br>Dallas, TX 75201<br>USA | |

| | | | |
|---|---|---|---|
| **Invoice #:** | 268946 | **Sales Contact:** | Zoe Saumell |
| **Invoice Date:** | 10/31/2024 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 11/30/2024 | | |
| **Contract #:** | DM0301925 | **Purchase Order #:** | RCASF Hosting October 2024 |
| **Requested Date:** | 10/01/2024 | | |

**Project Notes:**
RCASF Hosting October 2024

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---:|---|---:|---:|
| **2024 October** | | | | |
| Monthly Storage Fees | 160.00 | GB | 6.000 | 960.00 |
| Project Management | 0.80 | Hour | 175.000 | 140.00 |
| Monthly User Access Fee | 6.00 | Each | 75.000 | 450.00 |
| Digital Reef Hosting - Adv ECA | 314.04 | GB | 2.000 | 628.08 |
| **2024 October - Production: Non-DEBTORS005** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| Project Management | 1.80 | Hours | 175.000 | 315.00 |

| | |
|---:|---:|
| **Total to Bill This Contract:** | US$2,743.08 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$2,743.08 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL
WWW.TRANSPERFECT.COM

**PAYMENT INSTRUCTIONS**     Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
███████████████

**Wire Transfer Details:**
**Flagstar Bank, N.A.**
**A/C #:** ██████ 6914
**ABA Routing #:** ████████
**SWIFT CODE:** ████████

**Please reference the Contract # DM0301925 and Invoice # 268946 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL ████████████████
WWW.TRANSPERFECT.COM

2 of 2

Case: 23-30564    Doc# 1069    Filed: 03/06/25    Entered: 03/06/25 15:14:19    Page 7 of 17

TransPerfect - October 2024 Detailed Time Entries

| Record Owner | Date | Time (Hr) | Hourly | Chronicle | Amount |
|---|---|---|---|---|---|
| Raymond Kim | 10/2/2024 | 0.3 | $175 | 20241002 - correspondence with counsel, stage scan deliverable and coordinate load. | $52.50 |
| Sam Yu | 10/2/2024 | 0.5 | $175 | 20241002 - data load 20241002_CS001\ | $87.50 |
| Raymond Kim | 10/29/2024 | 1.3 | $175 | 20241029 - various correspondence with A. Cottrell, stage data, coordinate processing and load, create saved searches, run production, encrypt and deliver. | $227.50 |
| Christopher Chen | 10/29/2024 | 0.5 | $175 | 20241029 - Export and Finalize Production | $87.50 |
| | | 2.6 | | | $455.00 |



**Please note that our address has changed**

| | |
|---|---|
| **Bill To:**<br>Archdiocese Of San Francisco<br>Attn: Paula Carney<br>1 Peter Yorke Way<br>San Francisco, CA 94109<br>USA | **Requested By:**<br>Steven Gersten<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Ave<br>20th floor<br>Dallas, TX 75201<br>USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 270667 | **Sales Contact:** | |
| **Invoice Date:** | 11/30/2024 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 12/30/2024 | | |
| **Contract #:** | DM0304479 | **Purchase Order #:** | RCASF Hosting November 2024 |
| **Case Name:** | RCASF Bankruptcy | | |
| **Requested Date:** | 11/01/2024 | | |

**Project Notes:**
RCASF Hosting November 2024

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---:|---|---:|---:|
| **2024 November** | | | | |
| Monthly Storage Fees | 160.00 | GB | 6.000 | 960.00 |
| Project Management | 1.20 | Hours | 175.000 | 210.00 |
| Monthly User Access Fee | 3.00 | Each | 75.000 | 225.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2.000 | 628.10 |
| **2024 November - Production: DEBTOR020** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| **2024 November - Production: Non-DEBTORS006** | | | | |
| Production | 2.00 | GB | 250.000 | 500.00 |
| | | | **Total to Bill This Contract:** | US$2,773.10 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | **US$2,773.10** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL
WWW.TRANSPERFECT.COM

| | |
|---|---|
| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ██████ 6914
ABA Routing #: ██████
SWIFT CODE: ██████

**Please reference the Contract # DM0304479 and Invoice # 270667 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than a month past due.

**Payment made on time**

| Payment Due Date | Total Due |
|---|---|
| 2024-12-30 | US$2,773.10 |

**Payment made late (interest assessed)**

| Late Payment Date | Total Interest Penalty Amount (1.5% per month) | Total Due |
|---|---|---|
| 2025-01-30 | US$41.60 | US$2,814.70 |
| 2025-02-28 | US$83.19 | US$2,856.29 |
| 2025-03-28 | US$124.79 | US$2,897.89 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL ██████
WWW.TRANSPERFECT.COM

2 of 2

Case: 23-30564   Doc# 1069   Filed: 03/06/25   Entered: 03/06/25 15:14:19   Page 10 of 17

| Record Owner | Date | Time (Hr) | Hourly | Chronicle | Amount |
|---|---|---|---|---|---|
| Raymond Kim | 11/8/2024 | 1.0 | $175 | 20241108 - various correspondence with A. Cottrell, identify redacted documents, privileged documents, broken families and create (5) saved searches for review. | $175 |
| Emily Hong | 11/12/2024 | 0.2 | $175 | 20241112 - Stage/coordinate client data process and load per request from A Cottrell | $35 |
| | | 1.2 | | | $210 |



**Please note that our address has changed**

| | |
|---|---|
| **Bill To:**<br>Archdiocese Of San Francisco<br>Attn: Paula Carney<br>1 Peter Yorke Way<br>San Francisco, CA 94109<br>USA | **Requested By:**<br>Steven Gersten<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Ave<br>20th floor<br>Dallas, TX 75201<br>USA |

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 272402 | | **Sales Contact:** | |
| **Invoice Date:** | 12/31/2024 | | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 01/30/2025 | | | |
| **Contract #:** | DM0306973 | | **Purchase Order #:** | RCASF Hosting December 2024 |
| **Case Name:** | RCASF Bankruptcy | | | |
| **Requested Date:** | 12/01/2024 | | | |

**Project Notes:**
RCASF Hosting December 2024

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **2024 December** | | | | |
| Monthly Storage Fees | 162.00 | GB | 6.000 | 972.00 |
| Project Management | 1.60 | Hours | 175.000 | 280.00 |
| Monthly User Access Fee | 3.00 | Each | 75.000 | 225.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2.000 | 628.10 |
| **2024 December - ESI** | | | | |
| Technical Labor | 1.00 | Hour | 175.000 | 175.00 |
| **2024 December  - Production: DEBTOR021** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| **2024 December  - Production: DEBTOR022** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| Project Management | 2.00 | Hours | 175.000 | 350.00 |
| | | | **Total to Bill This Contract:** | US$3,130.10 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | US$3,130.10 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL
WWW.TRANSPERFECT.COM

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ▓▓▓▓▓ 6914
ABA Routing #: ▓▓▓▓▓
SWIFT CODE: ▓▓▓▓▓

**Please reference the Contract # DM0306973 and Invoice # 272402 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than a month past due.

Payment made on time

| Payment Due Date | Total Due |
|---|---|
| 2025-01-30 | US$3,130.10 |

Payment made late (interest assessed)

| Late Payment Date | Total Interest Penalty Amount (1.5% per month) | Total Due |
|---|---|---|
| 2025-02-28 | US$46.95 | US$3,177.05 |
| 2025-03-28 | US$93.90 | US$3,224.00 |
| 2025-04-28 | US$140.85 | US$3,270.95 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL ▓▓▓▓▓
WWW.TRANSPERFECT.COM

| Record Owner | Date | Time (Hr) | Hourly | Chronicle | Amount |
|---|---|---|---|---|---|
| Bhishma Desai | 12/9/2024 | 0.8 | $175 | 20241209 - Production export and finalize | $ 140 |
| Raymond Kim | 12/9/2024 | 1.2 | $175 | 20241209 - various correspondence with A. Cottrell, stage data, coordinate processing, create saved searches, create tags for branding, run production, encrypt and deliver. | $ 210 |
| Bhishma Desai | 12/20/2024 | 1 | $175 | 20241220 - Production export and finalize | $ 175 |
| Emily Hong | 12/26/2024 | 1 | $175 | 20241220 - Create production searches, QC fields; Run production; 20241223 - Encrypt and deliver production | $ 175 |
| Emily Hong | 12/26/2024 | 0.6 | $175 | 20241220 - Stage/coordinate client data process and load per request from J Herschap; Coordinate imaging of documents; Correspondence w/ J Herschap re: custodian, production volume, bates number, confidentiality branding | $ 105 |
|  |  | 4.6 |  |  | $ 805 |



**Please note that our address has changed**

**Bill To:**
Archdiocese Of San Francisco
Attn: Paula Carney
1 Peter Yorke Way
San Francisco, CA 94109
USA

**Requested By:**
Amanda Cottrell
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue
Floor 20
Dallas, TX 75201
USA

| | |
|---|---|
| **Invoice #:** | 274593 |
| **Invoice Date:** | 01/31/2025 |
| **Invoice Due:** | 03/02/2025 |
| **Contract #:** | DM0309397 |
| **Case Name:** | RCASF Bankruptcy |
| **Requested Date:** | 01/01/2025 |

| | |
|---|---|
| **Sales Contact:** | |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | RCASF Hosting January 2025 |

**Project Notes:**
RCASF Hosting January 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **2025 January** | | | | |
| Monthly Storage Fees | 162.00 | GB | 6.000 | 972.00 |
| Project Management | 1.50 | Hours | 175.000 | 262.50 |
| Monthly User Access Fee | 3.00 | Each | 75.000 | 225.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2.000 | 628.10 |
| **2025 January - Production: DEBTOR023** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| Project Management | 1.90 | Hours | 175.000 | 332.50 |
| | | **Total to Bill This Contract:** | | US$2,670.10 |
| | | **Tax Amount:** | | US$0.00 |
| | | **Total Amount Due:** | | US$2,670.10 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
1 of 2

| | PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
███████████

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ██████ 6914
ABA Routing #: ██████
SWIFT CODE: ██████

**Please reference the Contract # DM0309397 and Invoice # 274593 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than a month past due.

Payment made on time

| Payment Due Date | Total Due |
|---|---|
| 2025-03-02 | US$2,670.10 |

Payment made late (interest assessed)

| Late Payment Date | Total Interest Penalty Amount (1.5% per month) | Total Due |
|---|---|---|
| 2025-04-03 | US$40.05 | US$2,710.15 |
| 2025-05-05 | US$80.10 | US$2,750.20 |
| 2025-06-05 | US$120.15 | US$2,790.25 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: ██████ • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
2 of 2

Case: 23-30564   Doc# 1069   Filed: 03/06/25   Entered: 03/06/25 15:14:19   Page 16 of 17

| Record Owner | Date | Time (Hr) | Hourly | Chronicle | Amount |
|---|---|---|---|---|---|
| Raymond Kim | 1/14/2025 | 1.3 | $175 | 20250114 - review multiple PDFs, verify document breaks, various correspondence with A. Cottrell, break u PDFs and create single page PDFs for review and coordinate processing. | $ 227.50 |
| Emily Hong | 1/21/2025 | 0.2 | $175 | 20250103 - Re-upload production onto the sFTP per request from A Cottrell; Correspondence re:same | $ 35.00 |
| Raymond Kim | 1/23/2025 | 1.4 | $175 | 20250123 - various correspondence with A. Cottrell, create saved searches, check tagging, branding, run production, encrypt and deliver. | $ 245.00 |
| Bhishma Desai | 1/23/2025 | 0.5 | $175 | 20250123 - Production export and finalize | $ 87.50 |
| | | 3.4 | | | $ 595.00 |