Mary E. Alexander, Esq. (SBN: 104173)
Megan E. McNamara, Esq. (SBN: 353644)
Catherine Cawley, Esq. (SBN: 359607)
MARY ALEXANDER & ASSOCIATES, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Phone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com
       mmcnamara@maryalexanderlaw.com
       ccawley@maryalexanderlaw.com

*Attorneys for Movant Daniel Eichhorn*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL EICHHORN, an individual,<br><br>Movant,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor In Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**SECOND AMENDED NOTICE OF HEARING RE: MOTION BY DANIEL EICHHORN TO ENLARGE THE CLAIMS BAR DATE TO ACCEPT A LATE FILED PROOF OF CLAIM**<br><br>Hearing Date: April 10, 2025<br>Hearing Time: 1:30pm<br>Remote Appearance |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, by and through his attorneys of record, Plaintiff Daniel Eichhorn will appear via videoconference for a hearing before this Court for oral arguments on Motion to Enlarge the Claims Bar Date to Accept a Late Filed Proof of Claim on April 10, 2025, at 1:30 PM PST.

Per the rules of this Court, the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by video. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If you have questions
**1**

SECOND AMENDED NOTICE OF HEARING RE: MOTION BY DANIEL EICHHORN TO ENLARGE THE CLAIMS BAR DATE TO ACCEPT A LATE FILED PROOF OF CLAIM

Case: 23-30564   Doc# 1074   Filed: 03/07/25   Entered: 03/07/25 10:37:00   Page 1 of 2

about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for the Committee no later than March 27, 2025 in accordance with Local Bankruptcy Rule 9014-1(c)(1).

Dated: March 7, 2025          By: /s/ Mary E. Alexander
                                  Mary E. Alexander, Esq.

Case: 23-30564  Doc# 1074  Filed: 03/07/25  Entered: 03/07/25 10:37:00  Page 2 of 2