Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
Facsimile: 213.721.0640
tevanston@skarzynski.com

*Counsel for Certain Underwriters at Lloyd's London and Certain London Market Companies*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned appears for Certain Underwriters at Lloyd's London and Certain London Market Companies ("LMI"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 1101, et seq. ("Bankruptcy Code"), demands that all notices that are required to be given in this adversary proceeding case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below:

Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
Facsimile: 213.721.0640
tevanston@skarzynski.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect to seek to affect in any way of the LMI's rights or interests, in this case.

**PLEASE TAKE FURTHER NOTICE** that this notice amends the prior Notice of Appearance and Request for Notice (Docket No. 996) to indicate the correct address, which is 633 West Fifth Street, 26th Floor, Los Angeles, CA 90071.

Dated: March 7, 2025  **Skarzynski Marick & Black LLP**

By: */s/ Timothy W. Evanston*
Timothy W. Evanston

*Counsel for Certain Underwriters at Lloyd's London and certain London Market Companies*

4904-0148-3300, v. 1