

Signed and Filed: March 13, 2025



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**



Joshua Haevernick (SBN 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: joshua.haevernick@dentons.com

Patrick C. Maxcy (admitted *pro hac vice*)
Keith Moskowitz (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SAMANTHA RUBEN *PRO HAC VICE*** |

Samantha Ruben, whose business address and telephone number is: DENTONS US LLP, 233 S. Wacker Drive, Suite 5900, Chicago, IL 60606 Telephone: (312) 876-2502 and who is an active member in good standing of the bar of Illinois, having applied in the above-entitled action for admission to practice in the United States Bankruptcy Court, Northern District of California on a *pro hac vice* basis, representing St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | All ECF Participants. |

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

Case: 23-30564    Doc# 1082    Filed: 03/13/25    Entered: 03/13/25 09:36:29    Page 3 of 3