Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com
       mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>*[No Hearing Required]* |

**EIGHTEENTH MONTHLY PROFESSIONAL FEE STATEMENT FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES [FEBRUARY 2025]**

1

FEBRUARY MONTHLY FEE STATEMENT [B. RILEY]

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that B. Riley Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, LLC (hereinafter, "B. Riley"), financial advisor to the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for February 2025.

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2025 through February 28, 2025 |
| Amount of Compensation Requested: | $39,136.00 |
| Net of 20% Holdback: | $31,308.80 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $31,308.80 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from February 1, 2025 through February 28, 2025 (the "Fee Period"). By this eighteenth statement, B. Riley seeks payment in the amount of $31,308.80, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention

Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as *Exhibit 1* is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as *Exhibit 2* is a summary of the services rendered and compensation sought by project category during the Fee Period.

Attached hereto as *Exhibit 3* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit 4*, are records of B. Riley's fees incurred during the period February 1, 2025 through February 28, 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: March 20, 2025                FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: March 20, 2025                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from February 1, 2025 through February 28, 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $775 | 8.60 | $6,665.00 |
| David Greenblatt | Director | $575 | 19.50 | 11,212.50 |
| Coral Hansen | Managing Director | $525 | 22.00 | 11,550.00 |
| Sean Horner | Senior Associate | $425 | 20.10 | 8,542.50 |
| Marilee Greene | Project Assistant | $265 | 4.40 | 1,166.00 |
| **TOTAL** | | | **74.60** | **$39,136.00** |

## Exhibit 2

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from February 1, 2025 through February 28, 2025**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 34.90 | $17,592.50 |
| Business Analysis | 9.00 | 6,035.00 |
| Employment/Fee Applications | 6.80 | 2,806.00 |
| Litigation Support | 5.60 | 3,015.00 |
| Monthly Operating Reports | 18.30 | 9,687.50 |
| **TOTAL** | **74.60** | **$39,136.00** |

## Exhibit 3

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

# Exhibit 4

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

March 6, 2025     Invoice # :  67595

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL  
1 PETER YORKE WAY  
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  February 1, 2025     through     February 28, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Wayne P. Weitz | 8.60 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 22.00 | 525.00 |
| David Greenblatt, CPA, CIRA | 19.50 | 575.00 |
| Sean Horner | 20.10 | 425.00 |
| Marilee Greene | 4.40 | 265.00 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 74.60 | $39,136.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.     Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*  
*3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com*

**Professional Services Detail**

                                                                                            Hours

### Asset Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 2/4/2025 | S. Horner | Continue to work on cash analysis | 2.60 |
| 2/5/2025 | S. Horner | Continue to work on cash analysis | 2.20 |
| 2/6/2025 | S. Horner | Continue to work on cash analysis | 1.00 |
| | S. Horner | Continue to work on cash analysis | 1.50 |
| | S. Horner | Continue to work on cash analysis | 1.60 |
| 2/11/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.70 |
| | S. Horner | Continue to work on cash analysis | 0.70 |
| | S. Horner | Continue to work on cash analysis | 2.20 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.70 |
| | D. Greenblatt | Call with W. Weitz and Debtor re: cash analysis | 1.10 |
| | D. Greenblatt | Continue to work on cash analysis | 2.90 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.70 |
| | W. Weitz | Call with D. Greenblatt and Debtor re: cash analysis | 1.10 |
| 2/12/2025 | S. Horner | Call with D. Greenblatt and R. Yee re: cash analysis | 0.20 |
| | S. Horner | Continue to work on cash analysis | 1.50 |
| | S. Horner | Continue to work on cash analysis | 2.20 |
| | D. Greenblatt | Call with S. Horner and R. Yee re: cash analysis | 0.20 |
| | D. Greenblatt | Continue to work on cash analysis | 1.90 |
| 2/13/2025 | S. Horner | Continue to work on cash analysis | 0.70 |
| | S. Horner | Continue to work on cash analysis | 1.20 |
| | D. Greenblatt | Continue to work on cash analysis | 2.90 |
| 2/14/2025 | S. Horner | Continue to work on cash analysis | 1.30 |
| 2/24/2025 | S. Horner | Call with W. Weitz, D. Greenblatt & S. Horner re: cash analysis | 0.50 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt & S. Horner re: cash analysis | 0.50 |
| | D. Greenblatt | Continue to work on cash analysis | 1.90 |
| | W. Weitz | Review and make edits to cash analysis | 0.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt & S. Horner re: cash analysis | 0.50 |

    SUBTOTAL:                                                                     [   34.90     17592.50]

### Business Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 2/4/2025 | W. Weitz | Weekly call with counsel | 1.00 |
| 2/10/2025 | D. Greenblatt | Update professional fee tracker and prepare payment summary for Debtor | 1.60 |
| 2/12/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 1.10 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 1.10 |
| 2/14/2025 | D. Greenblatt | Call with Debtor and Counsel re: case update | 1.10 |
| 2/19/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.50 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.50 |
| 2/26/2025 | W. Weitz | Review Oakland Diocese liquidation analysis | 0.30 |
| | W. Weitz | Weekly update call with counsel | 1.00 |
| 2/28/2025 | D. Greenblatt | Call with W. Weitz and P. Pascuzzi re: case update | 0.40 |
| | W. Weitz | Call with D. Greenblatt and P. Pascuzzi re: case update | 0.40 |

    SUBTOTAL:                                                                       [    9.00      6035.00]

### Employment/Fee Applications

| Date | Professional | Description | Hours |
|---|---|---|---|
| 2/10/2025 | M. Greene | Prepare January 2025 Fee Statement | 0.50 |
| 2/11/2025 | M. Greene | Prepare January 2025 Fee Statement | 0.90 |
| 2/12/2025 | W. Weitz | Prepare January 2025 Fee Statement | 0.40 |
| 2/21/2025 | M. Greene | Preparation of 4th Interim Fee Application | 3.00 |
| 2/27/2025 | D. Greenblatt | Preparation and review of 4th Interim Fee Application | 1.10 |
| 2/28/2025 | W. Weitz | Review, finalize 4th Interim Fee App; send to counsel for filing | 0.90 |

    SUBTOTAL:                                                                       [    6.80      2806.00]

|            |               |                                                                                                                                                                         | Hours    |
|------------|---------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            | **Litigation** |                                                                                                                                                                        |          |
| 2/12/2025  | C. Hansen     | Prepare the June, July, and August 2024 MOR's for BRG and review the related disbursement spreadsheet provided by K. Kelleher; send to M. Flanagan for review and approval | 2.40     |
|            | C. Hansen     | Prepare the September, October, November, and December 2024 MOR's for BRG and review the related disbursement spreadsheet provided by K. Kelleher; send to M. Flanagan for review and approval | 2.90     |
| 2/19/2025  | W. Weitz      | Review and email correspondence re: data provided to BRG                                                                                                                | 0.30     |
|            | SUBTOTAL:     |                                                                                                                                                             [     5.60   | 3015.00] |
|            | **Monthly Operating Reports** |                                                                                                                                                         |          |
| 2/3/2025   | C. Hansen     | Update MOR template with bank statements                                                                                                                                | 0.70     |
|            | C. Hansen     | Prepare bank statement and credit card exhibit for MOR                                                                                                                  | 0.80     |
|            | C. Hansen     | Update MOR template for January                                                                                                                                         | 1.20     |
| 2/4/2025   | C. Hansen     | Update MOR template with payroll detail; Call with K. Kelsey regarding new form for payroll and insider data                                                            | 0.40     |
| 2/6/2025   | C. Hansen     | Update MOR template with investment statements                                                                                                                          | 0.60     |
| 2/10/2025  | C. Hansen     | Review cash receipts and disbursement categories prepared by client                                                                                                     | 1.00     |
| 2/11/2025  | C. Hansen     | Download reports from Intacct for MOR template                                                                                                                          | 0.60     |
| 2/12/2025  | C. Hansen     | Analyze post petition payables for MOR                                                                                                                                  | 1.10     |
|            | C. Hansen     | Analyze additional information provided by client and update MOR with same                                                                                              | 1.40     |
| 2/13/2025  | C. Hansen     | Update MOR with trial balance transactions                                                                                                                              | 1.10     |
| 2/14/2025  | C. Hansen     | Continue analysis of monthly transactions                                                                                                                               | 2.60     |
| 2/17/2025  | C. Hansen     | Finalize MOR exhibits                                                                                                                                                   | 2.10     |
| 2/18/2025  | C. Hansen     | Finalize and send MOR exhibits and MOR report to client; Make revisions and finalize                                                                                    | 0.90     |
|            | C. Hansen     | Finalize draft of MOR and send to client team for review                                                                                                                | 2.20     |
|            | D. Greenblatt | Preparation of January MOR                                                                                                                                              | 1.60     |
|            | SUBTOTAL:     |                                                                                                                                                             [    18.30   | 9687.50] |