Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and<br>          Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR
BLANK ROME LLP [FEBRUARY 2025]**

///

///

Case: 23-30564    Doc# 1094    Filed: 03/20/25    Entered: 03/20/25 13:05:08    Page 1 of
21

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of February 2025 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of February 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2025, through February 28, 2025 | $108,708.80 | $46.00 | $108,754.80 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $86,967.04 | $46.00 | $87,013.04 |

Attached hereto as *Exhibit A* is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit D*, are records of BR's fees incurred during the period of February 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

1  The Net Total Allowed Payments detailed above shall be paid from funds held by the

2 Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within

3 14 days from the date of service of this Statement.

4 Dated: March 20, 2025

5              FELDERSTEIN FITZGERALD
                WILLOUGHBY PASCUZZI & RIOS LLP

6

7        By:  */s/ Paul J. Pascuzzi*
            Paul J. Pascuzzi

8            Attorneys for Debtor and Debtor in Possession
            The Roman Catholic Archbishop of San Francisco

9

10 Dated: March 20, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON
                LLP

11

12        By:  */s/ Ori Katz*
            Ori Katz

13            Alan H. Martin

14            Attorneys for Debtor and Debtor in Possession
            The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Fee Period of
February 2025**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Kevin Cifarelli | Associate | $525 | 44.00 | $23,100.00 |
| Jeffrey L. Schulman | Partner | $836 | 35.20 | $29,427.20 |
| Barron L. Weinstein | Of Counsel | $820 | 34.50 | $28,290.00 |
| Robyn Michaelson | Partner | $808 | 8.20 | $6,625.60 |
| Alexander H. Berman | Associate | $750 | 3.70 | $2,775.00 |
| Hannah K. Ahn | Associate | $795 | 8.80 | $6,996.00 |
| Jeffrey A. Hoffman | Legal Assistant/Paralegal | $475 | 5.50 | $2,612.50 |
| Kevin Rogers | Legal Assistant/Paralegal | $435 | 5.10 | $2,218.50 |
| Brian Carolus | Legal Assistant/Paralegal | $340 | 19.60 | $6,664.00 |
| **TOTAL** | | | **164.60** | **$108,708.80** |

**Exhibit B**

**Summary of Compensation by Project Category
Compensation by Project Category for Hourly Services
for the Fee Period of February 2025**

**Bankruptcy Categories**

| Description | Hours | Amount |
|-------------|-------|--------|
| Asset Analysis and Recovery (Insurance Proceeds) | 37.80 | $22,778.50 |
| Bankruptcy Procedure | 0.90 | $738.00 |
| Lit (Analysis of Coord Abuse Claims for Available Ins Coverage) | 19.60 | $6,664.00 |
| Mediation | 95.20 | $72,363.30 |
| Motion Practice | 2.70 | $2,214.00 |
| Recovery of Defense Costs from Carriers | 6.10 | $2,743.50 |
| Discovery | 2.30 | $1,207.50 |
| **TOTAL** | **164.60** | **$108,708.80** |

CASE No: 23-30564
BLOCK FOURTH MONTHLY FEE STATEMENT

Case: 23-30564    Doc# 1094    Filed: 03/20/25    Entered: 03/20/25 13:05:08    Page 4 of 21

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Parking/Tolls/Transit (Mediation) | $46.00 |
| **TOTAL** | **$46.00** |

CASE NO: 23-30564
BIOLASE MONTHLY FEE STATEMENT

1

**Exhibit D**

2

**February Blank Rome Invoice**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ███████

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: MARCH 13, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 04647 |
| ████████████ , ████████████ | INVOICE NUMBER: 2263975 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | |

**REGARDING:** **ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/15/2024 | 2229500 | $41,602.75 | ($41,317.15) | $285.60 |
| 11/12/2024 | 2237777 | $20,282.44 | ($16,242.50) | $4,039.94 |
| 12/13/2024 | 2245852 | $22,992.70 | ($18,394.16) | $4,598.54 |
| 01/10/2025 | 2249094 | $15,895.40 | ($12,716.32) | $3,179.08 |
| 02/10/2025 | 2255562 | $68,382.07 | $0.00 | $68,382.07 |

| | | |
|---|---|---|
| **BALANCE FORWARD** | | **$80,485.23** |
| FOR LEGAL SERVICES RENDERED THROUGH 2/28/25 | $108,708.80 | |
| FOR DISBURSEMENTS ADVANCED THROUGH 2/28/25 | $46.00 | |
| **CURRENT INVOICE TOTAL** | | **$108,754.80** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | | **$189,240.03** |

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████████ | 130 North 18th St |
| ABA Number: | ████████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ████████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | **INVOICE DATE:** MARCH 13, 2025 |
| PAULA CARNEY AND PHILIP LAM | **CLIENT ID:** 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | **MATTER NUMBER:** 163301-00001 |
| ████████ , ████████ | **INVOICE NUMBER:** 2263975 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | **PAGE 1** |

**REGARDING:** **ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

**FOR LEGAL SERVICES RENDERED THROUGH FEBRUARY 28, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/01/25 | STRATEGY CALL WITH B. WEINSTEIN AND J. SCHULMAN RE ███████ AND ███████ (1.1) REVIEW OF CORRESPONDENCE FROM MEDIATOR T. GALLAGHER AND P. GASPARI RE CARRIER REQUEST FOR INFORMATION AND RESPONSE TO CARRIERS (.1) | K. CIFARELLI | 07 | 1.20 | 630.00 |
| 02/01/25 | ATTEND CONFERENCE WITH CO-COUNSEL TO ███████ AND PREPARATION FOR ███████ (1.1); ANALYZE COVERAGE CHARTS REGARDING SAME (.3); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING MEDIATION STRATEGY (.2). | B. WEINSTEIN | 07 | 1.60 | 1,312.00 |
| 02/01/25 | STRATEGY MEETING WITH B. WEINSTEIN AND K. CIFARELLI IN PREPARATION FOR ███████ . | J. SCHULMAN | 07 | 1.10 | 919.60 |
| 02/03/25 | ANALYZE CORRESPONDENCE WITH DEFENSE COUNSEL AND MEDIATOR REGARDING MEDIATION ISSUES (.2); PREPARE CORRESPONDENCE TO MEDIATOR REGARDING SAME (.2); ZOOM CONFERENCE WITH MEDIATOR AND DEFENSE COUNSEL REGARDING MEDIATION ISSUES (.2). | B. WEINSTEIN | 07 | 0.60 | 492.00 |
| 02/04/25 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING COVERAGE FOR CASE AGAINST RELATED ENTITY AND ANALYSIS OF LITIGATION STRATEGY (.2); ANALYZE CORRESPONDENCE REGARDING SAME (.2). | B. WEINSTEIN | 07 | 0.40 | 328.00 |

**ARCHDIOCESE OF SAN FRANCISCO**          **PAGE 2**
**FILE NUMBER: 163301-00001**          **INVOICE # 2263975**
          **MARCH 13, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/04/25 | BEGIN PREPARING ALLOCATION ANALYSIS, INCLUDING REVIEWING/ANALYZING COVERAGE CHART, CLAIM LIST IN CONNECTION WITH SAME | R. MICHAELSON | 07 | 1.70 | 1,373.60 |
| 02/04/25 | CONFER WITH K. CIFARELLI AND R. MICHAELSON REGARDING COVERAGE ANALYSIS PRIOR TO UPCOMING MEDIATION. | J. SCHULMAN | 07 | 0.70 | 585.20 |
| 02/04/25 | REVIEW CLAIMS MATRIX, DATES OF ABUSE BY CLAIMANTS AND INSURANCE COVERAGE CHART FOR MEDIATION (2.6) PREPARE CORRESPONDENCE TO J. SCHULMAN AND R. MICHAELSON RE MEDIATION (.1) | K. CIFARELLI | 07 | 2.70 | 1,417.50 |
| 02/04/25 | CALL WITH J. SCHULMAN, K. CIFARELLI RE POLICY ANALYSIS, MEDIATION, NEXT STEPS | R. MICHAELSON | 07 | 0.70 | 565.60 |
| 02/04/25 | MEETING WITH R. MICHAELSON AND J. SCHULMAN TO STRATEGIZE RE ███████ AND ███████ (.7) BEGIN ANALYSIS OF INSURANCE ISSUES AND AVAILABLE ASSETS FOR MEDIATION (.6) | K. CIFARELLI | 01 | 1.30 | 682.50 |
| 02/05/25 | CALL WITH J. SCHULMAN, K. CIFARELLI RE ALLOCATION ANALYSIS, NEXT STEPS | R. MICHAELSON | 07 | 0.30 | 242.40 |
| 02/05/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND SUPPLEMENT CORRESPONDENCE MATRIX (.2); PARTICIPATE IN TEAMS CALL WITH COVERAGE COUNSEL REGARDING EXCEL POLICY CHART PROJECT INSTRUCTIONS (.5); EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND COVERAGE CHART AND COMPILE EXCEL POLICY CHART OF ALL CARRIER POLICIES (2.0). | B. CAROLUS | 06 | 2.70 | 918.00 |
| 02/05/25 | REVIEW POLICIES AND CLAIMS DATA IN PREPARATION FOR MEETING WITH CHUBB/CNA AND IN ANTICIPATION OF UPCOMING MEDIATION SESSION (2.6); CONFER WITH R. MICHAELSON AND K. CIFARELLI REGARDING SAME (.3); REVIEW COMMITTEE'S MOTION FOR IRB MINUTES AND AGGREGATED CLAIMS DATA (.5). | J. SCHULMAN | 07 | 3.40 | 2,842.40 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 02/05/25 | REVIEW OF CORRESPONDENCE FROM D. ZAMORA RE ███████ CLAIM AND PREPARE CORRESPONDENCE TO CARRIERS (.2) ANALYSIS OF INSURANCE ASSETS AND COVERAGE ISSUES TO PREPARE SETTLEMENT DEMANDS TO CARRIERS AND ASSESS TOTAL POTENTIAL ASSETS (3.3) | K. CIFARELLI | 01 | 3.50 | 1,837.50 |
| 02/05/25 | REVIEW INSURANCE POLICIES REGARDING APPLICABLE POLICY LIMITS FOR CHARTS (.3); MEET WITH CO-COUNSEL REGARDING SAME, AND MEDIATION STRATEGY (.3). | B. WEINSTEIN | 07 | 0.60 | 492.00 |
| 02/06/25 | PARTICIPATE IN MEDIATION WITH MEDIATORS AND COMMITTEE TO DISCUSS INSURANCE ISSUES (1.2) ANALYZE POTENTIAL GAP IN COVERAGE AND EVIDENCE SUPPORTING POLICY EVIDENCE DURING MISSING COVERAGE YEARS AND EMAIL TO J. SCHULMAN (.4) TEAM MEETING TO DISCUSS INSURANCE ISSUES POST-MEDIATION AND DEVELOP INSURANCE ASSET CHART FOR SETTLEMENT NEGOTIATIONS AND POTENTIAL CARRIER CONTRIBUTIONS (1.5) | K. CIFARELLI | 01 | 3.10 | 1,627.50 |
| 02/06/25 | ATTEND ZOOM MEETING WITH CARRIERS REGARDING COVERAGE ISSUES AND LIST OF COVERED CLAIMS (.8); REVIEW FILE NOTES TO PREPARE FOR SAME (.3); ANALYZE CORRESPONDENCE REGARDING ███████████ (.2). | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 02/06/25 | APPEAR FOR/ATTEND MEETING WITH CHUBB AND CNA COUNSEL (.8); PREPARE FOR SAME (.6); REVIEW POLICY DOCUMENTS AND CLAIMS FOLLOWING MEETING REGARDING INSURER REQUESTS (1.1). | J. SCHULMAN | 07 | 2.50 | 2,090.00 |
| 02/06/25 | TEAM MEETING TO ASSESS INSURANCE ANALYSIS AND PREPARE INSURANCE ASSET MATRIX IN ANTICIPATION OF MEDIATION (1.8) PREPARE MEMORANDUM FOR COMPREHENSIVE INSURANCE ANALYSIS (.4) | K. CIFARELLI | 07 | 2.20 | 1,155.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|------------|------------|------|-------|--------|
| 02/06/25 | PARTICIPATE IN TELEPHONE CALL WITH COVERAGE COUNSEL REGARDING CLAIMS MATRIX EXCEL CHART PROJECT INSTRUCTIONS (.2); EVALUATE COVERAGE CHART AND POLICY CHART AND COMPILE ▪ CLAIMANT ENTRIES IN CLAIMS MATRIX EXCEL CHART (2.8). | B. CAROLUS | 06 | 3.00 | 1,020.00 |
| 02/07/25 | PREPARE FOR AND PARTICIPATE IN TEAM MEETING TO PREPARE FOR MEDIATION AND ASSESS POTENTIAL AVAILABLE INSURANCE ASSETS (1.8) REVISIONS TO INSURANCE ASSET CHART (.7) | K. CIFARELLI | 01 | 2.50 | 1,312.50 |
| 02/07/25 | ASSIST WITH EVALUATION OF POTENTIAL INSURANCE ASSETS FROM PRIMARY AND EXCESS CARRIERS FOR CLAIMANTS AND PREPARE MATRIX (3.5); OFFICE CONFERENCE WITH K. CIFARELLI REGARDING SAME (0.3) | J. HOFFMAN | 01 | 3.80 | 1,805.00 |
| 02/07/25 | APPEAR FOR/ATTEND MEETING WITH COUNSEL AND CLIENT TEAMS (1); PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 02/07/25 | EVALUATE NEW CORRESPONDENCE FROM AND PREPARE CORRESPONDENCE TO COVERAGE COUNSEL AND PARALEGALS REGARDING CLAIMS MATRIX CHART (.3); EVALUATE COVERAGE CHART AND POLICY CHART AND COMPILE ▪ CLAIMANT ENTRIES IN CLAIMS MATRIX CHART (6.3); PARTICIPATE IN TEAMS CALL WITH COVERAGE COUNSEL AND PARALEGALS REGARDING CLAIMS MATRIX CHART (.2). | B. CAROLUS | 06 | 6.80 | 2,312.00 |
| 02/07/25 | ATTEND ZOOM WITH CLIENT AND COUNSEL TO DISCUSS ▪▪▪▪ (1.0); REVIEW FILE NOTES TO PREPARE FOR SAME (.4) | B. WEINSTEIN | 07 | 1.40 | 1,148.00 |
| 02/07/25 | EVALUATE INSURANCE ASSETS AND PREPARE MATRIX WITH POTENTIAL INSURANCE COVERAGE | K. ROGERS | 10 | 3.70 | 1,609.50 |
| 02/09/25 | REVIEW/ANALYZE OAKLAND BRIEFING AND HEARING TRANSCRIPTS REGARDING DISCLOSURE STATEMENT ISSUES (SPLIT). | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 02/09/25 | ANALYZE CORRESPONDENCE WITH MEDIATORS REGARDING | B. WEINSTEIN | 07 | 0.90 | 738.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | MEDIATION ISSUES (.2); PREPARE CORRESPONDENCE REGARDING SAME (.1); ANALYZE CORRESPONDENCE FROM COMMITTEE COUNSEL REGARDING INSURANCE POLICIES (.1) AND PREPARE RESPONSE (.1). ANALYZE PLEADINGS IN OAKLAND BANKRUPTCY PROCEEDINGS REGARDING PROPOSED PLAN, WITH ISSUES RELEVANT TO PRESENT CASE (SHARED WITH OTHER CLIENTS (.4). | | | | |
| 02/09/25 | REVIEW OF CORRESPONDENCE BETWEEN JUDGE BUCKLEY AND DEFENSE COUNSEL RE MEDIATION WITH REQUEST FOR INSURANCE INFORMATION (.1) REVIEW OF INSURANCE ASSET CHART IN PREPARATION FOR MEDIATION (.3) REVIEW OF CORRESPONDENCE FROM P. PASCUZZI WITH INSURANCE AND BANKRUPTCY INFORMATION AND REVIEW OF RESPONSE (.1) | K. CIFARELLI | 07 | 0.50 | 262.50 |
| 02/10/25 | EVALUATE INSURANCE ASSETS AND PREPARE MATRIX | K. ROGERS | 10 | 1.40 | 609.00 |
| 02/10/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS, INCLUDING DISCUSSION WITH H. AHN RE SAME | R. MICHAELSON | 07 | 1.40 | 1,131.20 |
| 02/10/25 | CALL WITH B. WEINSTEIN, J. SCHULMAN, K. CIFARELLI RE INSURANCE ASSETS ANALYSIS | R. MICHAELSON | 07 | 1.50 | 1,212.00 |
| 02/10/25 | ZOOM CONFERENCE WITH TEAM REGARDING ███████ STRATEGY AND ██████████ NECESSARY FOR ██████ | B. WEINSTEIN | 07 | 1.50 | 1,230.00 |
| 02/10/25 | REVIEW EMAILS FROM TEAM REGARDING MEDIATION AND REVISE INSURANCE ASSET CHART (.3) REVIEW OF EMAIL FROM JUDGE BUCKLEY AND ANALYZE INSURANCE ASSETS AND COVERAGE, AND DRAFT CHART TO RESPONSE TO JUDGE BUCKLEY'S REQUEST FOR INFORMATION (3.7) ZOOM MEETING WITH J. SCHULMAN, B. WEINSTEIN AND R. MICHAELSON RE ███████ AND ██████████ ISSUES (1.0) ADDITIONAL ANALYSIS AND REVISIONS TO INSURANCE ASSET CHART TO RESPOND TO JUDGE | K. CIFARELLI | 07 | 5.60 | 2,940.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|------------|------------|------|-------|--------|
| | BUCKLEY'S REQUEST FOR INFORMATION (.6) | | | | |
| 02/10/25 | CONDUCT INSURANCE ASSET ANALYSIS | H. AHN | 01 | 4.00 | 3,180.00 |
| 02/10/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM PARALEGALS AND COVERAGE COUNSEL AND PREPARE CORRESPONDENCE TO COVERAGE COUNSEL REGARDING CLAIMS MATRIX CHART (.3); EVALUATE COVERAGE CHART AND POLICY CHART AND COMPILE █ CLAIMANT ENTRIES IN CLAIMS MATRIX CHART (4.2). | B. CAROLUS | 06 | 4.50 | 1,530.00 |
| 02/10/25 | COVERAGE COUNSEL TEAM MEETING IN PREPARATION FOR █████████████. | J. SCHULMAN | 07 | 1.50 | 1,254.00 |
| 02/10/25 | ASSIST WITH EVALUATION OF POTENTIAL INSURANCE ASSETS FROM PRIMARY AND EXCESS CARRIERS FOR CLAIMANTS AND PREPARE MATRIX WITH POTENTIAL INSURANCE COVERAGE | J. HOFFMAN | 01 | 1.70 | 807.50 |
| 02/11/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND EVALUATE TENDER MATRIX CLAIMANT ENTRY (.2); EVALUATE 4 NEW BANKRUPTCY PLEADINGS RECEIVED AND SUPPLEMENT BANKRUPTCY PLEADINGS (.2). | B. CAROLUS | 06 | 0.40 | 136.00 |
| 02/11/25 | CONFER WITH DEBTOR TEAM IN PREPARATION FOR MEDIATION. | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 02/11/25 | REVIEW AND REVISE INSURANCE ASSET CHART (1.8) EVALUATE ALLOCATIONS TO CARRIERS (.4) ANALYZE DATA AND DRAFT MEMORANDUM REGARDING ADDITIONAL INFORMATION (1.2) PHONE CALL WITH █████ REGARDING ADDITIONAL CLAIMANT INFORMATION AND PREPARE EMAIL TO █████ (.3) ANALYSIS OF INSURANCE ASSETS TO PREPARE FOR MEDIATION (.7) REVIEW OF CORRESPONDENCE FROM P. PASCUZZI AND EVALUATE POTENTIAL MOTION TO FILE LATE CLAIM (.1) | K. CIFARELLI | 07 | 4.50 | 2,362.50 |
| 02/11/25 | REVIEW/ANALYZE INSURANCE ASSET ANALYSIS AND POLICIES. | J. SCHULMAN | 07 | 2.30 | 1,922.80 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 02/11/25 | ANALYZE NEW COVERAGE LITIGATION IN OTHER DIOCESE WITH ISSUES INVOLVED IN PRESENT CASE (.5); ANALYZE PLEADINGS AND CORRESPONDENCE TO PREPARE FOR ZOOM MEETING WITH TEAM REGARDING ▮ (1.2); ATTEND ZOOM MEETING WITH TEAM TO DISCUSS LEGAL ISSUES AND ANTICIPATED MOTIONS (1.0). | B. WEINSTEIN | 07 | 2.70 | 2,214.00 |
| 02/11/25 | CONDUCT ANALYSIS OF INSURANCE ASSETS | H. AHN | 01 | 2.80 | 2,226.00 |
| 02/11/25 | SUPPLEMENT INSURANCE ASSET ANALYSIS | A. BERMAN | 01 | 3.70 | 2,775.00 |
| 02/11/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS | R. MICHAELSON | 07 | 2.30 | 1,858.40 |
| 02/12/25 | REVIEW OF CORRESPONDENCE FROM SWISS AND PREPARE RESPONSE (.2) BEGIN ANALYSIS OF SWISS RE CHART OF CLAIMS AND SCOPE OF TENDERS AND COVERAGE BY SWISS RE (.3) ANALYSIS OF INSURANCE ASSET CHART (.7) PREPARE MEMORANDUM REGARDING COVERAGE ISSUES (1.8) | K. CIFARELLI | 01 | 2.80 | 1,470.00 |
| 02/12/25 | ANALYZE CORRESPONDENCE WITH CLIENT REGARDING ▮ STRATEGY (.2); RESEARCH AND ANALYSIS REGARDING MOTIONS FOR RELEASE OF CASES FROM STAY (.6) | B. WEINSTEIN | 07 | 0.80 | 656.00 |
| 02/12/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT DEFENSE COUNSEL CORRESPONDENCE. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 02/12/25 | REVIEW/ANALYZE POLICIES AND CLAIMS DATA IN PREPARATION FOR MEDIATION. | J. SCHULMAN | 07 | 2.30 | 1,922.80 |
| 02/13/25 | ANALYZE INSURANCE PROCEEDS AND COMPILE CLAIMS PER INSURER INFORMATION | H. AHN | 01 | 1.10 | 874.50 |
| 02/13/25 | REVIEW CLAIM AND COVERAGE INFORMATION REQUESTED BY MEDIATORS (1.4); PREPARE CORRESPONDENCE TO MEDIATORS REGARDING SAME (.2); REVIEW CORRESPONDENCE FROM MEDIATORS REGARDING REQUEST FOR INFORMATION (.2); ATTEND | B. WEINSTEIN | 07 | 2.60 | 2,132.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | ZOOM CONFERENCE WITH CLIENT TEAM REGARDING ███████████ ████ (.8) | | | | |
| 02/13/25 | REVIEW OF CORRESPONDENCE FROM MEDIATORS RE INSURANCE ASSETS (.1) REVISE INSURANCE ASSET CHART (1.1) REVISE CORRESPONDENCE TO JUDGE BUCKLEY (.2) PARTICIPATE IN ZOOM CALL WITH DEFENSE COUNSEL AND BANKRUPTCY COUNSEL RE INSURANCE AND BANKRUPTCY ISSUES (.5) REVIEW CORRESPONDENCE FROM JUDGE BUCKLEY AND T. GALLAGHER RE MEDIATION AND INSURANCE ISSUES (.2) ANALYZE INSURANCE ASSET CHART AND CONFERENCE WITH B. WEINSTEIN RE CALCULATIONS (.4) REVISE CORRESPONDENCE TO JUDGE BUCKLEY RE MEDIATION (.1) REVIEW OF EMAIL FROM ███ ███████ WITH REQUEST FOR INFORMATION AND REVIEW OF FILE REGARDING REQUESTED INSURANCE INFORMATION (.3) | K. CIFARELLI | 07 | 2.90 | 1,522.50 |
| 02/13/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL, CLAIM RECONCILIATION CHART AND CLAIMANT FOLDERS FOR █ CLAIMANTS FOR COPIES OF PROOF OF CLAIM FORMS AND UPLOAD PROOF OF CLAIM FORMS INTO SHAREFILE (1.1); EVALUATE CLAIM RECONCILIATION CHART AND SUPPLEMENT CLAIMANT ENTRY IN COVERAGE CHART AND CORRESPONDENCE MATRIX (.2). | B. CAROLUS | 06 | 1.30 | 442.00 |
| 02/13/25 | REVIEW/ANALYZE COVERAGE AND CLAIMS DATA IN RESPONSE TO INSURER AND MEDIATOR REQUESTS (1.7); STRATEGY MEETING WITH DEBTOR TEAM REGARDING SAME (.8) | J. SCHULMAN | 07 | 2.50 | 2,090.00 |
| 02/14/25 | REVIEW OF CARRIER REQUEST FOR INFORMATION AND ACCESS TO CLAIMANT MATERIALS; REVIEW OF EXECUTED PROTECTIVE ORDERS AND DOCUMENTS PRODUCED IN SHAREFILE, DROPBOX AND SHAREVAULT TO RESPOND TO CARRIER REQUEST FOR ACCESS AND ADDITIONAL | K. CIFARELLI | 93 | 2.30 | 1,207.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | DOCUMENTATION (.6) REVIEW OF DOCUMENT PRODUCTION TO CARRIERS IN ANTICIPATION OF MEDIATION (.4) REVIEW OF EMAIL FROM CARRIER RE ISSUES WITH DOCUMENT PRODUCTION, REVIEW OF DOCUMENTS PRODUCED AND REVISE PRODUCTION (.4) CONTINUE ANALYSIS OF INSURANCE ASSETS IN ANTICIPATION FOR MEDIATION AND CONFERENCE WITH J. SCHULMAN AND B. WEINSTEIN (.9) | | | | |
| 02/14/25 | ATTEND DEBTOR TEAM MEETING IN ANTICIPATION OF UPCOMING MEDIATION (1); PREPARE FOR SAME (.4). | J. SCHULMAN | 07 | 1.40 | 1,170.40 |
| 02/14/25 | ATTEND MEETING WITH CLIENT TEAM REGARDING ███████ ISSUES AND STRATEGY (1.0); REVIEW FILE TO PREPARE FOR SAME (.3). | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 02/17/25 | PREPARE FOR AND PARTICIPATE IN ZOOM CALL WITH MEDIATORS REGARDING MEDIATION (.3) PREPARE MEMORANDUM RE ZOOM MEETING AND MEDIATION ISSUES (.2) TEAM MEETING WITH B. WEINSTEIN AND J. SCHULMAN TO PREPARE FOR MEDIATION AND DISCUSS INSURANCE CONTRIBUTIONS (1.7) REVIEW OF REQUEST FOR INFORMATION FROM ███████ AND PREPARE EMAIL TO B. WEINSTEIN RE RESPONSE (.1) REVIEW OF CORRESPONDENCE FROM AIG WITH REQUEST FOR POLICY INFORMATION AND PREPARE EMAIL TO J. SCHULMAN RE RESPONSE TO AIG (.3) CONFERENCE WITH R. MICHAELSON RE INSURANCE ASSETS AND PREPARE REVISIONS TO INSURANCE ASSET MATRIX TO DEVELOP ALLOCATIONS TO CARRIERS BASED ON VARIOUS DEMANDS (.3) | K. CIFARELLI | 01 | 2.90 | 1,522.50 |
| 02/17/25 | ANALYZE CLAIMS CHART REGARDING POTENTIAL CARRIER CONTRIBUTIONS AND CREATE SETTLEMENT MODELS IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 07 | 0.80 | 420.00 |
| 02/17/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS IN CONNECTION WITH TEAM QUERIES | R. MICHAELSON | 07 | 0.30 | 242.40 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 02/17/25 | CONFER WITH MEDIATORS (.3); STRATEGY MEETING WITH INSURANCE COVERAGE TEAM (1.7); CONFER WITH AIG COUNSEL REGARDING POLICIES (.3). | J. SCHULMAN | 07 | 2.30 | 1,922.80 |
| 02/17/25 | ATTEND ZOOM CONFERENCE WITH MEDIATORS AND CLIENT'S COUNSEL REGARDING MEDIATION STRATEGY AND REQUESTS (.3); REVIEW FILE NOTES TO PREPARE FOR SAME (.2); ATTEND MEETING WITH CO COUNSEL REGARDING MEDIATION STRATEGY, POTENTIAL SETTLEMENT SCENARIOS, AND PRODUCTION OF INFORMATION REQUESTED BY MEDIATORS (1.7); TELEPHONE CONFERENCE WITH PAUL GASPARI REGARDING SAME (.2). | B. WEINSTEIN | 07 | 2.40 | 1,968.00 |
| 02/18/25 | REVIEW OF INSURANCE CLAIMS CHART AND PREPARE CORRESPONDENCE TO CARRIERS AND MEDIATOR RE CARRIER CLAIMS (.4) REVIEW OF EMAIL FROM ███████ RE REQUEST FOR INFORMATION AND PREPARE RESPONSE (.1) | K. CIFARELLI | 07 | 0.50 | 262.50 |
| 02/18/25 | ANALYZE INSURANCE ASSET INFORMATION, INCLUDING DRAFTING SUMMARIES RE: SAME | H. AHN | 01 | 0.90 | 715.50 |
| 02/18/25 | REVIEW AND PREPARE CORRESPONDENCE WITH CARRIERS REGARDING INFORMATION REQUESTED FOR MEDIATION. | B. WEINSTEIN | 07 | 0.60 | 492.00 |
| 02/19/25 | REVIEW OF CORRESPONDENCE FROM CARRIERS REGARDING SCOPE OF CLAIMS AND REVIEW OF FILE REGARDING PLEADINGS AND MATERIALS REGARDING █ CLAIMS (.8) PREPARE EMAIL TO DEFENSE COUNSEL REGARDING UNCERTAIN CLAIMS AND REVIEW OF RESPONSE AND REVISE CHART (.3) REVIEW OF EMAIL FROM HARTFORD COUNSEL A. ROLAIN WITH REQUEST FOR INFORMATION AND PREPARE RESPONSE (.1) | K. CIFARELLI | 01 | 1.20 | 630.00 |
| 02/19/25 | ANALYZE PROPOSED CASE MANAGEMENT STATEMENT IN UNDERLYING LITIGATION REGARDING RELEASE FROM STAY OF CASES JOINED WITH DEBTOR DEFENDANTS (.6); REVIEW AND | B. WEINSTEIN | 08 | 1.90 | 1,558.00 |

**ARCHDIOCESE OF SAN FRANCISCO**       **PAGE 11**
**FILE NUMBER: 163301-00001**       **INVOICE # 2263975**
**MARCH 13, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | PREPARE CORRESONDENCE WITH TEAM REGARDING SAME (.4); ANALYZE BRIEFING OF COVERAGE ISSUES REGARDING ISSUES RAISED BY INSURERS (.5); REVIEW PLEADINGS REGARDING STEELE'S MOTION FOR RELIEF FROM STAY (.2); PREPARE CORRESPONDENCE TO CO-COUNSEL REGARDING SAME (.2). | | | | |
| 02/20/25 | ATTEND ALL DAY MEDIATION WITH MEDIATORS, INSURERS AND COMMITTEE IN SAN FRANCISCO (7.0); REVIEW AND REVISE OPPOSITION TO MOTION FOR RELEASE FROM STAY (.2). | B. WEINSTEIN | 07 | 7.20 | 5,904.00 |
| 02/20/25 | REVIEW OF CORRESPONDENCE FROM COUNSEL FOR AIG WITH REQUEST FOR INFORMATION AND PREPARE RESPONSE (.2) REVIEW OF EMAIL FROM ▮▮▮▮▮▮ WITH REQUEST FOR INFORMATION AND PREPARE RESPONSE (.1) REVIEW OF CORRESPONDENCE FROM APPALACHIAN COUNSEL WITH REQUEST FOR INFORMATION AND PREPARE RESPONSE (.1) | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 02/20/25 | APPEAR FOR/ATTEND MEDIATION (7.0); PREPARE FOR SAME (1.3). | J. SCHULMAN | 07 | 8.30 | 6,938.80 |
| 02/21/25 | ATTEND DEBTOR TEAM CALL REGARDING MEDIATION. (1.1); REVIEW MOTION FOR RELIEF FROM STAY AND ACCOMPANYING FILINGS (1.3). | J. SCHULMAN | 07 | 2.40 | 2,006.40 |
| 02/21/25 | ATTEND MEETING WITH CO-COUNSEL REGARDING ISSUES IN OTHER CALIFORNIA ABUSE CASES REGARDING OVERLAPPING ISSUES (SHARED WITH OTHER CLIENTS). | B. WEINSTEIN | 07 | 1.40 | 1,148.00 |
| 02/21/25 | ATTEND ZOOM MEETING WITH CLIENT TEAM AND COUNSEL TO DISCUSS ▮▮▮▮▮▮ FOLLOWING YESTERDAY'S MEDIATION SESSION. | B. WEINSTEIN | 07 | 1.10 | 902.00 |
| 02/23/25 | REVIEW AND ANALYZE PLEADINGS AND CORRESPONDENCE REGARDING RESPONSE TO COMMITTEE'S MOTION FOR RELIEF FROM STAY. | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 02/24/25 | REVIEW OF CORRESPONDENCE FROM J. KIM RE COMPLAINT AND MOTION FOR RELIEF FROM STAY, AND ANALYZE PLEADINGS | K. CIFARELLI | 01 | 0.30 | 157.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | REGARDING MOTION FOR RELIEF FROM STAY (.1) REVIEW OF CORRESPONDENCE FROM P. PASCUZZI AND COMMITTEE MOTION RE INSURANCE MEDIATOR MOTION (.1) REVIEW OF CORRESPONDENCE FROM D. ZAMORA AND NOTICE OF MOTION AND MOTION TO SET CASE FOR TRIAL (.1) | | | | |
| 02/25/25 | EVALUATE NEW CORRESPONDENCE AND 7 NEW PLEADINGS RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT BANKRUPTCY PLEADINGS. | B. CAROLUS | 06 | 0.30 | 102.00 |
| 02/25/25 | REVIEW OF CORRESPONDENCE FROM CHUBB RE REIMBURSEMENT OF DEFENSE FEES. | K. CIFARELLI | 10 | 0.10 | 52.50 |
| 02/26/25 | ATTEND CASE MANAGEMENT CONFERENCE IN STATE COURT 5108 REGARDING DISCUSSION OF APPLICATION OF BANKRUPTCY STAY TO NON DEBTOR DEFENDANTS (SHARED WITH OTHER CLIENTS) | B. WEINSTEIN | 02 | 0.90 | 738.00 |
| 02/26/25 | EVALUATE NEW CORRESPONDENCE AND INVOICE PAYMENT CHECK RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT DEFENSE FEES AND COSTS CHART. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 02/26/25 | REVIEW/ANALYZE DRAFT OPPOSITION TO COMMITTEE MOTION. | J. SCHULMAN | 07 | 1.10 | 919.60 |
| 02/26/25 | REVIEW OF CORRESPONDENCE FROM M. COOPER RE REIMBURSEMENT OF LEGAL FEES AND EXPENSES FROM CHUBB AND REVIEW OF FILE REGARDING SCOPE OF REIMBURSEMENTS AND OUTSTANDING INVOICES (.2) REVIEW OF CORRESPONDENCE FROM APPALACHIAN COUNSEL REGARDING SCOPE OF CLAIMS AND ANALYZE CLAIMANT PLEADINGS OF ▮ CLAIMS (.7) | K. CIFARELLI | 10 | 0.90 | 472.50 |
| 02/27/25 | REVIEW AND ANALYZE PLEADINGS AND CORRESPONDENCE REGARDING STEELE MOTION FOR RELIEF FROM STAY IN PREPARATION FOR HEARING. | B. WEINSTEIN | 08 | 0.80 | 656.00 |
| 02/27/25 | EVALUATE NEW CORRESPONDENCE AND 2 BANKRUPTCY PLEADINGS | B. CAROLUS | 06 | 0.20 | 68.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT BANKRUPTCY PLEADINGS. | | | | |
| 02/27/25 | REVIEW OF CORRESPONDENCE FROM SWISS RE COUNSEL B. CURET RE RECONCILIATION OF COVERAGE CHART AND DRAFT RESPONSE (.6) ANALYSIS OF CARRIER REQUESTS FOR INFORMATION AND POST-MEDIATION COVERAGE ISSUES AND PREPARE MEMORANDUM RE SAME (1.2) | K. CIFARELLI | 01 | 1.80 | 945.00 |
| 02/28/25 | ATTEND ZOOM CONFERENCE WITH CLIENT AND COUNSEL TO DISCUSS MEDIATION STATUS AND STRATEGY, AND UPCOMING HEARINGS ON MOTIONS (.6); REVIEW CORRESPONDENCE AND FILE NOTES TO PREPARE FOR SAME (.2); REVIEW AND ANALYZE CORRESPONDENCE RULING ON MOTION FOR RELIEF FROM STAY AND CARRIER'S REQUEST FOR DOCUMENTS(.4.) | B. WEINSTEIN | 07 | 1.20 | 984.00 |
| 02/28/25 | ATTEND DEBTOR TEAM MEETING IN PREPARATION FOR UPCOMING MEDIATION. | J. SCHULMAN | 07 | 0.60 | 501.60 |
| | **TOTAL SERVICES** | | | | **$108,708.80** |

**FOR DISBURSEMENTS ADVANCED THROUGH FEBRUARY 28, 2025**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/29/25 | PARKING/TOLLS/TRANSIT: BARRON WEINSTEIN ADSF MEDIATION PARKING IN OAKLAND CA ON 01/29/25 | 46.00 |
| | **TOTAL DISBURSEMENTS** | **$46.00** |

**CURRENT INVOICE TOTAL**                                                    **$108,754.80**

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|------|------|-------|--------|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 37.80 | 22,778.50 |
| 02 | BANKRUPTCY PROCEDURE | 0.90 | 738.00 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 19.60 | 6,664.00 |
| 07 | MEDIATION | 95.20 | 72,363.30 |
| 08 | MOTION PRACTICE | 2.70 | 2,214.00 |

| CODE | TASK | HOURS | AMOUNT |
|------|------|-------|--------|
| 10 | RECOVERY OF DEFENSE COSTS FROM CARRIERS | 6.10 | 2,743.50 |
| 93 | DISCOVERY | 2.30 | 1,207.50 |
| | **TOTAL** | **164.60** | **$108,708.80** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|------------|------|-------|------|
| BRIAN S. CAROLUS | 340.00 | 19.60 | 6,664.00 |
| JEFFREY L. SCHULMAN | 836.00 | 35.20 | 29,427.20 |
| ROBYN MICHAELSON | 808.00 | 8.20 | 6,625.60 |
| ALEXANDER H. BERMAN | 750.00 | 3.70 | 2,775.00 |
| HANNAH K. AHN | 795.00 | 8.80 | 6,996.00 |
| KEVIN L. CIFARELLI | 525.00 | 44.00 | 23,100.00 |
| BARRON L. WEINSTEIN | 820.00 | 34.50 | 28,290.00 |
| JEFFREY A. HOFFMAN | 475.00 | 5.50 | 2,612.50 |
| KEVIN ROGERS | 435.00 | 5.10 | 2,218.50 |
| **TOTALS** | | **164.60** | **$108,708.80** |