Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com
                     mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [FEBRUARY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for February 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of February 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2025, through February 28, 2025 | $45,923.50 | $595.71 | $46,519.21 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $36,738.80 | $595.71 | $37,334.51 |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: March 20, 2025

          FELDERSTEIN FITZGERALD
          WILLOUGHBY PASCUZZI & RIOS LLP

          By: */s/ Paul J. Pascuzzi*
          Paul J. Pascuzzi
          Attorneys for The Roman Catholic Archbishop of San Francisco

Exhibit A

February 2025 Invoice

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email:

# Invoice 13875

| Date | Mar 07, 2025 |
|---|---|
| Terms | |
| Service Thru | Feb 28, 2025 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 02/03/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with P. Gaspari, O. Katz, B. Weinstein re case strategy, Committee issues (.2). Research re other diocesan court rulings on similar issue of publicizing bankruptcy information (1.4). Attend call with Fr. Summerhays, P. Carney, O. Katz, P. Gaspari re same (.6). | 2.20 | $ 600.00/hr | $ 1,320.00 |
| 02/03/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare initial drafts of the January Monthly Fee Statements for Blank Rome (.3), FFWPR (.3) and Weintraub Tobin (.3). | 0.90 | $ 105.00/hr | $ 94.50 |
| 02/03/2025 | PJP | **L320 - Document Production:** Email to O. Katz, A. Cottrell re cemeteries discovery issues, review S. Williamson email re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/03/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with other diocesan lawyers re similar case issues (shared) (.5). Further call with other diocesan lawyer re similar case status and issues (shared) (.4). | 0.90 | $ 600.00/hr | $ 540.00 |
| 02/03/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with D. Zamora, O. Katz, P. Gaspari re automatic stay issues and JCP 5108 releasing cases for discovery and trial (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 02/03/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with Judge Buckley, P. Gaspari, O. Katz re mediation issues (.5). | 0.50 | $ 600.00/hr | $ 300.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re case status, Committee call preparation, consider strategy on same (.3). Calls from and to D. Zamora re case issues, review letter re tolling of statute (.3). | 0.60 | $ 600.00/hr | $ 360.00 |
| 02/04/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for Committee counsel call (.2). Attend same (.5). | 0.70 | $ 600.00/hr | $ 420.00 |
| 02/04/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same (.7). | 0.90 | $ 600.00/hr | $ 540.00 |
| 02/04/2025 | PJP | **B190 - Other Contested Matters:** Review Committee motion to file under seal re claims data motion, consider issues (.4). Review Committee motion re same, consider strategy (.6). | 1.00 | $ 600.00/hr | $ 600.00 |
| 02/04/2025 | MEK | **B190 - Other Contested Matters:** Review of Committee Mtn (publishing claims data) re; potential objections (.5). | 0.50 | $ 350.00/hr | $ 175.00 |
| 02/04/2025 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re operations issues, audit issue (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/05/2025 | PJP | **B160 - Fee/Employment Applications:** Email to M. Flanagan, D. Greenblatt re no objections to Dec fee statements (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 02/06/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from R. Harris re high schools discovery issues update (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/06/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on questions about automatic stay and JCP 5108 (shared) (.4). Review emails from and to O. Katz, D. Zamora re auto stay issues in JCP 5108 (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 02/06/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review email from P. Carney, draft press statement in case needed, revise same, email to P. Carney, P. Gaspari, O. Katz (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/07/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re agenda for call (.4). Prepare for same (.2). Attend same (1.0). Email to P. Carney re Cushman Committee employment waiver, issues (.3). | 1.90 | $ 600.00/hr | $ 1,140.00 |
| 02/07/2025 | PJP | **L320 - Document Production:** Email to L. Linsky, R. Harris, C. Johnson, P. Califano re Committee discovery issues (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/07/2025 | PJP | **B190 - Other Contested Matters:** Emails to and from M. Cottrell re Gallagher invoice, no objections, insurer share, email to insurers re same (.2). Emails from and to A. Fernandez re Gallagher invoices (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 02/07/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call and email to A. Uetz re auto stay issues for diocese cases (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/07/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact Weintraub Tobin's January invoices for survivor information in preparation of the January Monthly Fee Statement. | 1.10 | $ 105.00/hr | $ 115.50 |
| 02/07/2025 | MEK | **B160 - Fee/Employment Applications:** Review email from B. Jennings re: Weintraub invoice (redactions) (.1); Call to B. Jennings re: redactions to the same (.1). | 0.20 | $ 350.00/hr | $ 70.00 |
| 02/07/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Review and revise Committee version of Cushman revised application and stipulation (.3). Review and consider addition previously omitted disclosures by Cushman declarant (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 02/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review Oakland pleading re insurance rights under plan, consider strategy on relevant common issues (shared) (.4). Emails from and to Fr. Summerhays re finance council and investment committee meetings (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 02/09/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Emails from and to Judge Buckley re pre-mediation call (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 02/10/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to M. Flanagan re Finance Council meetings updates (.1). Review email from Fr. Summerhays re case financial issues, consider strategy, email to client team re same (.3). Email to Fr. Summerhays, M. Flanagan re cemetery studies issues (.2). Review same from S. Williamson (.2). | 0.80 | $ 600.00/hr | $ 480.00 |
| 02/10/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Review and revise Committee proposed stip and order re real estate valuation (.2). Email to Committee counsel re real estate valuation approach (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 02/10/2025 | PJP | **B210 - Business Operations:** Call with M. Flanagan and auditors re case questions (.2). Call with M. Flanagan re business operations issues (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/10/2025 | PJP | **L320 - Document Production:** Email to R. Harris (high schools), C. Johnson (CASC) and L. Linsky re Committee discovery issues update (.2). Call from P. Califano (Seminary) re Committee discovery issues (.4). Call with S. Williamson re Cemetery Committee discovery issues (.3). Emails from and to L. Linsky re serenic and discovery issues (.2). | 1.10 | $ 600.00/hr | $ 660.00 |
| 02/11/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with Committee counsel (.3). Attend same (.3). | 0.60 | $ 600.00/hr | $ 360.00 |
| 02/11/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Weintraub invoice (January) for redaction (.2). | 0.20 | $ 350.00/hr | $ 70.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/11/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to client team re JCP 5108 stay issues, consider strategy (.3). Review Oakland stay motion decision issues (.2). Consider issues on stay, research re same (.4). | 0.90 | $ 600.00/hr | $ 540.00 |
| 02/11/2025 | PJP | **B310 - Claims Administration and Objections:** Call from Catherine at Mary Alexander office re late claim, notes to file (.2). Email to client team re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 02/11/2025 | JER | **B160 - Fee/Employment Applications:** Review multiple emails regarding review of Weintraub invoices. | 0.10 | $ 0.00/hr | No Charge |
| 02/11/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Client team call re automatic stay and case issues (.7). | 0.70 | $ 600.00/hr | $ 420.00 |
| 02/12/2025 | PJP | **L320 - Document Production:** Email from C. Johnson (CASC) re Committee discovery issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 02/12/2025 | PJP | **B195 - Non-Working Travel:** Prepare for professionals team call (.2). Attend same (1.1). | 1.30 | $ 600.00/hr | $ 780.00 |
| 02/12/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft outline to prepare for Finance Council meeting and update (.5). Emails from and to M. Flanagan re mediation planning and status (.2). Draft agenda for client team call (.4). Email to Fr. Summerhays, P. Carney, M. Flanagan re Finance Council meeting agenda (.2). Call with P. Gaspari re mediation status and strategy (.3). | 1.60 | $ 600.00/hr | $ 960.00 |
| 02/12/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review R. Simons email re JCP 5108 and stay issues, consider strategy (shared) (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/13/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Research re hearing in other diocese case re common case developments (privileged) (shared) (.3). Email to client team re same (.2). Review and revise agenda for Archbishop meeting (.3). Emails from and to Fr. Summerhays re same (.2). Review email from M. Flanagan re Finance Council meeting topics to address, consider issues re same (.2). Revise outline for Finance Council meeting (.2). Prepare for Finance Council meeting (.2). Attend same (.9). Call with W. Weitz re mediation analysis issues (.3). | 2.80 | $ 600.00/hr | $ 1,680.00 |
| 02/13/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Emails from and to M. Ventura re mediation 2/20 (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/13/2025 | PJP | **L320 - Document Production:** Call to R. Harris (High Schools) re serenic and quarterly financials requests from Committee (.2). Call with L. Linsky, C. Ray (SHCPHS) re serenic and quarterly financials (.8). Follow up email to L. Linsky re same and case issues (.3). Email to P. Califano (Seminary) re serenic (.1). Email to R. Harris re same (.1). Emails from and to A. Cottrell re stip for protective order for serenic data (.2). | 1.70 | $ 600.00/hr | $ 1,020.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with D. Zamora, O. Katz, B. Weinstein re JCP 5108 (.8). | 0.80 | $ 600.00/hr | $ 480.00 |
| 02/14/2025 | PJP | **L320 - Document Production:** Call with R. Harris re serenic discovery issues (.3). Emails from and to A. Cottrell, O. Katz re same (.1). Call with A. Cottrell re stipulation re same (.1). | 0.50 | $ 600.00/hr | $ 300.00 |
| 02/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.5). Attend same (1.2). | 1.70 | $ 600.00/hr | $ 1,020.00 |
| 02/14/2025 | ASK | **B160 - Fee/Employment Applications:** Finish calculations for ABA fee app categories and break down per professional for Blank Rome fee app (1.8); update Blank Rome 2nd fee app with numbers (1.1). | 2.90 | $ 105.00/hr | $ 304.50 |
| 02/14/2025 | ASK | **B160 - Fee/Employment Applications:** Calculate ABA fee app categories and break down per professional for Weintraub fee app. | 1.80 | $ 105.00/hr | $ 189.00 |
| 02/14/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare initial draft of Blank Rome's 2nd interim fee application (.9); declaration of B. Weinstein (.4); declaration of P. Summerhays (.2); notice of hearing (.6); and exhibits for same (.4) | 2.50 | $ 105.00/hr | $ 262.50 |
| 02/17/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with mediators re Thursday mediation (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/17/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re call with mediators (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/18/2025 | PJP | **L320 - Document Production:** Call from R. Harris re document production, serenic issues (.2). Review draft stip re serenic, email to A. Cottrell re same (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 02/18/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from J. Stang re Committee real estate application, consider issues (.2). Prepare for call with Committee counsel re case status (.3). Attend same (.4). Call with P. Califano re case status (St. Patrick's Seminary) (.3). | 1.20 | $ 600.00/hr | $ 720.00 |
| 02/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client call re case status and strategy, mediation (.5). Attend same (1.2). Call with M. Flanagan re investment committee bankruptcy update (.1). Prepare for same (.3). Attend same (.5). | 2.60 | $ 600.00/hr | $ 1,560.00 |
| 02/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review Norwich diocese plan for relevant information to this case, consider issues re same (shared) (.4). Email client team re same (.1). Review of briefing on insurance disclosure issue in Oakland case (shared) (.3). | 0.80 | $ 600.00/hr | $ 480.00 |
| 02/18/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review draft CMC from plaintiffs re automatic stay issues for debtor lawsuits, consider issues (shared) (.4). Email to D. Zamora re same (shared) (.1). Call with D. Zamora re JCP 5108 stay issues (.4). | 0.90 | $ 600.00/hr | $ 540.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/18/2025 | MEK | **B320 - Plan and Disclosure Statement:** Review and revise stipulated standstill agreement (.2); Email P. Pascuzzi re: the same (.1); Review of stipulation for final filing (.1). | 0.40 | $ 350.00/hr | $ 140.00 |
| 02/18/2025 | MEK | **B320 - Plan and Disclosure Statement:** Review of stipulation for final filing (.2).Email staff re: approval of the same for filing (.1). | 0.30 | $ 350.00/hr | $ 105.00 |
| 02/18/2025 | ASK | **B160 - Fee/Employment Applications:** Update Weintraub fee app with ABA categories amounts and break down per professional. | 1.30 | $ 105.00/hr | $ 136.50 |
| 02/18/2025 | JER | **B160 - Fee/Employment Applications:** Email to Debtor's Professionals coordinating preparation of 4th Interim Fee Applications. | 0.30 | $ 525.00/hr | $ 157.50 |
| 02/19/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from B. Michaels re Committee moving for relief from stay for test cases, consider issues (.2). Research other diocese cases where relief from stay motions were made (.3). Emails to O. Katz re same (.2). Review insert for CMC in JCP 5108 re automatic stay of debtor diocese cases (shared) (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 02/19/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from client team re Committee motion for relief from stay for test cases (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/19/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same (.5). | 0.70 | $ 600.00/hr | $ 420.00 |
| 02/19/2025 | JER | **B160 - Fee/Employment Applications:** Emails with B. Weinstein regarding preparation of Blank Rome Fee Application. | 0.20 | $ 525.00/hr | $ 105.00 |
| 02/19/2025 | PJP | **L320 - Document Production:** Call with S. Williamson re cemeteries discovery (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/19/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare initial draft of the FFWPR 4th interim fee application (1.2); declaration of P. Pascuzzi (.6); declaration of P. Summerhays (.2); notice of hearing (.4); and preparation of exhibits for same (.4). | 2.80 | $ 105.00/hr | $ 294.00 |
| 02/19/2025 | PJP | **B310 - Claims Administration and Objections:** Call with B. Lewis re Castro claim settlement (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/19/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation on 2/20/25 (.8) | 0.80 | $ 600.00/hr | $ 480.00 |
| 02/19/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel from Sacramento to San Francisco for 2/20/25 mediation (1.5) (no charge per local rule) | 1.50 | $ 0.00/hr | No Charge |
| 02/20/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation (.6). Attend same (6.6). | 7.20 | $ 600.00/hr | $ 4,320.00 |
| 02/20/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel from SF to Sacramento returning from mediation (2.6) (no charge per Local Rule) | 2.60 | $ 600.00/hr | $ 1,560.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/20/2025 | ASK | **B160 - Fee/Employment Applications:** Update Weintraub fee application with category activity for the application period (1.8); revise Weintraub declarations re same {no charge} (.3). | 1.80 | $ 105.00/hr | $ 189.00 |
| 02/21/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call from R. Harris re co-defendant stay issues re high schools, JCP 5108 proceeding (.2). Emails from and to O. Katz. D. Zamora re revisions to insert to CMC re RCASF stay issues (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 02/21/2025 | PJP | **B195 - Non-Working Travel:** Emails from and to A. Cottrell, O. Katz, P. Gaspari re opposition to Committee motion to publish claims data issues and strategy (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team meeting (.2). Attend same (1.0). | 1.20 | $ 600.00/hr | $ 720.00 |
| 02/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for all diocesan attorneys meeting re chapter 11 case issues (shared) (.2). Attend same (.4). | 0.60 | $ 600.00/hr | $ 360.00 |
| 02/22/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from apparent survivor claimant, emails to and from P. Gaspari re same, email to client team re same (.2) | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/22/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review Committee motion for relief from stay and related pleadings, consider strategy (.9). | 0.90 | $ 600.00/hr | $ 540.00 |
| 02/23/2025 | PJP | **B190 - Other Contested Matters:** Review draft response to Committee motion to publish claims data (1.6). | 1.60 | $ 600.00/hr | $ 960.00 |
| 02/23/2025 | PJP | **B160 - Fee/Employment Applications:** Draft possible insert for objection to Committee relief from stay motion (1.1). | 1.10 | $ 600.00/hr | $ 660.00 |
| 02/24/2025 | MEK | **B190 - Other Contested Matters:** Email P. Pascuzzi and J. Rios re: removal deadlines (.3); Email to J. Fluken re: calendaring deadlines to the same {no charge} (.1). | 0.30 | $ 350.00/hr | $ 105.00 |
| 02/24/2025 | JER | **B190 - Other Contested Matters:** Emails with PJP and MK regarding Removal Deadline and preparation of next motion to extend. | 0.10 | $ 525.00/hr | $ 52.50 |
| 02/24/2025 | PJP | **B195 - Non-Working Travel:** Email from M. Ventura re Buckley invoice, email to client team re same (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 02/25/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re Committee call issues (.2). Emails from and to P. Carney, O. Katz re channeling injunction issues (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 02/25/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails to and from D. Zamora re JCP 5108 hearing automatic stay issues (.2). Review Case Management Conference statement re automatic stay issues (shared) (.4). | 0.60 | $ 600.00/hr | $ 360.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP and analysis regarding dates and deadlines for interim fee applications. | 0.20 | $ 525.00/hr | $ 105.00 |
| 02/26/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with L. Linksy re SHCP and case status, mediation (.2). Attend same (.8). Email to L. Linksy re same (.1). | 1.10 | $ 600.00/hr | $ 660.00 |
| 02/26/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same (1.0). Call and email with O. Katz re Committee motion hearing strategy (.2). | 1.40 | $ 600.00/hr | $ 840.00 |
| 02/26/2025 | MEK | **B110 - Case Administration:** Email B. Whitaker (Omni) re: updated limited service list (.1) | 0.10 | $ 350.00/hr | $ 35.00 |
| 02/26/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review Albany hearing on relief from stay, consider issues (shared) (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 02/26/2025 | JER | **B160 - Fee/Employment Applications:** Telephone call and email from J. Kim regarding preparation of TransPerfect Interim Fee Application. (.1). Direct BJ and AK regarding preparation of TransPerfect Interim Fee Application. (.2) Review templates for TransPerfect FeReview application. (.1) Fee Examiner inquiry regarding Omni fee application and further emails to with PJP and Omni regarding same. (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 02/27/2025 | PJP | **B190 - Other Contested Matters:** Consider issues on Committee motion re claims data (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/27/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to J. Kim re Steele motion for relief from stay (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 02/27/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails to and from S. Greene, D. Zamora, P. Gaspari, O. Katz re JCP 5108 state court abuse cases coordinated proceeding (shared) (.1). Consider strategy re same (.2). | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/27/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with P. Gaspari re case status and strategy (.2). Draft agenda for client team call (.5). Emails from and to M. Flanagan re case issues and question (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 02/27/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to P. Califano re automatic stay issues re JCP 5108 and Seminary (.1). Email to R. Harris re automatic stay issues and high schools (.1). Email to R. Michelson re Catholic Charities and automatic stay JCP 5108 issues (.2). Email to and from L. Linsky (SHCP) re same (.1). Call with J. Kim re Steele relief from stay hearing strategy (.4). Attend hearing on Steele motion for relief from stay (.6). | 1.50 | $ 600.00/hr | $ 900.00 |
| 02/27/2025 | JER | **B160 - Fee/Employment Applications:** Emails with D. Brill, J. Kim, BJ and AK regarding preparation of TransPerfect interim fee application. | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/27/2025 | PJP | **B170 - Fee/Employment Objections:** Draft response to Committee application to employ Cushman & Wakefield (1.2). | 1.20 | $ 600.00/hr | $ 720.00 |
| 02/27/2025 | BJ | **B160 - Fee/Employment Applications:** Review and analyze prior fee applications and invoices in order to prepare the TransPerfect third interim fee application. | 2.50 | $ 105.00/hr | $ 262.50 |
| 02/28/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.5). Attend same (.9). Work on case strategy, mediation strategy (1.2). Call with D. Greenblatt, W. Weitz re case strategy, mediation (.4). | 3.00 | $ 600.00/hr | $ 1,800.00 |
| 02/28/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to client team re automatic stay issues re JCP 5108 (shared) (.2). Call with R. Harris re high schools automatic stay issues (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 02/28/2025 | MEK | **B110 - Case Administration:** Email (follow up) to B. Whitaker re: limited service list (.1); Review of limited service list and approve the same for filing (.1) | 0.20 | $ 350.00/hr | $ 70.00 |
| 02/28/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise FFWPR interim fee application. | 1.70 | $ 525.00/hr | $ 892.50 |
| 02/28/2025 | JER | **B160 - Fee/Employment Applications:** Email re preparation of BRiley interim fee application. | 0.20 | $ 525.00/hr | $ 105.00 |
| 02/28/2025 | JER | **B160 - Fee/Employment Applications:** Emails with BJ regarding preparation of all interim fee applications. | 0.30 | $ 525.00/hr | $ 157.50 |
| 02/28/2025 | MEK | **B160 - Fee/Employment Applications:** Email J. Rios re: fee applications (.1). | 0.10 | $ 350.00/hr | $ 35.00 |
| 02/28/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare initial draft of the TransPerfect third interim fee application (2.0); declaration of D. Brill (.6); declaration of P. Summerhays (.3) ; redact invoices (.7); and notice of hearing (.3). | 3.90 | $ 105.00/hr | $ 409.50 |
| 02/28/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with P. Califano re case status, mediation issues (Seminary) (.8). Email from and to P. Maxey re case issues (insurer). (.1). Call with R. Harris re case status, mediation issues (three high schools) (.3). | 1.20 | $ 600.00/hr | $ 720.00 |
| 02/28/2025 | BJ | **B160 - Fee/Employment Applications:** Finish the initial draft of the B. Riley fee application (.8); declaration of W. Weitz (.2); and declaration of P. Summerhays (.2). | 1.20 | $ 105.00/hr | $ 126.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 02/19/2025 | FA | Travel for PJP from Sacramento to San Francisco for mediation:<br>Hotel - $363.59<br>Parking - $91<br>Milage - $100.80<br>Tolls - $16<br>Meal $24.32 | $ 595.71 |

|  |  |
|---|---|
| **Total Hours** | 98.30 hrs |
| **Total Biller** | $ 45,923.50 |
| **Total Expenses** | $ 595.71 |
| **Total Invoice Amount** | $ 46,519.21 |
| **Previous Balance** | **$ 76,432.67** |
| 02/28/2025 Payment - Trust Account Transfer from Trust Account | ($15,787.25) |
| **Balance (Amount Due)** | **$ 107,164.63** |

**Trust Account Summary**

**Billing Period: 02/03/2025 - 03/07/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | | |
|---|---|---|---|---|
| $15,787.25 | $15,787.25 | $0.00 | | |
| **Date** | **Transaction** | **Deposit** | **Disbursement** | **Balance** |
| 02/20/2025 | Received From-Archdiocese of San Francisco | $15,787.25 | | $15,787.25 |
| 02/28/2025 | Applied to invoice #13742 | | $15,787.25 | $0.00 |

**User Hours Summary**

**Billing Period: 02/03/2025 - 02/28/2025**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 67.90 | $ 600.00 | $ 40,740.00 |
| Paul J Pascuzzi | 1.50 | $ 600.00 | $ 0.00 |
| Jake E Rios | 3.80 | $ 525.00 | $ 1,995.00 |
| Jake E Rios | 0.10 | $ 525.00 | $ 0.00 |
| Allison Kieser | 7.80 | $ 105.00 | $ 819.00 |
| Brenda Jennings | 14.90 | $ 105.00 | $ 1,564.50 |
| Mikayla E Kutsuris | 2.30 | $ 350.00 | $ 805.00 |