Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN [FEBRUARY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of February 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of February 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2025, through February 28, 2025 | $70,633.00 | $118.00 | $70,751.00 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $56,506.40 | $118.00 | $56,624.40 |

Attached hereto as ***Exhibit A*** is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

///

///

1   Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the

2   period of February 2025, consisting of contemporaneously maintained time entries for each

3   professional in increments of tenth (1/10) of an hour.

4   The Net Total Allowed Payments detailed above shall be paid from funds held by the

5   Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub

6   within 14 days from the date of service of this Statement.

7   Dated: March 20, 2025

8   FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP

9

10  By:/s/ Paul J. Pascuzzi
    Paul J. Pascuzzi

11  Attorneys for Debtor and Debtor in Possession
    The Roman Catholic Archbishop of San Francisco

12

13  Dated: March 20, 2025          SHEPPARD, MULLIN, RICHTER & HAMPTON
                                   LLP

14

15  By:/s/ Ori Katz

16  Ori Katz
    Alan H. Martin

17  Attorneys for The Roman Catholic Archbishop of
    San Francisco

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period of February 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---:|---:|
| Paul E. Gaspari | Shareholder | $520 | 35.40 | $18,408.00 |
| Audrey A. Millemann | Shareholder | $450 | 4.80 | $2,160.00 |
| Daniel C. Zamora | Shareholder | $500 | 44.50 | $22,250.00 |
| Zachary M. Smith | Shareholder | $520 | 1.50 | $780.00 |
| Roberto Cruz | Associate | $375 | 23.40 | $8,775.00 |
| Benjamin J. Lewis | Associate | $450 | 1.50 | $675.00 |
| Benjamin J. Lewis | Associate | $475 | 3.40 | $1,615.00 |
| Carly Moran | Associate | $400 | 0.90 | $360.00 |
| Jacqueline M. Simonovich | Associate | $400 | 1.30 | $520.00 |
| Monica Silver | Associate | $375 | 34.30 | $12,862.50 |
| Brian Gonzaga | Paralegal | $225 | 9.90 | $2,227.50 |
| **TOTAL** | | | **160.90** | **$70,633.00** |

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of February 2025**

**Bankruptcy Categories**

| Description | | |
|---|---|---|
| Case Administration | 16.90 | $8,788.00 |
| Other Contested Matter | 16.70 | $8,684.00 |
| Claims Administration and Objections | 0.30 | $156.00 |
| Fact Investigation/Development – Review/Analyze | 1.30 | $650.00 |
| Fact Investigation/Development – Comm/Other | 2.50 | $1,112.50 |
| Analysis/Strategy – Draft/Review | 1.10 | $550.00 |
| Analysis/Strategy – Review/Analyze | 0.50 | $250.00 |
| Analysis/Strategy – Comm/w Client | 2.00 | $1,000.00 |
| Analysis/Strategy – Comm/Other Counsel | 3.30 | $1,587.50 |
| Analysis/Strategy – Comm/Other External | 2.70 | $1,350.00 |
| Document/File Management | 12.60 | $3,915.00 |
| Settlement/ADR – Review/Analyze | 43.20 | $16,200.00 |
| Settlement/ADR –Comm /w Client | 3.20 | $1,487.50 |
| Settlement/ADR – Comm/Other Counsel | 8.90 | $3,337.50 |
| Settlement/ADR – Comm/Other External | 0.30 | $150.00 |
| Settlement/ADR – Appear for/Attend | 7.10 | $3,550.00 |
| Pleadings – Draft/Revise | 0.80 | $400.00 |
| Court Mandated Conferences – Draft/Revise | 7.50 | $3,750.00 |
| Court Mandated Conferences – Review/Analyze | 2.10 | $1,050.00 |
| Court Mandated Conferences – Comm w/Client | 0.80 | $400.00 |
| Court Mandated Conferences – Comm/Other Counsel | 3.90 | $1,950.00 |
| Court Mandated Conferences – Comm/Other External | 0.80 | $400.00 |
| Document Production – Draft/Revise | 2.10 | $472.50 |
| Document Production – Review/Analyze | 3.50 | $1,312.50 |
| Document Production – Comm w/Client | 0.20 | $75.00 |
| **TOTAL** | **144.30** | **$62,578.00** |

**Litigation**

| Litigation<br>398; 415; 944; 945; 982; 983; and 037 | **16.60** | **$8,055.00** |
|---|---|---|
| **GRAND TOTAL** | **160.90** | **$70,633.00** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Travel/Parking and Mileage | $118.00 |
| **TOTAL** | **$118.00** |

1          **Exhibit D**

2        **Weintraub Invoices**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**weintraub | tobin**

weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

March 04, 2025
Client:            150363

For Professional Services Rendered Through February 28, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000398 | ▮ v ▮, et al. | 98500832 | $864.00 | $0.00 | $864.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $864.00 |
| **Balance Due:** | **$864.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

March 04, 2025
Client:          150363
Matter:          000398
Invoice #:   98500832

Page:                   1

RE: ████████████████ v. ████ et al.

For Professional Services Rendered Through February 28, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/24/2025 | DCZ | Review and analysis of motion to set trial in ████ ████ case in JCCP 5108. [L430 - A104](0.80) | 0.80 | $400.00 |
| 2/24/2025 | PEG | Review of motion to set trial date. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/25/2025 | DCZ | Phone call with ████████ regarding motion to set trial in JCCP 5108. [L110 - A107](0.20) | 0.20 | $100.00 |
| 2/25/2025 | PEG | Call with ████████ regarding motion to release case for trial. [B100 - B190](0.30) | 0.30 | $156.00 |
| | | Total Services | 1.70 | $864.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.70 | $520.00 | $364.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.00 | $500.00 | $500.00 |

| | |
|---|---|
| Total Fees to Date: | $66,431.50 |
| Total Disbursements to Date: | $12,857.12 |
| Total to Date: | $79,288.62 |

The Archdiocese of San Francisco

RE: ███████████████████ v. ████ et al.

March 04, 2025
Client:          150363
Matter:          000398
Invoice #:    98500832

Page:                  2

Current Charges                    $864.00
**Balance Due**                    **$864.00**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Other Contested Matters (excluding assumption/re | 0.70 | $364.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $100.00 |
| L430 | Written Motions/Submissions - Review/Analyze | 0.80 | $400.00 |
| | *Total Hours* | *1.70* | |
| | *Total Fees:* | *$864.00* | |



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

March 04, 2025
Client:          150363

For Professional Services Rendered Through February 28, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000415 | ████████ ████████ ) v. ████ et al. | 98500815 | $780.00 | $0.00 | $780.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $780.00 |
| **Balance Due:** | **$780.00** |

| | |
|---|---|
| Retainer Balance | $1,216.25 |

## Invoices Due Upon Presentation
### Thank You for Your Business



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, ESQ**

March 04, 2025
Client:              150363
Matter:             000415
Invoice #:      98500815

Page:                      1

RE: █████████ (█████████) v. █████ et al.

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/21/2025 | ZMS | Receipt and review of Official Creditors' Committee motion for relief from bankruptcy stay of cases of █████ and █████████ as cases ready for trial and review of supporting declarations of █████.█. █████ and █████ (1.5). [L440 - A104](1.50) | 1.50 | $780.00 |
| | | Total Services | 1.50 | $780.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 1.50 | $520.00 | $780.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $470,131.00 | Current Charges | $780.00 |
| Total Disbursements to Date: | $141,877.85 | **Balance Due** | **$780.00** |
| Total to Date: | $612,008.85 | | |

The Archdiocese of San Francisco

RE: ███████ (███████) v. ███ et al.

March 04, 2025
Client:        150363
Matter:        000415
Invoice #:   98500815

Page:                2

| | **Retainer Balance** | **$1,216.25** |
|---|---|---|

| Task | Description | Hours | Amount |
|---|---|---|---|
| L440 | Other Preparation/Support - Review/Analyze | 1.50 | $780.00 |

| | **Total Hours** | **1.50** |
|---|---|---|

| | **Total Fees:** | **$780.00** |
|---|---|---|



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:      150363

For Professional Services Rendered Through February 28, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98500833 | $1,832.50 | $0.00 | $1,832.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $2,113.00 |
| Current Charges | $1,832.50 |
| Less Payments | $324.00 |
| **Balance Due:** | **$3,621.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

March 04, 2025
Client:          150363
Matter:          000944
Invoice #:    98500833

Page:                      1

RE:  Victoria Castro

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/5/2025 | BJLE | Telephone call with Plaintiff's counsel regarding settlement discussions. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/6/2025 | BJLE | Exchange of emails with Paula Carney regarding settlement strategy. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/11/2025 | BJLE | Exchange of emails with Paula Carney regarding settlement strategy. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/14/2025 | BJLE | Prepare for call with Babak Khieri regarding settlement. [L160 - A101](0.20) | 0.20 | $95.00 |
| 2/14/2025 | BJLE | Telephone call with Plaintiff's counsel regarding settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/18/2025 | BJLE | Telephone call with Plaintiff's counsel regarding settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/18/2025 | BJLE | Exchange of messages with Paul Pascuzzi regarding motion to accept settlement in bankruptcy court. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/18/2025 | BJLE | Exchange of emails with Paula Carney regarding settlement. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/18/2025 | BJLE | Preparation of CMC statement. [L230 - A103](0.20) | 0.20 | $95.00 |
| 2/19/2025 | BJLE | Telephone call with Paul Pascuzzi regarding motion to Bankruptcy Court to accept settlement. [L160 - A107](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

March 04, 2025
Client: 150363
Matter: 000944
Invoice #: 98500833

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/24/2025 | BJLE | Exchange of emails with Marizel Bajao regarding status of case and settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/24/2025 | BJLE | Telephone call with Marizel Bajao regarding settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/24/2025 | BJLE | Exchange of emails with Paula Carney regarding details of settlement, SIR, and relief from stay. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/24/2025 | CM | Draft Settlement Release Agreement. [L160 - A103](0.90) | 0.90 | $360.00 |
| 2/26/2025 | BJLE | Attend Case Management/Trial Setting Conference. [L230 - A109](0.30) | 0.30 | $142.50 |
| 2/26/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding case management conference. [L230 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 4.00 | $1,832.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 3.10 | $475.00 | $1,472.50 |
| CM | Carly M Moran | ASSOCIATE | 0.90 | $400.00 | $360.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $25,898.50 | Previous Balance | $2,113.00 |
| Total Disbursements to Date: | $8,478.51 | Current Charges | $1,832.50 |
| Total to Date: | $34,377.01 | Less Payments | $324.00 |
| | | **Balance Due** | **$3,621.50** |

The Archdiocese of San Francisco

RE: Victoria Castro

March 04, 2025
Client:          150363
Matter:          000944
Invoice #:    98500833

Page:                3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L160 | Settlement/Non-Binding ADR - Plan & Prepare For | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.90 | $360.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 1.00 | $475.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 1.20 | $570.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 0.20 | $95.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 0.20 | $95.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 0.30 | $142.50 |

|  |  |
|---|---|
| Total Hours | 4.00 |

|  |  |
|---|---|
| Total Fees: | $1,832.50 |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

March 04, 2025
Client:          150363

For Professional Services Rendered Through February 28, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98500816 | $558.50 | $0.00 | $558.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $104.00 |
| Current Charges | $558.50 |
| **Balance Due:** | **$662.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:        150363
Matter:      000945
Invoice #:   98500816

Page:            1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/1/2025 | PEG | Review of memorandum from Jeannie Kim regarding motion for relief from stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/1/2025 | PEG | Review and analysis of motion for relief from stay. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/1/2025 | BJLE | Review of motion for relief from stay. [L210 - A104](0.30) | 0.30 | $142.50 |
| 2/27/2025 | PEG | Review memorandum from Pascuzzi regarding Order releasing stay. [L110 - A103](0.30) | 0.30 | $156.00 |
| | | Total Services | 1.10 | $558.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.80 | $520.00 | $416.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $475.00 | $142.50 |

| | |
|------|------|
| Total Fees to Date: | $4,682.50 |
| Total Disbursements to Date: | $82.50 |
| Total to Date: | $4,765.00 |

The Archdiocese of San Francisco

RE:  Shajana Steele V. Cruise, LLC, ET AL

March 04, 2025
Client:         150363
Matter:        000945
Invoice #:    98500816

Page:                    2

| | |
|---|---:|
| Previous Balance | $104.00 |
| Current Charges | $558.50 |
| **Balance Due** | **$662.50** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Other Contested Matters (excluding assumption/re | 0.50 | $260.00 |
| L110 | Fact Investigation/Development - Draft/Revise | 0.30 | $156.00 |
| L210 | Pleadings - Review/Analyze | 0.30 | $142.50 |
| | *Total Hours* | *1.10* | |
| | *Total Fees:* | *$558.50* | |



## weintraub | tobin
weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com

Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:          150363

For Professional Services Rendered Through February 28, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000982 | ████████████ | 98500834 | $1,820.00 | $0.00 | $1,820.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,035.00 |
| Current Charges | $1,820.00 |
| **Balance Due:** | **$3,855.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

March 04, 2025
Client:          150363
Matter:          000982
Invoice #:    98500834

Page:                    1

RE: ██████████

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/3/2025 | DCZ | Phone call with Paula Carney regarding case strategy. [L120 - A106](0.20) | 0.20 | $100.00 |
| 2/4/2025 | DCZ | Review and analysis of employee handbook for arbitration policy. [L110 - A104](0.40) | 0.40 | $200.00 |
| 2/5/2025 | DCZ | Review and analysis of ministerial exception law in advance of discussion with claimant's counsel. [L120 - A104](1.40) | 1.40 | $700.00 |
| 2/5/2025 | JMS | Conducted legal research re the ministerial exception as applied to preschool teachers. [L190 - A102](1.30) | 1.30 | $520.00 |
| 2/6/2025 | DCZ | Phone call with Paula Carney regarding strategy for introductory call with claimant's counsel. [L120 - A106](0.30) | 0.30 | $150.00 |
| 2/6/2025 | DCZ | Initial phone call with plaintiff's counsel regarding claims. [L110 - A107](0.30) | 0.30 | $150.00 |
| | | Total Services | 3.90 | $1,820.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.60 | $500.00 | $1,300.00 |

The Archdiocese of San Francisco

RE: █████████

March 04, 2025
Client:     150363
Matter:    000982
Invoice #:  98500834

Page:    2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JMS | Jacqueline M. Simonovich | ASSOCIATE | 1.30 | $400.00 | $520.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $3,855.00 | Previous Balance | $2,035.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $1,820.00 |
| Total to Date: | $3,855.00 | **Balance Due** | **$3,855.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Review/Analyze | 0.40 | $200.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.30 | $150.00 |
| L120 | Analysis/Strategy - Review/Analyze | 1.40 | $700.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.50 | $250.00 |
| L190 | Other - Research | 1.30 | $520.00 |
| | **Total Hours** | **3.90** | |
| | **Total Fees:** | | **$1,820.00** |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com

Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:        150363

For Professional Services Rendered Through February 28, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ▮▮ AKA ▮▮ V. ▮▮ | 98500835 | $1,700.00 | $0.00 | $1,700.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $950.00 |
| Current Charges | $1,700.00 |
| **Balance Due:** | **$2,650.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:            150363
Matter:          000983
Invoice #:    98500835
Page:                    1

RE: ███████ AKA ███████ V. ███████

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/19/2025 | DCZ | Drafted correspondence to Paula Carney regarding ███████. [L140 - A106](0.20) | 0.20 | $100.00 |
| 2/25/2025 | DCZ | Review and analysis of background factual summary from client. [L110 - A104](0.40) | 0.40 | $200.00 |
| 2/27/2025 | DCZ | Review and analysis of ███████ file from ██ ███████. [L110 - A104](0.60) | 0.60 | $300.00 |
| 2/27/2025 | DCZ | Phone call with Paula Carney regrading ███████. [L120 - A106](0.50) | 0.50 | $250.00 |
| 2/27/2025 | DCZ | Phone call to claimant's counsel regarding initial case discussion. [L120 - A107](0.20) | 0.20 | $100.00 |
| 2/27/2025 | DCZ | Review and analysis of materials related to restraining order and marriage dissolution of parents. [L110 - A104](0.30) | 0.30 | $150.00 |
| 2/28/2025 | DCZ | Drafted correspondence to ███████ regarding ███████ and ███████. [L120 - A103](0.40) | 0.40 | $200.00 |
| 2/28/2025 | DCZ | Phone call with ███████ regrading initial case discussion. [L120 - A108](0.50) | 0.50 | $250.00 |
| 2/28/2025 | DCZ | Phone call with Paula Carney regarding ███████ with ███████ regarding ███████. [L120 - A106](0.30) | 0.30 | $150.00 |

The Archdiocese of San Francisco

RE: ████████ AKA ████████████ V. ████████████

March 04, 2025
Client:        150363
Matter:        000983
Invoice #:   98500835

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| | | Total Services | 3.40 | $1,700.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------------------|-------------|-------|---------|-------------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 3.40 | $500.00 | $1,700.00 |

| Total Fees to Date: | $2,650.00 | | Previous Balance | $950.00 |
|---------------------|-----------|--|------------------|---------|
| Total Disbursements to Date: | $0.00 | | Current Charges | $1,700.00 |
| Total to Date: | $2,650.00 | | **Balance Due** | **$2,650.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Review/Analyze | 1.30 | $650.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.40 | $200.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.80 | $400.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.50 | $250.00 |
| L140 | Document/File Management - Communicate w/Clie | 0.20 | $100.00 |

The Archdiocese of San Francisco

RE: ███████ AKA ████████████ V. ████████████

March 04, 2025
Client:        150363
Matter:        000983
Invoice #:    98500835

Page:                3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Total Hours | 3.40 | |
| | Total Fees: | $1,700.00 | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:          150363

For Professional Services Rendered Through February 28, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98500837 | $62,578.00 | $118.00 | $62,696.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $86,182.20 |
| Current Charges | $62,696.00 |
| Less Payments | $25,199.20 |
| **Balance Due:** | **$123,679.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:         150363
Matter:         900036
Invoice #:   98500837

Page:              1

RE:  Bankruptcy

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/1/2025 | AAM | Review personnel file for purposes of production pursuant to Rule 2004 discovery requests and for issues of privilege and privacy. [L140 - A104](1.80) | 1.80 | $810.00 |
| 2/1/2025 | PEG | Exchange with Paula Carney regarding the ███ ███. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/1/2025 | PEG | Call with Judge Buckley regarding committee motion. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/1/2025 | PEG | Review of memorandum from Judge Buckley regarding Sonchi recommendation. Preparation of memorandum to Paula Carney regarding ███. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/2/2025 | AAM | Review personnel file for purposes of production pursuant to Rule 2004 discovery requests and for issues of privilege and privacy. [L140 - A104](2.00) | 2.00 | $900.00 |
| 2/2/2025 | PEG | Zoom call with Fr. Summerhays, Paula Carney and Peter Marlow regarding drafting response to mediators and Committee. [B100 - B190](0.60) | 0.60 | $312.00 |
| 2/2/2025 | PEG | Drafting of response to mediators in response to questions regarding policies and procedures for child protection. [B100 - B190](0.50) | 0.50 | $260.00 |
| 2/2/2025 | PEG | Finalize response to mediators. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/2/2025 | PEG | Exchange of further emails with Paula Carney and Fr. Summerhays. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/2/2025 | PEG | Completion of response to mediators. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/2/2025 | PEG | Review of reply from Judge Buckley regarding Independent Review Board selection. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/2/2025 | PEG | Review of replies from Judge Shonchi and Tim Gallagher. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/2/2025 | PEG | Continued email exchanges with Paula Carney and Fr. Summerhays regarding ███████████. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/2/2025 | PEG | Preparation of initial draft of response to Judge Sonchi and Judge Buckley. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/2/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](5.40) | 5.40 | $2,025.00 |
| 2/3/2025 | DCZ | Phone call with Steve Greene regarding trial setting of bankruptcy cases. [L120 - A107](0.50) | 0.50 | $250.00 |
| 2/3/2025 | DCZ | Phone call with bankruptcy counsel regarding lift stay issues. [L110 - A107](0.50) | 0.50 | $250.00 |
| 2/3/2025 | PEG | Call with Judge Buckley regarding Committee motion to publish. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/3/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Paul Pascuzzi and Ori Katz regarding ██████████. [B100 - B190](0.60) | 0.60 | $312.00 |
| 2/3/2025 | PEG | Preparation of memorandum to Pascuzzi, Katz and Carney regarding ████████████. [B300 - B310](0.30) | 0.30 | $156.00 |
| 2/3/2025 | PEG | Call with Pascuzzi and Katz regarding plaintiffs' efforts to hold stay does not apply to affiliates. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/3/2025 | PEG | Review of correspondence from ██████████ seeking relief from stay to pursue cemetery corporation. [B100 - B110](0.30) | 0.30 | $156.00 |
| 2/3/2025 | PEG | Call with Pascuzzi, Katz , Weinstein and Judge Buckley regarding mediation issues and need for progress. [B100 - B110](0.50) | 0.50 | $260.00 |
| 2/3/2025 | PEG | Further email exchange with Paula Carney regarding ██████████. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/3/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](1.10) | 1.10 | $412.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:            150363
Matter:          900036
Invoice #:    98500837

Page:                    3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/3/2025 | BGON | Code documents for Privilege log. Organize production documents and run document production and draft of privilege log for ▮▮▮ file. [L320 - A103](1.40) | 1.40 | $315.00 |
| 2/3/2025 | BGON | Organize of production documents and run document production of ▮▮▮ file. [L320 - A103](0.70) | 0.70 | $157.50 |
| 2/4/2025 | DCZ | Drafting correspondence to carriers regarding stipulating to extend the five-year statute. [L120 - A108](0.90) | 0.90 | $450.00 |
| 2/4/2025 | DCZ | Phone call with insurance coverage regarding extending five-year statue. [L120 - A107](0.30) | 0.30 | $150.00 |
| 2/4/2025 | DCZ | Phone call with Peter Califano regarding stipulation to extend five-year statue. [L120 - A108](0.40) | 0.40 | $200.00 |
| 2/4/2025 | DCZ | Phone call with Paul Pascuzzi regarding stipulation to extend five-year statue. [L120 - A107](0.30) | 0.30 | $150.00 |
| 2/4/2025 | DCZ | Phone call with ▮▮▮ regarding motion to unredact IRB minutes. [L120 - A108](0.40) | 0.40 | $200.00 |
| 2/4/2025 | RGC | Review of ▮▮▮ personnel file for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](0.90) | 0.90 | $337.50 |
| 2/4/2025 | BGON | Initial review of ▮▮▮ personnel files in preparation for document production. [L140 - A104](1.80) | 1.80 | $405.00 |
| 2/4/2025 | BGON | Initial review of ▮▮▮ personnel files in preparation for document production. [L140 - A104](2.20) | 2.20 | $495.00 |
| 2/5/2025 | DCZ | Final drafting of letter to carriers on stipulating to extend five-year statue for ▮▮▮. [L120 - A108](0.20) | 0.20 | $100.00 |
| 2/5/2025 | DCZ | Drafted correspondence to ▮▮▮ regarding ▮▮▮ case status. [L120 - A108](0.30) | 0.30 | $150.00 |
| 2/5/2025 | PEG | Review of memorandum from Judge Buckley regarding carrier "ask". [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/5/2025 | MAS | Correspondence with Paula Carney regarding ▮▮▮ ▮▮▮. [L320 - A106](0.20) | 0.20 | $75.00 |
| 2/5/2025 | RGC | Review of ▮▮▮ personnel file for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](2.60) | 2.60 | $975.00 |
| 2/5/2025 | BGON | Organize ▮▮▮, ▮▮▮ and ▮▮▮ personnel files and load to Relativity. [L140 - A104](2.30) | 2.30 | $517.50 |
| 2/6/2025 | DCZ | Review and analysis of JCCP 5108 case matrices for meet and confer with plaintiffs' counsel about bankruptcy stay issues. [L110 - A104](1.30) | 1.30 | $650.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/6/2025 | DCZ | Case Management Conference call with ███ ████████ regarding request to set trial against ████ in JCCP 5108. [L230 - A108](0.50) | 0.50 | $250.00 |
| 2/6/2025 | DCZ | Conference call with ████████ regarding effect of stay in JCCP 5108 cases. [L120 - A107](1.50) | 1.50 | $750.00 |
| 2/6/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding outcome of meet and confer discussion in JCCP 5108. [L120 - A103](0.30) | 0.30 | $150.00 |
| 2/6/2025 | DCZ | Drafting response to plaintiff's counsel regarding request to lift stay and set trail. [L120 - A103](0.80) | 0.80 | $400.00 |
| 2/6/2025 | DCZ | Drafting proposed response to ████████████. [L120 - A108](0.30) | 0.30 | $150.00 |
| 2/6/2025 | PEG | Review of email from Katz regarding extension of stay to affiliates. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/6/2025 | PEG | Review and comment on draft media statement regarding committee motion. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/6/2025 | PEG | Review of Katz' response to request for stay relief. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/6/2025 | PEG | Review of Committee motion to publish claims data and Independent Review Board minutes. [B100 - B190](0.80) | 0.80 | $416.00 |
| 2/7/2025 | DCZ | Drafted correspondence to ████████ agreeing to extend five-year statute. [L120 - A108](0.20) | 0.20 | $100.00 |
| 2/7/2025 | DCZ | Review and analysis of Creditors Committee's motion to publish aggregated claims data and IRB minutes. [L120 - A104](0.50) | 0.50 | $250.00 |
| 2/7/2025 | DCZ | Conference call with client regarding bankruptcy and litigation status. [L120 - A106](1.00) | 1.00 | $500.00 |
| 2/7/2025 | DCZ | Drafted correspondence to other counsel in JCCP 5108 regarding briefing on stay issues in JCCP 5108. [L120 - A107](0.20) | 0.20 | $100.00 |
| 2/7/2025 | PEG | Review of reply from Paula regarding ████████████. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/7/2025 | PEG | Review of Pascuzzi edits to media statement. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/7/2025 | PEG | Review of Pascuzzi memorandum regarding parish alienation of property. [B100 - B110](0.30) | 0.30 | $156.00 |
| 2/8/2025 | PEG | Review of Committee brief regarding insurance assignments in Oakland plan. [B100 - B110](0.40) | 0.40 | $208.00 |
| 2/8/2025 | PEG | Exchange with Weinstein regarding Bair request to remove confidential designation from policies. [B100 - B110](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/9/2025 | PEG | Review of email from Judge Buckley regarding preparation for next mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/10/2025 | DCZ | Drafting correspondence to Peter Califano regarding status of stay discussion. [L230 - A103](0.30) | 0.30 | $150.00 |
| 2/10/2025 | PEG | Edit reply to ███████. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/10/2025 | PEG | Review of demand from plaintiff in ███████████ ████ claim for relief from stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/10/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.30) | 0.30 | $112.50 |
| 2/10/2025 | RGC | Review comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](5.90) | 5.90 | $2,212.50 |
| 2/11/2025 | DCZ | Drafting brief related to case management issues involving RCASF affiliates in JCCP 5108. [L230 - A103](2.80) | 2.80 | $1,400.00 |
| 2/11/2025 | DCZ | Conference call with client regarding relief from stay issues in JCCP 5108. [L230 - A106](0.80) | 0.80 | $400.00 |
| 2/11/2025 | PEG | Review of Oakland stay order and exchange with Ori Katz regarding same. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/11/2025 | PEG | Review of email from Pascuzzi regarding proposed late claim. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/11/2025 | PEG | Call with Katz, Pascuzzi, Weinstein, Carney, Zamora and Fr. Summerhays regarding ███████████ ███████████. [B100 - B110](0.70) | 0.70 | $364.00 |
| 2/11/2025 | MAS | Correspondence with Kevin Cifarelli regarding request for pleadings. [L110 - A107](0.50) | 0.50 | $187.50 |
| 2/12/2025 | DCZ | Phone call with Steve Greene regarding relief from stay issues in JCCP 5108. [L230 - A107](0.30) | 0.30 | $150.00 |
| 2/12/2025 | PEG | Memo from Rick Simons re stay relief for "Bucket 2" cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/12/2025 | PEG | Follow up call with Weinstein re Oakland stay order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/12/2025 | PEG | Call with Pascuzzi re strategies for calls with Paula and Fr Summerhays and then with mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/12/2025 | MAS | Correspondence with Paula Carney regarding ███████████████████████████████. [L160 - A107](0.50) | 0.50 | $187.50 |
| 2/12/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](2.00) | 2.00 | $750.00 |
| 2/12/2025 | MAS | Correspondence with Rob Harris regarding requests for information of student records from ███████████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |
| 2/12/2025 | MAS | Correspondence with ████████████ regarding requests for information of student records from ████ ███████████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |
| 2/12/2025 | MAS | Correspondence with ████████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ████████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ████████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ████████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ████████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ████████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ████████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:          150363
Matter:          900036
Invoice #:   98500837

Page:                7

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮, ▮▮▮▮, and ▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:      150363
Matter:      900036
Invoice #:   98500837

Page:          8

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/12/2025 | RGC | Continued review and comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](5.30) | 5.30 | $1,987.50 |
| 2/13/2025 | DCZ | Phone call with affiliates' counsel about trial and discovery issues in JCCP 5108. [L230 - A107](0.50) | 0.50 | $250.00 |
| 2/13/2025 | DCZ | Phone call with ████ regarding ████ meet and confer issues. [L230 - A107](0.50) | 0.50 | $250.00 |
| 2/13/2025 | DCZ | Further drafting of briefing on JCCP 5108 issues. [L230 - A103](0.40) | 0.40 | $200.00 |
| 2/13/2025 | DCZ | Conference call with bankruptcy counsel and insurance counsel about case management issues in JCCP 5108. [L230 - A107](0.80) | 0.80 | $400.00 |
| 2/13/2025 | PEG | Exchange with Amanda Cottrell regarding response to Committee motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/13/2025 | PEG | Review of Greenblatt updated cash availability analysis. [B100 - B110](0.40) | 0.40 | $208.00 |
| 2/13/2025 | MAS | Further correspondence with ████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/13/2025 | MAS | Further correspondence with ████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/13/2025 | MAS | Further correspondence with ████ and ████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |
| 2/13/2025 | MAS | Telephone conference with ████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/13/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.50) | 0.50 | $187.50 |
| 2/13/2025 | MAS | Further correspondence with ████ and ████ regarding requests for information of student records from ████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/13/2025 | BGON | Review ████ student files,. [L140 - A104](1.50) | 1.50 | $337.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 9

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/14/2025 | DCZ | Review and analysis of bucket two list in JCCP 5108 involving claims against ███. [L230 - A104](1.20) | 1.20 | $600.00 |
| 2/14/2025 | DCZ | Conference call with client regarding strategy for global mediation. [L160 - A106](1.20) | 1.20 | $600.00 |
| 2/14/2025 | DCZ | Phone call with Peter Califano regarding status of JCCP 5108 issues. [L230 - A107](0.40) | 0.40 | $200.00 |
| 2/14/2025 | PEG | Weekly status call with Fr. Summerhays, Paula Carney, Katz, Pascuzzi and Weinstein. [B100 - B110](1.20) | 1.20 | $624.00 |
| 2/14/2025 | PEG | Review of email from Judge Buckley regarding attendance at next mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/14/2025 | PEG | Review and suggested edit to reply to Stang regarding Vatican communications. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/14/2025 | PEG | Review of Weinstein's "table" of carrier "asks". [B100 - B110](0.40) | 0.40 | $208.00 |
| 2/14/2025 | MAS | Further correspondence with ████████ and ███ ████ regarding requests for information of student records from ██████████████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.50) | 0.50 | $187.50 |
| 2/14/2025 | MAS | Further correspondence with ██████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/14/2025 | MAS | Telephone call from ████████ regarding requests for information of student records from █████████ ██████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/14/2025 | MAS | Further correspondence with ██████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/14/2025 | RGC | Continued review and comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](0.90) | 0.90 | $337.50 |
| 2/16/2025 | RGC | Continued review and comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](1.90) | 1.90 | $712.50 |
| 2/17/2025 | DCZ | Conference call with Judge Daniel Buckley regarding status of global mediation. [L160 - A108](0.30) | 0.30 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 10

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/17/2025 | PEG | Call with mediators regarding upcoming session. [B100 - B110](0.50) | 0.50 | $260.00 |
| 2/17/2025 | PEG | Exchange of follow up emails with Katz and Pascuzzi. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/17/2025 | PEG | Call with Amanda Cottrell regarding opposition to committee motion. [B100 - B190](0.50) | 0.50 | $260.00 |
| 2/17/2025 | PEG | Review of Simons' draft case management conference statement regarding relief from stay issues. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/17/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.30) | 0.30 | $112.50 |
| 2/17/2025 | MAS | Review documents concerning student records from █████████████████ for additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](3.00) | 3.00 | $1,125.00 |
| 2/17/2025 | RGC | Continued review and comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](5.90) | 5.90 | $2,212.50 |
| 2/18/2025 | AAM | Review personnel file of █████████ for purposes of production pursuant to Rule 2004 discovery requests and for issues of privilege and privacy. [L140 - A104](1.00) | 1.00 | $450.00 |
| 2/18/2025 | PEG | Review of memorandum from Fr. Summerhays regarding meeting with Archbishop. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/18/2025 | PEG | Zoom meeting with Archbishop Cordeleone, Fr. Summerhays, Paula Carney, Michael Flanagan and Paul Pascuzzi to review ongoing issues in proceeding and mediation. [B100 - B110](1.30) | 1.30 | $676.00 |
| 2/18/2025 | MAS | Correspondence with Paula Carney regarding ███████ ████████████████████████████. [L160 - A106](0.30) | 0.30 | $112.50 |
| 2/18/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](5.80) | 5.80 | $2,175.00 |
| 2/18/2025 | MAS | Further review documents concerning student records from █████████████████ for additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](2.50) | 2.50 | $937.50 |

The Archdiocese of San Francisco

RE:  Bankruptcy

March 04, 2025
Client:        150363
Matter:        900036
Invoice #:     98500837

Page:              11

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/19/2025 | DCZ | Drafting correspondence to client regarding motion for relief from stay discussions relating to ███████ cases. [L230 - A103](0.40) | 0.40 | $200.00 |
| 2/19/2025 | DCZ | Phone call with counsel for the Diocese of Oakland regarding stay issues in JCCP 5108. [L230 - A107](0.50) | 0.50 | $250.00 |
| 2/19/2025 | DCZ | Further drafting of case management conference statement for JCCP 5108. [L230 - A103](1.00) | 1.00 | $500.00 |
| 2/19/2025 | PEG | Email exchange with Ori Katz regarding Committee relief from stay motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/19/2025 | PEG | Review of Simons' edits to Case Management Conference statement arguing that unincorporated parishes are unincorporated associations and not subject to stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/19/2025 | PEG | Review and edit Katz' draft inserts to JCCP 5108 Case Management Conference statement regarding scope of automatic stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/19/2025 | PEG | Review of comments on draft inserts from Pascuzzi and Weinstein. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/19/2025 | PEG | Review of revised redlines to Case Management Conference statement in JCCP 5108 on stay arguments. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/19/2025 | BJLE | Preparation of response to Paul Pascuzzi regarding confirming proofs of claim made against ███████ ████████████████ were filed complaints in state court. [L110 - A107](1.50) | 1.50 | $675.00 |
| 2/19/2025 | MAS | Further prepare analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](2.00) | 2.00 | $750.00 |
| 2/19/2025 | MAS | Correspondence with Kevin Cifarelli regarding matters included in global mediation of claims. [L120 - A107](0.50) | 0.50 | $187.50 |
| 2/20/2025 | DCZ | Further drafting of briefing on issues in JCCP 5108. [L230 - A103](1.80) | 1.80 | $900.00 |
| 2/20/2025 | DCZ | Attended continued bankruptcy global mediation. [L160 - A109](7.10) | 7.10 | $3,550.00 |
| 2/20/2025 | PEG | Review, edit and comment on draft Opposition to Committee motion to publish claims data. [B100 - B190](0.60) | 0.60 | $312.00 |
| 2/20/2025 | PEG | Appearance at mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](6.50) | 6.50 | $3,380.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 12

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/20/2025 | PEG | Further research and preparation of edits of draft Opposition to Committee motion to publish data. [B100 - B190](0.80) | 0.80 | $416.00 |
| 2/20/2025 | PEG | Follow up call with Paula Carney regarding ███████. [B100 - B110](0.30) | 0.30 | $156.00 |
| 2/20/2025 | MAS | Correspondence with Paula Carney regarding █████ for ████████. [L160 - A106](0.20) | 0.20 | $75.00 |
| 2/20/2025 | MAS | Correspondence with Paula Carney regarding █████████. [L160 - A106](0.40) | 0.40 | $150.00 |
| 2/20/2025 | MAS | Correspondence with ████████ regarding additional information for unknown perpetrator claim for purposes of ongoing global mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/21/2025 | DCZ | Conference call with client regarding status of global mediation discussions. [L160 - A106](1.10) | 1.10 | $550.00 |
| 2/21/2025 | PEG | Review of committee motion for relief from stay and supporting declaration. [B100 - B190](0.80) | 0.80 | $416.00 |
| 2/21/2025 | PEG | Review of further insert to opposition to motion to publish regarding constitutional argument. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/21/2025 | PEG | Exchange with Weinstein regarding notification to carriers of committee motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/21/2025 | PEG | Review of final draft of Opposition to Committee motion to publish. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/22/2025 | PEG | Call with Weinstein regarding committee motion for relief from stay. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/23/2025 | PEG | Review of email from Pascuzzi regarding further edits to Opposition to Committee motion to publish. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/24/2025 | PEG | Exchange with Amanda Cottrell regarding production of Independent Review Board minutes in JCCP 5108. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/25/2025 | DCZ | Drafting pleading regrading status of five-year statue in JCCP 5108. [L210 - A103](0.80) | 0.80 | $400.00 |
| 2/25/2025 | DCZ | Drafted correspondence to Archdiocese bankruptcy counsel regarding case management issues in JCCP 5108. [L230 - A103](0.80) | 0.80 | $400.00 |
| 2/25/2025 | PEG | Call with Amanda Cottrell regarding finalization of Opposition. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/26/2025 | DCZ | Conference call with all ADSF attorneys discussing bankruptcy strategy issues. [L120 - A106](1.00) | 1.00 | $500.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 13

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/26/2025 | DCZ | Conference call with co-defendant's counsel about JCCP 5108 case management conference issues. [L230 - A107](0.50) | 0.50 | $250.00 |
| 2/26/2025 | DCZ | Review and analysis of JCCP 5108 materials in preparation for case management conference. [L230 - A104](0.90) | 0.90 | $450.00 |
| 2/26/2025 | PEG | Attend debtor professionals call, in particular to address relief from stay issues. [B100 - B110](1.00) | 1.00 | $520.00 |
| 2/26/2025 | PEG | Appear at Case Management Conference in JCCP 5108 regarding discussion of extent of bankruptcy stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/27/2025 | DCZ | Phone call with counsel about bankruptcy process request of Judge Chatterjee for Bucket Two cases. [L230 - A107](0.40) | 0.40 | $200.00 |
| 2/27/2025 | PEG | Call from Pascuzzi regarding hearing on Committee's motion. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/27/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.40) | 0.40 | $150.00 |
| 2/28/2025 | DCZ | Phone call with counsel regarding outcome of case management conference in JCCP 5108. [L230 - A108](0.30) | 0.30 | $150.00 |
| 2/28/2025 | PEG | Weekly status call with fr Summerhays, Paula Carney, Michael Flanagan, Paul Pascuzzi and Barry Weinstein, re Committee motions, mediation issues and settlement strategy. [B100 - B190](0.90) | 0.90 | $468.00 |
| 2/28/2025 | PEG | Review CMC Order re scope of bankruptcy stay in 5108. [B100 - B110](0.30) | 0.30 | $156.00 |
| | | Total Services | 144.30 | $62,578.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 33.90 | $520.00 | $17,628.00 |
| AAM | Audrey A. Millemann | SHAREHOLDER | 4.80 | $450.00 | $2,160.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 36.50 | $500.00 | $18,250.00 |
| RGC | Roberto Cruz | ASSOCIATE | 23.40 | $375.00 | $8,775.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.50 | $450.00 | $675.00 |
| MAS | Monica Silver | ASSOCIATE | 34.30 | $375.00 | $12,862.50 |
| BGON | Brian Gonzaga | PARALEGAL | 9.90 | $225.00 | $2,227.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:          150363
Matter:          900036
Invoice #:    98500837

Page:                14

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 2/14/2025 | Daniel Zamora- Travel/- 1/28 - 1/29/2024 Parking and mileage - Travel to Signature Resolution in Oakland [E100 - E109] | $118.00 |

| | | |
|--|--|--|
| | Total Expenses | $118.00 |

| Total Fees to Date: | $694,530.75 | | Previous Balance | $86,182.20 |
|---------------------|-------------|--|------------------|-----------|
| Total Disbursements to Date: | $2,155.78 | | Current Charges | $62,696.00 |
| Total to Date: | $696,686.53 | | Less Payments | $25,199.20 |
| | | | **Balance Due** | **$123,679.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 16.90 | $8,788.00 |
| B100 | Other Contested Matters (excluding assumption/re | 16.70 | $8,684.00 |
| B300 | Claims Administration and Objections | 0.30 | $156.00 |
| E100 | Local Travel | 0.00 | $118.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 1.30 | $650.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 2.50 | $1,112.50 |
| L120 | Analysis/Strategy - Draft/Revise | 1.10 | $550.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.50 | $250.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 15

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/With Client | 2.00 | $1,000.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 3.30 | $1,587.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 2.70 | $1,350.00 |
| L140 | Document/File Management - Review/Analyze | 12.60 | $3,915.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 43.20 | $16,200.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cli | 3.20 | $1,487.50 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Cou | 8.90 | $3,337.50 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 0.30 | $150.00 |
| L160 | Settlement/Non-Binding ADR - Appear For/Attend | 7.10 | $3,550.00 |
| L210 | Pleadings - Draft/Revise | 0.80 | $400.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 7.50 | $3,750.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 2.10 | $1,050.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 0.80 | $400.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 3.90 | $1,950.00 |
| L230 | Court Mandated Conferences - Commun./Other Ex | 0.80 | $400.00 |
| L320 | Document Production - Draft/Revise | 2.10 | $472.50 |
| L320 | Document Production - Review/Analyze | 3.50 | $1,312.50 |
| L320 | Document Production - Communicate w/Client | 0.20 | $75.00 |

| | | |
|---|---|---|
| **Total Hours** | **144.30** | |
| **Total Fees:** | **$62,578.00** | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:         150363

For Professional Services Rendered Through February 28, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900037 | PRESERVE ROSS VALLEY | 98500839 | $500.00 | $0.00 | $500.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $500.00 |
| **Balance Due:** | **$500.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



Please remit payments to:

400 Capitol MaIl, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:         150363
Matter:         900037
Invoice #:   98500839

Page:              1

RE: PRESERVE ROSS VALLEY

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/11/2025 | DCZ | Phone call with Paula Carney regarding dismissal strategy. [L120 - A106](0.30) | 0.30 | $150.00 |
| 2/11/2025 | DCZ | Phone call to plaintiff's counsel about possible dismissal of lawsuit. [L120 - A107](0.20) | 0.20 | $100.00 |
| 2/11/2025 | DCZ | Phone call with petitioner's counsel about dismissing the Archdiocese of San Francisco. [L120 - A107](0.30) | 0.30 | $150.00 |
| 2/12/2025 | DCZ | Phone call with Paula Carney regarding initial call with petitioner's counsel about dismissal of action. [L120 - A106](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.00 | $500.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.00 | $500.00 | $500.00 |

| | |
|---|---|
| Total Fees to Date: | $500.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $500.00 |

The Archdiocese of San Francisco

RE:  PRESERVE ROSS VALLEY

March 04, 2025
Client:           150363
Matter:           900037
Invoice #:    98500839

Page:                      2

| | Current Charges | $500.00 |
|---|---|---|
| | **Balance Due** | **$500.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Communicate/With Client | 0.50 | $250.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.50 | $250.00 |

| | *Total Hours* | *1.00* |
|---|---|---|
| | *Total Fees:* | *$500.00* |