United States Bankruptcy Court
Northern District of California

In re:  Case No. 23-30564-DM
The Roman Catholic Archbishop of San Fra  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 4
Date Rcvd: Mar 18, 2025      Form ID: TRANSC      Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | Brittany M. Michael, PACHULSKI STANG ZIEHL & JONES LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| | + | Barron L. Weinstein, Blank Rome LLP, 2029 Century Park East, 6th Floor, Los Angeles, CA 90067-2907 |
| | + | Paul E. Gaspari, Weintraub Tobin Chediak Coleman & Grodin, 475 Sansome Street, Suite 510, San Francisco, CA 94111-3137 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan H. Martin | on behalf of Debtor The Roman Catholic Archbishop of San Francisco AMartin@sheppardmullin.com lwidawskyleibovici@sheppardmullin.com |
| Allan B Diamond | on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation adiamond@diamondmccarthy.com |
| Amanda L. Cottrell | on behalf of Debtor The Roman Catholic Archbishop of San Francisco acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| Andrew Mina | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies amina@duanemorris.com |

Annette Rolain
    on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com

Betty Luu
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies bluu@duanemorris.com

Blaise S Curet
    on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation bcuret@spcclaw.com

Brian P Cawley
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors bcawley@burnsbair.com

Brittany Mitchell Michael
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Catalina Sugayan
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Cheryl C. Rouse
    on behalf of Creditor Victoria Castro rblaw@ix.netcom.com

Christina Lauren Goebelsmann
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF christina.goebelsmann@usdoj.gov

Christina Marie Lincoln
    on behalf of Interested Party Appalachian Insurance Company clincoln@robinskaplan.com LCastiglioni@robinskaplan.com

Christopher D. Johnson
    on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation chris.johnson@diamondmccarthy.com

Daniel James
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies daniel.james@clydeco.us

Darren Azman
    on behalf of Interested Party Sacred Heart Cathedral Preparatory dazman@mwe.com mco@mwe.com

David Elbaum
    on behalf of Interested Party Century Indemnity Company david.elbaum@stblaw.com

David S. Kupetz
    on behalf of Interested Party Daughters of Charity Foundation david.kupetz@troutman.com Mylene.Ruiz@lockelord.com

Deanna K. Hazelton
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF deanna.k.hazelton@usdoj.gov

Debra I. Grassgreen
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors dgrassgreen@pszjlaw.com hphan@pszjlaw.com

Devin Miles Storey
    on behalf of Creditor John MS Roe SF dms@zalkin.com

Douglas B. Provencher
    on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com

Edward J. Tredinnick
    on behalf of Creditor Claimant No. 638 etredinnick@foxrothschild.com

Gail S. Greenwood
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors ggreenwood@pszjlaw.com rrosales@pszjlaw.com

George Calhoun
    on behalf of Interested Party Century Indemnity Company george@ifrahlaw.com

Gillian Nicole Brown
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbrown@pszjlaw.com

Hagop T. Bedoyan
    on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com

Harris Winsberg
    on behalf of Interested Party Appalachian Insurance Company hwinsberg@phrd.com

James I. Stang
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jared A. Day
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF jared.a.day@usdoj.gov

Jason Blumberg
on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov ustpregion17.sf.ecf@usdoj.gov

Jason Chorley
on behalf of Interested Party Century Indemnity Company jason.chorley@clydeco.us Robert.willis@clydeco.us

Jason D. Strabo
on behalf of Interested Party Sacred Heart Cathedral Preparatory jstrabo@mwe.com dnorthrop@mwe.com

Jason E. Rios
on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com docket@ffwplaw.com

Jeannie Kim
on behalf of Debtor The Roman Catholic Archbishop of San Francisco jekim@sheppardmullin.com dgatmen@sheppardmullin.com

Jeff D. Kahane
on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies jkahane@skarzynski.com

Jennifer Witherell Crastz
on behalf of Creditor City National Bank jcrastz@hemar-rousso.com

Jesse Bair
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com

John Bucheit
on behalf of Interested Party Appalachian Insurance Company jbucheit@phrd.com

John Grossbart
on behalf of Interested Party St. Paul Fire and Marine Insurance Co. docket.general.lit.chi@dentons.com

John Grossbart
on behalf of Interested Party Appalachian Insurance Company john.grossbart@dentons.com docket.general.lit.chi@dentons.com

John William Lucas
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jlucas@pszjlaw.com ocarpio@pszjlaw.com

Jordan Anthony Hess
on behalf of Interested Party Century Indemnity Company jhess@plevinturner.com

Joshua D Weinberg
on behalf of Interested Party First State Insurance Company bkfilings@ruggerilaw.com

Joshua K Haevernick
on behalf of Interested Party St. Paul Fire and Marine Insurance Co. joshua.haevernick@dentons.com

Kathleen Mary Derrig Rios
on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco Katie.Rios@wbd-us.com

Lisa Arlyn Linsky
on behalf of Interested Party Sacred Heart Cathedral Preparatory llinsky@mwe.com

Luke N. Eaton
on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) lukeeaton@cozen.com monugiac@pepperlaw.com

M. Keith Moskowitz
on behalf of Interested Party Appalachian Insurance Company keith.moskowitz@dentons.com

Mark D. Plevin
on behalf of Interested Party Century Indemnity Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mary Alexander
on behalf of Creditor Daniel Eichhorn malexander@maryalexanderlaw.com

Matthew Roberts
on behalf of Interested Party Appalachian Insurance Company mroberts@phrd.com

Matthew Michael Weiss
on behalf of Interested Party Appalachian Insurance Company mweiss@phrd.com

Melissa M D'Alelio
on behalf of Interested Party Appalachian Insurance Company mdalelio@robinskaplan.com

Michael Norton
on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies michael.norton@clydeco.us nancy.lima@clydeco.us

Michael W Ellison
on behalf of Interested Party First State Insurance Company mellison@sehlaw.com kfoster@sehlaw.com

| | |
|---|---|
| Michele Nicole Detherage | on behalf of Interested Party Appalachian Insurance Company mdetherage@robinskaplan.com |
| Miranda Turner | on behalf of Interested Party Century Indemnity Company mturner@plevinturner.com |
| Nathan W. Reinhardt | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies nreinhardt@skarzynski.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Ori Katz | on behalf of Debtor The Roman Catholic Archbishop of San Francisco okatz@sheppardmullin.com LSegura@sheppardmullin.com |
| Patrick Maxcy | on behalf of Interested Party Appalachian Insurance Company patrick.maxcy@dentons.com docket.general.lit.chi@dentons.com |
| Patrick Maxcy | on behalf of Interested Party St. Paul Fire and Marine Insurance Co. docket.general.lit.chi@dentons.com |
| Paul J. Pascuzzi | on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com docket@ffwplaw.com |
| Phillip John Shine | on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov |
| Pierce MacConaghy | on behalf of Interested Party Century Indemnity Company pierce.macconaghy@stblaw.com janie.franklin@stblaw.com |
| Robert David Gallo | on behalf of Interested Party Appalachian Insurance Company dgallo@phrd.com |
| Robert G. Harris | on behalf of Creditor Archbishop Riordan High School rob@bindermalter.com RobertW@BinderMalter.com |
| Robert J. Pfister | on behalf of Creditor Shajana Steele rpfister@pslawllp.com |
| Robert M Charles, Jr | on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco Robert.Charles@wbd-us.com |
| Samantha Ruben | on behalf of Interested Party St. Paul Fire and Marine Insurance Co. samantha.ruben@dentons.com |
| Stephen John Estey | on behalf of Interested Party Dennis Fruzza steve@estey-bomberger.com |
| Taylore Karpa Schollard | on behalf of Interested Party Appalachian Insurance Company tkarpa@robinskaplan.com |
| Timothy W. Burns | on behalf of Creditor Committee The Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com |
| Timothy W. Evanston | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies tevanston@skarzynski.com |
| Todd C. Jacobs | on behalf of Interested Party Appalachian Insurance Company tjacobs@phrd.com |
| Trevor Ross Fehr | on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov |
| Yongli Yang | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies yongli.yang@clydeco.us |

TOTAL: 78

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** <br><br> The Roman Catholic Archbishop of San Francisco | Case No.: 23−30564 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 13, 2025 was filed on March 18, 2025. The following deadlines apply:

The parties have until Tuesday, March 25, 2025 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, April 8, 2025.

If a request for redaction is filed, the redacted transcript is due Friday, April 18, 2025.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, June 16, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/20/25

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court