

Signed and Filed: March 24, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Brittany M. Michael (admitted pro hac vice)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES I
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email:   jstang@pszjlaw.com
　　　　　acaine@pszjlaw.com
　　　　　bmichael@pszjlaw.com
　　　　　ggreenwoodl@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CUSHMAN & WAKEFIELD AS REAL ESTATE VALUATION EXPERT, EFFECTIVE AS OF FEBRUARY 18, 2025** |

　　　　The Court has considered the *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Cushman & Wakefield as Real Estate Valuation Expert, Effective as of October 8, 2024* [Docket No. 877] (the "Application"), filed by the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), the declaration of Melissa J. Bach in support of the Application [Docket No. 877, at Exhibit A], the *Notice of Amendment and Notice of Filing of (A) Supplemental Declaration of Melissa J. Bach, MAI, CRE in Support of Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Cushman & Wakefield as Real Estate Valuation Expert to the Official Committee of Unsecured Creditors; and (B) Proposed Order* [Docket No. 1000], the *Objection and Reservation of Rights of the United States Trustee to Committee's Application to Employ Cushman*

*& Wakefield as Real Estate Valuation Expert [ECF No. 877]* [Docket No. 1044] (the "UST Objection"), and *Response to the Official Committee of Unsecured Creditors for Order Approving Employment of Cushman & Wakefield as Real Estate Valuation Expert to the Official Committee of Unsecured Creditors [As Amended]* [Docket No. 1048].

Based upon the record before the Court, **IT IS HEREBY ORDERED THAT:**

1. The UST Objection is OVERRULED.

2. The Application is GRANTED as set forth below.

3. The Committee is authorized to employ Cushman & Wakefield ("Cushman") as its real estate valuation expert on the terms and conditions set forth more fully in the Application, effective as of February 18, 2025, with the following provisos.

4. Cushman will not perform any real estate valuation of the property located at 1656 California Street in San Francisco, California.

5. The Debtor and the Committee shall meet and confer regarding information and access to real properties that are reasonably necessary for Cushman to complete its work. Any disputes that cannot be resolved through meet and confer may be brought to the Court.

6. Subject to the confidentiality provisions of the *Stipulated Protective Order Dated December 15, 2023* [Doc. No. 374] and the *Order Approving Stipulation Clarifying Stipulated Protective Order* [Doc. No. 801], within five days of receipt the Committee shall provide the Debtor any valuation reports or indications of value that Cushman creates in connection with its retention in this case, all documents containing the facts and data Cushman considered in preparing those valuation, and any exhibits that will be used to summarize or support Cushman's valuations.

7. Cushman shall be subject to a fee and expense cap of $100,000.00 (the "Cap"). The Committee and the Debtor may enter into a stipulation to increase the Cap, to be submitted for Court approval. If the Committee and the Debtor cannot reach a stipulation regarding an increase in the Cushman Cap, the Committee may file a motion seeking an increase in the Cap and all parties in interest reserve all rights to object to such increase.

8.      Cushman shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court. Cushman shall provide reasonable notice to the Debtor and the U.S. Trustee of any increase in its rates.

9.      Notwithstanding anything to the contrary herein or in the Application, the U.S. Trustee retains all rights to respond or object to Cushman's interim and final applications for compensation and reimbursement of out-of-pocket expenses on any grounds including the reasonableness standard under section 330 of the Bankruptcy Code, and the Court retains jurisdiction to consider the U.S. Trustee's response or objection to Cushman's interim and final fees pursuant to section 330 of the Bankruptcy Code.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

AGREED AS TO FORM:

*/s/ Phillip J. Shine*
Phillip J. Shine, Esq.
Office of the United States Trustee

AGREED AS TO FORM:

*/s/ Gail S. Greenwood*
Gail S. Greenwood, Esq.
Counsel to the Official Committee of Unsecured Creditors

AGREED AS TO FORM:

*/s/ Paul J. Pascuzzi*
Paul J. Pascuzzi, Esq.
Counsel to the Debtor

**** END OF ORDER****

**COURT'S SERVICE LIST**

To ECF recipients only