Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and<br>          Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**FOURTH NOTICE OF ORDINARY COURSE PROFESSIONAL LIST SUPPLEMENT AND DECLARATIONS AND QUESTIONNAIRES OF SUPPLEMENTAL ORDINARY COURSE PROFESSIONALS IN SUPPORT OF THE RETENTION OF CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.**<br><br>Judge:     Hon. Dennis Montali |

///

///

On October 16, 2023, the Court entered an *Order Pursuant to 11 U.S.C. §§ 105(a), 327, 328, and 330 Authorizing the Debtor to Employ Professionals Used in the Ordinary Course of Business* [ECF No. 211] (the "OCP Order")[1].

Pursuant to the procedures set forth in the OCP Order, the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby provides to the Court and the Reviewing Parties the following OCP List Supplement together with the executed "OCP Declarations" and the "Retention Questionnaires," copies of which are attached hereto, for the following ordinary course professionals:

| Exhibit | Name of Supplemental Ordinary Course Professional |
|---|---|
| Exhibit 1 | Cushman & Wakefield of California, Inc. |

Dated: March 25, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ *Jason E. Rios*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: March 25, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Ordinary Course Professionals Order.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF Tim Garlick, ON BEHALF OF CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.** |

To be completed by Professionals engaged by The Roman Catholic Archbishop of San Francisco, as debtor and debtor in possession ("Debtor"), in the above-captioned chapter 11 case.

I, Tim Garlick, hereby declare as follows:

1. I am a Director for Cushman & Wakefield of California, Inc., located at 425 Market Street, Ste 2300 San Francisco CA (the "Firm").

2. The Debtor in the above-captioned chapter 11 case has requested that the Firm provide real estate brokerage services to the Debtor, and the Firm has consented to provide such services (the "Services"). Attached hereto is a true and correct copy of the current Listing Agreement between the Debtor and the Firm (the "Listing Agreement") for the property located at 1656 California Street, San Francisco, CA. The Listing Agreement does not contain indemnification and/or limitation of liability provisions.

3. The Services include, but are not limited to, the following:

Leasing Services

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or other parties in interest in this chapter 11 case. The Firm does not perform services for any such person in connection with this chapter 11 case except

that Cushman & Wakefield has been retained by the Official Committee of Unsecured Creditors to provide real estate valuation services but not for the property that is the subject of the Listing Agreement. See *Declaration of Melissa J. Bach, CRE in Support of Application of the Official Committee of Unsecured Creditors For Order Approving Employment of Cushman & Wakefield as Real Estate Valuation Expert to the Official Committee of Unsecured Creditors, Effective as of October 8, 2024* [ECF 877]; and *Supplemental Declaration of Melissa J. Bach, CRE in Support of Application of the Official Committee of Unsecured Creditors For Order Approving Employment of Cushman & Wakefield as Real Estate Valuation Expert to the Official Committee of Unsecured Creditors* [ECF 1000]. Cushman & Wakefield is not aware of any other representation of adverse interests. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtor or its estate with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtor or its estate with respect to the matters on which the Firm is to be retained.

7. As of the commencement of this chapter 11 case, the Debtor owed the Firm $0.00 in respect of prepetition services rendered to the Debtor.

8. If at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 24, 2025, at San Francisco, California.

Tim Garlick
Director

Exhibit 2 to Order on Motion to Employ Professionals

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO,

    Debtor and
    Debtor in Possession.

Case No. 23-30564

Chapter 11

**RETENTION QUESTIONNAIRE**

To be completed by Professionals engaged by Roman Catholic Archbishop of San Francisco, as debtor and debtor in possession ("Debtor"), which filed the above-captioned chapter 11 case on **August 21, 2023**.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:
    Cushman & Wakefield of California, Inc.
    425 Market Street Ste 2300 SF CA 94115
    _____

2. Date of retention: January 1, 2024; current listing as of March 4, 2025

3. Type of Services to be provided:

    Real estate broker services and Listing Agent

4. Brief description of services to be provided:

    Cushman & Wakefield has provided Leasing Services. The current Listing Agreement with the Debtor is for the Lease of 1656 California Street, San Francisco, CA.

5. Arrangements for compensation (hourly, contingent, etc.):

    Commission – Current Listing Agreement provides for 6% of the total rental for the first Five years or any fraction thereof, plus 2.5% of the total rental for the remaining term.

    Fee for a month-to-month tenancy is one average month's rental with a minimum fee of $1,000.00.

///

Exhibit 3 to Order on Motion to Employ Professionals

Case: 23-30564    Doc# 1104    Filed: 03/25/25    Entered: 03/25/25 14:24:35    Page 6 of 8

6. Prepetition claims against the Debtor held by the company (if any):

   Amount of claim: $0.00

   Date claim arose: N/A

   Nature of claim:

7. Prepetition claims against the Debtor (if any) held individually by any member, associate, or employee of the company:

   Name: Not Applicable_____

   Status: _____

   Amount of claim: $_____

   Date claim arose: _____

   Nature of claim: _____

   _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or its estate for the matters on which the professional is to be employed: except that Cushman & Wakefield has been retained by the Official Committee of Unsecured Creditors to provide real estate valuation services but not for the property that is the subject of the Listing Agreement. See *Declaration of Melissa J. Bach, CRE in Support of Application of the Official Committee of Unsecured Creditors For Order Approving Employment of Cushman & Wakefield as Real Estate Valuation Expert to the Official Committee of Unsecured Creditors, Effective as of October 8, 2024* [ECF 877]; and *Supplemental Declaration of Melissa J. Bach, CRE in Support of Application of the Official Committee of Unsecured Creditors For Order Approving Employment of Cushman & Wakefield as Real Estate Valuation Expert to the Official Committee of Unsecured Creditors* [ECF 1000]. Cushman & Wakefield is not aware of any other representation of adverse interests.

9. Name and title of individual completing this form: Tim Garlick, Director

_____
Tim Garlick

Director