Peter C. Califano (State Bar No. 129043)
NIESAR & VESTAL LLP
90 New Montgomery St., 9th Floor
San Francisco, CA 94105
Telephone:(415) 882-5300
Facsimile: (415) 882-5400
Email: pcalifano@nvlawllp.com

Attorneys for Creditor The Roman Catholic Seminary
of San Francisco aka St. Patrick's Seminary & University

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE<br><br>[No Hearing Required] |

**TO:   CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR, ATTORNEYS OF RECORD AND PARTIES IN INTEREST:**

Pursuant to Rule 2002, 3015, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, Peter C. Califano hereby appears on behalf of The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University, creditor and party in interest, and requests service of all notices and papers herein upon:

>    Peter C. Califano
>    NIESAR & VESTAL LLP
>    90 New Montgomery St. 9th Floor
>    San Francisco, CA 94105
>    Telephone: (415) 882-5300
>    Facsimile: (415) 882-5400
>    Email: pcalifano@nvlawllp.com

1

Notice Of Appearance and Request for Special Notice re: The Roman Catholic Seminary
of San Francisco aka St. Patrick's Seminary & University

|   |   |   |
|---|---|---|
| 1 | Please take notice that this request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | DATED: March 26, 2025 | NIESAR & VESTAL LLP |
| 6 | | */s/ Peter C. Califano* |
| 7 | | Peter C. Califano<br>Attorneys for Creditor The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University |

1

Notice Of Appearance and Request for Special Notice re: The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University

Case: 23-30564   Doc# 1108   Filed: 03/26/25   Entered: 03/26/25 18:05:04   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I electronically filed the foregoing Notice Of Appearance and Request for Special Notice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Aureen Soriano*
Aureen Soriano

1
Notice Of Appearance and Request for Special Notice re: The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University

Case: 23-30564   Doc# 1108   Filed: 03/26/25   Entered: 03/26/25 18:05:04   Page 3 of 3