James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail Greenwood (CA Bar No. 169939)
Brittany M. Michael *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
        acaine@pszjlaw.com
        ggreenwood@pszjlaw.com
        bmichael@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS IN RESPONSE TO MOTION BY DANIEL EICHHORN TO ENLARGE THE CLAIMS BAR DATE TO ACCEPT A LATE FILED PROOF OF CLAIM**<br><br>Date: April 10, 2025<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Judge: Hon. Dennis Montali |

The Official Committee of Unsecured Creditors (the "Committee") submits this reservation of rights in response to the *Motion by Daniel Eichhorn to Enlarge the Claims Bar Date to Accept a Late Filed Proof of Claim* [ECF No. 1036] (the "Motion") filed by Daniel Eichhorn (the "Movant") who is represented by Mary Alexander & Associates, P.C.

///

///

1  The Committee, having reviewed the Motion and in consideration of the Debtor's Status Conference Statement (ECF No. 1080), the Committee is not opposing the Motion. However, the Committee reserves its right to consider the full circumstances of the claim in any allocation protocols that may be attached to any eventual reorganization plan in this case.

Dated: March 26, 2025          **PACHULSKI STANG ZIEHL & JONES LLP**

By */s/ James I. Stang*
   James I. Stang
   Andrew W. Caine
   Gail Greenwood
   Brittany M. Michael
   One Sansome Street, 34th Floor, Suite 3430
   San Francisco, California 94104-4436
   Telephone: 415-263-7000
   Email: jstang@pszjlaw.com
          acaine@pszjlaw.com
          ggreenwood@pszjlaw.com
          bmichael@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*