James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Gillian N. Brown (CA Bar No. 205132)
Brittany M. Michael (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
       dgrassgreen@pszjlaw.com
       gbrown@pszjlaw.com
       bmichael@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS IN RESPONSE TO MOTION BY DANIEL EICHHORN TO ENLARGE THE CLAIMS BAR DATE TO ACCEPT A LATE FILED PROOF OF CLAIM [DOCKET NO. 1110]** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF LOS ANGELES | ) |

I, Sophia Lee, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On March 27, 2025, I caused to be served:

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
RESERVATION OF RIGHTS IN RESPONSE TO MOTION BY
DANIEL EICHHORN TO ENLARGE THE CLAIMS BAR DATE
TO ACCEPT A LATE FILED PROOF OF CLAIM**

in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On March 27, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>See Attached |
|---|---|

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 27, 2025, at Los Angeles, California.

*/s/ Sophia Lee*
Sophia Lee

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, aturgeon@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

David Elbaum on behalf of Interested Party Century Indemnity Company
david.elbaum@stblaw.com

1  Michael W Ellison on behalf of Interested Party First State Insurance Company
   mellison@sehlaw.com, kfoster@sehlaw.com

2

3  Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   twevanston@duanemorris.com

4  Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   trevor.fehr@usdoj.gov

5

6  Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
   dgallo@phrd.com

7  Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   christina.goebelsmann@usdoj.gov

8

9  Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

10 John Grossbart on behalf of Interested Party Appalachian Insurance Company
   john.grossbart@dentons.com

11

12 Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   joshua.haevernick@dentons.com

13 Robert G. Harris on behalf of Creditor Archbishop Riordan High School
   rob@bindermalter.com, RobertW@BinderMalter.com

14

15 Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   deanna.k.hazelton@usdoj.gov

16 Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
   tjacobs@phrd.com

17

18 Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   daniel.james@clydeco.us

19 Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
   chris.johnson@diamondmccarthy.com

20

21 Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   jkahane@duanemorris.com

22 Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   okatz@sheppardmullin.com, LSegura@sheppardmullin.com

23

24 Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

25 David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
   David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

26

27 Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
   clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com

28 Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
   llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Pierce MacConaghy on behalf of Interested Party Century Indemnity Company
pierce.macconaghy@stblaw.com, janie.franklin@stblaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company

| | |
|---|---|
| 1 | arolain@ruggerilaw.com |
| 2 | Cheryl C. Rouse on behalf of Creditor Victoria Castro<br>rblaw@ix.netcom.com |
| 3 | |
| 4 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 5 | James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jstang@pszjlaw.com |
| 6 | |
| 7 | Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory<br>jstrabo@mwe.com |
| 8 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 9 | |
| 10 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>jweinberg@ruggerilaw.com |
| 11 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 12 | |
| 13 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 14 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>yongli.yang@clydeco.us |

6