Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
　　　　jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR FEBRUARY 2025** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period February 1, 2025 through February 28, 2025 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2025 through February 28, 2025 | $49,839.00[1] | $4,051.12 | $53,890.12 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $39,871.20 | $4,051.12 | $43,922.32 |

---

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: March 31, 2025                  **BURNS BAIR LLP**

                                                By: /s/ *Jesse J. Bair*
                                                      Jesse J. Bair

                                                    *Special Insurance Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT 1



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of Archbishop of San Francisco**

Issue Date : 3/18/2025
Bill # : 01876

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/4/2025 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation, potential lift stay motion, and other case issues (.9); | 0.90 | $810.00 |
| 2/4/2025 | Brian Cawley | Participate in state court counsel meeting for insurance purposes re mediation, potential lift stay motion, and other case issues (.9); | 0.90 | $495.00 |
| 2/6/2025 | Brian Cawley | Participate in Committee meeting for insurance purposes re case litigation and mediation developments (1.0); | 1.00 | $550.00 |
| 2/11/2025 | Timothy Burns | Participate in portion of state court counsel meeting re upcoming session and Committee response to mediators' requests (1.0); | 1.00 | $1,120.00 |
| 2/11/2025 | Brian Cawley | Participate in state court counsel meeting re case mediation issues (1.3); | 1.30 | $715.00 |
| 2/11/2025 | Jesse Bair | Participate in portion of state court counsel meeting re upcoming session and Committee response to mediators' requests (1.0); | 1.00 | $900.00 |
| 2/13/2025 | Jesse Bair | Participate in Committee meeting for insurance purposes re mediation strategy and next-steps (1.3); | 1.30 | $1,170.00 |
| 2/13/2025 | Timothy Burns | Participate in Committee meeting for insurance purposes re mediation strategy and next-steps (1.3); | 1.30 | $1,456.00 |
| 2/15/2025 | Timothy Burns | Participate in Committee meeting for insurance purposes re ongoing mediation negotiations (2.1); | 2.10 | $2,352.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/15/2025 | Brian Cawley | Participate in portion of Committee meeting for insurance purposes re ongoing mediation negotiations (1.5); | 1.50 | $825.00 |
| 2/18/2025 | Brian Cawley | Participate in state court counsel meeting for insurance purposes re case litigation and mediation issues (.7); | 0.70 | $385.00 |
| 2/26/2025 | Jesse Bair | Participate in San Francisco state court counsel town-hall for insurance purposes (.9); | 0.90 | $810.00 |
| 2/27/2025 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re mediation session outcome, next-steps, and litigation updates (.8); | 0.80 | $720.00 |
| | | **Totals for Committee Meetings** | **14.70** | **$12,308.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/11/2025 | Jesse Bair | Review correspondence with the debtor and Committee professionals re next round of interim fee applications (.1); | 0.10 | $90.00 |
| 2/18/2025 | Jesse Bair | Correspond with G. Brown and B. Horn-Edwards re monthly fee statements (.1); | 0.10 | $90.00 |
| 2/20/2025 | Brenda Horn-Edwards | Draft declaration of J. Bair in support of Burns Bair fourth interim fee application (.2); | 0.20 | $68.00 |
| 2/20/2025 | Brenda Horn-Edwards | Draft exhibits to Burns Bair fourth interim fee application (.8); | 0.80 | $272.00 |
| 2/20/2025 | Brenda Horn-Edwards | Draft Burns Bair fourth interim fee application (1.5); correspond with J. Bair re same (.1); | 1.60 | $544.00 |
| | | **Totals for Fee Applications** | **2.80** | **$1,064.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/3/2025 | Brian Cawley | Draft email memo to T. Burns and J. Bair re insurance issues in preparation for upcoming strategy meeting (.4); | 0.40 | $220.00 |
| 2/3/2025 | Brian Cawley | Update coverage chart in light of mediation discussions (.5); | 0.50 | $275.00 |
| 2/3/2025 | Timothy Burns | Review correspondence with BB and PSZJ re test cases and stay relief motion (.2); | 0.20 | $224.00 |
| 2/3/2025 | Timothy Burns | Participate in conference with B. Cawley re mediation preparations (.2); | 0.20 | $224.00 |
| 2/3/2025 | Brian Cawley | Participate in conference with T. Burns re mediation preparations (.2); | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/4/2025 | Jesse Bair | Participate in meeting with Committee professionals re lift stay strategy (.9); participate in post-meeting conference with B. Cawley re action items in light of same (.1); | 1.00 | $900.00 |
| 2/4/2025 | Brian Cawley | Draft correspondence to the debtor re policy confidentiality designations (.2); | 0.20 | $110.00 |
| 2/4/2025 | Timothy Burns | Review draft correspondence to Diocese re insurance policies (.1); review and reply to B. Cawley correspondence re insurers' arguments re ripeness of coverage actions (.1); | 0.20 | $224.00 |
| 2/4/2025 | Timothy Burns | Participate in meeting with Committee professionals re lift stay strategy (.9); | 0.90 | $1,008.00 |
| 2/4/2025 | Brian Cawley | Participate in conference with J. Bair re lift stay insurance action items (.1); | 0.10 | $55.00 |
| 2/4/2025 | Timothy Burns | Review correspondence with the mediators and Committee professionals re mediation issues (.1); | 0.10 | $112.00 |
| 2/4/2025 | Karen Dempski | Docket/calendar motion hearing for 3/13 (.1); | 0.10 | $34.00 |
| 2/4/2025 | Brian Cawley | Analysis re insurer arguments re ripeness of coverage action in connection with potential lift stay motion (1.9); | 1.90 | $1,045.00 |
| 2/4/2025 | Timothy Burns | Review the Committee's Motion re IRB Minutes and Aggregated Claims Data (.3); | 0.30 | $336.00 |
| 2/4/2025 | Brian Cawley | Participate in meeting with Committee professionals re litigation strategy, including potential lift stay motion (.9); | 0.90 | $495.00 |
| 2/4/2025 | Jesse Bair | Review JCCP Order for insurance purposes (.1); | 0.10 | $90.00 |
| 2/4/2025 | Jesse Bair | Review information re debtor coverage program and proposed test cases (.1); draft response to G. Greenwood questions re specific insurance lift stay issues (.2); | 0.30 | $270.00 |
| 2/5/2025 | Timothy Burns | Review additional correspondence with the mediators and Committee professionals re mediation issues (.1); | 0.10 | $112.00 |
| 2/5/2025 | Jesse Bair | Review and respond to correspondence with BB team re insurance lift stay arguments re insurers' position re necessity of judgment to adjudicate coverage issues (.1); | 0.10 | $90.00 |
| 2/5/2025 | Jesse Bair | Review and respond to correspondence with the mediators and Committee professionals re upcoming mediation call (.1); | 0.10 | $90.00 |
| 2/5/2025 | Timothy Burns | Review correspondence with BB and PSZJ re insurance lift stay issues (.1); | 0.10 | $112.00 |
| 2/5/2025 | Brian Cawley | Correspond with PSZJ re insurance lift stay issues (.2); | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/5/2025 | Timothy Burns | Review correspondence with PSZJ and the Committee re recent filings and strategy meeting (.1); | 0.10 | $112.00 |
| 2/6/2025 | Jesse Bair | Participate in portion of call with the mediators and Committee professionals re ongoing negotiations and upcoming session (.6); | 0.60 | $540.00 |
| 2/6/2025 | Jesse Bair | Review and respond to correspondence with Committee professionals re outstanding insurance discovery requests (.1); | 0.10 | $90.00 |
| 2/6/2025 | Jesse Bair | Review the Committee's aggregate claim data motion (.2); | 0.20 | $180.00 |
| 2/6/2025 | Timothy Burns | Participate in call with state court counsel re mediation issues (.2); | 0.20 | $224.00 |
| 2/6/2025 | Timothy Burns | Participate in call with the mediators and Committee professionals re ongoing negotiations and upcoming session (.7); | 0.70 | $784.00 |
| 2/6/2025 | Timothy Burns | Review and respond to correspondence with PSZJ re potential motion to compel (.1); review and respond to additional correspondence with internal team re same (.1); | 0.20 | $224.00 |
| 2/6/2025 | Brian Cawley | Draft summary for T. Burns and J. Bair re outstanding insurance discovery requests to the debtor (.7); | 0.70 | $385.00 |
| 2/7/2025 | Timothy Burns | Review additional correspondence with BB and PSZJ re discovery and motion to compel (.1); | 0.10 | $112.00 |
| 2/7/2025 | Jesse Bair | Conference with B. Cawley re outstanding insurance requests to the debtor (.1); review correspondence with Committee professionals re same (.1); | 0.20 | $180.00 |
| 2/7/2025 | Timothy Burns | Review correspondence with B. Michael and state court counsel re mediation items (.1); | 0.10 | $112.00 |
| 2/7/2025 | Jesse Bair | Review and edit draft correspondence to state court counsel re mediators' requests (.1); participate in conference with T. Burns re same and ongoing mediation negotiations (.2); | 0.30 | $270.00 |
| 2/7/2025 | Timothy Burns | Review and revise draft correspondence to state court counsel re mediators' request (.3); conference with J. Bair re same (.2); | 0.50 | $560.00 |
| 2/8/2025 | Jesse Bair | Correspond with the debtor re insurance discovery issues (.1); | 0.10 | $90.00 |
| 2/8/2025 | Timothy Burns | Review correspondence with J. Stang and state court counsel re insurance issues (.2); | 0.20 | $224.00 |
| 2/8/2025 | Jesse Bair | Review J. Stang correspondence re mediators' request for information (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/8/2025 | Jesse Bair | Review correspondence with state court counsel re lift stay issues (.2); | 0.20 | $180.00 |
| 2/9/2025 | Timothy Burns | Review correspondence with BB and the debtor re confidentiality of policy information (.1); | 0.10 | $112.00 |
| 2/10/2025 | Jesse Bair | Review correspondence with the Committee professionals and state court counsel re mediation developments and state court counsel meeting to discuss same (.1); | 0.10 | $90.00 |
| 2/10/2025 | Jesse Bair | Review additional correspondence with the mediators re pre-session mediation call (.1); | 0.10 | $90.00 |
| 2/11/2025 | Jesse Bair | Review correspondence with J. Stang and state court counsel re outcome of state court counsel meeting and the Committee's mediation response (.1); | 0.10 | $90.00 |
| 2/11/2025 | Timothy Burns | Participate in additional call with state court counsel re mediation issues (.4); | 0.40 | $448.00 |
| 2/12/2025 | Timothy Burns | Participate in conference with J. Bair re outcome of state court counsel meeting re mediation negotiations and next-steps re same (.2); | 0.20 | $224.00 |
| 2/12/2025 | Jesse Bair | Review claim and asset information requested by the mediators and related correspondence with the mediators and Committee professionals re same (.1); | 0.10 | $90.00 |
| 2/12/2025 | Jesse Bair | Review and respond to correspondence with the debtor re re-designation of debtor insurance policies as non-confidential and related issues (.4); | 0.40 | $360.00 |
| 2/12/2025 | Jesse Bair | Participate in call with state court counsel and T. Burns re mediation strategy (.1); participate in call with J. Stang and T. Burns re same and lift stay issues (.3); | 0.40 | $360.00 |
| 2/12/2025 | Jesse Bair | Participate in conference with T. Burns re outcome of state court counsel meeting re mediation negotiations and next-steps re same (.2); | 0.20 | $180.00 |
| 2/12/2025 | Timothy Burns | Participate in call with state court counsel and J. Bair re mediation strategy (.1); participate in call with J. Stang and J. Bair re same and lift stay issues (.3); | 0.40 | $448.00 |
| 2/12/2025 | Timothy Burns | Review and respond to correspondence from PSZJ and the Committee re mediation issues (.1); | 0.10 | $112.00 |
| 2/13/2025 | Timothy Burns | Review additional correspondence with the mediators and PSZJ re mediation issues (.2); | 0.20 | $224.00 |
| 2/13/2025 | Brian Cawley | Correspond with the debtor re outstanding insurance discovery requests (.2); | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/13/2025 | Timothy Burns | Review correspondence with BB and the debtor re insurance policy confidentiality issues (.1); | 0.10 | $112.00 |
| 2/13/2025 | Timothy Burns | Review JCCP order re bucket 1 and 2 cases (.2); | 0.20 | $224.00 |
| 2/13/2025 | Jesse Bair | Participate in call with the mediators and Committee professionals re mediation issues and ongoing negotiations (.7); | 0.70 | $630.00 |
| 2/14/2025 | Brian Cawley | Respond to J. Bair request regarding mediation preparation materials (.2); | 0.20 | $110.00 |
| 2/14/2025 | Jesse Bair | Review and respond to correspondence with PSZJ and the mediators re additional mediation call (.1); participate in conference with T. Burns re strategy for upcoming mediation session (.2); | 0.30 | $270.00 |
| 2/14/2025 | Timothy Burns | Participate in conference with J. Bair re strategy for upcoming mediation session (.2); | 0.20 | $224.00 |
| 2/15/2025 | Timothy Burns | Participate in call with PSZJ re outcome of Committee meeting and next-steps (.2); | 0.20 | $224.00 |
| 2/17/2025 | Brian Cawley | Revise coverage chart and prepare for upcoming mediation (1.0); | 1.00 | $550.00 |
| 2/17/2025 | Jesse Bair | Review correspondence with the debtor re insurance document production issues (.1); | 0.10 | $90.00 |
| 2/18/2025 | Jesse Bair | Correspond with the debtor re confidentiality issues re debtor insurance policies (.1); | 0.10 | $90.00 |
| 2/18/2025 | Jesse Bair | Review and respond to B. Cawley email memo re outcome of recent state court counsel meeting and mediation preparations (.2); | 0.20 | $180.00 |
| 2/18/2025 | Timothy Burns | Review B. Cawley's summary re recent state court counsel meeting (.1); review correspondence between BB and PSZJ re mediation issues (.2); review standstill agreement with the debtor (.1); | 0.40 | $448.00 |
| 2/18/2025 | Brian Cawley | Draft email memo re outcome of state court counsel meeting and next-steps (.4); | 0.40 | $220.00 |
| 2/18/2025 | Jesse Bair | Review and respond to correspondence with PSZJ re insurance mediation issues (.1); review correspondence from the Committee to the mediators re mediation requests (.1); | 0.20 | $180.00 |
| 2/18/2025 | Brian Cawley | Analyze insurer coverage correspondence in connection with lift stay issues (2.3); | 2.30 | $1,265.00 |
| 2/19/2025 | Jesse Bair | Review and edit Bair declaration to the Committee's insurance lift stay motion (.7); correspond with PSZJ and BB team re same and preparing relevant exhibits (.1); review and edit proposed exhibits (.2); | 1.00 | $900.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/19/2025 | Jesse Bair | Review and edit the Committee's insurance lift stay motion (1.1); review draft order granting same (.1); review and respond to correspondence with Committee professionals re same (.2); | 1.40 | $1,260.00 |
| 2/19/2025 | Timothy Burns | Review and edit the Committee's relief from stay papers (.6); review related correspondence with BB and PSZJ re same (.2); | 0.80 | $896.00 |
| 2/19/2025 | Jesse Bair | Review the Committee's motion to seal and Bair declaration in support of same (.2); | 0.20 | $180.00 |
| 2/19/2025 | Brian Cawley | Prepare policy document exhibit for lift stay motion (1.9); | 1.90 | $1,045.00 |
| 2/20/2025 | Jesse Bair | Draft email memo to Committee members and state court counsel re post-mediation session developments (.5); review correspondence from PSZJ re suggested edits to same (.1); revise and finalize mediation update to the Committee and state court counsel (.1); | 0.70 | $630.00 |
| 2/20/2025 | Brian Cawley | Prepare for mediation session (.8); | 0.80 | $440.00 |
| 2/20/2025 | Jesse Bair | Prepare for mediation session, with particular focus on review of claim information and coverage chart (.7); | 0.70 | $630.00 |
| 2/20/2025 | Brian Cawley | Participate in full-day mediation session (6.8); | 6.80 | $3,740.00 |
| 2/20/2025 | Jesse Bair | Participate in full-day mediation session (6.8); participate in call with T. Burns re outcome of same (.2); | 7.00 | $6,300.00 |
| 2/20/2025 | Timothy Burns | Participate in call with T. Burns re outcome of mediation session (.2); | 0.20 | $224.00 |
| 2/20/2025 | Jesse Bair | Participate in call with B. Michael re mediation preparation and strategy (.4); | 0.40 | $360.00 |
| 2/21/2025 | Timothy Burns | Review revised versions of lift stay papers (.2); review PSZJ correspondence with the Committee and state court counsel re same (.2); | 0.40 | $448.00 |
| 2/21/2025 | Jesse Bair | Review final versions of Bair declarations in support of motion to lift stay and motion to seal (.2); correspond with PSZJ re same (.1); | 0.30 | $270.00 |
| 2/21/2025 | Jesse Bair | Review additional correspondence with PSZJ and state court counsel re lift stay motion and related hearing (.1); | 0.10 | $90.00 |
| 2/21/2025 | Timothy Burns | Review correspondence with BB and PSZJ re mediation developments on insurance (.2); | 0.20 | $224.00 |
| 2/23/2025 | Jesse Bair | Review correspondence with Committee professionals and state court counsel re town hall meeting (.1); | 0.10 | $90.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/24/2025 | Jesse Bair | Correspond with B. Cawley re upcoming Committee meeting (.1); | 0.10 | $90.00 |
| 2/26/2025 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $90.00 |
| 2/28/2025 | Jesse Bair | Review and respond to correspondence with BB team re Travelers' request for unredacted copies of the Committee's lift stay motion (.1); | 0.10 | $90.00 |
| 2/28/2025 | Timothy Burns | Review and respond to insurer's request re stay relief motion (.1); | 0.10 | $112.00 |
| | | **Totals for Insurance Recovery Activities** | **45.80** | **$36,467.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **63.30** | **$49,839.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/19/2025 | Uber, B. Cawley (office to airport) | $27.94 |
| 02/19/2025 | United Airlines, B. Cawley (MSN-SFO, Feb. 19-21) | $910.37 |
| 02/19/2025 | Travel meal, J. Bair | $33.29 |
| 02/19/2025 | Hotel, J. Bair (2 nights) | $769.58 |
| 02/19/2025 | Hotel, B. Cawley (2 nights) | $769.58 |
| 02/19/2025 | Uber, B . Cawley (airport to hotel) | $64.98 |
| 02/19/2025 | Travel meal, B. Cawley | $52.83 |
| 02/19/2025 | Travel meal, J. Bair | $18.24 |
| 02/19/2025 | Delta Airlines, J. Bair (MSN-SFO, Feb. 19-21) | $948.36 |
| 02/19/2025 | Taxi, J. Bair (airport to hotel) | $73.00 |
| 02/20/2025 | Travel meal, B. Cawley | $31.45 |
| 02/20/2025 | Travel meal, J. Bair | $31.45 |
| 02/20/2025 | Travel meal, J. Bair, B. Cawley, J. Stang | $114.26 |
| 02/21/2025 | Travel meal, B. Cawley | $20.08 |
| 02/21/2025 | Airport parking, J. Bair | $24.00 |
| 02/21/2025 | Uber, J. Bair and B. Cawley (hotel to airport) | $115.53 |
| 02/21/2025 | Uber, B. Cawley (airport to home) | $18.90 |
| 02/21/2025 | Travel meal, B. Cawley | $27.28 |
| **Total Expenses** | | **$4,051.12** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 2.60 | $340.00 | $884.00 |
| Brian Cawley | Associate | 24.10 | $550.00 | $13,255.00 |
| Jesse Bair | Partner | 23.70 | $900.00 | $21,330.00 |

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Karen Dempski | Paralegal | 0.10 | $340.00 | $34.00 |
| Timothy Burns | Partner | 12.80 | $1,120.00 | $14,336.00 |

**Total Due This Invoice: $53,890.12**

Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
      jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

      I, Brenda Horn-Edwards, declare that I am employed in the County of Dane, State of Wisconsin. I am over the age of 18 and not a party to the within action. My business address is 10 E. Doty Street, Suite 600, Madison, Wisconsin 53703.

      On March 31, 2025, I served a true and correct copy of the **Monthly Professional Fee Statement for Burns Bair LLP for February 2025** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):<br>Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On March 31, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See attached. |
|---|---|

| | |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dane County, Wisconsin, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. See attached. |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on March 31, 2025, at Madison, Wisconsin.

*/s/ Brenda Horn-Edwards*
Brenda Horn-Edwards

# ELECTRONIC MAIL NOTICE LIST

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Brian P. Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M DAlelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon)
lukeeaton@cozen.com, monugiac@pepperlaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
twevanston@duanemorris.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SF
christina.goebelsmann@usdoj.gov

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
samantha.ruben@dentons.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Devin Miles Storey on behalf of Creditor John MS Roe SF
dms@zalkin.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

# VIA EMAIL

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Miranda H Turner<br>Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | | mturner@crowell.com<br>jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | 212-768-6800 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>NReinhardt@duanemorris.com<br>BLuu@duanemorris.com | Email |
| *NOA - Counsel for Dennis Fruzza (aka Dennis Gehrmann) | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com | Email |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |

**VIA EMAIL**

| | | | | | |
|---|---|---|---|---|---|
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | 385-278-0287 | kim@justicelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>Attn: Michele N Detherage<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com<br>mdetherage@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | 212-455-2502 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | 650-251-5002 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com | Email |