1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3     WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, suite 2250
4  Sacramento, CA 95814
   Telephone:    (916) 329-7400
5  Facsimile:    (916) 329-7435
   Email:        ppascuzzi@ffwplaw.com
6                jrios@ffwplaw.com
                 tphinney@ffwplaw.com
7
   ORI KATZ, State Bar No. 209561
8  ALAN H. MARTIN, State Bar No. 132301
   AMANDA L. COTTRELL, State Bar No. 360215
9  JEANNIE KIM, State Bar No. 270713
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10    A Limited Liability Partnership Including Professional Corporations
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:    (415) 434-9100
12 Facsimile:    (415) 434-3947
   Email:        okatz@sheppardmullin.com
13               amartin@sheppardmullin.com
                 acottrell@sheppardmullin.com
14
   Attorneys for The Roman Catholic Archbishop of
15 San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DEBTOR'S OBJECTION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROPOSED FORM OF ORDER GRANTING MOTION FOR AN ORDER AUTHORIZING DISCLOSURE OF INDEPENDENT REVIEW BOARD MINUTES**<br><br>DATE:    March 13, 2025<br>TIME:    1:30 p.m.<br>PLACE:  Courtroom 17<br>            450 Golden Gate Ave.<br>            San Francisco, CA 94102 |

**TO THE HONORABLE DENNIS MONTALI, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL OTHER PARTIES IN INTEREST:**

The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "<u>Debtor</u>") in the above-captioned chapter 11 bankruptcy case (the "<u>Case</u>"), objects (the "<u>Objection</u>") to the proposed form of order "as to the Minutes entirely"[1] submitted by the Official Committee of Unsecured Creditors (the "<u>Committee Order</u>") to the Court for review and entry on the docket in this Case. For the reasons set forth below, the Debtor respectfully requests that the Court enter that form of order appended to this Objection as Exhibit 1 (the "<u>Debtor Order</u>").[2]

On March 26, 2025, after notice and a hearing, the Court entered that *Memorandum Decision on Motion for Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* [ECF No. 1105] (the "<u>Memorandum Decision</u>").[3] Thereafter, the Debtor and the Committee met and conferred regarding the form of proposed orders to submit to the Court in accordance with the Memorandum Decision. While the parties were able to agree on the form of proposed order granting, in part, the Motion as to the Claims Data, the parties were unable to agree on the form of the Committee Order.

## I.

## <u>OBJECTION TO COMMITTEE ORDER</u>

The Debtor objects to the Committee Order because it would allow for publication of the IRB Minutes **without** redaction of the names of the (a) members of the IRB, and (b) speakers at the IRB meetings (together, the "<u>IRB Parties</u>"). The Debtor raised the need for such redactions in its Opposition.[4] In its Reply,[5] the Committee sought authority to file publicly the Claims Data but

---

[1] *See* Memorandum Decision at 10:17-18.
[2] For the Court's and Committee's ease of review, the Debtor further appends to this Objection as Exhibit 2 a redline comparison of the Debtor Order against the Committee Order.
[3] Capitalized terms not otherwise defined in this Objection shall have the same meanings ascribed to them in the Memorandum Decision.
[4] "<u>Opposition</u>" means that *Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* [ECF No. 1028].
[5] "<u>Reply</u>" means that *The Official Committee of Unsecured Creditors' Reply Brief in Support of an Order Authorizing Disclosure of Independent Review Board Minutes And Aggregated Claims Data* [ECF No. 1072].

Case No. 23-30564
SMRH:4928-2956-7026.3   DEBTOR'S OBJECTION TO COMMITTEE PROPOSED FORM OF ORDER RE IRB MINUTES

Case: 23-30564   Doc# 1127   Filed: 04/04/25   Entered: 04/04/25 22:25:29   Page 2 of 10

1 stated "there is no need to unseal the IRB Minutes at this time." Reply at 1:8-9. Indeed, the
2 Committee acknowledged that it "has already agreed that the IRB Minutes can remain redacted for
3 privilege and personal identity information." Reply at 3:13-14. At the hearing on the Motion, there
4 was much discussion and some confusion regarding the nature and scope of redactions, but neither
5 the parties nor the Court directly addressed the question of redacting specific attribution of
6 statements made during the IRB process to specific IRB Parties in the IRB Minutes. Similarly, the
7 Memorandum Decision does not specifically address this issue.

8 Given the Committee's acknowledgement in the Reply that it has already agreed that the
9 IRB Minutes can remain redacted for, among other things, personally identifiable information, it is
10 appropriate that the Court's order as to the IRB Minutes accurately reflect that disclosure of the IRB
11 Minutes shall be limited and <u>not</u> disclose or reference attribution of statements made by the IRB
12 Parties. The IRB Parties are not perpetrators of abuse. They are primarily, but not exclusively, lay
13 people who voluntarily participate in the IRB process. They include a survivor of abuse, a member
14 of law enforcement, a psychologist and others.

15 While the identity of the members of the IRB is already public, what is not public and should
16 not be made public is the specific attribution of statements made during the IRB process to specific
17 IRB Parties. Such public disclosure will completely chill this important process and punish those
18 who participated in the past based on a reasonable and good faith expectation of anonymity.

19 Other than the issue related to redaction of the attribution of statements made by the IRB
20 Parties, the Debtor has no objection to the balance of the Committee Order as to form, while
21 reserving all post-judgment rights. Should the Court have any question regarding the Debtor's
22 specific objection to the Committee Order, it respectfully requests that the Court set a telephonic
23 hearing to allow the parties to be heard.

24 / / /
25 / / /
26 / / /
27 / / /
28

## II.

## CONCLUSION

Wherefore, for all of the reasons stated above, the Debtor respectfully requests that the Court enter the Debtor Order.

Dated: April 4, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By      */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: April 4, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Ori Katz*
ORI KATZ
AMANDA L. COTTRELL
JEANNIE KIM

Attorneys for The Roman Catholic Archbishop of San Francisco

# Exhibit 1

[Debtor's Proposed Form of Order]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING DISCLOSURE OF INDEPENDENT REVIEW BOARD MINUTES**<br><br>DATE:    March 13, 2025<br>TIME:    1:30 p.m.<br>PLACE:  Courtroom 17<br>              450 Golden Gate Ave.<br>              San Francisco, CA 94102 |

The Court has considered *The Official Committee of Unsecured Creditors' Motion for an Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* ("Motion") and supporting documents, the *Debtor's Opposition* to the Motion, the Committee's reply, and the arguments of counsel and evidence adduced regarding the Motion at an in-person hearing on March 13, 2025 before the Court ("Hearing"). Based upon the Court's review of the Motion and all pleadings, evidence, and arguments at the Hearing, and for reasons set forth in the *Memorandum Decision on Motion for Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* entered March 26, 2025 ("Opinion") [Docket 1105],[1]

---

[1] Capitalized terms not otherwise defined have the meanings ascribed in the Opinion.

Case: 23-30564    Doc# 1127    Filed: 04/04/25    Entered: 04/04/25 22:25:29    Page 5 of 10    Case No. 23-30564

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as to the IRB Minutes produced in discovery and submitted under seal as Exhibit B to the Michael Declaration.

2. The IRB Minutes referenced in paragraph 1 can be made public, subject to the redaction of the names of the members of the IRB and specific attribution of statements to specific IRB members and other speakers at the IRB meetings.

3. The Court shall retain jurisdiction over any and all matters arising from the interpretation, implementation, or enforcement of this Order.

*** END OF [PROPOSED] ORDER ***

**Exhibit 2**

**[Redline Comparison of Debtor Order Against Committee Order]**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, suite 2250
Sacramento, CA 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:       ppascuzzi@ffwplaw.com
             jrios@ffwplaw.com
             tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
AMANDA L. COTTRELL, State Bar No. 360215
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:       okatz@sheppardmullin.com
             amartin@sheppardmullin.com
             acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>  Debtor and<br>  Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>~~ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN~~ **[PROPOSED]** ORDER AUTHORIZING DISCLOSURE OF INDEPENDENT REVIEW BOARD MINUTES<br><br>DATE:   March 13, 2025<br>TIME:   1:30 p.m.<br>PLACE:  Courtroom 17<br>        450 Golden Gate Ave.<br>        San Francisco, CA 94102 |

1  The Court has considered *The Official Committee of Unsecured Creditors' Motion for an Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* ("Motion") and supporting documents, the *Debtor's Opposition* to the Motion, the Committee's reply, and the arguments of counsel and evidence adduced regarding the Motion at an in-person hearing on March 13, 2025 before the Court ("Hearing"). Based upon the Court's review of the Motion and all pleadings, evidence, and arguments at the Hearing, and for reasons set forth in the *Memorandum Decision on Motion for Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* entered March 26, 2025 ("Opinion") [Docket 1105],[1]

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as to the IRB Minutes produced in discovery and submitted under seal as Exhibit B to the Michael Declaration.

2. The IRB Minutes referenced in paragraph 1 can be made public, subject to the redaction of the names of the members of the IRB and specific attribution of statements to specific IRB members and other speakers at the IRB meetings.

3. The Court shall retain jurisdiction over any and all matters arising from the interpretation, implementation, or enforcement of this Order.

~~AGREED AS TO FORM:~~

_____     _____
~~Ori Katz, Esq.~~
~~Amanda Cottrell, Esq.~~
~~Counsel to the Debtor~~         *** END OF [PROPOSED] ORDER ***

---

[1] Capitalized terms not otherwise defined have the meanings ascribed in the Opinion.

| Summary report: Litera Compare for Word 11.8.0.56 Document comparison done on 4/4/2025 10:16:41 PM ||
|---|---|
| **Style name:** SMRH Standard ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** nd://4906-5582-9809/1/Order Granting the Committee's Motion for Order Authorizing Disclosure of Independent Review Board Minutes.docx ||
| **Modified DMS:** nd://4906-5582-9809/2/Order Granting the Committee's Motion for Order Authorizing Disclosure of Independent Review Board Minutes.docx ||
| **Changes:** ||
| Add | 19 |
| Delete | 13 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 32 |