James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail Greenwood (CA Bar No. 169939)
Brittany M. Michael (*Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Email: jstang@pszjlaw.com
acaine@pszjlaw.com
ggreenwood@pszjlaw.com
bmichael@pszjlaw.com

*Attorneys for The Official Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA   )
                      )
CITY OF SAN FRANCISCO )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On April 7, 2025, I caused to be served the following documents in the manner stated below:

- **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO DEBTOR'S OBJECTION TO OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S PROPOSED FORM OF ORDER AUTHORIZING DISCLOSURE OF INDEPENDENT REVIEW BOARD MINUTES**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **April 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 7, 2025 at San Francisco, California.

                                                         */s/ Matthew Renck*
                                                             *Legal* Assistant

**Via NEF**

- Mary Alexander   malexander@maryalexanderlaw.com
- Darren Azman   dazman@mwe.com, mco@mwe.com
- Jesse Bair   jbair@burnsbair.com, kdempski@burnsbair.com
- Hagop T. Bedoyan   hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Jason Blumberg   jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Gillian Nicole Brown   gbrown@pszjlaw.com
- John Bucheit   jbucheit@phrd.com
- Timothy W. Burns   tburns@burnsbair.com, kdempski@burnsbair.com
- George Calhoun   george@ifrahlaw.com
- Peter C. Califano   pcalifano@nvlawllp.com
- Brian P Cawley   bcawley@burnsbair.com
- Robert M Charles   Robert.Charles@wbd-us.com
- Jason Chorley   jason.chorley@clydeco.us, Robert.willis@clydeco.us
- Amanda L. Cottrell   acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- Jennifer Witherell Crastz   jcrastz@hemar-rousso.com
- Blaise S Curet   bcuret@spcclaw.com
- Melissa M D'Alelio   mdalelio@robinskaplan.com
- Jared A. Day   jared.a.day@usdoj.gov
- Michele Nicole Detherage   mdetherage@robinskaplan.com
- Allan B Diamond   adiamond@diamondmccarthy.com
- Luke N. Eaton   lukeeaton@cozen.com, monugiac@pepperlaw.com
- Michael W Ellison   mellison@sehlaw.com, kfoster@sehlaw.com
- Stephen John Estey   steve@estey-bomberger.com
- Timothy W. Evanston   tevanston@skarzynski.com
- Trevor Ross Fehr   trevor.fehr@usdoj.gov
- Robert David Gallo   dgallo@phrd.com
- Christina Lauren Goebelsmann   christina.goebelsmann@usdoj.gov
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Gail S. Greenwood   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- John Grossbart   john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
- John Grossbart   , docket.general.lit.chi@dentons.com
- Joshua K Haevernick   joshua.haevernick@dentons.com
- Robert G. Harris   rob@bindermalter.com, RobertW@BinderMalter.com
- Deanna K. Hazelton   deanna.k.hazelton@usdoj.gov
- Jordan Anthony Hess   jhess@plevinturner.com
- Todd C. Jacobs   tjacobs@phrd.com
- Daniel James   daniel.james@clydeco.us
- Christopher D. Johnson   chris.johnson@diamondmccarthy.com
- Jeff D. Kahane   jkahane@skarzynski.com
- Taylore Karpa Schollard   tkarpa@robinskaplan.com
- Ori Katz   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Jeannie Kim   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- David S. Kupetz   david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com
- Jennifer R Liakos   jenn@jennliakoslaw.com
- Christina Marie Lincoln   clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
- Lisa Arlyn Linsky   llinsky@mwe.com
- John William Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Betty Luu   bluu@duanemorris.com
- Alan H. Martin   AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- Patrick Maxcy   patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
- Patrick Maxcy   , docket.general.lit.chi@dentons.com
- Brittany Mitchell Michael   bmichael@pszjlaw.com
- Andrew Mina   amina@duanemorris.com
- M. Keith Moskowitz   keith.moskowitz@dentons.com
- Michael Norton   michael.norton@clydeco.us, nancy.lima@clydeco.us
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Robert J. Pfister   rpfister@pslawllp.com
- Mark D. Plevin   mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Douglas B. Provencher   dbp@provlaw.com
- Nathan W. Reinhardt   nreinhardt@skarzynski.com
- Jason E. Rios   jrios@ffwplaw.com, docket@ffwplaw.com
- Kathleen Mary Derrig Rios   Katie.Rios@wbd-us.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

1. Matthew Roberts    mroberts@phrd.com
- Annette Rolain    arolain@ruggerilaw.com
- Cheryl C. Rouse    rblaw@ix.netcom.com
- Samantha Ruben    samantha.ruben@dentons.com
- Phillip John Shine    phillip.shine@usdoj.gov
- James I. Stang    jstang@pszjlaw.com
- Devin Miles Storey    dms@zalkin.com
- Jason D. Strabo    jstrabo@mwe.com, dnorthrop@mwe.com
- Catalina Sugayan    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Miranda Turner    mturner@plevinturner.com
- Joshua D Weinberg    bkfilings@ruggerilaw.com
- Matthew Michael Weiss    mweiss@phrd.com
- Harris Winsberg    hwinsberg@phrd.com
- Yongli Yang    yongli.yang@clydeco.us