

Signed and Filed: April 8, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 James I. Stang (CA Bar No. 94435)
  Andrew W. Caine (CA Bar No. 110345)
2 Gail Greenwood (CA Bar No. 169939)
  Brittany M. Michael *(Pro Hac Vice)*
3 PACHULSKI STANG ZIEHL & JONES I
  One Sansome Street, 34th Floor, Suite 3430
4 San Francisco, California 94104-4436
  Telephone: 415-263-7000
5 Email:  jstang@pszjlaw.com
         acaine@pszjlaw.com
6        ggreenwood@pszjlaw.com
         bmichael@pszjlaw.com
7
8 Attorneys for the Official Committee of
  Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING DISCLOSURE OF AGGREGATED CLAIMS DATA** |

The Court has considered *The Official Committee of Unsecured Creditors' Motion for an Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* ("Motion") and supporting documents, the *Debtor's Opposition* to the Motion, the Committee's reply, and the arguments of counsel and evidence adduced regarding the Motion at an in-person hearing on March 13, 2025 before the Court ("Hearing"). Based upon the Court's review of the Motion and all pleadings, evidence, and arguments at the Hearing, and for reasons set forth in the *Memorandum Decision on Motion for Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* entered March 26, 2025 ("Opinion") [Docket 1105],[1]

---
[1] Capitalized terms not otherwise defined have the meanings ascribed in the Opinion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as to the Claims Data submitted under seal as Exhibit A to the Michael Declaration, subject to the compliance with paragraphs 3 through 5, below.

2. Upon agreement between the parties, Exhibit A may be supplemented with additional anonymous data concerning abuse by decade.

3. Prior to disclosure or filing of the Claims Data, the Committee shall remove or reduce to initials the names of accused perpetrators.

4. The Committee shall provide written notice to all Survivor Claimants or their counsel ("Notice to Survivors") that the Claims Data will be publicly accessible, and each Survivor Claimant shall have twenty-one (21) days to respond and opt-out of having data extracted from their proofs of claim and incorporated in the Claims Data. For the avoidance of doubt, Survivor Claimants need only respond to the Notice to Survivors if they wish to exclude their information from the aggregated Claims Data.

5. Counsel for the Committee and the Debtor shall meet and confer within five (5) business days of entry of this Order regarding the form of Notice to Survivors. If the Committee and the Debtor cannot agree, each party shall submit to the Court a proposed form of Notice to Survivors for the Court to determine an appropriate form.

6. The Court shall retain jurisdiction over any and all matters arising from the interpretation, implementation, or enforcement of this Order.

AGREED AS TO FORM:

_____
Ori Katz, Esq.
Amanda Cottrell, Esq.
Counsel to the Debtor

### END OF ORDER ###