

James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail Greenwood (CA Bar No. 169939)
Brittany M. Michael *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
acaine@pszjlaw.com
ggreenwood@pszjlaw.com
bmichael@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

**CHANGES MADE BY COURT**

Signed and Filed: April 8, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING DISCLOSURE OF INDEPENDENT REVIEW BOARD MINUTES** |

The Court has considered *The Official Committee of Unsecured Creditors' Motion for an Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* ("Motion") and supporting documents, the *Debtor's Opposition* to the Motion, the Committee's reply, and the arguments of counsel and evidence adduced regarding the Motion at an in-person hearing on March 13, 2025 before the Court ("Hearing"). Based upon the Court's review of the Motion and all pleadings, evidence, and arguments at the Hearing, and for reasons set forth in the *Memorandum Decision on Motion for Order Authorizing Disclosure of Independent Review Board Minutes and Aggregated Claims Data* entered March 26, 2025 ("Opinion") [Docket 1105],[1]

---

[1] Capitalized terms not otherwise defined have the meanings ascribed in the Opinion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as to the IRB Minutes produced in discovery and submitted under seal as Exhibit B to the Michael Declaration.
2. The IRB Minutes referenced in paragraph 1 can be made public.
3. The Court shall retain jurisdiction over any and all matters arising from the interpretation, implementation, or enforcement of this Order.
4. The Court has considered and rejects the alternative version of this Order submitted by counsel for the Debtor (Exhibit 1 to Docket 1128). In its Opposition, etc. (Docket 1028) the Debtor did not request additional redactions, and none will be considered now.

### END OF ORDER ###