Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
　WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:　　(916) 329-7400
Facsimile:　　(916) 329-7435
Email:　　ppascuzzi@ffwplaw.com
　　　　　jrios@ffwplaw.com
　　　　　tphinney@ffwplaw.com
　　　　　mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:　　(415) 434-9100
Facsimile:　　(415) 434-3947
Email:　　okatz@sheppardmullin.com
　　　　　amartin@sheppardmullin.com
　　　　　jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　Debtor and<br>　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Old Date:　April 10, 2025<br>**New Date:　April 24, 2025**<br>Time:　　　1:30 p.m.<br>Location:　Via ZoomGov<br>Judge:　　Hon. Dennis Montali |

**AMENDED OMNIBUS NOTICE OF HEARING ON DEBTOR IN POSSESSION'S AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPECTIVE MOTIONS FOR:**

**I. FOURTH INTERIM APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE DEBTOR IN POSSESSION**

**II. FOURTH INTERIM APPLICATION OF SHEPPARD MULLIN RICHTER & HAMPTON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2024, THROUGH JANUARY 31, 2025**

**III. FOURTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF OCTOBER 1, 2024, THROUGH JANUARY 31, 2025**

**IV. FOURTH INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR**

**V. SECOND INTERIM APPLICATION OF BLANK ROME, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION**

**VI. THIRD INTERIM APPLICATION OF TRANSPERFECT LEGAL SOLUTIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS PROVIDER OF LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES TO THE DEBTOR**

**VII. FOURTH INTERIM FEE APPLICATION OF BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2024 THROUGH JANUARY 31, 2025**

**VIII. FOURTH INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2024 THROUGH JANUARY 31, 2025**

**IX. FOURTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2024 THROUGH JANUARY 31, 2025**

**NOTICE IS HEREBY GIVEN** that The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession herein ("Debtor"), has filed the above-referenced six interim applications (I – VI) for allowance of fees and reimbursement of expenses. The Official Committee of Unsecured Creditors' professionals (the "Committee Professionals") filed the above-referenced three interim applications (VII- IX). These nine interim fee applications

(hereafter referred to collectively as the "Fee Applications") seek entry of orders allowing fees and reimbursement of expenses described below pursuant to 11 U.S.C. §§ 330 and 331, and Fed. R. Bankr. Proc. 2016.

**NOTICE IS HEREBY GIVEN** that the hearing on the Fee Applications before the Honorable Dennis Montali is rescheduled from April 10, 2025, to a **new hearing date of April 24, 2025**, at 1:30 p.m. at the United States Bankruptcy Court, Northern District of California, San Francisco Division (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov or such other video connection provided by the Court. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Fee Applications or supporting documents, nor does it summarize all of the evidence submitted in support. Further specifics concerning the Fee Applications, the relief requested, and the opposition deadline were included in the original Omnibus Notice of Hearing filed and served by the Debtor in Possession as ECF No. 1071 and the Omnibus Notice of Hearing filed and served by the Committee Professionals as ECF No. 1054.

You are encouraged to review the Omnibus Notices of Hearing referenced above, the Fee Applications and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's Claims Agent Omni Agent Solutions, Inc., at https://www.omniagentsolutions.com/RCASF. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

Failure to file timely opposition and appear at the Hearing may constitute a waiver of your objections.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

| | | |
|---|---|---|
| Dated: April 8, 2025 | | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP |
| | By: | */s/ Jason E. Rios*<br>Paul J. Pascuzzi<br>Jason E. Rios<br>Thomas R. Phinney<br>Mikayla E. Kutsuris<br>Attorneys for The Roman Catholic Archbishop of San Francisco |
| Dated: April 8, 2025 | | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By: | */s/ Ori Katz*<br>Ori Katz<br>Alan H. Martin<br>Jeannie Kim<br>Attorneys for The Roman Catholic Archbishop of San Francisco |