Entered on Docket
April 10, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: April 10, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor. | Bankruptcy Case<br>No. 23-30564-DM<br><br>Chapter 11 |

**ORDER GRANTING IN PART CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION**

Based upon the court's *Memorandum Decision on Motion for Relief from Stay* issued concurrently herewith, IT IS HEREBY ORDERED that the Official Committee Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (Dkt. 1015) is GRANTED IN PART.  The Debtor's Opposition and Certain Insurers' Objection are OVERRULED.  Trial Cases[1] are permitted to proceed without regard to and free of the automatic stay, effective as of June 30, 2025.

　　　　　　　　　　　　**END OF ORDER**

---

[1] Capitalized terms have the meanings set forth in the Memorandum Decision.

COURT SERVICE LIST

ECF Recipients