Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On April 9, 2025, I served a true and correct copy of the following documents via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Debtor's Fourth Motion for Extension of Deadline for Removal of Civil Actions [28 U.S.C. § 1452 and Bankruptcy Rule 9027] [Docket No. 1135]**

- **Notice of Hearing on Debtor's Fourth Motion for Extension of Deadline for Removal of Civil Actions [28 U.S.C. § 1452 and Bankruptcy Rule 9027] [Docket No. 1136]**

On April 9, 2025, I served a true and correct copy of the following document via the method set forth on the Master Service List attached hereto as **Exhibit B**:

- **Notice of Hearing on Debtor's Fourth Motion for Extension of Deadline for Removal of Civil Actions [28 U.S.C. § 1452 and Bankruptcy Rule 9027] [Docket No. 1136]**

On April 9, 2025, I served a true and correct copy of the following document via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Notice of Hearing on Debtor's Fourth Motion for Extension of Deadline for Removal of Civil Actions [28 U.S.C. § 1452 and Bankruptcy Rule 9027] [Docket No. 1136]**

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 15, 2025, at Woodland Hills, California. |
| 2 | |
| 3 | _____ |
| | Randy Lowry |
| 4 | Omni Agent Solutions, Inc. |

# **EXHIBIT A**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | rob@bindermalter.com;<br>robertw@bindermalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us;<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | MMcCurdy@cozen.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | john.grossbart@dentons.com;<br>patrick.maxcy@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco<br>Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | adiamond@diamondmccarthy.com;<br>chris.johnson@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco<br>Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Nathan Reinhardt<br>Attn: Betty Luu<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | AMina@duanemorris.com;<br>BLuu@duanemorris.com;<br>JKahane@duanemorris.com;<br>NReinhardt@duanemorris.com;<br>RWRoten@duanemorris.com;<br>TWEvanston@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | jrios@ffwplaw.com;<br>ppascuzzi@ffwplaw.com;<br>tphinney@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | sophia@theFAfirm.com | Email |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | Efrejka@frejka.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | randy@gdrgroup.com | Email |

# Exhibit A
# Limited Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com | Email |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | david.kupetz@lockelord.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | cray@mwe.com;<br>dazman@mwe.com;<br>llinsky@mwe.com;<br>nrowles@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | cwurzelbacher@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | jstrabo@mwe.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | pcalifano@nvlawllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | bmichael@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | jstang@pzjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | dgallo@phrd.com;<br>hwinsberg@phrd.com;<br>mroberts@phrd.com;<br>mweiss@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | jbucheit@phrd.com;<br>tjacobs@phrd.com | Email |
| *NOA - Attorney for Century Indemnity Company | Plevin & Turner LLP | Attn: Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, DC 20006 | jhess@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | mplevin@plevinturner.com | Email |

# Exhibit A
# Limited Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Miranda H Turner<br>1701 Pennsylvania Ave, NW, 2d Fl<br>Washington, DC 20006 | mturner@plevinturner.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | mdalelio@robinskaplan.com;<br>tkarpa@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Arolain@ruggerilaw.com;<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com;<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | afrankel@stblaw.com;<br>david.elbaum@stblaw.com;<br>michael.torkin@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane / Timothy W Evanston<br>Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | jkahane@skarzynski.com;<br>nreinhardt@skarzynski.com;<br>rroten@skarzynski.com;<br>tevanston@skarzynski.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com | Email |

# **EXHIBIT B**

# Exhibit B
## Limited Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | First Class Mail |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | First Class Mail |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | First Class Mail |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | First Class Mail |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | First Class Mail |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | First Class Mail |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | First Class Mail |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | First Class Mail |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | First Class Mail |

# **EXHIBIT C**

Case: 23-30564 Doc# 1143 Filed: 04/15/25 Entered: 04/15/25 12:47:28 Page 9 of 10

**Exhibit C**
**Service List**

| Creditor | Address | | | Method of Service |
|---|---|---|---|---|
| Abbey,Weitzenberg, Warren & Emery, P.C. | 100 Stony Point Rd | Suite 200 | Santa Rosa, CA 95401 | First Class Mail |
| Allen, Glaessner, Hazelwood & Werth, LLP | 180 Montgomery Street | Suite 1200 | San Francisco, CA 94104 | First Class Mail |
| Aylstock, Witkin, Kreis & Overholtz PLLC | 17 E. Main Street | Suite 200 | Pensacola, FL 32502 | First Class Mail |
| Baer Treger LLP | 1999 Avenue of the Stars | Suite 1100 | Los Angeles, CA 90067 | First Class Mail |
| Bledsoe, Diestel, Treppa & Crane LLP | 180 Sansome Street | 5th Floor | San Francisco, CA 94104 | First Class Mail |
| Boucher LLP | 21600 Oxnard Street | Suite 600 | Woodland Hills, CA 91367 | First Class Mail |
| Brian Perkins, Esq. | 1700 Montgomery Street | Suite 250 | San Francisco, CA 94111 | First Class Mail |
| DLA Piper LLP | 401 B Street | Suite 1700 | San Diego, CA 92101 | First Class Mail |
| Dolen, Tucker, Tierney & Abraham | 1710 Plum Lane | Suite A | Redlands, CA 92374 | First Class Mail |
| Edwards & De La Cerda, PLLC | 3500 Maple Avenue | Suite 1100 | Dallas, TX 75219 | First Class Mail |
| Fisher Law Offices | 1712 Court St | PO Box 990460 | Redding, CA 96099 | First Class Mail |
| Fiumara Law, P.C | 182 Farmers Lane | Suite 100A | Santa Rosa, CA 95405 | First Class Mail |
| Foley & Lardner, LLP | 111 Huntington Avenue | Suite 2500 | Boston, MA 02199 | First Class Mail |
| Foran Glennon Palandech Ponzi & Rudloff PC | 17 41 Technology Drive | Suite 250 | San Jose, CA 95110 | First Class Mail |
| Gordon Rees Scully Mansukhani, LLP | 275 Battery Street | Suite 2000 | San Francisco, CA 94111 | First Class Mail |
| Greene & Roberts | 455 Capitol Mall | Suite 405 | Sacramento, CA 95814 | First Class Mail |
| Herman Law | 9434 Deschutes Road | Suite 1000 | Palo Cedro, CA 96073 | First Class Mail |
| Howie & Smith, LLP | 1777 Borel Place | Suite 1000 | San Mateo, CA 94402 | First Class Mail |
| Jackson Lewis P.C. | 725 South Figueroa Street | Suite 2500 | Los Angeles, CA 90017 | First Class Mail |
| Jeff Anderson & Associates | 12011 San Vicente Boulevard | Suite 700 | Los Angeles, CA 90049 | First Class Mail |
| Joseph George Jr. Law Corp | 601 University Avenue | Suite 270 | Sacramento, CA 95825 | First Class Mail |
| Josephs and Blum | 1436 Union Street | | San Francisco, CA 94109 | First Class Mail |
| Justice Law Collaborative | 210 Washington St | | North Easton, MA 02356 | First Class Mail |
| Kaufman Dolowich Voluck, LLP | 11111 Santa Monica Boulevard | Suite 850 | Los Angeles, CA 90025 | First Class Mail |
| Ketterer, Browne & Associates, LLC | 336 South Main Street | | Bel Air, MD 21014 | First Class Mail |
| Krankemann Law Offices P.C. | 420 E St. | Ste 100 | Santa Rosa, CA 95404 | First Class Mail |
| Kronenberg Law, PC | One Kaiser Plaza | Suite 1675 | Oakland, CA 94612 | First Class Mail |
| Law Office of Thomas A. Johnson | 400 Capitol Mall | Suite 2560 | Sacramento, CA 95814 | First Class Mail |
| Law Offices of Mark R. Mittelman P.C. | 575 Lennon Lane | Suite 150 | Walnut Creek, CA 94598 | First Class Mail |
| Levin Simes Abrams | 1700 Montgomery Street | Suite 250 | San Francisco, CA 94111 | First Class Mail |
| Lewis Brisbois Bisgaard & Smith LLP | 2185 North California Boulevard | Suite 300 | Walnut Creek, CA 94596 | First Class Mail |
| Liakos Law, APC | 955 Deep Valley Drive | Suite 3900 | Palos Verdes Peninsula, CA 90274 | First Class Mail |
| Manly, Stewart & Finaldi | 19100 Von Karman Avenue | Suite 800 | Irvine, CA 92612 | First Class Mail |
| Mary Alexander & Assoc | 19100 Von Karman Avenue | Suite 800 | Irvine, CA 92612 | First Class Mail |
| Matthews & Associates | 250 Vallombrosa Avenue | Suite 266 | Chico, CA 95926 | First Class Mail |
| McCormick, Barstow, Sheppard, Wayte & Carruth LLP | 7647 North Fresno Street | | Fresno, CA 93720 | First Class Mail |
| Neumiller & Beardslee | P.O. Box 20 | | Stockton, CA 95201-3020 | First Class Mail |
| Panish Shea Boyle Ravipudi LLP | 11111 Santa Monica Boulevard | Suite 700 | Los Angeles, CA 90025 | First Class Mail |
| Paul Mones, P.C. | 13101 Washington Boulevard | Suite 240 | Los Angeles, CA 90066 | First Class Mail |
| Peiffer Wolf Carr Kane Conway & Wise | 4 Embarcadero Center | Ste 1400 | San Francisco, CA 94111 | First Class Mail |
| Schlesinger Law Offices, P.A. | 1212 SE Third Ave | | Ft. Lauderdale, FL 33316 | First Class Mail |
| Shapiro, Galvin, Shapiro & Moran | P.O. Box 5589 | | Santa Rosa, CA 95402 | First Class Mail |
| Slater Slater Schulman LLP | 8383 Wilshire Boulevard | Suite 255 | Beverly Hills, CA 90211 | First Class Mail |
| The Keane Law Firm, P.C. | 548 Market Street | Number 23851 | San Francisco, CA 94104 | First Class Mail |
| The Matiasic Firm | 4 Embarcadero Center | Suite 1400 | San Francisco, CA 94111 | First Class Mail |
| The Ramirez Frim | 7121 Magnolia Avenue | Suite M | Riverside, CA 92504 | First Class Mail |
| The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive | Suite 125 | San Diego, CA 92130 | First Class Mail |
| Weinstein & Numbers, LLP | 115 Ward Street | | Larkspur, CA 94939 | First Class Mail |
| Weintraub I Tobin | 475 Sansome Street | Suite 510 | San Francisco, CA 94111 | First Class Mail |
| Winer, Burritt & Scott, LLP | 1901 Harrison Street | Suite 1100 | Oakland, CA 94612 | First Class Mail |
| Wood, Smith, Henning & Berman LLP | 1401 Willow Pass Road | Suite 700 | Concord, CA 94520 | First Class Mail |