In re:  
The Roman Catholic Archbishop of San Fra  
    Debtor

Case No. 23-30564-DM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 4  
Date Rcvd: Apr 15, 2025      Form ID: TRANSC      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | DANIEL C. ZAMORA, Weintraub, Tobin, Chediak, Coleman, Grodin Law Corporation, 475 Sansome Street, Suite 510, San Francisco, CA 94111-3137 |
| | + | RICHARD J. SIMONS, Furtado, Jaspovice & Simons, 6589 Bellhurst Lane, Castro Valley, CA 94552-1654 |
| | + | VINCE W. FINALDI, Manly, Stewart & Finaldi, 19100 Von Karman Avenue, Suite 800, Irvine, CA 92612-6581 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan H. Martin | on behalf of Debtor The Roman Catholic Archbishop of San Francisco AMartin@sheppardmullin.com lwidawskyleibovici@sheppardmullin.com |
| Allan B Diamond | on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation adiamond@diamondmccarthy.com |
| Amanda L. Cottrell | on behalf of Debtor The Roman Catholic Archbishop of San Francisco acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| Andrew Mina | on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies amina@duanemorris.com |

Annette Rolain
    on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com

Betty Luu
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies bluu@duanemorris.com

Blaise S Curet
    on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation bcuret@spcclaw.com

Brian P Cawley
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors bcawley@burnsbair.com

Brittany Mitchell Michael
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Catalina Sugayan
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Cheryl C. Rouse
    on behalf of Creditor Victoria Castro rblaw@ix.netcom.com

Christina Lauren Goebelsmann
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF christina.goebelsmann@usdoj.gov

Christina Marie Lincoln
    on behalf of Interested Party Appalachian Insurance Company clincoln@robinskaplan.com LCastiglioni@robinskaplan.com

Christopher D. Johnson
    on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation chris.johnson@diamondmccarthy.com

Daniel James
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies daniel.james@clydeco.us

Darren Azman
    on behalf of Interested Party Sacred Heart Cathedral Preparatory dazman@mwe.com mco@mwe.com

David S. Kupetz
    on behalf of Interested Party Daughters of Charity Foundation david.kupetz@troutman.com Mylene.Ruiz@lockelord.com

Deanna K. Hazelton
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF deanna.k.hazelton@usdoj.gov

Debra I. Grassgreen
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors dgrassgreen@pszjlaw.com hphan@pszjlaw.com

Devin Miles Storey
    on behalf of Creditor John MS Roe SF dms@zalkin.com

Douglas B. Provencher
    on behalf of Other Prof. Douglas B. Provencher dbp@provlaw.com

Edward J. Tredinnick
    on behalf of Creditor Claimant No. 638 etredinnick@foxrothschild.com

Gail S. Greenwood
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors ggreenwood@pszjlaw.com rrosales@pszjlaw.com

George Calhoun
    on behalf of Interested Party Century Indemnity Company george@ifrahlaw.com

Gillian Nicole Brown
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbrown@pszjlaw.com

Hagop T. Bedoyan
    on behalf of Interested Party The Roman Catholic Bishop of Fresno hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com

Harris Winsberg
    on behalf of Interested Party Appalachian Insurance Company hwinsberg@phrd.com

James I. Stang
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jared A. Day
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF jared.a.day@usdoj.gov

Jason Blumberg
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov ustpregion17.sf.ecf@usdoj.gov

Jason Chorley
    on behalf of Interested Party Century Indemnity Company jason.chorley@clydeco.us Robert.willis@clydeco.us

Jason D. Strabo
    on behalf of Interested Party Sacred Heart Cathedral Preparatory jstrabo@mwe.com dnorthrop@mwe.com

Jason E. Rios
    on behalf of Debtor The Roman Catholic Archbishop of San Francisco jrios@ffwplaw.com docket@ffwplaw.com

Jeannie Kim
    on behalf of Debtor The Roman Catholic Archbishop of San Francisco jekim@sheppardmullin.com dgatmen@sheppardmullin.com

Jeff D. Kahane
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies jkahane@skarzynski.com

Jennifer R Liakos
    on behalf of Interested Party LL John Doe JU jenn@jennliakoslaw.com

Jennifer Witherell Crastz
    on behalf of Creditor City National Bank jcrastz@hemar-rousso.com

Jesse Bair
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com

John Bucheit
    on behalf of Interested Party Appalachian Insurance Company jbucheit@phrd.com

John Grossbart
    on behalf of Interested Party St. Paul Fire and Marine Insurance Co. docket.general.lit.chi@dentons.com

John Grossbart
    on behalf of Interested Party Appalachian Insurance Company john.grossbart@dentons.com docket.general.lit.chi@dentons.com

John William Lucas
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jlucas@pszjlaw.com ocarpio@pszjlaw.com

Jordan Anthony Hess
    on behalf of Interested Party Century Indemnity Company jhess@plevinturner.com

Joshua D Weinberg
    on behalf of Interested Party First State Insurance Company bkfilings@ruggerilaw.com

Joshua K Haevernick
    on behalf of Interested Party St. Paul Fire and Marine Insurance Co. joshua.haevernick@dentons.com

Kathleen Mary Derrig Rios
    on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco Katie.Rios@wbd-us.com

Lisa Arlyn Linsky
    on behalf of Interested Party Sacred Heart Cathedral Preparatory llinsky@mwe.com

Luke N. Eaton
    on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) lukeeaton@cozen.com monugiac@pepperlaw.com

M. Keith Moskowitz
    on behalf of Interested Party Appalachian Insurance Company keith.moskowitz@dentons.com

Mark D. Plevin
    on behalf of Interested Party Century Indemnity Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mary Alexander
    on behalf of Creditor Daniel Eichhorn malexander@maryalexanderlaw.com

Matthew Roberts
    on behalf of Interested Party Appalachian Insurance Company mroberts@phrd.com

Matthew Michael Weiss
    on behalf of Interested Party Appalachian Insurance Company mweiss@phrd.com

Melissa M D'Alelio
    on behalf of Interested Party Appalachian Insurance Company mdalelio@robinskaplan.com

Michael Norton
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies michael.norton@clydeco.us nancy.lima@clydeco.us

Michael W Ellison
    on behalf of Interested Party First State Insurance Company mellison@sehlaw.com kfoster@sehlaw.com

Michele Nicole Detherage
    on behalf of Interested Party Appalachian Insurance Company mdetherage@robinskaplan.com

Miranda Turner
    on behalf of Interested Party Century Indemnity Company mturner@plevinturner.com

Nathan W. Reinhardt
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies nreinhardt@skarzynski.com

Office of the U.S. Trustee / SF
    USTPRegion17.SF.ECF@usdoj.gov

Ori Katz
    on behalf of Debtor The Roman Catholic Archbishop of San Francisco okatz@sheppardmullin.com LSegura@sheppardmullin.com

Patrick Maxcy
    on behalf of Interested Party Appalachian Insurance Company patrick.maxcy@dentons.com docket.general.lit.chi@dentons.com

Patrick Maxcy
    on behalf of Interested Party St. Paul Fire and Marine Insurance Co. docket.general.lit.chi@dentons.com

Paul J. Pascuzzi
    on behalf of Debtor The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com docket@ffwplaw.com

Peter C. Califano
    on behalf of Creditor The Roman Catholic Seminary of San Francisco pcalifano@nvlawllp.com

Phillip John Shine
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov

Robert David Gallo
    on behalf of Interested Party Appalachian Insurance Company dgallo@phrd.com

Robert G. Harris
    on behalf of Creditor Archbishop Riordan High School rob@bindermalter.com RobertW@BinderMalter.com

Robert J. Pfister
    on behalf of Creditor Shajana Steele rpfister@pslawllp.com

Robert M Charles, Jr
    on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco Robert.Charles@wbd-us.com

Samantha Ruben
    on behalf of Interested Party St. Paul Fire and Marine Insurance Co. samantha.ruben@dentons.com

Stephen John Estey
    on behalf of Interested Party Dennis Fruzza steve@estey-bomberger.com

Taylore Karpa Schollard
    on behalf of Interested Party Appalachian Insurance Company tkarpa@robinskaplan.com

Timothy W. Burns
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com

Timothy W. Evanston
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies tevanston@skarzynski.com

Todd C. Jacobs
    on behalf of Interested Party Appalachian Insurance Company tjacobs@phrd.com

Trevor Ross Fehr
    on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov

Yongli Yang
    on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies yongli.yang@clydeco.us

TOTAL: 78

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In re Debtor(s): | Case No.: 23−30564 DM 11 |
|---|---|
| The Roman Catholic Archbishop of San Francisco | Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 27, 2025 was filed on April 15, 2025. The following deadlines apply:

The parties have until Tuesday, April 22, 2025 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, May 6, 2025.

If a request for redaction is filed, the redacted transcript is due Friday, May 16, 2025.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, July 14, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 4/17/25

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court