Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>*[No Hearing Required]* |

**NINETEENTH MONTHLY PROFESSIONAL FEE STATEMENT FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES [MARCH 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that B. Riley Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, LLC (hereinafter, "B. Riley"), financial advisor to the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for March 2025.

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2025 through March 31, 2025 |
| Amount of Compensation Requested: | $40,416.00 |
| Net of 20% Holdback: | $32,332.80 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $32,332.80 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from March 1, 2025 through March 31, 2025 (the "Fee Period"). By this nineteenth statement, B. Riley seeks payment in the amount of $32,332.80, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention

Case: 23-30564    Doc# 1146    Filed: 04/21/25    Entered: 04/21/25 09:10:50    Page 2 of 9

Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as *Exhibit 1* is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as *Exhibit 2* is a summary of the services rendered and compensation sought by project category during the Fee Period.

Attached hereto as *Exhibit 3* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit 4*, are records of B. Riley's fees incurred during the period March 1, 2025 through March 31, 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: April 21, 2025                FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
    Paul J. Pascuzzi
    Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: April 21, 2025                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
    Ori Katz
    Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from March 1, 2025 through March 31, 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $775 | 16.70 | $12,942.50 |
| David Greenblatt | Director | $575 | 19.60 | $11,270.00 |
| Coral Hansen | Managing Director | $525 | 17.70 | $9,292.50 |
| Sean Horner | Senior Associate | $425 | 15.70 | $6,672.50 |
| Marilee Greene | Project Assistant | $265 | 0.90 | $238.50 |
| **TOTAL** | | | **70.60** | **$40,416.00** |

# Exhibit 2

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from March 1, 2025 through March 31, 2025**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 28.00 | $14,825.00 |
| Business Analysis | 7.50 | $4,852.50 |
| Employment/Fee Applications | 2.30 | $1,098.50 |
| Case Administration | 2.00 | $1,550.00 |
| Litigation Support | 10.90 | $7,427.50 |
| Monthly Operating Reports | 19.90 | $10,662.50 |
| **TOTAL** | **70.60** | **$40,416.00** |

# Exhibit 3

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

# Exhibit 4

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

April 10, 2025  Invoice # :  67953

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  March 1, 2025  through  March 31, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 16.70 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 17.70 | 525.00 |
| David Greenblatt, CPA, CIRA | 19.60 | 575.00 |
| Sean Horner | 15.70 | 425.00 |
| Marilee Greene | 0.90 | 265.00 |

| | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 70.60 | $40,416.00 |
| Previous balance | | $103,191.50 |
| 3/14/2025  Payment - Thank You | | ($42,867.30) |
| Total payments and adjustments | | ($42,867.30) |
| Balance due | | $100,740.20 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.   Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

                                                                                                    Hours

Asset Analysis

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/24/2025 | D. Greenblatt | Call with W. Weitz and M. Flanagan re: cash analysis | 0.60 |
|  | D. Greenblatt | Review and update cash analysis | 1.20 |
|  | W. Weitz | Review and comment on cash analysis | 0.30 |
|  | W. Weitz | Call with D. Greenblatt and M. Flanagan re: cash analysis | 0.60 |
| 3/26/2025 | S. Horner | Meeting with S. Horner re: certain asset research and analysis | 0.40 |
|  | S. Horner | Continue to update cash analysis with updated source information | 0.80 |
|  | S. Horner | Preparation of real estate analysis | 3.40 |
|  | D. Greenblatt | Continue to update cash analysis | 1.40 |
|  | W. Weitz | Continue review of updated cash analysis | 0.20 |
|  | W. Weitz | Call with P. Pascuzzi re: asset analysis | 0.20 |
|  | W. Weitz | Meeting with S. Horner re: certain asset research and analysis | 0.50 |
| 3/27/2025 | S. Horner | Call w/ W. Weitz, D. Greenblatt, S. Horner Re: Cash Analysis | 0.90 |
|  | S. Horner | Continue to work on real estate analysis | 3.00 |
|  | S. Horner | Continue to work on real estate analysis | 3.30 |
|  | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.90 |
|  | W. Weitz | Call w/ W. Weitz, D. Greenblatt, S. Horner re: Cash Analysis | 0.90 |
| 3/28/2025 | W. Weitz | Follow-up call with D. Greenblatt re: real estate and cash analysis | 0.20 |
|  | S. Horner | Continue to work on real estate analysis | 0.60 |
|  | S. Horner | Continue to work on real estate analysis | 3.30 |
|  | W. Weitz | Research and analysis re: certain assets | 2.50 |
| 3/31/2025 | D. Greenblatt | Update cash analysis and schedules | 2.80 |

            SUBTOTAL:                                               [      28.00       14825.00]

Business Analysis

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/5/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.60 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.60 |
| 3/11/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.60 |
|  | D. Greenblatt | Update professional fee tracker and prepare payment summary for Debtor | 1.70 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.60 |
| 3/19/2025 | W. Weitz | Weekly update call with counsel | 0.50 |
| 3/25/2025 | D. Greenblatt | Prepare current Ordinary Course Professional report per counsel request | 0.90 |
| 3/28/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: case update | 1.00 |
|  | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: case update | 1.00 |

            SUBTOTAL:                                               [       7.50        4852.50]

Case Administration

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/11/2025 | W. Weitz | Call with counsel re: certain case strategy | 0.70 |
| 3/13/2025 | W. Weitz | Attendance at hearing re: IRB minutes and Cushman retention | 1.00 |
| 3/24/2025 | W. Weitz | Update call with counsel | 0.30 |

            SUBTOTAL:                                               [       2.00        1550.00]

Employment/Fee Applications

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/3/2025 | C. Hansen | Review data for February Fee Statement | 0.30 |
|  | W. Weitz | Review, finalize 4th Interim Fee Application; send to counsel for filing | 0.30 |
| 3/4/2025 | M. Greene | Review data and prepare February Fee Statement | 0.90 |
|  | C. Hansen | Review revised February Fee Statement | 0.60 |
| 3/6/2025 | W. Weitz | Review February fee statement; send to client for review | 0.20 |

            SUBTOTAL:                                               [       2.30        1098.50]

                                                                                                    Hours

### Litigation

| Date | Person | Description | Hours |
|---|---|---|---|
| 3/17/2025 | W. Weitz | Email corr counsel re: certain discovery issues | 0.40 |
| 3/20/2025 | W. Weitz | Mediation preparation meeting with client and counsel | 1.10 |
| 3/25/2025 | D. Greenblatt | Attend mediation/working session with Debtor and Counsel | 5.10 |
|  | W. Weitz | Attend Mediation with D. Greenblatt, Debtor and Counsel | 4.30 |

SUBTOTAL:                                                              [     10.90        7427.50]

### Monthly Operating Reports

| Date | Person | Description | Hours |
|---|---|---|---|
| 3/3/2025 | C. Hansen | Prepare bank statement and exhibit for MOR | 0.70 |
|  | C. Hansen | Update MOR template with bank statements | 0.80 |
|  | C. Hansen | Update MOR template for February | 1.10 |
| 3/5/2025 | C. Hansen | February 2025 MOR: payroll | 0.30 |
| 3/6/2025 | C. Hansen | February 2025 MOR: post-petition AP | 0.90 |
| 3/7/2025 | C. Hansen | February 2025 MOR: insider payment schedule | 0.70 |
|  | C. Hansen | February 2025 MOR: review investment accounts | 0.70 |
|  | C. Hansen | February 2025 MOR: receipts and disbursement schedule | 0.90 |
| 3/14/2025 | C. Hansen | February 2025 MOR: continue receipts and disbursements | 2.40 |
|  | C. Hansen | February 2025 MOR: prepare exhibits | 1.20 |
|  | C. Hansen | February 2025 MOR: prepare report | 1.60 |
|  | D. Greenblatt | February 2025 MOR: professional fees | 1.70 |
| 3/17/2025 | C. Hansen | Finalize and send MOR exhibits and MOR report to W. Weitz and D. Greenblatt; Make revisions and finalize | 1.10 |
|  | C. Hansen | Finalize draft of MOR and send to client team for review | 2.10 |
|  | C. Hansen | Finalize MOR exhibits | 2.30 |
|  | W. Weitz | Review February MOR | 0.30 |
| 3/21/2025 | D. Greenblatt | Finalize February 2025 MOR and send to counsel for filing | 1.10 |

SUBTOTAL:                                                              [     19.90       10662.50]