Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:    ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com
          mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:    okatz@sheppardmullin.com
          amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR BLANK ROME LLP [MARCH 2025]**

///

///

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of March 2025 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of March 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2025, through March 31, 2025 | $87,415.00 | $115.51 | $87,530.51 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $69,932.00 | $115.51 | $70,047.51 |

Attached hereto as ***Exhibit A*** is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of BR's fees incurred during the period of March 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

Case: 23-30564    Doc# 1147    Filed: 04/21/25    Entered: 04/21/25 09:15:27    Page 2 of 20

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: April 21, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: April 21, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

# Exhibit A

## Compensation by Professional Person for Hourly Services for the Fee Period of March 2025

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kevin Cifarelli | Associate | $525 | 33.10 | $17,377.50 |
| Jeffrey L. Schulman | Partner | $836 | 31.40 | $26,250.40 |
| Barron L. Weinstein | Of Counsel | $820 | 41.50 | $34,030.00 |
| Robyn Michaelson | Partner | $808 | 2.20 | $1,777.60 |
| Hannah K. Ahn | Associate | $795 | 0.50 | $397.50 |
| Brian Carolus | Legal Assistant/Paralegal | $340 | 22.30 | $7,582.00 |
| **TOTAL** | | | **131.00** | **$87,415.00** |

# Exhibit B

## Summary of Compensation by Project Category
## Compensation by Project Category for Hourly Services for the Fee Period of March 2025

### Bankruptcy Categories

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 23.70 | $12,577.50 |
| Bankruptcy Procedure | 6.20 | $5,084.00 |
| Fee Application | 1.50 | $1,242.80 |
| Lit (Analysis of Coord Abuse Claims for Available Ins Coverage) | 22.30 | $7,582.00 |
| Mediation | 50.60 | $39,633.50 |
| Motion Practice | 23.40 | $19,407.20 |
| Recovery of Defense Costs from Carriers | 0.50 | $418.00 |
| Discovery | 2.80 | $1,470.00 |
| **TOTAL** | **131.00** | **$87,415.00** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| WestLaw | $109.41 |
| Docket Searches | $6.10 |
| **TOTAL** | **$115.51** |

**Exhibit D**

**Blank Rome March Invoice**



# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ████

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: APRIL 09, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 04647 |
| ████ ████ | INVOICE NUMBER: 2270624 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | |

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/15/2024 | 2229500 | $41,602.75 | ($41,317.15) | $285.60 |
| 11/12/2024 | 2237777 | $20,282.44 | ($16,242.50) | $4,039.94 |
| 12/13/2024 | 2245852 | $22,992.70 | ($18,394.16) | $4,598.54 |
| 01/10/2025 | 2249094 | $15,895.40 | ($12,716.32) | $3,179.08 |
| 02/10/2025 | 2255562 | $68,382.07 | ($55,075.53) | $13,306.54 |
| 03/13/2025 | 2263975 | $108,754.80 | $0.00 | $108,754.80 |

**BALANCE FORWARD** $134,164.50

FOR LEGAL SERVICES RENDERED THROUGH 3/31/25 $87,415.00
FOR DISBURSEMENTS ADVANCED THROUGH 3/31/25 $115.51

**CURRENT INVOICE TOTAL** $87,530.51

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** $221,695.01

*REMITTANCE* (watermark)

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████ | 130 North 18th St |
| ABA Number: | ████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI

**BLANKROME**

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ▮▮▮▮▮▮

| | | |
|---|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: | APRIL 09, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: | 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: | 163301-00001 |
| ▮▮▮▮▮▮, ▮▮▮▮▮▮ | INVOICE NUMBER: | 2270624 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | | PAGE 1 |

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

**FOR LEGAL SERVICES RENDERED THROUGH MARCH 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/03/25 | PREPARE FOR ZOOM MEETING WITH TEAM AND CARRIER TO DISCUSS MOTIONS FOR RELIEF FROM STAY (.2); ATTEND ZOOM MEETING WITH TEAM AND CARRIER TO DISCUSS MOTIONS FOR RELIEF FROM STAY OF SPECIFIC CASES (.5); PREPARE FOR TEAM MEETING TO DISCUSS APPLICATION OF STAY TO STATE COURT CASES IN GENERAL(.5); PREPARE FOR TEAM MEETING TO DISCUSS APPLICATION OF STAY TO STATE COURT PROCEEDINGS (.3); REVIEW FILE NOTES AND CORRRESPONDENCE REGARDING MEDIATION STRATEGY (.3). | B. WEINSTEIN | 02 | 1.80 | 1,476.00 |
| 03/03/25 | CONFER WITH COUNSEL REGARDING MOTION FOR RELIEF FROM STAY (.4) AND PREPARE FOR SAME (.3); CONFER WITH COVERAGE TEAM IN PREPARATION FOR UPCOMING MEDIATION (.3); CONFER WITH DEBTOR TEAM REGARDING SAME (.8). | J. SCHULMAN | 07 | 1.80 | 1,504.80 |
| 03/03/25 | REVIEW OF CORRESPONDENCE FROM EMPLOYERS RE COUNSEL B. CURET WITH REQUEST FOR INFORMATION, ANALYZE FILE AND DRAFT RESPONSE (1.3) REVIEW OF EMAIL FROM TRAVELERS COUNSEL NICOLET RE DOCUMENT PRODUCTION (.1) | K. CIFARELLI | 01 | 1.40 | 735.00 |
| 03/03/25 | MEETING WITH B. WEINSTEIN AND J. SCHULMAN TO DISCUSS PREPARATION FOR MEDIATION (.3) | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 03/04/25 | REVIEW OF CORRESPONDENCE FROM DEFENSE COUNSEL REGARDING STATUS OF JCCP 5108 | K. CIFARELLI | 01 | 0.50 | 262.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | CLAIM AND PREPARE CORRESPONDENCE TO CARRIERS. | | | | |
| 03/04/25 | REVIEW BILL FOR SERVICES RENDERED IN FEBRUARY 2025. | J. SCHULMAN | 05 | 0.80 | 668.80 |
| 03/04/25 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING MEDIATION STATUS AND STRATEGY (.2); REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING APPLICABILITY OF STAY TO STATE COURT ACTIONS (SHARED WITH OTHER CLIENTS) (.2); REVIEW AND ANALYZE CORRESPONDENCE WITH CARRIER REGARDING MOTION TO FILE LATE CLAIM (.2); REVIEW AND ANALYZE CORRESPONDENCE TO CARRIERS REGARDING STATUS OF UNDERLYING STATE COURT ACTIONS AND PROPOSED FUTURE ACTION (.2); | B. WEINSTEIN | 07 | 0.80 | 656.00 |
| 03/05/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT GENERAL CORRESPONDENCE REGARDING ALL CLAIMS. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 03/05/25 | ATTENTION TO COMMITTEE MOTION FOR STAY RELIEF. | J. SCHULMAN | 07 | 0.80 | 668.80 |
| 03/05/25 | ATTEND TELEPHONE CONFERENCES WITH BANKRUPTCY REGARDING MOTION TO RELEASE CASES FROM STAY AND RELATED ISSUES. | B. WEINSTEIN | 02 | 1.20 | 984.00 |
| 03/05/25 | REVIEW OF CORRESPONDENCE FROM ALLIANZ REGARDING COVERAGE AND ASSESS POTENTIAL INSURANCE ASSETS FROM ALLIANZ (.7) PREPARE EMAIL TO ALLIANZ COUNSEL M. LOVELL AND REVIEW RESPONSE RE CLAIMS (.1) PREPARE EMAIL TO ALLIANZ ADJUSTER S. NICOLIN RE STATUS REPORT (.1) PREPARE MEMORANDUM REGARDING INSURANCE AND BANKRUPTCY ISSUES IN ANTICIPATION OF NEXT MEDIATION SESSION (.6) REVIEW OF NOTICE OF HEARING AND MOTION TO FILE LATE CLAIM, AND EMAILS FROM BANKRUPTCY COUNSEL RE MOTION AND DRAFT RESPONSE TO BANKRUPTCY COUNSEL (.2) REVIEW OF CORRESPONDENCE FROM J. KIM RE AND DEFENSE | K. CIFARELLI | 01 | 1.80 | 945.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | COUNSEL RE MEETING TO DISCUSS INSURANCE ISSUES (.1) | | | | |
| 03/06/25 | EVALUATE NEW CORRESPONDENCE AND NEW CLAIMANT PLEADINGS RECEIVED FROM COVERAGE COUNSEL AND CREATE NEW CLAIMANT ENTRY IN CORRESPONDENCE MATRIX (.4); EVALUATE CORRESPONDENCE MATRIX CLAIMANT ENTRY AND CREATE NEW CLAIMANT ENTRY IN EVIDENCE LEVEL AND DRAFT COVERAGE CHARTS (.2); EVALUATE NEW TENDER CORRESPONDENCE SENT TO CARRIERS FROM COVERAGE COUNSEL AND SUPPLEMENT CORRESPONDENCE MATRIX (.3); EVALUATE 2 NEW CORRESPONDENCE RECEIVED FROM CARRIERS AND SUPPLEMENT CORRESPONDENCE MATRIX (.2). | B. CAROLUS | 06 | 1.10 | 374.00 |
| 03/06/25 | REVIEW OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL AND DEFENSE COUNSEL RE MOTION TO FILE LATE CLAIM (.2) ANALYZE MOTION TO FILE LATE CLAIM AND POTENTIAL INSURANCE COVERAGE AND PREPARE TENDER LETTERS TO AETNA, CHUBB, APPALACHIAN, AIG AND EMPLOYER'S RE (1.5) REVIEW OF EMAIL FROM APPALACHIAN COUNSEL T. KARPA AND LEXINGTON INSURANCE IN RESPONSE TO NOTICE OF CLAIM (.1) | K. CIFARELLI | 01 | 1.80 | 945.00 |
| 03/06/25 | ATTENTION TO MOTION FOR RELIEF FROM STAY AND CONFER WITH DEBTOR TEAM REGARDING SAME. | J. SCHULMAN | 08 | 1.60 | 1,337.60 |
| 03/07/25 | DEBTOR MEETING IN PREPARATION FOR UPCOMING MEDIATION SESSION (.6) AND PREPARE FOR SAME (.5); CONFER WITH DEBTOR TEAM REGARDING MOTION FOR STAY RELIEF (.7). | J. SCHULMAN | 07 | 1.80 | 1,504.80 |
| 03/10/25 | REVIEW AND ANALYZE CORRESPONDENCE AND PLEADINGS REGARDING STATUS CONFERENCE ISSUES (.3); REVIEW AND REVISE DRAFT PLEADING REGARDING STATUS OF MEDIATION EFFORTS (.6). | B. WEINSTEIN | 07 | 0.90 | 738.00 |
| 03/10/25 | REVIEW OF EMAIL FROM CHUBB WITH ACKNOWLEDGMENT TO NOTICE OF CLAIM. | K. CIFARELLI | 01 | 0.10 | 52.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/11/25 | PREPARE FOR MEETING WITH TRAVELERS COUNSEL TO DISCUSS DOCUMENT PRODUCTION (.3) ATTEND MEETING WITH TRAVELERS COUNSEL TO DISCUSS DOCUMENT PRODUCTION (.5) PREPARE MEMORANDUM RE MEETING WITH TRAVELERS COUNSEL (.2) | K. CIFARELLI | 93 | 1.00 | 525.00 |
| 03/11/25 | REVIEW AND REVISE DRAFT RESPONSE TO MOTION FOR RELIEF FROM STAY (2.7); TELEPHONE CONFERENCES WITH TEAM REGARDING SAME (.3); ZOOM CONFERENCE WITH TEAM REGARDING SAME (.7); REVIEW AND ANALYZE CORRESPONDENCE REGARDING SAME (.3); RESPOND TO CORRESPONDENCE REGARDING SAME (.3); FURTHER ZOOM WITH TEAM REGARDING STRATEGY (.8) | B. WEINSTEIN | 08 | 5.10 | 4,182.00 |
| 03/11/25 | EVALUATE CORRESPONDENCE AND 4 NEW BANKRUPTCY PLEADINGS RECEIVED FROM DEFENSE COUNSEL AND SUPPLEMENT BANKRUPTCY PLEADINGS (.2); EVALUATE 4 NEW BANKRUPTCY PLEADINGS AND SUPPLEMENT LIST OF ADJUSTERS (.2); EVALUATE 4 NEW BANKRUPTCY PLEADINGS AND SUPPLEMENT CARRIER COUNSEL DATA ACROSS ALL 7 CORRESPONDENCE MATRIX VOLUMES (1.0). | B. CAROLUS | 06 | 1.40 | 476.00 |
| 03/11/25 | CONFER WITH TRAVELERS REGARDING INSURANCE DOCUMENTS. | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 03/11/25 | REVIEW/ANALYZE DRAFT OPPOSITION TO STAY MOTION AND DRAFT INSURANCE-RELATED SECTIONS (2.8); CONFER WITH DEBTOR PROFESSIONALS REGARDING SAME (.7) (.8). | J. SCHULMAN | 08 | 4.30 | 3,594.80 |
| 03/12/25 | REVIEW REVISED DRAFT OF OPPOSITION TO MOTION FOR STAY LIFTING. | J. SCHULMAN | 08 | 0.80 | 668.80 |
| 03/12/25 | PREPARE EMAIL TO OMNI SOLUTIONS RE PRODUCTION OF DOCUMENTS TO CARRIERS, REVIEW OF RESPONSIVE EMAIL AND PHONE CALL TO OMNI RE SHAREVAULT (.2) PHONE CALL WITH OMNI SOLUTIONS RE ACCESS TO | K. CIFARELLI | 01 | 0.40 | 210.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | SHAREVAULT AND PREPARE CORRESPONDENCE TO CARRIERS RE SAME (.2) | | | | |
| 03/12/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 03/12/25 | REVISE OPPOSITION TO MOTION TO RELEASE CASES FROM STAY (1.1); TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING SAME (.2). | B. WEINSTEIN | 08 | 1.30 | 1,066.00 |
| 03/12/25 | REVISE DRAFT FEE APPLICATION EXHIBIT. | B. WEINSTEIN | 05 | 0.70 | 574.00 |
| 03/13/25 | ATTEND STATUS CONFERENCE IN PERSON AT BANKRUPTCY COURT IN SAN FRANCISCO (2.0); REVIEW FILE NOTES AND PLEADINGS TO PREPARE FOR SAME (.5); MAKE FINAL REVISIONS TO OPPOSITION TO COMMITTEE'S MOTION TO RELEASE 2 CASES FOR TRIAL (.7). | B. WEINSTEIN | 02 | 3.20 | 2,624.00 |
| 03/13/25 | REVIEW REVISIONS TO OPPOSITION TO STAY RELIEF MOTION AND CONFER WITH DEBTOR PROFESSIONALS REGARDING SAME. | J. SCHULMAN | 08 | 1.70 | 1,421.20 |
| 03/14/25 | APPEAR FOR/ATTEND WEEKLY DEBTOR TEAM MEETING. | J. SCHULMAN | 07 | 1.20 | 1,003.20 |
| 03/14/25 | MEET WITH TEAM TO DISCUSS MEDIATION STRATEGY AND COVERAGE ISSUES (.5); REVIEW FILE NOTES REGARDING PREPARATION FOR MEDIATION DISCUSSIONS (.3); ZOOM MEETING WITH MEDIATOR AND DEFENSE COUNSEL REGARDING PREPARATION FOR MEDIATION SESSION (1.0); FOLLOW UP CALL WITH DEFENSE COUNSEL REGARDING SAME (.2); REVIEW PLEADINGS IN DIOCESE OF OAKLAND COVERAGE LITIGATION REGARDING STATUS OF THAT ACTION WITH RELATED ISSUES (.5). | B. WEINSTEIN | 07 | 2.60 | 2,132.00 |
| 03/14/25 | REVIEW INSURER OPPOSITION TO MOTION FOR RELIEF FROM STAY. | J. SCHULMAN | 08 | 0.60 | 501.60 |
| 03/14/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND CARRIER AND SUPPLEMENT CARRIER CORRESPONDENCE. | B. CAROLUS | 06 | 0.20 | 68.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/16/25 | REVIEW AND ANALYZE CORRESPONDENCE WITH TEAM REGARDING PENDING MOTIONS AND MEDIATION PREP. | B. WEINSTEIN | 07 | 0.30 | 246.00 |
| 03/17/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND COVERAGE COUNSEL AND SUPPLEMENT CARRIER CORRESPONDENCE (.4); EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX (.2). | B. CAROLUS | 06 | 0.60 | 204.00 |
| 03/17/25 | REVIEW AND ANALYZE CORRESPONDENCE WITH TEAM REGARDING MEDIATION STRATEGY AND SETTLEMENT NEGOTIATIONS. | B. WEINSTEIN | 07 | 0.60 | 492.00 |
| 03/17/25 | REVIEW OF CORRESPONDENCE FROM CHUBB IN RESPONSE TO TENDER. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 03/18/25 | REVIEW AND ANALYZE CORRESPONDENCE WITH TEAM REGARDING MEDIATION STRATEGY (.7); REVIEW AND ANALYZE CORRESPONDENCE WITH COMMITTEE COUNSEL REGARDING REQUESTED INFORMATION (.3) AND PREPARE CORRESPONDENCE TO TEAM REGARDING SAME (.2); CONFERENCE WITH TEAM REGARDING PREPARATION OF ADDITIONAL CHART REGARDING COVERAGE (.3); REVIEW FILE NOTES TO PREPARE FOR ZOOM MEETING WITH TEAM (.2); REVIEW AND ANALYZE CORRESPONDENCE FROM DEFENSE COUNSEL REGARDING SETTLEMENT STRATEGY (.2). | B. WEINSTEIN | 07 | 1.90 | 1,558.00 |
| 03/18/25 | ATTEND CALL WITH MEDIATOR (.3) AND CONFER WITH DEBTOR TEAM FOLLOWING SAME (.2). | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 03/18/25 | STRATEGY CALL WITH DEFENSE COUNSEL P. GASPARI AND D. ZAMORA, BANKRUPTCY COUNSEL P. PASCUZZI AND COVERAGE COUNSEL B. WEINSTEIN AND J. SCHULMAN (.5) PREPARE MEMORANDUM RE STRATEGY CALL (.2) REVIEW OF EMAIL FROM JUDGE BUCKLEY WITH REQUEST FOR INFORMATION AND BEGIN PREPARATION OF RESPONSE (.5) REVIEW OF MULTIPLE EMAILS BETWEEN P. CALIFANO, P. | K. CIFARELLI | 01 | 1.40 | 735.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | PASCUZZI AND D. ZAMORA RE INSURANCE ISSUES (.1) REVIEW OF EMAIL FROM J. BAIR WITH REQUEST FOR POLICY INFORMATION (.1) | | | | |
| 03/19/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS IN CONNECTION WITH TEAM QUERIES | R. MICHAELSON | 07 | 1.70 | 1,373.60 |
| 03/19/25 | ATTEND DEBTOR PROFESSIONALS MEETING (.5) AND PREPARE FOR SAME (.4). | J. SCHULMAN | 07 | 0.90 | 752.40 |
| 03/19/25 | EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL, ALL ██ CLAIMANT ENTRIES WITHIN ALL 7 CORRESPONDENCE MATRIX VOLUMES, AND CARRIER CORRESPONDENCE AND COMPILE LIST OF ALL CLAIMS DENIED BY PRIMARY CARRIERS, CLAIMS CURRENTLY UNDER INVESTIGATION BY PRIMARY CARRIERS, AND CLAIMS THAT PRIMARY CARRIERS HAVE NOT RESPONDED TO. | B. CAROLUS | 06 | 6.70 | 2,278.00 |
| 03/19/25 | REVIEW AND ANALYZE CLAIM AND COVERAGE INFORMATION TO PROVIDE INFORMATION REQUESTED BY MEDIATORS (.5); ATTEND TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL REGARDING PRODUCTION OF DOCUMENTS AND CONFIDENTIALITY ISSUES (.3); ATTEND ZOOM MEETING WITH TEAM REGARDING MEDIATION ISSUES (.5); REVIEW AND ANALYZE FILE NOTES REGARDING ACTION ITEMS AND STRATEGY (.3). | B. WEINSTEIN | 07 | 1.60 | 1,312.00 |
| 03/19/25 | REVIEW OF REQUEST FOR INFORMATION FROM J. BAIR, EMAILS TO AND FROM BAIR AND B. WEINSTEIN AND PREPARE SHAREFILE OF INFORMATION FOR RESPONSE (.2) CALCULATE CARRIER CONTRIBUTIONS AND PREPARE CHART FOR MEDIATOR (.4) | K. CIFARELLI | 93 | 0.60 | 315.00 |
| 03/19/25 | REVIEW INSURANCE ASSET CHART AND CONFERENCE WITH R. MICHAELSON RE METHODOLOGY AND CLAIM VALUATIONS (1.6) ANALYZE CLAIMANT ABUSE DATES AND REVISE INSURANCE ASSET CHART TO PREPARE SETTLEMENT | K. CIFARELLI | 01 | 3.90 | 2,047.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | DEMANDS TO CARRIERS (2.2) REVIEW OF EMAIL FROM B. LEWIS RE MEDIATION OF ▮▮▮ CLAIM AND PREPARE RESPONSE (.1) | | | | |
| 03/20/25 | REVIEW REPLY IN FURTHER SUPPORT OF MOTION FOR STAY RELIEF. | J. SCHULMAN | 08 | 0.80 | 668.80 |
| 03/20/25 | ATTEND DEBTOR MEETING (1.2); REVIEW REVISED COVERAGE AND CLAIMS ANALYSIS AS PER MEDIATOR REQUEST (.8). | J. SCHULMAN | 07 | 2.00 | 1,672.00 |
| 03/20/25 | REVISIONS TO INSURANCE ASSET CHART AND PREPARE SETTLEMENT DEMANDS TO CARRIERS BASED ON VARIOUS PER CLAIM MODEL (.7) ZOOM CALL WITH THE HARTFORD COUNSEL AND JUDGE BUCKLEY TO DISCUSS REQUEST FOR INFORMATION (.3) PREPARE MEMORANDUM REGARDING ZOOM CALL WITH THE HARTFORD (.2) REVIEW OF EMAIL FROM J. WEINBERG WITH REQUEST FOR CLAIMANT INFORMATION; CONDUCT PRELIMINARY REVIEW OF SHAREVAULT AND FILE FOR RESPONSIVE INFORMATION AND PREPARE EMAIL TO WEINBERG (.4) | K. CIFARELLI | 01 | 1.50 | 787.50 |
| 03/20/25 | ATTEND ZOOM MEETING WITH TEAM TO PREPARE FOR MEDIATION (1.2); TELEPHONE CONFERENCE WITH CARRIER COUNSEL REGARDING MEDIATION ISSUES (.3); REVIEW AND ANALYZE CORRESPONDENCE WITH TEAM REGARDING SAME (.3); REVIEW REPLY REGARDING MOTION TO RELEASE CASES FROM STAY (.3). | B. WEINSTEIN | 07 | 2.10 | 1,722.00 |
| 03/20/25 | EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL, ALL ▮▮▮ CLAIMANT ENTRIES WITHIN ALL 7 CORRESPONDENCE MATRIX VOLUMES, AND CARRIER CORRESPONDENCE AND COMPILE LIST OF ALL CLAIMS DENIED BY PRIMARY CARRIERS, CLAIMS CURRENTLY UNDER INVESTIGATION BY PRIMARY CARRIERS, AND CLAIMS THAT PRIMARY CARRIERS HAVE NOT RESPONDED TO. | B. CAROLUS | 06 | 6.40 | 2,176.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/21/25 | EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND SUPPLEMENT SERVICE LIST. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 03/21/25 | REVIEW OF CORRESPONDENCE FROM CHUBB IN RESPONSE TO NOTICE OF CLAIM; ANALYZE CLAIMANT DOCUMENTATION IN FILE RE RESPONSES FROM CARRIERS (.2) REVIEW OF EMAIL FROM APPALACHIAN LAWYER T. KARPA RE TOTAL CLAIMS INVOLVING APPALACHIAN POLICY (.1) | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 03/24/25 | ATTEND ZOOM MEETING WITH TEAM COUNSEL TO PREPARE FOR MEDIATION AND HEARING ON MOTION TO RELEASE CASES FOR TRIAL. | B. WEINSTEIN | 08 | 1.00 | 820.00 |
| 03/24/25 | EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND PLEADINGS FOR CLAIMANTS AND COMPILE A LIST OF CLAIMANTS THAT HAVE FILED A LAWSUIT OR PROOF OF CLAIM REGARDING THIS DIOCESE. | B. CAROLUS | 06 | 1.90 | 646.00 |
| 03/24/25 | ATTEND DEBTOR TEAM MEETING REGARDING PENDING MOTION (1) AND PREPARE FOR SAME (.8). | J. SCHULMAN | 08 | 1.80 | 1,504.80 |
| 03/24/25 | REVIEW OF EMAIL REGARDING DISCOVERY ISSUES, REVIEW OF PRIOR PRODUCTION TO COMMITTEE AND CONFERENCE WITH B. WEINSTEIN REGARDING DOCUMENT PRODUCTION (.8) ANALYZE PROOF OF CLAIM REGISTRY AND RECONCILE SURVIVOR CLAIMS LIST WITH REGISTRY (.4) | K. CIFARELLI | 93 | 1.20 | 630.00 |
| 03/24/25 | REVIEW OF CORRESPONDENCE FROM THE HARTFORD AND PREPARE RESPONSE TO REQUEST FOR INFORMATION (.2) | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 03/25/25 | REVIEW OF CARRIER CORRESPONDENCE AND POSITIONS IN ANTICIPATION OF MEDIATION (1.7) ATTEND MEDIATION TO DISCUSS COVERAGE ISSUES (2.8) | K. CIFARELLI | 07 | 4.50 | 2,362.50 |
| 03/25/25 | ATTEND ALL DAY MEDIATION IN PERSON IN SAN FRANCISCO. | B. WEINSTEIN | 07 | 8.50 | 6,970.00 |
| 03/25/25 | EVALUATE LIST OF CLAIMS THAT MAY HAVE FILED LAWSUITS OR | B. CAROLUS | 06 | 2.50 | 850.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | POC FORMS AND CLAIMANT PLEADINGS AND SUPPLEMENT CORRESPONDENCE MATRIX ENTRIES FOR ■ CLAIMANTS (1.2); EVALUATE LIST OF CLAIMS THAT MAY HAVE FILED LAWSUITS OR POC FORMS AND CLAIMANT PLEADINGS AND SUPPLEMENT EVIDENCE LEVEL AND DRAFT COVERAGE CHART CLAIMANT ENTRIES FOR ■ CLAIMANTS (1.1); EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL INQUIRING ABOUT CARRIER DENIAL CORRESPONDENCE (.2). | | | | |
| 03/25/25 | ATTEND MEDIATION (4.9) (PARTIAL) AND PREPARE FOR SAME (.5). | J. SCHULMAN | 07 | 5.40 | 4,514.40 |
| 03/25/25 | COMMUNICATIONS WITH DEFENSE COUNSEL AND BANKRUPTCY COUNSEL REGARDING INSURANCE ISSUES AND RECONCILE CLAIMS CHARTS (.7) REVIEW OF CARRIER COVERAGE POSITIONS AND DRAFT CORRESPONDENCE TO TRAVELERS COUNSEL C. NICOLETTE AND ADJUSTER M. OSTARCH WEISS RE COVERAGE POSITION OF TEN CLAIMS (.9) CONFERENCE WITH B. WEINSTEIN AND J. SCHULMAN RE INSURANCE ISSUES (1.0) | K. CIFARELLI | 07 | 2.60 | 1,365.00 |
| 03/26/25 | REVIEW/ANALYZE OBJECTION TO MOTION TO ENLARGE BAR DATE FOR LATE PROOF OF CLAIM (.5); REVIEW DECISION REGARDING CLAIMS DATA (.4). | J. SCHULMAN | 08 | 0.90 | 752.40 |
| 03/26/25 | TELEPHONE CONFERENCES WITH TEAM TO DISCUSS STRATEGY FOLLOWING UP ON YESTERDAY'S MEDIATION (.3); REVIEW CORRESPONDENCE AND ANALYZE STRATEGY REGARDING NEGOTIATIONS WITH CARRIERS (.2) AND PREPARE CORRESPONDENCE TO TEAM REGARDING SAME (.3); REVIEW AND ANALYZE CORRESPONDENCE AND BRIEFS REGARDING PREPARATION FOR HEARING ON COMMITTEE'S MOTION TO RELEASE CASES FROM STAY (.5); REVIEW RULING ON COMMITTEE'S MOTION TO PUBLISH CLAIM INFORMATION (.4); PREPARE FOR ZOOM MEETING WITH TEAM | B. WEINSTEIN | 07 | 2.70 | 2,214.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | REGARDING MEDIATION STRATEGY AND MOTION TO RELEASE CASES FOR TRIAL (.5); ATTEND ZOOM MEETING WITH TEAM COUNSEL REGARDING SAME (.5). | | | | |
| 03/27/25 | REVIEW CLAIM AND COVERAGE CORRESPONDENCE IN PREPARATION FOR HEARING ON MOTION FOR STAY LIFT AND CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING SAME (.8); CONFER WITH DEBTOR TEAM IN PREPARATION FOR HEARING (.4). | J. SCHULMAN | 08 | 1.20 | 1,003.20 |
| 03/27/25 | REVIEW PLEADINGS AND CORRESPONDENCE TO PREPARE FOR HEARING ON COMMITTEE'S MOTION TO RELEASE CASES FROM STAY (1.0); ATTEND HEARING REGARDING SAME (1.8); ATTEND ZOOM WITH TEAM REGARDING SAME (.3); TELEPHONE CONFERENCE WITH DANIEL ZAMORA REGARDING SAME (.2). | B. WEINSTEIN | 08 | 2.30 | 1,886.00 |
| 03/27/25 | REVIEW OF DENIAL FROM CARRIER IN RESPONSE TO TENDER, ANALYZE ALLEGATIONS IN COMPLAINT AND DRAFT CORRESPONDENCE TO CARRIER (1.7) ANALYZE PROOF OF CLAIM FORMS TO DETERMINE COVERAGE, IDENTIFY MISSING COVERAGE POSITIONS FROM CARRIERS AND PREPARE CORRESPONDENCE TO CARRIERS REGARDING CLAIMS AND COVERAGE (3.6) | K. CIFARELLI | 01 | 5.30 | 2,782.50 |
| 03/27/25 | EVALUATE CORRESPONDENCE SENT FROM COVERAGE COUNSEL TO CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 03/28/25 | EVALUATE TENDER CORRESPONDENCE SENT FROM COVERAGE COUNSEL TO CARRIERS AND SUPPLEMENT CORRESPONDENCE MATRIX ENTRIES FOR ▮ CLAIMANTS. | B. CAROLUS | 06 | 0.70 | 238.00 |
| 03/28/25 | CONFER WITH TEAM RE: ANALYSIS OF INSURANCE ASSETS | H. AHN | 01 | 0.50 | 397.50 |
| 03/28/25 | CALL WITH B. WEINSTEIN, K. CIFARELLI, J. SCHULMAN, H. AHN RE INSURANCE ANALYSIS, NEXT STEPS | R. MICHAELSON | 07 | 0.50 | 404.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/28/25 | ATTEND DEBTOR TEAM MEETING (1); CONFER WITH INSURANCE GROUP REGARDING MEDIATION PREPARATION (.5). | J. SCHULMAN | 07 | 1.50 | 1,254.00 |
| 03/28/25 | REVIEW OF OBJECTION TO MOTION TO ENLARGE BAR DATE AND PREPARE CORRESPONDENCE TO CARRIERS REGARDING OBJECTION (.4) ANALYZE SURVIVOR PROOF OF CLAIMS FOR POTENTIAL ADDITIONAL INSURANCE ASSETS AND PREPARE CORRESPONDENCE TO CARRIERS REGARDING NOTICE AND OUTSTANDING TENDERS (2.1) REVIEW AND REVISE INSURANCE MATRIX AND PREPARE FOR MEETING REGARDING MEDIATION (.5) PARTICIPATE IN MEETING WITH B. WEINSTEIN, J. SCHULMAN, H. AYN AND R. MICHAELSON RE MEDIATION (.5) PREPARE MEMORANDUM RE FOLLOW UP OF INSURANCE ISSUES FOR MEDIATION (.4) EMAILS TO AND FROM BANKRUPTCY COUNSEL AND DEFENSE COUNSEL RE MEDIATION PREPARATION (.2) | K. CIFARELLI | 01 | 4.10 | 2,152.50 |
| 03/28/25 | PREPARE FOR (.2) AND ATTEND (.5) ZOOM MEETING WITH TEAM AND COUNSEL TO DISCUSS MEDIATION ISSUES AND STRATEGY; ATTEND ZOOM MEETING WITH TEAM REGARDNG SETTLEMENT STRATEGY (.5); TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING MEDIATION STRATEGY (.5). | B. WEINSTEIN | 07 | 1.70 | 1,394.00 |
| 03/28/25 | REVIEW/ANALYZE CORRESPONDENCE WITH CHUBB REGARDING DEFENSE COVERAGE. | J. SCHULMAN | 10 | 0.50 | 418.00 |
| 03/31/25 | REVIEW AND ANALYZE CORRESPONDENCE WITH TEAM COUNSEL REGARDING MEDIATION STRATEGY (.7); ATTEND TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING SAME (.5). | B. WEINSTEIN | 07 | 1.20 | 984.00 |

| | TOTAL SERVICES | | | | $87,415.00 |
|---|---|---|---|---|---|

**FOR DISBURSEMENTS ADVANCED THROUGH MARCH 31, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/11/25 | WESTLAW WESTLAW WEINSTEIN,BARRON L | 109.41 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | DOCKET SEARCHES | 6.10 |
|  | **TOTAL DISBURSEMENTS** | **$115.51** |

**CURRENT INVOICE TOTAL** $87,530.51

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 23.70 | 12,577.50 |
| 02 | BANKRUPTCY PROCEDURE | 6.20 | 5,084.00 |
| 05 | FEE APPLICATION | 1.50 | 1,242.80 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 22.30 | 7,582.00 |
| 07 | MEDIATION | 50.60 | 39,633.50 |
| 08 | MOTION PRACTICE | 23.40 | 19,407.20 |
| 10 | RECOVERY OF DEFENSE COSTS FROM CARRIERS | 0.50 | 418.00 |
| 93 | DISCOVERY | 2.80 | 1,470.00 |
|  | **TOTAL** | **131.00** | **$87,415.00** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| BRIAN S. CAROLUS | 340.00 | 22.30 | 7,582.00 |
| JEFFREY L. SCHULMAN | 836.00 | 31.40 | 26,250.40 |
| ROBYN MICHAELSON | 808.00 | 2.20 | 1,777.60 |
| HANNAH K. AHN | 795.00 | 0.50 | 397.50 |
| KEVIN L. CIFARELLI | 525.00 | 33.10 | 17,377.50 |
| BARRON L. WEINSTEIN | 820.00 | 41.50 | 34,030.00 |
| **TOTALS** |  | **131.00** | **$87,415.00** |