Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                    jrios@ffwplaw.com
                    tphinney@ffwplaw.com
                    mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:           okatz@sheppardmullin.com
                    amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
[MARCH 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for March 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of March 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2025, through March 31, 2025 | $70,074.00 | $939.55 | $71,013.55 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $56,059.20 | $939.55 | $56,998.75 |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: April 21, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By:/s/ Paul J. Pascuzzi
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of
San Francisco

1                                    <u>Exhibit A</u>

2                                 March 2025 Invoice

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



Archdiocese of San Francisco
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: ███████████

# Invoice 13940

| Date | Apr 05, 2025 |
| --- | --- |
| **Terms** | |
| **Service Thru** | Mar 31, 2025 |

In Reference To: Archdiocese of SF - Post Petition (Biller)

| Date | By | Services | Hours | Rates | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/01/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to D. Zamora, B. Weinstein, P. Gaspari re automatic stay issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/01/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to R. Michelson re case status and mediation (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/01/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re case issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/02/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise B. Riley interim fee application. (.2). Email to W. Weitz regarding same. (.1) | 0.30 | $ 525.00/hr | $ 157.50 |
| 03/03/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with insurer re Committee motion for relief from stay (.2). Attend same (.4). Emails to and from R. Charles (parishes) re case status (.1). Call with R. Michelson (Catholic Charities) re mediation and case status (.5). | 1.20 | $ 600.00/hr | $ 720.00 |
| 03/03/2025 | JER | **B160 - Fee/Employment Applications:** Revise BRiley Fee Application (.3). Revise W. Weitz Declaration. (.2). Telephone call from D. Greenblat re B. Riley fee Application. (.1). Emails with BJ regarding revising BRiley fee application. (.1). Emails to and from W.Weitz re finalizing BRiley Fee Application. (.2) | 0.90 | $ 525.00/hr | $ 472.50 |
| 03/03/2025 | JER | **B160 - Fee/Employment Applications:** Emails with BJ and DP regarding revising FFWPR Fee Application (.3). | 0.30 | $ 525.00/hr | $ 157.50 |

| | | | | | |
|---|---|---|---|---|---|
| 03/03/2025 | JER | **B160 - Fee/Employment Applications:** Revise Blank Rome Fee Application (.3). Revise B. Weinstein Declaration. (.2). Email to BJ re finalizing BRome Fee Application. (.1) | 0.60 | $ 525.00/hr | $ 315.00 |
| 03/03/2025 | JER | **B160 - Fee/Employment Applications:** Revise FFWPR Fee Application (.5). Multiple emails with BJ, AK and DP re revising and finalizing FFWPR Fee Application. (.3). Revise PJP Declaration. (.6). Email to PJP regarding same. (.1) | 1.50 | $ 525.00/hr | $ 787.50 |
| 03/03/2025 | JER | **B160 - Fee/Employment Applications:** Revise Weinstein FeeApplication (.4). Revise P. Gaspari Declaration. (.3). Email to BJ re finalizing Weinstein Fee Application. (.1) | 0.80 | $ 525.00/hr | $ 420.00 |
| 03/03/2025 | JER | **B160 - Fee/Employment Applications:** Email with Omni regarding interim fee applications. (.1) | 0.10 | $ 525.00/hr | $ 52.50 |
| 03/03/2025 | PJP | **B190 - Other Contested Matters:** Emails re Sontchi mediator invoices (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/03/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review JCCP 5108 case management order re automatic stay issues, consider strategy (shared) (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/03/2025 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell re serenic access, review draft stipulation re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/03/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with D. Zamora, P. Gaspari, O. Katz re JCP 5108 automatic stay issues, strategy (.2). Attend same (shared) (,7). | 0.90 | $ 600.00/hr | $ 540.00 |
| 03/04/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with Committee counsel (.3). Attend same (.2). Call with R. Charles (parishes) re case status, strategy, mediation (.5). | 1.00 | $ 600.00/hr | $ 600.00 |
| 03/04/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re case strategy, Committee call and upcoming issues (.2). Email to P. Gaspari re mediation issues (.1). Email to client team re status of calls to related entity counsel, case issues (.3). | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/04/2025 | PJP | **B190 - Other Contested Matters:** Emails re M. Alexander office filing late claim motion, consider issues (.2). Email to M. Alexander re proper notice re same (.2). Emails from and to M. Plevin (CNA insurance) re same (.1). Emails from and to M. Alexander re re-noticing hearing and pleadings in support of motion (.1). | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/04/2025 | JER | **B110 - Case Administration:** Multiple emails with insurer counsel re motion to file late claim | 0.10 | $ 0.00/hr | No Charge |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/04/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise TransPerfect fee application. (.6). Review and revise Brill Declaration re TransPerfect fee application. (.2). Emails to and from D. Brill regarding finalizing application and declaration. (.2). Emails with BJ regarding revisions to TransPerfect Fee Application. (.2). | 1.20 | $ 525.00/hr | $ 630.00 |
| 03/04/2025 | JER | **B160 - Fee/Employment Applications:** Emails to and from Fr. Summerhays regarding review and approval for 4 professional fee applications (FFWPR, BR, WT, BRiley). (.3) Review and direct revisions to Fr. Summerhays Declarations re 4 professional fee applications. Emails with BJ regarding finalizing Declarations. (.2) | 0.50 | $ 525.00/hr | $ 262.50 |
| 03/04/2025 | JER | **B160 - Fee/Employment Applications:** Emails with BJ, AK, and DP regarding finalizing FFWPR Fee Application. (.1). Review PJP and DP revisions to Application and Declaration. (.2). Prepare and confirm final revisions to FFWPR Fee Application and PJP Declaration. (.3). Email to PJP regarding same. (.1) | 0.70 | $ 525.00/hr | $ 367.50 |
| 03/04/2025 | JER | **B160 - Fee/Employment Applications:** Emails with BJ regarding finalizing BRiley Fee Application. (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 03/04/2025 | JER | **B160 - Fee/Employment Applications:** Emails with BJ and AK regarding revisions to Blank Rome Fee Application and confirming details with BR. (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 03/04/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise Weintraub fee application. (.3). Review and revise P. Gaspari Declaration re Weintraub fee application. (.3). Emails to and from P. Gaspari regarding finalizing application and declaration. (.4). Emails with BJ regarding revisions to Weintraub Fee Application. (.2). | 1.20 | $ 525.00/hr | $ 630.00 |
| 03/04/2025 | DP | **B160 - Fee/Employment Applications:** Review and revise numbers in FFWPR fourth Fee App and PJP Declaration. | 1.10 | $ 125.00/hr | $ 137.50 |
| 03/04/2025 | PJP | **B160 - Fee/Employment Applications:** Review and revise FFWPR 4th interim fee app, PJP dec (.6). | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/04/2025 | BJ | **B160 - Fee/Employment Applications:** Finish initial draft of the 3rd interim fee application for TransPerfect (.2); continue drafting D. Brill declaration re same (.6); detailed email communication to/from TransPerfect and J. Rios regarding same (.3). | 1.10 | $ 105.00/hr | $ 115.50 |
| 03/04/2025 | PJP | **B170 - Fee/Employment Objections:** Call from J. Blumberg re Committee application to employ Cushman (.1). Review UST objection re same (.2). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/05/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.3). Attend same (.6). | 0.90 | $ 600.00/hr | $ 540.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/05/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise TransPerfect interim fee application. (.3). Emails with BJ regarding same. (.2). Emails with D. Brill regarding finalizing TransPerfect interim fee application. (.3). Email to F. Summerhays with Declaration regarding same. (.2) | 1.00 | $ 525.00/hr | $ 525.00 |
| 03/05/2025 | JER | **B160 - Fee/Employment Applications:** Emails with BJ re preparation of Omnibus NOH for multiple professional fee applications. (.2) | 0.20 | $ 525.00/hr | $ 105.00 |
| 03/05/2025 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re business operations issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/05/2025 | PJP | **B160 - Fee/Employment Applications:** Review UST objection to Committee application to employ Cushman (.2). Email to client team re same (.2). Revise Debtor response re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/05/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to S. Greene, D. Zamora re plaintiffs requests for extension of 5 year rule in state court matters (shared) (.1). Call with D. Zamora, S. Greene re same--continued after Zamora dropped (shared) (.3). Call from B. Weinstein re Committee relief from stay motion (.1). Emails from and to J. Kim, B. Weinstein re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 03/05/2025 | PJP | **L320 - Document Production:** Emails to and from O. Katz, A. Cottrell, W. Weitz re serenic issues (.1). Call with O. Katz re same (.1). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/05/2025 | JER | **B160 - Fee/Employment Applications:** Telephone call from PJP regarding supplemental Ordinary Course Professionals disclosure for Cushman & Wakefield. (.2). Multiple emails regarding same and extension agreement. (.2) | 0.40 | $ 525.00/hr | $ 210.00 |
| 03/05/2025 | PJP | **B310 - Claims Administration and Objections:** Emails from and to M. Alexander office re late claim motion (.1). Emails from and to P. Gaspari, B. Weinstein re notify insurers and review of motion (.2). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/05/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re late claim motion (,2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/06/2025 | PJP | **B170 - Fee/Employment Objections:** Review and revise response to Committee real estate appraiser employment application (.3). Emails from and to G. Brown re reply request, J. Blumberg re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/06/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review research and consider strategy on Committee motion for relief from stay for test cases (.8). Conference with D. Zamora re same (.3). Further strategy consideration re relief from stay for test cases (.6). | 1.70 | $ 600.00/hr | $ 1,020.00 |
| 03/06/2025 | JER | **B160 - Fee/Employment Applications:** Review and analysis of Debtor's response to Committee Motion to Employ Cushman and Wakefield. (.2). | 0.20 | $ 0.00/hr | No Charge |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/06/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise Omnibus Notice of Hearing for multiple fee applications. (.4). Follow up emails with B. Weinstein and BJ regarding finalizing Blank Rome fee application. (.3). Follow up emails with D. Brill and BJ regarding finalizing TransPerefect fee application. (.1). Multiple emails with J. Kim and BJ to coordinate filing of multiple fee applications and omnibus notice of hearing. (.2). Emails with BJ and multiple court notices regarding filing of final fee applications. (.2). Emails with Omni and follow up with BJ and AK re service of fee applications. (.2) | 1.40 | $ 525.00/hr | $ 735.00 |
| 03/06/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with other chapter 11 diocesan attorneys re case issues (shared) (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/06/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare Omnibus Notice regarding fee applications. | 0.60 | $ 105.00/hr | $ 63.00 |
| 03/06/2025 | PJP | **B310 - Claims Administration and Objections:** Emails from and to P. Carney re late claim motion analysis and strategy (.2). Conference with M. Kutsuris re research for same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/06/2025 | MEK | **B190 - Other Contested Matters:** Review email from P. Pascuzzi re: late claim motion (.1); Review Motion re: late claim (.2); Research re: the same (.4) | 0.70 | $ 350.00/hr | $ 245.00 |
| 03/06/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client team call (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/06/2025 | PJP | **L320 - Document Production:** Review email from G. Brown re Committee discovery, consider issues (.4). Emails to and from P. Califano re Seminary discovery (.2). Email to C. Johnson re CASC discovery (.2). Email to S. Williamson re Cemeteries discovery (.2). Emails from L. Linsky, to A. Cottrell and M. Flanagan re SHCP updated financials (.2). | 1.20 | $ 600.00/hr | $ 720.00 |
| 03/06/2025 | PJP | **B190 - Other Contested Matters:** Brief review of Committee reply re motion to publish confidential information from claims (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/07/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.4). Email from M. Flanagan re case strategy, consider issues re same (.2). Attend client team call (.7). Research regarding case chapter 11 plan issues (.4). | 1.70 | $ 600.00/hr | $ 1,020.00 |
| 03/07/2025 | PJP | **B160 - Fee/Employment Applications:** Email to client re no objection to Jan 2025 fee notices (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/07/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to J. Kim, P. Gaspari, B. Weinstein re Albany case relief from stay opposition approach, stip re contact mediators (.2). Review draft insert from D. Zamora re opposition to relief from stay, consider strategy re same (.4). Call from D. Zamora re same (.2). Call with D. Zamora, O. Katz, J. Kim, B. Weinstein, J. Schulman re opposition strategy (.8). | 1.60 | $ 600.00/hr | $ 960.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/07/2025 | PJP | **B190 - Other Contested Matters:** Review and consider strategy re Committee reply on motion to publish confidential claims data (.4). Email to client team re same (.1). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/07/2025 | PJP | **L320 - Document Production:** Emails from and to C. Johnson re CASC discovery responses to Committee (.2). Emails from and to A. Cottrell re SHCP financials to produce (.1). Call from P. Califano re Seminary discovery to Committee (.3). | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/07/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact invoices for survivor information (.5); and prepare initial draft of the Weintraub Tobin February Monthly Fee Statement (1.3). | 1.80 | $ 105.00/hr | $ 189.00 |
| 03/07/2025 | JER | **B160 - Fee/Employment Applications:** Review multiple court notices regarding professional fee applications and follow up with dates and procedures regarding same. (.2). Emails with PJP and BJ regarding providing LEDES files to UST and Fee Examiner per their requests. (.2) | 0.40 | $ 525.00/hr | $ 210.00 |
| 03/08/2025 | PJP | **B110 - Case Administration:** Draft status conference statement per court docket text order (2.1). Email to team re review of same (.1). | 2.20 | $ 600.00/hr | $ 1,320.00 |
| 03/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review court decision on consent for third party releases in plan, consider issues re same (shared) (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/09/2025 | PJP | **L320 - Document Production:** Emails from and to S. Williamson re Committee discovery re Cemeteries, consider issues re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/10/2025 | PJP | **B110 - Case Administration:** Review and revise status conference statement addressing comments by others (.9). Emails to and from client team re same (.2). Further revisions to status conference statement (.5). | 1.60 | $ 600.00/hr | $ 960.00 |
| 03/10/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with professionals and client team re hearing March 13 on Committee motion re claim data, status conference and C&W application (.3). Attend same (.9). | 1.20 | $ 600.00/hr | $ 720.00 |
| 03/10/2025 | BJ | **B160 - Fee/Employment Applications:** Review and revise initial draft of the B. Riley February Monthly Fee Statement. | 0.60 | $ 0.00/hr | No Charge |
| 03/10/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare initial draft of the FFWPR February Monthly Fee Statement. | 0.60 | $ 105.00/hr | $ 63.00 |
| 03/10/2025 | PJP | **B190 - Other Contested Matters:** Emails from and to M. Cottrell, to insurers re Buckley invoice insurer share (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/10/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare initial draft of the TransPerfect February Monthly Fee Statement. | 0.80 | $ 105.00/hr | $ 84.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/2025 | PJP | **L320 - Document Production:** Call from S. Williamson (cemeteries) re Committee discovery status (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/10/2025 | JER | **B160 - Fee/Employment Applications:** Emails with J. Kim, PJP and BJ to coordinate TransPerfect invoices. | 0.20 | $ 525.00/hr | $ 105.00 |
| 03/11/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with Committee counsel, including call with O. Katz (.2). Attend same, including email to O. Katz (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/11/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same (.7). | 0.90 | $ 600.00/hr | $ 540.00 |
| 03/11/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review draft opposition to Committee motion for relief from stay, consider issues re same (.6). Conference with professionals re opposition to Committee relief from stay (.8). | 1.40 | $ 600.00/hr | $ 840.00 |
| 03/11/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP regarding satisfaction of Fee Examiner and UST requests for LEDES files. | 0.10 | $ 525.00/hr | $ 52.50 |
| 03/11/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise monthly professional fee notice. (.2). Emails with BJ regarding same. (.2). Emails with Jim regarding classification of TransPerfect charges. (.2). Further emails and telephone call with DP regarding same. (.2) | 0.80 | $ 525.00/hr | $ 420.00 |
| 03/11/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review of pertinent case law re: stay (.2); Email (detailed) to P. Pascuzzi re: the same (.2) | 0.40 | $ 350.00/hr | $ 140.00 |
| 03/11/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Brief review of JCP 5108 case list for proceeding to trial re parishes, other related entities, consider strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/12/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with R. Harris (high schools) re relief from stay issues (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/12/2025 | PJP | **B110 - Case Administration:** Revise status conference statement (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/12/2025 | PJP | **B110 - Case Administration:** Prepare for Committee motion to employ Cushman and status conference (1.3). | 1.30 | $ 600.00/hr | $ 780.00 |
| 03/12/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails to and from J. Kim, call from D. Zamora re opposition to Committee stay relief motion (.2). Review and revise, comment on draft opposition to Committee stay relief motion (1.7). Call with B. Weinstein re same (.2). | 2.10 | $ 600.00/hr | $ 1,260.00 |
| 03/12/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client team call (.3). | 0.30 | $ 600.00/hr | $ 180.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review Albany oral hearing on automatic stay issues (shared) (.2). Email to client team (.2). Emails from and to M. Flanagan re case issues, document needed, review files re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/13/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review of further revised draft of opposition to Committee motion for relief from stay (.8). | 0.80 | $ 600.00/hr | $ 480.00 |
| 03/13/2025 | PJP | **B190 - Other Contested Matters:** Prepare for hearing on Committee motion to publish claims data, C&W employment application, status conference (.8). Attend same (3.2). Travel to SF for hearing (no charge) (1.5). Travel from SF (no charge) (3.0). | 4.00 | $ 600.00/hr | $ 2,400.00 |
| 03/13/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare initial draft of the Blank Rome February Monthly Fee Statement (.8); review and redact invoice for personal and survivor information (.6). | 1.40 | $ 105.00/hr | $ 147.00 |
| 03/13/2025 | JER | **B160 - Fee/Employment Applications:** Review multiple emails with D. Greenblat and ADSF regarding OCP payments to BCM. | 0.20 | $ 525.00/hr | $ 105.00 |
| 03/14/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails to and from B. Michael re transcript of 3-13 hearing (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.2). Attend same (1.1). | 1.30 | $ 600.00/hr | $ 780.00 |
| 03/14/2025 | PJP | **B190 - Other Contested Matters:** Email to insurers re Gallagher mediator invoice, email to client re insurer share (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/14/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with Mediator Judge Buckley, D. Zamora, B. Weinstein, including post call meeting with Zamora and Weinstein (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/14/2025 | PJP | **B210 - Business Operations:** Emails from and to P. Carney re business issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/15/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider strategy on all outstanding case issues (1.1). Email to client team re same (1.1). | 1.20 | $ 600.00/hr | $ 720.00 |
| 03/15/2025 | PJP | **L320 - Document Production:** Email to A. Cottrell, P. Gaspari, O. Katz, B. Weinstein re Committee discovery issues (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/17/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from R. Harris (high schools) re case status (.3). Emails to and from R. Charles (parishes and RPSC) re case status (.1). Prepare for call with R. Charles re case issues (.2). Attend same (.4). | 1.00 | $ 600.00/hr | $ 600.00 |
| 03/17/2025 | PJP | **L320 - Document Production:** Emails from A. Cottrell to professionals team re discovery issues raised by Committee, consider strategy re same (.3). Emails from A. Cottrell and Transperfect re serenic issues (.2). | 0.50 | $ 600.00/hr | $ 300.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review insurers' opposition to Committee relief from stay motion, consider strategy (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/17/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Blank Rome invoice for redactions and email approval re: the same (.2); Review of Weintraub invoice for redactions (.3). | 0.50 | $ 350.00/hr | $ 175.00 |
| 03/17/2025 | PJP | **B210 - Business Operations:** Emails from and to P. Carney re business issues, call with her re same (.3). Emails from and to M. Flanagan re business issues (.1). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/17/2025 | PJP | **B170 - Fee/Employment Objections:** Review and revise proposed order on Cushman application (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/17/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from D. Zamora and O. Katz re JCCP 5108 automatic stay issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with M. Flanagan re case issues, strategy (.2). Attend same (.5). Review agenda for client update, emails from and to Fr. Summerhays re same (.3). Call with P. Gaspari, B. Weinstein re case strategy (.6). | 1.60 | $ 600.00/hr | $ 960.00 |
| 03/18/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for Committee counsel call (.2). Attend same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails to and from client team re mediation prep and case status call (.2). Email from P. Gaspari re mediation issues, consider strategy re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/18/2025 | PJP | **B170 - Fee/Employment Objections:** Revise order on Committee Cushman application (.2). Emails to and from O. Katz re same (.1). Email to G. Brown re same (.1). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/18/2025 | JER | **B160 - Fee/Employment Applications:** Review email and report from BJ regarding status of monthly fee statements. | 0.10 | $ 525.00/hr | $ 52.50 |
| 03/18/2025 | JER | **B210 - Business Operations:** Emails with M. Cottrell regarding pre-petition expenses for certain retirees. | 0.40 | $ 525.00/hr | $ 210.00 |
| 03/18/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review relief from stay order in Albany re RCASF similar motion issues, email to client team (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/19/2025 | PJP | **B160 - Fee/Employment Applications:** Review transcript of hearing on Committee C&W application and order language, consider issues (.3). Review ordinary course professional disclosure for leasing broker, emails from and to J. Rios re same (.3). | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/19/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team meeting (.5). Attend same (.5) | 1.00 | $ 600.00/hr | $ 600.00 |

| 03/19/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review transcript from court hearing 3/13 re automatic stay issues, consider strategy (.4). Review insert for CMC in 5108 re bankruptcy automatic stay issues for RCASF (shared) (.2). Emails to and from O. Katz, D. Zamora, P. Gaspari re same (.2). | 0.80 | $ 600.00/hr | $ 480.00 |
| 03/19/2025 | PJP | **B310 - Claims Administration and Objections:** Call from B. Lewis re Castro claim potential settlement (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/19/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare agenda for client team call Thursday, email to all re same (.3). Review revised agenda for meeting with Archbishop, Fr. Summerhays, P. Carney, P. Gaspari today and prepare for same (.4). Attend same (1.6). Call from P. Gaspari re case issues (.1). | 2.40 | $ 600.00/hr | $ 1,440.00 |
| 03/19/2025 | MEK | **B190 - Other Contested Matters:** Draft opposition to motion to deem late filed claim as timely (4.5) | 4.50 | $ 350.00/hr | $ 1,575.00 |
| 03/19/2025 | JER | **B160 - Fee/Employment Applications:** Review and direct preparation of Supplemental Ordinary Course Professionals Notice, OCP Declaration, and OCP Questionnaire. (.3). Emails with M. Flanagan and PJP regarding same. (.3). Multiple emails with BJ and AK regarding same. (.2). Email with T. Garlick at Cushman regarding same. (.1). Review and revise OCP Declaration and Questionnaire for Cushman, including addressing Committee engagement disclosure. (1.2). Emails with PJP regarding same. (.2) | 2.30 | $ 525.00/hr | $ 1,207.50 |
| 03/19/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with L. Linsky, D. Zamora re SHCP claim issues (.2). Attend same (.8). Call from D. Zamora re same (.1). Prepare for call with P. Califano re Seminary (.2). Attend same (1.0). | 2.30 | $ 600.00/hr | $ 1,380.00 |
| 03/20/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to M. Flanagan re finance council meeting discussion (.2). Prepare for finance council meeting (.5). Call with M. Flanagan re finance council meeting (.5). Attend finance council meeting (.8). Prepare for client team meeting for case status and mediation preparation (.4). Attend same (1.1). | 3.50 | $ 600.00/hr | $ 2,100.00 |
| 03/20/2025 | MEK | **B190 - Other Contested Matters:** Review of changes made by P. Pascuzzi to opposition (Motion to Enlarge POC Deadline) (.1); Email P. Pascuzzi re: the same (.1); Revise the same (.2) | 0.40 | $ 350.00/hr | $ 140.00 |
| 03/20/2025 | JER | **B210 - Business Operations:** Emails with M. Cottrell regarding pre-petition expenses for certain retirees. | 0.20 | $ 525.00/hr | $ 105.00 |
| 03/20/2025 | JER | **B160 - Fee/Employment Applications:** Telephone call to J. Kim and emails with BJ regarding TransPerfect monthly invoice and filing of monthly fee statements. | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/20/2025 | MEK | **B190 - Other Contested Matters:** Continue drafting opposition to late claim motion (2.9); Review and revise same (.4); Confer with P. Pascuzzi re: same (.2); Revise draft opposition to incorporate P. Pascuzzi comments (2.8); Email P. Pascuzzi revision of the same (.1) | 6.40 | $ 350.00/hr | $ 2,240.00 |
| 03/20/2025 | PJP | **B190 - Other Contested Matters:** Review and revise response to late claim motion (.8). Email to D. Zamora, B. Lewis re lawsuit filed on late claim (.1). | 0.90 | $ 600.00/hr | $ 540.00 |
| 03/20/2025 | PJP | **B190 - Other Contested Matters:** Review potential settlement agreement re Castro lawsuit re bankruptcy court approval issues (.3). Email to B. Lewis re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/21/2025 | PJP | **B190 - Other Contested Matters:** Review and revise response to late claim motion (.5). Email to client team re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 03/21/2025 | JER | **B160 - Fee/Employment Applications:** Emails with Cushman and Wakefield regarding Ordinary Course disclosures. | 0.30 | $ 525.00/hr | $ 157.50 |
| 03/23/2025 | PJP | **B190 - Other Contested Matters:** Revise response to late claim motion re Gaspari comments (.4). Email to client team re same (.1). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/23/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to C. Johnson (CASC) re March 13 hearing Committee statements, transcript of same (.1). Email to R. Harris (high schools) re March 13 hearing Committee statements, transcript of same (.1). Email to R. Michelson (Catholic Charities) re March 13 hearing Committee statements, transcript of same (.1). Email to R. Charles (parishes) re March 13 hearing Committee statements, transcript of same (.1). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/23/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review Committee reply on relief from stay motion, consider strategy (.8). | 0.80 | $ 600.00/hr | $ 480.00 |
| 03/24/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation (1.8). Travel to SF for mediation (no charge) (1.4). | 1.80 | $ 600.00/hr | $ 1,080.00 |
| 03/24/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Prepare for call with client team re Committee relief from stay hearing argument (.4). Attend same (1.0). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/24/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review information from Fr. Summerhays re RCASF and other dioceses in California, consider strategy re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/24/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with W. Weitz re case status and strategy (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/24/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with S. Williamson (cemeteries) re case status (.4). Call with R. Michelson (Catholic Charities) re case status (.2). | 0.60 | $ 600.00/hr | $ 360.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/24/2025 | JER | **B160 - Fee/Employment Applications:** Telephone calls to and from Cushman & Wakefield attorney regarding Ordinary Course Professionals disclosures. (.4). Review and revise Cushman Declaration and Questionnaire and emails with C&W regarding same. (.4) | 0.80 | $ 525.00/hr | $ 420.00 |
| 03/24/2025 | JER | **B160 - Fee/Employment Applications:** Review emails with J.Kim and BJ re Transperfect monthly fee notice. | 0.10 | $ 525.00/hr | $ 52.50 |
| 03/24/2025 | PJP | **B190 - Other Contested Matters:** Call with B. Lewis re potential settlement re Castro (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/25/2025 | PJP | **B190 - Other Contested Matters:** Email to M. Cottrell re Buckley mediator invoice, brief review of invoice (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/25/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to C. Johnson (CASC) re case status (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/25/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation (.9). Attend same (8.2). Travel SF to Sacramento--no charge (2.9) | 9.10 | $ 600.00/hr | $ 5,460.00 |
| 03/25/2025 | JER | **B160 - Fee/Employment Applications:** Emails with D. Greenblat and PJP regarding preparation of Quarterly Post Confirmation Report. (.2). Email to M. Flanagan regarding same. (.2). Review and direct preparation of Notice for Quarterly Report with exhibit. (.3). Review and address filing of Quarterly OCP report and service with emails to PJP and BJ. (.4) | 1.10 | $ 525.00/hr | $ 577.50 |
| 03/25/2025 | JER | **B160 - Fee/Employment Applications:** Review and finalize 4th supplement to Ordinary Course Professionals with Declaration and Questionnaire disclosures. (.3). Direct filing and service and multiple emails with BJ, AK and Omni regarding same. (.3) | 0.60 | $ 525.00/hr | $ 315.00 |
| 03/25/2025 | JER | **B210 - Business Operations:** Emails with M. Cottrell regarding reimbursement/payment of retired priest medical expenses. (.2) | 0.20 | $ 525.00/hr | $ 105.00 |
| 03/26/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review diocesan case status re Camden, Norwich chapter 11 plans re relevant case issues (shared) (.3). Call from W. Weitz re mediation issues and strategy (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/26/2025 | PJP | **B190 - Other Contested Matters:** Emails to and from client team re late claim motion response (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/26/2025 | PJP | **L320 - Document Production:** Review emails re serenic discovery issues, consider strategy, emails from and to A. Cottrell, O. Katz, M. Flanagan re same (.3). Further emails from A. Cottrell, O. Katz re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/26/2025 | PJP | **B190 - Other Contested Matters:** Review court decision on Committee motion re claims data and IRB minutes, consider strategy (.7). Emails from client re same (.2). Prepare for call with client team re decision (.2). Attend same (.5). | 1.60 | $ 600.00/hr | $ 960.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/26/2025 | JER | **B160 - Fee/Employment Applications:** Emails with M. Flanagan regarding finalizing Quarterly OCP Report and service of Report. Emails with AK and BJ regarding same. | 0.30 | $ 525.00/hr | $ 157.50 |
| 03/26/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Prepare for Case Management Conference in JCCP 5108 re automatic stay issues (shared) (.2). Attend same (.4). Call from D. Zamora re same (.1). Call with O. Katz, B. Weinstein re hearing preparation on Committee motion for relief from stay (.5). | 1.20 | $ 600.00/hr | $ 720.00 |
| 03/27/2025 | MEK | **B190 - Other Contested Matters:** Review of MEA-1 response for final and revise the same (.8) | 0.80 | $ 350.00/hr | $ 280.00 |
| 03/27/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to O. Katz, P. Gaspari, B. Weinstein, D. Zamora, J. Schulman re argument preparation on Committee relief from stay motion (.3). Consider strategy re same (.3). Attend hearing re same (2.1). Post hearing call with O. Katz, B. Weinstein, D. Zamora re same (.2). | 2.90 | $ 600.00/hr | $ 1,740.00 |
| 03/27/2025 | PJP | **L320 - Document Production:** Emails from A. Cottrell, to and from client team, re Committee discovery issues and strategy (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 03/27/2025 | MEK | **B190 - Other Contested Matters:** Research re: deadline for filing an appeal (IRB order) (.4); Email (detailed) to P. Pascuzzi and J. Fluken re: the same (.2) | 0.60 | $ 350.00/hr | $ 210.00 |
| 03/27/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to C. Johnson (CASC) re case issues (.2). Emails from and to P. Califano (Seminary) re case issues (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/28/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from P. Carney re case issues, consider issues re same (.2). Call with O. Katz, P. Gaspari re same (.2). Consider case issues strategy (.4). Call with P. Carney re same (.2). Prepare for client team meeting (.4). Attend same (1.0). Call from B. Weinstein re case strategy (.5). | 2.90 | $ 600.00/hr | $ 1,740.00 |
| 03/28/2025 | PJP | **B190 - Other Contested Matters:** Review Committee response re late claim motion (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/28/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with R. Harris (high schools) re case status (.2). Call with R. Michelson (Catholic Charities) re case status (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/28/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to D. Zamora, O. Katz re automatic stay issues, strategy (.4). Call with O. Katz, D. Zamora, B. Lewis re strategy on same (.5). | 0.90 | $ 600.00/hr | $ 540.00 |
| 03/28/2025 | PJP | **B310 - Claims Administration and Objections:** Prepare for call with D. Zamora, P. Carney re potential post-petition claim (.2). Attend same (.3). | 0.50 | $ 600.00/hr | $ 300.00 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/2025 | PJP | **L320 - Document Production:** Email to A. Cottrell, O. Katz re Committee discovery issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/28/2025 | MEK | **B110 - Case Administration:** Email to P. Pascuzzi re: limited service list (.1); Email to B. Whitaker (Omni) re: limited service list (.1) | 0.20 | $ 0.00/hr | No Charge |
| 03/29/2025 | PJP | **B190 - Other Contested Matters:** Consider strategy on Committee proposed orders re claims data and IRB minutes motion (.2). Emails to client team re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/29/2025 | PJP | **L320 - Document Production:** Review email from A. Cottrell re audit company discovery, consider strategy, email to A. Cottrell and O. Katz re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/31/2025 | PJP | **L320 - Document Production:** Call to C. Johnson (CASC) re case and discovery issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/31/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to R. Charles (parishes) re case issues (.1). Call with R. Charles re case status and strategy (.6). | 0.70 | $ 600.00/hr | $ 420.00 |
| 03/31/2025 | MEK | **B110 - Case Administration:** Email to and from B. Whitaker (Omni) re: limited service list (.1); Email from A. Kieser re: approval of the same for filing (.1) | 0.20 | $ 350.00/hr | $ 70.00 |
| 03/31/2025 | PJP | **B190 - Other Contested Matters:** Emails with client ream re Committee proposed orders on IRB and claims data (.2). Call with O. Katz re same (.4). | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/31/2025 | JER | **B210 - Business Operations:** Emails from M. Cottrell regarding Bankruptcy Vendor services. | 0.20 | $ 525.00/hr | $ 105.00 |
| 03/31/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to O. Katz, B. Weinstein, P. Gaspari re stay relief issues (.2). Call with P. Gaspari re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 03/13/2025 | FA | Travel for PJP from Sacramento to San Francisco for hearing:<br>Parking - $29.00<br>Milage - $119 (round trip)<br>Tolls - $8 | $ 156.00 |
| 03/25/2025 | FA | Travel for PJP from Sacramento to San Francisco for mediation:<br>Hotel - $481.39<br>Parking - $88.92<br>Milage - $119 (round trip)<br>Tolls - $8 | $ 697.31 |
| 03/31/2025 | FA | Lexis Online Research - March 2025 | $ 86.24 |

| | |
|---|---|
| **Total Hours** | 132.50 hrs |
| **Total Biller** | $ 70,074.00 |

| | | |
|---|---:|---:|
| **Total Expenses** | $ 939.55 | |
| **Total Invoice Amount** | $ 71,013.55 | |
| **Previous Balance** | **$ 107,899.63** | |
| 03/19/2025 Payment - Trust Account | ($36,322.32) | |
| Payment transferred from the Trust Account | | |
| **Balance (Amount Due)** | **$ 142,590.86** | |

**Trust Account Summary**

**Billing Period: 03/01/2025 - 04/05/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance |
|---|---|---|
| $36,322.32 | $52,109.57 | $0.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 02/28/2025 | Applied to invoice #13742 | | $15,787.25 | $0.00 |
| 03/19/2025 | Received From-Archdiocese of San Francisco | $36,322.32 | | $36,322.32 |
| 03/19/2025 | Applied to invoice #13813 | | $36,322.32 | $0.00 |

**User Hours Summary**

**Billing Period: 03/01/2025 - 03/31/2025**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|------|-------------:|----------:|--------------:|
| Paul J Pascuzzi | 89.50 | $ 600.00 | $ 53,700.00 |
| Jake E Rios | 20.00 | $ 525.00 | $ 10,500.00 |
| Jake E Rios | 0.30 | $ 525.00 | $ 0.00 |
| Denise Pascuzzi | 1.10 | $ 125.00 | $ 137.50 |
| Brenda Jennings | 6.30 | $ 105.00 | $ 661.50 |
| Brenda Jennings | 0.60 | $ 105.00 | $ 0.00 |
| Mikayla E Kutsuris | 14.50 | $ 350.00 | $ 5,075.00 |
| Mikayla E Kutsuris | 0.20 | $ 350.00 | $ 0.00 |



# Felderstein Fitzgerald Willoughby - ABA Task Summary report

Date Start: 3/1/2025 | Date End: 3/31/2025 | Clients: Archdiocese of San Francisco | Matters: |
Users: All

| Date | User | Client | Matters | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|------|------|--------|---------|-------------|----------|------------------|----------------------|---------------------------|----------------------|
| **B110 - Case Administration** | | | | | | | | | |
| | | | | **B110 - Case Administration Sub Totals:** | | | 5.90 | 5.60 | $3,310.00 |
| **B140 - Relief from Stay/Adequate Protection Proceedings** | | | | | | | | | |
| | | | | **B140 - Relief from Stay/Adequate Protection Proceedings Sub Totals:** | | | 17.30 | 17.30 | $10,280.00 |
| **B150 - Meetings of and Communications with Creditors** | | | | | | | | | |
| | | | | **B150 - Meetings of and Communications with Creditors Sub Totals:** | | | 9.80 | 9.80 | $5,880.00 |
| **B160 - Fee/Employment Applications** | | | | | | | | | |
| | | | | **B160 - Fee/Employment Applications Sub Totals:** | | | 29.60 | 28.80 | $12,089.00 |
| **B170 - Fee/Employment Objections** | | | | | | | | | |
| | | | | **B170 - Fee/Employment Objections Sub Totals:** | | | 1.50 | 1.50 | $900.00 |
| **B190 - Other Contested Matters** | | | | | | | | | |
| | | | | **B190 - Other Contested Matters Sub Totals:** | | | 28.00 | 28.00 | $13,450.00 |
| **B210 - Business Operations** | | | | | | | | | |
| | | | | **B210 - Business Operations Sub Totals:** | | | 1.70 | 1.70 | $945.00 |
| **B310 - Claims Administration and Objections** | | | | | | | | | |
| | | | | **B310 - Claims Administration and Objections Sub Totals:** | | | 1.30 | 1.30 | $780.00 |
| **B410 - General Bankruptcy Advice/Opinions** | | | | | | | | | |
| | | | | **B410 - General Bankruptcy Advice/Opinions Sub Totals:** | | | 21.40 | 21.40 | $12,840.00 |
| **L160 - Settlement/Non-Binding ADR** | | | | | | | | | |
| | | | | **L160 - Settlement/Non-Binding ADR Sub Totals:** | | | 11.30 | 11.30 | $6,780.00 |
| **L320 - Document Production** | | | | | | | | | |
| | | | | **L320 - Document Production Sub Totals:** | | | 4.70 | 4.70 | $2,820.00 |
| | | | | **Grand Total** | | | 132.50 | 131.40 | $70,074.00 |