Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                 jrios@ffwplaw.com
                 tphinney@ffwplaw.com
                 mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:          okatz@sheppardmullin.com
                 amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN [MARCH 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of March 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of March 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2025, through March 31, 2025 | $59,310.50 | $70.15 | $59,380.45 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $47,448.40 | $70.15 | $47,518.55 |

Attached hereto as *Exhibit A* is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

///

///

1    Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the

2    period of March 2025, consisting of contemporaneously maintained time entries for each

3    professional in increments of tenth (1/10) of an hour.

4    The Net Total Allowed Payments detailed above shall be paid from funds held by the

5    Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub

6    within 14 days from the date of service of this Statement.

7    Dated: April 21, 2025

8                                          FELDERSTEIN FITZGERALD
                                           WILLOUGHBY PASCUZZI & RIOS LLP
9

10                                    By:_/s/ Paul J. Pascuzzi_____
                                          Paul J. Pascuzzi
11                                        Attorneys for Debtor and Debtor in Possession
                                          The Roman Catholic Archbishop of San Francisco
12

13   Dated: April 21, 2025               SHEPPARD, MULLIN, RICHTER & HAMPTON
                                          LLP
14

15                                    By:_/s/ Ori Katz_____
                                          Ori Katz
16                                        Alan H. Martin
                                          Attorneys for The Roman Catholic Archbishop of
17                                        San Francisco

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

**Compensation by Professional Person for Hourly Services**
**for the Period of March 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Paul E. Gaspari | Shareholder | $520 | 28.50 | $14,820.00 |
| Daniel C. Zamora | Shareholder | $500 | 56.50 | $28,250.00 |
| Zachary M. Smith | Shareholder | $520 | 0.40 | $208.00 |
| Benjamin J. Lewis | Associate | $475 | 7.30 | $3,467.50 |
| Carly Moran | Associate | $400 | 12.70 | $5,080.00 |
| Monica Silver | Associate | $375 | 17.50 | $6,562.50 |
| Brian Gonzaga | Paralegal | $225 | 4.10 | $922.50 |
| **TOTAL** | | | **127.00** | **$59,310.50** |

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of March 2025**

**Bankruptcy Categories**

| Description | | |
|---|---|---|
| Case Administration | 11.30 | $5,876.00 |
| Other Contested Matter | 15.40 | $8,008.00 |
| Claims Administration and Objections | 1.40 | $728.00 |
| Analysis/Strategy – Draft/Revise | 9.80 | $4,900.00 |
| Analysis/Strategy – Review/Analyze | 17.80 | $7,225.00 |
| Analysis/Strategy – Comm/Other Counsel | 3.30 | $1,575.00 |
| Analysis/Strategy – Comm/Other External | 3.80 | $1,900.00 |
| Analysis/Strategy – Plan and Prepare | 0.80 | $400.00 |
| Document/File Management | 0.80 | $180.00 |
| Settlement/ADR – Draft/Revise | 0.40 | $200.00 |
| Settlement/ADR – Review/Analyze | 4.40 | $2,200.00 |
| Settlement/ADR –Comm /w Client | 1.10 | $550.00 |
| Settlement/ADR – Comm/Other Counsel | 3.40 | $1,700.00 |
| Pleadings – Draft/Revise | 1.40 | $700.00 |
| Pleadings – Communicate/Other External | 0.80 | $400.00 |
| Court Mandated Conferences – Draft/Revise | 1.70 | $850.00 |
| Court Mandated Conferences – Review/Analyze | 2.80 | $1,400.00 |
| Court Mandated Conferences – Comm w/Client | 2.70 | $1,350.00 |
| Court Mandated Conferences – Comm/Other Counsel | 2.20 | $1,100.00 |
| Court Mandated Conferences – Comm/Other External | 2.00 | $1,000.00 |
| Court Mandated Conferences – Appear For/Attend | 8.90 | $4,450.00 |
| Document Production – Plan & Prepare For | 3.30 | $742.50 |
| Document Production – Review/Analyze | 2.90 | $1,087.50 |
| Expert/Consultants | 1.90 | $950.00 |
| Appellate Briefs – Communication/Other Counsel | 0.60 | $225.00 |
| **TOTAL** | **104.90** | **$49,697.00** |

**Litigation**

| Litigation 415; 506; 542; 718; 805; 927; 944; 945; and 983 | 22.10 | $9,613.50 |
|---|---|---|
| **GRAND TOTAL** | **127.00** | **$59,310.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Travel/Parking and Mileage | $25.00 |
| Filing Fee/Vendor Fee | $45.15 |
| **TOTAL** | **$70.15** |

1

2

**Exhibit D**

**Weintraub Invoices**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com

Federal Tax ID No: ■

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

April 03, 2025
Client:          150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | ■ ( ■ ) v. ■ et al. | 98502912 | $208.00 | $0.00 | $208.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $780.00 |
| Current Charges | $208.00 |
| **Balance Due:** | **$988.00** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 · 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

April 03, 2025
Client: 150363
Matter: 000415
Invoice #: 98502912

Page: 1

RE: ███████ (███████ v. ███, et al.

For Professional Services Rendered Through March 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/7/2025 | ZMS | Email contacts with expert witnesses to prepare for trial setting constraints if bankruptcy stay is issued (.1); Telephone call from Daniel Zamora regarding information need for opposition to plaintiff's motion for relief from bankruptcy stay of litigation (.1). [L420 - A108](0.20) | 0.20 | $104.00 |
| 3/13/2025 | ZMS | Review of retainer agreements for ███████ and ███████ and email and telephone communications with administrator for ███████ concerning engagement of ███████ and ███████ as experts and uncertain scheduling time frames (.2). [L420 - A108](0.20) | 0.20 | $104.00 |
| | | Total Services | 0.40 | $208.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 0.40 | $520.00 | $208.00 |

| Total Fees to Date: | $470,339.00 |
|---------------------|-------------|
| Total Disbursements to Date: | $141,877.85 |

The Archdiocese of San Francisco

RE: ████████ (████████ v. ████, et al.

April 03, 2025
Client: 150363
Matter: 000415
Invoice #: 98502912

Page: 2

| | | |
|---|---|---|
| | Previous Balance | $780.00 |
| | Current Charges | $208.00 |
| Total to Date: $612,216.85 | **Balance Due** | **$988.00** |
| | Retainer Balance | $1,216.25 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L420 | Expert Witnesses - Communicate/Other External | 0.40 | $208.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$208.00** | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:     150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000506 | ███████ | 98502913 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $95.00 |
| **Balance Due:** | **$95.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

April 03, 2025
Client:        150363
Matter:      000506
Invoice #:   98502913

Page:              1

RE: ███████████

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/23/2025 | BJLE | Exchange of emails with ████████ regarding requested documents for ████████████ [L110 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $429.50 | Current Charges | $95.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$95.00** |
| Total to Date: | $429.50 | | |

The Archdiocese of San Francisco

RE: ████████████

April 03, 2025
Client:      150363
Matter:      000506
Invoice #:   98502913

Page:        2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | **$95.00** | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

April 03, 2025
Client:        150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000542 | ███████████ | 98502914 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $95.00 |
| **Balance Due:** | **$95.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: ███████████████

| | |
|---|---|
| April 03, 2025 | |
| Client: | 150363 |
| Matter: | 000542 |
| Invoice #: | 98502914 |
| Page: | 1 |

For Professional Services Rendered Through March 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 3/23/2025 | BJLE | Exchange of emails with Lisa Linsky regarding requested documents for Sacred Heart Cathedral Prep. [L110 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $4,422.50 | Current Charges | $95.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$95.00** |
| Total to Date: | $4,422.50 | | |

The Archdiocese of San Francisco

RE: ██████████████

April 03, 2025
Client:         150363
Matter:         000542
Invoice #:    98502914

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |

|  | Total Hours | 0.20 |
|--|-------------|------|

|  | Total Fees: | $95.00 |
|--|-------------|--------|



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:          150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000718 | ███████ (aka ███████) | 98502915 | $190.00 | $0.00 | $190.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $190.00 |
| **Balance Due:** | **$190.00** |
| | |
| **Retainer Balance** | **$581.50** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:         150363
Matter:        000718
Invoice #:     98502915

Page:            1

RE: ██████ (aka ██████)

For Professional Services Rendered Through March 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/10/2025 | BJLE | Exchange of emails with ████ regarding complaint for case for ████ [L210 - A107](0.20) | 0.20 | $95.00 |
| 3/23/2025 | BJLE | Exchange of emails with ████ regarding requested documents for ████ [L110 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.40 | $190.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $475.00 | $190.00 |

| | |
|---|---|
| Total Fees to Date: | $1,586.50 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $1,586.50 |

The Archdiocese of San Francisco

RE: 

April 03, 2025
Client:      150363
Matter:      000718
Invoice #:   98502915

Page:            2

| | Current Charges | $190.00 |
| | **Balance Due** | **$190.00** |

| | Retainer Balance | $581.50 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $95.00 |
| | Total Hours | 0.40 | |
| | Total Fees: | | $190.00 |



**weintraub**|**tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:      150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000805 | ██████ ( ██████ ) | 98502916 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $95.00 |
| **Balance Due:** | **$95.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:        150363
Matter:      000805
Invoice #:   98502916

Page:            1

RE: ████████ (████████)

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/23/2025 | BJLE | Exchange of emails with ████████ regarding requested documents for ████████ [L110 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $715.00 | Current Charges | $95.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$95.00** |
| Total to Date: | $715.00 | | |

The Archdiocese of San Francisco

RE: ███████ (███████)

April 03, 2025
Client:        150363
Matter:        000805
Invoice #:    98502916

Page:          2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |

**Total Hours** 0.20

**Total Fees:** $95.00



**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq**

April 03, 2025
Client:        150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000927 | ██████████ ( ████████ ) | 98502917 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $95.00 |
| **Balance Due:** | **$95.00** |

Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq**

April 03, 2025
Client:      150363
Matter:      000927
Invoice #:   98502917

Page:           1

RE: ███████████ (aka ██████████)

For Professional Services Rendered Through March 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/23/2025 | BJLE | Exchange of emails with ██████████ regarding requested documents for ████████████████ [L110 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $622.00 | Current Charges | $95.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$95.00** |
| Total to Date: | $622.00 | | |

Case: 23-30564     Doc# 1150     Filed: 04/21/25     Entered: 04/21/25 09:26:54     Page 24 of 49

The Archdiocese of San Francisco

RE: ████████ (aka ████████)

April 03, 2025
Client:      150363
Matter:      000927
Invoice #:   98502917

Page:           2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |

**Total Hours**  0.20

**Total Fees:**  $95.00



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:       150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98502918 | $1,430.00 | $45.15 | $1,475.15 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,621.50 |
| Current Charges | $1,475.15 |
| Less Payments | $957.20 |
| **Balance Due:** | **$4,139.45** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.

# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:      150363
Matter:     000944
Invoice #:   98502918

Page:        1

RE: Victoria Castro

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/16/2025 | BJLE | Review and revise settlement agreement to include language related to petitioning bankruptcy court and Medicare liens. [L160 - A103](1.10) | 1.10 | $522.50 |
| 3/18/2025 | CM | Research and incorporate language into the Settlement Release Agreement to address any applicable MediCare and/or Medi-CAL liens. [L160 - A103](0.70) | 0.70 | $280.00 |
| 3/19/2025 | BJLE | Revise Settlement Agreement regarding section on bankruptcy court and motion for approval per comments from Paul Pascuzzi. [L160 - A103](0.50) | 0.50 | $237.50 |
| 3/19/2025 | BJLE | Telephone call with Paul Pascuzzi regarding language in settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 3/25/2025 | BJLE | Exchange of emails with Babak Kheiri regarding status of settlement agreement and motion with bankruptcy court. [L160 - A107](0.20) | 0.20 | $95.00 |
| 3/26/2025 | CM | Revise Settlement Release Agreement to specifically name individual Defendants covered by the scope of the Release, and revise Paragraphs 1 & 2 on pg. 2 per recommendations of Bankruptcy Attorney Paul J. Pascuzzi. [L160 - A103](0.50) | 0.50 | $200.00 |
| | | Total Services | 3.20 | $1,430.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

April 03, 2025
Client: 150363
Matter: 000944
Invoice #: 98502918

Page: 2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.00 | $475.00 | $950.00 |
| CM | Carly M Moran | ASSOCIATE | 1.20 | $400.00 | $480.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 2/28/2025 | First Legal Network, LLC- Filing fee- Case Management Statement, SMSC, 2/18/2025 [E100 - E112] | $45.15 |
| | Total Expenses | $45.15 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $27,328.50 | Previous Balance | $3,621.50 |
| Total Disbursements to Date: | $8,523.66 | Current Charges | $1,475.15 |
| Total to Date: | $35,852.16 | Less Payments | $957.20 |
| | | Balance Due | $4,139.45 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Court Fees | 0.00 | $45.15 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 2.80 | $1,240.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.40 | $190.00 |
| | Total Hours | 3.20 | |
| | Total Fees: | | $1,430.00 |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:        150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98502919 | $6,755.50 | $0.00 | $6,755.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $662.50 |
| Current Charges | $6,755.50 |
| Less Payments | $83.20 |
| **Balance Due:** | **$7,334.80** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:       150363
Matter:       000945
Invoice #:    98502919

Page:              1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/3/2025 | BJLE | Exchange of emails with Paula Carney regarding relief from stay and case strategy. [L250 - A106](0.20) | 0.20 | $95.00 |
| 3/6/2025 | BJLE | Telephone call with Paula Carney regarding case strategy. [L120 - A106](0.20) | 0.20 | $95.00 |
| 3/6/2025 | BJLE | Exchange of emails with Paul Pascuzzi regarding relief from stay. [L210 - A107](0.20) | 0.20 | $95.00 |
| 3/10/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding Answer. [L210 - A107](0.20) | 0.20 | $95.00 |
| 3/10/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding lease. [L110 - A107](0.20) | 0.20 | $95.00 |
| 3/10/2025 | BJLE | Preparation of outline for answer and cross complaint. [L210 - A101](0.30) | 0.30 | $142.50 |
| 3/11/2025 | BJLE | Exchange of emails with Plaintiff's counsel and Cruise's counsel regarding discovery responses. [L310 - A107](0.20) | 0.20 | $95.00 |
| 3/11/2025 | BJLE | Receipt of notice of CMC. [L230 - A107](0.20) | 0.20 | $95.00 |
| 3/11/2025 | BJLE | Research impact of works compensation exclusive remedy for potential demurrer or affirmative defense in answer. [L210 - A102](0.50) | 0.50 | $237.50 |
| 3/11/2025 | CM | Research re: timeline/deadline to file Responsive Pleading and Cross-Complaint after Relief from bankruptcy stay. [L190 - A102](1.80) | 1.80 | $720.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

April 03, 2025
Client:        150363
Matter:        000945
Invoice #:     98502919

Page:          2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/11/2025 | CM | Draft Responsive Pleading (Answer) incorporating all relevant affirmative defenses and demand for jury trial. [L210 - A103](1.60) | 1.60 | $640.00 |
| 3/11/2025 | CM | Research re: whether The Roman Catholic Archbishop of San Fransisco can raise Labor Code 3062 (workers compensation exclusivity rule) as a defense to Plaintiffs complaint, given that Labor Code 3062 is likely applicable to bar Plaintiffs action against Cruise, LLC by virtue of the employee/employer relationship and that The Roman Catholic Archbishop of San Fransisco is seeking indemnity against Cruise LLC based upon the indemnification clause in the lease agreement/contract. [L210 - A102](1.30) | 1.30 | $520.00 |
| 3/11/2025 | CM | Research and pull case information from Plaintiff Shajana Steel's Workers Compensation case arising out of April 30, 2023 trip and fall accident. [L110 - A102](0.30) | 0.30 | $120.00 |
| 3/11/2025 | CM | Review and analyze Plaintiffs Complaint, filed November of 2023, and First Amended Complaint, filed January of 2024 to prepare Responsive Pleading (Answer). [L210 - A104](0.60) | 0.60 | $240.00 |
| 3/12/2025 | CM | Draft Cross-Complaint against Cruise, LLC alleging causes of action for Breach of Contract, Indemnity, Contribution, and Equitable Relief. [L210 - A103](2.40) | 2.40 | $960.00 |
| 3/12/2025 | CM | Review and analyze Lease agreement between The Roman Catholic Archbishop of San Fransisco and Cruise, LLC to identify areas of Agreement that Cruise, LLC breached to incorporate into The Roman Catholic Archbishop of San Fransisco's Cross-Complaint alleging Breach of Contract against Cruise LLC. [L210 - A104](1.20) | 1.20 | $480.00 |
| 3/12/2025 | CM | Review and analyze Cruise, LLC's Responsive Pleading (Answer) to Plaintiff Shajana Steel's First Amended Complaint and Cruise, LLC's Cross-Complaint for Comparative Indemnity, Equitable Indemnity, Declaratory Relief, Contractual Indemnity, Breach of Contract and Declaratory Relief-Duty to Indemnity against ROE defendants 1-50. [L210 - A104](0.90) | 0.90 | $360.00 |
| 3/16/2025 | BJLE | Review and revise Answer and add additional affirmative defenses related to religious entities. [L210 - A103](0.50) | 0.50 | $237.50 |
| 3/17/2025 | PEG | Preparation of edits to draft Cross-Complaint against Cruise. [L210 - A103](0.40) | 0.40 | $208.00 |
| 3/17/2025 | BJLE | Review and revise cross complaint and incorporate additional provisions from lease agreement. [L210 - A103](0.70) | 0.70 | $332.50 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

April 03, 2025
Client:       150363
Matter:       000945
Invoice #:   98502919

Page:           3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/18/2025 | BJLE | Exchange of emails with Paula Carney regarding draft answer and cross-complaint. [L210 - A106](0.20) | 0.20 | $95.00 |
| 3/21/2025 | BJLE | Final review and preparation of cross complaint and Answer for service. [L210 - A103](0.30) | 0.30 | $142.50 |
| 3/21/2025 | CM | Meet and Confer w/ Plaintiffs Counsel, Douglas Shaffer, re: request for service of Plaintiff Shajana Steele's First Amended Complaint on The Roman Catholic Archbishop of San Francisco. [L190 - A107](0.30) | 0.30 | $120.00 |
| 3/21/2025 | CM | Finalize Responsive Pleading (Answer) to Plaintiff Shajana Steele's First Amended Complaint, incorporating an affirmative defense for the Workers Compensation Exclusivity doctrine, and The Roman Catholic Archbishops Cross-Complaint against Cruise, LLC, incorporating Exhibits A and B, the Plaintiffs First Amended Complaint and the redacted Lease Agreement. [L210 - A103](0.80) | 0.80 | $320.00 |
| 3/23/2025 | BJLE | Exchange of emails with Marizel Bajao regarding First Amended Complaint, Answer, Cross Complaint, and Statement of Damages. [L210 - A107](0.20) | 0.20 | $95.00 |
| 3/26/2025 | CM | Review Court's Minute Order re: Continuing Case Management Conference from April 9, 2025 to April 8, 2026 in Dept. 610, San Fransisco County Superior Court. [L230 - A104](0.30) | 0.30 | $120.00 |
| | | Total Services | 16.00 | $6,755.50 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.40 | $520.00 | $208.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 4.10 | $475.00 | $1,947.50 |
| CM | Carly M Moran | ASSOCIATE | 11.50 | $400.00 | $4,600.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $11,438.00 | Previous Balance | $662.50 |
| Total Disbursements to Date: | $82.50 | Current Charges | $6,755.50 |
| Total to Date: | $11,520.50 | Less Payments | $83.20 |
| | | Balance Due | $7,334.80 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

April 03, 2025
Client:      150363
Matter:      000945
Invoice #:   98502919

Page:        4

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Research | 0.30 | $120.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $95.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $95.00 |
| L190 | Other - Research | 1.80 | $720.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $120.00 |
| L210 | Pleadings - Plan & Prepare For | 0.30 | $142.50 |
| L210 | Pleadings - Research | 1.80 | $757.50 |
| L210 | Pleadings - Draft/Revise | 6.70 | $2,840.50 |
| L210 | Pleadings - Review/Analyze | 2.70 | $1,080.00 |
| L210 | Pleadings - Communicate/With Client | 0.20 | $95.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.60 | $285.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 0.30 | $120.00 |

The Archdiocese of San Francisco

RE:  Shajana Steele V. Cruise, LLC, ET AL

April 03, 2025
Client:          150363
Matter:          000945
Invoice #:    98502919

Page:                    5

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Commun./Other Co | 0.20 | $95.00 |
| L250 | Oth Written Motion/Submiss - Communicate w/Clie | 0.20 | $95.00 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.20 | $95.00 |

**Total Hours**   16.00

**Total Fees:**   $6,755.50



## weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:        150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000983 | ████████ V. ████████ | 98502920 | $650.00 | $0.00 | $650.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $2,650.00 |
| Current Charges | $650.00 |
| Less Payments | $760.00 |
| **Balance Due:** | **$2,540.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client: 150363
Matter: 000983
Invoice #: 98502920

Page: 1

RE: ▮▮▮▮▮▮▮▮▮▮ V. ▮▮▮▮▮▮▮

For Professional Services Rendered Through March 31, 2025

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/6/2025 | DCZ | Conference call with ▮▮▮▮▮ and Paula Carney regarding ▮▮▮▮▮. [L110 - A107](0.60) | 0.60 | $300.00 |
| 3/26/2025 | DCZ | Conference call with claimant's counsel regarding status of case and settlement. [L120 - A108](0.40) | 0.40 | $200.00 |
| 3/28/2025 | DCZ | Phone call with Paula Carney regarding case update. [L120 - A106](0.30) | 0.30 | $150.00 |
| | | Total Services | 1.30 | $650.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.30 | $500.00 | $650.00 |

| | |
|------|------|
| Total Fees to Date: | $3,300.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $3,300.00 |

The Archdiocese of San Francisco

RE: ██████████████████ V. ████████████

April 03, 2025
Client:     150363
Matter:     000983
Invoice #:  98502920

Page:       2

| | Previous Balance | $2,650.00 |
|---|---|---|
| | Current Charges | $650.00 |
| | Less Payments | $760.00 |
| | **Balance Due** | **$2,540.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Commun./Other( | 0.60 | $300.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.30 | $150.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.40 | $200.00 |

| | **Total Hours** | **1.30** |
|---|---|---|
| | **Total Fees:** | **$650.00** |



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:          150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98502921 | $49,697.00 | $25.00 | $49,722.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $123,679.00 |
| Current Charges | $49,722.00 |
| Less Payments | $38,301.60 |
| **Balance Due:** | **$135,099.40** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:      150363
Matter:      900036
Invoice #:   98502921

Page:           1

RE:  Bankruptcy

For Professional Services Rendered Through March 31, 2025

SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/3/2025 | DCZ | Review and analysis of Judge Montali's ruling on relief from stay for possible impact on stay relief issues in JCCP 5108. [L230 - A104](0.40) | 0.40 | $200.00 |
| 3/3/2025 | DCZ | Phone call with bankruptcy counsel regarding process in JCCP 5108. [L230 - A107](1.40) | 1.40 | $700.00 |
| 3/3/2025 | DCZ | Drafting update to carriers on JCCP 5108 CMC issues. [L230 - A103](1.00) | 1.00 | $500.00 |
| 3/3/2025 | PEG | Meting with Pascuzzi, Katz, Weinstein and Zamora to develop strategy for meet and confer process on relief from stay issues. [B100 - B190](1.00) | 1.00 | $520.00 |
| 3/4/2025 | DCZ | Phone call with Paula Carney regarding proposed process for resolving bankruptcy stay issues in JCCP 5108. [L230 - A106](0.50) | 0.50 | $250.00 |
| 3/4/2025 | PEG | Review and comment on final draft of Opposition to Committee motion to employ CW. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/4/2025 | PEG | Preparation of memorandum to Judge Buckley regarding preparation for next mediation session. [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/4/2025 | PEG | Call with Weinstein regarding notification to carriers of JCCP 5108 issues. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/4/2025 | PEG | Call with Judge Buckley regarding mediation targets. [B100 - B110](0.30) | 0.30 | $156.00 |

of 49

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:        150363
Matter:        900036
Invoice #:     98502921

Page:          2

SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/5/2025 | DCZ | Conference call with attorneys discussing relief from stay issues. [L110 - A108](0.70) | 0.70 | $350.00 |
| 3/5/2025 | DCZ | Conference call with other diocesan counsel discussing 5-year statue issues in JCCP 5108. [L210 - A108](0.80) | 0.80 | $400.00 |
| 3/5/2025 | DCZ | Review and analysis of relief from stay motion in advance of strategy call with bankruptcy counsel to discuss opposition. [L110 - A104](0.40) | 0.40 | $200.00 |
| 3/5/2025 | DCZ | Phone call with bankruptcy about motion for relief from stay for Pritchard cases. [L110 - A107](1.20) | 1.20 | $600.00 |
| 3/5/2025 | PEG | Participate in Debtor's Professionals' call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 3/5/2025 | PEG | Review of US Trustee's Objection to Committee's motion to employ Cushman Wakefield. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/5/2025 | PEG | Exchange with Amanda Cottrell regarding 105 injunction. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/5/2025 | PEG | Review of motion to enlarge bar date and associated Proof of Claim. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/5/2025 | PEG | Preparation of memorandum to Weinstein regarding motion to enlarge bar date. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/5/2025 | PEG | Further exchange with Paul Pascuzzi regarding motion to enlarge bar date. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/6/2025 | DCZ | Drafting opposition inserts to motion for relief from stay. [L110 - A103](4.80) | 4.80 | $2,400.00 |
| 3/6/2025 | DCZ | Phone call with Paul Pascuzzi regarding arguments against motion for relief from stay. [L110 - A107](0.30) | 0.30 | $150.00 |
| 3/6/2025 | PEG | Review of Shulman spread sheet of settlement values as requested by Judge Buckley. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/7/2025 | DCZ | Further drafting of stipulation to extend five-year deadline. [L210 - A103](0.20) | 0.20 | $100.00 |
| 3/7/2025 | DCZ | Review and analysis of stipulation to permit Court to speak with mediators regarding progress of mediation process. [L110 - A104](0.20) | 0.20 | $100.00 |
| 3/7/2025 | DCZ | Conference call with client regarding status of JCCP 5108. [L230 - A107](0.80) | 0.80 | $400.00 |
| 3/7/2025 | DCZ | Phone call with Paul Pascuzzi regarding arguments in opposition to motion for relief from stay in Joseph Pritchard cases. [L110 - A107](0.30) | 0.30 | $150.00 |
| 3/7/2025 | DCZ | Review and analysis of briefing in other diocesan bankruptcy cases opposing relief from stay. [L110 - A104](1.40) | 1.40 | $700.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98502921

Page: 3

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/7/2025 | DCZ | Conference call with bankruptcy counsel regarding motion for relief from stay in Joseph Pritchard cases. [L110 - A107](0.90) | 0.90 | $450.00 |
| 3/7/2025 | DCZ | Further drafting of argument in opposition to motion for relief from stay. [L110 - A103](0.90) | 0.90 | $450.00 |
| 3/7/2025 | PEG | Weekly status update call with Fr. Summerhays, Paula Carney, Paul Pascuzzi and Barry Weinstein. [B100 - B110](0.80) | 0.80 | $416.00 |
| 3/7/2025 | PEG | Follow up with Judge Buckley. [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/7/2025 | PEG | Review of Committee Reply to Opposition to Motion to Publish. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/7/2025 | PEG | Review of Committee memorandum regarding outstanding discovery issues. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/8/2025 | PEG | Review of and comment on draft Case Management Conference statement. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/10/2025 | DCZ | Review and editing of draft status conference statement for Judge Montali. [L230 - A104](0.60) | 0.60 | $300.00 |
| 3/10/2025 | DCZ | Drafted correspondence to plaintiffs' liaison counsel requesting Bucket Two list in JCCP 5108. [L230 - A103](0.20) | 0.20 | $100.00 |
| 3/10/2025 | DCZ | Drafted correspondence to Norton Rose law firm abut process discussion for Bucket Two cases in JCCP 5108. [L230 - A103](0.20) | 0.20 | $100.00 |
| 3/10/2025 | DCZ | Review and analysis of detailed outline regarding opposition for motion for relief from stay. [L110 - A104](0.30) | 0.30 | $150.00 |
| 3/10/2025 | PEG | Review of reply from Judge Buckley regarding mediation "target". [B100 - B110](0.20) | 0.20 | $104.00 |
| 3/10/2025 | PEG | Review of and provide further edits and comments to draft Case Management Conference Statement. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/10/2025 | PEG | Call with Cottrell, Pascuzzi and Katz to prepare for argument on Committee motion to publish. [B100 - B190](0.90) | 0.90 | $468.00 |
| 3/11/2025 | DCZ | Drafting and editing of opposition to motion for relief from stay. [L120 - A103](2.40) | 2.40 | $1,200.00 |
| 3/11/2025 | DCZ | Conference call with bankruptcy counsel regarding drat opposition to motion for relief from stay. [L120 - A108](0.70) | 0.70 | $350.00 |
| 3/11/2025 | DCZ | Review and analysis of JCCP 5108 Bucket Two cases for identification of cases involving affiliated entities. [L230 - A104](1.30) | 1.30 | $650.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:        150363
Matter:        900036
Invoice #:    98502921

Page:            4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/11/2025 | DCZ | Drafting stipulation to stay action and withdraw motion to set trial. [L210 - A103](1.20) | 1.20 | $600.00 |
| 3/11/2025 | DCZ | Further conference call with bankruptcy counsel regarding opposition to relief from stay. [L120 - A108](0.80) | 0.80 | $400.00 |
| 3/11/2025 | PEG | Attend Debtor's professionals call regarding preparation for hearing on March 13, 2025. [B100 - B190](0.70) | 0.70 | $364.00 |
| 3/11/2025 | PEG | Review of and preparation of edits to initial draft of Opposition to Committee motion for relief from stay. [B100 - B190](0.80) | 0.80 | $416.00 |
| 3/11/2025 | PEG | Call with counsel for Diocese of Rockville Center to inquire as to status of test case and mediation process which lead to confirmed plan. [B100 - B110](0.70) | 0.70 | $364.00 |
| 3/11/2025 | PEG | Exchange with Paula Carney regarding hearing on Committee motion. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/12/2025 | DCZ | Drafted correspondence to counsel regarding status of Bucket Two cases in JCCP 5108. [L120 - A103](0.20) | 0.20 | $100.00 |
| 3/12/2025 | DCZ | Review and analysis of JCCP 5108 court mandated conference hearing transcript. [L230 - A104](0.20) | 0.20 | $100.00 |
| 3/12/2025 | DCZ | Review and analysis of CMC transcript from February 26th CMC in JCCP 5108. [L230 - A104](0.30) | 0.30 | $150.00 |
| 3/12/2025 | DCZ | Conference call with Diocese of Oakland counsel regarding relief from stay issues in JCCP 5108. [L230 - A108](0.50) | 0.50 | $250.00 |
| 3/12/2025 | DCZ | Further drafting and editing of opposition to motion for relief from stay. [L120 - A103](0.40) | 0.40 | $200.00 |
| 3/12/2025 | PEG | Preparation of further edits to Opposition to motion for relief from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/12/2025 | PEG | Call with Jeannie Kim regarding revised draft Opposition. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/13/2025 | DCZ | Final drafting and editing of opposition to motion for relief from stay. [L120 - A103](0.60) | 0.60 | $300.00 |
| 3/13/2025 | PEG | Meeting with defense team before hearing on committee motion. [B100 - B190](0.50) | 0.50 | $260.00 |
| 3/13/2025 | PEG | Appear at hearing on committee motion to publish. [B100 - B190](2.00) | 2.00 | $1,040.00 |
| 3/13/2025 | PEG | Follow up meeting with defense team. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/14/2025 | DCZ | Conference call with client regarding status of court proceedings in bankruptcy and state courts. [L230 - A106](1.20) | 1.20 | $600.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:      150363
Matter:      900036
Invoice #:   98502921

Page:        5

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/14/2025 | DCZ | Review and analysis of carriers' opposition to motion for relief from stay on Pritchard cases. [L110 - A104](0.40) | 0.40 | $200.00 |
| 3/14/2025 | DCZ | Drafted correspondence to Judge Daniel Buckley regarding status of global settlement demand. [L160 - A103](0.20) | 0.20 | $100.00 |
| 3/14/2025 | DCZ | Conference call with Judge Buckley regarding status of global settlement demand. [L160 - A108](0.60) | 0.60 | $300.00 |
| 3/14/2025 | DCZ | Drafted correspondence to client regarding outcome of call with Judge Buckley on settlement discussion. [L160 - A103](0.20) | 0.20 | $100.00 |
| 3/14/2025 | PEG | Review of insurers' opposition to motion for relief from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/15/2025 | PEG | Review of email from Paul Pascuzzi regarding outstanding discovery issues. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/16/2025 | PEG | Review of ██████ inquiry regarding production of personnel files and identification of accused perpetrators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 3/17/2025 | PEG | Call with Judge Buckley regarding Committee "demand". [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/18/2025 | DCZ | Drafted correspondence to counsel for Sacred Heart High School regarding status of JCCP 5108 proceeding. [L110 - A103](0.20) | 0.20 | $100.00 |
| 3/18/2025 | DCZ | Further drafting of stipulation regarding JCCP 5108 proceeding. [L120 - A103](0.30) | 0.30 | $150.00 |
| 3/18/2025 | DCZ | Review and analysis of proofs of claims for discussion with affiliates counsel about global settlement status and contributions. [L160 - A104](2.90) | 2.90 | $1,450.00 |
| 3/18/2025 | DCZ | Conference with Judge Daniel Buckley and Tim Gallagher regarding mediator's settlement number. [L160 - A108](0.50) | 0.50 | $250.00 |
| 3/18/2025 | DCZ | Conference call with Paul Pascuzzi regarding mediation strategy with affiliates counsel about global settlement status and contributions. [L160 - A108](0.30) | 0.30 | $150.00 |
| 3/18/2025 | PEG | Call with Judge Buckley and Tim Gallagher regarding Committee "demand" and preparation of memorandum to defense team regarding same. [B100 - B110](0.70) | 0.70 | $364.00 |
| 3/18/2025 | PEG | Call with Weinstein regarding Committee demand. [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/18/2025 | PEG | Call with Judge Buckley regarding strategies for upcoming mediation. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/18/2025 | PEG | Review of email from Fr. Summerhays regarding agenda for meeting with Archbishop. [B100 - B110](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98502921

Page: 6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/18/2025 | MAS | Analysis of personnel files and status of named perpetrators for purposes of informing carriers as to status of outstanding files. [L320 - A104](0.90) | 0.90 | $337.50 |
| 3/18/2025 | MAS | Review of personnel files of ███████ for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](1.00) | 1.00 | $375.00 |
| 3/18/2025 | BGON | Run document production of ███████ personnel file. [L320 - A101](0.60) | 0.60 | $135.00 |
| 3/18/2025 | BGON | Prepare draft of privilege log of ███████ personnel file. [L320 - A101](0.80) | 0.80 | $180.00 |
| 3/19/2025 | DCZ | Conference call with bankruptcy counsel regarding JCCP 5108 issues. [L230 - A108](0.60) | 0.60 | $300.00 |
| 3/19/2025 | DCZ | Conference call with counsel for Sacred Heart High School regarding case status. [L230 - A108](0.90) | 0.90 | $450.00 |
| 3/19/2025 | DCZ | Conference call with ███████ regarding status of global mediation. [L160 - A108](1.10) | 1.10 | $550.00 |
| 3/19/2025 | PEG | Call with Archbishop Cordeleone, Fr. Summerhays, Michael Flanagan , Paula Carney and Paul Pascuzzi to brief Archbishop on all pending and upcoming issues. [B100 - B110](1.50) | 1.50 | $780.00 |
| 3/19/2025 | PEG | Extended call with Jeff Anderson regarding mediation session. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/19/2025 | PEG | Call with Pascuzzi and Weinstein regarding mediation issues. [B100 - B110](0.50) | 0.50 | $260.00 |
| 3/19/2025 | BGON | Run production of ███████ personnel file. [L320 - A101](0.60) | 0.60 | $135.00 |
| 3/19/2025 | BGON | Prepare draft of privilege log of ███████ personnel file. [L320 - A101](1.30) | 1.30 | $292.50 |
| 3/20/2025 | DCZ | Conference call with client regarding upcoming global mediation session. [L160 - A106](1.10) | 1.10 | $550.00 |
| 3/20/2025 | DCZ | Conference call with Josh Weinberg regarding information requests by insurance carriers for global mediation. [L160 - A108](0.30) | 0.30 | $150.00 |
| 3/20/2025 | PEG | Call with Paul Pascuzzi, Paula Carney, Fr. Summerhays, Michael Flanagan, Daniel Zamora and Barry Weinstein to prepare for mediation session. [B100 - B110](1.30) | 1.30 | $676.00 |
| 3/20/2025 | PEG | Review of Proof of Claim Matrix to determine number of potential objectionable claims of abuse by non ADSF personnel at non ADSF location. [B300 - B310](1.40) | 1.40 | $728.00 |
| 3/20/2025 | PEG | Call with Judge Buckley, ███████ and Barry Weinstein regarding carrier request for additional informational. [B100 - B110](0.40) | 0.40 | $208.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:        150363
Matter:        900036
Invoice #:    98502921

Page:              7

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/20/2025 | PEG | Drafting of response to ▮▮▮▮ regarding priest personnel files. [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/20/2025 | MAS | Further analysis of personnel files and status of named perpetrators for purposes of informing carriers as to status of outstanding files. [L320 - A104](1.00) | 1.00 | $375.00 |
| 3/21/2025 | DCZ | Review and analysis of proof of claims for identification of claims where both accused and location are not the Archdiocese of San Francisco. [L160 - A104](1.50) | 1.50 | $750.00 |
| 3/21/2025 | PEG | Review and edit draft Opposition to motion to allow late claim. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/21/2025 | PEG | Further email exchange with ▮▮▮▮ regarding priest files. [B100 - B110](0.20) | 0.20 | $104.00 |
| 3/21/2025 | PEG | Review of Committee Reply brief regarding relief from stay motion. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/24/2025 | DCZ | Review and analysis of reply brief in support of motion to lift stay. [L120 - A104](1.00) | 1.00 | $500.00 |
| 3/24/2025 | DCZ | Conference call with bankruptcy counsel regarding reply brief and hearing arguments for motion for stay relief. [L120 - A108](1.10) | 1.10 | $550.00 |
| 3/24/2025 | DCZ | Drafted correspondence to counsel for Sacred Heart Cathedral Prep regarding status of next conferences in both bankruptcy and state court litigation. [L230 - A103](0.30) | 0.30 | $150.00 |
| 3/25/2025 | DCZ | Attended continued global mediation of Archdiocese of San Francisco claims. [L230 - A109](8.90) | 8.90 | $4,450.00 |
| 3/26/2025 | DCZ | Preparation for hearing on motion for relief from stay, including review of state court pleadings and state court CMC transcripts. [L120 - A101](0.80) | 0.80 | $400.00 |
| 3/26/2025 | PEG | Preparation of further edits to draft opposition to motion to file late claim. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/26/2025 | PEG | Review of Judge Montali's memorandum of decision regarding Independent Review Board minutes and claims data. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/26/2025 | PEG | Exchange with Paula Carney regarding redactions to Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/26/2025 | PEG | Exchange with Ori Katz regarding hearing on list stay motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/27/2025 | DCZ | Appeared at motion for relief from stay to answer questions about state court proceeding posted by Judge Montali. [L130 - A109](1.90) | 1.90 | $950.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:       150363
Matter:       900036
Invoice #:    98502921

Page:            8

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/27/2025 | DCZ | Conference call with bankruptcy counsel following hearing on motion for relief from stay. [L120 - A108](0.30) | 0.30 | $150.00 |
| 3/27/2025 | PEG | Exchange with Ori Katz regarding arguments for relief from stay hearing. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/27/2025 | PEG | Call with Weinstein regarding relief from stay motion arguments. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/27/2025 | MAS | Correspondence with Jeannie Kim of Sheppard Mullin regarding discrepancy as to claimant list. [L120 - A107](0.40) | 0.40 | $150.00 |
| 3/27/2025 | MAS | Review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A104](4.30) | 4.30 | $1,612.50 |
| 3/27/2025 | MAS | Telephone conference with Jeannie Kim regarding review and analysis of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A104](0.60) | 0.60 | $225.00 |
| 3/28/2025 | DCZ | Phone call with client regarding status of bankruptcy and state court litigation. [L230 - A106](1.00) | 1.00 | $500.00 |
| 3/28/2025 | DCZ | Drafted correspondence to Paul Pascuzzi and Ori Katz regarding meeting to discuss motion to extend bankruptcy stay to affiliates. [L120 - A108](0.20) | 0.20 | $100.00 |
| 3/28/2025 | DCZ | Review and analysis of related motion to extend stay to affiliated entities. [L120 - A104](0.70) | 0.70 | $350.00 |
| 3/28/2025 | DCZ | Conference call with bankruptcy counsel regarding motion to extend injunction. [L160 - A108](0.60) | 0.60 | $300.00 |
| 3/28/2025 | PEG | Call with Katz and Pascuzzi regarding stay hearing. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/28/2025 | PEG | Call with Pacheco, Katz and Carney regarding next steps. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/28/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A104](6.50) | 6.50 | $2,437.50 |
| 3/28/2025 | MAS | Correspondence with Jeannie Kim and Kevin Cifarelli regarding status of review and analysis of claimant list. [L520 - A107](0.30) | 0.30 | $112.50 |
| 3/28/2025 | BGON | Review Proof of Claim forms for date ▬▬ claim was filed and why ▬▬ complaint was filed with it. [L140 - A104](0.80) | 0.80 | $180.00 |
| 3/29/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A104](2.00) | 2.00 | $750.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:      150363
Matter:      900036
Invoice #:   98502921

Page:          9

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/29/2025 | MAS | Further correspondence with Jeannie Kim regarding status of review and analysis of claimant list. [L520 - A107](0.30) | 0.30 | $112.50 |
| 3/30/2025 | PEG | Review of memorandum from Pascuzzi regarding Committee's draft Order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/30/2025 | MAS | Receipt and review of further correspondence from Jeannie Kim regarding status of review and analysis of claimant list. [L120 - A107](0.20) | 0.20 | $75.00 |
| 3/31/2025 | PEG | Review of proposed forms of Order for Independent Review Board minutes and claims data. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/31/2025 | PEG | Review of memorandum from Carney; review of media report on Independent Review Board Order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/31/2025 | PEG | Email exchanges with Katz and Weinstein regarding pending order on relief from stay motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/31/2025 | PEG | Calls with Pascuzzi and Weinstein regarding relief from stay issues. [B100 - B190](0.40) | 0.40 | $208.00 |
| | | Total Services | 104.90 | $49,697.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 28.10 | $520.00 | $14,612.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 55.20 | $500.00 | $27,600.00 |
| MAS | Monica Silver | ASSOCIATE | 17.50 | $375.00 | $6,562.50 |
| BGON | Brian Gonzaga | PARALEGAL | 4.10 | $225.00 | $922.50 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 3/31/2025 | Paul E. Gaspari- Parking Charges- 3/13/2025 Civic Center Garage - Parking at Courthouse for Hearing on Committee Motion [E100 - E109] | $25.00 |
| | Total Expenses | $25.00 |

Total Fees to Date:          $744,227.75

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:          150363
Matter:          900036
Invoice #:      98502921

Page:              10

| | |
|---|---|
| Total Disbursements to Date: | $2,180.78 |
| Total to Date: | $746,408.53 |

| | |
|---|---|
| Previous Balance | $123,679.00 |
| Current Charges | $49,722.00 |
| Less Payments | $38,301.60 |
| **Balance Due** | **$135,099.40** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 11.30 | $5,876.00 |
| B100 | Other Contested Matters (excluding assumption/re | 15.40 | $8,008.00 |
| B300 | Claims Administration and Objections | 1.40 | $728.00 |
| E100 | Local Travel | 0.00 | $25.00 |
| L110 | Fact Investigation/Development - Draft/Revise | 5.90 | $2,950.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 2.70 | $1,350.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 2.70 | $1,350.00 |
| L110 | Fact Investigation/Development - CommOther Exte | 0.70 | $350.00 |
| L120 | Analysis/Strategy - Plan & Prepare For | 0.80 | $400.00 |
| L120 | Analysis/Strategy - Draft/Revise | 3.90 | $1,950.00 |
| L120 | Analysis/Strategy - Review/Analyze | 15.10 | $5,875.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.60 | $225.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:        150363
Matter:        900036
Invoice #:     98502921

Page:          11

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/Other External | 3.10 | $1,550.00 |
| L130 | Experts/Consultants - Appear For/Attend | 1.90 | $950.00 |
| L140 | Document/File Management - Review/Analyze | 0.80 | $180.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.40 | $200.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 4.40 | $2,200.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 1.10 | $550.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 3.40 | $1,700.00 |
| L210 | Pleadings - Draft/Revise | 1.40 | $700.00 |
| L210 | Pleadings - Communicate/Other External | 0.80 | $400.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 1.70 | $850.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 2.80 | $1,400.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 2.70 | $1,350.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 2.20 | $1,100.00 |
| L230 | Court Mandated Conferences - Commun./Other Ex | 2.00 | $1,000.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 8.90 | $4,450.00 |
| L320 | Document Production - Plan & Prepare For | 3.30 | $742.50 |
| L320 | Document Production - Review/Analyze | 2.90 | $1,087.50 |
| L520 | Appellate Briefs - Communicate/Other Counsel | 0.60 | $225.00 |

| | | | |
|---|---|---|---|
| | | Total Hours | 104.90 |
| | | Total Fees: | $49,697.00 |