| | |
|---|---|
| 1 | GREGORY S. POWELL (SBN 182199)<br>Assistant United States Trustee |
| 2 | UNITED STATES DEPARTMENT OF JUSTICE<br>Office of the United States Trustee |
| 3 | San Francisco Office<br>450 Golden Gate Avenue |
| 4 | 5th Floor, Suite 05-0153<br>San Francisco, CA 95814 |
| 5 | Telephone: 415-705-3333<br>E-mail: Greg.Powell@usdoj.gov |
| 6 | |
| 7 | Attorneys for TRACY HOPE DAVIS<br>United States Trustee for Region 17 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re: | Case No. 23-30564 DM |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record in place of Christina Lauren Goebelsmann for Tracy Hope Davis, the United States Trustee for Region 17. All notices should now be directed to:

> Office of the United States Trustee
> Attn: Gregory S. Powell
> Fresno Office
> 2500 Tulare Street, Suite 1401
> Fresno, CA 93721
> Email: Greg.Powell@usdoj.gov

Dated: April 23, 2025

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ Gregory S. Powell
Gregory S. Powell
Assistant United States Trustee