```
                                    Entered on Docket
                                    April 24, 2025
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

1  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301        Signed and Filed: April 24, 2025
2  JEANNIE KIM, State Bar No. 270713
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3      A Limited Liability Partnership
       Including Professional Corporations
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109         _____
5  Telephone:     (415) 434-9100                **DENNIS MONTALI**
   Facsimile:     (415) 434-3947                **U.S. Bankruptcy Judge**
6  Email:         okatz@sheppardmullin.com
                  amartin@sheppardmullin.com
7                 jekim@sheppardmullin.com

8  Attorneys for The Roman Catholic Archbishop of
   San Francisco
9

10                         UNITED STATES BANKRUPTCY COURT

11                NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  In re                                       Case No. 23-30564

13  THE ROMAN CATHOLIC ARCHBISHOP                Chapter 11
    OF SAN FRANCISCO,
14                                              **ORDER GRANTING FOURTH INTERIM
             Debtor and                         APPLICATION OF SHEPPARD, MULLIN,
15           Debtor in Possession.              RICHTER & HAMPTON LLP, FOR
                                                ALLOWANCE AND PAYMENT OF
16                                              COMPENSATION AND
                                                REIMBURSEMENT OF EXPENSES FOR
17                                              THE PERIOD OF OCTOBER 1, 2024,
                                                THROUGH JANUARY 31, 2025**
18
                                                The Hon. Dennis Montali
19
                                                Date:   April 24, 2025
20                                              Time:   1:30 p.m.
                                                Place:  Videoconference via Zoom Webinar
21
                                                Objection Deadline: March 27, 2025
22

23
            On March 6, 2025, Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") filed
24
    the *Fourth Interim Application of Sheppard, Mullin, Richter & Hampton LLP, for Allowance and*
25

26

27

28



*Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2024, Through January 31, 2025* [ECF No. 1062] (the "Application").[1]

The Court having read and considered the Application and the *Fee Examiner's Consolidated Final Report Regarding Fourth Interim Fee Applications* [ECF No. 1153] (the "Fee Examiner Report"), and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, and as set forth in the Interim Compensation Order, that the professional services provided by Sheppard Mullin during the Application Period were reasonable and actually rendered and furnished to the Debtor, and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of administration of this Case,

**IT IS ORDERED that:**

1. The Application is GRANTED as set forth in this Interim Order.

**2.** Sheppard Mullin is awarded and allowed an administrative claim under Bankruptcy Code section 503(b)(2) on account of interim compensation in the total amount of **$331,531.11** ($331,980.60[2] in fees and expenses in the amount of $1,550.51);

3. Amounts previously paid by the Debtor to Sheppard Mullin to date on account of the Interim Monthly Fee Statements, in the aggregate amount of to $275,476.43 are approved and ratified; and

4. The Debtor is authorized and directed to pay to Sheppard Mullin the balance due on account of fees and expenses awarded and allowed under this Order, or $58,054.68.

***END OF ORDER***

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

[2] Sheppard Mullin inadvertently sought award and allowance in the amount of $342,488.60, which did not account for an additional discount of $81.20 given to the Debtor as reflected on the invoice for services rendered in November 2024, filed with the Court on December 23, 2024, as ECF No. 955. Therefore, the fees awarded and allowed by this Interim Order amount includes the discount inadvertently excluded by the Application.