Entered on Docket
April 24, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  James I. Stang (CA Bar No. 94435)
   Debra I. Grassgreen (CA Bar No. 169978)
2  Brittany M. Michael (admitted pro hac vice)
   Gillian N. Brown (CA Bar No. 205132)
3  PACHULSKI STANG ZIEHL & JONES I
   One Sansome Street, Suite 3430
4  San Francisco, California 94104
   Tel: 415.263.7000; Fax: 415.263.7010
5  Email:  jstang@pszjlaw.com
           dgrassgreen@pszjlaw.com
6          bmichael@pszjlaw.com
           gbrown@pszjlaw.com
7
8  Counsel to the Official Committee of Unsecured Creditors
```

Signed and Filed: April 24, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING FOURTH INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2024 THROUGH JANUARY 31, 2025** |

The Court has considered the *Fourth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2024 through January 31, 2025* (the "Application") [Docket No. 1051], filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case, as well as the *Fee Examiner's Consolidated Final Report Regarding Fourth Interim Fee Applications* (the "Fee Examiner's Report") [Docket No. 1153].

Based upon the record, the Court hereby adopts the recommendations in the Fee Examiner's Report and determines that no hearing on the Application is required. Accordingly,

**IT IS HEREBY ORDERED** that

1. The Application is GRANTED in the amounts set forth in the Fee Examiner's Report.

2. PSZJ's fees in the amount of $538,340.00 and expenses in the amount of $25,165.57 are hereby approved on an interim basis.

3. The Debtor is authorized and directed immediately to pay PSZJ a total of $95,386.40, reflecting the remaining balance due under the Application.as of April 23, 2025.

APPROVED AS TO FORM WITHOUT OPINION AS TO PARAGRAPH 3

*/s/ Elise S. Frejka*
Elise S. Frejka, Fee Examiner

COURT SERVICE LIST
BY ECF ONLY