

1  Berkeley Research Group, LLC
   D. Ray Strong
2  Matthew K. Babcock
   Paul N. Shields
3  201 S. Main Street, Suite 450
   Salt Lake City, UT  84111
4  Telephone: (801) 364.6233
   Facsimile: (801) 355.9926
5  Email: rstrong@thinkbrg.com
          mbabcock@thinkbrg.com
6          pshields@thinkbrg.com

7  *Financial Advisor to the Official Committee of*
   *Unsecured Creditors*

**Signed and Filed: April 24, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

8

9          UNITED STATES BANKRUPTCY COURT

10          NORTHERN DISTRICT OF CALIFORNIA

            SAN FRANCISCO DIVISION

11 In re:                                    Case No.: 23-30564

12 THE ROMAN CATHOLIC ARCHBISHOP OF          Chapter 11
   SAN FRANCISCO,
13                                           **ORDER APPROVING FOURTH INTERIM**
            Debtor and Debtor in Possession. **APPLICATION OF BERKELEY**
14                                           **RESEARCH GROUP, LLC, FOR**
                                             **ALLOWANCE AND PAYMENT OF**
15                                           **COMPENSATION AND**
                                             **REIMBURSEMENT OF EXPENSES FOR**
16                                           **THE PERIOD OCTOBER 1, 2024**
                                             **THROUGH JANUARY 31, 2025**
17

18

19

20

21         The Court has considered the *Fourth Interim Application of Berkeley Research Group, LLC*

22 *for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period*

23 *October 1, 2024 through January 31, 2025* (the "**Application**") [Docket No. 1053], filed by

24 Berkeley Research Group, LLC ("**BRG**"), financial advisors to the Official Committee of

25 Unsecured Creditors in the above-captioned bankruptcy case, as well as the *Fee Examiner's*

26 *Consolidated Final Report Regarding Fourth Interim Fee Applications* (the "**Fee Examiner**

27 **Report**") [Docket No. 1153].

28

Based upon the record before the Court, the Court hereby adopts the recommendations in the Fee Examiner's Report as they pertain to BRG and determines that no hearing on the Application is required. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in the amounts set forth in the Fee Examiner Report.

2. BRG's fees in the amount of $214,398.90 and expenses in the amount of $104.18 are hereby approved on an interim basis.

3. The Debtor is authorized and directed immediately to pay BRG a total of $42,519.78 reflecting the remaining balance due under the Application.

APPROVED AS TO FORM WITHOUT OPINION AS TO PARAGRAPH 3:

*/s/ Elise S. Frejka*
Elise S. Frejka, Fee Examiner

**\*\*\* END OF ORDER \*\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | Registered ECF participants only. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |