Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
      jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR MARCH 2025** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period March 1, 2025 through March 31, 2025 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| March 1, 2025 through March 31, 2025 | $46,880.00[1] | $3,382.97 | $50,262.97 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $37,504.00 | $3,382.97 | $40,886.97 |

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: April 25, 2025                      **BURNS BAIR LLP**

                                    By: /s/ *Jesse J. Bair*
                                        Jesse J. Bair

                                        *Special Insurance Counsel to the Official*
                                        *Committee of Unsecured Creditors*

# EXHIBIT 1



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :** 4/18/2025
**Bill # :** 01903

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 3/4/2025 | Jesse Bair | Participate in portion of state court counsel meeting re litigation and mediation issues (.6); | 0.60 | $540.00 |
| 3/4/2025 | Brian Cawley | Participate in state court counsel meeting for insurance purposes (.8); | 0.80 | $440.00 |
| 3/6/2025 | Brian Cawley | Participate in Committee meeting for insurance purposes (1.2); | 1.20 | $660.00 |
| 3/11/2025 | Brian Cawley | Participate in Committee meeting for insurance purposes (.9); | 0.90 | $495.00 |
| 3/11/2025 | Jesse Bair | Participate in Committee meeting for insurance purposes re case mediation and litigation issues (.9); | 0.90 | $810.00 |
| 3/18/2025 | Timothy Burns | Participate in state court counsel meeting for insurance purposes (.5); | 0.50 | $560.00 |
| 3/18/2025 | Jesse Bair | Participate in state court counsel meeting re case developments and mediation (.5); | 0.50 | $450.00 |
| 3/20/2025 | Jesse Bair | Participate in Committee meeting for insurance purposes re case developments, mediation, and pending motions (1.1); participate in conference with T. Burns re outcome of same and next-steps (.1); | 1.20 | $1,080.00 |
| | | **Totals for Committee Meetings** | **6.60** | **$5,035.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 3/3/2025 | Jesse Bair | Review and respond to correspondence with PSZJ and B. Horn re interim fee notice of hearing (.1); | 0.10 | $90.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 3/4/2025 | Jesse Bair | Review and edit Burns Bair monthly fee statement (.1); | 0.10 | $90.00 |
| 3/4/2025 | Brenda Horn-Edwards | Draft monthly fee statement and certificate of service (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 3/4/2025 | Brenda Horn-Edwards | File and serve monthly fee statement (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 3/4/2025 | Jesse Bair | Review and respond to correspondence with PSZJ and B. Horn-Edwards re fee amounts and notice of hearing re interim fee applications (.1); review and edit Burns Bair's interim fee application and accompanying exhibits (.8); | 0.90 | $810.00 |
| 3/5/2025 | Jesse Bair | Finish reviewing and editing Burns Bair's interim fee statement and accompanying exhibits (.1); correspond with PSZJ and B. Horn-Edwards re same (.1); | 0.20 | $180.00 |
| 3/5/2025 | Brenda Horn-Edwards | Revise and finalize fourth interim fee application, exhibits, and declaration of J. Bair (.4); correspond with J. Bair re same (.1); | 0.50 | $170.00 |
| 3/6/2025 | Brenda Horn-Edwards | File fourth interim fee application (.1); file declaration of J. Bair (.1); correspond with J. Bair and G. Brown (.1); | 0.30 | $102.00 |
| 3/6/2025 | Jesse Bair | Review various correspondence with PSZJ and B. Horn-Edwards re finalization of interim fee statements and hearing re same (.1); | 0.10 | $90.00 |
| 3/18/2025 | Jesse Bair | Correspond with G. Brown and B. Horn-Edwards re monthly fee statements (.1); | 0.10 | $90.00 |
| 3/18/2025 | Brenda Horn-Edwards | Correspond with J. Bair re monthly fee statement (.1); | 0.10 | $34.00 |
| 3/31/2025 | Jesse Bair | Review and edit monthly fee statement (.1); | 0.10 | $90.00 |
| 3/31/2025 | Brenda Horn-Edwards | Draft monthly professional fee statement and certificate of service (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 3/31/2025 | Brenda Horn-Edwards | File and serve Burns Bair monthly professional fee statement (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| | | **Totals for Fee Applications** | **3.70** | **$2,154.00** |

**Hearings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 3/13/2025 | Brian Cawley | Attend case status conference and motion hearing re aggregate claim data for insurance purposes (2.2); | 2.20 | $1,210.00 |
| 3/27/2025 | Timothy Burns | Attend stay relief hearing for insurance purposes (1.7); | 1.70 | $1,904.00 |

| 3/27/2025 | Jesse Bair | Participate in lift stay hearing for insurance purposes (1.7); | 1.70 | $1,530.00 |
| | | **Totals for Hearings** | **5.60** | **$4,644.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 3/3/2025 | Jesse Bair | Review B. Michael correspondence re case developments and agenda for state court counsel meeting (.1); | 0.10 | $90.00 |
| 3/5/2025 | Jesse Bair | Review docket entry re procedures for upcoming hearing and status conference (.1); | 0.10 | $90.00 |
| 3/6/2025 | Karen Dempski | Docket/calendar status conference and interim fee applications hearing (.1); | 0.10 | $34.00 |
| 3/6/2025 | Jesse Bair | Review and respond to B. Cawley email memo re outcome of Committee meeting and case next-steps (.2); | 0.20 | $180.00 |
| 3/6/2025 | Jesse Bair | Brief review re the Committee's reply in support of its aggregate claims data motion (.1); | 0.10 | $90.00 |
| 3/6/2025 | Brian Cawley | Draft email memo re outcome of Committee meeting and case next-steps (.3); follow-up correspondence with T. Burns and J. Bair re same (.1); | 0.40 | $220.00 |
| 3/8/2025 | Jesse Bair | Review and respond to correspondence with PSZJ re aggregate claims data motion arguments (.1); | 0.10 | $90.00 |
| 3/12/2025 | Jesse Bair | Review the debtor's status conference statement (.1); correspond with PSZJ re insurance issues with same (.1); | 0.20 | $180.00 |
| 3/12/2025 | Jesse Bair | Review and respond to correspondence with PSZJ re insurance lift stay arguments (.2); | 0.20 | $180.00 |
| 3/13/2025 | Jesse Bair | Review and respond to correspondence with B. Cawley re insurance issues in connection with case status conference (.1); | 0.10 | $90.00 |
| 3/13/2025 | Brian Cawley | Draft email memo re outcome of aggregate claim data hearing, case status conference, and next-steps (.5); | 0.50 | $275.00 |
| 3/14/2025 | Timothy Burns | Review the Committee's Reply ISO Disclosure of Diocesan Documents (.2); review B. Cawley's summary of Committee meeting (.1); | 0.30 | $336.00 |
| 3/14/2025 | Jesse Bair | Participate in conference with B. Cawley re outcome of hearing re the Committee's aggregate data motion and case status conference (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/14/2025 | Jesse Bair | Review the debtor's opposition to the Committee's lift stay motion (.6); review certain insurers' opposition to same (.5); | 1.10 | $990.00 |
| 3/17/2025 | Jesse Bair | Draft insurance insert for Committee lift stay reply brief (.4); case law research in connection with same (.3); | 0.70 | $630.00 |
| 3/17/2025 | Jesse Bair | Review and respond to correspondence with PSZJ re lift stay insurance developments (.1); | 0.10 | $90.00 |
| 3/17/2025 | Jesse Bair | Review B. Michael summary re recent hearing re aggregate claims data motion and status conference outcome and next-steps (.1); participate in conference with T. Burns re upcoming mediation (.1); | 0.20 | $180.00 |
| 3/17/2025 | Jesse Bair | Participate in conference with state court counsel and T. Burns re case insurance issues (.3); | 0.30 | $270.00 |
| 3/17/2025 | Timothy Burns | Participate in conference with state court counsel and J. Bair re case insurance issues (.3); | 0.30 | $336.00 |
| 3/17/2025 | Timothy Burns | Review Debtor's Status Conference statement and related correspondence with J. Stang (.1); | 0.10 | $112.00 |
| 3/17/2025 | Timothy Burns | Review correspondence with BB and PSZJ re lift stay motion (.1); review correspondence with BB and the mediators re mediation (.1); review PSZJ summary of 3/13 hearing outcome (.1); | 0.30 | $336.00 |
| 3/17/2025 | Timothy Burns | Participate in conference with J. Bair re upcoming mediation (.1); | 0.10 | $112.00 |
| 3/17/2025 | Timothy Burns | Review Brian Cawley summary re aggregate claim data hearing outcome and next-steps (.1); review correspondence with PSZJ and BB re relief from stay motion (.1); review Zamora Declaration in support of opposition brief re relief from stay (.1); | 0.30 | $336.00 |
| 3/18/2025 | Timothy Burns | Prepare for bi-weekly state court counsel meeting (.3); | 0.30 | $336.00 |
| 3/18/2025 | Timothy Burns | Participate in conference with PSZJ and J. Bair re mediation preparations and strategy (.6); | 0.60 | $672.00 |
| 3/18/2025 | Timothy Burns | Review email from BB to Blank Rome re status conference statement and confidentiality issues re insurance policies (.1); | 0.10 | $112.00 |
| 3/18/2025 | Brian Cawley | Identify preliminary bates ranges for policy documents to be declassified (.5); | 0.50 | $275.00 |
| 3/18/2025 | Timothy Burns | Conference with B. Cawley re March 26 mediation (.1); review and respond to B. Cawley's email re mediation (.1); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/18/2025 | Jesse Bair | Participate in conference with PSZJ and T. Burns re mediation preparations and strategy (.6); | 0.60 | $540.00 |
| 3/18/2025 | Jesse Bair | Review and respond to correspondence with the Diocese re confidentiality of insurance policy documents and re-designation of same (.3); | 0.30 | $270.00 |
| 3/18/2025 | Jesse Bair | Correspond with the mediators' office and BB team re upcoming mediation session (.1); | 0.10 | $90.00 |
| 3/19/2025 | Jesse Bair | Review and edit the Committee's lift stay reply brief (.7); correspond with PSZJ re same (.1); | 0.80 | $720.00 |
| 3/19/2025 | Jesse Bair | Participate in meet and confer with the debtor re policy confidentiality issues (.4); follow-up correspondence with the debtor re same and unsealed insurance declaration (.1); review and respond to correspondence with PSZJ re same and next-steps (.2); | 0.70 | $630.00 |
| 3/19/2025 | Jesse Bair | Conference with T. Burns re case strategy, assignments, and developments (.1); | 0.10 | $90.00 |
| 3/19/2025 | Timothy Burns | Conference with J. Bair re case strategy, assignments, and developments (.1); | 0.10 | $112.00 |
| 3/19/2025 | Timothy Burns | Participate in call with state court counsel re mediation developments (.2); | 0.20 | $224.00 |
| 3/20/2025 | Timothy Burns | Participate in call with state court counsel re mediation issues and insurance strategy (.2); | 0.20 | $224.00 |
| 3/20/2025 | Timothy Burns | Correspondence with Committee professionals re mediator call (.1); conference with J. Bair re same and outcome of Committee meeting (.1); participate in brief call with mediator re case issues (.1); | 0.30 | $336.00 |
| 3/20/2025 | Timothy Burns | Review and respond to correspondence with B. Michael re mediation issues (.1); | 0.10 | $112.00 |
| 3/20/2025 | Jesse Bair | Additional correspondence with the debtor re insurance confidentiality issues (.1); | 0.10 | $90.00 |
| 3/21/2025 | Jesse Bair | Participate in pre-session call with the mediators and Committee professionals (.3); | 0.30 | $270.00 |
| 3/21/2025 | Jesse Bair | Correspond with PSZJ re insurance confidentiality issues in connection with upcoming lift stay hearing (.1); | 0.10 | $90.00 |
| 3/21/2025 | Timothy Burns | Participate in call with mediators and Committee professionals re upcoming mediation (.3); | 0.30 | $336.00 |
| 3/22/2025 | Timothy Burns | Review the Committee's Reply Brief re Stay Relief for Trial Ready Cases (.2); | 0.20 | $224.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/22/2025 | Timothy Burns | Prepare for mediation by reviewing Committee insurance presentations and related coverage summaries (.7); | 0.70 | $784.00 |
| 3/24/2025 | Timothy Burns | Review transcript of March 13 hearing in preparation for mediation (1.1); | 1.10 | $1,232.00 |
| 3/24/2025 | Timothy Burns | Review correspondence re B. Michael and state court counsel re mediation (.1); | 0.10 | $112.00 |
| 3/25/2025 | Jesse Bair | Prepare for mediation session (.1); participate in full-day mediation session for insurance purposes (6.1); | 6.20 | $5,580.00 |
| 3/25/2025 | Jesse Bair | Participate in conference with PSZJ re preparations and strategy for lift stay hearing (.4); | 0.40 | $360.00 |
| 3/25/2025 | Jesse Bair | Participate in post-mediation conference with the mediator and PSZJ re session outcome and next-steps (.4) | 0.40 | $360.00 |
| 3/25/2025 | Brian Cawley | Begin analyzing debtor insurance production to identify package policy information to be redacted for publicly available materials (1.1); | 1.10 | $605.00 |
| 3/25/2025 | Timothy Burns | Finish preparing for mediation session (.7); | 0.70 | $784.00 |
| 3/25/2025 | Timothy Burns | Participate in full-day mediation session (6.1); | 6.10 | $6,832.00 |
| 3/25/2025 | Timothy Burns | Review B. Cawley correspondence re insurance policy re-designation project (.1); | 0.10 | $112.00 |
| 3/26/2025 | Timothy Burns | Review correspondence with PSZJ and the mediators re April mediation session (.2); | 0.20 | $224.00 |
| 3/26/2025 | Timothy Burns | Review Court Order re claims data and IRB minutes (.2); | 0.20 | $224.00 |
| 3/26/2025 | Jesse Bair | Review order granting the Committee's aggregate claim data motion (.2); | 0.20 | $180.00 |
| 3/26/2025 | Jesse Bair | Correspond with J. Stang re insurance issues in connection with upcoming lift stay hearing (.1); | 0.10 | $90.00 |
| 3/26/2025 | Timothy Burns | Review correspondence with PSZJ and the Committee re court rulings re claims data and IRB minutes (.2); | 0.20 | $224.00 |
| 3/26/2025 | Brian Cawley | Continue analyzing debtor insurance production to identify package policy information to be redacted for publicly available materials (1.4); | 1.40 | $770.00 |
| 3/27/2025 | Timothy Burns | Review B. Michael correspondence re decision on disclosure motion (.1); review correspondence with PSZJ and BB re stay relief hearing insurance issues (.2); | 0.30 | $336.00 |
| 3/27/2025 | Brian Cawley | Continue analyzing policy documents for package policy material to be redacted (2.7); | 2.70 | $1,485.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/27/2025 | Jesse Bair | Participate in call with J. Stang re insurance-related preparations for motion to lift stay (.1); follow-up correspondence with J. Stang re same (.1); | 0.20 | $180.00 |
| 3/27/2025 | Jesse Bair | Prepare for lift stay hearing (.3) | 0.30 | $270.00 |
| 3/27/2025 | Jesse Bair | Participate in call with J. Stang re outcome of lift stay hearing and next-steps (.1); | 0.10 | $90.00 |
| 3/28/2025 | Timothy Burns | Review correspondence with B. Michael and state court counsel re case developments (.1); | 0.10 | $112.00 |
| 3/28/2025 | Brian Cawley | Continue analyzing policy documents for package policy material to be redacted (2.6); | 2.60 | $1,430.00 |
| 3/31/2025 | Jesse Bair | Correspond with B. Cawley and PSZJ re outstanding insurance discovery (.1); | 0.10 | $90.00 |
| 3/31/2025 | Brian Cawley | Complete review of debtor insurance document production for potentially confidential package policy information and send summary to co-counsel (2.1); | 2.10 | $1,155.00 |
| 3/31/2025 | Timothy Burns | Review correspondence with PSZJ and BB re preliminary injunction issues (.1); | 0.10 | $112.00 |
| | | **Totals for Insurance Recovery Activities** | **40.00** | **$35,047.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **55.90** | **$46,880.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 03/04/2025 | Postage | $1.01 |
| 03/24/2025 | Hotel, J. Bair (2 nights) | $936.50 |
| 03/24/2025 | Hotel, T. Burns (1 night) | $468.25 |
| 03/24/2025 | Travel meal, T. Burns | $9.93 |
| 03/24/2025 | Taxi, J. Bair (airport to hotel) | $69.75 |
| 03/24/2025 | Uber, T. Burns (airport to hotel) | $138.39 |
| 03/24/2025 | United Airlines Inflight Wi-Fi, T. Burns (MSN-DEN) | $8.00 |
| 03/24/2025 | United Airlines Inflight Wi-Fi, T. Burns (DEN-SFO) | $8.00 |
| 03/24/2025 | Delta Airlines, J. Bair (MSN-SFO, March 24-26) | $796.37 |
| 03/24/2025 | United Airlines, T. Burns (MSN-SFO, March 24-26) | $796.37 |
| 03/25/2025 | Travel meal, T. Burns | $9.78 |
| 03/26/2025 | Airport parking, J. Bair | $20.00 |
| 03/26/2025 | Uber, J. Bair (hotel to airport) | $119.61 |
| 03/31/2025 | Postage | $1.01 |

| | | |
|---|---|---|
| **Total Expenses** | | **$3,382.97** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Brenda Horn-Edwards | Paralegal | 2.10 | $340.00 | $714.00 |
| Brian Cawley | Associate | 16.40 | $550.00 | $9,020.00 |
| Jesse Bair | Partner | 21.20 | $900.00 | $19,080.00 |
| Karen Dempski | Paralegal | 0.10 | $340.00 | $34.00 |
| Timothy Burns | Partner | 16.10 | $1,120.00 | $18,032.00 |

**Total Due This Invoice:  $50,262.97**

Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
        jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

I, Brenda Horn-Edwards, declare that I am employed in the County of Dane, State of Wisconsin. I am over the age of 18 and not a party to the within action. My business address is 10 E. Doty Street, Suite 600, Madison, Wisconsin 53703.

On April 25, 2025, I served a true and correct copy of the **Monthly Professional Fee Statement for Burns Bair LLP for March 2025** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **April 25, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the participants on the attached Electronic Mail Notice List will receive NEF transmission at the email address stated. |

| | |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Dane County, Wisconsin, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached Email Service List at the email address stated. |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on April 25, 2025, at Madison, Wisconsin.

*/s/ Brenda Horn-Edwards*
Brenda Horn-Edwards

2

## ELECTRONIC MAIL NOTICE LIST

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Brian P. Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M DAlelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon)
lukeeaton@cozen.com, monugiac@pepperlaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
twevanston@duanemorris.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@duanemorris.com

Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

Jennifer R Liakos on behalf of Interested Party LL John Doe JU
jenn@jennliakoslaw.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF
greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@duanemorris.com


Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
samantha.ruben@dentons.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Devin Miles Storey on behalf of Creditor John MS Roe SF
dms@zalkin.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

# LIMITED SERVICE LIST

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair<br>Timothy Burns<br>Brian P Cawley | | jbair@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com<br>bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Alexander Potente<br>Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Nancy Lima<br>Yongli Yang<br>Jason J Chorley<br>Daniel James<br>Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |

| | | | | |
|---|---|---|---|---|
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Joshua Haevernick 1999 Harrison St, Ste 1300 Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Patrick C Maxcy John Grossbart 233 S Wacker Dr, Ste 5900 Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi.chi@dentons.com patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Allan Diamond Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Russell W Roten Andrew Mina Betty Luu 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com AMina@duanemorris.com BLuu@duanemorris.com TWEvanston@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Andrew Mina Betty Luu | | amina@duanemorris.com BLuu@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061 West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Stephen Estey 2869 India St San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul Pascuzzi Thomas Phinney Jason Rios 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com tphinney@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul Pascuzzi  Jason Rios | | ppascuzzi@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397 Atlanta, GA 30374 | | |

| | | | | |
|---|---|---|---|---|
| *NOA - Request for Notice | H.F. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia DeSeguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com<br>monugiac@pepperlaw.com |
| Registered ECF User | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Darren Azman<br>Lisa A. Linsky<br>Natalie Rowles<br>Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com<br>mco@mwe.com<br>dnorthrop@mwe.com |

| | | | | |
|---|---|---|---|---|
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Jason Blumberg<br>Trevor R Fehr<br>Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen<br>John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Todd C Jacobs<br>John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Harris B Winsberg<br>Matthew M Weiss<br>R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |

| | | | | |
|---|---|---|---|---|
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Melissa M D'Alelio<br>Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Annette P Rolain<br>Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett<br>Pl City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Ori Katz<br>Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Jeannie Kim<br>Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |

| | | | |
|---|---|---|---|
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Jeff D Kahane/Timothy W Evanston<br>Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |