Berkeley Research Group, LLC
Matthew K. Babcock
D. Ray Strong
Paul N. Shields
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email:  mbabcock@thinkbrg.com
         rstrong@thinkbrg.com
         pshields@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO | |
| Debtor. | Chapter 11 Cases |

**FOURTEENTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2025 THROUGH MARCH 31, 2025**

| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2025 – March 31, 2025 |
| Amount of Compensation Requested:[1] | $67,778.55 |
| Less 20% Holdback: | $13,555.71 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $54,222.84 |

1.      Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Fourteenth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2025 through March 31, 2025 (the "Fee Period"). By this fourteenth statement, BRG seeks payment in the amount of $54,222.84 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2.      Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $7,530.95 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4.      In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$54,222.84** which consists of eighty percent (80%) of BRG's total fees of **$67,778.55** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

1    Dated: April 18, 2024                      Respectfully submitted,

2                                               By:  _/s/ D. Ray Strong_

3                                               D. Ray Strong
                                                Berkeley Research Group, LLC
                                                201 South Main Street, Suite 450
4                                               Salt Lake City, Utah 84111
                                                Telephone: (801) 364-6233
5                                               Email:  rstrong@thinkbrg.com

6                                               *Financial Advisors to the Official Committee*
                                                *of Unsecured Creditors*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
### Exhibit A: Summary of Fees By Professional

For the Period 03/01/25 through 03/31/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 0.7 | $626.50 |
| R. Strong | Managing Director | $855.00 | 17.1 | $14,620.50 |
| M. Babcock | Managing Director | $795.00 | 1.6 | $1,272.00 |
| J. Funk | Associate Director | $670.00 | 2.0 | $1,340.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 53.5 | $28,622.50 |
| S. Chaffos | Consultant | $440.00 | 47.4 | $20,856.00 |
| A. Stubbs | Associate | $340.00 | 21.7 | $7,378.00 |
| M. Kuhn | Case Assistant | $180.00 | 3.3 | $594.00 |
| **TOTAL** | | | **147.3** | **$75,309.50** |
| **Agreed Upon Concession:** | **10%** | | | **($7,530.95)** |
| **TOTAL REQUESTED FEES** | | | | **$67,778.55** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$460.14** |

# EXHIBIT B



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit B: Summary of Fees By Task Code

For the Period 03/01/25 through 03/31/25

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 25.0 | $12,254.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.0 | $1,340.00 |
| 300.00 - Asset Analysis (General - Debtors) | 19.4 | $10,554.00 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 30.3 | $14,721.00 |
| 304.00 - Asset Analysis (General - Parishes) | 18.7 | $8,997.00 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 13.3 | $5,146.00 |
| 332.00 - Asset Analysis (Real Property - Related Non-Debtors) | 7.4 | $2,905.00 |
| 334.00 - Asset Analysis (Real Property - Parishes) | 14.5 | $9,646.50 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 2.2 | $1,673.50 |
| 600.00 - Claims / Liability Analysis (General) | 3.0 | $1,070.00 |
| 1020.00 - Meeting Preparation & Attendance | 8.0 | $5,900.00 |
| 1060.00 - Fee Application Preparation & Hearing | 3.5 | $1,102.50 |
| **TOTAL** | **147.3** | **$75,309.50** |
| **Agreed Upon Concession:** 10% | | **($7,530.95)** |
| **TOTAL REQUESTED FEES** | | **$67,778.55** |
| **BLENDED RATE AFTER CONCESSION** | | **$460.14** |

# **EXHIBIT C**



| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| | | | | |

**200.90 - Document / Data Analysis (Production Requests)**

| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| 03/05/25 | C. Tergevorkian | 1.1 | $588.50 | Updated documents tracker with recent financial documents to identify outstanding requests. |
| 03/12/25 | S. Chaffos | 1.7 | $748.00 | Evaluated APRIO-001 and APRIO-002 document production to determine the overlap of documentation. |
| 03/12/25 | C. Tergevorkian | 0.9 | $481.50 | Evaluated Aprio's second production of documents to assess completeness of information. |
| 03/20/25 | S. Chaffos | 2.3 | $1,012.00 | Analyzed BMP-002 index overlay document production from auditors  (received 10/11/2024) for affiliate RPSC (2017 - 2020) to assess completeness of production. |
| 03/20/25 | S. Chaffos | 1.7 | $748.00 | Analyzed BMP-002 index overlay document production from auditors (received 10/11/2024) for affiliate RPSC (2020- 2024) to assess completeness of production. |
| 03/24/25 | C. Tergevorkian | 2.2 | $1,177.00 | Prepared schedule summarizing the audit workpaper documents produced for each entity. |
| 03/24/25 | C. Tergevorkian | 1.6 | $856.00 | Updated documents tracker to include Debtor responses to outstanding high priority requests. |
| 03/24/25 | C. Tergevorkian | 0.8 | $428.00 | Updated documents tracker to identify compliance with requests regarding recent Baker Tilley documents for Catholic Charities. |
| 03/25/25 | C. Tergevorkian | 0.9 | $481.50 | Evaluated Baker Tilley's first production of audit workpapers for compliance with UCC Committee requests. |
| 03/26/25 | S. Chaffos | 1.9 | $836.00 | Analyzed BMP-003 index overlay document production provided by auditors (received 02/25/2025) for assessment of compliance with requests. |
| 03/26/25 | S. Chaffos | 1.4 | $616.00 | Analyzed BMP-003 index overlay document production provided by auditors (received 02/25/2025) for Archbishop Riordan High School (2016 - 2024) to assess compliance with requests. |
| 03/26/25 | S. Chaffos | 1.2 | $528.00 | Analyzed BMP-003 index overlay document production provided by auditors (received 02/25/2025) for Junipero Serra High School (2019 - 2024) to assess compliance with requests. |
| 03/26/25 | C. Tergevorkian | 0.9 | $481.50 | Evaluated Baker Tilley's first production of audit workpapers to assess compliance with requests. |
| 03/27/25 | S. Chaffos | 1.6 | $704.00 | Analyzed BMP-003 index overlay of document production provided by auditors (received 02/25/2025) for Marin Catholic High School (2017 - 2023) to assess completeness. |



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 03/01/25 through 03/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 03/27/25 | C. Tergevorkian | 1.1 | $588.50 | Evaluated BPM's third production of audit workpapers to identify inquiries relating to completeness. |
| 03/27/25 | C. Tergevorkian | 0.9 | $481.50 | Evaluated Baker Tilley's second production of audit workpapers to identify inquires relating to completeness. |
| 03/28/25 | C. Tergevorkian | 1.5 | $802.50 | Analyzed Debtor's responses to outstanding document requests for comparison with productions. |
| 03/28/25 | C. Tergevorkian | 1.3 | $695.50 | Analyzed audit workpapers provided to date to locate any outstanding financials. |
| *Task Code:* **200.90** | | *25.0* | *$12,254.00* | *Totals* |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 03/05/25 | J. Funk | 0.2 | $134.00 | Continued to update comparative MOR financial analysis for UCC monitoring of post-petition debtor activities. |
| 03/07/25 | J. Funk | 1.8 | $1,206.00 | Updated comparative MOR financial analysis for UCC monitoring of post-petition debtor activities. |
| *Task Code:* **220.00** | | *2.0* | *$1,340.00* | *Totals* |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 03/03/25 | S. Chaffos | 2.5 | $1,100.00 | Analyzed the cash / investment general ledger activity for updates to cash / investment analysis). |
| 03/03/25 | S. Chaffos | 1.4 | $616.00 | Continued analyzing the cash / investment general ledger activity for updates to cash / investment analysis). |
| 03/03/25 | S. Chaffos | 0.4 | $176.00 | Met with BRG (RS) to discuss GL transaction data analysis for asset analyses. |
| 03/03/25 | R. Strong | 0.4 | $342.00 | Met with BRG (SC) to discuss GL transaction data analysis for ongoing asset analyses. |
| 03/05/25 | R. Strong | 1.5 | $1,282.50 | Updated cash receipts and disbursement analyses for ongoing enterprise asset evaluation. |
| 03/05/25 | C. Tergevorkian | 1.3 | $695.50 | Evaluated BPM's second and third productions relating to audit workpapers for asset analyses. |
| 03/10/25 | C. Tergevorkian | 0.7 | $374.50 | Analyzed recent document production (March 7, 2025 - Sacred Heart Financials) for asset analyses. |
| 03/10/25 | C. Tergevorkian | 0.7 | $374.50 | Evaluated Sacred Heart HS comparative financial statement analysis (2013 - 2024) for asset analysis. |

Case: 23-30564    Doc# 1163    Filed: 04/25/25    Entered: 04/25/25 11:35:23    Page 11 of 31



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 03/01/25 through 03/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 03/10/25 | A. Stubbs | 0.3 | $102.00 | Updated comparative balance sheet analysis to include data from 2024 Seminary Audit for asset analyses. |
| 03/10/25 | A. Stubbs | 0.2 | $68.00 | Updated comparative balance sheet analysis to include data from 2024 Sacred Heart Cathedral Prep HS Audit for asset analyses. |
| 03/13/25 | C. Tergevorkian | 0.5 | $267.50 | Evaluated recent document productions to update asset analyses. |
| 03/17/25 | C. Tergevorkian | 2.0 | $1,070.00 | Updated BRG asset profile schedule to include additional financial data received in document productions. |
| 03/20/25 | C. Tergevorkian | 0.9 | $481.50 | Evaluated document productions Baker Tilley audit workpapers on Vallombrosa for Debtor asset analysis. |
| 03/25/25 | S. Chaffos | 2.2 | $968.00 | Analyzed the cash / investment general ledger data for cash / investment analysis. |
| 03/25/25 | S. Chaffos | 0.4 | $176.00 | Met with BRG (CT) to discuss updates to ongoing asset analyses pursuant to review of recent document productions. |
| 03/25/25 | C. Tergevorkian | 0.4 | $214.00 | Met with BRG (SC) to discuss updates to ongoing asset analyses resulting from evaluation of recent document productions. |
| 03/26/25 | C. Tergevorkian | 1.1 | $588.50 | Analyzed recently provided documents (March 26, 2025 - Cemeteries) for asset analysis. |
| 03/31/25 | R. Strong | 1.0 | $855.00 | Attended call with BRG (CT) regarding analysis of new audit work paper productions for asset analyses. |
| 03/31/25 | C. Tergevorkian | 1.0 | $535.00 | Met with BRG (RS) to discuss audit workpaper analyses for updates to asset analyses. |
| 03/31/25 | C. Tergevorkian | 0.5 | $267.50 | Analyzed audit workpapers provided to date for update to asset analyses. |
| *Task Code: 300.00* | | *19.4* | *$10,554.00* | *Totals* |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 03/05/25 | C. Tergevorkian | 0.9 | $481.50 | Evaluated Aprio's second production relating to CASC audit workpapers for asset analyses. |
| 03/05/25 | C. Tergevorkian | 0.8 | $428.00 | Evaluated CASC's sixth production of documents for asset analyses. |
| 03/10/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed recent document production (March 10, 2025 - Seminary Financials) for asset analyses. |

Case: 23-30564    Doc# 1163    Filed: 04/25/25    Entered: 04/25/25 11:35:23    Page 12 of 31



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 03/01/25 through 03/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

**302.00 - Asset Analysis (General - Related Non-Debtors)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 03/10/25 | C. Tergevorkian | 0.7 | $374.50 | Evaluated Seminary comparative financial statement analysis (2013 - 2024) for updates to asset analyses. |
| 03/10/25 | S. Chaffos | 0.5 | $220.00 | Met with BRG (CT) to discuss recent document productions (CASC, BPM & Aprio). |
| 03/10/25 | C. Tergevorkian | 0.5 | $267.50 | Met with BRG (SC) to discuss recent document productions (CASC, BPM, & Aprio). |
| 03/10/25 | A. Stubbs | 0.4 | $136.00 | Updated comparative income statement analysis to include data from 2024 Seminary Audit for ability-to-pay analyses. |
| 03/10/25 | A. Stubbs | 0.3 | $102.00 | Updated comparative income statement analysis to include data from 2024 Sacred Heart Cathedral Prep HS Audit for ability-to-pay analyses. |
| 03/10/25 | A. Stubbs | 0.2 | $68.00 | Updated comparative balance sheet analysis to include data from 2023 Seminary Audit for asset analyses. |
| 03/10/25 | A. Stubbs | 0.2 | $68.00 | Updated comparative income statement analysis to include data from 2023 Seminary Audit for ability-to-pay analyses. |
| 03/11/25 | S. Chaffos | 2.4 | $1,056.00 | Analyzed CASC-006 document production (1,755 files) by year (2011 - 2023) for asset analyses. |
| 03/11/25 | C. Tergevorkian | 1.7 | $909.50 | Analyzed recent document production (March 11, 2025 - CASC) for asset analyses. |
| 03/11/25 | C. Tergevorkian | 1.3 | $695.50 | Analyzed CASC participant schedules (June 30, 2024) for updates to asset analyses. |
| 03/11/25 | A. Stubbs | 0.4 | $136.00 | Updated comparative financial statements for CASC using data from 2024 audit. |
| 03/12/25 | S. Chaffos | 2.1 | $924.00 | Analyzed CASC-006 document production (1,755 files) by categories (emails, D&L, investment pool, and etc.) for asset analyses. |
| 03/12/25 | S. Chaffos | 1.4 | $616.00 | Analyzed APRIO-002 document production (524 files) document production by year for asset analyses. |
| 03/12/25 | C. Tergevorkian | 1.0 | $535.00 | Analyzed recent document production (March 11, 2025 - RPSC) for asset analyses. |
| 03/12/25 | C. Tergevorkian | 0.6 | $321.00 | Evaluated CASC's sixth production of documents for asset analyses. |
| 03/12/25 | S. Chaffos | 0.5 | $220.00 | Met with BRG (CT) regarding evaluation of audit work paper productions (CASC-006, APRO-001, APRO-002) for asset analysis. |

Case: 23-30564    Doc# 1163    Filed: 04/25/25    Entered: 04/25/25 11:35:23    Page 13 of 31



| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 03/12/25 | C. Tergevorkian | 0.5 | $267.50 | Met with BRG (SC) to discuss analysis of CASC & Aprio audit work paper productions for asset analysis. |
| 03/17/25 | C. Tergevorkian | 1.8 | $963.00 | Analyzed CASC participant investment balances (FY2023 & FY2024) for updates to asset analyses. |
| 03/19/25 | C. Tergevorkian | 1.5 | $802.50 | Analyzed recent document production (March 19, 2025 - Baker Tilley) for affiliate asset analyses. |
| 03/20/25 | C. Tergevorkian | 1.0 | $535.00 | Evaluated document productions for CASC asset analysis. |
| 03/20/25 | C. Tergevorkian | 1.0 | $535.00 | Evaluated document productions for RPSC asset analysis. |
| 03/20/25 | C. Tergevorkian | 0.9 | $481.50 | Evaluated document productions Baker Tilley audit workpapers for Seminary asset investigation. |
| 03/21/25 | C. Tergevorkian | 1.2 | $642.00 | Evaluated BPM's second production of documents relating to RPSC for asset analysis. |
| 03/25/25 | S. Chaffos | 2.4 | $1,056.00 | Analyzed Baker Tilly document production (received 03/19/2025) for affiliates asset analyses; Seminary (2018 - 2024). |
| 03/26/25 | S. Chaffos | 1.8 | $792.00 | Analyzed Baker Tilly document production (received 03/24/2025) for affiliate asset; Catholic Charities (2023 - 2024). |
| 03/26/25 | S. Chaffos | 1.5 | $660.00 | Analyzed Baker Tilly document production (received 03/24/2025) for affiliate asset analysis; Catholic Charities (2020 - 2022). |
| **Task Code:  302.00** | | **30.3** | **$14,721.00** | **Totals** |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 03/05/25 | C. Tergevorkian | 0.8 | $428.00 | Evaluated document productions for updates to Parish Ability to Pay analysis (2024). |
| 03/05/25 | C. Tergevorkian | 0.7 | $374.50 | Evaluated document productions for updates to Parish Ability to Pay analysis (2023). |
| 03/13/25 | S. Chaffos | 0.2 | $88.00 | Met with BRG (CT) to discuss analysis of BPM002 document production for asset analyses. |
| 03/13/25 | C. Tergevorkian | 0.2 | $107.00 | Met with BRG (SC) to discuss analysis of BPM002 document production for asset analyses. |
| 03/19/25 | S. Chaffos | 1.4 | $616.00 | Analyzed the new overlay received from Debtor BMP-002 document production (3,812 files) to identify Parish documents by entity for asset analysis. |

Case: 23-30564    Doc# 1163    Filed: 04/25/25    Entered: 04/25/25 11:35:23    Page 14 of 31



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 03/01/25 through 03/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 03/20/25 | S. Chaffos | 2.1 | $924.00 | Analyzed BMP-002 document production (received 10/11/2024) for Parish asset analysis. |
| 03/20/25 | S. Chaffos | 1.9 | $836.00 | Continued analysis of BMP-002 document production (received 10/11/2024) for Parish asset analysis. |
| 03/20/25 | C. Tergevorkian | 0.9 | $481.50 | Evaluated document productions regarding Baker Tilley audit workpapers for Parish asset analysis. |
| 03/21/25 | S. Chaffos | 2.2 | $968.00 | Analyzed BMP-002 document production (received 10/11/2024) for updates to Parish asset analysis. |
| 03/21/25 | S. Chaffos | 1.8 | $792.00 | Continued analyzing BMP-002 document production (received 10/11/2024) for updates to Parish ability-to-pay analysis. |
| 03/21/25 | S. Chaffos | 1.7 | $748.00 | Continued analyzing BMP-002 document production (received 10/11/2024) for updates to Parish asset analysis. |
| 03/21/25 | C. Tergevorkian | 1.0 | $535.00 | Evaluated BPM's second production of documents relating to Parishes for asset analysis. |
| 03/26/25 | S. Chaffos | 2.0 | $880.00 | Analyzed Baker Tilly document production (received 03/19/2025) for Parishes asset analysis (Anselm, Cecilia, CSMA, and Patrick) (2018 - 2024). |
| 03/28/25 | R. Strong | 0.6 | $513.00 | Attended call with BRG (CT) regarding Debtor's responses to outstanding document requests for Parish financial statement analysis. |
| 03/28/25 | C. Tergevorkian | 0.6 | $321.00 | Met with BRG (RS) to discuss Debtor's responses to outstanding document requests in relation to Parish financial statement analysis. |
| 03/28/25 | C. Tergevorkian | 0.4 | $214.00 | Prepared list of Parish/Parish Schools to provide to UCC Counsel pursuant to inquires. |
| 03/28/25 | R. Strong | 0.2 | $171.00 | Evaluated Parish financial statement issues regarding FY 2004 financial requests. |
| ***Task Code: 304.00*** | | ***18.7*** | ***$8,997.00*** | ***Totals*** |
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 03/07/25 | A. Stubbs | 2.8 | $952.00 | Updated the master real estate analysis to include additional from document productions for division. |
| 03/07/25 | A. Stubbs | 1.5 | $510.00 | Updated the master real estate analysis to include additional information from documents production for archdiocese properties. |

Case: 23-30564   Doc# 1163   Filed: 04/25/25   Entered: 04/25/25 11:35:23   Page 15 of 31


**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 03/01/25 through 03/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 03/07/25 | C. Tergevorkian | 1.0 | $535.00 | Evaluated BRG's master real estate schedule for updates pursuant to recent document productions. |
| 03/12/25 | A. Stubbs | 2.8 | $952.00 | Updated real estate index to eliminate duplicate addresses. |
| 03/12/25 | A. Stubbs | 2.5 | $850.00 | Continued to update real estate index to eliminate duplicate addresses. |
| 03/12/25 | C. Tergevorkian | 1.2 | $642.00 | Updated master real estate file to include additional data from document productions. |
| 03/14/25 | C. Tergevorkian | 1.0 | $535.00 | Evaluated the updated master real estate file to include additional data. |
| 03/14/25 | A. Stubbs | 0.5 | $170.00 | Updated analysis of RPSC lease chart (RCABSF properties) for real estate analysis. |
| *Task Code:* **330.00** | | *13.3* | *$5,146.00* | *Totals* |
| **332.00 - Asset Analysis (Real Property - Related Non-Debtors)** | | | | |
| 03/07/25 | A. Stubbs | 1.3 | $442.00 | Updated the master real estate analysis to include additional information from document productions for affiliate properties. |
| 03/13/25 | A. Stubbs | 2.6 | $884.00 | Updated excel analysis of RPSC lease chart (RPSC properties) for real estate analysis. |
| 03/13/25 | A. Stubbs | 1.3 | $442.00 | Updated analysis of RPSC lease chart (RCABSF properties) for real estate analysis. |
| 03/13/25 | A. Stubbs | 0.8 | $272.00 | Prepared analysis of RPSC lease chart (RPSC properties) for real estate analysis. |
| 03/13/25 | C. Tergevorkian | 0.3 | $160.50 | Evaluated RPSC lease chart as of September 2024 for real estate analysis. |
| 03/13/25 | R. Strong | 0.2 | $171.00 | Attended meeting with BRG (MB) regarding RPSC real estate issues pursuant to UCC Counsel inquiries. |
| 03/13/25 | M. Babcock | 0.2 | $159.00 | Met with BRG (RS) to discuss RPSC real estate issues assets pursuant to UCC Counsel inquiries. |
| 03/14/25 | C. Tergevorkian | 0.7 | $374.50 | Evaluated RPSC lease chart as of September 2024 for real estate analysis. |
| *Task Code:* **332.00** | | *7.4* | *$2,905.00* | *Totals* |

**334.00 - Asset Analysis (Real Property - Parishes)**

Case: 23-30564    Doc# 1163    Filed: 04/25/25    Entered: 04/25/25 11:35:23    Page 16 of 31



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 03/01/25 through 03/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **334.00 - Asset Analysis (Real Property - Parishes)** | | | | |
| 03/03/25 | R. Strong | 1.5 | $1,282.50 | Analyzed available third party real estate data for updates to real estate analyses. |
| 03/03/25 | R. Strong | 1.4 | $1,197.00 | Updated real estate data for preparation schedule to provide to potential real estate valuation expert. |
| 03/04/25 | R. Strong | 1.3 | $1,111.50 | Continued updating real estate data preparation schedule to provide to potential real estate valuation expert pursuant to inquires from UCC Counsel. |
| 03/05/25 | R. Strong | 2.1 | $1,795.50 | Analyzed proposed real estate expert pricing to develop ranges of potential costs for valuation. |
| 03/06/25 | R. Strong | 0.2 | $171.00 | Attended call with BRG (MB) regarding real estate issues (identification / valuation) for Committee requests. |
| 03/06/25 | M. Babcock | 0.2 | $159.00 | Met with BRG (RS) to discuss real estate issues (including identification / valuation). |
| 03/07/25 | A. Stubbs | 1.0 | $340.00 | Updated the master real estate analysis to include additional information from document productions for Parish School properties. |
| 03/07/25 | C. Tergevorkian | 0.4 | $214.00 | Met with BRG (AS) to discuss updates to the master real estate analysis. |
| 03/07/25 | A. Stubbs | 0.4 | $136.00 | Met with BRG (CT) to discuss updates to the real estate master analysis. |
| 03/10/25 | A. Stubbs | 1.0 | $340.00 | Updated the master real estate analysis to include additional data for properties pursuant to UCC Counsel requests. |
| 03/17/25 | C. Tergevorkian | 1.5 | $802.50 | Updated master real estate file regarding Parish property. |
| 03/17/25 | R. Strong | 0.5 | $427.50 | Attended call with BRG (CT) regarding Parish real estate inquiry from UCC Counsel. |
| 03/17/25 | C. Tergevorkian | 0.5 | $267.50 | Met with BRG (RS) to discuss Parish real estate inquiries from UCC Counsel. |
| 03/18/25 | R. Strong | 0.5 | $427.50 | Analyzed recently produced documents by Debtor in preparation for call with UCC Counsel regarding real estate issues. |
| 03/21/25 | S. Chaffos | 1.0 | $440.00 | Met with BRG (CT) regarding the audit work document productions (Baker Tilly) for evaluation relating to asset analyses. |
| 03/21/25 | C. Tergevorkian | 1.0 | $535.00 | Met with BRG (SC) to discuss analysis of production of Baker Tilley documents for asset assessment. |

Case: 23-30564    Doc# 1163    Filed: 04/25/25    Entered: 04/25/25 11:35:23    Page 17 of 31



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 03/01/25 through 03/31/25

| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| **334.00 - Asset Analysis (Real Property - Parishes)** | | | | |
| *Task Code:* 334.00 | | *14.5* | *$9,646.50* | *Totals* |
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 03/25/25 | R. Strong | 0.5 | $427.50 | Discussed with BRG (SC) analysis of cash & investment activity for potential avoidance actions. |
| 03/25/25 | S. Chaffos | 0.5 | $220.00 | Met with BRG (RS) to discuss the cash and disbursement evaluation for potential avoidance actions. |
| 03/31/25 | R. Strong | 1.2 | $1,026.00 | Analyzed Seminary audit work papers for evaluation of asset transfers. |
| *Task Code:* 410.00 | | *2.2* | *$1,673.50* | *Totals* |
| **600.00 - Claims / Liability Analysis (General)** | | | | |
| 03/05/25 | A. Stubbs | 1.0 | $340.00 | Updated professional fee analysis to include payments made to professionals from MOR in January 2025 for Committee monitoring. |
| 03/05/25 | M. Kuhn | 0.5 | $90.00 | Updated professional fee analysis for January 2025 for Committee monitoring. |
| 03/11/25 | S. Chaffos | 1.3 | $572.00 | Analyzed the professional fee analysis through January 2025 for UCC Counsel inquiries. |
| 03/11/25 | A. Stubbs | 0.2 | $68.00 | Continued updated professional fee analysis to include payments made to professionals from MOR in January 2025. |
| *Task Code:* 600.00 | | *3.0* | *$1,070.00* | *Totals* |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 03/04/25 | R. Strong | 0.4 | $342.00 | Met with BRG (CT, MB) and UCC Counsel (BM, GB, JS) to discuss case status/asset analyses. |
| 03/04/25 | C. Tergevorkian | 0.4 | $214.00 | Met with BRG (RS, MB) and UCC Counsel (BM, GB, JS) to discuss case status/asset analyses. |
| 03/04/25 | M. Babcock | 0.4 | $318.00 | Met with UCC Counsel (JS, BM, GB) and BRG (RS, CT) to discuss case issues/asset analyses. |
| 03/11/25 | R. Strong | 0.7 | $598.50 | Attended status call with UCC Counsel (JS, GB, BM) and BRG (MB [partial], PS, CT) regarding discovery / asset analyses. |
| 03/11/25 | P. Shields | 0.7 | $626.50 | Attended status call with UCC Counsel (JS, GB, BM) and BRG (MB [partial], PS, CT) regarding discovery / asset analyses. |

Case: 23-30564     Doc# 1163     Filed: 04/25/25     Entered: 04/25/25 11:35:23     Page 18 of 31



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 03/01/25 through 03/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 03/11/25 | C. Tergevorkian | 0.7 | $374.50 | Met with BRG (PS, MB [partial], RS) and UCC Counsel (GB, BM, JS (partial)) to discuss discovery / asset analyses. |
| 03/11/25 | M. Babcock | 0.3 | $238.50 | Met with UCC Counsel (JS, BM, GB) and BRG (RS, PS, CT) to discuss asset analyses / discovery issues [partial]. |
| 03/18/25 | R. Strong | 0.5 | $427.50 | Attended status call with UCC Counsel (BM, GB) and BRG (MB, CT) regarding case / discovery issues. |
| 03/18/25 | C. Tergevorkian | 0.5 | $267.50 | Met with BRG (RS, MB) and UCC Counsel (BM, GB) to discuss case status / discovery issues. |
| 03/18/25 | M. Babcock | 0.5 | $397.50 | Met with UCC Counsel (BM, GB) and BRG (RS, CT) to discuss discovery / case issues. |
| 03/28/25 | R. Strong | 1.2 | $1,026.00 | Attended call with UCC Counsel (BM, AC [partial], GB) and BRG (CT) regarding document discovery issues / case status. |
| 03/28/25 | C. Tergevorkian | 1.2 | $642.00 | Met with BRG (RS) and UCC Counsel (BM, GB, AC [partial]) to discuss case status / outstanding document discovery issues. |
| 03/28/25 | R. Strong | 0.5 | $427.50 | Analyzed recent document productions in preparation for call with UCC Counsel. |
| **Task Code: 1020.00** | | **8.0** | **$5,900.00** | **Totals** |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 03/05/25 | M. Kuhn | 1.0 | $180.00 | Updated BRG's Fourth Interim Fee Application in preparation for filing. |
| 03/10/25 | M. Kuhn | 1.1 | $198.00 | Prepared February 2025 Monthly Fee Statement (including exhibits). |
| 03/13/25 | R. Strong | 0.7 | $598.50 | Analyzed draft exhibits for February monthly fee statement. |
| 03/13/25 | M. Kuhn | 0.5 | $90.00 | Prepared exhibits for monthly fee statement (February 2025). |
| 03/17/25 | M. Kuhn | 0.2 | $36.00 | Updated Monthly Fee Statement for February 2025 for filing. |
| **Task Code: 1060.00** | | **3.5** | **$1,102.50** | **Totals** |
| **TOTALS** | | **147.3** | **$75,309.50** | |

Case: 23-30564    Doc# 1163    Filed: 04/25/25    Entered: 04/25/25 11:35:23    Page 19 of 31

1   James I. Stang (CA Bar No. 94435)
    Debra I. Grassgreen (CA Bar No. 169978)
2   Gillian N. Brown (CA Bar No. 205132)
    Brittany M. Michael (*admitted pro hac vice*)
3   PACHULSKI STANG ZIEHL & JONES LLP
    One Sansome Street, Suite 3430
4   San Francisco, California 94104
    Telephone: 415.263.7000
5   Facsimile: 415.263.7010
    Email: jstang@pszjlaw.com
6          acaine@pszjlaw.com
           gbrown@pszjlaw.com
7          bmichael@pszjlaw.com

8   Counsel to the Official Committee of Unsecured Creditors

9                   **UNITED STATES BANKRUPTCY COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN FRANCISCO DIVISION**

12   In re:                              Case No.:  23-30564

13   THE ROMAN CATHOLIC ARCHBISHOP OF     Chapter 11
     SAN FRANCISCO,
14                                        **CERTIFICATE OF SERVICE**
            Debtor and Debtor in Possession.
15

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | STATE OF CALIFORNIA                    ) |
| 2 | CITY OF LOS ANGELES                  ) |

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On April 25, 2025, I caused to be served the **FOURTEENTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2025 THROUGH MARCH 31, 2025** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On April 25, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. See Attached. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 25, 2025, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

1   Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
    jared.a.day@usdoj.gov
2
    Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
3   mdetherage@robinskaplan.com

4   Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset
    Support Corporation
5   adiamond@diamondmccarthy.com

6   Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade
    Insurance Company of Lisbon)
7   lukeeaton@cozen.com, monugiac@pepperlaw.com

8   Michael W Ellison on behalf of Interested Party First State Insurance Company
    mellison@sehlaw.com, kfoster@sehlaw.com
9
    Stephen John Estey on behalf of Interested Party Dennis Fruzza
10  steve@estey-bomberger.com

11  Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and
    Certain London Market Companies
12  tevanston@skarzynski.com

13  Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
    trevor.fehr@usdoj.gov
14
    Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
15  dgallo@phrd.com

16  Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured
    Creditors
17  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

18  Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
19
    John Grossbart on behalf of Interested Party Appalachian Insurance Company
20  john.grossbart@dentons.com, docket.general.lit.chi@dentons.com

21  John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
    docket.general.lit.chi@dentons.com
22
    Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
23  joshua.haevernick@dentons.com

24  Robert G. Harris on behalf of Creditor Archbishop Riordan High School
    rob@bindermalter.com, RobertW@BinderMalter.com
25
    Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
26  deanna.k.hazelton@usdoj.gov

27  Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
    jhess@plevinturner.com
28
    Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company

4

tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@skarzynski.com

Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com

Jennifer R Liakos on behalf of Interested Party LL John Doe JU
jenn@jennliakoslaw.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

5

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF
greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@skarzynski.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
Katie.Rios@wbd-us.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
samantha.ruben@dentons.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors

6

| | |
|---|---|
| 1 | jstang@pszjlaw.com |
| 2 | Devin Miles Storey on behalf of Creditor John MS Roe SF<br>dms@zalkin.com |
| 3 | |
| 4 | Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory<br>jstrabo@mwe.com, dnorthrop@mwe.com |
| 5 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain<br>London Market Companies |
| 6 | catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 7 | Edward J. Tredinnick on behalf of Creditor Claimant No. 638<br>etredinnick@foxrothschild.com |
| 8 | |
| 9 | Miranda Turner on behalf of Interested Party Century Indemnity Company<br>mturner@plevinturner.com |
| 10 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company |
| 11 | bkfilings@ruggerilaw.com |
| 12 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 13 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 14 | |
| 15 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain<br>London Market Companies<br>yongli.yang@clydeco.us |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

7

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair<br>Timothy Burns<br>Brian P Cawley | | jbair@burnsbair.com<br>aturgeon@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com<br>bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com;<br>patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten<br>Attn: Andrew Mina<br>Attn: Betty Luu<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com<br>AMina@duanemorris.com<br>BLuu@duanemorris.com<br>TWEvanston@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Andrew Mina<br>Betty Luu | | amina@duanemorris.com<br>BLuu@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Compania De Seguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com<br>monugiac@pepperlaw.com |
| Registered ECF User | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Attn: Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin 580 California St, 12th Fl San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess 1701 Pennsylvania Ave, NW, Ste 200 Washington, D.C. 20004 | | mturner@plevinturner.com jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq. 315 St., 10th Fl San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln 2121 Ave of the Stars, Ste 2800 Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio Attn: Taylore E Karpa Schollard 800 Boylston St, Ste 2500 Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain Attn: Joshua Weinberg 1875 K St NW, Ste 600 Washington, DC 20006-1251 | | Arolain@ruggerilaw.com jweinberg@ruggerilaw.com bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl City Hall, Room 168 San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax P.O. Box 7426 San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz Attn: Alan H Martin 4 Embarcadero Ctr, 17th Fl San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim Attn: Ori Katz | | jekim@sheppardmullin.com dgatmen@sheppardmullin.com okatz@sheppardmullin.com LSegura@sheppardmullin.com lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum Pierce MacConaghy | | david.elbaum@stblaw.com janie.franklin@stblaw.com pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet 2000 Powell St, Ste 830 Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston Attn: Nathan Reinhardt/Russell W Roten 663 W 5th St, 26th Fl Los Angeles, CA 90071 | | jkahane@skarzynski.com tevanston@skarzynski.com nreinhardt@skarzynski.com rroten@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison 2151 Michelson Dr, Ste 185 Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867 Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way San Francisco, CA 94109 | | |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |