BUCHALTER
A Professional Corporation
VALERIE BANTNER PEO (SBN 260430)
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Email: vbantnerpeo@buchalter.com

Attorneys for Berkeley Research Group, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor, | Case No. 23-30564<br><br>Chapter: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Berkeley Research Group, LLC ("BRG"), hereby requests (the "Request for Notice") that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, be given and served upon:

> Valerie Bantner Peo, Esq.
> Buchalter, A Professional Corporation
> 425 Market Street, Suite 2900
> San Francisco, CA 94105-3493
> Telephone: (415) 227-0900
> vbantnerpeo@buchalter.com

BUCHALTER, A Professional Corporation

Dated: May 1, 2025

By: _/s/ Valerie Bantner Peo_
Valerie Bantner Peo, Esq.
Attorneys for Berkeley Research Group, LLC