James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Michael L. Cohen (CA Bar No. 206253)
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
        bmichael@pszjlaw.com
        mcohen@pszjlaw.com
        ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor.<br>_____<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN EXHIBIT A; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Case No. 23-30564<br>Chapter 11<br><br><br><br><br><br>Adv. Proc.<br><br>**ADVERSARY COMPLAINT FOR DECLARATORY RELIEF** |

# TABLE OF CONTENTS

Page

INTRODUCTION .................................................................................................................1

NATURE OF THE ACTION ...............................................................................................1

JURISDICTION & VENUE ................................................................................................3

THE PARTIES ....................................................................................................................3

FACTUAL BACKGROUND ..............................................................................................4

    A.    The Archdiocese's Bankruptcy ...........................................................................4

    B.    The Legal Structure of the Archdiocese's "Business" .................................5

    C.    In 2008, the Archdiocese Restructured Its Operations But Chose Not to Divest Itself of Ownership of the Operating Divisions. .............................6

    D.    The Parishes Are Not Separate Legal Entities. They Are Operating Divisions of the Archdiocese. .......................................................9

    E.    The High Schools Are Not Separate Legal Entities. They Are Operating Divisions of the Archdiocese. .......................................................12

    F.    The Cemeteries are Not Separate Legal Entities. They Are Operating Divisions of the Archdiocese. .......................................................14

    G.    The Vallombrosa Retreat Center Is Not a Separate Legal Entity. It Is an Operating Division of the Archdiocese. .................................................15

    H.    The Serra Clergy House Is Not a Separate Legal Entity. It Is an Operating Division of the Archdiocese. .................................................17

FIRST CLAIM FOR RELIEF ...........................................................................................17

SECOND CLAIM FOR RELIEF ......................................................................................18

4934-8969-1711.1 05068.002

## INTRODUCTION

1.     The Roman Catholic Archbishop of San Francisco (the "Archdiocese") is obscuring the true ownership of hundreds of millions of dollars in Archdiocese assets in an attempt to place them beyond the reach of this Court and to keep them from the Archdiocese's creditors, principally hundreds of survivors of child sexual abuse.  The Official Committee of Unsecured Creditors ("Committee") brings this adversary complaint to establish the true borders of the Archdiocese's corporate structure and to clarify the scope of the debtor that is subject to this Court's jurisdiction.

2.     The defendants in this adversary complaint are the Archdiocese, the parishes and related parochial schools identified in Exhibit A hereto (the "Parishes"), six cemeteries (the "Cemeteries"), four high schools (the "High Schools"), a retreat center, and a clergy house.  The latter defendants are nothing more than "operating divisions" of the Archdiocese.

3.     With this adversary proceeding, the Committee seeks the following declaratory relief:

- a declaration that as of the Petition Date (August 21, 2023), each of these "operating divisions" was and is an unincorporated division of the Archdiocese;
- a declaration that all assets of these "operating divisions" are property of the bankruptcy estate; and
- a declaration that all assets of the Archdiocese held for the benefit of these "operating divisions" are property of the bankruptcy estate.

## NATURE OF THE ACTION

4.     The Committee and the Archdiocese cannot develop a fair and equitable plan of reorganization as long as the Archdiocese insists that hundreds of millions of dollars worth of assets are outside the bankruptcy estate.  From the outset of the bankruptcy, the Archdiocese has concocted a fiction that its various operating divisions are each separate from the Archdiocese in an effort to hide the true extent of its assets from hundreds of survivors of child sexual abuse ("Survivors").  These operating divisions are not legally separate from the Archdiocese, and there

4934-8969-1711.1 05068.002

is no basis for the Archdiocese to disclaim its interest in and control of the assets purportedly owned by them.

5. The Archdiocese controls the Parishes, the High Schools, the Cemeteries, the Vallombrosa Retreat Center, and the Serra Clergy House, each of which is an operating division of the Archdiocese. By its own estimation, a "core function" of the Archdiocese is the operation of its parishes and schools. The Archbishop proudly refers to "our parishes, schools, and other entities" on the Archdiocese's website, and the most recent financial statement posted on the website confirms that the Parishes, High Schools, Cemeteries, and Vallombrosa Retreat Center are, in fact, operating divisions of the Archdiocese.

6. The Archdiocese has not listed any of the assets of its operating divisions on its Schedules of Assets and Liabilities (Docket No. 372) or Statement of Financial Affairs (Docket No. 373) filed with the Bankruptcy Court. Where the Archdiocese holds legal title to certain real and personal property used by the operating divisions, the Archdiocese identifies it as property not owned by the Archdiocese and held "in trust" for the benefit of the operating divisions. In addition, the Archdiocese is not reporting the activities of any of its operating divisions on its monthly operating reports filed with the Bankruptcy Court.

7. The operating divisions are not separately incorporated; they are just part of the Archdiocese. Like operating divisions in any large corporation, these operating divisions of the Archdiocese might account separately for their assets, their employees, or their cash flow because the Archdiocese itself is a large corporation. None of this changes the true owner of the assets — namely, the Archdiocese. The operating divisions do not hold legal title to their purported assets; legal title is held either by the Archdiocese or a Support Corporation (defined below).

8. A declaration that the operating divisions are part of the Archdiocese, and that their interests in assets are, in fact, interests of the Archdiocese's estate, is critical to any plan of reorganization to fairly compensate the Archdiocese's creditors, predominantly the Survivors. Absent a declaration that the operating divisions are part of the Archdiocese, the Archdiocese will continue to evade its moral and financial responsibility to the Survivors by playing a cynical shell game: self-righteously proclaiming the Archdiocese's commitment of monetary and non-

4934-8969-1711.1 05068.002

monetary resources for Survivors while hiding in plain view from this Court and from the Survivors the full scope of the Archdiocese's assets.

### JURISDICTION & VENUE

9. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(b) and 1334(b) and Federal Rule of Bankruptcy Procedure 7001.

10. Venue in this judicial district is appropriate pursuant to 28 U.S.C. § 1409. This adversary proceeding arises under and in connection with a case under chapter 11 of the Bankruptcy Code that is pending in this judicial district.

11. This adversary proceeding constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

12. The Committee consents to entry of final orders and a final judgment by this Court in this adversary proceeding.

### THE PARTIES

13. On September 1, 2023, the United States Trustee for Region 17 appointed the Committee to represent the Archdiocese's unsecured creditors pursuant to 11 U.S.C. Title 11 (the "Bankruptcy Code") § 1102(a)(1). The Committee is the plaintiff and a party in interest pursuant to Bankruptcy Code § 1109(b). The Committee consists of nine individuals who were minors when they were sexually abused by perpetrators for whom the Debtor was responsible.

14. The Archdiocese is a debtor and a debtor-in-possession. It continues to operate its business and remains in possession of its properties pursuant to Bankruptcy Code §§ 1107(a) and 1108. No trustee or examiner (other than a fee examiner) has been appointed in the case.

15. An alphabetical list of the Parish defendants is attached to this adversary complaint as **Exhibit A**. Each Parish is in the State of California. Each is unincorporated. However, the Committee needs further discovery to ascertain the official names for each of the Parishes or whether they have true legal names.

16. Archbishop Riordan High School is a High School with its principal place of business located at 175 Frida Kahlo Way, in San Francisco, California.

3

17. Sacred Heart Cathedral Preparatory School is a High School with its principal place of business located at 1055 Ellis Street, in San Francisco, California.

18. Marin Catholic High School is a High School with its principal place of business located at 675 Sir Francis Drake Boulevard, in Kentfield, California.

19. Junipero Serra High School is a High School with its principal place of business located at 451 W. 20th Avenue, in San Mateo, California.

20. Each of the following Cemetery defendants is located in the State of California. Each is unincorporated. However, the Committee needs discovery to ascertain the true legal names of the Cemeteries or even whether the Cemeteries have true legal names.

- Holy Cross Catholic Cemetery, located in Colma
- Holy Cross Catholic Cemetery, located in Menlo Park
- Saint Mary Magdalene Catholic Cemetery, located in Bolinas
- Mt. Olivet Cemetery, located in San Rafael
- Our Lady of Pillar Cemetery (including St. Anthony's Pescadero), located in Half Moon Bay
- Tomales Catholic Cemetery, located in Tomales

21. The Vallombrosa Retreat Center is a 10-acre retreat facility with headquarters located at 250 Oak Grove Avenue, in Menlo Park, California.

22. The Serra Clergy House is a 12-unit apartment complex and residence for retired priests. The Serra Clergy House is located at 455 W. 20th Avenue, in San Mateo, California.

## FACTUAL BACKGROUND

**A. The Archdiocese's Bankruptcy**

23. On August 21, 2023 (the "Petition Date"), the Archdiocese filed a voluntary petition under chapter 11 of the Bankruptcy Code.

24.     The Archdiocese commenced its bankruptcy almost four years after the California legislature extended the limitations period applicable to civil lawsuits for childhood sexual abuse.[1] According to the Archdiocese's former Chief Financial Officer, as of the Petition Date, Survivors had filed 537 sexual abuse lawsuits that were pending against the Archdiocese in California state courts. The Archdiocese's bankruptcy was filed two days before the trial for two of these cases was set to begin.

25.     All but two of the Survivor actions pending against the Archdiocese in California state court are currently stayed, absent an order from this Court granting further stay relief.

**B.     The Legal Structure of the Archdiocese's "Business"**

26.     The Archdiocese is a corporation sole. A corporation sole is a legal entity that consists of a single person that occupies a single incorporated office. The leader of the Archdiocese, the Archbishop, is the sole member of the corporation sole. The Articles of Incorporation of the Archdiocese state that the Archdiocese was duly organized as a corporation sole "for the purpose of administering and managing the affairs, property, and temporalities of the Roman Catholic Church in said Archdiocese of San Francisco."

27.     According to the California Secretary of State, the Archdiocese is active and in good standing as a corporation sole. The Archdiocese's various "operating divisions" are not registered in any way with the California Secretary of State, not even as purported unincorporated associations.

28.     Audited financial statements from the Archdiocese's Central Administrative Office, also known as the Chancery, consistently describe the structure of the Archdiocese's operations as follows:



---

[1] On October 13, 2019, California Assembly Bill No. 218 ("AB 218") was approved, amending Cal. Code of Civ. Proc. section 340.1 Pursuant to AB 218, among other matters, certain claims for childhood sexual abuse that were otherwise time-barred were revived and subject to a three-year window from and after January 1, 2020 during which a Survivor could file a lawsuit.

1

2 ████████████████████████████████

3 (Emphasis added). At least ten years of Chancery financial statements repeat this description.

4         29.     The Archdiocese identifies its operating divisions to third parties, including

5 insurers and the federal government, as "part of" the Archdiocese.

6         30.     The operating divisions are not individually tax exempt. They receive tax exempt

7 status as "subordinate organizations" under the Archdiocese. Moreover, these operating divisions

8 do not file tax returns separate from the Archdiocese. Instead, the Archdiocese files a combined

9 Form 990-T (exempt organization return for unrelated business income) that includes non-

10 religious business income generated by the Archdiocese's operating divisions.

11         31.     None of the operating divisions is incorporated. None of the Parishes is

12 incorporated. None of the Cemeteries is incorporated. None of the High Schools is incorporated.

13 Neither the Vallombrosa Retreat Center nor the Serra Clergy House is incorporated.

14         32.     The Archbishop exerts authority and control over the divisions' operations. The

15 Archbishop's control includes required financial reporting, periodic audits, approval for significant

16 expenditures, and centralized policies and procedures. The Archbishop controls priest

17 assignments, appointment of other personnel, and the governing boards for each of its operating

18 divisions. Like operating divisions in any other large corporation, the Archdiocese's operating

19 divisions have purported Archdiocese-delegated power over some functions, but their limited

20 Archdiocese-delegated power is not the same as holding the rights of an independent association.

21 C.     **In 2008, the Archdiocese Restructured Its Operations But Chose Not to Divest Itself**

22        **of Ownership of the Operating Divisions.**

23         33.     Before 2008, all of the real and personal property associated with the Archdiocese's

24 operating divisions was owned by, and in the name of, the Archdiocese or The Roman Catholic

25 Welfare Corporation of San Francisco.

26         34.     In 2008, shortly after all the lawsuits filed during California's first child sexual

27 abuse statute of limitations window were settled, the Archdiocese dissolved The Roman Catholic

28 Welfare Corporation of San Francisco and caused the real and personal property associated with

4934-8969-1711.1 05068.002

6

certain of the Archdiocese's operating divisions to revert to the Archdiocese. Immediately
thereafter, the Archdiocese transferred all the real and personal property assets to two "support"
corporations—The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons
Capital Assets Support Corporation ("CASC"), and The Archdiocese of San Francisco Parish and
School Juridic Persons Real Property Support Corporation ("RPSC") (collectively, the "Support
Corporations"). CASC holds cash and investment funds. RPSC holds real property. The
Archdiocese established these Support Corporations for the express purposes of owning and
maintaining the capital assets and real property of its operating divisions, which remain
unincorporated.

35. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████

36. There was no consideration exchanged in connection with the Archdiocese's
transfer of assets to the Support Corporations, and the parties did not enter into any kind of
purchase and sale agreement. The Archdiocese merely recorded new deeds to reflect the change
in title to the real property.

37. In an August 29, 2008 letter to the City Attorney for the City of San Francisco, the
Archbishop stated that, notwithstanding the dissolution of the Welfare Corporation and the
establishment of the Support Corporations, the Archdiocese remained the ████████ of the
assets:

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████



38.    In December 2008, in response to transfer taxes that the City of San Francisco demanded from the Archdiocese in connection with its transfer of real property worth millions of dollars to RPSC, the Archdiocese argued ███████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████"[3] ███████████████████████████████████████████████ ████████████████████████████████████████████████ █████████████████████████████████████[4]

39.    The Archdiocese's restructuring and transfer of both real and personal property to its Support Corporations did not alter the Archdiocese's control of its operating divisions, nor did it alter the Archdiocese's beneficial interest in the assets associated with its operating divisions. As the Archdiocese itself repeatedly explained, ██████████████████████████ █████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████ ████████████"[5]

---

[2] *See The Roman Catholic Archbishop of San Francisco, et al. v. City and County of San Francisco, et al.,* Superior Court of San Francisco County, case no. 10-498795 (the "Transfer Tax Case"), Letter dated 8/29/08 from the Archdiocese to the Office of the City Attorney, CGC-10-498795_002328 (emphasis added).

[3] *Id.,* Petition to Review Transfer Tax Determination by the Archdiocese dated 12/10/08 at CGC-10-498795 001718.

[4] *Id.,* Statement of Decision entered 1/9/12 at CGC-10-498795 001522.

[5] *Id.,* Petition to Review Transfer Tax Determination at CGC-10-498795 001725.

**D.    The Parishes Are Not Separate Legal Entities.  They Are Operating Divisions of the Archdiocese.**

40.    Some of the Parishes within the Archdiocese operate a local high school, a local elementary school, or a local preschool, referred to as "parochial schools."  The parochial schools are internally accounted for under the name of that particular Parish as a division of the Archdiocese.  The Parishes, including their affiliated parochial schools, are operating divisions of the Archdiocese.

41.    When a Parish is named as a defendant in civil litigation, the Archdiocese appears and responds for that Parish because the Parishes are part of the Archdiocese.  None of the Parishes is a separate legal entity.  For example, the Archdiocese filed sworn statements in state court litigation confirming that one of its Parishes—Holy Angels Catholic Church— "is not a separate legal entity," and that the Archdiocese "is the owner and operator of Holy Angels."  "The Archdiocese, therefore, is appearing in place of Holy Angels."[6]  The relationship between Holy Angels and the Archdiocese is the same as the relationship between any of the other Parishes and the Archdiocese.

42.    At the 341 meeting in this bankruptcy case, the Archdiocese's litigation defense counsel explained that the Parishes have not appeared in lawsuits because they "do not exist":

> Q [Stang]: Have any of the parishes retained counsel separate from Mr. Gaspari's firm to defend them in those abuse claim—in those abuse cases?
>
> A [Gaspari]: **I can answer that question and the question is well, not only no, but parishes have not appeared in any of those lawsuits.**
>
> Q [Stang]: Appeared meaning they're not named or they haven't made appearances in court?
>
> A [Gaspari] In some instances they were named, but there have been no appearances.  **They do not exist.**[7]

---

[6] *Planned Parenthood Ass'n of San Mateo County v. Holy Angels Catholic Church, et al.,* U.S. District Court, N.D. Cal., case no. C910580, Opposition of the Roman Catholic Bishop of San Francisco to Motion for Preliminary Injunction.

[7] Hearing Transcript dated Oct. 12, 2023 at 39:2-9 (emphasis added).

4934-8969-1711.1 05068.002

43. The Archdiocese promulgates extensive policies governing its Parishes' operations. These policies range from financial reporting and governance to individualized tasks, including policies regarding workplace harassment, records retention, stipends during and outside of working hours, electronic and internet fund raising, internet usage, and building construction.

44. The *Archdiocesan Parish & School Financial Policy Manual* ("Parish & School Financial Policy Manual") governs parish and school operations as operating divisions of the Archdiocese. Some examples applicable to the Parishes include the following:

- The Archbishop must approve the opening of any bank account by a Parish.
- The Archdiocese maintains a comprehensive list of each Parish's bank accounts and compares the list with accounts identified in annual reports submitted by the Parishes to the Archdiocese.
- All Parishes must form a finance council that follows Archdiocesan guidelines and that participates in Archdiocesan training sessions.
- All Parishes must participate in a coordinated payroll system administered by the Archdiocese.
- A gift of real estate can only be accepted by the Archdiocese on behalf of itself and a Parish under conditions that the Archdiocese specifies.
- A Parish can accept an endowment to that Parish only under conditions that the Archdiocese specifies, including written approval by the Archbishop, a standardized form that sets forth these specific conditions, and all Parish endowment funds must be invested in a common investment pool established by the Archdiocese.

45. In addition to the Parish & School Financial Policy Manual, the Parishes must adhere to the *Parish/School Financial Accounting and Reporting System* ("Parish & School Reporting System"). The Parish & School Reporting System specifies granular details required for reports to the Archdiocese. Among other matters, the Parish & School Reporting System requires that each of the Parishes do the following:

4934-8969-1711.1 05068.002

- Each of the Parishes must follow established internal accounting controls to facilitate reporting to the Archdiocese.

- Each of the Parishes must follow a uniform chart of accounts and use uniform codes for categories and subcategories of assets, liabilities, revenues, and expenses.

- Each of the Parishes must submit annual financial reports to the Archdiocese in a uniform format that is subject to a review process conducted by accountants selected by the Archdiocese.

- The Archdiocese directs each Parish to transfer any "excess" cash (which the Archdiocese defines as more than two months of operating cash) to the Deposit and Loan Fund or a pooled investment account.

46. In addition, each of the Parishes must implement the practices and procedures set forth in the Archdiocese's *Parish Employee Handbook* and *School Employee Handbook*. Every employee at a Parish, including parochial school employees, must acknowledge receiving the Handbook. The employees also must acknowledge (a) that the terms and conditions of the Handbook can only be changed if signed by the "Archbishop, Vicar General, or the Vicar for Administration," (b) that no Parish-level employee has authorization to alter the Handbook, and (c) that the "employment *with the Archdiocese*" is at-will and can be terminated "by the Archdiocese." The Handbook further specifies that "[n]o one, aside from the Archbishop, Vicar General or the Vicar for Administration, has the authority to enter into a contract of employment, express or implied, with any employee."[8]

47. Pursuant to its *Holiday and Vacation Schedule and Policy,* the Archdiocese must approve the holiday schedule and vacation policy for Parish-level personnel based on signatures of the Archdiocesan Vicar General or Vicar for Administration before any of these policies becomes effective. The Archdiocese applies a formula for vacation accrual to all Parish employees.

48. Pursuant to its *Transfer Instructions for Donors with Stock or Mutual Fund Donations,* the Archdiocese requires that all donations of stock or mutual funds to a Parish be

---

[8] *See* Vallombrosa_000106, available publicly.

made by a form letter specifying that the transfer is made not to that particular Parish but to the Archdiocese, directed to an account in the name of the Archdiocese, with a second line referencing that the donation is for that particular Parish ("FBO (provide Parish Name)").

49. The Archdiocese exerts authority and control over many other aspects of the Parish operations, including the following:

- The Archdiocese administers a bookkeeping test to evaluate bookkeeping candidates for each of the Parishes before the candidate is hired to ensure that the candidate is qualified. The Archdiocese also trains all new Parish bookkeepers and provides resources regarding guidelines and reporting mandates that the Archdiocese imposes on each Parish.
- Day care facilities operated through the Parishes are licensed not in the name of that particular Parish but in the name of the Archdiocese.
- The Archdiocese dictates Parish fundraising policies. The Parishes must obtain approval from the Archdiocese before they engage in certain income-generating activities.

50. The Parishes do not have their own governance boards. Instead, each Parish is governed by that Parish's pastor, who is assigned to that Parish by the Archbishop. A pastor can be removed from his position only by the Archbishop at his discretion.

51. The Archdiocese has asserted in pleadings in the Bankruptcy Court that the Parishes are "separate" and operate as "unincorporated associations" under California law. The Committee disputes these assertions both as a matter of fact and based on applicable law.

**E.** **The High Schools Are Not Separate Legal Entities. They Are Operating Divisions of the Archdiocese.**

52. The four High Schools of the Archdiocese are not associated with any particular Parish. As with the Parishes, whenever a High School is named as a defendant in a lawsuit, the Archdiocese appears and responds for the school because it asserts that each school is merely a part of the Archdiocese and is not a separate legal entity. For example, the Archdiocese has submitted sworn statements in state court litigation confirming that Junipero Serra High School is

1  part of the corporation sole and not a separate entity, and that the Archdiocese owns, operates, and

2  maintains the school.  The relationship between Junipero Serra High School is no different than

3  the relationship between the other High Schools and the Archdiocese.

4        53.      On information and belief, both the Parish & School Financial Policy Manual and

5  the Parish & School Reporting System, discussed above, apply equally to the operation of the

6  High Schools.

7        54.

8  

9  

10        For example:

11  

12  

13  

14  

15  

16  

17  

18  

19  

20        55.      Teachers who work at the High Schools are unionized.

21  

22  

23        56.      The High Schools operate as divisions under the supervision of the Department of

24  Catholic Schools.

25  

26  

27        57.      The Archdiocese administers and processes all payroll and insurance for the High

28  Schools.  The Archdiocese also performs accounting, human resources, and legal services for

which the High Schools are required to pay the Archdiocese based on their enrollment. The Archdiocese holds legal title to the checking account for the payroll of the Parishes and High Schools, allegedly in trust for the operating divisions.

58. Pursuant to its *Transfer Instructions for Donors with Stock or Mutual Fund Donations,* the Archdiocese requires that all donations of stock or mutual funds to the High Schools be made by a form letter specifying that the transfer is made to an account in the name of the Archdiocese, with a second line stating that the donation is for the benefit of that particular High School.

59. The Archdiocese has asserted in pleadings in the Bankruptcy Court that the High Schools are "independent" and operate as "unincorporated associations" separate from the Archdiocese. The Committee disputes these assertions both as a matter of fact and based on applicable law.

**F. The Cemeteries are Not Separate Legal Entities. They Are Operating Divisions of the Archdiocese.**

60. The Archdiocese owns all the real property ("100% fee owner")[9] used by the Cemeteries. This amounts to hundreds of acres throughout the Bay Area, much of which is not occupied by graves or mausoleums.

61. Financial statements for the six Cemeteries, consistent with financial statements for the Chancery, confirm the Cemeteries' status as an "operating division" of the Archdiocese:

> The Roman Catholic Cemeteries of San Francisco (the "Cemeteries") **is an operating division of The Roman Catholic Archbishop of San Francisco, a California Corporation Sole** (the "Corporation Sole"). …The Cemeteries consist of six operating cemeteries: Holy Cross-Colma, Holy Cross-Menlo Park, Holy Cross- Saint Mary Magdalene, Mount Olivet, Our Lady of the Pillar, and Tomales Catholic Cemetery.
>
> The financial statements include only the assets, liabilities, net assets, revenues, and expenses associated with the operation of the Cemeteries. Accordingly, **these financial statements do not include any assets, liabilities, net assets, revenues, or expenses of other operating divisions of the Corporation Sole or those of separate and independent corporate entities affiliated with the Corporation Sole** that are located within The Roman Catholic Archdiocese of San Francisco (the "Archdiocese"). (Emphasis added).

---

[9] *See* Schedules of Assets and Liabilities [Docket No. 372], Part 9, Question 55 at pp. 26-27.

1    62.    The Cemeteries are governed by bylaws adopted by the Archdiocese Cemetery

2  Department Advisory Board.  The board's purpose is to ensure that the traditional responsibility of

3  interment is carried out by the Archdiocese through its Cemetery Department, with the board

4  functioning as an advisory to the Archbishop in cemetery matters.

5    63.    The Archbishop assigns a Director of Cemeteries and a Vicar of Administration to

6  the advisory board, and five other members are appointed by the Archbishop, the Director of

7  Cemeteries, or by a majority of the board.  Meetings of the advisory board are scheduled and

8  conducted by the Director of Cemeteries, acting as chairman, or in his absence by the Vicar of

9  Administration, acting as vice chairman.

10    64.    The organization chart for the Cemeteries, referred to as the Catholic Cemeteries

11  Department, shows that the Director of Cemeteries—who is appointed by the Archbishop—

12  reports to the Vicar of Administration, who consults with the advisory board, and in turn reports to

13  the Archbishop.

14    65.    The Archdiocese has asserted in pleadings in the Bankruptcy Court that the

15  Cemeteries are operated as a "separate unincorporated association" through the Catholic

16  Cemeteries Department.  The Committee disputes these assertions both as a matter of fact and

17  based on applicable law.

18    **G.    The Vallombrosa Retreat Center Is Not a Separate Legal Entity.  It Is an**

19         **Operating Division of the Archdiocese.**

20    66.    ███████████████████████████████████████████████

21  ███████████████████████████████████

22    ████████████████████████████████████████

23    ████████████████████████████████████████

24    ████████████████████

25    ████████████████████████████████████

26    ████████████████████████████████████████

27    ████████████████████████████████████████

28  (Emphasis added).

67.     The Archdiocese holds title to the real property for the Vallombrosa Retreat Center. Yet the Archdiocese claims that it holds the property and improvements, including a historic mansion, 60 units of retreat accommodations, and an administrative building used by the retreat center, purportedly "in trust" for the benefit of the Vallombrosa Retreat Center.

68.     ████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████
██████    ███████████████████████████████████████
████████████████████████████████████████████
████████████████████

70.     On information and belief, the Parish Employee Handbook applies equally to the operation of the retreat center insofar as the handbook seeks "to establish uniform policies and procedures for the entire Archdiocese."[10]

71.     The Vallombrosa Retreat Center may maintain individual books and records, but it is owned, controlled, and operated by the Archdiocese as an operating divisions of the Archdiocese. All financial and budgeting decisions are subject to the Archdiocese's oversight and control. All assets are held in accounts that the Archdiocese controls.

72.     The Archdiocese has asserted in pleadings in the Bankruptcy Court that the Vallombrosa Retreat Center operates independently from the Archdiocese and that the Archdiocese holds legal title to the real property "in trust" for the benefit of the retreat center. The Committee disputes these assertions both as a matter of fact and based on applicable law.

//

//

_____
[10] Vallombrosa 000106, available publicly.

16
4934-8969-1711.1 05068.002

**H.** **The Serra Clergy House Is Not a Separate Legal Entity. It Is an Operating Division of the Archdiocese.**

73.     There are no separate financial statements for Serra Clergy House. The Chancery budgets encompass capital outlays for construction and improvements to the Serra Clergy House.

74.     The RPSC holds legal title to the Serra Clergy House real property and leases the property to the Archdiocese for a nominal sum to cover RPSC's operating costs.

75.     As with its other operating divisions, all financial and budgeting decisions related to Serra Clergy House are subject to the Archdiocese's oversight and control.

76.     The Archdiocese describes the Serra Clergy House in pleadings in the Bankruptcy Court as a "non-debtor Catholic entity." The Committee disputes this assertion both as a matter of fact and based on applicable law.

**FIRST CLAIM FOR RELIEF**
**Declaratory Relief Regarding Operating Division Status**
**(Bankruptcy Code § 541, 28 U.S.C. §§ 2201 and 2202)**

77.     The Committee re-alleges each of the allegations contained in each preceding paragraph of this Complaint as though fully set forth herein.

78.     The Archdiocese asserts that its various operating divisions are "unincorporated associations under California law."[11]

79.     An actual, substantial, and justiciable controversy exists between the Committee and the Archdiocese concerning the status of the operating divisions and whether these operating divisions are unincorporated associations as the Archdiocese contends or, in fact, are merely unincorporated operating divisions of the Archdiocese that use Archdiocese property that is subject to the claims of the Archdiocese's creditors, including the Survivors.

80.     The Committee respectfully prays for a declaration that (a) the Archdiocese's operating divisions, comprised of the Parishes, the High Schools, the Cemeteries, the Vallombrosa Retreat Center, and the Serra Clergy House, are unincorporated operating divisions of the Archdiocese, not separate legal entities, and (b) all assets of the Archdiocese's operating divisions

---

[11] *See, e.g., Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [Docket No. 14], ¶18.

are property of the bankruptcy estate and are subject to the claims of the Archdiocese's creditors, including the Survivors.

**SECOND CLAIM FOR RELIEF**
**Declaratory Relief Regarding Assets "Held in Trust" for the Operating Divisions**
**(Bankruptcy Code § 541, 28 U.S.C. §§ 2201 and 2202)**

81.     The Committee re-alleges each of the allegations contained in each preceding paragraph of this Complaint as though fully set forth herein.

82.     Pursuant to its Statement of Financial Affairs, the Archdiocese asserts that it holds certain real and personal property collectively valued in excess of $65 million "in trust" for the benefit of another entity.  To this end, the Archdiocese claims that it holds "only legal title" to (1) real property and improvements used by the Vallombrosa Retreat Center, and (2) specified cash and investment accounts used by the Parishes, the High Schools, and the Vallombrosa Retreat Center, and that such assets are not property of the bankruptcy estate.[12]

83.     An actual, substantial, and justiciable controversy exists between the Committee and the Archdiocese concerning the ownership of real and personal property allegedly held in trust for the benefit of the operating divisions and for which the Archdiocese holds legal title.  The Committee contends that assets of the Archdiocese held for the alleged benefit of the operating divisions are, in fact, owned by the Archdiocese and are property of the estate.

84.     The Committee respectfully prays for a declaration that any assets of the Archdiocese allegedly held for the benefit of the Archdiocese's operating divisions, including the Parishes, the High Schools, and the Vallombrosa Retreat Center, are property of the bankruptcy estate and are subject to the claims of the Archdiocese's creditors, including the Survivors.

**WHEREFORE**, the Committee prays for judgment as follows:

- a declaration that, as of the Petition Date, each of the Parishes, the High Schools, the Cemeteries, the Vallombrosa Retreat Center, and the Serra Clergy House was, and is, an unincorporated division of the Archdiocese;

---

[12] *See Statement of Methodology Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 373], p. 5.

1    • a declaration that all assets of the foregoing operating divisions of the

2        Archdiocese constitute property of the estate;

3    • a declaration that all assets of the Archdiocese held for the benefit of these

4        "operating divisions" are property of the estate; and

5    • for such other and further relief as the Court may deem just and proper.

6   Dated:  May 5, 2025                          PACHULSKI STANG ZIEHL & JONES LLP

7

8                                          By    /s/ James I. Stang
                                                James I. Stang
9                                               Brittany M. Michael (*Pro Hac Vice*)
                                                Michael L. Cohen
10                                              Gail S. Greenwood

11                                              Attorneys for the Official Committee of
                                                Unsecured Creditors

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| Parish | Parochial School(s) |
|---|---|
| All Souls Parish<br>315 Walnut Ave.<br>South San Francisco, CA 94080 | All Souls<br>479 Miller Ave.<br>South San Francisco, CA 94080 |
| Assumption Church<br>26825 Main St.<br>Tomales, CA 94971 | |
| Cathedral of St. Mary of the Assumption<br>1111 Gough St.<br>San Francisco, CA 94109 | |
| Church of the Epiphany<br>827 Vienna St.<br>San Francisco, CA 94112 | Epiphany School<br>600 Italy Ave.<br>San Francisco, CA 94112 |
| Church of the Nativity<br>210 Oak Grove Ave.<br>Menlo Park, CA 94025 | Nativity<br>1250 Laurel St.<br>Menlo Park, CA 94025 |
| Church of the Nativity<br>240 Fell St.<br>San Francisco, CA 94102 | |
| Church of the Visitation<br>655 Sunnydale Ave.<br>San Francisco, CA 94134 | Our Lady of the Visitation<br>785 Sunnydale Ave.<br>San Francisco, CA 94134 |
| Corpus Christi Parish<br>62 Santa Rosa Ave.<br>San Francisco, CA 94112 | |
| Good Shepherd Church<br>901 Oceana Blvd.<br>Pacifica, CA 94044 | Good Shepherd<br>909 Oceana Blvd.<br>Pacifica, CA 94044 |
| Holy Angels Parish<br>107 San Pedro Rd.<br>Colma, CA 94014 | Holy Angels<br>20 Reiner St.<br>Colma, CA 94014 |
| Holy Name of Jesus Parish<br>1555 39th Ave.<br>San Francisco, CA 94122 | Holy Name of Jesus<br>1560 40th Ave.<br>San Francisco, CA 94122 |
| | Holy Name Preschool<br>1560 40th Ave.<br>San Francisco, CA 94122 |

# EXHIBIT A

| Parish | Parochial School(s) |
|---|---|
| Immaculate Heart of Mary Church<br>1040 Alameda de las Pulgas<br>Belmont, CA 94002 | Immaculate Heart of Mary<br>1000 Alameda de las Pulgas<br>Belmont, CA 94002 |
| | Immaculate Heart of Mary Preschool<br>1000 Alameda de las Pulgas<br>Belmont, CA 94002 |
| Mater Dolorosa Parish<br>307 Willow Ave.<br>South San Francisco, CA 94080 | |
| Mission Dolores Basilica<br>3321 16th St.<br>San Francisco, CA 94114 | |
| Most Holy Redeemer Parish<br>100 Diamond St.<br>San Francisco, CA 94114 | |
| National Shrine of St. Francis<br>610 Vallejo St.<br>San Francisco, CA 94133 | |
| Notre Dame des Victoires<br>566 Bush St.<br>San Francisco, CA 94108 | Notre Dame des Victoires<br>659 Pine St.<br>San Francisco, CA 94108 |
| Old St. Marys Parish<br>660 California St.<br>San Francisco, CA 94108 | |
| Our Lady of Angels Parish<br>1721 Hillside Dr.<br>Burlingame, CA 94010 | Our Lady of Angels<br>1328 Cabrillo Ave.<br>Burlingame, CA 94010 |
| | Our Lady of Angels Preschool<br>1341 Cortez Ave.<br>Burlingame, CA 94010 |
| Our Lady of Fatima<br>5920 Geary Blvd.<br>San Francisco, CA 94121 | |
| Our Lady of Guadalupe Mission<br>285 Alvarado St.<br>Brisbane, CA 94005 | |
| Our Lady of Loretto Parish<br>1806 Novato Blvd.<br>Novato, CA 94947 | Our Lady of Loretto<br>1811 Virginia Ave<br>Novato, CA 94947 |

# EXHIBIT A

| Parish | Parochial School(s) |
|---|---|
| Our Lady of Lourdes<br>410 Hawes St.<br>San Francisco, CA 94124 | |
| Our Lady of Mercy Parish<br>1 Elmwood Dr.<br>Daly City, CA 94015 | Our Lady of Mercy<br>7 Elmwood Dr.<br>Daly City, CA 94015 |
| Our Lady of Mt. Carmel Church<br>300 Fulton St.<br>Redwood City, CA 94062 | Our Lady of Mount Carmel<br>301 Grand St.<br>Redwood City, CA 94062 |
| Our Lady of Mt. Carmel Church-Mill Valley<br>3 Oakdale Ave.<br>Mill Valley, CA 94941 | |
| Our Lady of Perpetual Help Parish<br>60 Wellington Ave.<br>Daly City, CA 94014 | Our Lady of Perpetual Help<br>80 Wellington Ave.<br>Daly City, CA 94014 |
| Our Lady of Refuge Mission<br>146 Sears Ranch Rd.<br>La Honda, CA 94020 | |
| Our Lady of the Pillar Parish<br>400 Church St.<br>Half Moon Bay, CA 94019 | |
| Sacred Heart/St. Mary Magdalene<br>10189 CA-1<br>Olema, CA 94950 | |
| Saints Peter & Paul Parish<br>666 Filbert St.<br>San Francisco, CA 94133 | Saints Peter & Paul School<br>660 Filbert St.<br>San Francisco, CA 94133 |
| St. Agnes Parish<br>1025 Masonic Ave.<br>San Francisco, CA 94117 | |
| St. Andrew Catholic Church<br>1571 Southgate Ave.<br>Daly City, CA 94015 | |
| St. Anne<br>850 Judah St.<br>San Francisco, CA 94122 | St. Anne<br>1320 14th Ave.<br>San Francisco, CA 94122 |

EXHIBIT A

| Parish | Parochial School(s) |
|---|---|
| St. Anselm Parish<br>97 Shady Ln.<br>Ross, CA 94957 | St. Anselm<br>40 Belle Ave.<br>Ross, CA 94957 |
| St. Anthony Mission<br>696 North St.<br>Pescadero, CA 94060 | |
| St. Anthony of Padua Parish<br>1000 Cambridge St.<br>Novato, CA 94947 | |
| St. Anthony Parish<br>3500 Middlefield Rd.<br>Menlo Park, CA 94025 | |
| St. Anthony Parish<br>3215 Cesar Chavez St.<br>San Francisco, CA 94110 | St. Anthony<br>299 Precita Ave.<br>San Francisco, CA 94110 |
| St. Augustine Parish<br>3700 Callan Blvd.<br>South San Francisco, CA 94080 | |
| St. Bartholomew Parish<br>300 Alameda de las Pulgas<br>San Mateo, CA 94808 | |
| St. Benedict Parish<br>1801 Octavia St.<br>San Francisco, CA 94109 | |
| St. Boniface Parish<br>133 Golden Gate Ave.<br>San Francisco, CA 94102 | |
| St. Brendan Parish<br>29 Rockaway Ave.<br>San Francisco, CA 94127 | St. Brendan<br>940 Laguna Honda Blvd.<br>San Francisco, CA 94127 |
| | St. Brigid<br>2250 Franklin St.<br>San Francisco, CA 94109 |
| St. Bruno Parish<br>555 San Bruno Ave. W.<br>San Bruno, CA 94066 | |
| St. Catherine of Siena Parish<br>1310 Bayswater Ave.<br>Burlingame, CA 94010 | St. Catherine of Siena<br>1300 Bayswater Ave.<br>Burlingame, CA 94010 |

| Parish | Parochial School(s) |
|---|---|
| St. Cecilia's Lagunitas<br>450 West Cintura Ave.<br>Lagunitas 94938 | |
| St. Cecilia Parish<br>2555 17th Ave.<br>San Francisco, CA 94116 | St. Cecilia<br>660 Vicente St.<br>San Francisco, CA 94116 |
| St. Charles<br>880 Tamarack Ave.<br>San Carlos, CA 94070 | St. Charles<br>850 Tamarack Ave.<br>San Carlos, CA 94070 |
| St. Charles Borromeo<br>713 South Van Ness Ave.<br>San Francisco, CA 94110 | |
| St. Denis Parish<br>2250 Avy Ave.<br>Menlo Park, CA 94025 | |
| St. Dominic<br>2390 Bush St.<br>San Francisco, CA 94115 | |
| St. Dunstan Parish<br>1133 Broadway Ave.<br>Millbrae, CA 94030 | St. Dunstan<br>1150 Magnolia Ave.<br>Millbrae, CA 94030 |
| St. Elizabeth Parish<br>459 Somerset St.<br>San Francisco, CA 94134 | |
| St. Emydius Parish<br>286 Ashton Ave.<br>San Francisco, CA 94112 | |
| St. Finn Barr Parish<br>415 Edna St.<br>San Francisco, CA 94112 | St. Finn Barr<br>419 Hearst Ave.<br>San Francisco, CA 94112 |
| St. Francis of Assisi Parish<br>1425 Bay Rd.<br>East Palo Alto, CA 94303 | |
| St. Gabriel Parish<br>2559 40th Ave.<br>San Francisco, CA 94116 | St. Gabriel<br>2550 41st Ave.<br>San Francisco, CA 94116 |
| St. Gregory Parish<br>2715 Hacienda St.<br>San Mateo, CA 94403 | St. Gregory<br>2701 Hacienda St.<br>San Mateo, CA 94403 |

# EXHIBIT A

| Parish | Parochial School(s) |
|---|---|
| St. Hilary Parish<br>761 Hilary Dr.<br>Tiburon, CA 94920 | St. Hilary<br>765 Hilary Dr.<br>Tiburon, CA 94920 |
| St. Ignatius Parish<br>650 Parker Ave.<br>San Francisco, CA 94118 | |
| St. Isabella Parish<br>1 Trinity Way<br>San Rafael, CA 94903 | St. Isabella<br>1 Trinity Way<br>San Rafael, CA 94903 |
| St. James Parish<br>1086 Guerrero St.<br>San Francisco, CA 94110 | St. James<br>321 Fair Oaks St.<br>San Francisco, CA 94110 |
| St. John of God Parish<br>1290 Fifth Ave.<br>San Francisco, CA 94122 | |
| St. John the Evangelist Parish<br>19 Saint Mary's Ave.<br>San Francisco, CA 94112 | St. John the Evangelist<br>925 Chenery St.<br>San Francisco, CA 94131 |
| St. Kevin Parish<br>704 Cortland Ave.<br>San Francisco, CA 94110 | |
| St. Lukes Catholic Church<br>1111 Beach Park Blvd.<br>Foster City, CA 94404 | |
| St. Mark's Parish<br>325 Marine View Ave.<br>Belmont, CA 94002 | |
| St. Mary Star of the Sea<br>180 Harrison Ave.<br>Sausalito, CA 94965 | |
| St. Matthew Parish<br>1 Notre Dame Ave.<br>San Mateo, CA 94402 | St. Matthew<br>910 South El Camino Real<br>San Mateo, CA 94402 |
| St. Matthias Parish<br>1685 Cordilleras Rd.<br>Redwood City, CA 94062 | St. Matthias Preschool<br>533 Canyon Rd.<br>Redwood City, CA 94062 |
| St. Michaels Korean Church<br>32 Broad St.<br>San Francisco, CA 94112 | |

# EXHIBIT A

| Parish | Parochial School(s) |
|---|---|
| St. Monica<br>470 24th Ave.<br>San Francisco, CA 94121 | St. Monica<br>3835 Geary Blvd.<br>San Francisco, CA 94121 |
| St. Patrick Larkspur<br>114 King St.<br>Larkspur, CA 94939 | St. Patrick<br>120 King St.<br>Larkspur, CA 94939 |
| | St. Patrick Thrift Shop<br>457 Magnolia Ave.<br>Larkspur, CA 94939 |
| St. Patricks Church<br>756 Mission St.<br>San Francisco, CA 94103 | |
| St. Paul of the Shipwreck<br>1122 Jamestown Ave.<br>San Francisco, CA 94124 | |
| St. Paul Parish<br>221 Valley St.<br>San Francisco, CA 94131 | St. Paul<br>1690 Church St.<br>San Francisco, CA 94131 |
| | St. Paul Preschool<br>1690 Church St.<br>San Francisco, CA 94131 |
| St. Peter<br>1200 Florida St.<br>San Francisco, CA 94110 | St. Peter<br>1266 Florida St.<br>San Francisco, CA 94110 |
| St. Peter Parish<br>700 Oddstad Blvd.<br>Pacifica, CA 94044 | |
| St. Philip the Apostle<br>725 Diamond St.<br>San Francisco, CA 94114 | St. Philip the Apostle School<br>665 Elizabeth St.<br>San Francisco, CA 94114 |
| St. Pius Parish<br>1100 Woodside Rd.<br>Redwood City, CA 94061 | St. Pius<br>1100 Woodside Rd.<br>Redwood City, CA 94061 |
| St. Raphael Parish<br>1104 Fifth Ave.<br>San Rafael, CA 94901 | St. Raphael<br>1100 Fifth Ave.<br>San Rafael, CA 94901 |
| St. Raymond Parish<br>1100 Santa Cruz Ave.<br>Menlo Park, CA 94025 | St. Raymond<br>1211 Arbor Rd.<br>Menlo Park, CA 94025 |

| Parish | Parochial School(s) |
|---|---|
| St. Rita Parish<br>100 Marinda Dr.<br>Fairfax, CA 94930 | |
| St. Robert Parish<br>1380 Crystal Springs Rd.<br>San Bruno, CA 94066 | St. Robert<br>345 Oak Ave.<br>San Bruno, CA 94066 |
| St. Sebastian the Martyr<br>373 Bon Air Rd.<br>Greenbrae, CA 94904 | |
| St. Stephen Parish<br>601 Eucalyptus Dr.<br>San Francisco, CA 94132 | St. Stephen<br>401 Eucalyptus Sr.<br>San Francisco, CA 94132 |
| St. Teresa Parish<br>1490 19th St.<br>San Francisco, CA 94107 | |
| St. Thomas More Parish<br>1300 Junipero Serra Blvd.<br>San Francisco, CA 94132 | St. Thomas More<br>50 Thomas More Way<br>San Francisco, CA 94132 |
| | St. Thomas the Apostle Preschool<br>710 40th Ave.<br>San Francisco, CA 94121 |
| St. Timothy Parish<br>1515 Dolan Ave.<br>San Mateo, CA 94401 | St. Timothy<br>1515 Dolan Ave.<br>San Mateo, CA 94401 |
| St. Veronica Parish<br>434 Alida Way<br>South San Francisco, CA 94080 | St. Veronica<br>434 Alida Way<br>South San Francisco, CA 94080 |
| St. Vincent de Paul Parish<br>2320 Green St.<br>San Francisco, CA 94123 | St. Vincent de Paul<br>2350 Green St.<br>San Francisco, CA 94123 |
| Star of the Sea<br>4420 Geary Blvd.<br>San Francisco, CA 94118 | Star of the Sea School<br>360 9th Ave.<br>San Francisco, CA 94118 |
| | Star of the Sea Preschool<br>360 9th Ave.<br>San Francisco, CA 94118 |