Entered on Docket
May 7, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 7, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James I. Stang (CA Bar No. 94435)
Brittany Mitchell M. Michael *(Pro Hac Vice)*
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
         bmichael@pszjlaw.com
         ggreenwood@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING THE FILING OF A REDACTED COMPLAINT** |

The Court has reviewed the *Motion for an Order Authorizing the Filing of a Redacted Complaint* [Docket No. 1179] ("Motion")[1] and supporting declaration of Gillian Brown filed by the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case. Based upon the record before the Court, including the accompanying Adversary Complaint, pursuant to Bankruptcy Code section 107, Bankruptcy Rule 9018, Bankruptcy Local Rule 1001-2(a) incorporating Civil Local Rule 79-5, the Local Procedures, and for good cause,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. A redacted version of the Adversary Complaint shall remain sealed and shall become part of the court record absent further order of this Court. The clerk of the court will

---

[1] Capitalized terms not otherwise defined have the meanings set forth in the Motion.

annotate the original docket entry as follows: PROPOSED SEALED DOCUMENT APPROVED – REFER TO DOCKET ENTRY #___.

3. Nothing precludes an interested party, including the Committee, from seeking to unseal those portions of the Adversary Complaint derived from Alleged Confidential Documents by separate motion.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # # #