ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP - APRIL 2025** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter & Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby files its *Monthly Professional Fee Statement for April 2025*. Under the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered by the Court on October 16, 2023 [ECF No. 212], the total legal fees earned and expenses incurred by Sheppard Mullin on account of the Debtor for April 2025 are as follows:

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| April 1 – April 30, 2025 | $172,401.60 | $3,228.79 | $175,630.39 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $137,921.28 | $3,228.79 | $141,150.07 |

1    The itemized billing statement for the fees and costs billed for April 2025 is attached hereto

2  as **Exhibit 1**.  The Net Total Allowed Payments detailed above shall be paid from funds held by the

3  Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard

4  Mullin within 14 days from the date of service of this Statement.

5  Dated:  May 20, 2025

6                                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

7                            By _____
                                                    */s/ Ori Katz*
8                                      ORI KATZ
                                       ALAN H. MARTIN
9                                      Attorneys for The Roman Catholic
                                       Archbishop of San Francisco
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **Exhibit 1**

April 2025 Invoice

SMRH:4908-6123-8251.1                                              MONTHLY PROFESSIONAL
                                                                  FEE STATEMENT – APRIL 2025



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
May 16, 2025
Invoice 380117560

| Our Matter No. | 90YY-375176 |
| --- | --- |
| | The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2025

| | |
| --- | --- |
| Current Fees | $ 172,401.60 |
| Current Disbursements | $ 3,228.79 |
| Total Current Activity | $ 175,630.39 |
| Total Due for This Invoice | $ 175,630.39 |

## <u>SUMMARY OF TIMEKEEPER FEES</u>

| <u>Timekeeper Name</u> | <u>Hours</u> | <u>Avg. Rate/Hr</u> | <u>Dollars</u> |
| --- | --- | --- | --- |
| Alan H. Martin | 1.30 | $ 1,032.00 | $ 1,341.60 |
| Ori Katz | 59.40 | $ 1,172.00 | $ 69,616.80 |
| Amanda L. Cottrell | 34.50 | $ 908.00 | $ 31,326.00 |
| Jeannie Kim | 39.30 | $ 804.00 | $ 31,597.20 |
| Susan Haines | 67.20 | $ 550.00 | $ 36,960.00 |
| Julia Anderson | 3.90 | $ 400.00 | $ 1,560.00 |

## DUE IMMEDIATELY UPON RECEIPT

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
| --- | --- | --- |
| <u>Account Name:</u> Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| <u>Beneficiary Bank:</u> Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

FOR PROFESSIONAL SERVICES THROUGH 04/30/25

## FEE DETAIL

**Relief from Stay and Adequate Protection Proceedings**

| 04/01/25 | Research (2.1)and draft (4.3) complaint re injunctive and declaratory relief. | |
|---|---|---|
| | Susan Haines | 6.40 hrs. |

| 04/02/25 | Work on adversary complaint related to injunctive relief (.8). | |
|---|---|---|
| | Ori Katz | .80 hrs. |

| 04/02/25 | Review and revise adversary complaint re: automatic stay. | |
|---|---|---|
| | Amanda  L. Cottrell | 1.20 hrs. |

| 04/02/25 | Reviewed facts regarding JCCP 5108 proceeding in connection with preparation of complaint for injunctive and declaratory relief (.3) | |
|---|---|---|
| | Jeannie Kim | .30 hrs. |

| 04/02/25 | Further revised draft complaint for injunctive and declaration relief. | |
|---|---|---|
| | Susan Haines | 5.10 hrs. |

| 04/03/25 | Reviewed correspondence with P. Pascuzzi regarding complaint for declaratory and injunctive relief (.2); reviewed revised draft complaint (.2) | |
|---|---|---|
| | Jeannie Kim | .40 hrs. |

| 04/03/25 | Strategize regarding prosecution of complaint for injunctive and declaration relief. | |
|---|---|---|
| | Susan Haines | 1.50 hrs. |

| 04/03/25 | Continued revising draft complaint re injunctive/declaration relief. | |
|---|---|---|
| | Susan Haines | 4.20 hrs. |

| 04/04/25 | Draft motion to extend stay to non-debtor entities. | |
|---|---|---|
| | Susan Haines | 4.10 hrs. |



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 3 of 24

## FEE DETAIL

| | | |
|---|---|---|
| 04/06/25 | Continued drafting motion for 105(a) relief. | |
| | Susan Haines | 3.10 hrs. |
| 04/07/25 | Draft and revise Section 105a to enforce and extend automatic stay re: adversary complaint (1.5). | |
| | Amanda  L. Cottrell | 1.50 hrs. |
| 04/08/25 | Address strategy issues and draft inserts for the Section 105a adversary complaint to enforce and extend the automatic stay with focus on additional factual inserts and authorities from co-counsel P. Pascuzzi. | |
| | Amanda  L. Cottrell | 2.10 hrs. |
| 04/08/25 | Reviewed draft Zamora declaration in support of motion to extend stay to non-debtor Catholic entities (.2) | |
| | Jeannie Kim | .20 hrs. |
| 04/08/25 | Strategize defenses to any opposition motion to extend stay under 105(a). | |
| | Susan Haines | .50 hrs. |
| 04/10/25 | Revised complaint seeking declaratory relief re applicability of automatic stay and imposition of injunction in connection with "bucket 2" cases in joint proceeding (2.0). | |
| | Ori Katz | 2.00 hrs. |
| 04/10/25 | Coordination with Debtors' counsel to revise and finalize legal briefing re: enforcement and extension of automatic stay (3). | |
| | Amanda  L. Cottrell | .30 hrs. |
| 04/10/25 | Reviewed and analyzed court's memorandum of decision regarding committee stay relief motion (.2); conferred with debtor's legal team regarding same (.2). | |
| | Jeannie Kim | .40 hrs. |
| 04/10/25 | Conferred and corresponded with B. Weinstein regarding complaint for declaratory and injunctive relief (.1) | |



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                May 16, 2025
Alternatives                                                                                          Invoice 380117560
Ori Katz                                                                                              Page 4 of 24

## FEE DETAIL

|  | Jeannie Kim | .10 hrs. |

04/10/25    Strategize regarding complaint for injunctive and declaratory relief.

     Susan Haines      1.60 hrs.

04/10/25    Continued drafting complaint for injunctive and declaratory relief.

     Susan Haines      4.10 hrs.

04/11/25    Analyzed filings received as to Committee motion for relief from stay, court decision and related items.

     Alan  H. Martin      .40 hrs.

04/11/25    Draft and revise section 105(a) adversary complaint with focus on supporting declarations and related motion (2.4).

     Amanda  L. Cottrell      2.40 hrs.

04/15/25    Conference with P. Pascuzzi, B. Weinstein, D. Zamora and counsel to discuss extending stay re: State Court actions (1); additional research re: same (.5).

     Amanda  L. Cottrell      1.50 hrs.

04/15/25    Further revised complaint for injunctive and declaratory relief.

     Susan Haines      .80 hrs.

04/15/25    Strategize regarding  extension of stay to non-debtor entities.

     Susan Haines      1.00 hrs.

04/16/25    Draft and revise 105(a) adversary complaint to incorporate additional comments from B. Weinstein, P. Pascuzzi and D. Zamora (1.2) address D. Zamora's revised declaration (.4).

     Amanda  L. Cottrell      1.60 hrs.

04/16/25    Reviewed and revised complaint for declaratory and injunctive relief (1.3)



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          May 16, 2025
Alternatives                                                                                    Invoice 380117560
Ori Katz                                                                                        Page 5 of 24

## FEE DETAIL

Jeannie Kim                          1.30 hrs.

04/17/25   Reviewed and revised to complaint for declaratory and injunctive relief (.3).

Jeannie Kim                          .30 hrs.

04/18/25   Further reviewed and revised complaint for declaratory and injunctive relief (2.7).

Jeannie Kim                          2.70 hrs.

04/18/25   Continued drafting motion for 105(a).

Susan Haines                         5.30 hrs.

04/19/25   Revised complaint for injunctive/declaration relief and supporting documents.

Susan Haines                         6.20 hrs.

04/21/25   Revise 105(a) complaint (1.3),and related motion (2.7) for extending the automatic stay.

Amanda  L. Cottrell                  4.00 hrs.

04/21/25   Reviewed and revised draft motion for injunctive and declaratory relief (.2)

Jeannie Kim                          .20 hrs.

04/21/25   Revised documents in support of 105(a) complaint.

Susan Haines                         .70 hrs.

04/22/25   Revisions to form of complaint seeking relief under sections 105 and 362 (1.3).

Ori Katz                             1.30 hrs.

04/22/25   Further revised adversary complaint for co-counsel and other non-debtor affiliates
           including exhibits (1.7).

Amanda  L. Cottrell                  1.70 hrs.

04/23/25   Further revised 105(a) complaint.

Susan Haines                         3.80 hrs.



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic      May 16, 2025
Alternatives                                                                                Invoice 380117560
Ori Katz                                                                                    Page 6 of 24

## FEE DETAIL

04/24/25  Strategize regarding injunctive/declaratory relief to seek.

     Susan Haines      1.10 hrs.

04/24/25  Further revise complaint for 105(a)/362 relief.

     Susan Haines      4.20 hrs.

04/25/25  Reviewed adversary complaint exhibit and developed strategy re service list (1); analysis with D. Zamora (.4).

     Amanda  L. Cottrell    1.40 hrs.

04/25/25  Corresponded with M. Smith regarding complaint service list (.2); reviewed and revised adversary proceeding cover sheet and attachment (.4); reviewed WT service data and prepared schedule of defendants to serve (1.1); telephone conference with M. Silver regarding complaint service list (.4)

     Jeannie Kim      2.10 hrs.

04/25/25  Revised draft complaint.

     Susan Haines      3.20 hrs.

04/28/25  Final review of complaint re extension of stay and injunctive relief (1.0).

     Ori Katz       1.00 hrs.

04/28/25  Revise adversary complaint to enforce and extend automatic stay focusing on incorporating client and co-counsel comments.

     Amanda  L. Cottrell    1.90 hrs.

04/28/25  Reviewed correspondence with non-debtor Catholic entities regarding draft complaint for declaratory and injunctive relief (.2); corresponded with co-counsel regarding service of same (.2); corresponded with co-counsel requesting final comments on complaint(.2); finalized adversary proceeding cover sheet and complaint for filing and service (.7); corresponded with co-counsel regarding conformed copy of complaint for declaratory and injunctive relief (.1)

     Jeannie Kim      1.40 hrs.



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

## FEE DETAIL

04/28/25          Finalized complaint and supporting documents.

Susan Haines                        3.40 hrs.

*Timekeeper Summary of: Relief from Stay and Adequate Protection Proceedings*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.40 | $ 1,032.00 | $ 412.80 |
| Ori Katz | 5.10 | $ 1,172.00 | $ 5,977.20 |
| Amanda  L. Cottrell | 19.60 | $ 908.00 | $ 17,796.80 |
| Jeannie Kim | 9.40 | $ 804.00 | $ 7,557.60 |
| Susan Haines | 60.30 | $ 550.00 | $ 33,165.00 |
| Totals | 94.80 | $ 684.70 | $ 64,909.40 |

## Meetings of and Communications with Creditors

04/01/25          Participate in weekly status call with committee counsel (.5).

Ori Katz                        .50 hrs.

04/01/25          Corresponded with T. Phinney and J. Mistretta regarding plaintiffs' counsel's request for confidential survivor data (.2)

Jeannie Kim                        .20 hrs.

04/02/25          Confer with committee counsel re proposed forms of order following March 13 hearings (.4).

Ori Katz                        .40 hrs.

04/03/25          Corresponded with J. Mistretta and T. Phinney regarding survivor claim form inquiry (.1)

Jeannie Kim                        .10 hrs.



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic          May 16, 2025
Alternatives                                                                      Invoice 380117560
Ori Katz                                                                          Page 8 of 24

04/08/25          Participate in weekly standing meeting with committee professionals (.2).

                  Ori Katz                              .20 hrs.


*Timekeeper Summary of: Meetings of and Communications with Creditors*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 1.10 | $ 1,172.00 | $ 1,289.20 |
| Jeannie Kim | 0.30 | $ 804.00 | $ 241.20 |
| Totals | 1.40 | $ 1,093.14 | $ 1,530.40 |


## Fee/Employment Applications & Statements

04/08/25          Reviewed correspondence with court regarding continued hearing regarding fourth
                  interim fee applications (.1)

                  Jeannie Kim                           .10 hrs.

04/08/25          Telephone conference with J. Rios and P. Pascuzzi regarding continued hearings on
                  interim fee applications (.2).

                  Jeannie Kim                           .20 hrs.

04/18/25          Corresponded with E. Frejka regarding Sheppard Mullin fourth interim fee application
                  (.1); reviewed and analyzed fee examiner report regarding same (.2)

                  Jeannie Kim                           .30 hrs.

04/21/25          Reviewed fee examiner report regarding Sheppard Mullin fourth interim fee application
                  in preparation for call with same (.1); telephone conference with E. Frejka regarding
                  Sheppard Mullin fourth interim fee application (.4); reviewed proposed resolution of fee
                  examiner comments on Sheppard Mullin fourth interim fee application (.1)

                  Jeannie Kim                           .60 hrs.

04/22/25          Reviewed information received as to monthly submissions to client team.



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 16, 2025
Alternatives                                                                                        Invoice 380117560
Ori Katz                                                                                             Page 9 of 24

|  | Alan  H. Martin | .30 hrs. |
|---|---|---|

04/22/25    Correspondence with client as to monthly submissions.

|  | Alan  H. Martin | .20 hrs. |
|---|---|---|

04/23/25    Prepared interim order granting Sheppard Mullin fourth interim fee application (.2)

|  | Jeannie Kim | .20 hrs. |
|---|---|---|

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.50 | $ 1,032.00 | $ 516.00 |
| Jeannie Kim | 1.40 | $ 804.00 | $ 1,125.60 |
| Totals | 1.90 | $ 864.00 | $ 1,641.60 |

## Other Contested Matters (excluding assumption/rejection motions)

04/04/25    Discussions with debtor and co-counsel re dispute regarding proposed forms of order
following hearing on March 13 (1.6).

|  | Ori Katz | 1.60 hrs. |
|---|---|---|

04/04/25    Prepare alternate form of order re motion re IRB minutes (.3).

|  | Ori Katz | .30 hrs. |
|---|---|---|

04/04/25    Draft objection to committee's proposed form of order re IRB minutes (1.4).

|  | Ori Katz | 1.40 hrs. |
|---|---|---|

04/04/25    Review and address objections to Committee's form of order re: IRB minutes (.5).

|  | Amanda  L. Cottrell | .50 hrs. |
|---|---|---|

Sheppard**Mullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 10 of 24

04/04/25      Drafted objection to committee proposed order authorizing disclosure of Independent Review Board minutes (.9); further revised alternate form of proposed order regarding IRB minutes (.2); reviewed and revised objection to committee proposed order authorizing disclosure of Independent Review Board minutes (.6); corresponded with P. Carney and co-counsel regarding objection to committee form of proposed IRB minutes order (.3); correspondence to committee counsel regarding same (.1)

           Jeannie Kim                      2.10 hrs.

04/04/25      Analyze proposed order re: motion to disclose claims data and IRB minutes and draft objection.

           Susan Haines                  1.20 hrs.

04/08/25      Corresponded with P. Carney and co-counsel regarding entered order regarding publication of IRB minutes (.2)

           Jeannie Kim                      .20 hrs.

04/08/25      Researched standard of review for bankruptcy appeals to BAP or district court (.3).

           Jeannie Kim                      .30 hrs.

04/09/25      Review of materials in connection with compliance with court's order related to IRB minutes (.8).

           Ori Katz                      .80 hrs.

04/09/25      Prepare outline to be used in mediation session in conjunction with cash analysis being prepared by B. Riley (2.5).

           Ori Katz                      2.50 hrs.

04/09/25      Review and analyze order regarding IRB Minutes and Claims data and next steps.

           Susan Haines                  1.40 hrs.

04/10/25      Address reproduction of IRB minutes with O. Katz (.7).

           Amanda  L. Cottrell            .70 hrs.

04/10/25      Corresponded with P. Carney regarding requested IRB pleadings (.2).

           Jeannie Kim                      .20 hrs.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176 The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 11 of 24

04/10/25    Strategize regarding proposed response to order regarding IRB Minutes and Claims Data.

        Susan Haines                 1.10 hrs.

04/11/25    Review redactions to IRB minutes in connection with court order and committee publication of same (1.6).

        Ori Katz                 1.60 hrs.

04/13/25    Address reproduction of IRB minutes with P. Carney and O. Katz.

        Amanda  L. Cottrell       .50 hrs.

04/14/25    Call with committee counsel re the IRB minutes to be published by committee (.2).

        Ori Katz                 .20 hrs.

04/14/25    Reviewed draft committee notice of publication of aggregate claims data (.2)

        Jeannie Kim            .20 hrs.

04/15/25    Reviewed committee's responsive comments to debtor's comments on draft notice of publication of aggregated claims data (.1); corresponded with client team regarding same (.1)

        Jeannie Kim            .20 hrs.

04/17/25    Reviewed published copies of IRB minutes (.1)

        Jeannie Kim            .10 hrs.

04/22/25    Review and comment on bankruptcy portions of the statement being filed in the JCCP 5108 proceeding (.6).

        Ori Katz                 .60 hrs.



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 12 of 24

*Timekeeper Summary of: Other Contested Matters (excluding assumption/rejection motions)*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 9.00 | $ 1,172.00 | $ 10,548.00 |
| Amanda  L. Cottrell | 1.70 | $ 908.00 | $ 1,543.60 |
| Jeannie Kim | 3.30 | $ 804.00 | $ 2,653.20 |
| Susan Haines | 3.70 | $ 550.00 | $ 2,035.00 |
| Totals | 17.70 | $ 948.01 | $ 16,779.80 |

## Case Administration - General

| 04/01/25 | Call with debtor and co-counsel to discuss strategy for case (.5). |
|---|---|
| | Ori Katz                                      .50 hrs. |

| 04/01/25 | Prepared for weekly debtor professionals' call (.2) |
|---|---|
| | Jeannie Kim                                   .20 hrs. |

| 04/02/25 | Participated in weekly debtor professionals' call (1.1) |
|---|---|
| | Jeannie Kim                                  1.10 hrs. |

| 04/03/25 | Prepared for weekly debtor professionals' call (.1); prepared schedule of proposed omnibus hearing dates for 2025 (.5); corresponded with debtor and legal team regarding same (.2) |
|---|---|
| | Jeannie Kim                                   .80 hrs. |

| 04/04/25 | Participate in weekly standing call with debtor and co-professionals (.5). |
|---|---|
| | Ori Katz                                      .50 hrs. |

| 04/08/25 | Participate in weekly debtor professionals meeting (.5). |
|---|---|
| | Ori Katz                                      .50 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 16, 2025
Alternatives                                                                                          Invoice 380117560
Ori Katz                                                                                                 Page 13 of 24

| | | |
|---|---|---|
| 04/08/25 | Prepared for weekly debtor professionals' call (.3); follow-up correspondence to debtor professionals regarding omnibus hearing dates for 2025 (.1); participated in weekly debtor professionals' call (1.1) | |
| | Jeannie Kim | 1.50 hrs. |
| 04/16/25 | Corresponded with B. Michael regarding reserved omnibus hearing dates (.1); prepared for weekly debtor professionals' call (.5); corresponded with L. Parada (USBC) requesting omnibus hearing dates (.1); participated in weekly debtor professionals' call (1.2) | |
| | Jeannie Kim | 1.90 hrs. |
| 04/17/25 | Corresponded with L. Parada regarding omnibus hearing dates (.1) | |
| | Jeannie Kim | .10 hrs. |
| 04/24/25 | Strategize regarding next steps. | |
| | Susan Haines | 1.30 hrs. |

*Timekeeper Summary of: Case Administration - General*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 1.50 | $ 1,172.00 | $ 1,758.00 |
| Jeannie Kim | 5.60 | $ 804.00 | $ 4,502.40 |
| Susan Haines | 1.30 | $ 550.00 | $ 715.00 |
| Totals | 8.40 | $ 830.40 | $ 6,975.40 |

## Business Operations

| | | |
|---|---|---|
| 04/02/25 | Conferred and corresponded with J. Blumberg regarding potential retention of ordinary course professional (.2) | |
| | Jeannie Kim | .20 hrs. |
| 04/03/25 | Corresponded with P. Carney regarding potential retention of business consultant (.2); conference with P. Carney and P. Summerhays regarding same (.4) | |



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic                    May 16, 2025
Alternatives                                                                                            Invoice 380117560
Ori Katz                                                                                                   Page 14 of 24

|                | Jeannie Kim | .60 hrs. |

04/23/25    Call with debtor re issues raised by school (.3).

|                | Ori Katz | .30 hrs. |

*Timekeeper Summary of: Business Operations*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Ori Katz* | *0.30* | *$ 1,172.00* | *$ 351.60* |
| *Jeannie Kim* | *0.80* | *$ 804.00* | *$ 643.20* |
| *Totals* | *1.10* | *$ 904.36* | *$ 994.80* |

## Claims and Plan

01/09/25    Evaluation of impact of non-monetary issues being raised in connection with preparation for follow-on mediations sessions (1.8).

|                | Ori Katz | 1.80 hrs. |

04/01/25    Work on information requested from mediators in preparation for upcoming session 6 (2.3).

|                | Ori Katz | 2.30 hrs. |

04/02/25    Reviewed and revised confidential matrix of proofs of claim to share and reconcile with committee in furtherance of mediation (.5)

|                | Jeannie Kim | .50 hrs. |

04/03/25    Preparation of materials for mediators in advance of upcoming session (2.6).

|                | Ori Katz | 2.60 hrs. |

04/03/25    Call with debtor and B. Riley re financial analysis for mediation (1.2).

|                | Ori Katz | 1.20 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 15 of 24

| 04/03/25 | Revised correspondence with B. Michael regarding proofs of claim data (.2); further reviewed and revised confidential proofs of claim matrix in furtherance of mediation (.4) |
|---|---|
| | Jeannie Kim .60 hrs. |
| 04/04/25 | Corresponded with M. Silver and D. Zamora regarding universe of claims to exchange with committee (.2) |
| | Jeannie Kim .20 hrs. |
| 04/08/25 | Participate in working session with debtor and B. Riley to work on cash analysis in connection with mediation (1.0). |
| | Ori Katz 1.00 hrs. |
| 04/08/25 | Finalized matrix of proofs of claim to share with committee (.1); correspondence to B. Michael regarding same (.1) |
| | Jeannie Kim .20 hrs. |
| 04/09/25 | Meeting with debtor for preparation for next mediation session in response to mediator requests for debtor to address certain topics (.9). |
| | Ori Katz .90 hrs. |
| 04/09/25 | Analysis of committee's proposed form of claim opt-out notice related to aggregate claims data (.6). |
| | Ori Katz .60 hrs. |
| 04/11/25 | Call with debtor and co-counsel to discuss upcoming mediation session (1.3). |
| | Ori Katz 1.30 hrs. |
| 04/11/25 | Revisions to the form of notice re aggregate claims data (.8). |
| | Ori Katz .80 hrs. |
| 04/16/25 | Prepared for mediation session (.2); prepared for April 29 mediation strategy meeting with P. Carney (.2) |
| | Jeannie Kim .40 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 16 of 24

| 04/18/25 | Reviewed correspondence from W. Weitz and M. Flanagan regarding draft mediation presentation (.2) | | |
| | Jeannie Kim | .20 hrs. | |
| 04/21/25 | Analysis of materials to be shared with mediators during upcoming session (2.6). | | |
| | Ori Katz | 2.60 hrs. | |
| 04/21/25 | Corresponded with B. Weinstein regarding data for forthcoming presentation to mediators (.1) | | |
| | Jeannie Kim | .10 hrs. | |
| 04/22/25 | Participate in mediation prep call with debtor and co-counsel (.5). | | |
| | Ori Katz | .50 hrs. | |
| 04/22/25 | Reviewed correspondence regarding status of proofs of claim reconciliation with committee | | |
| | Jeannie Kim | .10 hrs. | |
| 04/23/25 | Attend meeting with debtor and co-counsel to prepare for mediation session (1.2). | | |
| | Ori Katz | 1.20 hrs. | |
| 04/23/25 | Prepare for upcoming mediation session by reviewing presentation to be made to mediators (1.4). | | |
| | Ori Katz | 1.40 hrs. | |
| 04/23/25 | Reviewed mediation materials (.2) | | |
| | Jeannie Kim | .20 hrs. | |
| 04/24/25 | Attend mediation session (7.4). | | |
| | Ori Katz | 7.40 hrs. | |
| 04/24/25 | Analysis of next workstreams in light of guidance and feedback from mediators (1.5). | | |
| | Ori Katz | 1.50 hrs. | |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 17 of 24

| 04/24/25 | Participated in mediation session (5.9); meeting with client team regarding case strategy and follow-up mediation issues (1.5) | | |
| | Jeannie Kim | 7.40 hrs. |

| 04/25/25 | Draft notes and outline in advance of debtor's attorney strategy session with co-counsel following input from mediators from prior day (2.0). | | |
| | Ori Katz | 2.00 hrs. |

| 04/25/25 | Prepared for 4/29 all-hands legal strategy meeting (.2) | | |
| | Jeannie Kim | .20 hrs. |

| 04/28/25 | Prepare for strategy session with co-counsel to discuss overall case trajectory following most recent mediation session (2.3). | | |
| | Ori Katz | 2.30 hrs. |

| 04/28/25 | Prepared for client strategy meeting (.3). | | |
| | Jeannie Kim | .30 hrs. |

| 04/29/25 | Participate in in-person meeting with debtor and co-counsel to discuss work streams following latest mediation session (4.5). | | |
| | Ori Katz | 4.50 hrs. |

| 04/29/25 | Prepared for mediation strategy meeting (.2); conferred with P. Carney, co-counsel and special counsel regarding mediation strategy (4.6) | | |
| | Jeannie Kim | 4.80 hrs. |

| 04/30/25 | Work on potential chapter 11 plan outline (2.9). | | |
| | Ori Katz | 2.90 hrs. |

| 04/30/25 | Corresponded with P. Carney regarding strategy meeting (.1); prepared summary of client strategy meeting and disseminated same to P. Carney and legal team (1.0) | | |
| | Jeannie Kim | 1.10 hrs. |



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 18 of 24

*Timekeeper Summary of: Claims and Plan*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 38.80 | $ 1,172.00 | $ 45,473.60 |
| Jeannie Kim | 16.30 | $ 804.00 | $ 13,105.20 |
| Totals | 55.10 | $ 1,063.14 | $ 58,578.80 |

## Claims Administration and Objections

| | | | |
|---|---|---|---|
| 04/03/25 | Reviewed and analyzed Eichhorn reply to debtor's opposition to motion to allow late-filed claim (.1) | | |
| | Jeannie Kim | .10 hrs. | |
| 04/09/25 | Reviewed court's order regarding allowance of late filed claim and corresponded with P. Carney regarding same (.1) | | |
| | Jeannie Kim | .10 hrs. | |
| 04/14/25 | Corresponded with B. Michael and B. Whitaker regarding late-filed confidential claims (.2); reviewed and analyzed confidential claims register in connection with same (.2) | | |
| | Jeannie Kim | .40 hrs. | |
| 04/16/25 | Corresponded with B. Whitaker regarding late-filed survivor claims (.2); corresponded with B. Michael regarding committee list of claims (.1) | | |
| | Jeannie Kim | .30 hrs. | |
| 04/17/25 | Corresponded with B. Whitaker regarding late-filed confidential survivor claims (.1) | | |
| | Jeannie Kim | .10 hrs. | |
| 04/18/25 | Corresponded with B. Whitaker and B. Michael regarding new confidential survivor claims (.1) | | |
| | Jeannie Kim | .10 hrs. | |



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 19 of 24

### Timekeeper Summary of: Claims Administration and Objections

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Jeannie Kim | 1.10 | $ 804.00 | $ 884.40 |
| Totals | 1.10 | $ 804.00 | $ 884.40 |

## Analysis/Strategy

| | | |
|---|---|---|
| 04/08/25 | Strategize regarding response to potential discovery motion practice. | |
| | Susan Haines | .90 hrs. |
| 04/17/25 | Analyzed additional discovery items received. | |
| | Alan  H. Martin | .40 hrs. |
| 04/19/25 | Review and analyze correspondence requesting de-designation of produced documents for debtor and non-debtor entities. | |
| | Susan Haines | .70 hrs. |

### Timekeeper Summary of: Analysis/Strategy

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Alan  H. Martin | 0.40 | $ 1,032.00 | $ 412.80 |
| Susan Haines | 1.60 | $ 550.00 | $ 880.00 |
| Totals | 2.00 | $ 646.40 | $ 1,292.80 |

## Discovery

| | | |
|---|---|---|
| 04/09/25 | Email to counsel for non-debtor entities re stipulation to resolve discovery issues raised by committee re the legacy Serenic database (.4). | |
| | Ori Katz | .40 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 20 of 24

| 04/09/25 | Researched defenses to potential discovery dispute. | |
|---|---|---|
| | Julia Anderson | 3.90 hrs. |
| 04/11/25 | Conference with P. Pascuzzi, O. Katz and L. Linsky (.5). | |
| | Amanda  L. Cottrell | .50 hrs. |
| 04/16/25 | Reviewed and revised stipulation regarding production of Serenic database under stipulated protective order (.1); corresponded with P. Califano and P. Pascuzzi regarding same (.2); corresponded with P. Pascuzzi regarding supplemental acknowledgment and agreements to be bound by clarified stipulated protective order for counsel that have moved firms (.1) | |
| | Jeannie Kim | .40 hrs. |
| 04/17/25 | Reviewed Seminary comments on draft Serenic stipulation (.1) | |
| | Jeannie Kim | .10 hrs. |
| 04/17/25 | Identify stipulated protective orders and all clarifications thereof. | |
| | Susan Haines | .30 hrs. |
| 04/22/25 | Correspondence with targets of Committee's April 18 letters seeking to purportedly de-designate confidential financial information (.7). | |
| | Amanda  L. Cottrell | .70 hrs. |
| 04/22/25 | Reviewed Seminary's comments on stipulation regarding production of Serenic database under stipulated protective order (.1) | |
| | Jeannie Kim | .10 hrs. |
| 04/23/25 | Prepare outline for response to committee's discovery letter demanding financial information (2.1). | |
| | Ori Katz | 2.10 hrs. |
| 04/23/25 | Call with counsel for non-debtor related entities re committee's discovery demands (.6). | |
| | Ori Katz | .60 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic
Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 21 of 24

| 04/23/25 | Review and analyze document production identified in Committee's Good Friday Letters seeking to de-designate as non-confidential (.8); conference with counsel for non-debtor affiliates targeted in April 18 letters (.5); revise stipulation re: Serenic copy to incorporate edits requested by Peter Califano for his cemetery clients (.1). |
|---|---|

| | Amanda  L. Cottrell | 1.40 hrs. |
|---|---|---|

| 04/25/25 | Continued review of the files Committee Counsel seeks to de-designate as confidential (1); email conferral with G. Brown re: same (1). |
|---|---|

| | Amanda  L. Cottrell | 2.00 hrs. |
|---|---|---|

| 04/29/25 | Prepare response to committee discovery demand letter to de-designate certain confidential documents (.5). |
|---|---|

| | Ori Katz | .50 hrs. |
|---|---|---|

| 04/29/25 | Privileged call with P. Carney and co-counsel re: April 18, 2025 letters to de-designate discovery and Serenic discovery stip (.5); email G. Brown re: same (.2); address revised BRG Eyes Only stipulation for Serenic .bak (.5); communications with paralegal and eDiscovery vendor to de-designate confidentiality tag (1). |
|---|---|

| | Amanda  L. Cottrell | 2.20 hrs. |
|---|---|---|

| 04/29/25 | Telephone conference with P. Carney and M. Flanagan regarding correspondence from committee regarding disclosure of certain discovery (.5) |
|---|---|

| | Jeannie Kim | .50 hrs. |
|---|---|---|

*Timekeeper Summary of: Discovery*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 3.60 | $ 1,172.00 | $ 4,219.20 |
| Amanda  L. Cottrell | 6.80 | $ 908.00 | $ 6,174.40 |
| Jeannie Kim | 1.10 | $ 804.00 | $ 884.40 |
| Julia Anderson | 3.90 | $ 400.00 | $ 1,560.00 |
| Susan Haines | 0.30 | $ 550.00 | $ 165.00 |
| Totals | 15.70 | $ 828.22 | $ 13,003.00 |



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

**Document Production**

| 04/01/25 | Draft cover emails and serve Debtor's supplemental production sets 024 and 025. |
|---|---|
| | Amanda  L. Cottrell                .30 hrs. |

| 04/04/25 | Conference with TransPerfect re: Serenic production (.5); correspondence with Committee Counsel re: same (.2). |
|---|---|
| | Amanda  L. Cottrell                .70 hrs. |

| 04/07/25 | Address questions to facilitate creation production copy of Serenic.bak backup file (.7). |
|---|---|
| | Amanda  L. Cottrell                .70 hrs. |

| 04/11/25 | Manage production of additional records requested by Committee (1.0). |
|---|---|
| | Amanda  L. Cottrell                1.00 hrs. |

| 04/14/25 | Address redaction and completion of supplemental production sets. |
|---|---|
| | Amanda  L. Cottrell                3.70 hrs. |

*Timekeeper Summary of: Document Production*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| *Amanda  L. Cottrell* | *6.40* | *$ 908.00* | *$ 5,811.20* |
| *Totals* | *6.40* | *$ 908.00* | *$ 5,811.20* |



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 23 of 24

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Amanda L. Cottrell | 34.50 | $ 908.00 | $ 31,326.00 |
| Ori Katz | 59.40 | $ 1,172.00 | $ 69,616.80 |
| Alan H. Martin | 1.30 | $ 1,032.00 | $ 1,341.60 |
| Julia Anderson | 3.90 | $ 400.00 | $ 1,560.00 |
| Susan Haines | 67.20 | $ 550.00 | $ 36,960.00 |
| Jeannie Kim | 39.30 | $ 804.00 | $ 31,597.20 |

**Total Fees for Professional Services**          **$ 172,401.60**

### SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 03/12/25 | A. Cottrell - Uber ride from the airport to the hotel in San Francisco for client meeting (3.12.25) | 119.48 |
| 03/13/25 | A. Cottrell - Hotel Lodging 03/12/2025 to 03/13/2025 in San Francisco to attend client meeting | 679.35 |
| 03/13/25 | A. Cottrell - Uber ride from the San Francisco office to the airport after client meeting (3.13.25) | 124.24 |
| 03/13/25 | A. Cottrell - Flight from DFW to San Francisco to attend client meeting (3.12-3.13.25) | 921.97 |
| 03/14/25 | A. Cottrell - Parking at DFW airport for the duration of a client meeting (3.12-3.13.25) | 109.43 |
| 04/28/25 | Filing fee re Adversary Complaint. | 350.00 |
| 04/30/25 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser. Statement Date: 4/30/2025 | 5.80 |
| 04/04/25 | Lexis research by Kim, Jeannie on 4/4/2025. | 855.00 |
| 03/12/25 | A. Cottrel - Hotel Dinner in San Francisco to attend client meeting | 63.52 |

**Total Disbursements**          **$ 3,228.79**



Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

90YY-375176  The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Ori Katz

May 16, 2025
Invoice 380117560
Page 24 of 24

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 11/15/24 | 380110555 | 89,129.40 | 89,129.40 | 0.00 | 0.00 | 0.00 | -71,303.52 | $ 17,825.88 |
| 12/19/24 | 380111925 | 91,910.07 | 90,681.20 | 1,228.87 | 0.00 | 0.00 | -73,578.73 | 18,331.34 |
| 01/15/25 | 380112845 | 31,838.04 | 31,556.40 | 281.64 | 0.00 | 0.00 | -25,526.76 | 6,311.28 |
| 02/13/25 | 380114319 | 131,080.40 | 131,040.40 | 40.00 | 0.00 | 0.00 | -104,872.32 | 26,208.08 |
| 03/20/25 | 380115331 | 158,630.41 | 156,959.80 | 1,670.61 | 0.00 | 0.00 | -127,238.45 | 31,391.96 |
| 04/21/25 | 380116617 | 180,001.82 | 177,079.40 | 2,922.42 | 0.00 | 0.00 | 0.00 | 180,001.82 |

| | |
|---|---|
| Total Outstanding Fees, Disbursements, Taxes and Other | $ 280,070.36 |
| Interest on Outstanding A/R | 0.00 |
| Fees and Disbursements Due for this Invoice | 175,630.39 |
| **Total Due For This Matter** | **$ 455,700.75** |