1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
     WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, California 95814
5  Telephone:    (916) 329-7400
   Facsimile:    (916) 329-7435
6  Email:        ppascuzzi@ffwplaw.com
                 jrios@ffwplaw.com
7                tphinney@ffwplaw.com
                 mkutsuris@ffwplaw.com
8
   Ori Katz, State Bar No. 209561
9  Alan H. Martin, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10   A Limited Liability Partnership
     Including Professional Corporations
11 Four Embarcadero Center, 17th Floor
   San Francsico, California 94111-4109
12 Telephone:    (415) 434-9100
   Facsimile:    (415) 434-3947
13 Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
14
   Attorneys for The Roman Catholic Archbishop of
15 San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>*[No Hearing Required]* |

**TWENTIETH MONTHLY PROFESSIONAL FEE STATEMENT FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES [APRIL 2025]**

1

APRIL MONTHLY FEE STATEMENT [B. RILEY]

Case: 23-30564    Doc# 1193    Filed: 05/20/25    Entered: 05/20/25 11:10:08    Page 1 of 11

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that B. Riley Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, LLC (hereinafter, "B. Riley"), financial advisor to the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for April 2025.

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2025 through April 30, 2025 |
| Amount of Compensation Requested: | $77,896.00 |
| Net of 20% Holdback: | $62,316.80 |
| Amount of Expenses Requested: | $2,119.65 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $64,436.45 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from April 1, 2025 through April 30, 2025 (the "Fee Period"). By this twentieth statement, B. Riley seeks payment in the amount of $64,436.45, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention

Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as *Exhibit 1* is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as *Exhibit 2* is a summary of the services rendered and compensation sought by project category during the Fee Period.

Attached hereto as *Exhibit 3* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit 4*, are records of B. Riley's fees incurred during the period April 1, 2025 through April 30, 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: May 20, 2025                         FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: May 20, 2025                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

# Exhibit 1

## Summary of Total Hours and Fees by Professional
## Compensation by Professional Person for Hourly Services
## for the Period from April 1, 2025 through April 30, 2025

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $775.00 | 44.20 | $34,255.00 |
| Wayne P. Weitz | Sr. Managing Director | $387.50 | 8.00 | $3,100.00 |
| David Greenblatt | Director | $575.00 | 43.50 | $25,012.50 |
| Coral Hansen | Managing Director | $525.00 | 17.80 | $9,345.00 |
| Sean Horner | Senior Associate | $425.00 | 14.30 | $6,077.50 |
| Marilee Greene | Project Assistant | $265.00 | 0.40 | $106.00 |
| **TOTAL** | | | **128.20** | **$77,896.00** |

# Exhibit 2

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from April 1, 2025 through April 30, 2025**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 30.20 | $17,080.00 |
| Business Analysis | 13.10 | $8,452.50 |
| Employment/Fee Applications | 1.50 | $798.50 |
| Litigation Support | 54.50 | $37,237.50 |
| Monthly Operating Reports | 20.90 | $11,227.50 |
| Non-working Travel | 8.00 | $3,100.00 |
| **TOTAL** | **128.20** | **$77,896.00** |

**Exhibit 3**

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| Lodging (In-Person Mediation) | $1,068.13 |
| Meals (In-Person Mediation) | 125.71 |
| Transportation (In-Person Mediation) | 113.85 |
| Travel - Air/Rail (In-Person Mediation) | 811.96 |
| **TOTAL** | **$2,119.65** |

**Exhibit 4**

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

May 13, 2025                                                                                                    Invoice # :   68181

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  April 1, 2025   through   April 30, 2025

## Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| David Greenblatt, CPA, CIRA | 43.50 | 575.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 17.80 | 525.00 |
| Marilee Greene | 0.40 | 265.00 |
| Sean Horner | 14.30 | 425.00 |
| Wayne P. Weitz | 44.20 | 775.00 |
| Wayne P. Weitz | 8.00 | 387.50 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 128.20 | $77,896.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---:|
| Lodging | 1,068.13 |
| Meals | 125.71 |
| Transportation | 113.85 |
| Travel -- Air/Rail | 811.96 |
| Total expenses | $2,119.65 |
| Total amount of this bill | $80,015.65 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.        Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225  |  Atlanta, GA 30326  |  Tel. 470.346.6800 Fax: 470.346.6804  |  www.brileyfin.com

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---:|

### Asset Analysis

| Date | Person | Description | Hours |
|---|---|---|---:|
| 4/1/2025 | W. Weitz | Real estate database research | 1.50 |
| 4/3/2025 | D. Greenblatt | Call with W. Weitz, D. Greenblatt, O. Katz and Debtor re: cash and real estate analyses | 1.20 |
|  | D. Greenblatt | Continue to work on and update cash analysis | 1.80 |
|  | W. Weitz | Call with W. Weitz, D. Greenblatt, O. Katz and Debtor re: cash and real estate analyses | 1.20 |
| 4/4/2025 | D. Greenblatt | Continue to work on and update cash analysis | 1.80 |
| 4/8/2025 | D. Greenblatt | Call with W. Weitz re: follow up call after Debtor call | 0.20 |
|  | D. Greenblatt | Call with M. Flanagan re: cash analysis | 0.50 |
|  | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: cash analysis | 0.70 |
|  | D. Greenblatt | Continue to work on and update cash analysis | 1.30 |
|  | W. Weitz | Call with D. Greenblatt re: follow up call after Debtor call | 0.20 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: cash analysis | 0.70 |
| 4/9/2025 | D. Greenblatt | Continue to work on and update cash analysis | 1.20 |
| 4/17/2025 | S. Horner | Continue to update cash analysis | 1.30 |
| 4/18/2025 | S. Horner | Call with W. Weitz, S. Horner re: cash analysis | 0.50 |
|  | S. Horner | Continue to update cash analysis | 2.90 |
|  | W. Weitz | Call with W. Weitz, S. Horner re: cash analysis | 0.50 |
| 4/21/2025 | W. Weitz | Call with S. Horner re: cash analysis | 0.30 |
|  | S. Horner | Call with W. Weitz re: cash analysis | 0.30 |
| 4/23/2025 | S. Horner | Continue to work on cash analysis | 2.30 |
|  | W. Weitz | Call with P. Pascuzzi re: analysis of certain assets | 0.20 |
| 4/24/2025 | S. Horner | Continue to work on restricted cash analysis | 1.90 |
|  | D. Greenblatt | Continue to work on cash analysis | 1.60 |
| 4/25/2025 | W. Weitz | Meeting with client re: real estate assets | 1.00 |
| 4/28/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.30 |
|  | S. Horner | Continue work on restricted cash analysis | 1.60 |
|  | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.30 |
|  | D. Greenblatt | Call with W. Weitz re: restricted cash | 0.40 |
|  | D. Greenblatt | Continue to work on cash analysis | 1.20 |
|  | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.30 |
|  | W. Weitz | Call with D. Greenblatt re: restricted cash | 0.40 |
| 4/30/2025 | W. Weitz | Call with Counsel re: cash analysis | 0.20 |
|  | W. Weitz | Review and update cash analysis | 0.40 |

SUBTOTAL: [     30.20     17080.00]

### Business Analysis

| Date | Person | Description | Hours |
|---|---|---|---:|
| 4/2/2025 | D. Greenblatt | Call with W. Weitz, P. Pascuzzi and T. Phinney re: case update | 0.20 |
|  | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.90 |
|  | W. Weitz | Call with D. Greenblatt, P. Pascuzzi and T. Phinney re: case update | 0.20 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.90 |
| 4/4/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 1.50 |
|  | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 1.10 |
| 4/7/2025 | D. Greenblatt | Update professional fee tracker and provide Debtor with payment summary re: current fees | 1.60 |
| 4/8/2025 | D. Greenblatt | Call with Counsel re: weekly update | 1.00 |
| 4/11/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 1.30 |
|  | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 1.30 |
| 4/16/2025 | D. Greenblatt | Prepare Q1 2024 UST fee calculation for Debtor | 0.30 |
|  | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 1.10 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 1.10 |
| 4/30/2025 | D. Greenblatt | Update mediator invoice tracker analysis | 0.60 |

SUBTOTAL: [     13.10      8452.50]

                                                                                              Hours

### Employment/Fee Applications

| Date | Person | Description | Hours |
|---|---|---|---|
| 4/2/2025 | M. Greene | Prepare March Fee Statement | 0.40 |
| 4/10/2025 | D. Greenblatt | Preparation of March Fee Statement | 0.80 |
|  | W. Weitz | Review March Fee Statement | 0.30 |

SUBTOTAL:                                                          [        1.50        798.50]

### Litigation

| Date | Person | Description | Hours |
|---|---|---|---|
| 4/9/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: mediation preparation | 0.80 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: mediation preparation | 0.80 |
| 4/10/2025 | D. Greenblatt | Begin work on mediation presentation | 1.80 |
| 4/14/2025 | S. Horner | Preparation of mediation presentation | 0.70 |
|  | S. Horner | Working sessions with W. Weitz and D. Greenblatt to prepare mediation presentation | 2.50 |
|  | D. Greenblatt | Preparation of mediation presentation | 2.20 |
|  | D. Greenblatt | Working sessions with W. Weitz and S. Horner to prepare mediation presentation | 2.50 |
|  | W. Weitz | Preparation of mediation presentation | 1.60 |
|  | W. Weitz | Working sessions with S. Horner and D. Greenblatt to prepare mediation presentation | 2.50 |
| 4/16/2025 | D. Greenblatt | Call with W. Weitz re: mediation | 0.30 |
|  | W. Weitz | Call with D. Greenblatt re: mediation | 0.30 |
|  | W. Weitz | Mediation presentation: cash analysis calculations | 0.50 |
|  | W. Weitz | Continue work on mediation package | 1.20 |
|  | W. Weitz | Continue preparing mediation presentation (1.5) and call with P. Pascuzzi re: same (0.3) | 1.50 |
|  | W. Weitz | Further work on mediation presentation | 1.50 |
| 4/17/2025 | W. Weitz | Email correspondence and phone call with Counsel re: certain discovery issues | 0.20 |
|  | W. Weitz | Call with P. Pascuzzi re: modifications to mediation presentation | 0.50 |
|  | W. Weitz | Call with insurance coverage counsel re: certain analyses | 0.50 |
|  | W. Weitz | Call with P. Pascuzzi re: certain cash balances for mediation analysis | 0.50 |
|  | W. Weitz | Additional updates to mediation presentation | 1.60 |
| 4/18/2025 | D. Greenblatt | Continue to work on mediation presentation | 1.30 |
|  | W. Weitz | Finalize latest draft of mediation package and send to client and Counsel | 0.40 |
| 4/21/2025 | D. Greenblatt | Call with W. Weitz, UCC Professionals and RPSC Accountant re: RPSC financials | 0.70 |
|  | W. Weitz | Call with M. Flanagan re: mediation preparation | 0.20 |
|  | W. Weitz | Email correspondence with Counsel re: follow-up to conference call with committee FA | 0.30 |
|  | W. Weitz | Call with D. Greenblatt, UCC Professionals and RPSC Accountant re: RPSC financials | 0.70 |
| 4/22/2025 | D. Greenblatt | Continue to update mediation presentation | 0.90 |
|  | D. Greenblatt | Call with W. Weitz re: mediation presentation | 1.50 |
|  | D. Greenblatt | Call with Counsel and Debtor re: mediation presentation | 1.60 |
|  | W. Weitz | Update mediation presentation | 0.80 |
|  | W. Weitz | Call with D. Greenblatt re: mediation presentation | 1.50 |
| 4/23/2025 | D. Greenblatt | Call with W. Weitz re: updated numbers for mediation presentation | 0.20 |
|  | W. Weitz | Call with D. Greenblatt re: updated numbers for mediation presentation | 0.20 |
|  | W. Weitz | Mediation presentation updates | 1.60 |
|  | W. Weitz | Onsite meetings with client re: mediation prep and strategy | 5.40 |
| 4/24/2025 | D. Greenblatt | Participate in mediation via Zoom | 5.30 |
|  | W. Weitz | Participate in mediation | 7.00 |
| 4/25/2025 | D. Greenblatt | Call with W. Weitz re: mediation | 0.30 |
|  | W. Weitz | Call with D. Greenblatt re: mediation | 0.30 |
| 4/30/2025 | W. Weitz | Research insurance policy listings and provide to counsel | 0.30 |

SUBTOTAL:                                                          [       54.50      37237.50]

|  |  |  | Hours |  |
|---|---|---|---:|---:|

### Monthly Operating Reports

| Date | Person | Description | Hours | |
|---|---|---|---:|---:|
| 4/1/2025 | C. Hansen | Begin March 2025 MOR: retrieve data from Debtor's accounting system and review | 0.70 | |
| | C. Hansen | March 2025 MOR: update workbook | 1.00 | |
| 4/3/2025 | C. Hansen | March 2025 MOR: payroll analysis | 0.20 | |
| 4/4/2025 | C. Hansen | March 2025 MOR: prepare bank statement exhibits | 0.60 | |
| | C. Hansen | March 2025 MOR: update workbook with bank balances | 0.70 | |
| 4/7/2025 | C. Hansen | March 2025 MOR: post-petition AP | 1.10 | |
| 4/8/2025 | C. Hansen | March 2025 MOR: insider payment schedule | 0.60 | |
| | C. Hansen | March 2025 MOR: review investment accounts | 0.80 | |
| | C. Hansen | March 2025 MOR: receipts and disbursement schedule | 1.00 | |
| 4/14/2025 | C. Hansen | March 2025 MOR: prepare exhibits | 1.10 | |
| | C. Hansen | March 2025 MOR: prepare report | 1.80 | |
| | C. Hansen | March 2025 MOR: continue receipts and disbursements | 2.60 | |
| 4/15/2025 | C. Hansen | Finalize and send MOR exhibits and MOR report to W. Weitz and D. Greenblatt; make revisions and finalize | 1.30 | |
| | C. Hansen | March 2025 MOR: finalize draft of MOR and send to client team for review | 1.90 | |
| | C. Hansen | March 2025 MOR: finalize exhibits | 2.20 | |
| | D. Greenblatt | Preparation of March 2025 MOR | 1.90 | |
| 4/16/2025 | W. Weitz | Review March MOR | 0.30 | |
| 4/17/2025 | W. Weitz | Call with C. Hansen re: certain disbursements in MOR | 0.20 | |
| | C. Hansen | Call with W. Weitz re: certain disbursements in MOR | 0.20 | |
| 4/21/2025 | D. Greenblatt | Finalize March 2025 MOR and send to Counsel for filing | 0.70 | |
| | SUBTOTAL: | | [ 20.90 | 11227.50] |

### Non-working Travel

| Date | Person | Description | Hours | |
|---|---|---|---:|---:|
| 4/22/2025 | W. Weitz | Travel time PHL-SFO for mediation | 4.00 | |
| 4/24/2025 | W. Weitz | Travel time SFO to JFK | 4.00 | |
| | SUBTOTAL: | | [ 8.00 | 3100.00] |