Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com
                mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　　Debtor and<br>　　　　　Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR
BLANK ROME LLP [APRIL 2025]**

///

///

Case: 23-30564     Doc# 1194     Filed: 05/20/25     Entered: 05/20/25 11:15:05     Page 1 of 25

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of April 2025 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of April 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2025, through April 30, 2025 | $132,780.80 | $327.29 | $133,108.09 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $106,224.64 | $327.29 | $106,551.93 |

Attached hereto as ***Exhibit A*** is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of BR's fees incurred during the period of April 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

CASE No: 23-30564
BLANK ROME MONTHLY FEE STATEMENT

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: May 20, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By:     /s/ Paul J. Pascuzzi
        Paul J. Pascuzzi
        Attorneys for Debtor and Debtor in Possession
        The Roman Catholic Archbishop of San Francisco


Dated: May 20, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP


By:     /s/ Ori Katz
        Ori Katz
        Alan H. Martin
        Attorneys for Debtor and Debtor in Possession
        The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Fee Period of
April 2025**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Kevin Cifarelli | Associate | $525 | 42.80 | $22,470.00 |
| Jeffrey L. Schulman | Partner | $836 | 62.20 | $51,999.20 |
| Barron L. Weinstein | Of Counsel | $820 | 49.70 | $40,754.00 |
| Robyn Michaelson | Partner | $808 | 10.20 | $8,241.60 |
| Brian Carolus | Legal Assistant/Paralegal | $340 | 27.40 | $9,316.00 |
| **TOTAL** | | | **192.30** | **$132,780.80** |

**Exhibit B**

**Summary of Compensation by Project Category
Compensation by Project Category for Hourly Services
for the Fee Period of April 2025**

**Bankruptcy Categories**

| Description | Hours | Amount |
|-------------|-------|--------|
| Asset Analysis and Recovery (Insurance Proceeds) | 33.00 | $17,466.50 |
| Bankruptcy Procedure | 5.10 | $4,182.00 |
| Fee Application | 0.40 | $334.40 |
| Lit (Analysis of Coord Abuse Claims for Available Ins Coverage) | 27.90 | $9,578.50 |
| Mediation | 108.40 | $87,486.70 |
| Motion Practice | 11.80 | $9,807.20 |
| Preparation of Materials for Parties in Bankruptcy Proceedings | 3.00 | $2,508.00 |
| Discovery | 2.70 | $1,417.50 |
| **TOTAL** | **192.30** | **$132,780.80** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Car Service/Taxi (Mediation) 4.23.2025-4.25.2025 | $292.08 |
| Hotel – Taxes (Mediation) 4.23.2025-4.25.2025 | $29.30 |
| Hotel – Meals (Mediation) 4.23.2025-4.25.2025 | $5.91 |
| **TOTAL** | **$327.29** |

1

**Exhibit D**

2

**Blank Rome April Invoice**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO: 23-30564
BLANK ROME MONTHLY FEE STATEMENT



ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY AND PHILIP LAM
PAUL J. PASCUZZI AND BRENDA JENNINGS
███████████, ████████████
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

| | |
|---|---|
| INVOICE DATE: | MAY 12, 2025 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 04647 |
| INVOICE NUMBER: | 2278542 |

**REGARDING:    ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/15/2024 | 2229500 | $41,602.75 | ($41,317.15) | $285.60 |
| 11/12/2024 | 2237777 | $20,282.44 | ($16,242.50) | $4,039.94 |
| 12/13/2024 | 2245852 | $22,992.70 | ($18,394.16) | $4,598.54 |
| 01/10/2025 | 2249094 | $15,895.40 | ($12,716.32) | $3,179.08 |
| 02/10/2025 | 2255562 | $68,382.07 | ($55,075.53) | $13,306.54 |
| 03/13/2025 | 2263975 | $108,754.80 | ($87,013.04) | $21,741.76 |
| 04/09/2025 | 2270624 | $87,530.51 | $0.00 | $87,530.51 |

**BALANCE FORWARD**                                                                          **$134,681.97**

FOR LEGAL SERVICES RENDERED THROUGH 4/30/25                    $132,780.80

FOR DISBURSEMENTS ADVANCED THROUGH 4/30/25                    $327.29

**CURRENT INVOICE TOTAL**                                                            **$133,108.09**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**            **$267,790.06**

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████9326 | 130 North 18th St |
| ABA Number: | ████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ███████

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE:          MAY 12, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID:          163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER:     163301-00001 |
| ██████████, ██████████ | INVOICE NUMBER:     2278542 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | PAGE 1 |

---

**REGARDING:**     **ARCHDIOCESE OF SAN FRANCISCO**
               **AB 218 CLAIMS**

---

**FOR LEGAL SERVICES RENDERED THROUGH APRIL 30, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/01/25 | CONFER WITH DEBTOR TEAM REGARDING STRATEGY (.5); REVIEW EMAILS IN PREPARATION FOR SAME (.2). | J. SCHULMAN | 07 | 0.70 | 585.20 |
| 04/01/25 | ATTEND ZOOM MEETING WITH TEAM COUNSEL REGARDING MEDIATION STRATEGY (.5); REVIEW AND ANALYZE CORRESPONDENCE REGARDING SETTLEMENT STRATEGY | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 04/01/25 | REVIEW OF CORRESPONDENCE FROM A. COTTRELL AND TWO SETS OF ENCRYPTED DOCUMENTS PRODUCED TO COMMITTEE AND EVALUATE FOR PRODUCTION TO CARRIERS (.3) PREPARE EMAIL TO A. COTTRELL RE DOCUMENT PRODUCTION (.1) REVIEW OF CORRESPONDENCE FROM P. PASCUZZI AND ANALYZE MOTION TO FILE LATE CLAIM TO DETERMINE PRIOR NOTICE TO CARRIERS AND ALLEGED DATES OF ABUSE (.3) PREPARE EMAIL TO P. PASCUZZI RE MOTION TO FILE LATE CLAIM AND REVIEW OF RESPONSE (.1) | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 04/02/25 | ATTEND DEBTOR TEAM MEETING (.9) AND PREPARE FOR SAME (.4). | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 04/02/25 | ATTEND ZOOM WITH TEAM TO DISCUSS MEDIATION STRATEGY AND LITIGATION ISSUES (.9); REVIEW FILE NOTES TO PREPARE FOR SAME (.2). | B. WEINSTEIN | 07 | 1.10 | 902.00 |
| 04/03/25 | PREPARE FOR AND PARTICIPATE IN ZOOM CALL WITH S. HAINES, B. WEINSTEIN AND J. SCHULMAN RE | K. CIFARELLI | 01 | 1.00 | 525.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | INSURANCE AND BANKRUPTCY ISSUES (.8) REVIEW OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL, DEFENSE COUNSEL AND COVERAGE COUNSEL RE INSURANCE AND BANKRUPTCY ISSUES (.2) | | | | |
| 04/03/25 | RESEARCH AND ANALYSIS REGARDING INSURER BAD FAITH (.3) (SHARED); REVIEW AND ANALYZE CORRESPONDENCE REGARDING EXCHANGE OF INFORMATION WITH COMMITTEE AND RESPOND TO SAME (.4); ATTEND ZOOM MEETING WITH TEAM COUNSEL REGARDING STAY ISSUES (.8); | B. WEINSTEIN | 02 | 1.50 | 1,230.00 |
| 04/04/25 | ATTEND ZOOM MEETING WITH TEAM REGARDING MEDIATION STRATEGY (.5); REVIEW FILE NOTES TO PREPARE FOR SAME (.2); TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING STRATEGY FOR UPCOMING MEDIATION (1.0); TELEPHONE CONFERENCE WITH CO COUNSEL REGARDING SETTLEMENT STRATEGIES (.4); PREPARE CORRESPONDENCE TO CO COUNSEL REGARDING SAME (.3); REVIEW DRAFT OPPOSITION TO ORDER (.1); REVIEW AND ANALYZE CORRESPONDENCE REGARDING COVERAGE ISSUES (2). | B. WEINSTEIN | 07 | 2.70 | 2,214.00 |
| 04/04/25 | REVIEW OF EMAIL FROM P. PASCUZZI RE MOTION TO FILE LATE CLAIM AND ANALYZE MOTION TO FILE LATE CLAIM BY CLAIMANT LL DOE JU; EVALUATE COVERAGE AND PREPARE CORRESPONDENCE TO CARRIER REGARDING FILING (.7) REVIEW OF CORRESPONDENCE FROM DEFENSE COUNSEL AND BANKRUPTCY COUNSEL RE BANKRUPTCY AND INSURANCE ISSUES (.3) REVIEW OF EMAIL FROM ████ WITH CLAIMS CHART; EVALUATE CLAIMS CHART, DRAFT MEMORANDUM AND BEGIN DEVELOPMENT OF INSURANCE MATRIX (.8) PREPARE MEMORANDUM RE INSURANCE ISSUES RAISED FOR BANKRUPTCY COUNSEL (.2) | K. CIFARELLI | 01 | 2.60 | 1,365.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|-----------|------|-------|--------|
| 04/04/25 | ATTEND DEBTOR TEAM MEETING (1.5) AND PREPARE FOR SAME (.3); REVIEW INSURER CORRESPONDENCE REGARDING BAR DATE (.3); CONFER WITH INSURANCE TEAM REGARDING UPDATING COVERAGE ANALYSIS (.3). | J. SCHULMAN | 07 | 2.40 | 2,006.40 |
| 04/04/25 | REVIEW OF EMAIL FROM P. PASCUZZI RE REPLY BRIEF FILED IN SUPPORT OF MOTION TO FILE LATE CLAIM; RESPOND TO P. PASCUZZI AND DRAFT EMAIL TO CARRIERS RE REPLY BRIEF. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 04/06/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS IN CONNECTION WITH ADDITIONAL CLAIM INFORMATION | R. MICHAELSON | 07 | 0.70 | 565.60 |
| 04/07/25 | EVALUATE NEW TENDER CORRESPONDENCE AND CLAIMANT PLEADINGS AND CREATE NEW CLAIMANT ENTRY WITHIN CORRESPONDENCE MATRIX AND COVERAGE CHART (.3); EVALUATE NEW TENDER CORRESPONDENCE AND SUPPLEMENT CORRESPONDENCE MATRIX (.2); EVALUATE NEW CORRESPONDENCE FROM COVERAGE COUNSEL TO CARRIERS AND SUPPLEMENT CORRESPONDENCE MATRIX (.2). | B. CAROLUS | 06 | 0.70 | 238.00 |
| 04/07/25 | DRAFT B. WEINSTEIN DECLARATION IN SUPPORT OF ANTICIPATED MOTION AND REVIEW POLICIES REGARDING SAME (SPLIT) (.3); REVIEW/ANALYZE POLICIES REGARDING COVERAGE ARGUMENT IN PREPARATION FOR UPCOMING MEDIATION SESSION (1.6). | J. SCHULMAN | 08 | 1.90 | 1,588.40 |
| 04/07/25 | CALL WITH K. CIFARELLI,H. AHN RE INSURANCE ANALYSIS, NEXT STEPS | R. MICHAELSON | 07 | 0.50 | 404.00 |
| 04/07/25 | MEETING WITH R. MICHAELSON AND H. AHN TO DISCUSS INSURANCE ASSETS. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 04/08/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 04/08/25 | DEBTOR PROFESSIONALS MEETING (1) AND PREPARE FOR SAME (.3); CONFER WITH INSURANCE TEAM | J. SCHULMAN | 07 | 2.40 | 2,006.40 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|------------|------------|------|-------|--------|
| | REGARDING REVISED COVERAGE/CLAIM ANALYSIS AND REVIEW REVISED ANALYSIS (1.1). | | | | |
| 04/08/25 | REVIEW OF EMAIL FROM A. COTTRELL RE MEET AND CONFER REGARDING DOCUMENT PRODUCTION AND REVIEW OF PRIOR PRODUCTION (.2) REVIEW OF EMAIL FROM ▮▮▮▮▮▮ RE REQUEST FOR DOCUMENTS AND PREPARE EMAIL RE RESPONSIVE INFORMATION (.2) REVIEW OF CORRESPONDENCE REGARDING MEDIATION AND INSURANCE ASSET CHART AND DRAFT RESPONSE (.2) CONFERENCE WITH R. MICHAELSON RE INSURANCE ASSET CHART AND REVIEW OF REVISED CHART (.3) | K. CIFARELLI | 93 | 0.90 | 472.50 |
| 04/08/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS IN CONNECTION WITH ADDITIONAL CLAIM INFORMATION, INCLUDING REVIEWING RECORDS IN CONNECTION WITH SAME | R. MICHAELSON | 07 | 3.80 | 3,070.40 |
| 04/08/25 | ATTEND ZOOM WITH TEAM TO PREPARE FOR MEDIATION. | B. WEINSTEIN | 07 | 1.00 | 820.00 |
| 04/09/25 | ANALYZE SEVERITY RANKINGS TO CALCULATE AVAILABLE ASSETS FROM CARRIER'S PRIMARY POLICIES AND EXCESS POLICIES. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 04/09/25 | PREPARE SCHEDULE OF CARRIER CONTRIBUTIONS FROM CARRIER TO ▮ CLAIMS. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 04/09/25 | ASSIST WITH PREPARING FOR MEDIATION, INCLUDING ADDRESSING INQUIRIES RE ALLOCATION ANALYSIS IN CONNECTION WITH SAME | R. MICHAELSON | 07 | 0.60 | 484.80 |
| 04/09/25 | ANALYSIS OF SUPPLEMENTAL PRODUCTION OF DOCUMENTATION AND FACTUAL INFORMATION CONCERNING RESPONSE TO MEET AND CONFER. | K. CIFARELLI | 93 | 0.20 | 105.00 |
| 04/09/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER AND SUPPLEMENT CORRESPONDENCE MATRIX. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 04/09/25 | REVIEW INVOICE FOR FEE APPLICATION. | J. SCHULMAN | 05 | 0.40 | 334.40 |
| 04/09/25 | REVIEW DRAFT PLEADING. | J. SCHULMAN | 08 | 0.90 | 752.40 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/10/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM DEFENSE COUNSEL AND COVERAGE COUNSEL (.2); SUPPLEMENT CORRESPONDENCE MATRIX REFLECTING THE SAME (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (3.2). | B. CAROLUS | 06 | 3.60 | 1,224.00 |
| 04/10/25 | ATTEND DEBTOR TEAM MEETING REGARDING ANTICIPATED MOTION (1.2); REVIEW DRAFT AND RELATED CORRESPONDENCE IN PREPARATION FOR SAME (.9); CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING STRATEGY (.8); REVIEW POLICIES AND CONFER WITH THE COMMITTEE'S INSURANCE COUNSEL REGARDING SAME (1); ATTENTION TO COVERAGE MATRIX IN PREPARATION FOR DEBTOR MEETING (.7). | J. SCHULMAN | 08 | 4.60 | 3,845.60 |
| 04/10/25 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING STAY ISSUES (.4); REVIEW AND REVISE DRAFT PLEADING REGARDING SAME (1.2); ATTEND ZOOM MEETING WITH TEAM TO DISCUSS STRATEGY (1.2); ATTEND FURTHER ZOOM WITH TEAM REGARDING MEDIATION STRATEGY AND DISCOVERY REQUESTS FROM COMMITTEE (.8) | B. WEINSTEIN | 02 | 3.60 | 2,952.00 |
| 04/10/25 | MEETING WITH J. SCHULMAN AND B. WEINSTEIN RE ISSUES OF DISCOVERY AND MEDIATION. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 04/10/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS | R. MICHAELSON | 07 | 0.90 | 727.20 |
| 04/10/25 | PREPARE FOR MEETING WITH J. SCHULMAN AND B. WEINSTEIN RE ISSUES OF DISCOVERY AND MEDIATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 04/10/25 | REVISE SCHEDULE OF CARRIER CLAIMS WITH EXPECTED DAMAGES AND PROJECTED CONTRIBUTION. | K. CIFARELLI | 01 | 1.80 | 945.00 |
| 04/10/25 | REVIEW OF INSURANCE MATRIX AND CONFERENCE WITH R. MICHAELSON RE REVISIONS TO MATRIX. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 04/10/25 | CALL WITH K. CIFARELLI RE INSURANCE ANALYSIS | R. MICHAELSON | 07 | 0.20 | 161.60 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/11/25 | CALL WITH B. WEINSTEIN, K. CIFARELLI, J. SCHULMAN RE MEDIATION PREP, INSURANCE ANALYSIS | R. MICHAELSON | 07 | 1.00 | 808.00 |
| 04/11/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS, INCLUDING INCORPORATING LATE FILED CLAIM | R. MICHAELSON | 07 | 1.30 | 1,050.40 |
| 04/11/25 | ATTEND DEBTOR TEAM MEETING (1.4); MEETING WITH B. WEINSTEIN, K. CIFARELLI AND R. MICHAELSON IN PREPARATION FOR SAME (1); MEETING WITH B. WEINSTEIN AND K. CIFARELLI IN PREPARATION FOR MEDIATION (.6). | J. SCHULMAN | 07 | 3.00 | 2,508.00 |
| 04/11/25 | MEETING WITH J. SCHULMAN AND B. WEINSTEIN TO DISCUSS STRATEGY, MEDIATION AND INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 04/11/25 | REVIEW COVERAGE LETTER FROM CARRIER RE COVERAGE ISSUE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 04/11/25 | MEETING WITH B. WEINSTEIN AND J. SCHULMAN TO DISCUSS AVAILABLE INSURANCE ASSETS. | K. CIFARELLI | 01 | 1.00 | 525.00 |
| 04/11/25 | PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (2.8); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (2.6); EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL AND CARRIER (.2); SUPPLEMENT CORRESPONDENCE MATRIX REGARDING THE SAME (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.5). | B. CAROLUS | 06 | 6.30 | 2,142.00 |
| 04/11/25 | REVIEW OF COURT ORDER GRANTING MOTION TO FILE LATE CLAIM. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 04/11/25 | PREPARE CORRESPONDENCE TO CARRIER'S COUNSEL T. KARPA WITH RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/11/25 | ATTEND ZOOM WITH CO-COUNSEL TO REVIEW DOCUMENTS PREPARED FOR MEDIATION AND MEDIATION STRATEGY (1.0); ATTEND ZOOM WITH CLIENT TEAM TO DISCUSS MEDIATION DOCUMENTS AND PREPARE FOR MEDIATION (1.4); | B. WEINSTEIN | 07 | 3.40 | 2,788.00 |

**ARCHDIOCESE OF SAN FRANCISCO**        **PAGE 7**
**FILE NUMBER: 163301-00001**        **INVOICE # 2278542**
**MAY 12, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | REVIEW AND ANALYZE CORRESPONDENCE AND PLEADING REGARDING RELIEF FROM STAY (.4); FURTHER ZOOM WITH CO-COUNSEL TO DISCUSS ADDITIONAL MEDIATION STRATEGY (.6). | | | | |
| 04/14/25 | REVIEW OF COURT ORDER GRANTING MOTION FOR RELIEF FROM STAY. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/14/25 | PREPARE CORRESPONDENCE TO CARRIERS REGARDING MOTION FOR RELIEF FROM STAY. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 04/14/25 | RESPOND TO EMAIL FROM M. PLEVIN RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 04/14/25 | PREPARE SCHEDULE OF CLAIMS FOR CARRIER. | K. CIFARELLI | 07 | 0.40 | 210.00 |
| 04/14/25 | REVISE SCHEDULE OF CLAIMS FOR CARRIER IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 07 | 0.40 | 210.00 |
| 04/14/25 | PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.8); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.9); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.3); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (1.0); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (1.7); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.3); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.9). | B. CAROLUS | 06 | 5.90 | 2,006.00 |
| 04/14/25 | REVIEW CURRENT DRAFT COMPLAINT (.8) AND CONTINUE DRAFTING AFFIRMATION IN SUPPORT OF MOTION (.7); REVIEW DRAFT ADDITIONAL DECLARATION IN SUPPORT OF MOTION (.6). | J. SCHULMAN | 09 | 2.10 | 1,755.60 |
| 04/14/25 | REVIEW OF CORRESPONDENCE FROM A. COTTRELL RE DOCUMENT PRODUCTION (.2) | K. CIFARELLI | 93 | 0.40 | 210.00 |
| 04/14/25 | PREPARE DOCUMENT PRODUCTION TO CARRIERS. | K. CIFARELLI | 93 | 0.30 | 157.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 04/15/25 | REVIEW OF EMAIL FROM CNA COUNSEL M. PLEVIN RE ORDER GRANTING COMMITTEE'S MOTION FOR RELIEF FROM STAY. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 04/15/25 | PREPARE FOR (.5) AND ATTEND ZOOM CONFERENCE WITH TEAM TO DISCUSS MEDIATION ISSUES AND STAY (1.0); REVIEW AND ANALYZE CORRESPONDENCE WITH TEAM REGARDING MATERIALS FOR MEDIATION (.2); RESPOND TO SAME (.2); PREPARE CORRESPONDENCE TO MEDIATOR REGARDING MEDIATION ISSUES (.2). | B. WEINSTEIN | 07 | 2.10 | 1,722.00 |
| 04/15/25 | REVIEW OF EMAIL FROM CARRIER ANALYST A. COLLING RE CLAIMANT LL JOHN DOE JU. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 04/15/25 | REVIEW OF CORRESPONDENCE FROM DEFENSE COUNSEL REGARDING MEDIATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 04/15/25 | REVISE SETTLEMENT DEMAND WITH SCHEDULE OF CLAIMS TO CARRIER. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ███. TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ██████ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ███ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ███ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ███ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM | K. CIFARELLI | 01 | 0.20 | 105.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | BY CLAIMANT ██ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | | | | |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ██ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ██ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ██ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ██ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ██ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ██ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ██ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.9); EVALUATE CORRESPONDENCE AND BANKRUPTCY PLEADINGS SENT FROM COVERAGE COUNSEL TO CARRIERS (.3); SUPPLEMENT CORRESPONDENCE MATRIX REGARDING THE SAME (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.8); PREPARE SCHEDULE OF INSURANCE | B. CAROLUS | 06 | 3.10 | 1,054.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.9). | | | | |
| 04/15/25 | ATTEND DEBTOR MEETING. | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ▉▉▉▉▉ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | ANALYZE ALLEGATIONS IN SURVIVOR PROOF OF CLAIM FORM BY CLAIMANT ▉▉▉ TO EVALUATE SEVERITY FOR SETTLEMENT DEMAND TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/15/25 | REVISE SCHEDULE OF CLAIMS FOR SETTLEMENT DEMAND TO CARRIER. | K. CIFARELLI | 01 | 1.70 | 892.50 |
| 04/16/25 | DRAFT/REVISE DECLARATION IN SUPPORT OF MOTION AND REVIEW POLICIES REGARDING SAME (1.2); ATTEND DEBTOR PROFESSIONALS MEETING (1.1) AND PREPARE FOR SAME (.4); REVIEW INSURANCE POLICIES AND CONFER WITH COMMITTEE INSURANCE COUNSEL REGARDING SAME (2.7); REVIEW/ANALYZE PRESENTATION MATERIALS IN PREPARATION FOR MEDIATION AND EMAILS REGARDING SAME (.5). | J. SCHULMAN | 07 | 5.90 | 4,932.40 |
| 04/16/25 | ATTEND ZOOM WITH TEAM COUNSEL REGARDING MEDIATION PREPARATION (1.1); REVIEW FILE NOTES TO PREPARE FOR SAME (.3). | B. WEINSTEIN | 07 | 1.40 | 1,148.00 |
| 04/16/25 | CALCULATE AND PREPARE RESPONSE TO INSURANCE CONTRIBUTIONS FROM EXCESS CARRIERS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 04/17/25 | PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.6); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.3); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.4); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT | B. CAROLUS | 06 | 2.70 | 918.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | CONTRIBUTION BY CARRIER (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.2); PREPARE SCHEDULE OF INSURANCE ASSETS FOR SETTLEMENT CONTRIBUTION BY CARRIER (.2). | | | | |
| 04/17/25 | ATTEND ZOOMS WITH MEDIATOR REGARDING MEDIATION ISSUES (.4); REVIEW (.1) AND PREPARE (.1) CORRESPONDENCE WITH CARRIERS REGARDING SAME; ANALYZE DOCUMENTS TO USE AT MEDIATION REGARDING INSURANCE (.5); REVIEW INSURANCE DOCUMENTS TO CLARIFY SPECIFIC ISSUES (.6). | B. WEINSTEIN | 07 | 1.70 | 1,394.00 |
| 04/17/25 | ASSIST WITH PREPARING FOR MEDIATION DISCUSSION, INCLUDING REVIEWING INSURANCE ANALYSIS IN CONNECTION WITH SAME | R. MICHAELSON | 01 | 0.50 | 404.00 |
| 04/17/25 | APPEAR FOR/ATTEND CALL WITH MEDIATOR (.2); ATTENTION TO INSURANCE ANALYSIS (.4) AND CONFER WITH DEBTOR TEAM REGARDING SAME (.7). | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 04/18/25 | PREPARE POLICY TABLE FOR CARRIER IN PREPARATION FOR SETTLEMENT DEMAND LETTER. | B. CAROLUS | 06 | 0.20 | 68.00 |
| 04/18/25 | CONFER WITH COMMITTEE INSURANCE COUNSEL REGARDING POLICIES (.2) AND CONTINUED REVIEW OF POLICIES IN PREPARATION FOR SAME (1.1); CONFER WITH MEDIATORS IN PREPARATION FOR MEDIATION (.4) (PARTIAL); CONFER WITH B. WEINSTEIN FOLLOWING SAME (.2). | J. SCHULMAN | 07 | 1.90 | 1,588.40 |
| 04/18/25 | ZOOM MEETING WITH MEDIATORS SONTCHI, BUCKLEY AND GALLAGHER, DEFENSE COUNSEL D. ZAMORA AND B. WEINSTEIN RE | K. CIFARELLI | 01 | 1.00 | 525.00 |

**ARCHDIOCESE OF SAN FRANCISCO**                                                    **PAGE 12**
**FILE NUMBER: 163301-00001**                                              **INVOICE # 2278542**
                                                         **MAY 12, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | INSURANCE AND SETTLEMENT DEMANDS. | | | | |
| 04/18/25 | PREPARE DOCUMENTS FOR MEDIATION (.6); ANALYZE CORRESPONDENCE AND FILE MEMOS TO PREPARE FOR ZOOM WITH MEDIATORS (.7); ATTEND ZOOM WITH MEDIATORS (1.0); TELEPHONE CONFERENCES WITH TEAM TO PREPARE FOR MEDIATION (.5). | B. WEINSTEIN | 07 | 2.80 | 2,296.00 |
| 04/20/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM TEAM REGARDING MATERIALS FOR MEDIATION (.5); ANALYZE MEDIATION MATERIALS REGARDING SETTLEMENT OPTIONS (.7); PREPARE CORRESPONDENCE TO TEAM REGARDING SAME (.9). | B. WEINSTEIN | 07 | 2.10 | 1,722.00 |
| 04/21/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE WITH TEAM REGARDING MEDIATION ISSUES (.3); ZOOM WITH TEAM TO WORK ON MATERIALS FOR MEDIAITON (.8). | B. WEINSTEIN | 07 | 1.10 | 902.00 |
| 04/21/25 | REVISE SCHEDULE OF INSURANCE ASSETS TO CONFORM TO CREDITOR'S COMMITTEE'S CHART WITH NEW ABUSE DATES OF CLAIMANTS. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 04/21/25 | ANALYZE CREDITOR'S COMMITTEE'S CHART WITH REVISED ABUSE DATES TO DETERMINE ADDITIONAL POTENTIAL INSURANCE ASSETS OF CLAIMANTS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 04/21/25 | REVISIONS TO SCHEDULE OF CARRIER CLAIMS WITH CARRIER CONTRIBUTIONS. | K. CIFARELLI | 01 | 0.90 | 472.50 |
| 04/21/25 | REVIEW/ANALYZE UPDATED INSURANCE MATRIX IN PREPARATION FOR MEDIATION (.3); DRAFT REVISE MEDIATION DEMAND TO INSURER AND ACCOMPANYING CLAIMS DATA (.4). | J. SCHULMAN | 07 | 0.70 | 585.20 |
| 04/21/25 | MEETING WITH B. WEINSTEIN, D. ZAMORA AND M. SILVER RE SCOPE OF CLAIMS IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 04/21/25 | PREPARE SETTLEMENT DEMAND LETTER TO CARRIER. | K. CIFARELLI | 01 | 0.60 | 315.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/21/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS | R. MICHAELSON | 07 | 0.30 | 242.40 |
| 04/22/25 | PREPARE POLICY TABLE FOR CARRIER IN PREPARATION FOR MEDIATION (.3); PREPARE POLICY TABLE FOR CARRIER IN PREPARATION FOR MEDIATION (.2); PREPARE POLICY TABLE FOR CARRIER IN PREPARATION FOR MEDIATION (.3); PREPARE POLICY TABLE FOR CARRIER IN PREPARATION FOR MEDIATION (.2); PREPARE POLICY TABLE FOR CARRIER IN PREPARATION FOR MEDIATION (.3). | B. CAROLUS | 06 | 1.30 | 442.00 |
| 04/22/25 | CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING MEDIATION PREPARATION (.3); CONFER WITH DEBTOR PROFESSIONALS IN PREPARATION FOR MEDIATION (1.7); REVIEW/ANALYZE PRESENTATION IN PREPARATION FOR SAME (.6). | J. SCHULMAN | 07 | 2.60 | 2,173.60 |
| 04/22/25 | REVIEW DRAFT COMPLAINT AND EDIT. | J. SCHULMAN | 09 | 0.90 | 752.40 |
| 04/22/25 | ATTEND ZOOM WITH LEGAL TEAM REGARDING MEDIATION MATERIALS TO PREPARE FOR MEDIATION (.3); ATTEND ZOOM WITH CLIENT AND LEGAL TEAM REGARDING PREPARATION FOR MEDIATION (1.7); REVISE PLEADINGS REGARDING MOTION FOR CONTINUED STAY (.8); ANALYZE CORRESPONDENCE REGARDING SAME (.3); REVISE MEDIATION MATERIALS (.5); ANALYZE CORRESPONDENCE REGARDING SAME (.2). | B. WEINSTEIN | 07 | 3.80 | 3,116.00 |
| 04/22/25 | TEAM MEETING TO DISCUSS INSURANCE ISSUES FOR MEDIATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 04/22/25 | PREPARE SETTLEMENT DEMAND LETTER TO CARRIER. | K. CIFARELLI | 01 | 1.70 | 892.50 |
| 04/22/25 | REVIEW OF EMAILS BETWEEN B. WEINSTEIN AND B. RILEY RE INSURANCE ISSUES FOR MEDIATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/22/25 | PREPARE REVISIONS TO INSURANCE ASSET MATRIX FOR MEDIATION. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 04/22/25 | PREPARE SETTLEMENT DEMAND LETTER TO CARRIER. | K. CIFARELLI | 01 | 0.80 | 420.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 04/23/25 | FINALIZE DEMAND LETTER TO CARRIER. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 04/23/25 | FINALIZE DEMAND LETTER TO CARRIER. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 04/23/25 | FINALIZE SCHEDULE OF INSURANCE ASSETS FOR CARRIER. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 04/23/25 | FINALIZE SCHEDULE OF INSURANCE ASSETS FOR CARRIER. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 04/23/25 | REVISIONS TO INSURANCE ASSET MATRIX IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 01 | 1.70 | 892.50 |
| 04/23/25 | REVIEW OF DOCUMENT PRODUCTION TO RESPOND TO CARRIER COUNSEL'S REQUEST FOR INFORMATION. | K. CIFARELLI | 93 | 0.20 | 105.00 |
| 04/23/25 | ANALYZE AND REVISE MATERIALS FOR MEDIATION (.7); REVIEW AND PREPARE CORRESPONDENCE WITH TEAM REGARDING SAME (.5); TELEPHONE CONFERENCE WITH B RILEY REGARDING SAME (.2). | B. WEINSTEIN | 07 | 1.40 | 1,148.00 |
| 04/23/25 | PREPARE EMAIL TO DEFENSE COUNSEL RE CARRIER DOCUMENT REQUEST AND PREPARE EMAIL TO CARRIER COUNSEL A. ROLAIN RE DOCUMENT REQUEST. | K. CIFARELLI | 93 | 0.10 | 52.50 |
| 04/23/25 | REVIEW OF CORRESPONDENCE FROM B. RILEY REPRESENTATIVE W. WEITZ WITH REQUEST FOR INSURANCE INFORMATION FOR MEDIATION. | K. CIFARELLI | 07 | 0.20 | 105.00 |
| 04/23/25 | PRPEARE RESPONSE TO INSURANCE ISSUES RAISED BY B. RILEY REPRESENTATIVE W. WEITZ IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 07 | 0.40 | 210.00 |
| 04/23/25 | REVIEW SHAREVAULT TO ASSESS ADDITIONAL PROOF OF CLAIM FORMS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/23/25 | PREPARE TABLE WITH POTENTIAL INSURANCE ASSETS AND CARRIER ALLOCATIONS FOR USE IN MEDIATION. | K. CIFARELLI | 07 | 0.40 | 210.00 |
| 04/23/25 | PLAN/PREPARE FOR MEDIATION. | J. SCHULMAN | 07 | 4.60 | 3,845.60 |
| 04/23/25 | REVIEW OF EMAIL FROM A. ROLAIN RE DISCOVERY REQUEST. | K. CIFARELLI | 93 | 0.10 | 52.50 |
| 04/23/25 | TRAVEL TO CALIFORNIA FOR MEDIATION. | J. SCHULMAN | 07 | 2.00 | 1,672.00 |
| 04/24/25 | PREPARE CLAIMS CONTRIBUTION SCHEDULE FOR CARRIER IN | B. CAROLUS | 06 | 1.40 | 476.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|-----------|------|-------|--------|
| | PREPARATION FOR MEDIATION (.8); PREPARE CLAIMS CONTRIBUTION SCHEDULE FOR CARRIER IN PREPARATION FOR MEDIATION (.6). | | | | |
| 04/24/25 | APPEAR FOR/ATTEND MEDIATION (7.5); COMPLETE PREPARATIONS FOR SAME (1.1); TEAM MEETING FOLLOWING MEDIATION (1); RETURN TRAVEL TO NEW YORK (2). | J. SCHULMAN | 07 | 11.60 | 9,697.60 |
| 04/24/25 | REVIEW/ANALYZE UPDATED CLAIM CHART, INCLUDING DISCUSSION WITH K. CIFARELLI RE SAME | R. MICHAELSON | 07 | 0.20 | 161.60 |
| 04/24/25 | ATTEND MEDIATION IN SAN FRANCISCO (7.5); MEET WITH CLIENT AND LEGAL TEAM AFTER MEDIATION (1.0). | B. WEINSTEIN | 07 | 8.50 | 6,970.00 |
| 04/24/25 | PREPARE RESPONSE TO CARRIER'S REQUEST FOR PERSONNEL FILES. | K. CIFARELLI | 93 | 0.40 | 210.00 |
| 04/24/25 | PREPARE EMAIL TO CARRIER'S COUNSEL A. ROLAIN IN RESPONSE TO DISCOVERY REQUEST. | K. CIFARELLI | 93 | 0.10 | 52.50 |
| 04/24/25 | REVISE INSURANCE MATRIX FOR CARRIER IN RESPONSE TO MEDIATORS' REQUEST. | K. CIFARELLI | 07 | 1.20 | 630.00 |
| 04/24/25 | REVISE INSURANCE MATRIX FOR CARRIER IN RESPONSE TO MEDIATORS' REQUEST. | K. CIFARELLI | 07 | 1.20 | 630.00 |
| 04/24/25 | REVISE SETTLEMENT DEMAND LETTER TO CARRIER. | K. CIFARELLI | 07 | 0.20 | 105.00 |
| 04/24/25 | ANALYZE SCHEDULE OF CLAIMS PROVIDED BY CARRIER. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 04/24/25 | PREPARE INSURANCE MATRIX FOR CARRIER IN RESPONSE TO MEDIATOR'S REQUEST. | K. CIFARELLI | 07 | 1.70 | 892.50 |
| 04/25/25 | REVISE PLEADINGS REGARDING STAY MOTIONS. | B. WEINSTEIN | 08 | 1.30 | 1,066.00 |
| 04/25/25 | CONFER WITH D. ZAMORA AND M. SILVER REGARDING CLAIMS LIST (.3); REVIEW LISTS IN PREPARATION FOR SAME (.7). | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 04/26/25 | REVIEW AND PREPARE CORRESPONDENCE WITH LEGAL TEAM REGARDING ISSUES RAISED AT MEDIATION (.3) | B. WEINSTEIN | 07 | 0.30 | 246.00 |
| 04/28/25 | REVISE PLEADINGS REGARDING BANKRUPTCY STAY AND CO-DEFENDANTS (.5); REVIEW AND PREPARE CORRESPONDENCE WITH TEAM REGARDING SAME (.2); | B. WEINSTEIN | 08 | 2.30 | 1,886.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | PREPARE FOR ZOOM WITH LEGAL TEAM REGARDING MEDIATION STRATEGY (.3); ATTEND ZOOM REGARDING SAME (1.3). | | | | |
| 04/28/25 | REVIEW/ANALYZE DRAFT MOTION AND ACCOMPANYING DOCUMENTS (.6); EMAILS WITH DEBTOR TEAM REGARDING SAME (.2). | J. SCHULMAN | 08 | 0.80 | 668.80 |
| 04/28/25 | ATTEND DEBTOR PROFESSIONALS CALL REGARDING MEDIATION STATUS. | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 04/28/25 | ANALYZE CREDITOR'S COMMITTEE'S SCOPE OF CLAIMS TO DEVELOP SETTLEMENT DEMANDS TO CARRIERS. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 04/28/25 | REVIEW OF EMAIL FROM ███ WITH REQUEST FOR INFORMATION AND PREPARE RESPONSE. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/29/25 | PREPARE PRODUCTION OF POLICY INFORMATION TO CARRIERS. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 04/29/25 | REVISIONS TO DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 362. | K. CIFARELLI | 06 | 0.50 | 262.50 |
| 04/29/25 | RESPOND TO EMAIL FROM CARRIER WITH REQUEST FOR INFORMATION RE ███ CLAIM. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 04/29/25 | REVIEW FILE NOTES AND MEMOS TO PREPARE FOR MEETING WITH LEGAL TEAM (1.3); ATTEND MEETING WITH LEGAL TEAM IN SAN FRANCISCO (4.5). | B. WEINSTEIN | 07 | 5.80 | 4,756.00 |
| 04/29/25 | DEBTOR TEAM MEETING REGARDING STRATEGY (4.5) AND PREPARE FOR SAME (.6). | J. SCHULMAN | 07 | 5.10 | 4,263.60 |
| 04/30/25 | ANALYZE CREDITOR' COMMITTEE'S MATRIX OF CLAIMANTS IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 07 | 0.30 | 157.50 |
| 04/30/25 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING TRIAL OF RELEASED CASES (.3); REVIEW AND ANALYSIS OF NEW DOCUMENTS RECEIVED FROM COMMITTEE (.5); TELEPHONE CONFERENCE WITH TEAM REGARDING SAME (.5). | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 04/30/25 | EVALUATE AND RECONCILE CLAIMANT NAMES LISTED BETWEEN MASTER INSURANCE | B. CAROLUS | 06 | 1.80 | 612.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | MATRIX AND CREDITOR'S COMMITTEE PROOFS OF CLAIM MATRIX. | | | | |
| 04/30/25 | REVIEW REVISED CLAIMS DATA (.4) AND CONFER WITH DEBTOR TEAM REGARDING ANALYSIS OF SAME (.5); CONFER WITH MEDIATOR REGARDING SAME (.3); REVIEW REVISED CLAIMS DATA PROVIDED BY THE COMMITTEE (.6). | J. SCHULMAN | 07 | 1.80 | 1,504.80 |
| 04/30/25 | TEAM MEETING WITH J. SCHULMAN, M. SILVER AND D. ZAMORA RE SCOPE OF JCCP 5108 CLAIMS. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 04/30/25 | ZOOM MEETING WITH JUDGE BUCKLEY, D. ZAMORA, P. GASPARI, AND B. WEINSTEIN REGARDING MEDIATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 04/30/25 | CALL WITH K. CIFARELLI RE INSURANCE ANALYSIS, NEXT STEPS | R. MICHAELSON | 07 | 0.20 | 161.60 |
| 04/30/25 | REVIEW OF CORRESPONDENCE WITH B. MICHAEL RE MEDIATION AND CREDITOR COMMITTEE LIST. | K. CIFARELLI | 07 | 0.30 | 157.50 |
| 04/30/25 | REVISIONS TO INSURANCE ASSET MATRIX IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 07 | 0.40 | 210.00 |
| | **TOTAL SERVICES** | | | | **$132,780.80** |

**FOR DISBURSEMENTS ADVANCED THROUGH APRIL 30, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN MEDIATION ON 04/23/25 | 84.95 |
| 04/23/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN MEDIATION ON 04/23/25 | 85.49 |
| 04/24/25 | HOTEL MISCELLANEOUS: JEFFREY SCHULMAN MEDIATION -- TAXES ON 04/24/25 | 29.30 |
| 04/24/25 | HOTEL MEALS OTHER: JEFFREY SCHULMAN MEDIATION - WITH JEFFREY SCHULMAN ON 04/24/25 | 5.91 |
| 04/25/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN MEDIATION ON 04/25/25 | 74.67 |
| 04/25/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN MEDIATION ON 04/25/25 | 46.97 |
| | **TOTAL DISBURSEMENTS** | **$327.29** |

**CURRENT INVOICE TOTAL**      **$133,108.09**

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 33.00 | 17,466.50 |

**ARCHDIOCESE OF SAN FRANCISCO**                                                         **PAGE 18**
**FILE NUMBER: 163301-00001**                                         **INVOICE # 2278542**
**MAY 12, 2025**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 02 | BANKRUPTCY PROCEDURE | 5.10 | 4,182.00 |
| 05 | FEE APPLICATION | 0.40 | 334.40 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 27.90 | 9,578.50 |
| 07 | MEDIATION | 108.40 | 87,486.70 |
| 08 | MOTION PRACTICE | 11.80 | 9,807.20 |
| 09 | PREPARATION OF MATERIALS FOR PARTIES IN BANKRUPTCY PROCEEDINGS; | 3.00 | 2,508.00 |
| 93 | DISCOVERY | 2.70 | 1,417.50 |
| | **TOTAL** | **192.30** | **$132,780.80** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| BRIAN S. CAROLUS | 340.00 | 27.40 | 9,316.00 |
| JEFFREY L. SCHULMAN | 836.00 | 62.20 | 51,999.20 |
| ROBYN MICHAELSON | 808.00 | 10.20 | 8,241.60 |
| KEVIN L. CIFARELLI | 525.00 | 42.80 | 22,470.00 |
| BARRON L. WEINSTEIN | 820.00 | 49.70 | 40,754.00 |
| **TOTALS** | | **192.30** | **$132,780.80** |