Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com
                     mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:            okatz@sheppardmullin.com
                     amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [APRIL 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for April 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of April 2025 are as follows:

| Period | Fees | Expenses | Total |
| --- | --- | --- | --- |
| April 1, 2025, through April 30, 2025 | $58,348.50 | $998.76 | $59,347.26 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $46,678.80 | $998.76 | $47,677.56 |

The itemized billing statement for the fees and costs billed is attached hereto as ***Exhibit A***. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: May 20, 2025

        FELDERSTEIN FITZGERALD
        WILLOUGHBY PASCUZZI & RIOS LLP


        By: */s/ Paul J. Pascuzzi*
        Paul J. Pascuzzi
        Attorneys for The Roman Catholic Archbishop of San Francisco

Case: 23-30564   Doc# 1195   Filed: 05/20/25   Entered: 05/20/25 11:18:04   Page 2 of 17

# Exhibit A

April 2025 Invoice

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



Archdiocese of San Francisco
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email:

# Invoice 13994

| Date | May 13, 2025 |
|---|---|
| Terms | |
| Service Thru | Apr 30, 2025 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/01/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to O. Katz re stay and 105 injunction issues (.2). Call to O. Katz re same (.2). Consider issues on same for client call and strategy (.3). | 0.70 | $ 600.00/hr | $ 420.00 |
| 04/01/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for Committee counsel call (.2). Attend same (.5). Emails from and to L. Linsky (SHCP) re stay and discovery issues (.2). Call with P. Califano (St. Patrick's) re case issues (.9). | 1.80 | $ 600.00/hr | $ 1,080.00 |
| 04/01/2025 | PJP | **B190 - Other Contested Matters:** Emails from mediator to insurers, email to client re mediator Sontchi invoices (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/01/2025 | PJP | **B190 - Other Contested Matters:** Brief review of new motion to allow late claim (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/01/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari, P. Carney, K. Cifarelli (to notify insurers) re late claim motion (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/02/2025 | PJP | **B190 - Other Contested Matters:** Emails from D. Zamora, to P. Carney, P. Gaspari re late claim motion issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/02/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.5). Attend same (.9). | 1.40 | $ 600.00/hr | $ 840.00 |
| 04/02/2025 | PJP | **B190 - Other Contested Matters:** Emails from O. Katz, P. Carney re Committee proposed order on claims data and IRB minutes order, consider strategy (.2) | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/2025 | PJP | **B190 - Other Contested Matters:** Review Castro settlement agreement, emails to B. Lewis and P. Carney re same (.3). further emails from and to B. Lewis, P. Carney re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 04/02/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with W. Weitz, D. Greenblatt re case status and Committee discovery issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/02/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with C. Johnson (CASC) re case status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/02/2025 | JER | **B160 - Fee/Employment Applications:** Review for potential objections and reply brief re Fee Applications, emails with PJP regarding same. (.2) | 0.20 | $ 525.00/hr | $ 105.00 |
| 04/02/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on 105 injunction and stay extension to non-debtors (shared) (.3). Email to client team re same (.2). Email to B. Weinstein, J. Schulman re insurance issues re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 04/03/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider issues that may arise in this case from Oakland disclosure statement process (shared) (.3). Draft agenda for client team call (.3). Call from B. Weinstein re insurance status (.2). | 0.80 | $ 600.00/hr | $ 480.00 |
| 04/03/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call from D. Zamora re 105 injunction and stay determination (.3). Email to D. Zamora re same and outline of supporting declaration (.5). | 0.80 | $ 600.00/hr | $ 480.00 |
| 04/03/2025 | TRP | **B310 - Claims Administration and Objections:** Emails with J. Kim re Liakos lawyer claims questions (.2); meeting with A. Kieser to obtain information (.2); draft emails to J. Mistretta with link to confidential information (.2); emails with J. Kim re arrangements for consultant access to confidential information (.2). | 0.80 | $ 450.00/hr | $ 360.00 |
| 04/03/2025 | PJP | **B190 - Other Contested Matters:** Review reply on late claim motion, email to client team (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/03/2025 | MEK | **B190 - Other Contested Matters:** Draft 4th Mtn to Extend the Deadline re: Removal (1.6) | 1.60 | $ 350.00/hr | $ 560.00 |
| 04/03/2025 | MEK | **B190 - Other Contested Matters:** Review of Reply ISO Mtn to Allow Late Claim (.2) | 0.20 | $ 350.00/hr | $ 70.00 |
| 04/04/2025 | PJP | **B160 - Fee/Employment Applications:** Email to M. Flanagan, D. Greenblatt re fee objection period run (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/04/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.2). Attend same (1.5). Call with B. Weinstein re case issues, mediation strategy (1.0). Call with O. Katz re case status and strategy (privileged) (.3). | 3.00 | $ 600.00/hr | $ 1,800.00 |
| 04/04/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP and BJ regarding professional fee budgets required by UST Guidelines. | 0.10 | $ 525.00/hr | $ 52.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/2025 | JER | **B190 - Other Contested Matters:** Emails with MK and BJ regarding motion to extend removal deadline. | 0.20 | $ 525.00/hr | $ 105.00 |
| 04/04/2025 | MEK | **B190 - Other Contested Matters:** Review of reply brief re: late claim motion and draft notes re: the same (.7); Review and revise notice re remand extension motion (.3) | 1.00 | $ 350.00/hr | $ 350.00 |
| 04/04/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare initial draft of the TransPerfect March Monthly Fee Statement. | 0.40 | $ 105.00/hr | $ 42.00 |
| 04/04/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact WT March invoices for personal and survivor information. | 2.10 | $ 105.00/hr | $ 220.50 |
| 04/04/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to O. Katz, D. Zamora re CMC order and dates for 105 injunction and stay determination (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/04/2025 | BJ | **B160 - Fee/Employment Applications:** Begin preparation of Weintraub's March Monthly Fee Statement. | 1.10 | $ 105.00/hr | $ 115.50 |
| 04/04/2025 | PJP | **B190 - Other Contested Matters:** Emails re objection to Committee forms of order re IRB minutes, consider strategy (.2). Revise proposed debtor order re same, email to client team re same (.3). Emails from and to K. Cifarelli re late claim motions (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 04/04/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to P. Califano (Seminary) re case issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/05/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review RCBO updates for relevant issues (shared) (.3). Email to client team re same (.1). | 0.40 | $ 600.00/hr | $ 240.00 |
| 04/07/2025 | PJP | **B190 - Other Contested Matters:** Brief review Committee reply re IRB minutes and claims data proposed orders (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/07/2025 | BJ | **B160 - Fee/Employment Applications:** Complete initial draft of WT's March Monthly Fee Statement. | 1.10 | $ 105.00/hr | $ 115.50 |
| 04/07/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact personal and survivor information for FFWPR March invoice in preparation of the March Monthly Fee Statement. | 0.20 | $ 105.00/hr | $ 21.00 |
| 04/07/2025 | JER | **B160 - Fee/Employment Applications:** Review Fee Examiner report on Interim Fee Applications (.3) Emails with PJP regarding same. (.2) | 0.50 | $ 525.00/hr | $ 262.50 |
| 04/07/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP and Fee Examiner regarding report on Interim Fee Applications for April 10 hearing. (.3). Further emails with J. Kim and telephone call with J. Kim regarding same. (.1) | 0.40 | $ 525.00/hr | $ 210.00 |
| 04/07/2025 | BJ | **B160 - Fee/Employment Applications:** Complete initial draft of FFWPR's March Monthly Fee Statement. | 0.30 | $ 105.00/hr | $ 31.50 |

| Date | Prof | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for Committee weekly call (.2). Attend same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 04/08/2025 | JER | **B160 - Fee/Employment Applications:** Telephone calls with PJP regarding Fee Examiner request to continue hearings on fee applications and next steps. (.2). Telephone call from J. Kim regarding same. (.1) Emails with Fee Examiner and Court Clerk regarding same. (.2). Direct AK and BJ re preparation of Amended Omnibus Notice of Hearing, filing, and service. (.2). Review and revise Amended Omnibus notice. (.3). Emails to PJP and all Debtor's professionals regarding the Amended Notice and continued hearing. (.2) Emails with TransPerfect and JKim re TP invoices. (.2) | 1.40 | $ 525.00/hr | $ 735.00 |
| 04/08/2025 | JER | **B190 - Other Contested Matters:** Review and revise motion to extend removal deadline. (1.2). Emails with PJP regarding motion and communication with Committee. (.3) | 1.50 | $ 525.00/hr | $ 787.50 |
| 04/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with D. Greenblatt re mediation prep (.2). Call with Fr. Summerhays, M. Flanagan, O. Katz, D. Greenblatt, W. Weitz re mediation preparation (.8). | 1.00 | $ 600.00/hr | $ 600.00 |
| 04/08/2025 | PJP | **B160 - Fee/Employment Applications:** Call with J. Rios re Committee okay with continuing interim fee app hearings (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/08/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review draft Zamora declaration re stay and 105 injunction (.3) | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/08/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team meeting (.3). Attend same (1.0). | 1.30 | $ 600.00/hr | $ 780.00 |
| 04/08/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review draft complaint re stay and 105 injunction, consider strategy, email to team re comments (1.3). | 1.30 | $ 600.00/hr | $ 780.00 |
| 04/09/2025 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell, O. Katz re serenic data discovery issues (.2). Call to O. Katz re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/09/2025 | PJP | **B190 - Other Contested Matters:** Review draft removal extension motion, emails from and to J. Rios re same (.3). Prepare outline for late claim motion hearing (.7). Call with P. Gaspari, O. Katz re IRB minutes issues on Committee motion (.5). Review court order on late claim motion, consider issues (.3). Email to M. Alexander re filing of late claim (.1). | 1.90 | $ 600.00/hr | $ 1,140.00 |
| 04/09/2025 | JER | **B190 - Other Contested Matters:** Review and revise motion to extend removal deadline. (.4). Emails with PJP regarding same. (.3). Review and finalize Notice of Hearing on motion for removal. (.2). Finalize motion pleadings and direct filing and service of Motion. (.4). Review multiple emails and notices regarding removal motion and related dates and deadlines. (.1) | 1.40 | $ 525.00/hr | $ 735.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/2025 | JER | **B160 - Fee/Employment Applications:** Further emails regarding Amended Notice of Hearing re all interim fee applications and rescheduling of hearing. | 0.10 | $ 525.00/hr | $ 52.50 |
| 04/09/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review mediation materials preparing for April 24 mediation for client call (.4). Prepare for call (.2). Attend same (.9). Call from W. Weitz re same (.1). Emails to client team re late claim motion decision and order (.2). | 1.80 | $ 600.00/hr | $ 1,080.00 |
| 04/09/2025 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re California street rental, consider issues re same (.3). Call with M. Flanagan re same (.2). Follow up call with M. Flanagan re same (.2). Further emails from and to M. Flanagan, O. Katz re same (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 04/09/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Draft email to B. Michael re California Street lease opportunity (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 04/09/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Blank Rome invoice for redactions (survivor names) and email B. Jennings re: approval of the same (.2) | 0.20 | $ 350.00/hr | $ 70.00 |
| 04/09/2025 | BJ | **B160 - Fee/Employment Applications:** Complete initial draft of BlankRome's March Monthly Fee Statement. | 0.70 | $ 105.00/hr | $ 73.50 |
| 04/10/2025 | JER | **B110 - Case Administration:** Review status of no objections to 4th Supplemental OCP Notice and email to M. Flanagan and Cushman regarding same. | 0.10 | $ 525.00/hr | $ 52.50 |
| 04/10/2025 | JER | **B190 - Other Contested Matters:** Review and analysis of Committee email regarding real estate valuations. (.2). Telephone call to PJP regarding same. (.2). Review multiple emails with Client Team regarding same. (.2). Review PJP emails with Committee regarding same. (.1) Email to Cushman regarding obtaining documents requested. (.3). | 1.00 | $ 525.00/hr | $ 525.00 |
| 04/10/2025 | MEK | **B190 - Other Contested Matters:** Review of order to late claim motion (.1); Email (detailed) to P. Pascuzzi re: the same (.4); Review of late claim motion (John Doe JU) (.6); Research re: excusable neglect standard (.8); Draft (detailed) email to P. Pascuzzi re: late claim motion success (.4) | 2.30 | $ 350.00/hr | $ 805.00 |
| 04/10/2025 | PJP | **B190 - Other Contested Matters:** Call with J. Rios re Committee real estate valuations requests (.2). Email to client team re same and follow up (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 04/10/2025 | MEK | **B190 - Other Contested Matters:** Research re: attorney error (late claim motion) (1.5) | 1.50 | $ 350.00/hr | $ 525.00 |
| 04/10/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with P. Carney, D. Zamora re claims and case issues (.2). Attend same (.5). Prepare agenda for client team call (.2). Review email and insurance materials from J. Schulman re mediation issues, consider strategy (.4). | 1.30 | $ 600.00/hr | $ 780.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with A. Cottrell, D. Zamora, B. Weinstein and others re auto stay motion and injunction (1.2). | 1.20 | $ 600.00/hr | $ 720.00 |
| 04/10/2025 | PJP | **B210 - Business Operations:** Emails from and to P. Carney re operations issue, review letter re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/10/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails to and from G. Brown re Committee real estate valuations (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/10/2025 | BJ | **B160 - Fee/Employment Applications:** Review, revise and finalize the March Monthly Fee Statement for B. Riley. | 0.30 | $ 105.00/hr | $ 31.50 |
| 04/11/2025 | PJP | **B190 - Other Contested Matters:** Review committee form of notice to survivors re claims data, consider issues (.3). Emails from and to O. Katz and professionals team re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 04/11/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.5). Attend same (1.3). Call with P. Marlow re case issues (.2). Emails from and to client team re C&W access issues (.2). | 2.20 | $ 600.00/hr | $ 1,320.00 |
| 04/11/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review court decision on relief from stay, consider issues and strategy re same (.3). Email to client team re strategy (.3). | 0.60 | $ 600.00/hr | $ 360.00 |
| 04/11/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with S. Williamson (cemeteries) re case issues (.1). Call with L. Linsky, C. Ray (SHCP) re case issues (.7). | 0.80 | $ 600.00/hr | $ 480.00 |
| 04/13/2025 | PJP | **B190 - Other Contested Matters:** Review M. Kutsuris analysis re late claim motion and recommendation, consider issues re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/13/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari and team re stay and 105 injunction issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider strategy on all outstanding matters, update task memo (.9). Mediation preparation, including review and revise participating party list (.8). Review and revise materials from P. Marlow re case updates, consider strategy re same (1.1). Review and provide comments on mediation materials re insurance, cash and real property analysis (.8). | 3.60 | $ 600.00/hr | $ 2,160.00 |
| 04/14/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call and email to R. Charles re RPSC working on access for Committee real estate valuations (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/14/2025 | PJP | **B190 - Other Contested Matters:** Emails from and to M. Cottrell re insurer share mediator invoice, email to insurers re same (.1). | 0.10 | $ 600.00/hr | $ 60.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/14/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with D. Zamora, B. Allard, M. Boskovich re claim issues (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 04/14/2025 | JER | **B190 - Other Contested Matters:** Emails with PJP and Cushman regarding Committee request for documents re 1656 California Street. | 0.30 | $ 525.00/hr | $ 157.50 |
| 04/15/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review email and revised Zamora declaration for 105 injunction and stay motion, consider strategy (.3). Call with D. Zamora re issues on stay and 105 motion (.2). Prepare for call with A. Cottrell, D. Zamora, others re 105 complaint, strategy (.2). Attend same (1.0). Emails from and to D. Zamora, O. Katz re 5108 CMC statement re relief from stay order and 105 injunction and stay motion (.3). | 2.00 | $ 600.00/hr | $ 1,200.00 |
| 04/15/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for committee counsel weekly call (.2). Attend same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 04/15/2025 | PJP | **B190 - Other Contested Matters:** Review B. Michael email and revised notice to survivors re opt out for disclosure, consider issues, email to client team re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/15/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review email from P. Marlow to client team, revised statements re case updates, consider strategy (.3). Call with P. Marlow re same (.1). Emails to and from P. Gaspari, B. Weinstein re case strategy (.2). Emails to and from W. Weitz re mediation (.2). | 0.80 | $ 600.00/hr | $ 480.00 |
| 04/15/2025 | JER | **B190 - Other Contested Matters:** Emails with Committee Counsel regarding real property valuations. (.2). Email to R. Charles regarding same. (.3) | 0.50 | $ 525.00/hr | $ 262.50 |
| 04/16/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from client team re press conference, case issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/16/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.3). Attend same (1.1). | 1.40 | $ 600.00/hr | $ 840.00 |
| 04/16/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re mediation preparation, case strategy (.4). Call with W. Weitz re mediation prep (.3). Emails from and to client team re mediation preparation (.2). Review mediator presentation, comments by P. Gaspari, email comments to client team (.8). | 1.70 | $ 600.00/hr | $ 1,020.00 |
| 04/16/2025 | PJP | **B190 - Other Contested Matters:** Email to P. Carney re opt out notice re claims data (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/16/2025 | PJP | **L320 - Document Production:** Emails from and to P. Califano re serenic stipulation (.2). Emails to and from J. Kim re same, email to group re approval with Califano signature block added (.3). | 0.50 | $ 600.00/hr | $ 300.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/2025 | JER | **B160 - Fee/Employment Applications:** Review Fee Examiner Report. (.2). Draft responses to Fee Examiner. (.9). Email to PJP regarding same. (.2). Email to Fee Examiner regarding Report. (.2) | 1.50 | $ 525.00/hr | $ 787.50 |
| 04/17/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review M. Flanagan comments on mediation materials, consider strategy re same (.3). Call with W. Weitz re same (.4). Consider strategy on mediation materials (.4). | 1.10 | $ 600.00/hr | $ 660.00 |
| 04/17/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with Judge Buckley, P. Gaspari, D. Zamora, B. Weinstein and others re mediation update (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/17/2025 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell re serenic stipulation issues and status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/17/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Weintraub invoices for redactions (survivors) (.3); Email B. Jennings re: two redactions to the same (.1) | 0.40 | $ 350.00/hr | $ 140.00 |
| 04/18/2025 | PJP | **B190 - Other Contested Matters:** Emails from and to C. Szymanski re Sontchi mediation invoices, email to B Curet re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/18/2025 | MEK | **B190 - Other Contested Matters:** Draft Reservation of Rights to Mtn to Allow Late Filed POC (▮▮) (1.5); Review and revise the same (.6); Email P. Pascuzzi re: the same (.1) | 2.20 | $ 350.00/hr | $ 770.00 |
| 04/19/2025 | PJP | **L320 - Document Production:** Review several letters from Committee counsel re confidentiality designation on financial discovery, emails from and to A. Cottrell, P. Gaspari, O. Katz re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/20/2025 | PJP | **B190 - Other Contested Matters:** Review and revise reservation of rights on ▮ late claim motion, email to client team re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/20/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review M. Flanagan email. mediation presentation, consider strategy for mediation (.6). Email to P. Gaspari, B. Weinstein, others re same (.3). Further review of mediation presentation and pension assets inclusion by OCC, review pension documents, consider strategy (.4). Email to client team re same (.2). | 1.50 | $ 600.00/hr | $ 900.00 |
| 04/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari re case status (.1). Email from B. Weinstein re mediation issues, strategy, consider strategy (.2). | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/21/2025 | JER | **B160 - Fee/Employment Applications:** Review Fee Examiner's Report. (.2) Review multiple emails and notices regarding monthly professional fee statements. (.1). | 0.30 | $ 525.00/hr | $ 157.50 |
| 04/21/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review revised complaint re stay and injunction re 5108 cases, consider strategy re same (.9). Emails from and to A. Cottrell, O. Katz re same (.2). | 1.10 | $ 600.00/hr | $ 660.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from B. Weinstein re case and mediation strategy (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/22/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for committee counsel call (.2). Attend same (.4). Call with P. Califano (Seminary) re case status and strategy (.5). | 1.10 | $ 600.00/hr | $ 660.00 |
| 04/22/2025 | PJP | **B190 - Other Contested Matters:** Emails to M. Cottrell re no objections on mediator Gallagher invoice, new mediator Buckley invoice (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/22/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review redline complaint re updated changes re stay and 105 injunction (.3). Emails from and to O. Katz re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 04/22/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review revised mediation presentation, consider strategy and comments re same (.6). Prepare for call with client team re mediation (.2). Attend same (1.7). | 2.50 | $ 600.00/hr | $ 1,500.00 |
| 04/22/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with D. Egan, S. Williamson (cemeteries) re case issues (.2). Email to S. Williamson re mediation (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/22/2025 | PJP | **L320 - Document Production:** Emails from and to O. Katz, other non-debtor affiliates attorneys re Committee demand re remove confi designation (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/22/2025 | JER | **B160 - Fee/Employment Applications:** Email from PJP to Debtor team re fee examiner's report. | 0.10 | $ 0.00/hr | No Charge |
| 04/22/2025 | PJP | **B160 - Fee/Employment Applications:** Brief review of report and email to client team Fee Examiner report (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/23/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for update meeting with Archbishop, Fr. Summerhays, P. Carney, M. Flanagan, P. Gaspari (.3). Attend same (1.2). Prepare for mediation (1.1). | 2.60 | $ 600.00/hr | $ 1,560.00 |
| 04/23/2025 | PJP | **L320 - Document Production:** Prepare for call with related entity counsel re committee request for designation of confi removal for records (.2). Attend same (.7). | 0.90 | $ 600.00/hr | $ 540.00 |
| 04/23/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel to SF for mediation (1.7) (no charge) | 1.70 | $ 0.00/hr | No Charge |
| 04/24/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation (.8). Attend same (8.1). Call with Fr. Summerhays re mediation and case status (.2) | 9.10 | $ 600.00/hr | $ 5,460.00 |
| 04/24/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel from SF to Sacramento after mediation (3.1) (no charge) | 3.10 | $ 0.00/hr | No Charge |
| 04/24/2025 | MEK | **B190 - Other Contested Matters:** Final review of reservation of rights re: late claim motion ▮▮▮▮▮ (.3). | 0.30 | $ 350.00/hr | $ 105.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/2025 | JER | **B160 - Fee/Employment Applications:** Revise and finalize FFWPR interim fee order. (.2) Revise and finalize Weintraub interim fee order. (.1). Revise and finalize Blank Rome interim fee order. (.2).Revise and finalize BRiley interim fee order. (.2). Revise and finalize Transperfect interim fee order. (.1). Numerous emails with BJ regarding same. (.2) | 1.00 | $ 525.00/hr | $ 525.00 |
| 04/25/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to C. Johnson (CASC) re case update (.1). Attend call re same (.3). | 0.40 | $ 600.00/hr | $ 240.00 |
| 04/25/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider strategy on post-mediation tasks (.5). Emails to and from P. Gaspari, O. Katz re case strategy issues (.2). Email to client team re Buffalo announced settlement (.1). | 0.80 | $ 600.00/hr | $ 480.00 |
| 04/25/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to M. Flanagan, W. Weitz re CASC call (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/25/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with D. Zamora, P. Gaspari re stay extension and 105 injunction issues (.2). Review exhibit to complaint re list of cases to stay (.2). Email to professional team re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 04/26/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re mediation follow up strategy, mediation materials for mediators (.3). Work on memo for professionals team strategy session (1.3). | 1.60 | $ 600.00/hr | $ 960.00 |
| 04/27/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for strategy session on case issues (.6). Email to client team re same (.2). | 0.80 | $ 600.00/hr | $ 480.00 |
| 04/27/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review L. Linsky (SHCP) comments on complaint, Zamora declaration (.3). Emails from and to L. Linsky, D. Zamora, Sheppard team re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 04/28/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to client team re filings needed, strategy (.2). Call with D. Zamora re list of cases to be stayed (.2). Review comments to draft complaint, consider issues (.4). Review of final complaint draft (.4). | 1.20 | $ 600.00/hr | $ 720.00 |
| 04/28/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with P. Gaspari, D. Zamora, B. Weinstein, O. Katz re case strategy (.3). Attend same (1.2). | 1.50 | $ 600.00/hr | $ 900.00 |
| 04/29/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re other diocesan case relevant developments (.1). Prepare for strategy session with client and professionals (.6). Attend same (5.7) Travel from Sac to SF (2.0) (no charge). Travel from SF to Sac, less time spent on calls (2.5) (no charge) . | 6.40 | $ 600.00/hr | $ 3,840.00 |
| 04/29/2025 | MEK | **B110 - Case Administration:** Email to B. Whitaker (Omni) re: limited service list (.1) | 0.10 | $ 350.00/hr | $ 35.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 04/29/2025 | PJP | **L320 - Document Production:** Call from S. Williamson (Cemeteries) re committee discovery issues (.2). | 0.20 | $ 600.00/hr | | $ 120.00 |
| 04/30/2025 | MEK | **B110 - Case Administration:** Follow up email to B. Whitaker (Omni) re: limited service list, review of limited service list and email to B. Jennings and A. Keiser re: approval of the same for filing (.1) | 0.10 | $ 350.00/hr | | $ 35.00 |
| 04/30/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from M. Flanagan re investment committee meeting (.1). Emails from and to M. Flanagan re same (.1). Call from W. Weitz re mediation preparation (.1). Review trial information from P. Gaspari re case issues, consider strategy (.3). Email from P. Carney re case issues, email to O. Katz re same, consider issues (.3). | 0.90 | $ 600.00/hr | | $ 540.00 |
| 04/30/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to J. Schulman re Weinstein declaration (.2). | 0.20 | $ 600.00/hr | | $ 120.00 |
| 04/30/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review motion to dismiss in other diocesan recent case, consider issues (shared) (.2). | 0.20 | $ 600.00/hr | | $ 120.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 04/24/2025 | FA | Travel for PJP from Sacramento to San Francisco for mediation:<br>Hotel - $486.10<br>Parking - $88.92<br>Milage - $119 (round trip)<br>Tolls - $8 | $ 702.02 |
| 04/29/2025 | FA | Travel for PJP from Sacramento to San Francisco for strategy session:<br>Milage - $119 (round trip)<br>Tolls - $8 | $ 127.00 |
| 04/30/2025 | FA | Lexis Online Research - April 2025 | $ 169.74 |

| | |
|---|---|
| **Total Hours** | 112.90 hrs |
| **Total Biller** | $ 58,348.50 |
| **Total Expenses** | $ 998.76 |
| **Total Invoice Amount** | $ 59,347.26 |
| **Previous Balance** | **$ 142,590.86** |
| 04/11/2025  Payment - Trust Account Transfer from Trust Account | ($37,334.51) |
| **Balance (Amount Due)** | **$ 164,603.61** |

**Trust Account Summary**

**Billing Period: 04/01/2025 - 05/13/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | |
|---|---|---|---|
| $37,334.51 | $37,334.51 | $0.00 | |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 04/11/2025 | Received From-Archdiocese of San Francisco | $37,334.51 | | $37,334.51 |
| 04/11/2025 | Applied to invoice #13875 | | $37,334.51 | $0.00 |

**User Hours Summary**

**Billing Period: 04/01/2025 - 04/30/2025**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 80.60 | $ 600.00 | $ 48,360.00 |
| Paul J Pascuzzi | 4.80 | $ 600.00 | $ 0.00 |
| Jake E Rios | 10.50 | $ 525.00 | $ 5,512.50 |
| Jake E Rios | 0.10 | $ 525.00 | $ 0.00 |
| Thomas R Phinney | 0.80 | $ 450.00 | $ 360.00 |
| Brenda Jennings | 6.20 | $ 105.00 | $ 651.00 |
| Mikayla E Kutsuris | 9.90 | $ 350.00 | $ 3,465.00 |

# Felderstein Fitzgerald Willoughby - ABA Task Summary report

Date Start: 4/1/2025 | Date End: 4/30/2025 | Clients: Archdiocese of San Francisco | Matters: | Users: All

| Date | User | Client | Matters | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **B110 - Case Administration** | | | | | | | | | |
| | | | | B110 - Case Administration Sub Totals: | | | 0.30 | 0.30 | $122.50 |
| **B140 - Relief from Stay/Adequate Protection Proceedings** | | | | | | | | | |
| | | | | B140 - Relief from Stay/Adequate Protection Proceedings Sub Totals: | | | 11.90 | 11.90 | $7,140.00 |
| **B150 - Meetings of and Communications with Creditors** | | | | | | | | | |
| | | | | B150 - Meetings of and Communications with Creditors Sub Totals: | | | 6.70 | 6.70 | $4,020.00 |
| **B160 - Fee/Employment Applications** | | | | | | | | | |
| | | | | B160 - Fee/Employment Applications Sub Totals: | | | 12.80 | 12.70 | $3,988.50 |
| **B190 - Other Contested Matters** | | | | | | | | | |
| | | | | B190 - Other Contested Matters Sub Totals: | | | 24.90 | 24.90 | $12,297.50 |
| **B210 - Business Operations** | | | | | | | | | |
| | | | | B210 - Business Operations Sub Totals: | | | 1.10 | 1.10 | $660.00 |
| **B310 - Claims Administration and Objections** | | | | | | | | | |
| | | | | B310 - Claims Administration and Objections Sub Totals: | | | 0.80 | 0.80 | $360.00 |
| **B410 - General Bankruptcy Advice/Opinions** | | | | | | | | | |
| | | | | B410 - General Bankruptcy Advice/Opinions Sub Totals: | | | 37.80 | 37.80 | $22,680.00 |
| **L160 - Settlement/Non-Binding ADR** | | | | | | | | | |
| | | | | L160 - Settlement/Non-Binding ADR Sub Totals: | | | 14.00 | 9.20 | $5,520.00 |
| **L320 - Document Production** | | | | | | | | | |
| | | | | L320 - Document Production Sub Totals: | | | 2.60 | 2.60 | $1,560.00 |
| | | | | | | **Grand Total** | **112.90** | **108.00** | **$58,348.50** |