Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email:             ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com
                      mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
Email:             okatz@sheppardmullin.com
                      amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　　Debtor and<br>　　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR TRANSPERFECT SOLUTIONS [APRIL 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as

TransPerfect Solutions (hereinafter "TransPerfect"), litigation support consultant and e-discovery vendor for the attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession ("Debtor"), hereby files its Monthly Professional Fee Statement for April 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total fees and costs expended by TransPerfect on account of the Debtor for the month of April 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2025, through April 30, 2025 | $6,588.10 | $0.00 | $6,588.10 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $5,270.48 | $0.00 | $5,270.48 |

The itemized billing statement for the fees and costs billed is attached hereto as ***Exhibit A***. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon TransPerfect within 14 days from the date of service of this Statement.

Dated: May 20, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Jason E. Rios*
Jason E. Rios
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: May 20, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

Exhibit A

April 2025 Invoices



**Please note that our address has changed**

| | | | | |
|---|---|---|---|---|
| **Bill To:** | | | **Requested By:** | |
| Sheppard Mullin Richter & Hampton LLP<br>Attn: Amanda Cottrell<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA | | | Amanda Cottrell<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA | |

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 280286 | | **Sales Contact:** | Zoe Saumell (zoe.saumell@transperfect.com) |
| **Invoice Date:** | 04/30/2025 | | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 05/30/2025 | | | |
| **Contract #:** | DM0317142 | | **Purchase Order #:** | RCASF Hosting April 2025 |
| **Case Name:** | RCASF Bankruptcy | | | |
| **Requested Date:** | 04/01/2025 | | | |

**Project Notes:**
RCASF Hosting April 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **2025 April** | | | | |
| Monthly Storage Fees | 165.00 | GB | 6.000 | 990.00 |
| Project Management | 9.50 | Hours | 175.000 | 1,662.50 |
| Senior Project Management Time | 0.80 | Hour | 275.000 | 220.00 |
| Monthly User Access Fee | 2.00 | Each | 75.000 | 150.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2.000 | 628.10 |
| **2025 April - ESI** | | | | |
| Technical Labor | 1.50 | Hours | 175.000 | 262.50 |
| Process and load 3 batches of data | | | | |
| **2025 April - Production: DEBTOR026** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| Project Management | 1.00 | Hour | 175.000 | 175.00 |
| **2025 April - Production: Non-DEBTORS008** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| Project Management | 1.50 | Hours | 175.000 | 262.50 |
| **2025 April - Production: DEBTOR027** | | | | |
| Project Management | 1.00 | Hour | 175.000 | 175.00 |
| Production | 1.00 | GB | 250.000 | 250.00 |
| **2025 April - Production: Non-DEBTORS009** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| Project Management | 2.00 | Hours | 175.000 | 350.00 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM

1 of 2

Case: 23-30564   Doc# 1196   Filed: 05/20/25   Entered: 05/20/25 11:21:33   Page 4 of 8

|  |  |
|---|---:|
| **Total to Bill This Contract:** | US$5,875.60 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | **US$5,875.60** |

### PAYMENT INSTRUCTIONS

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ██████ 6914
ABA Routing #: ██████
SWIFT CODE: ██████

**Please reference the Contract # DM0317142 and Invoice # 280286 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than a month past due.

**Payment made on time**

| Payment Due Date | Total Due |
|---|---:|
| 2025-05-30 | US$5,875.60 |

**Payment made late (interest assessed)**

| Late Payment Date | Total Interest Penalty Amount (1.5% per month) | Total Due |
|---|---:|---:|
| 2025-06-30 | US$88.13 | US$5,963.73 |
| 2025-07-30 | US$176.27 | US$6,051.87 |
| 2025-09-01 | US$264.40 | US$6,140.00 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM

2 of 2

Case: 23-30564    Doc# 1196    Filed: 05/20/25    Entered: 05/20/25 11:21:33    Page 5 of 8



**Please note that our address has changed**

**Bill To:**
Archdiocese Of San Francisco
Attn: Paula Carney
1 Peter Yorke Way
San Francisco, CA 94109
USA

**Requested By:**
Amanda Cottrell
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue
Floor 20
Dallas, TX 75201
USA

| | |
|---|---|
| **Invoice #:** | 280501 |
| **Invoice Date:** | 04/30/2025 |
| **Invoice Due:** | 05/30/2025 |
| **Contract #:** | DM0318150 |
| **Case Name:** | RCASF Bankruptcy |
| **Requested Date:** | 04/01/2025 |

| | |
|---|---|
| **Sales Contact:** | Zoe Saumell (zoe.saumell@transperfect.com) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | RCASF GDR Server Forensic Collection - April 2025 |

**Project Notes:**
RCASF GDR Server Forensic Collection - April 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **RCASF GDR Server Forensic Collection - April 2025** | | | | |
| Computer/Server Collection | 2.25 | Hours | 275.000 | 618.75 |
| Forensic Consulting | 0.25 | Hour | 375.000 | 93.75 |
| | | | **Total to Bill This Contract:** | US$712.50 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | US$712.50 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
1 of 2

Case: 23-30564    Doc# 1196    Filed: 05/20/25    Entered: 05/20/25 11:21:33    Page 6 of 8

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ▮▮▮▮ 6914
ABA Routing #: ▮▮▮▮
SWIFT CODE: ▮▮▮▮

**Please reference the Contract # DM0318150 and Invoice # 280501 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than a month past due.

Payment made on time

| Payment Due Date | Total Due |
|---|---|
| 2025-05-30 | US$712.50 |

Payment made late (interest assessed)

| Late Payment Date | Total Interest Penalty Amount (1.5% per month) | Total Due |
|---|---|---|
| 2025-06-30 | US$10.69 | US$723.19 |
| 2025-07-30 | US$21.38 | US$733.88 |
| 2025-09-01 | US$32.06 | US$744.56 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM

2 of 2

Case: 23-30564   Doc# 1196   Filed: 05/20/25   Entered: 05/20/25 11:21:33   Page 7 of 8

| Record Owner | Date | Time (Hr) | Chronicle | Hourly |
|---|---|---|---|---|
| Matthew▓ | 4/11/2025 | 0.5 | 20250411 - Export production from Relativity and finalize deliverable. | $175 |
| Matthew▓ | 4/11/2025 | 0.5 | 20250411 - Export production from Relativity and finalize deliverable. | $175 |
| Bhishma▓ | 4/11/2025 | 1 | 20250411 - Production export and finalize | $175 |
| Emily▓ | 4/11/2025 | 0.6 | 20250409 - Stage/coordinate client data process and load per request from A Cottrell; Coordinate imaging of documents; Correspondence re: production volume, deadline | $175 |
| Ben▓ | 4/12/2025 | 4 | 20250412 - Stand-by tech time requested by A. Cottrell | $175 |
| Ben▓ | 4/14/2025 | 0.8 | 20250414 - Update Production deliverable with newly redacted images and text. Re-package production DEBTOR026 and re-deliver via sFTP to A. Cottrell. | $275 |
| Raymond▓ | 4/14/2025 | 0.4 | 20250414 - create saved search and stamped PDF export per A. Cottrell request; troubleshoot ftp and sharefile issues. | $175 |
| Emily▓ | 4/15/2025 | 0.5 | 20250411 - Create production searches, QC fields; Run production | $175 |
| Emily▓ | 4/15/2025 | 0.5 | 20250411 - Create production searches, QC fields; Run production | $175 |
| Emily▓ | 4/15/2025 | 0.5 | 20250410 - Create production searches, QC fields; Run production | $175 |
| Emily▓ | 4/15/2025 | 1 | 20250411 - Stage/coordinate client data process and load per request from J Herschap and A Cottrell; Coordinate imaging for production; Correspondence w/ A Cottrell re: production delivery time, custodian, redaction | $175 |
| Emily▓ | 4/15/2025 | 0.5 | 20250410 - Stage/coordinate client data process and load; Coordinate imaging for production; Correspondence w/ A Cottrell re: production name | $175 |
| Raymond▓ | 4/21/2025 | 0.5 | 20250421 - correspondence with A. Cottrell, create saved searches, prepare PDF export per request. | $175 |
| Raymond▓ | 4/23/2025 | 0.5 | 20250423 - create saved search and assist with identifying missing requested produced documents. | $175 |
| Bhishma▓ | 4/24/2025 | 1 | 20250424 - Production export and finalize | $175 |
| Raymond▓ | 4/24/2025 | 1 | 20250424 - stage data, coordinate processing, create saved searches, confirm branding, run production, encrypt and deliver. | $175 |
| Mohammed▓ | 4/28/2025 | 0.2 | 20250414 - Correspondence with I A Cottrell re: confirming email. | $175 |
| Mohammed▓ | 4/29/2025 | 1 | 20250423 - Prepared multiple PDF exports of documents in the saved search, encrypt and upload onto the sFTP per request from A Cottrell; Correspondence re:same | $175 |
| | | 15 | | |