Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR
WEINTRAUB TOBIN [APRIL 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of April 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of April 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2025, through April 30, 2025 | $76,843.50 | $605.75 | $77,449.25 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $61,474.80 | $605.75 | $62,080.55 |

Attached hereto as *Exhibit A* is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

///

///

Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the period of April 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub within 14 days from the date of service of this Statement.

Dated: May 20, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: May 20, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period of April 2025**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $520 | 41.20 | $21,424.00 |
| Daniel C. Zamora | Shareholder | $500 | 56.50 | $28,250.00 |
| Zachary M. Smith | Shareholder | $520 | 16.10 | $8,372.00 |
| Benjamin J. Lewis | Associate | $475 | 3.10 | $1,472.50 |
| Benjamin J. Lewis | Associate | $450 | 19.50 | $8,775.00 |
| Monica Silver | Associate | $375 | 21.60 | $8,100.00 |
| Brian Gonzaga | Paralegal | $225 | 2.00 | $450.00 |
| **TOTAL** | | | **160.00** | **$76,843.50** |

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of April 2025**

**Bankruptcy Categories**

| Description | | |
|---|---|---|
| Case Administration | 29.00 | $15,080.00 |
| Other Contested Matter | 9.60 | $4,992.00 |
| Claims Administration and Objections | 2.60 | $1,352.00 |
| Analysis/Strategy – Draft/Revise | 12.50 | $6,250.00 |
| Analysis/Strategy – Review/Analyze | 15.90 | $6,337.50 |
| Analysis/Strategy – Comm/Client | 7.30 | $3,650.00 |
| Analysis/Strategy – Comm/Other Counsel | 4.30 | $1,612.50 |
| Analysis/Strategy – Comm/Other External | 7.40 | $3,700.00 |
| Analysis/Strategy – Appear For/Attend | 0.40 | $150.00 |
| Document/File Management – Review/Analyze | 0.70 | $157.50 |
| Settlement/ADR – Draft/Revise | 5.30 | $2,650.00 |
| Settlement/ADR – Review/Analyze | 0.70 | $350.00 |
| Settlement/ADR –Comm w/Client | 3.10 | $1,550.00 |
| Settlement/ADR – Comm/Other External | 2.40 | $1,200.00 |
| Settlement/ADR – Appear For/Attend | 7.50 | $3,750.00 |
| Pleadings – Review/Analyze | 0.80 | $400.00 |
| Pleadings – Communicate/Other External | 1.20 | $600.00 |
| Court Mandated Conferences – Comm/Other External | 1.00 | $500.00 |
| Other Written Motion – Draft/Revise | 3.80 | $1,575.00 |
| Other Written Motion – Communicate w/Client | 0.20 | $100.00 |
| Other Written Motion – Communicate/Other Counsel | 0.40 | $150.00 |
| Written Discovery – Draft/Revise | 3.30 | $1,485.00 |
| Document Production – Review/Analyze | 1.30 | $292.50 |
| Written Motions/Submission – Draft/Revise | 7.90 | $3,555.00 |
| Written Motions/Submission – Review/Analyze | 6.80 | $3,060.00 |
| Written Motions/Submission – Comm w/Other Counsel | 1.50 | $675.00 |
| Appellate Briefs – Communication/Other Counsel | 1.00 | $375.00 |
| **TOTAL** | **137.90** | **$65,549.00** |

**Litigation**

| Litigation 390; 415; 728; 933; 944; 945; 983 | | |
|---|---|---|
| | **22.10** | **$11,294.50** |
| **GRAND TOTAL** | **160.00** | **$76,843.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| PACER | $4.60 |
| Filing Fees | $68.75 |
| Service – Answer to Complaint | $520.90 |
| Service – Obtain Documents | $11.50 |
| **TOTAL** | **$605.75** |

**Exhibit D**

**Weintraub Invoices**



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000390 | ▮ v. Archdiocese of San Francisco | 98504760 | $2,544.00 | $0.00 | $2,544.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $2,544.00 |
| **Balance Due:** | **$2,544.00** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

May 05, 2025
Client:           150363
Matter:          000390
Invoice #:   98504760

Page:                  1

RE: ▮▮▮▮▮ v. Archdiocese of San Francisco

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/14/2025 | DCZ | Drafted correspondence to client regarding status of case. [L120 - A106](0.20) | 0.20 | $100.00 |
| 4/28/2025 | ZMS | Renewed preparation for trial after up[coming relief from stay in bankruptcy including review of depositions of non-expert witnesses anticipated to be called by plaintiff, including plaintiff, plaintiff's mother and plaintiff's brother. [L440 - A111](1.40) | 1.40 | $728.00 |
| 4/28/2025 | ZMS | Review of depositions of plaintiff's expert witnesses, Jennifer Keller PhD, Lynn Ponton, MD. [L440 - A111](1.80) | 1.80 | $936.00 |
| 4/28/2025 | ZMS | Drafting of memo to P. Gaspari and D. Zamora regarding status of pre-trial motions and oppositions, jury instruction prepared and filed in anticipation of trial previously scheduled for August 23, 2023 but stayed by RCASF bankruptcy filing. [L440 - A111](1.50) | 1.50 | $780.00 |
| | | Total Services | 4.90 | $2,544.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 4.70 | $520.00 | $2,444.00 |

The Archdiocese of San Francisco

RE: ███████████ v. Archdiocese of San Francisco

May 05, 2025
Client: 150363
Matter: 000390
Invoice #: 98504760

Page: 2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $161,918.00 | Current Charges | $2,544.00 |
| Total Disbursements to Date: | $36,242.26 | **Balance Due** | **$2,544.00** |
| Total to Date: | $198,160.26 | | |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| L440 | Other Preparation/Support - Other | 4.70 | $2,444.00 |
| | **Total Hours** | **4.90** | |
| | **Total Fees:** | | **$2,544.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

May 05, 2025
Client:        150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | ████ (████) v. ████ et al. | 98504762 | $6,528.00 | $4.60 | $6,532.60 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $988.00 |
| Current Charges | $6,532.60 |
| Less Payments | $624.00 |
| **Balance Due:** | **$6,896.60** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

May 05, 2025
Client: 150363
Matter: 000415
Invoice #: 98504762

Page: 1

RE: ███████ (███████) v. ████ et al.

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/10/2025 | ZMS | Receipt and study of order granting motion for relief from bankruptcy stay for Ferguson and Cooper cases. [L120 - A104](0.40) | 0.40 | $208.00 |
| 4/10/2025 | ZMS | Communications with defense experts Dr. Jenkins-Alexander and Dr. Dan Martell of fact of release of the cases from stay as of June 30, 2025 and uncertainty of rescheduled trial date. [L120 - A104](0.20) | 0.20 | $104.00 |
| 4/18/2025 | DCZ | Drafting pre-trial plan following release from stay. [L120 - A103](1.20) | 1.20 | $600.00 |
| 4/18/2025 | ZMS | Extended telephone conference with D. Zamora regarding need preparation for trial now that case is released from bankruptcy court stay. [L440 - A101](1.10) | 1.10 | $572.00 |
| 4/18/2025 | ZMS | Retrieve and review orders of SF Court leading up to prior August 23, 2023 trial date and of Motion to Consolidate Ferguson Case with Cooper case and opposition. [L440 - A101](0.70) | 0.70 | $364.00 |
| 4/18/2025 | ZMS | Motion to Bifurcate punitive damages assessment from negligence case. [L440 - A101](0.40) | 0.40 | $208.00 |
| 4/18/2025 | ZMS | Study RCASF's motions in limine numbers 1 through 5. [L440 - A101](1.60) | 1.60 | $832.00 |
| 4/25/2025 | ZMS | Draft memo regarding current status of preparation for trial of bellwether case to be released from bankruptcy stay on June 30, 2025 (1.2). [L190 - A105](1.20) | 1.20 | $624.00 |

The Archdiocese of San Francisco

RE: ███████ (███████████) v. ████ et al.

May 05, 2025
Client:        150363
Matter:        000415
Invoice #:  98504762

Page:              2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/29/2025 | ZMS | Review of key portions of depositions and reports of plaintiff's expert witnesses ████████, ████████, ████████, and ████████. [B100 - B110](2.20) | 2.20 | $1,144.00 |
| 4/29/2025 | ZMS | Completed drafting of report of status of pre-trial motions and preparations for trial now that bankruptcy stay in the Cooper and Ferguson bellwether cases scheduled to be lifted on June 30, 2025 and potential strategy for moving the cases toward settlement. [B100 - B110](3.60) | 3.60 | $1,872.00 |
| | | Total Services | 12.60 | $6,528.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------------------|-------------|-------|---------|-----------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 11.40 | $520.00 | $5,928.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.20 | $500.00 | $600.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 4/7/2025 | Pacer Service Center- 1/1 - 3/31/2025 [E100 - E106] | $4.60 |
| | Total Expenses | $4.60 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $476,867.00 | Previous Balance | $988.00 |
| Total Disbursements to Date: | $141,882.45 | Current Charges | $6,532.60 |
| Total to Date: | $618,749.45 | Less Payments | $624.00 |
| | | **Balance Due** | **$6,896.60** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

The Archdiocese of San Francisco

RE: ██████████ (██████████████) v. ██████ et al.

May 05, 2025
Client:       150363
Matter:       000415
Invoice #:   98504762

Page:            3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 5.80 | $3,016.00 |
| E100 | On-Line Research | 0.00 | $4.60 |
| L120 | Analysis/Strategy - Draft/Revise | 1.20 | $600.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.60 | $312.00 |
| L190 | Other - Communicate/In Firm | 1.20 | $624.00 |
| L440 | Other Preparation/Support - Plan & Prepare For | 3.80 | $1,976.00 |

**Total Hours   12.60**

**Total Fees:   $6,528.00**



**weintraub | tobin**

weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com

Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000728 | ▮▮▮▮ (aka ▮▮▮▮ ) | 98504763 | $332.50 | $0.00 | $332.50 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $332.50 |
| **Balance Due:** | **$332.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:         150363
Matter:         000728
Invoice #:   98504763

Page:                    1

RE: ▮▮▮▮▮▮ (aka ▮▮▮▮▮▮)

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/18/2025 | BJLE | Telephone call with Peter Califano regarding case documents. [L110 - A106](0.40) | 0.40 | $190.00 |
| 4/18/2025 | BJLE | Exchange of emails with Peter Califano regarding case documents requested by client. [L410 - A106](0.30) | 0.30 | $142.50 |
| | | Total Services | 0.70 | $332.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.70 | $475.00 | $332.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $6,305.50 | Current Charges | $332.50 |
| Total Disbursements to Date: | $2,889.90 | **Balance Due** | **$332.50** |
| Total to Date: | $9,195.40 | | |

The Archdiocese of San Francisco

RE: ███████ (aka ███████ )

May 05, 2025
Client:         150363
Matter:        000728
Invoice #:    98504763

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.40 | $190.00 |
| L410 | Fact Witnesses - Communicate w/Client | 0.30 | $142.50 |
| | | **Total Hours** 0.70 | |
| | | **Total Fees:** | **$332.50** |



weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:                    150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000933 | ▮ (aka ▮ ) | 98504764 | $142.50 | $0.00 | $142.50 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $142.50 |
| **Balance Due:** | **$142.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client: 150363
Matter: 000933
Invoice #: 98504764

Page: 1

RE: ▮▮▮▮▮▮▮▮ (aka ▮▮▮▮▮▮ )

For Professional Services Rendered Through April 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/23/2025 | BJLE | Telephone call with ▮▮▮▮▮▮ regarding defense of ▮▮▮▮▮. [L120 - A107](0.30) | 0.30 | $142.50 |
| | | Total Services | 0.30 | $142.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $475.00 | $142.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $451.50 | Current Charges | $142.50 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$142.50** |
| Total to Date: | $451.50 | | |

The Archdiocese of San Francisco

RE: ███████████ (aka █████████ )

May 05, 2025
Client:          150363
Matter:          000933
Invoice #:   98504764

Page:                2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.30 | $142.50 |
| | | **Total Hours** *0.30* | |
| | | **Total Fees:** *$142.50* | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:                150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98504765 | $807.50 | $0.00 | $807.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $4,139.45 |
| Current Charges | $807.50 |
| Less Payments | $1,466.00 |
| **Balance Due:** | **$3,480.95** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▉

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

May 05, 2025
Client:           150363
Matter:           000944
Invoice #:    98504765

Page:                    1

RE:  Victoria Castro

For Professional Services Rendered Through April 30, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/2/2025 | BJLE | Revise settlement agreement per comments from Paul Pascuzzi. [L160 - A103](0.20) | 0.20 | $95.00 |
| 4/2/2025 | BJLE | Exchange of emails with Paula Carney and Paul Pascuzzi regarding draft settlement agreement. [L160 - A106](0.20) | 0.20 | $95.00 |
| 4/6/2025 | BJLE | Further revision of settlement agreement per comments from Paul Pascuzzi and Paula Carney. [L160 - A103](0.50) | 0.50 | $237.50 |
| 4/14/2025 | BJLE | Exchange of emails with Babak Kheiri regarding settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 4/23/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 4/28/2025 | BJLE | Telephone call with Plaintiff's counsel regarding terms of settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 4/29/2025 | BJLE | Exchange of emails with Paul Pascuzzi regarding settlement agreement and motion for approval in bankruptcy court. [L430 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 1.70 | $807.50 |

The Archdiocese of San Francisco

RE:  Victoria Castro

May 05, 2025
Client:        150363
Matter:        000944
Invoice #:  98504765

Page:                    2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.70 | $475.00 | $807.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $28,136.00 | Previous Balance | $4,139.45 |
| Total Disbursements to Date: | $8,523.66 | Current Charges | $807.50 |
| Total to Date: | $36,659.66 | Less Payments | $1,466.00 |
| | | **Balance Due** | **$3,480.95** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.70 | $332.50 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.60 | $285.00 |
| L430 | Written Motions/Submissions - Commun./Other Co | 0.20 | $95.00 |
| | *Total Hours* | *1.70* | |
| | *Total Fees:* | *$807.50* | |



# weintraub | tobin
## weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98504768 | $190.00 | $589.65 | $779.65 |

## Account Summary

| | |
|---|---|
| Previous Balance | $7,334.80 |
| Current Charges | $779.65 |
| Less Payments | $446.80 |
| **Balance Due:** | **$7,667.65** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:      150363
Matter:     000945
Invoice #:  98504768

Page:        1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through April 30, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/10/2025 | BJLE | Exchange of emails with Doug Shaffer regarding Answer. [L210 - A107](0.20) | 0.20 | $95.00 |
| 4/28/2025 | BJLE | Review of Plaintiff's discovery requests to Cruise LLC. [L320 - A104](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.40 | $190.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $475.00 | $190.00 |

### EXPENSES

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 4/10/2025 | Ace Attorney Service, Inc.- Filing fee- Answer/Cross-Complaint, SFSC, 3/21/2025 [E100 - E112] | $68.75 |
| 4/22/2025 | Ace Attorney Service, Inc.- Service- 04/03/2025 - Steele v. Cruise - Answer to Complaint - San Francisco Superior Court. [E100 - E112] | $520.90 |

The Archdiocese of San Francisco

RE:  Shajana Steele V. Cruise, LLC, ET AL

May 05, 2025
Client:          150363
Matter:        000945
Invoice #:    98504768

Page:                    2

---

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|

| | | |
|---|---|---|
| | Total Expenses | $589.65 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $11,628.00 | | Previous Balance | $7,334.80 |
| Total Disbursements to Date: | $672.15 | | Current Charges | $779.65 |
| Total to Date: | $12,300.15 | | Less Payments | $446.80 |
| | | | **Balance Due** | **$7,667.65** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | On-Line Research | 0.00 | $0.00 |
| E100 | Court Fees | 0.00 | $589.65 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $95.00 |
| L320 | Document Production - Review/Analyze | 0.20 | $95.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | | **$190.00** |



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:             150363

For Professional Services Rendered Through April 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000983 | ████ AKA ████ V. SAINT BRIGID SC | 98504766 | $750.00 | $0.00 | $750.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $2,540.00 |
| Current Charges | $750.00 |
| Less Payments | $1,360.00 |
| **Balance Due:** | **$1,930.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:          150363
Matter:          000983
Invoice #:    98504766

Page:                    1

RE: ███████ AKA ███████ V. SAINT BRIGID SCHOOL

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/10/2025 | DCZ | Phone call with Paula Carney and Paul Pascuzzi regarding claim and settlement discussions. [L160 - A106](0.60) | 0.60 | $300.00 |
| 4/14/2025 | DCZ | Phone call with ███████ and ███████ regarding case status. [L120 - A108](0.50) | 0.50 | $250.00 |
| 4/14/2025 | DCZ | Drafted update to Paula Carney on status of case. [L120 - A106](0.20) | 0.20 | $100.00 |
| 4/14/2025 | DCZ | Review and analysis of other diocesan settlement data to send to claimant's counsel. [L120 - A104](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.50 | $750.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.50 | $500.00 | $750.00 |

| | |
|--|--|
| Total Fees to Date: | $4,050.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $4,050.00 |

The Archdiocese of San Francisco

May 05, 2025

RE: ████████ AKA ████████████ V. SAINT BRIGID SCHOOL

Client:        150363
Matter:        000983
Invoice #:   98504766

Page:            2

| | | |
|---|---|---|
| Previous Balance | | $2,540.00 |
| Current Charges | | $750.00 |
| Less Payments | | $1,360.00 |
| **Balance Due** | | **$1,930.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Review/Analyze | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.50 | $250.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.60 | $300.00 |

| | | |
|---|---|---|
| | *Total Hours* | *1.50* |
| | *Total Fees:* | *$750.00* |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ▉▉▉▉

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98504767 | $65,549.00 | $11.50 | $65,560.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $135,099.40 |
| Current Charges | $65,560.50 |
| Less Payments | $50,180.40 |
| **Balance Due:** | **$150,479.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 1

RE: Bankruptcy

For Professional Services Rendered Through April 30, 2025

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/1/2025 | DCZ | Conference call with client regarding possible discussions with Committee about relief from stay motion. [L120 - A106](0.70) | 0.70 | $350.00 |
| 4/1/2025 | PEG | Call with Katz, Carney and Weinstein regarding lift stay strategies. [B100 - B190](0.50) | 0.50 | $260.00 |
| 4/1/2025 | PEG | Review of Llakos' late claim motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/2/2025 | DCZ | Review and analysis of motion to file late claim involving Case No. 22CV023613. [L120 - A104](0.50) | 0.50 | $250.00 |
| 4/2/2025 | DCZ | Conference call with ADSF bankruptcy counsel discussing status of bankruptcy, relief from stay motion, motion for injunction and mediation. [L230 - A108](1.00) | 1.00 | $500.00 |
| 4/2/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding status of total claimants in bankruptcy. [L160 - A103](0.40) | 0.40 | $200.00 |
| 4/2/2025 | DCZ | Drafted correspondence to Brittany Michaels regarding exchange of bankruptcy claimants lists. [L120 - A103](0.30) | 0.30 | $150.00 |
| 4/2/2025 | PEG | Participate in Debtor's Professionals' call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 4/2/2025 | PEG | Review of reply from Ori Katz regarding communications with Committee over forms of Order. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/2/2025 | MAS | Correspondence with coverage counsel and bankruptcy counsel regarding list of claims and analysis conducted regarding continued discrepancy as to list of claimants with Committee. [L120 - A107](0.50) | 0.50 | $187.50 |
| 4/2/2025 | MAS | Telephone call from coverage counsel regarding list of claims and analysis conducted regarding continued discrepancy as to list of claimants with Committee. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/2/2025 | MAS | Correspondence with Jennie Kim regarding JCCP 5108 CMC statements and orders for Complaint regarding stay of bankruptcy. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/3/2025 | DCZ | Drafting motion to extend bankruptcy stay to related ADSF affiliates. [L120 - A103](6.30) | 6.30 | $3,150.00 |
| 4/3/2025 | DCZ | Phone call with Steve Greene regarding stay injunction strategy. [L120 - A108](0.50) | 0.50 | $250.00 |
| 4/3/2025 | PEG | Review of reply to Opposition to late claim motion. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/3/2025 | PEG | Review of forms of Order submitted to Court by Committee. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/3/2025 | MAS | Further correspondence with coverage counsel and bankruptcy counsel regarding list of claims and analysis conducted regarding continued discrepancy as to list of claimants with Committee. [L120 - A107](0.40) | 0.40 | $150.00 |
| 4/4/2025 | DCZ | Further drafting of motion to extend stay to affiliated entities. [L120 - A103](1.20) | 1.20 | $600.00 |
| 4/4/2025 | DCZ | Conference call with client regarding upcoming mediation and mediation strategy. [L120 - A106](1.40) | 1.40 | $700.00 |
| 4/4/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding filing date for motion to clarify scope of bankruptcy stay. [L120 - A108](0.20) | 0.20 | $100.00 |
| 4/4/2025 | PEG | Attend debtor professionals call regarding mediation strategy, competing orders on committee motions and related motions. [B100 - B110](1.50) | 1.50 | $780.00 |
| 4/4/2025 | PEG | Review and comment on objections to order. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/4/2025 | PEG | Review of final form of Objection to Order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/4/2025 | MAS | Further correspondence with coverage counsel and bankruptcy counsel regarding list of claims and analysis conducted regarding continued discrepancy as to list of claimants with Committee. [L120 - A107](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/4/2025 | MAS | Correspondence with Kevin Cifarelli regarding master factual matrix of claims. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/7/2025 | PEG | Exchange with Paula Carney regarding response to vocal estis complaint. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/7/2025 | PEG | Review of committee response to objections to Order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/8/2025 | DCZ | Drafting declaration in support of motion to extend bankruptcy stay to affiliates. [L120 - A103](0.70) | 0.70 | $350.00 |
| 4/8/2025 | DCZ | Conference call with bankruptcy counsel regarding status of bankruptcy and state court litigation and bankruptcy mediation status. [L120 - A108](1.00) | 1.00 | $500.00 |
| 4/8/2025 | PEG | Review of Gillian Brown email regarding properties to be appraised. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/8/2025 | PEG | Attend debtor professionals' call regarding outstanding issues. [B100 - B110](1.00) | 1.00 | $520.00 |
| 4/8/2025 | PEG | Review of final for of Independent Review Board minutes and claims data orders signed by the Court. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/8/2025 | PEG | Further exchange with Amanda Cottrell regarding outstanding Committee Rule 2004 requests. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/8/2025 | PEG | Review of draft Complaint for 105 injunction. [B100 - B190](0.70) | 0.70 | $364.00 |
| 4/8/2025 | MAS | Further correspondence with Jeannie Kim regarding list of claims related to discrepancies with claimants' list of claims. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/9/2025 | PEG | Preparation of reply to Katz and Cottrell regarding comments to draft adversary complaint. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/9/2025 | PEG | Call with Archbishop, Katz, Pascuzzi, Carney and finance team, regarding financial review. [B100 - B110](1.00) | 1.00 | $520.00 |
| 4/9/2025 | PEG | Call with Pascuzzi and Katz regarding consultant. [B100 - B110](0.50) | 0.50 | $260.00 |
| 4/10/2025 | DCZ | Review and analysis of draft adversary Complaint. [L210 - A104](0.80) | 0.80 | $400.00 |
| 4/10/2025 | DCZ | Phone call with and drafted correspondence to Ori Katz regarding the production of IRB minutes in response to Judge Montali's order. [L120 - A103](0.30) | 0.30 | $150.00 |
| 4/10/2025 | DCZ | Discussion with bankruptcy counsel regarding adversary complaint. [L210 - A108](1.20) | 1.20 | $600.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 4

---

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/10/2025 | DCZ | Review and analysis of oder granting relief from stay. [L120 - A104](0.20) | 0.20 | $100.00 |
| 4/10/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding order granting relief from stay. [L120 - A108](0.30) | 0.30 | $150.00 |
| 4/10/2025 | PEG | Review memorandum of decision releasing cases from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/10/2025 | PEG | Review of MOD regarding relief from stay on ██████ cases. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/10/2025 | BGON | Review IRB minutes and prepare pages for publishing. [L140 - A104](0.70) | 0.70 | $157.50 |
| 4/11/2025 | DCZ | Review and analysis of updated draft adversary complaint to extend bankruptcy stay. [L120 - A104](0.70) | 0.70 | $350.00 |
| 4/11/2025 | DCZ | Conference call with client regarding mediation strategy. [L160 - A106](1.40) | 1.40 | $700.00 |
| 4/11/2025 | DCZ | Review and analysis of notice to claimants of opt out to aggregated claims data. [L120 - A104](0.30) | 0.30 | $150.00 |
| 4/11/2025 | PEG | Review of memorandum from Cottrell regarding production of Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/11/2025 | MAS | Correspondence with Jeannie Kim regarding late-filed claim. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/11/2025 | BGON | Review IRB minutes and send summary to Sheppard Mullin. [L320 - A104](1.30) | 1.30 | $292.50 |
| 4/12/2025 | BJLE | Preparation of Exhibit for Declaration of Daniel Zamora to Extend Stay for identifying the ██ Catholic Charities cases,██ Marin Catholic High School Cases, ██ Riordan High School case, ██ Sacred Heart Cathedral Prep cases, ██ Junipero Serra High School Cases, and ████ St. Patrick Seminary Cases and case information. [L310 - A103](3.30) | 3.30 | $1,485.00 |
| 4/13/2025 | PEG | Add comments to latest draft of adversary complaint. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/13/2025 | PEG | Review of master insurance matrix prepared by Blank Rome. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/13/2025 | PEG | Review of Pascuzzi's reply regarding parish relief. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/14/2025 | PEG | Drafting of letter to Jeff Anderson regarding response to ████ complaints. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/14/2025 | PEG | Review of Katz's red lines to notification to survivors regarding publication of claims data. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:        150363
Matter:        900036
Invoice #:   98504767

Page:             5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/14/2025 | PEG | Call from Anderson regarding ███████ complaint dismissals. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/14/2025 | BJLE | Preparation of Declaration of Daniel Zamora to extend stay for Archdiocese of San Francisco Section 105(a) adversary complaint regarding details about the ██ cases incorporated in the request to stay. [L430 - A103](2.10) | 2.10 | $945.00 |
| 4/14/2025 | BJLE | Review of the ██ cases involved in the Section 105(a) Motion to Extend Stay to determine whether each Plaintiff made specific allegations in their complaint related to supervision by Archdiocese of San Francisco Priests, separateness of the corporate entities, and whether agents of each entity were additionally agents of the Archdiocese of San Francisco. [L430 - A104](2.60) | 2.60 | $1,170.00 |
| 4/15/2025 | DCZ | Drafted correspondence to Committee counsel regarding status of list of claimants. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/15/2025 | DCZ | Further drafting of declaration in support of motion to extend bankruptcy stay. [L250 - A103](1.20) | 1.20 | $600.00 |
| 4/15/2025 | DCZ | Phone call with Paul Pascuzzi regarding attorney declaration in support of motion to extend bankruptcy stay. [L250 - A106](0.20) | 0.20 | $100.00 |
| 4/15/2025 | DCZ | Conference call with bankruptcy counsel regarding adversary complaint and motion to extend bankruptcy stay. [L120 - A108](1.00) | 1.00 | $500.00 |
| 4/15/2025 | DCZ | Phone call with Steve Greene regarding coordination of filing of motions to extend bankruptcy stay. [L120 - A108](0.30) | 0.30 | $150.00 |
| 4/15/2025 | PEG | Emails exchanges with Pascuzzi and Weinstein regarding Chubb coverage. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/15/2025 | BJLE | Revise declaration of Daniel Zamora in support of Motion to Extend Stay for co-defendants of the Archdiocese of San Francisco per comments from Daniel Zamora. [L430 - A103](1.50) | 1.50 | $675.00 |
| 4/15/2025 | BJLE | Attend Zoom meeting with Amanda Cottrell, Paul Pascuzzi, Susan Haines, Barry Weinstein, and Jeffrey Schulman regarding strategy for Motion to Extend Stay for co-defendants affiliated with the Archdiocese of San Francisco. [L430 - A107](1.00) | 1.00 | $450.00 |
| 4/15/2025 | BJLE | Analyze whether the accused individuals in Catholic Charities cases were allegedly priests of the Archdiocese of San Francisco to incorporate details in Declaration of Daniel Zamora for Section 105(a) Complaint. [L430 - A104](1.20) | 1.20 | $540.00 |
| 4/16/2025 | DCZ | Conference call with bankruptcy counsel regarding litigation issues involving client. [L120 - A108](1.10) | 1.10 | $550.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/16/2025 | PEG | Review of press release by Anderson regarding release of Independent Review Board minutes. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/16/2025 | PEG | Preparation of reply to Marlow regarding statements in response to press inquiry regarding Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/16/2025 | PEG | Attend debtors professionals Zoom call regarding mediation strategies. [B100 - B110](1.00) | 1.00 | $520.00 |
| 4/16/2025 | PEG | Review of SF Chronicle article on Independent Review Board minutes and review of minutes produced by SF Chronicle. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/16/2025 | PEG | Review and comment on revised slides for mediation presentation. [B100 - B110](0.50) | 0.50 | $260.00 |
| 4/16/2025 | BJLE | Revise Exhibit to Declaration of Daniel Zamora for Section 105(a) Complaint to incorporate the information requested by Paul Pascuzzi and Amanda Cottrell regarding full case name, case number, and all defendants for all ▉ cases. [L430 - A103](3.10) | 3.10 | $1,395.00 |
| 4/16/2025 | BJLE | Revise Declaration of Daniel Zamora for Motion to Extend Stay per comments from Paul Pascuzzi and Amanda Cotrell. [L430 - A103](0.70) | 0.70 | $315.00 |
| 4/16/2025 | BJLE | Review and analysis of all ▉ Cases to confirm which cases properly named ▉ for purposes of Motion to Stay. [L430 - A104](0.60) | 0.60 | $270.00 |
| 4/16/2025 | BJLE | Continue analysis of Plaintiff's allegations in each of the Catholic Charities cases to incorporate information into Motion to Extend Stay. [L430 - A104](0.80) | 0.80 | $360.00 |
| 4/16/2025 | MAS | Analysis of additional claims with severity ranking based on additional information provided from litigation pleadings and discovery. [L120 - A104](0.40) | 0.40 | $150.00 |
| 4/16/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](0.50) | 0.50 | $187.50 |
| 4/17/2025 | DCZ | Conference call with Judge Buckley regarding status of settlement discussions. [L160 - A108](0.20) | 0.20 | $100.00 |
| 4/17/2025 | PEG | Call with Judge Buckley regarding upcoming mediation session. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/18/2025 | DCZ | Review and analysis of list of cases to be covered by motion to extend the bankruptcy stay. [L120 - A104](0.30) | 0.30 | $150.00 |
| 4/18/2025 | DCZ | Conference call with mediators regarding analysis of demands to carriers. [L160 - A108](0.70) | 0.70 | $350.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:       150363
Matter:       900036
Invoice #:   98504767

Page:             7

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/18/2025 | PEG | Review of updated mediation presentation slides from Weitz. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/18/2025 | PEG | Review reply form ▮▮▮▮▮▮▮ re slide presentation for mediation. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/19/2025 | PEG | Review of Committee demand to remove confidentiality from financial documents. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/20/2025 | PEG | Further exchange with Pascuzzi regarding mediation slide presentation. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/20/2025 | PEG | Exchange of emails with Pascuzzi and Weinstein regarding claim severity analysis. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/21/2025 | DCZ | Review and analysis of claims data from Creditor's Committee for comparison with client's data for purposes of identifying total claim numbers and dates of alleged abuse. [L160 - A104](0.70) | 0.70 | $350.00 |
| 4/21/2025 | DCZ | Conference call with Barry Weinstein regarding Committee's comments on claimant numbers and dates of abuse. [L160 - A108](0.80) | 0.80 | $400.00 |
| 4/21/2025 | PEG | Review of memorandum from Ori Katz regarding discovery to non-debtor affiliates. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/21/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](0.70) | 0.70 | $262.50 |
| 4/21/2025 | MAS | Attend meeting with Barry Weinstein and Kevin Cifarelli regarding consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L520 - A107](0.70) | 0.70 | $262.50 |
| 4/22/2025 | DCZ | Drafting correspondence to Creditors' Committee Counsel about list of claimants. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/22/2025 | DCZ | Conference call with Paul Pascuzzi regarding motion to extend bankruptcy stay. [L120 - A108](0.50) | 0.50 | $250.00 |
| 4/22/2025 | DCZ | Further drafting of declaration in support of motion to extend stay. [L120 - A103](0.20) | 0.20 | $100.00 |
| 4/22/2025 | DCZ | Conference call with client regrading draft presentation to mediators. [L160 - A106](1.70) | 1.70 | $850.00 |
| 4/22/2025 | PEG | Review of updated B Riley slide presentation for mediation. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/22/2025 | PEG | Review and edit revised draft adversary complaint regarding 105 injunction. [B100 - B190](0.50) | 0.50 | $260.00 |
| 4/22/2025 | PEG | Pre-mediation strategy session with all debtor professionals. [B100 - B110](1.70) | 1.70 | $884.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:       150363
Matter:       900036
Invoice #:   98504767

Page:             8

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 4/22/2025 | PEG | Review of updated insurance matrix prepared by Weinstein for mediation session. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/22/2025 | BJLE | Review of all Archdiocese of San Francisco claims and determine which claims also name ████████ for purposes of Motion to Continue Stay. [L430 - A104](1.60) | 1.60 | $720.00 |
| 4/22/2025 | BJLE | Telephone call with Paul Pascuzzi regarding declaration for Motion to Continue Stay. [L430 - A107](0.50) | 0.50 | $225.00 |
| 4/23/2025 | DCZ | Phone call with Paula Carney regarding motion to extend stay to the seminary corporation. [L120 - A106](0.20) | 0.20 | $100.00 |
| 4/23/2025 | DCZ | Conference call with Creditor's Committee counsel on total number of claims field in bankruptcy. [L160 - A108](0.30) | 0.30 | $150.00 |
| 4/23/2025 | DCZ | Drafting correspondence to bankruptcy counsel regarding motion to extend bankruptcy stay. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/23/2025 | PEG | Attend pre-mediation meeting with Archbishop and professionals. [B100 - B110](1.20) | 1.20 | $624.00 |
| 4/23/2025 | PEG | Prepare for mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](1.10) | 1.10 | $572.00 |
| 4/23/2025 | MAS | Attend meeting with Brittany Michaels regarding consolidating list of claims with Creditor's Committee list. [L520 - A107](0.30) | 0.30 | $112.50 |
| 4/24/2025 | DCZ | Attended continued global mediation. [L160 - A109](8.00) | 7.50 | $3,750.00 |
| 4/24/2025 | PEG | Attend mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](7.50) | 7.50 | $3,900.00 |
| 4/24/2025 | BJLE | Revise declaration of Daniel Zamora and Exhibit 1 for Motion to Extend Stay for ████████, ████████, and ██ high schools. [L430 - A103](0.50) | 0.50 | $225.00 |
| 4/24/2025 | MAS | Correspondence with Kevin Cifarelli regarding requested personnel files by ████████ representatives. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/24/2025 | MAS | Correspondence with Brittany Michaels regarding claims to be added to list of claims for purposes of consolidating list with Creditor's Committee. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/24/2025 | MAS | Review of late-filed claims for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](1.40) | 1.40 | $525.00 |
| 4/25/2025 | DCZ | Drafting and editing of case list for adversary complaint. [L120 - A103](1.50) | 1.50 | $750.00 |
| 4/25/2025 | DCZ | Phone call with Amanda Cottrell regarding case list for adversary complaint. [L120 - A108](0.40) | 0.40 | $200.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:       150363
Matter:      900036
Invoice #:   98504767

Page:            9

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/25/2025 | PEG | Call with Pascuzzi and Zamora relative to identification of cases subject to stay adversary proceeding. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/25/2025 | PEG | Review of Proof of Claims Matrix to identify potential objectionable claims. [B300 - B310](1.20) | 1.20 | $624.00 |
| 4/25/2025 | PEG | Review of LMI claims valuation chart. [B300 - B310](0.50) | 0.50 | $260.00 |
| 4/25/2025 | PEG | Preparation of memorandum to Weinstein regarding possible objections to Proofs of Claim. [B300 - B310](0.20) | 0.20 | $104.00 |
| 4/25/2025 | MAS | Finalize draft of exhibit to Zamora Declaration for enforcement re: stay of Bucket 2 state court actions. [L250 - A103](0.40) | 0.40 | $150.00 |
| 4/25/2025 | MAS | Attend meeting with Jeffrey Schulman regarding list of claims and ongoing consolidation process with Creditor's Committee. [L120 - A107](0.50) | 0.50 | $187.50 |
| 4/25/2025 | MAS | Gather information for service upon Plaintiffs re motion for enforcement re: stay of Bucket 2 state court actions. [L250 - A103](2.20) | 2.20 | $825.00 |
| 4/25/2025 | MAS | Telephone call to Jeannie Kim regarding information for service upon Plaintiffs re motion for enforcement re: stay of Bucket 2 state court actions. [L250 - A107](0.40) | 0.40 | $150.00 |
| 4/27/2025 | DCZ | Review and analysis of case inventory for ▇▇▇▇▇▇ for inclusion in motion and adversary complaint to extend injunction. [L120 - A104](0.20) | 0.20 | $100.00 |
| 4/27/2025 | DCZ | Phone call with Peter Califano regarding case inventory for ▇▇▇▇▇▇ for inclusion in motion and adversary complaint to extend injunction. [L120 - A108](0.40) | 0.40 | $200.00 |
| 4/27/2025 | PEG | Review and edit draft motion for 105 injunction. [B100 - B190](0.60) | 0.60 | $312.00 |
| 4/27/2025 | PEG | Review of Pascuzzi's agenda for strategy meeting. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/27/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](2.20) | 2.20 | $825.00 |
| 4/28/2025 | DCZ | Further drafting of declaration in support of motion to extend the bankruptcy injunction. [L120 - A103](1.40) | 1.40 | $700.00 |
| 4/28/2025 | DCZ | Drafting correspondence to counsel for ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ regarding cases including in motion to extend injunction. [L120 - A103](0.40) | 0.40 | $200.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 10

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/28/2025 | DCZ | Drafting correspondence to counsel for ███████ ████████████ regarding cases included in motion to extend injunction. [L120 - A103](0.20) | 0.20 | $100.00 |
| 4/28/2025 | DCZ | Conference call with ADSF bankruptcy counsel regarding cases to be included in adversary complaint and motion to extend bankruptcy stay. [L120 - A108](0.40) | 0.40 | $200.00 |
| 4/28/2025 | DCZ | Review and editing of adversary complaint to extend bankruptcy injunction. [L120 - A104](0.80) | 0.80 | $400.00 |
| 4/28/2025 | DCZ | Conference call with bankruptcy counsel regarding mediation strategy. [L120 - A108](1.30) | 1.30 | $650.00 |
| 4/28/2025 | PEG | Review of further edits to draft complaint, motion and exhibits from Weinstein and Cottrell. [B100 - B190](0.50) | 0.50 | $260.00 |
| 4/28/2025 | PEG | Review of email from BRG regarding cyber breach; review of Incident Letter and preparation of email to Paula Carney regarding potential insurance claim. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/28/2025 | PEG | Call with mediation team to pre-plan for strategy meeting. [B100 - B110](0.50) | 0.50 | $260.00 |
| 4/28/2025 | PEG | Further call with mediation team. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/28/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](1.00) | 1.00 | $375.00 |
| 4/29/2025 | DCZ | Drafting correspondence to coverage counsel regarding status of claim compilation. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/29/2025 | DCZ | Drafting correspondence to Committee Counsel regarding status of duplicative claims. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/29/2025 | DCZ | Drafting and editing of outline for settlement mediation meeting with client. [L160 - A103](0.30) | 0.30 | $150.00 |
| 4/29/2025 | DCZ | Meeting with Paula Carney and bankruptcy counsel regarding mediation strategy. [L120 - A106](5.00) | 5.00 | $2,500.00 |
| 4/29/2025 | PEG | Meeting with Amanda Cottrell, Ori Katz and Paula Carney regarding "Friday letters". [B100 - B110](0.50) | 0.50 | $260.00 |
| 4/29/2025 | PEG | Attend meeting with Ori Katz, Paul Pascuzzi, Paula Carney , Barry Weinstein and Daniel Zamora regarding mediation strategies. [B100 - B110](5.00) | 5.00 | $2,600.00 |
| 4/29/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](4.40) | 4.40 | $1,650.00 |
| 4/30/2025 | DCZ | Drafting analysis of claims subject to challenge for disallowance on lack of connection to client. [L160 - A103](3.60) | 3.60 | $1,800.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:        150363
Matter:        900036
Invoice #:    98504767

Page:              11

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/30/2025 | DCZ | Conference call with bankruptcy counsel regarding claimant's dates of abuse for purposes of calculating settlement demands to insurance carriers. [L160 - A108](0.40) | 0.40 | $200.00 |
| 4/30/2025 | PEG | Review of memorandum detailing status of ███████ cases released from stay; preparation of memorandum to Pascuzzi, Katz and Weinstein regarding same. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/30/2025 | PEG | Further review and editing of identification of objectionable claims. [B300 - B310](0.40) | 0.40 | $208.00 |
| 4/30/2025 | PEG | Initial drafting of report to Travelers on ███████ cases released from stay. [B100 - B190(0.40) | 0.40 | $208.00 |
| 4/30/2025 | PEG | Call with Judge Buckley and Blank Rome regarding Committee claims list to confirm agreed upon claims. [B300 - B310](0.30) | 0.30 | $156.00 |
| 4/30/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](2.30) | 2.30 | $862.50 |
| 4/30/2025 | MAS | Attend meeting with Jeffrey Schulman and Kevin Cifarelli regarding consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A109](0.40) | 0.40 | $150.00 |
| 4/30/2025 | MAS | Correspondence with Jeffrey Schulman and Kevin Cifarelli regarding consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A107](0.50) | 0.50 | $187.50 |
| | | Total Services | 137.90 | $65,549.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 41.20 | $520.00 | $21,424.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 53.60 | $500.00 | $26,800.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 19.50 | $450.00 | $8,775.00 |
| MAS | Monica Silver | ASSOCIATE | 21.60 | $375.00 | $8,100.00 |
| BGON | Brian Gonzaga | PARALEGAL | 2.00 | $225.00 | $450.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:        150363
Matter:        900036
Invoice #:   98504767

Page:            12

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 4/30/2025 | Benjamin Lewis- Service- 4/15/2025 Alameda County Superior Court - Download of Document [E100 - E112] | $11.50 |
| | Total Expenses | $11.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $809,776.75 | Previous Balance | $135,099.40 |
| Total Disbursements to Date: | $2,192.28 | Current Charges | $65,560.50 |
| Total to Date: | $811,969.03 | Less Payments | $50,180.40 |
| | | **Balance Due** | **$150,479.50** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 29.00 | $15,080.00 |
| B100 | Other Contested Matters (excluding assumption/re | 9.60 | $4,992.00 |
| B300 | Claims Administration and Objections | 2.60 | $1,352.00 |
| E100 | Court Fees | 0.00 | $11.50 |
| L120 | Analysis/Strategy - Draft/Revise | 12.50 | $6,250.00 |
| L120 | Analysis/Strategy - Review/Analyze | 15.90 | $6,337.50 |
| L120 | Analysis/Strategy - Communicate/With Client | 7.30 | $3,650.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 4.30 | $1,612.50 |

The Archdiocese of San Francisco

RE:  Bankruptcy

May 05, 2025
Client:        150363
Matter:        900036
Invoice #:   98504767

Page:            13

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/Other External | 7.40 | $3,700.00 |
| L120 | Analysis/Strategy - Appear For/Attend | 0.40 | $150.00 |
| L140 | Document/File Management - Review/Analyze | 0.70 | $157.50 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 5.30 | $2,650.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.70 | $350.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cli | 3.10 | $1,550.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 2.40 | $1,200.00 |
| L160 | Settlement/Non-Binding ADR - Appear For/Attend | 7.50 | $3,750.00 |
| L210 | Pleadings - Review/Analyze | 0.80 | $400.00 |
| L210 | Pleadings - Communicate/Other External | 1.20 | $600.00 |
| L230 | Court Mandated Conferences - Commun./Other Ex | 1.00 | $500.00 |
| L250 | Oth Written Motion/Submiss - Draft/Revise | 3.80 | $1,575.00 |
| L250 | Oth Written Motion/Submiss - Communicate w/Clie | 0.20 | $100.00 |
| L250 | Oth Written Motion/Submiss - Commun./Other Cou | 0.40 | $150.00 |
| L310 | Written Discovery - Draft/Revise | 3.30 | $1,485.00 |
| L320 | Document Production - Review/Analyze | 1.30 | $292.50 |
| L430 | Written Motions/Submissions - Draft/Revise | 7.90 | $3,555.00 |
| L430 | Written Motions/Submissions - Review/Analyze | 6.80 | $3,060.00 |
| L430 | Written Motions/Submissions - Commun./Other Co | 1.50 | $675.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:        150363
Matter:       900036
Invoice #:    98504767

Page:          14

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L520 | Appellate Briefs - Communicate/Other Counsel | 1.00 | $375.00 |

|  | **Total Hours** | **137.90** |
|--|-----------------|------------|

|  | **Total Fees:** | **$65,549.00** |
|--|-----------------|----------------|