

James I. Stang (CA Bar No. 94435)
Brittany Mitchell M. Michael *(Pro Hac Vice)*
Gail S. Greenwood (CA Bar No. 169939)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
          bmichael@pszjlaw.com
          ggreenwood@pszjlaw.com
          gbrown@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

Signed and Filed: May 20, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING THE FILING OF A REDACTED LETTER TO THE COURT RE MOTION TO COMPEL** |

The Court has reviewed *THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER AUTHORIZING THE FILING OF A REDACTED LETTER TO THE COURT RE MOTION TO COMPEL* [Docket No. 1188] ("Motion") and supporting declaration of Gillian N. Brown filed by the Official Committee of Unsecured Creditors (the "Committee"). Based upon the record before the Court, including the accompanying Letter Motion (as defined in the Motion); and pursuant to 11 U.S.C. § 107, Bankruptcy Rule 9018, Bankruptcy Local Rule 1001-2(a) (incorporating Civil Local Rule 79-5), the Local Procedures, and for good cause,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. An unredacted version of the Letter Motion shall remain sealed and shall become part of the Court record absent further order of this Court. The Clerk of the Court will annotate the original docket entry as follows: PROPOSED SEALED DOCUMENT APPROVED – REFER TO DOCKET ENTRY #___.

3. Nothing precludes an interested party, including the Committee, from seeking to unseal those portions of Letter Motion by separate motion.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # # #

**COURT SERVICE LIST:**
by ECF only