

Signed and Filed: May 21, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
AMANDA L. COTTRELL, State Bar No. 360215
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
          amartin@sheppardmullin.com
          acottrell@sheppardmullin.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and<br>          Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION CLARIFYING LANGUAGE IN STIPULATED PROTECTIVE ORDER ENTERED DECEMBER 18, 2023 (DKT. NO. 374)**<br><br>Hon. Dennis Montali |

      The Court having considered the *Second Stipulation Clarifying Language in Stipulated Protective Order (Dkt. No. 374)* (the "<u>Stipulation</u>") filed with the Court on May 16, 2025, as ECF No. [1187],

IT IS HEREBY ORDERED THAT:

1. The Stipulation, a copy of which is appended hereto as Exhibit 1, is approved and entered as an order of this Court.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

** END OF ORDER **

**Exhibit 1**

**Stipulation Clarifying Language in Stipulated Protective Order
Entered December 18, 2023**

This stipulation (the "Stipulation") clarifying and amending language in the *Stipulated Protective Order* [Dkt. No. 374] (the "Standing Protective Order") is entered into by and among The Roman Catholic Archbishop of San Francisco (the "RCASF" or the "Debtor"), the Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation ("CASC"), Sacred Heart Cathedral Preparatory ("SHCP"), Junipero Serra High School ("J. Serra"), Archbishop Riordan High School ("Riordan"), Marin Catholic High School ("Marin Catholic"), St. Patrick's Seminary and University ("STPSU"), the Official Committee of Unsecured Creditors (the "Committee"), and Berkeley Research Group, LLC ("BRG"), and collectively with the Debtor, CASC, SHCP, J. Serra, Riordan, Marin Catholic, and STPSU, the "Parties," and individually, each, a "Party"), who state as follows:

**WHEREAS:**

A. The Committee has requested a copy of the complete SQL backup file (.BAK) from the SQL Server for the Serenic accounting system, which is the Debtor's legacy, non-operational Serenic accounting system database and related data (the "Legacy Database"), and was previously used by the Debtor and certain non-debtor entities for whom the Debtor acted as IT administrator;

B. The Legacy Database is a static, historical copy created when the Debtor and certain non-debtors transitioned to a new system, and contains commingled data from both the Debtor and non-debtor entities;

C. The Legacy Database is currently only accessible to the Debtor, and the Debtor no longer maintains active licenses for the Serenic system; and

D. The Parties desire that the Court enter an order amending the Standing Protective Order, in the form submitted herewith as Exhibit 1, to incorporate the terms and conditions of this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. **Limited Production**: The Debtor shall provide BRG only, the Committee's financial advisor, with a backup copy (.bak) of the Legacy Database in its current form, subject to the conditions set forth herein.

2. **License Compliance and Technical Requirements**: (a) BRG shall be solely responsible for obtaining and maintaining any necessary software licenses, access rights, or other technical requirements (the "Licenses") needed to access, view, or otherwise utilize the Legacy Database; (b) the Debtor makes no representations regarding the accessibility, functionality, or technical requirements of the Legacy Database; and (c) the Parties shall not object to the fees or expenses that BRG or Committee counsel incur in order to obtain and maintain any such Licenses and to access the Legacy Database

3. **Scope and Use Restrictions**: (a) the Legacy Database shall be produced on a "BRG Eyes Only" basis and may only be accessed by BRG personnel (including any independent contractors); and (b) any analysis, reports, or summaries created or derived from the Legacy Database must be designated as "Confidential" under the Standing Protective Order as clarified by this Stipulation. Notwithstanding the foregoing, (a) the Committee and its counsel may view and discuss with BRG any analyses, reports, or summaries (the "Analyses") that BRG creates from information obtained from the Legacy Database; (b) BRG shall not extract or use any personally identifiable information ("PII"), including but not limited to PII such as the name of any donor, and to the extent such PII is inadvertently included in any Analyses, BRG shall redact it from the Analyses it shares with the Committee or Committee counsel; and (c) the Committee, through BRG or otherwise, shall only extract and use financial information subject to the terms and conditions of the Standing Protective Order.

4. **No Waiver**: (a) the production of the Legacy Database shall not constitute a waiver of any applicable privilege, protection, or right, including but not limited to attorney-client privilege, work product protection, or third-party rights; (b) this non-waiver provision applies to any information contained within the Legacy Database, whether or not such information can be segregated or identified at the time of production; (c) the protection extends to any metadata, structure, or other technical aspects of the Legacy Database; (d) no privilege log or other

identification of protected information within the Legacy Database shall be required; and (e) the non-waiver protection shall survive any termination of this Stipulation or the Standing Protective Order.

     5.    **Third-Party Rights**: (a) nothing in this Stipulation shall affect the rights of any non-debtor entity that is not a Party to this Stipulation but whose data may be contained within the Legacy Database; (b) BRG shall treat all non-debtor data with the same level of confidentiality as Debtor's data; and (c) BRG shall not contact any donors to any of the Parties without the consent of the relevant Party.

     6.    **Standing Protective Order**: Except as expressly modified herein, all provisions of the Standing Protective Order entered on December 18, 2023 [Dkt. No. 374] remain in full force and effect.

Dated: May 16, 2025    FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By    */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: May 16, 2025    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN
AMANDA L. COTTRELL *[admitted pro hac vice]*

Attorneys for The Roman Catholic Archbishop of San Francisco

| | | |
|---|---|---|
| Dated: May 14, 2025 | DIAMOND McCARTHY, LLP | |
| | By | /s/ Christopher D. Johnson |
| | | ALLAN B. DIAMOND [admitted pro hac vice] |
| | | CHRISTOPHER D. JOHNSON [admitted pro hac vice] |
| | | Attorneys for the Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation |
| Dated: May 12, 2025 | McDERMOTT, WILL & EMERY, LLP | |
| | By | *[signature]* |
| | | LISA LINSKY [admitted pro hac vice] |
| | | DARREN AZMAN [admitted pro hac vice] |
| | | Attorneys for Sacred Heart Cathedral Preparatory |
| Dated: May 12, 2025 | BINDER MALTER HARRIS & ROME-BANKS LLP | |
| | By | /s/ Robert G. Harris |
| | | ROBERT G. HARRIS |
| | | Attorneys for Junipero Serra High School, Archbishop Riordan High School, and Marin Catholic High School |
| Dated: May 6, 2025 | NIESAR & VESTAL LLP | |
| | By | /s/ Peter C. Califano |
| | | PETER C. CALIFANO |
| | | Attorneys for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University |

Dated: May 6, 2025  PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Gillian N. Brown*
JAMES I. STANG
BRITTANY M. MICHAEL
GILLIAN N. BROWN

Attorneys for the Official Committee of Unsecured Creditors

Dated: May 7, 2025  BERKELEY RESEARCH GROUP, LLC

By  */s/ D. Ray Strong*
PAUL N. SHIELDS
D. RAY STRONG
MATTHEW K. BABCOCK

Financial Advisor to the Official Committee of Unsecured Creditors