James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
         bmichael@pszjlaw.com
         ggreenwood@pszjlaw.com
         gbrown@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO RESTRICT ACCESS TO DOCKET NUMBER 1190**<br><br>[No Hearing per Local Procedures] |

**TO THE COURT AND INTERESTED PARTIES:**

The Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Debtor") just learned that the redacted letter directed to the Court and filed as Docket No. 1190 is defective. The Committee understands that the document cannot be withdrawn and therefore requests that the Court permanently restrict public access to Docket No. 1190. The Committee will file a replacement letter with appropriate redactions.

| | | |
|---|---|---|
| Dated: May 21, 2025 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | */s/ Gail S. Greenwood* <br> James I. Stang <br> Brittany M. Michael <br> Gail S. Greenwood <br> Gillian N. Brown |
| | | Attorneys for the Official Committee of Unsecured Creditors |