

Brittany M. Michael

212.561.7728
bmichael@pszjlaw.com

May 19, 2025

LOS ANGELES
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

NEW YORK
780 THIRD AVENUE. 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

WILMINGTON
919 NORTH MARKET STREET, 17TH FLOOR.
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

HOUSTON
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

SAN FRANCISCO
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

## REDACTED LETTER FOR ECF FILING
The Hon. Dennis Montali

Re: *In re The Roman Catholic Archbishop of San Francisco* (Case No. 23-30564): Discovery Dispute

Dear Judge Montali:

Pachulski Stang Ziehl & Jones LLP is counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced case. By this letter, the Committee seeks an order of the Court compelling the Debtor's production of documents responsive to six document requests about which the Committee and the Debtor have been meeting and conferring for more than seven months (the "Requests"). The Debtor has never represented that responsive documents do not exist, are not in the Debtor's possession, or have been withheld on any grounds. The Debtor simply has not produced all of the responsive documents.

This motion to compel is necessary due to the impending August 20, 2025 deadline for filing avoidance actions. *See* 11 U.S.C. § 546 (providing two-year statute of limitations from the petition date for filing of avoidance actions). The Requests are relevant to potential avoidance actions [REDACTED] that the Committee must evaluate, and, if necessary, seek standing to prosecute and then initiate prior to August 20, 2025. Because this discovery issue was the subject of mediation on November 25, 2024, the Committee files this letter under seal and invokes the procedure set forth at paragraph 10 of the *Order Referring Case to Mediation and Appointing Mediators* (Doc. No. 747) (providing for filing and service of letter not to exceed 5 pages, complaining party to contact Chambers regarding filing of the letter, and Court notification about any response or hearing, including hearings on shortened time). To the extent the Court sets a hearing on this matter, the Committee respectfully requests that it be set on shortened time.



## I. Relief Requested

The Committee respectfully requests that the Court order the Debtor to produce, within 10 calendar days, documents responsive to the Requests that the parties refer to as "BRG High-Priority Requests" 10-14 and 16.[1] These Requests relate to potentially avoidable transfers concerning ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

Information available to the Committee indicates that ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. The Requests seek specific, pointed discovery on these potentially avoidable transfers.

## II. Discovery Status

The Committee and the Debtor remain engaged in discovery that began in early January 2024 when the Committee propounded Bankruptcy Rule 2004 documents requests on the Debtor. Counsel for the Committee and the Debtor have met and conferred on a regular basis for many months with respect to those requests. The Debtor continues to produce documents to the Committee on a rolling basis. The Committee also propounded Bankruptcy Rule 2004 document requests on non-debtors.

As the Committee's financial advisor, Berkeley Research Group, LLC ("BRG"), reviewed produced documents, the Committee learned of additional facts it sought to discover. As a result, the Committee has informally requested documents from the Debtor. Among these informal requests are the so-called "BRG

---

[1] The Debtor's auditing firm, BPM, LLP ("BPM"), has produced to the Committee documents similar to certain of those the Committee now seeks. To the extent the responsive documents are solely in BPM's possession (although the Debtor has never so represented), the Committee requests that the Court order the Debtor obtain the documents from BPM for immediate production to the Committee.



High-Priority Requests" that BRG provided to the Debtor's financial advisor, B. Riley, on October 7, 2024. Debtor has indicated - for seven months - that it is working on producing all documents responsive to those requests. It has produced only some, but not all, of the requested documents. After the Requests were discussed at the November mediation, ███████████████████████████████████████.



███████. Given the impending August 20 deadline to file avoidance actions, the Committee can wait no longer for production of all documents responsive to the Requests.

### III.     The Requests

The six Requests seek the following information relating to potential avoidance actions:

BRG High-Priority Request 10 ████████████████████████████████████████████████████████████████████████████████████████████

BRG High-Priority Request 11 ███████████████████████████████████████

---

[2] The Committee reserves all of its rights as to all other outstanding discovery in this case propounded upon the Debtor and non-debtors alike.







[redacted]

BRG High-Priority Request 16: [redacted]



      The Committee has emailed an unredacted copy of this letter to counsel for the Debtor concurrently with emailing this letter to Ms. Parada.

      Very truly yours,

      *Brittany M. Michael*

      Brittany M. Michael

cc:    The Hon. Christopher Sontchi – mediator (via email)
       The Hon. Daniel Buckley – mediator (via email)
       Tim Gallagher, Esq. – mediator (via email)
       Paul Pascuzzi, Esq. (via email)
       Ori Katz, Esq. (via email)
       Amanda Cottrell, Esq. (via email)

---

[3] [redacted]

