Entered on Docket
May 22, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com
gbrown@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

**CHANGES MADE BY COURT**

Signed and Filed: May 22, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO RESTRICT ACCESS TO DOCKET NUMBER 1190**<br><br>[No Hearing per Local Procedures] |

The Court has reviewed the *Motion to Restrict Access to Docket Number 1190* ("Motion") filed in the above-referenced case. Based upon the record before the Court, and for good cause,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. Public access to Docket Number 1190 shall be restricted absent further order of the Court. The Committee shall file a corrected version of the redacted letter.

# # # # END OF ORDER # # # #