Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
        jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR APRIL 2025** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period April 1, 2025 through April 30, 2025 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2025 through April 30, 2025 | $34,401.00[1] | $3,195.47 | $37,596.47 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $27,520.80 | $3,195.47 | $30,716.27 |

---

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: May 27, 2025          **BURNS BAIR LLP**

By: /s/ *Jesse J. Bair*
Jesse J. Bair

*Special Insurance Counsel to the Official*
*Committee of Unsecured Creditors*

# EXHIBIT 1



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :**    5/20/2025
**Bill # :**        01934

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/10/2025 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re case developments and next-steps (.7); | 0.70 | $630.00 |
| 4/16/2025 | Brian Cawley | Participate in state court counsel meeting for insurance purposes (.5); | 0.50 | $275.00 |
| 4/22/2025 | Brian Cawley | Participate in state court counsel meeting for insurance purposes (.3); draft summary re key takeaways and outcome of same (.2); | 0.50 | $275.00 |
| | | **Totals for Committee Meetings** | **1.70** | **$1,180.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/8/2025 | Jesse Bair | Review fee examiner's preliminary report (.2); prepare for call with fee examiner re same (.3); participate in call with fee examiner re same (.5); | 1.00 | $900.00 |
| 4/18/2025 | Jesse Bair | Correspond with G. Brown and B. Horn-Edwards re monthly fee statement (.1); | 0.10 | $90.00 |
| 4/18/2025 | Brenda Horn-Edwards | Correspond with J. Bair re monthly fee statement (.1); | 0.10 | $34.00 |
| 4/22/2025 | Jesse Bair | Review fee examiner's consolidated report re 4th interim fee applications (.1); | 0.10 | $90.00 |
| 4/23/2025 | Brenda Horn-Edwards | Revise order approving Burns Bair fourth interim application (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 4/23/2025 | Brenda Horn-Edwards | Lodge proposed order re Burns Bair fourth interim application with Court (.1); | 0.10 | $34.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/23/2025 | Jesse Bair | Review docket order approving interim fee applications (.1); review and edit proposed order approving same (.1); correspond with fee examiner and B. Horn-Edwards re same (.1); | 0.30 | $270.00 |
| 4/24/2025 | Jesse Bair | Correspond with B. Horn-Edwards and G. Brown re monthly fee statement (.1); | 0.10 | $90.00 |
| 4/25/2025 | Jesse Bair | Review and finalize Burns Bair monthly fee statement (.1); correspond with B. Horn-Edwards and G. Brown re same (.1); | 0.20 | $180.00 |
| 4/25/2025 | Brenda Horn-Edwards | Draft monthly fee statement and certificate of service (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 4/25/2025 | Brenda Horn-Edwards | File and serve monthly fee statement (.2); | 0.20 | $68.00 |
| | | **Totals for Fee Applications** | **2.80** | **$1,960.00** |

## Insurance Recovery Activities

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/1/2025 | Karen Dempski | Docket/calendar motion for late claim hearing (.1). | 0.10 | $34.00 |
| 4/2/2025 | Jesse Bair | Correspond with Committee professionals re outstanding insurance discovery from the Diocese (.1). | 0.10 | $90.00 |
| 4/2/2025 | Brian Cawley | Draft email memo to the Debtor providing summary of particular bates-ranges of insurance materials to be re-designated (.6); | 0.60 | $330.00 |
| 4/4/2025 | Jesse Bair | Review correspondence with B. Michael and the mediators re upcoming mediation session (.1). | 0.10 | $90.00 |
| 4/5/2025 | Timothy Burns | Review correspondence with PSZJ, the Committee, and the mediators re April mediation (.1). | 0.10 | $112.00 |
| 4/6/2025 | Jesse Bair | Review B. Michael correspondence re next mediation session (.1). | 0.10 | $90.00 |
| 4/8/2025 | Jesse Bair | Analysis re potential use of estimation for insurance purposes (.4). | 0.40 | $360.00 |
| 4/8/2025 | Jesse Bair | Review and respond to correspondence with the debtor and BB team re process for re-designation of debtor insurance policies (.1); | 0.10 | $90.00 |
| 4/8/2025 | Brian Cawley | Respond to state court counsel questions re particular debtor insurers (.3); | 0.30 | $165.00 |
| 4/8/2025 | Brian Cawley | Analyze orders on disclosure of IRB minutes and aggregate claim data (.3); | 0.30 | $165.00 |

| 4/8/2025 | Brian Cawley | Begin redacting potentially confidential information from debtor insurance policy materials as part of insurance re-designation project (1.9); correspond with J. Bair re same (.1); | 2.00 | $1,100.00 |
|---|---|---|---|---|
| 4/9/2025 | Brian Cawley | Continue redacting potentially confidential information from debtor insurance policy materials as part of insurance re-designation project (1.8); | 1.80 | $990.00 |
| 4/9/2025 | Brian Cawley | Revise and respond to correspondence with the debtor and Committee professionals re policy redactions and re-designation issues (.2); | 0.20 | $110.00 |
| 4/9/2025 | Jesse Bair | Review and respond to correspondence with Committee professionals re insurance-related aggregate claim data (.1); review additional correspondence with the debtor and Committee professionals re process for re-designating debtor insurance materials (.1); | 0.20 | $180.00 |
| 4/9/2025 | Timothy Burns | Review multiple correspondence with the debtor and Committee professionals re use of insurance policies (.2); | 0.20 | $224.00 |
| 4/9/2025 | Timothy Burns | Prepare for conference with J. Stang (.1); participate in conference with J.Stang re insurance strategy (.7); | 0.80 | $896.00 |
| 4/9/2025 | Timothy Burns | Review correspondence with B. Michael re aggregate claims data (.1); correspond with J. Bair re same (.1); | 0.20 | $224.00 |
| 4/10/2025 | Timothy Burns | Review court order re late filed proof of claim (.1); | 0.10 | $112.00 |
| 4/10/2025 | Timothy Burns | Brief review of lift stay order (.1); participate in call with state court counsel re same (.1); | 0.20 | $224.00 |
| 4/10/2025 | Jesse Bair | Brief review re lift stay decision (.1); | 0.10 | $90.00 |
| 4/10/2025 | Brian Cawley | Respond to questions re policy document redactions from debtor counsel and analyze relevant policy documents in connection with same (.5); | 0.50 | $275.00 |
| 4/10/2025 | Brian Cawley | Analyze opinion on stay relief (.4); | 0.40 | $220.00 |
| 4/11/2025 | Timothy Burns | Participate in detailed conference with Committee professionals re case litigation, mediation, and overall case resolution and insurance strategy (2.1); | 2.10 | $2,352.00 |
| 4/11/2025 | Jesse Bair | Participate in part of detailed case strategy conference with PSZJ and T. Burns re upcoming mediation, ongoing litigation, potential next-steps, and overall Committee case strategy (2.0); | 2.00 | $1,800.00 |
| 4/11/2025 | Jesse Bair | Additional review of lift stay decision and order (.2); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/13/2025 | Brian Cawley | Review and respond to correspondence with the debtor and J. Bair re the debtor's responses to proposed production / redactions and potential replies to same (.4); | 0.40 | $220.00 |
| 4/13/2025 | Jesse Bair | Review debtor correspondence re ongoing issues re re-designation and production of debtor insurance materials (.1); review and respond to correspondence with B. Cawley re same, response to debtor, and next-steps (.2); | 0.30 | $270.00 |
| 4/14/2025 | Brian Cawley | Continue reviewing and redacting additional portions of debtor insurance materials consistent with revised parameters outlined by the debtor as part of insurance materials re-designation project (3.2); | 3.20 | $1,760.00 |
| 4/15/2025 | Brian Cawley | Finish reviewing and redacting additional portions of debtor insurance materials consistent with revised parameters outlined by the debtor as part of insurance materials re-designation project (2.7); | 2.70 | $1,485.00 |
| 4/15/2025 | Brian Cawley | Participate in conference with J. Bair re mediation strategy and next-steps (.2); | 0.20 | $110.00 |
| 4/15/2025 | Timothy Burns | Review B. Michael correspondence re various case developments (.1); | 0.10 | $112.00 |
| 4/15/2025 | Jesse Bair | Provide instructions to B. Cawley re ongoing project re re-designation of debtor insurance materials and related case strategy issues (.2); | 0.20 | $180.00 |
| 4/15/2025 | Jesse Bair | Participate in conference with B. Cawley re ongoing mediation negotiations (.2); | 0.20 | $180.00 |
| 4/16/2025 | Brian Cawley | Correspond with the debtor re revised debtor redacted policy materials (.2); | 0.20 | $110.00 |
| 4/17/2025 | Brian Cawley | Analyze new production from CNA and update coverage chart re same (1.1); | 1.10 | $605.00 |
| 4/17/2025 | Brian Cawley | Correspond with debtor insurance counsel re recent set of redactions for policy designations (.2); | 0.20 | $110.00 |
| 4/17/2025 | Brian Cawley | Respond to J. Bair request regarding revised claims chart (.2); | 0.20 | $110.00 |
| 4/17/2025 | Jesse Bair | Review correspondence with the debtor and PSZJ re claim reconciliation (.1); review correspondence from the debtor re CNA document production (.1); | 0.20 | $180.00 |
| 4/18/2025 | Jesse Bair | Participate in conference with B. Cawley re ongoing project re re-designation of debtor insurance materials (.1); | 0.10 | $90.00 |
| 4/18/2025 | Brian Cawley | Begin extracting relevant policy materials from confidential secondary evidence (2.7); | 2.70 | $1,485.00 |
| 4/18/2025 | Brian Cawley | Participate in call with debtor counsel re policy re-designation issues (.3); | 0.30 | $165.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/22/2025 | Brian Cawley | Analyze the Committee's complaint for declaratory relief in preparation for upcoming state court counsel meeting (.4); | 0.40 | $220.00 |
| 4/23/2025 | Brian Cawley | Continue redacting relevant materials from debtor insurance secondary evidence to permit public use of debtor insurance materials (2.0); | 2.00 | $1,100.00 |
| 4/23/2025 | Timothy Burns | Review B. Cawley's summary re outcome of state court counsel meeting (.1); review the Committee's Declaratory Judgment Complaint re Divisions (.4); | 0.50 | $560.00 |
| 4/23/2025 | Jesse Bair | Review B. Cawley summary re outcome of state court counsel meeting and next-steps (.1); | 0.10 | $90.00 |
| 4/24/2025 | Jesse Bair | Participate in portion of mediation session for insurance purposes (4.0); participate in post-mediation conferences re strategy with J. Stang and T. Burns (.6); | 4.60 | $4,140.00 |
| 4/24/2025 | Timothy Burns | Participate in mediation session for insurance purposes (4.6); participate in post-mediation conferences re strategy with J. Stang and J. Bair (.6); | 5.20 | $5,824.00 |
| 4/28/2025 | Timothy Burns | Review Debtor's ROR with respect to motion to enlarge re late filed claim (.2); | 0.20 | $224.00 |
| 4/29/2025 | Karen Dempski | Docket/calendar adversary proceedings complaint (.1); | 0.10 | $34.00 |
| 4/30/2025 | Timothy Burns | Review and respond to correspondence with Committee professionals re claims slotting and insurance analysis (.2); | 0.20 | $224.00 |
| 4/30/2025 | Jesse Bair | Review and edit claim and coverage charts requested by the mediators (.3); correspond with B. Michael re additional analysis needed in connection with same (.2); review revised version of claim and coverage charts requested by the mediators (.3); correspond with B. Michael re same (.1); review various correspondence with the mediators, Debtor, and PSZJ re same (.1); review the debtor's adversary complaint re declaratory judgment that the stay protects non-debtors (.3); | 1.30 | $1,170.00 |
| | | **Totals for Insurance Recovery Activities** | **40.10** | **$31,261.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **44.60** | **$34,401.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 04/23/2025 | United Airlines Inflight Wi-Fi, J. Bair (ORD-SFO) | $8.00 |

| Date | Description | Amount |
|---|---|---|
| 04/23/2025 | Hotel, J. Bair (2 nights) | $852.00 |
| 04/23/2025 | Hotel, T. Burns (2 nights) | $852.00 |
| 04/23/2025 | Taxi, J. Bair and T. Burns (airport to hotel) | $68.00 |
| 04/23/2025 | United Airlines Inflight Wi-Fi, T. Burns (ORD-SFO) | $8.00 |
| 04/23/2025 | United Airlines, J. Bair | $131.59 |
| 04/23/2025 | United Airlines, T. Burns | $131.59 |
| 04/25/2025 | Travel meal, T. Burns | $15.21 |
| 04/25/2025 | Uber, J. Bair and T. Burns (hotel to airport) | $124.41 |
| 04/25/2025 | Airport parking, T. Burns | $23.50 |
| 04/25/2025 | Airport parking, J. Bair | $23.50 |
| 04/25/2025 | Postage | $1.29 |
| 04/25/2025 | Delta Airlines, T. Burns (SFO-MSN, April 25) | $478.19 |
| 04/25/2025 | Delta Airlines, J. Bair (SFO-MSN, April 25) | $478.19 |

**Total Expenses**      **$3,195.47**

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 1.00 | $340.00 | $340.00 |
| Brian Cawley | Associate | 20.70 | $550.00 | $11,385.00 |
| Jesse Bair | Partner | 12.80 | $900.00 | $11,520.00 |
| Karen Dempski | Paralegal | 0.20 | $340.00 | $68.00 |
| Timothy Burns | Partner | 9.90 | $1,120.00 | $11,088.00 |

**Total Due This Invoice:  $37,596.47**

1  Timothy W. Burns (admitted *pro hac vice*)
2  WI Bar 1068086
   Jesse J. Bair (admitted *pro hac vice*)
3  WI Bar 1083779
   BURNS BAIR LLP
4  10 East Doty Street, Suite 600
   Madison, WI 53703
5  Telephone: (608) 286-2302
   Email: tburns@burnsbair.com
6        jbair@burnsbair.com
7  *Special Insurance Counsel to*
8  *The Official Committee of Unsecured Creditors*

9         **UNITED STATES BANKRUPTCY COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
10        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 In re | Case No. 23-30564 |
| 12 THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| 13 | **CERTIFICATE OF SERVICE** |
| 14      Debtor and Debtor in Possession. | |

15        I, Brenda Horn-Edwards, declare that I am employed in the County of Dane, State of
16
17 Wisconsin.  I am over the age of 18 and not a party to the within action.  My business address is 10
18 E. Doty Street, Suite 600, Madison, Wisconsin 53703.
19        On May 27, 2025, I served a true and correct copy of the **Monthly Professional Fee**
20 **Statement for Burns Bair LLP for April 2025** in the manner stated below:

21
22 ☑     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and
23     hyperlink to the document. On **May 27, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the participants on the attached Electronic Mail
24     Notice List will receive NEF transmission at the email address stated.

25
26
27
28

| | |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Dane County, Wisconsin, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached Service List at the email address stated. |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on May 27, 2025, at Madison, Wisconsin.

*/s/ Brenda Horn-Edwards*
Brenda Horn-Edwards

# ELECTRONIC MAIL NOTICE LIST

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P. Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M DAlelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon)
lukeeaton@cozen.com, monugiac@pepperlaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
tevanston@skarzynski.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@skarzynski.com

Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

Jennifer R Liakos on behalf of Interested Party LL John Doe JU
jenn@jennliakoslaw.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Betty Luu on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
bluu@duanemorris.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
amina@duanemorris.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF
greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@skarzynski.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
samantha.ruben@dentons.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Devin Miles Storey on behalf of Creditor John MS Roe SF
dms@zalkin.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

# LIMITED SERVICE LIST

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Robert G Harris 2775 Park Ave Santa Clara, CA 95050 | | rob@bindermalter.com robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair Timothy Burns Brian P Cawley | | jbair@burnsbair.com kdempski@burnsbair.com tburns@burnsbair.com bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879 Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142 Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Alexander Potente Jason J Chorley 150 California St, 15th Fl San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Catalina J Sugayan 30 S Wacker Dr, Ste 2600 Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Nancy Lima Yongli Yang Jason J Chorley Daniel James Michael Norton | | Nancy.Lima@clydeco.us yongli.yang@clydeco.us jason.chorley@clydeco.us Robert.willis@clydeco.us daniel.james@clydeco.us michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Mary P. McCurdy 388 Market St, Ste 1000 San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Robin D Craig 2001 Addison St, Ste 300 Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |

| | | | | |
|---|---|---|---|---|
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Joshua Haevernick 1999 Harrison St, Ste 1300 Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Patrick C Maxcy John Grossbart 233 S Wacker Dr, Ste 5900 Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Allan Diamond Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Russell W Roten Andrew Mina Betty Luu 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | 213-689-7401 | AMina@duanemorris.com BLuu@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Andrew Mina Betty Luu | | Amina@duanemorris.com BLuu@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061 West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Stephen Estey 2869 India St San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul Pascuzzi Thomas Phinney Jason Rios 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com tphinney@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul Pascuzzi  Jason Rios | | ppascuzzi@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397 Atlanta, GA 30374 | | |

| | | | | |
|---|---|---|---|---|
| *NOA - Request for Notice | H.F. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | J.D. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia DeSeguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com<br>monugiac@pepperlaw.com |
| Registered ECF User | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Darren Azman<br>Lisa A. Linsky<br>Natalie Rowles<br>Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com<br>mco@mwe.com<br>dnorthrop@mwe.com |

| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
|---|---|---|---|---|
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127 Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Matthew C Lovell 101 Montgomery St, Ste 2300 San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Peter C Califano 90 New Montgomery St 9th Fl San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Phillip J. Shine 450 Golden Gate Ave, Rm 05-0153 San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Jason Blumberg Trevor R Fehr Jared A. Day 501 I Street, Ste 7-500 Sacramento, CA 95814 | | jason.blumberg@usdoj.gov Trevor.Fehr@usdoj.gov jared.a.day@usdoj.gov USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Deanna K. Hazelton 2500 Tulare St, Ste 1401 Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Brittany M Michael 780 3rd Ave, 34th Fl New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | James I Stang 10100 Santa Monica Blvd, 13th Fl. Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen John W Lucas 1 Sansome St, 34th Fl, Ste 3430 San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen Gillian Nicole Brown | | dgrassgreen@pszjlaw.com hphan@pszjlaw.com ocarpio@pszjlaw.com gbrown@pszjlaw.com ggreenwood@pszjlaw.com rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Todd C Jacobs John E Bucheit 2 N Riverside Plz, Ste 1850 Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Harris B Winsberg Matthew M Weiss R David Gallo 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com mweiss@phrd.com dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Matthew G Roberts 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Mark D. Plevin 580 California St, 12th Fl San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |

| | | | |
|---|---|---|---|
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justiclec.com |
| *NOA - Request for Notice | R.F. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justiclec.com |
| *NOA - Request for Notice | R.F. Jr. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justiclec.com |
| *NOA - Request for Notice | R.M. | Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Melissa M D'Alelio<br>Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Annette P Rolain<br>Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett<br>Pl City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Ori Katz<br>Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Jeannie Kim<br>Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |

| | | | |
|---|---|---|---|
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Jeff D Kahane/Timothy W Evanston<br>Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |