Ashley I. Storey
SKARZYNSKI MARICK & BLACK LLP
One Battery Park Plaza, Fl. 32
New York, NY 10004
212.820.7700
astorey@skarzynski.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor(s).

Case No. 3:23-bk-30564
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Ashley I. Storey, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Certain Underwriters at Lloyd's, London and* in the above-entitled action.
*Certain London Market Companies

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Timothy W. Evanston (SBN 319342)
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor, Los Angeles, CA 90071
Telephone: 213.721.0650

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/29/2025

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

ASHLEY STOREY, Bar # 6024210

was duly admitted to practice in the Court on

October 31, 2023

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York  On  May 20, 2025

*Tammi M. Hellwig*

Tammi M. Hellwig  
Clerk of Court

By s/ R. Juliano  
Deputy Clerk