Entered on Docket
June 2, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 2, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES** |

Upon consideration of Certain Underwriters at Lloyd's, London and Certain London Market Companies Request For Leave To Withdraw Appearances [ECF No. 1032], and with good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Request for Leave to Withdraw Appearances on behalf of Betty Luu and Andrew Mina is granted.

**END OF ORDER**

## COURT SERVICE LIST

All ECF Recipients