Entered on Docket
June 4, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 4, 2025

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Ashley I. Storey
SKARZYNSKI MARICK & BLACK LLP
One Battery Park Plaza, Fl. 32
New York, NY 10004
212.820.7700
astorey@skarzynski.com

Counsel for Certain Underwriter's at Lloyd's, London and Certain London Market Companies

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,**

Debtor(s).

Case No. **3:23-bk-30564**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Ashley I. Storey**, whose business address and telephone number is **SKARZYNSKI MARICK & BLACK LLP, One Battery Park Plaza, Fl. 32, New York, NY 10004, 212.820.7700**

and who is an active member in good standing of the bar of **New York**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Certain Underwriters at Lloyd's, London and Certain London Market Companies**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**