James I. Stang (CA Bar No. 94435)
Gail Greenwood (CA Bar No. 169939)
Brittany M. Michael *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
         ggreenwood@pszjlaw.com
         bmichael@pszjlaw.com

Signed and Filed: June 11, 2025


_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**



Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATED TOLLING AGREEMENT BETWEEN THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CERTAIN TRANSFEREES**<br><br>[No Hearing per Local Procedures] |

The Court has reviewed the *Stipulated Tolling Agreement* [Docket No. 1216] ("Stipulation")[1] entered by and between counsel for The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee of Unsecured Creditors of the Debtor (the "Committee") and the recipients of potential transfers from the Debtor, each identified on Exhibit A to the Stipulation (the "Transferees"); the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and good cause appearing therefor,

//

---

[1] Capitalized terms not otherwise defined have the meanings set forth in the Stipulation.

**IT IS ORDERED:**

1. The Stipulation is approved and effective as of June 6, 2025 (the "Stipulation Effective Date").

2. Subject to terms of the Stipulation, any statute of repose, statute of limitations, limitation or laches period, or other provision, whether jurisdictional or otherwise, that requires, mandates, or establishes any deadline for the commencement or filing of any matter, proceeding or other action with respect to the Claims, including, without limitation, sections 108 and 546 of the Bankruptcy Code (collectively, the "Limitation Deadline"), is hereby tolled and extended from the Stipulation Effective Date until August 21, 2026 (the "Termination Date," and the period from the Stipulation Effective Date through the Termination Date, the "Tolling Period").

3. The Bankruptcy Court retains sole and exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

* * * END OF ORDER * * *

Case: 23-30564    Doc# 1217    Filed: 06/11/25    Entered: 06/11/25 16:31:49    Page 2 of 3
4928-3691-6295.1 05068.002

# COURT SERVICE LIST
All ECF Recipients