Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com
 mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
 amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>*[No Hearing Required]* |

**TWENTY-FIRST MONTHLY PROFESSIONAL FEE STATEMENT FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES [MAY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, LLC (hereinafter, "B. Riley"), financial advisor to the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for May 2025.

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2025 through May 31, 2025 |
| Amount of Compensation Requested: | $78,551.50 |
| Net of 20% Holdback: | $62,841.20 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $62,841.20 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from May 1, 2025 through May 31, 2025 (the "Fee Period"). By this twenty-first statement, B. Riley seeks payment in the amount of $62,841.20, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention

Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as *Exhibit 1* is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as *Exhibit 2* is a summary of the services rendered and compensation sought by project category during the Fee Period.

Attached hereto as *Exhibit 3* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit 4*, are records of B. Riley's fees incurred during the period May 1, 2025 through May 31, 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: June 20, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: June 20, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

# Exhibit 1

## Summary of Total Hours and Fees by Professional
## Compensation by Professional Person for Hourly Services
## for the Period from May 1, 2025 through May 31, 2025

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $775.00 | 21.40 | $16,585.00 |
| David Greenblatt | Director | $575.00 | 52.50 | 30,187.50 |
| Coral Hansen | Managing Director | $525.00 | 16.00 | 8,400.00 |
| Sean Horner | Senior Associate | $425.00 | 53.70 | 22,822.50 |
| Marilee Greene | Project Assistant | $265.00 | 2.10 | 556.50 |
| **TOTAL** | | | **145.70** | **$78,551.50** |

## Exhibit 2

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from May 1, 2025 through May 31, 2025**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 102.70 | $53,497.50 |
| Business Analysis | 19.70 | 12,667.50 |
| Employment/Fee Applications | 2.40 | 789.00 |
| Litigation Support | 2.00 | 1,450.00 |
| Monthly Operating Reports | 18.90 | 10,147.50 |
| **TOTAL** | **145.70** | **$78,551.50** |

## Exhibit 3

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

# Exhibit 4

**B. Riley Invoice**



**B|RILEY**
*Advisory Services*

Formerly known as GlassRatner Advisory & Capital Group LLC

June 11, 2025                                                                                          Invoice # :   68427

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period May 1, 2025 through May 31, 2025

## Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 21.40 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 16.00 | 525.00 |
| David Greenblatt, CPA, CIRA | 52.50 | 575.00 |
| Sean Horner | 53.70 | 425.00 |
| Marilee Greene | 2.10 | 265.00 |

| | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 145.70 | $78,551.50 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.    Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
*3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com*

**Professional Services Detail**

                Hours

Asset Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 5/2/2025 | S. Horner | Continue to work on restricted cash analysis | 1.60 |
| 5/5/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: cash analysis | 0.80 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.50 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: restricted cash | 0.80 |
| 5/6/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 1.10 |
| | S. Horner | Continue to work on restricted cash analysis | 1.10 |
| | S. Horner | Continue to work on restricted cash analysis | 2.90 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.10 |
| | D. Greenblatt | Continue to work on cash analysis | 2.10 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.10 |
| 5/7/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner re: follow up call on restricted cash | 0.20 |
| | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner and R. Yee re: restricted cash | 0.70 |
| | S. Horner | Continue to work on restricted cash analysis | 1.00 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner re: follow up call on restricted cash | 0.20 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner and R. Yee re: restricted cash | 0.70 |
| | D. Greenblatt | Continue to work on cash analysis | 1.60 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner re: follow up call on restricted cash | 0.20 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner and R. Yee re: restricted cash | 0.70 |
| 5/8/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| | S. Horner | Continue to work on restricted cash analysis | 1.90 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| 5/9/2025 | S. Horner | Continue to work on restricted cash analysis | 1.10 |
| | D. Greenblatt | Continue to work on cash analysis | 1.60 |
| 5/12/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.80 |
| | S. Horner | Continue to update cash analysis | 2.10 |
| | D. Greenblatt | Call with W. Weitz and O. Katz re: cash analysis | 0.70 |
| | D. Greenblatt | Continue to update cash analysis | 1.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.80 |
| 5/13/2025 | D. Greenblatt | Continue to work on cash analysis | 2.30 |
| | W. Weitz | Review updated cash analysis | 0.60 |
| 5/14/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.50 |
| | S. Horner | Continue to work on restricted cash analysis | 1.80 |
| | S. Horner | Continue to review restricted cash | 2.60 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.50 |
| | D. Greenblatt | Call with Counsel and Debtor re: restricted cash | 0.70 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.50 |
| 5/15/2025 | D. Greenblatt | Call with W. Weitz, Counsel and CASC professionals re: restricted cash | 0.90 |
| | D. Greenblatt | Continue to work on cash analysis | 2.40 |
| | W. Weitz | Call with D. Greenblatt, Counsel and CASC professionals re: restricted cash | 0.90 |
| 5/16/2025 | S. Horner | Continue to work on restricted cash analysis | 0.80 |
| | W. Weitz | Continue to review restricted cash | 0.30 |
| | W. Weitz | Review cash analysis | 0.30 |
| 5/19/2025 | S. Horner | Continue to work on cash analysis | 1.80 |
| 5/20/2025 | S. Horner | Continue to work on cash analysis | 1.90 |
| | D. Greenblatt | Cash and D&L Account research for counsel | 0.50 |
| | W. Weitz | Call with D. Greenblatt and P. Pascuzzi re: cash analysis update | 0.20 |
| | D. Greenblatt | Call with W. Weitz and P. Pascuzzi re: cash analysis update | 0.20 |
| | D. Greenblatt | Call with W. Weitz and P. Pascuzzi re: cash analysis update | 0.20 |
| 5/21/2025 | S. Horner | Continue to work on cash analysis: update format | 0.90 |
| | S. Horner | Continue to work on cash analysis: update footnotes to all schedules | 2.10 |

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 5/21/2025 | W. Weitz | Research re: certain cash accounts | 0.50 | |
| 5/22/2025 | S. Horner | Continue to work on cash analysis | 1.10 | |
|  | S. Horner | Continue to work on cash analysis: update footnotes | 1.80 | |
| 5/23/2025 | S. Horner | Continue to work on cash analysis | 1.40 | |
|  | S. Horner | Continue to work on cash analysis | 1.80 | |
|  | D. Greenblatt | Continue working on cash analysis | 2.60 | |
|  | S. Horner | Continue to work on cash analysis: format schedules | 2.40 | |
| 5/27/2025 | S. Horner | Continue to work on cash analysis | 1.10 | |
|  | D. Greenblatt | Call with W. Weitz, M. Flanagan and Fr. Summerhays re: cash analysis | 1.40 | |
|  | D. Greenblatt | Continue to update and edit cash analysis | 2.90 | |
|  | W. Weitz | Call with D. Greenblatt, M. Flanagan and Fr. Summerhays re: cash analysis | 1.40 | |
|  | S. Horner | Continue to work on cash analysis | 2.20 | |
|  | S. Horner | Continue to work on cash analysis: update format and schedules | 2.50 | |
| 5/28/2025 | S. Horner | Continue to work on cash analysis | 2.20 | |
|  | S. Horner | Continue to work on cash analysis | 2.40 | |
|  | D. Greenblatt | Continue to update cash analysis - review financial and data sources | 2.70 | |
|  | D. Greenblatt | Continue to review and edit cash analysis | 3.70 | |
| 5/29/2025 | S. Horner | Continue to work on cash analysis | 1.60 | |
|  | S. Horner | Continue to work on cash analysis: update calculations | 2.50 | |
|  | D. Greenblatt | Call with W. Weitz and O. Katz re: real estate | 0.20 | |
|  | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: cash analysis | 1.00 | |
|  | D. Greenblatt | Continue to update cash analysis and analyze restricted cash | 2.50 | |
|  | W. Weitz | Call with D. Greenblatt and O. Katz re: real estate | 0.20 | |
|  | W. Weitz | Review cash analysis | 0.40 | |
|  | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: cash analysis | 1.00 | |
|  | W. Weitz | Call with client and counsel re: certain cash balances | 1.00 | |
| 5/30/2025 | D. Greenblatt | Call with W. Weitz, P. Pascuzzi re: follow up call with CASC professionals | 0.30 | |
|  | D. Greenblatt | Call with W. Weitz, P. Pascuzzi and CASC professionals re: restricted accounts | 0.30 | |
|  | W. Weitz | Call with D. Greenblatt, P. Pascuzzi and CASC professionals re: restricted accounts | 0.30 | |
|  | W. Weitz | Call with D. Greenblatt, P. Pascuzzi re: follow up call with CASC professionals | 0.30 | |
|  | S. Horner | Continue to work on cash analysis | 2.80 | |
|  | SUBTOTAL: | | [ 102.70 | 53497.50] |

Business Analysis

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 5/1/2025 | D. Greenblatt | Update mediator invoice analysis per Debtor request | 2.60 | |
| 5/2/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.00 | |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.00 | |
| 5/6/2025 | D. Greenblatt | Continue to update mediator invoice analysis | 0.90 | |
| 5/7/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.80 | |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.80 | |
| 5/8/2025 | D. Greenblatt | Update professional fee reconciliation worksheet and provide Debtor with current payment summary | 2.20 | |
| 5/9/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.10 | |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.10 | |
| 5/13/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.70 | |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.70 | |
| 5/16/2025 | D. Greenblatt | Call with W. Weitz, P. Pascuzzi and O. Katz re: prepare for call with Debtor | 0.20 | |
|  | D. Greenblatt | Call with W. Weitz re: preparation for call with Debtor | 0.50 | |
|  | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.10 | |
|  | W. Weitz | Call with D. Greenblatt, P. Pascuzzi and O. Katz re: prepare for call with Debtor | 0.20 | |
|  | W. Weitz | Call with D. Greenblatt re: preparation for call with Debtor | 0.50 | |
|  | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 1.10 | |
| 5/22/2025 | W. Weitz | Call with counsel re: preparation for next mediation session | 0.30 | |
| 5/23/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.00 | |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.00 | |
| 5/27/2025 | D. Greenblatt | Call with Counsel re: weekly update | 0.90 | |
|  | SUBTOTAL: | | [ 19.70 | 12667.50] |

|  |  |  | Hours |
|---|---|---|---|

### Employment/Fee Applications

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/9/2025 | M. Greene | Prepare April Fee Statement | 1.10 |
| 5/13/2025 | W. Weitz | Review and finalize April fee statement and send to client | 0.30 |
|  | M. Greene | Continue to revise April Fee Statement | 1.00 |
|  | SUBTOTAL: |  | [    2.40    789.00] |

### Litigation

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/13/2025 | W. Weitz | Review UCC complaint | 0.60 |
| 5/22/2025 | D. Greenblatt | Call with W. Weitz and A. Cottrell re: discovery matters | 0.50 |
|  | W. Weitz | Call with D. Greenblatt and A. Cottrell re: discovery matters | 0.50 |
| 5/29/2025 | W. Weitz | Review order on discovery | 0.40 |
|  | SUBTOTAL: |  | [    2.00    1450.00] |

### Monthly Operating Reports

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/9/2025 | C. Hansen | February 2025 MOR: payroll | 0.30 |
|  | C. Hansen | Update MOR template with bank statements | 0.90 |
|  | C. Hansen | Update MOR analysis for April data | 1.00 |
| 5/10/2025 | C. Hansen | Prepare bank statement and exhibit for MOR | 0.60 |
|  | C. Hansen | April 2025 MOR: insider payment schedule | 0.60 |
|  | C. Hansen | April 2025 MOR: post-petition AP | 1.00 |
|  | C. Hansen | April 2025 MOR: receipts and disbursement schedule | 1.10 |
| 5/12/2025 | C. Hansen | April 2025 MOR: review investment accounts | 0.80 |
|  | C. Hansen | April 2025 MOR: prepare exhibits | 1.20 |
|  | C. Hansen | April 2025 MOR: prepare report | 1.70 |
| 5/13/2025 | C. Hansen | April 2025 MOR: continue receipts and disbursements | 1.00 |
| 5/15/2025 | C. Hansen | Finalize MOR exhibits | 1.90 |
|  | C. Hansen | Finalize draft of MOR and send to client team for review | 2.00 |
|  | C. Hansen | Finalize and send MOR exhibits and MOR report to W. Weitz and D. Greenblatt; Make revisions and finalize | 1.90 |
| 5/16/2025 | D. Greenblatt | Preparation of April 2025 MOR | 1.90 |
|  | W. Weitz | Review draft April MOR | 0.40 |
| 5/20/2025 | D. Greenblatt | Finalize April MOR and send to counsel for filing | 0.60 |
|  | SUBTOTAL: |  | [   18.90   10147.50] |