Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and<br>          Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR
BLANK ROME LLP [MAY 2025]**

///

///

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of May 2025 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of May 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1, 2025, through May 31, 2025 | $107,859.10 | $3,895.99 | $111,755.09 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $86,287.28 | $3,895.99 | $90,183.27 |

Attached hereto as **Exhibit A** is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit D**, are records of BR's fees incurred during the period of May 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

1        The Net Total Allowed Payments detailed above shall be paid from funds held by the

2    Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within

3    14 days from the date of service of this Statement.

4    Dated: June 20, 2025

5                               FELDERSTEIN FITZGERALD
                               WILLOUGHBY PASCUZZI & RIOS LLP

7                   By:    */s/ Paul J. Pascuzzi*
                               Paul J. Pascuzzi

8                               Attorneys for Debtor and Debtor in Possession
                               The Roman Catholic Archbishop of San Francisco

10    Dated: June 20, 2025                SHEPPARD, MULLIN, RICHTER & HAMPTON

11                               LLP

12

13                   By:    */s/ Ori Katz*
                                 Ori Katz

14                               Alan H. Martin
                               Attorneys for Debtor and Debtor in Possession
                               The Roman Catholic Archbishop of San Francisco

Case: 23-30564   Doc# 1220   Filed: 06/20/25   Entered: 06/20/25 09:38:02   Page 3 of 21

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Fee Period of
May 2025**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Jeffrey L. Schulman | Partner | $836 | 42.20 | $35,279.20 |
| Barron L. Weinstein | Of Counsel | $820 | 25.20 | $20,664.00 |
| Robyn Michaelson | Partner | $808 | 9.80 | $7,918.40 |
| Hannah K. Ahn | Associate | $795 | 21.90 | $17,410.50 |
| Amy Spencer | Associate | $690 | 1.90 | $1,311.00 |
| Mathew E. Santoyo | Associate | $600 | 1.00 | $600.00 |
| Kevin Cifarelli | Associate | $525 | 38.00 | $19,950.00 |
| Brian Carolus | Legal Assistant/Paralegal | $340 | 13.90 | $4,726.00 |
| **TOTAL** | | | **153.90** | **$107,859.10** |

**Exhibit B**

**Summary of Compensation by Project Category
Compensation by Project Category for Hourly Services
for the Fee Period of May 2025**

**Bankruptcy Categories**

| Description | Hours | Amount |
|-------------|-------|--------|
| Asset Analysis and Recovery (Insurance Proceeds) | 62.10 | $38,904.00 |
| Fee Application | 1.00 | $828.00 |
| Lit (Analysis of Coord Abuse Claims for Available Ins Coverage) | 14.90 | $5,546.00 |
| Mediation | 71.80 | $59,192.60 |
| Motion Practice | 3.60 | $3,001.60 |
| Preparation of Materials for Parties in Bankruptcy Proceedings | 0.40 | $334.40 |
| Discovery | 0.10 | $52.50 |
| **TOTAL** | **153.90** | **$107,859.10** |

Case: 23-30564    Doc# 1220    Filed: 06/20/25    Entered: 06/20/25 09:38:02    Page 4 of 21

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Meals – Weinstein (Mediation) | $42.47 |
| Airfare – Schulman (Mediation) | $413.48 |
| Lodging – Schulman (Mediation) | $239.00 |
| Airfare – Schulman (Mediation) | $568.48 |
| Parking/Tolls/Transit – Weinstein (Mediation) | $24.00 |
| Meals – Schulman (Mediation) | $30.98 |
| Airfare – Schulman (Mediation) | $768.49 |
| Car Service/Taxi – Schulman (Mediation) | $132.55 |
| Airfare – Schulman (Mediation) | $743.48 |
| Car Service/Taxi – Schulman (Mediation) | $50.94 |
| Lodging – Schulman (Mediation) | $721.50 |
| Car Service/Taxi – Schulman (Mediation) | $77.93 |
| Car Service/Taxi – Schulman (Mediation) | $82.69 |
| **TOTAL** | **$3,895.99** |

1            **Exhibit D**

2          **Blank Rome May Invoice**

Case: 23-30564 Doc# 1220 Filed: 06/20/25 Entered: 06/20/25 09:38:02 Page 6 of
21



2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. █████

| | | |
|---|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: | JUNE 06, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: | 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: | 163301-00001 04647 |
| █████ ; █████ | INVOICE NUMBER: | 2284702 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | | |

**REGARDING:**     **ARCHDIOCESE OF SAN FRANCISCO**
                         **AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/13/2025 | 2263975 | $108,754.80 | ($87,013.04) | $21,741.76 |
| 04/09/2025 | 2270624 | $87,530.51 | ($70,047.51) | $17,483.00 |
| 05/12/2025 | 2278542 | $133,108.09 | $0.00 | $133,108.09 |

**BALANCE FORWARD**                                                          **$172,332.85**

FOR LEGAL SERVICES RENDERED THROUGH 5/31/25          $107,859.10

FOR DISBURSEMENTS ADVANCED THROUGH 5/31/25         $3,895.99

**CURRENT INVOICE TOTAL**                                                  **$111,755.09**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**                **$284,087.94**

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████9326 | 130 North 18th St |
| ABA Number: | ████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ████ (International) | |
| To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments** | | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ███████

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: JUNE 06, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 |
| ████████████████, ████████████████ | INVOICE NUMBER: 2284702 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | PAGE 1 |

**REGARDING:     ARCHDIOCESE OF SAN FRANCISCO
                AB 218 CLAIMS**

**FOR LEGAL SERVICES RENDERED THROUGH MAY 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/01/25 | EVALUATE CORRESPONDENCE RECEIVED FROM COVERAGE COUNSEL REGARDING RECONCILIATION OF CLAIMANT NAMES LISTED BETWEEN MASTER INSURANCE MATRIX AND CREDITOR'S COMMITTEE PROOFS OF CLAIM MATRIX (.2); EVALUATE AND RECONCILE CLAIMANT ALLEGED DATES OF ABUSE LISTED BETWEEN MASTER INSURANCE MATRIX AND CREDITOR'S COMMITTEE PROOFS OF CLAIM MATRIX (1.7). | B. CAROLUS | 06 | 1.90 | 646.00 |
| 05/01/25 | CONFER WITH DEBTOR AND COMMITTEE COUNSEL REGARDING CLAIMS DATA FOR COVERAGE ANALYSIS. | J. SCHULMAN | 07 | 0.80 | 668.80 |
| 05/01/25 | PARTICIPATE IN ZOOM CALL WITH CREDITOR'S COMMITTEE COUNSEL B. MICHAEL, J. BAIR, AND DEFENSE COUNSEL D. ZAMORA, AND J. SCHULMAN REGARDING INSURANCE ISSUES AND MEDIATION. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 05/01/25 | PREPARE MEMORANDUM REGARDING INSURANCE COVERAGE ISSUES ARISING FROM MEETING WITH CREDITOR'S COMMITTEE. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/02/25 | ANALYZE REVISED CHART WITH NEW ABUSE DATES FROM CREDITORS' COMMITTEE TO DEVELOP REVISED SETTLEMENT DEMANDS TO CARRIERS. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/02/25 | EVALUATE AND RECONCILE CLAIMANT ALLEGED DATES OF | B. CAROLUS | 06 | 4.50 | 1,530.00 |

Case: 23-30564    Doc# 1220    Filed: 06/20/25    Entered: 06/20/25 09:38:02    Page 8 of 21

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | ABUSE LISTED BETWEEN MASTER INSURANCE MATRIX AND CREDITOR'S COMMITTEE PROOFS OF CLAIM MATRIX. | | | | |
| 05/02/25 | ATTEND ZOOM MEETING WITH TEAM REGARDING MEDIATION ISSUES (.5); REVIEW FILE MEMOS TO PREPARE FOR SAME (.3). | B. WEINSTEIN | 07 | 0.80 | 656.00 |
| 05/02/25 | ATTEND DEBTOR MEETING IN ANTICIPATION OF MEDIATION (PARTIAL). | J. SCHULMAN | 07 | 0.60 | 501.60 |
| 05/04/25 | PREPARE FOR (.3) AND ATTEND (.3) CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGY AND PREP. | B. WEINSTEIN | 07 | 0.60 | 492.00 |
| 05/04/25 | TEAM MEETING WITH J. SCHULMAN AND B. WEINSTEIN RE MEDIATION STRATEGY. | K. CIFARELLI | 07 | 0.30 | 157.50 |
| 05/04/25 | MEDIATION PREPARATION MEETING WITH B. WEINSTEIN AND K. CIFARELLI. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 05/05/25 | REVISE CORRESPONDENCE TO TRAVELERS REGARDING PRE-TRIAL REPORT FOR PRITCHARD CASES. | B. WEINSTEIN | 06 | 1.00 | 820.00 |
| 05/05/25 | REVIEW OF ORDER GRANTING MOTION TO ALLOW FILING OF LATE CLAIM, AND REVIEW OF SHAREVAULT FOR ANY ADDITIONAL PROOF OF CLAIM BY CLAIMANT. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/05/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS, INCLUDING REVIEWING COVERAGE CHART IN CONNECTION WITH SAME | R. MICHAELSON | 07 | 2.20 | 1,777.60 |
| 05/05/25 | RESEARCH AUTHORITY ON CLAIMS ESTIMATION FOR J. SCHULMAN | A. SPENCER | 01 | 1.00 | 690.00 |
| 05/05/25 | EVALUATE CREDITOR'S COMMITTEE PROOFS OF CLAIM MATRIX AND CREATE NEW CLAIMANT ENTRY IN CORRESPONDENCE MATRIX (.2); EVALUATE CREDITOR'S COMMITTEE PROOFS OF CLAIM MATRIX AND CREATE NEW CLAIMANT ENTRY IN COVERAGE CHART (.2). | B. CAROLUS | 06 | 0.40 | 136.00 |
| 05/06/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS, INCLUDING REVIEWING CORRESPONDENCE, POLICY LIST IN CONNECTION WITH SAME | R. MICHAELSON | 07 | 3.40 | 2,747.20 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 05/06/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER COUNSEL (.2); SUPPLEMENT MEDIATION CORRESPONDENCE (.2). | B. CAROLUS | 06 | 0.40 | 136.00 |
| 05/06/25 | REVISE INSURANCE MATRIX TO DEVELOP SETTLEMENT DEMANDS TO CARRIERS. | K. CIFARELLI | 07 | 0.30 | 157.50 |
| 05/06/25 | REVIEW OF EMAIL FROM M. SILVER WITH CLAIM MATRIX TO DEVELOP SETTLEMENT DEMANDS TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/07/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS, INCLUDING REVIEWING/ANALYZING POLICY LIST, CLAIM LIST IN CONNECTION WITH SAME | R. MICHAELSON | 07 | 3.50 | 2,828.00 |
| 05/07/25 | EVALUATE CORRESPONDENCE SENT FROM DEFENSE COUNSEL TO CARRIER (.2); SUPPLEMENT CORRESPONDENCE MATRIX ENTRIES FOR ▮ CLAIMANTS (.2); EVALUATE NEW BANKRUPTCY COURT PLEADING RECEIVED FROM DEFENSE COUNSEL (.2); SUPPLEMENT CLAIMANT PLEADINGS (.2). | B. CAROLUS | 06 | 0.80 | 272.00 |
| 05/07/25 | REVIEW INVOICE FOR FEE APPLICATION. | J. SCHULMAN | 05 | 0.50 | 418.00 |
| 05/07/25 | ATTEND DEBTOR MEETING IN PREPARATION FOR ONGOING MEDIATION (1); PREPARE FOR SAME (.7). | J. SCHULMAN | 07 | 1.70 | 1,421.20 |
| 05/08/25 | INVESTIGATE COVERAGE ISSUES AS PER MEDIATOR REQUEST (SPLIT) (.4); CONFER WITH DEBTOR TEAM REGARDING COVERAGE ISSUES (.8); ATTENTION TO COVERAGE ANALYSIS AND DELIVERABLES REQUESTED BY MEDIATORS (1.2). | J. SCHULMAN | 07 | 2.40 | 2,006.40 |
| 05/08/25 | REVIEW DRAFT BRIEF IN SUPPORT OF MOTION (.7); REVISE B. WEINSTEIN DECLARATION AND REVIEW POLICIES REGARDING SAME (.8). | J. SCHULMAN | 08 | 1.50 | 1,254.00 |
| 05/08/25 | TEAM MEETING WITH D. ZAMORA, M. SILVER AND J. SCHULMAN RE INSURANCE ISSUES FOR MEDIATION. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 05/08/25 | ANALYZE NEW CLAIMS INFORMATION FROM CREDITOR'S COMMITTEE. | K. CIFARELLI | 01 | 0.70 | 367.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 05/08/25 | PREPARE MATRIX OF CLAIMANT INFORMATION FOR TRAVELERS PER REQUEST OF MEDIATORS. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 05/08/25 | PREPARE MATRIX OF CLAIMANT INFORMATION FOR CHUBB PER REQUEST OF MEDIATORS. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 05/08/25 | PREPARE MATRIX OF CLAIMANT INFORMATION FOR ██████ RE PER REQUEST OF MEDIATORS. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 05/08/25 | PREPARE MEMORANDUM REGARDING NEW DATES OF ABUSE FOR CLAIMANTS PROVIDED BY CREDITOR'S COMMITTEE. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/08/25 | REVIEW OF CORRESPONDENCE FROM ██████ WITH CHART OF REVISED CLAIMANT INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/08/25 | ANALYZE COVERAGE CHART TO ADVISE DEFENSE COUNSEL RE INSURANCE ISSUES ASSOCIATED WITH BELLWETHER CASES. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 05/08/25 | REVIEW OF CHUBB'S COVERAGE POSITION IN RESPONSE TO CLAIMANTS DURING CERTAIN POLICY PERIOD. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/08/25 | PREPARE CORRESPONDENCE TO CHUBB COUNSEL J. CHORLEY AND ADJUSTER S. DEWIT REGARDING COVERAGE POSITION OF █ CLAIMS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/08/25 | REVIEW CORRESPONDENCE FROM A. COTTRELL AND G. BROWN RE DOCUMENT PRODUCTION. | K. CIFARELLI | 93 | 0.10 | 52.50 |
| 05/08/25 | REVIEW/REVISE INSURANCE ASSETS ANALYSIS | R. MICHAELSON | 07 | 0.70 | 565.60 |
| 05/09/25 | ATTEND DEBTOR MEETING IN ANTICIPATION OF MEDIATION (1.2); PREPARE FOR SAME (.5); ATTEND MEDIATOR MEETING (.6) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 2.60 | 2,173.60 |
| 05/09/25 | EMAIL CORRESPONDENCE WITH J. SCHULMAN RE: UPDATES TO INSURANCE ASSET ANALYSIS | H. AHN | 01 | 0.10 | 79.50 |
| 05/09/25 | EMAIL CORRESPONDENCE AND CONFER WITH K. CIFARELLI RE: UPDATES TO INSURANCE ASSET ANALYSIS FOR SF DIOCESE | H. AHN | 01 | 0.20 | 159.00 |
| 05/09/25 | DRAFT, REVIEW AND REVISE ASSET ANALYSIS PER INSURERS AND NOTATION OF ALLOCATION CHANGES | H. AHN | 01 | 2.20 | 1,749.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 05/09/25 | PREPARE SCHEDULE OF CLAIMANTS FOR CARRIER IN ADVANCE OF MEDIATION. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 05/10/25 | REVIEW AND REVISE EXHIBIT TO FEE APPLICATION. | B. WEINSTEIN | 05 | 0.50 | 410.00 |
| 05/10/25 | ANALYZE CARRIER CLAIMANT LISTS TO CALCULATE POTENTIAL SETTLEMENT CONTRIBUTIONS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 05/10/25 | PREPARE MEMORANDUM RE POTENTIAL COVERAGE OF CLAIMS AND TENDER OF NEW TENDERS TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/12/25 | ANALYZE INSURANCE DOCUMENTS REGARDING AVAILABLE COVERAGE FOR EARLY CLAIMS. | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 05/12/25 | CONFER WITH K. CIFARELLI AND H. AHN REGARDING CLAIMS AND COVERAGE ANALYSIS. | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 05/12/25 | MEETING WITH J. SCHULMAN AND H. AHN RE MEDIATION AND INSURANCE INFORMATION. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 05/12/25 | PREPARE MATERIALS FOR NEXT MEDIATION SESSION WITH INSURANCE CARRIERS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 05/13/25 | REVIEW AND REVISE INSURANCE ASSET ANALYSIS TO INCLUDE SUPPLEMENTAL CLAIMANT INFORMATION | H. AHN | 01 | 0.80 | 636.00 |
| 05/13/25 | REVIEW AND REVISE MEDIATION DEMAND LETTERS FOR CLAIMANTS | H. AHN | 01 | 6.10 | 4,849.50 |
| 05/13/25 | PREPARE FOR (.6) AND ATTEND (1.0) ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES AND STRATEGY; ANALYZE NEW INSURANCE COVERAGE OPINION FROM UTAH WITH RELEVANT ISSUES (.2). | B. WEINSTEIN | 07 | 1.80 | 1,476.00 |
| 05/13/25 | ATTENTION TO INSURER DEMANDS AND REVISED COVERAGE/CLAIM ANALYSIS FOR SAME (1.3); MEETING WITH DEBTOR PROFESSIONALS IN PREPARATION FOR MEDIATION (.8) AND PREPARE FOR SAME (.5). | J. SCHULMAN | 07 | 2.60 | 2,173.60 |
| 05/14/25 | REVISE INSURER CORRESPONDENCE AND EXHIBITS IN ANTICIPATION OF MEDIATION (.8); ANALYSIS OF COVERAGE AND CLAIMS DATA REGARDING SAME (2.3); CONFER WITH K. CIFARELLI | J. SCHULMAN | 07 | 4.30 | 3,594.80 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | AND A. HAHN REGARDING SAME (1.2). | | | | |
| 05/14/25 | REVIEW AND REVISE INSURANCE ASST ANALYSIS AND MEDIATION DEMAND | M. SANTOYO | 01 | 0.60 | 360.00 |
| 05/14/25 | PREPARE SETTLEMENT DEMAND TO INSURANCE COMPANY IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 05/14/25 | PREPARE SETTLEMENT DEMAND TO INSURANCE COMPANY IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 05/14/25 | PREPARE SCHEDULE OF INSURANCE COMPANY CLAIMS TO SUPPORT DEMAND LETTER. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/14/25 | PREPARE SCHEDULE OF INSURANCE COMPANY CLAIMS TO SUPPORT DEMAND LETTER. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/14/25 | TEAM MEETING WITH J. SCHULMAN AND H. AHN TO DISCUSS SETTLEMENT DEMANDS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/14/25 | ANALYZE INSURANCE CARRIERS' EXPOSURE TO DEVELOP INSURANCE DEMANDS IN ADVANCE OF MEDIATION. | K. CIFARELLI | 01 | 1.20 | 630.00 |
| 05/14/25 | PREPARE SCHEDULE OF INSURANCE COMPANY CLAIMS TO SUPPORT DEMAND LETTER. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/14/25 | PREPARE SETTLEMENT DEMAND TO INSURANCE COMPANY IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 01 | 1.50 | 787.50 |
| 05/14/25 | PREPARE CORRESPONDENCE TO SIX INSURANCE COMPANIES REGARDING MEDIATION AND SETTLEMENT. | K. CIFARELLI | 01 | 1.20 | 630.00 |
| 05/14/25 | PREPARE SETTLEMENT DEMAND TO INSURANCE COMPANY IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 01 | 1.50 | 787.50 |
| 05/14/25 | REVIEW AND REVISE MEDIATION DEMAND LETTERS AND ACCOMPANYING EXHIBITS | H. AHN | 01 | 7.20 | 5,724.00 |
| 05/14/25 | EVALUATE NEW ABUSE DATES FOR ■ CLAIMANTS TO DETERMINE ADDITIONAL POTENTIAL INSURANCE COVERAGE (.8); EVALUATE NEW TENDER CORRESPONDENCE FROM COVERAGE COUNSEL TO CARRIER (.2); CREATE NEW CORRESPONDENCE MATRIX CLAIMANT ENTRY (.2); CREATE | B. CAROLUS | 06 | 1.80 | 612.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | NEW COVERAGE CHART CLAIMANT ENTRY (.2); CONSOLIDATE DUPLICATE CORRESPONDENCE MATRIX CLAIMANT ENTRIES (.2); CONSOLIDATE DUPLICATE COVERAGE CHART CLAIMANT ENTRIES (.2). | | | | |
| 05/14/25 | DRAFT REVISE B. WEINSTEIN DECLARATION IN SUPPORT OF MOTION AND COMPILE EXHIBITS (.5); REVIEW CURRENT DRAFT OF MEMORANDUM IN SUPPORT (.7). | J. SCHULMAN | 08 | 1.20 | 1,003.20 |
| 05/14/25 | CONFER WITH K. CIFARELLI RE: MEDIATION DEMAND LETTERS AND RELATED ISSUES | H. AHN | 01 | 0.90 | 715.50 |
| 05/14/25 | REVIEW OF NEW CLAIM INFORMATION TO DETERMINE POTENTIAL COVERAGE. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/14/25 | PREPARE TENDER LETTER TO CARRIER RE NEW CLAIM. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 05/14/25 | MEETING WITH J. SCHULMAN RE MEDIATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/14/25 | REVIEW AND ANALYSIS OF CORRESPONDENCE WITH INSURER REGARDING NEGOTIATIONS WITH INSURERS AND PREPARATION FOR MEDIATION (.3); REVIEW AND ANALYSIS OF CORRESPONDENCE WITH LEGAL TEAM REGARDING NEGOTIATING STRATEGY FOR MEDIATION (.2); REVIEW AND ANALYSIS OF CORRESPONDENCE REGARDING MOTION TO EXTEND STAY (.2). | B. WEINSTEIN | 07 | 0.70 | 574.00 |
| 05/14/25 | PHONE CALL WITH DEFENSE COUNSEL M. SILVER RE DISCREPANCIES IN COMMITTEE CLAIMS LIST. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/14/25 | REVIEW OF CLAIM MATERIALS TO RECONCILE DISCREPANCIES IN ABUSE DATES TO PREPARE SETTLEMENT DEMANDS TO CARRIERS. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 05/15/25 | DEBTOR MEETING IN PREPARATION FOR MEDIATION (.7); CONFER WITH B. WEINSTEIN AND K. CIFARELLI IN PREPARATION FOR SAME (.5). | J. SCHULMAN | 07 | 1.20 | 1,003.20 |
| 05/15/25 | EVALUATE 8 NEW MEDIATION CORRESPONDENCE SENT BETWEEN COVERAGE COUNSEL AND CARRIERS (.4); SUPPLEMENT | B. CAROLUS | 06 | 0.70 | 238.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | MEDIATION CORRESPONDENCE REGARDING THE SAME (.3). | | | | |
| 05/15/25 | REVIEW OF CORRESPONDENCE FROM COUNSEL FOR INSURANCE COMPANY IN RESPONSE TO SETTLEMENT DEMAND. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/15/25 | REVISE SCHEDULE OF ASSETS FOR INSURER DEMAND. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/15/25 | PREPARE MEMORANDUM RE COVERAGE ISSUES IN ADVANCE OF MEDIATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/15/25 | REVIEW OF EMAIL FROM CARRIER IN RESPONSE TO NOTICE OF CLAIM. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/15/25 | FINALIZE EXHIBIT TO MEDIATION DEMAND LETTER TO INSURANCE CARRIER CNA | H. AHN | 01 | 0.20 | 159.00 |
| 05/15/25 | MEETING WITH J. SCHULMAN AND B. WEINSTEIN RE MEDIATION. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 05/15/25 | PREPARE SETTLEMENT DEMAND LETTER TO CARRIER. | K. CIFARELLI | 01 | 1.00 | 525.00 |
| 05/15/25 | REVIEW OF CORRESPONDENCE FROM INSURANCE COMPANY COUNSEL RE MEDIATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/15/25 | REVIEW EVIDENCE IN SUPPORT OF INSURANCE POLICY TO DEVELOP SETTLEMENT DEMAND. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/15/25 | ATTEND ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM TO PREPARE FOR MEDIATION (.8); ATTEND ZOOM WITH TEAM TO DISCUSS CARRIER DEMANDS AND MEDIATION STRATEGY (.5); REVIEW FILE NOTES AND CHARTS TO PREPARE FOR BOTH ZOOM MEETINGS (.3); ATTEND ZOOM CONFERENCE WITH COMMITTEE COUNSEL REGARDING MEDIATION STRATEGY (1.2); REVIEW FILE NOTES TO PREPARE FOR SAME (.3); TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING MEDIATION ISSUES (.2); TELEPHONE CONFERENCE WITH ADDITIONAL CO-COUNSEL REGARDING MEDIATION STRATEGY (.3); PREPARE CORRESPONDENCE TO CLIENT REGARDING MEDIATION ISSUES (1.2). | B. WEINSTEIN | 07 | 4.50 | 3,690.00 |
| 05/16/25 | REVIEW OF CORRESPONDENCE FROM CHUBB REGARDING INSURANCE ISSUE. | K. CIFARELLI | 01 | 0.10 | 52.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 05/16/25 | ATTEND DEBTOR MEETING IN ANTICIPATION OF MEDIATION (1.2) AND PREPARE FOR SAME (.5). | J. SCHULMAN | 07 | 1.70 | 1,421.20 |
| 05/16/25 | EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER (.2); SUPPLEMENT CORRESPONDENCE MATRIX REGARDING THE SAME (.2). | B. CAROLUS | 06 | 0.40 | 136.00 |
| 05/19/25 | REVIEW OF EMAIL FROM INSURANCE CARRIER COUNSEL RE MEDIATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/19/25 | PREPARE RESPONSE TO INSURANCE CARRIER COUNSEL RE MEDIATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/19/25 | PREPARE SCHEDULE OF CLAIMS FOR CARRIER. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 05/19/25 | REVIEW FILE NOTES AND CHARTS TO PREPARE FOR MEDIATION (.7). | B. WEINSTEIN | 07 | 0.70 | 574.00 |
| 05/19/25 | TRAVEL FOR IN-PERSON MEDIATION. | J. SCHULMAN | 07 | 2.00 | 1,672.00 |
| 05/19/25 | PLAN/PREPARE FOR MEDIATION. | J. SCHULMAN | 07 | 3.30 | 2,758.80 |
| 05/19/25 | PREPARE INSURANCE INFORMATION FOR MEDIATION. | K. CIFARELLI | 01 | 2.20 | 1,155.00 |
| 05/20/25 | ANALYZE DISCREPANCIES IN ABUSE DATES RAISED BY EXCESS CARRIERS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 05/20/25 | ATTEND MEDIATION (8.5); RETURN TRAVEL TO NEW YORK (2). | J. SCHULMAN | 07 | 10.50 | 8,778.00 |
| 05/20/25 | PARTICIPATE IN MEDIATION WITH INSURANCE CARRIERS. | K. CIFARELLI | 01 | 6.50 | 3,412.50 |
| 05/20/25 | ANALYZE DISCREPANCIES IN ABUSE DATES RAISED BY PRIMARY CARRIERS. | K. CIFARELLI | 01 | 1.20 | 630.00 |
| 05/20/25 | PREPARE EMAIL TO PRIMARY CARRIER COUNSEL IN RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/20/25 | PREPARE MEMORANDUM RE INSURANCE ISSUES FOR MEDIATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/20/25 | REVIEW FILE NOTES AND CHARTS TO PREPARE FOR MEDIATION (.3); ATTEND IN PERSON MEDIATION IN SAN FRANCISCO WITH MEDIATORS, CARRIERS AND COMMITTEE. | B. WEINSTEIN | 07 | 9.30 | 7,626.00 |
| 05/20/25 | REVIEW AND REVISE INSURANCE ASSET ANALYSIS AND MEDIATION DEMAND | M. SANTOYO | 01 | 0.40 | 240.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|-----------|------|-------|--------|
| 05/20/25 | CONFER WITH M. SANTOYO RE: REVISIONS TO INSURANCE ASSET ANALYSIS AND RELATED ISSUES | H. AHN | 01 | 0.30 | 238.50 |
| 05/20/25 | CONFER AND EMAIL CORRESPONDENCE WITH K. CIFARELLI RE: UPDATED COMMITTEE CHART, REVISIONS TO INSURANCE ASSET ANALYSIS MATRIX, AND RELATED ISSUES | H. AHN | 01 | 0.20 | 159.00 |
| 05/20/25 | ANALYZE AND REVISE INSURANCE ASSET ANALYSIS MATRIX | H. AHN | 01 | 1.10 | 874.50 |
| 05/21/25 | ANALYZE FILE NOTES FOLLOWING YESTERDAY'S MEDIATION REGARDING FUTURE ACTION (.5). | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 05/21/25 | EVALUATE NEW CORRESPONDENCE SENT BETWEEN COVERAGE COUNSEL AND CARRIERS (.3); SUPPLEMENT MEDIATION CORRESPONDENCE REGARDING THE SAME (.2). | B. CAROLUS | 06 | 0.50 | 170.00 |
| 05/21/25 | DRAFT MEMORANDUM OF INSURANCE ISSUES IN ADVANCE OF NEXT MEDIATION SESSION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/21/25 | REVIEW OF CORRESPONDENCE FROM COUNSEL REGARDING INSURANCE REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/21/25 | PREPARE EMAIL RESPONSE TO COUNSEL TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/21/25 | REVIEW OF EMAIL FROM P. PASCUZZI REGARDING INSURANCE ISSUE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/21/25 | REVIEW OF CORRESPONDENCE FROM CARRIER WITH REQUEST FOR INSURANCE INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/21/25 | REVIEW OF EMAIL FROM WESTPORT COUNSEL B. CURET RE REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/21/25 | PREPARE EMAIL TO WESTPORT COUNSEL B. CURET RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/21/25 | ANALYZE COMMITTEE CLAIMS LIST TO COMPARE SCHEDULE OF CLAIMS PROVIDED TO WESTPORT. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 05/22/25 | REVIEW CORRESPONDENCE REGARDING DISCOVERY ISSUES. | J. SCHULMAN | 09 | 0.40 | 334.40 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 05/22/25 | ANALYZE RECENT EMAILS WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.5); | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 05/22/25 | REVIEW OF CORRESPONDENCE FROM P. CALIFANO WITH REQUEST FOR INSURANCE INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/22/25 | PREPARE RESPONSE TO CORRESPONDENCE FROM P. CALIFANO WITH REQUEST FOR INSURANCE INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/22/25 | EMAIL CORRESPONDENCE WITH K. CIFARELLI RE: PROPOSED CHANGES TO INSURANCE ASSET ANALYSIS MATRIX | H. AHN | 01 | 0.40 | 318.00 |
| 05/22/25 | ANALYZE UPDATED COMMITTEE CHART DATA AGAINST INSURANCE ASSET ANALYSIS MATRIX AND DRAFT PROPOSAL FOR POTENTIAL REVISIONS | H. AHN | 01 | 1.90 | 1,510.50 |
| 05/23/25 | PREPARE FOR (.5) AND ATTEND (1.0 ) ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGIES; TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING LITIGATION STATUS AND MOTION REGARDING STAY (.3). | B. WEINSTEIN | 07 | 1.80 | 1,476.00 |
| 05/23/25 | ATTEND DEBTOR TEAM MEETING REGARDING MEDIATION. | J. SCHULMAN | 07 | 1.10 | 919.60 |
| 05/23/25 | EVALUATE CORRESPONDENCE FROM COVERAGE COUNSEL AND DEFENSE COUNSEL REGARDING ST. PATRICK'S SEMINARY (.2); PREPARE SHAREFILE FOLDERS OF COPIES OF ALL APPLICABLE INSURANCE POLICIES FOR ALL RESPECTIVE CLAIMANTS REGARDING THE SAME (1.1). | B. CAROLUS | 06 | 1.30 | 442.00 |
| 05/27/25 | DEBTOR TEAM MEETING REGARDING MEDIATION (1) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 05/27/25 | ATTEND ZOOM CONFERENCE WITH LEGAL TEAM REGARDING LITIGATION AND MEDIATION ISSUES (1.0); REVIEW FILE NOTES TO PREPARE FOR SAME (.5). | B. WEINSTEIN | 07 | 1.50 | 1,230.00 |
| 05/28/25 | INVESTIGATE COVERAGE ISSUES IN PREPARATION FOR UPCOMING MEDIATION. | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 05/28/25 | REVIEW OF EMAIL FROM CLIENT RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 05/28/25 | PREPARE EMAIL REGARDING INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/28/25 | RESEARCH CLAIMS ESTIMATION PROCEDURE FOR J. SCHULMAN | A. SPENCER | 01 | 0.90 | 621.00 |
| 05/29/25 | REVIEW AND REVISE DRAFT PLEADING REGARDING MOTION TO EXTEND STAY (.5). | B. WEINSTEIN | 08 | 0.50 | 410.00 |
| 05/29/25 | CONFERENCE CALL WITH H. AHN REGARDING CLAIMANT INFORMATION PROVIDED BY COMMITTEE. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/29/25 | REVIEW OF MEMORANDUM FROM H. AHN REGARDING DISCREPANCIES IN COMMITTEE CHART AND CLAIMANT MATERIALS. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/29/25 | REVIEW OF MATERIALS AND PLEADINGS FROM CLAIMANT TO RECONCILE COMMITTEE INFORMATION RE DISCREPANCY IN ABUSE DATES. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/29/25 | REVIEW OF PLEADINGS FROM CLAIMANT TO RECONCILE DISCREPANCY IN COMMITTEE INFORMATION RE ABUSE DATES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/29/25 | PREPARE EMAIL TO CARRIER WITH ADDITIONAL DOCUMENTS PRODUCED BY CLAIMANT. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/29/25 | REVISE/FINALIZE DECLARATION IN SUPPORT OF MOTION. | J. SCHULMAN | 08 | 0.40 | 334.40 |
| 05/29/25 | EVALUATE NEW CORRESPONDENCE SENT FROM COVERAGE COUNSEL TO CARRIER AND CARRIER COUNSEL (.2); SUPPLEMENT CORRESPONDENCE MATRIX REGARDING THE SAME (.2). | B. CAROLUS | 06 | 0.40 | 136.00 |
| 05/29/25 | ANALYZE CLAIMANT STUDENT RECORDS TO ASCERTAIN POTENTIAL INSURANCE COVERAGE. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/29/25 | PREPARE MEMO REGARDING POTENTIAL ERRORS IN CREDITORS' COMMITTEE CHART OF CLAIMS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 05/29/25 | PREPARE EMAIL TO M. SILVER RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/29/25 | PREPARE DOCUMENTS FOR PRODUCTION TO CO-DEFENDANT. | K. CIFARELLI | 01 | 1.20 | 630.00 |
| 05/29/25 | PREPARE CORRESPONDENCE TO COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.20 | 105.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| 05/29/25 | REVIEW OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL RE INSURANCE ISSUE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/29/25 | EMAIL CORRESPONDENCE AND CONFER WITH K. CIFARELLI RE: POTENTIAL REVISIONS TO INSURANCE ASSET ANALYSIS AND RELATED ISSUES | H. AHN | 01 | 0.30 | 238.50 |
| 05/30/25 | EVALUATE NEW CORRESPONDENCE AND BANKRUPTCY PLEADINGS RECEIVED FROM DEFENSE COUNSEL (.2); SUPPLEMENT BANKRUPTCY PLEADINGS REGARDING THE SAME (.2); EVALUATE NEW CORRESPONDENCE SENT BETWEEN COVERAGE COUNSEL AND CARRIER COUNSEL (.2); SUPPLEMENT CORRESPONDENCE MATRIX REGARDING THE SAME (.2). | B. CAROLUS | 06 | 0.80 | 272.00 |
| 05/30/25 | REVIEW OF EMAIL FROM COUNSEL FOR CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 05/30/25 | PREPARE RESPONSE TO CARRIER COUNSEL'S REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 05/30/25 | PREPARE EMAIL TO THIRD PARTY VENDOR RE CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |

| | **TOTAL SERVICES** | | | | **$107,859.10** |

**FOR DISBURSEMENTS ADVANCED THROUGH MAY 31, 2025**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/25/25 | MEALS - LUNCH: BARRON WEINSTEIN ATTEND MEDIATION - WITH BARRON WEINSTEIN ON 02/25/25 | 42.47 |
| 04/23/25 | AIRFARE: JEFFREY SCHULMAN MEDIATION ON 04/19/25 | 413.48 |
| 04/24/25 | OUT OF TOWN LODGING: JEFFREY SCHULMAN MEDIATION ON 04/24/25 | 239.00 |
| 04/24/25 | AIRFARE: JEFFREY SCHULMAN MEDIATION ON 04/22/25 | 568.48 |
| 04/24/25 | PARKING/TOLLS/TRANSIT: BARRON WEINSTEIN MEDITATION ON 04/24/25 | 24.00 |
| 05/19/25 | MEALS - HOTEL LUNCH: JEFFREY SCHULMAN TRAVEL TO SAN FRANCISCO TO ATTEND IN-PERSON MEDIATION ON 05/19/25 | 30.98 |
| 05/19/25 | AIRFARE: JEFFREY SCHULMAN TRAVEL TO SAN FRANCISCO TO ATTEND IN-PERSON MEDIATION ON 05/14/25 | 768.49 |
| 05/19/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN TRAVEL TO SAN FRANCISCO TO ATTEND IN-PERSON MEDIATION ON 05/19/25 | 132.55 |
| 05/20/25 | AIRFARE: JEFFREY SCHULMAN TRAVEL TO SAN FRANCISCO TO ATTEND IN-PERSON MEDIATION ON 05/19/25 | 743.48 |
| 05/20/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN TRAVEL TO SAN FRANCISCO TO ATTEND IN-PERSON MEDIATION ON 05/20/25 | 50.94 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/20/25 | OUT OF TOWN LODGING: JEFFREY SCHULMAN TRAVEL TO SAN FRANCISCO TO ATTEND IN-PERSON MEDIATION ON 05/20/25 | 721.50 |
| 05/20/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN TRAVEL TO SAN FRANCISCO TO ATTEND IN-PERSON MEDIATION ON 05/20/25 | 77.93 |
| 05/21/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN TRAVEL TO SAN FRANCISCO TO ATTEND IN-PERSON MEDIATION ON 05/21/25 | 82.69 |
| | **TOTAL DISBURSEMENTS** | **$3,895.99** |

**CURRENT INVOICE TOTAL**      **$111,755.09**

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|------|------|-------|--------|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 62.10 | 38,904.00 |
| 05 | FEE APPLICATION | 1.00 | 828.00 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 14.90 | 5,546.00 |
| 07 | MEDIATION | 71.80 | 59,192.60 |
| 08 | MOTION PRACTICE | 3.60 | 3,001.60 |
| 09 | PREPARATION OF MATERIALS FOR PARTIES IN BANKRUPTCY PROCEEDINGS; | 0.40 | 334.40 |
| 93 | DISCOVERY | 0.10 | 52.50 |
| | **TOTAL** | **153.90** | **$107,859.10** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|------------|------|-------|------|
| BRIAN S. CAROLUS | 340.00 | 13.90 | 4,726.00 |
| JEFFREY L. SCHULMAN | 836.00 | 42.20 | 35,279.20 |
| ROBYN MICHAELSON | 808.00 | 9.80 | 7,918.40 |
| AMY J. SPENCER | 690.00 | 1.90 | 1,311.00 |
| HANNAH K. AHN | 795.00 | 21.90 | 17,410.50 |
| KEVIN L. CIFARELLI | 525.00 | 38.00 | 19,950.00 |
| MATHEW E. SANTOYO | 600.00 | 1.00 | 600.00 |
| BARRON L. WEINSTEIN | 820.00 | 25.20 | 20,664.00 |
| **TOTALS** | | **153.90** | **$107,859.10** |