Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com
       mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [MAY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for May 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of May 2025 are as follows:

| Period | Fees | Expenses | Total |
| --- | --- | --- | --- |
| May 1, 2025, through May 31, 2025 | $40,850.00 | $940.28 | $41,790.28 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $32,680.00 | $940.28 | $33,620.28 |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: June 20, 2025

                                                   FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Exhibit A

May 2025 Invoice

# Felderstein Fitzgerald Willoughby - ABA Task Summary report

Date Start: 5/1/2025 | Date End: 5/31/2025 | Clients: Archdiocese of San Francisco | Matters: | Users: All

| Date | User | Client | Matters | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **B110 - Case Administration** | | | | | | | | | |
| | | | | B110 - Case Administration Sub Totals: | | | 0.20 | 0.20 | $70.00 |
| **B140 - Relief from Stay/Adequate Protection Proceedings** | | | | | | | | | |
| | | | | B140 - Relief from Stay/Adequate Protection Proceedings Sub Totals: | | | 5.30 | 5.30 | $3,180.00 |
| **B150 - Meetings of and Communications with Creditors** | | | | | | | | | |
| | | | | B150 - Meetings of and Communications with Creditors Sub Totals: | | | 16.60 | 16.60 | $9,960.00 |
| **B160 - Fee/Employment Applications** | | | | | | | | | |
| | | | | B160 - Fee/Employment Applications Sub Totals: | | | 6.60 | 6.50 | $1,865.00 |
| **B190 - Other Contested Matters** | | | | | | | | | |
| | | | | B190 - Other Contested Matters Sub Totals: | | | 6.50 | 6.50 | $3,655.00 |
| **B310 - Claims Administration and Objections** | | | | | | | | | |
| | | | | B310 - Claims Administration and Objections Sub Totals: | | | 0.20 | 0.20 | $120.00 |
| **B410 - General Bankruptcy Advice/Opinions** | | | | | | | | | |
| | | | | B410 - General Bankruptcy Advice/Opinions Sub Totals: | | | 25.80 | 25.80 | $15,480.00 |
| **L110 - Fact Investigation/Development** | | | | | | | | | |
| | | | | L110 - Fact Investigation/Development Sub Totals: | | | 5.30 | 5.30 | $2,080.00 |
| **L160 - Settlement/Non-Binding ADR** | | | | | | | | | |
| | | | | L160 - Settlement/Non-Binding ADR Sub Totals: | | | 8.10 | 6.10 | $3,660.00 |
| **L210 - Pleadings** | | | | | | | | | |
| | | | | L210 - Pleadings Sub Totals: | | | 0.60 | 0.60 | $360.00 |
| **L320 - Document Production** | | | | | | | | | |
| | | | | L320 - Document Production Sub Totals: | | | 0.70 | 0.70 | $420.00 |
| | | | | | | **Grand Total** | **75.90** | **73.80** | **$40,850.00** |

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



Archdiocese of San Francisco
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email:

**Invoice 14035**

| Date | Jun 05, 2025 |
|---|---|
| Terms | |
| Service Thru | May 31, 2025 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 05/01/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review strategy session notes, consider issues (.2). Emails to and from O. Katz re client team meeting (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/02/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review notes from strategy session to prepare for client team call (.3). Attend client team call re case status and strategy (1.0). Call from D. Zamora re case issues, strategy (.2). | 1.50 | $ 600.00/hr | $ 900.00 |
| 05/02/2025 | PJP | **B310 - Claims Administration and Objections:** Emails to and from and call with B. Lewis re Castro claim issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/05/2025 | PJP | **B190 - Other Contested Matters:** Emails to and from professionals re team call (.1). Review order on late claim motion, email to client team re same (.3). | 0.40 | $ 600.00/hr | $ 240.00 |
| 05/05/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to client team re stay extension motion issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/05/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with M. Flanagan, O. Katz re case issues, strategy (.5). Call with client team re mediation preparation, case issues (privileged) (.8). Email to client team re relief from stay in other diocesan cases (shared) (.1). | 1.40 | $ 600.00/hr | $ 840.00 |
| 05/06/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re case strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/06/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with committee counsel (.2). Attend same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft April Monthly Fee Statement for Weintraub Tobin (.9); review and redact invoices for survivor information (.7). | 1.60 | $ 105.00/hr | $ 168.00 |
| 05/06/2025 | BJ | **B160 - Fee/Employment Applications:** Revised Weintraub Tobin's April Monthly Fee Statement. | 0.20 | $ 105.00/hr | $ 21.00 |
| 05/06/2025 | MEK | **B190 - Other Contested Matters:** Review of intervention in AP initiated by Debtor (.5); Email P. Pascuzzi re: the same (.1) (shared) | 0.60 | $ 350.00/hr | $ 210.00 |
| 05/06/2025 | PJP | **B190 - Other Contested Matters:** Email from L. Parada re motion to file underseal, emails from and to O. Katz re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/06/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Research re committee request to intervene (shared) (.3). Email to client re same (.2). Email to B. Weinstein re notifying insurers of complaint and motion (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 05/06/2025 | PJP | **B190 - Other Contested Matters:** Review court docket text order on removal extension motion, attention to preparation of order, email to client team re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/06/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari re case strategy on claims (.2). Research re same (.6). Prepare for professionals team call re case issues (.2). Attend same (.4). Email to P. Carney, Fr. Summerhays re committee request to intervene (.2). Further emails from and to P. Carney re intervention issues (.2). | 1.80 | $ 600.00/hr | $ 1,080.00 |
| 05/07/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to L. Linsky (SHCP) and O. Katz re case issues (.2). Email to S. Williamson (cemeteries) re case issues (.1). Call with S. Williamson re same (.3). Call with P. Califano (Seminary) re case issues (.4). Email to R. Charles (parishes) re committee complaint and case issues (.2). Email to R. Harris (high schools) re complaint and case issues (.1). Call with R. Harris re same (.3). Call with R. Michelson (Catholic Charities) re case issues (.4). Emails from and to O. Katz, L. Linsky re committee complaint (.2) | 2.20 | $ 600.00/hr | $ 1,320.00 |
| 05/07/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails to and from P. Carney re committee intervention issues (.1). Call with O. Katz re client team call (.1). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/07/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with J. Blumberg (UST) re stay extension motion (shared) (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 05/07/2025 | MEK | **B190 - Other Contested Matters:** Review of proposed order (4th mtn to extend d/l re: removal) and approve the same for lodging (.2) | 0.20 | $ 350.00/hr | $ 70.00 |
| 05/07/2025 | PJP | **L210 - Pleadings:** Review committee complaint re dec relief re parishes, consider strategy (.6). | 0.60 | $ 600.00/hr | $ 360.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/07/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same (.9). | 1.10 | $ 600.00/hr | $ 660.00 |
| 05/07/2025 | JER | **B190 - Other Contested Matters:** Review docket order and follow up emails regarding motion to extend the time for removal. | 0.10 | $ 525.00/hr | $ 52.50 |
| 05/08/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise motion re stay extension (1.4). Provide comments to client team (.2). | 1.60 | $ 600.00/hr | $ 960.00 |
| 05/08/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with co-defendant related entities counsel re committee adversary proceeding (.8). Follow up call with O. Katz, P. Carney re same (.3). Call with R. Charles (parishes) re case issues (.3). | 1.40 | $ 600.00/hr | $ 840.00 |
| 05/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to O. Katz re client team call agenda and strategy (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/09/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review Zamora revisions to declaration in support of stay motion, email to client team re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/09/2025 | JER | **B190 - Other Contested Matters:** Emails with Committee regarding site inspections. | 0.20 | $ 525.00/hr | $ 105.00 |
| 05/09/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from committee counsel re support corporations, consider strategy (.2). Email to C. Johnson (CASC) and R. Charles (RPSC) re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/09/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re mediation call prep (.2). Email from D. Zamora re post-petition issue, consider strategy (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 05/09/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for call with mediators (.2). Attend same (.6). | 0.80 | $ 600.00/hr | $ 480.00 |
| 05/12/2025 | PJP | **B160 - Fee/Employment Applications:** Review budgets status re UST guidelines, consider issues (.1). Email to professionals re updated budget for June -Dec 2025 (.1) | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/12/2025 | JER | **B190 - Other Contested Matters:** Emails with Committee and Parish counsel regarding site inspections. | 0.20 | $ 525.00/hr | $ 105.00 |
| 05/12/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP and Debtor's professionals regarding Budgets required by UST. | 0.20 | $ 525.00/hr | $ 105.00 |
| 05/12/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with other diocesan chapter 11 lawyers re relevant case issues (shared) (.4). Prepare for call with W. Weitz, D. Greenblatt, O. Katz re mediation materials (.2). Attend same (.8). Email to Sheppard team re various case tasks and strategy (.3). | 1.70 | $ 600.00/hr | $ 1,020.00 |
| 05/12/2025 | BJ | **B160 - Fee/Employment Applications:** Complete initial draft of BlankRome's April Monthly Fee Statement (.9); review invoice for survivor information (.8). | 1.70 | $ 105.00/hr | $ 178.50 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails to and from O. Katz re prep for committee counsel call (.2). Attend call re same (.7). Email to C. Johnson (CASC) re case issues (.2). | 1.10 | $ 600.00/hr | $ 660.00 |
| 05/13/2025 | MEK | **B160 - Fee/Employment Applications:** Review Blank Rome invoice (April) for redaction (.2); Email B. Jennings re: the same (.1); Review of Weintraub invoice (April) for redaction (.3); Email B. Jennings re: redactions to the same (.1) | 0.70 | $ 350.00/hr | $ 245.00 |
| 05/13/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails to and from Fr. Summerhays, P. Careny, P. Gaspari re case issues (.2). Call with W. Weitz, D. Greenblatt re financial analysis for case strategy (.2). Emails re Boy Scouts appeal outcome (shared) (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 05/13/2025 | JER | **B190 - Other Contested Matters:** Review and confirm extended removal deadlines and review emails regarding same. | 0.10 | $ 525.00/hr | $ 52.50 |
| 05/13/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.3). Attend same, notes to file (.8) | 1.10 | $ 600.00/hr | $ 660.00 |
| 05/13/2025 | JER | **B160 - Fee/Employment Applications:** Review monthly fee statement status report. | 0.10 | $ 0.00/hr | No Charge |
| 05/14/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from C. Johnson (CASC) re mediation, committee requests re support corps (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from W. Weitz re mediation preparation (.2). Emails from and to A. Cottrell re committee request for position on support corps (.1). Review proposed response to same, consider strategy (.5). Call with W. Weitz. O. Katz, D. Greenblatt re mediation materials preparation (.6). Call with M. Flanagan, O. Katz, D. Greenblatt re mediation preparation (.8). Emails from and to T. Richardson, A. Cottrell, O. Katz re committee questions about support corps, consider issues re same (.3). | 2.50 | $ 600.00/hr | $ 1,500.00 |
| 05/14/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to client team re stay motion issues (.2). Emails from and to J. Kim re same, email to client team re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 05/15/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to A. Cottrell re case issues (.2). Prepare for finance council meeting (.6). Prepare for call with P. Carney re case status and issues (.4). Emails from O. Katz and A. Cottrell re work streams for update (.2). Draft agenda for client team call (.3). Attend same (.7). Review Boy Scouts appeal decision, consider relevant common issues (shared) (.4). | 2.80 | $ 600.00/hr | $ 1,680.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/15/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with counsel for high schools, cemeteries, parishes re case issues (.2). Attend same (.5). Prepare for call with counsel for CASC re case issues, status (.2). Attend same (.9). Emails from and to R. Charles re committee complaint (.2). | 2.00 | $ 600.00/hr | $ 1,200.00 |
| 05/16/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review email from B. Weinstein to client team re insurance issues, consider strategy re same (.2). Prepare for client team update call with W. Weitz, D. Greenblatt and O. Katz (.3). Attend same (1.2). | 1.70 | $ 600.00/hr | $ 1,020.00 |
| 05/17/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Research re plan releases, estimation and case strategy (shared) (1.4). | 1.40 | $ 600.00/hr | $ 840.00 |
| 05/19/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel from Sac to SF for mediation (2.0) (no charge). | 2.00 | $ 0.00/hr | No Charge |
| 05/19/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to O. Katz, A Cottrell re litigation position letter to committee, strategy (.2). Email to client team re BRG data breach, consider strategy (.2). Prepare for investment committee meeting (.2). Call with M. Flanagan re same (.1). Attend investment committee meeting (.5). | 1.20 | $ 600.00/hr | $ 720.00 |
| 05/19/2025 | PJP | **B160 - Fee/Employment Applications:** Review Omni April invoice, email to client re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/19/2025 | JER | **B160 - Fee/Employment Applications:** Review and send emails with J. Kim and/or BJ regarding TransPerfect monthly invoice and monthly fee notice. (.2). Review and finalize monthly fee notices for multiple Debtor professionals. (.2) | 0.40 | $ 525.00/hr | $ 210.00 |
| 05/20/2025 | PJP | **L320 - Document Production:** Emails from and to O. Katz, A. Cottrell, M. Flanagan re committee motion to compel (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/20/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation (.4). Call with W. Weitz, D. Greenblatt re same (.2). Attend same (4.7). Return travel to Sacramento {no charge (2.0)}. | 5.30 | $ 600.00/hr | $ 3,180.00 |
| 05/20/2025 | PJP | **B190 - Other Contested Matters:** Review drat settlement agreement re post-petition claim, emails from and to D. Zamora re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/20/2025 | MEK | **L110 - Fact Investigation/Development:** Draft letter to BRG (1.3); Continue drafting the same (1.1); Email to P. Pascuzzi re: the same (.2) | 2.60 | $ 350.00/hr | $ 910.00 |
| 05/21/2025 | TRP | **L110 - Fact Investigation/Development:** Review and revise letter to BRG regarding data breach. | 0.50 | $ 450.00/hr | $ 225.00 |
| 05/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft post-mediation report, status and strategy for client team (1.1). Emails to and from O. Katz re same, revise same (.2). Emails to professional team re strategy call (.1). Email to client team post-mediation report (.1). | 1.50 | $ 600.00/hr | $ 900.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/2025 | PJP | **L110 - Fact Investigation/Development:** Review and revise BRG data breach letter (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 05/21/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with L. Linsky (SHCP), R. Harris (high schools), D. Egan (Cemeteries), O. Katz re committee adversary complaint (.2). Attend same (.5). Emails from and to P. Califano (Seminary) re insurance issues (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 05/21/2025 | MEK | **L110 - Fact Investigation/Development:** Review and revise draft letter (.6); Confer with P. Pascuzzi on the same (.2); Review and revise draft (.2) | 1.00 | $ 350.00/hr | $ 350.00 |
| 05/21/2025 | PJP | **B190 - Other Contested Matters:** Review report on insurer reimbursement of mediator charges, review order, (.3). Email to all insurers re need to bring current reimbursement amounts (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 05/22/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review case update in other diocesan case for relevant issues (shared) (.2). Call from W. Weitz re case status and B. Riley work streams (.3). Draft agenda for client team call (.3). Email to client team re professionals fees budget (.2). | 1.00 | $ 600.00/hr | $ 600.00 |
| 05/22/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to D. Zamora re stay issues, consider strategy (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/22/2025 | PJP | **B160 - Fee/Employment Applications:** Email from B. Weinstein, email to and from D. Greenblatt re Blank Rome fee payment (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/22/2025 | MEK | **B110 - Case Administration:** Review and revise letter re: BRG Incident (.1); Email P. Pascuzzi re: the same (.1) | 0.20 | $ 350.00/hr | $ 70.00 |
| 05/22/2025 | PJP | **L320 - Document Production:** Emails from and to A. Cottrell, O. Katz re committee discovery dispute response (.1). Review drafts response re same (.2). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/23/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re client team call preparation and case issues (.3). Prepare for client team call (.3). Attend same (1.0). Call with B. Weinstein re case status (.2). Email to client team re other diocesan case update relevant to current case (.2). | 2.00 | $ 600.00/hr | $ 1,200.00 |
| 05/23/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to counsel for Support Corps, Seminary, Catholic Charites, Benedict re committee request for tolling agreement, brief review of draft tolling agreement (.3). Emails from and to S. Williamson (Cemeteries) re case issues and call with S. Williamson (.2). Prepare for call with defendants in committee adversary re strategy and status (.2). Attend same (.7). | 1.40 | $ 600.00/hr | $ 840.00 |
| 05/23/2025 | PJP | **B190 - Other Contested Matters:** Email from LMI counsel re mediator order compliance, email to D. Greenblatt re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/23/2025 | MEK | **L110 - Fact Investigation/Development:** Additional revision to BRG Data Breach letter (.1); Review response letter from BRG to USTP (.4) | 0.50 | $ 350.00/hr | $ 175.00 |
| 05/23/2025 | PJP | **L320 - Document Production:** Emails from A. Cottrell, O. Katz, review revised discovery dispute letter, emails to O. Katz. A. Cottrell re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 05/26/2025 | PJP | **L110 - Fact Investigation/Development:** Review and revise letter to BRG counsel re data breach (shared) (.2). Email to client team re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/27/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with committee counsel (.2). Calls with O. Katz re same (.2). Attend same (.6). Follow up email to counsel for related entities re committee requested tolling agreement (.3). Call with P. Califano (Seminary) re tolling agreement issues (.1). Call from and email to R. Michelson (Catholic Charities) re tolling agreement and case status (.2). Email from P. Califano re tolling agreement (Seminary) (.1). Review and revise proposed tolling stipulation and order from B. Michaels, consider issues (.4). Emails from and to R. Charles (parishes, RPSC) re case issues (.2). Email to P. Califano, R. Michelson, C. Johnson, R. Charles revised tolling agreement (.2). | 2.50 | $ 600.00/hr | $ 1,500.00 |
| 05/27/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.2). Attend same (.9). | 1.10 | $ 600.00/hr | $ 660.00 |
| 05/27/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review mediation information for mediation preparation (.2). Email to M. Flanagan re same (.1). Call with Fr. Summerhays, M. Flanagan, O. Katz, W. Weitz, D. Greenblatt re mediation preparation (.7). | 1.00 | $ 600.00/hr | $ 600.00 |
| 05/27/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to L. Linksy (SHCP) and R. Harris (other three high schools) re committee proposal on stay extension motion re high schools (.2). Email to O. Katz re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 05/27/2025 | JER | **B160 - Fee/Employment Applications:** Review and analysis of Transperfect email re fee awards and BJ summary. (.2). Email to W. Weitz regarding same and next steps. (.2) | 0.40 | $ 525.00/hr | $ 210.00 |
| 05/28/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to related party defendants in committee adversary re extension, tolling agreement (.2). Call with F. Elsaesser re case status and issues (.3). Email from S. Williamson (Cemeteries) re tolling (.1). Email from C. Johnson (CASC) re tolling (.1). Email to B. Michael re stip to intervene in stay extension adversary complaint, review draft stip re same (.2). Email to committee counsel re St Brigid settlement (.2). Emails from and to G. Greenwood re stip to intervene (.2) | 1.30 | $ 600.00/hr | $ 780.00 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/28/2025 | JER | **B160 - Fee/Employment Applications:** Emails with TransPerfect, D. Greenblat, and BJ regarding obtaining approvals and payment issues. | 0.30 | $ 525.00/hr | $ 157.50 |
| 05/28/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise committee proposed stipulation re stay re high schools, consider issues re same (.5). Email to B. Michaels re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 05/29/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review final motion re stay extension (.6). Emails from and to client team re same (.1). Email to O. Katz, J. Kim re stay extension adversary deadlines, stip to move out, case issues (.3). | 1.00 | $ 600.00/hr | $ 600.00 |
| 05/29/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Review comments from related entity attorneys to committee proposed tolling agreement for avoidance actions, consider strategy re same (.4). Revise same (.2). Emails to and from related entity counsel re tolling agreement (.3). Call with committee adversary proceeding defendants re strategy (.9). Emails to and from C. Johnson (CASC) re case status (.1). Emails from and to L. Linsky (SCHP) re BRG data breach (.2). | 2.10 | $ 600.00/hr | $ 1,260.00 |
| 05/29/2025 | JER | **B160 - Fee/Employment Applications:** Further emails with TransPerfect and D. Greenblat regarding payment procedures and issues. (.1). Email to PJP regarding same. (.1) | 0.20 | $ 525.00/hr | $ 105.00 |
| 05/29/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with Fr. Summerhays, D. Greenblatt, M. Flanagan, W. Weitz, O. Katz re mediation materials preparation (1.0). Review and revise BRG data breach letter (.2). Draft agenda for client team call (.2). | 1.40 | $ 600.00/hr | $ 840.00 |
| 05/30/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails to and from client team re BRG data breach issue (.2). Email to M. Flanagan, Fr. Summerhays re CASC call and mediation issues (.3). Revise client team call agenda (.2). Email to P. Gaspari re mediation issues (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 05/30/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with CASC counsel, W. Weitz, D. Greenblatt re case issues (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 05/30/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP and D. Greenblat regarding TransPerfect notices and applications. | 0.20 | $ 525.00/hr | $ 105.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 05/20/2025 | FA | Travel for Paul J. Pascuzzi to San Francisco for mediation.<br>Hotel - $640.18<br>Parking - $91.00<br>Tolls - $8.00<br>Milage roundtrip - $119.00 | $ 858.18 |

| 05/31/2025 | FA | Lexis Online Research - May 2025 | $ 82.10 |

|  |  |
|---:|---:|
| **Total Hours** | 75.90 hrs |
| **Total Biller** | $ 40,850.00 |
| **Total Expenses** | $ 940.28 |
| **Total Invoice Amount** | $ 41,790.28 |
| **Previous Balance** | $ 164,603.61 |
| 05/21/2025  Payment - Trust Account Transfer from Trust Account | ($81,394.35) |
| 05/22/2025  Payment - Trust Account Transfer from Trust Account | ($500.00) |
| **Balance (Amount Due)** | **$ 124,499.54** |

**Trust Account Summary**

**Billing Period: 05/01/2025 - 06/05/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | |
|---|---|---|---|
| $81,894.35 | $81,894.35 | $0.00 | |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 05/19/2025 | Received From-Archdiocese of San Francisco | $81,894.35 | | $81,894.35 |
| 05/21/2025 | Applied to invoice #13623 | | $6,989.50 | $74,904.85 |
| 05/21/2025 | Applied to invoice #13683 | | $5,282.30 | $69,622.55 |
| 05/21/2025 | Applied to invoice #13742 | | $3,926.70 | $65,695.85 |
| 05/21/2025 | Applied to invoice #13813 | | $8,859.60 | $56,836.25 |
| 05/21/2025 | Applied to invoice #13875 | | $9,184.70 | $47,651.55 |
| 05/21/2025 | Applied to invoice #13940 | | $47,151.55 | $500.00 |
| 05/22/2025 | Applied to invoice #13940 | | $500.00 | $0.00 |

**User Hours Summary**

**Billing Period: 05/01/2025 - 05/31/2025**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 61.70 | $ 600.00 | $ 37,020.00 |
| Paul J Pascuzzi | 2.00 | $ 600.00 | $ 0.00 |
| Jake E Rios | 2.30 | $ 525.00 | $ 1,207.50 |
| Jake E Rios | 0.10 | $ 525.00 | $ 0.00 |
| Thomas R Phinney | 0.50 | $ 450.00 | $ 225.00 |
| Brenda Jennings | 3.50 | $ 105.00 | $ 367.50 |
| Mikayla E Kutsuris | 5.80 | $ 350.00 | $ 2,030.00 |