Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR WEINTRAUB TOBIN [MAY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of May 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of May 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1, 2025, through May 31, 2025 | $52,847.00 | $0.00 | $52,847.00 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $42,277.60 | $0.00 | $42,277.60 |

Attached hereto as ***Exhibit A*** is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files and mediation.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

///

///

///

1  Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the

2  period of May 2025, consisting of contemporaneously maintained time entries for each

3  professional in increments of tenth (1/10) of an hour.

4  The Net Total Allowed Payments detailed above shall be paid from funds held by the

5  Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub

6  within 14 days from the date of service of this Statement.

7  Dated: June 20, 2025

8  FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP

9

10  By:/s/ Paul J. Pascuzzi
    Paul J. Pascuzzi

11  Attorneys for Debtor and Debtor in Possession
    The Roman Catholic Archbishop of San Francisco

12

13  Dated: June 20, 2025            SHEPPARD, MULLIN, RICHTER & HAMPTON
                                    LLP
14

15  By:/s/ Ori Katz
    Ori Katz

16  Alan H. Martin

17  Attorneys for The Roman Catholic Archbishop of
    San Francisco

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

**Compensation by Professional Person for Hourly Services**
**for the Period of June 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Paul E. Gaspari | Shareholder | $520 | 23.10 | $12,012.00 |
| Daniel C. Zamora | Shareholder | $500 | 38.80 | $19,400.00 |
| Zachary M. Smith | Shareholder | $520 | 7.50 | $3,900.00 |
| Meagan D. Bainbridge | Shareholder | $500 | 15.90 | $7,950.00 |
| Benjamin J. Lewis | Associate | $475 | 5.70 | $2,707.50 |
| Benjamin J. Lewis | Associate | $450 | 0.70 | $315.00 |
| Carly M. Moran | Associate | $400 | 8.10 | $3,240.00 |
| Monica Silver | Associate | $375 | 7.90 | $2,962.50 |
| Brian Gonzaga | Paralegal | $225 | 1.60 | $360.00 |
| **TOTAL** | | | **109.30** | **$52,847.00** |

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of May 2025**

**Bankruptcy Categories**

| Description | | |
|---|---|---|
| Case Administration | 19.00 | $9,880.00 |
| Other Contested Matter | 3.70 | $1,924.00 |
| Analysis/Strategy – Draft/Revise | 2.50 | $1,250.00 |
| Analysis/Strategy – Review/Analyze | 11.50 | $5,275.00 |
| Analysis/Strategy – Comm/Client | 1.50 | $735.00 |
| Analysis/Strategy – Comm/Other Counsel | 4.30 | $1,627.50 |
| Analysis/Strategy – Comm/Other External | 2.80 | $1,400.00 |
| Settlement/ADR – Draft/Revise | 0.90 | $450.00 |
| Settlement/ADR – Review/Analyze | 0.60 | $300.00 |
| Settlement/ADR –Comm w/Client | 2.20 | $1,100.00 |
| Settlement/ADR – Comm/Other External | 2.90 | $1,450.00 |
| Pleadings – Communicate/with Client | 0.20 | $90.00 |
| Court Mandated Conferences – Appear for/Attend | 8.80 | $4,400.00 |
| Other – Draft/Revise | 1.60 | $360.00 |
| **TOTAL** | **62.50** | **$30,241.50** |

**Litigation**

| Litigation<br>390; 415; 944; 945; 983; 985; and 986 | 46.80 | $22,605.50 |
|---|---|---|
| **GRAND TOTAL** | **109.30** | **$52,847.00** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit D**

**Weintraub Invoices**



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

June 04, 2025
Client:        150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000390 | ████ v. Archdiocese of San Francisco | 98506828 | $1,448.00 | $0.00 | $1,448.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,544.00 |
| Current Charges | $1,448.00 |
| **Balance Due:** | **$3,992.00** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

June 04, 2025
Client: 150363
Matter: 000390
Invoice #: 98506828

Page: 1

RE: ███████ v. Archdiocese of San Francisco

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/1/2025 | DCZ | Drafting and editing of case update letter to Travelers. [L120 - A103](0.40) | 0.40 | $200.00 |
| 5/5/2025 | PEG | Finalize status report to Travelers. [L110 - A103](0.40) | 0.40 | $208.00 |
| 5/14/2025 | ZMS | Review of deposition transcript of plaintiff ███████ and work on inserting references from transcript into plan for anticipated cross-examination (2.0). [L330 - A104](2.00) | 2.00 | $1,040.00 |
| | | Total Services | 2.80 | $1,448.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.40 | $520.00 | $208.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 2.00 | $520.00 | $1,040.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.40 | $500.00 | $200.00 |

| | |
|---|---|
| Total Fees to Date: | $163,366.00 |
| Total Disbursements to Date: | $36,242.26 |
| Total to Date: | $199,608.26 |

The Archdiocese of San Francisco

RE: ████████████ v. Archdiocese of San Francisco

June 04, 2025
Client:      150363
Matter:     000390
Invoice #:  98506828

Page:              2

| | | |
|---|---|---|
| Previous Balance | | $2,544.00 |
| Current Charges | | $1,448.00 |
| **Balance Due** | | **$3,992.00** |

| | | |
|---|---|---|
| **Retainer Balance** | | **$980.98** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Draft/Revise | 0.40 | $208.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.40 | $200.00 |
| L330 | Depositions - Review/Analyze | 2.00 | $1,040.00 |
| | **Total Hours** | **2.80** | |
| | **Total Fees:** | **$1,448.00** | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

June 04, 2025
Client:              150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | ███ (███) v. ███, et al. | 98506829 | $2,860.00 | $0.00 | $2,860.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $6,896.60 |
| Current Charges | $2,860.00 |
| Less Payments | $166.40 |
| **Balance Due:** | **$9,590.20** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

June 04, 2025
Client:        150363
Matter:        000415
Invoice #:  98506829

Page:              1

RE: ██████████ (██████████████) v. ██████, et al.

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/13/2025 | ZMS | Study deposition transcript of plaintiff ██████████ and work on annotations to outline of cross-examination (3.2). [L330 - A104](3.20) | 3.20 | $1,664.00 |
| 5/23/2025 | ZMS | Prepare revised opposition to plaintiff's motion in limine concerning allocation of fault to ████████ and/or to plaintiff (2.3). [L530 - A101](2.30) | 2.30 | $1,196.00 |
| | | Total Services | 5.50 | $2,860.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 5.50 | $520.00 | $2,860.00 |

| | |
|---|---|
| Total Fees to Date: | $479,727.00 |
| Total Disbursements to Date: | $141,882.45 |
| Total to Date: | $621,609.45 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮ ( ▮▮▮▮▮▮ ) v. ▮▮▮ , et al.

June 04, 2025
Client:        150363
Matter:       000415
Invoice #:   98506829

Page:              2

| | |
|---|---|
| Previous Balance | $6,896.60 |
| Current Charges | $2,860.00 |
| Less Payments | $166.40 |
| **Balance Due** | **$9,590.20** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L330 | Depositions - Review/Analyze | 3.20 | $1,664.00 |
| L530 | Ora Argument  Pla  Prepar  For | 2.30 | $1,196.00 |
| | | **To al Ho rs  5.50** | |
| | | **To al Fe  s:** | **$2,860.00** |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:        150363

For Professional Services Rendered Through May 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98506830 | $665.00 | $0.00 | $665.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,480.95 |
| Current Charges | $665.00 |
| Less Payments | $2,020.95 |
| **Balance Due:** | **$2,125.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.

Case: 23-30564    Doc# 1222    Filed: 06/20/25    Entered: 06/20/25 09:46:10    Page 13 of 37



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:        150363
Matter:        000944
Invoice #:   98506830

Page:                1

RE: Victoria Castro

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/2/2025 | BJLE | Telephone call with Paul Pascuzzi regarding Plaintiff's request to submit stipulation to bankruptcy court in lieu of settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 5/2/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding Plaintiff's request to submit stipulation to bankruptcy court in lieu of settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 5/14/2025 | BJLE | Exchange of emails with Marizel Bajoa regarding status of case. [L160 - A107](0.20) | 0.20 | $95.00 |
| 5/15/2025 | BJLE | Exchange of emails with Paula Carney regarding settlement status. [L160 - A106](0.20) | 0.20 | $95.00 |
| 5/27/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding status of settlement. [L310 - A107](0.20) | 0.20 | $95.00 |
| 5/27/2025 | BJLE | Telephone call with Plaintiff's counsel regarding plan for settlement and motion to the bankruptcy court. [L160 - A107](0.20) | 0.20 | $95.00 |
| 5/30/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding plan for motion with bankruptcy court. [L430 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 1.40 | $665.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

June 04, 2025
Client: 150363
Matter: 000944
Invoice #: 98506830

Page: 2

## Timekeeper Summary

| | Level | Hours | Rate | Amount |
|---|---|---|---|---|
| BJLE    Benjamin J. Lewis | ASSOCIATE | 1.40 | $475.00 | $665.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $28,801.00 | Previous Balance | $3,480.95 |
| | | Current Charges | $665.00 |
| Total Disbursements to Date: | $8,523.66 | Less Payments | $2,020.95 |
| Total to Date: | $37,324.66 | **Balance Due** | **$2,125.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.80 | $380.00 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.20 | $95.00 |
| L430 | Written Motions/Submissions - Commun./Other Cc | 0.20 | $95.00 |
| | **Total Hours** | **1.40** | |
| | **Total Fees:** | | **$665.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98506831 | $5,282.50 | $0.00 | $5,282.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $7,667.65 |
| Current Charges | $5,282.50 |
| Less Payments | $5,425.20 |
| **Balance Due:** | **$7,524.95** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

June 04, 2025
Client:             150363
Matter:           000945
Invoice #:     98506831

Page:                     1

RE:  Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/5/2025 | BJLE | Exchange of emails with Marizel Bajao regarding status of case. [L120 - A107](0.20) | 0.20 | $95.00 |
| 5/8/2025 | BJLE | Exchange of emails with Paula Carney regarding Plaintiff's discovery requests. [L320 - A106](0.20) | 0.20 | $95.00 |
| 5/16/2025 | BJLE | Exchange of emails with Paula Carney regarding discovery responses. [L320 - A106](0.20) | 0.20 | $95.00 |
| 5/16/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding discovery extension. [L320 - A107](0.20) | 0.20 | $95.00 |
| 5/21/2025 | CM | Draft Form Interrogatories, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](0.60) | 0.60 | $240.00 |
| 5/21/2025 | CM | Commence draft Special Interrogatories, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](1.30) | 1.30 | $520.00 |
| 5/21/2025 | CM | Prepare initial Preliminary Suit Status Report. [L120 - A103](2.40) | 2.40 | $960.00 |
| 5/22/2025 | CM | Continue draft Special Interrogatories, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](1.10) | 1.10 | $440.00 |
| 5/22/2025 | CM | Draft Request for Production of Documents, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](1.80) | 1.80 | $720.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

June 04, 2025
Client:      150363
Matter:      000945
Invoice #:   98506831

Page:        2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/23/2025 | CM | Continue draft Request for Production of Documents, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](0.60) | 0.60 | $240.00 |
| 5/27/2025 | BJLE | Revise initial case evaluation and incorporate additional facts. [L120 - A107](1.30) | 1.30 | $617.50 |
| 5/28/2025 | BJLE | Confirm service address for Cruise LLC. [L210 - A104](0.20) | 0.20 | $95.00 |
| 5/28/2025 | CM | Communication w/ counsel for Cruise, LLC re: status of suit. [L210 - A107](0.30) | 0.30 | $120.00 |
| 5/29/2025 | BJLE | Telephone call with Plaintiff's counsel regarding introduction and status of case. [L190 - A107](0.20) | 0.20 | $95.00 |
| 5/30/2025 | BJLE | Revise liability analysis in initial case evaluation. [L120 - A106](0.80) | 0.80 | $380.00 |
| 5/30/2025 | BJLE | Review of Plaintiff's discovery requests and preparation of discovery plan for responses. [L310 - A103](1.00) | 1.00 | $475.00 |
| | | Total Services | 12.40 | $5,282.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 4.30 | $475.00 | $2,042.50 |
| CM | Carly M Moran | ASSOCIATE | 8.10 | $400.00 | $3,240.00 |

| | | | |
|------|------|------|------|
| Total Fees to Date: | $16,910.50 | Previous Balance | $7,667.65 |
| Total Disbursements to Date: | $672.15 | Current Charges | $5,282.50 |
| Total to Date: | $17,582.65 | Less Payments | $5,425.20 |
| | | **Balance Due** | **$7,524.95** |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

June 04, 2025
Client: 150363
Matter: 000945
Invoice #: 98506831

Page: 3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 2.40 | $960.00 |
| L120 | Analysis/Strateg  Communicate/Wit  Client | 0.80 | $380.00 |
| L120 | Analysis/Stra e y - Communicate/O her Counsel | 1.50 | $712.50 |
| L19 | ther - Communicat /Other Counsel | 0.20 | $95.00 |
| L210 | P eadings - Review/Analyze | 0.20 | $95.00 |
| L 1 | Pleadings - Comm nicate/Other Counsel | 0.30 | $12 .00 |
| L310 | W i ten Discovery - Draft/Revise | 6.40 | $2, 35.00 |
| L320 | o ument Produ tion - Communicate w/Client | 0.4 | $190.00 |
| L3 0 | Document Producti n - Communicate/Othe  Coun | 0.20 | $95. 0 |

**Tota  Hours**  12.40

**Total Fees:**  $5,282.50



# weintraub | tobin
## weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000983 | ███████ AKA ███████ V. SAINT BRIGID SC | 98506832 | $2,050.00 | $0.00 | $2,050.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $1,930.00 |
| Current Charges | $2,050.00 |
| Less Payments | $710.00 |
| **Balance Due:** | **$3,270.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client: 150363
Matter: 000983
Invoice #: 98506832

Page: 1

RE: ███████ AKA ████████████ V. SAINT BRIGID SCHOOL

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/9/2025 | DCZ | Drafted correspondence to Paula Carney regarding counter demand from claimant. [L120 - A103](0.20) | 0.20 | $100.00 |
| 5/13/2025 | DCZ | Phone call with Paula Carney regarding settlement demand. [L120 - A106](0.20) | 0.20 | $100.00 |
| 5/14/2025 | DCZ | Drafted correspondence to claimant's counsel regarding settlement offer. [L160 - A103](0.20) | 0.20 | $100.00 |
| 5/16/2025 | DCZ | Phone call with Paula Carney response to settlement demand. [L160 - A106](0.20) | 0.20 | $100.00 |
| 5/16/2025 | DCZ | Drafted correspondence to ████████ regarding status of settlement discussions. [L160 - A103](0.20) | 0.20 | $100.00 |
| 5/16/2025 | DCZ | Initial drafting of settlement agreement. [L160 - A103](1.70) | 1.70 | $850.00 |
| 5/20/2025 | DCZ | Further drafting of settlement agreement. [L120 - A103](1.20) | 1.20 | $600.00 |
| 5/30/2025 | DCZ | Drafted correspondence to Paula Carney regarding status of claim. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 4.10 | $2,050.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮ AKA ▮▮▮▮▮▮▮▮ V. SAINT BRIGID SCHOOL

June 04, 2025
Client:        150363
Matter:        000983
Invoice #:     98506832

Page:            2

## Timekeeper Summary

| | Level | Hours | Rate | Amount |
|---|---|---|---|---|
| DCZ    Daniel C. Zamora | SHAREHOLDER | 4.10 | $500.00 | $2,050.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $6,100.00 | Previous Balance | $1,930.00 |
| | | Current Charges | $2,050.00 |
| Total Disbursements to Date: | $0.00 | Less Payments | $710.00 |
| Total to Date: | $6,100.00 | Balance Due | $3,270.00 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Draft/Revise | 1.60 | $800.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 2.10 | $1,050.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.20 | $100.00 |
| | Total Hours | 4.10 | |
| | Total Fees: | | $2,050.00 |


weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client: 150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000985 | LUKE MULHAL | 98506833 | $9,650.00 | $0.00 | $9,650.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $9,650.00 |
| **Balance Due:** | **$9,650.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client: 150363
Matter: 000985
Invoice #: 98506833

Page: 1

RE: LUKE MULHAL

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/2/2025 | DCZ | Review and analysis of EEOC Complaint. [L120 - A104](0.60) | 0.60 | $300.00 |
| 5/2/2025 | DCZ | Phone call with Paul Pascuzzi regarding application of bankruptcy stay to EEOC claim. [L120 - A106](0.20) | 0.20 | $100.00 |
| 5/7/2025 | MDB | Correspondence with CRD re: extension to respond to CRD Complaint. [L140 - A108](0.10) | 0.10 | $50.00 |
| 5/9/2025 | MDB | Receipt and review of documents from client and compare with CRD Complaint; prepare list of further information needed. [L110 - A104](1.10) | 1.10 | $550.00 |
| 5/9/2025 | MDB | Initial preparation of CRD response. [L110 - A103](1.60) | 1.60 | $800.00 |
| 5/12/2025 | MDB | Continued preparation of CRD response. [L110 - A103](3.80) | 3.80 | $1,900.00 |
| 5/14/2025 | MDB | Prepare for and telephone conference with B. Keelen and J. Berdal re: documents in support of claims and facts needed to respond to CRD complaint. [L110 - A106](0.80) | 0.80 | $400.00 |
| 5/15/2025 | DCZ | Drafting and editing of response to DFEH. [L120 - A103](2.10) | 2.10 | $1,050.00 |
| 5/15/2025 | MDB | Review and revise CRD Position Statement per initial telephonic conference with client. [L110 - A103](0.80) | 0.80 | $400.00 |

The Archdiocese of San Francisco

RE: LUKE MULHAL

June 04, 2025
Client: 150363
Matter: 000985
Invoice #: 98506833

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/19/2025 | MDB | Correspondence with B. Keelan re: outstanding documents for preparation of the CRD response. [L110 - A106](0.20) | 0.20 | $100.00 |
| 5/20/2025 | MDB | Receipt and review of additional information from B. Keelan regarding complaints and requests for leave; prepare notes for file re: inclusion in CRD Response. [L110 - A104](0.70) | 0.70 | $350.00 |
| 5/23/2025 | MDB | Conference with client re: additional documents and information needed to prepare CRD response and review additional documents provided. [L110 - A106](1.80) | 1.80 | $900.00 |
| 5/24/2025 | MDB | Further preparation of CRD Response with additional information received from client; review and revise same. [L110 - A103](2.20) | 2.20 | $1,100.00 |
| 5/27/2025 | DCZ | Further drafting of DFEH response. [L120 - A103](1.80) | 1.80 | $900.00 |
| 5/27/2025 | MDB | Revise and finalize CRD Response and Exhibits in support. [L110 - A104](1.30) | 1.30 | $650.00 |
| 5/27/2025 | MDB | Correspondence with J. Berdal re: final information needed for CRD Response. [L110 - A106](0.20) | 0.20 | $100.00 |
| | | Total Services | 19.30 | $9,650.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|-----|-------------------|-------------|-------|---------|-----------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 14.60 | $500.00 | $7,300.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 4.70 | $500.00 | $2,350.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $9,650.00 | Current Charges | $9,650.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$9,650.00** |
| Total to Date: | $9,650.00 | | |

The Archdiocese of San Francisco

RE: LUKE MULHAL

June 04, 2025
Client: 150363
Matter: 000985
Invoice #: 98506833

Page: 3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Draft/Revise | 8.40 | $4,200.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 3.10 | $1,550.00 |
| L110 | Fact Investigation/Development - Commun. w/Clie | 3.00 | $1,500.00 |
| L120 | Analysis/Strategy - Draft/Revise | 3.90 | $1,950.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.60 | $300.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| L140 | Document/File Management - Commun/Other Exte | 0.10 | $50.00 |

**Total Hours** **19.30**

**Total Fees:** **$9,650.00**



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com

Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000986 | ███████████ | 98506834 | $650.00 | $0.00 | $650.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $650.00 |
| **Balance Due:** | **$650.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:            150363
Matter:            000986
Invoice #:    98506834

Page:                    1

RE: ███████████

For Professional Services Rendered Through May 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/15/2025 | MDB | Review demand letter and request for personnel file. [L110 - A101](0.30) | 0.30 | $150.00 |
| 5/19/2025 | MDB | Review personnel file for production and prepare records for production. [L110 - A104](0.50) | 0.50 | $250.00 |
| 5/19/2025 | MDB | Correspondence with L. Berdal re: production of payroll records. [L110 - A106](0.20) | 0.20 | $100.00 |
| 5/20/2025 | MDB | Review payroll records from client and finalize production. [L110 - A104](0.30) | 0.30 | $150.00 |
| | | Total Services | 1.30 | $650.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 1.30 | $500.00 | $650.00 |

| | |
|---|---|
| Total Fees to Date: | $650.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $650.00 |

The Archdiocese of San Francisco

RE:

June 04, 2025
Client:        150363
Matter:        000986
Invoice #:    98506834

Page:          2

| | | |
|---|---|---|
| Current Charges | | $650.00 |
| **Balance Due** | | **$650.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Plan & Prepare | 0.30 | $150.00 |
| L110 | Fac Investigation/Developmen   Review/Analyze | 0.80 | $400.00 |
| L110 | act Investigation/Develop  e t - Com  un. w/Clien | 0.20 | $100.0 |

| | | |
|---|---|---|
| **Total Hours** | **1.3** | |
| **Total Fees:** | **$650.00** | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98506835 | $30,241.50 | $0.00 | $30,241.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $150,479.50 |
| Current Charges | $30,241.50 |
| Less Payments | $62,464.00 |
| **Balance Due:** | **$118,257.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98506835

Page: 1

RE: Bankruptcy

For Professional Services Rendered Through May 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/26/2025 | BJLE | Exchange of emails with Peter Califano regarding ██ ██. [L210 - A106](0.20) | 0.20 | $90.00 |
| 5/1/2025 | DCZ | Review and analysis of correspondence from bankruptcy counsel regarding settlement outline. [L160 - A104](0.40) | 0.40 | $200.00 |
| 5/1/2025 | DCZ | Further drafting of analysis of claims subject to challenge for disallowance on lack of connection to client. [L160 - A103](0.90) | 0.90 | $450.00 |
| 5/1/2025 | DCZ | Conference call with Committee Counsel regarding claims list. [L160 - A108](0.70) | 0.70 | $350.00 |
| 5/1/2025 | PEG | Preparation of further edits and redrafting of report to Travelers regarding ████ cases released for trial. [B100 - B110](0.40) | 0.40 | $208.00 |
| 5/1/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](1.50) | 1.50 | $562.50 |
| 5/1/2025 | MAS | Attend meeting with Brittany Michaels, Kevin Cifarelli, and Jeffrey Schulman regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A107](0.70) | 0.70 | $262.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98506835

Page: 2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/1/2025 | MAS | Correspondence with bankruptcy counsel and insurance coverage counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A107](0.40) | 0.40 | $150.00 |
| 5/1/2025 | MAS | Correspondence with Creditor's Committee counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A107](0.40) | 0.40 | $150.00 |
| 5/1/2025 | BGON | Prepare list of claims of potentially erroneous bankruptcy claims to send to the mediators. [L190 - A103](1.60) | 1.60 | $360.00 |
| 5/2/2025 | DCZ | Conference call with client regarding mediation strategy. [L160 - A106](1.00) | 1.00 | $500.00 |
| 5/2/2025 | PEG | Weekly debtor professionals call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 5/2/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](0.30) | 0.30 | $112.50 |
| 5/2/2025 | MAS | Further correspondence with bankruptcy counsel and insurance coverage counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A107](0.20) | 0.20 | $75.00 |
| 5/2/2025 | MAS | Further correspondence with Creditor's Committee counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A107](0.20) | 0.20 | $75.00 |
| 5/5/2025 | PEG | Call with Fr. Summmerhays, Paula Carney, Paul Pascuzzi, Ori Katz and Wayne Weitz regarding development of cash analysis. [B100 - B110](0.80) | 0.80 | $416.00 |
| 5/6/2025 | PEG | Call with Katz, Pascuzzi and Kim regarding service of adversary proceeding and committee intervention. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/6/2025 | MAS | Further correspondence with Creditor's Committee counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A107](0.20) | 0.20 | $75.00 |
| 5/7/2025 | DCZ | Review and analysis of adversary complaint filed by Creditor Committee challenging separateness of affiliated entities. [L120 - A104](0.70) | 0.70 | $350.00 |
| 5/7/2025 | DCZ | Further drafting of declaration in support of Rule 105 injunction. [L120 - A103](0.80) | 0.80 | $400.00 |
| 5/7/2025 | DCZ | Conference call with bankruptcy counsel regarding litigation and settlement strategy. [L120 - A108](1.00) | 1.00 | $500.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98506835

Page: 3

_____

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/7/2025 | PEG | Review of partially unredacted Adversary Complaint regarding parishes and schools. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/7/2025 | PEG | Weekly debtor professionals call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 5/7/2025 | BJLE | Telephone call with ██████████ regarding his ██████ dismissed from case. [L120 - A107](0.20) | 0.20 | $90.00 |
| 5/7/2025 | MAS | Correspondence with Creditor's Committee counsel regarding list of claims with remaining differences to be resolved. [L120 - A107](0.30) | 0.30 | $112.50 |
| 5/8/2025 | DCZ | Review and analysis of correspondence from Committee Counsel regarding claims list discrepancies. [L160 - A104](0.20) | 0.20 | $100.00 |
| 5/8/2025 | DCZ | Conference call with insurance counsel regrading mediation strategy with carriers and coverage information for individual claims. [L120 - A108](0.80) | 0.80 | $400.00 |
| 5/8/2025 | DCZ | Review and analysis of motion to extend bankruptcy stay. [L120 - A104](0.60) | 0.60 | $300.00 |
| 5/8/2025 | DCZ | Further drafting of declaration in support of motion to extend bankruptcy stay. [L120 - A103](0.40) | 0.40 | $200.00 |
| 5/8/2025 | PEG | Review of notice of orders on filing of redacted complaint and scheduling order in adversary proceeding regarding parishes and schools. [B100 - B190](0.30) | 0.30 | $156.00 |
| 5/8/2025 | PEG | Review of final version of Committee's claim listing with dates of abuse. [B100 - B110](0.40) | 0.40 | $208.00 |
| 5/8/2025 | PEG | Review of and preparation of edits to draft motion for Order extending stay. [B100 - B190](0.80) | 0.80 | $416.00 |
| 5/8/2025 | PEG | Review of memorandum from Committee counsel regarding service on Valembrossa and Serra Clergy house. [B100 - B190](0.20) | 0.20 | $104.00 |
| 5/8/2025 | PEG | Preparation of memorandum to Katz regarding adversary complaint filed by Committee. [B100 - B190](0.20) | 0.20 | $104.00 |
| 5/8/2025 | PEG | Review of Flanagan's proposed commentary to mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 5/8/2025 | PEG | Review of memorandum from Katz regarding outline of discussion for professionals and Carney call. [B100 - B110](0.20) | 0.20 | $104.00 |
| 5/8/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](1.00) | 1.00 | $375.00 |
| 5/8/2025 | MAS | Further correspondence with Creditor's Committee counsel regarding list of claims with remaining differences to be resolved. [L120 - A107](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client:        150363
Matter:       900036
Invoice #:   98506835

Page:            4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/8/2025 | MAS | Attend meeting with Kevin Cifarelli and Jeffrey Schulman regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A107](0.80) | 0.80 | $300.00 |
| 5/9/2025 | DCZ | Conference call with client regrading mediation strategy and status of litigation. [L160 - A106](1.20) | 1.20 | $600.00 |
| 5/9/2025 | DCZ | Conference call with mediators regarding settlement ideas. [L160 - A108](0.60) | 0.60 | $300.00 |
| 5/9/2025 | PEG | Zoom meeting with Paula Carney, Fr. Summerhays, Ori Katz, Wayne Weitz and Zamora regarding meeting with mediators and mediation session issues. [B100 - B110](1.00) | 1.00 | $520.00 |
| 5/9/2025 | PEG | Call with Mediators and Pascuzzi, Katz, Shulman, Carney and Zamora to prepare for 5/20 mediation session. [B100 - B110](0.50) | 0.50 | $260.00 |
| 5/9/2025 | PEG | Drafting of memorandum to mediators regarding non-connection claims. [B100 - B110](0.40) | 0.40 | $208.00 |
| 5/13/2025 | DCZ | Conference call with bankruptcy counsel regrading strategy for May 20th mediation. [L160 - A108](0.80) | 0.80 | $400.00 |
| 5/13/2025 | PEG | Attend weekly Debtor's professional call. [B100 - B110](0.70) | 0.70 | $364.00 |
| 5/13/2025 | MAS | Receipt and review of supplemental proof of claim from Creditor's Committee counsel. [L120 - A107](0.20) | 0.20 | $75.00 |
| 5/14/2025 | DCZ | Further review and editing of motion to extend bankruptcy stay. [L120 - A104](0.80) | 0.80 | $400.00 |
| 5/14/2025 | PEG | Preparation of further edits to revised motion to extend stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/14/2025 | PEG | Exchange with Pascuzzi regarding date for hearing on motion to extend stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| 5/14/2025 | MAS | Correspondence with Kevin Cifarelli and Jeffrey Schulman regarding outstanding questions about claims for purposes of tendering to insurers. [L120 - A107](0.40) | 0.40 | $150.00 |
| 5/14/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels and providing information to insurers. [L120 - A104](0.50) | 0.50 | $187.50 |
| 5/15/2025 | DCZ | Conference call with client and bankruptcy counsel to discuss mediation strategy. [L160 - A108](0.80) | 0.80 | $400.00 |
| 5/15/2025 | PEG | Call with Paula Carney, Pascuzzi, Weinstein and Zamora regarding work streams in preparation for mediation session. [B100 - B110](0.70) | 0.70 | $364.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client:          150363
Matter:          900036
Invoice #:       98506835

Page:                5

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/15/2025 | PEG | Call with Weinstein regarding call with Burns & Bair to discuss insurance strategies. [B100 - B110](0.30) | 0.30 | $156.00 |
| 5/16/2025 | DCZ | Conference call with client regrading status of bankruptcy matters and mediation. [L120 - A106](1.20) | 1.20 | $600.00 |
| 5/16/2025 | DCZ | Drafting response to questions posed by Committee Counsel regrading cases including in adversary complaint. [L120 - A103](1.30) | 1.30 | $650.00 |
| 5/16/2025 | PEG | Call with Judge Buckley regarding list of geographical claims. [B100 - B110](0.30) | 0.30 | $156.00 |
| 5/16/2025 | PEG | Call with Paula Carney, Fr. Summerhays, Paul Pascuzzi, Ori Katz and Jeff Schulman regarding strategies for next mediation session. [B100 - B110](1.20) | 1.20 | $624.00 |
| 5/16/2025 | MAS | Analysis of identified adversary proceedings for purposes of further consolidating lists of claims. [L120 - A104](0.50) | 0.50 | $187.50 |
| 5/19/2025 | PEG | Review ofCottrell response to Greenwood regarding CASC/RPSC. [B100 - B110](0.20) | 0.20 | $104.00 |
| 5/19/2025 | PEG | Call with Weinstein regarding demands on excess carriers. [B100 - B110](0.20) | 0.20 | $104.00 |
| 5/20/2025 | DCZ | Attended continued global mediation of all claims. [L230 - A109](8.80) | 8.80 | $4,400.00 |
| 5/20/2025 | PEG | Mediation session with judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](8.00) | 8.00 | $4,160.00 |
| 5/21/2025 | DCZ | Review and analysis of proof of claims falling within CHUBB coverage period between October 1966 to October 1969. [L120 - A104](2.20) | 2.20 | $1,100.00 |
| 5/21/2025 | DCZ | Review and analysis of proof of claims falling within Travelers coverage period between July 1981 to July 1984. [L120 - A104](1.30) | 1.30 | $650.00 |
| 5/23/2025 | PEG | Debtor professionals weekly call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 5/23/2025 | PEG | Review of non-monetary provisions of New Orleans Plan. [B100 - B110](0.40) | 0.40 | $208.00 |
| 5/27/2025 | DCZ | Conference call with bankruptcy and insurance counsel regarding status of litigation and mediation. [L120 - A108](1.00) | 1.00 | $500.00 |
| 5/27/2025 | DCZ | Review and analysis of proof of claims falling within Travelers coverage period between 7-8-75 and 7-8-79. [L120 - A104](1.00) | 1.00 | $500.00 |
| 5/29/2025 | DCZ | Review and editing of final version of motion to extend bankruptcy stay to affiliates and declaration in support of motion. [L120 - A104](1.10) | 1.10 | $550.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98506835

Page: 6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/29/2025 | PEG | Revise and finalize Declaration in Support of Motion to Extend Stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/29/2025 | PEG | Review and edit revised form of motion to extend stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/30/2025 | BJLE | Exchange of emails with Peter Califano regarding question about St. Patrick Seminary cases. [L120 - A106](0.30) | 0.30 | $135.00 |
| | | **Total Services** | 62.50 | $30,241.50 |

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 22.70 | $520.00 | $11,804.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 29.60 | $500.00 | $14,800.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.70 | $450.00 | $315.00 |
| MAS | Monica Silver | ASSOCIATE | 7.90 | $375.00 | $2,962.50 |
| BGON | Brian Gonzaga | PARALEGAL | 1.60 | $225.00 | $360.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $840,018.25 | Previous Balance | $150,479.50 |
| | | Current Charges | $30,241.50 |
| Total Disbursements to Date: | $2,192.28 | Less Payments | $62,464.00 |
| Total to Date: | $842,210.53 | **Balance Due** | **$118,257.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 19.00 | $9,880.00 |
| B100 | Other Contested Matters (excluding assumption/re | 3.70 | $1,924.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client:         150363
Matter:         900036
Invoice #:   98506835

Page:              7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 2.50 | $1,250.00 |
| L120 | Analysis/Strategy - Review/Analyze | 11.50 | $5,275.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 1.50 | $735.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 4.30 | $1,627.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 2.80 | $1,400.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.90 | $450.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.60 | $300.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 2.20 | $1,100.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 2.90 | $1,450.00 |
| L190 | Other - Draft/Revise | 1.60 | $360.00 |
| L210 | Pleadings - Communicate/With Client | 0.20 | $90.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 8.80 | $4,400.00 |

| | Total Hours | 62.50 |
|---|---|---|
| | Total Fees: | $30,241.50 |