Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR TRANSPERFECT SOLUTIONS [MAY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as

TransPerfect Solutions (hereinafter "TransPerfect"), litigation support consultant and e-discovery vendor for the attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession ("Debtor"), hereby files its Monthly Professional Fee Statement for May 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total fees and costs expended by TransPerfect on account of the Debtor for the month of May 2025 and certain prior months as noted below are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1, 2025, through May 31, 2025 | $4,235.74 | $0.00 | $4,235.74 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $3,388.59 | $0.00 | $3,388.59 |

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2024, through February 28, 2024 | $4,012.36[1] | $0.00 | $4,012.36 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $3,209.89 | $0.00 | $3,209.89 |

---

[1] After reviewing records, it was determined that the February 2024 invoice was not previously noticed and not included in any fee application.

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1, 2024, through May 31, 2024 | $895.84[2] | $0.00 | $895.84 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $716.67 | $0.00 | $716.67 |
| **TOTAL** | **$9,143.94** | **$0.00** | **$9,143.94** |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon TransPerfect within 14 days from the date of service of this Statement.

Dated: June 20, 2025                    FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Jason E. Rios*
    Jason E. Rios
    Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: June 20, 2025                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
    Ori Katz
    Attorneys for The Roman Catholic Archbishop of San Francisco

---

[2] After reviewing records, it was determined that the May 2024 invoice was not previously noticed and not included in any fee application.

3

TRANSPERFECT MAY MONTHLY FEE STATEMENT

Case: 23-30564    Doc# 1223    Filed: 06/20/25    Entered: 06/20/25 09:49:38    Page 3 of 13

# Exhibit A

May 2025 Invoices



Please note that our address has changed

| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Sheppard Mullin Richter & Hampton LLP<br>Attn: Amanda Cottrell<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA | Amanda Cottrell<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 283094 | **Sales Contact:** | Zoe Saumell ) |
| **Invoice Date:** | 05/31/2025 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 06/30/2025 | | |
| **Contract #:** | DM0319783 | **Purchase Order #:** | RCASF Relativity Hosting MAY 2025 |
| **Case Name:** | RCASF Bankruptcy | | |
| **Requested Date:** | 05/01/2025 | | |

**Project Notes:**
RCASF Relativity Hosting MAY 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **2025 May** | | | | |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2 000 | 628.10 |
| Monthly Storage Fees | 165.00 | GB | 6 000 | 990.00 |
| Project Management | 2.00 | Hours | 175 000 | 350.00 |
| Monthly User Access Fee | 3.00 | Each | 75 000 | 225.00 |
| **2025 May - Re-Production - DEBTORS001** | | | | |
| Production | 1.00 | GB | 250 000 | 250.00 |
| Project Management | 1.60 | Hours | 175 000 | 280.00 |
| **2025 May - Re-Production - Non-DEBTORS001** | | | | |
| Production | 1.00 | GB | 250 000 | 250.00 |
| Project Management | 1.60 | Hours | 175 000 | 280.00 |
| **2025 May - ESI** | | | | |
| Technical Labor | 0.50 | Hour | 175 000 | 87.50 |
| **2025 May - Redo Production: Non-DEBTORS009** | | | | |
| Production | 1.00 | GB | 250 000 | 250.00 |
| Project Management | 2.30 | Hours | 175 000 | 402.50 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
1 of 2

Case: 23-30564    Doc# 1223    Filed: 06/20/25    Entered: 06/20/25 09:49:38    Page 5 of 13

|  |  |
|---|---|
| **Total to Bill This Contract:** | US$3,993.10 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | **US$3,993.10** |

**PAYMENT INSTRUCTIONS**

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ██████ 6914
ABA Routing #: ██████
SWIFT CODE: ██████

**Please reference the Contract # DM0319783 and Invoice # 283094 with your remittance.**
Invoices paid by credit card are subject to a 3% processing fee.
Interest will be charged at the rate of 1.50% per month (or the maximum allowed by law) for accounts more than a month past due.

**Payment made on time**

| Payment Due Date | Total Due |
|---|---|
| 2025-06-30 | US$3,993.10 |

**Payment made late (interest assessed)**

| Late Payment Date | Total Interest Penalty Amount (1.50% per month) | Total Due |
|---|---|---|
| 2025-07-30 | US$59.90 | US$4,053.00 |
| 2025-09-01 | US$119.79 | US$4,112.89 |
| 2025-10-01 | US$179.69 | US$4,172.79 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: ██████ • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
2 of 2

Case: 23-30564   Doc# 1223   Filed: 06/20/25   Entered: 06/20/25 09:49:38   Page 6 of 13



**Please note that our address has changed**

**Bill To:**
Sheppard Mullin Richter & Hampton LLP
Attn: Amanda Cottrell
2200 Ross Avenue
Floor 20
Dallas, TX 75201
USA

**Requested By:**
Amanda Cottrell
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue
Floor 20
Dallas, TX 75201
USA

| | |
|---|---|
| **Invoice #:** | 283397 |
| **Invoice Date:** | 05/31/2025 |
| **Invoice Due:** | 06/30/2025 |
| **Contract #:** | DM0321185 |
| **Case Name:** | RCASF Bankruptcy |
| **Requested Date:** | 05/16/2025 |

| | |
|---|---|
| **Sales Contact:** | Zoe Saumell ) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | RCASF Forensics MAY 2025 |

**Project Notes:**
RCASF Forensics MAY 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **Geron May FTAC** | | | | |
| Hourly - Standard | 0.50 | Hour | 315.000 | 157.50 |
| Flash Drive- 64GB | 1.00 | Each | 70.000 | 70.00 |
| Expenses | 1.00 | | 15.140 | 15.14 |
| | | | **Total to Bill This Contract:** | US$242.64 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | US$242.64 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: ■ Enquiries: GlobalCollections@transperfect com or your Sales Contact
WWW.TRANSPERFECT.COM

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
**Flagstar Bank, N.A.**
**A/C #:** ▮▮▮▮▮▮6914
**ABA Routing #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮

**Please reference the Contract # DM0321185 and Invoice # 283397 with your remittance.**
Invoices paid by credit card are subject to a 3% processing fee.
Interest will be charged at the rate of 1.50% per month (or the maximum allowed by law) for accounts more than a month past due.

### Payment made on time

| Payment Due Date | Total Due |
|---|---|
| 2025-06-30 | US$242.64 |

### Payment made late (interest assessed)

| Late Payment Date | Total Interest Penalty Amount (1.50% per month) | Total Due |
|---|---|---|
| 2025-07-30 | US$3.64 | US$246.28 |
| 2025-09-01 | US$7.28 | US$249.92 |
| 2025-10-01 | US$10.92 | US$253.56 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: ▮▮▮▮▮▮ • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
2 of 2

Case: 23-30564   Doc# 1223   Filed: 06/20/25   Entered: 06/20/25 09:49:38   Page 8 of 13

| Record Owner | Date | Time (Hr) | Chronicle | Hourly |
|---|---|---|---|---|
| Matthew Sherman | 5/2/2025 | 0.5 | 20250502 - Create new Relativity user account and send credentials to J Miller per request from A Cottrell; correspondence re: same. | $175 |
| Matthew Sherman | 5/8/2025 | 0.8 | 20250508 - Export production from Relativity and finalize deliverable. | $175 |
| Matthew Sherman | 5/8/2025 | 0.8 | 20250508 - Export production from Relativity and finalize deliverable. | $175 |
| Raymond Kim | 5/8/2025 | 0.8 | 20250508 - correspondence with A. Cottrell, create saved searches for reproduction, update/remove confidentiality branding, run reproduction, encrypt and deliver. | $175 |
| Raymond Kim | 5/8/2025 | 0.8 | 20250508 - correspondence with A. Cottrell, create saved searches for reproduction, update/remove confidentiality branding, run reproduction, encrypt and deliver. | $175 |
| Erina Lee | 5/12/2025 | 1 | 20250512 - Run and finalize production. | $175 |
| Raymond Kim | 5/12/2025 | 1.3 | 20250512 - stage data, coordinate processing, create saved searches, confirm branding, run production, encrypt and deliver. | $175 |
| Raymond Kim | 5/20/2025 | 0.4 | 20250520 - correspondence with J. Miller, identify Bates range gap, review email history and prior production specifications. | $175 |
| Mohammed Hassnain | 5/29/2025 | 0.2 | 20250512 -  Correspondence with I A Cottrell re: confirming email. | $175 |
| Mohammed Hassnain | 5/29/2025 | 0.2 | 20250508 -  Correspondence with I A Cottrell re: confirming email. | $175 |
| Mohammed Hassnain | 5/29/2025 | 0.7 | 20250505 -  Delivered production per request from A Cottrell re: same. | $175 |
| | | 7.5 | | |

February 2024 Invoices



**Please note that our address has changed**

**Bill To:**
Sheppard Mullin Richter & Hampton LLP
Attn: Steven Gersten
2200 Ross Ave
20th floor
Dallas, TX 75201
USA

**Requested By:**
Steven Gersten
Sheppard Mullin Richter & Hampton LLP
2200 Ross Ave
20th floor
Dallas, TX 75201
USA

| | |
|---|---|
| **Invoice #:** | 252990 |
| **Invoice Date:** | 02/29/2024 |
| **Invoice Due:** | 03/30/2024 |
| **Contract #:** | DM0282705 |
| **Requested Date:** | 02/21/2024 |

| | |
|---|---|
| **Sales Contact:** | Zoe Saumell |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | |

**Project Notes:**
RCASF Forensics - February 2024

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **Forensic collection** | | | | |
| Hourly - Standard | 11.00 | Hours | 315.000 | 3,465.00 |
| Storage Drive Set - 2 TB | 1.00 | Each | 380.000 | 380.00 |
| Remote Kit Rental Fee-Domestic | 1.00 | | 85.000 | 85.00 |
| Expenses | 1.00 | | 82.360 | 82.36 |
| | | | **Total to Bill This Contract:** | US$4,012.36 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | US$4,012.36 |

**PAYMENT INSTRUCTIONS**

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ▇▇▇▇▇6914
ABA Routing #: ▇▇▇▇▇▇
SWIFT CODE: ▇▇▇▇▇

Please reference the Contract # DM0282705 and Invoice # 252990 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

May 2024 Invoices



**Please note that our address has changed**

**Bill To:**
Archdiocese Of San Francisco
Attn: Paula Carney
1 Peter Yorke Way
San Francisco, CA 94109
USA

**Requested By:**
Steven Gersten
Sheppard Mullin Richter & Hampton LLP
2200 Ross Ave
20th floor
Dallas, TX 75201
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 257484 | **Sales Contact:** | Zoe Saumell |
| **Invoice Date:** | 05/30/2024 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 06/29/2024 | | |
| **Contract #:** | DM0285372 | **Purchase Order #:** | RCASF Scanning |
| **Case Name:** | RCASF Bankruptcy | **Matter #:** | Unknown |
| **Requested Date:** | 05/10/2024 | | |

**Project Notes:**
CM# Unknown
Date requested: 4/1/2024

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **Scan to Tiff** | | | | |
| Color Imaging | 1.00 | Each | 895.840 | 895.84 |
| DIGI0004-SF24-030207 | | | | |
| | | **Total to Bill This Contract:** | | US$895.84 |
| | | **Tax Amount:** | | US$0.00 |
| | | **Total Amount Due:** | | US$895.84 |

**PAYMENT INSTRUCTIONS**

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ▉▉▉▉6914
ABA Routing #: ▉▉▉▉
SWIFT CODE: ▉▉▉▉

Please reference the Contract # DM0285372 and Invoice # 257484 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM
1 of 1

Case: 23-30564   Doc# 1223   Filed: 06/20/25   Entered: 06/20/25 09:49:38   Page 13 of 13