1  James I. Stang (CA Bar No. 94435)
   Debra I. Grassgreen (CA Bar No. 169978)
2  Brittany M. Michael (admitted pro hac vice)
   Gillian N. Brown (CA Bar No. 205132)
3  PACHULSKI STANG ZIEHL & JONES LLP
   One Sansome Street, Suite 3430
4  San Francisco, California 94104
   Tel: 415.263.7000; Fax: 415.263.7010
5  Email:  jstang@pszjlaw.com
           dgrassgreen@pszjlaw.com
6          bmichael@pszjlaw.com
           gbrown@pszjlaw.com
7
   Counsel to the Official Committee of Unsecured Creditors
8

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13  In re:                                          Case No.:  23-30564

14  THE ROMAN CATHOLIC ARCHBISHOP OF                Chapter 11
    SAN FRANCISCO,
15                                                  **NOTICE OF HEARING ON FIFTH
            Debtor and Debtor in Possession.        INTERIM APPLICATIONS OF THE
16                                                  OFFICIAL COMMITTEE OF
                                                    UNSECURED CREDITORS'
17                                                  PROFESSIONALS FOR ALLOWANCE
                                                    AND PAYMENT OF COMPENSATION
18                                                  AND REIMBURSEMENT OF EXPENSES
                                                    FOR THE PERIOD ENDING MAY 31, 2025**
19
                                                    [Relates to Docket Nos. 1233, 1235, and 1236]
20
                                                    Date:   August 28, 2025
21                                                  Time:   1:30 p.m.
                                                    Place:  Via ZoomGov
22                                                  Judge:  Hon. Dennis Montali

23

24          **PLEASE TAKE NOTICE THAT** a hearing will be held on August 28, 2025, at 1:30 p.m.

25  (the "Hearing") via ZoomGov before the Honorable Dennis Montali, United States Bankruptcy

26  Judge, to consider the fifth interim applications (the "Applications") for compensation and

27  reimbursement of expenses of the Official Committee of Unsecured Creditors' professionals (the

28

"Committee Professionals")[1] employed in the above-captioned bankruptcy case (the "Case") of The Roman Catholic Archbishop of San Francisco, the above-captioned debtor and debtor in possession (the "Debtor"). In-person appearances in the courtroom for the Hearing will not be permitted.

PLEASE TAKE FURTHER NOTICE THAT the link for the hearing will be reflected on the Zoom Webinar Information notice, which will be attached as the last page to Judge Montali's electronic calendar at https://www.canb.uscourts.gov/judge/montali/calendar. The calendar will be posted approximately one week in advance of the Hearing.

PLEASE TAKE FURTHER NOTICE THAT the Committee Professionals have filed the Applications requesting allowance of compensation and reimbursement of expenses as set forth below:

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** (Counsel to the Official Committee of Unsecured Creditors) | One Sansome Street, Suite 3430 San Francisco, CA 94104 Attention: Gillian N. Brown, Esq. Email: gbrown@pszjlaw.com |

*Fifth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2025 through May 31, 2025* [Docket No. 1233]

| | |
|---|---|
| Fees | $1,289,858.50 |
| Expenses | $34,677.34 |
| Total | $1,324,535.84 |
| Application Period | February 1, 2025 to May 31, 2025 |

*** 

---

[1] Counsel to the Official Committee of Unsecured Creditors (the "Committee") files this Notice at the request of Debtor's counsel. Counsel to the Committee understands that Debtor's counsel will file a notice of the same hearing date and time but providing information only as to Debtor's professionals.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**BERKELEY RESEARCH GROUP, LLC**       201 S. Main Street, Suite 450
(Financial Advisor to the Official Committee       Salt Lake City, UT 84111
of Unsecured Creditors)       Attention: Mr. D. Ray Strong
       Email: rstrong@thinkbrg.com

*Fifth Interim Fee Application of Berkeley Research Group, LLC for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period February 1, 2025 through May 31, 2025* [Docket No. 1235]

| | |
|---|---|
| Fees | $335,770.65 |
| Expenses | $0.00 |
| Total | $335,770.65 |
| Application Period | February 1, 2025 to May 31, 2025 |

***

**BURNS BAIR LLP**       10 East Doty Street, Suite 600
(Special Insurance Counsel to the Official       Madison, WI 53703
Committee of Unsecured Creditors)       Attention: Jesse J. Bair, Esq.
       Email: jbair@burnsbair.com

*Fifth Interim Fee Application of Burns Bair LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2025 through May 31, 2025* [Docket No. 1236]

| | |
|---|---|
| Fees | $149,399.00 |
| Expenses | $10,630.85 |
| Total | $160,029.85 |
| Application Period | February 1, 2025 to May 31, 2025 |

The Applications are based upon this Notice; the Applications themselves along with the exhibits thereto; any declarations filed in support of the Applications; any and all supplemental papers that may be filed in support of the Applications; the papers on file in this Case; and on such

1  arguments or evidence as may be presented at the Hearing. Copies of the Applications and

2  associated papers may be obtained from the website maintained by the Debtor's claims and

3  noticing agent, Omni Agent Solutions, at https://cases.omniagentsolutions.com/?clientId=3671.

4      **PLEASE TAKE FURTHER NOTICE THAT** pursuant to the *Order Establishing*

5  *Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis*

6  [Docket No. 212], **any opposition to the relief requested in the Applications must be filed and**

7  **served no later than 4:00 p.m. (Pacific Time) on July 31, 2025.** Any opposition must be (a)

8  filed in writing with the Clerk of the Bankruptcy Court located at 450 Golden Gate Avenue, San

9  Francisco, CA 94102 (or at the following mailing address: 450 Golden Gate Avenue, Mail Box

10 36099, San Francisco, CA 94102), <u>and</u> (b) must be served on the applicable Committee

11 Professional(s) at the U.S. Mail or email address(es) listed above. **Failure to file and serve a**

12 **timely objection may result in a waiver of such objection.**

13

14 Dated:  July 10, 2025                              PACHULSKI STANG ZIEHL & JONES LLP

15
                                                   By: /s/ *Gillian N. Brown*
16                                                 James I. Stang
                                                   Debra I. Grassgreen
17                                                 Brittany M. Michael
                                                   Gillian N. Brown
18                                                 One Sansome Street, Suite 3430
                                                   San Francisco, California 94104
19                                                 Tel: 415.263.7000; Fax: 415.263.7010
                                                   Email:  jstang@pszjlaw.com
20                                                         dgrassgreen@pszjlaw.com
                                                           bmichael@pszjlaw.com
21                                                         gbrown@pszjlaw.com

22                                                 Counsel to the Official Committee of Unsecured
                                                   Creditors
23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA