| | |
|---|---|
| 1 | Paul J. Pascuzzi, State Bar No. 148810 |
| | Jason E. Rios, State Bar No. 190086 |
| 2 | Thomas R. Phinney, State Bar No. 159435 |
| | Mikayla E. Kutsuris, State Bar No. 339777 |
| 3 | FELDERSTEIN FITZGERALD |
| |   WILLOUGHBY PASCUZZI & RIOS LLP |
| 4 | 500 Capitol Mall, Suite 2250 |
| | Sacramento, CA 95814 |
| 5 | Telephone: (916) 329-7400 |
| | Facsimile: (916) 329-7435 |
| 6 | Email: ppascuzzi@ffwplaw.com |
| |         jrios@ffwplaw.com |
| 7 |         tphinney@ffwplaw.com |
| |         mkutsuris@ffwplaw.com |

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date: August 28, 2025<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**DECLARATION OF WAYNE P. WEITZ IN SUPPORT OF FIFTH INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR**

I, Wayne P. Weitz, declare:

1. I am a senior managing director with GlassRatner Advisory & Capital Group, LLC ("GlassRatner"), the financial advisor for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. I have been a senior managing director of GlassRatner since May 2019. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying *Fifth Interim Application of GlassRatner Advisory & Capital Group, LLC for Allowance of Fees and Reimbursement of Expenses as Financial Advisor for the Debtor* (the "Application"), and to the best of my knowledge, all statements are true and correct.

3. During the four-month period of February 1, 2025, through and including May 31, 2025, (the "Application Period"), GlassRatner billed the Debtor for financial services in the sum of $235,999.50. The services performed by GlassRatner during this case have been broken down into task billing categories. A list of the categories used for coding and the amounts calculated for each category during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
| --- | --- | --- |
| Asset Analysis | 195.80 | $102,995.00 |
| Business Analysis | 49.30 | $32,007.50 |
| Case Administration | 2.00 | $1,550.00 |
| Employment/Fee Applications | 13.00 | $5,492.00 |
| Litigation Support | 73.00 | $49,130.00 |
| Monthly Operating Reports | 78.00 | $41,725.00 |
| Non-Working Travel | 8.00 | $3,100.00 |
| **Totals** | **419.10** | **$235,999.50** |

4. For the Court's convenience, attached as ***Exhibit A*** is a true and correct copy of GlassRatner's chronological billing statements. To the best of my knowledge, information, and belief, the time records referenced in the attached billing statements accurately reflect the actual time spent by the various timekeepers in performing the described legal services in this case.

5. During the Application Period, GlassRatner incurred actual and necessary expenses in the amount of $2,119.65 as follows:

| Category | Total |
|---|---|
| Lodging | $1,068.13 |
| Meals | $125.71 |
| Transportation | $113.85 |
| Travel - Airfare | $811.96 |
| **Total Expenses** | **$2,119.65** |

6. This is GlassRatner's fifth interim fee application. GlassRatner has not received any payments to date in this case from any source, other than the Debtor. GlassRatner received a retainer prepetition from the Debtor, of which $64,334.42 (the "Retainer") remained on the Petition Date.

7. The Court approved on an interim basis GlassRatner's First Interim Fee Application in the amount of $455,109.26 [ECF No. 619] pursuant to which GlassRatner applied its pre-petition retainer and the Debtor paid the balance of the approved fees and costs. The Court approved on an interim basis GlassRatner's Second Interim Fee Application in the amount of $138,392.36 [ECF No. 796] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis GlassRatner's Third Interim Fee Application in the amount of $79,678.50 [ECF No. 940] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis GlassRatner's Fourth Interim Fee Application in the amount of $104,967.50 [ECF No. 1165] pursuant to which the Debtor paid the approved fees and costs. The retainer balance as of June 30 2025 was $0.00

8. With respect to the Bankruptcy Rule 2016(a) requirements for fee applications, the table below indicates amounts billed by and paid to GlassRatner during the Application Period in accordance with the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212]:

///

///

3

CASE NO. 23-30564
DECLARATION OF WEITZ IN SUPPORT OF
GLASSRATNER FIFTH INTERIM FEE APPLICATION

Case: 23-30564    Doc# 1243    Filed: 07/10/25    Entered: 07/10/25 13:23:51    Page 3 of 19

| Period | Amount Billed | Amount Paid | Amount Unpaid |
|---|---|---|---|
| February 1-28, 2025 | $39,136.00 | $31,308.80 | $7,827.20 |
| March 1-31, 2025 | $40,416.00 | $32,332.80 | $8,083.20 |
| April 1-30, 2025 | $80,015.65 | $64,436.45 | $15,579.20 |
| May 1-31, 2025 | $78,551.50 | $0.00 | $78,551.50 |
| Total | $238,119.15 | $128,078.05 | $110,041.10 |

9. With respect to Bankruptcy Rule 2016(b), GlassRatner has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

10. I certify that to the best of my knowledge GlassRatner has complied with the U.S. Trustee's guidelines (the "U.S. Trustee Guidelines").

11. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by my firm's clients.

12. I respectfully submit that all the billings and expenses have been reasonable and necessary in this case and respectfully request that they be approved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8 2025, at New York, New York.

Wayne P. Weitz

**EXHIBIT A**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

March 6, 2025　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice # :　67595

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  February 1, 2025　　through　　February 28, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Wayne P. Weitz | 8.60 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 22.00 | 525.00 |
| David Greenblatt, CPA, CIRA | 19.50 | 575.00 |
| Sean Horner | 20.10 | 425.00 |
| Marilee Greene | 4.40 | 265.00 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 74.60 | $39,136.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.　　Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel. 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---|

### Asset Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/4/2025 | S. Horner | Continue to work on cash analysis | 2.60 |
| 2/5/2025 | S. Horner | Continue to work on cash analysis | 2.20 |
| 2/6/2025 | S. Horner | Continue to work on cash analysis | 1.00 |
|  | S. Horner | Continue to work on cash analysis | 1.50 |
|  | S. Horner | Continue to work on cash analysis | 1.60 |
| 2/11/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.70 |
|  | S. Horner | Continue to work on cash analysis | 0.70 |
|  | S. Horner | Continue to work on cash analysis | 2.20 |
|  | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.70 |
|  | D. Greenblatt | Call with W. Weitz and Debtor re: cash analysis | 1.10 |
|  | D. Greenblatt | Continue to work on cash analysis | 2.90 |
|  | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.70 |
|  | W. Weitz | Call with D. Greenblatt and Debtor re: cash analysis | 1.10 |
| 2/12/2025 | S. Horner | Call with D. Greenblatt and R. Yee re: cash analysis | 0.20 |
|  | S. Horner | Continue to work on cash analysis | 1.50 |
|  | S. Horner | Continue to work on cash analysis | 2.20 |
|  | D. Greenblatt | Call with S. Horner and R. Yee re: cash analysis | 0.20 |
|  | D. Greenblatt | Continue to work on cash analysis | 1.90 |
| 2/13/2025 | S. Horner | Continue to work on cash analysis | 0.70 |
|  | S. Horner | Continue to work on cash analysis | 1.20 |
|  | D. Greenblatt | Continue to work on cash analysis | 2.90 |
| 2/14/2025 | S. Horner | Continue to work on cash analysis | 1.30 |
| 2/24/2025 | S. Horner | Call with W. Weitz, D. Greenblatt & S. Horner re: cash analysis | 0.50 |
|  | D. Greenblatt | Call with W. Weitz, D. Greenblatt & S. Horner re: cash analysis | 0.50 |
|  | D. Greenblatt | Continue to work on cash analysis | 1.90 |
|  | W. Weitz | Review and make edits to cash analysis | 0.40 |
|  | W. Weitz | Call with W. Weitz, D. Greenblatt & S. Horner re: cash analysis | 0.50 |

SUBTOTAL: [ 34.90    17592.50]

### Business Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/4/2025 | W. Weitz | Weekly call with counsel | 1.00 |
| 2/10/2025 | D. Greenblatt | Update professional fee tracker and prepare payment summary for Debtor | 1.60 |
| 2/12/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 1.10 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 1.10 |
| 2/14/2025 | D. Greenblatt | Call with Debtor and Counsel re: case update | 1.10 |
| 2/19/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.50 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.50 |
| 2/26/2025 | W. Weitz | Review Oakland Diocese liquidation analysis | 0.30 |
|  | W. Weitz | Weekly update call with counsel | 1.00 |
| 2/28/2025 | D. Greenblatt | Call with W. Weitz and P. Pascuzzi re: case update | 0.40 |
|  | W. Weitz | Call with D. Greenblatt and P. Pascuzzi re: case update | 0.40 |

SUBTOTAL: [ 9.00    6035.00]

### Employment/Fee Applications

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/10/2025 | M. Greene | Prepare January 2025 Fee Statement | 0.50 |
| 2/11/2025 | M. Greene | Prepare January 2025 Fee Statement | 0.90 |
| 2/12/2025 | W. Weitz | Prepare January 2025 Fee Statement | 0.40 |
| 2/21/2025 | M. Greene | Preparation of 4th Interim Fee Application | 3.00 |
| 2/27/2025 | D. Greenblatt | Preparation and review of 4th Interim Fee Application | 1.10 |
| 2/28/2025 | W. Weitz | Review, finalize 4th Interim Fee App; send to counsel for filing | 0.90 |

SUBTOTAL: [ 6.80    2806.00]

Hours

### Litigation

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/12/2025 | C. Hansen | Prepare the June, July, and August 2024 MOR's for BRG and review the related disbursement spreadsheet provided by K. Kelleher; send to M. Flanagan for review and approval | 2.40 |
|  | C. Hansen | Prepare the September, October, November, and December 2024 MOR's for BRG and review the related disbursement spreadsheet provided by K. Kelleher; send to M. Flanagan for review and approval | 2.90 |
| 2/19/2025 | W. Weitz | Review and email correspondence re: data provided to BRG | 0.30 |

SUBTOTAL: [ 5.60 3015.00]

### Monthly Operating Reports

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/3/2025 | C. Hansen | Update MOR template with bank statements | 0.70 |
|  | C. Hansen | Prepare bank statement and credit card exhibit for MOR | 0.80 |
|  | C. Hansen | Update MOR template for January | 1.20 |
| 2/4/2025 | C. Hansen | Update MOR template with payroll detail; Call with K. Kelsey regarding new form for payroll and insider data | 0.40 |
| 2/6/2025 | C. Hansen | Update MOR template with investment statements | 0.60 |
| 2/10/2025 | C. Hansen | Review cash receipts and disbursement categories prepared by client | 1.00 |
| 2/11/2025 | C. Hansen | Download reports from Intacct for MOR template | 0.60 |
| 2/12/2025 | C. Hansen | Analyze post petition payables for MOR | 1.10 |
|  | C. Hansen | Analyze additional information provided by client and update MOR with same | 1.40 |
| 2/13/2025 | C. Hansen | Update MOR with trial balance transactions | 1.10 |
| 2/14/2025 | C. Hansen | Continue analysis of monthly transactions | 2.60 |
| 2/17/2025 | C. Hansen | Finalize MOR exhibits | 2.10 |
| 2/18/2025 | C. Hansen | Finalize and send MOR exhibits and MOR report to client; Make revisions and finalize | 0.90 |
|  | C. Hansen | Finalize draft of MOR and send to client team for review | 2.20 |
|  | D. Greenblatt | Preparation of January MOR | 1.60 |

SUBTOTAL: [ 18.30 9687.50]



*Formerly known as GlassRatner Advisory & Capital Group LLC*

April 10, 2025  Invoice # : 67953

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period March 1, 2025 through March 31, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 16.70 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 17.70 | 525.00 |
| David Greenblatt, CPA, CIRA | 19.60 | 575.00 |
| Sean Horner | 15.70 | 425.00 |
| Marilee Greene | 0.90 | 265.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 70.60 | $40,416.00 |
| Previous balance |  | $103,191.50 |
| 3/14/2025 Payment - Thank You |  | ($42,867.30) |
| Total payments and adjustments |  | ($42,867.30) |
| Balance due |  | $100,740.20 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.  Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 476.346.6800 Fax: 476.346.6804 | www.brileyfin.com

**Professional Services Detail**

                                                                          Hours

Asset Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 3/24/2025 | D. Greenblatt | Call with W. Weitz and M. Flanagan re: cash analysis | 0.60 |
| | D. Greenblatt | Review and update cash analysis | 1.20 |
| | W. Weitz | Review and comment on cash analysis | 0.30 |
| | W. Weitz | Call with D. Greenblatt and M. Flanagan re: cash analysis | 0.60 |
| 3/26/2025 | S. Horner | Meeting with S. Horner re: certain asset research and analysis | 0.40 |
| | S. Horner | Continue to update cash analysis with updated source information | 0.80 |
| | S. Horner | Preparation of real estate analysis | 3.40 |
| | D. Greenblatt | Continue to update cash analysis | 1.40 |
| | W. Weitz | Continue review of updated cash analysis | 0.20 |
| | W. Weitz | Call with P. Pascuzzi re: asset analysis | 0.20 |
| | W. Weitz | Meeting with S. Horner re: certain asset research and analysis | 0.50 |
| 3/27/2025 | S. Horner | Call w/ W. Weitz, D. Greenblatt, S. Horner Re: Cash Analysis | 0.90 |
| | S. Horner | Continue to work on real estate analysis | 3.00 |
| | S. Horner | Continue to work on real estate analysis | 3.30 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 0.90 |
| | W. Weitz | Call w/ W. Weitz, D. Greenblatt, S. Horner re: Cash Analysis | 0.90 |
| 3/28/2025 | W. Weitz | Follow-up call with D. Greenblatt re: real estate and cash analysis | 0.20 |
| | S. Horner | Continue to work on real estate analysis | 0.60 |
| | S. Horner | Continue to work on real estate analysis | 3.30 |
| | W. Weitz | Research and analysis re: certain assets | 2.50 |
| 3/31/2025 | D. Greenblatt | Update cash analysis and schedules | 2.80 |

    SUBTOTAL:                                                   [      28.00     14825.00]

Business Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 3/5/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.60 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.60 |
| 3/11/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.60 |
| | D. Greenblatt | Update professional fee tracker and prepare payment summary for Debtor | 1.70 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.60 |
| 3/19/2025 | W. Weitz | Weekly update call with counsel | 0.50 |
| 3/25/2025 | D. Greenblatt | Prepare current Ordinary Course Professional report per counsel request | 0.90 |
| 3/28/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: case update | 1.00 |
| | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: case update | 1.00 |

    SUBTOTAL:                                                   [       7.50      4852.50]

Case Administration

| Date | Professional | Description | Hours |
|---|---|---|---|
| 3/11/2025 | W. Weitz | Call with counsel re: certain case strategy | 0.70 |
| 3/13/2025 | W. Weitz | Attendance at hearing re: IRB minutes and Cushman retention | 1.00 |
| 3/24/2025 | W. Weitz | Update call with counsel | 0.30 |

    SUBTOTAL:                                                   [       2.00      1550.00]

Employment/Fee Applications

| Date | Professional | Description | Hours |
|---|---|---|---|
| 3/3/2025 | C. Hansen | Review data for February Fee Statement | 0.30 |
| | W. Weitz | Review, finalize 4th Interim Fee Application; send to counsel for filing | 0.30 |
| 3/4/2025 | M. Greene | Review data and prepare February Fee Statement | 0.90 |
| | C. Hansen | Review revised February Fee Statement | 0.60 |
| 3/6/2025 | W. Weitz | Review February fee statement; send to client for review | 0.20 |

    SUBTOTAL:                                                 [       2.30      1098.50]

|  |  |  | Hours |
|---|---|---|---|
|  | Litigation |  |  |
| 3/17/2025 W. Weitz | Email corr counsel re: certain discovery issues |  | 0.40 |
| 3/20/2025 W. Weitz | Mediation preparation meeting with client and counsel |  | 1.10 |
| 3/25/2025 D. Greenblatt | Attend mediation/working session with Debtor and Counsel |  | 5.10 |
| W. Weitz | Attend Mediation with D. Greenblatt, Debtor and Counsel |  | 4.30 |
|  | SUBTOTAL: | [     10.90 | 7427.50] |
|  | Monthly Operating Reports |  |  |
| 3/3/2025 C. Hansen | Prepare bank statement and exhibit for MOR |  | 0.70 |
| C. Hansen | Update MOR template with bank statements |  | 0.80 |
| C. Hansen | Update MOR template for February |  | 1.10 |
| 3/5/2025 C. Hansen | February 2025 MOR: payroll |  | 0.30 |
| 3/6/2025 C. Hansen | February 2025 MOR: post-petition AP |  | 0.90 |
| 3/7/2025 C. Hansen | February 2025 MOR: insider payment schedule |  | 0.70 |
| C. Hansen | February 2025 MOR: review investment accounts |  | 0.70 |
| C. Hansen | February 2025 MOR: receipts and disbursement schedule |  | 0.90 |
| 3/14/2025 C. Hansen | February 2025 MOR: continue receipts and disbursements |  | 2.40 |
| C. Hansen | February 2025 MOR: prepare exhibits |  | 1.20 |
| C. Hansen | February 2025 MOR: prepare report |  | 1.60 |
| D. Greenblatt | February 2025 MOR: professional fees |  | 1.70 |
| 3/17/2025 C. Hansen | Finalize and send MOR exhibits and MOR report to W. Weitz and D. Greenblatt; Make revisions and finalize |  | 1.10 |
| C. Hansen | Finalize draft of MOR and send to client team for review |  | 2.10 |
| C. Hansen | Finalize MOR exhibits |  | 2.30 |
| W. Weitz | Review February MOR |  | 0.30 |
| 3/21/2025 D. Greenblatt | Finalize February 2025 MOR and send to counsel for filing |  | 1.10 |
|  | SUBTOTAL: | [     19.90 | 10662.50] |

GlassRatner Advisory & Capital Group LLC



*Formerly known as GlassRatner Advisory & Capital Group LLC*

May 13, 2025                                                                                                                    Invoice # :   68181

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period   April 1, 2025   through   April 30, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| David Greenblatt, CPA, CIRA | 43.50 | 575.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 17.80 | 525.00 |
| Marilee Greene | 0.40 | 265.00 |
| Sean Horner | 14.30 | 425.00 |
| Wayne P. Weitz | 44.20 | 775.00 |
| Wayne P. Weitz | 8.00 | 387.50 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 128.20 | $77,896.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---:|
| Lodging | 1,068.13 |
| Meals | 125.71 |
| Transportation | 113.85 |
| Travel -- Air/Rail | 811.96 |
| Total expenses | $2,119.65 |
| | |
| Total amount of this bill | $80,015.65 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.          Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*

3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel. 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---|
| Asset Analysis | | | |
| 4/1/2025 | W. Weitz | Real estate database research | 1.50 |
| 4/3/2025 | D. Greenblatt | Call with W. Weitz, D. Greenblatt, O. Katz and Debtor re: cash and real estate analyses | 1.20 |
|  | D. Greenblatt | Continue to work on and update cash analysis | 1.80 |
|  | W. Weitz | Call with W. Weitz, D. Greenblatt, O. Katz and Debtor re: cash and real estate analyses | 1.20 |
| 4/4/2025 | D. Greenblatt | Continue to work on and update cash analysis | 1.80 |
| 4/8/2025 | D. Greenblatt | Call with W. Weitz re: follow up call after Debtor call | 0.20 |
|  | D. Greenblatt | Call with M. Flanagan re: cash analysis | 0.50 |
|  | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: cash analysis | 0.70 |
|  | D. Greenblatt | Continue to work on and update cash analysis | 1.30 |
|  | W. Weitz | Call with D. Greenblatt re: follow up call after Debtor call | 0.20 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: cash analysis | 0.70 |
| 4/9/2025 | D. Greenblatt | Continue to work on and update cash analysis | 1.20 |
| 4/17/2025 | S. Horner | Continue to update cash analysis | 1.30 |
| 4/18/2025 | S. Horner | Call with W. Weitz, S. Horner re: cash analysis | 0.50 |
|  | S. Horner | Continue to update cash analysis | 2.90 |
|  | W. Weitz | Call with W. Weitz, S. Horner re: cash analysis | 0.50 |
| 4/21/2025 | W. Weitz | Call with S. Horner re: cash analysis | 0.30 |
|  | S. Horner | Call with W. Weitz re: cash analysis | 0.30 |
| 4/23/2025 | S. Horner | Continue to work on cash analysis | 2.30 |
|  | W. Weitz | Call with P. Pascuzzi re: analysis of certain assets | 0.20 |
| 4/24/2025 | S. Horner | Continue to work on restricted cash analysis | 1.90 |
|  | D. Greenblatt | Continue to work on cash analysis | 1.60 |
| 4/25/2025 | W. Weitz | Meeting with client re: real estate assets | 1.00 |
| 4/28/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.30 |
|  | S. Horner | Continue work on restricted cash analysis | 1.60 |
|  | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.30 |
|  | D. Greenblatt | Call with W. Weitz re: restricted cash | 0.40 |
|  | D. Greenblatt | Continue to work on cash analysis | 1.20 |
|  | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.30 |
|  | W. Weitz | Call with D. Greenblatt re: restricted cash | 0.40 |
| 4/30/2025 | W. Weitz | Call with Counsel re: cash analysis | 0.20 |
|  | W. Weitz | Review and update cash analysis | 0.40 |
|  | SUBTOTAL: | | [ 30.20 17080.00] |
| Business Analysis | | | |
| 4/2/2025 | D. Greenblatt | Call with W. Weitz, P. Pascuzzi and T. Phinney re: case update | 0.20 |
|  | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.90 |
|  | W. Weitz | Call with D. Greenblatt, P. Pascuzzi and T. Phinney re: case update | 0.20 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.90 |
| 4/4/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 1.50 |
|  | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 1.10 |
| 4/7/2025 | D. Greenblatt | Update professional fee tracker and provide Debtor with payment summary re: current fees | 1.60 |
| 4/8/2025 | D. Greenblatt | Call with Counsel re: weekly update | 1.00 |
| 4/11/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 1.30 |
|  | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 1.30 |
| 4/16/2025 | D. Greenblatt | Prepare Q1 2024 UST fee calculation for Debtor | 0.30 |
|  | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 1.10 |
|  | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 1.10 |
| 4/30/2025 | D. Greenblatt | Update mediator invoice tracker analysis | 0.60 |
|  | SUBTOTAL: | | [ 13.10 8452.50] |

| | | | | Hours |
|---|---|---|---|---|

### Employment/Fee Applications

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 4/2/2025 | M. Greene | Prepare March Fee Statement | | 0.40 |
| 4/10/2025 | D. Greenblatt | Preparation of March Fee Statement | | 0.80 |
| | W. Weitz | Review March Fee Statement | | 0.30 |
| | SUBTOTAL: | | [ 1.50 | 798.50] |

### Litigation

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 4/9/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: mediation preparation | | 0.80 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: mediation preparation | | 0.80 |
| 4/10/2025 | D. Greenblatt | Begin work on mediation presentation | | 1.80 |
| 4/14/2025 | S. Horner | Preparation of mediation presentation | | 0.70 |
| | S. Horner | Working sessions with W. Weitz and D. Greenblatt to prepare mediation presentation | | 2.50 |
| | D. Greenblatt | Preparation of mediation presentation | | 2.20 |
| | D. Greenblatt | Working sessions with W. Weitz and S. Horner to prepare mediation presentation | | 2.50 |
| | W. Weitz | Preparation of mediation presentation | | 1.60 |
| | W. Weitz | Working sessions with S. Horner and D. Greenblatt to prepare mediation presentation | | 2.50 |
| 4/16/2025 | D. Greenblatt | Call with W. Weitz re: mediation | | 0.30 |
| | W. Weitz | Call with D. Greenblatt re: mediation | | 0.30 |
| | W. Weitz | Mediation presentation: cash analysis calculations | | 0.50 |
| | W. Weitz | Continue work on mediation package | | 1.20 |
| | W. Weitz | Continue preparing mediation presentation (1.5) and call with P. Pascuzzi re: same (0.3) | | 1.50 |
| | W. Weitz | Further work on mediation presentation | | 1.50 |
| 4/17/2025 | W. Weitz | Email correspondence and phone call with Counsel re: certain discovery issues | | 0.20 |
| | W. Weitz | Call with P. Pascuzzi re: modifications to mediation presentation | | 0.50 |
| | W. Weitz | Call with insurance coverage counsel re: certain analyses | | 0.50 |
| | W. Weitz | Call with P. Pascuzzi re: certain cash balances for mediation analysis | | 0.50 |
| | W. Weitz | Additional updates to mediation presentation | | 1.60 |
| 4/18/2025 | D. Greenblatt | Continue to work on mediation presentation | | 1.30 |
| | W. Weitz | Finalize latest draft of mediation package and send to client and Counsel | | 0.40 |
| 4/21/2025 | D. Greenblatt | Call with W. Weitz, UCC Professionals and RPSC Accountant re: RPSC financials | | 0.70 |
| | W. Weitz | Call with M. Flanagan re: mediation preparation | | 0.20 |
| | W. Weitz | Email correspondence with Counsel re: follow-up to conference call with committee FA | | 0.30 |
| | W. Weitz | Call with D. Greenblatt, UCC Professionals and RPSC Accountant re: RPSC financials | | 0.70 |
| 4/22/2025 | D. Greenblatt | Continue to update mediation presentation | | 0.90 |
| | D. Greenblatt | Call with W. Weitz re: mediation presentation | | 1.50 |
| | D. Greenblatt | Call with Counsel and Debtor re: mediation presentation | | 1.60 |
| | W. Weitz | Update mediation presentation | | 0.80 |
| | W. Weitz | Call with D. Greenblatt re: mediation presentation | | 1.50 |
| 4/23/2025 | D. Greenblatt | Call with W. Weitz re: updated numbers for mediation presentation | | 0.20 |
| | W. Weitz | Call with D. Greenblatt re: updated numbers for mediation presentation | | 0.20 |
| | W. Weitz | Mediation presentation updates | | 1.60 |
| | W. Weitz | Onsite meetings with client re: mediation prep and strategy | | 5.40 |
| 4/24/2025 | D. Greenblatt | Participate in mediation via Zoom | | 5.30 |
| | W. Weitz | Participate in mediation | | 7.00 |
| 4/25/2025 | D. Greenblatt | Call with W. Weitz re: mediation | | 0.30 |
| | W. Weitz | Call with D. Greenblatt re: mediation | | 0.30 |
| 4/30/2025 | W. Weitz | Research insurance policy listings and provide to counsel | | 0.30 |
| | SUBTOTAL: | | [ 54.50 | 37237.50] |

| | | | Hours |
|---|---|---|---|

### Monthly Operating Reports

| Date | Person | Description | Hours |
|---|---|---|---|
| 4/1/2025 | C. Hansen | Begin March 2025 MOR: retrieve data from Debtor's accounting system and review | 0.70 |
| | C. Hansen | March 2025 MOR: update workbook | 1.00 |
| 4/3/2025 | C. Hansen | March 2025 MOR: payroll analysis | 0.20 |
| 4/4/2025 | C. Hansen | March 2025 MOR: prepare bank statement exhibits | 0.60 |
| | C. Hansen | March 2025 MOR: update workbook with bank balances | 0.70 |
| 4/7/2025 | C. Hansen | March 2025 MOR: post-petition AP | 1.10 |
| 4/8/2025 | C. Hansen | March 2025 MOR: insider payment schedule | 0.60 |
| | C. Hansen | March 2025 MOR: review investment accounts | 0.80 |
| | C. Hansen | March 2025 MOR: receipts and disbursement schedule | 1.00 |
| 4/14/2025 | C. Hansen | March 2025 MOR: prepare exhibits | 1.10 |
| | C. Hansen | March 2025 MOR: prepare report | 1.80 |
| | C. Hansen | March 2025 MOR: continue receipts and disbursements | 2.60 |
| 4/15/2025 | C. Hansen | Finalize and send MOR exhibits and MOR report to W. Weitz and D. Greenblatt; make revisions and finalize | 1.30 |
| | C. Hansen | March 2025 MOR: finalize draft of MOR and send to client team for review | 1.90 |
| | C. Hansen | March 2025 MOR: finalize exhibits | 2.20 |
| | D. Greenblatt | Preparation of March 2025 MOR | 1.90 |
| 4/16/2025 | W. Weitz | Review March MOR | 0.30 |
| 4/17/2025 | W. Weitz | Call with C. Hansen re: certain disbursements in MOR | 0.20 |
| | C. Hansen | Call with W. Weitz re: certain disbursements in MOR | 0.20 |
| 4/21/2025 | D. Greenblatt | Finalize March 2025 MOR and send to Counsel for filing | 0.70 |

SUBTOTAL: [ 20.90 11227.50]

### Non-working Travel

| Date | Person | Description | Hours |
|---|---|---|---|
| 4/22/2025 | W. Weitz | Travel time PHL-SFO for mediation | 4.00 |
| 4/24/2025 | W. Weitz | Travel time SFO to JFK | 4.00 |

SUBTOTAL: [ 8.00 3100.00]



*Formerly known as GlassRatner Advisory & Capital Group LLC*

June 11, 2025                                                                                     Invoice # :   68427

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  May 1, 2025   through   May 31, 2025

## Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 21.40 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 16.00 | 525.00 |
| David Greenblatt, CPA, CIRA | 52.50 | 575.00 |
| Sean Horner | 53.70 | 425.00 |
| Marilee Greene | 2.10 | 265.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 145.70 | $78,551.50 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.   Tax ID Number: ▮▮▮▮

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

| | | | Hours |
|---|---|---|---:|
| | Asset Analysis | | |
| 5/2/2025 | S. Horner | Continue to work on restricted cash analysis | 1.60 |
| 5/5/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: cash analysis | 0.80 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.50 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: restricted cash | 0.80 |
| 5/6/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 1.10 |
| | S. Horner | Continue to work on restricted cash analysis | 1.10 |
| | S. Horner | Continue to work on restricted cash analysis | 2.90 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.10 |
| | D. Greenblatt | Continue to work on cash analysis | 2.10 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: cash analysis | 1.10 |
| 5/7/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner re: follow up call on restricted cash | 0.20 |
| | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner and R. Yee re: restricted cash | 0.70 |
| | S. Horner | Continue to work on restricted cash analysis | 1.00 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner re: follow up call on restricted cash | 0.20 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner and R. Yee re: restricted cash | 0.70 |
| | D. Greenblatt | Continue to work on cash analysis | 1.60 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner re: follow up call on restricted cash | 0.20 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner and R. Yee re: restricted cash | 0.70 |
| 5/8/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| | S. Horner | Continue to work on restricted cash analysis | 1.90 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner re: restricted cash | 0.50 |
| 5/9/2025 | S. Horner | Continue to work on restricted cash analysis | 1.10 |
| | D. Greenblatt | Continue to work on cash analysis | 1.60 |
| 5/12/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.80 |
| | S. Horner | Continue to update cash analysis | 2.10 |
| | D. Greenblatt | Call with W. Weitz and O. Katz re: cash analysis | 0.70 |
| | D. Greenblatt | Continue to update cash analysis | 1.40 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.80 |
| 5/13/2025 | D. Greenblatt | Continue to work on cash analysis | 2.30 |
| | W. Weitz | Review updated cash analysis | 0.60 |
| 5/14/2025 | S. Horner | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.50 |
| | S. Horner | Continue to work on restricted cash analysis | 1.80 |
| | S. Horner | Continue to review restricted cash | 2.60 |
| | D. Greenblatt | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.50 |
| | D. Greenblatt | Call with Counsel and Debtor re: restricted cash | 0.70 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt, S. Horner, P. Pascuzzi and O. Katz re: restricted cash | 0.50 |
| 5/15/2025 | D. Greenblatt | Call with W. Weitz, Counsel and CASC professionals re: restricted cash | 0.90 |
| | D. Greenblatt | Continue to work on cash analysis | 2.40 |
| | W. Weitz | Call with D. Greenblatt, Counsel and CASC professionals re: restricted cash | 0.90 |
| 5/16/2025 | S. Horner | Continue to work on restricted cash analysis | 0.80 |
| | W. Weitz | Continue to review restricted cash | 0.30 |
| | W. Weitz | Review cash analysis | 0.30 |
| 5/19/2025 | S. Horner | Continue to work on cash analysis | 1.80 |
| 5/20/2025 | S. Horner | Continue to work on cash analysis | 1.90 |
| | D. Greenblatt | Cash and D&L Account research for counsel | 0.50 |
| | W. Weitz | Call with D. Greenblatt and P. Pascuzzi re: cash analysis update | 0.20 |
| | D. Greenblatt | Call with W. Weitz and P. Pascuzzi re: cash analysis update | 0.20 |
| | D. Greenblatt | Call with W. Weitz and P. Pascuzzi re: cash analysis update | 0.20 |
| 5/21/2025 | S. Horner | Continue to work on cash analysis: update format | 0.90 |
| | S. Horner | Continue to work on cash analysis: update footnotes to all schedules | 2.10 |

|            |              |                                                                              | Hours |         |
|------------|--------------|------------------------------------------------------------------------------|-------|---------|
| 5/21/2025  | W. Weitz     | Research re: certain cash accounts                                           | 0.50  |         |
| 5/22/2025  | S. Horner    | Continue to work on cash analysis                                            | 1.10  |         |
|            | S. Horner    | Continue to work on cash analysis: update footnotes                          | 1.80  |         |
| 5/23/2025  | S. Horner    | Continue to work on cash analysis                                            | 1.40  |         |
|            | S. Horner    | Continue to work on cash analysis                                            | 1.80  |         |
|            | D. Greenblatt| Continue working on cash analysis                                            | 2.60  |         |
|            | S. Horner    | Continue to work on cash analysis: format schedules                          | 2.40  |         |
| 5/27/2025  | S. Horner    | Continue to work on cash analysis                                            | 1.10  |         |
|            | D. Greenblatt| Call with W. Weitz, M. Flanagan and Fr. Summerhays re: cash analysis         | 1.40  |         |
|            | D. Greenblatt| Continue to update and edit cash analysis                                    | 2.90  |         |
|            | W. Weitz     | Call with D. Greenblatt, M. Flanagan and Fr. Summerhays re: cash analysis    | 1.40  |         |
|            | S. Horner    | Continue to work on cash analysis                                            | 2.20  |         |
|            | S. Horner    | Continue to work on cash analysis: update format and schedules               | 2.50  |         |
| 5/28/2025  | S. Horner    | Continue to work on cash analysis                                            | 2.20  |         |
|            | S. Horner    | Continue to work on cash analysis                                            | 2.40  |         |
|            | D. Greenblatt| Continue to update cash analysis - review financial and data sources         | 2.70  |         |
|            | D. Greenblatt| Continue to review and edit cash analysis                                    | 3.70  |         |
| 5/29/2025  | S. Horner    | Continue to work on cash analysis                                            | 1.60  |         |
|            | S. Horner    | Continue to work on cash analysis: update calculations                       | 2.50  |         |
|            | D. Greenblatt| Call with W. Weitz and O. Katz re: real estate                               | 0.20  |         |
|            | D. Greenblatt| Call with W. Weitz, Debtor and Counsel re: cash analysis                     | 1.00  |         |
|            | D. Greenblatt| Continue to update cash analysis and analyze restricted cash                 | 2.50  |         |
|            | W. Weitz     | Call with D. Greenblatt and O. Katz re: real estate                          | 0.20  |         |
|            | W. Weitz     | Review cash analysis                                                         | 0.40  |         |
|            | W. Weitz     | Call with D. Greenblatt, Debtor and Counsel re: cash analysis                | 1.00  |         |
|            | W. Weitz     | Call with client and counsel re: certain cash balances                       | 1.00  |         |
| 5/30/2025  | D. Greenblatt| Call with W. Weitz, P. Pascuzzi re: follow up call with CASC professionals   | 0.30  |         |
|            | D. Greenblatt| Call with W. Weitz, P. Pascuzzi and CASC professionals re: restricted accounts| 0.30 |         |
|            | W. Weitz     | Call with D. Greenblatt, P. Pascuzzi and CASC professionals re: restricted accounts | 0.30 |  |
|            | W. Weitz     | Call with D. Greenblatt, P. Pascuzzi re: follow up call with CASC professionals | 0.30 |       |
|            | S. Horner    | Continue to work on cash analysis                                            | 2.80  |         |
|            | SUBTOTAL:    |                                                                        [     | 102.70| 53497.50]|

Business Analysis

|            |              |                                                                              | Hours |         |
|------------|--------------|------------------------------------------------------------------------------|-------|---------|
| 5/1/2025   | D. Greenblatt| Update mediator invoice analysis per Debtor request                          | 2.60  |         |
| 5/2/2025   | D. Greenblatt| Call with W. Weitz, Counsel and Debtor re: weekly update                     | 1.00  |         |
|            | W. Weitz     | Call with D. Greenblatt, Counsel and Debtor re: weekly update                | 1.00  |         |
| 5/6/2025   | D. Greenblatt| Continue to update mediator invoice analysis                                 | 0.90  |         |
| 5/7/2025   | D. Greenblatt| Call with W. Weitz and Counsel re: weekly update                             | 0.80  |         |
|            | W. Weitz     | Call with D. Greenblatt and Counsel re: weekly update                        | 0.80  |         |
| 5/8/2025   | D. Greenblatt| Update professional fee reconciliation worksheet and provide Debtor with current payment summary | 2.20 | |
| 5/9/2025   | D. Greenblatt| Call with W. Weitz, Counsel and Debtor re: weekly update                     | 1.10  |         |
|            | W. Weitz     | Call with D. Greenblatt, Counsel and Debtor re: weekly update                | 1.10  |         |
| 5/13/2025  | D. Greenblatt| Call with W. Weitz and Counsel re: weekly update                             | 0.70  |         |
|            | W. Weitz     | Call with D. Greenblatt and Counsel re: weekly update                        | 0.70  |         |
| 5/16/2025  | D. Greenblatt| Call with W. Weitz, P. Pascuzzi and O. Katz re: prepare for call with Debtor | 0.20  |         |
|            | D. Greenblatt| Call with W. Weitz re: preparation for call with Debtor                      | 0.50  |         |
|            | D. Greenblatt| Call with W. Weitz, Counsel and Debtor re: weekly update                     | 1.10  |         |
|            | W. Weitz     | Call with D. Greenblatt, P. Pascuzzi and O. Katz re: prepare for call with Debtor | 0.20 |      |
|            | W. Weitz     | Call with D. Greenblatt re: preparation for call with Debtor                 | 0.50  |         |
|            | W. Weitz     | Call with D. Greenblatt, Debtor and Counsel re: weekly update                | 1.10  |         |
| 5/22/2025  | W. Weitz     | Call with counsel re: preparation for next mediation session                 | 0.30  |         |
| 5/23/2025  | D. Greenblatt| Call with W. Weitz, Counsel and Debtor re: weekly update                     | 1.00  |         |
|            | W. Weitz     | Call with D. Greenblatt, Counsel and Debtor re: weekly update                | 1.00  |         |
| 5/27/2025  | D. Greenblatt| Call with Counsel re: weekly update                                          | 0.90  |         |
|            | SUBTOTAL:    |                                                                        [     | 19.70 | 12667.50]|

|  |  | Hours |
|---|---|---|

### Employment/Fee Applications

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 5/9/2025 | M. Greene | Prepare April Fee Statement | | 1.10 |
| 5/13/2025 | W. Weitz | Review and finalize April fee statement and send to client | | 0.30 |
|  | M. Greene | Continue to revise April Fee Statement | | 1.00 |
|  | SUBTOTAL: |  | [   2.40 | 789.00] |

### Litigation

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 5/13/2025 | W. Weitz | Review UCC complaint | | 0.60 |
| 5/22/2025 | D. Greenblatt | Call with W. Weitz and A. Cottrell re: discovery matters | | 0.50 |
|  | W. Weitz | Call with D. Greenblatt and A. Cottrell re: discovery matters | | 0.50 |
| 5/29/2025 | W. Weitz | Review order on discovery | | 0.40 |
|  | SUBTOTAL: |  | [   2.00 | 1450.00] |

### Monthly Operating Reports

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 5/9/2025 | C. Hansen | February 2025 MOR: payroll | | 0.30 |
|  | C. Hansen | Update MOR template with bank statements | | 0.90 |
|  | C. Hansen | Update MOR analysis for April data | | 1.00 |
| 5/10/2025 | C. Hansen | Prepare bank statement and exhibit for MOR | | 0.60 |
|  | C. Hansen | April 2025 MOR: insider payment schedule | | 0.60 |
|  | C. Hansen | April 2025 MOR: post-petition AP | | 1.00 |
|  | C. Hansen | April 2025 MOR: receipts and disbursement schedule | | 1.10 |
| 5/12/2025 | C. Hansen | April 2025 MOR: review investment accounts | | 0.80 |
|  | C. Hansen | April 2025 MOR: prepare exhibits | | 1.20 |
|  | C. Hansen | April 2025 MOR: prepare report | | 1.70 |
| 5/13/2025 | C. Hansen | April 2025 MOR: continue receipts and disbursements | | 1.00 |
| 5/15/2025 | C. Hansen | Finalize MOR exhibits | | 1.90 |
|  | C. Hansen | Finalize draft of MOR and send to client team for review | | 2.00 |
|  | C. Hansen | Finalize and send MOR exhibits and MOR report to W. Weitz and D. Greenblatt; Make revisions and finalize | | 1.90 |
| 5/16/2025 | D. Greenblatt | Preparation of April 2025 MOR | | 1.90 |
|  | W. Weitz | Review draft April MOR | | 0.40 |
| 5/20/2025 | D. Greenblatt | Finalize April MOR and send to counsel for filing | | 0.60 |
|  | SUBTOTAL: |  | [  18.90 | 10147.50] |

GlassRatner Advisory & Capital Group LLC