Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com
                mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date:       August 28, 2025<br>Time:       1:30 p.m.<br>Location:   Via ZoomGov<br>Judge:      Hon. Dennis Montali |

**DECLARATION OF PAUL E. GASPARI IN SUPPORT OF FIFTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025**

I, Paul E. Gaspari, declare:

1. I am an attorney duly licensed to practice law in the State of California and a partner with Weintraub Tobin Chediak Coleman Grodin Law Corporation ("Weintraub"), special corporate and litigation attorneys for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. I have been a shareholder of Weintraub since 2012. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying *Fifth Interim Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Allowance of Attorneys' Fees and Reimbursement of Expenses* (the "Application"), and to the best of my knowledge, all statements are true and correct.

3. During the four-month period of February 1, 2025, through and including May 31, 2025, (the "Application Period"), Weintraub billed the Debtor for legal services in the sum of $259,634.00 and reimbursement of expenses in the amount of $793.90 for a total of $260,427.90. The services performed by Weintraub during this case have been specific to its role as special corporate and litigation counsel to the Debtor.

4. The detailed billing statements reflecting Weintraub's time records are attached hereto as **Exhibit A** and record total fees in the amount of $259,634.00 incurred during the Application Period.

5. Attached hereto as **Exhibit B** is a summary of customary and comparable compensation provided by Weintraub describing the blended hourly rates of the various categories of timekeepers that provided services to the Debtor during the Application Period. The summary gives defined terms used in this exhibit the same meanings ascribed to them in ¶ C.3 of the UST Guidelines.

6. Attached hereto as **Exhibit C** is a copy of the "Attorney Fee Budget" agreed upon by and between the Debtor and Weintraub. This exhibit also includes a comparison of budgeted to actual fees sought during the Application Period. Weintraub is not submitting a detailed staffing

plan or summary of fees and hours budgeted compared to fees and hours billed for each project category as this information is privileged and confidential.

7.     A breakdown of the professionals who billed to this case during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Case Administration | 82.00 | $42,640.00 |
| Other Contested Matters | 46.60 | $24,232.00 |
| Claims Administration and Objections | 5.90 | $2,836.00 |
| Fact Investigation/Development | 37.00 | $18,306.50 |
| Analysis/Strategy | 124.00 | $56,677.00 |
| Document/File Management | 14.40 | $4,402.50 |
| Settlement/ADR | 109.50 | $47,742.50 |
| Other Case Assessment, Development, Admin | 6.40 | $2,439.00 |
| Pleadings | 18.70 | $8,338.00 |
| Court Mandated Conferences | 46.40 | $23,147.50 |
| Other Written Motions and Submissions | 4.60 | $1,920.00 |
| Written Discovery | 10.10 | $4,310.00 |
| Document Production | 14.40 | $4,505.00 |
| Depositions | 5.20 | $2,704.00 |
| Expert Witnesses | 0.40 | $208.00 |
| Written Motions and Submissions | 17.40 | $7,880.00 |
| Other Trial Preparations and Support | 12.30 | $6,396.00 |
| Oral Argument | 1.90 | $950.00 |
| **Totals** | **557.20** | **$259,634.00** |

8.     I have used my best billing judgment to allocate the services covered by this interim fee application to task categories listed above.  I will continue to do so going forward on all Weintraub monthly fee notices and interim fee applications.  A brief description of the type of services contained in each category is as follows:

///

Case: 23-30564    Doc# 1246    Filed: 07/10/25    Entered: 07/10/25 13:37:13    Page 3 of 164

a.      The B110 "Case Administration" task code under the ABA model codes includes, in addition to normal case administration matters, coordination and compliance matters, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee, and general creditor inquiries.  This task code was generally used for communications regarding status, document requests, insurance coverage, Rule 2004 issues and discovery issues; review of records, and IRB minutes; preparation for mediation; review of claims and fact sheets.

b.      The B190 "Other Contested Matters" task code under the ABA model includes communications regarding mediators, quinquennial report, and case issues.  The services performed in this category generally include but are not limited to communications regarding mediators, quinquennial report, and case issues; opposition to insurer Rule 2004 request and relief request; review order pertaining to Rule 2004 examination, relief from stay motions, insurance policies, BPM subpoena and discovery issues.

c.      The B310 "Claims Administration and Objections" task code under the ABA model includes but are not limited to communications regarding survivor fact sheets, claim filing issues and late claims; review of claims against schools, protective order stipulation and objections to plans in other diocese cases.

d.      The L110 "Fact Investigation/Development" task code under the UTBMS model includes but are not limited to communications regarding status of discovery production; review of investigation reports, personnel files, accused individuals, Rule 2004 requests, claims; and preparation of claim evaluation chart.

e.      The L120 "Analysis/Strategy" task code under the UTBMS model includes but are not limited to analysis and communications regarding strategies; review of claims and analysis; review of personnel file for discovery request/privileged information; preparation of claim evaluation chart.

f.      The L130 "Expert Consultants" task code consistent with the Uniform Task-Based Management System, which provides that Expert Consultants shall generally include but are not limited to appearance at bankruptcy court hearing regarding state court proceedings.

g.   The L140 "Document/File Management" task code under the UTBMS model includes but are not limited to review and compiling of discovery responses for attorneys; communications regarding records from priests and schools, and rule 2004 requests; update claims chart; review of personnel files.

h.   The L160 "Settlement/Non-Binding ADR" task code under the UTBMS model includes but are not limited to communications regarding mediator, mediation and requested documents; review of personnel files for discovery request; analysis of dated of abuse in claims.

i.   The L190 "Other Case Assessment, Development and Administration" task code under the UTBMS model includes but are not limited to communications regarding insurance coverage, representation of particular plaintiffs; creditor committee requests; review of personnel files.

j.   The L210 "Pleadings" task code under the UTBMS model includes review of filed pleadings; review and analysis of new claims; communications regarding filings, insurance coverage, status of stay; review of claims filed against schools.

k.   The L230 "Court Mandated Conferences" task code under the UTBMS model includes preparing for hearing required by court order or procedural rules; travel to/from Court Ordered Conferences; attending hearing required by court order or procedural rules.

l.   The L430 "Other Written Motions and Submissions" task code under the UTBMS model preparation of declaration in support of motion to extend bankruptcy stay; communications with Debtor counsel regarding bankruptcy stay; and preparation of exhibits.

m.   The L310 "Written Discovery" task code under the UTBMS model includes but are not limited to review of filed pleadings; review and analysis of new claims; communications regarding filings, insurance coverage, status of stay; review of claims filed against schools.

n.   The L320 "Document Production" task code under the UTBMS model includes review and production of personnel files to Committee; organize documents regarding perpetrators for production; code documents for privilege logs; communications with counsel regarding status of production; production of documents.

///

o.     The L330 "Depositions" task code under the UTBMS model includes preparing deposition notices and subpoenas.

p.     The L410 "Fact Witnesses" task code is consistent with the UTBMS, which provides that Fact Witnesses shall consist of the following:  preparation for examination and cross-examination.

q.     The L420 "Expert Witnesses" task code under the UTBMS model includes but are not limited to preparing for examination of expert witness; preparing for cross examination of expert witness.

r.     The L430 "Written Motions and Submissions" task billing code is consistent with the UTBMS which provides that Written Motions and Submissions shall consist of developing and preparing written motions.

s.     The L440 "Trial Preparation and Support" task billing code is consistent with the UTBMS which provides that Other Trial Preparation and Support shall consist of the following: All other time spent in preparing for and supporting a trial, including developing overall trial strategy, preparing opening and closing arguments, establishing an off-site support office, identifying documents for use at trial, preparing demonstrative materials.

t.     The L510 "Appellate Brief" task billing code is consistent with the UTBMS which provides that Appellate Brief shall consist of the following:  research, preparation and review of appellate briefs.

u.     The L530 "Oral Argument" task billing code is consistent with the UTBMS which provides that Oral Argument shall consist of the following:  preparation for Oral Argument, argument, travel and appeals communications.

9.     During the Application Period, Weintraub incurred actual and necessary expenses in the amount of $793.90 as follows:

| Category | Total |
|---|---|
| Filing Fees | $68.75 |
| Service | $532.40 |
| Photocopies | $49.75 |

| | |
|---|---|
| Travel | $143.00 |
| **Total Expenses** | **$793.90** |

10.     This is Weintraub's fifth interim fee motion.  The Court's order on Weintraub's first interim fee application allowed interim payment of $45,869 and costs incurred in the amount of $1,746.15 for the period of August 21, 2023, through January 31, 2024 [ECF No. 623].  The Court's order on Weintraub's second interim fee application allowed an interim payment of $224,480.50 in fees and $142.69 in expenses for the period of February 1, 2024, through May 31, 2024 [ECF No. 798].  This Second Interim Fee Application Order also authorized Weintraub interim compensation for an administrative claim in the amount of $32,314.47 for services provided during the First Interim Application Period.  The Court's order on Weintraub's third interim fee application allowed an interim payment of $282,856.68 in fees and $145.85 in expenses for the period of June 1, 2024, through September 30, 2024 [ECF No. 941].  The Court's order on Weintraub's fourth interim fee application allowed an interim payment of $124,835.00 in fees and $8,575.88 in expenses for the period of October 1, 2024, through January 31, 2025 [ECF No. 1166].  Weintraub received a retainer prepetition from the Debtor, of which $210,754.00 remained on the Petition Date.  The Debtor has paid Weintraub the fees and costs allowed by the interim fee orders from the retainer and payments from the Debtor.

11.     With respect to the Bankruptcy Rule 2016(a) requirements for attorney fee applications, Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], Weintraub has filed and served fee notices for February 2025 [ECF No. 1096], March 2025 [ECF No. 1150], April 2025 [ECF No. 1197], and May 2025 [ECF No. 1222].  No objections were received with respect to the February through May fee notices.  Thus, Weinraub has received payments in the amount of $165,429.60 in fees and $793.90 in costs from the Debtor, allowed by the monthly fee notices for February 2025, March 2025 and April 2025, such that it has been paid 80% of fees and 100% of costs for the outstanding fees for that period.  No payments have yet been received for May 2025 as of the filing

of this application. The unpaid 20% holdback together with the May fees and costs total $94,204.40. The retainer balance as of May 31, 2025, was $8,275.17.

12. With respect to Bankruptcy Rule 2016(b), Weintraub has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

13. I certify that to the best of my knowledge Weintraub has complied with the U.S. Trustee's guidelines ("U.S. Trustee Guidelines").

14. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by the my firm's clients.

With respect to the identity of the billers, the billing includes Daniel C. Zamora (DCZ). Daniel Zamora is a shareholder and a member of the Firm's Litigation and Labor & Employment practice groups. His billing rate during the period covered by this Application was $500 per hour. Zachary M. Smith (ZMS). Zachary Smith is a shareholder and a member of the Firm's Litigation practice group. He is the lawyer who has represented the debtor in the two cases released from the stay for trial. He handled the pre-trial work prior to the filing of the Chapter 11 and will try the two now released cases on behalf of the Debtor. His billing rate during the period covered by this Application was $520.00 per hour. Meagan D. Bainbridge (MDB). Meagan Bainbridge is a shareholder and a member of the Firm's Litigation and Labor & Employment Law practice groups. She is handling the two employment related claims filed against the Debtor post-petition. Her billing rate during the period covered by this Application was $500.00 per hour. Benjamin J. Lewis

Case: 23-30564   Doc# 1246   Filed: 07/10/25   Entered: 07/10/25 13:37:13   Page 8 of 164

(BJLE). Ben Lewis is an associate in the Firm's Litigation group, where he focuses his practice on education, employment, and non-profit/religious entity litigation. His billing rate during the period covered by this Application was $450 and $475 per hour. Carly M. Moran (CMM). Carly Moran is an associate and a member of the Firm's Litigation practice group. Her billing rate during the period covered by this Application was $400.00 per hour. Monica A. Silver (MAS). Monica Silver is an associate in the Firm's Litigation group, and her billing rate during the period covered by this Application was $375 per hour. Roberto G. Cruz (RGC). Roberto is an Associate and a member of the Firm's Litigation practice group. His billing rate during the period covered by this Application was $375.00 per hour.

15. In accordance with UST Guidelines for Large Cases, Weintraub prepared budgets and staffing plans for period during the application which were reviewed with and approved by the Debtor. In addition to the attorneys listed in the staffing plan, in order to timely review all Proofs of Claim and alleged perpetrator personnel files, many of which are voluminous, Weintraub utilized additional attorneys in the firm to undertake basic claim and file review and to identify and locate applicable student and or parish records to evaluate and confirm underlying facts alleged in the Proofs of Claim. These additional attorneys were necessary to timely complete the review project so that the Debtor could produce the material to its insurance carriers to allow the mediation process to timely commence. No duplication of work was involved.

16. As required by the UST Large Case guidelines, Weintraub provides the following:

a. Weintraub did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

b. If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? No, the fees requested were not 10% more than the fees budgeted for the time period.

c. Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? No.

d. Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? No.

e. Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? No.

f. The fee application does include a rate increase since retention. Weintraub, as well as other Debtor professionals hourly rates were adjusted effective January 2025 by the filing of an appropriate notice at ECF No. 929.

17. I respectfully submit that all the billings and expenses have been reasonable and necessary in this case and respectfully request that they be approved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2025, at Sacramento, California.

_____
Paul E. Gaspari

1

**Exhibit A**

2

Weintraub Tobin Invoices

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▆▆▆▆▆▆

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

March 04, 2025
Client:         150363

For Professional Services Rendered Through February 28, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000398 | ▆▆▆▆▆▆▆▆▆▆ v. ▆▆▆▆, et al. | 98500832 | $864.00 | $0.00 | $864.00 |

## *Account Summary*

|  |  |
|--|--|
| Current Charges | $864.00 |
| **Balance Due:** | **$864.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

March 04, 2025
Client:        150363
Matter:        000398
Invoice #:    98500832

Page:            1

RE: ████████████████████ v. ████ et al.

For Professional Services Rendered Through February 28, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/24/2025 | DCZ | Review and analysis of motion to set trial in ████ case in JCCP 5108. [L430 - A104](0.80) | 0.80 | $400.00 |
| 2/24/2025 | PEG | Review of motion to set trial date. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/25/2025 | DCZ | Phone call with ████████ regarding motion to set trial in JCCP 5108. [L110 - A107](0.20) | 0.20 | $100.00 |
| 2/25/2025 | PEG | Call with ████████ regarding motion to release case for trial. [B100 - B190](0.30) | 0.30 | $156.00 |
| | | Total Services | 1.70 | $864.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.70 | $520.00 | $364.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.00 | $500.00 | $500.00 |

| | |
|---|---|
| Total Fees to Date: | $66,431.50 |
| Total Disbursements to Date: | $12,857.12 |
| Total to Date: | $79,288.62 |

The Archdiocese of San Francisco

RE: ██████████████████ v. ████ et al.

March 04, 2025
Client: 150363
Matter: 000398
Invoice #: 98500832

Page: 2

---

| | Current Charges | $864.00 |
|---|---|---|
| | **Balance Due** | **$864.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Other Contested Matters (excluding assumption/re | 0.70 | $364.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $100.00 |
| L430 | Written Motions/Submissions - Review/Analyze | 0.80 | $400.00 |
| | *Total Hours* | *1.70* | |
| | *Total Fees:* | *$864.00* | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

March 04, 2025
Client:            150363

For Professional Services Rendered Through February 28, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | █████ █████ ) v. █████ et al. | 98500815 | $780.00 | $0.00 | $780.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $780.00 |
| **Balance Due:** | **$780.00** |

| | |
|---|---|
| Retainer Balance | $1,216.25 |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



## weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

March 04, 2025
Client:              150363
Matter:             000415
Invoice #:      98500815

Page:                      1

RE: ▮▮▮▮ ( ▮▮▮▮ ) v. ▮▮▮ et al.

For Professional Services Rendered Through February 28, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/21/2025 | ZMS | Receipt and review of Official Creditors' Committee motion for relief from bankruptcy stay of cases of ▮▮ and ▮▮▮▮ as cases ready for trial and review of supporting declarations of ▮▮▮. ▮. ▮▮▮ and ▮▮▮ (1.5). [L440 - A104](1.50) | 1.50 | $780.00 |
| | | Total Services | 1.50 | $780.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 1.50 | $520.00 | $780.00 |

| Total Fees to Date: | $470,131.00 | Current Charges | $780.00 |
|---|---|---|---|
| Total Disbursements to Date: | $141,877.85 | **Balance Due** | **$780.00** |
| Total to Date: | $612,008.85 | | |

The Archdiocese of San Francisco

March 04, 2025
Client:           150363
Matter:           000415
Invoice #:     98500815

Page:                    2

RE: ████████ (██████████████) v. █████ et al.

| | Retainer Balance | | $1,216.25 |
|---|---|---|---|

| Task | Description | Hours | Amount |
|---|---|---|---|
| L440 | Other Preparation/Support - Review/Analyze | 1.50 | $780.00 |
| | Total Hours | 1.50 | |
| | Total Fees: | $780.00 | |


weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:          150363

For Professional Services Rendered Through February 28, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98500833 | $1,832.50 | $0.00 | $1,832.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,113.00 |
| Current Charges | $1,832.50 |
| Less Payments | $324.00 |
| **Balance Due:** | **$3,621.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:           150363
Matter:          000944
Invoice #:    98500833

Page:                    1

RE: Victoria Castro

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/5/2025 | BJLE | Telephone call with Plaintiff's counsel regarding settlement discussions. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/6/2025 | BJLE | Exchange of emails with Paula Carney regarding settlement strategy. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/11/2025 | BJLE | Exchange of emails with Paula Carney regarding settlement strategy. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/14/2025 | BJLE | Prepare for call with Babak Khieri regarding settlement. [L160 - A101](0.20) | 0.20 | $95.00 |
| 2/14/2025 | BJLE | Telephone call with Plaintiff's counsel regarding settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/18/2025 | BJLE | Telephone call with Plaintiff's counsel regarding settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/18/2025 | BJLE | Exchange of messages with Paul Pascuzzi regarding motion to accept settlement in bankruptcy court. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/18/2025 | BJLE | Exchange of emails with Paula Carney regarding settlement. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/18/2025 | BJLE | Preparation of CMC statement. [L230 - A103](0.20) | 0.20 | $95.00 |
| 2/19/2025 | BJLE | Telephone call with Paul Pascuzzi regarding motion to Bankruptcy Court to accept settlement. [L160 - A107](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

March 04, 2025
Client:        150363
Matter:        000944
Invoice #:   98500833

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/24/2025 | BJLE | Exchange of emails with Marizel Bajao regarding status of case and settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/24/2025 | BJLE | Telephone call with Marizel Bajao regarding settlement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 2/24/2025 | BJLE | Exchange of emails with Paula Carney regarding details of settlement, SIR, and relief from stay. [L160 - A106](0.20) | 0.20 | $95.00 |
| 2/24/2025 | CM | Draft Settlement Release Agreement. [L160 - A103](0.90) | 0.90 | $360.00 |
| 2/26/2025 | BJLE | Attend Case Management/Trial Setting Conference. [L230 - A109](0.30) | 0.30 | $142.50 |
| 2/26/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding case management conference. [L230 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 4.00 | $1,832.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 3.10 | $475.00 | $1,472.50 |
| CM | Carly M Moran | ASSOCIATE | 0.90 | $400.00 | $360.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $25,898.50 | Previous Balance | $2,113.00 |
| Total Disbursements to Date: | $8,478.51 | Current Charges | $1,832.50 |
| Total to Date: | $34,377.01 | Less Payments | $324.00 |
| | | **Balance Due** | **$3,621.50** |

The Archdiocese of San Francisco

RE: Victoria Castro

March 04, 2025
Client: 150363
Matter: 000944
Invoice #: 98500833

Page: 3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L160 | Settlement/Non-Binding ADR - Plan & Prepare For | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.90 | $360.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 1.00 | $475.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 1.20 | $570.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 0.20 | $95.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 0.20 | $95.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 0.30 | $142.50 |

| | Total Hours | 4.00 |
|---|---|---|

| | Total Fees: | $1,832.50 |
|---|---|---|



**weintraub | tobin**

weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:        150363

For Professional Services Rendered Through February 28, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98500816 | $558.50 | $0.00 | $558.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $104.00 |
| Current Charges | $558.50 |
| **Balance Due:** | **$662.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:            150363
Matter:          000945
Invoice #:    98500816

Page:                    1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through February 28, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/1/2025 | PEG | Review of memorandum from Jeannie Kim regarding motion for relief from stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/1/2025 | PEG | Review and analysis of motion for relief from stay. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/1/2025 | BJLE | Review of motion for relief from stay. [L210 - A104](0.30) | 0.30 | $142.50 |
| 2/27/2025 | PEG | Review memorandum from Pascuzzi regarding Order releasing stay. [L110 - A103](0.30) | 0.30 | $156.00 |
| | | Total Services | 1.10 | $558.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.80 | $520.00 | $416.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $475.00 | $142.50 |

| | |
|--|--|
| Total Fees to Date: | $4,682.50 |
| Total Disbursements to Date: | $82.50 |
| Total to Date: | $4,765.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

March 04, 2025
Client:        150363
Matter:       000945
Invoice #:   98500816

Page:              2

| | |
|---|---|
| Previous Balance | $104.00 |
| Current Charges | $558.50 |
| **Balance Due** | **$662.50** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Other Contested Matters (excluding assumption/re | 0.50 | $260.00 |
| L110 | Fact Investigation/Development - Draft/Revise | 0.30 | $156.00 |
| L210 | Pleadings - Review/Analyze | 0.30 | $142.50 |
| | *Total Hours* | *1.10* | |
| | *Total Fees:* | *$558.50* | |


weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▓▓▓▓▓

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

March 04, 2025
Client:          150363

For Professional Services Rendered Through February 28, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000982 | ▓▓▓▓▓▓▓▓ | 98500834 | $1,820.00 | $0.00 | $1,820.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,035.00 |
| Current Charges | $1,820.00 |
| **Balance Due:** | **$3,855.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:          150363
Matter:          000982
Invoice #:   98500834

Page:                    1

RE: ███████████

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/3/2025 | DCZ | Phone call with Paula Carney regarding case strategy. [L120 - A106](0.20) | 0.20 | $100.00 |
| 2/4/2025 | DCZ | Review and analysis of employee handbook for arbitration policy. [L110 - A104](0.40) | 0.40 | $200.00 |
| 2/5/2025 | DCZ | Review and analysis of ministerial exception law in advance of discussion with claimant's counsel. [L120 - A104](1.40) | 1.40 | $700.00 |
| 2/5/2025 | JMS | Conducted legal research re the ministerial exception as applied to preschool teachers. [L190 - A102](1.30) | 1.30 | $520.00 |
| 2/6/2025 | DCZ | Phone call with Paula Carney regarding strategy for introductory call with claimant's counsel. [L120 - A106](0.30) | 0.30 | $150.00 |
| 2/6/2025 | DCZ | Initial phone call with plaintiff's counsel regarding claims. [L110 - A107](0.30) | 0.30 | $150.00 |
| | | Total Services | 3.90 | $1,820.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.60 | $500.00 | $1,300.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮

March 04, 2025
Client:        150363
Matter:        000982
Invoice #:   98500834

Page:            2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JMS | Jacqueline M. Simonovich | ASSOCIATE | 1.30 | $400.00 | $520.00 |

| | | |
|---|---|---|
| Total Fees to Date: | $3,855.00 | |
| Total Disbursements to Date: | $0.00 | |
| Total to Date: | $3,855.00 | |

| | |
|---|---|
| Previous Balance | $2,035.00 |
| Current Charges | $1,820.00 |
| **Balance Due** | **$3,855.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Review/Analyze | 0.40 | $200.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.30 | $150.00 |
| L120 | Analysis/Strategy - Review/Analyze | 1.40 | $700.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.50 | $250.00 |
| L190 | Other - Research | 1.30 | $520.00 |
| | **Total Hours** | **3.90** | |
| | **Total Fees:** | | **$1,820.00** |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:        150363

For Professional Services Rendered Through February 28, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000983 | ████ AKA ████ V. ████ | 98500835 | $1,700.00 | $0.00 | $1,700.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $950.00 |
| Current Charges | $1,700.00 |
| **Balance Due:** | **$2,650.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

March 04, 2025
Client:          150363
Matter:          000983
Invoice #:     98500835

Page:                    1

RE: ████████ AKA ████████ V. ████████

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/19/2025 | DCZ | Drafted correspondence to Paula Carney regarding ████████. [L140 - A106](0.20) | 0.20 | $100.00 |
| 2/25/2025 | DCZ | Review and analysis of background factual summary from client. [L110 - A104](0.40) | 0.40 | $200.00 |
| 2/27/2025 | DCZ | Review and analysis of ████ file from ██ ████████. [L110 - A104](0.60) | 0.60 | $300.00 |
| 2/27/2025 | DCZ | Phone call with Paula Carney regrading ████████. [L120 - A106](0.50) | 0.50 | $250.00 |
| 2/27/2025 | DCZ | Phone call to claimant's counsel regarding initial case discussion. [L120 - A107](0.20) | 0.20 | $100.00 |
| 2/27/2025 | DCZ | Review and analysis of materials related to restraining order and marriage dissolution of parents. [L110 - A104](0.30) | 0.30 | $150.00 |
| 2/28/2025 | DCZ | Drafted correspondence to ████████ regarding ████████ and ████████. [L120 - A103](0.40) | 0.40 | $200.00 |
| 2/28/2025 | DCZ | Phone call with ████████ regrading initial case discussion. [L120 - A108](0.50) | 0.50 | $250.00 |
| 2/28/2025 | DCZ | Phone call with Paula Carney regarding ████████ with ████████ regarding ████. [L120 - A106](0.30) | 0.30 | $150.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮ AKA ▮▮▮▮▮▮▮▮▮▮▮ V. ▮▮▮▮▮▮▮▮▮▮▮

March 04, 2025
Client: 150363
Matter: 000983
Invoice #: 98500835

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| | | Total Services | 3.40 | $1,700.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 3.40 | $500.00 | $1,700.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $2,650.00 | Previous Balance | $950.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $1,700.00 |
| Total to Date: | $2,650.00 | **Balance Due** | **$2,650.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Review/Analyze | 1.30 | $650.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.40 | $200.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.80 | $400.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.50 | $250.00 |
| L140 | Document/File Management - Communicate w/Clie | 0.20 | $100.00 |

The Archdiocese of San Francisco

RE: ████████ AKA ████████████ V. ████████████

March 04, 2025
Client:           150363
Matter:          000983
Invoice #:    98500835

Page:                    3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Total Hours | 3.40 | |
| | Total Fees: | | $1,700.00 |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

March 04, 2025
Client:          150363

For Professional Services Rendered Through February 28, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98500837 | $62,578.00 | $118.00 | $62,696.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $86,182.20 |
| Current Charges | $62,696.00 |
| Less Payments | $25,199.20 |
| **Balance Due:** | **$123,679.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: Bankruptcy

March 04, 2025
Client:       150363
Matter:       900036
Invoice #:    98500837

Page:              1

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/1/2025 | AAM | Review personnel file for purposes of production pursuant to Rule 2004 discovery requests and for issues of privilege and privacy. [L140 - A104](1.80) | 1.80 | $810.00 |
| 2/1/2025 | PEG | Exchange with Paula Carney regarding the ████ ████. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/1/2025 | PEG | Call with Judge Buckley regarding committee motion. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/1/2025 | PEG | Review of memorandum from Judge Buckley regarding Sonchi recommendation. Preparation of memorandum to Paula Carney regarding ████. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/2/2025 | AAM | Review personnel file for purposes of production pursuant to Rule 2004 discovery requests and for issues of privilege and privacy. [L140 - A104](2.00) | 2.00 | $900.00 |
| 2/2/2025 | PEG | Zoom call with Fr. Summerhays, Paula Carney and Peter Marlow regarding drafting response to mediators and Committee. [B100 - B190](0.60) | 0.60 | $312.00 |
| 2/2/2025 | PEG | Drafting of response to mediators in response to questions regarding policies and procedures for child protection. [B100 - B190](0.50) | 0.50 | $260.00 |
| 2/2/2025 | PEG | Finalize response to mediators. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/2/2025 | PEG | Exchange of further emails with Paula Carney and Fr. Summerhays. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:        150363
Matter:        900036
Invoice #:   98500837

Page:            2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/2/2025 | PEG | Completion of response to mediators. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/2/2025 | PEG | Review of reply from Judge Buckley regarding Independent Review Board selection. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/2/2025 | PEG | Review of replies from Judge Shonchi and Tim Gallagher. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/2/2025 | PEG | Continued email exchanges with Paula Carney and Fr. Summerhays regarding ██████████ . [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/2/2025 | PEG | Preparation of initial draft of response to Judge Sonchi and Judge Buckley. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/2/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](5.40) | 5.40 | $2,025.00 |
| 2/3/2025 | DCZ | Phone call with Steve Greene regarding trial setting of bankruptcy cases. [L120 - A107](0.50) | 0.50 | $250.00 |
| 2/3/2025 | DCZ | Phone call with bankruptcy counsel regarding lift stay issues. [L110 - A107](0.50) | 0.50 | $250.00 |
| 2/3/2025 | PEG | Call with Judge Buckley regarding Committee motion to publish. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/3/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Paul Pascuzzi and Ori Katz regarding ██████████ . [B100 - B190](0.60) | 0.60 | $312.00 |
| 2/3/2025 | PEG | Preparation of memorandum to Pascuzzi, Katz and Carney regarding ██████████ . [B300 - B310](0.30) | 0.30 | $156.00 |
| 2/3/2025 | PEG | Call with Pascuzzi and Katz regarding plaintiffs' efforts to hold stay does not apply to affiliates. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/3/2025 | PEG | Review of correspondence from ██████████ seeking relief from stay to pursue cemetery corporation. [B100 - B110](0.30) | 0.30 | $156.00 |
| 2/3/2025 | PEG | Call with Pascuzzi, Katz , Weinstein and Judge Buckley regarding mediation issues and need for progress. [B100 - B110](0.50) | 0.50 | $260.00 |
| 2/3/2025 | PEG | Further email exchange with Paula Carney regarding ██████████ . [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/3/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](1.10) | 1.10 | $412.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:        150363
Matter:        900036
Invoice #:     98500837

Page:              3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/3/2025 | BGON | Code documents for Privilege log.  Organize production documents and run document production and draft of privilege log for ▮▮▮▮ file. [L320 - A103](1.40) | 1.40 | $315.00 |
| 2/3/2025 | BGON | Organize of production documents and run document production of ▮▮▮▮ file. [L320 - A103](0.70) | 0.70 | $157.50 |
| 2/4/2025 | DCZ | Drafting correspondence to carriers regarding stipulating to extend the five-year statute. [L120 - A108](0.90) | 0.90 | $450.00 |
| 2/4/2025 | DCZ | Phone call with insurance coverage regarding extending five-year statue. [L120 - A107](0.30) | 0.30 | $150.00 |
| 2/4/2025 | DCZ | Phone call with Peter Califano regarding stipulation to extend five-year statue. [L120 - A108](0.40) | 0.40 | $200.00 |
| 2/4/2025 | DCZ | Phone call with Paul Pascuzzi regarding stipulation to extend five-year statue. [L120 - A107](0.30) | 0.30 | $150.00 |
| 2/4/2025 | DCZ | Phone call with ▮▮▮▮ regarding motion to unredact IRB minutes. [L120 - A108](0.40) | 0.40 | $200.00 |
| 2/4/2025 | RGC | Review of ▮▮▮▮ personnel file for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](0.90) | 0.90 | $337.50 |
| 2/4/2025 | BGON | Initial review of ▮▮▮▮ personnel files in preparation for document production. [L140 - A104](1.80) | 1.80 | $405.00 |
| 2/4/2025 | BGON | Initial review of ▮▮▮▮ personnel files in preparation for document production. [L140 - A104](2.20) | 2.20 | $495.00 |
| 2/5/2025 | DCZ | Final drafting of letter to carriers on stipulating to extend five-year statue for ▮▮▮▮. [L120 - A108](0.20) | 0.20 | $100.00 |
| 2/5/2025 | DCZ | Drafted correspondence to ▮▮▮▮ regarding ▮▮▮▮ case status. [L120 - A108](0.30) | 0.30 | $150.00 |
| 2/5/2025 | PEG | Review of memorandum from Judge Buckley regarding carrier "ask". [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/5/2025 | MAS | Correspondence with Paula Carney regarding ▮▮▮▮ ▮▮▮▮. [L320 - A106](0.20) | 0.20 | $75.00 |
| 2/5/2025 | RGC | Review of ▮▮▮▮ personnel file for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](2.60) | 2.60 | $975.00 |
| 2/5/2025 | BGON | Organize ▮▮▮▮, ▮▮▮▮ and ▮▮▮▮ personnel files and load to Relativity. [L140 - A104](2.30) | 2.30 | $517.50 |
| 2/6/2025 | DCZ | Review and analysis of JCCP 5108 case matrices for meet and confer with plaintiffs' counsel about bankruptcy stay issues. [L110 - A104](1.30) | 1.30 | $650.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:       150363
Matter:       900036
Invoice #:    98500837

Page:              4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/6/2025 | DCZ | Case Management Conference call with ██████ ████████ regarding request to set trial against ██████ in JCCP 5108. [L230 - A108](0.50) | 0.50 | $250.00 |
| 2/6/2025 | DCZ | Conference call with ████████ regarding effect of stay in JCCP 5108 cases. [L120 - A107](1.50) | 1.50 | $750.00 |
| 2/6/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding outcome of meet and confer discussion in JCCP 5108. [L120 - A103](0.30) | 0.30 | $150.00 |
| 2/6/2025 | DCZ | Drafting response to plaintiff's counsel regarding request to lift stay and set trail. [L120 - A103](0.80) | 0.80 | $400.00 |
| 2/6/2025 | DCZ | Drafting proposed response to ██████████████. [L120 - A108](0.30) | 0.30 | $150.00 |
| 2/6/2025 | PEG | Review of email from Katz regarding extension of stay to affiliates. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/6/2025 | PEG | Review and comment on draft media statement regarding committee motion. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/6/2025 | PEG | Review of Katz' response to request for stay relief. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/6/2025 | PEG | Review of Committee motion to publish claims data and Independent Review Board minutes. [B100 - B190](0.80) | 0.80 | $416.00 |
| 2/7/2025 | DCZ | Drafted correspondence to ██████████ agreeing to extend five-year statute. [L120 - A108](0.20) | 0.20 | $100.00 |
| 2/7/2025 | DCZ | Review and analysis of Creditors Committee's motion to publish aggregated claims data and IRB minutes. [L120 - A104](0.50) | 0.50 | $250.00 |
| 2/7/2025 | DCZ | Conference call with client regarding bankruptcy and litigation status. [L120 - A106](1.00) | 1.00 | $500.00 |
| 2/7/2025 | DCZ | Drafted correspondence to other counsel in JCCP 5108 regarding briefing on stay issues in JCCP 5108. [L120 - A107](0.20) | 0.20 | $100.00 |
| 2/7/2025 | PEG | Review of reply from Paula regarding ██████████. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/7/2025 | PEG | Review of Pascuzzi edits to media statement. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/7/2025 | PEG | Review of Pascuzzi memorandum regarding parish alienation of property. [B100 - B110](0.30) | 0.30 | $156.00 |
| 2/8/2025 | PEG | Review of Committee brief regarding insurance assignments in Oakland plan. [B100 - B110](0.40) | 0.40 | $208.00 |
| 2/8/2025 | PEG | Exchange with Weinstein regarding Bair request to remove confidential designation from policies. [B100 - B110](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:          150363
Matter:          900036
Invoice #:    98500837

Page:                    5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/9/2025 | PEG | Review of email from Judge Buckley regarding preparation for next mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/10/2025 | DCZ | Drafting correspondence to Peter Califano regarding status of stay discussion. [L230 - A103](0.30) | 0.30 | $150.00 |
| 2/10/2025 | PEG | Edit reply to ▮▮▮▮. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/10/2025 | PEG | Review of demand from plaintiff in ▮▮▮▮▮ ▮▮▮▮ claim for relief from stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/10/2025 | MAS | Further prepare additional analysis of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.30) | 0.30 | $112.50 |
| 2/10/2025 | RGC | Review comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](5.90) | 5.90 | $2,212.50 |
| 2/11/2025 | DCZ | Drafting brief related to case management issues involving RCASF affiliates in JCCP 5108. [L230 - A103](2.80) | 2.80 | $1,400.00 |
| 2/11/2025 | DCZ | Conference call with client regarding relief from stay issues in JCCP 5108. [L230 - A106](0.80) | 0.80 | $400.00 |
| 2/11/2025 | PEG | Review of Oakland stay order and exchange with Ori Katz regarding same. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/11/2025 | PEG | Review of email from Pascuzzi regarding proposed late claim. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/11/2025 | PEG | Call with Katz, Pascuzzi, Weinstein, Carney, Zamora and Fr. Summerhays regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. [B100 - B110](0.70) | 0.70 | $364.00 |
| 2/11/2025 | MAS | Correspondence with Kevin Cifarelli regarding request for pleadings. [L110 - A107](0.50) | 0.50 | $187.50 |
| 2/12/2025 | DCZ | Phone call with Steve Greene regarding relief from stay issues in JCCP 5108. [L230 - A107](0.30) | 0.30 | $150.00 |
| 2/12/2025 | PEG | Memo from Rick Simons re stay relief for "Bucket 2" cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/12/2025 | PEG | Follow up call with Weinstein re Oakland stay order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/12/2025 | PEG | Call with Pascuzzi re strategies for calls with Paula and Fr Summerhays and then with mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/12/2025 | MAS | Correspondence with Paula Carney regarding ███████████ ██████████████████████. [L160 - A107](0.50) | 0.50 | $187.50 |
| 2/12/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](2.00) | 2.00 | $750.00 |
| 2/12/2025 | MAS | Correspondence with Rob Harris regarding requests for information of student records from ███████████ ██████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding requests for information of student records from ██████ ███████████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ███████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:        150363
Matter:        900036
Invoice #:     98500837

Page:              7

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮ , ▮▮▮▮ , and ▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/12/2025 | MAS | Correspondence with ▮▮▮▮▮▮▮ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:      150363
Matter:      900036
Invoice #:   98500837

Page:            8

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/12/2025 | RGC | Continued review and comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](5.30) | 5.30 | $1,987.50 |
| 2/13/2025 | DCZ | Phone call with affiliates' counsel about trial and discovery issues in JCCP 5108. [L230 - A107](0.50) | 0.50 | $250.00 |
| 2/13/2025 | DCZ | Phone call with ███████ regarding ████ meet and confer issues. [L230 - A107](0.50) | 0.50 | $250.00 |
| 2/13/2025 | DCZ | Further drafting of briefing on JCCP 5108 issues. [L230 - A103](0.40) | 0.40 | $200.00 |
| 2/13/2025 | DCZ | Conference call with bankruptcy counsel and insurance counsel about case management issues in JCCP 5108. [L230 - A107](0.80) | 0.80 | $400.00 |
| 2/13/2025 | PEG | Exchange with Amanda Cottrell regarding response to Committee motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/13/2025 | PEG | Review of Greenblatt updated cash availability analysis. [B100 - B110](0.40) | 0.40 | $208.00 |
| 2/13/2025 | MAS | Further correspondence with █████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/13/2025 | MAS | Further correspondence with ████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/13/2025 | MAS | Further correspondence with ███████████ and ████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.30) | 0.30 | $112.50 |
| 2/13/2025 | MAS | Telephone conference with █████████ regarding request for additional information regarding unknown perpetrators in proofs of claim for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/13/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.50) | 0.50 | $187.50 |
| 2/13/2025 | MAS | Further correspondence with █████████ and █████ regarding requests for information of student records from ████████████████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.40) | 0.40 | $150.00 |
| 2/13/2025 | BGON | Review ██████████ student files,. [L140 - A104](1.50) | 1.50 | $337.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 9

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/14/2025 | DCZ | Review and analysis of bucket two list in JCCP 5108 involving claims against ███. [L230 - A104](1.20) | 1.20 | $600.00 |
| 2/14/2025 | DCZ | Conference call with client regarding strategy for global mediation. [L160 - A106](1.20) | 1.20 | $600.00 |
| 2/14/2025 | DCZ | Phone call with Peter Califano regarding status of JCCP 5108 issues. [L230 - A107](0.40) | 0.40 | $200.00 |
| 2/14/2025 | PEG | Weekly status call with Fr. Summerhays, Paula Carney, Katz, Pascuzzi and Weinstein. [B100 - B110](1.20) | 1.20 | $624.00 |
| 2/14/2025 | PEG | Review of email from Judge Buckley regarding attendance at next mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/14/2025 | PEG | Review and suggested edit to reply to Stang regarding Vatican communications. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/14/2025 | PEG | Review of Weinstein's "table" of carrier "asks". [B100 - B110](0.40) | 0.40 | $208.00 |
| 2/14/2025 | MAS | Further correspondence with ███████ and ███ ███ regarding requests for information of student records from ██████████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.50) | 0.50 | $187.50 |
| 2/14/2025 | MAS | Further correspondence with ████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/14/2025 | MAS | Telephone call from ██████████ regarding requests for information of student records from ██████████ for purposes of gathering information for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/14/2025 | MAS | Further correspondence with ████████ regarding claims naming unknown perpetrators for purposes of gathering information for ongoing mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/14/2025 | RGC | Continued reivew and comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](0.90) | 0.90 | $337.50 |
| 2/16/2025 | RGC | Continued review and comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](1.90) | 1.90 | $712.50 |
| 2/17/2025 | DCZ | Conference call with Judge Daniel Buckley regarding status of global mediation. [L160 - A108](0.30) | 0.30 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:        150363
Matter:        900036
Invoice #:     98500837

Page:             10

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/17/2025 | PEG | Call with mediators regarding upcoming session. [B100 - B110](0.50) | 0.50 | $260.00 |
| 2/17/2025 | PEG | Exchange of follow up emails with Katz and Pascuzzi. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/17/2025 | PEG | Call with Amanda Cottrell regarding opposition to committee motion. [B100 - B190](0.50) | 0.50 | $260.00 |
| 2/17/2025 | PEG | Review of Simons' draft case management conference statement regarding relief from stay issues. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/17/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.30) | 0.30 | $112.50 |
| 2/17/2025 | MAS | Review documents concerning student records from ██ ███████████ for additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](3.00) | 3.00 | $1,125.00 |
| 2/17/2025 | RGC | Continued review and comparison of proof of claims and accused individual assignment sheets to determine credibility of claims for purposes of carrier requests. [L160 - A104](5.90) | 5.90 | $2,212.50 |
| 2/18/2025 | AAM | Review personnel file of ████████ for purposes of production pursuant to Rule 2004 discovery requests and for issues of privilege and privacy. [L140 - A104](1.00) | 1.00 | $450.00 |
| 2/18/2025 | PEG | Review of memorandum from Fr. Summerhays regarding meeting with Archbishop. [B100 - B110](0.20) | 0.20 | $104.00 |
| 2/18/2025 | PEG | Zoom meeting with Archbishop Cordeleone, Fr. Summerhays, Paula Carney, Michael Flanagan and Paul Pascuzzi to review ongoing issues in proceeding and mediation. [B100 - B110](1.30) | 1.30 | $676.00 |
| 2/18/2025 | MAS | Correspondence with Paula Carney regarding ████████ ████████████████████. [L160 - A106](0.30) | 0.30 | $112.50 |
| 2/18/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](5.80) | 5.80 | $2,175.00 |
| 2/18/2025 | MAS | Further review documents concerning student records from ████████████ for additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](2.50) | 2.50 | $937.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 11

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/19/2025 | DCZ | Drafting correspondence to client regarding motion for relief from stay discussions relating to ▮▮▮▮▮ cases. [L230 - A103](0.40) | 0.40 | $200.00 |
| 2/19/2025 | DCZ | Phone call with counsel for the Diocese of Oakland regarding stay issues in JCCP 5108. [L230 - A107](0.50) | 0.50 | $250.00 |
| 2/19/2025 | DCZ | Further drafting of case management conference statement for JCCP 5108. [L230 - A103](1.00) | 1.00 | $500.00 |
| 2/19/2025 | PEG | Email exchange with Ori Katz regarding Committee relief from stay motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/19/2025 | PEG | Review of Simons' edits to Case Management Conference statement arguing that unincorporated parishes are unincorporated associations and not subject to stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/19/2025 | PEG | Review and edit Katz' draft inserts to JCCP 5108 Case Management Conference statement regarding scope of automatic stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/19/2025 | PEG | Review of comments on draft inserts from Pascuzzi and Weinstein. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/19/2025 | PEG | Review of revised redlines to Case Management Conference statement in JCCP 5108 on stay arguments. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/19/2025 | BJLE | Preparation of response to Paul Pascuzzi regarding confirming proofs of claim made against ▮▮▮▮▮ ▮▮▮▮▮ were filed complaints in state court. [L110 - A107](1.50) | 1.50 | $675.00 |
| 2/19/2025 | MAS | Further prepare analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](2.00) | 2.00 | $750.00 |
| 2/19/2025 | MAS | Correspondence with Kevin Cifarelli regarding matters included in global mediation of claims. [L120 - A107](0.50) | 0.50 | $187.50 |
| 2/20/2025 | DCZ | Further drafting of briefing on issues in JCCP 5108. [L230 - A103](1.80) | 1.80 | $900.00 |
| 2/20/2025 | DCZ | Attended continued bankruptcy global mediation. [L160 - A109](7.10) | 7.10 | $3,550.00 |
| 2/20/2025 | PEG | Review, edit and comment on draft Opposition to Committee motion to publish claims data. [B100 - B190](0.60) | 0.60 | $312.00 |
| 2/20/2025 | PEG | Appearance at mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](6.50) | 6.50 | $3,380.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 12

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 2/20/2025 | PEG | Further research and preparation of edits of draft Opposition to Committee motion to publish data. [B100 - B190](0.80) | 0.80 | $416.00 |
| 2/20/2025 | PEG | Follow up call with Paula Carney regarding ███████. [B100 - B110](0.30) | 0.30 | $156.00 |
| 2/20/2025 | MAS | Correspondence with Paula Carney regarding █████████ for ████████. [L160 - A106](0.20) | 0.20 | $75.00 |
| 2/20/2025 | MAS | Correspondence with Paula Carney regarding █████████. [L160 - A106](0.40) | 0.40 | $150.00 |
| 2/20/2025 | MAS | Correspondence with ████████ regarding additional information for unknown perpetrator claim for purposes of ongoing global mediation process. [L160 - A107](0.20) | 0.20 | $75.00 |
| 2/21/2025 | DCZ | Conference call with client regarding status of global mediation discussions. [L160 - A106](1.10) | 1.10 | $550.00 |
| 2/21/2025 | PEG | Review of committee motion for relief from stay and supporting declaration. [B100 - B190](0.80) | 0.80 | $416.00 |
| 2/21/2025 | PEG | Review of further insert to opposition to motion to publish regarding constitutional argument. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/21/2025 | PEG | Exchange with Weinstein regarding notification to carriers of committee motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/21/2025 | PEG | Review of final draft of Opposition to Committee motion to publish. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/22/2025 | PEG | Call with Weinstein regarding committee motion for relief from stay. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/23/2025 | PEG | Review of email from Pascuzzi regarding further edits to Opposition to Committee motion to publish. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/24/2025 | PEG | Exchange with Amanda Cottrell regarding production of Independent Review Board minutes in JCCP 5108. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/25/2025 | DCZ | Drafting pleading regrading status of five-year statue in JCCP 5108. [L210 - A103](0.80) | 0.80 | $400.00 |
| 2/25/2025 | DCZ | Drafted correspondence to Archdiocese bankruptcy counsel regarding case management issues in JCCP 5108. [L230 - A103](0.80) | 0.80 | $400.00 |
| 2/25/2025 | PEG | Call with Amanda Cottrell regarding finalization of Opposition. [B100 - B190](0.30) | 0.30 | $156.00 |
| 2/26/2025 | DCZ | Conference call with all ADSF attorneys discussing bankruptcy strategy issues. [L120 - A106](1.00) | 1.00 | $500.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 13

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/26/2025 | DCZ | Conference call with co-defendant's counsel about JCCP 5108 case management conference issues. [L230 - A107](0.50) | 0.50 | $250.00 |
| 2/26/2025 | DCZ | Review and analysis of JCCP 5108 materials in preparation for case management conference. [L230 - A104](0.90) | 0.90 | $450.00 |
| 2/26/2025 | PEG | Attend debtor professionals call, in particular to address relief from stay issues. [B100 - B110](1.00) | 1.00 | $520.00 |
| 2/26/2025 | PEG | Appear at Case Management Conference in JCCP 5108 regarding discussion of extent of bankruptcy stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 2/27/2025 | DCZ | Phone call with counsel about bankruptcy process request of Judge Chatterjee for Bucket Two cases. [L230 - A107](0.40) | 0.40 | $200.00 |
| 2/27/2025 | PEG | Call from Pascuzzi regarding hearing on Committee's motion. [B100 - B190](0.20) | 0.20 | $104.00 |
| 2/27/2025 | MAS | Further prepare additional analysis of proofs of claim for information requested by carriers for purposes of ongoing global mediation of claims. [L160 - A104](0.40) | 0.40 | $150.00 |
| 2/28/2025 | DCZ | Phone call with counsel regarding outcome of case management conference in JCCP 5108. [L230 - A108](0.30) | 0.30 | $150.00 |
| 2/28/2025 | PEG | Weekly status call with fr Summerhays, Paula Carney, Michael Flanagan, Paul Pascuzzi and Barry Weinstein, re Committee motions, mediation issues and settlement strategy. [B100 - B110](0.90) | 0.90 | $468.00 |
| 2/28/2025 | PEG | Review CMC Order re scope of bankruptcy stay in 5108. [B100 - B110](0.30) | 0.30 | $156.00 |
| | | Total Services | 144.30 | $62,578.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 33.90 | $520.00 | $17,628.00 |
| AAM | Audrey A. Millemann | SHAREHOLDER | 4.80 | $450.00 | $2,160.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 36.50 | $500.00 | $18,250.00 |
| RGC | Roberto Cruz | ASSOCIATE | 23.40 | $375.00 | $8,775.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.50 | $450.00 | $675.00 |
| MAS | Monica Silver | ASSOCIATE | 34.30 | $375.00 | $12,862.50 |
| BGON | Brian Gonzaga | PARALEGAL | 9.90 | $225.00 | $2,227.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client:        150363
Matter:        900036
Invoice #:     98500837

Page:              14

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 2/14/2025 | Daniel Zamora- Travel/- 1/28 - 1/29/2024 Parking and mileage - Travel to Signature Resolution in Oakland [E100 - E109] | $118.00 |

| | |
|---|---|
| Total Expenses | $118.00 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $694,530.75 | Previous Balance | $86,182.20 |
| Total Disbursements to Date: | $2,155.78 | Current Charges | $62,696.00 |
| Total to Date: | $696,686.53 | Less Payments | $25,199.20 |
| | | **Balance Due** | **$123,679.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 16.90 | $8,788.00 |
| B100 | Other Contested Matters (excluding assumption/re | 16.70 | $8,684.00 |
| B300 | Claims Administration and Objections | 0.30 | $156.00 |
| E100 | Local Travel | 0.00 | $118.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 1.30 | $650.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 2.50 | $1,112.50 |
| L120 | Analysis/Strategy - Draft/Revise | 1.10 | $550.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.50 | $250.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

March 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98500837

Page: 15

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/With Client | 2.00 | $1,000.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 3.30 | $1,587.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 2.70 | $1,350.00 |
| L140 | Document/File Management - Review/Analyze | 12.60 | $3,915.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 43.20 | $16,200.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cli | 3.20 | $1,487.50 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Cou | 8.90 | $3,337.50 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 0.30 | $150.00 |
| L160 | Settlement/Non-Binding ADR - Appear For/Attend | 7.10 | $3,550.00 |
| L210 | Pleadings - Draft/Revise | 0.80 | $400.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 7.50 | $3,750.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 2.10 | $1,050.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 0.80 | $400.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 3.90 | $1,950.00 |
| L230 | Court Mandated Conferences - Commun./Other Ex | 0.80 | $400.00 |
| L320 | Document Production - Draft/Revise | 2.10 | $472.50 |
| L320 | Document Production - Review/Analyze | 3.50 | $1,312.50 |
| L320 | Document Production - Communicate w/Client | 0.20 | $75.00 |

| Total Hours | 144.30 |
|-------------|--------|

| Total Fees: | $62,578.00 |
|-------------|-----------|



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:        150363

For Professional Services Rendered Through February 28, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900037 | PRESERVE ROSS VALLEY | 98500839 | $500.00 | $0.00 | $500.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $500.00 |
| **Balance Due:** | **$500.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

March 04, 2025
Client:        150363
Matter:        900037
Invoice #:    98500839

Page:            1

RE:  PRESERVE ROSS VALLEY

For Professional Services Rendered Through February 28, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 2/11/2025 | DCZ | Phone call with Paula Carney regarding dismissal strategy. [L120 - A106](0.30) | 0.30 | $150.00 |
| 2/11/2025 | DCZ | Phone call to plaintiff's counsel about possible dismissal of lawsuit. [L120 - A107](0.20) | 0.20 | $100.00 |
| 2/11/2025 | DCZ | Phone call with petitioner's counsel about dismissing the Archdiocese of San Francisco. [L120 - A107](0.30) | 0.30 | $150.00 |
| 2/12/2025 | DCZ | Phone call with Paula Carney regarding initial call with petitioner's counsel about dismissal of action. [L120 - A106](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.00 | $500.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.00 | $500.00 | $500.00 |

| | |
|---|---|
| Total Fees to Date: | $500.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $500.00 |

The Archdiocese of San Francisco

RE:  PRESERVE ROSS VALLEY

March 04, 2025
Client:          150363
Matter:          900037
Invoice #:    98500839

Page:                    2

| | |
|---|---|
| Current Charges | $500.00 |
| **Balance Due** | **$500.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/With Client | 0.50 | $250.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.50 | $250.00 |

| | | |
|---|---|---|
| *Total Hours* | *1.00* | |
| *Total Fees:* | *$500.00* | |



weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

April 03, 2025
Client:        150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000415 | ( ) v. et al. | 98502912 | $208.00 | $0.00 | $208.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $780.00 |
| Current Charges | $208.00 |
| **Balance Due:** | **$988.00** |

Retainer Balance                     $1,216.25

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

April 03, 2025
Client:          150363
Matter:         000415
Invoice #:    98502912

Page:              1

RE: ▮ ( ▮ v. ▮ , et al.

For Professional Services Rendered Through March 31, 2025

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/7/2025 | ZMS | Email contacts with expert witnesses to prepare for trial setting constraints if bankruptcy stay is issued (.1); Telephone call from Daniel Zamora regarding information need for opposition to plaintiff's motion for relief from bankruptcy stay of litigation (.1). [L420 - A108](0.20) | 0.20 | $104.00 |
| 3/13/2025 | ZMS | Review of retainer agreements for ▮ and ▮ and email and telephone communications with administrator for ▮ concerning engagement of ▮ and ▮ as experts and uncertain scheduling time frames (.2). [L420 - A108](0.20) | 0.20 | $104.00 |
| | | Total Services | 0.40 | $208.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 0.40 | $520.00 | $208.00 |

| | |
|--|--|
| Total Fees to Date: | $470,339.00 |
| Total Disbursements to Date: | $141,877.85 |

The Archdiocese of San Francisco

RE: ████████ ( ████████ ) v. ████ , et al.

April 03, 2025
Client: 150363
Matter: 000415
Invoice #: 98502912

Page: 2

| | | Previous Balance | $780.00 |
| --- | --- | --- | --- |
| | | Current Charges | $208.00 |
| Total to Date: | $612,216.85 | Balance Due | $988.00 |

| | | Retainer Balance | $1,216.25 |
| --- | --- | --- | --- |

| Task | Description | Hours | Amount |
| --- | --- | --- | --- |
| L420 | Expert Witnesses – Communicate/Other External | 0.40 | $208.00 |
| | Total Hours | 0.40 | |
| | Total Fees: | | $208.00 |



**weintraub tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

April 03, 2025
Client:          150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000506 | | 98502913 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $95.00 |
| **Balance Due:** | **$95.00** |

## Invoices Due Upon Presentation
Thank You for Your Business



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:        150363
Matter:        000506
Invoice #:     98502913

Page:          1

RE:

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/23/2025 | BJLE | Exchange of emails with ▇▇▇ regarding requested documents for ▇▇▇ [L110 - A106](0.20) | 0.20 | $95.00 |
|  |  | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|-------------------|-----------|-------|---------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $429.50 | Current Charges | $95.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$95.00** |
| Total to Date: | $429.50 | | |

The Archdiocese of San Francisco

RE: ████████████

April 03, 2025
Client:       150363
Matter:       000506
Invoice #:    98502913

Page:            2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |

**Total Hours** 0.20

**Total Fees:** $95.00



**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▉

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:        150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000542 | ▉ | 98502914 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $95.00 |
| **Balance Due:** | **$95.00** |

### Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:      150363
Matter:      000542
Invoice #:   98502914

Page:              1

RE: 

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/23/2025 | BJLE | Exchange of emails with Lisa Linsky regarding requested documents for Sacred Heart Cathedral Prep. [L110 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $4,422.50 | Current Charges | | $95.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | | **$95.00** |
| Total to Date: | $4,422.50 | | | |

The Archdiocese of San Francisco

RE: █████████

April 03, 2025
Client:        150363
Matter:        000542
Invoice #:   98502914

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | | **$95.00** |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:           150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000718 | (aka ▮▮▮▮) | 98502915 | $190.00 | $0.00 | $190.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $190.00 |
| **Balance Due:** | **$190.00** |

| | |
|---|---|
| Retainer Balance | $581.50 |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:        150363
Matter:       000718
Invoice #:   98502915

Page:             1

RE: ███████ (aka ███████)

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/10/2025 | BJLE | Exchange of emails with ███ regarding complaint for case for ███ [L210 - A107](0.20) | 0.20 | $95.00 |
| 3/23/2025 | BJLE | Exchange of emails with ███ regarding requested documents for ███ [L110 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.40 | $190.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $475.00 | $190.00 |

| Total Fees to Date: | $1,586.50 |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $1,586.50 |

The Archdiocese of San Francisco

RE: [REDACTED] ( [REDACTED] )

April 03, 2025
Client:        150363
Matter:        000718
Invoice #:    98502915

Page:              2

| | | |
|---|---|---|
| Current Charges | | $190.00 |
| Balance Due | | $190.00 |

| | | |
|---|---|---|
| Retainer Balance | | $581.50 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $95.00 |
| | Total Hours | 0.40 | |
| | Total Fees: | | $190.00 |



**weintraub tobin chediak coleman grodin**

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:          150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000805 |  (         ) | 98502916 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $95.00 |
| **Balance Due:** | **$95.00** |

### Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

RE: ▮▮▮▮▮ (▮▮▮▮▮▮▮

April 03, 2025

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000805 |
| Invoice #: | 98502916 |

Page:  1

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 3/23/2025 | BJLE | Exchange of emails with ▮▮▮▮ regarding requested documents for ▮▮▮▮ [L110 – A106](0.20) | 0.20 | $95.00 |
| | | **Total Services** | 0.20 | $95.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $715.00 | Current Charges | $95.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$95.00** |
| Total to Date: | $715.00 | | |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ )

April 03, 2025
Client:       150363
Matter:      000805
Invoice #:   98502916

Page:           2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |
| | Total Hours | 0.20 | |
| | Total Fees: | | $95.00 |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq**

April 03, 2025
Client:          150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000927 | ▮ ( ▮ ) | 98502917 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $95.00 |
| **Balance Due:** | **$95.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



# weintraub tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq**

April 03, 2025
Client:      150363
Matter:      000927
Invoice #:   98502917

Page:        1

RE: ████████ (aka ███████ )

For Professional Services Rendered Through March 31, 2025



## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/23/2025 | BJLE | Exchange of emails with ████ regarding requested documents for ████ [L110 - A106](0.20) | 0.20 | $95.00 |
| | | **Total Services** | 0.20 | $95.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|------|------|------|------|
| Total Fees to Date: | $622.00 | Current Charges | $95.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$95.00** |
| Total to Date: | $622.00 | | |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮ (aka ▮▮▮▮▮▮▮ )

April 03, 2025
Client:        150363
Matter:        000927
Invoice #:   98502917

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.20 | $95.00 |

*Total Hours* **0.20**

*Total Fees:* **$95.00**



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:           150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98502918 | $1,430.00 | $45.15 | $1,475.15 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,621.50 |
| Current Charges | $1,475.15 |
| Less Payments | $957.20 |
| **Balance Due:** | **$4,139.45** |

### Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
| | |
|---|---|
| Client: | 150363 |
| Matter: | 000944 |
| Invoice #: | 98502918 |
| Page: | 1 |

RE: Victoria Castro

For Professional Services Rendered Through March 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 3/16/2025 | BJLE | Review and revise settlement agreement to include language related to petitioning bankruptcy court and Medicare liens. [L160 - A103](1.10) | 1.10 | $522.50 |
| 3/18/2025 | CM | Research and incorporate language into the Settlement Release Agreement to address any applicable MediCare and/or Medi-CAL liens. [L160 - A103](0.70) | 0.70 | $280.00 |
| 3/19/2025 | BJLE | Revise Settlement Agreement regarding section on bankruptcy court and motion for approval per comments from Paul Pascuzzi. [L160 - A103](0.50) | 0.50 | $237.50 |
| 3/19/2025 | BJLE | Telephone call with Paul Pascuzzi regarding language in settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 3/25/2025 | BJLE | Exchange of emails with Babak Kheiri regarding status of settlement agreement and motion with bankruptcy court. [L160 - A107](0.20) | 0.20 | $95.00 |
| 3/26/2025 | CM | Revise Settlement Release Agreement to specifically name individual Defendants covered by the scope of the Release, and revise Paragraphs 1 & 2 on pg. 2 per recommendations of Bankruptcy Attorney Paul J. Pascuzzi. [L160 - A103](0.50) | 0.50 | $200.00 |
| | | **Total Services** | 3.20 | $1,430.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

April 03, 2025
Client:          150363
Matter:          000944
Invoice #:       98502918

Page:                 2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.00 | $475.00 | $950.00 |
| CM | Carly M Moran | ASSOCIATE | 1.20 | $400.00 | $480.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 2/28/2025 | First Legal Network, LLC- Filing fee- Case Management Statement, SMSC, 2/18/2025 [E100 - E112] | $45.15 |
| | Total Expenses | $45.15 |

| Total Fees to Date: | $27,328.50 | | Previous Balance | $3,621.50 |
|---|---|---|---|---|
| Total Disbursements to Date: | $8,523.66 | | Current Charges | $1,475.15 |
| Total to Date: | $35,852.16 | | Less Payments | $957.20 |
| | | | Balance Due | $4,139.45 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Court Fees | 0.00 | $45.15 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 2.80 | $1,240.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.40 | $190.00 |
| | Total Hours | 3.20 | |
| | Total Fees: | | $1,430.00 |



**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:          150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98502919 | $6,755.50 | $0.00 | $6,755.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $662.50 |
| Current Charges | $6,755.50 |
| Less Payments | $83.20 |
| **Balance Due:** | **$7,334.80** |

### Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:        150363
Matter:        000945
Invoice #:     98502919

Page:              1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through March 31, 2025

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/3/2025 | BJLE | Exchange of emails with Paula Carney regarding relief from stay and case strategy. [L250 - A106](0.20) | 0.20 | $95.00 |
| 3/6/2025 | BJLE | Telephone call with Paula Carney regarding case strategy. [L120 - A106](0.20) | 0.20 | $95.00 |
| 3/6/2025 | BJLE | Exchange of emails with Paul Pascuzzi regarding relief from stay. [L210 - A107](0.20) | 0.20 | $95.00 |
| 3/10/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding Answer. [L210 - A107](0.20) | 0.20 | $95.00 |
| 3/10/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding lease. [L110 - A107](0.20) | 0.20 | $95.00 |
| 3/10/2025 | BJLE | Preparation of outline for answer and cross complaint. [L210 - A101](0.30) | 0.30 | $142.50 |
| 3/11/2025 | BJLE | Exchange of emails with Plaintiff's counsel and Cruise's counsel regarding discovery responses. [L310 - A107](0.20) | 0.20 | $95.00 |
| 3/11/2025 | BJLE | Receipt of notice of CMC. [L230 - A107](0.20) | 0.20 | $95.00 |
| 3/11/2025 | BJLE | Research impact of works compensation exclusive remedy for potential demurrer or affirmative defense in answer. [L210 - A102](0.50) | 0.50 | $237.50 |
| 3/11/2025 | CM | Research re: timeline/deadline to file Responsive Pleading and Cross-Complaint after Relief from bankruptcy stay. [L190 - A102](1.80) | 1.80 | $720.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

April 03, 2025
Client:      150363
Matter:      000945
Invoice #:   98502919

Page:        2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/11/2025 | CM | Draft Responsive Pleading (Answer) incorporating all relevant affirmative defenses and demand for jury trial. [L210 - A103](1.60) | 1.60 | $640.00 |
| 3/11/2025 | CM | Research re: whether The Roman Catholic Archbishop of San Fransisco can raise Labor Code 3062 (workers compensation exclusivity rule) as a defense to Plaintiffs complaint, given that Labor Code 3062 is likely applicable to bar Plaintiffs action against Cruise, LLC by virtue of the employee/employer relationship and that The Roman Catholic Archbishop of San Fransisco is seeking indemnity against Cruise LLC based upon the indemnification clause in the lease agreement/contract. [L210 - A102](1.30) | 1.30 | $520.00 |
| 3/11/2025 | CM | Research and pull case information from Plaintiff Shajana Steel's Workers Compensation case arising out of April 30, 2023 trip and fall accident. [L110 - A102](0.30) | 0.30 | $120.00 |
| 3/11/2025 | CM | Review and analyze Plaintiffs Complaint, filed November of 2023, and First Amended Complaint, filed January of 2024 to prepare Responsive Pleading (Answer). [L210 - A104](0.60) | 0.60 | $240.00 |
| 3/12/2025 | CM | Draft Cross-Complaint against Cruise, LLC alleging causes of action for Breach of Contract, Indemnity, Contribution, and Equitable Relief. [L210 - A103](2.40) | 2.40 | $960.00 |
| 3/12/2025 | CM | Review and analyze Lease agreement between The Roman Catholic Archbishop of San Fransisco and Cruise, LLC to identify areas of Agreement that Cruise, LLC breached to incorporate into The Roman Catholic Archbishop of San Fransisco's Cross-Complaint alleging Breach of Contract against Cruise LLC. [L210 - A104](1.20) | 1.20 | $480.00 |
| 3/12/2025 | CM | Review and analyze Cruise, LLC's Responsive Pleading (Answer) to Plaintiff Shajana Steel's First Amended Complaint and Cruise, LLC's Cross-Complaint for Comparative Indemnity, Equitable Indemnity, Declaratory Relief, Contractual Indemnity, Breach of Contract and Declaratory Relief-Duty to Indemnity against ROE defendants 1-50. [L210 - A104](0.90) | 0.90 | $360.00 |
| 3/16/2025 | BJLE | Review and revise Answer and add additional affirmative defenses related to religious entities. [L210 - A103](0.50) | 0.50 | $237.50 |
| 3/17/2025 | PEG | Preparation of edits to draft Cross-Complaint against Cruise. [L210 - A103](0.40) | 0.40 | $208.00 |
| 3/17/2025 | BJLE | Review and revise cross complaint and incorporate additional provisions from lease agreement. [L210 - A103](0.70) | 0.70 | $332.50 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

April 03, 2025
Client:        150363
Matter:        000945
Invoice #:   98502919

Page:            3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/18/2025 | BJLE | Exchange of emails with Paula Carney regarding draft answer and cross-complaint. [L210 - A106](0.20) | 0.20 | $95.00 |
| 3/21/2025 | BJLE | Final review and preparation of cross complaint and Answer for service. [L210 - A103](0.30) | 0.30 | $142.50 |
| 3/21/2025 | CM | Meet and Confer w/ Plaintiffs Counsel, Douglas Shaffer, re: request for service of Plaintiff Shajana Steele's First Amended Complaint on The Roman Catholic Archbishop of San Francisco. [L190 - A107](0.30) | 0.30 | $120.00 |
| 3/21/2025 | CM | Finalize Responsive Pleading (Answer) to Plaintiff Shajana Steele's First Amended Complaint, incorporating an affirmative defense for the Workers Compensation Exclusivity doctrine, and The Roman Catholic Archbishops Cross-Complaint against Cruise, LLC, incorporating Exhibits A and B, the Plaintiffs First Amended Complaint and the redacted Lease Agreement. [L210 - A103](0.80) | 0.80 | $320.00 |
| 3/23/2025 | BJLE | Exchange of emails with Marizel Bajao regarding First Amended Complaint, Answer, Cross Complaint, and Statement of Damages. [L210 - A107](0.20) | 0.20 | $95.00 |
| 3/26/2025 | CM | Review Court's Minute Order re: Continuing Case Management Conference from April 9, 2025 to April 8, 2026 in Dept. 610, San Fransisco County Superior Court. [L230 - A104](0.30) | 0.30 | $120.00 |
| | | **Total Services** | 16.00 | $6,755.50 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.40 | $520.00 | $208.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 4.10 | $475.00 | $1,947.50 |
| CM | Carly M Moran | ASSOCIATE | 11.50 | $400.00 | $4,600.00 |

| Total Fees to Date: | $11,438.00 |
|---------------------|------------|
| Total Disbursements to Date: | $82.50 |
| Total to Date: | $11,520.50 |

| Previous Balance | $662.50 |
|------------------|---------|
| Current Charges | $6,755.50 |
| Less Payments | $83.20 |
| **Balance Due** | **$7,334.80** |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

April 03, 2025
Client:      150363
Matter:      000945
Invoice #:   98502919

Page:        4

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Research | 0.30 | $120.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $95.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $95.00 |
| L190 | Other - Research | 1.80 | $720.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $120.00 |
| L210 | Pleadings - Plan & Prepare For | 0.30 | $142.50 |
| L210 | Pleadings - Research | 1.80 | $757.50 |
| L210 | Pleadings - Draft/Revise | 6.70 | $2,840.50 |
| L210 | Pleadings - Review/Analyze | 2.70 | $1,080.00 |
| L210 | Pleadings - Communicate/With Client | 0.20 | $95.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.60 | $285.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 0.30 | $120.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

April 03, 2025
Client: 150363
Matter: 000945
Invoice #: 98502919

Page: 5

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Commun./Other Co | 0.20 | $95.00 |
| L250 | Oth Written Motion/Submiss - Communicate w/Clie | 0.20 | $95.00 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.20 | $95.00 |

**Total Hours** 16.00

**Total Fees:** $6,755.50



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:        150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000983 | V. | 98502920 | $650.00 | $0.00 | $650.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $2,650.00 |
| Current Charges | $650.00 |
| Less Payments | $760.00 |
| **Balance Due:** | **$2,540.00** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 ; 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client: 150363
Matter: 000983
Invoice #: 98502920

Page: 1

RE: ███████ V. ███████

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/6/2025 | DCZ | Conference call with ███████ and Paula Carney regarding ███████ . [L110 - A107](0.60) | 0.60 | $300.00 |
| 3/26/2025 | DCZ | Conference call with claimant's counsel regarding status of case and settlement. [L120 - A108](0.40) | 0.40 | $200.00 |
| 3/28/2025 | DCZ | Phone call with Paula Carney regarding case update. [L120 - A106](0.30) | 0.30 | $150.00 |
| | | Total Services | 1.30 | $650.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|--------------------|-------------|-------|---------|---------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.30 | $500.00 | $650.00 |

| | |
|---|---|
| Total Fees to Date: | $3,300.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $3,300.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮▮▮▮ V. ▮▮▮▮▮▮▮▮▮▮▮

April 03, 2025
Client:       150363
Matter:       000983
Invoice #:    98502920

Page:            2

| | |
|---|---:|
| Previous Balance | $2,650.00 |
| Current Charges | $650.00 |
| Less Payments | $760.00 |
| **Balance Due** | **$2,540.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun./Other( | 0.60 | $300.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.30 | $150.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.40 | $200.00 |
| | **Total Hours** | **1.30** | |
| | | **Total Fees:** | **$650.00** |



**weintraub|tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:          150363

For Professional Services Rendered Through March 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98502921 | $49,697.00 | $25.00 | $49,722.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $123,679.00 |
| Current Charges | $49,722.00 |
| Less Payments | $38,301.60 |
| **Balance Due:** | **$135,099.40** |

## Invoices Due Upon Presentation
Thank You for Your Business

For proper credit please return this remittance sheet with payment.



weintraub tobin chediak coleman grodin

Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

April 03, 2025
Client:         150363
Matter:         900036
Invoice #:    98502921

Page:              1

RE: Bankruptcy

For Professional Services Rendered Through March 31, 2025

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/3/2025 | DCZ | Review and analysis of Judge Montali's ruling on relief from stay for possible impact on stay relief issues in JCCP 5108. [L230 - A104](0.40) | 0.40 | $200.00 |
| 3/3/2025 | DCZ | Phone call with bankruptcy counsel regarding process in JCCP 5108. [L230 - A107](1.40) | 1.40 | $700.00 |
| 3/3/2025 | DCZ | Drafting update to carriers on JCCP 5108 CMC issues. [L230 - A103](1.00) | 1.00 | $500.00 |
| 3/3/2025 | PEG | Meting with Pascuzzi, Katz, Weinstein and Zamora to develop strategy for meet and confer process on relief from stay issues. [B100 - B190](1.00) | 1.00 | $520.00 |
| 3/4/2025 | DCZ | Phone call with Paula Carney regarding proposed process for resolving bankruptcy stay issues in JCCP 5108. [L230 - A106](0.50) | 0.50 | $250.00 |
| 3/4/2025 | PEG | Review and comment on final draft of Opposition to Committee motion to employ CW. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/4/2025 | PEG | Preparation of memorandum to Judge Buckley regarding preparation for next mediation session. [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/4/2025 | PEG | Call with Weinstein regarding notification to carriers of JCCP 5108 issues. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/4/2025 | PEG | Call with Judge Buckley regarding mediation targets. [B100 - B110](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:      150363
Matter:      900036
Invoice #:   98502921

Page:        2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/5/2025 | DCZ | Conference call with attorneys discussing relief from stay issues. [L110 - A108](0,70) | 0.70 | $350.00 |
| 3/5/2025 | DCZ | Conference call with other diocesan counsel discussing 5-year statue issues in JCCP 5108. [L210 - A108](0.80) | 0.80 | $400.00 |
| 3/5/2025 | DCZ | Review and analysis of relief from stay motion in advance of strategy call with bankruptcy counsel to discuss opposition. [L110 - A104](0.40) | 0.40 | $200.00 |
| 3/5/2025 | DCZ | Phone call with bankruptcy about motion for relief from stay for Pritchard cases. [L110 - A107](1.20) | 1.20 | $600.00 |
| 3/5/2025 | PEG | Participate in Debtor's Professionals' call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 3/5/2025 | PEG | Review of US Trustee's Objection to Committee's motion to employ Cushman Wakefield. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/5/2025 | PEG | Exchange with Amanda Cottrell regarding 105 injunction. [B100 - B190](0,30) | 0.30 | $156.00 |
| 3/5/2025 | PEG | Review of motion to enlarge bar date and associated Proof of Claim. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/5/2025 | PEG | Preparation of memorandum to Weinstein regarding motion to enlarge bar date. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/5/2025 | PEG | Further exchange with Paul Pascuzzi regarding motion to enlarge bar date. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/6/2025 | DCZ | Drafting opposition inserts to motion for relief from stay. [L110 - A103](4.80) | 4.80 | $2,400.00 |
| 3/6/2025 | DCZ | Phone call with Paul Pascuzzi regarding arguments against motion for relief from stay. [L110 - A107](0.30) | 0.30 | $150.00 |
| 3/6/2025 | PEG | Review of Shulman spread sheet of settlement values as requested by Judge Buckley. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/7/2025 | DCZ | Further drafting of stipulation to extend five-year deadline. [L210 - A103](0.20) | 0.20 | $100.00 |
| 3/7/2025 | DCZ | Review and analysis of stipulation to permit Court to speak with mediators regarding progress of mediation process. [L110 - A104](0.20) | 0.20 | $100.00 |
| 3/7/2025 | DCZ | Conference call with client regarding status of JCCP 5108. [L230 - A107](0.80) | 0.80 | $400.00 |
| 3/7/2025 | DCZ | Phone call with Paul Pascuzzi regarding arguments in opposition to motion for relief from stay in Joseph Pritchard cases. [L110 - A107](0.30) | 0.30 | $150.00 |
| 3/7/2025 | DCZ | Review and analysis of briefing in other diocesan bankruptcy cases opposing relief from stay. [L110 - A104](1.40) | 1.40 | $700.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:      150363
Matter:      900036
Invoice #:   98502921

Page:         3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/7/2025 | DCZ | Conference call with bankruptcy counsel regarding motion for relief from stay in Joseph Pritchard cases. [L110 - A107](0.90) | 0.90 | $450.00 |
| 3/7/2025 | DCZ | Further drafting of argument in opposition to motion for relief from stay. [L110 - A103](0.90) | 0.90 | $450.00 |
| 3/7/2025 | PEG | Weekly status update call with Fr. Summerhays, Paula Carney, Paul Pascuzzi and Barry Weinstein. [B100 - B110](0.80) | 0.80 | $416.00 |
| 3/7/2025 | PEG | Follow up with Judge Buckley. [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/7/2025 | PEG | Review of Committee Reply to Opposition to Motion to Publish. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/7/2025 | PEG | Review of Committee memorandum regarding outstanding discovery issues. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/8/2025 | PEG | Review of and comment on draft Case Management Conference statement. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/10/2025 | DCZ | Review and editing of draft status conference statement for Judge Montali. [L230 - A104](0.60) | 0.60 | $300.00 |
| 3/10/2025 | DCZ | Drafted correspondence to plaintiffs' liaison counsel requesting Bucket Two list in JCCP 5108. [L230 - A103](0.20) | 0.20 | $100.00 |
| 3/10/2025 | DCZ | Drafted correspondence to Norton Rose law firm abut process discussion for Bucket Two cases in JCCP 5108. [L230 - A103](0.20) | 0.20 | $100.00 |
| 3/10/2025 | DCZ | Review and analysis of detailed outline regarding opposition for motion for relief from stay. [L110 - A104](0.30) | 0.30 | $150.00 |
| 3/10/2025 | PEG | Review of reply from Judge Buckley regarding mediation "target". [B100 - B110](0.20) | 0.20 | $104.00 |
| 3/10/2025 | PEG | Review of and provide further edits and comments to draft Case Management Conference Statement. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/10/2025 | PEG | Call with Cottrell, Pascuzzi and Katz to prepare for argument on Committee motion to publish. [B100 - B190](0.90) | 0.90 | $468.00 |
| 3/11/2025 | DCZ | Drafting and editing of opposition to motion for relief from stay. [L120 - A103](2.40) | 2.40 | $1,200.00 |
| 3/11/2025 | DCZ | Conference call with bankruptcy counsel regarding drat opposition to motion for relief from stay. [L120 - A108](0.70) | 0.70 | $350.00 |
| 3/11/2025 | DCZ | Review and analysis of JCCP 5108 Bucket Two cases for identification of cases involving affiliated entities. [L230 - A104](1.30) | 1.30 | $650.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:        150363
Matter:        900036
Invoice #:   98502921

Page:            4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/11/2025 | DCZ | Drafting stipulation to stay action and withdraw motion to set trial. [L210 - A103](1.20) | 1.20 | $600.00 |
| 3/11/2025 | DCZ | Further conference call with bankruptcy counsel regarding opposition to relief from stay. [L120 - A108](0.80) | 0.80 | $400.00 |
| 3/11/2025 | PEG | Attend Debtor's professionals call regarding preparation for hearing on March 13, 2025. [B100 - B190](0.70) | 0.70 | $364.00 |
| 3/11/2025 | PEG | Review of and preparation of edits to initial draft of Opposition to Committee motion for relief from stay. [B100 - B190](0.80) | 0.80 | $416.00 |
| 3/11/2025 | PEG | Call with counsel for Diocese of Rockville Center to inquire as to status of test case and mediation process which lead to confirmed plan. [B100 - B110](0.70) | 0.70 | $364.00 |
| 3/11/2025 | PEG | Exchange with Paula Carney regarding hearing on Committee motion. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/12/2025 | DCZ | Drafted correspondence to counsel regarding status of Bucket Two cases in JCCP 5108. [L120 - A103](0.20) | 0.20 | $100.00 |
| 3/12/2025 | DCZ | Review and analysis of JCCP 5108 court mandated conference hearing transcript. [L230 - A104](0.20) | 0.20 | $100.00 |
| 3/12/2025 | DCZ | Review and analysis of CMC transcript from February 26th CMC in JCCP 5108. [L230 - A104](0.30) | 0.30 | $150.00 |
| 3/12/2025 | DCZ | Conference call with Diocese of Oakland counsel regarding relief from stay issues in JCCP 5108. [L230 - A108](0.50) | 0.50 | $250.00 |
| 3/12/2025 | DCZ | Further drafting and editing of opposition to motion for relief from stay. [L120 - A103](0.40) | 0.40 | $200.00 |
| 3/12/2025 | PEG | Preparation of further edits to Opposition to motion for relief from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/12/2025 | PEG | Call with Jeannie Kim regarding revised draft Opposition. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/13/2025 | DCZ | Final drafting and editing of opposition to motion for relief from stay. [L120 - A103](0.60) | 0.60 | $300.00 |
| 3/13/2025 | PEG | Meeting with defense team before hearing on committee motion. [B100 - B190](0.50) | 0.50 | $260.00 |
| 3/13/2025 | PEG | Appear at hearing on committee motion to publish. [B100 - B190](2.00) | 2.00 | $1,040.00 |
| 3/13/2025 | PEG | Follow up meeting with defense team. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/14/2025 | DCZ | Conference call with client regarding status of court proceedings in bankruptcy and state courts. [L230 - A106](1.20) | 1.20 | $600.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:        150363
Matter:        900036
Invoice #:   98502921

Page:           5

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/14/2025 | DCZ | Review and analysis of carriers' opposition to motion for relief from stay on Pritchard cases. [L110 - A104](0.40) | 0.40 | $200.00 |
| 3/14/2025 | DCZ | Drafted correspondence to Judge Daniel Buckley regarding status of global settlement demand. [L160 - A103](0.20) | 0.20 | $100.00 |
| 3/14/2025 | DCZ | Conference call with Judge Buckley regarding status of global settlement demand. [L160 - A108](0.60) | 0.60 | $300.00 |
| 3/14/2025 | DCZ | Drafted correspondence to client regarding outcome of call with Judge Buckley on settlement discussion. [L160 - A103](0.20) | 0.20 | $100.00 |
| 3/14/2025 | PEG | Review of insurers' opposition to motion for relief from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/15/2025 | PEG | Review of email from Paul Pascuzzi regarding outstanding discovery issues. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/16/2025 | PEG | Review of ▓▓▓▓▓ inquiry regarding production of personnel files and identification of accused perpetrators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 3/17/2025 | PEG | Call with Judge Buckley regarding Committee "demand". [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/18/2025 | DCZ | Drafted correspondence to counsel for Sacred Heart High School regarding status of JCCP 5108 proceeding. [L110 - A103](0.20) | 0.20 | $100.00 |
| 3/18/2025 | DCZ | Further drafting of stipulation regarding JCCP 5108 proceeding. [L120 - A103](0.30) | 0.30 | $150.00 |
| 3/18/2025 | DCZ | Review and analysis of proofs of claims for discussion with affiliates counsel about global settlement status and contributions. [L160 - A104](2.90) | 2.90 | $1,450.00 |
| 3/18/2025 | DCZ | Conference with Judge Daniel Buckley and Tim Gallagher regarding mediator's settlement number. [L160 - A108](0.50) | 0.50 | $250.00 |
| 3/18/2025 | DCZ | Conference call with Paul Pascuzzi regarding mediation strategy with affiliates counsel about global settlement status and contributions. [L160 - A108](0.30) | 0.30 | $150.00 |
| 3/18/2025 | PEG | Call with Judge Buckley and Tim Gallagher regarding Committee "demand" and preparation of memorandum to defense team regarding same. [B100 - B110](0.70) | 0.70 | $364.00 |
| 3/18/2025 | PEG | Call with Weinstein regarding Committee demand. [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/18/2025 | PEG | Call with Judge Buckley regarding strategies for upcoming mediation. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/18/2025 | PEG | Review of email from Fr. Summerhays regarding agenda for meeting with Archbishop. [B100 - B110](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:        150363
Matter:        900036
Invoice #:     98502921

Page:            6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/18/2025 | MAS | Analysis of personnel files and status of named perpetrators for purposes of informing carriers as to status of outstanding files. [L320 - A104](0.90) | 0.90 | $337.50 |
| 3/18/2025 | MAS | Review of personnel files of ▮▮▮▮▮ for purposes of production pursuant to Rule 2004 discovery request. [L320 - A104](1.00) | 1.00 | $375.00 |
| 3/18/2025 | BGON | Run document production of ▮▮▮▮▮ personnel file. [L320 - A101](0.60) | 0.60 | $135.00 |
| 3/18/2025 | BGON | Prepare draft of privilege log of ▮▮▮▮▮ personnel file. [L320 - A101](0.80) | 0.80 | $180.00 |
| 3/19/2025 | DCZ | Conference call with bankruptcy counsel regarding JCCP 5108 issues. [L230 - A108](0.60) | 0.60 | $300.00 |
| 3/19/2025 | DCZ | Conference call with counsel for Sacred Heart High School regarding case status. [L230 - A108](0.90) | 0.90 | $450.00 |
| 3/19/2025 | DCZ | Conference call with ▮▮▮▮▮ regarding status of global mediation. [L160 - A108](1.10) | 1.10 | $550.00 |
| 3/19/2025 | PEG | Call with Archbishop Cordeleone, Fr. Summerhays, Michael Flanagan, Paula Carney and Paul Pascuzzi to brief Archbishop on all pending and upcoming issues. [B100 - B110](1.50) | 1.50 | $780.00 |
| 3/19/2025 | PEG | Extended call with Jeff Anderson regarding mediation session. [B100 - B110](0.40) | 0.40 | $208.00 |
| 3/19/2025 | PEG | Call with Pascuzzi and Weinstein regarding mediation issues. [B100 - B110](0.50) | 0.50 | $260.00 |
| 3/19/2025 | BGON | Run production of ▮▮▮▮▮ personnel file. [L320 - A101](0.60) | 0.60 | $135.00 |
| 3/19/2025 | BGON | Prepare draft of privilege log of ▮▮▮▮▮ personnel file. [L320 - A101](1.30) | 1.30 | $292.50 |
| 3/20/2025 | DCZ | Conference call with client regarding upcoming global mediation session. [L160 - A106](1.10) | 1.10 | $550.00 |
| 3/20/2025 | DCZ | Conference call with Josh Weinberg regarding information requests by insurance carriers for global mediation. [L160 - A108](0.30) | 0.30 | $150.00 |
| 3/20/2025 | PEG | Call with Paul Pascuzzi, Paula Carney, Fr. Summerhays, Michael Flanagan, Daniel Zamora and Barry Weinstein to prepare for mediation session. [B100 - B110](1.30) | 1.30 | $676.00 |
| 3/20/2025 | PEG | Review of Proof of Claim Matrix to determine number of potential objectionable claims of abuse by non ADSF personnel at non ADSF location. [B300 - B310](1.40) | 1.40 | $728.00 |
| 3/20/2025 | PEG | Call with Judge Buckley, ▮▮▮▮▮ and Barry Weinstein regarding carrier request for additional informational. [B100 - B110](0.40) | 0.40 | $208.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:        150363
Matter:        900036
Invoice #:  98502921

Page:              7

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/20/2025 | PEG | Drafting of response to ▮▮▮▮ regarding priest personnel files. [B100 - B110](0.30) | 0.30 | $156.00 |
| 3/20/2025 | MAS | Further analysis of personnel files and status of named perpetrators for purposes of informing carriers as to status of outstanding files. [L320 - A104](1.00) | 1.00 | $375.00 |
| 3/21/2025 | DCZ | Review and analysis of proof of claims for identification of claims where both accused and location are not the Archdiocese of San Francisco. [L160 - A104](1.50) | 1.50 | $750.00 |
| 3/21/2025 | PEG | Review and edit draft Opposition to motion to allow late claim. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/21/2025 | PEG | Further email exchange with ▮▮▮▮ regarding priest files. [B100 - B110](0.20) | 0.20 | $104.00 |
| 3/21/2025 | PEG | Review of Committee Reply brief regarding relief from stay motion. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/24/2025 | DCZ | Review and analysis of reply brief in support of motion to lift stay. [L120 - A104](1.00) | 1.00 | $500.00 |
| 3/24/2025 | DCZ | Conference call with bankruptcy counsel regarding reply brief and hearing arguments for motion for stay relief. [L120 - A108](1.10) | 1.10 | $550.00 |
| 3/24/2025 | DCZ | Drafted correspondence to counsel for Sacred Heart Cathedral Prep regarding status of next conferences in both bankruptcy and state court litigation. [L230 - A103](0.30) | 0.30 | $150.00 |
| 3/25/2025 | DCZ | Attended continued global mediation of Archdiocese of San Francisco claims. [L230 - A109](8.90) | 8.90 | $4,450.00 |
| 3/26/2025 | DCZ | Preparation for hearing on motion for relief from stay, including review of state court pleadings and state court CMC transcripts. [L120 - A101](0.80) | 0.80 | $400.00 |
| 3/26/2025 | PEG | Preparation of further edits to draft opposition to motion to file late claim. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/26/2025 | PEG | Review of Judge Montali's memorandum of decision regarding Independent Review Board minutes and claims data. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/26/2025 | PEG | Exchange with Paula Carney regarding redactions to Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/26/2025 | PEG | Exchange with Ori Katz regarding hearing on list stay motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/27/2025 | DCZ | Appeared at motion for relief from stay to answer questions about state court proceeding posted by Judge Montali. [L130 - A109](1.90) | 1.90 | $950.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:      150363
Matter:      900036
Invoice #:   98502921

Page:           8

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 3/27/2025 | DCZ | Conference call with bankruptcy counsel following hearing on motion for relief from stay. [L120 - A108](0.30) | 0.30 | $150.00 |
| 3/27/2025 | PEG | Exchange with Ori Katz regarding arguments for relief from stay hearing. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/27/2025 | PEG | Call with Weinstein regarding relief from stay motion arguments. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/27/2025 | MAS | Correspondence with Jeannie Kim of Sheppard Mullin regarding discrepancy as to claimant list. [L120 - A107](0.40) | 0.40 | $150.00 |
| 3/27/2025 | MAS | Review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A104](4.30) | 4.30 | $1,612.50 |
| 3/27/2025 | MAS | Telephone conference with Jeannie Kim regarding review and analysis of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A104](0.60) | 0.60 | $225.00 |
| 3/28/2025 | DCZ | Phone call with client regarding status of bankruptcy and state court litigation. [L230 - A106](1.00) | 1.00 | $500.00 |
| 3/28/2025 | DCZ | Drafted correspondence to Paul Pascuzzi and Ori Katz regarding meeting to discuss motion to extend bankruptcy stay to affiliates. [L120 - A108](0.20) | 0.20 | $100.00 |
| 3/28/2025 | DCZ | Review and analysis of related motion to extend stay to affiliated entities. [L120 - A104](0.70) | 0.70 | $350.00 |
| 3/28/2025 | DCZ | Conference call with bankruptcy counsel regarding motion to extend injunction. [L160 - A108](0.60) | 0.60 | $300.00 |
| 3/28/2025 | PEG | Call with Katz and Pascuzzi regarding stay hearing. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/28/2025 | PEG | Call with Pacheco, Katz and Carney regarding next steps. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/28/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A104](6.50) | 6.50 | $2,437.50 |
| 3/28/2025 | MAS | Correspondence with Jeannie Kim and Kevin Cifarelli regarding status of review and analysis of claimant list. [L520 - A107](0.30) | 0.30 | $112.50 |
| 3/28/2025 | BGON | Review Proof of Claim forms for date ▮▮▮ claim was filed and why ▮▮▮ complaint was filed with it. [L140 - A104](0.80) | 0.80 | $180.00 |
| 3/29/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A104](2.00) | 2.00 | $750.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98502921

Page: 9

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 3/29/2025 | MAS | Further correspondence with Jeannie Kim regarding status of review and analysis of claimant list. [L520 - A107](0.30) | 0.30 | $112.50 |
| 3/30/2025 | PEG | Review of memorandum from Pascuzzi regarding Committee's draft Order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/30/2025 | MAS | Receipt and review of further correspondence from Jeannie Kim regarding status of review and analysis of claimant list. [L120 - A107](0.20) | 0.20 | $75.00 |
| 3/31/2025 | PEG | Review of proposed forms of Order for Independent Review Board minutes and claims data. [B100 - B190](0.40) | 0.40 | $208.00 |
| 3/31/2025 | PEG | Review of memorandum from Carney; review of media report on Independent Review Board Order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 3/31/2025 | PEG | Email exchanges with Katz and Weinstein regarding pending order on relief from stay motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 3/31/2025 | PEG | Calls with Pascuzzi and Weinstein regarding relief from stay issues. [B100 - B190](0.40) | 0.40 | $208.00 |
| | | Total Services | 104.90 | $49,697.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 28.10 | $520.00 | $14,612.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 55.20 | $500.00 | $27,600.00 |
| MAS | Monica Silver | ASSOCIATE | 17.50 | $375.00 | $6,562.50 |
| BGON | Brian Gonzaga | PARALEGAL | 4.10 | $225.00 | $922.50 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 3/31/2025 | Paul E. Gaspari- Parking Charges- 3/13/2025 Civic Center Garage - Parking at Courthouse for Hearing on Committee Motion [E100 - E109] | $25.00 |
| | Total Expenses | $25.00 |

Total Fees to Date: $744,227.75

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98502921

Page: 10

| | | Previous Balance | $123,679.00 |
|---|---|---|---|
| Total Disbursements to Date: | $2,180.78 | Current Charges | $49,722.00 |
| | | Less Payments | $38,301.60 |
| Total to Date: | $746,408.53 | **Balance Due** | **$135,099.40** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Case Administration | 11.30 | $5,876.00 |
| B100 | Other Contested Matters (excluding assumption/re | 15.40 | $8,008.00 |
| B300 | Claims Administration and Objections | 1.40 | $728.00 |
| E100 | Local Travel | 0.00 | $25.00 |
| L110 | Fact Investigation/Development - Draft/Revise | 5.90 | $2,950.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 2.70 | $1,350.00 |
| L110 | Fact Investigation/Development - Commun./Other( | 2.70 | $1,350.00 |
| L110 | Fact Investigation/Development - CommOther Exte | 0.70 | $350.00 |
| L120 | Analysis/Strategy - Plan & Prepare For | 0.80 | $400.00 |
| L120 | Analysis/Strategy - Draft/Revise | 3.90 | $1,950.00 |
| L120 | Analysis/Strategy - Review/Analyze | 15.10 | $5,875.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.60 | $225.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

April 03, 2025
Client:      150363
Matter:      900036
Invoice #:   98502921

Page:        11

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/Other External | 3.10 | $1,550.00 |
| L130 | Experts/Consultants - Appear For/Attend | 1.90 | $950.00 |
| L140 | Document/File Management - Review/Analyze | 0.80 | $180.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.40 | $200.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 4.40 | $2,200.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 1.10 | $550.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 3.40 | $1,700.00 |
| L210 | Pleadings - Draft/Revise | 1.40 | $700.00 |
| L210 | Pleadings - Communicate/Other External | 0.80 | $400.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 1.70 | $850.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 2.80 | $1,400.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 2.70 | $1,350.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 2.20 | $1,100.00 |
| L230 | Court Mandated Conferences - Commun./Other Ex | 2.00 | $1,000.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 8.90 | $4,450.00 |
| L320 | Document Production - Plan & Prepare For | 3.30 | $742.50 |
| L320 | Document Production - Review/Analyze | 2.90 | $1,087.50 |
| L520 | Appellate Briefs - Communicate/Other Counsel | 0.60 | $225.00 |

**Total Hours** 104.90

**Total Fees:** $49,697.00


**weintraub** | **tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | ▮▮▮▮ v. Archdiocese of San Francisco | 98504760 | $2,544.00 | $0.00 | $2,544.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $2,544.00 |
| **Balance Due:** | **$2,544.00** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, ESQ**

May 05, 2025
Client:             150363
Matter:           000390
Invoice #:    98504760

Page:                    1

RE: ▮▮▮▮  v. Archdiocese of San Francisco

For Professional Services Rendered Through April 30, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/14/2025 | DCZ | Drafted correspondence to client regarding status of case. [L120 - A106](0.20) | 0.20 | $100.00 |
| 4/28/2025 | ZMS | Renewed preparation for trial after up[coming relief from stay in bankruptcy including review of depositions of non-expert witnesses anticipated to be called by plaintiff, including plaintiff, plaintiff's mother and plaintiff's brother. [L440 - A111](1.40) | 1.40 | $728.00 |
| 4/28/2025 | ZMS | Review of depositions of plaintiff's expert witnesses, Jennifer Keller PhD, Lynn Ponton, MD. [L440 - A111](1.80) | 1.80 | $936.00 |
| 4/28/2025 | ZMS | Drafting of memo to P. Gaspari and D. Zamora regarding status of pre-trial motions and oppositions, jury instruction prepared and  filed in anticipation of trial previously scheduled for August 23, 2023 but stayed by RCASF bankruptcy filing. [L440 - A111](1.50) | 1.50 | $780.00 |
| | | Total Services | 4.90 | $2,544.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 4.70 | $520.00 | $2,444.00 |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

May 05, 2025
Client:         150363
Matter:         000390
Invoice #:    98504760

Page:                  2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $161,918.00 | Current Charges | $2,544.00 |
| Total Disbursements to Date: | $36,242.26 | **Balance Due** | **$2,544.00** |
| Total to Date: | $198,160.26 | | |

| | |
|---|---|
| Retainer Balance | **$980.98** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| L440 | Other Preparation/Support - Other | 4.70 | $2,444.00 |
| | *Total Hours* | *4.90* | |
| | *Total Fees:* | *$2,544.00* | |



weintraub | tobin

weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | ████ (████) v. ████ et al. | 98504762 | $6,528.00 | $4.60 | $6,532.60 |

## Account Summary

| | |
|---|---|
| Previous Balance | $988.00 |
| Current Charges | $6,532.60 |
| Less Payments | $624.00 |
| **Balance Due:** | **$6,896.60** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

May 05, 2025
Client:        150363
Matter:        000415
Invoice #:     98504762
Page:                1

RE: ████████ (████████) v. ████ et al.

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/10/2025 | ZMS | Receipt and study of order granting motion for relief from bankruptcy stay for Ferguson and Cooper cases. [L120 - A104](0.40) | 0.40 | $208.00 |
| 4/10/2025 | ZMS | Communications with defense experts Dr. Jenkins-Alexander and Dr. Dan Martell of fact of release of the cases from stay as of June 30, 2025 and uncertainty of rescheduled trial date. [L120 - A104](0.20) | 0.20 | $104.00 |
| 4/18/2025 | DCZ | Drafting pre-trial plan following release from stay. [L120 - A103](1.20) | 1.20 | $600.00 |
| 4/18/2025 | ZMS | Extended telephone conference with D. Zamora regarding need preparation for trial now that case is released from bankruptcy court stay. [L440 - A101](1.10) | 1.10 | $572.00 |
| 4/18/2025 | ZMS | Retrieve and review orders of SF Court leading up to prior August 23, 2023 trial date and of Motion to Consolidate Ferguson Case with Cooper case and opposition. [L440 - A101](0.70) | 0.70 | $364.00 |
| 4/18/2025 | ZMS | Motion to Bifurcate punitive damages assessment from negligence case. [L440 - A101](0.40) | 0.40 | $208.00 |
| 4/18/2025 | ZMS | Study RCASF's motions in limine numbers 1 through 5. [L440 - A101](1.60) | 1.60 | $832.00 |
| 4/25/2025 | ZMS | Draft memo regarding current status of preparation for trial of bellwether case to be released from bankruptcy stay on June 30, 2025 (1.2). [L190 - A105](1.20) | 1.20 | $624.00 |

The Archdiocese of San Francisco

RE: ███████ (███████) v. ███ et al.

May 05, 2025
Client:        150363
Matter:        000415
Invoice #:   98504762

Page:              2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/29/2025 | ZMS | Review of key portions of depositions and reports of plaintiff's expert witnesses ████████, ███████, ████████, and ███████. [B100 - B110](2.20) | 2.20 | $1,144.00 |
| 4/29/2025 | ZMS | Completed drafting of report of status of pre-trial motions and preparations for trial now that bankruptcy stay in the Cooper and Ferguson bellwether cases scheduled to be lifted on June 30, 2025 and potential strategy for moving the cases toward settlement. [B100 - B110](3.60) | 3.60 | $1,872.00 |
| | | Total Services | 12.60 | $6,528.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 11.40 | $520.00 | $5,928.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.20 | $500.00 | $600.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 4/7/2025 | Pacer Service Center- 1/1 - 3/31/2025 [E100 - E106] | $4.60 |
| | Total Expenses | $4.60 |

| Total Fees to Date: | $476,867.00 |
|---------------------|-------------|
| Total Disbursements to Date: | $141,882.45 |
| Total to Date: | $618,749.45 |

| | |
|---|---|
| Previous Balance | $988.00 |
| Current Charges | $6,532.60 |
| Less Payments | $624.00 |
| **Balance Due** | **$6,896.60** |

| **Retainer Balance** | **$1,216.25** |
|---|---|

The Archdiocese of San Francisco

RE: ██████████ (██████████████) v. █████ et al.

May 05, 2025
Client:        150363
Matter:        000415
Invoice #:   98504762

Page:                3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 5.80 | $3,016.00 |
| E100 | On-Line Research | 0.00 | $4.60 |
| L120 | Analysis/Strategy - Draft/Revise | 1.20 | $600.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.60 | $312.00 |
| L190 | Other - Communicate/In Firm | 1.20 | $624.00 |
| L440 | Other Preparation/Support - Plan & Prepare For | 3.80 | $1,976.00 |

**Total Hours** **12.60**

**Total Fees:** **$6,528.00**



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000728 ████ (aka █████) | | 98504763 | $332.50 | $0.00 | $332.50 |

## Account Summary

| | |
|---|---|
| Current Charges | $332.50 |
| **Balance Due:** | **$332.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:                150363
Matter:              000728
Invoice #:        98504763

Page:                      1

RE: ███████ (aka ███████)

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/18/2025 | BJLE | Telephone call with Peter Califano regarding case documents. [L110 - A106](0.40) | 0.40 | $190.00 |
| 4/18/2025 | BJLE | Exchange of emails with Peter Califano regarding case documents requested by client. [L410 - A106](0.30) | 0.30 | $142.50 |
| | | Total Services | 0.70 | $332.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.70 | $475.00 | $332.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $6,305.50 | Current Charges | $332.50 |
| Total Disbursements to Date: | $2,889.90 | **Balance Due** | **$332.50** |
| Total to Date: | $9,195.40 | | |

The Archdiocese of San Francisco

RE: ████████ (aka ████████ )

May 05, 2025
Client:          150363
Matter:          000728
Invoice #:    98504763

Page:                2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.40 | $190.00 |
| L410 | Fact Witnesses - Communicate w/Client | 0.30 | $142.50 |

**Total Hours** *0.70*

***Total Fees:*** ***$332.50***



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000933 | ▮▮▮▮▮ (aka ▮▮▮▮▮) | 98504764 | $142.50 | $0.00 | $142.50 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $142.50 |
| **Balance Due:** | **$142.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

May 05, 2025
Client:          150363
Matter:        000933
Invoice #:    98504764

Page:                     1

RE: ██████████ (aka ████████)

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/23/2025 | BJLE | Telephone call with ████████ regarding defense of ████████. [L120 - A107](0.30) | 0.30 | $142.50 |
| | | Total Services | 0.30 | $142.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.30 | $475.00 | $142.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $451.50 | Current Charges | $142.50 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$142.50** |
| Total to Date: | $451.50 | | |

The Archdiocese of San Francisco

RE: ███████████ (aka ███████████ )

May 05, 2025
Client:      150363
Matter:      000933
Invoice #:   98504764

Page:            2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.30 | $142.50 |

| | Total Hours | 0.30 | |
|--|-------------|------|--|

| | Total Fees: | $142.50 |
|--|-------------|---------|



weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98504765 | $807.50 | $0.00 | $807.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $4,139.45 |
| Current Charges | $807.50 |
| Less Payments | $1,466.00 |
| **Balance Due:** | **$3,480.95** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

May 05, 2025
Client:         150363
Matter:        000944
Invoice #:   98504765

Page:              1

RE:  Victoria Castro

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/2/2025 | BJLE | Revise settlement agreement per comments from Paul Pascuzzi. [L160 - A103](0.20) | 0.20 | $95.00 |
| 4/2/2025 | BJLE | Exchange of emails with Paula Carney and Paul Pascuzzi regarding draft settlement agreement. [L160 - A106](0.20) | 0.20 | $95.00 |
| 4/6/2025 | BJLE | Further revision of settlement agreement per comments from Paul Pascuzzi and Paula Carney. [L160 - A103](0.50) | 0.50 | $237.50 |
| 4/14/2025 | BJLE | Exchange of emails with Babak Kheiri regarding settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 4/23/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 4/28/2025 | BJLE | Telephone call with Plaintiff's counsel regarding terms of settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 4/29/2025 | BJLE | Exchange of emails with Paul Pascuzzi regarding settlement agreement and motion for approval in bankruptcy court. [L430 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 1.70 | $807.50 |

The Archdiocese of San Francisco

RE: Victoria Castro

May 05, 2025
Client: 150363
Matter: 000944
Invoice #: 98504765

Page: 2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.70 | $475.00 | $807.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $28,136.00 | Previous Balance | $4,139.45 |
| Total Disbursements to Date: | $8,523.66 | Current Charges | $807.50 |
| Total to Date: | $36,659.66 | Less Payments | $1,466.00 |
| | | **Balance Due** | **$3,480.95** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.70 | $332.50 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.60 | $285.00 |
| L430 | Written Motions/Submissions - Commun./Other Cc | 0.20 | $95.00 |
| | **Total Hours** | **1.70** | |
| | **Total Fees:** | | **$807.50** |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:          150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98504768 | $190.00 | $589.65 | $779.65 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $7,334.80 |
| Current Charges | $779.65 |
| Less Payments | $446.80 |
| **Balance Due:** | **$7,667.65** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client: 150363
Matter: 000945
Invoice #: 98504768

Page: 1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through April 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/10/2025 | BJLE | Exchange of emails with Doug Shaffer regarding Answer. [L210 - A107](0.20) | 0.20 | $95.00 |
| 4/28/2025 | BJLE | Review of Plaintiff's discovery requests to Cruise LLC. [L320 - A104](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.40 | $190.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $475.00 | $190.00 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|-------------------------|--------|
| 4/10/2025 | Ace Attorney Service, Inc.- Filing fee- Answer/Cross-Complaint, SFSC, 3/21/2025 [E100 - E112] | $68.75 |
| 4/22/2025 | Ace Attorney Service, Inc.- Service- 04/03/2025 - Steele v. Cruise - Answer to Complaint - San Francisco Superior Court. [E100 - E112] | $520.90 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

May 05, 2025
Client: 150363
Matter: 000945
Invoice #: 98504768

Page: 2

**EXPENSES**

| Date | Description of Expenses | | Amount |
|------|------------------------|---|--------|
| | | Total Expenses | $589.65 |

| | | |
|---|---|---|
| Total Fees to Date: | $11,628.00 | |
| Total Disbursements to Date: | $672.15 | |
| Total to Date: | $12,300.15 | |

| | |
|---|---|
| Previous Balance | $7,334.80 |
| Current Charges | $779.65 |
| Less Payments | $446.80 |
| **Balance Due** | **$7,667.65** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | On-Line Research | 0.00 | $0.00 |
| E100 | Court Fees | 0.00 | $589.65 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $95.00 |
| L320 | Document Production - Review/Analyze | 0.20 | $95.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | | **$190.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com

Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

May 05, 2025
Client:        150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ▮▮▮ AKA ▮▮▮ V. SAINT BRIGID SC | 98504766 | $750.00 | $0.00 | $750.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,540.00 |
| Current Charges | $750.00 |
| Less Payments | $1,360.00 |
| **Balance Due:** | **$1,930.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client:          150363
Matter:          000983
Invoice #:   98504766

Page:              1

RE: ▮▮▮▮▮ AKA ▮▮▮▮▮ V. SAINT BRIGID SCHOOL

For Professional Services Rendered Through April 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/10/2025 | DCZ | Phone call with Paula Carney and Paul Pascuzzi regarding claim and settlement discussions. [L160 - A106](0.60) | 0.60 | $300.00 |
| 4/14/2025 | DCZ | Phone call with ▮▮▮▮▮ and ▮▮▮▮▮ regarding case status. [L120 - A108](0.50) | 0.50 | $250.00 |
| 4/14/2025 | DCZ | Drafted update to Paula Carney on status of case. [L120 - A106](0.20) | 0.20 | $100.00 |
| 4/14/2025 | DCZ | Review and analysis of other diocesan settlement data to send to claimant's counsel. [L120 - A104](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.50 | $750.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.50 | $500.00 | $750.00 |

| | |
|--|--|
| Total Fees to Date: | $4,050.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $4,050.00 |

The Archdiocese of San Francisco

RE: ███████ AKA ██████████ V. SAINT BRIGID SCHOOL

May 05, 2025
Client:         150363
Matter:        000983
Invoice #:   98504766

Page:              2

| | |
|---|---|
| Previous Balance | $2,540.00 |
| Current Charges | $750.00 |
| Less Payments | $1,360.00 |
| **Balance Due** | **$1,930.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Review/Analyze | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.50 | $250.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.60 | $300.00 |
| | | **Total Hours** 1.50 | |
| | | **Total Fees:** $750.00 | |



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

May 05, 2025
Client:           150363

For Professional Services Rendered Through April 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98504767 | $65,549.00 | $11.50 | $65,560.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $135,099.40 |
| Current Charges | $65,560.50 |
| Less Payments | $50,180.40 |
| **Balance Due:** | **$150,479.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 1

RE: Bankruptcy

For Professional Services Rendered Through April 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/1/2025 | DCZ | Conference call with client regarding possible discussions with Committee about relief from stay motion. [L120 - A106](0.70) | 0.70 | $350.00 |
| 4/1/2025 | PEG | Call with Katz, Carney and Weinstein regarding lift stay strategies. [B100 - B190](0.50) | 0.50 | $260.00 |
| 4/1/2025 | PEG | Review of Llakos' late claim motion. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/2/2025 | DCZ | Review and analysis of motion to file late claim involving Case No. 22CV023613. [L120 - A104](0.50) | 0.50 | $250.00 |
| 4/2/2025 | DCZ | Conference call with ADSF bankruptcy counsel discussing status of bankruptcy, relief from stay motion, motion for injunction and mediation. [L230 - A108](1.00) | 1.00 | $500.00 |
| 4/2/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding status of total claimants in bankruptcy. [L160 - A103](0.40) | 0.40 | $200.00 |
| 4/2/2025 | DCZ | Drafted correspondence to Brittany Michaels regarding exchange of bankruptcy claimants lists. [L120 - A103](0.30) | 0.30 | $150.00 |
| 4/2/2025 | PEG | Participate in Debtor's Professionals' call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 4/2/2025 | PEG | Review of reply from Ori Katz regarding communications with Committee over forms of Order. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 2

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/2/2025 | MAS | Correspondence with coverage counsel and bankruptcy counsel regarding list of claims and analysis conducted regarding continued discrepancy as to list of claimants with Committee. [L120 - A107](0.50) | 0.50 | $187.50 |
| 4/2/2025 | MAS | Telephone call from coverage counsel regarding list of claims and analysis conducted regarding continued discrepancy as to list of claimants with Committee. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/2/2025 | MAS | Correspondence with Jennie Kim regarding JCCP 5108 CMC statements and orders for Complaint regarding stay of bankruptcy. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/3/2025 | DCZ | Drafting motion to extend bankruptcy stay to related ADSF affiliates. [L120 - A103](6.30) | 6.30 | $3,150.00 |
| 4/3/2025 | DCZ | Phone call with Steve Greene regarding stay injunction strategy. [L120 - A108](0.50) | 0.50 | $250.00 |
| 4/3/2025 | PEG | Review of reply to Opposition to late claim motion. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/3/2025 | PEG | Review of forms of Order submitted to Court by Committee. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/3/2025 | MAS | Further correspondence with coverage counsel and bankruptcy counsel regarding list of claims and analysis conducted regarding continued discrepancy as to list of claimants with Committee. [L120 - A107](0.40) | 0.40 | $150.00 |
| 4/4/2025 | DCZ | Further drafting of motion to extend stay to affiliated entities. [L120 - A103](1.20) | 1.20 | $600.00 |
| 4/4/2025 | DCZ | Conference call with client regarding upcoming mediation and mediation strategy. [L120 - A106](1.40) | 1.40 | $700.00 |
| 4/4/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding filing date for motion to clarify scope of bankruptcy stay. [L120 - A108](0.20) | 0.20 | $100.00 |
| 4/4/2025 | PEG | Attend debtor professionals call regarding mediation strategy, competing orders on committee motions and related motions. [B100 - B110](1.50) | 1.50 | $780.00 |
| 4/4/2025 | PEG | Review and comment on objections to order. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/4/2025 | PEG | Review of final form of Objection to Order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/4/2025 | MAS | Further correspondence with coverage counsel and bankruptcy counsel regarding list of claims and analysis conducted regarding continued discrepancy as to list of claimants with Committee. [L120 - A107](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/4/2025 | MAS | Correspondence with Kevin Cifarelli regarding master factual matrix of claims. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/7/2025 | PEG | Exchange with Paula Carney regarding response to vocal estis complaint. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/7/2025 | PEG | Review of committee response to objections to Order. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/8/2025 | DCZ | Drafting declaration in support of motion to extend bankruptcy stay to affiliates. [L120 - A103](0.70) | 0.70 | $350.00 |
| 4/8/2025 | DCZ | Conference call with bankruptcy counsel regarding status of bankruptcy and state court litigation and bankruptcy mediation status. [L120 - A108](1.00) | 1.00 | $500.00 |
| 4/8/2025 | PEG | Review of Gillian Brown email regarding properties to be appraised. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/8/2025 | PEG | Attend debtor professionals' call regarding outstanding issues. [B100 - B110](1.00) | 1.00 | $520.00 |
| 4/8/2025 | PEG | Review of final for of Independent Review Board minutes and claims data orders signed by the Court. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/8/2025 | PEG | Further exchange with Amanda Cottrell regarding outstanding Committee Rule 2004 requests. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/8/2025 | PEG | Review of draft Complaint for 105 injunction. [B100 - B190](0.70) | 0.70 | $364.00 |
| 4/8/2025 | MAS | Further correspondence with Jeannie Kim regarding list of claims related to discrepancies with claimants' list of claims. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/9/2025 | PEG | Preparation of reply to Katz and Cottrell regarding comments to draft adversary complaint. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/9/2025 | PEG | Call with Archbishop, Katz, Pascuzzi, Carney and finance team, regarding financial review. [B100 - B110](1.00) | 1.00 | $520.00 |
| 4/9/2025 | PEG | Call with Pascuzzi and Katz regarding consultant. [B100 - B110](0.50) | 0.50 | $260.00 |
| 4/10/2025 | DCZ | Review and analysis of draft adversary Complaint. [L210 - A104](0.80) | 0.80 | $400.00 |
| 4/10/2025 | DCZ | Phone call with and drafted correspondence to Ori Katz regarding the production of IRB minutes in response to Judge Montali's order. [L120 - A103](0.30) | 0.30 | $150.00 |
| 4/10/2025 | DCZ | Discussion with bankruptcy counsel regarding adversary complaint. [L210 - A108](1.20) | 1.20 | $600.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:          150363
Matter:          900036
Invoice #:    98504767

Page:              4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/10/2025 | DCZ | Review and analysis of oder granting relief from stay. [L120 - A104](0.20) | 0.20 | $100.00 |
| 4/10/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding order granting relief from stay. [L120 - A108](0.30) | 0.30 | $150.00 |
| 4/10/2025 | PEG | Review memorandum of decision releasing cases from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/10/2025 | PEG | Review of MOD regarding relief from stay on ███ cases. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/10/2025 | BGON | Review IRB minutes and prepare pages for publishing. [L140 - A104](0.70) | 0.70 | $157.50 |
| 4/11/2025 | DCZ | Review and analysis of updated draft adversary complaint to extend bankruptcy stay. [L120 - A104](0.70) | 0.70 | $350.00 |
| 4/11/2025 | DCZ | Conference call with client regarding mediation strategy. [L160 - A106](1.40) | 1.40 | $700.00 |
| 4/11/2025 | DCZ | Review and analysis of notice to claimants of opt out to aggregated claims data. [L120 - A104](0.30) | 0.30 | $150.00 |
| 4/11/2025 | PEG | Review of memorandum from Cottrell regarding production of Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/11/2025 | MAS | Correspondence with Jeannie Kim regarding late-filed claim. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/11/2025 | BGON | Review IRB minutes and send summary to Sheppard Mullin. [L320 - A104](1.30) | 1.30 | $292.50 |
| 4/12/2025 | BJLE | Preparation of Exhibit for Declaration of Daniel Zamora to Extend Stay for identifying the ██ Catholic Charities cases,██ Marin Catholic High School Cases, █ Riordan High School case, █ Sacred Heart Cathedral Prep cases, █ Junipero Serra High School Cases, and ███ St. Patrick Seminary Cases and case information. [L310 - A103](3.30) | 3.30 | $1,485.00 |
| 4/13/2025 | PEG | Add comments to latest draft of adversary complaint. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/13/2025 | PEG | Review of master insurance matrix prepared by Blank Rome. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/13/2025 | PEG | Review of Pascuzzi's reply regarding parish relief. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/14/2025 | PEG | Drafting of letter to Jeff Anderson regarding response to ███ complaints. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/14/2025 | PEG | Review of Katz's red lines to notification to survivors regarding publication of claims data. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 5

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/14/2025 | PEG | Call from Anderson regarding ███ complaint dismissals. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/14/2025 | BJLE | Preparation of Declaration of Daniel Zamora to extend stay for Archdiocese of San Francisco Section 105(a) adversary complaint regarding details about the ██ cases incorporated in the request to stay. [L430 - A103](2.10) | 2.10 | $945.00 |
| 4/14/2025 | BJLE | Review of the ██ cases involved in the Section 105(a) Motion to Extend Stay to determine whether each Plaintiff made specific allegations in their complaint related to supervision by Archdiocese of San Francisco Priests, separateness of the corporate entities, and whether agents of each entity were additionally agents of the Archdiocese of San Francisco. [L430 - A104](2.60) | 2.60 | $1,170.00 |
| 4/15/2025 | DCZ | Drafted correspondence to Committee counsel regarding status of list of claimants. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/15/2025 | DCZ | Further drafting of declaration in support of motion to extend bankruptcy stay. [L250 - A103](1.20) | 1.20 | $600.00 |
| 4/15/2025 | DCZ | Phone call with Paul Pascuzzi regarding attorney declaration in support of motion to extend bankruptcy stay. [L250 - A106](0.20) | 0.20 | $100.00 |
| 4/15/2025 | DCZ | Conference call with bankruptcy counsel regarding adversary complaint and motion to extend bankruptcy stay. [L120 - A108](1.00) | 1.00 | $500.00 |
| 4/15/2025 | DCZ | Phone call with Steve Greene regarding coordination of filing of motions to extend bankruptcy stay. [L120 - A108](0.30) | 0.30 | $150.00 |
| 4/15/2025 | PEG | Emails exchanges with Pascuzzi and Weinstein regarding Chubb coverage. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/15/2025 | BJLE | Revise declaration of Daniel Zamora in support of Motion to Extend Stay for co-defendants of the Archdiocese of San Francisco per comments from Daniel Zamora. [L430 - A103](1.50) | 1.50 | $675.00 |
| 4/15/2025 | BJLE | Attend Zoom meeting with Amanda Cottrell, Paul Pascuzzi, Susan Haines, Barry Weinstein, and Jeffrey Schulman regarding strategy for Motion to Extend Stay for co-defendants affiliated with the Archdiocese of San Francisco. [L430 - A107](1.00) | 1.00 | $450.00 |
| 4/15/2025 | BJLE | Analyze whether the accused individuals in Catholic Charities cases were allegedly priests of the Archdiocese of San Francisco to incorporate details in Declaration of Daniel Zamora for Section 105(a) Complaint. [L430 - A104](1.20) | 1.20 | $540.00 |
| 4/16/2025 | DCZ | Conference call with bankruptcy counsel regarding litigation issues involving client. [L120 - A108](1.10) | 1.10 | $550.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/16/2025 | PEG | Review of press release by Anderson regarding release of Independent Review Board minutes. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/16/2025 | PEG | Preparation of reply to Marlow regarding statements in response to press inquiry regarding Independent Review Board minutes. [B100 - B190](0.30) | 0.30 | $156.00 |
| 4/16/2025 | PEG | Attend debtors professionals Zoom call regarding mediation strategies. [B100 - B110](1.00) | 1.00 | $520.00 |
| 4/16/2025 | PEG | Review of SF Chronicle article on Independent Review Board minutes and review of minutes produced by SF Chronicle. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/16/2025 | PEG | Review and comment on revised slides for mediation presentation. [B100 - B110](0.50) | 0.50 | $260.00 |
| 4/16/2025 | BJLE | Revise Exhibit to Declaration of Daniel Zamora for Section 105(a) Complaint to incorporate the information requested by Paul Pascuzzi and Amanda Cottrell regarding full case name, case number, and all defendants for all █ cases. [L430 - A103](3.10) | 3.10 | $1,395.00 |
| 4/16/2025 | BJLE | Revise Declaration of Daniel Zamora for Motion to Extend Stay per comments from Paul Pascuzzi and Amanda Cotrell. [L430 - A103](0.70) | 0.70 | $315.00 |
| 4/16/2025 | BJLE | Review and analysis of all ███████ Cases to confirm which cases properly named ███████ for purposes of Motion to Stay. [L430 - A104](0.60) | 0.60 | $270.00 |
| 4/16/2025 | BJLE | Continue analysis of Plaintiff's allegations in each of the Catholic Charities cases to incorporate information into Motion to Extend Stay. [L430 - A104](0.80) | 0.80 | $360.00 |
| 4/16/2025 | MAS | Analysis of additional claims with severity ranking based on additional information provided from litigation pleadings and discovery. [L120 - A104](0.40) | 0.40 | $150.00 |
| 4/16/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](0.50) | 0.50 | $187.50 |
| 4/17/2025 | DCZ | Conference call with Judge Buckley regarding status of settlement discussions. [L160 - A108](0.20) | 0.20 | $100.00 |
| 4/17/2025 | PEG | Call with Judge Buckley regarding upcoming mediation session. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/18/2025 | DCZ | Review and analysis of list of cases to be covered by motion to extend the bankruptcy stay. [L120 - A104](0.30) | 0.30 | $150.00 |
| 4/18/2025 | DCZ | Conference call with mediators regarding analysis of demands to carriers. [L160 - A108](0.70) | 0.70 | $350.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:          150363
Matter:        900036
Invoice #:    98504767

Page:                7

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/18/2025 | PEG | Review of updated mediation presentation slides from Weitz. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/18/2025 | PEG | Review reply form ▇▇▇▇▇▇ re slide presentation for mediation. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/19/2025 | PEG | Review of Committee demand to remove confidentiality from financial documents. [B100 - B190](0.20) | 0.20 | $104.00 |
| 4/20/2025 | PEG | Further exchange with Pascuzzi regarding mediation slide presentation. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/20/2025 | PEG | Exchange of emails with Pascuzzi and Weinstein regarding claim severity analysis. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/21/2025 | DCZ | Review and analysis of claims data from Creditor's Committee for comparison with client's data for purposes of identifying total claim numbers and dates of alleged abuse. [L160 - A104](0.70) | 0.70 | $350.00 |
| 4/21/2025 | DCZ | Conference call with Barry Weinstein regarding Committee's comments on claimant numbers and dates of abuse. [L160 - A108](0.80) | 0.80 | $400.00 |
| 4/21/2025 | PEG | Review of memorandum from Ori Katz regarding discovery to non-debtor affiliates. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/21/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](0.70) | 0.70 | $262.50 |
| 4/21/2025 | MAS | Attend meeting with Barry Weinstein and Kevin Cifarelli regarding consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L520 - A107](0.70) | 0.70 | $262.50 |
| 4/22/2025 | DCZ | Drafting correspondence to Creditors' Committee Counsel about list of claimants. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/22/2025 | DCZ | Conference call with Paul Pascuzzi regarding motion to extend bankruptcy stay. [L120 - A108](0.50) | 0.50 | $250.00 |
| 4/22/2025 | DCZ | Further drafting of declaration in support of motion to extend stay. [L120 - A103](0.20) | 0.20 | $100.00 |
| 4/22/2025 | DCZ | Conference call with client regrading draft presentation to mediators. [L160 - A106](1.70) | 1.70 | $850.00 |
| 4/22/2025 | PEG | Review of updated B Riley slide presentation for mediation. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/22/2025 | PEG | Review and edit revised draft adversary complaint regarding 105 injunction. [B100 - B190](0.50) | 0.50 | $260.00 |
| 4/22/2025 | PEG | Pre-mediation strategy session with all debtor professionals. [B100 - B110](1.70) | 1.70 | $884.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:          150363
Matter:          900036
Invoice #:    98504767

Page:                8

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/22/2025 | PEG | Review of updated insurance matrix prepared by Weinstein for mediation session. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/22/2025 | BJLE | Review of all Archdiocese of San Francisco claims and determine which claims also name ██████████ for purposes of Motion to Continue Stay. [L430 - A104](1.60) | 1.60 | $720.00 |
| 4/22/2025 | BJLE | Telephone call with Paul Pascuzzi regarding declaration for Motion to Continue Stay. [L430 - A107](0.50) | 0.50 | $225.00 |
| 4/23/2025 | DCZ | Phone call with Paula Carney regarding motion to extend stay to the seminary corporation. [L120 - A106](0.20) | 0.20 | $100.00 |
| 4/23/2025 | DCZ | Conference call with Creditor's Committee counsel on total number of claims field in bankruptcy. [L160 - A108](0.30) | 0.30 | $150.00 |
| 4/23/2025 | DCZ | Drafting correspondence to bankruptcy counsel regarding motion to extend bankruptcy stay. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/23/2025 | PEG | Attend pre-mediation meeting with Archbishop and professionals. [B100 - B110](1.20) | 1.20 | $624.00 |
| 4/23/2025 | PEG | Prepare for mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](1.10) | 1.10 | $572.00 |
| 4/23/2025 | MAS | Attend meeting with Brittany Michaels regarding consolidating list of claims with Creditor's Committee list. [L520 - A107](0.30) | 0.30 | $112.50 |
| 4/24/2025 | DCZ | Attended continued global mediation. [L160 - A109](8.00) | 7.50 | $3,750.00 |
| 4/24/2025 | PEG | Attend mediation session with Judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](7.50) | 7.50 | $3,900.00 |
| 4/24/2025 | BJLE | Revise declaration of Daniel Zamora and Exhibit 1 for Motion to Extend Stay for ████████████, ████████, and ████ high schools. [L430 - A103](0.50) | 0.50 | $225.00 |
| 4/24/2025 | MAS | Correspondence with Kevin Cifarelli regarding requested personnel files by ████████ representatives. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/24/2025 | MAS | Correspondence with Brittany Michaels regarding claims to be added to list of claims for purposes of consolidating list with Creditor's Committee. [L120 - A107](0.30) | 0.30 | $112.50 |
| 4/24/2025 | MAS | Review of late-filed claims for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](1.40) | 1.40 | $525.00 |
| 4/25/2025 | DCZ | Drafting and editing of case list for adversary complaint. [L120 - A103](1.50) | 1.50 | $750.00 |
| 4/25/2025 | DCZ | Phone call with Amanda Cottrell regarding case list for adversary complaint. [L120 - A108](0.40) | 0.40 | $200.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:      150363
Matter:      900036
Invoice #:   98504767

Page:        9

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/25/2025 | PEG | Call with Pascuzzi and Zamora relative to identification of cases subject to stay adversary proceeding. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/25/2025 | PEG | Review of Proof of Claims Matrix to identify potential objectionable claims. [B300 - B310](1.20) | 1.20 | $624.00 |
| 4/25/2025 | PEG | Review of LMI claims valuation chart. [B300 - B310](0.50) | 0.50 | $260.00 |
| 4/25/2025 | PEG | Preparation of memorandum to Weinstein regarding possible objections to Proofs of Claim. [B300 - B310](0.20) | 0.20 | $104.00 |
| 4/25/2025 | MAS | Finalize draft of exhibit to Zamora Declaration for enforcement re: stay of Bucket 2 state court actions. [L250 - A103](0.40) | 0.40 | $150.00 |
| 4/25/2025 | MAS | Attend meeting with Jeffrey Schulman regarding list of claims and ongoing consolidation process with Creditor's Committee. [L120 - A107](0.50) | 0.50 | $187.50 |
| 4/25/2025 | MAS | Gather information for service upon Plaintiffs re motion for enforcement re: stay of Bucket 2 state court actions. [L250 - A103](2.20) | 2.20 | $825.00 |
| 4/25/2025 | MAS | Telephone call to Jeannie Kim regarding information for service upon Plaintiffs re motion for enforcement re: stay of Bucket 2 state court actions. [L250 - A107](0.40) | 0.40 | $150.00 |
| 4/27/2025 | DCZ | Review and analysis of case inventory for ████████ for inclusion in motion and adversary complaint to extend injunction. [L120 - A104](0.20) | 0.20 | $100.00 |
| 4/27/2025 | DCZ | Phone call with Peter Califano regarding case inventory for ████████ for inclusion in motion and adversary complaint to extend injunction. [L120 - A108](0.40) | 0.40 | $200.00 |
| 4/27/2025 | PEG | Review and edit draft motion for 105 injunction. [B100 - B190](0.60) | 0.60 | $312.00 |
| 4/27/2025 | PEG | Review of Pascuzzi's agenda for strategy meeting. [B100 - B110](0.20) | 0.20 | $104.00 |
| 4/27/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](2.20) | 2.20 | $825.00 |
| 4/28/2025 | DCZ | Further drafting of declaration in support of motion to extend the bankruptcy injunction. [L120 - A103](1.40) | 1.40 | $700.00 |
| 4/28/2025 | DCZ | Drafting correspondence to counsel for ████████ ████████ regarding cases including in motion to extend injunction. [L120 - A103](0.40) | 0.40 | $200.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:      150363
Matter:      900036
Invoice #:   98504767

Page:           10

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/28/2025 | DCZ | Drafting correspondence to counsel for ▮▮▮▮▮ ▮▮▮▮▮ regarding cases included in motion to extend injunction. [L120 - A103](0.20) | 0.20 | $100.00 |
| 4/28/2025 | DCZ | Conference call with ADSF bankruptcy counsel regarding cases to be included in adversary complaint and motion to extend bankruptcy stay. [L120 - A108](0.40) | 0.40 | $200.00 |
| 4/28/2025 | DCZ | Review and editing of adversary complaint to extend bankruptcy injunction. [L120 - A104](0.80) | 0.80 | $400.00 |
| 4/28/2025 | DCZ | Conference call with bankruptcy counsel regarding mediation strategy. [L120 - A108](1.30) | 1.30 | $650.00 |
| 4/28/2025 | PEG | Review of further edits to draft complaint, motion and exhibits from Weinstein and Cottrell. [B100 - B190](0.50) | 0.50 | $260.00 |
| 4/28/2025 | PEG | Review of email from BRG regarding cyber breach; review of Incident Letter and preparation of email to Paula Carney regarding potential insurance claim. [B100 - B110](0.30) | 0.30 | $156.00 |
| 4/28/2025 | PEG | Call with mediation team to pre-plan for strategy meeting. [B100 - B110](0.50) | 0.50 | $260.00 |
| 4/28/2025 | PEG | Further call with mediation team. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/28/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](1.00) | 1.00 | $375.00 |
| 4/29/2025 | DCZ | Drafting correspondence to coverage counsel regarding status of claim compilation. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/29/2025 | DCZ | Drafting correspondence to Committee Counsel regarding status of duplicative claims. [L160 - A103](0.20) | 0.20 | $100.00 |
| 4/29/2025 | DCZ | Drafting and editing of outline for settlement mediation meeting with client. [L160 - A103](0.30) | 0.30 | $150.00 |
| 4/29/2025 | DCZ | Meeting with Paula Carney and bankruptcy counsel regarding mediation strategy. [L120 - A106](5.00) | 5.00 | $2,500.00 |
| 4/29/2025 | PEG | Meeting with Amanda Cottrell, Ori Katz and Paula Carney regarding "Friday letters". [B100 - B110](0.50) | 0.50 | $260.00 |
| 4/29/2025 | PEG | Attend meeting with Ori Katz, Paul Pascuzzi, Paula Carney , Barry Weinstein and Daniel Zamora regarding mediation strategies. [B100 - B110](5.00) | 5.00 | $2,600.00 |
| 4/29/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](4.40) | 4.40 | $1,650.00 |
| 4/30/2025 | DCZ | Drafting analysis of claims subject to challenge for disallowance on lack of connection to client. [L160 - A103](3.60) | 3.60 | $1,800.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:        150363
Matter:        900036
Invoice #:    98504767

Page:            11

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/30/2025 | DCZ | Conference call with bankruptcy counsel regarding claimant's dates of abuse for purposes of calculating settlement demands to insurance carriers. [L160 - A108](0.40) | 0.40 | $200.00 |
| 4/30/2025 | PEG | Review of memorandum detailing status of ▮▮▮▮ cases released from stay; preparation of memorandum to Pascuzzi, Katz and Weinstein regarding same. [B100 - B110](0.40) | 0.40 | $208.00 |
| 4/30/2025 | PEG | Further review and editing of identification of objectionable claims. [B300 - B310](0.40) | 0.40 | $208.00 |
| 4/30/2025 | PEG | Initial drafting of report to Travelers on ▮▮▮▮ cases released from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 4/30/2025 | PEG | Call with Judge Buckley and Blank Rome regarding Committee claims list to confirm agreed upon claims. [B300 - B310](0.30) | 0.30 | $156.00 |
| 4/30/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](2.30) | 2.30 | $862.50 |
| 4/30/2025 | MAS | Attend meeting with Jeffrey Schulman and Kevin Cifarelli regarding consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A109](0.40) | 0.40 | $150.00 |
| 4/30/2025 | MAS | Correspondence with Jeffrey Schulman and Kevin Cifarelli regarding consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A107](0.50) | 0.50 | $187.50 |
| | | Total Services | 137.90 | $65,549.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 41.20 | $520.00 | $21,424.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 53.60 | $500.00 | $26,800.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 19.50 | $450.00 | $8,775.00 |
| MAS | Monica Silver | ASSOCIATE | 21.60 | $375.00 | $8,100.00 |
| BGON | Brian Gonzaga | PARALEGAL | 2.00 | $225.00 | $450.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client:        150363
Matter:        900036
Invoice #:     98504767

Page:              12

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 4/30/2025 | Benjamin Lewis- Service- 4/15/2025 Alameda County Superior Court - Download of Document [E100 - E112] | $11.50 |

|  |  |
|--|--|
| Total Expenses | $11.50 |

| | | | |
|--|--|--|--|
| Total Fees to Date: | $809,776.75 | Previous Balance | $135,099.40 |
| Total Disbursements to Date: | $2,192.28 | Current Charges | $65,560.50 |
| Total to Date: | $811,969.03 | Less Payments | $50,180.40 |
| | | **Balance Due** | **$150,479.50** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 29.00 | $15,080.00 |
| B100 | Other Contested Matters (excluding assumption/re | 9.60 | $4,992.00 |
| B300 | Claims Administration and Objections | 2.60 | $1,352.00 |
| E100 | Court Fees | 0.00 | $11.50 |
| L120 | Analysis/Strategy - Draft/Revise | 12.50 | $6,250.00 |
| L120 | Analysis/Strategy - Review/Analyze | 15.90 | $6,337.50 |
| L120 | Analysis/Strategy - Communicate/With Client | 7.30 | $3,650.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 4.30 | $1,612.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

May 05, 2025
Client: 150363
Matter: 900036
Invoice #: 98504767

Page: 13

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/Other External | 7.40 | $3,700.00 |
| L120 | Analysis/Strategy - Appear For/Attend | 0.40 | $150.00 |
| L140 | Document/File Management - Review/Analyze | 0.70 | $157.50 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 5.30 | $2,650.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.70 | $350.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cli | 3.10 | $1,550.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 2.40 | $1,200.00 |
| L160 | Settlement/Non-Binding ADR - Appear For/Attend | 7.50 | $3,750.00 |
| L210 | Pleadings - Review/Analyze | 0.80 | $400.00 |
| L210 | Pleadings - Communicate/Other External | 1.20 | $600.00 |
| L230 | Court Mandated Conferences - Commun./Other Ex | 1.00 | $500.00 |
| L250 | Oth Written Motion/Submiss - Draft/Revise | 3.80 | $1,575.00 |
| L250 | Oth Written Motion/Submiss - Communicate w/Clie | 0.20 | $100.00 |
| L250 | Oth Written Motion/Submiss - Commun./Other Cou | 0.40 | $150.00 |
| L310 | Written Discovery - Draft/Revise | 3.30 | $1,485.00 |
| L320 | Document Production - Review/Analyze | 1.30 | $292.50 |
| L430 | Written Motions/Submissions - Draft/Revise | 7.90 | $3,555.00 |
| L430 | Written Motions/Submissions - Review/Analyze | 6.80 | $3,060.00 |
| L430 | Written Motions/Submissions - Commun./Other Co | 1.50 | $675.00 |

The Archdiocese of San Francisco

RE:  Bankruptcy

May 05, 2025
Client:        150363
Matter:        900036
Invoice #:   98504767

Page:            14

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L520 | Appellate Briefs - Communicate/Other Counsel | 1.00 | $375.00 |

| | | |
|---|---|---|
| **Total Hours** | **137.90** | |

| | | |
|---|---|---|
| **Total Fees:** | **$65,549.00** | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000390 | ███ v. Archdiocese of San Francisco | 98506828 | $1,448.00 | $0.00 | $1,448.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,544.00 |
| Current Charges | $1,448.00 |
| **Balance Due:** | **$3,992.00** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

June 04, 2025
Client:      150363
Matter:      000390
Invoice #:   98506828

Page:            1

RE: ██████████ v. Archdiocese of San Francisco

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/1/2025 | DCZ | Drafting and editing of case update letter to Travelers. [L120 - A103](0.40) | 0.40 | $200.00 |
| 5/5/2025 | PEG | Finalize status report to Travelers. [L110 - A103](0.40) | 0.40 | $208.00 |
| 5/14/2025 | ZMS | Review of deposition transcript of plaintiff ██████████ and work on inserting references from transcript into plan for anticipated cross-examination (2.0). [L330 - A104](2.00) | 2.00 | $1,040.00 |
| | | Total Services | 2.80 | $1,448.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|-----|-------------------|-------------|-------|---------|-----------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.40 | $520.00 | $208.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 2.00 | $520.00 | $1,040.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.40 | $500.00 | $200.00 |

| | |
|---|---|
| Total Fees to Date: | $163,366.00 |
| Total Disbursements to Date: | $36,242.26 |
| Total to Date: | $199,608.26 |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

June 04, 2025
Client:      150363
Matter:    000390
Invoice #:  98506828

Page:            2

| | | |
|---|---|---|
| Previous Balance | | $2,544.00 |
| Current Charges | | $1,448.00 |
| **Balance Due** | | **$3,992.00** |

| | | |
|---|---|---|
| **Retainer Balance** | | **$980.98** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Draft/Revise | 0.40 | $208.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.40 | $200.00 |
| L330 | Depositions - Review/Analyze | 2.00 | $1,040.00 |
| | **Total Hours** | **2.80** | |
| | **Total Fees:** | **$1,448.00** | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

June 04, 2025
Client:        150363

For Professional Services Rendered Through May 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | ▮▮▮ (▮▮▮) v. ▮▮▮, et al. | 98506829 | $2,860.00 | $0.00 | $2,860.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $6,896.60 |
| Current Charges | $2,860.00 |
| Less Payments | $166.40 |
| **Balance Due:** | **$9,590.20** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

June 04, 2025
Client:          150363
Matter:          000415
Invoice #:    98506829

Page:                    1

RE: ██████████ (████████████) v. ██████, et al.

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/13/2025 | ZMS | Study deposition transcript of plaintiff ██████████ and work on annotations to outline of cross-examination (3.2). [L330 - A104](3.20) | 3.20 | $1,664.00 |
| 5/23/2025 | ZMS | Prepare revised opposition to plaintiff's motion in limine concerning allocation of fault to ██████ and/or to plaintiff (2.3). [L530 - A101](2.30) | 2.30 | $1,196.00 |
| | | Total Services | 5.50 | $2,860.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 5.50 | $520.00 | $2,860.00 |

| | |
|---|---|
| Total Fees to Date: | $479,727.00 |
| Total Disbursements to Date: | $141,882.45 |
| Total to Date: | $621,609.45 |

The Archdiocese of San Francisco

RE: ████████ ( ██████████ ) v. █████ , et al.

June 04, 2025
Client:        150363
Matter:       000415
Invoice #:   98506829

Page:              2

| | | |
|---|---|---:|
| Previous Balance | | $6,896.60 |
| Current Charges | | $2,860.00 |
| Less Payments | | $166.40 |
| **Balance Due** | | **$9,590.20** |

| | | |
|---|---|---:|
| **Retainer Balance** | | **$1,216.25** |

| Task | Description | Hours | Amount |
|------|-------------|------:|-------:|
| L330 | Depositions - Review/Analyze | 3.20 | $1,664.00 |
| L530 | Ora Argument   Pla   Prepar  For | 2.30 | $1,196.00 |
| | **To al Ho rs** | **5.50** | |
| | **To al Fe s:** | | **$2,860.00** |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98506830 | $665.00 | $0.00 | $665.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,480.95 |
| Current Charges | $665.00 |
| Less Payments | $2,020.95 |
| **Balance Due:** | **$2,125.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:           150363
Matter:          000944
Invoice #:    98506830

Page:                    1

RE: Victoria Castro

For Professional Services Rendered Through May 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/2/2025 | BJLE | Telephone call with Paul Pascuzzi regarding Plaintiff's request to submit stipulation to bankruptcy court in lieu of settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 5/2/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding Plaintiff's request to submit stipulation to bankruptcy court in lieu of settlement agreement. [L160 - A107](0.20) | 0.20 | $95.00 |
| 5/14/2025 | BJLE | Exchange of emails with Marizel Bajoa regarding status of case. [L160 - A107](0.20) | 0.20 | $95.00 |
| 5/15/2025 | BJLE | Exchange of emails with Paula Carney regarding settlement status. [L160 - A106](0.20) | 0.20 | $95.00 |
| 5/27/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding status of settlement. [L310 - A107](0.20) | 0.20 | $95.00 |
| 5/27/2025 | BJLE | Telephone call with Plaintiff's counsel regarding plan for settlement and motion to the bankruptcy court. [L160 - A107](0.20) | 0.20 | $95.00 |
| 5/30/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding plan for motion with bankruptcy court. [L430 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 1.40 | $665.00 |

The Archdiocese of San Francisco

RE: Victoria Castro

June 04, 2025
Client: 150363
Matter: 000944
Invoice #: 98506830

Page: 2

## Timekeeper Summary

| | Level | Hours | Rate | Amount |
|---|---|---|---|---|
| BJLE Benjamin J. Lewis | ASSOCIATE | 1.40 | $475.00 | $665.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $28,801.00 | Previous Balance | $3,480.95 |
| | | Current Charges | $665.00 |
| Total Disbursements to Date: | $8,523.66 | Less Payments | $2,020.95 |
| Total to Date: | $37,324.66 | **Balance Due** | **$2,125.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.80 | $380.00 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.20 | $95.00 |
| L430 | Written Motions/Submissions - Commun./Other Cc | 0.20 | $95.00 |
| | **Total Hours** | **1.40** | |
| | **Total Fees:** | | **$665.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:            150363

For Professional Services Rendered Through May 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98506831 | $5,282.50 | $0.00 | $5,282.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $7,667.65 |
| Current Charges | $5,282.50 |
| Less Payments | $5,425.20 |
| **Balance Due:** | **$7,524.95** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

June 04, 2025
Client:            150363
Matter:          000945
Invoice #:    98506831

Page:                    1

RE:  Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/5/2025 | BJLE | Exchange of emails with Marizel Bajao regarding status of case. [L120 - A107](0.20) | 0.20 | $95.00 |
| 5/8/2025 | BJLE | Exchange of emails with Paula Carney regarding Plaintiff's discovery requests. [L320 - A106](0.20) | 0.20 | $95.00 |
| 5/16/2025 | BJLE | Exchange of emails with Paula Carney regarding discovery responses. [L320 - A106](0.20) | 0.20 | $95.00 |
| 5/16/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding discovery extension. [L320 - A107](0.20) | 0.20 | $95.00 |
| 5/21/2025 | CM | Draft Form Interrogatories, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](0.60) | 0.60 | $240.00 |
| 5/21/2025 | CM | Commence draft Special Interrogatories, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](1.30) | 1.30 | $520.00 |
| 5/21/2025 | CM | Prepare initial Preliminary Suit Status Report. [L120 - A103](2.40) | 2.40 | $960.00 |
| 5/22/2025 | CM | Continue draft Special Interrogatories, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](1.10) | 1.10 | $440.00 |
| 5/22/2025 | CM | Draft Request for Production of Documents, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](1.80) | 1.80 | $720.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

June 04, 2025
Client: 150363
Matter: 000945
Invoice #: 98506831

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/23/2025 | CM | Continue draft Request for Production of Documents, Set One to propound onto Plaintiff Shajana Steele. [L310 - A103](0.60) | 0.60 | $240.00 |
| 5/27/2025 | BJLE | Revise initial case evaluation and incorporate additional facts. [L120 - A107](1.30) | 1.30 | $617.50 |
| 5/28/2025 | BJLE | Confirm service address for Cruise LLC. [L210 - A104](0.20) | 0.20 | $95.00 |
| 5/28/2025 | CM | Communication w/ counsel for Cruise, LLC re: status of suit. [L210 - A107](0.30) | 0.30 | $120.00 |
| 5/29/2025 | BJLE | Telephone call with Plaintiff's counsel regarding introduction and status of case. [L190 - A107](0.20) | 0.20 | $95.00 |
| 5/30/2025 | BJLE | Revise liability analysis in initial case evaluation. [L120 - A106](0.80) | 0.80 | $380.00 |
| 5/30/2025 | BJLE | Review of Plaintiff's discovery requests and preparation of discovery plan for responses. [L310 - A103](1.00) | 1.00 | $475.00 |
| | | Total Services | 12.40 | $5,282.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|-----------------|-----------|-------|---------|-----------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 4.30 | $475.00 | $2,042.50 |
| CM | Carly M Moran | ASSOCIATE | 8.10 | $400.00 | $3,240.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $16,910.50 | Previous Balance | $7,667.65 |
| Total Disbursements to Date: | $672.15 | Current Charges | $5,282.50 |
| | | Less Payments | $5,425.20 |
| Total to Date: | $17,582.65 | **Balance Due** | **$7,524.95** |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

June 04, 2025
Client:         150363
Matter:         000945
Invoice #:   98506831

Page:              3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 2.40 | $960.00 |
| L120 | Analysis/Strateg    Communicate/Wit  Client | 0.80 | $380.00 |
| L120 | Analysis/Stra e  y - Communicate/O her Counsel | 1.50 | $712.50 |
| L19 | ther - Communicat  /Other Counsel | 0.20 | $95.00 |
| L210 | P eadings - Review/Analyze | 0.20 | $95.00 |
| L 1 | Pleadings - Comm  nicate/Other Counsel | 0.30 | $12 .00 |
| L310 | W i ten Discovery - Draft/Revise | 6.40 | $2, 35.00 |
| L320 | o  ument Produ tion - Communicate w/Client | 0.4 | $190.00 |
| L3 0 | Document Producti  n - Communicate/Othe  Coun | 0.20 | $95. 0 |

**Tota  Hours**   **12.40**

**Total Fees:**  **$5,282.50**



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ▮▮▮ AKA ▮▮▮ V. SAINT BRIGID SC | 98506832 | $2,050.00 | $0.00 | $2,050.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $1,930.00 |
| Current Charges | $2,050.00 |
| Less Payments | $710.00 |
| **Balance Due:** | **$3,270.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:         150363
Matter:         000983
Invoice #:   98506832

Page:                1

RE: ████████ AKA ████████████ V. SAINT BRIGID SCHOOL

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/9/2025 | DCZ | Drafted correspondence to Paula Carney regarding counter demand from claimant. [L120 - A103](0.20) | 0.20 | $100.00 |
| 5/13/2025 | DCZ | Phone call with Paula Carney regarding settlement demand. [L120 - A106](0.20) | 0.20 | $100.00 |
| 5/14/2025 | DCZ | Drafted correspondence to claimant's counsel regarding settlement offer. [L160 - A103](0.20) | 0.20 | $100.00 |
| 5/16/2025 | DCZ | Phone call with Paula Carney response to settlement demand. [L160 - A106](0.20) | 0.20 | $100.00 |
| 5/16/2025 | DCZ | Drafted correspondence to ████████ regarding status of settlement discussions. [L160 - A103](0.20) | 0.20 | $100.00 |
| 5/16/2025 | DCZ | Initial drafting of settlement agreement. [L160 - A103](1.70) | 1.70 | $850.00 |
| 5/20/2025 | DCZ | Further drafting of settlement agreement. [L120 - A103](1.20) | 1.20 | $600.00 |
| 5/30/2025 | DCZ | Drafted correspondence to Paula Carney regarding status of claim. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 4.10 | $2,050.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮ AKA ▮▮▮▮▮▮ V. SAINT BRIGID SCHOOL

June 04, 2025
Client: 150363
Matter: 000983
Invoice #: 98506832

Page: 2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 4.10 | $500.00 | $2,050.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $6,100.00 | Previous Balance | $1,930.00 |
| | | Current Charges | $2,050.00 |
| Total Disbursements to Date: | $0.00 | Less Payments | $710.00 |
| Total to Date: | $6,100.00 | **Balance Due** | **$3,270.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Draft/Revise | 1.60 | $800.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 2.10 | $1,050.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.20 | $100.00 |
| | **Total Hours** | **4.10** | |
| | **Total Fees:** | | **$2,050.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000985 | LUKE MULHAL | 98506833 | $9,650.00 | $0.00 | $9,650.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $9,650.00 |
| **Balance Due:** | **$9,650.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▉▉▉▉▉

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:            150363
Matter:          000985
Invoice #:    98506833

Page:                    1

RE: LUKE MULHAL

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 5/2/2025 | DCZ | Review and analysis of EEOC Complaint. [L120 - A104](0.60) | 0.60 | $300.00 |
| 5/2/2025 | DCZ | Phone call with Paul Pascuzzi regarding application of bankruptcy stay to EEOC claim. [L120 - A106](0.20) | 0.20 | $100.00 |
| 5/7/2025 | MDB | Correspondence with CRD re: extension to respond to CRD Complaint. [L140 - A108](0.10) | 0.10 | $50.00 |
| 5/9/2025 | MDB | Receipt and review of documents from client and compare with CRD Complaint; prepare list of further information needed. [L110 - A104](1.10) | 1.10 | $550.00 |
| 5/9/2025 | MDB | Initial preparation of CRD response. [L110 - A103](1.60) | 1.60 | $800.00 |
| 5/12/2025 | MDB | Continued preparation of CRD response. [L110 - A103](3.80) | 3.80 | $1,900.00 |
| 5/14/2025 | MDB | Prepare for and telephone conference with B. Keelen and J. Berdal re: documents in support of claims and facts needed to respond to CRD complaint. [L110 - A106](0.80) | 0.80 | $400.00 |
| 5/15/2025 | DCZ | Drafting and editing of response to DFEH. [L120 - A103](2.10) | 2.10 | $1,050.00 |
| 5/15/2025 | MDB | Review and revise CRD Position Statement per initial telephonic conference with client. [L110 - A103](0.80) | 0.80 | $400.00 |

The Archdiocese of San Francisco

RE: LUKE MULHAL

June 04, 2025
Client: 150363
Matter: 000985
Invoice #: 98506833

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/19/2025 | MDB | Correspondence with B. Keelan re: outstanding documents for preparation of the CRD response. [L110 - A106](0.20) | 0.20 | $100.00 |
| 5/20/2025 | MDB | Receipt and review of additional information from B. Keelan regarding complaints and requests for leave; prepare notes for file re: inclusion in CRD Response. [L110 - A104](0.70) | 0.70 | $350.00 |
| 5/23/2025 | MDB | Conference with client re: additional documents and information needed to prepare CRD response and review additional documents provided. [L110 - A106](1.80) | 1.80 | $900.00 |
| 5/24/2025 | MDB | Further preparation of CRD Response with additional information received from client; review and revise same. [L110 - A103](2.20) | 2.20 | $1,100.00 |
| 5/27/2025 | DCZ | Further drafting of DFEH response. [L120 - A103](1.80) | 1.80 | $900.00 |
| 5/27/2025 | MDB | Revise and finalize CRD Response and Exhibits in support. [L110 - A104](1.30) | 1.30 | $650.00 |
| 5/27/2025 | MDB | Correspondence with J. Berdal re: final information needed for CRD Response. [L110 - A106](0.20) | 0.20 | $100.00 |
| | | Total Services | 19.30 | $9,650.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|-----|------------------|-------------|-------|---------|-----------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 14.60 | $500.00 | $7,300.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 4.70 | $500.00 | $2,350.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $9,650.00 | Current Charges | $9,650.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$9,650.00** |
| Total to Date: | $9,650.00 | | |

The Archdiocese of San Francisco

RE: LUKE MULHAL

June 04, 2025
Client:        150363
Matter:       000985
Invoice #:  98506833

Page:              3

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Draft/Revise | 8.40 | $4,200.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 3.10 | $1,550.00 |
| L110 | Fact Investigation/Development - Commun. w/Clie | 3.00 | $1,500.00 |
| L120 | Analysis/Strategy - Draft/Revise | 3.90 | $1,950.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.60 | $300.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| L140 | Document/File Management - Commun/Other Exte | 0.10 | $50.00 |

**Total Hours**   *19.30*

**Total Fees:**   *$9,650.00*



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:█████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000986 ████████ | | 98506834 | $650.00 | $0.00 | $650.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $650.00 |
| **Balance Due:** | **$650.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

June 04, 2025
Client:          150363
Matter:          000986
Invoice #:    98506834

Page:                    1

RE: ████████

For Professional Services Rendered Through May 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/15/2025 | MDB | Review demand letter and request for personnel file. [L110 - A101](0.30) | 0.30 | $150.00 |
| 5/19/2025 | MDB | Review personnel file for production and prepare records for production. [L110 - A104](0.50) | 0.50 | $250.00 |
| 5/19/2025 | MDB | Correspondence with L. Berdal re: production of payroll records. [L110 - A106](0.20) | 0.20 | $100.00 |
| 5/20/2025 | MDB | Review payroll records from client and finalize production. [L110 - A104](0.30) | 0.30 | $150.00 |
| | | Total Services | 1.30 | $650.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 1.30 | $500.00 | $650.00 |

| | |
|---|---|
| Total Fees to Date: | $650.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $650.00 |

The Archdiocese of San Francisco

RE: ███████████

June 04, 2025
Client:        150363
Matter:        000986
Invoice #:   98506834

Page:              2

| | | |
|---|---|---|
| Current Charges | | $650.00 |
| **Balance Due** | | **$650.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Plan & Prepare | 0.30 | $150.00 |
| L110 | Fac  Investigation/Developmen    Review/Analyze | 0.80 | $400.00 |
| L110 | act Investigation/Develop  e  t - Com  un. w/Clien | 0.20 | $100.0 |
| | **Total Hours** | **1.3** | |
| | **Total Fees:** | **$650.00** | |


weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:          150363

For Professional Services Rendered Through May 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98506835 | $30,241.50 | $0.00 | $30,241.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $150,479.50 |
| Current Charges | $30,241.50 |
| Less Payments | $62,464.00 |
| **Balance Due:** | **$118,257.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

June 04, 2025
Client:          150363
Matter:          900036
Invoice #:    98506835

Page:                    1

RE: Bankruptcy

For Professional Services Rendered Through May 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/26/2025 | BJLE | Exchange of emails with Peter Califano regarding ██ ████. [L210 - A106](0.20) | 0.20 | $90.00 |
| 5/1/2025 | DCZ | Review and analysis of correspondence from bankruptcy counsel regarding settlement outline. [L160 - A104](0.40) | 0.40 | $200.00 |
| 5/1/2025 | DCZ | Further drafting of analysis of claims subject to challenge for disallowance on lack of connection to client. [L160 - A103](0.90) | 0.90 | $450.00 |
| 5/1/2025 | DCZ | Conference call with Committee Counsel regarding claims list. [L160 - A108](0.70) | 0.70 | $350.00 |
| 5/1/2025 | PEG | Preparation of further edits and redrafting of report to Travelers regarding ████ cases released for trial. [B100 - B110](0.40) | 0.40 | $208.00 |
| 5/1/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](1.50) | 1.50 | $562.50 |
| 5/1/2025 | MAS | Attend meeting with Brittany Michaels, Kevin Cifarelli, and Jeffrey Schulman regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A107](0.70) | 0.70 | $262.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98506835

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/1/2025 | MAS | Correspondence with bankruptcy counsel and insurance coverage counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A107](0.40) | 0.40 | $150.00 |
| 5/1/2025 | MAS | Correspondence with Creditor's Committee counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A107](0.40) | 0.40 | $150.00 |
| 5/1/2025 | BGON | Prepare list of claims of potentially erroneous bankruptcy claims to send to the mediators. [L190 - A103](1.60) | 1.60 | $360.00 |
| 5/2/2025 | DCZ | Conference call with client regarding mediation strategy. [L160 - A106](1.00) | 1.00 | $500.00 |
| 5/2/2025 | PEG | Weekly debtor professionals call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 5/2/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](0.30) | 0.30 | $112.50 |
| 5/2/2025 | MAS | Further correspondence with bankruptcy counsel and insurance coverage counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A107](0.20) | 0.20 | $75.00 |
| 5/2/2025 | MAS | Further correspondence with Creditor's Committee counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A107](0.20) | 0.20 | $75.00 |
| 5/5/2025 | PEG | Call with Fr. Summmerhays, Paula Carney, Paul Pascuzzi, Ori Katz and Wayne Weitz regarding development of cash analysis. [B100 - B110](0.80) | 0.80 | $416.00 |
| 5/6/2025 | PEG | Call with Katz, Pascuzzi and Kim regarding service of adversary proceeding and committee intervention. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/6/2025 | MAS | Further correspondence with Creditor's Committee counsel regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list. [L120 - A107](0.20) | 0.20 | $75.00 |
| 5/7/2025 | DCZ | Review and analysis of adversary complaint filed by Creditor Committee challenging separateness of affiliated entities. [L120 - A104](0.70) | 0.70 | $350.00 |
| 5/7/2025 | DCZ | Further drafting of declaration in support of Rule 105 injunction. [L120 - A103](0.80) | 0.80 | $400.00 |
| 5/7/2025 | DCZ | Conference call with bankruptcy counsel regarding litigation and settlement strategy. [L120 - A108](1.00) | 1.00 | $500.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98506835

Page: 3

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/7/2025 | PEG | Review of partially unredacted Adversary Complaint regarding parishes and schools. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/7/2025 | PEG | Weekly debtor professionals call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 5/7/2025 | BJLE | Telephone call with ███████ regarding his ███████ dismissed from case. [L120 - A107](0.20) | 0.20 | $90.00 |
| 5/7/2025 | MAS | Correspondence with Creditor's Committee counsel regarding list of claims with remaining differences to be resolved. [L120 - A107](0.30) | 0.30 | $112.50 |
| 5/8/2025 | DCZ | Review and analysis of correspondence from Committee Counsel regarding claims list discrepancies. [L160 - A104](0.20) | 0.20 | $100.00 |
| 5/8/2025 | DCZ | Conference call with insurance counsel regrading mediation strategy with carriers and coverage information for individual claims. [L120 - A108](0.80) | 0.80 | $400.00 |
| 5/8/2025 | DCZ | Review and analysis of motion to extend bankruptcy stay. [L120 - A104](0.60) | 0.60 | $300.00 |
| 5/8/2025 | DCZ | Further drafting of declaration in support of motion to extend bankruptcy stay. [L120 - A103](0.40) | 0.40 | $200.00 |
| 5/8/2025 | PEG | Review of notice of orders on filing of redacted complaint and scheduling order in adversary proceeding regarding parishes and schools. [B100 - B190](0.30) | 0.30 | $156.00 |
| 5/8/2025 | PEG | Review of final version of Committee's claim listing with dates of abuse. [B100 - B110](0.40) | 0.40 | $208.00 |
| 5/8/2025 | PEG | Review of and preparation of edits to draft motion for Order extending stay. [B100 - B190](0.80) | 0.80 | $416.00 |
| 5/8/2025 | PEG | Review of memorandum from Committee counsel regarding service on Valembrossa and Serra Clergy house. [B100 - B190](0.20) | 0.20 | $104.00 |
| 5/8/2025 | PEG | Preparation of memorandum to Katz regarding adversary complaint filed by Committee. [B100 - B190](0.20) | 0.20 | $104.00 |
| 5/8/2025 | PEG | Review of Flanagan's proposed commentary to mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 5/8/2025 | PEG | Review of memorandum from Katz regarding outline of discussion for professionals and Carney call. [B100 - B110](0.20) | 0.20 | $104.00 |
| 5/8/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A104](1.00) | 1.00 | $375.00 |
| 5/8/2025 | MAS | Further correspondence with Creditor's Committee counsel regarding list of claims with remaining differences to be resolved. [L120 - A107](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE:  Bankruptcy

June 04, 2025
Client:        150363
Matter:       900036
Invoice #:   98506835

Page:              4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 5/8/2025 | MAS | Attend meeting with Kevin Cifarelli and Jeffrey Schulman regarding review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels. [L120 - A107](0.80) | 0.80 | $300.00 |
| 5/9/2025 | DCZ | Conference call with client regrading mediation strategy and status of litigation. [L160 - A106](1.20) | 1.20 | $600.00 |
| 5/9/2025 | DCZ | Conference call with mediators regarding settlement ideas. [L160 - A108](0.60) | 0.60 | $300.00 |
| 5/9/2025 | PEG | Zoom meeting with Paula Carney, Fr. Summerhays, Ori Katz, Wayne Weitz and Zamora regarding meeting with mediators and mediation session issues. [B100 - B110](1.00) | 1.00 | $520.00 |
| 5/9/2025 | PEG | Call with Mediators and Pascuzzi, Katz, Shulman, Carney and Zamora to prepare for 5/20 mediation session. [B100 - B110](0.50) | 0.50 | $260.00 |
| 5/9/2025 | PEG | Drafting of memorandum to mediators regarding non-connection claims. [B100 - B110](0.40) | 0.40 | $208.00 |
| 5/13/2025 | DCZ | Conference call with bankruptcy counsel regrading strategy for May 20th mediation. [L160 - A108](0.80) | 0.80 | $400.00 |
| 5/13/2025 | PEG | Attend weekly Debtor's professional call. [B100 - B110](0.70) | 0.70 | $364.00 |
| 5/13/2025 | MAS | Receipt and review of supplemental proof of claim from Creditor's Committee counsel. [L120 - A107](0.20) | 0.20 | $75.00 |
| 5/14/2025 | DCZ | Further review and editing of motion to extend bankruptcy stay. [L120 - A104](0.80) | 0.80 | $400.00 |
| 5/14/2025 | PEG | Preparation of further edits to revised motion to extend stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/14/2025 | PEG | Exchange with Pascuzzi regarding date for hearing on motion to extend stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| 5/14/2025 | MAS | Correspondence with Kevin Cifarelli  and Jeffrey Schulman regarding outstanding questions about claims for purposes of tendering to insurers. [L120 - A107](0.40) | 0.40 | $150.00 |
| 5/14/2025 | MAS | Further review of claims list for purposes of consolidating list of claims with Creditor's Committee list provided by Brittany Michaels and providing information to insurers. [L120 - A104](0.50) | 0.50 | $187.50 |
| 5/15/2025 | DCZ | Conference call with client and bankruptcy counsel to discuss mediation strategy. [L160 - A108](0.80) | 0.80 | $400.00 |
| 5/15/2025 | PEG | Call with Paula Carney, Pascuzzi, Weinstein and Zamora regarding work streams in preparation for mediation session. [B100 - B110](0.70) | 0.70 | $364.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98506835

Page: 5

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/15/2025 | PEG | Call with Weinstein regarding call with Burns & Bair to discuss insurance strategies. [B100 - B110](0.30) | 0.30 | $156.00 |
| 5/16/2025 | DCZ | Conference call with client regrading status of bankruptcy matters and mediation. [L120 - A106](1.20) | 1.20 | $600.00 |
| 5/16/2025 | DCZ | Drafting response to questions posed by Committee Counsel regrading cases including in adversary complaint. [L120 - A103](1.30) | 1.30 | $650.00 |
| 5/16/2025 | PEG | Call with Judge Buckley regarding list of geographical claims. [B100 - B110](0.30) | 0.30 | $156.00 |
| 5/16/2025 | PEG | Call with Paula Carney, Fr. Summerhays, Paul Pascuzzi, Ori Katz and Jeff Schulman regarding strategies for next mediation session. [B100 - B110](1.20) | 1.20 | $624.00 |
| 5/16/2025 | MAS | Analysis of identified adversary proceedings for purposes of further consolidating lists of claims. [L120 - A104](0.50) | 0.50 | $187.50 |
| 5/19/2025 | PEG | Review ofCottrell response to Greenwood regarding CASC/RPSC. [B100 - B110](0.20) | 0.20 | $104.00 |
| 5/19/2025 | PEG | Call with Weinstein regarding demands on excess carriers. [B100 - B110](0.20) | 0.20 | $104.00 |
| 5/20/2025 | DCZ | Attended continued global mediation of all claims. [L230 - A109](8.80) | 8.80 | $4,400.00 |
| 5/20/2025 | PEG | Mediation session with judge Buckley, Judge Sonchi and Tim Gallagher. [B100 - B110](8.00) | 8.00 | $4,160.00 |
| 5/21/2025 | DCZ | Review and analysis of proof of claims falling within CHUBB coverage period between October 1966 to October 1969. [L120 - A104](2.20) | 2.20 | $1,100.00 |
| 5/21/2025 | DCZ | Review and analysis of proof of claims falling within Travelers coverage period between July 1981 to July 1984. [L120 - A104](1.30) | 1.30 | $650.00 |
| 5/23/2025 | PEG | Debtor professionals weekly call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 5/23/2025 | PEG | Review of non-monetary provisions of New Orleans Plan. [B100 - B110](0.40) | 0.40 | $208.00 |
| 5/27/2025 | DCZ | Conference call with bankruptcy and insurance counsel regarding status of litigation and mediation. [L120 - A108](1.00) | 1.00 | $500.00 |
| 5/27/2025 | DCZ | Review and analysis of proof of claims falling within Travelers coverage period between 7-8-75 and 7-8-79. [L120 - A104](1.00) | 1.00 | $500.00 |
| 5/29/2025 | DCZ | Review and editing of final version of motion to extend bankruptcy stay to affiliates and declaration in support of motion. [L120 - A104](1.10) | 1.10 | $550.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client:        150363
Matter:        900036
Invoice #:    98506835

Page:              6

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/29/2025 | PEG | Revise and finalize Declaration in Support of Motion to Extend Stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/29/2025 | PEG | Review and edit revised form of motion to extend stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 5/30/2025 | BJLE | Exchange of emails with Peter Califano regarding question about St. Patrick Seminary cases. [L120 - A106](0.30) | 0.30 | $135.00 |
| | | Total Services | 62.50 | $30,241.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 22.70 | $520.00 | $11,804.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 29.60 | $500.00 | $14,800.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.70 | $450.00 | $315.00 |
| MAS | Monica Silver | ASSOCIATE | 7.90 | $375.00 | $2,962.50 |
| BGON | Brian Gonzaga | PARALEGAL | 1.60 | $225.00 | $360.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $840,018.25 | Previous Balance | $150,479.50 |
| Total Disbursements to Date: | $2,192.28 | Current Charges | $30,241.50 |
| Total to Date: | $842,210.53 | Less Payments | $62,464.00 |
| | | **Balance Due** | **$118,257.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 19.00 | $9,880.00 |
| B100 | Other Contested Matters (excluding assumption/re | 3.70 | $1,924.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

June 04, 2025
Client:        150363
Matter:        900036
Invoice #:   98506835

Page:                7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 2.50 | $1,250.00 |
| L120 | Analysis/Strategy - Review/Analyze | 11.50 | $5,275.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 1.50 | $735.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 4.30 | $1,627.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 2.80 | $1,400.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.90 | $450.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.60 | $300.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 2.20 | $1,100.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 2.90 | $1,450.00 |
| L190 | Other - Draft/Revise | 1.60 | $360.00 |
| L210 | Pleadings - Communicate/With Client | 0.20 | $90.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 8.80 | $4,400.00 |

**Total Hours** **62.50**

**Total Fees:** **$30,241.50**

**Exhibit B**

Customary and Comparable Compensation

# EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
## WITH FEE APPLICATIONS
(*See* Guidlines C.3. for definitions of terms used in this Exhibit)

| CATEGORY OF TIMEKEEPER<br><br>(using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | Billed or collected firm or offices for preceding year, excluding BK | Billed in this fee application/RCASF (02/1/25-5/31/25) |
| Sr./Equity Partner/Shareholder | $ 578.75 | $517.47 |
| Jr./Non-Equity/Income Partner | $ 503.29 | $497.89 |
| Counsel | $ 469.46 | $520.00 |
| Sr. Associate (7+) | $ 391.90 | $459.94 |
| Associate (4-6) | $ 343.30 | $373.67 |
| Jr. Associate (1-3) | $ 323.17 | |
| Paralegal | $ 246.67 | $225.00 |
| All timekeepers Aggregated | $ 467.22 | $463.63 |

**Error! Unknown document property name.**

1

**Exhibit C**

2

Attorney Fee Budget

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

## WEINTRAUB TOBIN
FEE BUDGET

| MONTH | FEES AND EXPENSES | | |
|---|---|---|---|
| | BUDGET | SOUGHT | VARIANCE over/(under) |
| February 2025 | $ 75,000.00 | $ 70,751.00 | $ (4,249.00) |
| March 2025 | $ 75,000.00 | $ 59,380.65 | $ (15,619.35) |
| April 2025 | $ 75,000.00 | $ 77,449.25 | $ 2,449.25 |
| May 2025 | $ 75,000.00 | $ 52,847.00 | $ (22,153.00) |
| **Total for the Period February 1, 2025 - May 31, 2025** | **$ 300,000.00** | **$ 260,427.90** | **$ (39,572.10)** |