1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
     WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA 95814
5  Telephone:    (916) 329-7400
   Facsimile:    (916) 329-7435
6  Email:        ppascuzzi@ffwplaw.com
                 jrios@ffwplaw.com
7                tphinney@ffwplaw.com
                 mkutsuris@ffwplaw.com
8
   Ori Katz, State Bar No. 209561
9  Alan H. Martin, State Bar No. 132301
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10 A Limited Liability Partnership
   Including Professional Corporations
11 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
12 Telephone:    (415) 434-9100
   Facsimile:    (415) 434-3947
13 Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
14
   Attorneys for The Roman Catholic Archbishop of
15 San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date:　　　August 28, 2025<br>Time:　　　1:30 p.m.<br>Location:　Via ZoomGov<br>Judge:　　 Hon. Dennis Montali |

**DECLARATION OF FR. PATRICK SUMMERHAYS IN SUPPORT OF FIFTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025**

I, Fr. Patrick Summerhays, declare as follows:

1. I am the Vicar General and Moderator of the Curia of The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein (the "RCASF" or the "Debtor"). I am the court approved responsible individual for the Debtor in this matter. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I hereby certify that I have read the *Fifth Interim Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Interim Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel for the Debtor in Possession* ("Application"), and the Debtor has no objections to the Application, or the compensation and expense reimbursement requested therein. In addition, the facts stated therein are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 8, 2025, at San Francisco, California.

_____
Fr. Patick Summerhays