| | |
|---|---|
| 1 | Paul J. Pascuzzi, State Bar No. 148810 |
| | Jason E. Rios, State Bar No. 190086 |
| 2 | Thomas R. Phinney, State Bar No. 159435 |
| | Mikayla E. Kutsuris, State Bar No. 339777 |
| 3 | FELDERSTEIN FITZGERALD |
| |   WILLOUGHBY PASCUZZI & RIOS LLP |
| 4 | 500 Capitol Mall, Suite 2250 |
| | Sacramento, CA 95814 |
| 5 | Telephone: (916) 329-7400 |
| | Facsimile: (916) 329-7435 |
| 6 | Email: ppascuzzi@ffwplaw.com |
| | jrios@ffwplaw.com |
| 7 | tphinney@ffwplaw.com |
| | mkutsuris@ffwplaw.com |

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com
jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date: August 28, 2025<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**FOURTH INTERIM APPLICATION OF TRANSPERFECT LEGAL SOLUTIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS LITIGATION AND E-DISCOVERY SUPPORT FOR FEBRUARY 1, 2025 THROUGH AND INCLUDING MAY 31, 2025**

TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (dba TransPerfect Staffing Solutions), together known as TransPerfect Legal Solutions ("TransPerfect" or the "Applicant"), litigation support consulting and e-discovery support services provider for the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, ("RCASF" or the "Debtor"), submits this application (the "Application") for interim allowance of fees and reimbursement of expenses for the four-month period of February 1, 2025, through and including May 31, 2025 (the "Application Period") as set forth in the Request for Relief below. In support of this Application, TransPerfect relies on this Application, the *Declaration of David Brill* ("Brill Dec.") filed in support of this Application, the *Declaration of Fr. Patrick Summerhays* ("Summerhays Dec.") in support of this Application, the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the hearing on this Application.

## I.
## RELIEF REQUESTED

Through this Application, TransPerfect requests an Order:

1. Approving on an interim basis TransPerfect's fees in the amount of $20,964.74 and reimbursement of expenses in the amount of $632.50 for a total of $21,597.24 incurred from February 1, 2025 through and including May 31, 2025.

2. Authorizing payment to TransPerfect by the Debtor of the unpaid balance of the allowed fees and expenses; and

3. For such other relief as the Court deems just and proper.

## II.
## BACKGROUND FACTS

On August 21, 2023, the Debtor filed a voluntary Chapter 11 Bankruptcy Petition ("Petition Date"). The Debtor remains in possession of its estate, no trustee having been appointed. The Debtor is operating and managing its business as a debtor in possession pursuant to the provisions of Sections 1107 and 1108 of the Bankruptcy Code. On September 1, 2023, the Office of the

///

2

CASE NO. 23-30564
TRANSPERFECT 4TH INTERIM APPLICATION

Case: 23-30564    Doc# 1248    Filed: 07/10/25    Entered: 07/10/25 13:45:37    Page 2 of 7

United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") [ECF No. 58].

A description of the Debtor's history, business operations, operational structure, the reasons for commencing the Chapter 11 Case, the relief sought from the Court, and the facts and circumstances supporting this Application are set forth in the *Declaration of Joseph J. Passarello in support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023, at ECF No. 14 ("Passarello Background Dec."), and the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023 at ECF No. 15 ("Gaspari Dec.").

On February 12, 2024, the Court entered its order granting the Debtor's application to employ TransPerfect as provider of litigation support consulting and e-discovery support services, effective as of December 21, 2023 [ECF No. 468].

## III.

## STATUS OF CASE

To avoid unnecessary duplication, the case status is set forth in the *Fifth Interim Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Counsel for Debtor in Possession* and incorporated herein by this reference.

## IV.

## SERVICES RENDERED

The services performed by TransPerfect in this case have been categorized into task billing categories. Detailed billing statements reflecting TransPerfect's time records and out of pocket expenses, including a summary of the aggregate and itemized hours and total compensation requested with respect to the professionals who provided compensable services are attached to the Brill Dec. as ***Exhibit A***. The billing statements are organized by task, and the content of the billings included in each task is generally explained in Paragraph 11 of the Brill Dec. and below.

TransPerfect has worked closely with the Debtor and attorneys from Sheppard Mullin, Richter & Hampton LLP ("Sheppard Mullin"), co-counsel to the Debtor, to respond fully and appropriately to the Committee's discovery requests.

Specifically, TransPerfect has worked with the Debtor and Sheppard Mullin to ensure appropriate and fulsome collection, and as appropriate hosting, of data; aided Sheppard Mullin attorneys with their respective review and analysis of the data collected; and provided e-discovery support related to production and export of appropriate and relevant documents to the Committee and Insurers. The Debtor has required these services to ensure the efficient administration of this Bankruptcy Case, including, but not limited to prompt responses to discovery requested by the Committee, the Insurers and other parties in interest, all in furtherance of preparation and participation in mediation and a prompt and consensual resolution of the Bankruptcy Case, if possible.

A listing of the billing task categories showing the number of professional hours expended and fees incurred under each billing task category is shown below:

| CATEGORY | QUANTITY/UNITS | AMOUNT |
|---|---|---|
| Digital Reef Hosting – Adv ECA | 1,256.20 | $2,512.40 |
| Monthly Storage Fees | 654.00 | $3,924.00 |
| Monthly User Access Fee | 10.00 | $750.00 |
| Project Management | 30.30 | $5,302.50 |
| Technical Labor | 3.00 | $525.00 |
| Production | 10.00 | $2,500.00 |
| Senior Project Management Time | 0.80 | $220.00 |
| Computer/Server Collection | 2.25 | $618.75 |
| Forensic Consulting | 0.25 | $93.75 |
| Hourly – Standard | 11.50 | $3,622.50 |
| Color Imaging | 1.00 | $895.84 |
| **Totals** | **1,979.30** | **$20,964.74** |

A breakdown of the professionals who billed time and the number of hours billed by each is as follows:

| Professional | Hourly Rate | Hours Billed | Total |
|---|---|---|---|
| Raymond Kim | $175 | 10.70 | $1,872.50 |
| Felix Lin | $175 | 0.80 | $140.00 |
| Mohammed Hassnain | $175 | 2.50 | $437.50 |
| Erina Lee | $175 | 2.00 | $350.00 |
| Matthew Sherman | $175 | 3.10 | $542.50 |
| Emily Hong | $175 | 3.60 | $630.00 |
| Ben Goldberg | $175 | 4.80 | $840.00 |
| Bhishma Desai | $175 | 2.00 | $350.00 |
| Ricardo Morales | $175 | 0.80 | $140.00 |
| **Totals** | | **30.30** | **$5,302.50** |

The expenses incurred during the period covered by this Application are as follows:

| Category | Total |
|---|---|
| Flash Drive – 64 GB | $70.00 |
| Expenses | $97.50 |
| Storage Drive Set – 2 TB | $380.00 |
| Remote Kit Rental Fee – Domestic | $85.00 |
| **Total Expenses** | **$632.50** |

V.

**SUMMARY OF FEES AND EXPENSES**

Detailed billing statements reflecting TransPerfect's time records and out of pocket expenses attached as *Exhibit A* to the Brill Dec. in support of this Application reflects total fees in the amount of $20,964.74 and expenses in the amount of $632.50 for a total of $21,597.24, incurred during the Application Period of February 1, 2025, through and including May 31, 2025 together with two invoices from prior time periods[1]. TransPerfect requests an order under Bankruptcy Code

---

[1] After reviewing records, it was determined that a February 2024 Invoice No. 252990 in the amount of $4,012.34 and May 2024 Invoice No. 257484 in the amount of $895.84 were not previously noticed in any prior fee application. Therefore, these two prior invoices were included with the May 2025 Monthly Professional Fee Statement and are part of the fees and costs requested by this Motion for the Application Period.

section 330 approving payment of these fees and expenses as reasonable and necessary for the administration of this case.

## VI.

## PAYMENTS RECEIVED TO DATE; AVAILABILITY OF FUNDS

With respect to the Bankruptcy Rule 2016(a) requirements for fee applications, TransPerfect has not received any payments to date in this case from any source, other than the Debtor. The Debtor did not provide TransPerfect with any retainer to cover the fees and expenses incurred by TransPerfect during the Application Period. Except as provided under the Compensation Procedures Order, TransPerfect has neither requested nor received any payments from the Debtor for the Application Period Services.

The Court approved on an interim basis TransPerfect's First Interim Fee Application in the amount of $19,249.32 [ECF No. 828]. The Court approved on an interim basis TransPerfect's Second Interim Fee Application in the amount of $48,297.13 [ECF No. 947]. The Debtor has paid TransPerfect for the approved fees and costs. The Court approved on an interim basis TransPerfect's Third Interim Fee Application in the amount of $11,316.38 ($2,065.00 in fees and expenses in the amount of $9,251.38) [ECF No. 1172].

Pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212], TransPerfect has filed and served fee notices for February 2025 [ECF No. 1101], March 2025 [ECF No. 1149], April 2025 [ECF No. 1196] May 2025 [ECF No. 1223]. No objections were received with respect to the February through May notices. TransPerfect has received payments in the amount of $9,962.64 from the Debtor, such that it has been paid 80% of fees and 100% of expenses with respect to the February, March and April fee notices. TransPerfect has not received payments for May 2025. The unpaid 20% holdback together with the May 2025 fees and costs total $11,634.60. The retainer balance as of May 31, 2025, was $0.00.

With respect to Bankruptcy Rule 2016(b), TransPerfect has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose

CASE NO. 23-30564
TRANSPERFECT 4TH INTERIM APPLICATION
6
Case: 23-30564    Doc# 1248    Filed: 07/10/25    Entered: 07/10/25 13:45:37    Page 6 of 7

of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between TransPerfect and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

## IX.

## CONCLUSION

Based on all of the above, TransPerfect respectfully requests that this Court enter an order granting the relief requested herein, and for such other and further relief as the Court deems necessary and proper.

Dated: July 8, 2025      TRANSPERFECT LEGAL SOLUTIONS

By: *David Brill*
David Brill
Director

Dated: July 10, 2025      FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By:    */s/ Jason E. Rios*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris
Attorneys for The Roman Catholic
Archbishop of San Francisco

Dated: July 10, 2025      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic
Archbishop of San Francisco