Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
  jrios@ffwplaw.com
  tphinney@ffwplaw.com
  mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Jeannie Kim, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
  amartin@sheppardmullin.com
  jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>**SUPPLEMENTAL OMNIBUS NOTICE OF INTERIM FEE APPLICATIONS FILED BY THE DEBTOR'S RETAINED PROFESSIONALS FOR THE PERIOD BEGINNING FEBRUARY 1, 2025 THROUGH AND MAY 31, 2025 TO CORRECT THE OBJECTION DEADLINE TO JULY 31, 2025**<br><br>[RELATED TO ECF NO. 1255]<br><br>Chapter 11<br><br>Date: August 28, 2025<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that this Supplemental Omnibus Notice of Fee Applications and hearings thereon (the "Supplemental Notice") corrects only the deadline for any opposition or response to the interim Fee Applications (defined below) noticed for hearing by the original notice of hearing filed and served on July 10, 2025 as ECF No. 1255 (the "Original Notice"). *The corrected deadline for opposition to an Interim Fee Application is July 31, 2025.* There are no other changes to the Original Notice, and this Supplemental Notice incorporates herein by this reference all other respects of the Original Notice and refers parties in interest to the Original Notice for all other matters stated therein.

The Fee Applications for the Debtors' Professionals included in the Original Notice and this Supplemental Notice are as follows:

I. FIFTH INTERIM APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025;

II. FIFTH INTERIM APPLICATION OF SHEPPARD MULLIN RICHTER & HAMPTON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025;

III. FIFTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025;

IV. FIFTH INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025;

V. THIRD INTERIM APPLICATION OF BLANK ROME, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025;

///

///

///

///

VI. **FOURTH INTERIM APPLICATION OF TRANSPERFECT LEGAL SOLUTIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS PROVIDER OF LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES TO THE DEBTOR FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025.**

Dated: July 16, 2025　　　　　　　　　FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

　　　　　　　　　　　　　　By:　*/s/ Jason E. Rios*
　　　　　　　　　　　　　　　　　Paul J. Pascuzzi
　　　　　　　　　　　　　　　　　Jason E. Rios
　　　　　　　　　　　　　　　　　Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: July 16, 2025　　　　　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

　　　　　　　　　　　　　　By:　*/s/ Jeannie Kim*
　　　　　　　　　　　　　　　　　Ori Katz
　　　　　　　　　　　　　　　　　Jeannie Kim
　　　　　　　　　　　　　　　　　Attorneys for The Roman Catholic Archbishop of San Francisco