Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:   (916) 329-7400
Facsimile:    (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
                   jrios@ffwplaw.com
                   tphinney@ffwplaw.com
                   mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:    (415) 434-3947
Email:         okatz@sheppardmullin.com
                   amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR BLANK ROME LLP [JUNE 2025]**

///

///

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of June 2025 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of June 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1, 2025, through June 30, 2025 | $57,959.30 | $40.00 | $57,999.30 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $46,367.44 | $40.00 | $46,407.44 |

Attached hereto as ***Exhibit A*** is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files to insurers and to the Committee in response to its Rule 2004 request.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of BR's fees incurred during the period of June 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

Case: 23-30564    Doc# 1266    Filed: 07/21/25    Entered: 07/21/25 10:02:18    Page 2 of 18

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: July 21, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: July 21, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

## Exhibit A

### Compensation by Professional Person for Hourly Services for the Fee Period of June 2025

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Jeffrey L. Schulman | Partner | $836 | 22.80 | $19,060.80 |
| Barron L. Weinstein | Of Counsel | $820 | 26.70 | $21,894.00 |
| Hannah K. Ahn | Associate | $795 | 0.10 | $79.50 |
| Kevin Cifarelli | Associate | $525 | 29.00 | $15,225.00 |
| Brian Carolus | Legal Assistant/Paralegal | $340 | 5.00 | $1,700.00 |
| **TOTAL** | | | **83.60** | **$57,959.30** |

## Exhibit B

### Summary of Compensation by Project Category
### Compensation by Project Category for Hourly Services for the Fee Period of June 2025

### Bankruptcy Categories

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 24.80 | $13,047.00 |
| Fee Application | 0.50 | $418.00 |
| Lit (Analysis of Coord Abuse Claims for Available Ins Coverage) | 9.30 | $3,957.50 |
| Mediation | 43.50 | $35,954.80 |
| Motion Practice | 3.80 | $3,160.80 |
| Preparation of Materials for Parties in Bankruptcy Proceedings | 1.70 | $1,421.20 |
| **TOTAL** | **83.60** | **$57,959.30** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Parking/Tolls/Transit – Weinstein (Mediation) | $40.00 |
| **TOTAL** | **$40.00** |

**Exhibit D**

**Blank Rome June Invoice**



2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ▮1874

| | | |
|---|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: | JULY 07, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: | 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: | 163301-00001 04647 |
| ▮ , ▮ | INVOICE NUMBER: | 2291507 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | | |

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/13/2025 | 2263975 | $108,754.80 | ($87,013.04) | $21,741.76 |
| 04/09/2025 | 2270624 | $87,530.51 | ($70,047.51) | $17,483.00 |
| 05/12/2025 | 2278542 | $133,108.09 | ($106,551.93) | $26,556.16 |
| 06/06/2025 | 2284702 | $111,755.09 | $0.00 | $111,755.09 |

**BALANCE FORWARD** $177,536.01

| | | |
|---|---|---|
| FOR LEGAL SERVICES RENDERED THROUGH 6/30/25 | $57,959.30 | |
| FOR DISBURSEMENTS ADVANCED THROUGH 6/30/25 | $40.00 | |
| **CURRENT INVOICE TOTAL** | | $57,999.30 |

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** $235,535.31

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮9326 | 130 North 18th St |
| ABA Number: | ▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ▮ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI

**BLANKROME**

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ▮▮▮▮1874

| | | |
|---|---|---:|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: | JULY 07, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: | 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: | 163301-00001 |
| ▮▮▮▮, ▮▮▮▮ | INVOICE NUMBER: | 2291507 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | | PAGE 1 |

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

**FOR LEGAL SERVICES RENDERED THROUGH JUNE 30, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---:|---:|
| 06/02/25 | REVIEW OF CORRESPONDENCE FROM COUNSEL REGARDING INSURANCE AND BANKRUPTCY ISSUES. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/02/25 | REVIEW FILE NOTES TO PREPARE FOR (.3) AND ATTEND ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES AND STRATEGY (1.2); PREPARE MEMO TO CLIENT REGARDING MEDIATION ISSUES (.6). | B. WEINSTEIN | 07 | 2.10 | 1,722.00 |
| 06/02/25 | ATTEND DEBTOR MEETING (.8) (PARTIAL) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.10 | 919.60 |
| 06/03/25 | REVIEW OF CORRESPONDENCE FROM, AND DISCUSSION WITH, COUNSEL REGARDING RELEASE OF CASES FOR TRIAL. | K. CIFARELLI | 06 | 0.20 | 105.00 |
| 06/03/25 | REVIEW OF CORRESPONDENCE FROM COUNSEL RE INSURANCE STRATEGY. | K. CIFARELLI | 06 | 0.20 | 105.00 |
| 06/03/25 | MEETING WITH J. SCHULMAN AND B. WEINSTEIN TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/03/25 | CONFER WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.3); REVISE MEMO TO CLIENT REGARDING MEDIATION ISSUES (.5). | B. WEINSTEIN | 07 | 0.80 | 656.00 |
| 06/03/25 | MEETING WITH K. CIFARELLI AND B. WEINSTEIN REGARDING INSURANCE. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 06/04/25 | PREPARE RESPONSIVE INFORMATION TO P. CALIFANO'S REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.50 | 262.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/04/25 | PREPARE RESPONSE TO EMAIL FROM P. CALIFANO RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/04/25 | REVIEW OF EMAIL FROM P. CALIFANO RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/04/25 | TEAM MEETING WITH J. SCHULMAN, B. WEINSTEIN TO DISCUSS MEDIATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/04/25 | INVESTIGATE OTHER CH 11 CASES WITH OVERLAPPING ISSUES (SHARED WITH OTHER CLIENTS) (.3); PREPARE FOR (.5) AND ATTEND ZOOM WITH COMMITTEE AND MEDIATORS (1.0) AND WITH CLIENT AND LEGAL TEAM (.5) REGARDING MEDIATION ISSUES. | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 06/04/25 | REVIEW FILE NOTES TO PREPARE FOR (.3) AND ATTEND (1.0) ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGY. | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 06/04/25 | PREPARE FOR MEETING WITH MEDIATORS AND CREDITORS' COMMITTEE TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/04/25 | MEETING WITH MEDIATORS AND CREDITORS' COMMITTEE TO DISCUSS BANKRUPTCY AND INSURANCE ISSUES. | K. CIFARELLI | 01 | 1.00 | 525.00 |
| 06/04/25 | PREPARE MEMORANDUM REGARDING MEETING WITH MEDIATORS AND CREDITORS' COMMITTEE. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/04/25 | ATTEND DEBTOR PROFESSIONALS MEETING (.7) AND PREPARE FOR SAME (.4); CONFER WITH INSURANCE TEAM REGARDING INSURANCE ISSUES (.3); PLAN/PREPARE FOR MEDIATION SESSION (.4). | J. SCHULMAN | 07 | 1.80 | 1,504.80 |
| 06/05/25 | ANALYZE INSURANCE POLICIES FOR PRODUCTION TO PARISH COUNSEL. | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 06/05/25 | PREPARE MEMORANDUM RE CREDITORS' COMMITTEE REQUEST FOR INFORMATION CONCERNING INSURANCE COVERAGE FOR EIGHT CLAIMS. | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 06/05/25 | ANALYZE CREDITORS' COMMITTEE REQUEST FOR INFORMATION | K. CIFARELLI | 06 | 0.20 | 105.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | CONCERNING INSURANCE COVERAGE FOR EIGHT CLAIMS. | | | | |
| 06/05/25 | REVIEW INVOICE FOR FEE APPLICATION. | J. SCHULMAN | 05 | 0.50 | 418.00 |
| 06/05/25 | PREPARE INSURANCE POLICIES IN ADVANCE OF MEDIATION. | B. CAROLUS | 06 | 1.10 | 374.00 |
| 06/06/25 | PREPARE FOR (.2) AND ATTEND (1.7) ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES AND STRATEGY. | B. WEINSTEIN | 07 | 1.90 | 1,558.00 |
| 06/06/25 | DEBTOR TEAM CALL (1) (PARTIAL) AND PREPARE FOR SAME (.4); REVIEW COVERAGE AND CLAIMS FOLLOWING SAME REGARDING MEDIATION STRATEGY (1.7). | J. SCHULMAN | 07 | 3.10 | 2,591.60 |
| 06/08/25 | ANALYZE CORRESPONDENCE WITH LEGAL TEAM.AND MEMO REGARDING MEDIATION STRATEGY (.2). | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 06/09/25 | REVIEW FILE MEMOS TO PREPARE FOR (.3) AND ATTEND (.4) ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGY. | B. WEINSTEIN | 07 | 0.70 | 574.00 |
| 06/09/25 | PREPARE EMAIL TO COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/09/25 | PREPARE PRODUCTION OF DOCUMENTS. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 06/09/25 | ANALYZE DOCUMENTS FOR PRODUCTION. | K. CIFARELLI | 01 | 1.30 | 682.50 |
| 06/09/25 | CONFER WITH DEBTOR COUNSEL REGARDING MEDIATION STRATEGY (.4) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 0.70 | 585.20 |
| 06/10/25 | PREPARE FOR (.4) AND ATTEND (.8) ZOOM MEETING WITH LEGAL TEAM TO DISCUSS MEDIATION ISSUES; PREPARE CORRESPONDENCE TO COMMITTEE REGARDING MEDIATION ISSUES (.3). | B. WEINSTEIN | 07 | 1.50 | 1,230.00 |
| 06/10/25 | PREPARE EMAIL TO O. KATZ RE DISCOVERY ISSUE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/10/25 | REVIEW OF CORRESPONDENCE WITH COUNSEL AND CLIENT REGARDING INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/10/25 | REVIEW POLICY DOCUMENTS FOR PRODUCTION (.8); ATTEND DEBTOR MEETING IN PREPARATION FOR MEDIATION (.8) AND PREPARE FOR SAME (.2). | J. SCHULMAN | 07 | 1.80 | 1,504.80 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/11/25 | REVIEW OF CORRESPONDENCE REGARDING INSURANCE ISSUES WITH CREDITORS' COMMITTEE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/12/25 | PREPARE MEMORANDUM RE INSURANCE ISSUES IN ADVANCE OF NEXT MEDIATION. | K. CIFARELLI | 06 | 0.50 | 262.50 |
| 06/12/25 | REVIEW OF NEW PROOF OF CLAIMS IN SHAREVAULT. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 06/12/25 | REVIEW OF EMAIL RE NEW FILES IN SHAREVAULT. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 06/12/25 | REVIEW OF CORRESPONDENCE FROM CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/12/25 | REVIEW FILE TO PREPARE RESPONSE TO REQUEST FOR INFORMATION FROM CARRIER. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 06/12/25 | ANALYZE AND RECONCILE CREDITORS' COMMITTEE CLAIMANT INFORMATION AND EVALUATE ADDITIONAL POTENTIAL INSURANCE INFORMATION. | K. CIFARELLI | 06 | 2.30 | 1,207.50 |
| 06/12/25 | REVIEW OPPOSITION TO STAY MOTION AND OUTLINE INSURANCE-RELATED REPLY POINTS. | J. SCHULMAN | 08 | 1.30 | 1,086.80 |
| 06/13/25 | ATTEND DEBTOR TEAM MEETING REGARDING MEDIATION (1) AND PREPARE FOR SAME (.4); CONFER PROFESSIONALS REGARDING INSURANCE AND MEDIATION ISSUES (.2). | J. SCHULMAN | 07 | 1.60 | 1,337.60 |
| 06/13/25 | EVALUATE NEW CORRESPONDENCE SENT FROM COVERAGE COUNSEL TO CARRIERS AND CARRIERS' COUNSEL TENDERING UPDATED CLAIMANT PLEADINGS (.4); EVALUATE NEW CORRESPONDENCE RECEIVED FROM CARRIER COUNSEL (.2); SUPPLEMENT CORRESPONDENCE MATRIX ENTRIES (.3); EVALUATE NEW CLAIMANT PLEADING RECEIVED (.2); SUPPLEMENT CORRESPONDENCE MATRIX CLAIMANT ENTRY WITH UPDATED CLAIMANT INFORMATION (.2); SUPPLEMENT COVERAGE CHART CLAIMANT ENTRY WITH UPDATED CLAIMANT INFORMATION (.2); EVALUATE NEW TENDER CORRESPONDENCE (.3); | B. CAROLUS | 06 | 2.20 | 748.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLEMENT CORRESPONDENCE MATRIX REGARDING THE SAME (.4). | | | | |
| 06/13/25 | PREPARE THIRD LETTER TO CARRIER REGARDING SUPPLEMENTAL PROOF OF CLAIM. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | REVIEW OF CORRESPONDENCE FROM CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | REVIEW OF EMAIL FROM J. KIM RE NEW FILINGS. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/13/25 | REVIEW OF FILE TO PREPARE RESPONSE TO CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | PREPARE EMAIL TO CARRIER REGARDING MOTION TO ALLOW A LATE CLAIM AND MOTION FOR AN ORDER TO ENLARGE CLAIMS DATE. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | PREPARE FOR (.2) AND ATTEND (1.0) ZOOM MEETING WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION STRATEGY; ZOOM MEETING WITH COMMITTEE COUNSEL REGARDING MEDIATION ISSUES (.2). | B. WEINSTEIN | 07 | 1.40 | 1,148.00 |
| 06/13/25 | PREPARE CORRESPONDENCE TO CARRIER REGARDING SUPPLEMENTAL PROOF OF CLAIM. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | ANALYZE NEW PROOF OF CLAIM FILED IN BANKRUPTCY PROCEEDING TO EVALUATE POTENTIAL INSURANCE COVERAGE. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | PREPARE TENDER LETTER TO CARRIER. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 06/13/25 | PREPARE EMAIL TO CARRIER REGARDING MOTION TO ALLOW A LATE CLAIM. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/13/25 | PREPARE EMAIL TO CARRIER REGARDING INSURANCE ISSUES AND MOTION IN BANKRUPTCY COURT. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | PREPARE EMAIL TO CARRIER REGARDING MOTION TO ALLOW A LATE CLAIM. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | ANALYZE NEW PROOF OF CLAIM TO EVALUATE POTENTIAL INSURANCE COVERAGE | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | PREPARE EMAIL TO CARRIER REGARDING MOTION TO ALLOW A LATE CLAIM. | K. CIFARELLI | 01 | 0.20 | 105.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/13/25 | PREPARE EMAIL TO CARRIER REGARDING MOTION TO ALLOW A LATE CLAIM. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/13/25 | PREPARE EMAIL TO CARRIER REGARDING MOTION TO ALLOW A LATE CLAIM. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/13/25 | PREPARE EMAIL TO COUNSEL FOR CARRIER REGARDING REVISED PROOF OF CLAIM. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/13/25 | EVALUATE SCHEDULE OF CLAIMS AND SETTLEMENT DEMAND TO CARRIERS TO REVISE BASED ON NEW PROOF OF CLAIM FORMS. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/13/25 | PREPARE SECOND LETTER TO CARRIER REGARDING SUPPLEMENTAL PROOF OF CLAIM. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 06/13/25 | REVIEW OF SUPPLEMENTAL PROOF OF CLAIM TO EVALUATE POTENTIAL INSURANCE COVERAGE. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/16/25 | REVIEW OF EMAIL FROM J. KIM RE INSURANCE ISSUES AND PREPARE RESPONSE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/16/25 | PREPARE MEMORANDUM RE INSURANCE ISSUES FOR MEDIATION. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 06/16/25 | PREPARE EMAIL TO COUNSEL FOR CARRIER IN RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/16/25 | PREPARE EMAIL TO OMNI AGENT SOLUTIONS RE CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/16/25 | EVALUATE NEW TENDER CORRESPONDENCE (.2); EVALUATE NEW CORRESPONDENCE SENT BETWEEN COVERAGE COUNSEL AND CARRIERS' COUNSELS (.3); SUPPLEMENT CORRESPONDENCE MATRIX (.3). | B. CAROLUS | 06 | 0.80 | 272.00 |
| 06/16/25 | PREPARE EMAIL TO J. KIM RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/16/25 | REVIEW OF CORRESPONDENCE FROM CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/16/25 | PREPARE RESPONSE TO CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 06/16/25 | REVIEW OF EMAIL FROM CARRIER RE SETTLEMENT DISCUSSIONS. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/16/25 | PREPARE INSURANCE INFORMATION FOR CO-DEFENDANT. | K. CIFARELLI | 01 | 0.60 | 315.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/16/25 | REVIEW OF CORRESPONDENCE FROM COUNSEL FOR CO-DEFENDANT RE INSURANCE INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/16/25 | REVIEW OF EMAIL FROM COUNSEL FOR CARRIER WITH REQUEST FOR INFORMATION AND DRAFT RESPONSE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/16/25 | REVIEW OF EMAIL FROM OMNI AGENT SOLUTIONS RE CARRIER REQUEST FOR INFORMATION AND PREPARE RESPONSE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/16/25 | PREPARE EMAIL TO COUNSEL FOR CO-DEFENDANT RE INSURANCE INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/17/25 | EVALUATE NEW CORRESPONDENCE SENT BETWEEN COVERAGE COUNSEL, CARRIER AND CARRIER COUNSELS (.3); SUPPLEMENT CORRESPONDENCE MATRIX REGARDING THE SAME (.2). | B. CAROLUS | 06 | 0.50 | 170.00 |
| 06/17/25 | ATTEND DEBTOR'S MEETING IN ANTICIPATION OF MEDIATION (.3) AND PREPARE FOR SAME (.2). | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 06/17/25 | PREPARE EMAIL TO CARRIER REGARDING INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/17/25 | REVIEW OF CHART FROM OMNI WITH CARRIER ACCESS TO SHAREVAULT. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/17/25 | PREPARE EMAIL TO J. KIM RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/17/25 | REVIEW OF ACCESS TO CARRIERS TO DOCUMENT DEPOSITORIES. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 06/17/25 | REVIEW OF EMAIL FROM CARRIER WITH COVERAGE POSITION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/18/25 | PREPARE CORRESPONDENCE TO CARRIER COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/18/25 | ANALYZE AND REVISE PLEADINGS REGARDING MOTION TO EXTEND STAY (.7). | B. WEINSTEIN | 08 | 0.70 | 574.00 |
| 06/18/25 | REVIEW REPLY IN FURTHER SUPPORT OF MOTION. | J. SCHULMAN | 08 | 0.80 | 668.80 |
| 06/18/25 | PREPARE CORRESPONDENCE TO THIRD PARTY VENDOR RE SHAREVAULT. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/18/25 | PREPARE CORRESPONDENCE TO CARRIER COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 06 | 0.10 | 52.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/18/25 | EMAIL CORRESPONDENCE WITH K. CIFARELLI RE: COMMITTEE RESPONSE TO POC DATA AND POTENTIAL REVISIONS TO INSURANCE ASSET ANALYSIS | H. AHN | 01 | 0.10 | 79.50 |
| 06/19/25 | ANALYZE CORRESPONDENCE WITH LEGAL TEAM REGARDING MOTION TO EXTEND STAY. | B. WEINSTEIN | 08 | 0.30 | 246.00 |
| 06/19/25 | REVIEW REPLY IN FURTHER SUPPORT OF MOTION AND DEBTOR COMMUNICATIONS REGARDING SAME. | J. SCHULMAN | 08 | 0.70 | 585.20 |
| 06/19/25 | CONFERENCE WITH COUNSEL RE INSURANCE ISSUES IN BANKRUPTCY. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/19/25 | DRAFT CORRESPONDENCE TO CARRIER WITH PARTIAL RESPONSE TO CARRIER'S REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 06/19/25 | REVIEW OF CORRESPONDENCE FROM CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/19/25 | REVIEW OF CLAIMS FILES TO PREPARE RESPONSE TO CARRIER'S REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 06/19/25 | REVIEW OF CORRESPONDENCE RE REPLY BRIEF IN SUPPORT OF MOTION TO STAY. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/20/25 | ATTEND DEBTOR MEETING IN PREPARATION FOR MEDIATION (.3) AND PREPARE FOR SAME (.2). | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 06/20/25 | ANALYZE CORRESPONDENCE WITH TEAM REGARDING INSURERS' INFORMATION REQUESTS AND MEDIATION ISSUES. | B. WEINSTEIN | 07 | 0.30 | 246.00 |
| 06/20/25 | EVALUATE NEW CORRESPONDENCE SENT FROM COVERAGE COUNSEL TO CARRIER COUNSEL (.2); SUPPLEMENT CORRESPONDENCE MATRIX REGARDING THE SAME (.2). | B. CAROLUS | 06 | 0.40 | 136.00 |
| 06/20/25 | REVIEW OF EMAIL RE CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/22/25 | REVIEW OF CARRIER SETTLEMENT COMMUNICATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/22/25 | PREPARE MEMORANDUM RE CARRIER COVERAGE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/22/25 | DRAFT RESPONSE TO CORRESPONDENCE FROM CARRIER | K. CIFARELLI | 01 | 1.60 | 840.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | WITH COVERAGE ISSUES AND REQUESTS FOR INFORMATION. | | | | |
| 06/22/25 | REVISE CORRESPONDENCE TO CARRIER ADDRESSING MULTIPLE COVERAGE ARGUMENTS AND REQUESTS FOR INFORMATION. | K. CIFARELLI | 01 | 1.30 | 682.50 |
| 06/22/25 | ANALYZE CARRIER COVERAGE ARGUMENTS TO DRAFT RESPONSE. | K. CIFARELLI | 01 | 1.50 | 787.50 |
| 06/22/25 | REVIEW OF CORRESPONDENCE FROM CARRIER WITH COVERAGE ISSUES AND REQUESTS FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/22/25 | ANALYSIS OF CORRESPONDENCE AND FILE NOTES TO PREPARE FOR TUESDAY'S MEDIATION (.3); TELEPHONE CONFERENCES WITH LEGAL TEAM REGARDING SAME (.1). | B. WEINSTEIN | 07 | 0.40 | 328.00 |
| 06/22/25 | REVIEW OF DOCUMENTS PRODUCED TO CARRIER TO ASSESS REQUEST FOR INFORMATION BY CARRIER. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 06/22/25 | PREPARE EMAIL RESPONDING TO REQUEST FOR INSURANCE INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 06/22/25 | REVIEW OF EMAIL WITH REQUEST FOR INSURANCE INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/23/25 | PLAN/PREPARE FOR MEDIATION. | J. SCHULMAN | 07 | 2.00 | 1,672.00 |
| 06/23/25 | PREPARE FOR (.7) AND ATTEND (1.3) ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM TO PREPARE FOR TOMORROW'S MEDIATION SESSION; ANALYZE CORRESPONDENCE WITH LEGAL TEAM REGARDING NEGOTIATIONS WITH INSURERS (.3); ANALYZE AND RESPOND TO COVERAGE LETTER FROM INSURER (1.5); REVIEW FILE NOTES, SETTLEMENT DOCUMENTS AND CORRESPONDENCE TO PREPARE FOR MEDIATION SESSION (.8); TELEPHONE CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.3). | B. WEINSTEIN | 07 | 4.90 | 4,018.00 |
| 06/23/25 | PREPARE EMAIL TO CARRIER WITH RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 06/24/25 | APPEAR FOR/ATTEND MEDIATION (PARTIAL). | J. SCHULMAN | 07 | 4.40 | 3,678.40 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/24/25 | ATTEND IN PERSON MEDIATION IN SAN FRANCISCO (6.5); FOLLOW UP REVIEW OF NOTES AND CORRESPONDENCE REGARDING FUTURE ACTION (.6). | B. WEINSTEIN | 07 | 7.10 | 5,822.00 |
| 06/25/25 | ANALYZE CORRESPONDENCE WITH CLIENT AND FILE NOTES REGARDING MEDIATION ISSUES | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 06/26/25 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING SETTLEMENT ISSUES. | B. WEINSTEIN | 07 | 0.10 | 82.00 |
| 06/27/25 | PREPARE FOR WEEKLY DEBTOR MEETING | J. SCHULMAN | 09 | 0.20 | 167.20 |
| 06/27/25 | ATTEND WEEKLY DEBTOR MEETING | J. SCHULMAN | 09 | 0.40 | 334.40 |
| 06/27/25 | CONFER WITH DEBTOR COUNSEL REGARDING COVERAGE AND UNDERLYING CLAIM ISSUES | J. SCHULMAN | 09 | 0.50 | 418.00 |
| 06/30/25 | PREPARE EMAIL TO OMNI SOLUTIONS RE CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/30/25 | REVIEW OF EMAIL FROM CARRIER RE INSURANCE ISSUES. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 06/30/25 | REVIEW OF EMAIL FROM CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 06/30/25 | TELEPHONE CONFERENCES WITH LEGAL TEAM REGARDING MEDIATION STRATEGY (.2); ANALYZE AND REVISE MEDIATION SUBMISSION (.3). | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 06/30/25 | CONFER WITH DEBTOR COUNSEL REGARDING COVERAGE AND UNDERLYING CLAIM ISSUES | J. SCHULMAN | 09 | 0.60 | 501.60 |
| | **TOTAL SERVICES** | | | | **$57,959.30** |

**FOR DISBURSEMENTS ADVANCED THROUGH JUNE 30, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/24/25 | PARKING/TOLLS/TRANSIT: BARRON WEINSTEIN ARCHDIOCESE OF SAN FRANCISCO MEDIATION AT SIGNATURE IN SAN FRANCISCO CA ON 06/24/25 | 40.00 |
| | **TOTAL DISBURSEMENTS** | **$40.00** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$57,999.30** |

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 24.80 | 13,047.00 |
| 05 | FEE APPLICATION | 0.50 | 418.00 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 9.30 | 3,957.50 |
| 07 | MEDIATION | 43.50 | 35,954.80 |
| 08 | MOTION PRACTICE | 3.80 | 3,160.80 |
| 09 | PREPARATION OF MATERIALS FOR PARTIES IN BANKRUPTCY PROCEEDINGS; | 1.70 | 1,421.20 |
|  | **TOTAL** | **83.60** | **$57,959.30** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| BRIAN S. CAROLUS | 340.00 | 5.00 | 1,700.00 |
| JEFFREY L. SCHULMAN | 836.00 | 22.80 | 19,060.80 |
| HANNAH K. AHN | 795.00 | 0.10 | 79.50 |
| KEVIN L. CIFARELLI | 525.00 | 29.00 | 15,225.00 |
| BARRON L. WEINSTEIN | 820.00 | 26.70 | 21,894.00 |
|  | **TOTALS** | **83.60** | **$57,959.30** |