Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [JUNE 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for June 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of June 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1, 2025, through June 30, 2025 | $37,331.00 | $630.77 | $37,961.77 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $29,864.80 | $630.77 | $30,495.57 |

The itemized billing statement for the fees and costs billed is attached hereto as ***Exhibit A***. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: July 21, 2025

                                        FELDERSTEIN FITZGERALD
                                        WILLOUGHBY PASCUZZI & RIOS LLP

                                        By:*/s/ Paul J. Pascuzzi*
                                            Paul J. Pascuzzi
                                            Attorneys for The Roman Catholic Archbishop of San Francisco

Exhibit A

June 2025 Invoice

Case: 23-30564 Doc# 1267 Filed: 07/21/25 Entered: 07/21/25 10:06:04 Page 3 of 14

# Felderstein Fitzgerald Willoughby - ABA Task Summary report

Date Start: 6/1/2025 | Date End: 6/30/2025 | Clients: Archdiocese of San Francisco | Matters: Archdiocese of SF - Post Petition | Users: All

| Date | User | Client | Matters | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **B110 - Case Administration** | | | | | | | | | |
| | | | | B110 - Case Administration Sub Totals: | | | 0.30 | 0.30 | $105.00 |
| **B140 - Relief from Stay/Adequate Protection Proceedings** | | | | | | | | | |
| | | | | B140 - Relief from Stay/Adequate Protection Proceedings Sub Totals: | | | 13.00 | 13.00 | $7,800.00 |
| **B150 - Meetings of and Communications with Creditors** | | | | | | | | | |
| | | | | B150 - Meetings of and Communications with Creditors Sub Totals: | | | 5.20 | 5.20 | $3,112.50 |
| **B160 - Fee/Employment Applications** | | | | | | | | | |
| | | | | B160 - Fee/Employment Applications Sub Totals: | | | 25.30 | 25.30 | $5,793.50 |
| **B190 - Other Contested Matters** | | | | | | | | | |
| | | | | B190 - Other Contested Matters Sub Totals: | | | 10.00 | 10.00 | $4,500.00 |
| **B310 - Claims Administration and Objections** | | | | | | | | | |
| | | | | B310 - Claims Administration and Objections Sub Totals: | | | 0.50 | 0.50 | $300.00 |
| **B410 - General Bankruptcy Advice/Opinions** | | | | | | | | | |
| | | | | B410 - General Bankruptcy Advice/Opinions Sub Totals: | | | 17.20 | 17.20 | $10,320.00 |
| **L160 - Settlement/Non-Binding ADR** | | | | | | | | | |
| | | | | L160 - Settlement/Non-Binding ADR Sub Totals: | | | 9.40 | 7.70 | $4,620.00 |
| **L210 - Pleadings** | | | | | | | | | |
| | | | | L210 - Pleadings Sub Totals: | | | 0.80 | 0.80 | $480.00 |
| **L320 - Document Production** | | | | | | | | | |
| | | | | L320 - Document Production Sub Totals: | | | 0.50 | 0.50 | $300.00 |
| | | | | | | **Grand Total** | **82.20** | **80.50** | **$37,331.00** |

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email:

## Invoice 14090

| Date | Jul 07, 2025 |
|---|---|
| Terms | |
| Service Thru | Jun 30, 2025 |

**In Reference To:** Archdiocese of SF - Post Petition (Biller)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 06/02/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from other diocesan counsel re case issues (.1). Prepare for client team call (.3). Attend same (1.2). Email to client team re tolling agreements for avoidance actions (.2). | 1.80 | $ 600.00/hr | $ 1,080.00 |
| 06/02/2025 | PJP | **B190 - Other Contested Matters:** Email from mediator Gallagher re invoice, email to M. Cottrell re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/02/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to O. Katz, B. Weinstein re insurance issues and client approvals (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/02/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review committee email re stay stip re high schools, review proposed revisions (.2). Email to client team re same (.2). Email to counsel for high schools re same (.1). | 0.50 | $ 600.00/hr | $ 300.00 |
| 06/02/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to R. Charles, K. Rios re tolling agreement re parishes (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/03/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with committee counsel (.3). Attend same (.3). | 0.60 | $ 600.00/hr | $ 360.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to O. Katz. B. Weinstein, P. Gaspari re insurance issues (.1). Email from P. Carney re tolling agreements, consider strategy re same (.2). Revise exhibit list for same (.2). Follow up to committee counsel call with O. Katz (.1). Emails from and to P. Carney re mediation issues (.2). Emails from and to A. Cottrell re case strategy and legal analysis, consider strategy (.3) | 1.10 | $ 600.00/hr | $ 660.00 |
| 06/03/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to G. Greenwood re tolling stipulation revisions (.2). Emails to and from counsels for parties to tolling agreement re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 06/03/2025 | JER | **B150 - Meetings of and Communications with Creditors:** Review emails from interested party/creditor and follow up regarding same. | 0.10 | $ 525.00/hr | $ 52.50 |
| 06/04/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails to and from G. Greenwood re tolling stipulation and order approval (.2). Email to S. Williamson, R. Michelson, F. Elsasser re tolling stipulation (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 06/04/2025 | PJP | **B160 - Fee/Employment Applications:** Email to client re no objections to April fee notices (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 06/04/2025 | BJ | **B160 - Fee/Employment Applications:** Prepared draft of Weintraub's May Monthly Fee Statement (1.6); review of invoices for survivor information (.6). | 2.20 | $ 105.00/hr | $ 231.00 |
| 06/05/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails to G. Greenwood re tolling agreement (.2). Emails from F. Elsaesser re tolling agreement (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 06/05/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re case status, strategy, mediation (.4). Call with B. Weinstein re insurance issues and strategy (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 06/05/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to D. Zamora re stipulation for stay extension re high schools (.1). Email from B. Lewis re schedule 1 to stay stip for high schools, review schedule (.2). Revise stip and email to G. Greenwood re same (.2). Email to High Schools counsel re review of stay stip (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 06/05/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft FFWPR May Monthly Fee Statement (.5); review invoice for survivor information (.2). | 0.70 | $ 105.00/hr | $ 73.50 |
| 06/06/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from P. Gaspari re case issues, consider strategy re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/06/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise Notice Re TransPerfect Monthly Invoices (including catchup). | 0.40 | $ 525.00/hr | $ 210.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider strategy for case status, issues, and mediation (.7). Email to client team re same (.1). Review other diocesan case status for relevant similar issues (shared) (.3). | 1.10 | $ 600.00/hr | $ 660.00 |
| 06/08/2025 | PJP | **B310 - Claims Administration and Objections:** Emails from and to C. Rouse re Castro settlement (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 06/09/2025 | PJP | **B310 - Claims Administration and Objections:** Call with C. Rouse re potential settlement of Castro (.2). Email to B. Lewis at Weintraub re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 06/09/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from O. Katz, J. Schulman re case issues, mediation, consider strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/10/2025 | MEK | **B160 - Fee/Employment Applications:** Review of weintraub monthly fee statement for survivor information redactions (.2) | 0.20 | $ 350.00/hr | $ 70.00 |
| 06/10/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.3). Attend same (.8). Follow up call with W. Weitz re same (.2). Email to insurers re insurer share of Gallagher mediation invoice (.2). | 1.50 | $ 600.00/hr | $ 900.00 |
| 06/10/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly committee counsel call (.3). Attend same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 06/10/2025 | PJP | **L210 - Pleadings:** Committee Adversary: Email to Sheppard team re notice of appearance, strategy on appearance and preserving arguments (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/10/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review caselaw re stay extension motion (shared) (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 06/11/2025 | MEK | **B190 - Other Contested Matters:** Draft Motion to Approve Settlement Agreement With Family (2.4); Continue drafting the same (1.8); Review and revise the same for forwarding to P. Pascuzzi (1.2); Email (detailed) to P. Pascuzzi re: the same (.2) | 5.60 | $ 350.00/hr | $ 1,960.00 |
| 06/11/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to Sheppard Committee complaint litigation team re case strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/11/2025 | PJP | **L210 - Pleadings:** Committee adversary: Review and revise notice of appearance without waiving any rights (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/12/2025 | PJP | **B190 - Other Contested Matters:** Review and revise motion to approve settlement and related documents, consider issues re same (.7). Emails to and from D. Zamora re same (.2). Further revisions to motion and related documents re same (.5). | 1.40 | $ 600.00/hr | $ 840.00 |
| 06/12/2025 | PJP | **L210 - Pleadings:** Committee adversary: Review and revise notice of special appearance, consider issues on not waiving rights (.2). Emails to and from Sheppard litigation team re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/12/2025 | MEK | **B190 - Other Contested Matters:** Review of P. Pascuzzi revisions to motion to approve settlement agreement (.1); Email (detailed) to P. Pascuzzi re: the same (.3) | 0.40 | $ 350.00/hr | $ 140.00 |
| 06/12/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client team call (.4). Email to client team re opposition to stay extension motion (.1). | 0.50 | $ 600.00/hr | $ 300.00 |
| 06/12/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Blank Rome invoice for redactions (survivors) and approve the same (.2) | 0.20 | $ 350.00/hr | $ 70.00 |
| 06/13/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review cash analysis, mediation strategy, consider issues and strategy (.4). Prepare for client team call (.2). Attend same (1.1). Brief review CYP Annual Report on child protection in Catholic Church, consider issues (.3). Email to client team re same (.2). | 2.20 | $ 600.00/hr | $ 1,320.00 |
| 06/13/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with committee counsel re stay extension motion issues, B. Weinstein, J. Schulman (shared) (.2). Review filed stipulation re stay on high school cases, email to client team re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 06/13/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to L. Linsky (SHCP) and R. Harris (other three high schools) re stip to stay cases as to high schools (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 06/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to P. Carney re settlement of post petition claim (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/16/2025 | PJP | **L320 - Document Production:** Email to T. Karcher re BRG data breach (shared) (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 06/16/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Attend diocesan attorney call re relevant similar case issues (shared) (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 06/17/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for committee weekly call (.2). Attend same (.4). | 0.60 | $ 600.00/hr | $ 360.00 |
| 06/17/2025 | JER | **B160 - Fee/Employment Applications:** Emails with Transperfect regarding payment issues. | 0.20 | $ 525.00/hr | $ 105.00 |
| 06/17/2025 | PJP | **B190 - Other Contested Matters:** Prepare for professionals team call (.4). Attend same (.3). | 0.70 | $ 600.00/hr | $ 420.00 |
| 06/17/2025 | JER | **B160 - Fee/Employment Applications:** Review schedule for 5th Interim Fee Applications. Email to PJP regarding same. | 0.20 | $ 525.00/hr | $ 105.00 |
| 06/18/2025 | ASK | **B160 - Fee/Employment Applications:** Begin drafting Blank Rome fee application. | 3.20 | $ 105.00/hr | $ 336.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/2025 | JER | **B160 - Fee/Employment Applications:** Review dates and deadlines and determine schedule for 5th Interim Fee Applications. (.2). Email to ADSF Professionals regarding preparation and coordination of interim fee applications. (.4). Telephone call and email with B. Jennings re preparation of Fee Applications. (.3). Emails with P. Gaspari and BJ regarding new additions for Weintraub fee application. (.2). Emails with J. Kim re preparation of fee applications. (.1) | 1.20 | $ 525.00/hr | $ 630.00 |
| 06/18/2025 | JER | **B160 - Fee/Employment Applications:** Emails with BJ and J. Kim re preparation of Monthly fee notices | 0.20 | $ 525.00/hr | $ 105.00 |
| 06/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from O. Katz re case status, strategy and mediation (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 06/18/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise reply re stay extension, consider issues re same (2.4). Review revised reply, consider issues re same (.4). | 2.80 | $ 600.00/hr | $ 1,680.00 |
| 06/19/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to team on reply brief re stay extension motion (.2). Emails from and to O. Katz re same (.2). Prepare for hearing on stay extension motion (3.9). Emails from and to D. Zamora re certain cases on list for stay extension, consider strategy re same (.2). | 4.50 | $ 600.00/hr | $ 2,700.00 |
| 06/19/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with P. Califano (Seminary) re case status and strategy (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 06/19/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to G. Greenwood, B. Michaels are high schools stay stip and order, stip re stay extension deadlines, review file re status of same (.3). Email from G. Greenwood re same (.1). | 0.40 | $ 600.00/hr | $ 240.00 |
| 06/19/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review Albany case developments relevant to this case, email to client team re same (shared) (.3). Call to O. Katz re case issues (.1). Draft agenda for client team call (.3). | 0.70 | $ 600.00/hr | $ 420.00 |
| 06/19/2025 | PJP | **B160 - Fee/Employment Applications:** Review Omni May invoice, email to M. Flanagan re same (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 06/20/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.2). Attend same (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 06/20/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with D. Zamora, M. Silver re stay extension motion issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft term sheet for potential mediation proposal (1.1). Email to client team re same (.2). | 1.30 | $ 600.00/hr | $ 780.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/23/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Prepare for hearing on stay extension (.4). Attend call with O. Katz, A. Cottrell re same (1.0). Further prepare for hearing on stay extension motion (1.8). | 3.20 | $ 600.00/hr | $ 1,920.00 |
| 06/23/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with client team re mediation and case strategy (1.2). Emails from and to P. Gaspari, O. Katz, B. Weinstein re mediation issues (.1). Call with them re same (.2). Call to and from P. Carney re same (.2). | 1.70 | $ 600.00/hr | $ 1,020.00 |
| 06/23/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to L. Linsky (SHCPHS) and C. Johnson (CASC) re case issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/23/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel to SF from Sacramento for mediation (1.7) (no charge) | 1.70 | $ 0.00/hr | No Charge |
| 06/24/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation (.4). Attend same (7.2). Travel from SF to Sacramento (2.6) (no charge). | 7.60 | $ 600.00/hr | $ 4,560.00 |
| 06/25/2025 | ASK | **B160 - Fee/Employment Applications:** Draft Blank Rome Weinstein declaration (.6); Summerhays declaration (.2); and Order (.3). | 1.10 | $ 105.00/hr | $ 115.50 |
| 06/25/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to B. Michael re mediation, call with her re same (.2). Call from P. Califano (Seminary) re case status, stay extension motion (.4). | 0.60 | $ 600.00/hr | $ 360.00 |
| 06/25/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft fee application for FFWPR (1.3); prepared draft PJP declaration (.6); prepare draft of Summerhays declaration (.2) | 2.10 | $ 105.00/hr | $ 220.50 |
| 06/25/2025 | JER | **B160 - Fee/Employment Applications:** Email to Committee Counsel regarding scheduling interim fee applications. | 0.20 | $ 525.00/hr | $ 105.00 |
| 06/25/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise FFWPR interim fee application. | 1.30 | $ 525.00/hr | $ 682.50 |
| 06/26/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to R. Michelson (Catholic Charities) re stay extension motion status (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 06/26/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review updates in other diocesan cases including Oakland committee renewed motion for relief from stay (shared) (.4). Emails from and to P. Carney re court hearings (.1). Consider case strategy, outstanding items, mediation strategy (.7). Draft agenda for client team call (.3). Call with other diocesan counsel re case relevant issues (shared) (.4). Review email from committee counsel re real estate valuations and report, consider strategy (.2). Email to client team re same (.1). | 2.20 | $ 600.00/hr | $ 1,320.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/26/2025 | JER | **B160 - Fee/Employment Applications:** Emails with Committee Counsel and J. Kim regarding interim fee applications. (.2). Emails with BJ and PJP regarding same. (.1). Direct revisions to interim fee applications. (.1) | 0.40 | $ 525.00/hr | $ 210.00 |
| 06/26/2025 | JER | **B160 - Fee/Employment Applications:** Revise FFWPR fee application. (.9). Draft PJP Declaration in support of fee application. (.1). Emails with BJ regarding revisions and preparation of application. (.1) | 1.10 | $ 525.00/hr | $ 577.50 |
| 06/26/2025 | JER | **B160 - Fee/Employment Applications:** Review deadline for Quarterly OCP Report. Email to D. Greenblat regarding preparation of OCP worksheet. (.1). Review and analysis of Quarterly OCP Report worksheet and compliance with Order re OCP's. (.2). Emails with Client Team regarding same. (.2). Direct preparation of Quarterly OCP Report. (.1) | 0.60 | $ 525.00/hr | $ 315.00 |
| 06/26/2025 | BJ | **B160 - Fee/Employment Applications:** Begin preparation of the the fee application for WT. | 1.50 | $ 105.00/hr | $ 157.50 |
| 06/27/2025 | PJP | **B190 - Other Contested Matters:** Emails from and to N. Lima re insurer share of mediator fees payment (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 06/27/2025 | PJP | **L320 - Document Production:** Call to T. Karcher re BRG data breach (.3). Follow up email to T. Karcher re same (.1). | 0.40 | $ 600.00/hr | $ 240.00 |
| 06/27/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call re case strategy and status (.2). Attend same (.7). | 0.90 | $ 600.00/hr | $ 540.00 |
| 06/27/2025 | MEK | **B110 - Case Administration:** Email to B. Whitaker (Omni) re: updated limited service list (.1) | 0.10 | $ 350.00/hr | $ 35.00 |
| 06/27/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from R. Michelson (Catholic Charities) re case status (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 06/27/2025 | JER | **B160 - Fee/Employment Applications:** Finalize Quarterly Ordinary Course Professionals Repot. (.3). Multiple emails with AK and Court Notice regarding same. (.1) | 0.40 | $ 525.00/hr | $ 210.00 |
| 06/27/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Email to mediators re meeting on July 10 for released case selection (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 06/27/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise PJP Declaration re FFWPR fee application. (.5). Review and revise FFWPR interim application. (.1) Review and revise Notice of Hearing. (.1). Emails with BJ and DP regarding application. (.1) | 0.80 | $ 525.00/hr | $ 420.00 |
| 06/27/2025 | BJ | **B160 - Fee/Employment Applications:** Continue preparation of the the fee application for WT. | 1.80 | $ 105.00/hr | $ 189.00 |
| 06/30/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on stay extension motion strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/30/2025 | | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with O. Katz re case issues and strategy, mediation (.3). Attend same (.5). | 0.80 | $ 600.00/hr | $ 480.00 |
| 06/30/2025 | | ASK | **B160 - Fee/Employment Applications:** Review calculations for Weintraub ABA category and attorney fee app amount breakdowns. | 2.60 | $ 105.00/hr | $ 273.00 |
| 06/30/2025 | | MEK | **B110 - Case Administration:** Email to B. Whitaker re: limited service list (.1); Email from B. Whitaker re: limited service and review and approve the same for filing (.1) | 0.20 | $ 350.00/hr | $ 70.00 |
| 06/30/2025 | | BJ | **B160 - Fee/Employment Applications:** Prepare fee application for TransPerfect (1.7); prepare D. Brill declaration (.6); prepare Summerhays declaration (.2). | 2.50 | $ 105.00/hr | $ 262.50 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 06/24/2025 | FA | Travel for Paul J. Pascuzzi to San Francisco for mediation.<br>Hotel - $501.42<br>Parking - $91.00<br>Tolls - $8.00<br>Milage roundtrip - $119.00 | $ 619.42 |
| 06/30/2025 | FA | Postage - June 2025 | $ 0.69 |
| 06/30/2025 | FA | Lexis Online Research -June 2025 | $ 10.66 |

| | |
|---|---|
| Total Hours | 82.20 hrs |
| Total Biller | $ 37,331.00 |
| Total Expenses | $ 630.77 |
| Total Invoice Amount | $ 37,961.77 |
| Previous Balance | $ 124,499.54 |
| 06/17/2025  Payment - Trust Account<br>A payment has been transferred from the Trust Account | ($47,677.56) |
| **Balance (Amount Due)** | **$ 114,783.75** |

**Trust Account Summary**

**Billing Period: 06/02/2025 - 07/07/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | | |
|---|---|---|---|---|
| $47,677.56 | $47,677.56 | $0.00 | | |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 06/13/2025 | Received From-Archdiocese of San Francisco | $47,677.56 | | $47,677.56 |
| 06/17/2025 | Applied to invoice #13994 | | $47,677.56 | $0.00 |

# User Hours Summary

**Billing Period: 06/02/2025 - 06/30/2025**

## User Hour Totals

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 49.00 | $ 600.00 | $ 29,400.00 |
| Paul J Pascuzzi | 1.70 | $ 600.00 | $ 0.00 |
| Jake E Rios | 7.10 | $ 525.00 | $ 3,727.50 |
| Allison Kieser | 6.90 | $ 105.00 | $ 724.50 |
| Brenda Jennings | 10.80 | $ 105.00 | $ 1,134.00 |
| Mikayla E Kutsuris | 6.70 | $ 350.00 | $ 2,345.00 |