Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30564 |
| | Chapter 11 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | |
| Debtor and Debtor in Possession. | *[No Hearing Required]* |

**TWENTY-SECOND MONTHLY PROFESSIONAL FEE STATEMENT FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC [JUNE 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that GlassRatner Advisory & Capital Group, LLC (hereinafter, "GlassRatner"), financial advisor to the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for June 2025.

| Name of Applicant: | GlassRatner Advisory & Capital Group, LLC |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2025 through June 30, 2025 |
| Amount of Compensation Requested: | $38,482.50 |
| Net of 20% Holdback: | $30,786.00 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $30,786.00 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC ("GlassRatner") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from June 1, 2025 through June 30, 2025 (the "Fee Period"). By this twenty-second statement, GlassRatner seeks payment in the amount of $30,786.00, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the

compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as *Exhibit 1* is a summary of GlassRatner's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each GlassRatner professional during the Fee Period. Attached hereto as *Exhibit 2* is a summary of the services rendered and compensation sought by project category during the Fee Period.

Attached hereto as *Exhibit 3* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit 4*, are records of GlassRatner's fees incurred during the period June 1, 2025 through June 30, 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay GlassRatner 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: July 21, 2025        FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
    Paul J. Pascuzzi
    Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: July 21, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
    Ori Katz
    Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from June 1, 2025 through June 30, 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $775.00 | 8.10 | $6,277.50 |
| David Greenblatt | Director | $575.00 | 35.90 | 20,642.50 |
| Coral Hansen | Managing Director | $525.00 | 16.60 | 8,715.00 |
| Sean Horner | Senior Associate | $425.00 | 6.70 | 2,847.50 |
| **TOTAL** | | | **67.30** | **$38,482.50** |

**Exhibit 2**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from June 1, 2025 through June 30, 2025**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 16.10 | $9,652.50 |
| Business Analysis | 19.10 | 11,152.50 |
| Employment/Fee Applications | 2.20 | 1,075.00 |
| Litigation Support | 9.00 | 5,355.00 |
| Monthly Operating Reports | 20.90 | 11,247.50 |
| **TOTAL** | **67.30** | **$38,482.50** |

**Exhibit 3**

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

# **Exhibit 4**

**Invoice**



GlassRatner Advisory & Capital Group LLC

July 3, 2025                                                                                               Invoice # :   80023

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  June 1, 2025      through      June 30, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Wayne P. Weitz | 8.10 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 16.60 | 525.00 |
| David Greenblatt, CPA, CIRA | 35.90 | 575.00 |
| Sean Horner | 6.70 | 425.00 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 67.30 | $38,482.50 |
| Previous balance |  | $175,448.35 |
| 6/13/2025  Payment - Thank You |  | ($64,436.45) |
| Total payments and adjustments |  | ($64,436.45) |
| Balance due |  | $149,494.40 |

**Thank you for working with GlassRatner Advisory & Capital Group, LLC, we don't take our clients for granted.**
For our wiring instructions, please contact us directly using the contact information below.    Tax ID Number: ▮7218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6600 Fax: 470.346.6604 | www.glassratner.com

**Professional Services Detail**

                                                                                 Hours

Asset Analysis

| Date | Name | Description | Hours |
|---|---|---|---:|
| 6/2/2025 | S. Horner | Call with D. Greenblatt re: cash analysis | 0.20 |
| | D. Greenblatt | Call with S. Horner re: cash analysis | 0.20 |
| | D. Greenblatt | Continue to update cash analysis | 1.80 |
| 6/3/2025 | S. Horner | Continue to update cash analysis | 0.30 |
| | D. Greenblatt | Call with O. Katz and Debtor re: cash analysis | 0.70 |
| | D. Greenblatt | Continue to update cash analysis | 1.40 |
| 6/4/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: real estate | 0.90 |
| | D. Greenblatt | Continue to work on cash analysis | 1.80 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: real estate | 0.90 |
| 6/6/2025 | D. Greenblatt | Continue to work on cash analysis | 1.70 |
| 6/10/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.20 |
| | D. Greenblatt | Meeting with W. Weitz and S. Horner re: cash analysis | 0.20 |
| | D. Greenblatt | Continue to update cash analysis | 1.60 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.20 |
| 6/17/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: real estate | 1.40 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: real estate | 1.40 |
| 6/27/2025 | D. Greenblatt | Review and analysis of real estate information | 1.20 |

    SUBTOTAL:                                                        [     16.10     9652.50]

Business Analysis

| Date | Name | Description | Hours |
|---|---|---|---:|
| 6/2/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.10 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.10 |
| 6/4/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.80 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.80 |
| 6/5/2025 | D. Greenblatt | Update professional fee tracker and provide Debtor with payment summary | 1.60 |
| 6/6/2025 | D. Greenblatt | Call with Debtor and Counsel re: weekly update | 1.70 |
| 6/10/2025 | S. Horner | Review and analysis of Oakland Diocese professional fees and prepare summary | 1.80 |
| | S. Horner | Update professional fee analysis | 2.40 |
| | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.80 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.80 |
| 6/13/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.00 |
| | D. Greenblatt | Update mediator invoice analysis | 1.80 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.00 |
| 6/17/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.30 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.30 |
| 6/20/2025 | D. Greenblatt | Call with Counsel and Debtor re: weekly update | 0.30 |
| 6/26/2025 | D. Greenblatt | Prepare Ordinary Course Professional quarterly report | 0.80 |
| 6/27/2025 | D. Greenblatt | Call with Counsel and Debtor re: weekly update | 0.70 |

    SUBTOTAL:                                                        [     19.10    11152.50]

Employment/Fee Applications

| Date | Name | Description | Hours |
|---|---|---|---:|
| 6/10/2025 | W. Weitz | Review information for May fee statement | 0.40 |
| 6/20/2025 | S. Horner | Preparation of data for Fee Application | 1.80 |

    SUBTOTAL:                                                        [      2.20     1075.00]

Litigation

| Date | Name | Description | Hours |
|---|---|---|---:|
| 6/4/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: mediation | 0.40 |
| | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: mediation | 0.50 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: mediation | 0.40 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: mediation | 0.50 |
| 6/24/2025 | D. Greenblatt | Prepare for and attend mediation session via Zoom | 7.20 |

|  |  |  | Hours |
|---|---|---|---|
| | SUBTOTAL: | [      9.00 | 5355.00] |

### Monthly Operating Reports

| Date | Person | Description | Hours |
|---|---|---|---|
| 6/4/2025 | C. Hansen | June 2025 MOR: payroll | 0.20 |
| | C. Hansen | Update MOR analysis for June data | 1.00 |
| 6/5/2025 | C. Hansen | Update MOR template with bank statements | 0.80 |
| | C. Hansen | Prepare bank statement and exhibit for MOR | 0.70 |
| 6/6/2025 | C. Hansen | May 2025 MOR: post-petition AP | 0.80 |
| 6/8/2025 | C. Hansen | May 2025 MOR: insider payment schedule | 0.30 |
| | C. Hansen | May 2025 MOR: review investment accounts | 0.70 |
| | C. Hansen | May 2025 MOR: receipts and disbursement schedule | 1.00 |
| 6/15/2025 | C. Hansen | May 2025 MOR: continue receipts and disbursements | 0.90 |
| | C. Hansen | May 2025 MOR: continue receipts and disbursements | 2.30 |
| 6/16/2025 | C. Hansen | May 2025 MOR: prepare exhibits | 1.30 |
| | C. Hansen | May 2025 MOR: prepare report | 1.90 |
| 6/17/2025 | D. Greenblatt | Prepare May 2025 MOR | 1.90 |
| 6/18/2025 | C. Hansen | Finalize and send MOR exhibits and MOR report to W. Weitz and D. Greenblatt; Make revisions and finalize | 0.90 |
| | C. Hansen | Finalize draft of MOR and send to client team for review | 1.80 |
| | C. Hansen | Finalize MOR exhibits | 2.00 |
| | D. Greenblatt | Continue to prepare May 2025 MOR | 1.30 |
| | W. Weitz | Review May MOR | 0.30 |
| 6/20/2025 | D. Greenblatt | Finalize May MOR and send to counsel for filing | 0.80 |

| | SUBTOTAL: | [     20.90 | 11247.50] |

GlassRatner Advisory & Capital Group LLC