1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
      WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:     (916) 329-7400
   Facsimile:     (916) 329-7435
6  Email:         ppascuzzi@ffwplaw.com
                  jrios@ffwplaw.com
7                 tphinney@ffwplaw.com
                  mkutsuris@ffwplaw.com
8

9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
11    Including Professional Corporations
   Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone:     (415) 434-9100
13 Facsimile:     (415) 434-3947
   Email:         okatz@sheppardmullin.com
14                amartin@sheppardmullin.com

15 Attorneys for The Roman Catholic Archbishop of
16 San Francisco

17              UNITED STATES BANKRUPTCY COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20 In re                              Case No. 23-30564

21 THE ROMAN CATHOLIC ARCHBISHOP      Chapter 11
   OF SAN FRANCISCO,
22
            Debtor and
23          Debtor in Possession.     [*No Hearing Required*]

24

25        **MONTHLY PROFESSIONAL FEE STATEMENT FOR**
                **WEINTRAUB TOBIN [JUNE 2025]**
26

27

28

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of June 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of June 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1, 2025, through June 30, 2025 | $55,136.50 | $0.00 | $55,136.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $44,109.20 | $0.00 | $44,109.20 |

Attached hereto as *Exhibit A* is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files and mediation.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

///

///

///

Finally, attached hereto as ***Exhibit D***, are records of Weintraub's fees incurred during the period of May 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub within 14 days from the date of service of this Statement.

Dated: July 21, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: July 21, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period of June 2025**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $520 | 28.90 | $15,028.00 |
| Daniel C. Zamora | Shareholder | $500 | 15.50 | $7,750.00 |
| Zachary M. Smith | Shareholder | $520 | 25.30 | $13,156.00 |
| Meagan D. Bainbridge | Shareholder | $500 | 0.60 | $300.00 |
| Benjamin J. Lewis | Associate | $475 | 6.00 | $2,850.00 |
| Benjamin J. Lewis | Associate | $450 | 2.20 | $990.00 |
| Carly M. Moran | Associate | $400 | 9.90 | $3,960.00 |
| Ruby I. Blitzer | Associate | $400 | 0.60 | $240.00 |
| Devinn L. Martin | Associate | $400 | 0.70 | $280.00 |
| Monica Silver | Associate | $375 | 27.80 | $10,425.00 |
| Brian Gonzaga | Paralegal | $225 | 0.70 | $157.50 |
| **TOTAL** | | | **118.20** | **$55,136.50** |

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of June 2025**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Case Administration | 22.30 | $11,596.00 |
| Other Contested Matter | 5.30 | $2,756.00 |
| Claims Admin/Objections | 0.30 | $156.00 |
| Fact Investigation/Development Review/Revise | 0.30 | $150.00 |
| Analysis/Strategy – Draft/Revise | 10.90 | $5,262.50 |
| Settlement/ADR | 5.20 | $2,531.00 |
| Pleadings | 0.20 | $100.00 |
| Document Production | 26.40 | $9,795.00 |
| Written Motions | 2.20 | $990.00 |
| **TOTAL** | **73.10** | **$33,336.50** |

**Litigation**

| Litigation 390; 415; 944; 945; 983; 985; and 986 | | |
|---|---|---|
| | **45.10** | **$21,800.00** |
| **GRAND TOTAL** | **118.20** | **$55,136.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

1

**Exhibit D**

2

**Weintraub Invoices**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**weintraub chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

July 07, 2025
Client: 150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | ████ v. Archdiocese of San Francisco | 98508997 | $1,456.00 | $0.00 | $1,456.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,992.00 |
| Current Charges | $1,456.00 |
| Less Payments | $2,035.20 |
| **Balance Due:** | **$3,412.80** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

July 07, 2025
Client:         150363
Matter:         000390
Invoice #:   98508997

Page:                1

RE: ███████ v. Archdiocese of San Francisco

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/6/2025 | ZMS | Continued work on outline of examination of plaintiff ███████ at trial (2.3). [L450 - A101](2.30) | 2.30 | $1,196.00 |
| 6/30/2025 | PEG | Review of joint plaintiffs request for Case Management Conference for trial setting. [B100 - B190](0.30) | 0.30 | $156.00 |
| 6/30/2025 | ZMS | Receipt of request from bellwether plaintiff to SF Superior Court to set case for Case Management Conference and Trial Setting Conference and email communications with plaintiff's attorney Rick Simons (.1). [L450 - A101](0.20) | 0.20 | $104.00 |
| | | Total Services | 2.80 | $1,456.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.30 | $520.00 | $156.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 2.50 | $520.00 | $1,300.00 |

| | |
|---|---|
| Total Fees to Date: | $164,822.00 |
| Total Disbursements to Date: | $36,242.26 |

The Archdiocese of San Francisco

RE: ████████ v. Archdiocese of San Francisco

July 07, 2025
Client:         150363
Matter:         000390
Invoice #:   98508997

Page:             2

|  |  |
|---|---|
| Previous Balance | $3,992.00 |
| Current Charges | $1,456.00 |
| Less Payments | $2,035.20 |
| **Balance Due** | **$3,412.80** |

Total to Date:   $201,064.26

**Retainer Balance**    **$980.98**

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | Other Contested Matters (excluding assumption/re | 0.30 | $156.00 |
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 2.50 | $1,300.00 |
| | | **Total Hours** 2.80 | |
| | | **Total Fees:** | **$1,456.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, ESQ**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | John SF-1 Doe (██████████) v. Doe 1, et al. | 98508998 | $11,856.00 | $0.00 | $11,856.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $9,590.20 |
| Current Charges | $11,856.00 |
| Less Payments | $5,227.00 |
| **Balance Due:** | **$16,219.20** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:　1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

July 07, 2025
Client:　　150363
Matter:　　000415
Invoice #:　98508998

Page:　　　1

RE: John SF-1 Doe (　　　　　　　) v. Doe 1, et al.

For Professional Services Rendered Through June 30, 2025

#### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/5/2025 | ZMS | Commenced re-review of documents produced by San Jose Diocese and San Francisco Archdiocese regarding ▇▇▇ personnel files, ▇▇▇ files and Sensitive Incident Team files to refresh familiarity with potential evidence in preparation for upcoming trial of bellwether case (4,7). [L450 - A101](4.70) | 4.70 | $2,444.00 |
| 6/9/2025 | ZMS | Further refinement of plan/outline for examination of ▇▇▇ at trial (1.7). [L450 - A101](1.70) | 1.70 | $884.00 |
| 6/11/2025 | ZMS | Work on preparation of outline of cross-examination of witness ▇▇▇ at trial (2.2). [L450 - A101](2.20) | 2.20 | $1,144.00 |
| 6/12/2025 | ZMS | Work on examination of ▇▇▇ at trial with references to transcript of March 14, 2023 deposition (4.3). [L450 - A101](4.30) | 4.30 | $2,236.00 |
| 6/13/2025 | ZMS | Review deposition transcript of ▇▇▇ in ▇▇▇ case to extract testimony as to lack of claims against ▇▇▇ before 2002 in preparation for presentation at upcoming trial (1.3). [L450 - A101](1.30) | 1.30 | $676.00 |
| 6/16/2025 | ZMS | Work on comprehensive and annotated time line for important dates and sequence of events in preparation for trial (2.3). [L450 - A101](2.30) | 2.30 | $1,196.00 |

The Archdiocese of San Francisco

RE: John SF-1 Doe (███████████) v. Doe 1, et al.

July 07, 2025
Client:       150363
Matter:      000415
Invoice #:  98508998

Page:           2

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/17/2025 | ZMS | Study and highlight transcript and exhibits from the October 2002 deposition of ███████████ in the ████████ case in preparation for upcoming trial (6.3). [L450 - A101](6.30) | 6.30 | $3,276.00 |
| | | **Total Services** | 22.80 | $11,856.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 22.80 | $520.00 | $11,856.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $491,583.00 | Previous Balance | $9,590.20 |
| | | Current Charges | $11,856.00 |
| Total Disbursements to Date: | $141,882.45 | Less Payments | $5,227.00 |
| Total to Date: | $633,465.45 | **Balance Due** | **$16,219.20** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 22.80 | $11,856.00 |
| | **Total Hours** | **22.80** | |
| | **Total Fees:** | | **$11,856.00** |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98508999 | $190.00 | $0.00 | $190.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,125.00 |
| Current Charges | $190.00 |
| Less Payments | $646.00 |
| **Balance Due:** | **$1,669.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:             150363
Matter:            000944
Invoice #:     98508999

Page:                       1

RE: Victoria Castro

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/9/2025 | BJLE | Exchange of emails with Paul Pascuzzi regarding proposed plan for settlement agreement and motion to bankruptcy court. [L430 - A107](0.20) | 0.20 | $95.00 |
| 6/9/2025 | BJLE | Telephone call with Paul Pascuzzi regarding proposed plan for settlement agreement and motion to bankruptcy court. [L430 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.40 | $190.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $475.00 | $190.00 |

| | |
|------|------|
| Total Fees to Date: | $28,991.00 |
| Total Disbursements to Date: | $8,523.66 |
| Total to Date: | $37,514.66 |

The Archdiocese of San Francisco

RE: Victoria Castro

July 07, 2025
Client:        150363
Matter:        000944
Invoice #:     98508999

Page:              2

| | |
|---|---|
| Previous Balance | $2,125.00 |
| Current Charges | $190.00 |
| Less Payments | $646.00 |
| **Balance Due** | **$1,669.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L430 | Written Motions/Submissions - Commun./Other Cc | 0.40 | $190.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$190.00** | |



# weintraub | tobin
### weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98509000 | $7,348.00 | $0.00 | $7,348.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $7,524.95 |
| Current Charges | $7,348.00 |
| Less Payments | $741.65 |
| **Balance Due:** | **$14,131.30** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:           150363
Matter:           000945
Invoice #:    98509000

Page:                    1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through June 30, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/2/2025 | BJLE | Zoom meeting with Paula Carney and Marizel Bajao regarding case status and strategy. [L120 - A106](0.40) | 0.40 | $190.00 |
| 6/6/2025 | CM | Review and analyze License Termination Agreement and Mutual Release between Cruise, LLC and The Roman Catholic Archbishop of San Francisco. [L190 - A104](1.40) | 1.40 | $560.00 |
| 6/9/2025 | PEG | Review of Lease Termination Agreement submitted by Cruise. [L110 - A104](0.40) | 0.40 | $208.00 |
| 6/9/2025 | BJLE | Review and revise draft discovery requests to Plaintiff. [L310 - A103](0.50) | 0.50 | $237.50 |
| 6/9/2025 | BJLE | Review and analysis of Cruise's letter discussing Termination Agreement of Lease and language pertaining to waiver of indemnity claim. [L120 - A104](1.60) | 1.60 | $760.00 |
| 6/9/2025 | DLM | Review and analyze Lease and Termination Agreement regarding interpretation of waiver of indemnification provisions and survival language per request from attorney Ben Lewis. [L120 - A104](0.70) | 0.70 | $280.00 |
| 6/9/2025 | RIB | Preparation of analysis on how the interpretation of "notwithstanding" and survival language are generally constructed in real estate litigation. [B200 - B250](0.60) | 0.60 | $240.00 |
| 6/10/2025 | BJLE | Exchange of emails with John Christian regarding Plaintiff's discovery requests. [L310 - A106](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

July 07, 2025
Client: 150363
Matter: 000945
Invoice #: 98509000

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/10/2025 | BJLE | Exchange of emails with Paula Carney regarding termination agreement. [L120 - A106](0.20) | 0.20 | $95.00 |
| 6/10/2025 | BJLE | Continue preparation of outline for discovery responses. [L310 - A103](0.50) | 0.50 | $237.50 |
| 6/11/2025 | CM | Revise Special Interrogatories, Set One to incorporate additional interrogatories re: Plaintiff's allegations of fault against Defendant Cruise, LLC. [L310 - A103](0.60) | 0.60 | $240.00 |
| 6/12/2025 | BJLE | Zoom meeting with Paula Carney regarding case strategy and termination agreement. [L120 - A106](0.30) | 0.30 | $142.50 |
| 6/12/2025 | BJLE | Zoom meeting with John Christian regarding preparing response to discovery requests. [L310 - A106](1.00) | 1.00 | $475.00 |
| 6/12/2025 | CM | Commence draft written responses to Plaintiffs Special Interrogatories, Set One. [L310 - A103](1.30) | 1.30 | $520.00 |
| 6/16/2025 | BJLE | Telephone call with David Belcher regarding cross complaint. [L210 - A107](0.30) | 0.30 | $142.50 |
| 6/24/2025 | CM | Draft Case Management Conference Statement for hearing on 7/9/2025. [L230 - A103](0.70) | 0.70 | $280.00 |
| 6/27/2025 | BJLE | Exchange of emails with Paula Carney regarding CMC, trial setting, and cross complaint. [L230 - A106](0.20) | 0.20 | $95.00 |
| 6/28/2025 | CM | Draft objections and responses to Plaintiff Shajana Steele's Request for Admissions, Set One. [L310 - A103](1.40) | 1.40 | $560.00 |
| 6/28/2025 | CM | Begin draft objections and responses to Plaintiff Shajana Steele's Special Interrogatories, Set One. [L310 - A103](1.10) | 1.10 | $440.00 |
| 6/30/2025 | BJLE | Telephone call with David Belcher regarding extension on response to cross complaint. [L210 - A107](0.20) | 0.20 | $95.00 |
| 6/30/2025 | BJLE | Exchange of emails with David Belcher regarding extension on response to cross complaint. [L210 - A107](0.20) | 0.20 | $95.00 |
| 6/30/2025 | CM | Review and analyze Case Management Order from the Court re: upcoming trial dates and deadlines. [L230 - A104](0.40) | 0.40 | $160.00 |
| 6/30/2025 | CM | Continue draft objections and responses to Plaintiff Shajana Steele's Special Interrogatories, Set One. [L310 - A103](0.80) | 0.80 | $320.00 |
| 6/30/2025 | CM | Draft objections and responses to Plaintiff Shajana Steele's Request for Production of Documents, Set One. [L310 - A103](2.20) | 2.20 | $880.00 |
| | | Total Services | 17.20 | $7,348.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

July 07, 2025
Client: 150363
Matter: 000945
Invoice #: 98509000

Page: 3

## Timekeeper Summary

|  |  | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.40 | $520.00 | $208.00 |
| RIB | Ruby Bitzer | ASSOCIATE | 0.60 | $400.00 | $240.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 5.60 | $475.00 | $2,660.00 |
| DLM | Devinn Martin | ASSOCIATE | 0.70 | $400.00 | $280.00 |
| CM | Carly M Moran | ASSOCIATE | 9.90 | $400.00 | $3,960.00 |

| Total Fees to Date: | $24,258.50 |
|---|---|
| Total Disbursements to Date: | $672.15 |
| Total to Date: | $24,930.65 |

| Previous Balance | $7,524.95 |
|---|---|
| Current Charges | $7,348.00 |
| Less Payments | $741.65 |
| **Balance Due** | **$14,131.30** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B200 | Real Estate | 0.60 | $240.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.40 | $208.00 |
| L120 | Analysis/Strategy - Review/Analyze | 2.30 | $1,040.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.90 | $427.50 |
| L190 | Other - Review/Analyze | 1.40 | $560.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.70 | $332.50 |
| L230 | Court Mandated Conferences - Draft/Revise | 0.70 | $280.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

July 07, 2025
Client:        150363
Matter:        000945
Invoice #:   98509000

Page:              4

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Review/Analyze | 0.40 | $160.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 0.20 | $95.00 |
| L310 | Written Discovery - Draft/Revise | 8.40 | $3,435.00 |
| L310 | Written Discovery - Communicate/With Client | 1.20 | $570.00 |
| | **Total Hours** | **17.20** | |
| | **Total Fees:** | | **$7,348.00** |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | JANE DOE AKA ▮▮▮ V. ▮▮▮ | 98509001 | $550.00 | $0.00 | $550.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,270.00 |
| Current Charges | $550.00 |
| Less Payments | $600.00 |
| **Balance Due:** | **$3,220.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:         150363
Matter:         000983
Invoice #:   98509001

Page:                  1

RE:  JANE DOE AKA ████████ V. ████████

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/2/2025 | DCZ | Drafting correspondence to plaintiff's counsel regarding status of claim and providing draft settlement agreement. [L120 - A103](0.20) | 0.20 | $100.00 |
| 6/12/2025 | DCZ | Drafted correspondence to claimant's counsel advising of preparation of motion to approve settlement in bankruptcy court. [L120 - A103](0.20) | 0.20 | $100.00 |
| 6/16/2025 | DCZ | Review and analysis of draft motion to approve settlement in the Bankruptcy Court. [L120 - A104](0.30) | 0.30 | $150.00 |
| 6/17/2025 | DCZ | Drafted correspondence to ████████ enclosing copies of draft motion to approve settlement. [L120 - A103](0.20) | 0.20 | $100.00 |
| 6/18/2025 | DCZ | Drafted update on claim status to ████████. [L110 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.10 | $550.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.10 | $500.00 | $550.00 |

The Archdiocese of San Francisco

RE: JANE DOE AKA ▮▮▮▮▮▮▮ V. ▮▮▮▮▮▮▮

July 07, 2025
Client:       150363
Matter:       000983
Invoice #:    98509001

Page:         2

| Total Fees to Date: | $6,650.00 |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $6,650.00 |

| Previous Balance | $3,270.00 |
|---|---|
| Current Charges | $550.00 |
| Less Payments | $600.00 |
| **Balance Due** | **$3,220.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.60 | $300.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.30 | $150.00 |
| | **Total Hours** | **1.10** | |
| | **Total Fees:** | | **$550.00** |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000985 | ███████████ | 98509002 | $200.00 | $0.00 | $200.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $9,650.00 |
| Current Charges | $200.00 |
| **Balance Due:** | **$9,850.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client: 150363
Matter: 000985
Invoice #: 98509002

Page: 1

RE: ██████████

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/27/2025 | MDB | Correspondence with client re: status of ███ investigation. [L110 - A106](0.20) | 0.20 | $100.00 |
| 6/27/2025 | MDB | Electronic exchange with ████████ re: status of ████ investigation. [L110 - A106](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.40 | $200.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.40 | $500.00 | $200.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $9,850.00 | Previous Balance | $9,650.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $200.00 |
| Total to Date: | $9,850.00 | **Balance Due** | **$9,850.00** |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮▮

July 07, 2025
Client:        150363
Matter:        000985
Invoice #:     98509002

Page:             2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.40 | $200.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | | **$200.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000986 | ███████ | 98509003 | $200.00 | $0.00 | $200.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $650.00 |
| Current Charges | $200.00 |
| **Balance Due:** | **$850.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:           150363
Matter:          000986
Invoice #:    98509003

Page:                    1

RE: ██████████

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/10/2025 | DCZ | Phone call with Paula Carney regarding status of claim. [L120 - A106](0.20) | 0.20 | $100.00 |
| 6/30/2025 | MDB | Electronic exchange with Plaintiff's counsel re: status of claims and possible resolution. [L110 - A107](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.40 | $200.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.20 | $500.00 | $100.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | |
|---|---|
| Total Fees to Date: | $850.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $850.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮▮▮

July 07, 2025
Client:          150363
Matter:          000986
Invoice #:    98509003

Page:                2

| | | |
|---|---|---:|
| Previous Balance | | $650.00 |
| Current Charges | | $200.00 |
| **Balance Due** | | **$850.00** |

| Task | Description | Hours | Amount |
|------|-------------|------:|-------:|
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| | **Total Hours** | 0.40 | |
| | **Total Fees:** | | **$200.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▆▆▆ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:         150363

For Professional Services Rendered Through June 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98509004 | $33,336.50 | $0.00 | $33,336.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $118,257.00 |
| Current Charges | $33,336.50 |
| Less Payments | $52,450.70 |
| **Balance Due:** | **$99,142.80** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client: 150363
Matter: 900036
Invoice #: 98509004

Page: 1

RE: Bankruptcy

For Professional Services Rendered Through June 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/16/2025 | BJLE | Preparation of response to bankruptcy counsel regarding correction of case number of motion to stay Catholic Charities. [L430 - A103](0.20) | 0.20 | $90.00 |
| 6/2/2025 | DCZ | Further review and analysis of proof of claims falling within Travelers coverage period between 7/8/75 and 7/8/79. [L120 - A104](1.20) | 1.20 | $600.00 |
| 6/2/2025 | DCZ | Conference call with client regarding status of bankruptcy matters and mediation. [L120 - A106](1.20) | 1.20 | $600.00 |
| 6/2/2025 | PEG | Participate in weekly debtors professionals call. [B100 - B110](1.10) | 1.10 | $572.00 |
| 6/2/2025 | PEG | Review of and preparation of edits to Weinstein memorandum regarding proposal to Committee; call with Weinstein regarding same. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/3/2025 | DCZ | Phone call with B. Riley regarding claims data involving parishes. [L160 - A108](0.20) | 0.20 | $100.00 |
| 6/3/2025 | PEG | Review of memorandum from Paul Pascuzzi and preparation of edits to stipulation to stay actions against high schools. [B100 - B190](0.40) | 0.40 | $208.00 |
| 6/4/2025 | DCZ | Conference call with bankruptcy and insurance counsel discussing global mediation strategy and upcoming call with committee and mediators. [L160 - A108](1.00) | 1.00 | $500.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:         150363
Matter:         900036
Invoice #:   98509004

Page:                2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/4/2025 | DCZ | Conference call with Committee counsel and mediators discussing mediation strategy. [L160 - A108](1.00) | 1.00 | $500.00 |
| 6/4/2025 | DCZ | Conference call with client regarding outcome of mediation meeting with Committee counsel and mediators. [L120 - A106](0.50) | 0.50 | $250.00 |
| 6/4/2025 | PEG | Participate in debtor professionals call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 6/4/2025 | PEG | Call with mediators and Committee counsel regarding mediation proposal. [B100 - B110](1.00) | 1.00 | $520.00 |
| 6/4/2025 | PEG | Call with Fr. Summerhays and debtor counsel regarding outreach to mediators. [B100 - B110](0.50) | 0.50 | $260.00 |
| 6/5/2025 | PEG | Call with Ori Katz regarding discussion of presentation to Judge Buckley. [B100 - B110](0.50) | 0.50 | $260.00 |
| 6/5/2025 | BJLE | Preparation of Schedule 1 to Motion to Stay for ADSF High Schools. [L430 - A103](0.50) | 0.50 | $225.00 |
| 6/6/2025 | DCZ | Conference call with client regarding status of bankruptcy matters and mediation. [L120 - A108](1.80) | 1.80 | $900.00 |
| 6/6/2025 | PEG | Call with Pascuzzi regarding further mediation strategies. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/9/2025 | DCZ | Conference call with coverage counsel regarding potential cases to release from bankruptcy stay. [L120 - A108](0.40) | 0.40 | $200.00 |
| 6/9/2025 | DCZ | Review and editing of draft email to Committee Counsel regarding next steps towards settlement. [L160 - A104](0.20) | 0.20 | $100.00 |
| 6/9/2025 | PEG | Call with Weinstein, Shulman and Zamora regarding identification of cases proposed for release. [B100 - B190](0.50) | 0.50 | $260.00 |
| 6/9/2025 | PEG | Review and edit draft correspondence to Burns regarding cases for release. [B100 - B190](0.30) | 0.30 | $156.00 |
| 6/9/2025 | PEG | Call with Judge Buckley and Ori Katz regarding mediation strategies. [B100 - B110](0.60) | 0.60 | $312.00 |
| 6/9/2025 | PEG | Review of Katz' notes of call with Judge Buckley. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/10/2025 | DCZ | Conference call with bankruptcy counsel and professionals discussing settlement strategy. [L160 - A108](0.90) | 0.90 | $450.00 |
| 6/10/2025 | DCZ | Drafting correspondence to Paula Carney regarding accused individual information on multiple claims. [L160 - A103](0.20) | 0.20 | $100.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:        150363
Matter:        900036
Invoice #:     98509004

Page:             3

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/10/2025 | DCZ | Phone call with Paula Carney regarding accused individual information on multiple claims. [L160 - A106](0.40) | 0.40 | $200.00 |
| 6/10/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 6/10/2025 | PEG | Review of Katz' edits to memorandum to Committee regarding released cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/10/2025 | PEG | Call with Weinstein regarding release of affiliates cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/10/2025 | PEG | Follow up from Weinstein regarding released cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/10/2025 | MAS | Receipt and review of correspondence from Creditor's Committee counsel regarding outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/11/2025 | PEG | Review of final Weinstein memorandum to Burns regarding release of cases proposal. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/11/2025 | PEG | Review of memorandum from Paul Pascuzzi regarding canon law expert. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/11/2025 | MAS | Receipt and review of correspondence from Omni regarding new claim supplements. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/12/2025 | PEG | Review of Opposition to motion to extend stay. [B100 - B190](0.60) | 0.60 | $312.00 |
| 6/12/2025 | PEG | Exchange with Judge Buckley regarding mediator replies. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/12/2025 | MAS | Receipt and review of further correspondence from Creditor's Committee counsel regarding outstanding personnel files. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/13/2025 | DCZ | Review and analysis of Creditor Committee's Opposition to motion to extend bankruptcy stay. [L120 - A104](0.30) | 0.30 | $150.00 |
| 6/13/2025 | DCZ | Conference call with client regrading status of bankruptcy mediation and opposition to motion to extend bankruptcy stay. [L120 - A106](0.90) | 0.90 | $450.00 |
| 6/13/2025 | PEG | Zoom session with Fr. Summerhays, Paula Carney, Wayne Weitz, Michael Flanagan and counsel regarding mediation strategy issues. [B100 - B110](1.00) | 1.00 | $520.00 |
| 6/15/2025 | PEG | Call with Judge Buckley regarding response from mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/16/2025 | MAS | Analysis of new claim supplements. [L320 - A104](3.30) | 3.30 | $1,237.50 |
| 6/16/2025 | MAS | Draft privilege log for ███████ personnel file. [L320 - A103](0.40) | 0.40 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client: 150363
Matter: 900036
Invoice #: 98509004

Page: 4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/16/2025 | MAS | Analysis of outstanding personnel files for production to Creditor's Committee. [L320 - A104](0.50) | 0.50 | $187.50 |
| 6/16/2025 | MAS | Draft privilege log for ▮▮▮▮ personnel file. [L320 - A103](0.30) | 0.30 | $112.50 |
| 6/16/2025 | MAS | Analysis of personnel file of ▮▮▮ for purposes of production to Creditor's Committee. [L320 - A104](1.70) | 1.70 | $637.50 |
| 6/17/2025 | DCZ | Drafting arguments for reply in support of motion to stay affiliate actions. [L120 - A103](1.00) | 1.00 | $500.00 |
| 6/17/2025 | DCZ | Conference call with bankruptcy counsel discussing upcoming mediation and strategy. [L160 - A108](0.40) | 0.40 | $200.00 |
| 6/17/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/17/2025 | PEG | Call with mediators and Ori Katz regarding strategies for next session. [B100 - B110](0.50) | 0.50 | $260.00 |
| 6/17/2025 | PEG | Follow up with Ori Katz regarding mediators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/17/2025 | MAS | Further analysis of personnel file of ▮▮▮ for purposes of production to Creditor's Committee. [L320 - A104](4.00) | 4.00 | $1,500.00 |
| 6/17/2025 | MAS | Correspondence with Sheppard Mullin regarding production of outstanding personnel files for production to Creditor's Committee. [L320 - A107](0.40) | 0.40 | $150.00 |
| 6/17/2025 | MAS | Telephone call with Sheppard Mullin regarding production of outstanding personnel files for production to Creditor's Committee. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/17/2025 | MAS | Draft privilege log for ▮▮▮ personnel file. [L320 - A103](0.40) | 0.40 | $150.00 |
| 6/17/2025 | MAS | Correspondence with Creditor's Committee counsel regarding outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/17/2025 | MAS | Correspondence with Sheppard Mullin regarding outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/17/2025 | BGON | Code documents for privilege log. Prepare document production and draft of privilege log. [L320 - A103](0.70) | 0.70 | $157.50 |
| 6/18/2025 | DCZ | Legal research on collateral estoppel for purposes of drafting reply in support of motion to extend bankruptcy stay. [L120 - A102](2.10) | 2.10 | $1,050.00 |
| 6/18/2025 | PEG | Review and edit draft Reply in support of motion to extend stay. [B100 - B190](0.70) | 0.70 | $364.00 |
| 6/18/2025 | PEG | Exchange with Paul Pascuzzi regarding proposed plan term sheet. [B100 - B110](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client: 150363
Matter: 900036
Invoice #: 98509004

Page: 5

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/18/2025 | PEG | Review of reply from Judge Buckley regarding mediator strategies. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/18/2025 | PEG | Review and comment on revised draft Reply. [B100 - B190](0.50) | 0.50 | $260.00 |
| 6/18/2025 | MAS | Correspondence with Kevin Cifarelli regarding additional information needed regarding dates of abuse of certain claims. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/18/2025 | MAS | Analysis of additional information provided from Creditor's Committee regarding dates of abuse for certain claims. [L320 - A104](0.30) | 0.30 | $112.50 |
| 6/18/2025 | MAS | Correspondence with Sheppard Mullin regarding production of outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/18/2025 | MAS | Attend meeting with Amanda Cottrell regarding production of outstanding personnel files. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/19/2025 | PEG | Exchange with Paul Pascuzzi regarding cases subject to 105 injunction motion and insurance coverage. [B100 - B190](0.30) | 0.30 | $156.00 |
| 6/19/2025 | PEG | Further exchange with Ori Katz regarding Alternative approach argument. [B100 - B190](0.30) | 0.30 | $156.00 |
| 6/19/2025 | BJLE | Preparation of response to Paul Pascuzzi regarding claims in Motion to Stay. [L430 - A103](1.50) | 1.50 | $675.00 |
| 6/19/2025 | MAS | Analysis of stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L320 - A104](2.20) | 2.20 | $825.00 |
| 6/19/2025 | MAS | Correspondence with Paul Pascuzzi regarding stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L140 - A107](0.30) | 0.30 | $112.50 |
| 6/20/2025 | DCZ | Conference call with client regarding mediation strategy. [L110 - A106](0.30) | 0.30 | $150.00 |
| 6/20/2025 | DCZ | Conference call with Paul Pascuzzi regarding state court questions for motion to extend bankruptcy stay. [L210 - A107](0.20) | 0.20 | $100.00 |
| 6/20/2025 | PEG | Debtor professionals call with Fr. Summerhays and Paula Carney. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/20/2025 | PEG | Review of email from Katz regarding discussion with mediators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/20/2025 | PEG | Call with mediators and Katz regarding next session. [B100 - B110](0.50) | 0.50 | $260.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:     150363
Matter:     900036
Invoice #:  98509004

Page:           6

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/20/2025 | PEG | Review of LMI correspondence with multiple questions on demand to carrier. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/20/2025 | MAS | Correspondence with Amanda Cottrell regarding production of outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/20/2025 | MAS | Attend meeting with Paul Pascuzzi regarding stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L140 - A107](0.30) | 0.30 | $112.50 |
| 6/20/2025 | MAS | Receipt and review of correspondence from Creditor's Committee counsel regarding production of outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/21/2025 | PEG | Review of memorandum from Pascuzzi regarding draft plan term sheet and review of draft term sheet. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/22/2025 | MAS | Receipt and review of correspondence from Kevin Cifarelli I regarding production of outstanding personnel files to LMI carrier. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/22/2025 | MAS | Receipt and review of correspondence from Kevin Cifarelli regarding claim for claimant #241. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/23/2025 | PEG | Pre-mediation call with Fr. Summerhays, Paula Carney, Paul Pascuzzi and Barry Weinstein. [B100 - B110](1.40) | 1.40 | $728.00 |
| 6/23/2025 | PEG | Call with judge Buckley regarding mediation session. [L160 - A108](0.30) | 0.30 | $156.00 |
| 6/23/2025 | PEG | Call with Paula Carney regarding tomorrow's session. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/23/2025 | PEG | Call with Pascuzzi and Weinstein regarding mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/23/2025 | MAS | Correspondence with Kevin Cifarelli regarding claim for claimant #241. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/23/2025 | MAS | Review of production of outstanding personnel files to LMI carrier. [L320 - A104](2.70) | 2.70 | $1,012.50 |
| 6/23/2025 | MAS | Correspondence with Kevin Cifarelli regarding personnel files for carriers. [L320 - A107](0.40) | 0.40 | $150.00 |
| 6/24/2025 | PEG | Attend Mediation session with Judge Buckley and Tim Gallagher. [B100 - B110](7.00) | 7.00 | $3,640.00 |
| 6/24/2025 | MAS | Further analysis of stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L320 - A104](1.00) | 1.00 | $375.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:       150363
Matter:       900036
Invoice #:  98509004

Page:            7

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/24/2025 | MAS | Correspondence with Barry Weinstein regarding analysis of stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/26/2025 | PEG | Call with Jeff Schulman regarding selection of proposed cases to be released. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/26/2025 | PEG | Review of newly filed Proof of Claim by ███████. [B300 - B310](0.30). | 0.30 | $156.00 |
| 6/26/2025 | PEG | drafting of email to Carney, Pascuzzi and Katz regarding cases to propose to release. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/26/2025 | MAS | Analysis of stayed cases under specific coverage periods for purposes of determining whether to release from stay and propose to mediator as bellwethers. [L320 - A104](0.90) | 0.90 | $337.50 |
| 6/26/2025 | MAS | Review of newly filed claim. [L320 - A104](0.50) | 0.50 | $187.50 |
| 6/26/2025 | MAS | Correspondence with Paula Carney regarding newly filed claim. [L120 - A106](0.40) | 0.40 | $150.00 |
| 6/26/2025 | MAS | Correspondence with █████████ and ███████ regarding newly filed claim. [L120 - A107](0.30) | 0.30 | $112.50 |
| 6/26/2025 | MAS | Correspondence with Jeffrey Schulman and Barry Weinstein regarding newly filed claim. [L120 - A106](0.30) | 0.30 | $112.50 |
| 6/27/2025 | PEG | Call with Fr. Sumerhays, Paula Carney, Michael Flanagan and Paul Pascuzzi regarding mediation and related issues. [B100 - B110](0.70) | 0.70 | $364.00 |
| 6/27/2025 | PEG | Review of remaining claims in the 3 identified insurance towers and preparation of memorandum to Paula Carney identifying claims by alleged perpetrator. [B100 - B190](0.50) | 0.50 | $260.00 |
| 6/27/2025 | PEG | Call with Weinstein regarding insurance towers for identification of proposed cases for release. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/27/2025 | MAS | Further analysis of stayed cases under specific coverage periods for purposes of determining whether to release from stay and propose to mediator as bellwethers. [L320 - A104](2.20) | 2.20 | $825.00 |
| 6/30/2025 | PEG | Preparation of memorandum to Carney, Pascuzzi, Katz and Weinstein regarding selection of cases for release. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/30/2025 | PEG | Call with Weinstein regarding released case selection. [B100 - B110](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:        150363
Matter:        900036
Invoice #:   98509004

Page:               8

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/30/2025 | PEG | Exchange with Ori Katz regarding meeting with Judge Buckley. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/30/2025 | MAS | Receipt and review of correspondence with ███ and ███ regarding newly filed claim. [L120 - A107](0.20) | 0.20 | $75.00 |
| 6/30/2025 | MAS | Correspondence with Paula Carney regarding additional personnel files. [L120 - A106](0.30) | 0.30 | $112.50 |
| 6/30/2025 | MAS | Review of personnel file of ███ for purposes of production to Creditor's Committee. [L320 - A104](0.50) | 0.50 | $187.50 |
| | | Total Services | 73.10 | $33,336.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|-----|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 28.20 | $520.00 | $14,664.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 14.20 | $500.00 | $7,100.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.20 | $450.00 | $990.00 |
| MAS | Monica Silver | ASSOCIATE | 27.80 | $375.00 | $10,425.00 |
| BGON | Brian Gonzaga | PARALEGAL | 0.70 | $225.00 | $157.50 |

| Total Fees to Date: | $873,354.75 |
|---|---|
| Total Disbursements to Date: | $2,192.28 |
| Total to Date: | $875,547.03 |

| Previous Balance | $118,257.00 |
|---|---|
| Current Charges | $33,336.50 |
| Less Payments | $52,450.70 |
| **Balance Due** | **$99,142.80** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 22.30 | $11,596.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client: 150363
Matter: 900036
Invoice #: 98509004

Page: 9

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Other Contested Matters (excluding assumption/re | 5.30 | $2,756.00 |
| B300 | Claim Administratio an Objections | 0.30 | $156.00 |
| L110 | act Investigation/Develop e t - Com un. w/Clien | 0.30 | $150.00 |
| L120 | Analysis/S r tegy - Research | 2.10 | $1,050.00 |
| L120 | Analysi / trategy - Draft/Revise | 1.00 | $500.00 |
| L120 | Anal s s/Strategy - Review/Analyze | 1.50 | $750.00 |
| L120 | A a ysis/Strategy - ommunicate/With Client | 3.60 | $1,675.00 |
| L12 | nalysis/Strategy Communicate/Other Counsel | 0.50 | $187.50 |
| 1 0 | Analysis/Strate y - Communicate/Other External | 2.20 | $1 100.00 |
| L140 | D cument/File anagement - Commun/Other Cou | 0.60 | $225.0 |
| L16 | ettlement/Non-Binding ADR - Draft/Revise | 0.20 | $10 .00 |
| 1 0 | Settlement/Non-Binding ADR - Review/Analyze | 0.20 | 100 0 |
| L160 | Settle ent/Non-Binding ADR - Communicate w/Cli | 0. 0 | $ 0 .00 |
| L160 | Sett ement/Non-Binding ADR - Commu / ther Ext | 3.80 | $1, 06.00 |
| L210 | Pleadings - Communic te/Other C u sel | 0.20 | $100.00 |
| L320 | Document Produ tion - Dra t Revise | 1.80 | $570.00 |
| L320 | Document Production - Review/Analyze | 19.80 | $7,425.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client: 150363
Matter: 900036
Invoice #: 98509004

Page: 10

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L320 | Document Production - Communicate/Other Couns | 4.80 | $1,800.00 |
| L430 | Written Motions/Submissions - Draft/Revise | 2.20 | $990.00 |
| | Total Hours | 73.10 | |
| | Total Fees: | $33,336.50 | |