1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
      WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA 95814
5  Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
6  Email:      ppascuzzi@ffwplaw.com
7              jrios@ffwplaw.com
               tphinney@ffwplaw.com
8              mkutsuris@ffwplaw.com

9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
11  Including Professional Corporations
   Four Embarcadero Center, 17th Floor
12 San Francisco, CA 94111
   Telephone: (415) 434-9100
13 Facsimile: (415) 434-3947
   Email:      okatz@sheppardmullin.com
14              amartin@sheppardmullin.com

15 Attorneys for The Roman Catholic
   Archbishop of San Francisco
16

17                UNITED STATES BANKRUPTCY COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20 In re:                              | Case No.  23-30564

21 THE ROMAN CATHOLIC
   ARCHBISHOP OF SAN FRANCISCO,        | Chapter 11
22
           Debtor in Possession.
23                                      | [*No Hearing Required*]

24

25     **SUPPLEMENTAL DECLARATION OF WAYNE P. WEITZ IN SUPPORT OF**
26  **DEBTOR'S APPLICATION TO EMPLOY GLASSRATNER ADVISORY & CAPITAL**
    **GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR**
27

28

I, Wayne P. Weitz, hereby declare under penalty of perjury:

1.     I am a Senior Managing Director at GlassRatner Advisory & Capital Group, LLC ("GlassRatner"), which has been retained and is serving as Financial Advisor to the Debtor in the above-captioned case.

2.     I submit this supplemental declaration (the "Supplemental Declaration") to my Declaration filed in the above captioned case on September 13, 2023 [ECF 103]. This Supplemental Declaration does not modify or replace anything set forth in the Application or the Original Declaration, except as otherwise expressly set forth herein.

3.     In the Original Declaration, I disclosed that GlassRatner was doing business as B. Riley Advisory Services ("B. Riley"), since at that time GlassRatner was a wholly-owned subsidiary of B. Riley Financial, Inc.

4.     On June 27, 2025, GlassRatner was acquired by investment funds controlled by TorQuest Partners. GlassRatner is no longer doing business as B. Riley Advisory Services or affiliated with B. Riley Financial, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28, 2025 at 250 Park Avenue, 7th Floor, New York, NY 10177.

Wayne P. Weitz
_____
Wayne P. Weitz

Case: 23-30564   Doc# 1276   Filed: 07/29/25   Entered: 07/29/25 13:41:22   Page 2 of 2