Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
      jbair@burnsbair.com

*Special Insurance Counsel to*
*The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR JUNE 2025** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period June 1, 2025 through June 30, 2025 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| June 1, 2025 through June 30, 2025 | $54,726.00[1] | $4,164.45 | $58,890.45 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $43,780.80 | $4,164.45 | $47,945.25 |

[1] Burns Bair will contribute ten percent of all fees it receives in this case on a final basis to a settlement trust that is approved as part of a plan of reorganization. As such fees are paid, Burns Bair will hold those funds in a trust account until a settlement trust is established through a plan of reorganization.

1    Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and

2   expenses billed during the Fee Period.  Pursuant to the Compensation Order, the Net Total Allowed

3   Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The

4   Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the

5   Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly

6   professional fee statement.

7   Dated:  July 30, 2025                    **BURNS BAIR LLP**

8

9                                    By: /s/ *Jesse J. Bair*
                                        Jesse J. Bair
10

11                                      *Special Insurance Counsel to the Official*
                                        *Committee of Unsecured Creditors*

# EXHIBIT 1



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of**
**Archbishop of San Francisco**

**Issue Date :** 7/15/2025

**Bill # :** 01979

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 6/19/2025 | Timothy Burns | Participate in Committee meeting for insurance purposes re case developments, insurance strategy, and next-steps (1.7); | 1.70 | $1,904.00 |
| 6/19/2025 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status, developments, and strategy (1.7); | 1.70 | $1,530.00 |
| | | **Totals for Committee Meetings** | **3.40** | **$3,434.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 6/19/2025 | Jesse Bair | Correspond with G. Brown and B. Horn-Edwards re monthly fee statement (.1); | 0.10 | $90.00 |
| 6/30/2025 | Brenda Horn-Edwards | Draft monthly fee statement and certificate of service (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 6/30/2025 | Brenda Horn-Edwards | File and serve monthly fee statement (.2); | 0.20 | $68.00 |
| 6/30/2025 | Jesse Bair | Review and edit monthly fee statement and correspond with B. Horn-Edwards re same (.1); | 0.10 | $90.00 |
| | | **Totals for Fee Applications** | **0.70** | **$350.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 6/1/2025 | Jesse Bair | Correspond with PSZJ re call to discuss insurance issues re the debtor's preliminary injunction motion (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/2/2025 | Jesse Bair | Review additional correspondence with PSZJ re PI insurance discussion (.1); | 0.10 | $90.00 |
| 6/2/2025 | Brian Cawley | Continue drafting motion for comfort order re sending insurance demands (.5); | 0.50 | $275.00 |
| 6/3/2025 | Timothy Burns | Review correspondence with Committee professionals re preliminary injunction motion (.1); | 0.10 | $112.00 |
| 6/3/2025 | Brian Cawley | Correspond with the debtor re re-designation of policies (.2); | 0.20 | $110.00 |
| 6/3/2025 | Brian Cawley | Analyze policy secondary evidence and redact same for redesignation (1.0); | 1.00 | $550.00 |
| 6/3/2025 | Timothy Burns | Review internal correspondence re comfort order motion and draft (.2); | 0.20 | $224.00 |
| 6/3/2025 | Jesse Bair | Review and edit draft comfort order brief re insurance demand letters (.4); | 0.40 | $360.00 |
| 6/3/2025 | Jesse Bair | Review correspondence with B. Michael and state court counsel re case developments (.1); | 0.10 | $90.00 |
| 6/4/2025 | Brian Cawley | Participate in call with Committee professionals re insurance response to the debtor's preliminary injunction motion and other case insurance issues (1.1); | 1.10 | $605.00 |
| 6/4/2025 | Timothy Burns | Participate in conference with state court counsel re case insurance issues (.2); participate in conference with J. Bair re same and next-steps (.2); | 0.40 | $448.00 |
| 6/4/2025 | Timothy Burns | Prepare for insurance mediation session with the debtor (.8); | 0.80 | $896.00 |
| 6/4/2025 | Timothy Burns | Participate in Zoom mediation session with the debtor re case insurance issues (1.0); | 1.00 | $1,120.00 |
| 6/4/2025 | Timothy Burns | Participate in post-mediation strategy call with Committee professionals re outcome of mediation session and next-steps (.3); | 0.30 | $336.00 |
| 6/4/2025 | Jesse Bair | Prepare for Zoom mediation session re case insurance issues (.3); participate in Zoom mediation session re case insurance issues (1.0); participate in post-session call with PSZJ and T. Burns re outcome of same and next-steps (.3); | 1.60 | $1,440.00 |
| 6/4/2025 | Jesse Bair | Review the debtor's preliminary injunction brief, associated exhibits, and draft outline of insurance arguments in response to same (.9); | 0.90 | $810.00 |
| 6/4/2025 | Jesse Bair | Participate in call with Committee professionals re insurance response to the debtor's preliminary injunction motion, upcoming mediation, and other case insurance issues (1.1); participate in call with T. Burns re same and next-steps (.2); | 1.30 | $1,170.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/5/2025 | Jesse Bair | Participate in conference with T. Burns re outcome of insurance mediation session and next-steps in light of same (.5); | 0.50 | $450.00 |
| 6/5/2025 | Timothy Burns | Participate in conference with J. Bair re mediation session outcome and related insurance strategy moving forward (.5); | 0.50 | $560.00 |
| 6/5/2025 | Timothy Burns | Participate in call with state court counsel re mediation developments (.2); participate in call with PSZJ re same (.3); | 0.50 | $560.00 |
| 6/6/2025 | Timothy Burns | Review stipulated tolling agreement re avoidance claims (.1); | 0.10 | $112.00 |
| 6/6/2025 | Brian Cawley | Complete policy analysis and redaction and send to debtor insurance counsel for redesignation with description of same (1.9); | 1.90 | $1,045.00 |
| 6/9/2025 | Timothy Burns | Review and respond to correspondence with BB and PSZJ re preliminary injunction opposition (.2); | 0.20 | $224.00 |
| 6/9/2025 | Timothy Burns | Correspond with state court counsel re lift stay issues (.2); | 0.20 | $224.00 |
| 6/9/2025 | Jesse Bair | Review and edit the Committee's preliminary injunction opposition brief (1.1); review and respond to correspondence with PSZJ and state court counsel re same and potential additional edits (.2); | 1.30 | $1,170.00 |
| 6/9/2025 | Jesse Bair | Review correspondence with Committee professionals re outstanding insurance discovery requests to the debtor (.1); | 0.10 | $90.00 |
| 6/9/2025 | Brian Cawley | Review and respond to correspondence with PSZJ re outstanding insurance discovery requests and status of insurance document production (.3); | 0.30 | $165.00 |
| 6/9/2025 | Brian Cawley | Draft Bair declaration in support of opposition to preliminary injunction motion (2.1); | 2.10 | $1,155.00 |
| 6/10/2025 | Jesse Bair | Review and edit Bair declaration in support of the Committee's opposition to the debtor's preliminary injunction motion (.4); correspond with PSZJ re same (.1); | 0.50 | $450.00 |
| 6/10/2025 | Timothy Burns | Review and respond to correspondence with state court counsel and Committee professionals re preliminary injunction Opposition (.2); | 0.20 | $224.00 |
| 6/11/2025 | Jesse Bair | Review the debtor's insurance proposal and correspond with BB team re same (.2); | 0.20 | $180.00 |

| | | | | |
|---|---|---|---|---|
| 6/12/2025 | Jesse Bair | Review details re potential lift stay cases proposed by the debtor (.2); correspond with Committee professionals re same and call to discuss case insurance issues (.1); review correspondence with the mediator's office and mediation parties re upcoming sessions (.1); | 0.40 | $360.00 |
| 6/12/2025 | Timothy Burns | Review debtor's insurance proposal and related correspondence with Committee professionals (.3); | 0.30 | $336.00 |
| 6/12/2025 | Karen Dempski | Docket/calendar mediation dates (.1); | 0.10 | $34.00 |
| 6/13/2025 | Jesse Bair | Prepare for call with Committee professionals re debtor's insurance proposal, lift stay issues, and potential next-steps (.1); participate in call with Committee professionals re same (.7); | 0.80 | $720.00 |
| 6/13/2025 | Jesse Bair | Participate in call with the debtor re the debtor's insurance proposal (.1); | 0.10 | $90.00 |
| 6/13/2025 | Timothy Burns | Review and respond to correspondence between mediators and parties re mediation (.2); | 0.20 | $224.00 |
| 6/13/2025 | Karen Dempski | Docket/calendar adversary proceeding dates (.1); | 0.10 | $34.00 |
| 6/13/2025 | Timothy Burns | Review the debtor's preliminary injunction brief (.3); review the Committee's draft opposition to same (.3); | 0.60 | $672.00 |
| 6/13/2025 | Timothy Burns | Participate in strategy call with Committee professionals re preliminary injunction issues, mediation, and the debtor's insurance proposals (.7); | 0.70 | $784.00 |
| 6/13/2025 | Timothy Burns | Review internal correspondence re preliminary injunction adversary filings (.1); | 0.10 | $112.00 |
| 6/13/2025 | Timothy Burns | Review High School Survivors Stay Stipulation in adversary (.2); | 0.20 | $224.00 |
| 6/13/2025 | Timothy Burns | Review and respond to internal correspondence re upcoming mediation sessions (.1); | 0.10 | $112.00 |
| 6/16/2025 | Timothy Burns | Review and respond to internal correspondence re upcoming mediation session (.1); | 0.10 | $112.00 |
| 6/16/2025 | Timothy Burns | Review correspondence with the debtor and B. Michael re mediation issues (.1); | 0.10 | $112.00 |
| 6/16/2025 | Timothy Burns | Review B. Michael correspondence with state court counsel re stay relief cases (.2); | 0.20 | $224.00 |
| 6/16/2025 | Jesse Bair | Analyze potential lift stay cases proposed by the debtor (.4); review and respond to correspondence with Committee professionals and state court counsel re same (.2); | 0.60 | $540.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/17/2025 | Timothy Burns | Review and respond to correspondence with B. Michael and state court counsel re mediation negotiations (.2); | 0.20 | $224.00 |
| 6/17/2025 | Timothy Burns | Prepare for calls with state court counsel re lift stay issues and potential cases (1.2); | 1.20 | $1,344.00 |
| 6/17/2025 | Timothy Burns | Participate in call with state court counsel firm re potential lift stay cases (.6); | 0.60 | $672.00 |
| 6/17/2025 | Brian Cawley | Participate in call with state court counsel re potential stay relief cases (.6); | 0.60 | $330.00 |
| 6/17/2025 | Brian Cawley | Participate in call with second state court counsel firm re potential stay relief cases (.8); | 0.80 | $440.00 |
| 6/17/2025 | Timothy Burns | Participate in call with J. Bair re insurance mediation issues (.1); | 0.10 | $112.00 |
| 6/17/2025 | Timothy Burns | Participate in call with second state court counsel firm re potential stay relief cases (.8); | 0.80 | $896.00 |
| 6/17/2025 | Brian Cawley | Analyze claims and prepare spreadsheets / summaries in preparation for calls with various state court counsel to discuss potential stay relief cases (2.7); | 2.70 | $1,485.00 |
| 6/17/2025 | Jesse Bair | Prepare for call with B. Michael and state court counsel re potential lift stay cases (.3); participate in call with B. Michael and third state court counsel firm re same (.6); review and respond to correspondence with BB re same and analysis of additional potential cases, including review of B. Cawley memos re same (.3). | 1.20 | $1,080.00 |
| 6/17/2025 | Jesse Bair | Participate in call with T. Burns re insurance mediation issues (.1); | 0.10 | $90.00 |
| 6/18/2025 | Jesse Bair | Review and edit B. Cawley insurance overview memo (.1); review agenda for upcoming Committee meeting and related correspondence with the Committee (.1); | 0.20 | $180.00 |
| 6/18/2025 | Brian Cawley | Continue analyzing claims and prepare additional spreadsheets / summaries in preparation for calls with various state court counsel to discuss potential stay relief cases (1.6); | 1.60 | $880.00 |
| 6/18/2025 | Brian Cawley | Draft summary re potential lift stay cases and status of selection process (1.0); | 1.00 | $550.00 |
| 6/18/2025 | Timothy Burns | Review and respond to correspondence with state court counsel and B. Michael re potential lift stay cases (.1); | 0.10 | $112.00 |
| 6/18/2025 | Timothy Burns | Prepare for additional calls with state court counsel firms re lift stay case selection (.3); | 0.30 | $336.00 |
| 6/18/2025 | Timothy Burns | Participate in call with fourth state court counsel firm re potential lift stay cases (.7); | 0.70 | $784.00 |
| 6/18/2025 | Brian Cawley | Participate in call with fourth state court counsel firm re lift stay case selection (.7); | 0.70 | $385.00 |

| 6/18/2025 | Brian Cawley | Participate in call with fifth state court counsel firm re potential stay relief cases (1.0); | 1.00 | $550.00 |
|---|---|---|---|---|
| 6/19/2025 | Jesse Bair | Correspond with PSZJ re the debtor's preliminary injunction reply brief (.1). | 0.10 | $90.00 |
| 6/19/2025 | Brian Cawley | Prepare revised case overview memo for use during upcoming mediation (1.8); | 1.80 | $990.00 |
| 6/20/2025 | Brian Cawley | Analyze debtor's reply to preliminary injunction motion in preparation for upcoming mediation (.5). | 0.50 | $275.00 |
| 6/20/2025 | Jesse Bair | Review the debtor's preliminary injunction reply brief (.5); review and respond to various correspondence with PSZJ re same and oral arguments in response (.4); | 0.90 | $810.00 |
| 6/21/2025 | Jesse Bair | Review B. Michael email memo re responses to the Debtor's preliminary injunction reply brief (.1). | 0.10 | $90.00 |
| 6/23/2025 | Timothy Burns | Review and analysis of the debtor's Preliminary Injunction Reply Brief (.4). | 0.40 | $448.00 |
| 6/23/2025 | Timothy Burns | Prepare for mediation session by reviewing mediation memo and notes from file (.8). | 0.80 | $896.00 |
| 6/23/2025 | Brian Cawley | Respond to T. Burns request regarding mediation summary materials (.1); | 0.10 | $55.00 |
| 6/24/2025 | Brian Cawley | Analyze case materials in preparation for mediation (.8); | 0.80 | $440.00 |
| 6/24/2025 | Brian Cawley | Participate in full-day mediation session (6.2); | 6.20 | $3,410.00 |
| 6/24/2025 | Jesse Bair | Review debtor correspondence re insurance proposal (.1); review text order re June 26 hearing structure (.1); | 0.20 | $180.00 |
| 6/24/2025 | Timothy Burns | Finish preparing for mediation session (1.1); | 1.10 | $1,232.00 |
| 6/24/2025 | Timothy Burns | Participate in full-day mediation session (6.2) | 6.20 | $6,944.00 |
| 6/24/2025 | Timothy Burns | Review and revise mediation summary to the Committee (.2); review and respond to correspondence with Committee professionals re mediation and case strategy (.3); | 0.50 | $560.00 |
| 6/25/2025 | Timothy Burns | Review final version of mediation outcome summary (.1); review and respond to various correspondence with B. Michael re insurance demands (.4); | 0.50 | $560.00 |
| 6/25/2025 | Timothy Burns | Participate in conference with J. Bair re mediation session outcome (.2); | 0.20 | $224.00 |

| 6/25/2025 | Jesse Bair | Participate in conference with T. Burns re outcome of mediation session (.2); review correspondence with Committee professionals, the Committee, and state court counsel re same and insurance next-steps (.1); review correspondence with the debtor and Committee professionals re insurance agreements (.1); | 0.40 | $360.00 |
|---|---|---|---|---|
| 6/25/2025 | Brian Cawley | Analyze recent correspondence and begin preparing insurance demand template (.5); | 0.50 | $275.00 |
| 6/30/2025 | Brian Cawley | Participate in conference with T. Burns re insurance demands (.2); | 0.20 | $110.00 |
| 6/30/2025 | Brian Cawley | Finish drafting insurance demand template, including associated legal research in connection with same (3.6); | 3.60 | $1,980.00 |
| 6/30/2025 | Timothy Burns | Review and respond to B. Michael's correspondence re insurance strategy (.2); conference with B. Cawley re insurance demands (.2); | 0.40 | $448.00 |
| 6/30/2025 | Jesse Bair | Review correspondence with Committee professionals re insurer demands (.1); | 0.10 | $90.00 |
| | | **Totals for Insurance Recovery Activities** | **62.90** | **$50,942.00** |

| **Total Hours and Fees** | **67.00** | **$54,726.00** |
|---|---|---|

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 06/23/2025 | Delta Airlines, T. Burns (MSN-SFO June 23-25) | $1,208.37 |
| 06/23/2025 | United Airlines, B. Cawley (MSN-SFO June 23-25) | $860.21 |
| 06/23/2025 | Hotel, B. Cawley (2 nights) | $855.41 |
| 06/23/2025 | Travel meal, B. Cawley | $25.10 |
| 06/23/2025 | Hotel, T. Burns (2 nights) | $855.41 |
| 06/23/2025 | Travel meal, T. Burns | $18.81 |
| 06/23/2025 | Uber, B. Cawley (home to airport) | $17.95 |
| 06/23/2025 | Uber, B. Cawley (airport to hotel) | $71.99 |
| 06/24/2025 | Travel meal, B. Cawley | $24.73 |
| 06/25/2025 | Taxi, T. Burns (hotel to airport) | $85.00 |
| 06/25/2025 | Travel meal, B. Cawley | $13.87 |
| 06/25/2025 | Travel meal, B. Cawley | $18.66 |
| 06/25/2025 | Uber, B. Cawley (hotel to airport) | $51.99 |
| 06/25/2025 | Uber, B. Cawley (airport to office) | $25.94 |
| 06/25/2025 | Airport parking, T. Burns | $30.00 |
| 06/30/2025 | Postage | $1.01 |
| **Total Expenses** | | **$4,164.45** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Brian Cawley | Associate | 29.20 | $550.00 | $16,060.00 |
| Jesse Bair | Partner | 14.20 | $900.00 | $12,780.00 |
| Karen Dempski | Paralegal | 0.20 | $340.00 | $68.00 |
| Timothy Burns | Partner | 22.90 | $1,120.00 | $25,648.00 |

**Total Due This Invoice:  $58,890.45**

1  Timothy W. Burns (admitted *pro hac vice*)
   WI Bar 1068086
2  Jesse J. Bair (admitted *pro hac vice*)
   WI Bar 1083779
3  BURNS BAIR LLP
4  10 East Doty Street, Suite 600
   Madison, WI 53703
5  Telephone: (608) 286-2302
   Email: tburns@burnsbair.com
6         jbair@burnsbair.com

7  *Special Insurance Counsel to*
8  *The Official Committee of Unsecured Creditors*

9              **UNITED STATES BANKRUPTCY COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10             **SAN FRANCISCO DIVISION**

11 | In re | Case No. 23-30564 |
12 | THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
13 | | **CERTIFICATE OF SERVICE** |
14 | Debtor and Debtor in Possession. | |

15

16       I, Brenda Horn-Edwards, declare that I am employed in the County of Dane, State of

17 Wisconsin. I am over the age of 18 and not a party to the within action. My business address is 10

18 E. Doty Street, Suite 600, Madison, Wisconsin 53703.

19       On July 30, 2025, I served a true and correct copy of the **Monthly Professional Fee**

20 **Statement for Burns Bair LLP for June 2025** in the manner stated below:

21

22  ☑   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to
         controlling General Orders and LBR, the foregoing document was served by the court via NEF and
23       hyperlink to the document. On **July 30, 2025,** I checked the CM/ECF docket for this bankruptcy
         case or adversary proceeding and determined that the participants on the attached Electronic Mail
24       Notice List will receive NEF transmission at the email address stated.

25

26

27

28

| | |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Dane County, Wisconsin, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>The Honorable Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached Service List at the email address stated. |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on July 30, 2025, at Madison, Wisconsin.

*/s/ Brenda Horn-Edwards*
Brenda Horn-Edwards

# ELECTRONIC MAIL NOTICE LIST

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P. Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M DAlelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon)
lukeeaton@cozen.com, monugiac@pepperlaw.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
tevanston@skarzynski.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@skarzynski.com

Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

Jennifer R Liakos on behalf of Interested Party LL John Doe JU
jenn@jennliakoslaw.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Valerie Bantner Peo on behalf of Interested Party Berkeley Research Group, LLC
vbantnerpeo@buchalter.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF
greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@skarzynski.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
samantha.ruben@dentons.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Ashley Storey on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
astorey@skarzynski.com

Devin Miles Storey on behalf of Creditor John MS Roe SF
dms@zalkin.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

# LIMITED SERVICE LIST

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair<br>Timothy Burns<br>Brian P Cawley | | jbair@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com<br>bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Alexander Potente<br>Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Nancy Lima<br>Yongli Yang<br>Jason J Chorley<br>Daniel James<br>Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |

| | | | | |
|---|---|---|---|---|
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Joshua Haevernick 1999 Harrison St, Ste 1300 Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Patrick C Maxcy John Grossbart 233 S Wacker Dr, Ste 5900 Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Allan Diamond Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Russell W Roten Andrew Mina Betty Luu 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | 213-689-7401 | AMina@duanemorris.com BLuu@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Andrew Mina Betty Luu | | Amina@duanemorris.com BLuu@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061 West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Stephen Estey 2869 India St San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul Pascuzzi Thomas Phinney Jason Rios 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com tphinney@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul Pascuzzi  Jason Rios | | ppascuzzi@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | | randy@gdrgroup.com |

| | | | | |
|---|---|---|---|---|
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397 Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | George Calhoun 1717 Pennsylvania Ave, NW, Ste 650 Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | J.D. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Bankruptcy Division P.O. Box 579 Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000 Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | David S Kupetz 300 S Grand Ave, Ste 2600 Los Angeles, CA 90071 | | david.kupetz@lockelord.com Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia DeSeguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com monugiac@pepperlaw.com |
| Registered ECF User | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T Bedoyan 7647 N Fresno St Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Carole Wurzelbacher 444 West Lake St, Ste 4000 Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Darren Azman Lisa A. Linsky Natalie Rowles Cris W. Ray One Vanderbilt Ave New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com llinsky@mwe.com nrowles@mwe.com cray@mwe.com |

| | | | | |
|---|---|---|---|---|
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Jason Blumberg<br>Trevor R Fehr<br>Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen<br>John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Todd C Jacobs<br>John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Harris B Winsberg<br>Matthew M Weiss<br>R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |

| | | | | |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com<br>jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | R.F. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | R.F. Jr. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | R.M. | Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Melissa M D'Alelio<br>Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Annette P Rolain<br>Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett<br>Pl City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Ori Katz<br>Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com |

| | | | | |
|---|---|---|---|---|
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Jeannie Kim<br>Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Jeff D Kahane/Timothy W Evanston<br>Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |