Berkeley Research Group, LLC
Matthew K. Babcock
D. Ray Strong
Paul N. Shields
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email:  mbabcock@thinkbrg.com
        rstrong@thinkbrg.com
        pshields@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>    Debtor. | Case No. 23-30564<br><br>Chapter 11 Cases<br><br>**SEVENTEENTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2025 THROUGH JUNE 30, 2025** |

| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2025 – June 30, 2025 |
| Amount of Compensation Requested:[1] | $17,460.00 |
| Less 20% Holdback: | $3,492.00 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $13,968.00 |

1. Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Seventeenth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period June 1, 2025 through June 30, 2025 (the "Fee Period"). By this seventeenth statement, BRG seeks payment in the amount of $13,968.00 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2. Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $1,940.00 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4. In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5. If no objections to the Fee Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$13,968.00** which consists of eighty percent (80%) of BRG's total fees of **$17,460.00** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6. To the extent an objection to the Fee Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Fee Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

| | | |
|---|---|---|
| 1 | Dated: July 20, 2025 | Respectfully submitted, |
| 2 | | By: _/s/ D. Ray Strong_ |
| 3 | | D. Ray Strong<br>Berkeley Research Group, LLC |
| 4 | | 201 South Main Street, Suite 450<br>Salt Lake City, Utah 84111 |
| 5 | | Telephone: (801) 364-6233<br>Email: rstrong@thinkbrg.com |
| 6 | | *Financial Advisors to the Official Committee of Unsecured Creditors* |

# EXHIBIT A



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
### Exhibit A: Summary of Fees By Professional
For the Period 06/01/25 through 06/30/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| R. Strong | Managing Director | $855.00 | 12.1 | $10,345.50 |
| J. Funk | Associate Director | $670.00 | 1.4 | $938.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 12.3 | $6,580.50 |
| S. Chaffos | Consultant | $440.00 | 2.1 | $924.00 |
| M. Kuhn | Case Assistant | $180.00 | 3.4 | $612.00 |
| **TOTAL** | | | 31.3 | $19,400.00 |
| **Agreed Upon Concession:** | **10%** | | | ($1,940.00) |
| **TOTAL REQUESTED FEES** | | | | $17,460.00 |
| **BLENDED RATE AFTER CONCESSION** | | | | $557.83 |

# **EXHIBIT B**



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
### Exhibit B: Summary of Fees By Task Code
For the Period 06/01/25 through 06/30/25

| Task Code | Hours | Fees |
|---|---:|---:|
| 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System | 0.7 | $598.50 |
| 200.90 - Document / Data Analysis (Production Requests) | 10.8 | $6,282.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 1.4 | $938.00 |
| 300.00 - Asset Analysis (General - Debtors) | 4.8 | $2,920.00 |
| 304.00 - Asset Analysis (General - Parishes) | 3.1 | $2,394.50 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 4.0 | $3,420.00 |
| 600.00 - Claims / Liability Analysis (General) | 0.4 | $72.00 |
| 1020.00 - Meeting Preparation & Attendance | 2.6 | $1,807.00 |
| 1060.00 - Fee Application Preparation & Hearing | 3.5 | $967.50 |
| **TOTAL** | **31.3** | **$19,400.00** |
| **Agreed Upon Concession:** 10% | | **($1,940.00)** |
| **TOTAL REQUESTED FEES** | | **$17,460.00** |
| **BLENDED RATE AFTER CONCESSION** | | **$557.83** |

# **EXHIBIT C**



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
### Exhibit C: Schedule of Time Detail
For the Period 06/01/25 through 06/30/25

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System** | | | | |
| 06/19/25 | R. Strong | 0.7 | $598.50 | Analyzed Sage Intacct sandbox issues to address inquiries from Debtor. |
| **Task Code: 200.30** | | **0.7** | **$598.50** | **Totals** |
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 06/12/25 | C. Tergevorkian | 1.5 | $802.50 | Analyzed outstanding document requests to provide to counsel. |
| 06/12/25 | S. Chaffos | 1.2 | $528.00 | Evaluated document production DEBTOR28 to identify documentation / data relevant to analyses. |
| 06/13/25 | C. Tergevorkian | 2.1 | $1,123.50 | Updated the analysis of outstanding document requests to provide to counsel. |
| 06/13/25 | R. Strong | 1.4 | $1,197.00 | Attended call with BRG (CT) regarding reconciliation of outstanding document requests to provide to counsel. |
| 06/13/25 | C. Tergevorkian | 1.4 | $749.00 | Met with BRG (RS) regarding reconciliation of outstanding document requests to provide to counsel. |
| 06/16/25 | S. Chaffos | 0.9 | $396.00 | Continued to evaluate document production DEBTOR28 to identify documentation / data relevant to analyses. |
| 06/16/25 | R. Strong | 0.8 | $684.00 | Met with BRG (CT) and UCC Counsel (GB) regarding identification of outstanding document requests. |
| 06/16/25 | C. Tergevorkian | 0.8 | $428.00 | Met with BRG (RS) and UCC Counsel (GB) to discuss the analysis of outstanding document requests. |
| 06/16/25 | C. Tergevorkian | 0.7 | $374.50 | Analyzed Investment Pool documents produced by Debtor for updates to asset analyses. |
| **Task Code: 200.90** | | **10.8** | **$6,282.50** | **Totals** |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 06/25/25 | J. Funk | 1.4 | $938.00 | Evaluated trends developed in comparative financial analysis (assets, revenues, expenses) to monitor Debtor post-petition activities. |
| **Task Code: 220.00** | | **1.4** | **$938.00** | **Totals** |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 06/10/25 | C. Tergevorkian | 0.9 | $481.50 | Analyzed recent document production from High Schools (June 06, 2025 - Bank Statements) for updates to asset analyses. |



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail
For the Period 06/01/25 through 06/30/25

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 06/10/25 | C. Tergevorkian | 0.6 | $321.00 | Analyzed recent document production from Debtor (June 06, 2025 - Deposit and Loan) for asset analysis updates. |
| 06/12/25 | C. Tergevorkian | 1.2 | $642.00 | Analyzed recent document production (June 6, 2025 - Deposit & Loan) for asset analyses. |
| 06/13/25 | C. Tergevorkian | 1.0 | $535.00 | Continued to analyze recent document production (June 6, 2025 - Deposit & Loan) for updates to asset analyses. |
| 06/17/25 | R. Strong | 1.1 | $940.50 | Analyzed produced documents for asset analysis updates. |
| *Task Code: 300.00* | | *4.8* | *$2,920.00* | *Totals* |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 06/12/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed recent document production (June 10, 2025 - Parish financials) for asset analysis updates. |
| 06/16/25 | R. Strong | 1.2 | $1,026.00 | Analyzed Parish Schools financial data produced by Debtor for asset analysis. |
| 06/16/25 | R. Strong | 1.1 | $940.50 | Analyzed Parish financial data produced by Debtor for asset analysis. |
| *Task Code: 304.00* | | *3.1* | *$2,394.50* | *Totals* |
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 06/18/25 | R. Strong | 0.8 | $684.00 | Analyzed CASC activity to respond to UCC Counsel inquiries regarding documentation needed. |
| 06/18/25 | R. Strong | 0.7 | $598.50 | Analyzed Investment Pool activity to respond to UCC Counsel inquiries regarding documentation needed. |
| 06/18/25 | R. Strong | 0.6 | $513.00 | Analyzed DLF activity to respond to UCC Counsel inquiries regarding documentation needed. |
| 06/18/25 | R. Strong | 0.4 | $342.00 | Analyzed document requests to address UCC Counsel inquiries for avoidance actions. |
| 06/18/25 | R. Strong | 0.3 | $256.50 | Analyzed RPSC activity to respond to UCC Counsel inquiries regarding documentation needed. |
| 06/30/25 | R. Strong | 1.2 | $1,026.00 | Analyzed document productions regarding avoidance action inquiries by UCC Counsel. |
| *Task Code: 410.00* | | *4.0* | *$3,420.00* | *Totals* |
| **600.00 - Claims / Liability Analysis (General)** | | | | |

Case: 23-30564    Doc# 1278    Filed: 07/30/25    Entered: 07/30/25 13:29:14    Page 11 of 19



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail
For the Period 06/01/25 through 06/30/25

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **600.00 - Claims / Liability Analysis (General)** | | | | |
| 06/19/25 | M. Kuhn | 0.4 | $72.00 | Updated professional fee analysis with April 2025 professional fees to Committee monitoring. |
| *Task Code: 600.00* | | *0.4* | *$72.00* | *Totals* |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 06/10/25 | R. Strong | 0.8 | $684.00 | Attended call with UCC Counsel (BM [partial], GG, GB) and BRG (CT) to discuss discovery / assignments. |
| 06/10/25 | C. Tergevorkian | 0.8 | $428.00 | Met with BRG (RS) and UCC Counsel (GG, BM [partial], GB) to discuss discovery / assignments. |
| 06/24/25 | R. Strong | 0.5 | $427.50 | Attended call with UCC Counsel (BM, GG, GB) and BRG (CT) regarding case status / assignments. |
| 06/24/25 | C. Tergevorkian | 0.5 | $267.50 | Met with BRG (RS) and UCC Counsel (GB, BM, GG) to discuss case status / assignments. |
| *Task Code: 1020.00* | | *2.6* | *$1,807.00* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 06/10/25 | M. Kuhn | 0.8 | $144.00 | Prepared monthly fee statement (May 2025). |
| 06/12/25 | M. Kuhn | 0.3 | $54.00 | Prepared draft 5th interim fee application. |
| 06/17/25 | R. Strong | 0.5 | $427.50 | Analyzed draft exhibits for May 2025 monthly fee statement. |
| 06/17/25 | M. Kuhn | 0.3 | $54.00 | Prepared exhibits for monthly fee statement (May 2025). |
| 06/23/25 | M. Kuhn | 1.6 | $288.00 | Prepared draft 5th interim fee application. |
| *Task Code: 1060.00* | | *3.5* | *$967.50* | *Totals* |
| **TOTALS** | | **31.3** | **$19,400.00** | |

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Brittany M. Michael (*admitted pro hac vice*)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
      dgrassgreen@pszjlaw.com
      bmichael@pszjlaw.com
      gbrown@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF LOS ANGELES | ) |

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On July 30, 2025, I caused to be served the **SEVENTEENTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2025 THROUGH JUNE 30, 2025** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On July 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. See Attached |
|---|---|

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 30, 2025, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San Francisco
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

3

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon)
lukeeaton@cozen.com, monugiac@pepperlaw.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com, kfoster@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
tevanston@skarzynski.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com, docket.general.lit.chi@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

4

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@skarzynski.com

Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com

Jennifer R Liakos on behalf of Interested Party LL John Doe JU
jenn@jennliakoslaw.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF

| | |
|---|---|
| 1 | USTPRegion17.SF.ECF@usdoj.gov |
| 2 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 3 | |
| 4 | Valerie Bantner Peo on behalf of Interested Party Berkeley Research Group, LLC<br>vbantnerpeo@buchalter.com |
| 5 | Robert J. Pfister on behalf of Creditor Shajana Steele<br>rpfister@pslawllp.com |
| 6 | |
| 7 | Mark D. Plevin on behalf of Interested Party Century Indemnity Company<br>mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 8 | Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov |
| 9 | |
| 10 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher<br>dbp@provlaw.com |
| 11 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 12 | nreinhardt@skarzynski.com |
| 13 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jrios@ffwplaw.com, docket@ffwplaw.com |
| 14 | |
| 15 | Kathleen Mary Derrig Rios on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San Francisco<br>Katie.Rios@wbd-us.com |
| 16 | |
| 17 | Matthew Roberts on behalf of Interested Party Appalachian Insurance Company<br>mroberts@phrd.com |
| 18 | Annette Rolain on behalf of Interested Party First State Insurance Company<br>arolain@ruggerilaw.com |
| 19 | |
| 20 | Cheryl C. Rouse on behalf of Creditor Victoria Castro<br>rblaw@ix.netcom.com |
| 21 | Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>samantha.ruben@dentons.com |
| 22 | |
| 23 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 24 | James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jstang@pszjlaw.com |
| 25 | |
| 26 | Ashley Storey on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>astorey@skarzynski.com |
| 27 | |
| 28 | Devin Miles Storey on behalf of Creditor John MS Roe SF<br>dms@zalkin.com |

| | |
|---|---|
| 1 | Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory<br>jstrabo@mwe.com, dnorthrop@mwe.com |
| 2 | |
| 3 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 4 | |
| 5 | Edward J. Tredinnick on behalf of Creditor Claimant No. 638<br>etredinnick@foxrothschild.com |
| 6 | Miranda Turner on behalf of Interested Party Century Indemnity Company<br>mturner@plevinturner.com |
| 7 | |
| 8 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>bkfilings@ruggerilaw.com |
| 9 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |
| 10 | |
| 11 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 12 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>yongli.yang@clydeco.us |
| 13 | |