Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:	(916) 329-7400
Facsimile:	(916) 329-7435
Email:	ppascuzzi@ffwplaw.com
	jrios@ffwplaw.com
	tphinney@ffwplaw.com
	mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:	(415) 434-9100
Facsimile:	(415) 434-3947
Email:	okatz@sheppardmullin.com
	amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE AND SUPPORTING EVIDENCE IN SUPPORT OF DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY**<br><br>Date:     September 4, 2025<br>Time:     1:30 p.m.<br>Location: via Zoom<br>Judge:   Hon. Dennis Montali |

Pursuant to Federal Rule of Evidence 201, The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Debtor" or "RCASF") in the above-captioned bankruptcy case (the "Main Case"), and the Plaintiff in the Adversary Proceeding No. 25-03019 (the "Adversary Case") requests that the Court take judicial notice of the certain documents which are referenced in *Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay*, filed contemporaneously herewith. In support of the request, the Debtor states as follows[1]:

## I. REQUEST FOR JUDICIAL NOTICE AND SUPPORTING EVIDENCE

1. The Debtor hereby requests that the Court take judicial notice and admit as evidence of the following documents[2]:

| Document Title | Case | ECF No. |
|---|---|---|
| Voluntary Petition for Non-Individuals Filing for Bankruptcy | Main Case | 1 |
| Appointment of Official Committee of Unsecured Creditors | Main Case | 58 |
| Stipulation By And Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, And The Survivor Defendants | Adversary Case | 21 |
| Motion For Order Extending Stay To All State Court Cases In Which Debtor And/Or Non-Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 105(a) and 362 | Adversary Case | 8 |
| Memorandum of Points and Authorities In Support Of Motion For Order Extending Stay To All State Court Cases In Which Debtor And/Or Non-Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 105(a) and 362 | Adversary Case | 8-1 |
| Declaration of Paul E. Gaspari In Support Of Motion For Order Extending Stay To All State Court Cases In Which Debtor And/Or Non-Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 105(a) and 362 | Adversary Case | 8-2 |

---

[1] Unless otherwise indicated, all capitalized terms shall have the same meaning as set forth in the Motion.

[2] To prevent the clogging of the Court's docket, copies of each of the above-referenced documents are not being filed herewith. However, copies of the each of the above-referenced documents may be filed or made available upon the request of the Court or parties.

| | | |
|---|---|---|
| Declaration of Barron L. Weinstein In Support Of Motion For Order Extending Stay To All State Court Cases In Which Debtor And/Or Non-Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 105(a) and 362 | Adversary Case | 8-3 |
| Notice of Hearing on Motion For Order Extending Stay To All State Court Cases In Which Debtor And/Or Non-Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 105(a) and 362 | Adversary Case | 9 |
| Certificate of Service re Motion for Order Extending Stay to All State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 | Adversary Case | 10 |
| Certificate of Service re Motion for Order Extending Stay to All State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 | Adversary Case | 12 |
| The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to all State Court Cases in which the Debtor and Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 362 and 105(a) | Adversary Case | 13 |
| Declaration of Jesse Bair in Support of the Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to all State Court Cases in which the Debtor and Non-Debtor Affiliates are Named as Defendants | Adversary Case | 14 |
| Request to Take Judicial Notice in Support of the Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay | Adversary Case | 15 |
| Stipulation, Staying State Court Litigation Against High School Defendants | Adversary Case | 17 |
| Reply in Support of Motion for Entry of an Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 | Adversary Case | 18 |
| Order Approving Stipulation Staying State Court Litigation Against High School Defendants | Adversary Case | 19 |
| Complaint Seeking Declaratory And Injunctive Relief Under Bankruptcy Code Sections 105(a) and 362 That The Automatic Stay Extends To All State Court Cases In Which Debtor Is Named As A | Adversary Case | 1 |

| | | |
|---|---|---|
| Defendant And As To All Cases In Which A Non-Debtor Affiliate Is Named As A Defendant | | |
| Stipulation Permitting the Official Committee of Unsecured Creditors to Intervene | Adversary Case | 7 |
| Order Approving Stipulation Permitting The Official Committee of Unsecured Creditors To Intervene | Adversary Case | 11 |
| Declaration of Deacon Joseph J. Passarello In Support Of Chapter 11 Petition And Debtor's Emergency Motions | Main Case | 19 |
| Final Order Granting Debtor's Emergency Motion To: (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, And (3) Temporarily Suspend Deadline For Filing Proofs of Claims | Main Case | 227 |

## II. JUDICIAL NOTICE AND ADMISSION AS EVIDENCE IS APPROPRIATE

2. The material set forth above is suitable for judicial notice pursuant to Federal Rule of Evidence 201(b). Under that rule, a court may take judicial notice of any matter that is "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

3. The above-listed materials consist of filings in the Main Case and the Adversary Case. These are the type of public filings of which courts are empowered to take judicial notice. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of court filings); *see also Martinez v. Allstar Fin. Servs., Inc.*, No. CV1404661MMMMRWX, 2014 WL 12597333, at *4 (C.D. Cal. Oct. 9, 2014) ("Court orders and filings in related proceedings are the proper subject of judicial notice."); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (holding that "court filings and other matters of public record" are subject to judicial notice); *see also* Fed R. Evid. 201(b) (noting that the court may judicially notice facts not subject to reasonable dispute that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned").

///

///

### III. CONCLUSION

For the reasons set forth above, the Debtor requests that the Court take judicial notice of and admit as evidence the documents listed above in connection with *Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay* and, grant such other relief as justice requires.

Dated: August 7, 2025　　　　　　　　　　FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

　　　　　　　　　　　　By:　*/s/ Paul J. Pascuzzi*
　　　　　　　　　　　　　　Paul J. Pascuzzi
　　　　　　　　　　　　　　Jason E. Rios
　　　　　　　　　　　　　　Thomas R. Phinney
　　　　　　　　　　　　　　Mikayla E. Kutsuris
　　　　　　　　　　　　　　Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 7, 2025　　　　　　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

　　　　　　　　　　　　By:　*/s/ Ori Katz*
　　　　　　　　　　　　　　Ori Katz
　　　　　　　　　　　　　　Alan H. Martin
　　　　　　　　　　　　　　Attorneys for The Roman Catholic Archbishop of San Francisco