Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com
       mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br>Chapter 11<br><br>**DECLARATION OF FR. PATRICK SUMMERHAYS IN SUPPORT OF DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY**<br><br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Location: via Zoom<br>Judge: Hon. Dennis Montali |

I, Fr. Patrick Summerhays, hereby declare as follows:

1. I am the Vicar General and Moderator of the Curia of The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein (the "RCASF" or the "Debtor"). I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. All facts set forth in this declaration are based on my personal knowledge, upon information supplied to me by people who report to me, upon my review of relevant documents, or upon my opinion based on my experience and knowledge with respect to the RCASF's operations, financial condition, and related business issues. The documents submitted herewith, referenced herein or otherwise relied upon by me for purposes of this Declaration are the business records of the RCASF, prepared and maintained in the ordinary and regularly conducted business activity of the RCASF, and used by me for those purposes. If I were called upon to testify, I could and would testify competently to the facts set forth herein, and I am authorized to submit this Declaration on behalf of the RCASF.

3. I submit this declaration ("Declaration") in support of the above-referenced Motion for entry of an order, substantially in the form attached to the Motion as *Exhibit A* (the "Proposed Order"): (a) approving the stipulation attached as *Exhibit 1* to the Proposed Order (the "Stipulation") modifying the automatic stay for the limited purposes described in the Motion and in the Stipulation; (b) approving the Motion and authorizing the Debtor to take all actions necessary to effectuate the Stipulation; (c) waiving the fourteen (14) day stay period imposed on the order; and (d) granting such other and further relief as the Court deems just and proper under the circumstances

4. I have reviewed the complaint filed in the Adversary Proceeding, the Injunction Motion (which as defined in the Injunction Motion includes the supporting declarations), and the Stipulation. I am aware that the Committee filed an opposition to the Injunction Motion.

5. In my opinion and to my knowledge, modifying the stay upon the limited terms set forth in the Stipulation, to allow the 5 Released State Court Actions to go forward in exchange for a stay of litigation of the remaining Affiliate State Court Actions dramatically alleviates the burden of litigation, and allows the Debtor, the Debtor's professionals, and many of the Non-Debtor Affiliates

and their professionals, to focus their attention on the mediation, and on their collective efforts to reach a prompt consensual resolution of this Bankruptcy Case. The Debtor believes that the Stipulation is in the best interests of the Debtor's estate and its creditors because it resolves the Injunction Motion with little to no additional expense to the estate.

6. It is my opinion that the Stipulation is adequate, fair, and reasonable, and is in the best interests of the estate and creditors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2025, at San Francisco, California.

*[Signature]*
Fr. Patrick Summerhays