Peter C. Califano (State Bar No. 129043)
Meha Raja (State Bar No. 330407)
NIESAR & VESTAL LLP
90 New Montgomery St., 9th Floor
San Francisco, CA 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400
Email: pcalifano@nvlawllp.com
Email: mraja@nvlawllp.com

Attorneys for Defendant
Vallombrosa Retreat Center

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　　　　　　　　　Debtor. | Case No.: 25-03021<br>Chapter 11 |
| THE OFFICAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,<br><br>　　　　　　　　　　　　Defendants. | Adv. Proc. 25-03021<br><br>**VALLOMBROSA RETREAT CENTER'S NOTICE OF JOINDER TO MOTION TO DISMISS**<br><br>Date:　August 28, 2025<br>Time:　1:30 pm<br>Place:　Zoom.gov<br>Judge: Hon. Dennis Montali |

1

**PLEASE TAKE NOTICE** that defendant Vallombrosa Retreat Center joins in all of the previous Motions to Dismiss filed in this Adversary Complaint [Doc Nos. 12,13, 14, 15 and 18] for all the reasons stated therein; all rights reserved.

DATED: August 13, 2025          NIESAR & VESTAL LLP

*/s/ Peter C. Califano*
Peter C. Califano
Attorneys for Vallombrosa Retreat Center

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I electronically filed the foregoing Notice of Joinder with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. LBRs 7017-1 and 9013-3.

*/s/ Katharine Butler*
Katharine Butler