Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Sierra Aust, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On August 7, 2025, I served a true and correct copy of the following documents to be served via the method set forth on the Limited Service List attached hereto as **Exhibit A**:

- **Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285]**

- **[Proposed] Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285-1]**

- **Notice of Hearing on Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1286]**

- **Request for Judicial Notice and Supporting Evidence in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1287]**

- **Declaration of Fr. Patrick Summerhays in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1288]**

- **Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 21]**

On August 7, 2025, I served a true and correct copy of the following document to be served via the method set forth on the Limited Service List attached hereto as **Exhibit B**:

- **Notice of Hearing on Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1286]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 12, 2025, at Woodland Hills, California.

/s/ Sierra Aust
Sierra Aust
Omni Agent Solutions, Inc.

# EXHIBIT A

## Exhibit A
### Limited Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | rob@bindermalter.com;<br>robertw@bindermalter.com | Email |
| *NOA - Counsel for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Esq<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | vbantnerpeo@buchalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us;<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | MMcCurdy@cozen.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | geoffrey.miller@dentons.com;<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | john.grossbart@dentons.com;<br>patrick.maxcy@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | adiamond@diamondmccarthy.com;<br>chris.johnson@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Nathan Reinhardt<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | JKahane@duanemorris.com;<br>NReinhardt@duanemorris.com;<br>RWRoten@duanemorris.com;<br>TWEvanston@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | jrios@ffwplaw.com;<br>ppascuzzi@ffwplaw.com;<br>tphinney@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | sophia@theFAfirm.com | Email |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | Efrejka@frejka.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | randy@gdrgroup.com | Email |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com | Email |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | david.kupetz@lockelord.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | cray@mwe.com;<br>dazman@mwe.com;<br>llinsky@mwe.com;<br>nrowles@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | cwurzelbacher@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | jstrabo@mwe.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | pcalifano@nvlawllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| *NOA - Counsel for Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | Greg.Powell@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov;<br>Trevor.Fehr@usdoj.gov;<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | bmichael@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | dgrassgreen@pszjlaw.com;<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | jstang@pzjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | dgallo@phrd.com;<br>hwinsberg@phrd.com;<br>mroberts@phrd.com;<br>mweiss@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | jbucheit@phrd.com;<br>tjacobs@phrd.com | Email |
| *NOA | Pfister & Saso, LLP | Attn: Robert Pfister<br>10250 Constellation Blvd, Ste 230<br>Los Angeles, CA 90067 | rpfister@pslawllp.com | Email |

# Exhibit A
## Limited Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Attorney for Century Indemnity Company | Plevin & Turner LLP | Attn: Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, DC 20006 | jhess@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | mplevin@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Miranda H Turner<br>1701 Pennsylvania Ave, NW, 2d Fl<br>Washington, DC 20006 | mturner@plevinturner.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | mdalelio@robinskaplan.com;<br>tkarpa@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Arolain@ruggerilaw.com;<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com;<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | afrankel@stblaw.com;<br>david.elbaum@stblaw.com;<br>michael.torkin@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's London and certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Ashley I Storey<br>1 Battery Park Plz, Fl 32<br>New York, NY 10004 | astorey@skarzynski.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane / Timothy W Evanston Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | jkahane@skarzynski.com;<br>nreinhardt@skarzynski.com;<br>rroten@skarzynski.com;<br>tevanston@skarzynski.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | Katie.Rios@wbd-us.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | Robert.Charles@wbd-us.com | Email |

# **EXHIBIT B**

# Exhibit B
## Limited Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | First Class Mail |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | First Class Mail |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | First Class Mail |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | First Class Mail |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | First Class Mail |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | First Class Mail |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | First Class Mail |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | First Class Mail |