James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO THE DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY**<br><br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Judge: Hon. Dennis Montali |

The Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby joins the Debtor's *Motion to Approve Compromise and Stipulation Modifying the Automatic Stay* [Docket No. 1285] (the "Stay Motion"). The Committee is a party to the Stipulation that is the subject of the Stay Motion.

The Committee incorporates by reference and joins each of the Debtor's arguments set forth in the Stay Motion. The Committee reserves the right to supplement this joinder, file a reply in support of the Stay Motion, participate in any hearing on the Stay Motion, and otherwise participate in all proceedings related to the Stay Motion.

| | | |
|---|---|---|
| Dated: August 15, 2025 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | */s/ Gail S. Greenwood* |
| | | James I. Stang |
| | | Brittany M. Michael |
| | | Gail S. Greenwood |
| | | Attorneys for the Official Committee of Unsecured Creditors |