James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Email: jstang@pszjlaw.com
 bmichael@pszjlaw.com
 ggreenwood@pszjlaw.com

*Attorneys for The Official Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On August 15, 2025, I caused to be served the following documents in the manner stated below:

- **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO THE DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 15, 2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 15, 2025 at San Francisco, California.

>                                         */s/ Matthew Renck*
>                                              *Legal* Assistant

**ECF/NEF List**

- Mary Alexander malexander@maryalexanderlaw.com
- Darren Azman dazman@mwe.com, mco@mwe.com
- Jesse Bair jbair@burnsbair.com, kdempski@burnsbair.com
- Hagop T. Bedoyan hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Jason Blumberg jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Gillian Nicole Brown gbrown@pszjlaw.com
- John Bucheit jbucheit@phrd.com
- Timothy W. Burns tburns@burnsbair.com, kdempski@burnsbair.com
- George Calhoun george@ifrahlaw.com
- Peter C. Califano pcalifano@nvlawllp.com
- Brian P Cawley bcawley@burnsbair.com
- Robert M Charles Robert.Charles@wbd-us.com
- Jason Chorley jason.chorley@clydeco.us, Robert.willis@clydeco.us
- Amanda L. Cottrell acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- Jennifer Witherell Crastz jcrastz@hemar-rousso.com
- Blaise S Curet bcuret@spcclaw.com
- Melissa M D'Alelio mdalelio@robinskaplan.com
- Jared A. Day jared.a.day@usdoj.gov
- Michele Nicole Detherage mdetherage@robinskaplan.com
- Allan B Diamond adiamond@diamondmccarthy.com
- Luke N. Eaton lukeeaton@cozen.com, monugiac@pepperlaw.com
- Daniel Lloyd Egan degan@wilkefleury.com
- Michael W Ellison mellison@sehlaw.com, kfoster@sehlaw.com
- Stephen John Estey steve@estey-bomberger.com
- Timothy W. Evanston tevanston@skarzynski.com
- Trevor Ross Fehr trevor.fehr@usdoj.gov
- Robert David Gallo dgallo@phrd.com
- Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Gail S. Greenwood ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- John Grossbart john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
- John Grossbart , docket.general.lit.chi@dentons.com
- Joshua K Haevernick joshua.haevernick@dentons.com
- Robert G. Harris rob@bindermalter.com, RobertW@BinderMalter.com
- Deanna K. Hazelton deanna.k.hazelton@usdoj.gov
- Jordan Anthony Hess jhess@plevinturner.com
- Todd C. Jacobs tjacobs@phrd.com
- Daniel James daniel.james@clydeco.us
- Christopher D. Johnson chris.johnson@diamondmccarthy.com
- Jeff D. Kahane jkahane@skarzynski.com
- Taylore Karpa Schollard tkarpa@robinskaplan.com
- Ori Katz okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Jeannie Kim jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- David S. Kupetz david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com
- Jennifer R Liakos jenn@jennliakoslaw.com
- Christina Marie Lincoln clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
- Lisa Arlyn Linsky llinsky@mwe.com
- John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Alan H. Martin AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- Patrick Maxcy patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
- Patrick Maxcy , docket.general.lit.chi@dentons.com
- Brittany Mitchell Michael bmichael@pszjlaw.com
- M. Keith Moskowitz keith.moskowitz@dentons.com
- Michael Norton michael.norton@clydeco.us, nancy.lima@clydeco.us
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Robert J. Pfister rpfister@pslawllp.com
- Mark D. Plevin mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Gregory S. Powell greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- Douglas B. Provencher dbp@provlaw.com
- Nathan W. Reinhardt nreinhardt@skarzynski.com
- Jason E. Rios jrios@ffwplaw.com, docket@ffwplaw.com
- Kathleen Mary Derrig Rios Katie.Rios@wbd-us.com
- Matthew Roberts mroberts@phrd.com

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

DOCS_SF:109528.4 05068/001

- Annette Rolain     arolain@ruggerilaw.com
- Julie H. Rome-Banks     julie@bindermalter.com
- Cheryl C. Rouse     rblaw@ix.netcom.com
- Samantha Ruben     samantha.ruben@dentons.com
- Phillip John Shine     phillip.shine@usdoj.gov
- James I. Stang     jstang@pszjlaw.com
- Ashley Storey     astorey@skarzynski.com
- Devin Miles Storey     dms@zalkin.com
- Jason D. Strabo     jstrabo@mwe.com, dnorthrop@mwe.com
- Catalina Sugayan     catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Edward J. Tredinnick     etredinnick@foxrothschild.com
- Miranda Turner     mturner@plevinturner.com
- Joshua D Weinberg     bkfilings@ruggerilaw.com
- Matthew Michael Weiss     mweiss@phrd.com
- Harris Winsberg     hwinsberg@phrd.com
- Yongli Yang     yongli.yang@clydeco.us