Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
Email:       ppascuzzi@ffwplaw.com
             jrios@ffwplaw.com
             tphinney@ffwplaw.com
             mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:       okatz@sheppardmullin.com
             amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>*[No Hearing Required]* |

**TWENTY-THIRD MONTHLY PROFESSIONAL FEE STATEMENT FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC [JULY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that GlassRatner Advisory & Capital Group, LLC (hereinafter, "GlassRatner"), financial advisor to the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for July 2025.

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2025 through July 31, 2025 |
| Amount of Compensation Requested: | $21,002.50 |
| Net of 20% Holdback: | $16,802.00 |
| Amount of Expenses Requested: | $886.29 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $17,688.29 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC ("GlassRatner") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from July 1, 2025 through July 31, 2025 (the "Fee Period"). By this twenty-third statement, GlassRatner seeks payment in the amount of $17,688.29, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the

compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as *Exhibit 1* is a summary of GlassRatner's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each GlassRatner professional during the Fee Period. Attached hereto as *Exhibit 2* is a summary of the services rendered and compensation sought by project category during the Fee Period.

Attached hereto as *Exhibit 3* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit 4*, are records of GlassRatner's fees incurred during the period July 1, 2025 through July 31, 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay GlassRatner 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: August 20, 2025        FELDERSTEIN FITZGERALD WILLOUGHBY
                              PASCUZZI & RIOS


                              By: */s/ Paul. J. Pascuzzi*
                              Paul J. Pascuzzi
                              Attorneys for The Roman Catholic Archbishop of
                              San Francisco


Dated: August 20, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                              By: */s/ Ori Katz*
                              Ori Katz
                              Attorneys for The Roman Catholic Archbishop of
                              San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from July 1, 2025 through July 31, 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $775.00 | 6.50 | $5,037.50 |
| David Greenblatt | Director | $575.00 | 12.70 | 7,302.50 |
| Coral Hansen | Managing Director | $525.00 | 16.50 | 8,662.50 |
| **TOTAL** | | | **35.70** | **$21,002.50** |

# Exhibit 2

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from July 1, 2025 through July 31, 2025**

| Description | Hours | Amount |
|---|---:|---:|
| Asset Analysis | 3.10 | $2,002.50 |
| Business Analysis | 5.50 | 3,662.50 |
| Case Administration | 1.10 | 852.50 |
| Employment/Fee Applications | 4.30 | 2,692.50 |
| Litigation Support | 0.60 | 405.00 |
| Monthly Operating Reports | 21.10 | 11,387.50 |
| **TOTAL** | **35.70** | **$21,002.50** |

# Exhibit 3

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---:|
| Airfare | 886.29 |
| **TOTAL** | **$886.29** |

**<u>Exhibit 4</u>**

**Invoice**



GlassRatner Advisory & Capital Group LLC

August 8, 2025　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice # :　80337

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period　July 1, 2025　　through　July 31, 2025

## Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 6.50 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 16.50 | 525.00 |
| David Greenblatt, CPA, CIRA | 12.70 | 575.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 35.70 | $21,002.50 |

**Out-of-Pocket Expenses:**

| | |
|---|---|
| Travel -- Air/Rail | 886.29 |
| Total expenses | $886.29 |
| Total amount of this bill | $21,888.79 |

**Thank you for working with GlassRatner Advisory & Capital Group, LLC, we don't take our clients for granted.**
For our wiring instructions, please contact us directly using the contact information below.　Tax ID Number: ▮

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6600 Fax: 470.346.6604 | www.glassratner.com

**Professional Services Detail**

                                                    Hours

### Asset Analysis

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/1/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: real estate | 1.10 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: real estate | 1.10 |
| 7/16/2025 | D. Greenblatt | Call with W. Weitz and client re: sources of cash | 0.90 |
|  | SUBTOTAL: |  [ 3.10 | 2002.50] |

### Business Analysis

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/8/2025 | D. Greenblatt | Update professional fee tracker and prepare summary for Debtor for current month professional fee payments | 1.80 |
| 7/11/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.20 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.20 |
| 7/16/2025 | W. Weitz | Call with D. Greenblatt and client re: sources of cash | 0.90 |
| 7/18/2025 | W. Weitz | Weekly update client / counsel call | 0.40 |
|  | SUBTOTAL: | [ 5.50 | 3662.50] |

### Case Administration

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/18/2025 | W. Weitz | Update call with P. Pascuzzi | 0.10 |
| 7/25/2025 | W. Weitz | Weekly update call with client and counsel | 1.00 |
|  | SUBTOTAL: | [ 1.10 | 852.50] |

### Employment/Fee Applications

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/3/2025 | D. Greenblatt | Prepare June Fee Statement | 0.80 |
|  | D. Greenblatt | Preparation of 5th Interim Fee Application | 1.30 |
| 7/7/2025 | D. Greenblatt | Finalize 5th Interim Fee Application | 1.10 |
|  | W. Weitz | Review June fee statement | 0.30 |
|  | W. Weitz | Review Fifth Interim Fee Application | 0.40 |
| 7/16/2025 | W. Weitz | Prepare and validated LEDES file for fee examiner and US Trustee | 0.40 |
|  | SUBTOTAL: | [ 4.30 | 2692.50] |

### Litigation

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/1/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: discovery matters | 0.30 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: discovery matters | 0.30 |
|  | SUBTOTAL: | [ 0.60 | 405.00] |

### Monthly Operating Reports

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/1/2025 | C. Hansen | Update MOR analysis for June data | 1.00 |
| 7/2/2025 | C. Hansen | Prepare bank statement and exhibit for MOR | 0.70 |
|  | C. Hansen | Update MOR template with bank statements | 0.90 |
| 7/7/2025 | C. Hansen | June 2025 MOR: payroll | 0.30 |
|  | C. Hansen | June 2025 MOR: review investment accounts/ Prepare exhibit | 0.80 |
|  | C. Hansen | June 2025 MOR: receipts and disbursement schedule | 1.10 |
| 7/10/2025 | C. Hansen | June 2025 MOR: search intacct for insider payments; Follow up with M. Cottrell re same | 0.30 |
|  | D. Greenblatt | Preparation of June 2025 MOR | 1.80 |
| 7/17/2025 | C. Hansen | June 2025 MOR: post-petition AP | 1.00 |
|  | C. Hansen | June 2025 MOR: prepare report | 2.10 |
|  | C. Hansen | June 2025 MOR: continue receipts and disbursements | 2.40 |
| 7/18/2025 | C. Hansen | Send to draft MOR to client for review | 0.30 |
|  | C. Hansen | Send to draft MOR to client for review | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/18/2025 | C. Hansen | June 2025 MOR: finalize AR and AP reports | 0.70 |
| | C. Hansen | June 2025 MOR: prepare exhibits | 1.00 |
| | C. Hansen | June 2025 MOR: update report and exhibits | 1.20 |
| | C. Hansen | Finalize draft and send draft of MOR and send to D. Greenblatt | 2.40 |
| | D. Greenblatt | Continue preparing June 2025 MOR | 1.70 |
| | W. Weitz | Review June MOR | 0.40 |
| 7/21/2025 | D. Greenblatt | Finalize June 2025 MOR and send to Counsel for filing | 0.70 |

SUBTOTAL: [ 21.10 11387.50]