| | |
|---|---|
| 1 | Paul J. Pascuzzi, State Bar No. 148810 |
| | Jason E. Rios, State Bar No. 190086 |
| 2 | Thomas R. Phinney, State Bar No. 159435 |
| | Mikayla E. Kutsuris, State Bar No. 339777 |
| 3 | FELDERSTEIN FITZGERALD |
| |    WILLOUGHBY PASCUZZI & RIOS LLP |
| 4 | 500 Capitol Mall, Suite 2250 |
| | Sacramento, CA 95814 |
| 5 | Telephone: (916) 329-7400 |
| | Facsimile: (916) 329-7435 |
| 6 | Email: ppascuzzi@ffwplaw.com |
| |          jrios@ffwplaw.com |
| 7 |          tphinney@ffwplaw.com |
| |          mkutsuris@ffwplaw.com |

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR
BLANK ROME LLP [JULY 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of July 2025 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of July 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2025, through July 31, 2025 | $79,755.40 | $26.10 | $79,781.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $63,804.32 | $26.10 | $63,830.42 |

Attached hereto as ***Exhibit A*** is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of BR's fees incurred during the period of July 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

///

///

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: August 20, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: August 20, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Ori Katz
Ori Katz
Alan H. Martin
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

# Exhibit A

**Compensation by Professional Person for Hourly Services
for the Fee Period of
July 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Jeffrey L. Schulman | Partner | $836 | 31.40 | $26,250.40 |
| Barron L. Weinstein | Of Counsel | $820 | 32.70 | $26,814.00 |
| Hannah K. Ahn | Associate | $795 | 2.80 | $2,226.00 |
| Kevin Cifarelli | Associate | $525 | 46.60 | $24,465.00 |
| **TOTAL** | | | **113.50** | **$79,755.40** |

# Exhibit B

**Summary of Compensation by Project Category
Compensation by Project Category for Hourly Services
for the Fee Period of July 2025**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 26.70 | $14,897.90 |
| Fee Application | 2.10 | $1,733.20 |
| Lit (Analysis of Coord Abuse Claims for Available Ins Coverage) | 22.40 | $11,760.00 |
| Mediation | 55.80 | $46,148.00 |
| Motion Practice | 0.60 | $501.60 |
| Preparation of Materials for Parties in Bankruptcy Proceedings | 3.30 | $2,758.80 |
| Recovery of Defense Costs from Carrier | 1.90 | $1,588.40 |
| Discovery | 0.70 | $367.50 |
| **TOTAL** | **113.50** | **$79,755.40** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Parking/Tolls/Transit – Weinstein (Mediation) | $26.00 |
| Docket Searches | $0.10 |
| **TOTAL** | **$26.10** |

# Exhibit D

**Blank Rome July Invoice**



**BLANKROME**

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ■

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: AUGUST 11, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 04647 |
| ■ , ■ | INVOICE NUMBER: 2300009 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | |

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/13/2025 | 2263975 | $108,754.80 | ($87,013.04) | $21,741.76 |
| 04/09/2025 | 2270624 | $87,530.51 | ($70,047.51) | $17,483.00 |
| 05/12/2025 | 2278542 | $133,108.09 | ($106,551.93) | $26,556.16 |
| 06/06/2025 | 2284702 | $111,755.09 | ($90,183.27) | $21,571.82 |
| 07/07/2025 | 2291507 | $57,999.30 | $0.00 | $57,999.30 |

**BALANCE FORWARD** $145,352.04

FOR LEGAL SERVICES RENDERED THROUGH 7/31/25     $79,755.40
FOR DISBURSEMENTS ADVANCED THROUGH 7/31/25     $26.10

**CURRENT INVOICE TOTAL** $79,781.50

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** $225,133.54

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ■ 9326 | 130 North 18th St |
| ABA Number: | ■ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ■ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: AUGUST 11, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 |
| ▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮ | INVOICE NUMBER: 2300009 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | PAGE 1 |

REGARDING: ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

FOR LEGAL SERVICES RENDERED THROUGH JULY 31, 2025

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/01/25 | TEAM MEETING WITH B. WEINSTEIN AND J. SCHULMAN RE INSURANCE ISSUES, MEDIATION AND STRATEGY. | K. CIFARELLI | 06 | 0.50 | 262.50 |
| 07/01/25 | CONFER WITH COUNSEL REGARDING INSURANCE ISSUES AND REVIEW POLICIES REGARDING SAME | J. SCHULMAN | 09 | 0.80 | 668.80 |
| 07/01/25 | CONFER WITH COVERAGE TEAM REGARDING MEDIATION STRATEGY | J. SCHULMAN | 09 | 0.50 | 418.00 |
| 07/01/25 | ATTEND ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES AND STRATEGY (.5). PREPARE CORRESPONDENCE TO DEFENSE COUNSEL REGARDING MEDIATION ISSUES (.2); ANALYZE POLICY LIMITS REGARDING NEGOTIATING STRATEGY (.2); FOLLOW UP CALL WITH DEFENSE COUNSEL REGARDING SAME (.2); PREPARE CORRESPONDENCE TO LEGAL TEAM REGARDING SAME (.1); TELEPHONE CONFERENCES WITH LEGAL TEAM REGARDING MEDIATION STRATEGY AND COVERAGE ISSUES (.8); ANALYZE AND REVISE DRAFT CORRESPONDENCE WITH LEGAL TEAM REGARDING MEDIATION (.3). | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 07/03/25 | REVIEW OF LETTER FROM CARRIER WITH REQUEST FOR INFORMATION (.2) ANALYZE INSURANCE POLICIES AND SECONDARY EVIDENCE TO PREPARE RESPONSE TO REQUEST FOR INFORMATION (1.8) PREPARE DOCUMENT PRODUCTION TO CARRIER (.7) | K. CIFARELLI | 06 | 2.70 | 1,417.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/03/25 | PREPARE LETTER TO CARRIER IN RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 06 | 0.60 | 315.00 |
| 07/03/25 | DRAFT LETTER TO CARRIER IN RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 06 | 0.50 | 262.50 |
| 07/03/25 | ATTEND ZOOM CONFERENCE WITH COMMITTEE REGARDING MEDIATION ISSUES (.5); ANALYSIS OF POTENTIAL STAY RELEASE AND MEDIATION STRATEGY (.4); ATTEND ZOOM CONFERENCE WITH MEDIATORS REGARDING MEDIATION ISSUES (.5); FOLLOW UP CONFERENCE WITH LEGAL TEAM REGARDING SAME (.2). | B. WEINSTEIN | 07 | 1.60 | 1,312.00 |
| 07/03/25 | CONFER WITH COMMITTEE COVERAGE PROFESSIONALS REGARDING INSURANCE ISSUES. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 07/04/25 | PREPARE DOCUMENTS FOR PRODUCTION TO CARRIERS. | K. CIFARELLI | 06 | 0.80 | 420.00 |
| 07/04/25 | REVISE CORRESPONDENCE TO CARRIER RESPONDING TO REQUEST FOR INFORMATION. | K. CIFARELLI | 06 | 0.50 | 262.50 |
| 07/04/25 | REVISE DOCUMENT PRODUCTION TO CARRIER. | K. CIFARELLI | 06 | 0.40 | 210.00 |
| 07/04/25 | PREPARE CORRESPONDENCE TO CARRIERS REGARDING DOCUMENT PRODUCTION. | K. CIFARELLI | 06 | 0.40 | 210.00 |
| 07/05/25 | ANALYSIS OF PLEADINGS IN ANOTHER DIOCESAN BANKRUPTCY PROCEEDING WITH OVERLAPPING LEGAL ISSUES RELATING TO SETTLEMENT NEGOTIATIONS (SHARED WITH OTHER CLIENT). | B. WEINSTEIN | 07 | 0.40 | 328.00 |
| 07/07/25 | REVISE LETTER RE INSURANCE POLICY INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/07/25 | ANALYZE COVERAGE POSITION OF CARRIER TO EVALUATE COVERAGE ISSUE. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 07/07/25 | REVIEW OF CORRESPONDENCE FROM CARRIERS TO EVALUATE COVERAGE POSITION FOR SETTLEMENT NEGOTIATIONS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 07/07/25 | PREPARE CORRESPONDENCE TO COUNSEL FOR CHUBB RE CLAIMANT JOHN ▮ DOE ▮. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/07/25 | REVIEW OF PLEADING FROM NEW CLAIMANT TO DETERMINE POTENTIAL INSURANCE COVERAGE. | K. CIFARELLI | 01 | 0.20 | 105.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/07/25 | PREPARE DOCUMENTS PRODUCTION TO ALL CARRIERS. | K. CIFARELLI | 01 | 1.80 | 945.00 |
| 07/07/25 | PREPARE CORRESPONDENCE TO CARRIERS REGARDING INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/07/25 | ANALYZE DOCUMENTS FOR PRODUCTION TO CARRIER. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 07/07/25 | PREPARE CORRESPONDENCE TO CARRIER IN RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 07/07/25 | REVIEW INVOICE FOR FEE APPLICATION. | J. SCHULMAN | 05 | 0.40 | 334.40 |
| 07/07/25 | REVIEW DOCUMENTS FOR PRODUCTION (1) AND REVISE RESPONSVIE LETTER REGARDING SAME (.3). | J. SCHULMAN | 09 | 1.30 | 1,086.80 |
| 07/07/25 | INVESTIGATE DEVELOPMENTS IN ANOTHER DIOCESAN BANKRUPTCY WITH OVERLAPPING ISSUES (SHARED WITH ANOTHER CLIENT (.3). | B. WEINSTEIN | 07 | 0.30 | 246.00 |
| 07/08/25 | REVIEW OF INSURANCE COVERAGE POSITIONS OF CARRIERS TO RESPOND TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 07/08/25 | REVISE MEMORANDUM FROM DEFENSE COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/08/25 | REVIEW OF COVERAGE LETTER FROM CARRIER. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 07/08/25 | DRAFT CORRESPONDENCE TO CARRIER WITH RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/08/25 | REVIEW OF FILE TO PREPARE RESPONSE TO CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 07/08/25 | ADDRESS COVERAGE ANALYSIS QUESTIONS FOR DEBTOR TEAM (1.3); CONFER WITH COVERAGE TEAM REGARDING SAME (.8); CONFER WITH DEBTOR TEAM REGARDING SAME (.4); DRAFT PLEADING (.7). | J. SCHULMAN | 07 | 3.20 | 2,675.20 |
| 07/08/25 | ATTEND ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGY (.8); ANALYZE PROPOSED PLEADING (.2) AND PREPARE CORRESPONDENCE REGARDING SAME (.4). | B. WEINSTEIN | 07 | 1.40 | 1,148.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/08/25 | REVIEW OF EMAIL FROM COUNSEL REGARDING INSURANCE ISSUES AND MEDIATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 07/08/25 | REVIEW CARRIER COVERAGE POSITIONS OF ▉ CLAIMS. | K. CIFARELLI | 01 | 2.60 | 1,365.00 |
| 07/08/25 | PREPARE MATRIX WITH ▉ CLAIMS AND COVERAGE POSITION OF CARRIER. | K. CIFARELLI | 01 | 1.40 | 735.00 |
| 07/08/25 | REVIEW AND RESPOND TO EMAIL FROM CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 07/08/25 | CONDUCT FURTHER ANALYSIS OF INSURANCE COVERAGE POSITIONS FOR ▉ CLAIMS. | K. CIFARELLI | 01 | 1.20 | 630.00 |
| 07/08/25 | DRAFT MEMORANDUM REGARDING INSURANCE ISSUES ASSOCIATED WITH ▉ CLAIMS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 07/08/25 | PREPARE FOR ZOOM STRATEGY MEETING WITH J. SCHULMAN AND B. WEINSTEIN TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 07/09/25 | CORRESPONDENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGY (.2); ANALYZE CASES AND COVERAGE REGARDING MEDIATION STRATEGY TO PREPARE FOR ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM (.7); ATTEND ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION STRATEGY (1.2). | B. WEINSTEIN | 07 | 2.10 | 1,722.00 |
| 07/09/25 | REVIEW AND REVISE DRAFT FEE APPLICATION. | B. WEINSTEIN | 05 | 0.30 | 246.00 |
| 07/09/25 | DRAFT PLEADING. | J. SCHULMAN | 10 | 1.90 | 1,588.40 |
| 07/09/25 | COVERAGE AND UNDERLYING CASE ANALYSIS FOR DEBTOR TEAM AND CONFER WITH DEBTOR TEAM REGARDING SAME (2.5); CONFER WITH DEBTOR TEAM IN PREPARATION FOR MEDIATION (1.1). | J. SCHULMAN | 07 | 3.60 | 3,009.60 |
| 07/09/25 | PREPARE MATRIX WITH INSURANCE ASSETS AND COVERAGE ISSUES FOR ▉ CLAIMS. | K. CIFARELLI | 01 | 1.80 | 945.00 |
| 07/09/25 | REVISE MATRIX WITH POTENTIAL INSURANCE ASSETS AND COVERAGE ISSUES FOR ▉ CLAIMS. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/09/25 | ANALYZE ▉ CLAIMS TO ASSESS INSURANCE ASSETS. | K. CIFARELLI | 01 | 1.60 | 840.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/09/25 | REVIEW CORRESPONDENCE FROM UCC REGARDING INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 07/10/25 | ANALYZE CARRIER'S REQUEST FOR INFORMATION CONCERNING ALLEGED ABUSE DATES. | K. CIFARELLI | 06 | 1.70 | 892.50 |
| 07/10/25 | PREPARE FOR MEETING WITH COMMITTEE (.7); CONFER WITH B. WEINSTEIN IN CONNECTION WITH MEDIATION FOLLOWING SAME (.2); REVIEW STIPULATION AND DOCUMENTS EXCHANGED REGARDING SAME (.8). | J. SCHULMAN | 07 | 1.70 | 1,421.20 |
| 07/10/25 | FINALIZE FEE APPLICATION. | J. SCHULMAN | 05 | 0.30 | 250.80 |
| 07/10/25 | REVISE DRAFT FEE APPLICATION AND DECLARATION. | B. WEINSTEIN | 05 | 1.10 | 902.00 |
| 07/10/25 | PREPARE FOR (.4) AND ATTEND (1.7) ZOOM MEDIATION SESSION; CONFERENCE WITH BANKRUTPCY COUNSEL REGARDING FOLLOW UP TO MEDIATION SESSION (.1). | B. WEINSTEIN | 07 | 2.20 | 1,804.00 |
| 07/10/25 | PREPARE EMAIL WITH CHART OF INSURANCE INFORMATION. | K. CIFARELLI | 06 | 0.20 | 105.00 |
| 07/10/25 | PHONE CALL WITH D. ZAMORA RE INSURANCE ISSUES. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/10/25 | ANALYZE MATRIX OF POTENTIAL AVAILABLE INSURANCE ASSETS TO ASCERTAIN CARRIER EXPOSURE. | K. CIFARELLI | 06 | 0.90 | 472.50 |
| 07/10/25 | PREPARE EMAIL RE ACCESS TO SHAREVAULT. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/11/25 | ATTEND ZOOM CONFERENCE WITH LEGAL TEAM AND MEDIATOR REGARDING MEDIATION ISSUES. | B. WEINSTEIN | 07 | 1.20 | 984.00 |
| 07/11/25 | PREPARE CORRESPONDENCE TO CARRIER IN RESPONSE TO REQUEST FOR INFORMATION CONCERNING INSURANCE COVERAGE AND CLAIM ISSUES. | K. CIFARELLI | 06 | 1.80 | 945.00 |
| 07/11/25 | REVIEW OF EMAIL RE NEW FILES IN SHAREVAULT AND REVIEW OF SHAREVAULT FOR PLEADINGS. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/11/25 | EMAIL CORRESPONDENCE WITH K. CIFARELLI RE: INSURANCE ASSET ANALYSIS SUPPORTING DOCUMENTATION | H. AHN | 01 | 0.10 | 79.50 |
| 07/11/25 | DEBTOR TEAM MEETING REGARDING MEDIATION (1.2) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.50 | 1,254.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/11/25 | REVISIONS TO CORRESPONDENCE RESPONDING TO INSURANCE CARRIER'S REQUERST FOR INFORMATION. | K. CIFARELLI | 06 | 0.70 | 367.50 |
| 07/13/25 | REVIEW CORRESPONDENCE WITH CLIENT AND LEGAL TEAM REGARDING UPCOMING MEDIATION (.3); ATTEND ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING UPCOMING MEDIATION (.6). | B. WEINSTEIN | 07 | 0.90 | 738.00 |
| 07/13/25 | CONFER WITH DEBTOR TEAM (.6) AND MEDIATORS (.2) REGARDING MEDIATION ISSUES. | J. SCHULMAN | 07 | 0.80 | 668.80 |
| 07/14/25 | REVIEW CORRESPONDENCE FROM INSURER REGARDING SETTLEMENT NEGOTIATIONS (.2); DRAFT RESPONSE REGARDING SAME (.2); PREPARE FOR ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.5); ATTEND ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.6). | B. WEINSTEIN | 07 | 1.50 | 1,230.00 |
| 07/14/25 | REVIEW DRAFT MOTION. | J. SCHULMAN | 08 | 0.60 | 501.60 |
| 07/14/25 | CONFER WITH INSURANCE PROFESSIONALS REGARDING COVERAGE ISSUES AND UNDERLYING CASES (.7) AND PREPARE FOR SAME (.5); CONFER WITH DEBTOR TEAM REGARDING SAME (.6); REVIEW DRAFT STIPULATION AND EMAILS REGARDING SAME (.2); REVIEW COMMUNICATIONS WITH INSURERS REGARDING MEDIATION ISSUES (.3). | J. SCHULMAN | 07 | 2.30 | 1,922.80 |
| 07/14/25 | REVIEW OF EMAIL FROM CARRIER REGARDING MEDIATION AND INSURANCE ISSUES. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/14/25 | PREPARE RESPONSE TO CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 06 | 0.20 | 105.00 |
| 07/14/25 | MEETING WITH JUDGE BUCKLEY, DEFENSE COUNSEL AND BANKRUPTCY COUNSEL TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/14/25 | EMAIL CORRESPONDENCE WITH K. CIFARELLI RE: REVISIONS TO INSURANCE ASSET ANALYSIS WITH RESPECT TO LMI DEMAND AND RELATED ISSUES | H. AHN | 01 | 0.30 | 238.50 |

Case: 23-30564   Doc# 1297   Filed: 08/20/25   Entered: 08/20/25 09:28:08   Page 13 of 18

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/14/25 | PREPARE BRIEF MEMORANDUM RE ALLEGED ABUSE DATES BY CLAIMANTS. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/14/25 | COMPARE MATRIX OF CLAIMANTS AND ABUSE DATES TO ALLEGATIONS FACT SHEETS AND SURVIVOR FORMS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 07/14/25 | ANALYZE SETTLEMENT DEMAND AND SCHEDULE OF CLAIM VALUATIONS TO RESPOND TO CARRIER'S REQUEST FOR CLARIFICATION ON SCOPE OF CLAIMS AND DEMAND. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 07/14/25 | REVISE CORRESPONDENCE TO CARRIER IN RESPONSE TO REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/14/25 | REVIEW OF CORRESPONDENCE FROM CARRIER WITH REQUEST FOR INFORMATION AND PERSONNEL RECORDS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 07/14/25 | REVISIONS TO SETTLEMENT DEMAND SCHEDULES IN ADVANCE OF MEDIATION. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 07/14/25 | REVIEW OF PERSONNEL RECORDS TO RESPOND TO CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 07/15/25 | ANALYZE INSURANCE ASSET MATRIX AND REVISE ALLOCATIONS | H. AHN | 01 | 1.60 | 1,272.00 |
| 07/15/25 | CONFER WITH K. CIFARELLI RE: UPDATED INSURANCE ASSET ANALYSIS AND RELATED ISSUES | H. AHN | 01 | 0.70 | 556.50 |
| 07/15/25 | CONFER WITH COUNSEL RE: ADJUSTMENT TO INSURANCE ASSET ANALYSIS | H. AHN | 01 | 0.10 | 79.50 |
| 07/15/25 | ANALYZE CORRESPONDENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUE (.1); ANALYZE FILE NOTES REGARDING SAME (.1); CONFERENCE WITH INSURER REGARDING MEDIATION, NEGOTIATIONS (.5); ANALYZE CORRESPONDENCE FROM INSURER REGARDING SETTLEMENT NEGOTIATIONS (.6) AND REVISE DRAFT RESPONSE (.7). | B. WEINSTEIN | 07 | 2.00 | 1,640.00 |
| 07/15/25 | CONFER WITH DEBTOR AND COMMITTEE PROFESSIONALS REGARDING MEDIATION (.4) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 0.70 | 585.20 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/15/25 | REVISE LETTER REGARDING INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/15/25 | REVISIONS TO UPDATED SCHEDULE OF CLAIMS. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 07/16/25 | TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL REGARDING MEDIATION ISSUES (.1); ANALYZE FILE NOTES AND CORRESPONDENCE REGARDING ISSUES FOR NEXT WEEK'S MEDIATION SESSION (.6). | B. WEINSTEIN | 07 | 0.70 | 574.00 |
| 07/16/25 | ATTEND DEBTOR MEETING REGARDING MEDIATION (.3); REVIEW DRAFT TERM SHEET AND CONFER WITH DEBTOR TEAM REGARDING SAME (.4). | J. SCHULMAN | 07 | 0.70 | 585.20 |
| 07/17/25 | PREPARE MEMORANDUM WITH COVERAGE ISSUES PENDING IN BANKRUPTCY PROCEEDING. | K. CIFARELLI | 06 | 0.40 | 210.00 |
| 07/17/25 | REVIEW OF COVERAGE LETTER FROM CARRIER WITH INSURANCE COVERAGE POSITION. | K. CIFARELLI | 06 | 0.20 | 105.00 |
| 07/17/25 | PREPARE MEMORANDUM REGARDING POLICIES POTENTIALLY INVOLVING CX REINSURANCE LIQUIDATION. | K. CIFARELLI | 06 | 0.50 | 262.50 |
| 07/17/25 | REVIEW OF POLICIES TO ASSESS FILING OF PROOF OF CLAIM IN CX REINSURANCE LIQUIDATION. | K. CIFARELLI | 06 | 0.60 | 315.00 |
| 07/17/25 | REVIEW OF CORRESPONDENCE FROM CREDITORS' COMMITTEE RE INSURANCE ISSUES. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/17/25 | ZOOM CONFERENCE WITH MEDIATORS REGARDING MEDIATION ISSUES (.2); FOLLOW UP CALLS WITH BANKRUPTCY COUNSEL REGARDING SAME (.2); REVISE DRAFT PLEADING (1.1). | B. WEINSTEIN | 07 | 1.50 | 1,230.00 |
| 07/17/25 | REVIEW OF EMAIL FROM UCC AGENT RE NEW FILING AND REVIEW OF FILING IN SHAREVAULT. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/18/25 | ATTEND DEBTOR MEETING IN ANTICIPATION OF MEDIATION (.4) AND PREPARE FOR SAME (.2). | J. SCHULMAN | 07 | 0.60 | 501.60 |
| 07/18/25 | REVISE DRAFT PLEADING. | J. SCHULMAN | 09 | 0.70 | 585.20 |
| 07/18/25 | REVISE PLEADING REGARDING MEDIATION ISSUES | B. WEINSTEIN | 07 | 0.30 | 246.00 |
| 07/20/25 | REVIEW AND PREPARE DOCUMENTS FOR MEDIATION SESSION | B. WEINSTEIN | 07 | 1.10 | 902.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/21/25 | PLAN/PREPARE FOR MEDIATION. | J. SCHULMAN | 07 | 1.60 | 1,337.60 |
| 07/21/25 | REVIEW OF CORRESPONDENCE FROM CARRIER RE MEDIATION. | K. CIFARELLI | 06 | 0.20 | 105.00 |
| 07/21/25 | PREPARE DOCUMENTS FOR MEDIATION; REVIEW COVERAGE AND CLAIM INFORMATION TO PREPARE FOR MEDIATION. | B. WEINSTEIN | 07 | 2.10 | 1,722.00 |
| 07/21/25 | REVISIONS TO LETTER TO CARRIER REGARDING INSURANCE COVERAGE ISSUES AND SETTLEMENT DEMAND. | K. CIFARELLI | 06 | 1.30 | 682.50 |
| 07/21/25 | PREPARE INSURANCE MATERIALS FOR MEDIATION. | K. CIFARELLI | 06 | 0.80 | 420.00 |
| 07/21/25 | PREPARE REVISED SCHEDULE OF CLAIMS FOR CARRIERS. | K. CIFARELLI | 06 | 0.60 | 315.00 |
| 07/21/25 | PREPARE REVISED SCHEDULES OF CLAIMS TO CARRIERS. | K. CIFARELLI | 06 | 1.20 | 630.00 |
| 07/21/25 | PREPARE LETTER TO CARRIER REGARDING MEDIATION AND SETTLEMENT DEMAND. | K. CIFARELLI | 06 | 1.80 | 945.00 |
| 07/21/25 | REVISE DRAFT PLEADING. | J. SCHULMAN | 01 | 0.40 | 334.40 |
| 07/22/25 | PREPARE RESPONSE TO CARRIER'S REQUEST FOR INFORMATION AT MEDIATION. | K. CIFARELLI | 06 | 0.40 | 210.00 |
| 07/22/25 | PREPARE FOR MEDIATION (.7); ATTEND IN PERSON MEDIATION IN SAN FRANCISCO (6.2). | B. WEINSTEIN | 07 | 6.90 | 5,658.00 |
| 07/22/25 | APPEAR FOR/ATTEND MEDIATION. | J. SCHULMAN | 07 | 5.90 | 4,932.40 |
| 07/23/25 | ANALYZE SCOPE OF TENDERS AND COVERAGE POSITIONS FROM CARRIERS TO IDENTIFY MISSING RESPONSES AND DETERMINE DUTY TO PAY DEFENSE COSTS (1.8) PREPARE MATRIX OF COVERAGE TENDERS AND RESPONSES (1.6) | K. CIFARELLI | 01 | 3.40 | 1,785.00 |
| 07/24/25 | INVESTIGATE INSURER DUTIES UNDER POLICIES | B. WEINSTEIN | 07 | 1.60 | 1,312.00 |
| 07/25/25 | ATTEND DEBTOR TEAM MEETING (1) AND PREPARE FOR SAME (.4); CONFER WITH MEDIATOR REGARDING SAME (.2). | J. SCHULMAN | 07 | 1.60 | 1,337.60 |
| 07/25/25 | ATTEND ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (1.0); REVIEW FILE NOTES TO PREPARE FOR SAME (.2). | B. WEINSTEIN | 07 | 1.20 | 984.00 |
| 07/25/25 | ZOOM MEETING WITH J. BUCKLEY, D. ZAMORA, J. SCHULMAN, B. | K. CIFARELLI | 06 | 0.20 | 105.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | WEINSTEIN AND P. PASCUZZI TO DISCUSS MEDIATION AND INSURANCE ISSUES. | | | | |
| 07/28/25 | REVIEW OF EMAIL FROM CARRIER WITH REQUEST FOR INFORMATION REGARDING CLAIMANT INFORMATION | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/28/25 | PREPARE DOCUMENT PRODUCTION IN RESPONSE TO REQUEST FROM CARRIER. | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 07/31/25 | PREPARE PRODUCTION OF DOCUMENTS TO CARRIERS. | K. CIFARELLI | 06 | 0.50 | 262.50 |
| 07/31/25 | PREPARE MEMORANDUM REGARDING COVERAGE ISSUES RAISED BY CARRIER. | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 07/31/25 | REVIEW OF SUPPLEMENTAL COVERAGE LETTER FROM CARRIER. | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 07/31/25 | PREPARE EMAIL TO ▮▮▮▮ RE DOCUMENT PRODUCTION. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 07/31/25 | PREPARE DOCUMENTS FOR PRODUCTION TO CARRIERS. | K. CIFARELLI | 93 | 0.70 | 367.50 |
| | **TOTAL SERVICES** | | | | **$79,755.40** |

**FOR DISBURSEMENTS ADVANCED THROUGH JULY 31, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/22/25 | PARKING/TOLLS/TRANSIT: BARRON WEINSTEIN MEDIATION ON 07/22/25 | 26.00 |
| | DOCKET SEARCHES | 0.10 |
| | **TOTAL DISBURSEMENTS** | **$26.10** |

| | | |
|---|---|---|
| **CURRENT INVOICE TOTAL** | | **$79,781.50** |

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 26.70 | 14,897.90 |
| 05 | FEE APPLICATION | 2.10 | 1,733.20 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 22.40 | 11,760.00 |
| 07 | MEDIATION | 55.80 | 46,148.00 |
| 08 | MOTION PRACTICE | 0.60 | 501.60 |
| 09 | PREPARATION OF MATERIALS FOR PARTIES IN BANKRUPTCY PROCEEDINGS; | 3.30 | 2,758.80 |
| 10 | RECOVERY OF DEFENSE COSTS FROM CARRIERS | 1.90 | 1,588.40 |

| CODE | TASK | HOURS | AMOUNT |
|---|---|---:|---:|
| 93 | DISCOVERY | 0.70 | 367.50 |
| | **TOTAL** | **113.50** | **$79,755.40** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---:|---:|---:|
| JEFFREY L. SCHULMAN | 836.00 | 31.40 | 26,250.40 |
| HANNAH K. AHN | 795.00 | 2.80 | 2,226.00 |
| KEVIN L. CIFARELLI | 525.00 | 46.60 | 24,465.00 |
| BARRON L. WEINSTEIN | 820.00 | 32.70 | 26,814.00 |
| **TOTALS** | | **113.50** | **$79,755.40** |