Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com
       mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [JULY 2025]**

1

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for July 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of July 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2025, through July 31, 2025 | $46,360.50 | $777.55 | $47,138.05 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $37,088.40 | $777.55 | $37,865.95 |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: August 20, 2025

    FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP


By: */s/ Paul J. Pascuzzi*
    Paul J. Pascuzzi
    Attorneys for The Roman Catholic Archbishop of San Francisco

# Exhibit A

July 2025 Invoice

Case: 23-30564    Doc# 1298    Filed: 08/20/25    Entered: 08/20/25 09:31:36    Page 3 of 17

# Felderstein Fitzgerald Willoughby - ABA Task Summary report

Date Start: 7/1/2025 | Date End: 7/31/2025 | Clients: Archdiocese of San Francisco | Matters: Archdiocese of SF - Post Petition | Users: All

| Date | User | Client | Matters | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **B110 - Case Administration** | | | | | | | | | |
| | | | | B110 - Case Administration Sub Totals: | | | 1.10 | 1.10 | $436.00 |
| **B140 - Relief from Stay/Adequate Protection Proceedings** | | | | | | | | | |
| | | | | B140 - Relief from Stay/Adequate Protection Proceedings Sub Totals: | | | 15.90 | 15.90 | $8,165.00 |
| **B150 - Meetings of and Communications with Creditors** | | | | | | | | | |
| | | | | B150 - Meetings of and Communications with Creditors Sub Totals: | | | 4.60 | 4.60 | $2,752.50 |
| **B160 - Fee/Employment Applications** | | | | | | | | | |
| | | | | B160 - Fee/Employment Applications Sub Totals: | | | 33.20 | 33.20 | $10,937.00 |
| **B190 - Other Contested Matters** | | | | | | | | | |
| | | | | B190 - Other Contested Matters Sub Totals: | | | 12.90 | 12.90 | $4,690.00 |
| **B410 - General Bankruptcy Advice/Opinions** | | | | | | | | | |
| | | | | B410 - General Bankruptcy Advice/Opinions Sub Totals: | | | 22.60 | 22.60 | $13,560.00 |
| **L160 - Settlement/Non-Binding ADR** | | | | | | | | | |
| | | | | L160 - Settlement/Non-Binding ADR Sub Totals: | | | 9.90 | 8.10 | $4,860.00 |
| **L210 - Pleadings** | | | | | | | | | |
| | | | | L210 - Pleadings Sub Totals: | | | 1.40 | 1.40 | $840.00 |
| **L320 - Document Production** | | | | | | | | | |
| | | | | L320 - Document Production Sub Totals: | | | 0.20 | 0.20 | $120.00 |
| | | | | | | **Grand Total** | **101.80** | **100.00** | **$46,360.50** |

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



Archdiocese of San Francisco
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email:

# Invoice 14147

| Date | Aug 12, 2025 |
|---|---|
| Terms | |
| Service Thru | Jul 31, 2025 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 07/01/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to attorney group re professionals call, strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/01/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review financial information for mediation strategy, consider issues re same (.2). Email to M. Flanagan, D. Greenblatt, O. Katz re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 07/01/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to K. Rios (parishes), G. Greenwood (committee) re parish list for committee complaint, consider issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/01/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with committee counsel (.2). Attend same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 07/01/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise draft proposed stip and orders re stay extension motion (.5). Email to client team re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 07/01/2025 | DP | **B160 - Fee/Employment Applications:** Update numbers on fee application (.3) and PJP declaration (.2) | 0.50 | $ 125.00/hr | $ 62.50 |
| 07/01/2025 | JER | **B160 - Fee/Employment Applications:** Email to BJ and AK re preparation of FFWPR fee application. | 0.10 | $ 525.00/hr | $ 52.50 |
| 07/02/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari, O. Katz, J. Schulman, B. Weinstein re case strategy, mediation (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/02/2025 | PJP | **B160 - Fee/Employment Applications:** Review and revise FFWPR fee app, Pascuzzi declaration (.4). | 0.40 | $ 600.00/hr | $ 240.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/2025 | BJ | **B160 - Fee/Employment Applications:** Complete draft of the Weintraub fee application (2.1); and P. Gaspari declaration (1.1). | 3.20 | $ 105.00/hr | $ 336.00 |
| 07/02/2025 | JER | **B160 - Fee/Employment Applications:** Email to W. Weitz re GlassRatner interim fee application. | 0.10 | $ 525.00/hr | $ 52.50 |
| 07/03/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email from B. Weinstein re case issues, status and strategy (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 07/03/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise TransPerfect Fee Application, including special revisions to address prior periods and special expenses. (.6). Review and revise Brill Declaration in support of TP fee application. (.3) Emails with TransPerfect regarding same. (.2). Email to BJ regarding revisions to TP fee application. (.2) | 1.30 | $ 525.00/hr | $ 682.50 |
| 07/03/2025 | JER | **B160 - Fee/Employment Applications:** Emails with BJ regarding completing FFWPR Fee application. (.2) | 0.20 | $ 525.00/hr | $ 105.00 |
| 07/03/2025 | BJ | **B160 - Fee/Employment Applications:** Complete draft BlankRome 3rd interim fee application (1.2); and declaration of B. Weinstein (.6). | 1.80 | $ 105.00/hr | $ 189.00 |
| 07/04/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review relevant pleadings in other diocesan chapter 11 cases, San Diego motion to dismiss, consider strategy on relevant similar issues (shared) (.4). Email to professionals team re same (.1). | 0.50 | $ 600.00/hr | $ 300.00 |
| 07/07/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise Weintraub interim fee application. (.8). Review and revise P. Gaspari Declaration in support of Weintraub fee application. (.5). Emails with BJ regarding revisions to WT Fee Application. (.2) Email with P. Gaspari regarding revisions to WT Fee Application. (.2) | 1.70 | $ 525.00/hr | $ 892.50 |
| 07/07/2025 | JER | **B160 - Fee/Employment Applications:** Emails with W. Weitz regarding BRiley interim fee application. (.3). Emails with BJ regarding BRiley interim fee application. (.1) | 0.40 | $ 525.00/hr | $ 210.00 |
| 07/07/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise Blank Rome interim fee application. (.6). Review and revise Weinstein Dec re Blank Rome interim fee application. (.4). Emails with BJ regarding Blank Rome interim fee application. (.2) | 1.20 | $ 525.00/hr | $ 630.00 |
| 07/07/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP and D. Greenblat regarding timing, coordination and reporting interim fee payments re fee motions. (.2). Emails with BJ regarding preparation of multiple fee applications. (.3) | 0.50 | $ 525.00/hr | $ 262.50 |
| 07/07/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise TransPerfect interim fee application. (.2). Review and revise D. Brill Declaration. (.1). Emails with BJ regarding TransPerfect interim fee application. (.1). Email to D. Brill and Z. Samuel regarding finalizing TP Application. (.2) | 0.60 | $ 525.00/hr | $ 315.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/07/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review and revise draft term sheet (.8). Email to client team re same (.2). | 1.00 | $ 600.00/hr | $ 600.00 |
| 07/08/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly update call with committee counsel (.2). Attend same, notes to file (.3) | 0.50 | $ 600.00/hr | $ 300.00 |
| 07/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re case status and strategy (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/08/2025 | JER | **B160 - Fee/Employment Applications:** Revise and finalize Weintraub interim fee application. (.5). Revise and finalize Gaspari Declaration re interim fee application. (.1). Emails with P. Gaspari regarding Application. (.4). Emails and telephone call with BJ regarding revisions to Weintraub fee application. (.4) | 1.40 | $ 525.00/hr | $ 735.00 |
| 07/08/2025 | JER | **B160 - Fee/Employment Applications:** Revise and finalize BlankRome interim fee application. (.2). Revise and finalize Weinstein Declaration. (.1) Emails with B.Weinstein regarding same. (.2). Emails with BJ regarding finalizing BR fee application. (.2) | 0.70 | $ 525.00/hr | $ 367.50 |
| 07/08/2025 | JER | **B160 - Fee/Employment Applications:** Emails with D. Brill regarding finalizing TransPerfect Fee Application. (.1). Emails with J.Kim regarding same.. (.1) | 0.20 | $ 525.00/hr | $ 105.00 |
| 07/08/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise Glass Ratner fee application. (.3). Review and revise W.Weitz Declaration. (.1). Emails with BJ regarding finalizing GR fee application. (.1). Email to W. Weitz re finalizing Application and Declaration. (.1) | 0.60 | $ 525.00/hr | $ 315.00 |
| 07/08/2025 | JER | **B160 - Fee/Employment Applications:** Review and finalize FFWPR fee application. (.1). Emails re finalizing PJP Declaration. (.1) Review and revise Fr. Summerhays Declaration. (.1) Emails to and from Fr. Summerhays regarding finalizing multiple fee applications and Summerhays Declarations. (.5) Emails with BJ regarding multiple fee applications. (.2) | 1.00 | $ 525.00/hr | $ 525.00 |
| 07/08/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft FFWPR fee application (.9); declaration of P. Pascuzzi (.7); declaration of P. Summerhays (.2); and Omnibus notice of hearing (.4). | 2.20 | $ 105.00/hr | $ 231.00 |
| 07/08/2025 | BJ | **B160 - Fee/Employment Applications:** Finalize draft GlassRatner fee application (.4); declaration of W. Weitz (.3); declaration of P. Summerhays (.2). | 0.90 | $ 105.00/hr | $ 94.50 |
| 07/08/2025 | BJ | **B160 - Fee/Employment Applications:** Complete draft TransPerfect fee application (.7); declaration of D. Brill (.5); declaration of P. Summerhays (.3). | 1.50 | $ 105.00/hr | $ 157.50 |
| 07/08/2025 | PJP | **B190 - Other Contested Matters:** Emails re insurer share of Judge Buckley invoice per mediation order (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider strategy on mediation issues (.2). Email to client team re mediation meeting and deliverables (.2). | 0.40 | $ 600.00/hr | $ 240.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/2025 | JER | **B160 - Fee/Employment Applications:** Emails with B. Weinstein re finalizing BlankRome fee app. (.2). Telephone call to B.Weinstein regarding same. (.1). Email to PJP regarding same. (.1). Emails with BJ and AK regarding same. (.2). Review and finalize Weinstein Declaration for BlankRome fee app. (.5). Email with PJP regarding same. (.2) | 1.30 | $ 525.00/hr | $ 682.50 |
| 07/09/2025 | JER | **B160 - Fee/Employment Applications:** Emails with P. Gaspari re finalizing Weintraub fee app. (.3). Review and finalize Weintraub fee app. (.2) Emails with BJ and AK regarding same. (.1) | 0.60 | $ 525.00/hr | $ 315.00 |
| 07/09/2025 | JER | **B160 - Fee/Employment Applications:** Emails with W. Weitz re finalizing GlassRatner fee app. (.1). Emails with BJ and AK regarding finalizing multiple fee apps. (.1) | 0.20 | $ 525.00/hr | $ 105.00 |
| 07/09/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft status report for July 17 status hearing (1.1). Email to client team re same (.2). Revise status report based on comments (.2). | 1.50 | $ 600.00/hr | $ 900.00 |
| 07/09/2025 | PJP | **B110 - Case Administration:** Emails from and to S. Perez re insurance renewal, email to K. McAbee, J. Blumberg re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/09/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from D. Zamora to committee counsel and mediators re potential resolution of stay extension motion issues (2). Client team call re same (1.2). | 1.40 | $ 600.00/hr | $ 840.00 |
| 07/09/2025 | PJP | **B160 - Fee/Employment Applications:** Email to J. Rios re Blank Rome fee app (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/10/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review relevant developments in Oakland diocese case, consider issues on common matters (shared) (.2). Draft agenda for client team call (.4). | 0.60 | $ 600.00/hr | $ 360.00 |
| 07/10/2025 | JER | **B160 - Fee/Employment Applications:** Review and revise Omnibus Notice of Hearing for 6 Interim Fee Applications. (.6) Coordinate finalizing 5 interim fee applications, (.3). | 0.90 | $ 525.00/hr | $ 472.50 |
| 07/10/2025 | JER | **B160 - Fee/Employment Applications:** Coordinate and prepare final revisions from Blank Rome. (.6) Emails with PJP regarding same. (.3). Emails with B. Weinstein regarding same. (.5). Telephone call to BJ and multiple emails regarding same. (.2) | 1.60 | $ 525.00/hr | $ 840.00 |
| 07/10/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review committee revisions to proposed stip re stay extension resolution, consider issues re same (.6). Email to client team re same (.2). Call with B. Weinstein re stay extension motion resolution issues (.1). Email from O. Katz re same and call with mediator (.1). | 1.00 | $ 600.00/hr | $ 600.00 |
| 07/10/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Attend mediation session re stay extension motion resolution (1.7). | 1.70 | $ 600.00/hr | $ 1,020.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/10/2025 | BJ | **B160 - Fee/Employment Applications:** Completed draft of the June Monthly Fee Statement for Weintraub Tobin. | 0.90 | $ 105.00/hr | $ 94.50 |
| 07/10/2025 | BJ | **B160 - Fee/Employment Applications:** Finalize draft BlankRome fee application (.8); declaration of B. Weinstein (.7); declaration of P. Summerhays (.3). | 1.80 | $ 105.00/hr | $ 189.00 |
| 07/11/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team strategy and status call (.3). Attend same (1.2). | 1.50 | $ 600.00/hr | $ 900.00 |
| 07/11/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from D. Zamora to client team re stay extension potential resolution issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 07/11/2025 | BJ | **B160 - Fee/Employment Applications:** Completed draft of the June Monthly Fee Statement for TransPerfect. | 0.70 | $ 105.00/hr | $ 73.50 |
| 07/11/2025 | BJ | **B160 - Fee/Employment Applications:** Completed draft of the June Monthly Fee Statement for FFWPR. | 0.50 | $ 105.00/hr | $ 52.50 |
| 07/11/2025 | BJ | **B160 - Fee/Employment Applications:** Completed draft of the June Monthly Fee Statement for BlankRome. | 0.70 | $ 105.00/hr | $ 73.50 |
| 07/11/2025 | JER | **B160 - Fee/Employment Applications:** Review and finalize TransPerfect monthly fee notice for June 2025. Emails with BJ regarding same. | 0.20 | $ 525.00/hr | $ 105.00 |
| 07/12/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review O. Katz email to P. Carney re case strategy, consider issues re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/13/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari re case issues (.1). Email from P. Gaspari and client team re mediation, consider strategy (.2). Consider issues on strategy for mediation, review prior notes re mediation sessions re same (.6). Call with client team re mediation strategy (.6). | 1.50 | $ 600.00/hr | $ 900.00 |
| 07/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review developments in other diocesan cases (San Diego, New Orleans) for relevant common issues (shared) (.4). Email from committee counsel re real estate valuation, email to client team re same after brief review (.2). Call with client team re stay extension motion resolution (.6). | 1.20 | $ 600.00/hr | $ 720.00 |
| 07/14/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Further review committee proposed stipulation on stay injunction and relief from stay for specific cases, consider issues including exhibits needed (.8). Email to B. Michaels, mediators and others re same (.2). | 1.00 | $ 600.00/hr | $ 600.00 |
| 07/14/2025 | PJP | **B110 - Case Administration:** Review and revise main status conference statement (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/14/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email and call P. Califano (St Patrick's Seminary) re case status and issues (.5). | 0.50 | $ 600.00/hr | $ 300.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/14/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with committee counsel re potential resolution of stay extension motion (.6). | 0.60 | $ 600.00/hr | $ 360.00 |
| 07/15/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with committee counsel re case updates, notes to file (.4). Email to committee counsel re stay extension motion (.2). Call with R. Harris (high schools) re case status and issues (.2). | 0.80 | $ 600.00/hr | $ 480.00 |
| 07/15/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email from P. Gaspari to client team re stay extension motion issues, consider strategy (.3). Email to P. Gaspari and client team re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 07/15/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to L. Parada re request for continuance of stay extension motion (.2). Review revised stay extension motion stipulation (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 07/15/2025 | PJP | **L210 - Pleadings:** Committee Adversary: Emails from L. Parada re amended complaint, from G. Greenwood re same, to Sheppard team re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/15/2025 | JER | **B160 - Fee/Employment Applications:** Emails with Committee regarding objection deadline for Debtors' professionals fee applications. (.1). Review Order and Pleadings. (.1) Emails with PJP regarding same. (.1). Emails with Fee Examiner, UST and J. Kim regarding same. (.3) | 0.60 | $ 525.00/hr | $ 315.00 |
| 07/15/2025 | JER | **B160 - Fee/Employment Applications:** Emails with Committee and J. Kim re coordinating Sixth Interim Fee Application. Email with BJ and AK regarding same. (.2) | 0.20 | $ 525.00/hr | $ 105.00 |
| 07/16/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from B. Michael re stay extension motion issues (.2). Email from D. Zamora re same (.1). Email from P. Carney and P. Gaspari re same, consider issues (.2). Call with P. Gaspari re same (.1). Review emails from D. Zamora re stay extension resolution issues (.2). Calls from and to D. Zamora re same, consider strategy (.3). | 1.10 | $ 600.00/hr | $ 660.00 |
| 07/16/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with R. Harris (high schools) re case status and issues (.2). Email to and call with R. Charles (parishes) re case issues (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 07/16/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call re case and mediation strategy (.3). Attend same (.2). Revise term sheet for mediation, email to client team re same (.2). Call with P. Carney, P. Gaspari re stay extension motion issues (.2). Brief review of New Orleans plan and disclosure statement for common relevant issues (shared) (.2). Call with B. Weinstein re case status, hearings schedule (.1). | 1.20 | $ 600.00/hr | $ 720.00 |
| 07/16/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare Supplemental Notice of Hearing re objection date. | 0.40 | $ 105.00/hr | $ 42.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/16/2025 | PJP | **L210 - Pleadings:** Committee adversary proceeding: Call with co-defendants re case issues (1.0). | 1.00 | $ 600.00/hr | $ 600.00 |
| 07/16/2025 | JER | **B160 - Fee/Employment Applications:** Draft and revise Supplemental Notice of Hearing for Interim Fee Applications. (.3). Emails with J.Kim regarding same. (.1). Emails with PJP and BJ regarding same. (.2) Emails with UST and BJ re LEDES files for GlassRatner. (.1) | 0.70 | $ 525.00/hr | $ 367.50 |
| 07/16/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for call with mediators (.2). Attend same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 07/17/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review other diocese case developments relevant to this case (shared) (.2). Draft agenda for client team call, consider issues re same (.4). Attend call with other diocesan attorneys re relevant case issues (shared) (.5). | 1.10 | $ 600.00/hr | $ 660.00 |
| 07/17/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Emails from and to Judge Buckley, P. Gaspari re July 22 mediation attendance, emails to and from client re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/17/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to R. Charles (parishes) re case issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/17/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on motion to approve stay extension motion resolution (.6). | 0.60 | $ 600.00/hr | $ 360.00 |
| 07/17/2025 | PJP | **L320 - Document Production:** Email to T. Karcher re BRG data breach updates, review prior communications re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/17/2025 | JER | **B160 - Fee/Employment Applications:** Review multiple emails with J.Kim, PJP, and BJ re TransPerfect monthly notice. | 0.10 | $ 525.00/hr | $ 52.50 |
| 07/17/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Draft Mtn to Approve Stipulation re stay extension motion (1.8); Review and revise the same (.8); Continue review and revision to the same (.5) | 3.10 | $ 350.00/hr | $ 1,085.00 |
| 07/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.2). Attend same (.4). Call with W. Weitz re case status (.1). Email to client team re stay extension motion review (.2). Emails from and to Fr. Summerhays re same (.2). | 1.10 | $ 600.00/hr | $ 660.00 |
| 07/18/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise motion to approve stay extension motion resolution stipulation and related pleadings (.8). Further review and revise motion and related pleadings (.3). | 1.10 | $ 600.00/hr | $ 660.00 |
| 07/18/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Blank Rome invoice for redactions (survivor names) (.2); Review of weintraub invoices for redaction (survivors) (.3). | 0.50 | $ 350.00/hr | $ 175.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/2025 | BJ | **B160 - Fee/Employment Applications:** Completed draft of the June Monthly Fee Statement for GlassRatner. | 0.30 | $ 105.00/hr | $ 31.50 |
| 07/18/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Confer with P. Pascuzzi re: Mtn to approve stip (.1); Review of P. Pascuzzi revision to Mtn to Approve Stipulation and further revision to the same (.7) | 0.80 | $ 350.00/hr | $ 280.00 |
| 07/18/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email to B. Michael, J. Stang re stay extension motion stip motion to approve and related issues (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 07/19/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to P. Carney re stipulated stay extension motion resolution issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/21/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with D. Zamora re committee counsel question on stipulation re stay extension motion (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 07/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for mediation (1.2). Review draft complaint re privileged issue, consider strategy (.5). Email to client team re same (.2). Email to B. Weinstein, J. Schulman re same (.2). | 2.10 | $ 600.00/hr | $ 1,260.00 |
| 07/21/2025 | JER | **B160 - Fee/Employment Applications:** Email with BJ and numerous court notices re Monthly Professional Fee Statements. | 0.10 | $ 525.00/hr | $ 52.50 |
| 07/21/2025 | JER | **B160 - Fee/Employment Applications:** Review email re LEDES files. | 0.10 | $ 525.00/hr | $ 52.50 |
| 07/21/2025 | PJP | **L210 - Pleadings:** Committee adversary: Emails from and to A. Cottrell, O. Katz, call with O. Katz re motion to dismiss (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/21/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel from Sacramento to SF for mediation (1.8) (no charge) | 1.80 | $ 0.00/hr | No Charge |
| 07/22/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review relevant developments in other diocesan chapter 11 cases (Oakland, New Orleans), consider issues for impact on this case (shared) (.4). Prepare for mediation (.4). | 0.80 | $ 600.00/hr | $ 480.00 |
| 07/22/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Attend mediation at Signature Resolutions with client team (6.5 hours less time spent on other matters during downtime of (.7) (5.8). Travel from mediation SF to Sacramento (3.0) {no charge}. | 5.80 | $ 600.00/hr | $ 3,480.00 |
| 07/23/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from P. Gaspari re case issues, mediation yesterday (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 07/24/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review and revise agenda for client team call (.3). Emails to and from O. Katz, P. Gaspari re same (.1). | 0.40 | $ 600.00/hr | $ 240.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to B. Michael re stay extension motion resolution issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/24/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with other diocesan counsel re relevant common issues (shared) (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/25/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on motion to approve stipulation to resolve stay extension motion, evidentiary record (.2). Email to B. Weinstein re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 07/25/2025 | PJP | **B190 - Other Contested Matters:** Emails from P. Carney, O. Katz re late claim motion strategy (.2). Emails from M. Ventura re Mediator Judge Buckley invoice, email to client re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 07/25/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call re case status, strategy and mediation (.2). Attend same (1.0). | 1.20 | $ 600.00/hr | $ 720.00 |
| 07/25/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with C. Johnson (CASC) re case status and mediation (.2). Call with P. Califano (Seminary) re case status and mediation (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 07/27/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Revise Fr. Summerhays declaration in support of motion to approve stay extension motion resolution stipulation, email to Fr. Summerhays and client team re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 07/28/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re mediation issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/28/2025 | PJP | **B160 - Fee/Employment Applications:** Emails from and to W. Weitz re Glass Ratner, review pleading notice re name issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 07/29/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for committee counsel weekly call, including call with O. Katz (.3). Email from O. Katz re same, consider issues re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 07/29/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on motion to approve stipulation resolving stay extension motion (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 07/29/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to Sheppard team re mediation research issues (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 07/29/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review committee counsel email and revisions to stay extension motion resolution motion, consider issues (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 07/29/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review of Committee changes to Mtn to Approve Stip re stay extension motion (.1); Emails P. Pascuzzi re: the same (.2). | 0.30 | $ 350.00/hr | $ 105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/29/2025 | PJP | **B190 - Other Contested Matters:** Emails from and to M. Cottrell re mediator Gallagher invoices, email to A. Fernandez re outstanding balance re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/29/2025 | MEK | **B190 - Other Contested Matters:** Review of late claim motion (John LB Doe) (.2) | 0.20 | $ 350.00/hr | $ 70.00 |
| 07/29/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise Mtn re: Approval of Stipulation (.4); Continue revising the same (.6); Email (detailed to P. Pascuzzi) re: LBR 4001-1 (.3) | 1.30 | $ 350.00/hr | $ 455.00 |
| 07/30/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review email from Judge Buckley re mediation session planning for Aug 5, consider issues re same (.2). Call with O. Katz re same (.1). Email to client team re same (.2). Call with P. Gaspari re same and mediation strategy (.2). Review case developments in Rochester case, consider strategy, email to client team (shared) (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 07/30/2025 | MEK | **B190 - Other Contested Matters:** Review and revise Mtn to Approve Stipulation (.4); Email (detailed) to P. Pascuzzi re: the same (.1) | 0.50 | $ 350.00/hr | $ 175.00 |
| 07/30/2025 | MEK | **B190 - Other Contested Matters:** Draft opposition to Mtn to Enlarge Bar Date (John Doe SF) (.4); Continue drafting the same (3.3) | 3.70 | $ 350.00/hr | $ 1,295.00 |
| 07/30/2025 | MEK | **B110 - Case Administration:** Email to B. Whitaker (Omni) re: updated limited service list (.1) | 0.10 | $ 350.00/hr | $ 35.00 |
| 07/30/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review revised motion to approve stay extension motion resolution (.2). Email to Fr. Summerhays re revised declaration (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 07/30/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for call with O. Katz, A. Cottrell, S. Haines re case strategy (.2). Attend same (.5). | 0.70 | $ 600.00/hr | $ 420.00 |
| 07/30/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for Finance Council meeting (.4). Call with P. Carney, O. Katz re case issues (.4). | 0.80 | $ 600.00/hr | $ 480.00 |
| 07/31/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client team call, emails to and from O. Katz re same (.3). Prepare for finance counsel meeting (.4). Attend same (.7). Call with O. Katz re case strategy on adversary proceeding issues (.2). | 1.60 | $ 600.00/hr | $ 960.00 |
| 07/31/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to B. Michael re status of signed stipulation, motion to approve same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/31/2025 | BJ | **B110 - Case Administration:** Prepare the Updated Limited Service List as of July 31, 2025. | 0.20 | $ 105.00/hr | $ 21.00 |
| 07/31/2025 | MEK | **B190 - Other Contested Matters:** Continue drafting opposition to late claim (2); Continue drafting the same (5.6); Email P. Pascuzzi re: the same (.2) | 7.80 | $ 350.00/hr | $ 2,730.00 |
| 07/31/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with P. Califano (St. Patrick's Seminary) re case status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| 07/31/2025 | JER | **B150 - Meetings of and Communications with Creditors:** E mails with M. Cottrell re City and County payment demand. | 0.10 | $ 525.00/hr | $ 52.50 |
| 07/31/2025 | MEK | **B110 - Case Administration:** Review of limited service list for filing (.2); Follow up emails to and from B. Whitaker re: no apparent changes seen in recent limited service list (.2). | 0.40 | $ 350.00/hr | $ 140.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 07/22/2025 | FA | Travel for Paul J. Pascuzzi to San Francisco for mediation.<br>Hotel - $462.56<br>Parking - $88.92<br>Tolls - $8.00<br>Milage roundtrip - $119.00 | $ 678.48 |
| 07/31/2025 | FA | Lexis Online Research - July 2025 | $ 99.07 |

| | |
|---|---|
| Total Hours | 101.80 hrs |
| Total Biller | $ 46,360.50 |
| Total Expenses | $ 777.55 |
| Total Invoice Amount | $ 47,138.05 |
| Previous Balance | $ 114,783.75 |
| 07/27/2025 Payment - Trust Account<br>A payment has been transferred from the Trust Account. | ($33,620.28) |
| **Balance (Amount Due)** | **$ 128,301.52** |

**Trust Account Summary**

**Billing Period: 07/01/2025 - 08/12/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | |
|---|---|---|---|
| $33,620.28 | $33,620.28 | $0.00 | |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 07/25/2025 | Received From-Archdiocese of San Francisco | $33,620.28 | | $33,620.28 |
| 07/27/2025 | Applied to invoice #14035 | | $33,620.28 | $0.00 |

**User Hours Summary**

**Billing Period: 07/01/2025 - 07/31/2025**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 49.00 | $ 600.00 | $ 29,400.00 |
| Paul J Pascuzzi | 1.80 | $ 600.00 | $ 0.00 |
| Jake E Rios | 16.70 | $ 525.00 | $ 8,767.50 |
| Denise Pascuzzi | 0.50 | $ 125.00 | $ 62.50 |
| Brenda Jennings | 15.10 | $ 105.00 | $ 1,585.50 |
| Mikayla E Kutsuris | 18.70 | $ 350.00 | $ 6,545.00 |