1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
       WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:      (916) 329-7400
   Facsimile:      (916) 329-7435
6  Email:          ppascuzzi@ffwplaw.com
                   jrios@ffwplaw.com
7                  tphinney@ffwplaw.com
                   mkutsuris@ffwplaw.com
8

9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
11     Including Professional Corporations
   Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone:      (415) 434-9100
13 Facsimile:      (415) 434-3947
   Email:          okatz@sheppardmullin.com
14                 amartin@sheppardmullin.com

15
   Attorneys for The Roman Catholic Archbishop of
16 San Francisco

17                UNITED STATES BANKRUPTCY COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20 | In re | Case No. 23-30564 |

21 | THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |

22 |  |  |

23 | Debtor and Debtor in Possession. | *[No Hearing Required]* |

24

25          **MONTHLY PROFESSIONAL FEE STATEMENT FOR**
26              **WEINTRAUB TOBIN [JULY 2025]**

27

28

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of July 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of July 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2025, through July 31, 2025 | $49,193.50 | $212.10 | $49,405.60 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $39,354.80 | $212.10 | $39,566.90 |

Attached hereto as *Exhibit A* is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files and mediation.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

///

///

///

1    Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the

2    period of July 2025, consisting of contemporaneously maintained time entries for each professional

3    in increments of tenth (1/10) of an hour.

4    The Net Total Allowed Payments detailed above shall be paid from funds held by the

5    Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub

6    within 14 days from the date of service of this Statement.

7    Dated:

8                                    FELDERSTEIN FITZGERALD
                                     WILLOUGHBY PASCUZZI & RIOS LLP

9

10                                   By:*/s/ Paul J. Pascuzzi*_____
                                        Paul J. Pascuzzi
11                                      Attorneys for Debtor and Debtor in Possession
                                        The Roman Catholic Archbishop of San Francisco
12

13   Dated:                          SHEPPARD, MULLIN, RICHTER & HAMPTON
                                     LLP
14

15                                   By:*/s/ Ori Katz*_____
                                        Ori Katz
16                                      Alan H. Martin
                                        Attorneys for The Roman Catholic Archbishop of
17                                      San Francisco

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

**Compensation by Professional Person for Hourly Services**
**for the Period of July 2025**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $520 | 29.70 | $15,444.00 |
| Daniel C. Zamora | Shareholder | $500 | 34.70 | $17,350.00 |
| Zachary M. Smith | Shareholder | $520 | 1.10 | $572.00 |
| Meagan D. Bainbridge | Shareholder | $500 | 0.50 | $250.00 |
| Benjamin J. Lewis | Associate | $475 | 14.00 | $6,650.00 |
| Benjamin J. Lewis | Associate | $450 | 2.00 | $900.00 |
| Carly M. Moran | Associate | $400 | 14.50 | $5,800.00 |
| Jillian Harvey | Associate | $375 | 2.30 | $862.50 |
| Monica Silver | Associate | $375 | 1.60 | $600.00 |
| Brian Gonzaga | Paralegal | $225 | 3.40 | $765.00 |
| **TOTAL** | | | **103.80** | **$49,193.50** |

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of July 2025**

**Bankruptcy Categories**

| | Hours | Amount |
|---|---|---|
| Case Administration | 15.40 | $8,008.00 |
| Other Contested | 12.30 | $6,396.00 |
| Claims Administration | 0.30 | $156.00 |
| Analysis/Strategy-Review/Analyze | 0.70 | $320.50 |
| Analysis/Strategy-Research | 2.30 | $862.50 |
| Analysis/Strategy-Comm./With Client | 1.00 | $500.00 |
| Analysis/Strategy-Comm./Other Counsel | 0.30 | $135.00 |
| Document/File Mgmt-Comm./Review/Analyze | 2.00 | $450.00 |
| Settlement/Non-Binding ADR-Draft/Revise | 9.50 | $4,750.00 |
| Settlement/Non-Binding ADR-Review/Analyze | 7.20 | $3,600.00 |
| Settlement/Non-Binding ADR-Comm./With Client | 1.50 | $750.00 |
| Settlement/Non-Binding ADR-Comm./Other External | 5.40 | $2,700.00 |
| Settlement/Non-Binding ADR-Appear for/Attend | 6.50 | $3,250.00 |
| Document Production-Review/Analyze | 1.00 | $375.00 |
| Document Production-Comm./w Client | 0.30 | $112.50 |
| Written Motions/Submission-Review/Analyze | 1.70 | $765.00 |
| **TOTAL** | **67.40** | **$33,130.50** |

**Litigation**

| Litigation 390; 945; 983; 985; and 986 | | |
|---|---|---|
| Litigation<br>390; 945; 983; 985; and 986 | **36.40** | **$16,063.00** |
| **GRAND TOTAL** | **103.80** | **$49,193.50** |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Service of Process | $145.20 |
| Filing Fees | $66.90 |
| **TOTAL** | **$212.10** |

**Exhibit D**

**Weintraub Invoices**



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

August 04, 2025
Client:       150363

For Professional Services Rendered Through July 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | █████ v. Archdiocese of San Francisco | 98510916 | $2,348.00 | $41.50 | $2,389.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $3,412.80 |
| Current Charges | $2,389.50 |
| Less Payments | $1,158.40 |
| **Balance Due:** | **$4,643.90** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

August 04, 2025
Client:          150363
Matter:          000390
Invoice #:    98510916

Page:                1

RE: ███████ v. Archdiocese of San Francisco

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/7/2025 | PEG | Review of memorandum from Simons to SF Superior Court regarding trial setting. [L440 - A107](0.30) | 0.30 | $156.00 |
| 7/7/2025 | ZMS | Monitor communications from plaintiff's attorney to court reiterating request for assignment of a trial setting date. [L450 - A107](0.20) | 0.20 | $104.00 |
| 7/17/2025 | PEG | Review of memorandum from Rick Simons regarding trial setting conference. [L230 - A107](0.20) | 0.20 | $104.00 |
| 7/21/2025 | DCZ | Review and analysis of ex parte application for scheduling of trial setting conference. [L120 - A104](0.30) | 0.30 | $150.00 |
| 7/21/2025 | DCZ | Drafting response to ex parte application for scheduling of trial setting conference. [L120 - A103](1.10) | 1.10 | $550.00 |
| 7/21/2025 | PEG | Edit draft response to ex parte application for Case Management Conference. [L230 - A103](0.20) | 0.20 | $104.00 |
| 7/21/2025 | ZMS | Receipt and review of plaintiff's application to SF Superior Court for expedited trial setting of bellwether cases for which automatic stay has been lifted by the bankruptcy court, including supporting declarations, exhibits and memorandum of points and authorities. [L250 - A111](0.30) | 0.30 | $156.00 |
| 7/22/2025 | DCZ | Final drafting of response to ex parte application for scheduling of trial setting conference. [L120 - A103](0.20) | 0.20 | $100.00 |

The Archdiocese of San Francisco

RE: ▓▓▓▓▓▓▓ v. Archdiocese of San Francisco

August 04, 2025
Client:       150363
Matter:      000390
Invoice #:   98510916

Page:              2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/29/2025 | ZMS | Communications from counsel for plaintiff regarding their efforts to restore case to the trial calendar. [L440 - A108](0.20) | 0.20 | $104.00 |
| 7/30/2025 | PEG | Memo from Rick Simons re rejection of ex parte application for TSC. [L230 - A107](0.20) | 0.20 | $104.00 |
| 7/30/2025 | ZMS | Review renewed application by plaintiff for expedited trial setting conference and assignment to trial. [L450 - A107](0.20) | 0.20 | $104.00 |
| 7/31/2025 | DCZ | Drafting response to renewed ex parte application for trial setting. [L120 - A103](0.40) | 0.40 | $200.00 |
| 7/31/2025 | DCZ | Phone call with Rick Simons regarding setting of case management conference in San Francisco Superior Court. [L120 - A108](0.20) | 0.20 | $100.00 |
| 7/31/2025 | PEG | Review of notice of Case Management Conference with Judge Gordon; review of Judge Gordon's background. [L230 - A104](0.40) | 0.40 | $208.00 |
| 7/31/2025 | ZMS | Receipt of Court's order reassigning case top Judge Alexandra Gordon and setting Case Management Conference to conducted September 5, 2025 and calendaring of limitations. [L230 - A102](0.20) | 0.20 | $104.00 |
| | | Total Services | 4.60 | $2,348.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 1.30 | $520.00 | $676.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 1.10 | $520.00 | $572.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.20 | $500.00 | $1,100.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 7/29/2025 | One Legal, LLC- Service of process- Response,Proof of Service-Court Superior Court of California, San Francisco County [E100 - E124] | $20.75 |
| 7/29/2025 | One Legal, LLC- Service- Response,Proof of Service- Superior Court of California, San Francisco County [E100 - E124] | $20.75 |
| | Total Expenses | $41.50 |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

August 04, 2025
Client:        150363
Matter:        000390
Invoice #:   98510916

Page:              3

| | | |
|---|---|---|
| Total Fees to Date: | $167,170.00 | |
| Total Disbursements to Date: | $36,283.76 | |
| Total to Date: | $203,453.76 | |

| | |
|---|---|
| Previous Balance | $3,412.80 |
| Current Charges | $2,389.50 |
| Less Payments | $1,158.40 |
| **Balance Due** | **$4,643.90** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Other | 0.00 | $41.50 |
| L120 | Analysis/Strategy - Draft/Revise | 1.70 | $850.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.30 | $150.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.20 | $100.00 |
| L230 | Court Mandated Conferences - Research | 0.20 | $104.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 0.20 | $104.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 0.40 | $208.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 0.40 | $208.00 |
| L250 | Oth Written Motion/Submiss - Other | 0.30 | $156.00 |
| L440 | Other Preparation/Support - Commun./Other Coun | 0.30 | $156.00 |
| L440 | Other Preparation/Support - Commun./Other Exter | 0.20 | $104.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Cou | 0.40 | $208.00 |

The Archdiocese of San Francisco

RE: ████████ v. Archdiocese of San Francisco

August 04, 2025
Client: 150363
Matter: 000390
Invoice #: 98510916

Page: 4

| Task | Description | | Hours | Amount |
|------|-------------|--|-------|--------|
| | | Total Hours | 4.60 | |
| | | Total Fees: | | $2,348.00 |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:      1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

August 04, 2025
Client:         150363

For Professional Services Rendered Through July 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98510908 | $12,765.00 | $170.60 | $12,935.60 |

## Account Summary

| | |
|---|---|
| Previous Balance | $14,131.30 |
| Current Charges | $12,935.60 |
| Less Payments | $4,226.00 |
| **Balance Due:** | **$22,840.90** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

August 04, 2025
Client:          150363
Matter:          000945
Invoice #:    98510908

Page:                 1

RE:  Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/1/2025 | BJLE | Zoom meeting with Paula Carney regarding case strategy. [L120 - A106](0.20) | 0.20 | $95.00 |
| 7/3/2025 | BJLE | Telephone call with David Belcher regarding cross complaint. [L210 - A107](0.20) | 0.20 | $95.00 |
| 7/3/2025 | CM | Research requirements for valid Stipulation re: tolling of the statute of limitations and dismissal of cross-complaint without prejudice and draft Stipulation re: same. [L210 - A103](1.70) | 1.70 | $680.00 |
| 7/7/2025 | CM | Revise Stipulation re: dismissal of cross-complaint without prejudice and tolling of Statute of Limitations. [L210 - A103](0.40) | 0.40 | $160.00 |
| 7/8/2025 | CM | Draft written responses and objections to Plaintiff Shajana Steele's Form Interrogatories, Set One on behalf of Defendant The Roman Catholic Archbishop of San Francisco. [L310 - A103](2.40) | 2.40 | $960.00 |
| 7/9/2025 | BJLE | Review and revise draft stipulation to toll statute of limitations and dismiss cross compliant without prejudice. [L210 - A103](0.50) | 0.50 | $237.50 |
| 7/9/2025 | CM | Begin draft Special Interrogatories, Set One to be propounded on Defendant Cruise, LLC. [L310 - A103](0.70) | 0.70 | $280.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client:      150363
Matter:      000945
Invoice #:   98510908

Page:        2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/10/2025 | CM | Continue draft Special Interrogatories, Set One to be propounded on Defendant Cruise, LLC and prepare Declaration for additional discovery. [L310 - A103](1.40) | 1.40 | $560.00 |
| 7/10/2025 | CM | Draft Request for Admissions, Set One to be propounded on Defendant Cruise, LLC. [L310 - A103](1.20) | 1.20 | $480.00 |
| 7/10/2025 | CM | Draft Form Interrogatories, Set One to be propounded on Defendant Cruise, LLC. [L310 - A103](0.60) | 0.60 | $240.00 |
| 7/13/2025 | BJLE | Exchange of emails with Marizel Bajao regarding insurance information for discovery responses. [L310 - A107](0.20) | 0.20 | $95.00 |
| 7/13/2025 | BJLE | Preparation of email to John Christian regarding documents needed for discovery responses. [L310 - A106](0.30) | 0.30 | $142.50 |
| 7/13/2025 | BJLE | Preparation of email to Paula Carney regarding additional information needed for discovery responses. [L310 - A106](0.70) | 0.70 | $332.50 |
| 7/14/2025 | BJLE | Exchange of emails with Paula Carney regarding discovery responses. [L310 - A106](0.20) | 0.20 | $95.00 |
| 7/14/2025 | BJLE | Exchange of emails with Paula Carney regarding discovery responses on other claims against the Archdiocese. [L310 - A106](0.20) | 0.20 | $95.00 |
| 7/14/2025 | BJLE | Preparation of response to Special Interrogatories 2, 15, 16, 23, and 34-37. [L310 - A103](1.10) | 1.10 | $522.50 |
| 7/14/2025 | CM | Review and analyze proposed changes made by Counsel for Cruise, LLC to proposed Stipulation re Dismissal and Tolling Agreement. [L210 - A104](0.30) | 0.30 | $120.00 |
| 7/15/2025 | BJLE | Exchange of emails with David Belcher regarding stipulation to extend time to respond to cross complaint. [L210 - A107](0.20) | 0.20 | $95.00 |
| 7/15/2025 | BJLE | Analyze and execute stipulation to extend time to respond to cross complaint. [L210 - A104](0.20) | 0.20 | $95.00 |
| 7/15/2025 | BJLE | Review and revise special interrogatories 1-40. [L430 - A103](1.80) | 1.80 | $855.00 |
| 7/16/2025 | BJLE | Review and revise Request for Production No. 1 through 45. [L310 - A103](1.20) | 1.20 | $570.00 |
| 7/16/2025 | BJLE | Preparation of response to FROG 17.1 responses 1-45. [L310 - A103](2.50) | 2.50 | $1,187.50 |
| 7/16/2025 | BJLE | Review and revise responses to FROG 1 - 16. [L310 - A103](0.50) | 0.50 | $237.50 |
| 7/16/2025 | BJLE | Exchange of emails with Paula Carney regarding draft discovery responses. [L310 - A106](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client: 150363
Matter: 000945
Invoice #: 98510908

Page: 3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/17/2025 | BJLE | Review of Cruise LLC's proposed changes to stipulation to dismiss cross complaint without prejudice and make final revisions. [L210 - A103](0.30) | 0.30 | $142.50 |
| 7/17/2025 | BJLE | Exchange of emails with Paula Carney regarding trial date and stipulation to dismiss cross complaint without prejudice. [L210 - A106](0.20) | 0.20 | $95.00 |
| 7/17/2025 | BJLE | Exchange of emails with Paula Carney regarding discovery responses. [L210 - A106](0.20) | 0.20 | $95.00 |
| 7/17/2025 | BJLE | Exchange of emails with David Belcher regarding stipulation to dismiss cross complaint without prejudice. [L210 - A107](0.20) | 0.20 | $95.00 |
| 7/17/2025 | BJLE | Exchange of emails with Doug Shaffer and David Belcher regarding negotiating trial dates. [L230 - A107](0.20) | 0.20 | $95.00 |
| 7/17/2025 | BGON | Prepare client files for attorney review. [L140 - A104](0.40) | 0.40 | $90.00 |
| 7/21/2025 | BJLE | Final review and revision of discovery responses prior to serving on Plaintiff. [L310 - A103](0.80) | 0.80 | $380.00 |
| 7/21/2025 | CM | Review and analyze various insurance policies for the Roman Catholic Archbishop of San Francisco for purposes of written discovery. [L190 - A104](1.10) | 1.10 | $440.00 |
| 7/21/2025 | CM | Finalize written responses to Plaintiff Shajana Steele's Form Interrogatories, Set One, Request for Admissions, Set One, Special Interrogatories, Set One, and Request for Production of Documents, Set One. [L310 - A103](2.60) | 2.60 | $1,040.00 |
| 7/21/2025 | BGON | Prepare document production. [L320 - A103](0.50) | 0.50 | $112.50 |
| 7/22/2025 | BJLE | Telephone call Doug Shaffer regarding upcoming hearing. [L230 - A107](0.20) | 0.20 | $95.00 |
| 7/22/2025 | BJLE | Exchange of emails with Doug Shaffer and David Belcher regarding upcoming hearing. [L230 - A107](0.20) | 0.20 | $95.00 |
| 7/22/2025 | BJLE | Attend OSC regarding new trial date. [L230 - A109](0.30) | 0.30 | $142.50 |
| 7/22/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding new trial date. [L230 - A107](0.20) | 0.20 | $95.00 |
| 7/22/2025 | BJLE | Exchange of emails with Paula Carney and Marizel Bajao regarding new trial date. [L230 - A106](0.20) | 0.20 | $95.00 |
| 7/22/2025 | BJLE | Review and revise notice to dismiss cross complaint without prejudice. [L210 - A103](0.20) | 0.20 | $95.00 |
| 7/22/2025 | CM | Prepare Verifications for client signature. [L310 - A111](0.30) | 0.30 | $120.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client:      150363
Matter:     000945
Invoice #:  98510908

Page:           4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 7/22/2025 | CM | Draft Request for Dismissal of Cross-Complaint against Cruise, LLC with waiver of fees and costs. [L440 - A103](0.60) | 0.60 | $240.00 |
| 7/23/2025 | BJLE | Exchange of emails with Paula Carney regarding verifications. [L310 - A106](0.20) | 0.20 | $95.00 |
| 7/24/2025 | BJLE | Exchange of emails with Paula Carney regarding verifications. [L310 - A106](0.20) | 0.20 | $95.00 |
| 7/24/2025 | CM | Review insurance information received from insurance carrier and draft supplemental response to Plaintiffs Form Interrogatory No. 4.1. [L310 - A103](0.70) | 0.70 | $280.00 |
| 7/25/2025 | BJLE | Review and review FROG response 4.1. [L310 - A103](0.20) | 0.20 | $95.00 |
| 7/29/2025 | CM | Finalize supplemental response to Plaintiffs Form Interrogatory No. 4.1 and identify and prepare insurance policy documents for production. [L310 - A103](0.50) | 0.50 | $200.00 |
| 7/29/2025 | BGON | Prepare document production. [L140 - A103](0.50) | 0.50 | $112.50 |
| | | Total Services | 29.90 | $12,765.00 |

**Timekeeper Summary**

| Initials | Name | Level | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 14.00 | $475.00 | $6,650.00 |
| CM | Carly M Moran | ASSOCIATE | 14.50 | $400.00 | $5,800.00 |
| BGON | Brian Gonzaga | PARALEGAL | 1.40 | $225.00 | $315.00 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 5/31/2025 | Specialized Legal Services, Inc.- Service- Servee: Cruise, LLC, A California Business [E100 - E124] | $103.70 |
| 7/10/2025 | Ace Attorney Service, Inc.- Filing fee- 06/25/2025- Case MGMT STMT: San Francisco Super [E100 - E101] | $66.90 |
| | Total Expenses | $170.60 |

| | |
|---|---|
| Total Fees to Date: | $37,023.50 |
| Total Disbursements to Date: | $842.75 |
| Total to Date: | $37,866.25 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client:      150363
Matter:      000945
Invoice #:   98510908

Page:              5

| | | |
|---|---|---|
| Previous Balance | | $14,131.30 |
| Current Charges | | $12,935.60 |
| Less Payments | | $4,226.00 |
| **Balance Due** | | **$22,840.90** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Copying | 0.00 | $66.90 |
| E100 | Other | 0.00 | $103.70 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $95.00 |
| L140 | Document/File Management - Draft/Revise | 0.50 | $112.50 |
| L140 | Document/File Management - Review/Analyze | 0.40 | $90.00 |
| L190 | Other - Review/Analyze | 1.10 | $440.00 |
| L210 | Pleadings - Draft/Revise | 3.10 | $1,315.00 |
| L210 | Pleadings - Review/Analyze | 0.50 | $215.00 |
| L210 | Pleadings - Communicate/With Client | 0.40 | $190.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.60 | $285.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 0.20 | $95.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 0.80 | $380.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client:        150363
Matter:       000945
Invoice #:    98510908

Page:              6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Appear For/Attend | 0.30 | $142.50 |
| L310 | Written Discovery - Draft/Revise | 16.40 | $7,032.50 |
| L310 | Written Discovery - Communicate/With Client | 2.00 | $950.00 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.20 | $95.00 |
| L310 | Written Discovery - Other | 0.30 | $120.00 |
| L320 | Document Production - Draft/Revise | 0.50 | $112.50 |
| L430 | Written Motions/Submissions - Draft/Revise | 1.80 | $855.00 |
| L440 | Other Preparation/Support - Draft/Revise | 0.60 | $240.00 |

**Total Hours** 29.90

**Total Fees:** $12,765.00



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

August 04, 2025
Client:          150363

For Professional Services Rendered Through July 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ██████ AKA ████████ V. ████ | 98510904 | $150.00 | $0.00 | $150.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,220.00 |
| Current Charges | $150.00 |
| Less Payments | $1,640.00 |
| **Balance Due:** | **$1,730.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client: 150363
Matter: 000983
Invoice #: 98510904

Page: 1

RE: ████████ AKA ████████████ V. ████████████

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 7/31/2025 | DCZ | Drafted correspondence to ████████ regarding status of claim. [L120 - A103](0.30) | 0.30 | $150.00 |
| | | Total Services | 0.30 | $150.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.30 | $500.00 | $150.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $6,800.00 | Previous Balance | $3,220.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $150.00 |
| Total to Date: | $6,800.00 | Less Payments | $1,640.00 |
| | | **Balance Due** | **$1,730.00** |

The Archdiocese of San Francisco

RE: ███████ AKA ███████ V. ███████

August 04, 2025
Client:      150363
Matter:      000983
Invoice #:   98510904

Page:           2

| Task | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | | 0.30 | $150.00 |
| | | **Total Hours** | **0.30** | |
| | | **Total Fees:** | **$150.00** | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:         150363

For Professional Services Rendered Through July 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000985 | ███████████ | 98510906 | $200.00 | $0.00 | $200.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $9,850.00 |
| Current Charges | $200.00 |
| Less Payments | $7,720.00 |
| **Balance Due:** | **$2,330.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:        150363
Matter:        000985
Invoice #:    98510906

Page:              1

RE: ██████████

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 7/10/2025 | DCZ | Drafting correspondence to ████████ regarding status of claim. [L120 - A108](0.20) | 0.20 | $100.00 |
| 7/31/2025 | MDB | Correspondence with ████████ re: status of CRD Complaint. [L140 - A106](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.40 | $200.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.20 | $500.00 | $100.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | |
|---|---|
| Total Fees to Date: | $10,050.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $10,050.00 |

The Archdiocese of San Francisco

RE: ███████████

August 04, 2025
Client:        150363
Matter:        000985
Invoice #:   98510906

Page:              2

| | | |
|---|---|---:|
| Previous Balance | | $9,850.00 |
| Current Charges | | $200.00 |
| Less Payments | | $7,720.00 |
| **Balance Due** | | **$2,330.00** |

| Task | Description | Hours | Amount |
|------|-------------|------:|-------:|
| L120 | Analysis/Strategy - Communicate/Other External | 0.20 | $100.00 |
| L140 | Document/File Management - Communicate w/Clie | 0.20 | $100.00 |
| | **Total Hours** | *0.40* | |
| | **Total Fees:** | | *$200.00* |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:          150363

For Professional Services Rendered Through July 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000986 | ██████████ | 98510905 | $600.00 | $0.00 | $600.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $850.00 |
| Current Charges | $600.00 |
| Less Payments | $520.00 |
| **Balance Due:** | **$930.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:           150363
Matter:          000986
Invoice #:    98510905

Page:              1

RE: ██████████

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/8/2025 | DCZ | Review and analysis of demand letter allegations in advance of settlement call with claimant's counsel. [L160 - A104](0.50) | 0.50 | $250.00 |
| 7/8/2025 | MDB | Prepare for call with opposing counsel re: demand, including review of possible qualification for exempt status; prepare notes for file re: same. [L190 - A108](0.30) | 0.30 | $150.00 |
| 7/9/2025 | DCZ | Phone all with claimant's counsel regarding legal defenses to claim. [L120 - A108](0.20) | 0.20 | $100.00 |
| 7/16/2025 | DCZ | Drafted correspondence to claimant's counsel about communicating directly with client. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.20 | $600.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|---------------------|-------------|-------|---------|---------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.30 | $500.00 | $150.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.90 | $500.00 | $450.00 |

| Total Fees to Date: | $1,450.00 |
|---------------------|-----------|

The Archdiocese of San Francisco

RE: ████████████

August 04, 2025
Client:        150363
Matter:        000986
Invoice #:   98510905

Page:            2

| | |
|---|---|
| Previous Balance | $850.00 |
| Current Charges | $600.00 |
| Less Payments | $520.00 |
| **Balance Due** | **$930.00** |

| | |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $1,450.00 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.20 | $100.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.50 | $250.00 |
| L190 | Other - Communicate/Other External | 0.30 | $150.00 |
| | **Total Hours** | **1.20** | |
| | **Total Fees:** | | **$600.00** |



weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:           150363

For Professional Services Rendered Through July 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98510915 | $33,130.50 | $0.00 | $33,130.50 |

## Account Summary

| | |
|---|---|
| Previous Balance | $99,142.80 |
| Current Charges | $33,130.50 |
| Less Payments | $24,193.20 |
| **Balance Due:** | **$108,080.10** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:        150363
Matter:        900036
Invoice #:  98510915

Page:               1

RE: Bankruptcy

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/1/2025 | PEG | Calls with Weinstein and Shulman regarding insurance towers for case selection and draft proposed email to mediators. [B100 - B110](0.60) | 0.60 | $312.00 |
| 7/2/2025 | PEG | Exchange of further emails with Jeff Shulman, Paul Pascuzzi and Ori Katz regarding communication to mediators regarding released cases. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/2/2025 | PEG | Finalize email to mediators regarding case release. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/3/2025 | PEG | Call with Judges Buckley and Sonchi regarding released cases. [B100 - B110](0.50) | 0.50 | $260.00 |
| 7/3/2025 | MAS | Further review personnel file of ██████ for purposes of production to Creditor's Committee. [L320 - A104](1.00) | 1.00 | $375.00 |
| 7/7/2025 | DCZ | Drafting list of cases for mediators for potential lifting of bankruptcy stay. [L160 - A103](5.30) | 5.30 | $2,650.00 |
| 7/7/2025 | PEG | Review of additional cases to be proposed for release. [B100 - B110](0.50) | 0.50 | $260.00 |
| 7/8/2025 | DCZ | Further drafting of list of cases for mediators for potential lifting of bankruptcy stay. [L160 - A103](2.40) | 2.40 | $1,200.00 |
| 7/8/2025 | PEG | Call with Paula Carney regarding proposed cases for relief. [B100 - B190](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98510915

Page: 2

_____

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/8/2025 | PEG | Review of draft plan term sheet prepared by Pascuzzi. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/8/2025 | PEG | Preparation of further memorandum to Carney regarding additional proposed cases. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/9/2025 | DCZ | Final drafting list of cases for mediators for potential lifting of bankruptcy stay. [L160 - A103](0.50) | 0.50 | $250.00 |
| 7/9/2025 | DCZ | Review and analysis of list of 10 cases proposed by Creditors Committee for possible lift stay consideration. [L160 - A104](2.80) | 2.80 | $1,400.00 |
| 7/9/2025 | DCZ | Conference call with client regarding Committee's list of proposed lift stay cases. [L160 - A106](1.20) | 1.20 | $600.00 |
| 7/9/2025 | PEG | Finalize letter to mediators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/9/2025 | PEG | Review and edit draft status report. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/9/2025 | PEG | Review of Committee proposed list for released cases. [B100 - B190](0.40) | 0.40 | $208.00 |
| 7/9/2025 | PEG | Review of reply from Judge Buckley regarding Committee proposed cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/9/2025 | PEG | Review of Fact Sheets and Proofs of Claim on Committee's proposed cases. [B100 - B190](1.20) | 1.20 | $624.00 |
| 7/9/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Paul Pascuzzi, Barry Weinstein and Jeff Schuman regarding Committee's proposed cases. [B100 - B190](1.00) | 1.00 | $520.00 |
| 7/9/2025 | PEG | Call with Judge Buckley regarding case selection. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/9/2025 | BJLE | Analyze the ten proposed cases to lift the stay in the Archdiocese of San Francisco Bankruptcy to confirm there are no other co-defendants impacted by lifting the stay. [L430 - A104](1.70) | 1.70 | $765.00 |
| 7/9/2025 | MAS | Correspondence with Paula Carney regarding outstanding personnel files. [L320 - A106](0.30) | 0.30 | $112.50 |
| 7/9/2025 | BGON | Compile Proof of Claims and Fact Sheets of possible lift of stay cases and send to case team. [L140 - A104](1.20) | 1.20 | $270.00 |
| 7/10/2025 | DCZ | Review and analysis of list of 10 cases proposed by Creditors Committee or possible lift stay consideration. [L160 - A104](1.80) | 1.80 | $900.00 |
| 7/10/2025 | DCZ | Conference call with mediators and Creditors Committee regrading selection of lift stay cases and post-call debrief with client. [L160 - A108](1.70) | 1.70 | $850.00 |
| 7/10/2025 | PEG | Meeting with mediators and Committee regarding selection of released cases. [B100 - B190](1.50) | 1.50 | $780.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98510915

Page: 3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 7/10/2025 | PEG | Review of reply from Judge Buckley. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/11/2025 | DCZ | Review and analysis of past claim information regarding ▉▉▉▉▉ for purposes of determining date of first notice in consideration for release of potential cases from bankruptcy stay. [L160 - A104](0.60) | 0.60 | $300.00 |
| 7/11/2025 | DCZ | Conference call with client and Judge Daniel Buckley regrading possible case selection for relief from bankruptcy stay. [L160 - A108](1.30) | 1.30 | $650.00 |
| 7/11/2025 | DCZ | Conference call with Judge Buckley regarding contacting Devin Storey to pick cases for relief from stay. [L160 - A108](0.30) | 0.30 | $150.00 |
| 7/11/2025 | DCZ | Review and analysis of Zalkin Law Firm claims for possible selection of case for relief from stay. [L160 - A104](1.60) | 1.60 | $800.00 |
| 7/12/2025 | PEG | Exchanges with Judges Buckley and Sonchi regarding offer. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/13/2025 | PEG | Call with Judges Buckley and Sonchi, Tim Gallagher and Ori Katz regarding opening offer. [B100 - B110](0.40) | 0.40 | $208.00 |
| 7/13/2025 | PEG | Review of memorandum from Paul Pascuzzi and review of draft motion to withdraw referencer. [B100 - B190](0.60) | 0.60 | $312.00 |
| 7/13/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Michael Flanagan, and Barry Weinstein regarding mediators guidance regarding opening. [B100 - B110](0.60) | 0.60 | $312.00 |
| 7/14/2025 | DCZ | Conference call with Committee Counsel regarding possible stay relief cases. [L160 - A108](0.80) | 0.80 | $400.00 |
| 7/14/2025 | DCZ | Further review and analysis of possible relief from stay cases. [L160 - A104](0.40) | 0.40 | $200.00 |
| 7/14/2025 | DCZ | Further conference call with client regarding possible selection of cases for relief from stay. [L160 - A108](0.60) | 0.60 | $300.00 |
| 7/14/2025 | PEG | Review of correspondence from LMI regarding missing personnel files. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/14/2025 | PEG | Review of further memorandum from Judge Buckley regarding case selection. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/14/2025 | PEG | Call with Jeff Anderson regarding case selection. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/14/2025 | PEG | Further call with Judge Buckley regarding case selection. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/14/2025 | PEG | Call with Weinstein regarding case selection. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98510915

Page: 4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/14/2025 | PEG | Call with Brittany Michael, Jesse Bair and Jeff Schulman regarding selection of released cases. [B100 - B190](0.80) | 0.80 | $416.00 |
| 7/14/2025 | PEG | Drafting of memorandum to Paula Carney regarding proposed cases for release. [B100 - B190](0.40) | 0.40 | $208.00 |
| 7/14/2025 | PEG | Further call with Paula Carney, Fr. Summerhays, Barry Weinstein and Paul Pascuzzi regarding case selection and discussion with Committee. [B100 - B190](0.50) | 0.50 | $260.00 |
| 7/14/2025 | BJLE | Telephone call with Chuck Louderbeck regarding status of case and new developments. [L120 - A107](0.30) | 0.30 | $135.00 |
| 7/14/2025 | MAS | Analysis of claims by Zalkin firm pre-1972. [L120 - A104](0.30) | 0.30 | $112.50 |
| 7/15/2025 | DCZ | Drafting list of cases for relief from stay stipulation. [L160 - A103](0.90) | 0.90 | $450.00 |
| 7/15/2025 | DCZ | Conference call with Committee Counsel about potential relief from stay cases. [L160 - A108](0.40) | 0.40 | $200.00 |
| 7/15/2025 | PEG | Review and edit draft motion to dismiss adversary complaint. [B100 - B190](0.80) | 0.80 | $416.00 |
| 7/15/2025 | PEG | Call with Brittany Michael and Jeff Schulman to confirm list of cases to be released and preparation of memorandum to Paula Carney and Fr. Summerhays regarding same. [B100 - B190](0.50) | 0.50 | $260.00 |
| 7/15/2025 | PEG | Review of reply from Paul Pascuzzi regarding stipulation to release cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/15/2025 | PEG | Call with Judge Buckley regarding agreement to release cases. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/15/2025 | PEG | Call with Pascuzzi regarding released cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/15/2025 | PEG | Call with Paula Carney regarding released case involving Marin Catholic. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/15/2025 | PEG | Review and edit draft response to LMI. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/15/2025 | PEG | Call with Rob Harris regarding release of ▮ case. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/15/2025 | PEG | Call with Weinstein regarding LMI. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/16/2025 | DCZ | Final drafting of exhibit case list for stipulation for relief from stay. [L160 - A103](0.40) | 0.40 | $200.00 |
| 7/16/2025 | DCZ | Phone call with Paul Pascuzzi regarding status of stipulation to lift stay cases. [L160 - A108](0.30) | 0.30 | $150.00 |
| 7/16/2025 | DCZ | Conference call with client regarding settlement discussions. [L160 - A106](0.30) | 0.30 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98510915

Page: 5

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/16/2025 | PEG | Calls with Paul Pascuzzi and Rob Harris regarding case selection. [B100 - B190](0.40) | 0.40 | $208.00 |
| 7/16/2025 | PEG | Review of memorandum from Brittany Michael regarding Committee confirmation of case selection. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/16/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Michael Flanagan, Paul Pascuzzi and Jeff Schulman regarding response to mediators. [B100 - B110](0.40) | 0.40 | $208.00 |
| 7/16/2025 | PEG | Review of revised settlement term sheet. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/16/2025 | PEG | Call with Weinstein regarding carrier defense obligations. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/16/2025 | PEG | Call with Paula Carney and Paul Pascuzzi regarding case selection. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/16/2025 | PEG | Call with Pascuzzi and mediators regarding offer. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/16/2025 | PEG | Call from Judge Buckley regarding communication of offer. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/16/2025 | BGON | Review and organize ███████ and ███████ personnel files for attorney review. [L140 - A104](0.80) | 0.80 | $180.00 |
| 7/17/2025 | PEG | Review of emails from and preparation of emails to Judge Buckley regarding mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/17/2025 | PEG | Call with Weinstein regarding Committee response to offer. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/17/2025 | PEG | Review of Storey's motion to file late claim. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/18/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.40) | 0.40 | $208.00 |
| 7/21/2025 | PEG | Review of revised draft complaint against Travelers. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/21/2025 | PEG | Review of final draft of motion to dismiss adversary proceeding. [B100 - B190](0.40) | 0.40 | $208.00 |
| 7/22/2025 | DCZ | Attended continued global mediation at Signature Resolution. [L160 - A109](6.50) | 6.50 | $3,250.00 |
| 7/22/2025 | PEG | Appear and attend at mediation session. [B100 - B110](6.00) | 6.00 | $3,120.00 |
| 7/23/2025 | PEG | Call with Simons regarding mediation session. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/23/2025 | PEG | Review of ███████ opinion relative to call with Tim Burns. [L120 - A104](0.40) | 0.40 | $208.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client:        150363
Matter:        900036
Invoice #:   98510915

Page:                6

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/23/2025 | JRH | Review and analyze case law and statutory authority regarding arguments in favor of motion to extend stay. [L120 - A102](2.30) | 2.30 | $862.50 |
| 7/25/2025 | DCZ | Conference call with client regarding mediation outcome and future settlement strategy. [L120 - A106](1.00) | 1.00 | $500.00 |
| 7/25/2025 | PEG | Exchange of emails with Carney and Katz regarding objection to late claim. [B300 - B310](0.30) | 0.30 | $156.00 |
| 7/29/2025 | PEG | Review of email from Judge Buckley and call with Paul Pascuzzi regarding next mediation session. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/30/2025 | PEG | Call with Judge Buckley re next session and report to RCASF team. [B100 - B110](0.40) | 0.40 | $208.00 |
| 7/31/2025 | PEG | Further call with Pascuzzi regarding upcoming professionals call. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/31/2025 | PEG | Review of memorandum from Pascuzzi regarding professionals meeting. [B100 - B110](0.20) | 0.20 | $104.00 |
| | | Total Services | 67.40 | $33,130.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 28.40 | $520.00 | $14,768.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 31.10 | $500.00 | $15,550.00 |
| JRH | Jillian Harvey | ASSOCIATE | 2.30 | $375.00 | $862.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.00 | $450.00 | $900.00 |
| MAS | Monica Silver | ASSOCIATE | 1.60 | $375.00 | $600.00 |
| BGON | Brian Gonzaga | PARALEGAL | 2.00 | $225.00 | $450.00 |

| Total Fees to Date: | $906,485.25 | | Previous Balance | $99,142.80 |
|---|---|---|---|---|
| Total Disbursements to Date: | $2,192.28 | | Current Charges | $33,130.50 |
| Total to Date: | $908,677.53 | | Less Payments | $24,193.20 |
| | | | **Balance Due** | **$108,080.10** |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client:        150363
Matter:        900036
Invoice #:   98510915

Page:            7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 15.40 | $8,008.00 |
| B100 | Othe Conteste Matter (excludin assumption/re | 12.30 | $6,396.00 |
| B300 | Cl ims Administra ion and Objections | 0.30 | $156.00 |
| L120 | Analysis/ t ategy - Research | 2.30 | $862.50 |
| L120 | Analys s Strategy - Review/Analyze | 0.70 | $320.50 |
| L120 | Ana y is/Strategy - Co municate/With Client | 1.00 | $500.00 |
| L120 | n lysis/Strategy - ommunicate/Other Counsel | 0.30 | $135. 0 |
| L140 | Docu e t/File Management - Review/Analyze | 2.00 | $450.00 |
| L160 | Set l ment/Non-Binding ADR - Draft/Revise | 9.50 | $4,750.00 |
| L 60 | e tlement/Non-Binding ADR - Review/Analyze | 7.20 | $3,600. 0 |
| L1 0 | Settlement/ on-Binding ADR - Communicate w/Cli | 1.50 | $750.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client:       150363
Matter:       900036
Invoice #:   98510915

Page:           8

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 5.40 | $2,700.00 |
| L160 | Settlement/Non-Binding ADR - Appear For/Attend | 6.50 | $3,250.00 |
| L320 | Document Production - Review/Analyze | 1.00 | $375.00 |
| L320 | Document Production - Communicate w/Client | 0.30 | $112.50 |
| L430 | Written Motions/Submissions - Review/Analyze | 1.70 | $765.00 |

**Total Hours** 67.40

**Total Fees:** $33,130.50