| | |
|---|---|
| Harris B. Winsberg (admitted *pro hac vice*)<br>Matthew M. Weiss (admitted *pro hac vice*)<br>Matthew G. Roberts (admitted *pro hac vice*)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>303 Peachtree St NE, Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com | Matthew C. Lovell (SBN 189728)<br>NICOLAIDES FINK THORPE MICHAELIDES AND SULLIVAN LLP<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94104<br>Telephone: (415) 745-3770<br>Email: mlovell@nicolaidesllp.com<br><br>*Attorney for Chicago Insurance Company, Fireman's Fund Insurance Company* |
| Todd C. Jacobs (admitted *pro hac vice*)<br>John E. Bucheit (admitted *pro hac vice*)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3305<br>Email: tjacobs@phrd.com<br>jbucheit@phrd.com | Christina M. Lincoln (SBN 274352)<br>ROBINS KAPLAN LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br>Email: clincoln@robinskaplan.com |
| *Attorneys for Chicago Insurance Company, Fireman's Fund Insurance Company and Appalachian Insurance Company* | *Attorney for Appalachian Insurance Company* |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali<br><br>**CERTIFICATE OF SERVICE** |

I, Erica Lyttle, declare:

I am over the age of 18 and not a party to this bankruptcy case. My business address is: Parker, Hudson, Rainer & Dobbs LLP, 303 Peachtree Street NE, Suite 3600, Atlanta, Georgia 30308.

I hereby certify that on August 21, 2025, a true and correct copy of the following document was served by Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California:

**INTERSTATE INSURERS' AND APPALACHIAN'S JOINDER TO INSURERS' OBJECTION TO DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY [Dkt. No. 1303]**

CERTIFICATE OF SERVICE - 1

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct, and that this declaration was executed on August 25, 2025.

_Erica Lyttle_ (signed)
Erica Lyttle