Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
rroten@skarzynski.com
jkahane@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yang@clydeco.us

*Counsel for Companhia de Seguros Fidelidade SA f/k/a Fidelidade Insurance Company of Lisbon*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>**SUBSTITUTION OF ATTORNEY** |

1. The name of the party making this substitution:

    Companhia de Seguros Fidelidade SA f/k/a Fidelidade Insurance Company of Lisbon.

2. The name, address, and telephone number of the new counsel are:

    Russell W. Roten (SBN 170571)
    Jeff D. Kahane (SBN 223329)
    Nathan Reinhardt (SBN 311623)
    Timothy W. Evanston (SBN 319342)
    **Skarzynski Marick & Black LLP**
    633 West Fifth Street, 26th Floor
    Los Angeles, CA 90071
    Telephone: (213) 721-0650

    Catalina J. Sugayan
    Michael Norton (*pro hac vice*)
    Yongli Yang (*pro hac vice*)
    **Clyde & Co US LLP**
    30 S. Wacker Drive, Suite 2600
    Chicago, IL 60606
    Telephone: (312) 635-7000

3. New Counsel hereby appears in the herein bankruptcy matter.

4. The New Counsel is substituted as attorney of record in place and instead of the present attorney:

Mary P. McCurdy, SBN 116812
**Cozen O'Connor**
388 Market Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 644-0914

Companhia de Seguros Fidelidade SA f/k/a Fidelidade Insurance Company of Lisbon

_S.J. Wilton_
By: Stephanie Wilton, Claims Management

August 27, 2025
Date

I consent to the above substitution.

/s/ Mary P. McCurdy
By: Mary P. McCurdy

August 28, 2025
Date

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: August 28, 2025

Respectfully submitted,

By: */s/ Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy W. Evanston
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
jkahane@skarzynski.com
rroten@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Michael Norton (admitted *pro hac vice*)

2
SUBSTITUTION OF ATTORNEY

Yongli Yang (admitted *pro hac vice*)
**Clyde & Co US LLP**
30 S Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yang@clydeco.us