Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan W. Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
rroten@skarzynski.com
jkahane@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Michael Norton *(pro hac vice)*
Yongli Yang (*pro hac vice*)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yang@clydeco.us

*Counsel for Companhia de Seguros Fidelidade SA f/k/a Fidelidade Insurance Company of Lisbon*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>      Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>Judge: Hon. Dennis Montali |

**CERTIFICATE OF SERVICE**

I, Jeff D. Kahane, certify and declare that on August 28, 2025, caused to be served the document titled, "Substitution of Attorney," via CM/ECF to the parties listed below.

- **Mary Alexander**    malexander@maryalexanderlaw.com
- **Darren Azman**    dazman@mwe.com, mco@mwe.com
- **Jesse Bair**    jbair@burnsbair.com, kdempski@burnsbair.com
- **Hagop T. Bedoyan**    hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- **Jason Blumberg**    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

1

Case No. 23-30564
CERTIFICATE OF SERVICE

Case: 23-30564    Doc# 1314    Filed: 08/28/25    Entered: 08/28/25 15:42:05    Page 1 of 5

- **Gillian Nicole Brown**   gbrown@pszjlaw.com
- **John Bucheit**   jbucheit@phrd.com
- **Timothy W. Burns**   tburns@burnsbair.com, kdempski@burnsbair.com
- **George Calhoun**   george@ifrahlaw.com
- **Peter C. Califano**   pcalifano@nvlawllp.com
- **Brian P Cawley**   bcawley@burnsbair.com
- **Robert M Charles**   Robert.Charles@wbd-us.com
- **Jason Chorley**   jason.chorley@clydeco.us, Robert.willis@clydeco.us
- **Amanda L. Cottrell**   acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- **Jennifer Witherell Crastz**   jcrastz@hemar-rousso.com
- **Blaise S Curet**   bcuret@spcclaw.com
- **Melissa M D'Alelio**   mdalelio@robinskaplan.com
- **Jared A. Day**   jared.a.day@usdoj.gov
- **Michele Nicole Detherage**   mdetherage@robinskaplan.com
- **Allan B Diamond**   adiamond@diamondmccarthy.com
- **Luke N. Eaton**   lukeeaton@cozen.com, monugiac@pepperlaw.com
- **Daniel Lloyd Egan**   degan@wilkefleury.com
- **Michael W Ellison**   mellison@sehlaw.com, kfoster@sehlaw.com
- **Stephen John Estey**   steve@estey-bomberger.com
- **Timothy W. Evanston**   tevanston@skarzynski.com
- **Trevor Ross Fehr**   trevor.fehr@usdoj.gov
- **Robert David Gallo**   dgallo@khlawfirm.com
- **Debra I. Grassgreen**   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Gail S. Greenwood**   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **John Grossbart**   john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
- **John Grossbart**   , docket.general.lit.chi@dentons.com
- **Joshua K Haevernick**   joshua.haevernick@dentons.com
- **Robert G. Harris**   rob@bindermalter.com, RobertW@BinderMalter.com
- **Deanna K. Hazelton**   deanna.k.hazelton@usdoj.gov
- **Jordan Anthony Hess**   jhess@plevinturner.com
- **Todd C. Jacobs**   tjacobs@phrd.com
- **Daniel James**   daniel.james@clydeco.us

2

| | |
|---|---|
| 1 | • **Christopher D. Johnson**  chris.johnson@diamondmccarthy.com |
| 2 | • **Jeff D. Kahane**  jkahane@skarzynski.com |
| 3 | • **Taylore Karpa Schollard**  tkarpa@robinskaplan.com |
| 4 | • **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 5 | • **Jeannie Kim**  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com |
| 6 | • **David S. Kupetz**  david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com |
| 7 | • **Jennifer R Liakos**  jenn@jennliakoslaw.com |
| 8 | • **Christina Marie Lincoln**  clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com |
| 9 | • **Lisa Arlyn Linsky**  llinsky@mwe.com |
| 10 | • **John William Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 11 | • **Alan H. Martin**  AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 12 | • **Patrick Maxcy**  patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com |
| 13 | • **Patrick Maxcy**  , docket.general.lit.chi@dentons.com |
| 14 | • **Brittany Mitchell Michael**  bmichael@pszjlaw.com |
| 15 | • **M. Keith Moskowitz**  keith.moskowitz@dentons.com |
| 16 | • **Michael Norton**  michael.norton@clydeco.us, nancy.lima@clydeco.us |
| 17 | • **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov |
| 18 | • **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 19 | • **Valerie Bantner Peo**  vbantnerpeo@buchalter.com |
| 20 | • **Robert J. Pfister**  rpfister@pslawllp.com |
| 21 | • **Mark D. Plevin**  mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 22 | • **Gregory S. Powell**  greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov |
| 23 | • **Douglas B. Provencher**  dbp@provlaw.com |
| 24 | • **Nathan W. Reinhardt**  nreinhardt@skarzynski.com |
| 25 | • **Jason E. Rios**  jrios@ffwplaw.com, docket@ffwplaw.com |
| 26 | • **Kathleen Mary Derrig Rios**  Katie.Rios@wbd-us.com |
| 27 | • **Matthew Roberts**  mroberts@phrd.com |
| 28 | • **Annette Rolain**  arolain@ruggerilaw.com |
|  | • **Julie H. Rome-Banks**  julie@bindermalter.com |
|  | • **Cheryl C. Rouse**  rblaw@ix.netcom.com |

3

Case No. 23-30564

CERTIFICATE OF SERVICE

Case: 23-30564   Doc# 1314   Filed: 08/28/25   Entered: 08/28/25 15:42:05   Page 3 of 5

- **Samantha Ruben**     samantha.ruben@dentons.com
- **Phillip John Shine**     phillip.shine@usdoj.gov
- **James I. Stang**     jstang@pszjlaw.com
- **Ashley Storey**     astorey@skarzynski.com
- **Devin Miles Storey**     dms@zalkin.com
- **Jason D. Strabo**     jstrabo@mwe.com, dnorthrop@mwe.com
- **Catalina Sugayan**     catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- **Edward J. Tredinnick**     etredinnick@foxrothschild.com
- **Miranda Turner**     mturner@plevinturner.com
- **Joshua D Weinberg**     bkfilings@ruggerilaw.com
- **Matthew Michael Weiss**     mweiss@phrd.com
- **Harris Winsberg**     hwinsberg@phrd.com
- **Yongli Yang**     yongli.yang@clydeco.us

Dated: August 28, 2025                                    Respectfully submitted,

By:  /s/ *Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Nathan W. Reinhardt
Timothy W. Evanston
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone:     (213) 721-0650
Email: rroten@skarzynski.com
             jkahane@skarzynski.com
             nreinhardt@skarzski.com
             tevanston@skarzynski.com

-and-

By: Catalina J. Sugayan
Michael Norton *(pro hac vice)*
Yongli Yang *(pro hac vice)*
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, Il 60606
Telephone: (312) 635-7000
Email: Catalina.Sugayan@clydeco.us

Michael.Norton@clydeco.us
Yongli.Yang@clydeco.us

Case: 23-30564    Doc# 1314    Filed: 08/28/25    Entered: 08/28/25 15:42:05    Page 5 of 5