James I. Stang (CA Bar No. 94435)
Brittany M. Michael (*Pro Hac Vice*)
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
 bmichael@pszjlaw.com
 ggreenwood@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice*)
Jesse J. Bair (*Pro Hac Vice*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
 jbair@burnsbair.com

*Attorneys for The Official Committee of the Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Judge: Hon. Dennis Montali |

STATE OF CALIFORNIA     )
                        )
CITY OF SAN FRANCISCO   )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On August 28, 2025, I caused to be served the following documents in the manner stated below:

- ***THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REPLY IN SUPPORT OF THE DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 28, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 28, 2025 at San Francisco, California.

                                                    */s/ Oliver Carpio*
                                                      *Legal* Assistant

**ECF/NEF List**

- Mary Alexander malexander@maryalexanderlaw.com
- Darren Azman dazman@mwe.com, mco@mwe.com
- Jesse Bair jbair@burnsbair.com, kdempski@burnsbair.com
- Hagop T. Bedoyan hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Jason Blumberg jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Gillian Nicole Brown gbrown@pszjlaw.com
- John Bucheit jbucheit@phrd.com
- Timothy W. Burns tburns@burnsbair.com, kdempski@burnsbair.com
- George Calhoun george@ifrahlaw.com
- Peter C. Califano pcalifano@nvlawllp.com
- Brian P Cawley bcawley@burnsbair.com
- Robert M Charles Robert.Charles@wbd-us.com
- Jason Chorley jason.chorley@clydeco.us, Robert.willis@clydeco.us
- Amanda L. Cottrell acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- Jennifer Witherell Crastz jcrastz@hemar-rousso.com
- Blaise S Curet bcuret@spcclaw.com
- Melissa M D'Alelio mdalelio@robinskaplan.com
- Jared A. Day jared.a.day@usdoj.gov
- Michele Nicole Detherage mdetherage@robinskaplan.com
- Allan B Diamond adiamond@diamondmccarthy.com
- Luke N. Eaton lukeeaton@cozen.com, monugiac@pepperlaw.com
- Daniel Lloyd Egan degan@wilkefleury.com
- Michael W Ellison mellison@sehlaw.com, kfoster@sehlaw.com
- Stephen John Estey steve@estey-bomberger.com
- Timothy W. Evanston tevanston@skarzynski.com
- Trevor Ross Fehr trevor.fehr@usdoj.gov
- Robert David Gallo dgallo@khlawfirm.com
- Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Gail S. Greenwood ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- John Grossbart john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
- John Grossbart , docket.general.lit.chi@dentons.com
- Joshua K Haevernick joshua.haevernick@dentons.com
- Robert G. Harris rob@bindermalter.com, RobertW@BinderMalter.com
- Deanna K. Hazelton deanna.k.hazelton@usdoj.gov
- Jordan Anthony Hess jhess@plevinturner.com
- Todd C. Jacobs tjacobs@phrd.com
- Daniel James daniel.james@clydeco.us
- Christopher D. Johnson chris.johnson@diamondmccarthy.com
- Jeff D. Kahane jkahane@skarzynski.com
- Taylore Karpa Schollard tkarpa@robinskaplan.com
- Ori Katz okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Jeannie Kim jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- David S. Kupetz david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com
- Jennifer R Liakos jenn@jennliakoslaw.com
- Christina Marie Lincoln clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
- Lisa Arlyn Linsky llinsky@mwe.com
- John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Alan H. Martin AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- Patrick Maxcy patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
- Patrick Maxcy , docket.general.lit.chi@dentons.com
- Brittany Mitchell Michael bmichael@pszjlaw.com
- M. Keith Moskowitz keith.moskowitz@dentons.com
- Michael Norton michael.norton@clydeco.us, nancy.lima@clydeco.us
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Robert J. Pfister rpfister@pslawllp.com
- Mark D. Plevin mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Gregory S. Powell greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- Douglas B. Provencher dbp@provlaw.com
- Nathan W. Reinhardt nreinhardt@skarzynski.com
- Jason E. Rios jrios@ffwplaw.com, docket@ffwplaw.com
- Kathleen Mary Derrig Rios Katie.Rios@wbd-us.com
- Matthew Roberts mroberts@phrd.com
- Annette Rolain arolain@ruggerilaw.com
- Julie H. Rome-Banks julie@bindermalter.com
- Cheryl C. Rouse rblaw@ix.netcom.com
- Samantha Ruben samantha.ruben@dentons.com
- Phillip John Shine phillip.shine@usdoj.gov
- James I. Stang jstang@pszjlaw.com
- Ashley Storey astorey@skarzynski.com
- Devin Miles Storey dms@zalkin.com
- Jason D. Strabo jstrabo@mwe.com, dnorthrop@mwe.com
- Catalina Sugayan catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Edward J. Tredinnick etredinnick@foxrothschild.com
- Miranda Turner mturner@plevinturner.com
- Joshua D Weinberg bkfilings@ruggerilaw.com
- Matthew Michael Weiss mweiss@phrd.com
- Harris Winsberg hwinsberg@phrd.com
- Yongli Yang yongli.yang@clydeco.us

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

**SERVED VIA EMAIL (LIMITED LIST)**

| SF 4920-8547-1588.1 | Name | SF 4920-8547-1588.1 | SF 4920-8547-1588.1 |
|---|---|---|---|
| • NOA • Request for Notice | A.S. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | kim@justcelc.co |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | acottrell@sheppardmullln.com JHerschap@sheppardmullln.com |
| Registered ECF User for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Ashlev Storev | | astorey@skanvnskl.com |
| *NOA Counsel for Junlpero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Saleslan Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris 2775 Park Ave Santa Oara, CA 95050 | rob@blndermalter.com robertw@bindermalter.com |
| *NOA• Attorneys for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Valerie Bantner Peo, Esq. 425 Market Street, Suite 2900 San Francisco, CA 94105-3493 | vbantnerpeo@buchalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair Timothy Burns Brian P Cawley | jbair@burnsbair.com aturgeon@burnsbair.com kdempskl@burnsbair.com tburns@burnsbair.com bcawlev@burnsbair.com |
| "NOA• Request for Notice | C.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washlnston St N Easton, MA 02356 | kim@justcelc.com |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolaln | rblaw@ix.netcom.com |
| *NOA• Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente Attn: Jason J Chorley 150 California St, 15th Fl San Francisco, CA 94111 | alex.potente@clydeco.us Jason.chorley@clydeco.us |
| *NOA• Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan 30 S Wacker Dr, Ste 2600 Chicago, IL 60606 | Catallna.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Uma Attn: Yongli Yang Attn: Jason J Chorley Attn: Daniel James Attn: Michael Norton | Nancy.Lima@clydeco.us yongll.yang@clydeco.us Jason.chorley@clydeco.us Robert.willis@clydeco.us daniel.james@dydeco.us michael.norton@clydeco.us |
| "NOA• Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy 388 Market St, Ste 1000 San Frandsco, CA 94111 | MMcCurdy@cozen.com |
| • NOA • Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig 2001 Addison St, Ste 300 Berkeley, CA 94704 | rcraig@craig-winkelman.com |
| • NOA • Request for Notice | D.R. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St | kim@Justcelc.com |

| | Name | | |
|---|---|---|---|
| SF 4920-8547-1588.1 | | SF 4920-8547-1588.1 | SF 4920-8547-1588.1 |
| | | N Easton, MA02356 | |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | david.kupetz@troutman.com |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevemlck 1999 Harrison St, Ste 1300 Oakland, CA 94612 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy Attn: John Grossbart 233 S Wacker Dr, Ste 5900 Chlca110, IL 60606 | patrick.maxcy@dentons.com John.srossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | docket.general.lit.chi@dentons.com lpatrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | kelth.moskowitz@denntons.com |
| Registered ECF User | Devlin Miles Storev | | dms@zalkin.com |
| •NOA • Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond Attn: Christopher Johnson 909 Fannin, Ste 3700 Houston, TX no10 | chrls.Johnson@dlamondmccarthy.com adiamond@diamondmccarthy.com |
| •NOA• Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | damlon.roblnson@dlamondmccarthy.com |
| •NOA• Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | RWRoten@duanemorrls.com TWEvanston@duanemorris.com |
| Re11istered ECF User | Edward J. Tredinnick | | etredinnick@foxrothschild.com |
| •NOA - Other Professlonal, Registered ECF User | Embolden law PC | Attn: Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | dbp@provlaw.com |
| 'NOA • Counsel for Abuse Claimant | Estey & Bomberser, LLP | Attn: Stephen Estey 2869 India St San Diego, CA 92103 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Thomas Phinney Attn: Jason Rios 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | ppascuzzi@ffwplaw.com tphlnney@ffwplaw.com Jrlos@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registered ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Jason Rios | ppascuzzi@ffwplaw.com jrlos@ffwplaw.com docket@ffwplaw.com |
| 'NOA• Request for Notice | Flore Achermann | Attn: Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | sophia@theFAfirm.com |
| fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | Efrejka@frejka.com |
| NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | randy@gdrgroup.com |
| •NOA• Request for Notice | H.F. | Attn: Kim Dougherty, Esq. Just law Collaborative 210 Washington St N Easton, MA 02356 | kim@justcelc.com |
| •NOA• Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance | Ifrah PLLC | Attn: George Calhoun 1717 Pennsylvania Ave, NW, Ste 650 Washington DC 20006 | george@lfrahlaw.com |

3

| SF 4920-8547-1588.1 | Name | SF 4920-8547-1588.1 | SF 4920-8547-1588.1 |
|---|---|---|---|
| Comoanv, Registered ECF User | | | |
| •NOA• Request for Notice | J.B. | Attn: Kim Dougherty, Esq. Just law Collaborative 210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com |
| •NOA• Request for Notice | J.D. | Attn: Kim Dougherty, Esq. Just law Collaborative 210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party LL John Doe JU | Jennifer R Uakos | | jenn@Jennliakoslaw.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | Jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | kderrlg@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | Katie.Rios@wbd-us.com |
| •NOA·Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. BoxS79<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com |
| "NOA• Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com |
| "NOA• Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los An1eles, CA 90071 | davld.kupetz@lockelord.com<br>Myfene.Rulz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fidelidade SA | Luke N. Eaton | | lukeeaton@cozen.com<br>monuglac@pepperlaw.com |
| Registered ECF User on behalf of Creditor Daniel Eichhorn | Mary Alexander | | malexander@maryalexanderlaw.com |
| "NOA• Counsel for The Roman Catholic Bishop of Fresno Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno CA 93720 | hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com |
| "NOA• Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West lake St, Ste 4000<br>C,lca10, IL 60606 | cwurzelbacher@mwe.com |
| "NOA• Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery UP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York NV 10017-3852 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| "NOA• Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | Jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | dazman@mwe.com<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Dethera1e | | mdetherage@roblnskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and | P.O. Box 25127<br>Santa Fe NM 87504 | |

| SF 4920-8547-1588.1 | Name | SF 4920-8547-1588.1 | SF 4920-8547-1588.1 |
|---|---|---|---|
| | Revenue Department | | |
| NOA • Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell 101 Montgomery St, Ste 2300 San Francisco, CA 94104 | mlovell@nlcolaidesllp.com |
| "NOA• Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano 90 New Montgomery St 9th Fl San Francisco, CA 94105 | pcalifano@nvlawllp.com |
| NOA • Counsel for Tracy Hope Dallis, the United States Trustee for Region 17; registered ECF User | Office of the United States Trustee | Attn: Gregory S Powell 2500 Tulare St, Ste 1401 Fresno, CA 93721 | Greg.Powell@usdoJ.gov USTPRegion17.SF.ECF@usdoJ.gov |
| U.S. Trustee, Registered ECF User | Office of the United State, Trustee | Attn: Phillip J. Shine 450 Golden Gate Ave, Rm 05-0153 San Francisco, CA 94102 | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg Attn: Trevor R Fehr Attn: Jared A. Day 5011Street, Ste 7-500 Sacramento, CA 95814 | Jason.blumberg@usdoJ.gov Trevor.Fehr@usdoj.gov Jared.a.day@usdoj.gov USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton 2500 Tulare St, Ste 1401 Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov |
| •NOA• Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael 780 3rd Ave, 34th Fl New York, NY 10017-2024 | bmichael@pszjlaw.com |
| •NOA• Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang 10100 Santa Monica Blvd, 13th Fl. Los Angeles, CA 90067 | Jstang@pszJlaw.com |
| •NOA• Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stans Ziehl & Jones LLP | Attn: Debra I Grassgreen Attn: John W Lucas 1 Sansome St, 34th Fl, Ste 3430 San Francisco, CA 94104-4436 | dgrassgreen@pszJlaw.com Jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen Gillian Nicole Brown | dgrassgreen@pszjlaw.com hphan@pszjlaw.com ocarplo@pszjlaw.com gbrown@pszjlaw.com ggreenwood@pszjlaw.com rrosales@oszilaw.com |
| •NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurancci Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn:Todd C Jacobs Attn: John E Bucheit 2 N Riverside Plz, Ste 1850 Chicago, IL 60606 | tjacobs@phrd.com Jbucheit@phrd.com |
| •NOA- Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurancci Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg Attn: Matthciw M Weiss Attn: R David Gallo 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | hwinsberg@phrd.com mweiss@phrd.com dgallo@phrd.com |
| •NOA• Counsel for Westport Insurance Corporation, formcirly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts 303 Peachtree St NE, Ste 3600 Atlanta, Georgia 30308 | mroberts@phrd.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

| | Name | | |
|---|---|---|---|
| SF 4920-8547-1588.1 | | SF 4920-8547-1588.1 | SF 4920-8547-1588.1 |
| Company Registered ECF User | | | |
| •NOA-Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin 580 California St, 12th Fl San Francisco, CA 94104 | mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| •NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner Attn: Jordan A Hess 1701Pennsylvania Ave, NW, Ste 200 Washington, D.C. 20004 | mturner@plevinturner.com jhess@plevinturner.com |
| 0NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | kim@justcelc.com |
| •NOA• Request for Notice | R.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | kim@justcelc.co |
| •NOA• Request for Notice | R.F.lr. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton. MA 02356 | kim@justcelc.co |
| •NOA• Request for Notice | R.M. | Attn: Jeannette A. Vaccaro. Esq. 315 St., 10th Fl San Francisco, CA 94104 | Jv@Jvtaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | Robert.Charles@wbd-us.com |
| •NOA• Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln 2121 Ave of the Stan, Ste 2800 Los Angeles, CA 90067 | clincoln@robinskaplan.com LCastiglioni@robinskaplan.com |
| NOA • Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio Attn: Taylore E Karpa Schollard 800 Boylston St, Ste 2S00 Boston, MA02199 | mdalello@robinskaplan.com tkarpa@robinslcaplan.com |
| •NOA- Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain Attn: Joshua Weinberg 1875 K St NW, Ste 600 Washington, DC 20006-1251 | Arolain@ruggerilaw.com Jweinberg@ruggerilaw.com bkfilings@ruggerilaw.com |
| Registered ECF User on behalf of Interested Party St. Paul Flrci and Marine Insurance Co. | Samantha Ruben | | samantha.ruben@dentons.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz Attn: Alan H Martin 4 Embarcadero ctr, 17th Fl San Francisco, CA 94111-4109 | amartin@sheppardmullin.com katz@sheppardmullln.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim Attn:Oril KatJ | Jekim@sheppardmullin.com dgatmen@sheppardmullln.com okatz@sheppardmullln.com lsegura@sheppardmuUln.com lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum Pierce MacConaghy | david.elbaum@stblaw.com Janle.franklln@stblaw.com pierce.macconaghy@stblaw.com |
| NOA • Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet 2000 Powell St, Ste 830 Emeryville, CA 94608 | bcuret@spcclaw.com |

| SF 4920-8547-1588.1 | Name | SF 4920-8547-1588.1 | SF 4920-8547-1588.1 |
|---|---|---|---|
| Corporation, Registered ECF User | | | |
| •NOA• Counsel for Certain Underwriters at Lloyd's, London and certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane<br>Attn: Timothy W Evanston<br>Attn: Nathan Reinhard<br>Attn: Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| NOA • Counsel for Interested Party First State Insurance Company, Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| NOA • Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M. Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, A2 85701·1666 | Robert.Charles@wbd-us.com |
| •NOA• Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201E Washington St, Ste 1200<br>Phoenix, A2 85004 | Katie.Rios@wbd-us.com |

## SERVED VIA EMAIL

- Duffy J. Magilligan dmagilligan@cpmlegal.com

## SERVED VIA U.S. MAIL

| California Department of Tax And Fee Admin<br>P.O. Box 942879<br>Sacramento, CA 94279 | California Office of the Attorney General<br>1300 I St, Ste 1142<br>Sacramento, CA 95814 | Colorado Department of Revenue<br>1881 Pierce St<br>Lakewood, CO 80214 |
|---|---|---|
| Employment Development Department<br>P.O. Box 989061<br>West Sacramento, CA 95798 | Florida Department of Revenue<br>5050 W Tennessee St<br>Tallahassee, Fl 32399 | Georgia Department of Revenue Processing Center<br>P.O. Box 740397<br>Atlanta. GA 30374 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | San Francisco County Clerk<br>1 Dr Carlton 8 Goodlett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | San Francisco Tax Collector<br>c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 |
| San Mateo County Tax Collector<br>555 County Center, 1st Floor<br>Redwood City, CA 94063 | State of California Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267 | The Roman Catholic Archbishop of San Francisco<br>One Peter Yorke Way<br>San Francisco, CA 94109 |
| Virginia Department of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218 | Virginia Employment Commission<br>P.O. Box 26441<br>Richmond VA 23261 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA