

1  Paul J. Pascuzzi, State Bar No 148810
2  Jason E. Rios, State Bar No. 190086
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
     WILLOUGHBY PASCUZZI & RIOS I
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:    (916) 329-7400
   Facsimile:    (916) 329-7435
6  Email:        ppascuzzi@ffwplaw.com
                 jrios@ffwplaw.com
7                tphinney@ffwplaw.com
                 mkutsuris@ffwplaw.com
8

9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
11   Including Professional Corporations
12 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
13 Telephone:    (415) 434-9100
   Facsimile:    (415) 434-3947
14 Email:        okatz@sheppardmullin.com
                 amartin@sheppardmullin.com
15

16 Attorneys for The Roman Catholic Archbishop
   of San Francisco

**Signed and Filed: August 29, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

17          UNITED STATES BANKRUPTCY COURT

18          NORTHERN DISTRICT OF CALIFORNIA

19              SAN FRANCISCO DIVISION

20 In re                                    | Case No. 23-30564

21 THE ROMAN CATHOLIC ARCHBISHOP            | Chapter 11
22 OF SAN FRANCISCO,
                                            | [No Hearing Requested]
23          Debtor and
            Debtor in Possession.
24

25 **ORDER GRANTING STIPULATED STANDSTILL AGREEMENT [11 U.S.C. § 1121(d)]**

26          Having considered the *Stipulation to Extend Standstill Agreement [11 U.S.C. § 1121(d)]*

27 (the "Standstill Agreement"), filed on August 26, 2025 [ECF No. 1306], and made and entered

28 into by and among The Roman Catholic Archbishop of San Francisco, the debtor and debtor in

1  possession (the "RCASF" or the "Debtor") and the Official Committee of Unsecured Creditors

2  (the "Committee"); and after due deliberation and good cause appearing therefor;

3      IT IS ORDERED:

4      1.      The Standstill Agreement is approved and authorized.

5      2.      This Court shall retain jurisdiction to resolve any disputes or controversies arising

6  from this Order.

7

8                          ***END OF ORDER***

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 23-30564   Doc# 1317   Filed: 08/29/25   Entered: 08/29/25 11:44:34   Page 2 of 3

1

Court Mailing List

2

No Service Needed

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28