Berkeley Research Group, LLC
Matthew K. Babcock
D. Ray Strong
Paul N. Shields
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email:  mbabcock@thinkbrg.com
        rstrong@thinkbrg.com
        pshields@thinkbrg.com

*Financial Advisor to the Official Committee of
Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>    Debtor. | Case No. 23-30564<br><br><br>Chapter 11 Cases<br><br><br><br>**EIGHTEENTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025** |

| Name of Applicant: | Berkeley Research Group, LLC ("**BRG**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | July1, 2025 – July 31, 2025 |
| Amount of Compensation Requested:[1] | $36,177.30 |
| Less 20% Holdback: | $7,235.46 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $28,941.84 |

1.     Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Eighteenth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period July 1, 2025, through July 31, 2025 (the "Fee Period"). By this eighteenth statement, BRG seeks payment in the amount of $28,941.84 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2.     Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $4,019.70 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4.      In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5.      If no objections to the Fee Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$28,941.84** which consists of eighty percent (80%) of BRG's total fees of **$36,177.30** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6.      To the extent an objection to the Fee Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Fee Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: August 20, 2025

Respectfully submitted,

By: /s/ D. Ray Strong
D. Ray Strong
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: rstrong@thinkbrg.com

*Financial Advisors to the Official Committee
of Unsecured Creditors*

# EXHIBIT A



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**

**Exhibit A: Summary of Fees By Professional**

For the Period 7/1/2025 through 7/31/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 1.3 | $1,163.50 |
| R. Strong | Managing Director | $855.00 | 29.3 | $25,051.50 |
| E. Dixon | Managing Director | $825.00 | 1.2 | $990.00 |
| M. Babcock | Managing Director | $795.00 | 3.0 | $2,385.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 16.2 | $8,667.00 |
| A. McConkie | Associate | $235.00 | 6.8 | $1,598.00 |
| M. Kuhn | Case Assistant | $180.00 | 1.9 | $342.00 |
| **TOTAL** | | | **59.7** | **$40,197.00** |
| **Agreed Upon Concession:** | **10%** | | | **($4,019.70)** |
| **TOTAL REQUESTED FEES** | | | | **$36,177.30** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$605.98** |

# EXHIBIT B



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit B: Summary of Fees By Task Code

For the Period 7/1/2025 through 7/31/2025

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System | 1.2 | $1,026.00 |
| 200.90 - Document / Data Analysis (Production Requests) | 0.7 | $374.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 4.2 | $987.00 |
| 300.00 - Asset Analysis (General - Debtors) | 3.3 | $2,245.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 1.1 | $588.50 |
| 304.00 - Asset Analysis (General - Parishes) | 2.9 | $1,911.50 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 3.7 | $3,079.50 |
| 400.00 - Litigation Analysis (Adversary Proceedings) | 33.1 | $23,886.50 |
| 1020.00 - Meeting Preparation & Attendance | 2.0 | $1,390.00 |
| 1030.00 - Mediation Preparation & Attendance | 4.1 | $3,083.50 |
| 1060.00 - Fee Application Preparation & Hearing | 3.4 | $1,624.50 |
| **TOTAL** | **59.7** | **$40,197.00** |
| **Agreed Upon Concession:** 10% | | **($4,019.70)** |
| **TOTAL REQUESTED FEES** | | **$36,177.30** |
| **BLENDED RATE AFTER CONCESSION** | | **$605.98** |

# EXHIBIT C



INTELLIGENCE THAT WORKS

# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System** | | | | |
| 7/2/2025 | R. Strong | 1.2 | $1,026.00 | Analyzed transactions in Sage sandbox pursuant to UCC Counsel inquiries. |
| *Task Code: 200.30* | | *1.2* | *$1,026.00* | *Totals* |
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 7/22/2025 | C. Tergevorkian | 0.7 | $374.50 | Analyzed document productions to identify Deposit & Loan / Investment Pool bank information for UCC Counsel. |
| *Task Code: 200.90* | | *0.7* | *$374.50* | *Totals* |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 7/14/2025 | A. McConkie | 1.4 | $329.00 | Analyzed MOR cash receipts / disbursements (May 2025) to monitor Debtor monthly activities for Committee. |
| 7/14/2025 | A. McConkie | 1.2 | $282.00 | Analyzed MOR cash receipts / disbursements (April 2025) to monitor Debtor monthly activities for Committee. |
| 7/14/2025 | A. McConkie | 1.0 | $235.00 | Updated ending MOR cash balance comparison analysis to include data from May 2025 MOR to monitor Debtor monthly activities for Committee. |
| 7/14/2025 | A. McConkie | 0.6 | $141.00 | Updated comparative MOR balance sheet and income statement analysis to include data from May 2025 MOR to monitor Debtor monthly activities for Committee. |
| *Task Code: 220.00* | | *4.2* | *$987.00* | *Totals* |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 7/3/2025 | R. Strong | 1.5 | $1,282.50 | Analyzed recent document productions for additional data to update enterprise asset analyses. |
| 7/22/2025 | C. Tergevorkian | 1.2 | $642.00 | Updated ability-to-pay analyses for Debtor divisions pursuant to debtor document productions. |
| 7/22/2025 | C. Tergevorkian | 0.6 | $321.00 | Updated enterprise ability-to-pay analyses pursuant to debtor document productions. |
| *Task Code: 300.00* | | *3.3* | *$2,245.50* | *Totals* |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 7/22/2025 | C. Tergevorkian | 1.1 | $588.50 | Updated Ability to Pay analysis for other Non-Debtor Affiliates pursuant to document productions. |


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| *Task Code: 302.00* | | *1.1* | *$588.50* | *Totals* |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 7/22/2025 | C. Tergevorkian | 1.0 | $535.00 | Met with BRG (PS) to discuss updates to parish / parish schools asset analyses. |
| 7/22/2025 | P. Shields | 1.0 | $895.00 | Met with BRG (CT) regarding updates to parish / parish schools asset analyses. |
| 7/22/2025 | C. Tergevorkian | 0.9 | $481.50 | Updated Ability to Pay analysis for Parishes / Parish Schools pursuant to document productions. |
| *Task Code: 304.00* | | *2.9* | *$1,911.50* | *Totals* |
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 7/16/2025 | M. Babcock | 0.7 | $556.50 | Evaluated inquiries from UCC Counsel regarding real estate analysis. |
| 7/16/2025 | R. Strong | 0.7 | $598.50 | Analyzed real estate documentation obtained to address inquiries from UCC Counsel. |
| 7/16/2025 | R. Strong | 0.6 | $513.00 | Evaluated real estate analyses to address inquiries from UCC Counsel. |
| 7/16/2025 | R. Strong | 0.5 | $427.50 | Attended call with BRG (MB) regarding real estate inquiries from UCC Counsel. |
| 7/16/2025 | M. Babcock | 0.5 | $397.50 | Met with BRG (RS) to evaluate UCC Counsel real estate inquiries. |
| 7/16/2025 | R. Strong | 0.3 | $256.50 | Updated real estate analyses pursuant to Debtor document productions. |
| 7/17/2025 | M. Babcock | 0.2 | $159.00 | Met with BRG (RS) to evaluate UCC Counsel real estate inquiries. |
| 7/17/2025 | R. Strong | 0.2 | $171.00 | Attended call with UCC Counsel (JS) and BRG (MB) regarding real estate inquires. |
| *Task Code: 330.00* | | *3.7* | *$3,079.50* | *Totals* |
| **400.00 - Litigation Analysis (Adversary Proceedings)** | | | | |
| 7/2/2025 | R. Strong | 0.7 | $598.50 | Analyzed Debtor productions to address UCC Counsel inquiries regarding CASC transaction activity. |
| 7/3/2025 | R. Strong | 1.2 | $1,026.00 | Analyzed Debtor productions to address UCC Counsel inquiries regarding Investment Pool transaction activity. |

Case: 23-30564    Doc# 1320    Filed: 09/02/25    Entered: 09/02/25 15:21:35    Page 11 of 27



| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

### 400.00 - Litigation Analysis (Adversary Proceedings)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 7/3/2025 | R. Strong | 1.1 | $940.50 | Continued to analyze Debtor productions to address UCC Counsel inquiries regarding D&L transaction activity. |
| 7/9/2025 | M. Babcock | 0.6 | $477.00 | Met with BRG (RS, ED) to discuss accounting standards (CASC) regarding questions from UCC Counsel. |
| 7/9/2025 | R. Strong | 0.6 | $513.00 | Attended call with BRG (ED, MB) regarding accounting inquires from UCC Counsel regarding CASC. |
| 7/9/2025 | E. Dixon | 0.5 | $412.50 | Attended call with BRG (RS, MB) regarding accounting standard inquiries from UCC Counsel involving CASC. |
| 7/10/2025 | R. Strong | 0.8 | $684.00 | Analyzed documents produced by Debtor / Third Parities regarding CASC inquiries from UCC Counsel for litigation. |
| 7/10/2025 | M. Babcock | 0.7 | $556.50 | Met with UCC Counsel (GG) and BRG (RS, ED) to discuss accounting standard issues (CASC). |
| 7/10/2025 | R. Strong | 0.7 | $598.50 | Attended call with BRG (MB, ED) and UCC Counsel (GG) regarding accounting standard inquiries involving CASC. |
| 7/10/2025 | E. Dixon | 0.7 | $577.50 | Attended meeting with BRG (RS, MB) and UCC Counsel (GG) regarding accounting standard issues involving CASC. |
| 7/15/2025 | C. Tergevorkian | 1.3 | $695.50 | Analyzed amended statement of financial affairs including bank statements for analyzes requested by UCC Counsel regarding Debtor bank accounts. |
| 7/16/2025 | C. Tergevorkian | 1.5 | $802.50 | Analyzed bank / investment account statements with the amended SOFA schedule pursuant to requests from UCC Counsel regarding litigation. |
| 7/16/2025 | C. Tergevorkian | 0.3 | $160.50 | Met with BRG (RS) to discuss bank / investment account inquiries from UCC Counsel. |
| 7/16/2025 | R. Strong | 0.3 | $256.50 | Attended call with BRG (CT) regarding bank/investment account inquiries from UCC Counsel. |
| 7/17/2025 | R. Strong | 1.2 | $1,026.00 | Analyzed document productions for High Schools inquiries from UCC Counsel for litigation. |
| 7/17/2025 | R. Strong | 0.3 | $256.50 | Analyzed bank account statements obtained in document productions to address UCC Counsel inquiries. |
| 7/22/2025 | R. Strong | 0.9 | $769.50 | Analyzed Committee complaint issues pursuant to call with UCC Counsel for litigation. |
| 7/23/2025 | C. Tergevorkian | 1.8 | $963.00 | Analyzed document productions regarding Sacred Heart Prep High School for UCC Counsel requested analysis. |

Case: 23-30564    Doc# 1320    Filed: 09/02/25    Entered: 09/02/25 15:21:35    Page 12 of 27


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **400.00 - Litigation Analysis (Adversary Proceedings)** | | | | |
| 7/23/2025 | C. Tergevorkian | 1.5 | $802.50 | Analyzed meeting minutes regarding Sacred Heart Prep High School for UCC Counsel requested analysis. |
| 7/23/2025 | R. Strong | 0.3 | $256.50 | Attended call with BRG (AM) regarding Debtor cash account analysis for UCC Counsel. |
| 7/23/2025 | A. McConkie | 0.3 | $70.50 | Met with BRG (RS) regarding Debtor cash/investments account analysis for UCC Counsel. |
| 7/24/2025 | A. McConkie | 1.6 | $376.00 | Investigated cash/investment accounts referenced in debtor's bankruptcy schedules for analysis requested by UCC Counsel regarding litigation. |
| 7/24/2025 | R. Strong | 1.1 | $940.50 | Analyzed Debtor productions for cash / investment documentation relating to accounts referenced on bankruptcy schedules pursuant to UCC Counsel inquiries. |
| 7/24/2025 | R. Strong | 0.9 | $769.50 | Analyzed Debtor productions for investment pool analysis pursuant to UCC Counsel inquiries. |
| 7/24/2025 | R. Strong | 0.8 | $684.00 | Analyzed Debtor productions for cash analysis relating to Charles Schwab accounts D&L accounts pursuant to UCC Counsel inquiries. |
| 7/24/2025 | R. Strong | 0.7 | $598.50 | Analyzed Debtor productions relating to Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/25/2025 | R. Strong | 0.8 | $684.00 | Continued to analyze Debtor productions for investment pool analysis pursuant to UCC Counsel inquiries. |
| 7/25/2025 | A. McConkie | 0.7 | $164.50 | Investigated statement of financial affairs for analysis requested by UCC Counsel regarding litigation. |
| 7/25/2025 | R. Strong | 0.7 | $598.50 | Continued to analyze Debtor productions for cash / investment documentation relating to accounts referenced on bankruptcy schedules pursuant to UCC Counsel inquiries. |
| 7/25/2025 | R. Strong | 0.5 | $427.50 | Continued to analyze Debtor productions relating to Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/25/2025 | R. Strong | 0.4 | $342.00 | Continued to analyze Debtor productions for cash analysis relating to Charles Schwab accounts D&L accounts pursuant to UCC Counsel inquiries. |
| 7/28/2025 | R. Strong | 0.7 | $598.50 | Analyzed audit work papers for investment pool analysis pursuant to UCC Counsel inquiries. |
| 7/28/2025 | R. Strong | 0.6 | $513.00 | Analyzed audit work papers for D&L account analysis pursuant to UCC Counsel inquiries. |


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

### 400.00 - Litigation Analysis (Adversary Proceedings)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 7/28/2025 | R. Strong | 0.5 | $427.50 | Analyzed audit work papers relating to Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/28/2025 | R. Strong | 0.4 | $342.00 | Analyzed audit work papers for cash / investment documentation relating to accounts referenced on bankruptcy schedules pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 1.3 | $1,111.50 | Analyzed audit work papers for updates to ongoing enterprise asset analyses. |
| 7/29/2025 | C. Tergevorkian | 1.1 | $588.50 | Analyzed Sacred Heart High School pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 0.9 | $769.50 | Attended call with BRG (CT) regarding Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/29/2025 | C. Tergevorkian | 0.9 | $481.50 | Met with BRG (RS) to discuss Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 0.7 | $598.50 | Continued to analyze audit work papers for investment pool analysis pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 0.3 | $256.50 | Further analyzed audit work papers relating to Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 0.2 | $171.00 | Continued to analyze audit work papers for D&L account analysis pursuant to UCC Counsel inquiries. |
| *Task Code: 400.00* | | *33.1* | *$23,886.50* | *Totals* |

### 1020.00 - Meeting Preparation & Attendance

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 7/22/2025 | R. Strong | 0.7 | $598.50 | Attended status call with UCC Counsel (GB [partial], GG) and BRG (CT) regarding additional case assignments. |
| 7/22/2025 | C. Tergevorkian | 0.7 | $374.50 | Met with BRG (RS) and UCC Counsel (GG, GB [partial]) regarding additional case assignments. |
| 7/29/2025 | C. Tergevorkian | 0.3 | $160.50 | Met with BRG (RS) and UCC Counsel (BM, GG, GB) to discuss case status / motion to dismiss responses. |
| 7/29/2025 | R. Strong | 0.3 | $256.50 | Attended call with UCC Counsel (BM, GB, GG) and BRG (CT) regarding case status / motions to dismiss responses. |
| *Task Code: 1020.00* | | *2.0* | *$1,390.00* | *Totals* |

### 1030.00 - Mediation Preparation & Attendance

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 7/22/2025 | R. Strong | 1.2 | $1,026.00 | Evaluated asset analyses in preparation for mediation. |

Case: 23-30564    Doc# 1320    Filed: 09/02/25    Entered: 09/02/25 15:21:35    Page 14 of 27



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

**1030.00 - Mediation Preparation & Attendance**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 7/22/2025 | R. Strong | 0.7 | $598.50 | Attended call with BRG (CT) regarding asset analysis in preparation for mediation. |
| 7/22/2025 | C. Tergevorkian | 0.7 | $374.50 | Met with BRG (RS) to discuss enterprise asset analysis in preparation for mediation. |
| 7/22/2025 | C. Tergevorkian | 0.3 | $160.50 | Met with BRG (PS, MB, RS) to discuss enterprise asset analyses for mediation pursuant to UCC Counsel requests. |
| 7/22/2025 | M. Babcock | 0.3 | $238.50 | Met with BRG (PS, RS, CT) to discuss enterprise asset analysis for mediation. |
| 7/22/2025 | R. Strong | 0.3 | $256.50 | Attended call with BRG (MB, PS, CT) regarding enterprise asset mediation issues. |
| 7/22/2025 | P. Shields | 0.3 | $268.50 | Met with BRG (RS, MB, CT) regarding enterprise asset mediation issues. |
| 7/22/2025 | C. Tergevorkian | 0.3 | $160.50 | Evaluated enterprise ability-to-pay analyses in preparation for mediation. |
| **Task Code: 1030.00** | | **4.1** | **$3,083.50** | *Totals* |

**1060.00 - Fee Application Preparation & Hearing**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 7/2/2025 | R. Strong | 1.1 | $940.50 | Analyzed draft Fifth Interim Fee Application (including exhibit) in preparation for filing with the Court. |
| 7/3/2025 | M. Kuhn | 1.0 | $180.00 | Updated Fifth Interim Fee Application interim fee application. |
| 7/9/2025 | M. Kuhn | 0.6 | $108.00 | Prepared monthly fee statement (June 2025). |
| 7/10/2025 | M. Kuhn | 0.3 | $54.00 | Prepared exhibits for monthly fee statement (June 2025). |
| 7/10/2025 | R. Strong | 0.2 | $171.00 | Analyzed draft exhibits for June 2025 monthly fee statement. |
| 7/15/2025 | R. Strong | 0.2 | $171.00 | Analyzed June 2025 monthly fee statement for finalization. |
| **Task Code: 1060.00** | | **3.4** | **$1,624.50** | *Totals* |

| **TOTALS** | | **59.7** | **$40,197.00** | |

Case: 23-30564    Doc# 1320    Filed: 09/02/25    Entered: 09/02/25 15:21:35    Page 15 of 27

James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
Brittany M. Michael (*admitted pro hac vice*)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jstang@pszjlaw.com
        dgrassgreen@pszjlaw.com
        bmichael@pszjlaw.com
        gbrown@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )|
| | ) |
| 2 | CITY OF LOS ANGELES ) |

3  I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of
4  California. I am over the age of 18 and not a party to the within action; my business address is 10100
   Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

5  On September 2, 2025, I caused to be served the **EIGHTEENTH MONTHLY FEE**
6  **STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT**
   **OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
7  **PERIOD JULY 1, 2025 THROUGH JULY 31, 2025**  in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On September 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. <br><br> See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. <br> See Attached. |

I declare under penalty of perjury, under the laws of the State of California and the United
States of America that the foregoing is true and correct.

Executed on September 2, 2025, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San Francisco
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

3

1    Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
     mdetherage@robinskaplan.com

2

3    Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
     adiamond@diamondmccarthy.com

4    Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
     degan@wilkefleury.com

5

6    Michael W Ellison on behalf of Interested Party First State Insurance Company
     mellison@sehlaw.com, kfoster@sehlaw.com

7    Stephen John Estey on behalf of Interested Party Dennis Fruzza
     steve@estey-bomberger.com

8

9    Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
     tevanston@skarzynski.com

10    Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
     trevor.fehr@usdoj.gov

11

12    Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
     dgallo@khlawfirm.com

13    Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

14

15    Gail S. Greenwood on behalf of Creditor Committee Official Committee Of Unsecured Creditors
     ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

16    John Grossbart on behalf of Interested Party Appalachian Insurance Company
     john.grossbart@dentons.com, docket.general.lit.chi@dentons.com

17

18    John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
     docket.general.lit.chi@dentons.com

19    Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
     joshua.haevernick@dentons.com

20

21    Robert G. Harris on behalf of Creditor Archbishop Riordan High School
     rob@bindermalter.com, RobertW@BinderMalter.com

22    Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
     deanna.k.hazelton@usdoj.gov

23

24    Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
     jhess@plevinturner.com

25    Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
     tjacobs@phrd.com

26

27    Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
     daniel.james@clydeco.us

28    Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
     chris.johnson@diamondmccarthy.com

4

1

2   Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
    jkahane@skarzynski.com

3

4   Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
    tkarpa@robinskaplan.com

5   Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
    okatz@sheppardmullin.com, LSegura@sheppardmullin.com

6   Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

7

8   David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
    david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com

9   Jennifer R Liakos on behalf of Interested Party LL John Doe JU
    jenn@jennliakoslaw.com

10

11  Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
    clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com

12  Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
    llinsky@mwe.com

13

14  John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
    jlucas@pszjlaw.com, ocarpio@pszjlaw.com

15  Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
    AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

16

17  Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
    patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

18  Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
    docket.general.lit.chi@dentons.com

19

20  Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
    bmichael@pszjlaw.com

21  M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
    keith.moskowitz@dentons.com

22

23  Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
    michael.norton@clydeco.us, nancy.lima@clydeco.us

24  Office of the U.S. Trustee / SF
    USTPRegion17.SF.ECF@usdoj.gov

25

26  Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
    ppascuzzi@ffwplaw.com, docket@ffwplaw.com

27  Valerie Bantner Peo on behalf of Interested Party Berkeley Research Group, LLC
    vbantnerpeo@buchalter.com

28

    Robert J. Pfister on behalf of Creditor Shajana Steele

                                    5

1  rpfister@pslawllp.com

2  Mark D. Plevin on behalf of Interested Party Century Indemnity Company
   mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

3

4  Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov

5  Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
   dbp@provlaw.com

6

7  Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   nreinhardt@skarzynski.com

8  Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jrios@ffwplaw.com, docket@ffwplaw.com

9

10 Kathleen Mary Derrig Rios on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San Francisco
   Katie.Rios@wbd-us.com

11 Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
   mroberts@phrd.com

12

13 Annette Rolain on behalf of Interested Party First State Insurance Company
   arolain@ruggerilaw.com

14 Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
   julie@bindermalter.com

15

16 Cheryl C. Rouse on behalf of Creditor Victoria Castro
   rblaw@ix.netcom.com

17 Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   samantha.ruben@dentons.com

18

19 Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   phillip.shine@usdoj.gov

20 James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   jstang@pszjlaw.com

21

22 Ashley Storey on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   astorey@skarzynski.com

23 Devin Miles Storey on behalf of Creditor John LB Doe SF
   dms@zalkin.com

24

25 Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory
   jstrabo@mwe.com, dnorthrop@mwe.com

26 Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

27

28 Edward J. Tredinnick on behalf of Creditor Claimant No. 638
   etredinnick@foxrothschild.com

6

1  Miranda Turner on behalf of Interested Party Century Indemnity Company
   mturner@plevinturner.com
2
   Joshua D Weinberg on behalf of Interested Party First State Insurance Company
3  bkfilings@ruggerilaw.com

4  Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
   mweiss@phrd.com
5
   Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
6  hwinsberg@phrd.com

7  Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
   yongli.yang@clydeco.us
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| Registered ECF User for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Ashley Storey | | | astorey@skarzynski.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| *NOA - Attorneys for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Valerie Bantner Peo, Esq<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-3493 | 415-227-0900 | vbantnerpeo@buchalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair<br>Timothy Burns<br>Brian P Cawley | | jbair@burnsbair.com<br>aturgeon@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com<br>bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Holy Cross Catholic Cemeteries | Daniel Lloyd Egan | | | degan@wilkefleury.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com; patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond Attn: Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com TWEvanston@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061 West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey 2869 India St San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Thomas Phinney Attn: Jason Rios 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com tphinney@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Jason Rios | | ppascuzzi@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397 Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun 1717 Pennsylvania Ave, NW, Ste 650 Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party LL John Doe JU | Jennifer R Liakos | | | jenn@jennliakoslaw.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Archbishop Riordan High School | Julie H. Rome-Banks | | | julie@bindermalter.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division P.O. Box 579 Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000 Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz 300 S Grand Ave, Ste 2600 Los Angeles, CA 90071 | | david.kupetz@lockelord.com Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com monugiac@pepperlaw.com |
| Registered ECF User on behalf of Creditor Daniel Eichhorn | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan 7647 N Fresno St Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher 444 West Lake St, Ste 4000 Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman Attn: Lisa A. Linsky Attn: Natalie Rowles Attn: Cris W. Ray One Vanderbilt Ave New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com llinsky@mwe.com nrowles@mwe.com cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo 2049 Century Park E, Ste 3200 Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com; mco@mwe.com dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127 Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell 101 Montgomery St, Ste 2300 San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano 90 New Montgomery St 9th Fl San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| *NOA - Counsel for Tracy Hope Davis, the United States Trustee for Region 17; registered ECF User | Office of the United States Trustee | Attn: Gregory S Powell 2500 Tulare St, Ste 1401 Fresno, CA 93721 | | Greg.Powell@usdoj.gov USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine 450 Golden Gate Ave, Rm 05-0153 San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg Attn: Trevor R Fehr Attn: Jared A. Day 501 I Street, Ste 7-500 Sacramento, CA 95814 | | jason.blumberg@usdoj.gov Trevor.Fehr@usdoj.gov jared.a.day@usdoj.gov USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton 2500 Tulare St, Ste 1401 Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael 780 3rd Ave, 34th Fl New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang 10100 Santa Monica Blvd, 13th Fl. Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen Attn: John W Lucas 1 Sansome St, 34th Fl, Ste 3430 San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen Gillian Nicole Brown | | dgrassgreen@pszjlaw.com hphan@pszjlaw.com ocarpio@pszjlaw.com gbrown@pszjlaw.com ggreenwood@pszjlaw.com rrosales@pszjlaw.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com<br>jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Registered ECF User on behalf of Interested Party St. Paul Fire and Marine Insurance Co. | Samantha Ruben | | | samantha.ruben@dentons.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston<br>Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M. Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | | Katie.Rios@wbd-us.com |