Jennifer R. Liakos (SBN 207487)
jenn@liakoslawapc.com
LIAKOS LAW, APC
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274
(310) 961-0066

*Attorneys for Movant LL John Doe JRO*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and Debtor In Possession, | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: MOTION FOR AN ORDER TO ENLARGE THE CLAIMS BAR DATE TO ALLOW FILING OF LATE PROOF OF CLAIM**<br><br>Date: October 23, 2025<br>Time: 1:30 p.m.<br>Location: Remotely Via Zoom<br>Judge: Hon. Dennis Montali |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, by, and through his attorneys of record, Movant LL John Doe JRO ("Movant"), will appear on October 23, 2025 at 1:30 p.m., remotely via Zoom videoconference for a hearing before this Court for oral argument.

Movant's Motion seeks an order to enlarge the claims bar date to allow the filing of a late proof of claim on behalf of Movant LL John Doe JRO based upon excusable neglect under the provisions of Federal Rule of Bankruptcy Procedure 9006(b)(1). Movant's Motion is based on this

1

Case: 23-30564   Doc# 1328   Filed: 09/05/25   Entered: 09/05/25 21:44:51   Page 1 of 2

Notice of Motion, the Motion and Points and Authorities, the Declaration of Jennifer R. Liakos In Support of the Motion, and evidence and documentary evidence presented at the time of the hearing.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. Judge Montali's calendar can be found at the following website: https://www.canb.uscourts.gov/judge/montali/calendar.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1-(c)(1) any opposition to the Motion must be made in writing, filed, and served on counsel for the Committee and the Movant no later than October 9, 2025.

DATED: September 5, 2025                          **LIAKOS LAW, APC**

Jennifer Liakos
*Attorney for Movant LL John Doe JRO*