Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
jbair@burnsbair.com

Signed and Filed: September 15, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Special Insurance Counsel to The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**ORDER APPROVING FIFTH INTERIM APPLICATION OF BURNS BAIR LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2025 THROUGH MAY 31, 2025** |

The Court has considered the *Fifth Interim Application of Burns Bair LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2025 through May 31, 2025* (the "Application") [Docket No. 1236], filed by Burns Bair LLP ("Burns Bair"), special insurance counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case, as well as the *Fee Examiner's Consolidated Final Report Regarding Fifth Interim Fee Applications* (the "Fee Examiner Report") [Docket No. 1330].

Based upon the record before the Court, the Court hereby adopts the recommendations in the Fee Examiner's Report as they pertain to Burns Bair and determines that no hearing on the Application is required. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in the amounts set forth in the Fee Examiner Report.

2. Burns Bair's fees in the amount of $149,399.00 and expenses in the amount of $10,630.85 are hereby approved on an interim basis.

3. The Debtor is authorized and directed immediately to pay Burns Bair a total of $29,879.80, reflecting the remaining balance due under the Application.

APPROVED AS TO FORM WITHOUT OPINION AS TO PARAGRAPH 3:

 /s/ Elise S. Frejka
Elise S. Frejka, Fee Examiner

**\*\*\* END OF ORDER \*\*\***

**Court Service List**

Registered ECF participants only.