

1  James I. Stang (CA Bar No. 94435)
Debra I. Grassgreen (CA Bar No. 169978)
2  Brittany M. Michael (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
3  PACHULSKI STANG ZIEHL & JONES I
One Sansome Street, Suite 3430
4  San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
5  Email:  jstang@pszjlaw.com
         dgrassgreen@pszjlaw.com
6         bmichael@pszjlaw.com
         gbrown@pszjlaw.com
7

**Signed and Filed: September 15, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

8  Counsel to the Official Committee of Unsecured Creditors

9  ### UNITED STATES BANKRUPTCY COURT

10  ### NORTHERN DISTRICT OF CALIFORNIA

11  ### SAN FRANCISCO DIVISION

12

13  In re:

14  THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO,

15            Debtor and Debtor in Possession.

16

17

18

19

Case No.:  23-30564

Chapter 11

**ORDER APPROVING FIFTH INTERIM
APPLICATION OF PACHULSKI STANG
ZIEHL & JONES LLP FOR ALLOWANCE
AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FEBRUARY 1, 2025
THROUGH MAY 31, 2025**

20

21        The Court has considered the *Fifth Interim Application of Pachulski Stang Ziehl & Jones*

22  *LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period*

23  *February 1, 2025 through May 31, 2025* (the "Application") [Docket No. 1233], filed by

24  Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured

25  Creditors in the above-captioned bankruptcy case, as well as the *Fee Examiner's Consolidated*

26  *Final Report Regarding Fifth Interim Fee Applications* (the "Fee Examiner's Report") [Docket

27  No. 1330].

28

Based upon the record, the Court hereby adopts the recommendations in the Fee Examiner's Report and determines that no hearing on the Application is required. Accordingly,

**IT IS HEREBY ORDERED** that

1. The Application is GRANTED in the amounts set forth in the Fee Examiner's Report.

2. PSZJ's fees in the amount of $1,288,858.50 and expenses in the amount of $34,677.34 are hereby approved on an interim basis.

3. The Debtor is authorized and directed immediately to pay PSZJ a total of $256,971.70, reflecting the remaining balance due under the Application as of September 10, 2025.

APPROVED AS TO FORM WITHOUT OPINION AS TO PARAGRAPH 3

*/s/ Elise S. Frejka*
Elise S. Frejka, Fee Examiner

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  <u>COURT SERVICE LIST</u>
   BY ECF ONLY

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4901-6676-5816.1 05068.002