Entered on Docket
September 15, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 15, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com
       mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date: September 12, 2025<br>Time: 10:00 a.m.<br>Location: via ZoomGov<br>Judge: Hon. Dennis Montali |

**ORDER GRANTING FIFTH INTERIM APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE DEBTOR IN POSSESSION**

On July 10, 2025, Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP ("FFWPR") filed its *Fifth Interim Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Bankruptcy Counsel for the Debtor in Possession* [ECF No. 1239] (the "Application")[1]. By docket text order, the Court dropped the hearing on this Application from its September 12, 2025, calendar.

The Court having read and considered the Application and the pleadings filed in support of the Application, including, but not limited to the *Fee Examiner's Consolidated Final Report Regarding Fifth Interim Fee Applications* [ECF No. 1330] (the "Fee Examiner Report"), and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, and as set forth in this Order (the "Interim Compensation Order"), that the professional services provided by FFWPR during the period of February 1, 2025, through and including May 31, 2025 (the "Application Period") were reasonable and actually rendered to the above-captioned debtor and debtor in possession (the "Debtor"), and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of the administration of the above-captioned chapter 11 case (the "Bankruptcy Case"),

**IT IS ORDERED that:**

1. The Application, as modified by the Court's docket text order adopting the recommendations of the Fee Examiner Report, is GRANTED on an interim basis.

2. FFWPR is awarded and allowed an administrative claim under 11 U.S.C. § 503(b)(2) on account of interim compensation in the total amount of $217,670.30 ($214,196.00 in fees, and expenses in the amount of $3,474.30);

3. Amounts previously paid by the Debtor to FFWPR to date on account of the four monthly fee statements are approved and ratified; and

///

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

4. The Debtor is authorized and directed to pay to FFWPR the balance due on account of fees and expenses awarded and allowed under this Interim Compensation Order.

APPROVED AS TO FORM WITHOUT OPINION AS TO PARAGRAPH 3:

By: */s/ Elise S. Frejka*
Elise S. Frejka
Fee Examiner

***END OF ORDER***

## Court Service List

Registered ECF Participants only.