

Signed and Filed: September 15, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
Email:  ppascuzzi@ffwplaw.com
  jrios@ffwplaw.com
  tphinney@ffwplaw.com
  mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  okatz@sheppardmullin.com
  amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date:     September 12, 2025<br>Time:     10:00 a.m.<br>Location: via ZoomGov<br>Judge:    Hon. Dennis Montali |

**ORDER GRANTING THIRD INTERIM APPLICATION OF BLANK ROME, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION**

1

Case No. 23-30564
ORDER GRANTING THIRD INTERIM APPLICATION

On July 10, 2025, Blank Rome, LLP ("Blank Rome") filed its *Third Interim Application of Blank Rome, LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel for the Debtor in Possession* [ECF No. 1252] (the "Application")[1]. By docket text order, the Court dropped the hearing on this Application from its September 12, 2025, calendar.

The Court having read and considered the Application and the pleadings filed in support of the Application, including, but not limited to the *Fee Examiner's Consolidated Final Report Regarding Fifth Interim Fee Applications* [ECF No. 1330] (the "Fee Examiner Report"), and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, and as set forth in this Order (the "Interim Compensation Order"), that the professional services provided by Blank Rome during the period of February 1, 2025, through and including May 31, 2025 (the "Application Period") were reasonable and actually rendered to the above-captioned debtor and debtor in possession (the "Debtor"), and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of the administration of the above-captioned chapter 11 case (the "Bankruptcy Case"),

**IT IS ORDERED that:**

1. The Application is GRANTED without modification, per the Court's docket text order adopting the recommendations of the Fee Examiner Report, on an interim basis.

2. Blank Rome is awarded and allowed an administrative claim under 11 U.S.C. § 503(b)(2) on account of interim compensation in the total amount of $441,148.49 ($436,763.70 in fees and expenses in the amount of $4,384.79).

3. Amounts previously paid by the Debtor to Blank Rome to date on account of the four monthly fee statements are approved and ratified; and

///

///

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

4. The Debtor is authorized and directed to pay to Blank Rome the balance due on account of fees and expenses awarded and allowed under this Interim Compensation Order.

APPROVED AS TO FORM WITHOUT OPINION AS TO PARAGRAPH 3:

By: /s/ Elise S. Frejka
Elise S. Frejka
Fee Examiner

**\*\*\*END OF ORDER\*\*\***

## Court Service List

Registered ECF Participants only.