

Signed and Filed: September 15, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
       WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:    (916) 329-7400
   Facsimile:    (916) 329-7435
6  Email:        ppascuzzi@ffwplaw.com
                 jrios@ffwplaw.com
7                tphinney@ffwplaw.com
                 mkutsuris@ffwplaw.com
8

9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
11   Including Professional Corporations
   Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone:    (415) 434-9100
13 Facsimile:    (415) 434-3947
   Email:        okatz@sheppardmullin.com
14               amartin@sheppardmullin.com

15 Attorneys for The Roman Catholic Archbishop of
   San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　Debtor and<br>　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date:　　　September 12, 2025<br>Time:　　　10:00 a.m.<br>Location:　via ZoomGov<br>Judge:　　　Hon. Dennis Montali |

**ORDER GRANTING FOURTH INTERIM APPLICATION OF TRANSPERFECT LEGAL SOLUTIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS LITIGATION AND E-DISCOVERY SUPPORT FOR THE DEBTOR IN POSSESSION**

On July 10, 2025, TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (dba TransPerfect Staffing Solutions), together known as TransPerfect Legal Solutions ("TransPerfect") filed its *Fourth Interim Application of TransPerfect Legal Solutions for Allowance of Fees and Reimbursement of Expenses as Litigation and E-Discovery Support for the Debtor in Possession* [ECF No. 1248] (the "Application")[1]. By docket text order, the Court dropped the hearing on this Application from its September 12, 2025, calendar.

The Court having read and considered the Application and the pleadings filed in support of the Application, including, but not limited to the *Fee Examiner's Consolidated Final Report Regarding Fifth Interim Fee Applications* [ECF No. 1330] (the "Fee Examiner Report"), and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, and as set forth in this Order (the "Interim Compensation Order"), that the professional services provided by TransPerfect during the period of February 1, 2025, through and including May 31, 2025 (the "Application Period") together with two invoices from prior time periods as noted in the Application were reasonable and actually rendered to the above-captioned debtor and debtor in possession (the "Debtor"), and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of the administration of the above-captioned chapter 11 case (the "Bankruptcy Case"),

**IT IS ORDERED that:**

1. The Application, as modified by the Court's docket text order adopting the recommendations of the Fee Examiner Report, is GRANTED, on an interim basis.

2. TransPerfect is awarded and allowed an administrative claim under 11 U.S.C. § 503(b)(2) on account of interim compensation in the total amount of $20,972.24 ($20,972.24 in fees and expenses in the amount of $0.00).

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

3. Amounts previously paid by the Debtor to TransPerfect to date on account of the four monthly fee statements are approved and ratified; and

4. The Debtor is authorized and directed to pay to TransPerfect the balance due on account of fees and expenses awarded and allowed under this Interim Compensation Order.

APPROVED AS TO FORM WITHOUT OPINION AS TO PARAGRAPH 3:

By: */s/ Elise S. Frejka*
    Elise S. Frejka
    Fee Examiner

***END OF ORDER***

**Court Service List**

Registered ECF Participants only.