Entered on Docket
September 16, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 16, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  ORI KATZ, State Bar No. 209561
   ALAN H. MARTIN, State Bar No. 132301
2  JEANNIE KIM, State Bar No. 270713
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3    A Limited Liability Partnership
     Including Professional Corporations
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:  (415) 434-9100
   Facsimile:  (415) 434-3947
6  Email:  okatz@sheppardmullin.com
           amartin@sheppardmullin.com
7          jekim@sheppardmullin.com

8  Attorneys for The Roman Catholic Archbishop of
   San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**ORDER GRANTING FIFTH INTERIM APPLICATION OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2025, THROUGH MAY 31, 2025**<br><br>The Hon. Dennis Montali<br><br>Date:    August 28, 2025<br>Time:    1:30 p.m.<br>Place:   Videoconference via Zoom Webinar |

On July 10, 2025, Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") filed the *Fifth Interim Application of Sheppard, Mullin, Richter & Hampton LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2025, Through August 31, 2025* [ECF No. 1251] (the "Application")[1]. By docket text order, the Court dropped the hearing on this Application from its September 12, 2025, calendar.

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the Application.

The Court having read and considered the Application and the *Fee Examiner's Consolidated Final Report Regarding Fifth Interim Fee Applications* [ECF No. 1330] (the "Fee Examiner Report"), and finding that: notice given and service of the Application was proper; that the time for objection to the Application has passed without any objection; that the Application is proper in form and substance, conforming to the procedures set forth in the Interim Compensation Order; that the professional services provided by Sheppard Mullin during the Application Period were reasonable and actually rendered and furnished to the Debtor, and that the compensation earned and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of administration of this case,

**IT IS ORDERED that:**

1. The Application, as modified by the Court's docket text order adopting the recommendations of the Fee Examiner Report, is GRANTED, on an interim basis.

2. Sheppard Mullin is awarded and allowed an administrative claim under Bankruptcy Code section 503(b)(2) on account of interim compensation in the total amount of **$691,738.09** ($680,015.60 in fees and expenses in the amount of $11,722.49);

3. Amounts previously paid by the Debtor to Sheppard Mullin to date on account of the Interim Monthly Fee Statements are approved and ratified; and

4. The Debtor is authorized and directed to pay to Sheppard Mullin the balance due on account of fees and expenses awarded and allowed under this Order.

APPROVED AS TO FORM
WITHOUT OPINION AS TO PARAGRAPH 3:

Dated: September 15, 2025

By      */s/ Elise S. Frejka*
           ELISE S. FREJKA
           Fee Examiner

***END OF ORDER***

**Court Service List**

Registered ECF Participants only.