Mark D. Plevin (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20004
Telephone: (202) 5809-6640
Email: mturner@plevinturner.com,
jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415)_365-9800
Email: alex.potente@clydeco.us,
jason.chorley@clydeco.us

Attorneys for CENTURY INDEMNITY COMPANY, PACIFIC INDEMNITY COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY

[additional counsel listed in signature blocks below]

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | No. 23-30564<br><br>Chapter 11<br><br>Judge Montali<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

**Part I: Identify the appellant(s)**

    1.    Name(s) of appellant(s): <u>Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company; St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company; Continental Casualty Company</u>

    2.    Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| __ Plaintiff | __ Debtor |
| __ Defendant | __ Creditor |
| __ Other (describe) _____ | __ Trustee |
| | _X_ Other (describe) Parties in Interest |

**Part II: Identify the subject of this appeal**

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken: Docket Text Order entered on September 2, 2025 granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay (Exhibit A hereto)

2. State the date in which the judgment – or the appealable order or decree – was entered: September 2, 2025 (Docket Text Order)

**Part III: Identify the other parties to the appeal**

List the names of all parties to the judgment — or appealable order or decree — from which the appeal is taken and the names, address, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| The Roman Catholic Archbishop of San Francisco | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP<br>Paul J. Pascuzzi (ppascuzzi@ffwplaw.com)<br>Jason E. Rios (jrios@ffwplaw.com)<br>500 Capitol Mall, Suite 2250<br>Sacramento, California 95814<br>Telephone: (916) 329-7400<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Amanda L. Cottrell (acottrell@sheppardmullin.com)<br>Ori Katz (okatz@sheppardmullin.com)<br>Jeannie Kim (jekim@sheppardmullin.com)<br>Alan H. Martin (AMartin@sheppardmullin.com)<br>4 Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>Telephone: (415) 434-9100 |

| Party | Attorneys |
|---|---|
| Official Committee of Unsecured Creditors | PACHULSKI STANG ZIEHL & JONES LLP<br>James I. Stang (jstang@pszjlaw.com)<br>Gillian Nicole Brown (gbrown@pszjlaw.com)<br>Debra I. Grassgreen (dgrassgreen@pszjlaw.com)<br>Gail S. Greenwood (ggreenwood@pszjlaw.com)<br>John W. Lucas (jlucas@pszjlaw.com)<br>Brittany Mitchell Michael (bmichael@pszjlaw.com)<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br><br>BURNS BAIR LLP<br>Timothy W. Burns (tburns@burnsbair.com)<br>Jesse Bair (jbair@burnsbair.com)<br>Brian P. Cawley (bcawley@burnsbair.com)<br>10 East Doty Street, Suite 600<br>Madison, Wisconsin 53703<br>Telephone: (608) 286-2808 |
| Westport Insurance Corporation f/k/a Employers Reinsurance Corporation | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC<br>Blaise S. Curet (bcuret@spcclaw.com)<br>2000 Powell Street, Suite 830<br>Emeryville, California 94608<br>Telephone: (415) 352-6200<br><br>LAW OFFICE OF ROBIN D. CRAIG<br>Robin D. Craig (rdcraig@rcraiglaw.com)<br>6114 La Salle Ave., No. 517<br>Oakland, California 94611<br>Telephone: (510) 549-3310<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Harris B. Winsberg (hwinsberg@phrd.com)<br>Matthew M. Weiss (mweiss@phrd.com)<br>Matthew G. Roberts (mroberts@phrd.com)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Todd Jacobs (tjacobs@phrd.com)<br>John E. Bucheit (jbucheit@phrd.com)<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3306 |

| Party | Attorneys |
|---|---|
| Certain Underwriters at Lloyd's London and Certain London Market Companies including Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.). | SKARZYNSKI MARICK & BLACK LLP<br>Jeff D. Kahane (jkahane@skarzynski.com)<br>Russell W. Roten (rroten@skarzynski.com)<br>Nathan Reinhardt (nreinhardt@skarzynski.com)<br>Timothy Evanston (tevanston@skarzynski.com)<br>633 W. Fifth Street, 26th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 721-0650<br><br>CLYDE & CO US LLP<br>Catalina J. Sugayan (catalina.sugayan@clydeco.us)<br>55 W. Monroe Street, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 635-7000 |
| First State Insurance Company and New England Reinsurance Corporation | SMITH ELLISON<br>Michael W. Ellison (mellison@sehlaw.com)<br>2151 Michelson Drive, Suite 185<br>Irvine, California 92612<br>Telephone: (949) 442-1500<br><br>RUGGERI PARKS WEINBERG LLP<br>Joshua D. Weinberg (jweinberg@ruggerilaw.com)<br>Annette P. Rolain (arolain@ruggerilaw.com)<br>1875 K Street NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 984-1400 |
| Chicago Insurance Company and Fireman's Fund Insurance Company | PARKER, HUDSON, RAINER & DOBBS LLP<br>Harris B. Winsberg (hwinsberg@phrd.com)<br>Matthew M. Weiss (mweiss@phrd.com)<br>Matthew G. Roberts (mroberts@phrd.com)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Todd Jacobs (tjacobs@phrd.com)<br>John E. Bucheit (jbucheit@phrd.com)<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3306<br><br>- and - |

| Party | Attorneys |
|---|---|
|  | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP<br>Matthew C. Lovell (mlovell@nicolaidesllp.com)<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94104<br>Telephone: (415) 745-3779 |
| Appalachian Insurance Company | PARKER, HUDSON, RAINER & DOBBS LLP<br>Harris B. Winsberg (hwinsberg@phrd.com)<br>Matthew M. Weiss (mweiss@phrd.com)<br>Matthew G. Roberts (mroberts@phrd.com)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Todd Jacobs (tjacobs@phrd.com)<br>John E. Bucheit (jbucheit@phrd.com)<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3306<br><br>ROBINS KAPLAN LLP<br>Christina M. Lincoln (clincoln@robinskaplan.com)<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br><br>ROBINS KAPLAN LLP<br>Melissa M. D'Alelio (mdalelio@robinskaplan.com)<br>Taylore E. Karpa Schollard (tkarpa@robinskaplan.com)<br>800 Boylston Street, Suite 2500<br>Boston, Massachusetts 02199<br>Telephone: (617) 267-2300 |

**Part IV: Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

__X__ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part V: Sign below**

Dated: September 16, 2025

By: ___/s/ Mark D. Plevin___
Mark D. Plevin
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
(202) 580-6640
mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., 2d Floor
Washington, D.C. 20006
(202) 580-6640
mturner@plevinturner.com,
jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415)_365-9800
Email: alex.potente@clydeco.us,
jason.chorley@clydeco.us

*Attorneys for Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Indemnity Company, and Westchester Fire Insurance Company (as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964)*

Joshua Haevernick (State Bar No. 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Email:
    joshua.haevernick@dentons.com

Patrick C. Maxcy (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000

| | |
|---|---|
| 1 | Email: patrick.maxcy@dentons.com |
| 2 | Andrew D. Telles Wyatt (State Bar No. 316740) |
| | DENTONS US LLP |
| 3 | 4675 MacArthur Court, Suite 1250 |
| | Newport Beach, California  92660 |
| 4 | Telephone: (949) 732-3700 |
| | Email: andrew.wyatt@dentons.com |
| 5 | |
| | *Attorneys for St. Paul Fire and Marine Insurance* |
| 6 | *Company and Travelers Casualty and Surety* |
| | *Company* |
| 7 | |
| 8 | Mark D. Plevin |
| | PLEVIN & TURNER LLP |
| 9 | 580 California Street, Suite 1200 |
| | San Francisco, California  94104 |
| 10 | (202) 580-6640 |
| | mplevin@plevinturner.com |
| 11 | |
| | Miranda H. Turner (admitted *pro hac vice*) |
| 12 | Jordan A. Hess (admitted *pro hac vice*) |
| | PLEVIN & TURNER LLP |
| 13 | 1701 Pennsylvania Avenue, N.W., 2d Floor |
| | Washington, D.C.  20006 |
| 14 | (202) 580-6640 |
| | mturner@plevinturner.com, |
| 15 | jhess@plevinturner.com |
| 16 | *Attorneys for Continental Casualty Company* |

# EXHIBIT A

| | |
|---|---|
| From: | BKECF_CANB@canb.uscourts.gov |
| To: | CourtMail@canb.uscourts.gov |
| Subject: | (EXTERNAL) 23-30564 Judge Docket Order |
| Date: | Tuesday, September 2, 2025 9:09:17 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from Montali, Dennis entered on 9/2/2025 at 9:07 AM PDT and filed on 9/2/2025
**Case Name:** The Roman Catholic Archbishop of San Francisco
**Case Number:** 23-30564
**Document Number:**

**Docket Text:**
**DOCKET TEXT ORDER** (no separate order issued:) Granted The court has considered the Motion To Approve Compromise, etc (Dkt 1285), the Objection and Joinder (Dkts 1302 & 1303) and the Replies by Debtor and the OCC (Dkts 1311 & 1315). It is worthy of note that not a single abuse claimant whose action will remain stayed has objected. The motion is well-taken, easily satisfies the A & C test by considering and weighing the factors, as the court does independently here, and represents a needed, good faith settlement of a bona-fide dispute. The objectors, assuming they even have standing, have shown no meaningful prejudice. The OCC did not unilaterally select the test cases. What other courts have done in similar cases is interesting but not controlling. The demand letters, if they even would be prohibited by the automatic stay, which is far from clear, are to some extent pass-throughs from the debtor as a conduit to the insurers, who cannot be surprised or harmed by them. All other objections are OVERRULED and the matter is DROPPED from the September 4 calendar. The 14-day stay is waived. Debtor should serve and upload an appropriate order GRANTING the motion for the reasons stated in it and in this docket text order. (RE: related document(s)[1285] Motion to Approve Document filed by Debtor The Roman Catholic Archbishop of San Francisco). (Montali, Dennis)

The following document(s) are associated with this transaction:

**23-30564 Notice will be electronically mailed to:**

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San Francisco
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com, kfoster@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
tevanston@skarzynski.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@khlawfirm.com

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Gail S. Greenwood on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com, docket.general.lit.chi@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School

rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@skarzynski.com

Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com

Jennifer R Liakos on behalf of Interested Party LL John Doe JU
jenn@jennliakoslaw.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Valerie Bantner Peo on behalf of Interested Party Berkeley Research Group, LLC
vbantnerpeo@buchalter.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF
greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@skarzynski.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San Francisco
Katie.Rios@wbd-us.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company

mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
samantha.ruben@dentons.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Ashley Storey on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
astorey@skarzynski.com

Devin Miles Storey on behalf of Creditor John LB Doe SF
dms@zalkin.com

Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
bkfilings@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

**23-30564 Notice will not be electronically mailed to:**

Sophia Achermann
605 Market Street, Suite 1103
San Francisco, CA 94105

Marc D. Ashley on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
Diamond McCarthy, LLP
15 W. 18th St., #1A
New York, NY 10024

C. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

J. B.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Berkeley Research Group, LLC
201 S. Main, Ste. 450
Salt Lake City, UT 84111

Blank Rome, LLP
2029 Century Park Est
6th Floor
Los Angeles, CA 90067

R. C.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Michael L. Cohen on behalf of Plaintiff The Official Committee Of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor
Suite 3430
San Francisco, CA 94104-4436

Robin D. Craig on behalf of Interested Party Westport Insurance Corporation f/k/a Employers

Reinsurance Corporation
CRAIG & WINKELMAN LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

Cushman & Wakefield
,

J. D.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

H. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

R. F. Jr.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

Elise S. Frejka
415 East 52nd St.
Ste. 3
New York, NY 10022

GDR Group, Inc.
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

GlassRatner Advisory & Capital Group, LLC
19800 MacArthur Blvd.
Irvine, CA 92612

Jordan A. Hess on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

Matthew C. Lovell on behalf of Interested Party Chicago Insurance Company
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

Lauren M. Macksoud on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Doug Mann
Citizens fro Balanced Growth
,

Rosalle Marcic
c/o Jeannette A. Vaccaro, Esq.
315 Montgomery St. 10th Floor
San Francisco, CA 94104

Geoffrey M. Miller on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
Dentons US LLP
1121 Avenue of the Americas
New York, NY 10020-1089

Not Assigned - SF
,

Omni Agent Solutions
5955 De Soto Avenue
Suite 100
Woodland Hills, CA

Omni Agent Solutions, Inc.
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Alexander Potente on behalf of Interested Party Century Indemnity Company
CLYDE & CO US LLP
150 California Street
15th Floor

San Francisco, CA 94111

D. R.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Cristopher W. Ray on behalf of Interested Party Sacred Heart Cathedral Preparatory
McDermott Will & Schulte LLP
One Vanderbilt Ave.
New York, NY 10017

Damion D. D. Robinson on behalf of Interested Party The Archdiocese of San Francisco
Capital Asset Support Corporation
355 South Grand Avenue,Suite 2450
Los Angeles, CA 90071

Russell W. Roten on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071

A. S.
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

Fr. Patrick Summerhays
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109

Transperfect Legal Solutions
1250 Broadway
New York, NY 10001

Miranda H. Turner on behalf of Interested Party Continental Casualty Company
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Weinstein & Numbers, LLP
115 Ward Street
Larkspur, CA 94939

Weintraub Tobin Chediak Coleman & Grodin
475 Sansome St.

San Francisco, CA 94111

Carole M. Wurzelbacher on behalf of Interested Party Sacred Heart Cathedral Preparatory
McDermott Will & Schulte LLP
444 W. Lake St., #4000
Chicago, IL 60606