**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Case No. 23-30564 DM |
| | ) |
| The Roman Catholic Archbishop of San Francisco, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## AMENDED COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served the following document(s):

- Notice of Appeal and Statement of Election - by Interested Partys Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company – Dkt. #1341
- Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay – Dkt. #1346
- Motion to Stay Pending Appeal – by Interested Partys Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company – Dkt. #1342

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
**Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814
(916) 930-2076
Email: jason.blumberg@usdoj.gov

**Jared A. Day**
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509
(775) 784-5335
Email: jared.a.day@usdoj.gov

**Trevor Ross Fehr**
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(408) 535-5525

Email: trevor.fehr@usdoj.gov

**Deanna K. Hazelton**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
559-487-5588
Email: deanna.k.hazelton@usdoj.gov

**Gregory S. Powell**
U.S. Department Justice
Office of the U.S. Trustee
2500 Tulare St., #1401
Fresno, CA 93721
(559) 487-5002 ext. 225
Email: greg.powell@usdoj.gov

**Phillip John Shine**
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, CA 94102
408-535-5525
Fax : 408-535-5532
Email: phillip.shine@usdoj.gov


**The Roman Catholic Archbishop of San Francisco**
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
Jason E. Rios, jrios@ffwplaw.com
500 Capitol Mall, Suite 2250
Sacramento, California 95814
(916) 329-7400

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ori Katz, okatz@sheppardmullin.com
Alan H. Martin, amartin@sheppardmullin.com
Amanda L. Cottrell, acottrell@sheppardmullin.com
Jeannie Kim, jekim@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
(415) 434-9100


**The Official Committee of Unsecured Creditors**
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, jstang@pszjlaw.com
Gillian Nicole Brown, gbrown@pszjlaw.com
Debra I. Grassgreen, dgrassgreen@pszjlaw.com
Gail S. Greenwood, ggreenwood@pszjlaw.com
John W. Lucas, jlucas@pszjlaw.com

Brittany Mitchell Michael, bmichael@pszjlaw.com
10100 Santa Monica Boulevard, Suite 1300
Los Angeles, California 90067
Telephone: (310) 277-6910

BURNS BAIR LLP
Timothy W. Burns, tburns@burnsbair.com
Jesse J. Bair, jbair@burnsbair.com
Brian P. Cawley, bcawley@burnsbair.com
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
(608) 286-2302


**Westport Insurance Corporation, formerly
known as Employers Reinsurance Corporation**
SINNOTT, PUEBLA, CAMPAGNE & CURET,
APLC
Blaise S. Curet, bcuret@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200

LAW OFFICE OF ROBIN D. CRAIG
Robin D. Craig, rdcraig@rcraiglaw.com
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone: (510) 549-3310

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300

PARKER, HUDSON, RAINER & DOBBS LLP
Todd Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3306


**Certain Underwriters at Lloyd's London
and Certain London Market Companies
including Catalina Worthing Insurance
Ltd f/k/a HFPI (as Part VII transferee of
Excess Insurance Co. Ltd.); the Ocean
Marine Insurance Company Limited (as**

**Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).**
CLYDE & CO US LLP
Catalina J. Sugayan, catalina.sugayan@clydeco.us
55 W. Monroe Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 635-7000

SKARZYNSKI MARICK & BLACK LLP
Russell W. Roten, rroten@skarzynski.com
Jeff D. Kahane, jkahane@skarzynski.com
Nathan Reinhardt, nreinhardt@skarzynski.com
Timothy W. Evanston, tevanston@skarzynski.com
633 West Fifth Street, 26th Floor
Los Angels, California 90071
(213) 721-0650

**First State Insurance Company and New England Reinsurance Corporation**
SMITH ELLISON
Michael W. Ellison, mellison@sehlaw.com
2151 Michelson Drive, Suite 185
Irvine, California 92612
(949) 442-1500

RUGGERI PARKS WEINBERG LLP
Joshua D. Weinberg, jweinberg@ruggerilaw.com
Annette P. Rolain, arolain@ruggerilaw.com
1875 K Street NW, Suite 800
Washington, D.C. 20006
(202) 984-1400

**Chicago Insurance Company and Fireman's Fund Insurance Company**
PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300

PARKER, HUDSON, RAINER & DOBBS LLP

Todd Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3306

NICOLAIDES FINK THORPE MICHAELIDES
AND SULLIVAN LLP
Matthew C. Lovell, mlovell@nicolaidesllp.com
101 Montgomery Street, Suite 2300
San Francisco, California 94104
Telephone: (415) 745-3779


**Appalachian Insurance Company**
PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300

PARKER, HUDSON, RAINER & DOBBS LLP
Todd Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3306

ROBINS KAPLAN LLP
Christina M. Lincoln, clincoln@robinskaplan.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130

ROBINS KAPLAN LLP
Melissa M. D'Alelio, mdalelio@robinskaplan.com
Taylore E. Karpa Schollard, tkarpa@robinskaplan.com
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 267-2300


**Century Indemnity Company (as successor to CCI Insurance
Company, as successor to Insurance Company of North America),
Pacific Indemnity Company, and Westchester Fire Insurance
Company (as successor in interest to Industrial Underwriters
Insurance Company for policies JU835-8355 and JU895-0964)**
PLEVIN & TURNER LLP
Mark D. Plevin, mplevin@plevinturner.com
580 California Street, Suite 1200

San Francisco, California 94104
(202) 580-6640

PLEVIN & TURNER LLP
Miranda H. Turner, mturner@plevinturner.com
Jordan A. Hess, jhess@plevinturner.com
1701 Pennsylvania Avenue, N.W., 2d Floor
Washington, D.C. 20006
(202) 580-6640

CLYDE & CO US LLP
Alexander E. Potente, alex.potente@clydeco.us
Jason J. Chorley, jason.chorley@clydeco.us
150 California Street, 15th Floor
San Francisco, California 94111
(415) 365-9800

**St. Paul Fire and Marine Insurance Company and Travelers
Casualty and Surety Company**
DENTONS US LLP
Joshua Haevernick, joshua.haevernick@dentons.com
1999 Harrison Street, Suite 1300
Oakland, California 94612
(415) 882-5000

Patrick C. Maxey, patrick.maxey@dentons.com
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
(312) 876-8000

Andrew D. Telles Wyatt, andrew.wyatt@dentons.com
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone: (949) 732-3700

**Continental Casualty Company**
PLEVIN & TURNER LLP
Mark D. Plevin, mplevin@plevinturner.com
580 California Street, Suite 1200
San Francisco, California 94104
(202) 580-6640

Miranda H. Turner, mturner@plevinturner.com
Jordan A. Hess, jhess@plevinturner.com
1701 Pennsylvania Avenue, N.W., 2d Floor
Washington, D.C. 20006
(202) 580-6640

Dated: September 22, 2025                    _/s/Monica Tartaglia_____
                                             Monica Tartaglia, Deputy Clerk