Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com

*Attorneys for Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company*

(additional counsel listed on signature page)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Chapter 11<br><br>Bankruptcy Case No. 23-30564 |

## JOINT NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): <u>Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is subject of this appeal:

//

Case No. 23-30564

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
| | ☒ Other (describe) <u>Parties In Interest</u> |

**Part 2: Identify the subject of this appeal**

1. Describe the judgement – or the appealable order or decree – from which the appeal is taken: <u>Docket Text Order Granting Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [ECF 1285], attached hereto as **Exhibit A**</u>.

2. State the date in which the judgment – or the appealable order or decree – was entered: <u>September 2, 2025.</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment – or appealable order or decree – from which the appeal is taken and the names, address, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party/Attorney:     <u>The Roman Catholic Archbishop of San Francisco</u>
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
Jason E. Rios, jrios@ffwplaw.com
Thomas R. Phinney, tphinney@ffwplaw.com
Mikayla E. Kutsuris, mkutsuris@ffwplaw.com
500 Capitol Mall, Suite 2250
Sacramento, California 95814
(916) 329-7400

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ori Katz, okatz@sheppardmullin.com
Alan H. Martin, amartin@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
(415) 434-9100

BLANK ROME, LLP
Barron L. Weinstein, barron.weinstein@blankrome.com
Kevin L. Cifarelli, kevin.cifarelli@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
(424) 239-3434

2. Party/Attorney:     <u>The Official Committee of Unsecured Creditors</u>
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, jstang@pszjlaw.com
Brittany M. Michael, bmichael@pszjlaw.com
Gail S. Greenwood, ggreenwood@pszjlaw.com
One Sansome Street, 34th Floor, Suite 3430

Case No. 23-30564

|   |   |   |
|---|---|---|
| 1 | | San Francisco, California 94104-4436 |
| 2 | | (415) 263-7000 |
| 3 | | BURNS BAIR LLP<br>Timothy W. Burns, tburns@burnsbair.com |
| 4 | | Jesse J. Bair, jbair@burnsbair.com<br>10 East Doty Street, Suite 600 |
| 5 | | Madison, Wisconsin 53703-3392<br>(608) 286-2302 |
| 6 | 3. Party/Attorney: | <u>Century Indemnity Company (as successor to CCI Insurance</u> |
| 7 | | <u>Company, as successor to Insurance Company of North America),</u><br><u>Pacific Indemnity Company, and Westchester Fire Insurance</u> |
| 8 | | <u>Company (as successor in interest to Industrial Underwriters</u><br><u>Insurance Company for policies JU835-8355 and JU895-0964)</u> |
| 9 | | PLEVIN & TURNER LLP<br>Mark D. Plevin, mplevin@plevinturner.com |
| 10 | | 580 California Street, Suite 1200<br>San Francisco, California 94104 |
| 11 | | (202) 580-6640 |
| 12 | | Miranda H. Turner, mturner@plevinturner.com<br>Jordan A. Hess, jhess@plevinturner.com |
| 13 | | 1701 Pennsylvania Avenue, N.W., Suite 200<br>Washington, D.C. 20004 |
| 14 | | (202) 580-6640 |
| 15 | | CLYDE & CO US LLP<br>Alexander E. Potente, alex.potente@clydeco.us |
| 16 | | Jason J. Chorley, jason.chorley@clydeco.us<br>150 California Street, 15th Floor |
| 17 | | San Francisco, California 94111<br>(415) 365-9800 |
| 18 | 4. Party/Attorney: | <u>Certain Underwriters at Lloyd's London and Certain London</u> |
| 19 | | <u>Market Companies</u>[1]<br>CLYDE & CO US LLP |
| 20 | | Catalina J. Sugayan, catalina.sugayan@clydeco.us<br>30 S. Wacker Drive, Suite 2600 |
| 21 | | Chicago, Illinois 60606<br>(312) 635-7000 |
| 22 | | SKARZYNSKI MARICK & BLACK LLP |
| 23 | | Russell W. Roten, rroten@skarzynski.com<br>Jeff D. Kahane, jkahane@skarzynski.com |
| 24 | | Nathan Reinhardt, nreinhardt@skarzynski.com<br>Timothy W. Evanston, tevanston@skarzynski.com |
| 25 | | 633 West Fifth Street, 26th Floor |

---

[1] Certain London Market Companies include Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

|   |   |   |
|---|---|---|
| | | Los Angels, California 90071 |
| | | (213) 721-0650 |
| 5. | Party/Attorney: | <u>First State Insurance Company and New England Reinsurance Corporation</u> |
| | | SMITH ELLISON |
| | | Michael W. Ellison, mellison@sehlaw.com |
| | | 2151 Michelson Drive, Suite 185 |
| | | Irvine, California 92612 |
| | | (949) 442-1500 |
| | | |
| | | RUGGERI PARKS WEINBERG LLP |
| | | Joshua D. Weinberg, jweinberg@ruggerilaw.com |
| | | Annette P. Rolain, arolain@ruggerilaw.com |
| | | 1875 K Street NW, Suite 800 |
| | | Washington, D.C. 20006 |
| | | (202) 984-1400 |
| 6. | Party/Attorney: | <u>Continental Casualty Company</u> |
| | | PLEVIN & TURNER LLP |
| | | Mark D. Plevin, mplevin@plevinturner.com |
| | | 580 California Street, Suite 1200 |
| | | San Francisco, California 94104 |
| | | (202) 580-6640 |
| | | |
| | | Miranda H. Turner, mturner@plevinturner.com |
| | | Jordan A. Hess, jhess@plevinturner.com |
| | | 1701 Pennsylvania Avenue, N.W., Suite 200 |
| | | Washington, D.C. 20004 |
| | | (202) 580-6640 |
| 7. | Party/Attorney: | <u>St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company</u> |
| | | DENTONS US LLP |
| | | Joshua Haevernick, joshua.haevernick@dentons.com |
| | | 1999 Harrison Street, Suite 1300 |
| | | Oakland, California 94612 |
| | | (415) 882-5000 |
| | | |
| | | Patrick C. Maxey, patrick.maxey@dentons.com |
| | | 233 South Wacker Drive, Suite 5900 |
| | | Chicago, Illinois 60606 |
| | | (312) 876-8000 |

**Part 4: Optional election to have appeal heard by District Court (applicable only to certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the

appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign Below**

Dated: September 16, 2025                        **PARKER, HUDSON, RAINER & DOBBS LLP**

                       /s/ Harris B. Winsberg
By:    Harris B. Winsberg (admitted *pro hac vice*)
        Matthew M. Weiss (admitted *pro hac vice*)
        Matthew G. Roberts (admitted *pro hac vice*)
        303 Peachtree Street NE, Suite 3600
        Atlanta, Georgia 30308
        Telephone: (404) 523-5300
        Facsimile: (404) 522-8409
        Email: hwinsberg@phrd.com
               mweiss@phrd.com
               mroberts@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
        jbucheit@phrd.com

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

Blaise S. Curet (SBN 124983)
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200
Email: bcuret@spcclaw.com

**LAW OFFICE OF ROBIN D. CRAIG**

Robin D. Craig (SBN 130935)
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone: (510) 549-3310
Email: rdc@rcraiglaw.com

*Attorneys for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation*

Dated: September 16, 2025         **PARKER, HUDSON, RAINER & DOBBS LLP**

                                         */s/ Harris B. Winsberg*
By:    Harris B. Winsberg (admitted *pro hac vic*e)
          Matthew M. Weiss (admitted *pro hac vice*)
          Matthew G. Roberts (admitted *pro hac vice*)
          303 Peachtree Street NE, Suite 3600
          Atlanta, Georgia 30308
          Telephone: (404) 523-5300
          Facsimile: (404) 522-8409
          Email: hwinsberg@phrd.com
                 mweiss@phrd.com
                 mroberts@phrd.com

-and-

          Todd C. Jacobs (admitted *pro hac vice*)
          John E. Bucheit (admitted *pro hac vice*)
          Two N. Riverside Plaza, Suite 1850
          Chicago, Illinois 60606
          Telephone: (312) 477-3305
          Email: tjacobs@phrd.com
                 jbucheit@phrd.com

**NICOLAIDES FINK THORPE MICHAELIDES AND SULLIVAN LLP**

          Matthew C. Lovell (SBN 189728)
          101 Montgomery Street, Suite 2300
          San Francisco, California 94104
          Telephone:    (415) 745-3770
          Email:    mlovell@nicolaidesllp.com

*Attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company*

Dated: September 16, 2025         **PARKER, HUDSON, RAINER & DOBBS LLP**

                                         */s/ Harris B. Winsberg*
By:    Harris B. Winsberg (admitted *pro hac vic*e)
          Matthew M. Weiss (admitted *pro hac vice*)
          Matthew G. Roberts (admitted *pro hac vice*)
          303 Peachtree Street NE, Suite 3600
          Atlanta, Georgia 30308
          Telephone: (404) 523-5300
          Facsimile: (404) 522-8409
          Email: hwinsberg@phrd.com
                 mweiss@phrd.com
                 mroberts@phrd.com

-and-

          Todd C. Jacobs (admitted *pro hac vice*)

John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com

**ROBINS KAPLAN LLP**

Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: clincoln@robinskaplan.com

-and-

Melissa M. D'Alelio (admitted *pro hac vice*)
Taylore E. Karpa Schollard (admitted *pro hac vice*)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288
Email: mdalelio@robinskaplan.com
tkarpa@robinskaplan.com

*Attorneys for Appalachian Insurance Company*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Exhibit A |
| 5 | *Text Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the* |
| 6 | *Automatic Stay* |
| 7 | |
| 8 | |

**From:** BKECF_CANB@canb.uscourts.gov <BKECF_CANB@canb.uscourts.gov>
**Sent:** Tuesday, September 2, 2025 12:07:47 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** CourtMail@canb.uscourts.gov <CourtMail@canb.uscourts.gov>
**Subject:** 23-30564 Judge Docket Order

 External email

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from Montali, Dennis entered on 9/2/2025 at 9:07 AM PDT and filed on 9/2/2025

**Case Name:** The Roman Catholic Archbishop of San Francisco
**Case Number:** 23-30564
**Document Number:**

**Docket Text:**
**DOCKET TEXT ORDER** (no separate order issued:) Granted The court has considered the Motion To Approve Compromise, etc (Dkt 1285), the Objection and Joinder (Dkts 1302 & 1303) and the Replies by Debtor and the OCC (Dkts 1311 & 1315). It is worthy of note that not a single abuse claimant whose action will remain stayed has objected. The motion is well-taken, easily satisfies the A & C test by considering and weighing the factors, as the court does independently here, and represents a needed, good faith settlement of a bona-fide dispute. The objectors, assuming they even have standing, have shown no meaningful prejudice. The OCC did not unilaterally select the test cases. What other courts have done in similar cases is interesting but not controlling. The demand letters, if they even would be prohibited by the automatic stay, which is far from clear, are to some extent pass-throughs from the debtor as a conduit to the insurers, who cannot be surprised or harmed by them. All other objections are OVERRULED and the matter is DROPPED from the September 4 calendar. The 14-day stay is waived. Debtor should serve and upload an appropriate order GRANTING the motion for the reasons stated in it and in this docket text order. (RE: related document(s)[1285] Motion to Approve Document filed by Debtor The Roman Catholic Archbishop of San Francisco). (Montali, Dennis)