Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
rroten@skarzysnki.com
jkahane@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yaang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): <u>Certain Underwriters at Lloyd's, London and Certain London Market Companies ("LMI")[1]</u>

---

[1] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe) | ☐ Trustee |
| | ☒ Other (describe) Party In Interest |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken: Docket Text Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay, entered on September 2, 2025, attached as **Exhibit A**.

2. State the date in which the judgment – or the appealable order or decree – was entered: September 2, 2025

**Part 3: Identify the other parties to the appeal[2]**

List the names of all parties to the judgment – or appealable order or decree—from which the appeal is taken and the names, address, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party/Attorney:   The Roman Catholic Archbishop of San Francisco
   **Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
   Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
   Jason E. Rios, jrios@ffwplaw.com
   Thomas R. Phinney, tphinney@ffwplaw.com
   Mikayla E. Kutsuris, mkutsuris@ffwplaw.com
   500 Capitol Mall, Suite 2250
   Sacramento, CA 95814

---

[2] Listed herein as parties to the appeal are certain abuse claimants. While counsel for these claimants signed the Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants (Docket Nos. 1285, 1331), contact information (email, office address, etc.) was not listed in the signature blocks for counsel. The addresses listed herein for counsel were found through online searches and are the product of the good faith effort of LMI to find accurate contact information.

(916) 329-7400

**Sheppard, Mullin, Richter & Hampton LLP**
Ori Katz, okatz@sheppardmullin.com
Alan H. Martin, amartin@sheppardmullin.com
Jeannie Kim, jekim@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 434-9100

Amanda L. Cottrell, acottrell@sheppardmullin.com
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
(469) 391-7400

**Blank Rome, LLP**
Barron Weinstein, barron.weinstein@blankrome.com
2029 Century Park East
Los Angeles, CA 90067
(424) 239-3696

| | | |
|---|---|---|
| 2. | Party/Attorney: | <u>The Official Committee of Unsecured Creditors</u> |

**Pachulski Stang Ziehl & Jones LLP**
James I. Stang, jstang@pszjlaw.com
Brittany M. Michael, bmichael@pszjlaw.com
Gail S. Greenwood, ggreenwood@pszjlaw.com
Gillian Nicole Brown, gbrown@pszjlaw.com
Debra I. Grassgreen, dgrassgreen@pszjlaw.com
John W. Lucas, jlucas@pszjlaw.com
10100 Santa Monica Boulevard, Suite 1300
Los Angeles, CA 90067
(310) 277-6910

**Burns Bair LLP**
Timothy W. Burns, tburns@burnsbair.com
Jesse Bair, jbair@burnsbair.com
Brian P. Cawley, bcawley@burnsbair.com
10 East Doty Street, Suite 600
Madison, WI
(608) 286-2808

| | | |
|---|---|---|
| 3. | Party/Attorney: | <u>Chicago Insurance Company and Fireman's Fund Insurance Company</u> |

**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com

```
                    Matthew G. Roberts, mroberts@phrd.com
                    303 Peachtree Street NE, Suite 3600
                    Atlanta, Georgia, 30308
                    (404) 523-5300

                    Todd C. Jacobs, tjacobs@phrd.com
                    John E. Bucheit, jbucheit@phrd.com
                    Two N. Riverside Plaza, Suite 1850
                    Chicago, Illinois 60606
                    (312) 477-3305

                    **Nicolaides Fink Thorpe Michaelides Sullivan LLP**
                    Matthew C. Lovell, mlovell@nicolaidesllp.com
                    101 Montgomery Street, Suite 2300
                    San Francisco, CA 94104
                    (415) 745-3779

    4.  Party/Attorney:   Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
                    **Sinnott, Puebla, Campaagne & Curet, APLC**
                    Blaise S. Curet, bcuret@spcclaw.com
                    2000 Powell Street, Suite 830
                    Emeryville, CA 94608
                    (415) 352-6200

                    **Law Office of Robin D. Craig**
                    Robin D. Craig, rdcraig@rcraiglaw.com
                    6114 La Salle Ave., No. 517
                    Oakland, CA 94611
                    (510) 549-3310

                    **Parker, Hudson, Rainer & Dobbs LLP**
                    Harris B. Winsberg, hwinsberg@phrd.com
                    Matthew M. Weiss, mweiss@phrd.com
                    Matthew G. Roberts, mroberts@phrd.com
                    303 Peachtree Street NE, Suite 3600
                    Atlanta, Georgia, 30308
                    (404) 523-5300

                    Todd C. Jacobs, tjacobs@phrd.com
                    John E. Bucheit, jbucheit@phrd.com
                    Two N. Riverside Plaza, Suite 1850
                    Chicago, Illinois 60606
                    (312) 477-3305
```

| | | |
|---|---|---|
| 5. | Party/Attorney: | <u>Appalachian Insurance Company</u> |

**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308
(404) 523-5300

Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
(312) 477-3305

**Robins Kaplan LLP**
Christina M. Lincoln, clincoln@robinskaplan.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
(310) 552-0130

Melissaa M. D'Alelio, mdalelio@robinskaplan.com
Taylore E. Karpa Schollard, tkarpa@robinskaplan.com
Michele N. Detheraage, mdetherage@robinskaplan.com
800 Boylston Street, Suite 2500
Boston, MA 02199
(617) 267-2300

| | | |
|---|---|---|
| 6. | Party/Attorney: | <u>St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company</u> |

**Dentons US LLP**
Joshua Haevernick, Joshua.haevernick@dentons.com
Patrick C. Maxcy, Patrick.maxcy@dentons.com
1999 Harrison Street, Suite 1300
Oakland, CA 94612
(415) 882-5000

| | | |
|---|---|---|
| 7. | Party/Attorney: | <u>First State Reinsurance Company and New England Reinsurance Corporation</u> |

**Smith Ellison**
Michael W. Ellison, mellison@sehlaw.com
2151 Michelson Drive, Suite 185
Irvine, CA 92612
(949) 442-1500

**Ruggeri Parks Weinberg LLP**
Joshua D. Weinberg, jweinberg@ruggerilaw.com
Annette P. Rolain, arolain@ruggerilaw.com

5
NOTICE OF APPEAL

Case: 23-30564   Doc# 1354   Filed: 09/28/25   Entered: 09/20/25 18:40:45   Page 5 of 15

| | | |
|---|---|---|
| 1 | | Washington, D.C. 20006 |
| 2 | | (202) 984-1400 |
| 3 | 8. Party/Attorney: | <u>John Doe L.M. and John Doe W.C.D.</u><br>**Boucher LLP** |
| 4 | | Kelsey L. Campbell, campbell@boucher.la |
| 5 | | 555 Montgomery Street, Suite 1205<br>San Francisco, CA 94111 |
| 6 | | (818) 340-5400 |
| 7 | 9. Party/Attorney: | <u>John Doe H.M.</u><br>**KBM Law** |
| 8 | | Karen Barth Menzies, kbm@kbmlaw.com |
| 9 | | 6701 Center Dr W, Ste 1400<br>Los Angeles CA 90045 |
| 10 | | (310) 363-0030 |
| 11 | | |
| 12 | 10. Party/Attorney: | <u>C.M., G.J. and M.R.H.</u><br>**Donahoo & Associates, PC** |
| 13 | | Richard E. Donahoo, rdonahoo@donahoo.com<br>440 W 1st St, Ste 101 |
| 14 | | Tustin, CA 92780<br>(714) 953-1010 |
| 15 | | |
| 16 | 11. Party/Attorney: | <u>G.W.</u><br>**Herman Law** |
| 17 | | Justin Felton, Jfelton@hermanlaw.com |
| 18 | | 24151 Ventura Blvd, Suite 230<br>Calabasas, CA 91302 |
| 19 | | (213) 806-7291 |
| 20 | 12. Party/Attorney: | <u>John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053</u> |
| 21 | | |
| 22 | | **Jeff Anderson & Associates**<br>Jeff Anderson, jeff@andersonadvocates.com |
| 23 | | Clayton Hinrichs, clayton@andersonadvocates.com |
| 24 | | Jennifer Stein, jennifer@andersonadvocates.com<br>Michael Finnegan, mike@andersonadvocates.com |
| 25 | | 12011 San Vincente Blvd, Suite 700<br> Los Angeles, CA 90049 (310) 357-2425 |
| 26 | | |
| 27 | 13. Party/Attorney: | <u>Joseph Doe OAK 475</u><br>**Joseph C. George, Jr. Law** |
| 28 | | Joseph Charles George, jgeorgejr@psyclaw.com<br>601 University Ave., Suite 270 |

|   |                        |                                                                                                                                                           |
|---|------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|
|   |                        | Sacramento, CA 95825<br>(916) 623-4914                                                                                                                    |
| 14. Party/Attorney: |            | <u>John Doe A.L.R. and A.D.R.</u><br>**Ketterer, Browne & Associates**<br>Andy LeClair<br>336 S. Main Street<br>Bel Air, MD 21014<br>(443) 731-0267 |
| 15. Party/Attorney: |            | <u>LL John Doe WC</u><br>**Liakos Law, APC**<br>Jennifer R. Liakos, Jenn@jennliakoslaw.com<br>955 Deep Valley Drive, Suite 3900<br>Palos Verdes Peninsula, CA 90274<br>(310) 961-0066 |
| 16. Party/Attorney: |            | <u>John SF-26 Doe</u><br>**Manly, Steward, & Finaldi**<br>Vince W. Finaldi, vfinaldi@manlystewart.com<br>19100 Von Karman Ave., Suite 80<br>Irvine, CA 92612<br>(949) 252-9990 |
| 17. Party/Attorney: |            | <u>John PV Roe 554</u><br>**Reich & Binstock LLP**<br>Dennis C. Reich<br>Robert J. Binstock<br>Ben Black<br>Andrew Holcomb<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>(713) 622-7271 |
| 18. Party/Attorney: |            | <u>John Doe</u><br>**Ribera Law Firm**<br>Sandra Ribera Speed, sribera@riberalaw.com<br>157 West Portal Avenue, Suite 2<br>San Francisco, CA 94127<br>(415) 576-1600 |

| | | |
|---|---|---|
| 19. Party/Attorney: | | <u>John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe</u><br>**Slater Slater Schulman LLP**<br>Adam P. Slater<br>488 Madison Avenue, 20th Floor<br>New York NY 10022<br>(212) 922-0906<br><br>Ryan A. Camastra, rcamastra@sssfirm.com<br>8383 Wilshire Blvd., Suite 255<br>Beverly Hills, CA 90211<br>(310) 341-2086 |
| 20. Party/Attorney: | | <u>John Doe A.D.R. and A.L.R. 7</u><br>**Thompson Law Office, PC**<br>Robert W. Thompson, bobby@tlopc.com<br>700 Airport Boulevard, Suite 160<br>Burlingame, CA 94010<br>(650) 513-6111 |
| 21. Party/Attorney: | | <u>Jane Doe 7</u><br>**Van Blois & Associates**<br>R. Lewis Van Blois, main@vanbloislaw.com<br>7677 Oakport St., Suite 565<br>Oakland, CA 94621<br>(510) 635-1284 |
| 22. Party/Attorney: | | <u>John DB Roe SF and John MW Roe SF</u><br>**The Zalkin Law Firm, P.C.**<br>Devin Storey, dms@zalkin.com<br>10590 W. Ocean Air Drive, Suite 175<br>San Diego, CA 92130<br>(800) 477-2989 |

**Part 4: Optional election to have appeal heard by District Court (applicable only to certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1) a party elects to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5:  Sign Below**

Dated: September 16, 2025                    Respectfully submitted,

By: */s/ Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy W. Evanston
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone:    (213) 721-0650
Email:         rroten@skarzynski.com
              jkahane@skarzynski.com
              nreinhardt@skarzski.com
              tevanston@skarzynski.com

-and-

By: */s/ Catalina J. Sugayan*
Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Email:    Catalina.Sugayan@clydeco.us
          Michael.Norton@clydeco.us
          Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

# Exhibit A

**PlnDue, DsclsDue, CLMAGT**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 23-30564

*Date filed:* 08/21/2023
*341 meeting:* 10/12/2023

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

| | |
|---|---|
| *Debtor* **The Roman Catholic Archbishop of San Francisco** One Peter Yorke Way San Francisco, CA 94109 SAN FRANCISCO-CA Tax ID / EIN: 94-1156707 | represented by **Amanda L. Cottrell** Sheppard Mullin Richter & Hampton LLP 2200 Ross Avenue 20th Floor Dallas, TX 75201 469-391-7432 Email: acottrell@sheppardmullin.com **Ori Katz** Sheppard, Mullin, Richter and Hampton 4 Embarcadero Center 17th Fl. San Francisco, CA 94111 (415)434-9100 Email: okatz@sheppardmullin.com **Jeannie Kim** Sheppard, Mulin, Richter & Hampton LLP Four Embarcadero Center, 17th Floor San Francisco, CA 94111 415-434-9100 Email: jekim@sheppardmullin.com **Alan H. Martin** Sheppard, Mullin, Richter & Hampton LLP 650 Town Center Drive, 10th Floor Costa Mesa, CA 92626-1993 714-513-5100 Fax : 714-513-5130 Email: AMartin@sheppardmullin.com **Paul J. Pascuzzi** Felderstein Fitzgerald et al LLP 500 Capitol Mall #2250 Sacramento, CA 95814 (916) 329-7400 Email: ppascuzzi@ffwplaw.com |

|||
|---|---|
| | **Jason E. Rios**<br>Felderstein, Fitzgerald et al<br>400 Capitol Mall #1750<br>Sacramento, CA 95814<br>(916) 329-7400<br>Email: jrios@ffwplaw.com |

*Responsible Ind*
**Fr. Patrick Summerhays**
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109
415-614-5500

*Trustee*
**Not Assigned - SF**

| | | |
|---|---|---|
| *U.S. Trustee*<br>**Office of the U.S. Trustee / SF**<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>(415)705-3333 | represented by | **Jason Blumberg**<br>Office of the U.S. Trustee<br>501 I St. #7-500<br>Sacramento, CA 95814<br>(916) 930-2076<br>Email: jason.blumberg@usdoj.gov |
| | | **Jared A. Day**<br>Office of the U.S. Trustee<br>300 Booth St. #3009<br>Reno, NV 89509<br>(775) 784-5335<br>Email: jared.a.day@usdoj.gov |
| | | **Trevor Ross Fehr**<br>Office of the U.S. Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814<br>(408) 535-5525<br>Email: trevor.fehr@usdoj.gov |
| | | **Christina Lauren Goebelsmann**<br>Department of Justice<br>450 Golden Gate Ave.<br>5th Floor<br>Ste 05-0153<br>San Francisco, CA 94102<br>415-705-3365<br>Email: cgoebelsmann@hudsonmartin.com<br>*TERMINATED: 04/23/2025* |
| | | **Deanna K. Hazelton**<br>Office of the United States Trustee<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721<br>559-487-5588<br>Email: deanna.k.hazelton@usdoj.gov |

Case: 23-30564    Doc# 1354    Filed: 09/16/25    Entered: 09/16/25 16:20:45    Page 12 of 15

**Gregory S. Powell**
U.S. Department Justice
Office of the U.S. Trustee
2500 Tulare St., #1401
Fresno, CA 93721
(559) 487-5002 ext. 225
Email: greg.powell@usdoj.gov

**Phillip John Shine**
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, CA 94102
408-535-5525
Fax : 408-535-5532
Email: phillip.shine@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee*<br>**The Official Committee of Unsecured Creditors,** *The Official Committee of Unsecured Creditors*<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street<br>34th Floor, Suite 3430<br>San Francisco, CA 94104-4436 | represented by | **Jesse Bair**<br>Burns Bair LLP<br>10 E. Doty Street<br>Suite 600<br>Madison, WI 53703<br>608-286-2840<br>Email: jbair@burnsbair.com |

**Gillian Nicole Brown**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 13th Floor
Los Angeles, CA 90067
310-277-6910
Fax : 310-201-0760
Email: gbrown@pszjlaw.com

**Timothy W. Burns**
Burns Bair LLP
10 E. Doty Street
Suite 600
Madison, WI 53703
608-286-2808
Email: tburns@burnsbair.com

**Brian P Cawley**
Burns Bair LLP
10 E. Doty Street
Suite 600
Madison, WI 53703
608-467-0251
Email: bcawley@burnsbair.com

**Debra I. Grassgreen**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430

Case: 23-30564    Doc# 1354    Filed: 09/16/25    Entered: 09/16/25 18:40:45    Page 13 of 15

...

San Francisco, CA 94104-4436
415-263-7000
Fax : 415-263-7010
Email: dgrassgreen@pszjlaw.com

**Gail S. Greenwood**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436
415-263-7000
Email: ggreenwood@pszjlaw.com

**John William Lucas**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436
415-263-7000
Fax : 415-263-7010
Email: jlucas@pszjlaw.com

**Brittany Mitchell Michael**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Ste 34th Floor
New York, NY 10017-2024
310-488-8144
Email: bmichael@pszjlaw.com

**James I. Stang**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 1300
Los Angeles, CA 90067
310-277-6910
Fax : 310-201-0760
Email: jstang@pszjlaw.com

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee Of Unsecured Creditors,**<br>*Attorneys for the Official Committee of Unsecured Creditors*<br>PACHULSKI STANG ZIEHL & JONES LLP<br>One Sansome Street, 34th Floor<br>Suite 3430<br>San Francisco, CA 94104<br>United States<br>4152037166 | represented by | **Gillian Nicole Brown**<br>(See above for address)<br><br>**Gail S. Greenwood**<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/02/2025 | | **DOCKET TEXT ORDER** (no separate order issued:) Granted The court has considered the Motion To Approve Compromise, etc (Dkt 1285), the Objection and Joinder (Dkts 1302 & 1303) and the Replies by Debtor and the OCC (Dkts 1311 & 1315). It is worthy of note that not a single abuse claimant whose action will remain stayed has objected. The motion is well-taken, easily satisfies the A & C test by considering and weighing the factors, as the court does independently here, and represents a needed, good faith settlement of a bona-fide dispute. The objectors, assuming they even have standing, have shown no meaningful prejudice. The OCC did not unilaterally select the test cases. What other courts have done in similar cases is interesting but not controlling. The demand letters, if they even would be prohibited by the automatic stay, which is far from clear, are to some extent pass-throughs from the debtor as a conduit to the insurers, who cannot be surprised or harmed by them. All other objections are OVERRULED and the matter is DROPPED from the September 4 calendar. The 14-day stay is waived. Debtor should serve and upload an appropriate order GRANTING the motion for the reasons stated in it and in this docket text order. (RE: related document(s)1285 Motion to Approve Document filed by Debtor The Roman Catholic Archbishop of San Francisco). (Montali, Dennis) (Entered: 09/02/2025) |
| 09/02/2025 | | Hearing Dropped. The hearing on 9/4/25 regarding docket number 1285 is taken off calendar pursuant to the court's 9/2 Docket Text Order. (RE: related document(s) 1285 Motion to Approve Document *Compromise and Stipulation Modifying the Automatic Stay*). (lp) (Entered: 09/02/2025) |
| 09/02/2025 | 1319 (23 pgs) | Statement of Monthly Professional Fee Statement For Burns Bair LLP (July 2025). (RE: related document(s)212 Order on Motion for Miscellaneous Relief). Filed by Spec. Counsel Burns Bair LLP (Bair, Jesse) (Entered: 09/02/2025) |
| 09/02/2025 | 1320 (27 pgs) | Statement of Eighteenth Monthly Fee Statement of Berkeley Research Group for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period July 1, 2025 Through July 31, 2025 (RE: related document(s)212 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Brown, Gillian) (Entered: 09/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/16/2025 17:12:07 | | | |
| **PACER Login:** | TEvanston | **Client Code:** | RESO03-30011 |
| **Description:** | Docket Report | **Search Criteria:** | 23-30564 Fil or Ent: filed From: 9/2/2025 To: 9/2/2025 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |