Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No.  23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR
BLANK ROME LLP [AUGUST 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of August 2025 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of August 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1, 2025, through August 31, 2025 | $42,019.10 | $0.00 | $42,019.10 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $33,615.28 | $0.00 | $33,615.28 |

Attached hereto as *Exhibit A* is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit D*, are records of BR's fees incurred during the period of August 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

///

///

Case: 23-30564   Doc# 1357   Filed: 09/22/25   Entered: 09/22/25 13:08:35

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: September 22, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: September 22, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Case: 23-30564   Doc# 1357   Filed: 09/22/25   Entered: 09/22/25 13:08:35   Page 3 of 15

# Exhibit A

## Compensation by Professional Person for Hourly Services
## for the Fee Period of
## August 2025

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Jeffrey L. Schulman | Partner | $836 | 13.60 | $11,369.60 |
| Barron L. Weinstein | Of Counsel | $820 | 25.20 | $20,664.00 |
| Kevin Cifarelli | Associate | $525 | 18.80 | $9,870.00 |
| Karl Reda | Paralegal | $385 | 0.30 | $115.50 |
| **TOTAL** | | | **57.90** | **$42,019.10** |

# Exhibit B

## Summary of Compensation by Project Category
## Compensation by Project Category for Hourly Services
## for the Fee Period of August 2025

### Bankruptcy Categories

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 15.00 | $7,875.00 |
| Fee Application | 0.70 | $585.20 |
| Lit (Analysis of Coord Abuse Claims for Available Ins Coverage) | 3.00 | $1,575.00 |
| Mediation | 35.60 | $29,358.40 |
| Motion Practice | 2.80 | $2,205.50 |
| Recovery of Defense Costs from Carrier | 0.80 | $420.00 |
| **TOTAL** | **57.90** | **$42,019.10** |

# Exhibit C

## Summary of Expenses

| Expense Category | Amounts |
|---|---|
| N/A | N/A |
| **TOTAL** | **N/A** |

# Exhibit D

**Blank Rome August Invoice**



2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. █████

ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY AND PHILIP LAM
PAUL J. PASCUZZI AND BRENDA JENNINGS
████████████████████, ████████████████
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

INVOICE DATE: SEPTEMBER 04, 2025
CLIENT ID: 163301
MATTER NUMBER: 163301-00001 04647
INVOICE NUMBER: 2305617

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/13/2025 | 2263975 | $108,754.80 | ($87,013.04) | $21,741.76 |
| 04/09/2025 | 2270624 | $87,530.51 | ($70,047.51) | $17,483.00 |
| 05/12/2025 | 2278542 | $133,108.09 | ($106,551.93) | $26,556.16 |
| 06/06/2025 | 2284702 | $111,755.09 | ($90,183.27) | $21,571.82 |
| 07/07/2025 | 2291507 | $57,999.30 | ($46,407.44) | $11,591.86 |
| 08/11/2025 | 2300009 | $79,781.50 | $0.00 | $79,781.50 |

**BALANCE FORWARD** $178,726.10

FOR LEGAL SERVICES RENDERED THROUGH 8/31/25 $42,019.10

**CURRENT INVOICE TOTAL** $42,019.10

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** $220,745.20

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████9326 | 130 North 18th St |
| ABA Number: | ████████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ████████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: SEPTEMBER 04, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 |
| ██████████, ██████████ | INVOICE NUMBER: 2305617 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | PAGE 1 |

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

**FOR LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/01/25 | PREPARE MEMORANDUM OF COVERAGE ISSUES RAISED BY CARRIERS IN ADVANCE OF MEDIATION. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 08/01/25 | DEBTOR MEETING IN ANTICIPATION OF MEDIATION (1) AND PREPARE FOR SAME (.2). | J. SCHULMAN | 07 | 1.20 | 1,003.20 |
| 08/01/25 | ATTEND ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (1.0); REVIEW FILE NOTES TO PREPARE FOR SAME (.3); TELEPHONE CONFERENCE WITH MEDIATOR AND CO COUNSEL REGARDING MEDIATION ISSUES (.3); TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING SAME (.4). | B. WEINSTEIN | 07 | 2.00 | 1,640.00 |
| 08/01/25 | REVIEW OF CORRESPONDENCE FROM JUDGE BUCKLEY AND ███ ███ RE MEDIATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 08/01/25 | PREPARE MEMORANDUM OF INSURANCE ISSUES IN ANTICIPATION OF MEDIATION SESSION. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 08/01/25 | FURTHER ANALYSIS OF INSURANCE ISSUES TO REVISE MEMORANDUM IN ANTICIPATION OF MEDIATION. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 08/01/25 | PREPARE EMAIL TO INSURANCE CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 08/01/25 | REVIEW OF CARRIERS COVERAGE LETTERS TO PREPARE MEMORANDUM OF COVERAGE ARGUMENTS. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 08/03/25 | REVIEW OF OUTSTANDING INSURANCE ISSUES TO PREPARE AGENDA FOR TEAM MEETING. | K. CIFARELLI | 01 | 0.30 | 157.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/04/25 | ANALYZE CORRESPONDENCE REGARDING DRAFT PLEADING (.2). | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 08/04/25 | REVISIONS TO INSURANCE COVERAGE CHART TO REFLECT ADDITIONAL POLICIES PRODUCED. | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 08/04/25 | ANALYZE OUTSTANDING INSURANCE ISSUES AND DRAFT AGENDA FOR CONFERENCE CALL REGARDING MEDIATION AND COVERAGE ISSUES. | K. CIFARELLI | 01 | 1.30 | 682.50 |
| 08/04/25 | PREPARE MEMORANDUM RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 08/04/25 | ANALYZE TRAVELERS EXCESS POLICIES PRODUCED BY CREDITORS' COMMITTEE TO EVALUATE ADDITIONAL POTENTIAL INSURANCE ASSETS. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 08/04/25 | ANALYZE POLICIES PRODUCED BY HARTFORD TO EVALUATE COVERAGE. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 08/04/25 | REVISE ADVERSARY COMPLAINT. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 08/05/25 | DRAFT AGENDA FOR TEAM MEETING. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 08/05/25 | TEAM MEETING WITH J. SCHULMAN AND B. WEINSTEIN TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 08/05/25 | PREPARE FOR (.3) AND ATTEND ( 1.0 ) MEDIATION SESSION; ATTEND ZOOM WITH LEGAL TEAM REGARDING ANALYSIS OF COVERAGE ISSUES AND MEDIATION STRATEGY (.5) | B. WEINSTEIN | 07 | 1.80 | 1,476.00 |
| 08/05/25 | PRIVILEDGE REVIEW OF INVOICE FOR FEE APPLICATION. | J. SCHULMAN | 05 | 0.70 | 585.20 |
| 08/05/25 | MEDIATION DISCUSSION (1) AND PREPARE FOR SAME (.4). | J. SCHULMAN | 07 | 1.40 | 1,170.40 |
| 08/06/25 | REVIEW OF MULTIPLE EMAILS FROM JUDGE BUCKLEY AND COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 08/06/25 | REVIEW OF WITHDRAWAL OF CLAIM | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 08/06/25 | PREPARE CORRESPONDENCE TO CARRIERS RE WITHDRAWAL OF CLAIM. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 08/06/25 | PREPARE CORRESPONDENCE TO INSURANCE CARRIER REPRESENTATIVES AND COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/06/25 | PREPARE DOCUMENTS FOR PRODUCTION TO CARRIERS. | K. CIFARELLI | 01 | 1.20 | 630.00 |
| 08/07/25 | REVIEW AND RESPOND TO EMAIL FROM P. GASPARI RE COVERAGE POSITION | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 08/07/25 | REVIEW OF COVERAGE POSITION FROM TRAVELERS | K. CIFARELLI | 01 | 1.60 | 840.00 |
| 08/07/25 | PHONE CALL WITH R. CARILLO RE SUBMISSION AND PAYMENT OF DEFENSE COUNSEL INVOICES TO PRIMARY CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 08/07/25 | PREPARE CORRESPONDENCE TO M. OSTARCH WEISS RE SUBMISSION OF INVOICES FOR RELEASED CLAIMS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 08/07/25 | ANALYZE STATUS OF SUBMISSIONS OF DEFENSE COUNSEL INVOICES TO PRIMARY CARRIERS AND PAYMENTS. | K. CIFARELLI | 10 | 0.40 | 210.00 |
| 08/07/25 | COMMUNICATIONS WITH R. CARILLO RE SUBMISSION OF INVOICES TO PRIMARY CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 08/07/25 | PREPARE MATRIX OF CHUBB'S COVERAGE POSITION RE SUBMISSION OF LEGAL EXPENSES. | K. CIFARELLI | 01 | 1.80 | 945.00 |
| 08/08/25 | ATTEND ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (.7); ATTEND ZOOM CONFERENCE WITH CLIENT LEGAL TEAM AND MEDIATORS REGARDING SAME (.7) | B. WEINSTEIN | 07 | 1.40 | 1,148.00 |
| 08/08/25 | PREPARE RESPONSE TO R. CARILLO RE LEGAL EXPENSE REIMBURSEMENT. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 08/11/25 | ATTEND ZOOM CONFERENCE WITH LEGAL TEAM TO DISCUSS MEDIATION ISSUES (1.1); ANALYZE CORRESPONDENCE WITH COMMITTEE REGARDING MEDIATION ISSUES (.2); | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 08/11/25 | ATTEND DEBTOR TEAM MEETING REGARDING MEDIATION (1.1) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.40 | 1,170.40 |
| 08/12/25 | PREPARE CORRESPONDENCE TO CHUBB RE ORDER GRANTING MOTION FOR LEAVE TO FILE LATE CLAIM. | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 08/12/25 | CONFER WITH LEGAL TEAM REGARDING STRATEGY FOR NEGOTIATING WITH INSURERS (.2); ANALYZE AND PREPARE | B. WEINSTEIN | 07 | 0.70 | 574.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | CORRESPONDENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.5); | | | | |
| 08/12/25 | CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING COVERAGE ISSUES. | J. SCHULMAN | 07 | 0.20 | 167.20 |
| 08/12/25 | REVIEW OF COURT ORDER GRANTING MOTION FOR LEAVE TO FILE LATE CLAIM AND PREPARE EMAIL TO P. PASCUZZI RE ORDER. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 08/12/25 | TEAM MEETING WITH J. SCHULMAN AND B. WEINSTEIN TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 06 | 0.20 | 105.00 |
| 08/13/25 | ANALYZE ISSUES REGARDING RELEASE OF [REDACTED] CASES FOR TRIAL AS RELATED TO MEDIATION ISSUES (.3); REVISE DRAFT PLEADING (.3); ANALYZE STATUS STATEMENTS IN OAKLAND COVERAGE LITIGATION WITH ISSUES RELATED TO THE PRESENT CASE (SHARED WITH OTHER CLIENTS) (.3). | B. WEINSTEIN | 07 | 0.60 | 492.00 |
| 08/14/25 | CONFER WITH DEBTOR PROFESSIONALS REGARDING MEDIATION ISSUES. | J. SCHULMAN | 07 | 0.70 | 585.20 |
| 08/14/25 | ATTEND ZOOM CONFERENCE WITH LEGAL TEAM REGARDING LITIGATION AND MEDIATION STRATEGY (.7); REVIEW FILE NOTES TO PREPARE FOR SAME (.3). | B. WEINSTEIN | 07 | 1.00 | 820.00 |
| 08/15/25 | ATTEND ZOOM CONFERENCE WITH CLIENT TEAM REGARDING MEDIATION ISSUES (.8); REVIEW FILE NOTES TO PREPARE FOR SAME (.3). | B. WEINSTEIN | 07 | 1.10 | 902.00 |
| 08/15/25 | REVIEW OF EMAIL FROM D. ZAMORA WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 08/15/25 | PREPARE CORRESPONDENCE TO D. ZAMORA RE COVERAGE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 08/18/25 | ANALYZE FILE NOTES AND CORRESPONDENCE REGARDING MEDIATION STRATEGY AND DEFENSE OF RELEASED CASES (.2); ATTEND ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM AND MEDIATORS REGARDING MEDIATION ISSUES (1.1); FOLLOW UP CONFERENCES WITH LEGAL TEAM REGARDING SAME (.4). | B. WEINSTEIN | 07 | 1.70 | 1,394.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/19/25 | ATTEND MEDIATION MEETING REGARDING MEDIATION ISSUES (.4); REVIEW FILE NOTES TO PREPARE FOR SAME (.3); | B. WEINSTEIN | 07 | 0.70 | 574.00 |
| 08/20/25 | REVIEW REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS. | J. SCHULMAN | 08 | 0.70 | 585.20 |
| 08/21/25 | EVALUATE CORRESPONDENCE WITH LEGAL TEAM AND PLEADINGS REGARDING MEDIATION ISSUES AND RELEASE OF CASES FOR TRIAL (.9); TELEPHONE CONFERENCE WITH LEGAL TEAM REGARDING SAME (.2) | B. WEINSTEIN | 07 | 1.10 | 902.00 |
| 08/21/25 | PLAN/PREPARE FOR DEBTOR MEETING REGARDING MEDIATION. | J. SCHULMAN | 07 | 0.40 | 334.40 |
| 08/22/25 | REVIEW FILE NOTES TO PREPARE FOR (.5) AND ATTEND (1.9) ZOOM CONFERENCES WITH MEDIATORS AND THEN CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES; EVALUATE AND RESPOND TO CORRESPONDENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGY (.6); FURTHER TELEPHONE CONFERENCES WITH LEGAL TEAM REGARDING RELEASE OF CASES FOR TRIAL AND MEDIATION STRATEGY (.7). | B. WEINSTEIN | 07 | 3.70 | 3,034.00 |
| 08/22/25 | REVIEW OF EMAIL FROM [REDACTED] RE CLAIMS INVOLVING APPALACHIAN. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 08/22/25 | PREPARE AGENDA OF INSURANCE ISSUES FOR TEAM MEETING. | K. CIFARELLI | 06 | 0.40 | 210.00 |
| 08/24/25 | REVISE TASK LIST OF INSURANCE ISSUES FOR FURTHER HANDLING BEFORE MEDIATION. | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 08/24/25 | PREPARE EMAIL TO TRAVELERS RE SUBMISSION OF INVOICES. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 08/24/25 | REVIEW STATUS OF FEE SUBMISSION TO CARRIERS FOR DEFENSE COSTS | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 08/25/25 | REVIEW OF CORRESPONDENCE FROM TRAVELERS REPRESENTATIVE M. OSTARCH WEISS RE SUBMISSION OF INSURANCE INVOICES. | K. CIFARELLI | 10 | 0.10 | 52.50 |
| 08/25/25 | STRATEGIZE RE SUBMISSION OF DEFENSE COUNSEL INVOICES TO DEFENDING CARRIERS | K. CIFARELLI | 10 | 0.30 | 157.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/25/25 | REVIEW OF ORDER DENYING OMNIBUS MOTION RE PROP 51. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 08/25/25 | ATTEND CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.6); REVIEW FILE NOTES REGARDING SAME (.3); EVALUATE PLEADINGS AND DRAFT PLEADINGS REGARDING MOTION TO RELEASE CASES FROM STAY (.9) | B. WEINSTEIN | 07 | 1.80 | 1,476.00 |
| 08/25/25 | CONFER WITH B. WEINSTEIN AND P. PASCUZZI REGARDING MEDIATION (.6) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 0.90 | 752.40 |
| 08/26/25 | REVIEW REPLY IN FURTHER SUPPORT OF MOTION TO APPROVE STIPULATION (.7) AND CONFER WITH DEBTOR TEAM REGARDING SAME (.3). | J. SCHULMAN | 08 | 1.00 | 836.00 |
| 08/26/25 | DEBTOR TEAM MEETING IN ADVANCE OF MEDIATION (1.3) AND PREPARE FOR SAME (.2); REVIEW MEDIATOR COST SHARE ANALYSIS AND CONFER WITH INSURERS REGARDING AMOUNTS OWED TO DEBTOR (.5); REVIEW/ANALYZE COVERAGE FOR RELEASED CASES (.8). | J. SCHULMAN | 07 | 2.80 | 2,340.80 |
| 08/26/25 | ATTEND ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (.9); EVALUATE AND REVISE DRAFT PLEADINGS REGARDING RELEASE OF CASES FOR TRIAL (.2); PREPARE REVISIONS TO DRAFT BRIEF REGARDING RELEASE OF CASES FOR TRIAL (1.2) | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 08/26/25 | PREPARE MEMORANDUM WITH ANALYSIS OF POTENTIAL INSURANCE ASSETS FOR ▮ CLAIMS. | K. CIFARELLI | 06 | 0.50 | 262.50 |
| 08/27/25 | ANALYZE INSURERS' OBJECTION TO RELEASE OF CASES AND REVISE DRAFT REPLY (1.5); CORRESPOND WITH LEGAL TEAM REGARDING DAME (.8); TELEPHONE CONFERENCE WITH INSURER COUNSEL REGARDING STATUS OF RELEASED CASES (.2). | B. WEINSTEIN | 07 | 2.50 | 2,050.00 |
| 08/27/25 | REVIEW REVISIONS TO DRAFT REPLY IN FURTHER SUPPORT OF MOTION TO APPROVE STIPULATION (.5) AND EMAILS REGARDING SAME (.3). | J. SCHULMAN | 08 | 0.80 | 668.80 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/27/25 | FILED APPLICATION FOR PRO HAC VICE ADMISSION OF JEFFREY L. SCHULMAN. | K. REDA | 08 | 0.30 | 115.50 |
| 08/28/25 | ZOOM CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.2) | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 08/28/25 | CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING STATUS AND TASKS. | J. SCHULMAN | 07 | 0.20 | 167.20 |
| 08/28/25 | REVIEW OF JCCP ORDER AND PREPARE EMAIL TO D. ZAMORA WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 06 | 0.10 | 52.50 |
| 08/28/25 | TEAM MEETING WITH B. WEINSTEIN AND J. SCHULMAN TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 06 | 0.20 | 105.00 |
| 08/28/25 | PREPARE MEMORANDUM RE INSURANCE COVERAGE ISSUE. | K. CIFARELLI | 06 | 0.30 | 157.50 |
| 08/29/25 | ATTEND DEBTOR MEETING IN ADVANCE OF MEDIATION SESSION (.9) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.20 | 1,003.20 |
| 08/29/25 | ATTEND ZOOM CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (.9); EVALUATE FILE NOTES AND CORRESPONDENCE REGARDING SAME (.2). | B. WEINSTEIN | 07 | 1.10 | 902.00 |
| 08/29/25 | PREPARE REVISIONS TO TASK LIST AND AGENDA OF OUTSTANDING INSURANCE COVERAGE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| | **TOTAL SERVICES** | | | | **$42,019.10** |

**CURRENT INVOICE TOTAL** $42,019.10

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 15.00 | 7,875.00 |
| 05 | FEE APPLICATION | 0.70 | 585.20 |
| 06 | LIT (ANALYSIS OF COORD ABUSE CLAIMS FOR AVAILABLE INS COVERAGE) | 3.00 | 1,575.00 |
| 07 | MEDIATION | 35.60 | 29,358.40 |
| 08 | MOTION PRACTICE | 2.80 | 2,205.50 |
| 10 | RECOVERY OF DEFENSE COSTS FROM CARRIERS | 0.80 | 420.00 |
| | **TOTAL** | **57.90** | **$42,019.10** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---:|---:|---:|
| KARL REDA | 385.00 | 0.30 | 115.50 |
| JEFFREY L. SCHULMAN | 836.00 | 13.60 | 11,369.60 |
| KEVIN L. CIFARELLI | 525.00 | 18.80 | 9,870.00 |
| BARRON L. WEINSTEIN | 820.00 | 25.20 | 20,664.00 |
| **TOTALS** | | **57.90** | **$42,019.10** |