Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [AUGUST 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for August 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of August 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1, 2025, through August 31, 2025 | $40,691.00 | $121.07 | $40,812.07 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $32,552.80 | $121.07 | $32,673.87 |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: September 22, 2025

                FELDERSTEIN FITZGERALD
                WILLOUGHBY PASCUZZI & RIOS LLP

                By: */s/ Paul J. Pascuzzi*
                    Paul J. Pascuzzi
                    Attorneys for The Roman Catholic Archbishop of San Francisco

Case: 23-30564    Doc# 1358    Filed: 09/22/25    Entered: 09/22/25 13:11:49    Page 2 of 16

# Exhibit A

August 2025 Invoice

# Felderstein Fitzgerald Willoughby - ABA Task Summary report

Date Start: 8/1/2025 | Date End: 8/31/2025 | Clients: Archdiocese of San Francisco | Matters: Archdiocese of SF - Post Petition | Users: All

| Date | User | Client | Matters | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **B110 - Case Administration** | | | | | | | | | |
| | | | | B110 - Case Administration Sub Totals: | | | 1.70 | 1.70 | $945.00 |
| **B140 - Relief from Stay/Adequate Protection Proceedings** | | | | | | | | | |
| | | | | B140 - Relief from Stay/Adequate Protection Proceedings Sub Totals: | | | 28.80 | 28.80 | $12,505.00 |
| **B150 - Meetings of and Communications with Creditors** | | | | | | | | | |
| | | | | B150 - Meetings of and Communications with Creditors Sub Totals: | | | 3.90 | 3.90 | $2,340.00 |
| **B160 - Fee/Employment Applications** | | | | | | | | | |
| | | | | B160 - Fee/Employment Applications Sub Totals: | | | 8.70 | 8.30 | $2,226.00 |
| **B190 - Other Contested Matters** | | | | | | | | | |
| | | | | B190 - Other Contested Matters Sub Totals: | | | 3.70 | 3.70 | $2,095.00 |
| **B210 - Business Operations** | | | | | | | | | |
| | | | | B210 - Business Operations Sub Totals: | | | 0.70 | 0.70 | $390.00 |
| **B310 - Claims Administration and Objections** | | | | | | | | | |
| | | | | B310 - Claims Administration and Objections Sub Totals: | | | 0.30 | 0.30 | $180.00 |
| **B320 - Plan and Disclosure Statement** | | | | | | | | | |
| | | | | B320 - Plan and Disclosure Statement Sub Totals: | | | 1.40 | 1.40 | $690.00 |
| **B410 - General Bankruptcy Advice/Opinions** | | | | | | | | | |
| | | | | B410 - General Bankruptcy Advice/Opinions Sub Totals: | | | 23.70 | 23.70 | $14,220.00 |
| **L160 - Settlement/Non-Binding ADR** | | | | | | | | | |
| | | | | L160 - Settlement/Non-Binding ADR Sub Totals: | | | 4.20 | 4.20 | $2,520.00 |
| **L210 - Pleadings** | | | | | | | | | |
| | | | | L210 - Pleadings Sub Totals: | | | 4.10 | 4.10 | $2,460.00 |
| **L320 - Document Production** | | | | | | | | | |
| | | | | L320 - Document Production Sub Totals: | | | 0.20 | 0.20 | $120.00 |
| | | | | | | **Grand Total** | **81.40** | **81.00** | **$40,691.00** |

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



Archdiocese of San Francisco
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email:

# Invoice 14204

| Date | Sep 08, 2025 |
|---|---|
| Terms | |
| Service Thru | Aug 31, 2025 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/01/2025 | PJP | **L320 - Document Production:** Call and email to T. Karcher re BRG data breach follow up (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/01/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.2). Attend same (.9). Emails from and to P. Gaspari re mediation (.1). Call with B. Weinstein re case issues (.2). Call with O. Katz re committee adversary issues (.2). Call with P. Califano re committee adversary issues, representation of a party (.2). Call with Fr. Summerhays re same (.1). Call with P. Carney re same (,2) | 2.10 | $ 600.00/hr | $ 1,260.00 |
| 08/01/2025 | PJP | **B190 - Other Contested Matters:** Review and revise opposition to motion to allow late claim (1.1). | 1.10 | $ 600.00/hr | $ 660.00 |
| 08/01/2025 | MEK | **B190 - Other Contested Matters:** Review of P. Pascuzzi changes to late claim response and revise the same (.3) | 0.30 | $ 350.00/hr | $ 105.00 |
| 08/01/2025 | JER | **B210 - Business Operations:** Emails with M. Cotrell re City and County demand for payment. | 0.20 | $ 525.00/hr | $ 105.00 |
| 08/04/2025 | PJP | **B190 - Other Contested Matters:** Review P. Gaspari comments on late claim opposition, revise same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/04/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for mediation by Zoom, case issues and strategy (.7). Call from M. Flanagan, Fr. Summerhays re case issue (.1). | 0.80 | $ 600.00/hr | $ 480.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for and call with O. Katz re mediation prep, case issues (.2). Email from and to P. Gaspari, Fr. Summerhays, P. Carney, M. Flanagan re mediation and case strategy (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 08/05/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly committee counsel call (.2). Attend same, notes to file (.2). Call with P. Califano (Seminary) re case status (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 08/05/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for mediation video call with committee, mediators (.4). Attend same (1.0). | 1.40 | $ 600.00/hr | $ 840.00 |
| 08/05/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare the July Monthly Fee Statement for Weintraub Tobin (1.1); review and redact invoices for survivor information (.8). | 1.90 | $ 105.00/hr | $ 199.50 |
| 08/06/2025 | PJP | **B190 - Other Contested Matters:** Emails to and from client team re comments on response to late claim motion (.2). Final review of same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 08/06/2025 | PJP | **L210 - Pleadings:** Review and revise stip re Sera Clergy House, consider issues (.3). Emails from and to A. Cottrell, P. Carney, O. Katz, P. Gaspari re same (.2). Emails from and to P. Carney re Committee adversary proceeding issues, consider strategy (.2). Emails from and to P. Califano, O. Katz re Vallombrosa, consider issues re same (.3). Email from O. Katz to G. Greenwood re Sera (.1). | 1.10 | $ 600.00/hr | $ 660.00 |
| 08/06/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft July Monthly Fee Statement for TransPerfect. | 0.70 | $ 105.00/hr | $ 73.50 |
| 08/06/2025 | PJP | **B190 - Other Contested Matters:** Email from Judge Sontchi re mediator invoices, email to M. Cottrell re same (.2). Follow up email to A. Fernandez re Gallagher payments, emails from and to M. Flanagan re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/06/2025 | PJP | **B310 - Claims Administration and Objections:** Emails to and from P. Gaspari, B. Weinstein, D. Zamora re withdrawn claim (.2). Call from P. Gaspari re same and case issues (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/07/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review developments in other diocesan cases for relevant issues (shared) (.2). Email to P. Carney, Fr. Summerhays, M. Flanagan re committee adversary proceeding issues, consider strategy (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 08/07/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from S. Williamson (cemeteries) re case status, mediation (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 08/07/2025 | PJP | **L210 - Pleadings:** Committee adversary proceeding: Emails from and to P. Califano, O. Katz re Vallombrosa (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from B. Michael re stay extension motion resolution stipulation, review signed stip (.2). Call with O. Katz re strategy on same, call with B. Michael re same (.2). Revise motion and related pleadings re same (.5). | 0.90 | $ 600.00/hr | $ 540.00 |
| 08/08/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails to and from L. Parada re motion to approve stay extension motion resolution and request continuance (.2). Call from D. Zamora re stay extension cases list issues (.2). Email to B. Michael re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 08/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to O. Katz re case issues, consider strategy re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/10/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review other diocesan cases re decisions and relevant developments (shared) (.3). Email from and to O. Katz re case issues and strategy, consider issues on same (.2). Call with O. Katz re same (.6). | 1.10 | $ 600.00/hr | $ 660.00 |
| 08/11/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Gaspari, O. Katz, others re case strategy. mediation (.1). Prepare for call with Fr. Summerhays, P. Carney, M. Flanagan, O. Katz re mediation (.2). Attend same (.8). Review relevant case developments in New Orleans and Albany cases (shared) (.4). Call with Gaspari, Weinstein, Zamora, Katz, Carney, Schulman re case and mediation strategy (1.1). Review mediator talking points draft, revisions to same, emails re comments on same (.3). Consider strategy on weekly committee counsel call (.3). Email to O. Katz re same (.2). | 3.30 | $ 600.00/hr | $ 1,980.00 |
| 08/11/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft July Monthly Fee Statement for BlankRome. | 1.20 | $ 105.00/hr | $ 126.00 |
| 08/11/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Blank Rome invoice for redactions (.2); Review of Weintraub invoice for redactions (survivor) names (.6); Email B. Jennings re: approvals of the same (both invoices) and redaction needed to the same (.1) | 0.90 | $ 350.00/hr | $ 315.00 |
| 08/11/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Email from C. Johnson (CASC) and call to him re case status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/11/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to L. Parada re stay extension motion hearing continuance, email to client team re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/12/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for weekly committee counsel call (.3). Attend same, notes to file (.3). | 0.60 | $ 600.00/hr | $ 360.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/12/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with O. Katz re case issues and strategy (.2). Emails from and to O. Katz re case strategy, mediation issues (.2). Consider strategy re same (.3). Attend call with P. Carney, O. Katz re same (.4). Emails from P. Carney, O. Katz re mediation issues, consider strategy re same (.2). Consider issues on all comments for mediation talking points (.4). Email from M. Flanagan re proposal for repayment of loan, consider issues (.3). | 2.00 | $ 600.00/hr | $ 1,200.00 |
| 08/12/2025 | PJP | **B190 - Other Contested Matters:** Review order on late filed claim motion, consider issues (.2). Emails to client team re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 08/12/2025 | MEK | **B190 - Other Contested Matters:** Email from/to P. Pascuzzi re: late claim order (.2) | 0.20 | $ 350.00/hr | $ 70.00 |
| 08/13/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review mediation talking points draft, consider issues (.1). Call with D. Zamora re mediation issues (.2). Call with P. Gaspari re same (.2). Call with O. Katz re same and case issues (.2). Email to client team re mediator meeting (.1). Call with Fr. Summerhays, P. Carney, M. Flanagan, O. Katz re case strategy (.6). | 1.40 | $ 600.00/hr | $ 840.00 |
| 08/13/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to B. Weinstein, O. Katz, D. Zamora re Prichard trial issues (.2) | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/13/2025 | PJP | **B210 - Business Operations:** Emails from and to P. Carney re operations issues, consider strategy re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/13/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft July Monthly Fee Statement for FFWPR. | 0.50 | $ 105.00/hr | $ 52.50 |
| 08/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with P. Gaspari, B. Weinstein, D. Zamora, J. Schulman, O. Katz re case issues and strategy, Prichard relief from stay cases issues (.7). Draft agenda for weekly client team call (.5). Review revised mediation talking points, consider strategy (.4). Emails from and to M. Flanagan, Fr. Summerhays, O. Katz, P. Carney re same (.2). | 1.80 | $ 600.00/hr | $ 1,080.00 |
| 08/14/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to B. Michael re extension of stand still agreement re plan, consider issues re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/14/2025 | MEK | **B320 - Plan and Disclosure Statement:** Draft second stipulated standstill agreement (.6) | 0.60 | $ 350.00/hr | $ 210.00 |
| 08/15/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to B. Michael re response deadline for stay extension complaint (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/15/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.3). Attend same (.8). | 1.10 | $ 600.00/hr | $ 660.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/17/2025 | PJP | **B190 - Other Contested Matters:** Review and revise TRO pleadings for state court re bankruptcy issues (.5). Emails from and to J. Harvey, P. Carney, D. Zamora re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 08/18/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Message from R. Michelson (Catholic Charities) re case issues (.1). Call from P. Califano (Vallombrosa, St. Patrick's Seminary) re case status (.2). | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/18/2025 | PJP | **B320 - Plan and Disclosure Statement:** Review and revise stipulation to extend stand still agreement re plan, order re same (.3). Email to B. Michael re same (.1). Email to P. Carney re same (.1). | 0.50 | $ 600.00/hr | $ 300.00 |
| 08/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for investment committee meeting re bankruptcy update (.3). Call with M. Flanagan re same (.1). Attend same (.3). | 0.70 | $ 600.00/hr | $ 420.00 |
| 08/18/2025 | JER | **B160 - Fee/Employment Applications:** Review deadlines and status re Fee Examiner Report. (.2). Emails with Fee Examiner regarding same. (.1) Review and finalize TransPerfect Monthly Fee Notice. (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 08/18/2025 | JER | **B160 - Fee/Employment Applications:** Review Fee Examiner Report. Email with PJP regarding same. (.2) | 0.20 | $ 0.00/hr | No Charge |
| 08/18/2025 | JER | **B210 - Business Operations:** Emails with M. Cottrell regarding addressing pre-petition medical expenses. | 0.20 | $ 525.00/hr | $ 105.00 |
| 08/18/2025 | PJP | **L210 - Pleadings:** Email from A. Cottrell re reply to committee opposition to motions to dismiss, consider strategy re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/18/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for call with mediators (.2). Attend same (.6). Follow up client team call (.4). | 1.20 | $ 600.00/hr | $ 720.00 |
| 08/19/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for call with committee counsel and mediators (.3). Attend same (.4). | 0.70 | $ 600.00/hr | $ 420.00 |
| 08/19/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to R. Michelson (Catholic Charities) re case issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 08/19/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from B. Michael re six additional stay extension cases approval (.1). Consider issues re adding to stipulation, motion to approve stipulation (.3). | 0.40 | $ 600.00/hr | $ 240.00 |
| 08/19/2025 | PJP | **L210 - Pleadings:** Stay Extension Adversary: Email to P. Carney re extension for responsive pleadings (.2). Email to B. Michael re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 08/19/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to M. Flanagan re case status (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 08/19/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP re response to Fee Examiner Report. | 0.20 | $ 0.00/hr | No Charge |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/19/2025 | JER | **B160 - Fee/Employment Applications:** Emails with J.Kim re Fee Examiner request re redactions. | 0.10 | $ 525.00/hr | $ 52.50 |
| 08/19/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call from P. Pascuzzi re: stipulation re stay extension motion (.1); Review of procedures followed in other diocesan cases on same (1.1); Review of stipulation re: signatures for completeness (.3) Detailed email to P. Pascuzzi re: the same (.2); Emails to and from P. Pascuzzi re: stipulation (.1); Review of issue re: signatures on stip (.4) | 1.10 | $ 350.00/hr | $ 385.00 |
| 08/19/2025 | PJP | **B160 - Fee/Employment Applications:** Review fee examiner review of FFWPR interim fee application, draft responses, address questions, emails to and from J. Rios, email to and from E. Frejka re same (.5) (no charge). | 0.00 | $ 600.00/hr | No Charge |
| 08/20/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from O. Katz re mediation issues, consider strategy (.2). Call with O. Katz re same, notes to file (.3). Consider issues and strategy on all case matters (.7). | 1.20 | $ 600.00/hr | $ 720.00 |
| 08/20/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Draft notice of amended exhibit B (main case filing) (1.3); Draft notice of amended exhibit b (adversary case) (.8); Review of amended exhibit b (.3); Email P. Pascuzzi re: the same (.1); Review of notices for final filing (.7) | 3.20 | $ 350.00/hr | $ 1,120.00 |
| 08/20/2025 | PJP | **B110 - Case Administration:** Review and revise status conference statement for September 4 status conference (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 08/20/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with R. Michelson (Catholic Charities) re case status, mediation (.2). Attend same (.6). | 0.80 | $ 600.00/hr | $ 480.00 |
| 08/20/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re case issues, related party contributions, strategy (.3). Email from O. Katz re mediation issues, consider strategy (.1). | 0.40 | $ 600.00/hr | $ 240.00 |
| 08/20/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on adding cases to stip resolving stay extension motion, missing signatures (.3). Review and revise notices of amended exhibit B to stipulation in adversary proceeding and main case (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 08/20/2025 | JER | **B160 - Fee/Employment Applications:** Review email to UST and Fee Examiner re LEDES files for multiple professionals. | 0.10 | $ 525.00/hr | $ 52.50 |
| 08/21/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to P. Gaspari, D. Zamora re JCP 5108 issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/21/2025 | PJP | **L210 - Pleadings:** Committee adversary: Call from R. Charles (Parishes) re motion to dismiss issues (.2). Emails from and to O. Katz re reply to opposition to motions to dismiss (.2). Review revised reply, consider issues re same (.7). Calls with O. Katz re reply issues (.2). Review replies of Cemeteries, SHCP, three high schools, consider issues (.9). | 2.20 | $ 600.00/hr | $ 1,320.00 |
| 08/21/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Continued Review of stipulation re resolution of stay extension motion re: signatures (.5) | 0.50 | $ 350.00/hr | $ 175.00 |
| 08/21/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email to B. Michael re amended exhibit B, signatures on stipulation to complete, additional six cases added (.4). Review insurer opposition to motion to approve resolution of stay extension motion, consider issues (.7). Emails to client team re same (.2). | 1.30 | $ 600.00/hr | $ 780.00 |
| 08/21/2025 | PJP | **B110 - Case Administration:** Review and revise status conference statement for Sept 4 status conference (.3). Emails to and from O. Katz re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 08/21/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from O. Katz, D. Zamora re Pritchard cases issues (.2). Call from B. Weinstein re state court cases issues (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 08/21/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review of insurer opposition to motion to approve stay extension resolution and draft notes re: the same (3.1) | 3.10 | $ 350.00/hr | $ 1,085.00 |
| 08/22/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Email from mediators re mediation, consider issues (.1). Attend call with mediators and client team (.8). | 0.90 | $ 600.00/hr | $ 540.00 |
| 08/22/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for mediator call (.2). Prepare for client team call (.3). Attend same (1.0). Call from B. Weinstein re case strategy (.3). Emails to and from J. Schulman, B. Weinstein re case issues (.2). Email from O. Katz, B. Weinstein, J. Schulman, M. Flanagan re mediation strategy, consider issues re same (.3). Emails from O. Katz, M. Flanagan re mediation issues, consider strategy (.2). Review other diocesan case developments re claim objections relevant to this case (shared), consider strategy re same (.4). | 2.90 | $ 600.00/hr | $ 1,740.00 |
| 08/22/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Follow up email to B. Michael re standstill stipulation (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 08/22/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to P. Gaspari, B. Weinstein re reply to insurer opposition to stay extension motion resolution (.2). Consider strategy re same (.4). | 0.60 | $ 600.00/hr | $ 360.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/22/2025 | PJP | **B110 - Case Administration:** Revise status conference statement to add standstill agreement status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/22/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Confer with P. Pascuzzi re: reply to insurer objection to stay extension motion resolution (.2); Email B. Jennings and A. Kieser re: trasncript for reply (.1) | 0.30 | $ 350.00/hr | $ 105.00 |
| 08/22/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with B. Weinstein re R. Michelson email (Catholic Charities) re case issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/23/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider strategy on tasks/project status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/23/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on Pritchard cases relief from stay, scope and strategy (.4). Email to O. Katz re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 08/24/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re further mediation dates (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 08/24/2025 | PJP | **B110 - Case Administration:** Revise status conference statement (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/25/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review Albany insurer standing pleadings re relevant issues in this case (shared) (.3). Call with B. Weinstein, J. Schulman re case strategy and status (.6). Emails from and to O. Katz, P. Carney, M. Flanagan, Fr. Summerhays re mediation issues (.3). | 1.20 | $ 600.00/hr | $ 720.00 |
| 08/25/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Draft reply re: insurer objection to stay extension resolution (3.1); Continue drafting reply (3.2); Emails (x2) from/to P. Pascuzzi re: reply (.2) | 6.50 | $ 350.00/hr | $ 2,275.00 |
| 08/25/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise reply to insurer opposition to motion to approve stay extension motion resolution (1.9). Email to client team re same (.2). | 2.10 | $ 600.00/hr | $ 1,260.00 |
| 08/25/2025 | JER | **B160 - Fee/Employment Applications:** Multiple emails with Committee Counsel, J. Kim, PJP and Fee Examiner re status of Fee Examiner review and Fee Examiner request for continued hearing date. | 0.30 | $ 525.00/hr | $ 157.50 |
| 08/26/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call re mediation strategy (.2). Attend same (.5). Call with D. Zamora, P. Gaspari re case strategy (.2). Email to O. Katz re case strategy (.2). Emails from and to client team re mediator call, consider strategy (.2). | 1.30 | $ 600.00/hr | $ 780.00 |
| 08/26/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with committee counsel re case status (.2). Attend same (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 08/26/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email B. Michaels (Committee counsel) re: transcript (.1) | 0.10 | $ 350.00/hr | $ 35.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/26/2025 | JER | **B160 - Fee/Employment Applications:** Multiple emails regarding rescheduling of fee hearings. (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 08/26/2025 | JER | **B160 - Fee/Employment Applications:** Email to Fee Examiner re Transperfect fee application. (.1). Telephone call from Fee Examiner regarding same. (.4) | 0.50 | $ 525.00/hr | $ 262.50 |
| 08/26/2025 | PJP | **B320 - Plan and Disclosure Statement:** Consider issues on finalizing standstill agreement re chapter 11 plan (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/26/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on notices of amended exhibit B listing enjoined cases (.3). Email to client team re same (.1). Revise reply based on client team comments, consider strategy re same (.6). Call with B. Weinstein re same (.1). | 1.10 | $ 600.00/hr | $ 660.00 |
| 08/26/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review and revise omnibus reply (Mtn to Approve Compromise and Stipulation) (.5); Email P. Pascuzzi re: the same (.1) | 0.60 | $ 350.00/hr | $ 210.00 |
| 08/27/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft August Monthly Fee Statement for TransPerfect. | 0.40 | $ 105.00/hr | $ 42.00 |
| 08/27/2025 | MEK | **B110 - Case Administration:** Email to B. Whitaker re: limited service list update (.1) | 0.10 | $ 350.00/hr | $ 35.00 |
| 08/27/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Revise reply to insurer objection (.4); Email P. Pascuzzi (detailed) re: the same (.2); Email from/to P. Pacuzzi re: reply (.2); Review of B. Weinstein comments to reply and incorporate the same (.2); Email P. Pascuzzi re: the same (.1) | 1.10 | $ 350.00/hr | $ 385.00 |
| 08/27/2025 | JER | **B160 - Fee/Employment Applications:** Coordinate and confirm coverage for Aug 28 hearings with PJP. (.1). Review notice and set continued hearing date for Sept 12 fee applications. (.1) | 0.20 | $ 525.00/hr | $ 105.00 |
| 08/27/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to P. Carney re insurance reimbursement issue for non-abuse claim, consider issue re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/27/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review comments on reply re motion to approve stay extension stipulation, consider strategy re same (.5). Emails from and to B. Weinstein, P. Gaspari, D. Zamora re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 08/27/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review of omnibus reply (.3); Revise reply (.1); Email from/to B. Weinstein re: reply (.2); Final review and revision to reply (.9); Email to P. Carney re: the same (.1) | 1.60 | $ 350.00/hr | $ 560.00 |
| 08/28/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review of insurers re: service of reply (.3); Email B. Jennings, A. Kieser re: service of the same (.2); Review of reply for approval for filing (.5). | 1.00 | $ 350.00/hr | $ 350.00 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/28/2025 | JER | **B160 - Fee/Employment Applications:** Emails with TransPerfect re Fee Examiner comments for fee application. (.3). Telephone call and emails with BJ regarding same. (.4) | 0.70 | $ 525.00/hr | $ 367.50 |
| 08/29/2025 | MEK | **B110 - Case Administration:** Email from B. Whitaker re: Limited service list (.1) Review of the same and email A. Kieser re: approval of the same for filing (.1) | 0.20 | $ 350.00/hr | $ 70.00 |
| 08/31/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review committee reply re motion to resolve stay extension adversary, consider strategy re same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/31/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to O. Katz re case strategy and status (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 08/31/2025 | FA | Lexis Online Research - August 2025 | $ 121.07 |

|  |  |
|---|---|
| Total Hours | 81.40 hrs |
| Total Biller | $ 40,691.00 |
| Total Expenses | $ 121.07 |
| Total Invoice Amount | $ 40,812.07 |
| Previous Balance | $ 128,301.52 |
| 08/28/2025 Payment - Trust Account<br>A payment has been taken from the Trust Account. | ($30,495.57) |
| **Balance (Amount Due)** | **$ 138,618.02** |

## Trust Account Summary

**Billing Period: 08/01/2025 - 09/08/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance | |
|---|---|---|---|
| $30,495.57 | $30,495.57 | $0.00 | |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 08/15/2025 | Received From-Archdiocese of San Francisco | $30,495.57 | | $30,495.57 |
| 08/28/2025 | Applied to invoice #14090 | | $30,495.57 | $0.00 |

**User Hours Summary**

**Billing Period: 08/01/2025 - 08/31/2025**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Paul J Pascuzzi | 51.80 | $ 600.00 | $ 31,080.00 |
| Jake E Rios | 3.10 | $ 525.00 | $ 1,627.50 |
| Jake E Rios | 0.40 | $ 525.00 | $ 0.00 |
| Brenda Jennings | 4.70 | $ 105.00 | $ 493.50 |
| Mikayla E Kutsuris | 21.40 | $ 350.00 | $ 7,490.00 |