Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:      okatz@sheppardmullin.com
            amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>*[No Hearing Required]* |

**TWENTY-FOURTH MONTHLY PROFESSIONAL FEE STATEMENT FOR GLASSRATNER ADVISORY & CAPITAL GROUP, LLC [AUGUST 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that GlassRatner Advisory & Capital Group, LLC (hereinafter, "GlassRatner"), financial advisor to the debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco, hereby files its Monthly Professional Fee Statement for August 2025.

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2025 through August 31, 2025 |
| Amount of Compensation Requested: | $49,990.00 |
| Net of 20% Holdback: | $39,992.00 |
| Amount of Expenses Requested: | $795.85 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $40,787.85 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212] (the "Monthly Compensation Order"), and the *Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* [ECF No. 168] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC ("GlassRatner") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from August 1, 2025 through August 31, 2025 (the "Fee Period"). By this twenty-fourth statement, GlassRatner seeks payment in the amount of $40,787.85, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the

compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as *Exhibit 1* is a summary of GlassRatner's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each GlassRatner professional during the Fee Period. Attached hereto as *Exhibit 2* is a summary of the services rendered and compensation sought by project category during the Fee Period.

Attached hereto as *Exhibit 3* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit 4*, are records of GlassRatner's fees incurred during the period August 1, 2025 through August 31, 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served within 14 days (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtor is to pay GlassRatner 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: September 22, 2025   FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: September 22, 2025   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit 1**

**Summary of Total Hours and Fees by Professional
Compensation by Professional Person for Hourly Services
for the Period from August 1, 2025 through August 31, 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $775.00 | 23.80 | $18,445.00 |
| Wayne P. Weitz Travel | Sr. Managing Director | $387.50 | 4.00 | 1,550.00 |
| David Greenblatt | Director | $575.00 | 12.60 | 7,245.00 |
| Coral Hansen | Managing Director | $525.00 | 14.30 | 7,507.50 |
| Adriana Piltz | Director | $525.00 | 0.70 | 367.50 |
| Sean Horner | Senior Associate | $425.00 | 35.00 | 14,875.00 |
| **TOTAL** | | | **90.40** | **$49,990.00** |

**Exhibit 2**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the period from August 1, 2025 through August 31, 2025**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis | 46.70 | $24,452.50 |
| Business Analysis | 16.30 | 11,552.50 |
| Employment/Fee Applications | 0.70 | 367.50 |
| Litigation Support | 1.30 | 1,007.50 |
| Monthly Operating Reports | 21.40 | 11,060.00 |
| Non-Working Travel | 4.00 | 1,550.00 |
| **TOTAL** | **90.40** | **$49,990.00** |

**Exhibit 3**

**Summary of Expenses**
**Disbursement Summary**

| Expenses (by Category) | Amounts |
|---|---|
| Lodging | $581.89 |
| Meals | 57.32 |
| Transportation | 156.64 |
| **TOTAL** | **$795.85** |

# Exhibit 4

**Invoice**



GlassRatner Advisory & Capital Group LLC

September 8, 2025                                                    Invoice # :   80526

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  August 1, 2025    through    August 31, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 23.80 | 775.00 |
| Wayne P. Weitz | 4.00 | 387.50 |
| Coral Hansen, CPA, ABV, CFE, CFF | 14.30 | 525.00 |
| Adriana Piltz | 0.70 | 525.00 |
| David Greenblatt, CPA, CIRA | 12.60 | 575.00 |
| Sean Horner | 35.00 | 425.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 90.40 | $49,990.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---|
| Lodging | 581.89 |
| Meals | 57.32 |
| Transportation | 156.64 |
| Total expenses | $795.85 |

| | |
|---|---|
| Total amount of this bill | $50,785.85 |

**Thank you for working with GlassRatner Advisory & Capital Group, LLC, we don't take our clients for granted.**
For our wiring instructions, please contact us directly using the contact information below.    Tax ID Number:

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3443 Peachtree Rd., NE,  Suite 1225 | Atlanta, GA 30326 | Tel 470.346.6600 Fax 470.346.6604 | www.glassratner.com

**Professional Services Detail**

        Hours

### Asset Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/4/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 3.10 |
| | D. Greenblatt | Continue to update cash analysis | 0.70 |
| 8/5/2025 | W. Weitz | Call with D. Greenblatt and Debtor re: cash analysis | 1.00 |
| | W. Weitz | Call with W. Weitz and Debtor re: parish financials | 2.60 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.60 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.70 |
| | D. Greenblatt | Call with W. Weitz and Debtor re: cash analysis | 1.00 |
| | D. Greenblatt | Call with W. Weitz and Debtor re: parish financials | 2.60 |
| | W. Weitz | All-day meeting with M. Flanagan re: strategy, business review, cash flow and assets | 7.00 |
| 8/6/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 0.80 |
| 8/7/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.20 |
| 8/8/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.90 |
| 8/11/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| 8/12/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.00 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| 8/14/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: Cash Analysis | 0.50 |
| | D. Greenblatt | Call with W. Weitz and S. Horner re: cash analysis update | 0.50 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: Cash Analysis | 0.50 |
| | SUBTOTAL: | [ 46.70 | 24452.50] |

### Business Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/1/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 0.70 |
| | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 1.00 |
| 8/4/2025 | W. Weitz | Review documents in preparation for meeting with M. Flanagan and Fr Summerhays | 0.70 |
| | W. Weitz | Meeting with M. Flanagan re: case strategy and open issues | 1.00 |
| | W. Weitz | Meeting with M. Flanagan and Fr. Summerhays re: cash flows, projections and assets | 4.50 |
| 8/5/2025 | W. Weitz | Research and analysis re: certain cash balances and available data | 0.20 |
| 8/6/2025 | D. Greenblatt | Update professional fee tracker and provide Debtor with payment summary | 1.60 |
| 8/8/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 0.70 |
| | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 0.70 |
| 8/15/2025 | W. Weitz | Weekly call with client and counsel | 0.80 |
| 8/19/2025 | D. Greenblatt | Update mediator invoice analysis through July 2025 per counsel request | 2.40 |
| 8/22/2025 | W. Weitz | Weekly update call with client and counsel | 1.10 |
| 8/29/2025 | W. Weitz | Weekly call with client and counsel | 0.90 |
| | SUBTOTAL: | [ 16.30 | 11552.50] |

### Employment/Fee Applications

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/8/2025 | A. Piltz | Review and prepare July fee statement | 0.70 |
| | SUBTOTAL: | [ 0.70 | 367.50] |

### Litigation

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/26/2025 | W. Weitz | Call with Client and counsel re: mediation preparation and progress | 1.30 |
| | SUBTOTAL: | [ 1.30 | 1007.50] |

| | | | Hours | |
|---|---|---|---:|---:|
| **Monthly Operating Reports** | | | | |
| 8/11/2025 | S. Horner | Call amongst C. Hansen and S. Horner re: review MOR procedures | | 0.40 |
| | C. Hansen | Call amongst C. Hansen and S. Horner re: review MOR procedures | | 0.40 |
| 8/13/2025 | C. Hansen | July 2025 MOR: receipts and disbursement schedule | | 1.60 |
| | S. Horner | July 2025 MOR: prepare and update file | | 1.20 |
| | S. Horner | July 2025 MOR: reconcile bank statements and review financials | | 2.60 |
| | C. Hansen | Update MOR template with bank statements | | 0.70 |
| | C. Hansen | Update MOR analysis for July data | | 0.70 |
| | D. Greenblatt | Preparation of July 2025 MOR | | 1.60 |
| 8/14/2025 | C. Hansen | July 2025 MOR: review investment accounts | | 0.60 |
| | C. Hansen | July 2025 MOR: post-petition AP | | 0.90 |
| | C. Hansen | July 2025 MOR: continue receipts and disbursements | | 2.20 |
| 8/15/2025 | C. Hansen | July 2025 MOR: payroll | | 0.60 |
| | C. Hansen | July 2025 MOR: prepare report | | 1.90 |
| 8/17/2025 | W. Weitz | Review July MOR | | 0.50 |
| 8/18/2025 | C. Hansen | Update July 2025 with client comments | | 0.20 |
| | C. Hansen | July 2025 MOR: finalize report and send to client for review | | 0.30 |
| | C. Hansen | July 2025 MOR: search Intacct for insider payments | | 0.30 |
| | C. Hansen | July 2025 MOR: prepare exhibits | | 0.40 |
| | C. Hansen | Revise MOR | | 1.60 |
| | C. Hansen | Finalize draft for internal review | | 1.90 |
| 8/20/2025 | D. Greenblatt | Finalize July 2025 MOR and send to counsel for filing | | 0.80 |
| | SUBTOTAL: | | [ 21.40 | 11060.00] |
| **Non-working Travel** | | | | |
| 8/4/2025 | W. Weitz | Travel from PHL to client | | 4.00 |
| | SUBTOTAL: | | [ 4.00 | 1550.00] |

GlassRatner Advisory & Capital Group LLC