1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
       WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:      (916) 329-7400
   Facsimile:      (916) 329-7435
6  Email:          ppascuzzi@ffwplaw.com
                   jrios@ffwplaw.com
7                  tphinney@ffwplaw.com
                   mkutsuris@ffwplaw.com
8

9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
11     Including Professional Corporations
   Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone:      (415) 434-9100
13 Facsimile:      (415) 434-3947
   Email:          okatz@sheppardmullin.com
14                 amartin@sheppardmullin.com

15 Attorneys for The Roman Catholic Archbishop of
   San Francisco
16

17              UNITED STATES BANKRUPTCY COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20 In re                                    Case No. 23-30564

21 THE ROMAN CATHOLIC ARCHBISHOP            Chapter 11
   OF SAN FRANCISCO,
22
                Debtor and                  [*No Hearing Required*]
23              Debtor in Possession.

24

25          **MONTHLY PROFESSIONAL FEE STATEMENT FOR
               WEINTRAUB TOBIN [AUGUST 2025]**
26

27

28

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Weintraub Tobin Chediak Coleman Grodin, Law Corporation, (hereinafter "Weintraub"), special litigation attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of August 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by Weintraub on account of the Debtor for the month of August 2025 are as follows:

| Period | Fees | Expenses | Total |
|--------|------|----------|-------|
| August 1, 2025, through August 31, 2025 | $56,960.50 | $354.15 | $57,314.65 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $45,568.40 | $354.15 | $45,922.55 |

Attached hereto as *Exhibit A* is a summary of Weintraub's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each Weintraub professional during the Fee Period. Multiple attorneys reviewed priest personnel files to expedite the production of files and mediation.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

///

///

///

Finally, attached hereto as **Exhibit D**, are records of Weintraub's fees incurred during the period of August 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Weintraub within 14 days from the date of service of this Statement.

Dated: September 22, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: September 22, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**Compensation by Professional Person for Hourly Services
for the Period of August 2025**

| Name | Position | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Paul E. Gaspari | Shareholder | $520 | 22.00 | $11,440.00 |
| Daniel C. Zamora | Shareholder | $500 | 17.70 | $8,850.00 |
| Zachary M. Smith | Shareholder | $520 | 41.40 | $21,528.00 |
| Meagan D. Bainbridge | Shareholder | $500 | 0.20 | $100.00 |
| Benjamin J. Lewis | Associate | $475 | 2.10 | $997.50 |
| Benjamin J. Lewis | Associate | $450 | 0.20 | $90.00 |
| Carly M. Moran | Associate | $400 | 0.30 | $120.00 |
| Jillian Harvey | Associate | $400 | 25.70 | $10,280.00 |
| Monica Silver | Associate | $375 | 8.70 | $3,262.50 |
| Brian Gonzaga | Paralegal | $225 | 1.30 | $292.50 |
| **TOTAL** | | | **119.60** | **$56,960.50** |

**Exhibit B**

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**for the Period of August 2025**

**Bankruptcy Categories**

|  | Hours | Amount |
|---|---|---|
| Case Administration | 13.10 | $6,812.00 |
| Other Contested | 4.00 | $2,080.00 |
| Claims Administration | 1.00 | $520.00 |
| Fact Investigation/Development-Review/Analyze | 0.20 | $75.00 |
| Analysis/Strategy-Draft/Revise | 0.20 | $100.00 |
| Analysis/Strategy-Review/Analyze | 1.20 | $487.50 |
| Analysis/Strategy-Comm./With Client | 3.60 | $1,800.00 |
| Analysis/Strategy-Comm./Other Counsel | 0.30 | $112.50 |
| Analysis/Strategy-Comm./Other External | 0.40 | $200.00 |
| Settlement/Non-Binding ADR-Draft/Revise | 0.20 | $100.00 |
| Settlement/Non-Binding ADR-Review/Analyze | 0.40 | $200.00 |
| Settlement/Non-Binding ADR-Comm./With Client | 2.90 | $1,450.00 |
| Settlement/Non-Binding ADR-Comm./Other External | 1.90 | $950.00 |
| Written Discovery-Communicate /Client | 0.20 | $90.00 |
| Written Motions/Submission-Review/Analyze | 5.70 | $2,137.50 |
| Written Motions/Submission-Communicate w/Client | 0.80 | $300.00 |
| Other-Review/Analyze | 0.80 | $300.00 |
| **TOTAL** | **36.90** | **$17,714.50** |

**Litigation**

| **Litigation**<br>000; 390; 415; 428; 506; 613; 805; 944; 945; 983; 985; and 986 | **82.70** | **$39,246.00** |
|---|---|---|
| **GRAND TOTAL** | **119.60** | **$56,960.50** |

**Exhibit C**

**Summary of Expenses**

| **Expense Category** | **Amounts** |
|---|---|
| Attorney Filing Services | $268.25 |
| Filing Fees | $85.90 |
| **TOTAL** | **$354.15** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit D**

**Weintraub Invoices**



**weintraub tobin chediak coleman grodin**

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

September 03, 2025
Client:        150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000000 | General matters | 98512832 | $12,005.00 | $0.00 | $12,005.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $12,005.00 |
| **Balance Due:** | **$12,005.00** |

| | |
|---|---|
| **Retainer Balance** | **$1,953.88** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

September 03, 2025
Client: 150363
Matter: 000000
Invoice #: 98512832

Page: 1

RE: General matters

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/13/2025 | DCZ | Conference call with Paula Carney regarding possible restraining order against an individual. [L120 - A106](0.30) | 0.30 | $150.00 |
| 8/13/2025 | DCZ | Review and analysis of client documents regarding issues with individual for purposes of applying for a restraining order. [L120 - A104](0.40) | 0.40 | $200.00 |
| 8/13/2025 | DCZ | Further phone call with Paula Carney regarding information needed for possible restraining order. [L120 - A106](0.20) | 0.20 | $100.00 |
| 8/13/2025 | JRH | Videoconference with P. Carney, Archdiocese of San Francisco, regarding preparation of restraining order on behalf of archdiocese of san francisco. [L250 - A106](0.30) | 0.30 | $120.00 |
| 8/13/2025 | JRH | Telephone with Fr. Quinn, Archdiocese of San Francisco, regarding preparation of restraining order on behalf of archdiocese of san francisco. [L250 - A106](0.60) | 0.60 | $240.00 |
| 8/13/2025 | BGON | Run background searches on Shane Sleeper. [L110 - A102](1.00) | 1.00 | $225.00 |
| 8/14/2025 | DCZ | Phone call with Paula Carney regarding status of restraining order factual development. [L120 - A106](0.20) | 0.20 | $100.00 |
| 8/14/2025 | DCZ | Drafting and editing of declaration in support of temporary restraining order. [L120 - A103](0.80) | 0.80 | $400.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client: 150363
Matter: 000000
Invoice #: 98512832

Page: 2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/14/2025 | JRH | Exchange email correspondence with N. Talbott, St. Brendan's parishoner, regarding filing of restraining order. [L250 - A108](0.20) | 0.20 | $80.00 |
| 8/14/2025 | JRH | Analyze restraining order filings from St. Brendan's parishoner, N. Talbott. [L250 - A104](0.60) | 0.60 | $240.00 |
| 8/14/2025 | JRH | Telephone call with St. Brendan's parishoner, N. Talbott, regarding filing of restraining order against shane sleeper. [L250 - A108](0.40) | 0.40 | $160.00 |
| 8/14/2025 | JRH | Telephone call with P. Marlow, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.70) | 0.70 | $280.00 |
| 8/14/2025 | JRH | Analyze California statutory authority and secondary sources regarding civil harassment and workplace violence restraining orders in order to draft restraining order against Shane Sleeper. [L250 - A104](0.90) | 0.90 | $360.00 |
| 8/14/2025 | JRH | Review and analyze documents and recordings regarding shane sleeper in order to draft restraining order against Shane Sleeper. [L250 - A104](1.50) | 1.50 | $600.00 |
| 8/14/2025 | JRH | Prepare work product memo regarding timeline of Shane Sleeper's harassment of Archdiocese of San Francisco in order to draft restraining order against Shane Sleeper. [L250 - A103](1.20) | 1.20 | $480.00 |
| 8/14/2025 | JRH | Telephone call with M. Chacon, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.50) | 0.50 | $200.00 |
| 8/14/2025 | JRH | Telephone call with J. Duran, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.50) | 0.50 | $200.00 |
| 8/14/2025 | JRH | Telephone call with R. Rodriguez, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.40) | 0.40 | $160.00 |
| 8/14/2025 | JRH | Prepare declaration of Mary Chacon in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](1.10) | 1.10 | $440.00 |
| 8/14/2025 | JRH | Prepare declaration of Jose Duran in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](1.70) | 1.70 | $680.00 |
| 8/14/2025 | JRH | Prepare declaration of Peter Marlow in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.90) | 0.90 | $360.00 |
| 8/14/2025 | JRH | Prepare declaration of Rocio Rodriguez in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.60) | 0.60 | $240.00 |

The Archdiocese of San Francisco

September 03, 2025
Client:      150363
Matter:     000000
Invoice #:   98512832

Page:            3

RE:  General matters

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/15/2025 | DCZ | Further drafting of declarations in support of restraining order. [L120 - A103](0.80) | 0.80 | $400.00 |
| 8/15/2025 | JRH | Continue to draft supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](1.80) | 1.80 | $720.00 |
| 8/15/2025 | JRH | Telephone call with P. Marlow, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/15/2025 | JRH | Telephone call with R. Roberson, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.30) | 0.30 | $120.00 |
| 8/15/2025 | JRH | Telephone call with D. Williams, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.40) | 0.40 | $160.00 |
| 8/15/2025 | JRH | Draft declaration of Damian Wunderlich-Williams in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.90) | 0.90 | $360.00 |
| 8/15/2025 | JRH | Draft correspondence to P. Carney, Archdiocese of San Francisco, regarding supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/15/2025 | JRH | Draft petition for workplace violence restraining order and supporting documents. [L250 - A103](1.80) | 1.80 | $720.00 |
| 8/15/2025 | JRH | Prepare exhibits for declaration of Mary Chacon in support of petition for restraining order against Shane Sleeper. [L250 - A101](0.20) | 0.20 | $80.00 |
| 8/17/2025 | JRH | Draft correspondence to P. Pascuzzi, outside counsel for Archdiocese of San Francisco, regarding supporting declarations for petition for a restraining order against Shane Sleeper. [L250 - A107](0.20) | 0.20 | $80.00 |
| 8/18/2025 | DCZ | Further drafting of restraining order application. [L120 - A103](0.30) | 0.30 | $150.00 |
| 8/18/2025 | JRH | Analyze correspondence to P. Pascuzzi, outside counsel for Archdiocese of San Francisco, regarding supporting declarations for petition for a restraining order against Shane Sleeper. [L250 - A107](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Prepare correspondence to P. Carney, Archdiocese of San Francisco, regarding supporting declarations for petition for a restraining order against Shane Sleeper. [L250 - A106](0.10) | 0.10 | $40.00 |

The Archdiocese of San Francisco

RE:  General matters

September 03, 2025
Client:        150363
Matter:      000000
Invoice #:   98512832

Page:              4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/18/2025 | JRH | Continue to draft petition for workplace violence restraining order and supporting documents. [L250 - A103](0.90) | 0.90 | $360.00 |
| 8/18/2025 | JRH | Continue to draft supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.50) | 0.50 | $200.00 |
| 8/18/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Draft correspondence to D. Williams, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Draft correspondence to R. Rodriguez, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Draft correspondence to J. Duran, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Draft correspondence to P. Marlow, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Analyze and respond to correspondence from J. Duran, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Analyze and respond to correspondence from P. Marlow, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.50) | 0.50 | $200.00 |
| 8/19/2025 | JRH | Continue to draft supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.40) | 0.40 | $160.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client:       150363
Matter:      000000
Invoice #:   98512832

Page:           5

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/19/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/19/2025 | JRH | Draft correspondence to P. Carney, Archdiocese of San Francisco, regarding supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/20/2025 | JRH | Telephone call to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.10) | 0.10 | $40.00 |
| 8/20/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/20/2025 | JRH | Continue to draft petition for workplace violence restraining order and supporting documents. [L250 - A103](0.50) | 0.50 | $200.00 |
| 8/21/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/21/2025 | JRH | Draft correspondence to P. Marlow, Archdiocese of San Francisco, regarding petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/21/2025 | JRH | Telephone call to P. Carney, Archdiocese of San Francisco, regarding supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/21/2025 | JRH | Analyze correspondence from M. Chacon, Archdiocese of San Francisco, regarding supporting declaration. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/21/2025 | JRH | Continue to draft declaration of mary chacon in support of petition for workplace violence restraining order against shane sleeper. [L250 - A106](0.40) | 0.40 | $160.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client: 150363
Matter: 000000
Invoice #: 98512832

Page: 6

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/21/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/25/2025 | JRH | Review and analyze temporary restraining order issued by San Francisco Superior Court against Shane Sleeper. [L250 - A104](0.20) | 0.20 | $80.00 |
| 8/25/2025 | JRH | Draft correspondence to P. Carney, Archdiocese of San Francisco, regarding temporary restraining order issued by San Francisco Superior Court against Shane Sleeper. [L250 - A104](0.20) | 0.20 | $80.00 |
| 8/27/2025 | JRH | Review and analyze Shane Sleeper's criminal docket. [L230 - A104](0.40) | 0.40 | $160.00 |
| 8/27/2025 | JRH | Draft correspondence to P. Carney, Archdiocese of San Francisco, regarding arrest of Shane Sleeper. [L230 - A106](0.20) | 0.20 | $80.00 |
| 8/28/2025 | JRH | Analyze and respond to correspondence from P. Carney, Archdiocese of San Francisco, regarding temporary restraining order issued by San Francisco Superior Court against Shane Sleeper. [L250 - A104](0.20) | 0.20 | $80.00 |
| | | Total Services | 29.70 | $12,005.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|----------------|-------------|-------|---------|-----------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 3.00 | $500.00 | $1,500.00 |
| JRH | Jillian Harvey | ASSOCIATE | 25.70 | $400.00 | $10,280.00 |
| BGON | Brian Gonzaga | PARALEGAL | 1.00 | $225.00 | $225.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $968,446.00 | Current Charges | $12,005.00 |
| Total Disbursements to Date: | $31,931.80 | **Balance Due** | **$12,005.00** |
| Total to Date: | $1,000,377.80 | | |

| | |
|---|---|
| **Retainer Balance** | **$1,953.88** |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client:      150363
Matter:      000000
Invoice #:   98512832

Page:              7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Research | 1.00 | $225.00 |
| L120 | Analysis/Strateg   Draft/Revise | 1.90 | $950.00 |
| L120 | Analysis/Stra e y - Review/Analyze | 0.40 | $200.00 |
| L120 | Analysis/S r tegy - Communica e/With Client | 0.70 | $350.00 |
| 230 | Cour Mandated C n erences - Review/Analyze | 0.40 | $160 00 |
| L230 | C urt Mandate   onferences  Communicate w/Cl | 0.2 | $80.00 |
| 250 | Oth Writte   otio /  ubmiss  Plan & Prepare For | .20 | $80 00 |
| L250 | Oth Wri t n Motion/Submiss - Draft/Revise | 1 .30 | $4, 20.00 |
| L250 | Oth   r tten Motion/Submiss - Research/Analy e | 3.60 | 1,440.00 |
| L250 | O h Written Mot on/Submiss - Communicate w Clie | 8. 0 | $3,200.00 |
| L25 | th Written Mo ion/Submiss - Commun./Other Cou | 0.40 | $160.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client:      150363
Matter:      000000
Invoice #:   98512832

Page:        8

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L250 | Oth Written Motion/Submiss - Commun./Other Ext | 0.60 | $240.00 |

| | Total Hours | 29.70 | |
|---|---|---|---|
| | Total Fees: | $12,005.00 | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client: 150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | ███ v. Archdiocese of San Francisco | 98512855 | $20,316.00 | $139.12 | $20,455.12 |

## Account Summary

| | |
|---|---|
| Previous Balance | $4,643.90 |
| Current Charges | $20,455.12 |
| Less Payments | $1,164.80 |
| **Balance Due:** | **$23,934.22** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:          150363
Matter:        000390
Invoice #:    98512855

Page:                    1

RE: ██████████ v. Archdiocese of San Francisco

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/4/2025 | PEG | Review of memorandum from Rick Simons regarding updated evaluation by Dr. Ponton. [L130 - A107](0.20) | 0.20 | $104.00 |
| 8/6/2025 | DCZ | Phone call with Rick Simons regarding trial setting conference and status of punitive damages claim. [L120 - A108](0.40) | 0.40 | $200.00 |
| 8/7/2025 | PEG | Review of Travelers' Reservation of Rights letter. [L110 - A104](0.30) | 0.30 | $156.00 |
| 8/7/2025 | ZMS | Work on brief in opposition to plaintiff's motion to preclude any litigation of the issue of "notice" to RCASF of ██████ as a child molester as of Dec. 31., 1973. [L450 - A103](2.70) | 2.70 | $1,404.00 |
| 8/11/2025 | ZMS | Researched biography of assigned Judge Alexandra Gordon and articles concerning her rulings in various cases reported in local media (.7). [L450 - A101](0.70) | 0.70 | $364.00 |
| 8/11/2025 | ZMS | Initial work on drafting of witness list with summaries of expected testimony and  time estimates for examination of witnesses called by plaintiff and defendant as required by SF County Superior Court Local Rule (1.8). [L450 - A111](1.80) | 1.80 | $936.00 |
| 8/12/2025 | DCZ | Phone call with Rick Simons regarding case management issues for trial. [L120 - A108](0.50) | 0.50 | $250.00 |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

September 03, 2025
Client:       150363
Matter:     000390
Invoice #:  98512855

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/12/2025 | ZMS | Initial drafting of page and line designations of deposition transcripts to be offered into evidence for unavailable witnesses as requi9red by SF County Superior Court Local Rules. [L450 - A101](2.40) | 2.40 | $1,248.00 |
| 8/12/2025 | ZMS | Receipt and review of Plaintiff's Case management Conference Statement for upcoming September 5, 2025 hearing (.1). [L450 - A107](0.20) | 0.20 | $104.00 |
| 8/13/2025 | DCZ | Review and analysis of plaintiff's Case Management Conference statement. [L120 - A104](0.30) | 0.30 | $150.00 |
| 8/13/2025 | DCZ | Drafting trial plan and issues for trial setting conference. [L120 - A103](1.30) | 1.30 | $650.00 |
| 8/13/2025 | ZMS | Extended conference with D. Zamora regarding strategy and plan for upcoming Case Management Conference and Trial Setting Conference to maximize chances of avoiding consolidation of the ██████████ case with the ██████████ case and regarding points of status report to insurance carrier representatives (.9). [L120 - A101](0.90) | 0.90 | $468.00 |
| 8/14/2025 | DCZ | Phone call to Rick Simons regrading Case Management Conference issues. [L120 - A108](0.40) | 0.40 | $200.00 |
| 8/14/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding strategy for raising punitive damages claim with Committee counsel. [L120 - A103](0.20) | 0.20 | $100.00 |
| 8/14/2025 | DCZ | Review and editing of draft Case Management Conference statement. [L120 - A104](0.30) | 0.30 | $150.00 |
| 8/14/2025 | PEG | Call with defense team regarding punitive damages allegations. [L210 - A107](0.50) | 0.50 | $260.00 |
| 8/14/2025 | PEG | Edit Case Management Conference statement. [L230 - A103](0.20) | 0.20 | $104.00 |
| 8/14/2025 | ZMS | Draft Case Management Conference statements which argues against consolidation with the ██████ case and for setting of trial to commence at least 45 days after rulings are issued on the motion to consolidated and the preclusive effect of the prior judgment against RCASF for ██████████'s misconduct. [L450 - A103](1.00) | 1.00 | $520.00 |
| 8/14/2025 | ZMS | Prepare draft of letter to carrier representatives to update them on assignment of ██████ case to Judge Alexandra Gordon and issues for determination at upcoming Case management Conference (.5). [L450 - A108](0.50) | 0.50 | $260.00 |
| 8/15/2025 | ZMS | Finalize and file Case management Conference Statement (.2). [L450 - A103](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: ████████ v. Archdiocese of San Francisco

September 03, 2025
Client:       150363
Matter:       000390
Invoice #:    98512855

Page:              3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/15/2025 | ZMS | Work on drafting of points and authorities in opposition to Plaintiff's Motion in Limine No. 1 seeking to prevent evidence of allocation of fault to ████████ or any other person or entity (4.7). [L450 - A101](4.70) | 4.70 | $2,444.00 |
| 8/18/2025 | PEG | Review of memorandum from Ori regarding punitive damages. [L210 - A104](0.20) | 0.20 | $104.00 |
| 8/19/2025 | ZMS | Study of key cases regarding issues of comparative fault and concurrent causation and initial drafting of points and authorities for incorporation into  briefs opposing plaintiff's motions in limine and RCASF's trial brief.(3.3). [L450 - A103](3.30) | 3.30 | $1,716.00 |
| 8/21/2025 | PEG | Review of memorandum from Katz regarding punitive damages discussion with Committee counsel. [L210 - A107](0.20) | 0.20 | $104.00 |
| 8/21/2025 | ZMS | Review ████████ and ████████ lines of cases to prepare for blocking experts concerning ████████'s conduct, the RCASF's alleged knowledge of child abuse problems, and plaintiff's specific experiences based on hearsay in witness statements or medical records (2.2). [L450 - A102](2.20) | 2.20 | $1,144.00 |
| 8/22/2025 | ZMS | Work on drafting comprehensive Trial Brief (3.3). [L450 - A103](3.30) | 3.30 | $1,716.00 |
| 8/23/2025 | PEG | Review of updated Ponton report on further session with ████████. [L130 - A104](0.40) | 0.40 | $208.00 |
| 8/25/2025 | ZMS | Email communications from and to plaintiff's attorney and Paul Gaspari regarding potential supplemental deposition of Dr. Lynn Ponton based on her updated interview and report concerning plaintiff (.1). [L340 - A107](0.10) | 0.10 | $52.00 |
| 8/25/2025 | ZMS | Study interview and testing notes and reports of Lynn Ponton MD dated August 6, 202, July 7 and 16, 2021 and August 18, 2025 in preparation for trial (1.3). [L450 - A101](1.30) | 1.30 | $676.00 |
| 8/25/2025 | ZMS | Study deposition transcript of plaintiff's expert psychiatrist, Lynn Ponton, to prepare for cross-examination at trial (3.4). [L450 - A101](3.40) | 3.40 | $1,768.00 |
| 8/25/2025 | ZMS | Follow-up email from plaintiff's attorney Rick Simons transmitting Dr. Ponton's handwritten notes from her Aug. 18, 2025 interview of ████████ and review of 22 pages of notes (.3). [L130 - A104](0.30) | 0.30 | $156.00 |
| 8/26/2025 | ZMS | Continued with drafting of comprehensive trial brief in ████████ case (2.4). [L450 - A103](2.40) | 2.40 | $1,248.00 |

The Archdiocese of San Francisco

RE: ████████ v. Archdiocese of San Francisco

September 03, 2025
Client:        150363
Matter:       000390
Invoice #:   98512855

Page:            4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/27/2025 | ZMS | Revise opposition to Plaintiff's Motion in Limine No. 1 to incorporate JCCP 5108 judge's ruling denying Plaintiff's motion to prevent evidence of Proposition 51 allocations of comparative fault to molestations occurring before 1986 (1.2). [L450 - A103](1.20) | 1.20 | $624.00 |
| 8/28/2025 | PEG | Review of memorandum from Travelers appointing insurer counsel. [L190 - A108](0.20) | 0.20 | $104.00 |
| 8/28/2025 | PEG | Call with Weinstein regarding insurer counsel. [L190 - A107](0.30) | 0.30 | $156.00 |
| 8/29/2025 | PEG | Review of memorandum from Jennifer Cormier; call with Weinstein regarding insurer counsel. [L190 - A106](0.30) | 0.30 | $156.00 |
| 8/29/2025 | PEG | Further call with Weinstein and draft reply to Cormeier. [L190 - A107](0.40) | 0.40 | $208.00 |
| | | Total Services | 39.20 | $20,316.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|-----------------|-------------|-------|---------|-------------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 3.20 | $520.00 | $1,664.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 32.60 | $520.00 | $16,952.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 3.40 | $500.00 | $1,700.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 7/31/2025 | Specialized Legal Services, Inc.- Professional services rendered/- 07/22/25- Special Court Service - San Jose SIERRA [E100 - E112] | $129.12 |
| 8/15/2025 | One Legal, LLC- Records- Case Management Statement [B100 - B110] | $10.00 |
| | Total Expenses | $139.12 |

| | |
|------------------------------|-------------|
| Total Fees to Date: | $187,486.00 |
| Total Disbursements to Date: | $36,422.88 |
| Total to Date: | $223,908.88 |

The Archdiocese of San Francisco

RE: ████████ v. Archdiocese of San Francisco

September 03, 2025
Client:        150363
Matter:       000390
Invoice #:   98512855

Page:           5

| | | |
|---|---|---:|
| Previous Balance | | $4,643.90 |
| Current Charges | | $20,455.12 |
| Less Payments | | $1,164.80 |
| **Balance Due** | | **$23,934.22** |

| | | |
|---|---|---:|
| **Retainer Balance** | | **$980.98** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 0.00 | $10.00 |
| E100 | Cour Fees | 0.00 | $129.12 |
| L110 | act Investigation/Develop e t - Review/Analyze | 0.30 | $156.00 |
| L120 | Analysis/S r tegy - Plan & repare For | 0.90 | $468.00 |
| L120 | Analysi / trategy - Draft/Revise | 1.50 | $750.00 |
| L120 | Anal s s/Strategy - Review/Analyze | 0.60 | $300.00 |
| L120 | A a ysis/Strategy - C mmunicate/Other External | 1.30 | $650.00 |
| L130 | x erts/Consultants - Review/Analyze | 0.70 | $364.00 |
| L1 0 | Experts/Consultan s - Communicate/Other Coun e | 0.20 | $104.0 |
| L190 | Other - Communicate w/C i nt | 0.30 | $156.00 |
| L1 0 | Other - Communicate/Other Counsel | 0.70 | $364.00 |

The Archdiocese of San Francisco

RE: ██████████ v. Archdiocese of San Francisco

September 03, 2025
Client:        150363
Matter:      000390
Invoice #:   98512855

Page:              6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L190 | Other - Communicate/Other External | 0.20 | $104.00 |
| L210 | Pleading    Review/Analyze | 0.20 | $104.00 |
| L210 | Plead n  s - Communicate/O her Counsel | 0.70 | $364.00 |
| L23 | Court M ndated Conf r nces - Draft/Revise | 0.20 | $104.00 |
| L 40 | Expert D scovery - Communi ate/Other Counsel | 0.10 | $52 0 |
| L450 | Tr al & Heari g Atte d nce - P an & Prepare For | 12.50 | $6, 0 .00 |
| L450 | Trial & He r ng Attendance - Research | 2.20 | 1 144.00 |
| L 50 | Trial & H aring Attendance - Draft/Revise | 14. 0 | $7,332. 0 |
| L450 | Tria    Hearing Atte dance - Commun./Other Co n | 0.20 | $1 4.00 |
| L450 | T i l & Hearing A tendance - Commun./Other E te | 0.50 | $260.00 |
| L45 | rial & Hearing Attend nce - Other | 1.80 | $936. 0 |

|  | Total Hours | 39.20 |  |
|--|-------------|-------|--|

|  | Total Fees: | $20,316.00 |
|--|-------------|-----------|



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:        150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000415 | ███ Doe ███ ) v. Doe 1, et al. | 98512836 | $4,940.00 | $129.13 | $5,069.13 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $13,931.20 |
| Current Charges | $5,069.13 |
| Less Payments | $9,484.80 |
| **Balance Due:** | **$9,515.53** |
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:          150363
Matter:          000415
Invoice #:    98512836

Page:                  1

RE: ████████ Doe (██████████████) v. Doe 1, et al.

For Professional Services Rendered Through August 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/4/2025 | PEG | Review of plaintiff's Notice of Termination of Stay filed in San Francisco Superior Court. [L210 - A104](0.20) | 0.20 | $104.00 |
| 8/7/2025 | PEG | Review of Travelers' Reservation of Rights letter. [L110 - A104](0.30) | 0.30 | $156.00 |
| 8/13/2025 | ZMS | Research regarding interplay between potential preclusive effect of notice finding in ████████ case and ability to argue lack of reports of abuse by St. Martin's students and/or parents before 2000-2002 constituted primary cause of damage to ████████████ (3.7). [L450 - A102](3.70) | 3.70 | $1,924.00 |
| 8/18/2025 | ZMS | Multiple email communications from attorneys for ████████ concerning their communications with the Court in the attempt to schedule a Case Management Conference in the ████████ case for the same date and time as for the ██████ case (.1). [L450 - A107](0.10) | 0.10 | $52.00 |
| 8/21/2025 | PEG | Review of plaintiff's Case Management Conference statement. [L230 - A104](0.20) | 0.20 | $104.00 |
| 8/21/2025 | ZMS | Receipt and review of ████████'s Case Management Conference Statement for September 5, CMC and Trial Setting Conference (.2). [L450 - A104](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: ███████ Doe (████████████) v. Doe 1, et al.

September 03, 2025
Client:        150363
Matter:        000415
Invoice #:  98512836

Page:              2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/22/2025 | ZMS | Review Plaintiffs and Institutional Defendants' Case Management Statement and Proposed Order in JCCP 5108 for impact on █████ case (.2). [L450 - A111](0.20) | 0.20 | $104.00 |
| 8/25/2025 | ZMS | Study Judge Chatterjee's order denying plaintiffs' omnibus motion to bar application of Prop 51 to pre-1986 molestations and effect on upcoming trial  (.3). [L450 - A104](0.30) | 0.30 | $156.00 |
| 8/26/2025 | ZMS | Gathered file materials as to plaintiff's motions to consolidate case for trial with the █████ case and for collateral estoppel as to the "notice" issue due to the █████ judgment and opposition to such motions in order to meet insurance carrier's request for such materials. [L450 - A110](1.70) | 1.70 | $884.00 |
| 8/28/2025 | ZMS | Multiple email communications with D. Zamora, P. Gaspari, B. Weinstein and J. Schulman regarding insurance carrier's decision to appoint defense counsel to enter case for RCASF. [L450 - A106](0.20) | 0.20 | $104.00 |
| 8/29/2025 | ZMS | Work on designations for █████ deposition testimony in 2004 (2.4). [L450 - A103](2.40) | 2.40 | $1,248.00 |
| | | Total Services | 9.50 | $4,940.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.70 | $520.00 | $364.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 8.80 | $520.00 | $4,576.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 7/31/2025 | Specialized Legal Services, Inc.- Professional services rendered/- 07/22/25- Special Court Service - San Jose SIERRA [E100 - E112] | $129.13 |
| | Total Expenses | $129.13 |

| | |
|---|---|
| Total Fees to Date: | $496,523.00 |
| Total Disbursements to Date: | $142,011.58 |
| Total to Date: | $638,534.58 |

The Archdiocese of San Francisco

RE: ████ Doe (███████████) v. Doe 1, et al.

September 03, 2025
Client:       150363
Matter:       000415
Invoice #:   98512836

Page:            3

| | | |
|---|---|---:|
| Previous Balance | | $13,931.20 |
| Current Charges | | $5,069.13 |
| Less Payments | | $9,484.80 |
| **Balance Due** | | **$9,515.53** |

| | | |
|---|---|---:|
| **Retainer Balance** | | **$1,216.25** |

| Task | Description | Hours | Amount |
|------|-------------|------:|-------:|
| E100 | Court Fees | 0.00 | $129.13 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.30 | $156.00 |
| L210 | Pleadings - Review/Analyze | 0.20 | $104.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 0.20 | $104.00 |
| L450 | Trial & Hearing Attendance - Research | 3.70 | $1,924.00 |
| L450 | Trial & Hearing Attendance - Draft/Revise | 2.40 | $1,248.00 |
| L450 | Trial & Hearing Attendance - Review/Analyze | 0.50 | $260.00 |
| L450 | Trial & Hearing Attendance - Communicate w/Clien | 0.20 | $104.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Cour | 0.10 | $52.00 |
| L450 | Trial & Hearing Attendance - Manage Data/Files | 1.70 | $884.00 |
| L450 | Trial & Hearing Attendance - Other | 0.20 | $104.00 |

| | | |
|---|---|---:|
| **Total Hours** | **9.50** | |
| **Total Fees:** | **$4,940.00** | |



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000428 ██ | v. Catholic Charities CYO of the Archdiocese of SF | 98512837 | $100.00 | $0.00 | $100.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $100.00 |
| **Balance Due:** | **$100.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:        150363
Matter:        000428
Invoice #:    98512837

Page:              1

RE: ████ v. Catholic Charities CYO of the Archdiocese of SF

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/12/2025 | DCZ | Drafting response to plaintiff's counsel regarding status of stay. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.20 | $100.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $10,323.50 | Current Charges | $100.00 |
| Total Disbursements to Date: | $491.57 | **Balance Due** | **$100.00** |
| Total to Date: | $10,815.07 | | |

The Archdiocese of San Francisco

RE: ▮ v. Catholic Charities CYO of the Archdiocese of SF

September 03, 2025
Client: 150363
Matter: 000428
Invoice #: 98512837

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | **$100.00** | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000506 | ████████ | 98512838 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $95.00 |
| Current Charges | $95.00 |
| Less Payments | $76.00 |
| **Balance Due:** | **$114.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363
Matter:          000506
Invoice #:     98512838

Page:                    1

RE: ███████████

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/1/2025 | BJLE | Exchange of emails with Lisa Linsky regarding Answer. [L210 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $524.50 | Previous Balance | $95.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $95.00 |
| | | Less Payments | $76.00 |
| Total to Date: | $524.50 | **Balance Due** | **$114.00** |

The Archdiocese of San Francisco

RE:

September 03, 2025
Client:        150363
Matter:       000506
Invoice #:   98512838

Page:          2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/With Client | 0.20 | $95.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | **$95.00** | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000613 ▮▮▮▮▮ | | 98512840 | $190.00 | $0.00 | $190.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $190.00 |
| **Balance Due:** | **$190.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363
Matter:          000613
Invoice #:     98512840

Page:                    1

RE: ██████████

For Professional Services Rendered Through August 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/23/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding confirming all defendants in case. [L390 - A107](0.20) | 0.20 | $95.00 |
| 5/6/2025 | BJLE | Review of Plaintiff's amended fact sheet. [L110 - A104](0.20) | 0.20 | $95.00 |
|  |  | Total Services | 0.40 | $190.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $475.00 | $190.00 |

| Total Fees to Date: | $704.50 |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $704.50 |

| Current Charges | $190.00 |
|---|---|
| **Balance Due** | **$190.00** |

The Archdiocese of San Francisco

RE: ▮

September 03, 2025
Client:        150363
Matter:        000613
Invoice #:     98512840

Page:          2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Review/Analyze | 0.20 | $95.00 |
| L390 | Other Discovery - Communicate/Other Counsel | 0.20 | $95.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$190.00** | |



weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:            150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000805 | ▮ Doe ▮ ( ▮ ) | 98512841 | $95.00 | $0.00 | $95.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $95.00 |
| Current Charges | $95.00 |
| Less Payments | $76.00 |
| **Balance Due:** | **$114.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client: 150363
Matter: 000805
Invoice #: 98512841

Page: 1

RE: ▮ Doe ▮ (▮)

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/1/2025 | BJLE | Exchange of emails with Lisa Linsky regarding Answer. [L210 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|--|--|--|--|
| Total Fees to Date: | $810.00 | Previous Balance | $95.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $95.00 |
| Total to Date: | $810.00 | Less Payments | $76.00 |
| | | **Balance Due** | **$114.00** |

The Archdiocese of San Francisco

RE: ▮ Doe▮ ( ▮ )

September 03, 2025
Client:        150363
Matter:        000805
Invoice #:     98512841

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/With Client | 0.20 | $95.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | | **$95.00** |



# weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98512842 | $95.00 | $0.00 | $95.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $1,669.00 |
| Current Charges | $95.00 |
| Less Payments | $684.00 |
| **Balance Due:** | **$1,080.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:        150363
Matter:        000944
Invoice #:   98512842

Page:                    1

RE: Victoria Castro

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/1/2025 | BJLE | Exchange of emails with Paula Carney regarding Plaintiff's motion to continue case after death. [L430 - A105](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $29,086.00 | Previous Balance | $1,669.00 |
| Total Disbursements to Date: | $8,523.66 | Current Charges | $95.00 |
| | | Less Payments | $684.00 |
| Total to Date: | $37,609.66 | **Balance Due** | **$1,080.00** |

The Archdiocese of San Francisco

RE: Victoria Castro

September 03, 2025
Client:        150363
Matter:        000944
Invoice #:     98512842

Page:          2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L430 | Written Motions/Submissions - Communicate/In Fil | 0.20 | $95.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | **$95.00** | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98512843 | $710.00 | $85.90 | $795.90 |

## Account Summary

| | |
|---|---|
| Previous Balance | $22,840.90 |
| Current Charges | $795.90 |
| Less Payments | $5,878.40 |
| **Balance Due:** | **$17,758.40** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment.



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

September 03, 2025
Client:          150363
Matter:          000945
Invoice #:     98512843

Page:                1

RE:  Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/21/2025 | BJLE | Preparation of response to Doug Shaffer regarding discovery. [L310 - A107](0.40) | 0.40 | $190.00 |
| 8/21/2025 | CM | Meet & Confer w/ Plaintiffs Counsel re: Status of Plaintiff's written discovery responses and status of case. [L310 - A107](0.30) | 0.30 | $120.00 |
| 8/21/2025 | BGON | Prepare workers comp documents for attorney review. [L140 - A104](0.30) | 0.30 | $67.50 |
| 8/27/2025 | BJLE | Telephone call with David Belcher regarding case strategy and mediation. [L160 - A107](0.30) | 0.30 | $142.50 |
| 8/27/2025 | BJLE | Exchange of messages with Paula Carney regarding mediation proposal. [L160 - A106](0.20) | 0.20 | $95.00 |
| 8/27/2025 | BJLE | Exchange of emails with David Belcher regarding discovery and Plaintiff's demand. [L160 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 1.70 | $710.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.10 | $475.00 | $522.50 |
| CM | Carly M Moran | ASSOCIATE | 0.30 | $400.00 | $120.00 |

Case: 23-30564   Doc# 1360   Filed: 09/22/25   Entered: 09/22/25 13:18:10   Page 43 of 62

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

September 03, 2025
Client:        150363
Matter:        000945
Invoice #:    98512843

Page:              2

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BGON | Brian Gonzaga | PARALEGAL | 0.30 | $225.00 | $67.50 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/11/2025 | Ace Attorney Service, Inc.- Filing fee- 7/23/2025 - Request for Dismissal - San Francisco Superior Court [E100 - E124] | $85.90 |
| | Total Expenses | $85.90 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $37,733.50 | Previous Balance | $22,840.90 |
| Total Disbursements to Date: | $928.65 | Current Charges | $795.90 |
| Total to Date: | $38,662.15 | Less Payments | $5,878.40 |
| | | **Balance Due** | **$17,758.40** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Other | 0.00 | $85.90 |
| L140 | Document/File Management - Review/Analyze | 0.30 | $67.50 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.50 | $237.50 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.70 | $310.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

September 03, 2025
Client:           150363
Matter:           000945
Invoice #:    98512843

Page:              3

| Task | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| | | Total Hours | 1.70 | |
| | | Total Fees: | | $710.00 |



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com

Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ▮▮▮ DOE AKA ▮▮▮▮ V. SAINT BRIGID SC | 98512844 | $200.00 | $0.00 | $200.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $1,730.00 |
| Current Charges | $200.00 |
| Less Payments | $440.00 |
| **Balance Due:** | **$1,490.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:       150363
Matter:       000983
Invoice #:   98512844

Page:                1

RE: ████ DOE AKA ████████████ V. SAINT BRIGID SCHOOL

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/8/2025 | DCZ | Phone call with Paula Carney regarding follow up communication with claimant's counsel. [L120 - A106](0.20) | 0.20 | $100.00 |
| 8/8/2025 | DCZ | Drafted correspondence to Bob Allard regarding status of settlement agreement execution. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.40 | $200.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.40 | $500.00 | $200.00 |

| | |
|---|---|
| Total Fees to Date: | $7,000.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $7,000.00 |

The Archdiocese of San Francisco

September 03, 2025

RE: ▮ DOE AKA ▮ V. SAINT BRIGID SCHOOL

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000983 |
| Invoice #: | 98512844 |

Page: 2

| | |
|---|---|
| Previous Balance | $1,730.00 |
| Current Charges | $200.00 |
| Less Payments | $440.00 |
| **Balance Due** | **$1,490.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$200.00** | |



## weintraub | tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000985 | ████████ | 98512845 | $350.00 | $0.00 | $350.00 |

## Account Summary

| | |
|---|---|
| Previous Balance | $2,330.00 |
| Current Charges | $350.00 |
| Less Payments | $160.00 |
| **Balance Due:** | **$2,520.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000985 |
| Invoice #: | 98512845 |
| Page: | 1 |

RE: ███████

For Professional Services Rendered Through August 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 8/6/2025 | MDB | Receipt and review of Notice of Case Closure from the CRD and transmit to ███████. [L140 - A104](0.20) | 0.20 | $100.00 |
| 8/7/2025 | DCZ | Review and analysis of notice of case closure from the Civil Rights Department and drafted correspondence to Paula Carney regarding the same. [L120 - A104](0.30) | 0.30 | $150.00 |
| 8/7/2025 | DCZ | Drafting correspondence to Marizel Bajao regarding case closure by Civil Rights Department. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.70 | $350.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.20 | $500.00 | $100.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.50 | $500.00 | $250.00 |

| | |
|---|---|
| Total Fees to Date: | $10,400.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $10,400.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮

September 03, 2025
Client:          150363
Matter:          000985
Invoice #:    98512845

Page:              2

| | | |
|---|---|---|
| Previous Balance | | $2,330.00 |
| Current Charges | | $350.00 |
| Less Payments | | $160.00 |
| **Balance Due** | | **$2,520.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.30 | $150.00 |
| L140 | Document/File Management - Review/Analyze | 0.20 | $100.00 |
| | *Total Hours* | *0.70* | |
| | *Total Fees:* | | *$350.00* |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:      150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000986 | ████████ | 98512846 | $150.00 | $0.00 | $150.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $930.00 |
| Current Charges | $150.00 |
| Less Payments | $160.00 |
| **Balance Due:** | **$920.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:         150363
Matter:        000986
Invoice #:   98512846

Page:                    1

RE: ███████████

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/4/2025 | DCZ | Drafted status update on claim for ███████. [L120 - A103](0.30) | 0.30 | $150.00 |
| | | Total Services | 0.30 | $150.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.30 | $500.00 | $150.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $1,600.00 | Previous Balance | $930.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $150.00 |
| Total to Date: | $1,600.00 | Less Payments | $160.00 |
| | | **Balance Due** | **$920.00** |

The Archdiocese of San Francisco

RE:

September 03, 2025
Client:          150363
Matter:          000986
Invoice #:    98512846

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.30 | $150.00 |
| | **Total Hours** | **0.30** | |
| | **Total Fees:** | | **$150.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:         150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98512847 | $17,714.50 | $0.00 | $17,714.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $108,080.10 |
| Current Charges | $17,714.50 |
| Less Payments | $26,669.20 |
| **Balance Due:** | **$99,125.40** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:         150363
Matter:         900036
Invoice #:    98512847

Page:                1

RE: Bankruptcy

For Professional Services Rendered Through August 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/1/2025 | DCZ | Conference call with client regarding status of mediation outcome and other issues impacting global resolution. [L120 - A106](1.00) | 1.00 | $500.00 |
| 8/1/2025 | DCZ | Review and analysis of factual basis supporting opposition to motion to file late claim. [L120 - A104](0.30) | 0.30 | $150.00 |
| 8/1/2025 | PEG | Weekly debtor professionals call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 8/1/2025 | PEG | Follow up call with Judge Buckley and Weinstein. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/1/2025 | PEG | Review and edit draft Opposition to motion to file late claim. [B300 - B310](0.40) | 0.40 | $208.00 |
| 8/2/2025 | PEG | Review of email from Brittany Michael regarding mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/4/2025 | PEG | Call with Weinstein regarding preparation for call with Burns & Bair. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/5/2025 | PEG | Call with mediators and Committee counsel regarding strategies for mediation. [B100 - B110](1.00) | 1.00 | $520.00 |
| 8/5/2025 | PEG | Drafting of report to Paula and Father Summerhays. [B100 - B110](0.30) | 0.30 | $156.00 |
| 8/5/2025 | PEG | Review of proposed Serra Clergy House stipulation; drafting of comment to Amanda Cottrell regarding same. [B100 - B190](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98512847

Page: 2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/6/2025 | PEG | Exchange with Pascuzzi regarding claim withdrawal. [B300 - B310](0.30) | 0.30 | $156.00 |
| 8/8/2025 | DCZ | Conference call with client regarding status of mediation outcome and other issues impacting global resolution. [L120 - A106](1.00) | 1.00 | $500.00 |
| 8/8/2025 | DCZ | Conference call with mediators regarding Committee response to Settlement discussion. [L160 - A108](0.60) | 0.60 | $300.00 |
| 8/8/2025 | PEG | Call with mediators regarding Committee counter demand. [B100 - B110](0.70) | 0.70 | $364.00 |
| 8/11/2025 | DCZ | Conference call with Paula Carney regarding Committee settlement discussion. [L160 - A106](1.20) | 1.20 | $600.00 |
| 8/11/2025 | PEG | Call with Paula Carney, Paul Pascuzzi, Ori Katz, Barry Weinstein, Jeff Schulman and Daniel Zamora regarding strategies to respond to Committee demand. [B100 - B110](1.00) | 1.00 | $520.00 |
| 8/11/2025 | PEG | Review and edit Ori Katz' draft talking points for mediators. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/12/2025 | DCZ | Review and analysis of correspondence from Ori Katz regarding mediators' on Committee settlement status. [L160 - A104](0.20) | 0.20 | $100.00 |
| 8/12/2025 | PEG | Review of Flanagan edits to draft talking points. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/12/2025 | PEG | Review of memorandum, from Ori Katz regarding calls with Buckley and Gallagher. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/12/2025 | MAS | Receipt and review of late-filed claim. [L110 - A104](0.20) | 0.20 | $75.00 |
| 8/13/2025 | PEG | Review of further edits to talking points; preparation of reply to Katz regarding same. [B100 - B110](0.30) | 0.30 | $156.00 |
| 8/13/2025 | PEG | Call from Pascuzzi regarding mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 8/13/2025 | PEG | Exchange with Weinstein regarding edits to Travelers complaint. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/14/2025 | DCZ | Conference call with client regarding seeking clarification on lift stay motion from Court on punitive damages. [L120 - A106](0.70) | 0.70 | $350.00 |
| 8/14/2025 | PEG | Review of revised Travelers complaint. [B100 - B110](0.30) | 0.30 | $156.00 |
| 8/14/2025 | BJLE | Exchange of emails with Meha Reja regarding fact sheet for ▓ Doe ▓. [L310 - A106](0.20) | 0.20 | $90.00 |
| 8/14/2025 | MAS | Analysis of counsel for committee members per request of Ori Katz and Paul Pascuzzi. [L120 - A104](0.40) | 0.40 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98512847

Page: 3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/14/2025 | MAS | Analysis of claims naming ███████ per request of Ori Katz and Paul Pascuzzi. [L120 - A104](0.30) | 0.30 | $112.50 |
| 8/14/2025 | MAS | Correspondence with Ori Katz and Paul Pascuzzi regarding representation of committee members and claims naming ███████. [L120 - A107](0.30) | 0.30 | $112.50 |
| 8/15/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 8/18/2025 | DCZ | Conference call with mediators regrading reaction to Committee settlement discussions. [L160 - A108](0.60) | 0.60 | $300.00 |
| 8/18/2025 | DCZ | Conference call with client following discussing with mediators regarding settlement. [L160 - A106](0.40) | 0.40 | $200.00 |
| 8/18/2025 | PEG | Call with defense team and mediators. [B100 - B110](0.60) | 0.60 | $312.00 |
| 8/18/2025 | PEG | Follow up strategy call with debtor team. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/18/2025 | MAS | Analysis of matter naming a parish for purposes of assisting in preparation of Reply to Opposition Brief of Motion to Dismiss Amended Adversary Complaint. [L430 - A104](0.60) | 0.60 | $225.00 |
| 8/19/2025 | DCZ | Review and analysis of ███████ claims before meet and confer call with Committee Counsel about punitive damages issue on lift stay cases. [L160 - A104](0.20) | 0.20 | $100.00 |
| 8/19/2025 | DCZ | Conference call with Committee counsel regarding various aspects of settlement negotiations. [L120 - A108](0.40) | 0.40 | $200.00 |
| 8/19/2025 | PEG | Call with debtor and committee professionals and Judge Buckley. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/19/2025 | PEG | Preparation of memorandum to Carney regarding cases naming parishes and schools as defendants. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/19/2025 | MAS | Further analysis of matter naming a parish for purposes of assisting in preparation of Reply to Opposition Brief of Motion to Dismiss Amended Adversary Complaint. [L430 - A104](3.60) | 3.60 | $1,350.00 |
| 8/20/2025 | PEG | Exchange with Paula Carney regarding Proofs of Claim for which no Complaint was filed. [B300 - B310](0.30) | 0.30 | $156.00 |
| 8/20/2025 | PEG | Review and edit draft reply in support of motion to dismiss adversary proceeding. [B100 - B190](0.50) | 0.50 | $260.00 |
| 8/20/2025 | MAS | Analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A104](1.00) | 1.00 | $375.00 |
| 8/20/2025 | MAS | Correspondence with Paula Carney regarding analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A106](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client:       150363
Matter:       900036
Invoice #:   98512847

Page:              4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/21/2025 | DCZ | Drafting correspondence to client regarding Committee response to punitive damages issue on lift stay cases. [L160 - A103](0.20) | 0.20 | $100.00 |
| 8/21/2025 | PEG | Review of carrier opposition to motion to approve stipulation for relief from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 8/21/2025 | MAS | Further analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A104](0.30) | 0.30 | $112.50 |
| 8/21/2025 | MAS | Further correspondence with Paula Carney regarding analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A106](0.30) | 0.30 | $112.50 |
| 8/22/2025 | DCZ | Conference call with mediators regarding response to client questions. [L160 - A108](0.70) | 0.70 | $350.00 |
| 8/22/2025 | PEG | Call with debtor professionals, Paula Carney, Fr. Summerhays, Michael Flanagan and mediators. Follow up call with debtor and professionals regarding same. [B100 - B110](1.70) | 1.70 | $884.00 |
| 8/25/2025 | PEG | Review and edit draft case management statement. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/25/2025 | MAS | Analysis of Catholic Charities matters for purposes of requests for insurance information. [L190 - A104](0.30) | 0.30 | $112.50 |
| 8/26/2025 | DCZ | Conference call with client regarding response to Committee settlement demand. [L160 - A106](1.30) | 1.30 | $650.00 |
| 8/26/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Michael Flanagan, and debtor professionals regarding development of counteroffer to mediators. [B100 - B110](0.70) | 0.70 | $364.00 |
| 8/26/2025 | PEG | Call with Paul Pascuzzi regarding Reply in Support of Motion to Approve Stipulation. [B100 - B190](0.30) | 0.30 | $156.00 |
| 8/26/2025 | PEG | Review of Ori Katz' report of call with mediators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/26/2025 | MAS | Further analysis of Catholic Charities matters for purposes of requests for insurance information. [L190 - A104](0.50) | 0.50 | $187.50 |
| 8/26/2025 | MAS | Further correspondence with Paula Carney regarding analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A106](0.20) | 0.20 | $75.00 |
| 8/26/2025 | MAS | Further analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A104](0.20) | 0.20 | $75.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98512847

Page: 5

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/27/2025 | DCZ | Drafting correspondence to coverage counsel regarding order in jCCP 5108 regarding trial remand dates for lift stay cases. [L120 - A103](0.20) | 0.20 | $100.00 |
| 8/27/2025 | PEG | Calls with Weinstein regarding edits to Reply to ████ objections. [B100 - B190](0.40) | 0.40 | $208.00 |
| 8/28/2025 | PEG | Attend hearing on motion to dismiss adversary proceeding. [B100 - B190](1.80) | 1.80 | $936.00 |
| 8/28/2025 | MAS | Review of claims for information related to individual alleged claimant per request from Paula Carney. [L120 - A104](0.20) | 0.20 | $75.00 |
| 8/29/2025 | DCZ | Conference call with client regarding upcoming mediation outcome and other issues impacting global resolution. [L120 - A106](0.90) | 0.90 | $450.00 |
| 8/29/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 8/29/2025 | PEG | Review of memorandum from Rob Harris regarding Syracuse Plan; preparation of memorandum to Katz and Weinstein regarding same. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/31/2025 | PEG | Review of Committee reply to Insurer objection to stipulation. [B100 - B190](0.30) | 0.30 | $156.00 |
| | | Total Services | 36.90 | $17,714.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|--------------------|-------------|-------|---------|-----------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 18.10 | $520.00 | $9,412.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 9.90 | $500.00 | $4,950.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $450.00 | $90.00 |
| MAS | Monica Silver | ASSOCIATE | 8.70 | $375.00 | $3,262.50 |

| | | | |
|----------------------------|-------------|----------------------|-------------|
| Total Fees to Date: | $924,199.75 | Previous Balance | $108,080.10 |
| Total Disbursements to Date: | $2,192.28 | Current Charges | $17,714.50 |
| Total to Date: | $926,392.03 | Less Payments | $26,669.20 |
| | | **Balance Due** | **$99,125.40** |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client:        150363
Matter:        900036
Invoice #:   98512847

Page:              6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 13.10 | $6,812.00 |
| B100 | Other Contested Matters (excluding assumption/re | 4.00 | $2,080.00 |
| B300 | Claims Administration and Objections | 1.00 | $520.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.20 | $75.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Review/Analyze | 1.20 | $487.50 |
| L120 | Analysis/Strategy - Communicate/With Client | 3.60 | $1,800.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.30 | $112.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.40 | $200.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.20 | $100.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.40 | $200.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 2.90 | $1,450.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client:          150363
Matter:          900036
Invoice #:   98512847

Page:                7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 1.90 | $950.00 |
| L190 | Other - Review/Analyze | 0.80 | $300.00 |
| L310 | Written Discovery - Communicate/With Client | 0.20 | $90.00 |
| L430 | Written Motions/Submissions - Review/Analyze | 5.70 | $2,137.50 |
| L430 | Written Motions/Submissions - Communicate w/Cli | 0.80 | $300.00 |

**Total Hours**  **36.90**

**Total Fees:**  **$17,714.50**