Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR TRANSPERFECT SOLUTIONS [AUGUST 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as

TransPerfect Solutions (hereinafter "TransPerfect"), litigation support consultant and e-discovery vendor for the attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession ("Debtor"), hereby files its Monthly Professional Fee Statement for August 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total fees and costs expended by TransPerfect on account of the Debtor for the month of August 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1, 2025, through August 31, 2025 | $1,810.10 | $0.00 | $1,810.10 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $1,448.08 | $0.00 | $1,448.08 |

The itemized billing statement for the fees and costs billed is attached hereto as *Exhibit A*. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon TransPerfect within 14 days from the date of service of this Statement.

Dated: September 29, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Jason E. Rios*
Jason E. Rios
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: September 29, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

Exhibit A

August 2025 Invoices



| | | | | |
|---|---|---|---|---|
| **Bill To:** | | **Requested By:** | | |
| Sheppard Mullin Richter & Hampton LLP<br>Attn: Amanda Cottrell<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA | | Amanda Cottrell<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA | | |

| | | | |
|---|---|---|---|
| **Invoice #:** | 288344 | **Sales Contact:** | Zoe Saumell (zoe.saumell@transperfect.com) |
| **Invoice Date:** | 08/25/2025 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 09/24/2025 | | |
| **Contract #:** | DM0327643 | **Purchase Order #:** | RCASF Relativity Hosting August 2025 |
| **Case Name:** | RCASF Bankruptcy | | |
| **Requested Date:** | 08/01/2025 | | |

**Project Notes:**
RCASF Relativity Hosting August 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---:|---|---:|---:|
| **2025 August** | | | | |
| Monthly User Access Fee | 2.00 | Each | 75 000 | 150.00 |
| Monthly Storage Fees | 172.00 | GB | 6 000 | 1,032.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2 000 | 628.10 |
| | | | **Total to Bill This Contract:** | US$1,810.10 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | **US$1,810.10** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
1 of 2

Case: 23-30564   Doc# 1361   Filed: 09/29/25   Entered: 09/29/25 15:07:17   Page 4 of 5

## PAYMENT INSTRUCTIONS

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Flagstar Bank, N.A.**
**A/C #:** ▮▮▮▮▮▮ 6914
**ABA Routing #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮

**Please reference the Contract # DM0327643 and Invoice # 288344 with your remittance.**
Invoices paid by credit card are subject to a 3% processing fee.
Interest will be charged at the rate of 1.50% per month (or the maximum allowed by law) for accounts more than a month past due.

### Payment made on time

| Payment Due Date | Total Due |
|---|---|
| 2025-09-24 | US$1,810.10 |

### Payment made late (interest assessed)

| Late Payment Date | Total Interest Penalty Amount (1.50% per month) | Total Due |
|---|---|---|
| 2025-10-24 | US$27.15 | US$1,837.25 |
| 2025-11-24 | US$54.30 | US$1,864.40 |
| 2025-12-24 | US$81.45 | US$1,891.55 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
2 of 2

Case: 23-30564    Doc# 1361    Filed: 09/29/25    Entered: 09/29/25 15:07:17    Page 5 of 5