James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Email: jstang@pszjlaw.com
        bmichael@pszjlaw.com
        ggreenwood@pszjlaw.com

*Attorneys for The Official
Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

1  STATE OF CALIFORNIA            )
                                  )
2  CITY OF SAN FRANCISCO          )

3      I, Matt Renck, am employed in the city and county of San Francisco, State of California.  I
   am over the age of 18 and not a party to the within action; my business address is One Sansome
4  Street, 34th Floor, Suite 3430, San Francisco, CA  94104-4436.

5      On September 30, 2025, I caused to be served the following documents in the manner stated
   below:

6      • **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO
7        INSURERS' MOTION FOR STAY PENDING APPEAL**

8

9  ☒   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING
       (NEF):  Pursuant to controlling General Orders and LBR, the foregoing document
10     was served by the court via NEF and hyperlink to the document.  On **September
       30, 2025** I checked the CM/ECF docket for this bankruptcy case or adversary
11     proceeding and determined that the following persons are on the Electronic Mail
       Notice List to receive NEF transmission at the email addresses stated below

12 ☐   (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express
13     Mail to the addressee(s) as indicated on the attached list.

14 ☐   (BY MAIL) I am readily familiar with the firm's practice of collection and
       processing correspondence for mailing.  Under that practice it would be deposited
15     with the U.S. Postal Service on that same day with postage thereon fully prepaid
       at San Francisco, California, in the ordinary course of business.  I am aware that
16     on motion of the party served, service is presumed invalid if postal cancellation
       date or postage meter date is more than one day after date of deposit for mailing
17     in affidavit.

18 ☒   (BY EMAIL) I caused to be served the above-described document by email to the
       parties indicated on the attached service list at the indicated email address.

19

20     I declare under penalty of perjury, under the laws of the State of California and the United
   States of America that the foregoing is true and correct.

21

22     Executed on September 30, 2025 at San Francisco, California.

23                                              /s/ Matthew Renck
24                                              _____
                                                Legal Assistant
25

26

27

28

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ECF/NEF List

- Mary Alexander
  malexander@maryalexanderlaw.com
- Darren Azman    dazman@mwe.com,
  mco@mwe.com
- Jesse Bair    jbair@burnsbair.com,
  kdempski@burnsbair.com
- Hagop T. Bedoyan
  hagop.bedoyan@mccormickbarstow.com,
  ecf@kleinlaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov,
  ustpregion17.sf.ecf@usdoj.gov
- Gillian Nicole Brown    gbrown@pszjlaw.com
- John Bucheit    jbucheit@phrd.com
- Timothy W. Burns    tburns@burnsbair.com,
  kdempski@burnsbair.com
- George Calhoun    george@ifrahlaw.com
- Peter C. Califano    pcalifano@nvlawllp.com
- Brian P Cawley    bcawley@burnsbair.com
- Robert M Charles    Robert.Charles@wbd-us.com
- Jason Chorley    jason.chorley@clydeco.us,
  Robert.willis@clydeco.us
- Amanda L. Cottrell
  acottrell@sheppardmullin.com,
  JHerschap@sheppardmullin.com
- Jennifer Witherell Crastz    jcrastz@hemar-
  rousso.com
- Blaise S Curet    bcuret@spcclaw.com
- Melissa M D'Alelio    mdalelio@robinskaplan.com
- Jared A. Day    jared.a.day@usdoj.gov
- Michele Nicole Detherage
  mdetherage@robinskaplan.com
- Allan B Diamond
  adiamond@diamondmccarthy.com
- Daniel Lloyd Egan    degan@wilkefleury.com
- Michael W Ellison    mellison@sehlaw.com,
  kfoster@sehlaw.com
- Stephen John Estey    steve@estey-
  bomberger.com
- Timothy W. Evanston
  tevanston@skarzynski.com
- Trevor Ross Fehr    trevor.fehr@usdoj.gov
- Robert David Gallo    dgallo@khlawfirm.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com,
  hphan@pszjlaw.com
- Gail S. Greenwood    ggreenwood@pszjlaw.com,
  rrosales@pszjlaw.com
- John Grossbart    john.grossbart@dentons.com,
  docket.general.lit.chi@dentons.com
- John Grossbart    ,
  docket.general.lit.chi@dentons.com
- Joshua K Haevernick
  joshua.haevernick@dentons.com
- Robert G. Harris    rob@bindermalter.com,
  RobertW@BinderMalter.com

- Deanna K. Hazelton
  deanna.k.hazelton@usdoj.gov
- Jordan Anthony Hess    jhess@plevinturner.com
- Todd C. Jacobs    tjacobs@phrd.com
- Daniel James    daniel.james@clydeco.us
- Christopher D. Johnson
  chris.johnson@diamondmccarthy.com
- Jeff D. Kahane    jkahane@skarzynski.com
- Taylore Karpa Schollard
  tkarpa@robinskaplan.com
- Ori Katz    okatz@sheppardmullin.com,
  LSegura@sheppardmullin.com
- Jeannie Kim    jekim@sheppardmullin.com,
  dgatmen@sheppardmullin.com
- David S. Kupetz    david.kupetz@troutman.com,
  Mylene.Ruiz@lockelord.com
- Mikayla Kutsuris    mkutsuris@ffwplaw.com
- Jennifer R Liakos    jenn@jennliakoslaw.com
- Christina Marie Lincoln
  clincoln@robinskaplan.com,
  LCastiglioni@robinskaplan.com
- Lisa Arlyn Linsky    llinsky@mwe.com
- John William Lucas    jlucas@pszjlaw.com,
  ocarpio@pszjlaw.com
- Alan H. Martin    AMartin@sheppardmullin.com,
  lwidawskyleibovici@sheppardmullin.com
- Patrick Maxcy    patrick.maxcy@dentons.com,
  docket.general.lit.chi@dentons.com
- Patrick Maxcy    ,
  docket.general.lit.chi@dentons.com
- Brittany Mitchell Michael    bmichael@pszjlaw.com
- M. Keith Moskowitz
  keith.moskowitz@dentons.com
- Michael Norton    michael.norton@clydeco.us,
  nancy.lima@clydeco.us
- Office of the U.S. Trustee / SF
  USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com,
  docket@ffwplaw.com
- Valerie Bantner Peo
  vbantnerpeo@buchalter.com
- Robert J. Pfister    rpfister@pslawllp.com
- Mark D. Plevin    mplevin@plevinturner.com, mark-
  plevin-crowell-moring-8073@ecf.pacerpro.com
- Gregory S. Powell    greg.powell@usdoj.gov,
  Tina.L.Spyksma@usdoj.gov
- Douglas B. Provencher    dbp@provlaw.com
- Nathan W. Reinhardt
  nreinhardt@skarzynski.com
- Jason E. Rios    jrios@ffwplaw.com,
  docket@ffwplaw.com
- Kathleen Mary Derrig Rios    Katie.Rios@wbd-
  us.com
- Matthew Roberts    mroberts@phrd.com
- Annette Rolain    arolain@ruggerilaw.com

DOCS_SF:109585.1 05006/001

- Julie H. Rome-Banks    julie@bindermalter.com
- Cheryl C. Rouse    rblaw@ix.netcom.com
- Samantha Ruben    samantha.ruben@dentons.com
- Phillip John Shine    phillip.shine@usdoj.gov
- James I. Stang    jstang@pszjlaw.com
- Ashley Storey    astorey@skarzynski.com
- Devin Miles Storey    dms@zalkin.com
- Jason D. Strabo    jstrabo@mwe.com, dnorthrop@mwe.com
- Catalina Sugayan    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Miranda Turner    mturner@plevinturner.com
- Joshua D Weinberg    bkfilings@ruggerilaw.com
- Matthew Michael Weiss    mweiss@phrd.com
- Harris Winsberg    hwinsberg@phrd.com
- Yongli Yang    yongli.yang@clydeco.us

## Via Email

| | |
|---|---|
| Jason Blumberg | jason.blumberg@usdoj.gov |
| Jared A. Day | jared.a.day@usdoj.gov |
| Trevor Ross Fehr | trevor.fehr@usdoj.gov |
| Deanna K. Hazelton | deanna.k.hazelton@usdoj.gov |
| Gregory S. Powell | greg.powell@usdoj.gov |
| Phillip John Shine | phillip.shine@usdoj.gov |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Jason E. Rios | jrios@ffwplaw.com |
| Ori Katz | okatz@sheppardmullin.com |
| Alan H. Martin | amartin@sheppardmullin.com |
| Amanda L. Cottrell | acottrell@sheppardmullin.com |
| Jeannie Kim | jekim@sheppardmullin.com |
| Brian P. Cawley | bcawley@burnsbair.com |
| Blaise S. Curet | bcuret@spcclaw.com |
| Robin D. Craig | rdcraig@rcraiglaw.com |
| Matthew M. Weiss | mweiss@phrd.com |
| Matthew G. Roberts | mroberts@phrd.com |
| Todd Jacobs | tjacobs@phrd.com |
| John E. Bucheit | jbucheit@phrd.com |
| Catalina J. Sugayan | catalina.sugayan@clydeco.us |
| Russell W. Roten | rroten@skarzynski.com |
| Jeff D. Kahane | jkahane@skarzynski.com |
| Nathan Reinhardt | nreinhardt@skarzynski.com |
| Timothy W. Evanston | tevanston@skarzynski.com |
| Michael W. Ellison | mellison@sehlaw.com |
| Joshua D. Weinberg | jweinberg@ruggerilaw.com |
| Annette P. Rolain | arolain@ruggerilaw.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| Matthew C. Lovell | mlovell@nicolaidesllp.com |
| Christina M. Lincoln | clincoln@robinskaplan.com |
| Melissa M. D'Alelio | mdalelio@robinskaplan.com |
| Taylore E. Karpa Schollard | tkarpa@robinskaplan.com |
| Mark D. Plevin | mplevin@plevinturner.com |
| Miranda H. Turner | mturner@plevinturner.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3

| | |
|---|---|
| Jordan A. Hess | jhess@plevinturner.com |
| Alexander E. Potente | alex.potente@clydeco.us |
| Jason J. Chorley | jason.chorley@clydeco.us |
| Joshua Haevernick | joshua.haevernick@dentons.com |
| Patrick C. Maxey | patrick.maxey@dentons.com |
| Andrew D. Telles Wyatt | andrew.wyatt@dentons.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3