1
2
3
4
5
6

Berkeley Research Group, LLC
Matthew K. Babcock
D. Ray Strong
Paul N. Shields
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email: mbabcock@thinkbrg.com
rstrong@thinkbrg.com
pshields@thinkbrg.com

7
8

*Financial Advisor to the Official Committee of
Unsecured Creditors*

9 **UNITED STATES BANKRUPTCY COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

In re:

THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO

Debtor.

Case No. 23-30564

Chapter 11 Cases

**NINETEENTH MONTHLY FEE
STATEMENT OF BERKELEY RESEARCH
GROUP FOR ALLOWANCE AND PAYMENT
OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR
THE PERIOD AUGUST 1, 2025 THROUGH
AUGUST 31, 2025**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Name of Applicant: | Berkeley Research Group, LLC ("**BRG**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2025 – August 31, 2025 |
| Amount of Compensation Requested:[1] | $18,602.55 |
| Less 20% Holdback: | $3,720.51 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $14,882.04 |

1.     Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Nineteenth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period August 1, 2025, through August 31, 2025 (the "Fee Period"). By this nineteenth statement, BRG seeks payment in the amount of $14,882.04 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2.     Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $2,066.95 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4. In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5. If no objections to the Fee Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$14,882.04** which consists of eighty percent (80%) of BRG's total fees of **$18,602.55** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6. To the extent an objection to the Fee Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Fee Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: September 19, 2025                     **Berkeley Research Group, LLC**

                              By: */s/ D. Ray Strong*
                                  D. Ray Strong

                                  Berkeley Research Group, LLC
                                  201 South Main Street, Suite 450
                                  Salt Lake City, Utah 84111
                                  Telephone: (801) 364-6233
                                  Email: rstrong@thinkbrg.com

                                  *Financial Advisor to the Official Committee of*
                                  *Unsecured Creditors*

# EXHIBIT A



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit A: Summary of Fees By Professional

For the Period 8/1/2025 through 8/31/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 0.3 | $268.50 |
| R. Strong | Managing Director | $855.00 | 12.5 | $10,687.50 |
| E. Madsen | Managing Director | $815.00 | 1.5 | $1,222.50 |
| J. Funk | Associate Director | $670.00 | 1.6 | $1,072.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 12.2 | $6,527.00 |
| A. McConkie | Associate | $235.00 | 2.8 | $658.00 |
| M. Kuhn | Case Assistant | $180.00 | 1.3 | $234.00 |
| **TOTAL** | | | **32.2** | **$20,669.50** |
| **Agreed Upon Concession:** | **10%** | | | **($2,066.95)** |
| **TOTAL REQUESTED FEES** | | | | **$18,602.55** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$577.72** |

# EXHIBIT B



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**

**Exhibit B: Summary of Fees By Task Code**

For the Period 8/1/2025 through 8/31/2025

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 2.1 | $1,539.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 4.4 | $1,730.00 |
| 300.00 - Asset Analysis (General - Debtors) | 3.4 | $2,907.00 |
| 304.00 - Asset Analysis (General - Parishes) | 0.2 | $107.00 |
| 396.00 - Asset Analysis (Other - Cemeteries) | 3.9 | $2,614.50 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 11.5 | $7,720.50 |
| 1020.00 - Meeting Preparation & Attendance | 5.0 | $3,475.00 |
| 1060.00 - Fee Application Preparation & Hearing | 1.7 | $576.00 |
| **TOTAL** | **32.2** | **$20,669.50** |
| **Agreed Upon Concession:** 10% | | **($2,066.95)** |
| **TOTAL REQUESTED FEES** | | **$18,602.55** |
| **BLENDED RATE AFTER CONCESSION** | | **$577.72** |

# EXHIBIT C



| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 8/18/2025 | R. Strong | 0.8 | $684.00 | Attended call with BRG (CT) regarding additional 2004 document requests. |
| 8/18/2025 | C. Tergevorkian | 0.8 | $428.00 | Attended call with BRG (RS) regarding additional 2004 document requests. |
| 8/18/2025 | R. Strong | 0.5 | $427.50 | Evaluated case documents produced to date to supplement 2004 document requests. |
| *Task Code: 200.90* | | *2.1* | *$1,539.50* | *Totals* |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 8/12/2025 | A. McConkie | 1.2 | $282.00 | Prepared comparative MOR financial statement analysis (June 2025) to monitor Debtor monthly operating activities. |
| 8/12/2025 | A. McConkie | 1.1 | $258.50 | Analyzed MOR cash receipts / disbursements (June 2025) to monitor Debtor monthly operating activities. |
| 8/12/2025 | A. McConkie | 0.5 | $117.50 | Analyzed ending cash balances reported in MOR (June 2025) to monitoring of Debtor monthly operating activities. |
| 8/22/2025 | J. Funk | 0.6 | $402.00 | Analyzed financial trends based on comparative financial analyses developed from MORs for monitoring of Debtor monthly operating activities. |
| 8/25/2025 | J. Funk | 1.0 | $670.00 | Analyzed financial trends based on comparative financial analyses developed from MORs for Committee's monitoring of Debtor monthly operating activities. |
| *Task Code: 220.00* | | *4.4* | *$1,730.00* | *Totals* |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 8/5/2025 | R. Strong | 1.5 | $1,282.50 | Analyzed documents produced by Debtor for updates to enterprise asset analysis. |
| 8/7/2025 | R. Strong | 1.9 | $1,624.50 | Analyzed documents produced by Debtor for enterprise asset analysis. |
| *Task Code: 300.00* | | *3.4* | *$2,907.00* | *Totals* |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 8/21/2025 | C. Tergevorkian | 0.2 | $107.00 | Analyzed Parish financial analyses to identify outstanding loans Parish loans pursuant to UCC Counsel requests. |
| *Task Code: 304.00* | | *0.2* | *$107.00* | *Totals* |



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
**Exhibit C: Schedule of Time Detail**

For the Period 8/1/2025 through 8/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **396.00 - Asset Analysis (Other - Cemeteries)** | | | | |
| 8/20/2025 | C. Tergevorkian | 0.5 | $267.50 | Evaluated Cemeteries document produced to date to identify outstanding requests / required information for additional analyses. |
| 8/20/2025 | P. Shields | 0.3 | $268.50 | Attended meeting with BRG (EM, CT) regarding document requests for Roman Catholic Cemeteries for the Archdiocese of San Francisco. |
| 8/20/2025 | C. Tergevorkian | 0.3 | $160.50 | Met with BRG (EM, PS) regarding document requests for Roman Catholic Cemeteries for the Archdiocese of San Francisco. |
| 8/20/2025 | E. Madsen | 0.3 | $244.50 | Met with BRG (PS, CT) regarding document requests for cemeteries within the Archdiocese of San Francisco. |
| 8/25/2025 | E. Madsen | 1.2 | $978.00 | Evaluated documents related to assessment of cemetery cash flows and obligations for asset analysis. |
| 8/25/2025 | C. Tergevorkian | 0.7 | $374.50 | Evaluated Cemeteries document produced to date to identify outstanding requests / required information for additional analyses. |
| 8/25/2025 | C. Tergevorkian | 0.6 | $321.00 | Analyzed Cemetery's sample burial contracts to determine outstanding requests required for analyses. |
| **Task Code: 396.00** | | **3.9** | **$2,614.50** | **Totals** |
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 8/11/2025 | C. Tergevorkian | 1.0 | $535.00 | Evaluated Debtor MOR comparative analyses including balance sheet & income statement (June 2025) for avoidance action analyses. |
| 8/15/2025 | C. Tergevorkian | 2.8 | $1,498.00 | Compared outstanding 2004 document requests with BRG's records to identify additional requests for avoidance action. |
| 8/15/2025 | R. Strong | 1.2 | $1,026.00 | Analyzed case / financial document productions for evaluation investment pool activity for avoidance action analysis. |
| 8/15/2025 | R. Strong | 1.1 | $940.50 | Analyzed case / financial document productions for evaluation of D&L activity for avoidance action analysis. |
| 8/18/2025 | R. Strong | 1.3 | $1,111.50 | Analyzed CASC transaction activity for avoidance action analysis pursuant to UCC Counsel requests. |
| 8/18/2025 | R. Strong | 0.9 | $769.50 | Analyzed investment pool transaction activity for avoidance action analysis pursuant to UCC Counsel requests. |
| 8/18/2025 | R. Strong | 0.4 | $342.00 | Analyzed general ledger transaction activity for avoidance action analysis pursuant to UCC Counsel requests. |

Case: 23-30564    Doc# 1365    Filed: 09/30/25    Entered: 09/30/25 11:49:44    Page 11 of 24



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 8/1/2025 through 8/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 8/20/2025 | C. Tergevorkian | 0.6 | $321.00 | Evaluated outstanding 2004 document requests for UCC Counsel relating to avoidance action analysis. |
| 8/22/2025 | C. Tergevorkian | 1.0 | $535.00 | Evaluated 2004 document request for UCC Counsel relating avoidance action analysis. |
| 8/25/2025 | C. Tergevorkian | 1.2 | $642.00 | Updated 2004 document request for UCC Counsel relating avoidance action analysis. |
| ***Task Code: 410.00*** | | ***11.5*** | ***$7,720.50*** | ***Totals*** |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 8/15/2025 | C. Tergevorkian | 0.9 | $481.50 | Met with BRG (RS) and UCC Counsel (GB, GG, BM) to discuss case status including outstanding documents. |
| 8/15/2025 | R. Strong | 0.9 | $769.50 | Attended call with UCC Counsel (BM, GB, GG) and BRG (CT) regarding case status / discovery issues. |
| 8/19/2025 | C. Tergevorkian | 1.0 | $535.00 | Attended meeting with BRG (RS) and UCC Counsel (BM, GG, GB) to discuss 2004 discovery requests. |
| 8/19/2025 | R. Strong | 1.0 | $855.00 | Met with BRG (CT) and UCC Counsel (BM, GG, GB) to discuss 2004 discovery requests. |
| 8/26/2025 | C. Tergevorkian | 0.6 | $321.00 | Met with BRG (RS) and UCC Counsel (GG, GB) to discuss discovery requests / case status. |
| 8/26/2025 | R. Strong | 0.6 | $513.00 | Attended call with UCC Counsel (GG, GB) and BRG (CT) regarding case status / document discovery issues. |
| ***Task Code: 1020.00*** | | ***5.0*** | ***$3,475.00*** | ***Totals*** |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 8/11/2025 | M. Kuhn | 0.4 | $72.00 | Prepared draft monthly fee statement (July 2025). |
| 8/14/2025 | R. Strong | 0.4 | $342.00 | Analyzed draft exhibits for July 2024 monthly fee statement. |
| 8/14/2025 | M. Kuhn | 0.3 | $54.00 | Prepared draft exhibits for monthly fee statement (July 2025). |
| 8/20/2025 | M. Kuhn | 0.6 | $108.00 | Updated preparing exhibits for monthly fee statement (July 2025). |
| ***Task Code: 1060.00*** | | ***1.7*** | ***$576.00*** | ***Totals*** |
| **TOTALS** | | **32.2** | **$20,669.50** | |

Case: 23-30564    Doc# 1365    Filed: 09/30/25    Entered: 09/30/25 11:49:44    Page 12 of 24

1  James I. Stang (CA Bar No. 94435)
   Debra I. Grassgreen (CA Bar No. 169978)
2  Brittany M. Michael (*admitted pro hac vice*)
   Gillian N. Brown (CA Bar No. 205132)
3  PACHULSKI STANG ZIEHL & JONES LLP
   One Sansome Street, Suite 3430
4  San Francisco, California 94104
   Telephone: 415.263.7000
5  Facsimile: 415.263.7010
   Email: jstang@pszjlaw.com
6          dgrassgreen@pszjlaw.com
           bmichael@pszjlaw.com
7          gbrown@pszjlaw.com

8  Counsel to the Official Committee of Unsecured Creditors

9              **UNITED STATES BANKRUPTCY COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12 | In re:                                    | Case No.:  23-30564

13 | THE ROMAN CATHOLIC ARCHBISHOP OF          | Chapter 11
   | SAN FRANCISCO,

14 |                                           | **CERTIFICATE OF SERVICE**
   |          Debtor and Debtor in Possession.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )|
| 2 | CITY OF LOS ANGELES )|

3     I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On September 30, 2025, I caused to be served the **NINETEENTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025** in the manner stated below:

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On September 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br>See Attached. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 30, 2025, at Los Angeles, California.

<em>/s/ Maria R. Viramontes</em><br>Maria R. Viramontes

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San Francisco
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

3

1

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
2    mdetherage@robinskaplan.com

3    Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
     Corporation
4    adiamond@diamondmccarthy.com

5    Luke N. Eaton on behalf of Interested Party Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance
     Company of Lisbon)
6    lukeeaton@cozen.com, monugiac@pepperlaw.com

7    Michael W Ellison on behalf of Interested Party First State Insurance Company
     mellison@sehlaw.com, kfoster@sehlaw.com
8
     Stephen John Estey on behalf of Interested Party Dennis Fruzza
9    steve@estey-bomberger.com

10   Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain
     London Market Companies
11   tevanston@skarzynski.com

12   Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
     trevor.fehr@usdoj.gov
13
     Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
14   dgallo@phrd.com

15   Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
16
     Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
17   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

18   John Grossbart on behalf of Interested Party Appalachian Insurance Company
     john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
19
     John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
20   docket.general.lit.chi@dentons.com

21   Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
     joshua.haevernick@dentons.com
22
     Robert G. Harris on behalf of Creditor Archbishop Riordan High School
23   rob@bindermalter.com, RobertW@BinderMalter.com

24   Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
     deanna.k.hazelton@usdoj.gov
25
     Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
26   jhess@plevinturner.com

27   Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
     tjacobs@phrd.com
28

4

1  Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
   Market Companies
2  daniel.james@clydeco.us

3  Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support
   Corporation
4  chris.johnson@diamondmccarthy.com

5  Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
   Market Companies
6  jkahane@skarzynski.com

7  Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
   tkarpa@robinskaplan.com
8
   Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
9  okatz@sheppardmullin.com, LSegura@sheppardmullin.com

10 Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
11
   David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
12 david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com

13 Jennifer R Liakos on behalf of Interested Party LL John Doe JU
   jenn@jennliakoslaw.com
14
   Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
15 clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com

16 Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
   llinsky@mwe.com
17
   John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
18 jlucas@pszjlaw.com, ocarpio@pszjlaw.com

19 Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
20
   Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
21 patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

22 Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   docket.general.lit.chi@dentons.com
23
   Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
24 bmichael@pszjlaw.com

25 M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
   keith.moskowitz@dentons.com
26
   Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
27 Market Companies
   michael.norton@clydeco.us, nancy.lima@clydeco.us
28
   Office of the U.S. Trustee / SF

1  USTPRegion17.SF.ECF@usdoj.gov

2  Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
3
   Valerie Bantner Peo on behalf of Interested Party Berkeley Research Group, LLC
4  vbantnerpeo@buchalter.com

5  Robert J. Pfister on behalf of Creditor Shajana Steele
   rpfister@pslawllp.com
6
   Mark D. Plevin on behalf of Interested Party Century Indemnity Company
7  mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

8  Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF
   greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
9
   Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
10 dbp@provlaw.com

11 Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain
   London Market Companies
12 nreinhardt@skarzynski.com

13 Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
   jrios@ffwplaw.com, docket@ffwplaw.com
14
   Kathleen Mary Derrig Rios on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San
15 Francisco
   Katie.Rios@wbd-us.com
16
   Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
17 mroberts@phrd.com

18 Annette Rolain on behalf of Interested Party First State Insurance Company
   arolain@ruggerilaw.com
19
   Cheryl C. Rouse on behalf of Creditor Victoria Castro
20 rblaw@ix.netcom.com

21 Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
   samantha.ruben@dentons.com
22
   Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
23 phillip.shine@usdoj.gov

24 James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   jstang@pszjlaw.com
25
   Ashley Storey on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London
26 Market Companies
   astorey@skarzynski.com
27
   Devin Miles Storey on behalf of Creditor John MS Roe SF
28 dms@zalkin.com

6

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
bkfilings@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

7

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| Registered ECF User for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Ashley Storey | | | astorey@skarzynski.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris 2775 Park Ave Santa Clara, CA 95050 | | rob@bindermalter.com robertw@bindermalter.com |
| *NOA - Attorneys for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Valerie Bantner Peo, Esq 425 Market Street, Suite 2900 San Francisco, CA 94105-3493 | 415-227-0900 | vbantnerpeo@buchalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair Timothy Burns Brian P Cawley | | jbair@burnsbair.com aturgeon@burnsbair.com kdempski@burnsbair.com tburns@burnsbair.com bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879 Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142 Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente Attn: Jason J Chorley 150 California St, 15th Fl San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan 30 S Wacker Dr, Ste 2600 Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima Attn: Yongli Yang Attn: Jason J Chorley Attn: Daniel James Attn: Michael Norton | | Nancy.Lima@clydeco.us yongli.yang@clydeco.us jason.chorley@clydeco.us Robert.willis@clydeco.us daniel.james@clydeco.us michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy 388 Market St, Ste 1000 San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig 2001 Addison St, Ste 300 Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Holy Cross Catholic Cemeteries | Daniel Lloyd Egan | | | degan@wilkefleury.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick 1999 Harrison St, Ste 1300 Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy Attn: John Grossbart 233 S Wacker Dr, Ste 5900 Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com john.grossbart@dentons.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com; patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond Attn: Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com TWEvanston@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061 West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey 2869 India St San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Thomas Phinney Attn: Jason Rios 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com tphinney@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Jason Rios | | ppascuzzi@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397 Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun 1717 Pennsylvania Ave, NW, Ste 650 Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party LL John Doe JU | Jennifer R Liakos | | | jenn@jennliakoslaw.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Archbishop Riordan High School | Julie H. Rome-Banks | | | julie@bindermalter.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division P.O. Box 579 Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000 Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz 300 S Grand Ave, Ste 2600 Los Angeles, CA 90071 | | david.kupetz@lockelord.com Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia De Seguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com monugiac@pepperlaw.com |
| Registered ECF User on behalf of Creditor Daniel Eichhorn | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan 7647 N Fresno St Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher 444 West Lake St, Ste 4000 Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman Attn: Lisa A. Linsky Attn: Natalie Rowles Attn: Cris W. Ray One Vanderbilt Ave New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com llinsky@mwe.com nrowles@mwe.com cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo 2049 Century Park E, Ste 3200 Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com; mco@mwe.com dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127 Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell 101 Montgomery St, Ste 2300 San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano 90 New Montgomery St 9th Fl San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| *NOA - Counsel for Tracy Hope Davis, the United States Trustee for Region 17; registered ECF User | Office of the United States Trustee | Attn: Gregory S Powell 2500 Tulare St, Ste 1401 Fresno, CA 93721 | | Greg.Powell@usdoj.gov USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine 450 Golden Gate Ave, Rm 05-0153 San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg Attn: Trevor R Fehr Attn: Jared A. Day 501 I Street, Ste 7-500 Sacramento, CA 95814 | | jason.blumberg@usdoj.gov Trevor.Fehr@usdoj.gov jared.a.day@usdoj.gov USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton 2500 Tulare St, Ste 1401 Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael 780 3rd Ave, 34th Fl New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang 10100 Santa Monica Blvd, 13th Fl. Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen Attn: John W Lucas 1 Sansome St, 34th Fl, Ste 3430 San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen Gillian Nicole Brown | | dgrassgreen@pszjlaw.com hphan@pszjlaw.com ocarpio@pszjlaw.com gbrown@pszjlaw.com ggreenwood@pszjlaw.com rrosales@pszjlaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com<br>jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Registered ECF User on behalf of Interested Party St. Paul Fire and Marine Insurance Co. | Samantha Ruben | | | samantha.ruben@dentons.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston<br>Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M. Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | | Katie.Rios@wbd-us.com |