Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
    jbair@burnsbair.com

*Special Insurance Counsel to The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR AUGUST 2025** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period August 1, 2025 through August 31, 2025 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1, 2025 through August 31, 2025 | $56,671.00 | $0 | $56,671.00 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $45,336.80 | $0 | $45,336.80 |

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The

Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated:  September 30, 2025          **BURNS BAIR LLP**

By: /s/ *Jesse J. Bair*
Jesse J. Bair

*Special Insurance Counsel to the Official*
*Committee of Unsecured Creditors*

# EXHIBIT 1



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
Archbishop of San Francisco**

**Issue Date :** 9/17/2025

**Bill # :** 02024

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

**Committee Meetings**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 8/1/2025 | Brian Cawley | Participate in Committee meeting re case insurance strategy (1.6); | 1.60 | $880.00 |
| 8/1/2025 | Timothy Burns | Present omnibus insurance strategy presentation at full Committee meeting (1.6); | 1.60 | $1,792.00 |
| 8/4/2025 | Brian Cawley | Participate in state court counsel meeting re case insurance issues and negotiations (.6); participate in post-meeting conference with Committee professionals re outcome of same and next-steps (.2); | 0.80 | $440.00 |
| 8/4/2025 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re ongoing negotiations (.6); participate in post-meeting conference with Committee professionals re outcome of same and next-steps (.2); | 0.80 | $720.00 |
| 8/5/2025 | Jesse Bair | Prepare for Committee meeting (.2); participate in Committee meeting for insurance purposes re ongoing negotiations and strategy in connection with same (1.3); | 1.50 | $1,350.00 |
| 8/5/2025 | Jesse Bair | Participate in meeting with the Committee co-chairs re case developments and related strategy (.3); | 0.30 | $270.00 |
| 8/5/2025 | Brian Cawley | Participate in committee meeting for insurance purposes re ongoing negotiations and case strategy (1.3); | 1.30 | $715.00 |
| 8/5/2025 | Brian Cawley | Participate in meeting with the Committee co-chairs re case developments and related strategy (.3); | 0.30 | $165.00 |
| 8/14/2025 | Brian Cawley | Participate in Committee meeting re potential case insurance strategies (1.2); | 1.20 | $660.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/14/2025 | Timothy Burns | Present presentation re potential insurance strategies at Committee meeting (1.2); | 1.20 | $1,344.00 |
| 8/19/2025 | Brian Cawley | Participate in state court counsel meeting re case developments and insurance strategy (1.0); | 1.00 | $550.00 |
| 8/19/2025 | Timothy Burns | Participate in state court counsel meeting re case developments and insurance strategy (1.0); | 1.00 | $1,120.00 |
| 8/22/2025 | Brian Cawley | Participate in state court counsel meeting for insurance purposes re ongoing case negotiations (1.2); | 1.20 | $660.00 |
| 8/27/2025 | Jesse Bair | Participate in state court counsel meeting re Diocese counter and potential response (.5); | 0.50 | $450.00 |
| 8/27/2025 | Timothy Burns | Participate in state court counsel meeting re ongoing negotiations and potential counter response (.5) ; | 0.50 | $560.00 |
| 8/28/2025 | Brian Cawley | Participate in Committee meeting for insurance purposes re ongoing case negotiations and strategy (1.1); | 1.10 | $605.00 |
| 8/28/2025 | Timothy Burns | Participate in Committee meeting for insurance purposes re ongoing case negotiations and strategy (1.1); | 1.10 | $1,232.00 |
| | | **Totals for Committee Meetings** | **17.00** | **$13,513.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/19/2025 | Jesse Bair | Review and respond to correspondence with Committee professionals re monthly fee statements (.2); | 0.20 | $180.00 |
| 8/25/2025 | Jesse Bair | Correspond with Committee professionals re interim fee hearing and potential adjournment of same (.1); | 0.10 | $90.00 |
| | | **Totals for Fee Applications** | **0.30** | **$270.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/1/2025 | Brian Cawley | Revise and finalize insurance strategy presentation for upcoming Committee meeting (.8); | 0.80 | $440.00 |
| 8/1/2025 | Timothy Burns | Prepare for Committee meeting re case insurance strategy and presentation in connection with same (.8); | 0.80 | $896.00 |
| 8/1/2025 | Jesse Bair | Review and respond to correspondence with the mediators re continued insurance discussions and upcoming session (.2); | 0.20 | $180.00 |
| 8/2/2025 | Jesse Bair | Review insurance presentations in preparation for upcoming session (.2); | 0.20 | $180.00 |
| 8/4/2025 | Brian Cawley | Draft mediation summary memo for use in upcoming sessions (1.2); | 1.20 | $660.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/4/2025 | Jesse Bair | Prepare for upcoming mediation session, including detailed review of case insurance presentations, notes of prior sessions, and key case law (1.0); revise carrier claim counts and exposure assessments in connection with same (.2); | 1.20 | $1,080.00 |
| 8/4/2025 | Jesse Bair | Participate in call with B. Michael re mediation strategy and preparations (.5); | 0.50 | $450.00 |
| 8/4/2025 | Jesse Bair | Review and edit draft coverage complaint (.7); | 0.70 | $630.00 |
| 8/4/2025 | Jesse Bair | Review revised PSZJ presentation re ongoing negotiations for upcoming Committee meeting (.2); | 0.20 | $180.00 |
| 8/4/2025 | Brian Cawley | Analyze claim data and draft revised carrier claim count summary (1.3); | 1.30 | $715.00 |
| 8/5/2025 | Jesse Bair | Participate in Zoom mediation session re case insurance issues (1.2); | 1.20 | $1,080.00 |
| 8/5/2025 | Jesse Bair | Participate in call with Committee professionals re outcome of insurance mediation session and projects needed for completion in connection with outcome of same (.4); | 0.40 | $360.00 |
| 8/5/2025 | Brian Cawley | Participate in Zoom mediation session re case insurance issues (1.2); | 1.20 | $660.00 |
| 8/5/2025 | Brian Cawley | Participate in call with Committee professionals re outcome of insurance mediation session and next-steps in connection with outcome of same (.4); | 0.40 | $220.00 |
| 8/6/2025 | Jesse Bair | Revie and edit debtor term sheet for insurance purposes (.8); review and respond to correspondence with PSZJ and the mediators re same (.2); | 1.00 | $900.00 |
| 8/6/2025 | Brian Cawley | Research re excess insurer duty to settle over defending primary insurer (1.8); | 1.80 | $990.00 |
| 8/6/2025 | Brian Cawley | Begin drafting Committee's aggregate insurance demand letter (1.4); | 1.40 | $770.00 |
| 8/7/2025 | Brian Cawley | Continue drafting Committee's aggregate insurance demand letter (2.5); | 2.50 | $1,375.00 |
| 8/7/2025 | Brian Cawley | Additional research re excess insurer bad faith and duty to settle issues (1.1); | 1.10 | $605.00 |
| 8/7/2025 | Karen Dempski | Docket/calendar motion hearing to approve compromise (.1); | 0.10 | $34.00 |
| 8/8/2025 | Jesse Bair | Participate in conference with B. Cawley re ongoing insurance projects and next-steps in light of insurance mediation session (.2); | 0.20 | $180.00 |
| 8/8/2025 | Brian Cawley | Participate in conference with J. Bair re case insurance projects and next-steps in light of insurance mediation session (.2); | 0.20 | $110.00 |
| 8/8/2025 | Brian Cawley | Finish drafting Committee aggregate insurance demand letter (2.9); | 2.90 | $1,595.00 |
| 8/9/2025 | Jesse Bair | Review final version of lift stay stipulation, motion in support of same, and related exhibits (.2); | 0.20 | $180.00 |
| 8/11/2025 | Timothy Burns | Conference with B. Michael re mediation and insurance issues (.4); | 0.40 | $448.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/11/2025 | Jesse Bair | Review correspondence with the mediators and debtor re mediation meeting (.1); | 0.10 | $90.00 |
| 8/11/2025 | Brian Cawley | Draft additional presentation re potential insurance strategies for upcoming Committee meeting (3.2); | 3.20 | $1,760.00 |
| 8/12/2025 | Timothy Burns | Review correspondence from state court counsel re case insurance issues and California insurance decision in connection with same (.2); | 0.20 | $224.00 |
| 8/12/2025 | Timothy Burns | Review and respond to correspondence with BB team re Committee insurance presentation (.2); | 0.20 | $224.00 |
| 8/12/2025 | Timothy Burns | Review and revise draft presentation re potential additional insurance strategies for upcoming Committee meeting (.8); | 0.80 | $896.00 |
| 8/12/2025 | Timothy Burns | Review and revise the Committee's aggregate demand letter (.4); | 0.40 | $448.00 |
| 8/13/2025 | Brian Cawley | Draft revised version of insurance strategy presentation to incorporate T. Burns' suggested revisions (1.6); | 1.60 | $880.00 |
| 8/13/2025 | Jesse Bair | Review and edit insurance strategy presentation to the Committee (.1); | 0.10 | $90.00 |
| 8/14/2025 | Timothy Burns | Prepare for Committee meeting re presentation of potential additional case insurance strategies (.6); | 0.60 | $672.00 |
| 8/14/2025 | Timothy Burns | Participate in calls with Committee professionals and state court counsel re outcome of Committee meeting and next-steps re case insurance issues (.6); | 0.60 | $672.00 |
| 8/15/2025 | Timothy Burns | Review and respond to correspondence with B. Michael re conference re case developments (.2); | 0.20 | $224.00 |
| 8/15/2025 | Timothy Burns | Review and respond to correspondence with state court counsel re Howard case (.2); | 0.20 | $224.00 |
| 8/16/2025 | Jesse Bair | Review revised version of insurance strategy presentation to the Committee and related correspondence with Committee professionals re same (.2); | 0.20 | $180.00 |
| 8/18/2025 | Timothy Burns | Participate in call with Committee counsel re case insurance strategy (1.0); | 1.00 | $1,120.00 |
| 8/18/2025 | Timothy Burns | Participate in call with state court counsel re lift stay cases (.3); conference with B. Cawley re same (.2); | 0.50 | $560.00 |
| 8/18/2025 | Brian Cawley | Participate in call with Committee counsel re case insurance strategy (1.0); | 1.00 | $550.00 |
| 8/18/2025 | Brian Cawley | Conference with T. Burns re lift stay cases and related insurance issues (.2); | 0.20 | $110.00 |
| 8/18/2025 | Brian Cawley | Review and respond to T. Burns questions re punitive damage insurance issues (.4); | 0.40 | $220.00 |
| 8/18/2025 | Jesse Bair | Review correspondence with Committee professionals re insurance strategy proposal (.1); | 0.10 | $90.00 |
| 8/18/2025 | Timothy Burns | Participate in call with state court counsel re insurance strategy (.6); | 0.60 | $672.00 |
| 8/18/2025 | Timothy Burns | Review and edit draft demand (.2); | 0.20 | $224.00 |
| 8/19/2025 | Timothy Burns | Participate in Zoom mediation session with debtor re case insurance issues (.4); | 0.40 | $448.00 |

| | | | |
|---|---|---|---|
| 8/19/2025 Timothy Burns | Review and respond to correspondence with Committee professionals re lift stay cases (.2); | 0.20 | $224.00 |
| 8/19/2025 Jesse Bair | Prepare for insurance mediation Zoom session (.3); participate in insurance mediation Zoom session (.4); | 0.70 | $630.00 |
| 8/20/2025 Jesse Bair | Prepare for upcoming Committee meeting and mediation session by assessing insurance demand issues and related insurance strategy (.2); | 0.20 | $180.00 |
| 8/20/2025 Timothy Burns | Assess insurance issues in connection with lift stay cases (.2); participate in call with state court counsel re same (.2); participate in call with B. Michael re same (.1); | 0.50 | $560.00 |
| 8/20/2025 Timothy Burns | Review and respond to correspondence with B. Michael re upcoming Committee meeting (.2); | 0.20 | $224.00 |
| 8/20/2025 Brian Cawley | Respond to T. Burns request re insurance issues in connection with lift stay cases (.2); | 0.20 | $110.00 |
| 8/21/2025 Jesse Bair | Review the insurers' objection to the lift stay motion (.6); | 0.60 | $540.00 |
| 8/22/2025 Brian Cawley | Draft summary re outcome and key take-aways from state court counsel meeting (.3); | 0.30 | $165.00 |
| 8/22/2025 Jesse Bair | Review B. Cawley summary and related correspondence re outcome of state counsel meeting (.2); review and respond to correspondence with the mediators re upcoming sessions (.1); | 0.30 | $270.00 |
| 8/25/2025 Timothy Burns | Participate in calls with state court counsel re insurance strategy re mediation (1.2); | 1.20 | $1,344.00 |
| 8/25/2025 Timothy Burns | Conference with J. Bair re insurance strategy re mediation and review correspondence with the Committee re upcoming mediation (.2); | 0.20 | $224.00 |
| 8/25/2025 Timothy Burns | Participate in call with the mediators and Committee professionals re ongoing negotiations and preparations for next session (.5); | 0.50 | $560.00 |
| 8/25/2025 Jesse Bair | Participate in call with the mediators re ongoing negotiations and upcoming session (.5); | 0.50 | $450.00 |
| 8/25/2025 Jesse Bair | Review correspondence with Committee professionals and the Committee re mediation developments and conference with T. Burns re same and insurance strategy (.2); | 0.20 | $180.00 |
| 8/26/2025 Brian Cawley | Begin legal research and factual analysis in connection with responding to the insurers' lift stay objections (1.3); | 1.30 | $715.00 |
| 8/26/2025 Jesse Bair | Continue analyzing the insurers' lift stay objection and draft outline re insurance-related responses to same (1.2); | 1.20 | $1,080.00 |
| 8/26/2025 Jesse Bair | Participate in call with Committee professionals re lift stay reply brief strategy (.5); | 0.50 | $450.00 |
| 8/26/2025 Brian Cawley | Respond to T. Burns request regarding debtor's motion to approve compromise (.2); | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/26/2025 | Timothy Burns | Review and analysis of insurers' lift stay objection, including memo to file re same (1.1); | 1.10 | $1,232.00 |
| 8/26/2025 | Timothy Burns | Participate in conference with Committee professionals re the insurers' lift stay objection and reply to same (.5); | 0.50 | $560.00 |
| 8/26/2025 | Timothy Burns | Correspondence with Committee counsel re lift stay briefing (.4); correspondence with Debtor's counsel re same (.1); | 0.50 | $560.00 |
| 8/27/2025 | Timothy Burns | Review recent bankruptcy court decision re insurance issues relating to potential plan structures (.2); | 0.20 | $224.00 |
| 8/27/2025 | Jesse Bair | Participate in call with the mediators re Diocese counter, ongoing negotiations, and upcoming session (.5); participate in follow-up call with Committee professionals re same and potential response (.3); | 0.80 | $720.00 |
| 8/27/2025 | Jesse Bair | Review and edit draft insurance section of the Committee's reply to the insurers' lift stay opposition (1.6); | 1.60 | $1,440.00 |
| 8/27/2025 | Timothy Burns | Review and respond to internal correspondence and correspondence with PSZJ re lift stay briefing (.2); | 0.20 | $224.00 |
| 8/27/2025 | Brian Cawley | Participate in call with mediators regarding ongoing negotiations (.5); | 0.50 | $275.00 |
| 8/27/2025 | Brian Cawley | Participate in call with Committee professionals re outcome of mediator meeting and next-steps in connection with same (.3); | 0.30 | $165.00 |
| 8/27/2025 | Brian Cawley | Draft insurance-related portions of the Committee's reply to the Insurers' lift stay objections (3.8); | 3.80 | $2,090.00 |
| 8/28/2025 | Timothy Burns | Review and respond to correspondence from Debtor re mediation (.2); | 0.20 | $224.00 |
| 8/28/2025 | Timothy Burns | Review and revise lift stay reply brief (.4); | 0.40 | $448.00 |
| 8/28/2025 | Jesse Bair | Review and edit revised draft of the Committee's reply in support of lift stay stipulation (.3); | 0.30 | $270.00 |
| 8/28/2025 | Jesse Bair | Participate in call with state court counsel re mediation strategy and upcoming session (.2); | 0.20 | $180.00 |
| 8/28/2025 | Jesse Bair | Review the debtor's reply brief in support of the lift stay stipulation and supporting exhibits (.3); | 0.30 | $270.00 |
| 8/29/2025 | Jesse Bair | Review and respond to correspondence with Committee professionals and state court counsel re insurance lift stay issues and upcoming mediation session (.2); | 0.20 | $180.00 |
| 8/29/2025 | Timothy Burns | Review correspondence with state court counsel and Committee professionals re JCCP proceeding (.2); | 0.20 | $224.00 |
| 8/31/2025 | Jesse Bair | Review the debtor's status conference statement (.1); | 0.10 | $90.00 |
| | | **Totals for Insurance Recovery Activities** | **55.30** | **$42,888.00** |
| | **Total Hours and Fees** | | **72.60** | **$56,671.00** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Brian Cawley | Associate | 36.30 | $550.00 | $19,965.00 |
| Jesse Bair | Partner | 17.60 | $900.00 | $15,840.00 |
| Karen Dempski | Paralegal | 0.10 | $340.00 | $34.00 |
| Timothy Burns | Partner | 18.60 | $1,120.00 | $20,832.00 |

**Total Due This Invoice:  $56,671.00**

Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email:  tburns@burnsbair.com
         jbair@burnsbair.com

*Special Insurance Counsel to The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor and Debtor in Possession. | |

I, Brenda Horn-Edwards, declare that I am employed in the County of Dane, State of Wisconsin.  I am over the age of 18 and not a party to the within action.  My business address is 10 E. Doty Street, Suite 600, Madison, Wisconsin 53703.

On September 30, 2025, I served a true and correct copy of the **Monthly Professional Fee Statement for Burns Bair LLP for August 2025** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **September 30, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the participants on the attached Electronic Mail Notice List will receive NEF transmission at the email address stated. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Dane County, Wisconsin, in the ordinary course of business. |
| | The Honorable Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

| | |
|---|---|
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached Service List at the email address stated. |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on September 30, 2025, at Madison, Wisconsin.

/s/ Brenda Horn-Edwards
Brenda Horn-Edwards

# ELECTRONIC MAIL NOTICE LIST

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P. Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
rcharles@lewisroca.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
bcuret@spcclaw.com

Melissa M DAlelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
adiamond@diamondmccarthy.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
tevanston@skarzynski.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@phrd.com

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation
chris.johnson@diamondmccarthy.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
jkahane@skarzynski.com

Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company
tkarpa@robinskaplan.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation
David.Kupetz@lockelord.com, Mylene.Ruiz@lockelord.com

Mikayla Kutsuris on behalf of Defendant The Roman Catholic Archbishop of San Francisco
mkutsuris@ffwplaw.com

Jennifer R Liakos on behalf of Interested Party LL John Doe JU
jenn@jennliakoslaw.com

Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company
clincoln@robinskaplan.com

Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory
llinsky@mwe.com

John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco
AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com

Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company
patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com

Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company
keith.moskowitz@dentons.com

Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
michael.norton@clydeco.us, nancy.lima@clydeco.us

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Valerie Bantner Peo on behalf of Interested Party Berkeley Research Group, LLC
vbantnerpeo@buchalter.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Mark D. Plevin on behalf of Interested Party Continental Casualty Company
mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF
greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
nreinhardt@skarzynski.com

Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco
jrios@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco
kderrig@lewisroca.com

Matthew Roberts on behalf of Interested Party Appalachian Insurance Company
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
samantha.ruben@dentons.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Ashley Storey on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
astorey@skarzynski.com

Devin Miles Storey on behalf of Creditor John MS Roe SF
dms@zalkin.com

Jason D. Strabo on behalf of Interested Party Sacred Heart Cathedral Preparatory
jstrabo@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

# LIMITED SERVICE LIST

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com JHerschap@sheppardmullin.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Robert G Harris 2775 Park Ave Santa Clara, CA 95050 | | rob@bindermalter.com robertw@bindermalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair Timothy Burns Brian P Cawley | | jbair@burnsbair.com kdempski@burnsbair.com tburns@burnsbair.com bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879 Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142 Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Alexander Potente Jason J Chorley 150 California St, 15th Fl San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Catalina J Sugayan 30 S Wacker Dr, Ste 2600 Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Nancy Lima Yongli Yang Jason J Chorley Daniel James Michael Norton | | Nancy.Lima@clydeco.us yongli.yang@clydeco.us jason.chorley@clydeco.us Robert.willis@clydeco.us daniel.james@clydeco.us michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Mary P. McCurdy 388 Market St, Ste 1000 San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Robin D Craig 2001 Addison St, Ste 300 Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |

| | | | | |
|---|---|---|---|---|
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Joshua Haevernick 1999 Harrison St, Ste 1300 Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Patrick C Maxcy John Grossbart 233 S Wacker Dr, Ste 5900 Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Allan Diamond Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Russell W Roten Andrew Mina Betty Luu 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | 213-689-7401 | AMina@duanemorris.com BLuu@duanemorris.com |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Duane Morris LLP | Andrew Mina Betty Luu | | Amina@duanemorris.com BLuu@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061 West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Stephen Estey 2869 India St San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul Pascuzzi Thomas Phinney Jason Rios 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com tphinney@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul Pascuzzi  Jason Rios | | ppascuzzi@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | | randy@gdrgroup.com |

| | | | | |
|---|---|---|---|---|
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397 Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | George Calhoun 1717 Pennsylvania Ave, NW, Ste 650 Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | J.D. | Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Bankruptcy Division P.O. Box 579 Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000 Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | David S Kupetz 300 S Grand Ave, Ste 2600 Los Angeles, CA 90071 | | david.kupetz@lockelord.com Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Interested Party Companhia DeSeguros Fidelidade SA | Luke N. Eaton | | | lukeeaton@cozen.com monugiac@pepperlaw.com |
| Registered ECF User | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Hagop T Bedoyan 7647 N Fresno St Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Carole Wurzelbacher 444 West Lake St, Ste 4000 Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Darren Azman Lisa A. Linsky Natalie Rowles Cris W. Ray One Vanderbilt Ave New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com llinsky@mwe.com nrowles@mwe.com cray@mwe.com |

| | | | | |
|---|---|---|---|---|
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| Registered ECF User | Office of the U.S. Trustee / SF | Christina Lauren Goebelsmann | | christina.goebelsmann@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Jason Blumberg<br>Trevor R Fehr<br>Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Debra I Grassgreen<br>John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Todd C Jacobs<br>John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Harris B Winsberg<br>Matthew M Weiss<br>R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |

| | | | | |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com<br>jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | R.F. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | R.F. Jr. | Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justicelc.com |
| *NOA - Request for Notice | R.M. | Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Melissa M D'Alelio<br>Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Annette P Rolain<br>Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett<br>Pl City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Ori Katz<br>Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com |

| | | | | |
|---|---|---|---|---|
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Jeannie Kim<br>Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Jeff D Kahane/Timothy W Evanston<br>Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |