Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree St NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com

*Attorneys for Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company*

(additional counsel listed on signature page)

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Chapter 11<br><br>Bankruptcy Case No. 23-30564 |

### APPELLANTS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellants Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company (collectively, "Appellants") submit the following: (i) statement of issues to be considered on appeal from the *Docket Text Order Granting Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [ECF 1285]* entered by the Bankruptcy Court on September 2, 2025 (the "Docket Text Order"), and all other subsumed judgments, orders, and decrees brought up for review in the

Case No. 23-30564

appeal; and (ii) designation of items to be included in the record on appeal.

I.  **Statement of Issues to be Presented on Appeal**

Appellants present the following statement of issues to be considered on appeal:

1. Whether the bankruptcy court erred by granting the *Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay* [ECF 1285] (the "Motion") and approving the accompanying *Stipulation By and Among The Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants* [ECF 1285-1] (the "Stipulation") without identifying or applying the "for cause" standard under 11 U.S.C. § 362(d)(1).

2. Whether the bankruptcy court erred by granting the Motion and approving the Stipulation without providing any analysis for why the requirements of Federal Rule of Bankruptcy Procedure 9019 and controlling precedent related thereto, including *In re A & C Props.*, 784 F.2d 1377 (9th Cir. 1986), were satisfied.

3. Whether the bankruptcy court erred in granting the Motion and approving the Stipulation without making sufficient findings of fact in support of such relief.

4. Whether the bankruptcy court erred in granting the Motion and approving the Stipulation without competent record evidence demonstrating the Debtor's entitlement to such relief.

5. Whether the bankruptcy court erred in making the factual determination that the Official Committee of Unsecured Creditors "did not unilaterally select the test cases" to be released under the Stipulation without competent record evidence to support its factual finding.

6. Whether the bankruptcy court erred in granting the Motion and approving the Stipulation without also lifting the automatic stay for Appellants, leaving unclear the extent to which the automatic stay may apply to certain actions Appellants may take under their contracts or applicable law.

7. Whether the bankruptcy court erred in granting the Motion and approving the Stipulation without determining whether the released state court actions are

Case: 23-30564    Doc# 1370    Filed: 09/30/25    Entered: 09/30/25 15:39:53    Page 2 of 13

representative of the pool of abuse claims.

8. Whether the bankruptcy court otherwise erred or abused its discretion in granting the Motion and approving the Stipulation.

## II. Designation of Items to be Included in the Record on Appeal

Appellants submit the following designation of items to be included in the record on appeal, which include all exhibits, appendices, and/or addenda:

| | BANKRUPTCY DOCKET ENTRIES | | |
|---|---|---|---|
| Item | Date Filed/ Entered | Bankr. Dkt. No. | Description |
| 1. | August 21, 2023 | 1 | Voluntary Chapter 11 Petition for the Roman Catholic Archbishop of San Francisco |
| 2. | August 21, 2023 | 14 | Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions |
| 3. | August 21, 2023 | 15 | Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions |
| 4. | July 16, 2024 | 748 | Order Setting Status Conference [*re Survivor Statements*] |
| 5. | July 31, 2024 | 781 | Order Granting Application To Schedule A Status Conference With Presentation Of Survivor Statements |
| 6. | August 19, 2024 | 805 | Order Setting Status Conference Re Presentation of Survivor Impact Statements |
| 7. | August 28, 2024 | 829 | Amended Order Granting Application To Schedule A Status Conference With Presentation Of Survivor Statements |
| 8. | February 21, 2025 | 1012 | The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Redacted Documents |
| 9. | February 21, 2025 | 1013 | Proposed Redacted Document |
| 10. | February 21, 2025 | 1014 | Proposed Redacted Document |
| 11. | February 21, 2025 | 1015 | The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |

Case: 23-30564    Doc# 1370    Filed: 09/30/25    Entered: 09/30/25 15:39:53    Page 3 of 13

| | | | |
|---|---|---|---|
| 12. | February 21, 2025 | 1016 | Relief from Stay Cover Sheet |
| 13. | February 21, 2025 | 1017 | Request for Judicial Notice in Support of the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 14. | February 21, 2025 | 1018 | Declaration of Jesse Bair in Support of the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 15. | February 21 2025 | 1019 | Declaration of Vince Finaldi in Support of the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 16. | February 21, 2025 | 1020 | Declaration of Richard Simons in Support of the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 17. | February 21, 2025 | 1021 | Notice of Hearing Regarding the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 18. | February 21, 2025 | 1025 | Order Granting the Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Redacted Documents |
| 19. | March 12, 2025 | 1080 | Debtor's Status Conference Statement for March 13, 2025, Status Conference |
| 20. | March 13, 2025 | 1081 | Certain Insurers' Objection to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 21. | March 13, 2025 | 1083 | Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |

| | | | |
|---|---|---|---|
| 22. | March 18, 2025 | 1092 | Transcript Regarding Hearing Held March 13, 2025 |
| 23. | March 20, 2025 | 1097 | The Official Committee of Unsecured Creditors' Reply Brief In Support of an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 24. | March 25, 2025 | | Docket Text Order |
| 25. | March 27, 2025 | | MINUTES (RE: Motion for Relief from Stay Fee Amount [D.E. 1015]) |
| 26. | March 27, 2025 | 1112 | PDF with attached Audio File of the March 27, 2025 Hearing |
| 27. | April 10, 2025 | 1138 | Memorandum Decision on Motion for Relief from Stay |
| 28. | April 10, 2025 | 1139 | Order Granting in Part Certain Trial-Ready Survivors Relief from The Automatic Stay to Pursue State Court Litigation |
| 29. | April 15, 2025 | 1144 | Transcript Regarding Hearing Held on March 27, 2027 |
| 30. | June 24, 2025 | | Docket Text Order |
| 31. | August 7, 2025 | 1285 | Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 32. | August 7, 2025 | 1286 | Notice of Hearing on Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 33. | August 7, 2025 | 1287 | Request to Take Judicial Notice and Supporting Evidence in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 34. | August 7, 2025 | 1288 | Declaration of Fr. Patrick Summerhays in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 35. | August 15, 2025 | 1293 | The Official Committee of Unsecured Creditors' Joinder to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |

Case: 23-30564   Doc# 1370   Filed: 09/30/25   Entered: 09/30/25 15:39:53   Page 5 of 13

| | | | |
|---|---|---|---|
| 36. | August 21, 2025 | 1302 | Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 37. | August 21, 2025 | 1303 | Interstate Insurers' and Appalachian's Joinder to Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 38. | August 26, 2025 | 1305 | Notice of Amended Exhibit in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 39. | August 28, 2025 | 1311 | Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 40. | August 28, 2025 | 1312 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 41. | August 28, 2025 | 1315 | The Official Committee of Unsecured Creditor's Reply in Support of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 42. | August 29, 2025 | 1318 | Debtor's Status Conference Statement for September 4, 2025, Status Conference |
| 43. | September 2, 2025 | | Docket Text Order Granting Motion |
| 44. | September 4, 2025 | 1321 | The Official Committee of Unsecured Creditors' Status Conference Statement for September 4, 2025, Status Conference |
| 45. | September 4, 2025 | 1322 | PDF with attached Audio File of the September 4, 2025 Hearing |
| 46. | September 15, 2025 | 1331 | Notice of Fully Executed Stipulation by and Among the Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors and The Survivor Defendants |
| 47. | September 16, 2025 | 1341 | Notice of Appeal filed by Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company |
| 48. | September 16, 2025 | 1342 | Insurers' Motion to Stay Pending Appeal filed by Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company |

Case: 23-30564    Doc# 1370    Filed: 09/30/25    Entered: 09/30/25 15:39:53    Page 6 of 13

| | | | |
|---|---|---|---|
| 49. | September 16, 2025 | 1343 | Notice of Appeal filed by Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company |
| 50. | September 16, 2025 | 1344 | Notice of Appeal filed by Certain Underwriters at Lloyd's, London and Certain London Market Companies |
| 51. | September 17, 2025 | 1345 | Transcript Regarding Hearing Held September 4, 2025 |
| 52. | September 17, 2025 | 1346 | Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 53. | September 17, 2025 | | Docket Text Order |
| 54. | September 22, 2025 | 1349 | Service of Notice of Appeal |
| 55. | September 22, 2025 | 1352 | Service of Notice of Appeal |
| 56. | September 22, 2025 | 1353 | Court Certificate of Mailing |
| 57. | September 22, 2025 | 1354 | Service of Notice of Appeal |
| **ADVERSARY PROCEEDING DOCKET ENTRIES (Adv. Proc. No. 25-03019)** | | | |
| 1. | April 28, 2025 | 1 | Complaint Seeking Declaratory And Injunctive Relief Under Bankruptcy Code Sections 105(a) And 362 That The Automatic Stay Extends To All State Court Cases In Which Debtor Is Named As A Defendant And As To All Cases In Which A Non-Debtor Affiliate Is Named As A Defendant |
| 2. | May 29, 2025 | 7 | Stipulation Permitting The Official Committee of Unsecured Creditors to Intervene |
| 3. | May 29, 2025 | 8 | Motion for Order Extending Stay To All State Court Cases In Which Debtor and/or Non-Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 105(a) And 362 |
| 4. | May 29, 2025 | 9 | Notice of Hearing on Motion for Order Extending Stay To All State Court Cases In Which Debtor and/or Non-Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 105(a) And 362 |

| | | | |
|---|---|---|---|
| 5. | May 30, 2025 | 11 | Order Approving Stipulation Permitting the Official Committee of Unsecured Credits to Intervene |
| 6. | June 12, 2025 | 13 | The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which the Debtor and Non-Debtor Affiliates are named as Defendants Under Bankruptcy Code Sections 362 and 105(a) |
| 7. | June 12, 2025 | 14 | Declaration of Jesse J. Bair in Support of the Committee's Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which the Debtor and Non-Debtor Affiliates are named as Defendants Under Bankruptcy Code Sections 362 and 105(a) |
| 8. | June 12, 2025 | 15 | Request for Judicial Notice in Support of the Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay |
| 9. | June 13, 2025 | 17 | Stipulation Staying State Court Litigation Against High School Defendants |
| 10. | June 19, 2025 | 18 | Reply in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are named as Defendants Under Bankruptcy Code Sections 105(a) and 362 |
| 11. | June 20, 2025 | 19 | Order Approving Stipulation Staying State Court Litigation Against High School Defendants |
| 12. | June 24, 2025 | [] | Hearing continued pursuant to an agreement among the parties. (RE: related document(s) 8 Motion *for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named Defendants under Bankruptcy Code sections 105(a) and 362*). Hearing scheduled for 07/17/2025 at 1:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. |

Case: 23-30564  Doc# 1370  Filed: 09/30/25  Entered: 09/30/25 15:39:53  Page 8 of 13

| | | | |
|---|---|---|---|
| 13. | June 24, 2025 | [] | Hearing continued (RE: related document(s) 1 Complaint). Hearing scheduled for 07/17/2025 at 1:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. |
| 14. | July 15, 2025 | [] | Hearing continued. The hearing on 7/17/25 regarding Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named Defendants under Bankruptcy Code sections 105(a) and 362 is continued to 8/14/25 at 1:30 p.m. per an agreement among the parties. (RE: related document(s) 8 Motion *for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named Defendants under Bankruptcy Code sections 105(a) and 362*). . Hearing scheduled for 08/14/2025 at 1:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. |
| 15. | July 15, 2025 | [] | Hearing continued. The scheduling conference on 7/15/25 is continued to 8/14/25 at 1:30 p.m. (RE: related document(s) 1 Complaint). Hearing scheduled for 08/14/2025 at 1:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. |
| 16. | August 7, 2025 | 21 | Stipulation By and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and The Survivor Defendants |
| 17. | August 11, 2025 | [] | Hearing continued. The hearing regarding Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named Defendants under Bankruptcy Code sections 105(a) and 362 is continued to 9/4/25 at 1:30 p.m. (RE: related document(s) 8 Motion *for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named Defendants under Bankruptcy Code sections 105(a) and 362*). Hearing scheduled for 9/4/2025 at 1:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. |

| # | Date | Doc | Description |
|---|---|---|---|
| 18. | August 11, 2025 | [] | Hearing continued. The scheduling conference is continued to 9/4/25 at 1:30 PM. (RE: related document(s) 1 Complaint). Hearing scheduled for 9/4/2025 at 1:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. |
| 19. | August 26, 2025 | 22 | Notice of Amended Exhibit B to Stipulation By and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and The Survivor Defendant |
| 20. | September 4, 2025 | [] | Hearing Held. Motion is taken off calendar; order to follow. (RE: related document(s) 8 Motion *for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named Defendants under Bankruptcy Code sections 105(a) and 362*). |
| 21. | September 4, 2025 | 23 | PDF with attached Audio File of the September 4, 2025 Hearing |
| 22. | September 15, 2025 | 25 | Notice of Fully Executed Stipulation By and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and The Survivor Defendant |
| 23. | September 17, 2025 | 26 | Transcript Regarding Hearing Held September 4, 2025 |
| 24. | September 17, 2025 | 27 | Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay |

## CERTIFICATE PURSUANT TO BANKRUPTCY RULE 8009(b)(1)(B)

Appellants respectfully certify that they are not ordering any transcripts, as the relevant transcripts have been transcribed and docketed.

Dated: September 30, 2025

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: */s/ Harris B. Winsberg*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com

        mweiss@phrd.com
        mroberts@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
       jbucheit@phrd.com

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

Blaise S. Curet (SBN 124983)
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200
Email: bcuret@spcclaw.com

**LAW OFFICE OF ROBIN D. CRAIG**

Robin D. Craig (SBN 130935)
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone: (510) 549-3310
Email: rdc@rcraiglaw.com

*Attorneys for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation*

Dated: September 30, 2025      **PARKER, HUDSON, RAINER & DOBBS LLP**

      */s/ Harris B. Winsberg*
By:    Harris B. Winsberg (admitted *pro hac vice*)
       Matthew M. Weiss (admitted *pro hac vice*)
       Matthew G. Roberts (admitted *pro hac vice*)
       303 Peachtree Street NE, Suite 3600
       Atlanta, Georgia 30308
       Telephone: (404) 523-5300
       Facsimile: (404) 522-8409
       Email: hwinsberg@phrd.com
            mweiss@phrd.com
            mroberts@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com

| | |
|---|---|
| 1 | jbucheit@phrd.com |
| 2 | **NICOLAIDES FINK THORPE MICHAELIDES AND SULLIVAN LLP** |
| 3 | |
| 4 | Matthew C. Lovell (SBN 189728)<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94104 |
| 5 | Telephone: (415) 745-3770<br>Email: mlovell@nicolaidesllp.com |
| 6 | |
| 7 | *Attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company* |
| 8 | Dated: September 30, 2025     **PARKER, HUDSON, RAINER & DOBBS LLP** |
| 9 | |
| 10 |    */s/ Harris B. Winsberg*<br>By:     Harris B. Winsberg (admitted *pro hac vice*) |
| 11 | Matthew M. Weiss (admitted *pro hac vice*)<br>Matthew G. Roberts (admitted *pro hac vice*) |
| 12 | 303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia 30308 |
| 13 | Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409 |
| 14 | Email: hwinsberg@phrd.com<br>       mweiss@phrd.com |
| 15 |        mroberts@phrd.com |
| 16 | -and- |
| 17 | Todd C. Jacobs (admitted *pro hac vice*)<br>John E. Bucheit (admitted *pro hac vice*) |
| 18 | Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606 |
| 19 | Telephone: (312) 477-3305<br>Email: tjacobs@phrd.com |
| 20 |        jbucheit@phrd.com |
| 21 | **ROBINS KAPLAN LLP** |

Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: clincoln@robinskaplan.com

-and-

Melissa M. D'Alelio (admitted *pro hac vice*)
Taylore E. Karpa Schollard (admitted *pro hac vice*)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288
Email: mdalelio@robinskaplan.com
tkarpa@robinskaplan.com

*Attorneys for Appalachian Insurance Company*