Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
rroten@skarzysnki.com
jkahane@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: 312.635.7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-bk-30564<br><br>Chapter 11<br><br>**APPELLANTS LMI'S STATEMENT OF ISSUES ON APPEAL, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, AND CERTIFICATE REGARDING TRANSCRIPTS** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, made applicable by rule 6(c)(2)(A) of the Federal Rules of Appellate Procedure, Appellants Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies ("LMI" or "Appellants")[1] submit the

---

[1] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

following: (i) statement of issues to be considered on appeal, (ii) designation of items to be included in the record on appeal, and (iii) certificate regarding transcripts. The Appellants appeal from the Docket Text Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay, entered on September 2, 2025, and Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay, Docket No. 1346 and all other subsumed judgments, order, and decrees brought up for review in the appeal.

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellants present the following statement of issues to be considered on appeal:

1. Whether the Bankruptcy Court erred in entering the Docket Text Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay, entered on September 2, 2025, and Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay, Docket No. 1346.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellants submit the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:

**Items from Main Bankruptcy Case, Case No. 23-bk-30564**

| Item | Date | Dkt | Description |
|---|---|---|---|
| 1. | 08/21/2023 | 1 | Chapter 11 Voluntary Petition for Non-Individual, Fee Amount $1738, Filed by The Roman Catholic Archbishop of San Francisco. Application to Employ Counsel by Debtor due by **09/20/2023**. Order Meeting of Creditors due by **08/28/2023**. Incomplete Filings due by **09/5/2023**. (Attachments: # 1 List of 20 Largest Creditors) |
| 2. | 08/21/2023 | 14 | Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 3. | 08/21/2023 | 15 | Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 4. | 11/21/2023 | 337 | Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice |
| 5. | 02/07/2024 | 453 | Order Approving Stipulation to Withdraw Without Prejudice the Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue |

2

| | | | |
|---|---|---|---|
| 6. | 07/16/2024 | 748 | Order Setting Status Conference (RE: related document(s)745 Motion Miscellaneous Relief filed by Creditor Committee The Official Committee of Unsecured Creditors). **Status Conference scheduled for 7/25/2024 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** |
| 7. | 07/31/2024 | 781 | Order Granting Application to Schedule a Status Conference With Presentation of Survivor Statements |
| 8. | 08/19/2024 | 805 | Order Setting Status Conference Re Presentation of Survivor Impact Statements (RE: related document(s)781 Order on Motion for Miscellaneous Relief). **Status Conference scheduled for 8/27/2024 at 10:00 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** |
| 9. | 08/28/2024 | 829 | Amended Order Granting Application To Schedule A Status Conference With Presentation Of Survivor Statements |
| 10. | 02/21/2025 | 1012 | Motion to File Redacted Document / The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Redacted Documents (Attachments: # 1 Declaration) Filed by Creditor Committee The Official Committee of Unsecured Creditors |
| 11. | 02/21/2025 | 1013 | Proposed Redacted Document (RE: related document(s)1012 Motion to File Redacted Document filed by Creditor Committee The Official Committee of Unsecured Creditors). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Greenwood, Gail) PROPOSED SEALED DOCUMENT APPROVED REFER TO DOCKET ENTRY #1025. Modified on 2/25/2025 (lp). (Entered: 02/21/2025) |
| 12. | 02/21/2025 | 1014 | Proposed Redacted Document (RE: related document(s)1012 Motion to File Redacted Document filed by Creditor Committee The Official Committee of Unsecured Creditors, 1013 Proposed Redacted Document filed by Creditor Committee The Official Committee of Unsecured Creditors). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Greenwood, Gail) PROPOSED SEALED DOCUMENT APPROVED REFER TO DOCKET ENTRY #1025 |
| 13. | 02/21/2025 | 1015 | Motion for Relief from Stay Fee Amount $199, Filed by The Official Committee of Unsecured Creditors |
| 14. | 02/21/2025 | 1016 | Relief From Stay Cover Sheet (RE: related document(s)1015 Motion for Relief From Stay). Filed by The Official Committee of Unsecured Creditors |
| 15. | 02/21/2025 | 1017 | Request To Take Judicial Notice / Request for Judicial Notice in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief |

| | | | From Stay). Filed by The Official Committee of Unsecured Creditors |
|---|---|---|---|
| 16. | 02/21/2025 | 1018 | Declaration of Jesse Bair in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay). Filed by The Official Committee of Unsecured Creditors |
| 17. | 02/21/2025 | 1019 | Declaration of Vince Finaldi in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay). Filed by The Official Committee of Unsecured Creditors |
| 18. | 02/21/2025 | 1020 | Declaration of Richard Simons in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay). Filed by The Official Committee of Unsecured Creditors |
| 19. | 02/21/2025 | 1021 | Notice of Hearing Regarding The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief from Stay Fee Amount $199, Filed by The Official Committee of Unsecured Creditors). |
| 20. | 02/21/2025 | 1022 | Certificate of Service (RE: related document(s)1012 Motion to File Redacted Document, 1015 Motion for Relief From Stay, 1016 Relief From Stay Cover Sheet, 1017 Request To Take Judicial Notice, 1018 Declaration, 1019 Declaration, 1020 Declaration, 1021 Notice of Hearing). Filed by Creditor Committee The Official Committee of Unsecured Creditors |
| 21. | 02/25/2025 | 1025 | Order Granting The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Redacted Documents |
| 22. | 03/13/2025 | 1081 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay). Filed by Interested Partys St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company (Attachments: # 1 Exhibit A - Syracuse Transcript dated September 28, 2023 # 2 Exhibit B - Rockville Transcript dated December 19, 2023 # 3 Exhibit C - New Orleans Transcript dated September 30, 2020) |

4

LMI'S STATEMENT OF ISSUES ON APPEAL

| | | | |
|---|---|---|---|
| 23. | 03/13/2025 | 1083 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay, 1021 Notice of Hearing). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Declaration of Barron L. Weinstein in support thereof # 2 Declaration of Daniel C. Zamora in support thereof # 3 Certificate of Service) |
| 24. | 03/20/2025 | 1097 | Reply / The Official Committee of Unsecured Creditors' Reply Brief in Support of an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1081 Objection, 1083 Opposition Brief/Memorandum). Filed by The Official Committee of Unsecured Creditors |
| 25. | 03/25/2025 | | **DOCKET TEXT ORDER** (no separate order issued:) For the March 27, 2025 hearing on the OCC Motion for Relief From Stay, the court will begin with some questions regarding the Coordinated Proceedings, and in particular matters presented to the presiding judge on January 22, 2025, and will pose questions to state court counsel for the Debtor and counsel for the Plaintiffs for the two matters that are the subject of the Motion if they attend the hearing. Then each side will have thirty minutes for argument on the Motion, with counsel for the OCC to argue first and be expected to reserve time for rebuttal and counsel for the Debtor and the Insurers who have joined the opposition to share their thirty minutes as they decide. |
| 26. | 03/27/2025 | | MINUTES: Hearing Held. Appearances: James Stang for The Official Committee of Unsecured Creditors; Ori Katz for Debtor; Daniel Zamora Special Litigation Counsel for Debtor; Vince Finaldi Sate Court Counsel for Survivor Plaintiff; Richard Simons State Court Counsel for Survivor Plaintiff; Patrick Maxcy for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company; Blaise Curet for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, and Jesse Bair Special Insurance Counsel for the Official Committee of Unsecured Creditors. The matter is taken under advisement and stands submitted. |
| 27. | 03/27/2025 | 1112 | PDF with attached Audio File. Court Date & Time [ 3/27/2025 1:30:00 PM ]. |
| 28. | 04/10/2025 | 1138 | Memorandum Decision on Motion for Relief from Stay |
| 29. | 04/10/2025 | 1139 | Order Granting in Part Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 30. | 04/15/2025 | 1144 | Transcript regarding Hearing Held 3/27/2025 RE: Motion Hearing. |

Case: 23-30564    Doc# 1372    Filed: 09/30/25    Entered: 09/30/25 16:34:11    Page 5 of 15

| | | | |
|---|---|---|---|
| 31. | 08/07/2025 | 1285 | Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order) |
| 32. | 08/07/2025 | 1286 | Notice of Hearing (RE: related document(s)1285 Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 9/4/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 33. | 08/07/2025 | 1287 | Request To Take Judicial Notice and Supporting Evidence in support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 34. | 08/07/2025 | 1288 | Declaration of Fr. Patrick Summerhays in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 35. | 08/14/2025 | 1292 | Certificate of Service re: Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285], [Proposed] Order Granting Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285-1], Notice of Hearing on Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1286], Request for Judicial Notice and Supporting Evidence in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1287] and Declaration of Fr. Patrick Summerhays in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1288] Filed by Other Prof. Omni Agent Solutions, Inc. |
| 36. | 08/15/2025 | 1293 | Joinder / The Official Committee of Unsecured Creditors' Joinder to the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) |
| 37. | 08/21/2025 | 1302 | Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document). Filed by Interested Party Century Indemnity |

| | | | Company (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C) |
|---|---|---|---|
| 38. | 08/21/2025 | 1303 | Joinder Interstate Insurers' and Appalachian's Joinder to Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document, 1302 Objection). Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company |
| 39. | 08/25/2025 | 1304 | Certificate of Service (RE: related document(s)1303 Joinder). Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company |
| 40. | 08/26/2025 | 1305 | Notice Regarding Amended Exhibit in support of Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order)). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 41. | 08/28/2025 | 1311 | Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) 1285 Motion to Approve Document, 1302 Objection, 1303 Joinder),.Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 42. | 08/28/2025 | 1312 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1311 Reply). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - 7-23-2025 RCBS Transcript # 2 Exhibit B - 8-15-2025 RCBSR Transcript) |
| 43. | 08/28/2025 | 1315 | Reply / The Official Committee of Unsecured Creditors' Reply in Support of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document, 1302 Objection). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Attachments: # 1 Certificate of Service) |
| 44. | 08/29/2025 | 1318 | Status Conference Statement for September 4, 2025, Status Conference Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 45. | 09/02/2025 | | **DOCKET TEXT ORDER** (no separate order issued:) Granted The court has considered the Motion To Approve Compromise, etc (Dkt 1285), the Objection and Joinder (Dkts 1302 & 1303) and the Replies by Debtor and the OCC (Dkts 1311 & 1315). It |

| | | | |
|---|---|---|---|
| | | | is worthy of note that not a single abuse claimant whose action will remain stayed has objected. The motion is well-taken, easily satisfies the A & C test by considering and weighing the factors, as the court does independently here, and represents a needed, good faith settlement of a bona-fide dispute. The objectors, assuming they even have standing, have shown no meaningful prejudice. The OCC did not unilaterally select the test cases. What other courts have done in similar cases is interesting but not controlling. The demand letters, if they even would be prohibited by the automatic stay, which is far from clear, are to some extent pass-throughs from the debtor as a conduit to the insurers, who cannot be surprised or harmed by them. All other objections are OVERRULED and the matter is DROPPED from the **September 4** calendar. The 14-day stay is waived. Debtor should serve and upload an appropriate order GRANTING the motion for the reasons stated in it and in this docket text order. (RE: related document(s)1285 Motion to Approve Document filed by Debtor The Roman Catholic Archbishop of San Francisco) |
| 46. | 09/04/2025 | 1321 | Status Conference Statement / The Official Committee of Unsecured Creditors' Status Conference Statement for September 4, 2025, Status Conference Filed by The Official Committee of Unsecured Creditors |
| 47. | 09/4/2025 | 1322 | PDF with attached Audio File of the September 4, 2025 Hearing |
| 48. | 09/15/2025 | 1331 | Notice Regarding Fully Executed Stipulation by and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants (RE: related document(s)1285 Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order)). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 49. | 09/16/2025 | 1341 | Notice of Appeal and Statement of Election, Fee Amount $ 298. (RE: related document(s) Judge Docket Order). Transmission of Record to District Court due by **10/16/2025**. Filed by Interested Party Century Indemnity Company |
| 50. | 09/16/2025 | 1342 | Motion to Stay Pending Appeal (RE: related document(s)1341 Notice of Appeal and Statement of Election filed by Interested Party Century Indemnity Company). Filed by Interested Party Century Indemnity Company |
| 51. | 09/16/2025 | 1343 | Notice of Appeal and Statement of Election, Fee Amount $ 298. (RE: related document(s) Judge Docket Order). Transmission of Record to District Court due by **10/16/2025**. Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance |

| | | | Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation |
|---|---|---|---|
| 52. | 09/16/2025 | 1344 | Notice of Appeal and Statement of Election, Fee Amount $ 298. (RE: related document(s) Judge Docket Order). Transmission of Record to District Court due by **10/16/2025**. Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 53. | 09/17/2025 | 1345 | Transcript regarding Hearing Held 9/4/2025 RE: Motion Hearing. |
| 54. | 09/17/2025 | 1346 | Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay (Related Doc # 1285) |
| 55. | 09/17/2025 | | **DOCKET TEXT ORDER** (no separate order issued:) Certain insurers filed a Motion For Stay Pending Appeal (Dkt 1342) on September 16, 2005. Debtor should, and the Official Committee of Unsecured Creditors may, file any opposition to that Motion no later than **September 30, 2025**. No reply should be filed. The court will consider the matter and issue an order or set the matter for hearing, as it deems appropriate |
| 56. | 09/22/2025 | 1349 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Ori Katz, Alan H. Martin, Jeannie Kim, Alan H. Martin, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Gillian Nicole Brown, Debra I. Grassgreen, John W. Lucas, Timothy W. Burns, Jesse J. Bair, Brian P. Cawley, Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Blaise S. Curet, Robin D. Craig, Jeff D. Kahane, Russell W. Roten, Nathan Reinhardt, Timothy Evanston, Catalina J. Sugayan, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Matthew C. Lovell, Christina M. Lincoln, Melissa M. DAlelio, Taylore E. Karpa Schollard: Attorney for Appellee(s) Mark D. Plevin, Miranda H. Turner, Jordan A. Hess, Alexander Potente, Jason Chorley, Joshua Haevernick, Patrick C. Maxcy, Andrew D. Telles Wyatt: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. (RE: related document(s)1341 Notice of Appeal and Statement of Election) filed by Interested Party Pacific Indemnity Company, Interested Party Century Indemnity Company, Interested Party Westchester Fire Insurance Company |
| 57. | 09/22/2025 | 1350 | Courts Certificate of Mailing. Number of notices mailed: 42 (RE: related document(s) Judge Docket Order, 1341 Notice of Appeal and Statement of Election, 1342 Motion to Stay Pending Appeal ). |
| 58. | 09/22/2025 | 1351 | Amended Courts Certificate of Mailing. Number of notices mailed: 42 (RE: related document(s) Judge Docket Order, 1341 Notice of Appeal and Statement of |

| | | | |
|---|---|---|---|
| | | | Election, 1342 Motion to Stay Pending Appeal, 1346 Order on Motion to Approve Document). |
| 59. | 09/22/2025 | 1352 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney, Mikayla E. Kutsuris, Ori Katz, Alan H. Martin, Barron L. Weinstein, Kevin L. Cifarelli, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Timothy W. Burns, Jesse J. Bair, Mark D. Plevin, Miranda H. Turner, Jordan A. Hess, Alexander E. Potente, Jason J. Chorley, Catalina J. Sugayan, Russell W. Roten, Jeff D. Kahane, Nathan Reinhardt, Timothy W. Evanston, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Joshua Haevernick, Patrick C. Maxey: Attorney for Appellee(s) Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Blaise S. Curet, Robin D. Craig, Mathew C. Lovell, Christina M. Lincoln, Melissa M. D Alelio, Taylore E. Karpa Schollard: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. |
| 60. | 09/22/2025 | 1353 | Courts Certificate of Mailing. Number of notices mailed: 39 (RE: related document(s) Judge Docket Order, 1343 Notice of Appeal and Statement of Election, 1346 Order on Motion to Approve Document). |
| 61. | 09/22/2025 | 1354 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney, Mikayla E. Kutsuris, Ori Katz, Alan H. Martin, Jeannie Kim, Amanda L. Cottrell, Barron L. Weinstein, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Gillian Nicole Brown, Debra I. Grassgreen, John W. Lucas, Timothy W. Burns, Jesse J. Bair, Brian P. Cawley, Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Matthew C. Lovell, Blaise S. Curet, Robin D. Craig, Christina M. Lincoln, Melissa M. DAlelio, Taylore E. Karpa, Michele N. Detheraage, Joshua Haevernick, Patrick C. Maxey, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Kelsey L. Campbell, Karen Barth Menzies, Richard E. Donahoo, Justin Felton, Jeff Anderson , Clayton Hinrichs, Jennifer Stein, Michael Finnegan, Joseph C. George, Andy LeClair, Jennifer R. Liakos, Vince W. Finaldi, Dennis C. Reich, Robert J. Binstock, Ben Black, Andrew Holcomb, Sandra Ribera Speed, Adam P. Slater, Ryan Camastra, Robert W. Thompson, R. Lewis Van Blois, Devin Storey: Attorney for Appellee(s) Russell W. Roten, Jeff D. Kahane, Nathan Reinhardt, Timothy W. Evanston, Catalina J. Sugayan, Michael Norton, Yongli Yang: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. |
| 62. | 09/22/2025 | 1355 | Courts Certificate of Mailing. Number of notices mailed: 64 (RE: related document(s) Judge Docket Order, 1344 Notice of Appeal and Statement of Election, 1346 Order on Motion to Approve Document). |

10

| Item | Date | Dkt | Description |
|---|---|---|---|
| 63. | 09/30/2025 | 1368 | Brief/Memorandum in Opposition to Insurer's Motion for Stay Pending Appeal (RE: related document(s)1342 Motion to Stay Pending Appeal). Filed by Debtor The Roman Catholic Archbishop of San Francisco |

### Items from Adversary Proceeding Case, Case No. 25-ap-03019

| Item | Date | Dkt | Description |
|---|---|---|---|
| 64. | 04/28/2025 | 1 | Complaint Seeking Declaratory And Injunctive Relief Under Bankruptcy Code Sections 105(a) And 362 That The Automatic Stay Extends To All State Court Cases In Which Debtor Is Named As A Defendant And As To All Cases In Which A Non-Debtor Affiliate Is Named As A Defendant |
| 65. | 05/29/2025 | 7 | Stipulation Permitting the Official Committee of Unsecured Creditors to Intervene Filed by The Official Committee of the Unsecured Creditors |
| 66. | 05/29/2025 | 8 | Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 67. | 05/29/2025 | 9 | Notice of Hearing on Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 (RE: related document(s)8 Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 68. | 05/29/2025 | 10 | Certificate of Service (RE: related document(s)8 Motion Miscellaneous Relief, 9 Notice of Hearing). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 69. | 05/30/2025 | 11 | Order Approving Stipulation Permitting the Official Committee of Unsecured Creditors to Intervene (RE: related document(s)7 Stipulation Referring to Existing Document(s) filed by Creditor Committee The Official Committee of the Unsecured Creditors). |
| 70. | 06/02/2025 | 12 | Certificate of Service re Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8], Memorandum of Points and Authorities in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8-1], Declaration of Paul E. Gaspari in Support of Motion for |

| | | | |
|---|---|---|---|
| | | | Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8-2], Declaration of Barron L. Weinstein in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 Adv. Docket No. 8-3], Notice of Hearing Oon Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 9] and Cover Letter Filed by Interested Party Omni Agent Solutions |
| 71. | 06/12/2025 | 13 | Brief/Memorandum in Opposition to / The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which the Debtor and Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 362 and 105(a) (RE: related document(s)8 Motion Miscellaneous Relief). Filed by Creditor Committee The Official Committee of the Unsecured Creditors |
| 72. | 06/12/2025 | 14 | Declaration of Jesse Bair in Support of The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which the Debtor and Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 362 and 105(a) (RE: related document(s)13 Opposition Brief/Memorandum). Filed by Creditor Committee The Official Committee of the Unsecured Creditors |
| 73. | 06/12/2025 | 15 | Request To Take Judicial Notice / Request for Judicial Notice in Support of The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay |
| 74. | 06/12/2025 | 16 | Request To Take Judicial Notice / Request for Judicial Notice in Support of The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay |
| 75. | 06/13/2025 | 17 | Stipulation, Staying State Court Litigation Against High School Defendants Filed by Creditor Committee The Official Committee of the Unsecured Creditors |
| 76. | 06/19/2025 | 18 | Reply in Support of Motion for Entry of an Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 (RE: related document(s)13 Opposition Brief/Memorandum). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |

| | | | |
|---|---|---|---|
| 77. | 06/20/2025 | 19 | Order Approving Stipulation Staying State Court Litigation Against High School Defendants (RE: related document(s)17 Stipulation for Miscellaneous Relief filed by Creditor Committee The Official Committee of the Unsecured Creditors) |
| 78. | 06/26/2025 | 20 | Certificate of Service re: Reply in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 18] and Cover Letter Filed by Interested Party Omni Agent Solutions |
| 79. | 06/24/2025 | | Hearing Continued (RE: related document(s) 1 Complaint). **Hearing scheduled for 07/17/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars** |
| 80. | 7/15/2025 | | Hearing Continued. The scheduling conference on 7/17/25 is continued to **8/14/25 at 1:30 p.m.** (RE: related document(s) 1 Complaint). **Hearing scheduled for 08/14/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** |
| 81. | 08/07/2025 | 21 | Stipulation by and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 82. | 08/11/2025 | | Hearing Continued. The scheduling conference is continued to **9/4/25 at 1:30 PM**. (RE: related document(s) 1 Complaint). **Hearing scheduled for 09/04/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars** |
| 83. | 08/26/2025 | 22 | Notice Regarding Amended Exhibit B to Stipulation (RE: related document(s)21 Stipulation Referring to Existing Document(s) filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 84. | 09/04/2025 | | Hearing Continued. (RE: related document(s) 1 Complaint). **Hearing scheduled for 10/23/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars** |
| 85. | 09/04/2025 | | Hearing Held. Motion is taken off calendar; order to follow. (RE: related document(s) 8 Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362) |
| 86. | 09/04/2025 | 23 | PDF with attached Audio File of the September 4, 2025 Hearing |
| 87. | 09/15/2025 | 25 | Notice Regarding Fully Executed Stipulation by and Among the Roman Catholic Archbishop of San Francisco, the Official |

| | | | |
|---|---|---|---|
| | | | Committee of Unsecured Creditors, and the Survivor Defendants (RE: related document(s)8 Motion Miscellaneous Relief filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 88. | 09/17/2025 | 26 | Transcript regarding Hearing Held 9/4/2025 RE: Motion Hearing. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber, 800-257-0885. . Notice of Intent to Request Redaction Deadline Due By **9/24/2025**. Redaction Request Due By **10/8/2025**. Redacted Transcript Submission Due By **10/20/2025**. Transcript access will be restricted through **12/16/2025**. |
| 89. | 09/17/2025 | 27 | Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay (Related Doc # 8) |
| 90. | 09/17/2025 | 28 | Certificate of Service re: Notice of Fully Executed Stipulation By and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 25] and Proposed Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay Filed by Interested Party Omni Agent Solutions |

## **CERTIFICATE REGARDING TRANSCRIPTS PURSUANT TO BANKRUPTCY RULE 8009(b)**

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, made applicable by Rule 6(c)(2)(A) of the Federal Rules of Appellate Procedure, Appellants hereby certify that they have already ordered all the hearing transcripts that they intend to use in their appeal and are not ordering any additional transcripts.

Dated: September 30, 2025

Respectfully submitted,

By: */s/ Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy W. Evanston
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
Email: rroten@skarzynski.com

jkahane@skarzynski.com
nreinhardt@skarzski.com
tevanston@skarzynski.com

-and-

By: */s/ Catalina J. Sugayan*
Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: 312.635.7000
Email: Catalina.Sugayan@clydeco.us
Robert.Sweeney@clydeco.us
Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*