Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
rroten@skarzysnki.com
jkahane@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: 312.635.7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at
Lloyd's, London and Certain London
Market Insurance Companies*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISON

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor. | Case No.: 23-bk-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF APPELLANTS LMI'S STATEMENT OF ISSUES ON APPEAL, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, AND CERTIFICATE REGARDING TRANSCRIPTS** |

I, Timothy Evanston, certify and declare that on September 30, 2025, caused to be served the document titled, "Appellants LMI's Statement Of Issues On Appeal, Designation Of Items To Be Included In The Record On Appeal, And Certificate Regarding Transcripts," to be electronically served on all ECF participants, as set forth on the attached Exhibit A.

Case: 23-30564    Doc# 1373    Filed: 09/30/25    Entered: 09/30/25 17:05:38    Page 1 of 14

Additionally, I caused to be served the above document via first class U.S. Mail to the parties as set forth on the attached Exhibit B.

Dated: September 30, 2025

By: */s/ Timothy Evanston*
Timothy Evanston
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
tevanston@skarzynski.com

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

# Exhibit A

1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
      WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:    (916) 329-7400
   Facsimile:     (916) 329-7435
6  Email:         ppascuzzi@ffwplaw.com
                  jrios@ffwplaw.com
7                 tphinney@ffwplaw.com
                  mkutsuris@ffwplaw.com
8
9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
11    Including Professional Corporations
   Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone:    (415) 434-9100
13 Facsimile:     (415) 434-3947
   Email:         okatz@sheppardmullin.com
14                amartin@sheppardmullin.com

15 Attorneys for The Roman Catholic Archbishop of
   San Francisco
16
                  UNITED STATES BANKRUPTCY COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
                     SAN FRANCISCO DIVISION
19

20 In re                                  Case No. 23-30564

21 THE ROMAN CATHOLIC ARCHBISHOP
   OF SAN FRANCISCO,
22                                         Chapter 11
                   Debtor and
23                 Debtor in Possession.   Ref. Docket No. 227

24

25                       **LIMITED-SERVICE LIST**
                         **(as of September 30, 2025)**
26

27

28

CASE No. 23-30564
LIMITED-SERVICE LIST

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| Registered ECF User for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Ashley Storey | | | astorey@skarzynski.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>robertw@bindermalter.com |
| *NOA - Attorneys for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Valerie Bantner Peo, Esq<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-3493 | 415-227-0900 | vbantnerpeo@buchalter.com |
| Registered ECF User | Burns Bair LLP | Jesse Bair<br>Timothy Burns<br>Brian P Cawley | | jbair@burnsbair.com<br>aturgeon@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com<br>bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Holy Cross Catholic Cemeteries | Daniel Lloyd Egan | | | degan@wilkefleury.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com; patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond Attn: Christopher Johnson 909 Fannin, Ste 3700 Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson 355 S Grand Ave, Ste 2450 Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten 865 S Figueroa St, Ste 3100 Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com TWEvanston@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher 823 Sonoma Ave Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061 West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey 2869 India St San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Thomas Phinney Attn: Jason Rios Attn: Mikayla E Kutsuris 500 Capitol Mall, Ste 2250 Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com tphinney@ffwplaw.com jrios@ffwplaw.com mkutsuris@ffwplaw.com docket@ffwplaw.com |
| Debtors' Counsel, Registered ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi Attn: Jason Rios | | ppascuzzi@ffwplaw.com jrios@ffwplaw.com docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann 605 Market St, Ste 1103 San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz 3 Park Plz, Ste 1700 Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397 Atlanta, GA 30374 | | |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun 1717 Pennsylvania Ave, NW, Ste 650 Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq. Just Law Collaborative 210 Washington St N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Interested Party LL John Doe JU | Jennifer R Liakos | | | jenn@jennliakoslaw.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| Registered ECF User on behalf of Archbishop Riordan High School | Julie H. Rome-Banks | | | julie@bindermalter.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Creditor Daniel Eichhorn | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| *NOA - Counsel for Tracy Hope Davis, the United States Trustee for Region 17; registered ECF User | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | Greg.Powell@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |

Roman Catholic Archbishop of San Francisco
Limited Service List

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com<br>jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| Registered ECF User on behalf of Interested Party St. Paul Fire and Marine Insurance Co. | Samantha Ruben | | | samantha.ruben@dentons.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, (Case No. 23-30564)    Case: 23-30564    Doc# 1369    Filed: 09/30/25    Entered: 09/30/25 14:12:01    Page 5 of 6

Case: 23-30564    Doc# 1373    Filed: 09/30/25    Entered: 09/30/25 17:05:58    Page 8 of 14

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston<br>Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| *NOA - Counsel for Interested Party First State Insurance Company , Registered ECF User | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | 949-442-1515 | mellison@sehlaw.com<br>kfoster@sehlaw.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M. Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | | Katie.Rios@wbd-us.com |

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, (Case No. 23-30564) Case: 23-30564   Doc# 1369   Filed: 09/30/25   Entered: 09/30/25 14:12:01   Page 6 of 6

Case: 23-30564   Doc# 1373   Filed: 09/30/25   Entered: 09/30/25 17:05:58   Page 9 of 14

# Exhibit B

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
Paul J. Pascuzzi, Jason E. Rios,
Thomas R. Phinney, Mikayla E. Kutsuris,
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

**Sheppard, Mullin, Richter & Hampton LLP**
Ori Katz, Alan H. Martin, Jeannie Kim
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**Sheppard, Mullin, Richter & Hampton LLP**
Amanda L. Cottrell
2200 Ross Avenue, 20th Floor
Dallas, TX 75201

**Blank Rome, LLP**
Barron Weinstein
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

**Pachulski Stang Ziehl & Jones LLP**
James I. Stang, Brittany M. Michael,
Gail S. Greenwood, Gillian Nicole Brown,
Debra I. Grassgreen, John W. Lucas
10100 Santa Monica Boulevard, Suite 1300
Los Angeles, CA 90067

**Burns Bair LLP**
Timothy W. Burns, Jesse Bair,
Brian P. Cawley
10 East Doty Street, Suite 600
Madison, WI 53703-3392

**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, Matthew M. Weiss,
Matthew G. Roberts
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308

**Parker, Hudson, Rainer & Dobbs LLP**
**Todd C. Jacobs, John E. Bucheit,**
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606

**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
Matthew C. Lovell
101 Montgomery Street, Suite 2300
San Francisco, CA 94104

1

Case: 23-30564    Doc# 1373    Filed: 09/30/25    Entered: 09/30/25 17:05:11    Page 11 of 14

**Sinnott, Puebla, Campagne & Curet, APLC**
Blaise S. Curet
2000 Powell Street, Suite 830
Emeryville, CA 94608

**Law Office of Robin D. Craig**
Robin D. Craig
6114 La Salle Ave., No. 517
Oakland, CA 94611

**Robins Kaplan LLP**
Christina M. Lincoln
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

**Robins Kaplan LLP**
Melissa M. D'Alelio, Taylore Karpa Schollard,
Michele N. Detherage
800 Boylston Street, Suite 2500
Boston, MA 02199

**Dentons US LLP**
Joshua Haevernick, Patrick C. Maxcy
1999 Harrison Street, Suite 1300
Oakland, CA 94612

**Smith Ellison**
Michael W. Ellison
2151 Michelson Drive, Suite 185
Irvine, CA 92612

**Ruggeri Parks Weinberg LLP**
Joshua D. Weinberg, Annette P. Rolain
1875 K Street Northwest, Suite 800
Washington, D.C. 20006

**Boucher LLP**
Kelsey L. Campbell
555 Montgomery St., Suite 1205
San Francisco, CA 94111

**KBM Law**
Karen Barth Menzies
6701 Center Dr W, Ste 1400
Los Angeles CA 90045

2

**Donahoo & Associates, PC**
Richard E. Donahoo
440 W 1st St, Ste 101
Tustin, CA 92780

**Herman Law**
Justin Felton
24151 Ventura Blvd, Suite 230
Calabasas, CA 91302

**Jeff Anderson & Associates**
Jeff Anderson, Clayton Hinrichs,
Jennifer Stein, Michael Finnegan
12011 San Vincente Blvd, Suite 700
Los Angeles, CA 90049

**Joseph C. George, Jr. Law**
Joseph Charles George
601 University Ave., Suite 270
Sacramento, CA 95825

**Ketterer, Browne & Associates**
Andy LeClair
336 S. Main Street
Bel Air, MD 21014

**Liakos Law, APC**
Jennifer R. Liakos
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274

**Manly, Steward, & Finaldi**
Vince W. Finaldi
19100 Von Karman Ave., Suite 80
Irvine, CA 92612

**Reich & Binstock LLP**
Dennis C. Reich, Robert J. Binstock
Ben Black, Andrew Holcomb
4265 San Felipe, Suite 1000
Houston, TX 77027

**Ribera Law Firm**
Sandra Ribera Speed
157 West Portal Avenue, Suite 2
San Francisco, CA 94127

**Slater Slater Schulman LLP**
Adam P. Slater
488 Madison Avenue, 20th Floor
New York NY 10022

**Slater Slater Schulman LLP**
Ryan A. Camastra
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211

**Thompson Law Office, PC**
Robert W. Thompson
700 Airport Boulevard, Suite 160
Burlingame, CA 94010

**Van Blois & Associates**
R. Lewis Van Blois
7677 Oakport St., Suite 565
Oakland, CA 94621

**The Zalkin Law Firm, P.C.**
Devin Storey
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130

Case: 23-30564    Doc# 1373    Filed: 09/30/25    Entered: 09/30/25 17:05:39    Page 14 of 14