Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
rroten@skarzysnki.com
jkahane@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yaang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's,
London and Certain London Market
Companies*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION (PROTECTIVE SUPPLEMENT TO PREVIOUS NOTICE OF APPEAL)** |

## PRELIMINARY STATEMENT

On September 16, 2025, Certain Underwriters at Lloyd's, London and Certain London Market Companies ("LMI")[1] filed a Notice of Appeal and Statement of Election [Docket No. 1344] ("Notice of Appeal") from the Bankruptcy Court's Docket Text Order entered on September 2, 2025 (attached

---

[1] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

as Exhibit A to the Notice of Appeal). The Docket Text Order provided, *inter alia*, that the "Debtor should serve and upload an appropriate order GRANTING the motion for the reasons stated in it and in this docket text order." On September 17, 2025, the Bankruptcy Court entered its Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1346] ("September 17 Order") which granted the relief "as set forth in the [Debtor's] Motion and the Court's Docket Text Order dated September 2, 2025." *See* Docket No. 1346 at 2:15-16.

Out of an abundance of caution, LMI now file this Notice of Appeal from the September 17 Order even though it appears that LMI's Notice of Appeal filed on September 16, 2025, is sufficient to appeal from the September 17 Order. *See* Bankruptcy Rule 8002(a)(2) ("A notice of appeal filed after the bankruptcy court announces a decision or order—but before entry of the judgment, order, or decree—is treated as filed on the date of and after the entry").

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): <u>Certain Underwriters at Lloyd's, London and Certain London Market Companies</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe) | ☐ Trustee |
| | ☒ Other (describe) Party In Interest |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken:

   <u>Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1346], attached as **Exhibit A** hereto, formally granting the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay, as</u>

Case: 23-30564   Doc# 1383   Filed: 09/00/25   Entered: 09/00/25 18:50:30   Page 2 of 48

previously announced in the Bankruptcy Court's Docket Text Order entered on September 2, 2025 (attached as Exhibit A to the Notice of Appeal at Docket No. 1344).

2.  State the date in which the judgment – or the appealable order or decree – was entered: September 17, 2025

**Part 3:  Identify the other parties to the appeal[2]**

List the names of all parties to the judgment – or appealable order or decree—from which the appeal is taken and the names, address, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party/Attorney:

The Roman Catholic Archbishop of San Francisco
**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
Jason E. Rios, jrios@ffwplaw.com
Thomas R. Phinney, tphinney@ffwplaw.com
Mikayla E. Kutsuris, mkutsuris@ffwplaw.com
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
(916) 329-7400

**Sheppard, Mullin, Richter & Hampton LLP**
Ori Katz, okatz@sheppardmullin.com
Alan H. Martin, amartin@sheppardmullin.com
Jeannie Kim, jekim@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 434-9100

Amanda L. Cottrell, acottrell@sheppardmullin.com
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
(469) 391-7400

**Blank Rome, LLP**
Barron Weinstein, barron.weinstein@blankrome.com

---

[2] Listed herein as parties to the appeal are certain abuse claimants.  While counsel for these claimants signed the Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants (Docket Nos. 1285, 1331), contact information (email, office address, etc.) was not listed in the signature blocks for counsel.  The addresses listed herein for counsel were found through online searches and are the product of the good faith effort of LMI to find accurate contact information.

2029 Century Park East
Los Angeles, CA 90067
(424) 239-3696

2. Party/Attorney:

The Official Committee of Unsecured Creditors
**Pachulski Stang Ziehl & Jones LLP**
James I. Stang, jstang@pszjlaw.com
Brittany M. Michael, bmichael@pszjlaw.com
Gail S. Greenwood, ggreenwood@pszjlaw.com
Gillian Nicole Brown, gbrown@pszjlaw.com
Debra I. Grassgreen, dgrassgreen@pszjlaw.com
John W. Lucas, jlucas@pszjlaw.com
10100 Santa Monica Boulevard, Suite 1300
Los Angeles, CA 90067
(310) 277-6910

**Burns Bair LLP**
Timothy W. Burns, tburns@burnsbair.com
Jesse Bair, jbair@burnsbair.com
Brian P. Cawley, bcawley@burnsbair.com
10 East Doty Street, Suite 600
Madison, WI
(608) 286-2808

3. Party/Attorney:

Chicago Insurance Company and Fireman's Fund Insurance Company
**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308
(404) 523-5300

Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
(312) 477-3305

**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
Matthew C. Lovell, mlovell@nicolaidesllp.com
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
(415) 745-3779

Case: 23-30564   Doc# 1383   Filed: 09/00/25   Entered: 09/00/25 18:50:30   Page 4 of 48

4. Party/Attorney:   <u>Westport Insurance Corporation f/k/a Employers Reinsurance Corporation</u>
**Sinnott, Puebla, Campaagne & Curet, APLC**
Blaise S. Curet, bcuret@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, CA 94608
(415) 352-6200

**Law Office of Robin D. Craig**
Robin D. Craig, rdcraig@rcraiglaw.com
6114 La Salle Ave., No. 517
Oakland, CA 94611
(510) 549-3310

**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308
(404) 523-5500

Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
(312) 477-3305

5. Party/Attorney:   <u>Appalachian Insurance Company</u>
**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308
(404) 523-5500

Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
(312) 477-3305

**Robins Kaplan LLP**
Christina M. Lincoln, clincoln@robinskaplan.com
2121 Avenue of the Stars, Suite 2800

| | | |
|---|---|---|
| 1 | | Los Angeles, CA 90067 |
| 2 | | (310) 552-0130 |
| 3 | | Melissaa M. D'Alelio, mdalelio@robinskaplan.com |
| | | Taylore E. Karpa Schollard, tkarpa@robinskaplan.com |
| 4 | | Michele N. Detheraage, mdetherage@robinskaplan.com |
| | | 800 Boylston Street, Suite 2500 |
| 5 | | Boston, MA 02199 |
| 6 | | (617) 267-2300 |

6. Party/Attorney:   St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company
**Dentons US LLP**
Joshua Haevernick, Joshua.haevernick@dentons.com
Patrick C. Maxcy, Patrick.maxcy@dentons.com
1999 Harrison Street, Suite 1300
Oakland, CA 94612
(415) 882-5000

7. Party/Attorney:   First State Reinsurance Company and New England Reinsurance Corporation
**Smith Ellison**
Michael W. Ellison, mellison@sehlaw.com
2151 Michelson Drive, Suite 185
Irvine, CA 92612
(949) 442-1500

**Ruggeri Parks Weinberg LLP**
Joshua D. Weinberg, jweinberg@ruggerilaw.com
Annette P. Rolain, arolain@ruggerilaw.com
Washington, D.C. 20006
(202) 984-1400

8. Party/Attorney:   John Doe L.M. and John Doe W.C.D.
**Boucher LLP**
Kelsey L. Campbell, campbell@boucher.la
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
(818) 340-5400

9. Party/Attorney:   John Doe H.M.
**KBM Law**
Karen Barth Menzies, kbm@kbmlaw.com
6701 Center Dr W, Ste 1400
Los Angeles CA 90045
(310) 363-0030

Case: 23-30564   Doc# 1383   Filed: 09/00/25   Entered: 09/00/25 18:50:30   Page 6 of 48

| | | |
|---|---|---|
| 10. Party/Attorney: | | C.M., G.J. and M.R.H. |
| | | **Donahoo & Associates, PC** |
| | | Richard E. Donahoo, rdonahoo@donahoo.com |
| | | 440 W 1st St, Ste 101 |
| | | Tustin, CA 92780 |
| | | (714) 953-1010 |
| | | |
| 11. Party/Attorney: | | G.W. |
| | | **Herman Law** |
| | | Justin Felton, Jfelton@hermanlaw.com |
| | | 24151 Ventura Blvd, Suite 230 |
| | | Calabasas, CA 91302 |
| | | (213) 806-7291 |
| | | |
| 12. Party/Attorney: | | John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053 |
| | | **Jeff Anderson & Associates** |
| | | Jeff Anderson, jeff@andersonadvocates.com |
| | | Clayton Hinrichs, clayton@andersonadvocates.com |
| | | Jennifer Stein, jennifer@andersonadvocates.com |
| | | Michael Finnegan, mike@andersonadvocates.com |
| | | 12011 San Vincente Blvd, Suite 700 |
| | | Los Angeles, CA 90049 (310) 357-2425 |
| | | |
| 13. Party/Attorney: | | Joseph Doe OAK 475 |
| | | **Joseph C. George, Jr. Law** |
| | | Joseph Charles George, jgeorgejr@psyclaw.com |
| | | 601 University Ave., Suite 270 |
| | | Sacramento, CA 95825 |
| | | (916) 623-4914 |
| | | |
| 14. Party/Attorney: | | John Doe A.L.R. and A.D.R. |
| | | **Ketterer, Browne & Associates** |
| | | Andy LeClair |
| | | 336 S. Main Street |
| | | Bel Air, MD 21014 |
| | | (443) 731-0267 |
| | | |
| 15. Party/Attorney: | | LL John Doe WC |
| | | **Liakos Law, APC** |
| | | Jennifer R. Liakos, Jenn@jennliakoslaw.com |
| | | 955 Deep Valley Drive, Suite 3900 |
| | | Palos Verdes Peninsula, CA 90274 |
| | | (310) 961-0066 |

Case: 23-30564   Doc# 1383   Filed: 09/00/25   Entered: 09/00/25 18:50:30   Page 7 of 48

| | |
|---|---|
| 16. Party/Attorney: | John SF-26 Doe<br>**Manly, Steward, & Finaldi**<br>Vince W. Finaldi, vfinaldi@manlystewart.com<br>19100 Von Karman Ave., Suite 80<br>Irvine, CA 92612<br>(949) 252-9990 |
| 17. Party/Attorney: | John PV Roe 554<br>**Reich & Binstock LLP**<br>Dennis C. Reich<br>Robert J. Binstock<br>Ben Black<br>Andrew Holcomb<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>(713) 622-7271 |
| 18. Party/Attorney: | John Doe<br>**Ribera Law Firm**<br>Sandra Ribera Speed, sribera@riberalaw.com<br>157 West Portal Avenue, Suite 2<br>San Francisco, CA 94127<br>(415) 576-1600 |
| 19. Party/Attorney: | John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe<br>**Slater Slater Schulman LLP**<br>Adam P. Slater<br>488 Madison Avenue, 20th Floor<br>New York NY 10022<br>(212) 922-0906<br><br>Ryan A. Camastra, rcamastra@sssfirm.com<br>8383 Wilshire Blvd., Suite 255<br>Beverly Hills, CA 90211<br>(310) 341-2086 |
| 20. Party/Attorney: | John Doe A.D.R. and A.L.R. 7<br>**Thompson Law Office, PC**<br>Robert W. Thompson, bobby@tlopc.com<br>700 Airport Boulevard, Suite 160<br>Burlingame, CA 94010<br>(650) 513-6111 |

| | |
|---|---|
| 21. Party/Attorney: | Jane Doe 7 |
| | **Van Blois & Associates** |
| | R. Lewis Van Blois, main@vanbloislaw.com |
| | 7677 Oakport St., Suite 565 |
| | Oakland, CA 94621 |
| | (510) 635-1284 |
| | |
| 22. Party/Attorney: | John DB Roe SF and John MW Roe SF |
| | **The Zalkin Law Firm, P.C.** |
| | Devin Storey, dms@zalkin.com |
| | 10590 W. Ocean Air Drive, Suite 175 |
| | San Diego, CA 92130 |
| | (800) 477-2989 |

**Part 4:  Optional election to have appeal heard by District Court (applicable only to certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1) a party elects to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5:  Sign Below**

Dated: September 30, 2025                Respectfully submitted,

By:  */s/ Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy W. Evanston
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone:    (213) 721-0650
Email:          rroten@skarzynski.com
                   jkahane@skarzynski.com
                   nreinhardt@skarzski.com
                   tevanston@skarzynski.com

9
NOTICE OF APPEAL

-and-

By: */s/ Catalina J. Sugayan*
Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Email:     Catalina.Sugayan@clydeco.us
           Michael.Norton@clydeco.us
           Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

# Exhibit A

1 | Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086

Signed and Filed: September 17, 2025

2 | Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777

3 | FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS L

4 | 500 Capitol Mall, Suite 2250
Sacramento, CA 95814

5 | Telephone: (916) 329-7400
Facsimile: (916) 329-7435

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6 | Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com

7 | tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

8 |

9 | Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301

10 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership

11 | Including Professional Corporations
Four Embarcadero Center, 17th Floor

12 | San Francisco, California 94111-4109
Telephone: (415) 434-9100

13 | Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com

14 | amartin@sheppardmullin.com

15 | Attorneys for The Roman Catholic Archbishop of
San Francisco

16 | UNITED STATES BANKRUPTCY COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | SAN FRANCISCO DIVISION

19 |

20 | In re

Case No. 23-30564

21 | THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO,

Chapter 11

22 |

23 | Debtor and
Debtor in Possession.

**ORDER GRANTING DEBTOR'S MOTION
TO APPROVE COMPROMISE AND
STIPULATION MODIFYING THE
AUTOMATIC STAY**

24 |

25 | Date: September 4, 2025
Time: 1:30 p.m.

26 | Location: via Zoom
Judge: Hon. Dennis Montali

27 |

28 |

Upon consideration of the motion of the Roman Catholic Archbishop of San Francisco (the "Debtor") (the "Motion") for entry of an order: (1) approving the *Stipulation by and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants* (the "Stipulation") attached hereto as ***Exhibit 1***, all as further described in the Motion; (2) approving the Motion and authorizing the Debtor to take all actions necessary to effectuate the Stipulation; (3) waiving the 14-day stay period imposed by Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") Rule 4001(a)(4); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having authority pursuant to 11 U.S.C. § 362(d) to order relief from the automatic stay as proposed under the terms in the Stipulation; and due and proper notice of the Motion having been provided under the circumstances and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein as set forth in the Motion and the Court's Docket Text Order dated September 2, 2025; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation thereon and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is hereby GRANTED.

2.    The Stipulation attached to this Order as ***Exhibit 1*** is hereby approved pursuant to Bankruptcy Rules 9019, 2002, and 4001.

3.    Subject to the terms and conditions set forth in the Stipulation and to the extent required to implement the Stipulation, the stay imposed under 11 U.S.C. § 362(a) is hereby modified.

4.    Except for the limited purpose of modifying the automatic stay as set forth in the Stipulation, the automatic stay shall otherwise remain in full force and effect.

5.    This Order is effective immediately, the fourteen (14) day stay provision of

CASE NO. 23-30564
ORDER ON MOTION TO APPROVE
COMPROMISE & STIPULATION

Bankruptcy Rule 4001(a)(4) shall not be applicable.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order, in accordance with the Motion and the Stipulation.

7. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**END OF ORDER**

**Exhibit 1**

**Stipulation**

4

Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Amanda L. Cottrell, State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone:     (469) 391-7400
Facsimile:     (469) 391-7401
Email:         acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| Debtor and Debtor in Possession. | Adv No. 25-03019 |
| | **STIPULATION BY AND AMONG THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SURVIVOR DEFENDANTS** |
| The Roman Catholic Archbishop of San Francisco, | Judge:  Hon. Dennis Montali |
| Plaintiff, | Date:   July 17, 2025 |
| | Time:   1:30 p.m. |
| v. | Place:  Zoom.Gov |

1  John DB Roe SF, John Doe H.M, C.M.,
   John Doe SF 1218, Jane Doe SF 2017,
2  John Roe 521, John Roe 663, John Doe
   664, LL John Doe WC, John Doe SF
3  2028, John Doe SF 1510, John Doe, John
   Roe 644, Jane Roe, G.J., M.R.H., John
4  Doe SF 1426, John Doe L.M., John Roe
   457, John Doe A.D.R., John Doe A.L.R.,
5  John Roe 417, John Roe 499, G.W.,
   Joseph Doe OAK 475, John Doe MR
6  1236, Jane Doe 7, John PV Roe 554, John
   Doe F.O., John Doe CLG03522, John Doe
7  SF 1913, Jane Doe SF 1260, John Doe SF
   1026, John Doe SF 1196, Jane Doe SF
8  1200, John Doe SF 1201, Jane Doe SF
   1233, Joseph Doe SF 601, and Jane Doe
9  116,
                Defendants,
10

11      The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee

12  of Unsecured Creditors (the "Committee"), each of the defendants in the above-captioned adversary

13  proceeding that have not previously agreed to stay their cases (the "Survivor Defendants"), and the

14  plaintiffs in the Released State Court Actions (defined below) (the "Plaintiffs"; collectively the

15  Debtor, the Committee, the Survivor Defendants, and the Plaintiffs are the "Parties" and each is a

16  "Party"), stipulate and agree as follows:

17                               **RECITALS**

18      A.    The Debtor filed a voluntary petition with this Court under chapter 11 of the

19  Bankruptcy Code on August 21, 2023 (the "Petition Date"), which chapter 11 case No. 23-30564

20  (the "Bankruptcy Case") is pending before the Bankruptcy Court for the Northern District of

21  California (the "Bankruptcy Court").

22      B.    The Office of the United States Trustee appointed the Committee on September 1,

23  2023, pursuant to 11 U.S.C. § 1102.

24      C.    In October 2019, Governor Gavin Newsom signed AB 218, known as the California

25  Child Victims Act (the "CVA"), which expanded legal protections for survivors of child sexual

26  abuse ("Survivors"). The CVA went into effect on January 1, 2020, opening a three-year "revival

27  window" during which any Survivor could file civil claims regardless of when the abuse occurred.

28

4923-6870-5876.1 05068.002                        2                                      STIPULATION

D.     During the CVA's revival window, approximately 541 Survivors filed civil actions against the Debtor, virtually all of which have been consolidated (along with other Northern California clergy cases naming other defendants) into a coordinated proceeding entitled *In re Northern California Clergy Cases*, JCCP No. 5108 in the Superior Court of California, County of Alameda (the "State Court").

E.     Thirty-nine of those actions include as named defendants at least one of the non-Debtor affiliates listed on *Exhibit A* (the "Non-Debtor Affiliates"). These actions are identified in *Exhibit B* (collectively, the "Affiliate State Court Actions").

F.     On April 28, 2025, the Debtor initiated the above-captioned adversary proceeding by filing a complaint for declaratory and injunctive relief that would prevent all the Affiliate State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

G.     On May 29, 2025, the Debtor and the Committee stipulated that the Committee is permitted to appear, be heard, and intervene, which was approved by the Court [Adv. Pro. ECF Nos. 7, 11].

H.     On May 29, 2025, the Debtor filed a *Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* along with supporting declarations and exhibits [Adv. Pro. ECF No. 8] (the "Injunction Motion"), seeking both a declaration that the automatic stay extends to all Affiliate State Court Actions and, in the alternative, an injunction that would prevent all Affiliate State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

I.     On June 12, 2025, the Committee filed an *Opposition* and supporting documents to the Injunction Motion [Adv. Pro. ECF Nos. 13-15].

J.     On June 13, 2025, the Debtor and the Committee stipulated to a voluntary stay of the Affiliate State Court Actions naming the High Schools as defendants, which was approved by the Court [Adv. Pro. ECF Nos. 17, 19].

K.     On June 20, 2025, the Debtor filed a *Reply* to the Injunction Motion [Adv. Pro. ECF No. 18].

4923-6870-5876.1 05068.002

3

STIPULATION

L.      On June 24, 2025, the Debtor and the Committee agreed to continue the court hearing on the Injunction Motion from June 26, 2025 until July 17, 2025 at 1:30 p.m.

///

## **STIPULATION**

1.      The above recitals are incorporated by reference.

2.      Subject to Paragraph 3, the Parties agree to a stipulated injunction pursuant to 11 U.S.C. § 105(a), enjoining prosecution of the Affiliate State Court Actions, including against the Non-Debtor Affiliates named therein (the "Stipulated Stay Injunction").

3.      Attached as ***Exhibit C*** is a list identifying 5 state court actions (the "Released State Court Actions") to be released from the Stipulated Stay Injunction that shall proceed to trial, subject to the following terms:

a.      The Plaintiffs may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants.

b.      The Debtor is authorized to pay reasonable defense fees and costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

c.      Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Affiliate. Nothing in this Stipulation should be construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies, or the assets of any defendant that is not the Debtor or a Non-Debtor Affiliate or the enforcement of such lien.

d.      No Plaintiff may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

4.     The Parties agree that all Survivors (regardless of whether their claims are selected as Released State Court Actions) may make written settlement demands on the Debtor and any non-Debtor defendant(s) and request that the Debtor and any non-Debtor defendant(s) tender those demands on their respective insurers and request that the insurers pay those demands. The Parties further agree that such demands are not a violation of the Stipulated Stay Injunction or the stay imposed by 11 U.S.C. § 362(a).

5.     Except as provided in Paragraphs 3, nothing in this Stipulation provides for the modification or vacatur of the automatic stay imposed by 11 U.S.C. § 362(a).

6.     Nothing in this Stipulation is an admission by any Party as to the allegations in the Injunction Motion or any opposition or reply filed thereto, or the merits of any of the issues raised therein.

7.     Any Party may request that the Bankruptcy Court modify or rescind the Stipulated Stay Injunction, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Plaintiff/Survivor, or by the Court upon a showing of extraordinary circumstances. The requesting party must give the Debtor and the Committee at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing. In connection with such a request, nothing in this Stipulation modifies the Parties' respective burdens of proof that they bore in relation to the Injunction Motion.

8.     The Parties request that the Court approve this Stipulation and enter the proposed order attached hereto as *Exhibit 1*.

Dated:  July ___, 2025          **FELDERSTEIN FITZGERALD**
                                **WILLOUGHBY PASCUZZI & RIOS LLP**

                                By */s/ Paul J. Pascuzzi*
                                Paul J. Pascuzzi
                                *Attorney for Debtor and Debtor in Possession*
                                *The Roman Catholic Archbishop of San Francisco*

Dated:  July ___, 2025          **PACHULSKI STANG ZIEHL & JONES LLP**

By /s/ Brittany M Michael

James I. Stang
Brittany M. Michael
Gail S. Greenwood
*Counsel for the Official Committee of*
*Unsecured Creditors*

Dated: July 25, 2025        **BOUCHER LLP**

By

Kelsey Campbell, Esq.
*Counsel for John Doe L.M. and John Doe W.C.D.*

Dated: July __, 2025        **KBM LAW**

By

Karen Barth Menzies, Esq.
*Counsel for John Doe H.M.*

Dated: July __, 2025        **DONAHOO & ASSOCIATES, PC**

By

Richard E. Donahoo, Esq.
*Counsel for C.M., G.J., and M.R.H.*

Dated: July __, 2025        **HERMAN LAW**

By

Justin Felton, Esq.
*Counsel for G.W.*

Dated: July __, 2025        **JEFF ANDERSON & ASSOCIATES**

By

Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017,*
*John Doe SF 1510, John Doe SF 2028, John Doe SF*
*1426, John Doe MR 1236, Jane Doe SF 1260, and*
*Jane Doe SF 1053*

By /s/ Brittany M Michael
    James I. Stang
    Brittany M. Michael
    Gail S. Greenwood
    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Dated:  July __, 2025         **BOUCHER LLP**

                    By_____
    Kelsey Campbell, Esq.
    *Counsel for John Doe L.M. and John Doe W.C.D.*

Dated:  July __, 2025         **KBM LAW**

                    By_____
    Karen Barth Menzies, Esq.
    *Counsel for John Doe H.M.*

Dated:  ~~July~~ August 6, 2025         **DONAHOO & ASSOCIATES, PC**

                    By_____
    Richard E. Donahoo, Esq.
    *Counsel for C.M., G.J., and M.R.H.*

Dated:  July __, 2025         **HERMAN LAW**

                    By_____
    Justin Felton, Esq.
    *Counsel for G.W.*

Dated:  July __, 2025         **JEFF ANDERSON & ASSOCIATES**

                    By_____
    Jennifer Stein, Esq.
    *Counsel for John Doe SF 1218, Jane Doe SF 2017,*
    *John Doe SF 1510, John Doe SF 2028, John Doe SF*
    *1426, John Doe MR 1236, Jane Doe SF 1260, and*
    *Jane Doe SF 1053*

4923-6870-5876.1 05068.002            6                    Stipulation

By /s/ Brittany M Michael
    James I. Stang
    Brittany M. Michael
    Gail S. Greenwood
    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Dated: July __, 2025    **BOUCHER LLP**

    By_____
    Kelsey Campbell, Esq.
    *Counsel for John Doe L.M. and John Doe W.C.D.*

Dated: July __, 2025    **KBM LAW**

    By_____
    Karen Barth Menzies, Esq.
    *Counsel for John Doe H.M.*

Dated: July __, 2025    **DONAHOO & ASSOCIATES, PC**

    By_____
    Richard E. Donahoo, Esq.
    *Counsel for C.M., G.J., and M.R.H.*

Dated: July _29_, 2025    **HERMAN LAW**

    By_____
    Justin Felton, Esq.
    *Counsel for G.W.*

Dated: July __, 2025    **JEFF ANDERSON & ASSOCIATES**

    By_____
    Jennifer Stein, Esq.
    *Counsel for John Doe SF 1218, Jane Doe SF 2017,*
    *John Doe SF 1510, John Doe SF 2028, John Doe SF*
    *1426, John Doe MR 1236, Jane Doe SF 1260, and*
    *Jane Doe SF 1053*

By _(signature)_
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017,*
*John Doe SF 1510, John Doe SF 2028, John Doe SF*
*1426, John Doe MR 1236, Jane Doe SF 1260, and*
*Jane Doe SF 1053*

Dated: July 22, 2025     **JOSEPH C. GEORGE, JR. LAW**
By _(signature)_
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025     **KETTERER, BROWNE & ASSOCIATES**
By_____
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025     **LIAKOS LAW, APC**
By_____
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July 22, 2025     **MANLY, STEWART, & FINALDI**
By _(signature)_
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025     **REICH & BINSTOCK, LLP**
By_____

*Counsel for John PV Roe 554*

Dated: July __, 2025     **RIBERA LAW FIRM**
By_____
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025     **SLATER SLATER SCHULMAN LLP**
By_____

7

4923-6870-5876.1 05068.002

STIPULATION

| 1 | Dated: July ___, 2025 | **JOSEPH C. GEORGE, JR. LAW** |

1    Dated: July ___, 2025        **JOSEPH C. GEORGE, JR. LAW**

2

By_____

3                                    Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

4

5    Dated: July 29, 2025        **KETTERER, BROWNE & ASSOCIATES**

6

By_____
Andy LeClair, Esq.

7                                    *Counsel for John Doe A.L.R. and A.D.R.*

8    Dated: July ___, 2025        **LIAKOS LAW, APC**

9

By_____

10                                  Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

11   Dated: July ___, 2025        **MANLY, STEWART, & FINALDI**

12

By_____

13                                  Vince Finaldi
*Counsel for John SF-26 Doe*

14

15   Dated: July ___, 2025        **REICH & BINSTOCK, LLP**

16

By_____

17                                  *Counsel for John PV Roe 554*

18   Dated: July ___, 2025        **RIBERA LAW FIRM**

19

By_____

20                                  Sandra Ribera Speed, Esq.
*Counsel for John Doe*

21   Dated: July ___, 2025        **SLATER SLATER SCHULMAN LLP**

22

By_____

23                                *Counsel for John Roe 521, John Roe 644, John Roe
457, John Roe 417, John Roe 499, John Roe 663,
John Roe 664, Jane Roe*

24

25

26   Dated: July ___, 2025        **THOMPSON LAW OFFICE, PC**

27

By_____

28                                Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

1   Dated: July __, 2025           **JOSEPH C. GEORGE, JR. LAW**

2                             By_____

3                                Joseph George, Jr., Esq.
                             *Counsel for Joseph Doe OAK 475*

4

5   Dated: July __, 2025           **KETTERER, BROWNE & ASSOCIATES**

6                             By_____

7                                Andy LeClair, Esq.
                             *Counsel for John Doe A.L.R. and A.D.R.*

8   Dated: July 29, 2025           **LIAKOS LAW, APC**

9                             By_____

10                              Jennifer Liakos, Esq.
                             *Counsel for LL John Doe WC*

11   Dated: July __, 2025           **MANLY, STEWART, & FINALDI**

12                             By_____

13                              Vince Finaldi
                             *Counsel for John SF-26 Doe*

14

15   Dated: July __, 2025           **REICH & BINSTOCK, LLP**

16                             By_____

17                              *Counsel for John PV Roe 554*

18   Dated: July __, 2025           **RIBERA LAW FIRM**

19                             By_____

20                              Sandra Ribera Speed, Esq.
                             *Counsel for John Doe*

21   Dated: July __, 2025           **SLATER SLATER SCHULMAN LLP**

22                             By_____

23                              *Counsel for John Roe 521, John Roe 644, John Roe*

24                              *457, John Roe 417, John Roe 499, John Roe 663,*
                             *John Roe 664, Jane Roe*

25

26   Dated: July __, 2025           **THOMPSON LAW OFFICE, PC**

27                             By_____

28                              Robert Thompson, Esq.
                             *Counsel for John Doe A.D.R. and A.L.R.*

| | |
|---|---|
| 1 | Dated: July __, 2025 | **JOSEPH C. GEORGE, JR. LAW** |
| 2 | | By_____ |
| 3 | | Joseph George, Jr., Esq. |
| | | *Counsel for Joseph Doe OAK 475* |
| 4 | | |
| 5 | Dated: July __, 2025 | **KETTERER, BROWNE & ASSOCIATES** |
| 6 | | By_____ |
| | | Andy LeClair, Esq. |
| 7 | | *Counsel for John Doe A.L.R. and A.D.R.* |
| 8 | Dated: July __, 2025 | **LIAKOS LAW, APC** |
| 9 | | By_____ |
| 10 | | Jennifer Liakos, Esq. |
| | | *Counsel for LL John Doe WC* |
| 11 | Dated: July __, 2025 | **MANLY, STEWART, & FINALDI** |
| 12 | | By_____ |
| 13 | | Vince Finaldi |
| | | *Counsel for John SF-26 Doe* |
| 14 | Dated: July 30th, 2025 | **REICH & BINSTOCK, LLP** |
| 15 | | By_____ |
| 16 | | |
| 17 | | *Counsel for John PV Roe 554* |
| 18 | Dated: July __, 2025 | **RIBERA LAW FIRM** |
| 19 | | By_____ |
| | | Sandra Ribera Speed, Esq. |
| 20 | | *Counsel for John Doe* |
| 21 | Dated: July __, 2025 | **SLATER SLATER SCHULMAN LLP** |
| 22 | | By_____ |
| 23 | | *Counsel for John Roe 521, John Roe 644, John Roe* |
| 24 | | *457, John Roe 417, John Roe 499, John Roe 663,* |
| | | *John Roe 664, Jane Roe* |
| 25 | | |
| 26 | Dated: July __, 2025 | **THOMPSON LAW OFFICE, PC** |
| 27 | | By_____ |
| 28 | | Robert Thompson, Esq. |
| | | *Counsel for John Doe A.D.R. and A.L.R.* |

4923-6870-5876.1 05068.002

7

| | |
|---|---|
| 1 | Dated: July \_\_, 2025 |
| 2 | |
| 3 | |
| 4 | |

**JOSEPH C. GEORGE, JR. LAW**

By_____
    Joseph George, Jr., Esq.
    *Counsel for Joseph Doe OAK 475*

Dated: July \_\_, 2025

**KETTERER, BROWNE & ASSOCIATES**

By_____
    Andy LeClair, Esq.
    *Counsel for John Doe A.L.R. and A.D.R.*

Dated: July \_\_, 2025

**LIAKOS LAW, APC**

By_____
    Jennifer Liakos, Esq.
    *Counsel for LL John Doe WC*

Dated: July \_\_, 2025

**MANLY, STEWART, & FINALDI**

By_____
    Vince Finaldi
    *Counsel for John SF-26 Doe*

Dated: July \_\_, 2025

**REICH & BINSTOCK, LLP**

By_____

    *Counsel for John PV Roe 554*

Dated: July \_\_, 2025

**RIBERA LAW FIRM**

By_____
    Sandra Ribera Speed, Esq.
    *Counsel for John Doe*

Dated: July 31, 2025

**SLATER SLATER SCHULMAN LLP**

By_____

    *Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July \_\_, 2025

**THOMPSON LAW OFFICE, PC**

By_____
    Robert Thompson, Esq.
    *Counsel for John Doe A.D.R. and A.L.R.*

| | |
|---|---|
| 1 | Dated:  July __, 2025 |
| 2 | |
| 3 | |
| 4 | |
| 5 | Dated:  July __, 2025 |
| 6 | |
| 7 | |
| 8 | Dated:  July __, 2025 |

Dated:  July __, 2025        **JOSEPH C. GEORGE, JR. LAW**

By_____
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated:  July __, 2025        **KETTERER, BROWNE & ASSOCIATES**

By_____
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated:  July __, 2025        **LIAKOS LAW, APC**

By_____
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated:  July __, 2025        **MANLY, STEWART, & FINALDI**

By_____
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated:  July __, 2025        **REICH & BINSTOCK, LLP**

By_____

*Counsel for John PV Roe 554*

Dated:  July __, 2025        **RIBERA LAW FIRM**

By_____
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated:  July __, 2025        **SLATER SLATER SCHULMAN LLP**

By_____

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated:  July 29, 2025        **THOMPSON LAW OFFICE, PC**

By *Robert W. Thompson*_____
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

4923-6870-5876.1 05068.002

7

STIPULATION

Dated: July __, 2025

**VAN BLOIS & ASSOCIATES**

By_____
    R. Lewis Van Blois, Esq.
    *Counsel for Jane Doe 7*

Dated: July 28, 2025

**THE ZALKIN LAW FIRM, P.C.**

By_____
    Devin Storey, Esq.
    *Counsel for John DB Roe SF and John MW Roe SF*

4923-6870-5876.1 05068.002

8

STIPULATION

Dated: July ___, 2025

**VAN BLOIS & ASSOCIATES**

By_____
    R. Lewis Van Blois, Esq.
    *Counsel for Jane Doe 7*

Dated: July 25, 2025

**THE ZALKIN LAW FIRM, P.C.**

By_____
    Devin Storey, Esq.
    *Counsel for John DB Roe SF and John MW Roe SF*

```
 1   Dated:  July ___, 2025          VAN BLOIS & ASSOCIATES

 2
                                     By_____
 3                                       R. Lewis Van Blois, Esq.
                                         Counsel for Jane Doe 7
 4

 5   Dated:  July ___, 2025          THE ZALKIN LAW FIRM, P.C.

 6
                                     By_____
 7                                       Devin Storey, Esq.
                                         Counsel for John DB Roe SF and John MW Roe SF
 8

 9

10   Dated:  August 9, 2025          JEFF ANDERSON & ASSOCIATES
         September
11
                                     By_____
12                                       Jennifer Stein, Esq.
                                         Counsel also for John Doe SF 1237, John Doe SF
13                                       1882, John Doe SF 1226, John Doe SF 1894, John
                                         Doe SF 1549, and John Doe SF 1166
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

4933-6870-5826.1 05068.002

8

STIPULATION

Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Ori Katz, State Bar No. 209561          Amanda L. Cottrell, State Bar No. 360215
Alan H. Martin, State Bar No. 132301    2200 Ross Avenue, 20ᵗʰ Floor
Jeannie Kim, State Bar No. 270713       Dallas, TX 75201
Four Embarcadero Center, 17ᵗʰ Floor     Telephone:    (469) 391-7400
San Francisco, California 94111-4109    Facsimile:    (469) 391-7401
Telephone:    (415) 434-9100            Email:    acottrell@sheppardmullin.com
Facsimile:    (415) 434-3947
Email:        okatz@sheppardmullin.com
              amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| Debtor and Debtor in Possession. | |
| The Roman Catholic Archbishop of San Francisco, | Adv No. 25-03019 |
| Plaintiff, | **STIPULATED ORDER GRANTING PRELIMINARY INJUNCTION AND GRANTING RELIEF FROM STAY** |
| v. | Judge:    Hon. Dennis Montali |
| John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF | Date:    September 4, 2025<br>Time:    1:30 p.m.<br>Place:    Zoom.Gov |

STIPULATION

| | |
|---|---|
| 1 | 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
|   | Defendants, |
| 8 | |

Based on the Stipulation of The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and each of the defendants in this Action (the "Survivor Defendants"; collectively the Debtor, the Committee, and the Survivor Defendants are the "Parties"), IT IS ORDERED:

1.     Pursuant to 11 U.S.C. § 105(a) and the agreed Stipulated Stay Injunction, the Survivor Defendants are enjoined from prosecuting any of the Affiliate State Court Actions identified on ***Exhibit B*** to this Order, including against any of the Non-Debtor Affiliates, listed on ***Exhibit A*** to this Order, named therein.[1]

2.     The 5 state court actions, which are identified on ***Exhibit C*** to this Order (the "Released State Court Actions"), are released from the Stipulated Stay Injunction and may proceed to trial subject to the following terms:

    a)  The Plaintiffs may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants.

    b)  The Debtor is authorized to pay defense costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

///

---

[1]     Additional state court actions may be added to this Order by stipulation of the Debtor, Committee and survivor claimant.

2

c) Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Affiliate. For the avoidance of doubt, nothing in this Stipulation should be construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies, or the assets of any defendant that is not the Debtor or a Non-Debtor Affiliate.

d) No Plaintiff may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

3. Nothing in this Order is an admission by any Party, or a determination or finding of fact by this Court, as to the allegations in the Injunction Motion or in any oppositions filed thereto, or the merits of any of the issues raised therein.

4. The Stipulated Stay Injunction and the automatic stay imposed by 11 U.S.C. § 362(a) are further modified to allow any Survivor (regardless of whether their claims are selected as Released State Court Actions) to make written settlement demands on the Debtor and any non-Debtor defendant(s) and request that the Debtor and any non-Debtor defendant(s) tender those demands on their respective insurers and request that the insurers pay those demands.

5. For the avoidance of doubt, and except as provided in Paragraphs 2 and 4, nothing in this Order modifies, lifts, or vacates the automatic stay imposed by 11 U.S.C. § 362(a).

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

7. The Stipulated Stay Injunction is an interim order and not a final adjudication on the merits of the Injunction Motion or the relief requested in the Complaint.

8. Any Party may request that the Bankruptcy Court modify or rescind this Order by filing a motion in this case, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Plaintiff/Survivor or

3

STIPULATION

by the Court upon a showing of extraordinary circumstances. The requesting party must give the Debtor and the Committee at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing.

9. Any party in interest that is not a Party, may seek relief from the injunction imposed by this Order, by filing a motion in the Debtor's chapter 11 case (the "Bankruptcy Case"), setting forth cause sufficient to justify relief pursuant to 11 U.S.C. § 362(d).

***END OF ORDER***

4

# EXHIBIT A

# Exhibit A

**Parishes and Missions**
All Hallows Chapel
All Souls Church (All Souls School)
Assumption Church (Tomales)
Cathedral of St. Mary of the Assumption
Church of the Epiphany (Epiphany School)
Church of the Good Shepherd (Good Shepherd School)
Church of the Nativity (Nativity School) (Menlo Park)
Church of the Nativity (San Francisco)
Corpus Christi Church
Holy Angels Church (Holy Angels School)
Holy Name of Jesus Church (Holy Name School)
Immaculate Heart of Mary Church (Immaculate Heart of Mary School)
Mater Dolorosa Church
Mission Dolores Basilica
Most Holy Redeemer Church
Most Holy Rosary Chapel
Notre Dame Des Victoires (Ecole Notre Dame des Victoires)
Old St. Mary's Church
Our Lady of Fatima Russian Byzantine Catholic
Our Lady of Guadalupe Mission (Brisbane)
Our Lady of Angels Church (Our Lady of Angels School)
Our Lady of Loretto Church (Our Lady of Loretto School)
Our Lady of Lourdes Church
Our Lady of Mercy Church (Our Lady of Mercy School)
Our Lady of Mount Carmel Church (Mill Valley)
Our Lady of Mount Carmel Church (Our Lady of Mt. Carmel School) (Redwood City)
Our Lady of Perpetual Help (Our Lady of Perpetual Help School)
Our Lady of the Pillar Church
Our Lady of Refuge Mission
Our Lady of the Visitacion Church (Our Lady of the Visitacion School)
Our Lady of the Wayside
Sacred Heart Church
San Jose Obero Church
Shrine of St. Francis of Assisi
St. Agnes Church
St. Andrew Church
St. Anne of the Sunset Church (St. Anne School)
St. Anselm Church (St. Anselm School)
St. Anthony Church (Menlo Park)
St. Anthony Mission (Pescadero)
St. Anthony of Padua Church (Novato)
St. Anthony of Padua Church

St. Augustine Church
St. Bartholomew Church
St. Benedict Parish
St. Boniface Church
St. Brendan Church (St. Brendan School)
St. Bruno Church
St. Catherine of Siena Church (St. Catherine of Siena School)
St. Cecilia Church (St. Cecilia School) (San Francisco)
St. Cecilia Church (Lagunitas)
St. Charles Borromeo Church
St. Charles Church (St. Charles School)
St. Denis Church
St. Dominic Church
St. Dunstan Church (St. Dunstan School)
St. Elizabeth Church
St. Emydius Church
St. Finn Barr Church (St. Finn Barr School)
St. Francis of Assisi
St. Gabriel Church (St. Gabriel School)
St. Gregory Church (St. Gregory School)
St. Helen Mission
St. Hilary Church (St. Hilary School)
St. Ignatius Church
St. Isabella Church (St. Isabella School)
St. James Church (St. James School)
St. John the Evangelist Church (St. John School)
St. John of God Chapel
St. Kevin Church
St. Luke Church
St. Mark Church
St. Mary Magdalene Mission
St. Mary Star of the Sea
St. Mary Church
St. Matthew Church (St. Matthias Preschool)
St. Matthias Church
St. Michael Korean Church
St. Monica-St. Thomas the Apostle Church (St. Monica School)
St. Patrick Church (St. Patrick School) (St. Patrick Thrift Shop) (Larkspur)
St. Patrick Church (San Francisco)
St. Paul Church (St. Paul School)
St. Paul of the Shipwreck
St. Peter Church (Pacifica)
St. Peter Church (St. Peter School) (San Francisco)
St. Philip the Apostle (St. Philip School)
St. Pius Church (St. Pius School)
St. Raphael Church (St. Raphael School)

St. Raymond Church (St. Raymond School)
St. Rita Church
St. Robert Church (St. Robert School)
St. Sebastian Church
St. Stephen Church (St. Stephen School)
St. Teresa Church
St. Thomas More Church (St. Thomas More School)
St. Timothy Church (St. Timothy School)
St. Veronica Church (St. Veronica School)
St. Vincent de Paul Church (St. Vincent de Paul School)
Star of the Sea Church (Stella Maris Academy)
Sts. Peter & Paul Church (Sts. Peter & Paul School)

**The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation**

**Cemeteries**
Holy Cross Catholic Cemeteries
Saint Mary Magdalene Catholic Cemetery
Mt. Olivet Cemetery
Our Lady of Pillar Cemetery
Tomales Bay Cemetery

**Archbishop Riordan High School**

**Marin Catholic High School**

**Junipero Serra High School**

**Sacred Heart Cathedral Preparatory**

**Vallombrosa Retreat Center**

**Serra Clergy House**

**The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation**

**The Roman Catholic Seminary of San Francisco**

**Catholic Charities CYO of the Archdiocese of San Francisco**

**The Benedict XVI Institute for Sacred Music and Divine Worship**

# EXHIBIT B

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1.   John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2.   John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3.   C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4.   John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5.   Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6.   John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7.   John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8.   John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9.   LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10.  John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11.  John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12.  John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13.  John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14. Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17. John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18. John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19. John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20. John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21. John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22. John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23. John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24. G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25. John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26. John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27.    John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28.    John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29.    John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30.    John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1.    Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2.    John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3.    Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4.    John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1.    Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2.    Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1.    John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2.    John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1.  Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2.  John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3.  Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4.  John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5.  Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6.  John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7.  Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1.  John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

# EXHIBIT C

# Exhibit C

1. John SF-26 Doe, an individual, v. Doe Archdiocese, et al., Alameda County Superior Court Case No. 22CV023657

2. Jane Doe SF 1053, an individual, v. DOE 1, a Corporation Sole, et al., Alameda County Superior Court Case No. RG21107972

3. John Doe W.C.D., an individual, v. DOE 1 Archdiocese, a corporation sole, et al., Alameda County Superior Court Case No. 22CV013926

4. Jane Doe SF 1260, an individual, v. DOE 1, a corporation sole., et al., Alameda County Superior Court Case No. 22CV020842

5. John MW Roe SF, individually, v. Defendant Doe 1, Archdiocese, et al., Alameda County Superior Court Case No. 22CV018182

Court Service List
Registered ECF Participants Only

5