# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Case No. 23-30564 DM |
| ) | |
| The Roman Catholic Archbishop of San Francisco, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## COURT CERTIFICATE OF MAILING

    I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served the following document(s):

- Notice of Appeal and Statement of Election (Protective Supplement to Previous Notice of Appeal) - by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies – Dkt. #1371
- Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay – Dkt. #1346

    That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
**Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814
(916) 930-2076
Email: jason.blumberg@usdoj.gov

**Jared A. Day**
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509
(775) 784-5335
Email: jared.a.day@usdoj.gov

**Trevor Ross Fehr**
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(408) 535-5525
Email: trevor.fehr@usdoj.gov

**Deanna K. Hazelton**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
559-487-5588
Email: deanna.k.hazelton@usdoj.gov

**Gregory S. Powell**
U.S. Department Justice
Office of the U.S. Trustee
2500 Tulare St., #1401
Fresno, CA 93721
(559) 487-5002 ext. 225
Email: greg.powell@usdoj.gov

**Phillip John Shine**
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, CA 94102
408-535-5525
Fax : 408-535-5532
Email: phillip.shine@usdoj.gov

**The Roman Catholic Archbishop of San Francisco**
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
Jason E. Rios, jrios@ffwplaw.com
Thomas R. Phinney, tphinney@ffwplaw.com
Mikayla E. Kutsuris, mkutsuris@ffwplaw.com
500 Capitol Mall, Suite 2250
Sacramento, California 95814
(916) 329-7400

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ori Katz, okatz@sheppardmullin.com
Alan H. Martin, amartin@sheppardmullin.com
Jeannie Kim, jekim@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
(415) 434-9100

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Amanda L. Cottrell, acottrell@sheppardmullin.com
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
(469) 391-7400

BLANK ROME, LLP
Barron L. Weinstein, barron.weinstein@blankrome.com
2029 Century Park East, 6th Floor

Los Angeles, California 90067
(424) 239-3434


**The Official Committee of Unsecured Creditors**
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, jstang@pszjlaw.com
Brittany M. Michael, bmichael@pszjlaw.com
Gail S. Greenwood, ggreenwood@pszjlaw.com
Gillian Nicole Brown, gbrown@pszjlaw.com
Debra I. Grassgreen, dgrassgreen@pszjlaw.com
John W. Lucas, jlucas@pszjlaw.com
10100 Santa Monica Boulevard, Suite 1300
Los Angeles, CA 90067
(310) 277-6910

BURNS BAIR LLP
Timothy W. Burns, tburns@burnsbair.com
Jesse J. Bair, jbair@burnsbair.com
Brian P. Cawley, bcawley@burnsbair.com
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
(608) 286-2302


**Chicago Insurance Company and Fireman's Fund Insurance Company**
PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg
Matthew M. Weiss
Matthew G. Roberts
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

PARKER, HUDSON, RAINER & DOBBS LLP
Todd C. Jacobs
John E. Bucheit
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com


NICOLAIDES FINK THORPE MICHAELIDES
AND SULLIVAN LLP

Matthew C. Lovell
101 Montgomery Street, Suite 2300
San Francisco, California 94104
Telephone: (415) 745-3770
Email: mlovell@nicolaidesllp.com

**Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation**
PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts , mroberts@phrd.com
303 Peachtree Stree NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

PARKER, HUDSON, RAINER & DOBBS LLP
Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, bcuret@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200

LAW OFFICE OF ROBIN D. CRAIG
Robin D. Craig, rdc@rcraiglaw.com
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone: (510) 549-3310

**Appalachian Insurance Company**
PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts , mroberts@phrd.com
303 Peachtree Stree NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

PARKER, HUDSON, RAINER & DOBBS LLP
Todd C. Jacobs, tjacobs@phrd.com

John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305

ROBINS KAPLAN LLP
Christina M. Lincoln, clincoln@robinskaplan.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

ROBINS KAPLAN LLP
Melissa M. D'Alelio, mdalelio@robinskaplan.com
Taylore E. Karpa Schollard, tkarpa@robinskaplan.com
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

**St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company**
DENTONS US LLP
Joshua Haevernick, joshua.haevernick@dentons.com
Patrick C. Maxcy, Patrick.maxcy@dentons.com
1999 Harrison Street, Suite 1300
Oakland, California 94612
(415) 882-5000

**First State Reinsurance Company and New England Reinsurance Corporation**
SMITH ELLISON
Michael W. Ellison, mellison@sehlaw.com
2151 Michelson Drive, Suite 185
Irvine, California 92612
(949) 442-1500

RUGGERI PARKS WEINBERG LLP
Joshua D. Weinberg, jweinberg@ruggerilaw.com
Annette P. Rolain, arolain@ruggerilaw.com
1875 K Street NW, Suite 800
Washington, D.C. 20006
(202) 984-1400

**John Doe L.M. and John Doe W.C.D.**
Boucher LLP
Kelsey L. Campbell, campbell@boucher.la
555 Montgomery Street, Suite 1205

San Francisco, CA 94111
(818) 340-5400

**John Doe H.M**.
KBM Law
Karen Barth Menzies, kbm@kbmlaw.com
6701 Center Dr W, Ste 1400
Los Angeles CA 90045
(310) 363-0030

**C.M., G.J. and M.R.H.**
Donahoo & Associates, PC
Richard E. Donahoo, rdonahoo@donahoo.com
440 W 1st St, Ste 101
Tustin, CA 92780
(714) 953-1010

**G.W**.
Herman Law
Justin Felton, Jfelton@hermanlaw.com
24151 Ventura Blvd, Suite 230
Calabasas, CA 91302
(213) 806-7291


**John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053**
Jeff Anderson & Associates
Jeff Anderson, jeff@andersonadvocates.com
Clayton Hinrichs, clayton@andersonadvocates.com
Jennifer Stein, jennifer@andersonadvocates.com
Michael Finnegan, mike@andersonadvocates.com
12011 San Vincente Blvd, Suite 700
Los Angeles, CA 90049 (310) 357-2425

**Joseph Doe OAK 475**
Joseph C. George, Jr. Law
Joseph Charles George, jgeorgejr@psyclaw.com
601 University Ave., Suite 270
Sacramento, CA 95825
(916) 623-4914

**John Doe A.L.R. and A.D.R.**
Ketterer, Browne & Associates
Andy LeClair
336 S. Main Street
Bel Air, MD 21014
(443) 731-0267

**LL John Doe WC**
Liakos Law, APC
Jennifer R. Liakos, Jenn@jennliakoslaw.com
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274
(310) 961-0066

**John SF-26 Doe**
Manly, Steward, & Finaldi
Vince W. Finaldi, vfinaldi@manlystewart.com
19100 Von Karman Ave., Suite 80
Irvine, CA 92612
(949) 252-9990

**John PV Roe 554**
Reich & Binstock LLP
Dennis C. Reich
Robert J. Binstock
Ben Black
Andrew Holcomb
4265 San Felipe, Suite 1000
Houston, TX 77027
(713) 622-7271

**John Doe**
Ribera Law Firm
Sandra Ribera Speed, sribera@riberalaw.com
157 West Portal Avenue, Suite 2
San Francisco, CA 94127
(415) 576-1600

**John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe**
Slater Slater Schulman LLP
Adam P. Slater
488 Madison Avenue, 20th Floor
New York NY 10022
(212) 922-0906

Slater Slater Schulman LLP
Ryan A. Camastra, rcamastra@sssfirm.com
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211
(310) 341-2086

**John Doe A.D.R. and A.L.R. 7**
Thompson Law Office, PC
Robert W. Thompson, bobby@tlopc.com
700 Airport Boulevard, Suite 160

Burlingame, CA 94010
(650) 513-6111

**Jane Doe 7**
Van Blois & Associates
R. Lewis Van Blois, main@vanbloislaw.com
7677 Oakport St., Suite 565
Oakland, CA 94621
(510) 635-1284

**John DB Roe SF and John MW Roe SF**
The Zalkin Law Firm, P.C.
Devin Storey, dms@zalkin.com
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
(800) 477-2989

**Certain Underwriters at Lloyd's London and Certain London Market Companies**
CLYDE & CO US LLP
Catalina J. Sugayan, catalina.sugayan@clydeco.us
Michael Norton, Michael.Norton@clydeco.us
Yongli Yang, Yongli.Yang@clydeco.us
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 635-7000

SKARZYNSKI MARICK & BLACK LLP
Russell W. Roten, rroten@skarzynski.com
Jeff D. Kahane, jkahane@skarzynski.com
Nathan Reinhardt, nreinhardt@skarzynski.com
Timothy W. Evanston, tevanston@skarzynski.com
633 West Fifth Street, 26th Floor
Los Angels, California 90071
(213) 721-0650


Dated: October 7, 2025                     /s/Monica Tartaglia
                                           Monica Tartaglia, Deputy Clerk