UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 23-30564 DM
        )
The Roman Catholic Archbishop of San Francisco, ) Chapter 11
        )
        Debtor. )
        )

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served the following document(s):

- Joint Notice of Appeal and Statement of Election - by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation – Dkt. #1375
- Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay – Dkt. #1346

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
**Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814
(916) 930-2076
Email: jason.blumberg@usdoj.gov

**Jared A. Day**
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509
(775) 784-5335
Email: jared.a.day@usdoj.gov

**Trevor Ross Fehr**
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(408) 535-5525
Email: trevor.fehr@usdoj.gov

**Deanna K. Hazelton**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
559-487-5588
Email: deanna.k.hazelton@usdoj.gov

**Gregory S. Powell**
U.S. Department Justice
Office of the U.S. Trustee
2500 Tulare St., #1401
Fresno, CA 93721
(559) 487-5002 ext. 225
Email: greg.powell@usdoj.gov

**Phillip John Shine**
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, CA 94102
408-535-5525
Fax : 408-535-5532
Email: phillip.shine@usdoj.gov


**The Roman Catholic Archbishop of San Francisco**
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
Jason E. Rios, jrios@ffwplaw.com
Thomas R. Phinney, tphinney@ffwplaw.com
Mikayla E. Kutsuris, mkutsuris@ffwplaw.com
500 Capitol Mall, Suite 2250
Sacramento, California 95814
(916) 329-7400

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ori Katz, okatz@sheppardmullin.com
Alan H. Martin, amartin@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
(415) 434-9100

BLANK ROME, LLP
Barron L. Weinstein, barron.weinstein@blankrome.com
Kevin L. Cifarelli, kevin.cifarelli@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
(424) 239-3434


**The Official Committee of Unsecured Creditors**
PACHULSKI STANG ZIEHL & JONES LLP

James I. Stang, jstang@pszjlaw.com
Brittany M. Michael, bmichael@pszjlaw.com
Gail S. Greenwood, ggreenwood@pszjlaw.com
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
(415) 263-7000

BURNS BAIR LLP
Timothy W. Burns, tburns@burnsbair.com
Jesse J. Bair, jbair@burnsbair.com
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
(608) 286-2302

**Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Indemnity Company, and Westchester Fire Insurance Company (as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964)**
PLEVIN & TURNER LLP
Mark D. Plevin, mplevin@plevinturner.com
580 California Street, Suite 1200
San Francisco, California 94104
(202) 580-6640

PLEVIN & TURNER LLP
Miranda H. Turner, mturner@plevinturner.com
Jordan A. Hess, jhess@plevinturner.com
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20004
(202) 580-6640

CLYDE & CO US LLP
Alexander E. Potente, alex.potente@clydeco.us
Jason J. Chorley, jason.chorley@clydeco.us
150 California Street, 15th Floor
San Francisco, California 94111
(415) 365-9800

**Certain Underwriters at Lloyd's London and Certain London Market Companies[1]**
CLYDE & CO US LLP
Catalina J. Sugayan, catalina.sugayan@clydeco.us
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 635-7000

SKARZYNSKI MARICK & BLACK LLP
Russell W. Roten, rroten@skarzynski.com
Jeff D. Kahane, jkahane@skarzynski.com
Nathan Reinhardt, nreinhardt@skarzynski.com

Timothy W. Evanston, tevanston@skarzynski.com
633 West Fifth Street, 26th Floor
Los Angels, California 90071
(213) 721-0650

**First State Insurance Company and New England Reinsurance Corporation**
SMITH ELLISON
Michael W. Ellison, mellison@sehlaw.com
2151 Michelson Drive, Suite 185
Irvine, California 92612
(949) 442-1500

RUGGERI PARKS WEINBERG LLP
Joshua D. Weinberg, jweinberg@ruggerilaw.com
Annette P. Rolain, arolain@ruggerilaw.com
1875 K Street NW, Suite 800
Washington, D.C. 20006
(202) 984-1400

**Continental Casualty Company**
PLEVIN & TURNER LLP
Mark D. Plevin, mplevin@plevinturner.com
580 California Street, Suite 1200
San Francisco, California 94104
(202) 580-6640

PLEVIN & TURNER LLP
Miranda H. Turner, mturner@plevinturner.com
Jordan A. Hess, jhess@plevinturner.com
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20004
(202) 580-6640

**St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company**
DENTONS US LLP
Joshua Haevernick, joshua.haevernick@dentons.com
1999 Harrison Street, Suite 1300
Oakland, California 94612
(415) 882-5000

DENTONS US LLP
Patrick C. Maxey, patrick.maxey@dentons.com
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
(312) 876-8000

**Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation**
PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg
Matthew M. Weiss
Matthew G. Roberts
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

PARKER, HUDSON, RAINER & DOBBS LLP
Todd C. Jacobs
John E. Bucheit
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200
Email: bcuret@spcclaw.com

LAW OFFICE OF ROBIN D. CRAIG
Robin D. Craig
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone: (510) 549-3310
Email: rdc@rcraiglaw.com


**Chicago Insurance Company and Fireman's Fund Insurance Company**
PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg
Matthew M. Weiss
Matthew G. Roberts
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com

mroberts@phrd.com

PARKER, HUDSON, RAINER & DOBBS LLP
Todd C. Jacobs
John E. Bucheit
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com


NICOLAIDES FINK THORPE MICHAELIDES
AND SULLIVAN LLP
Matthew C. Lovell
101 Montgomery Street, Suite 2300
San Francisco, California 94104
Telephone: (415) 745-3770
Email: mlovell@nicolaidesllp.com


**Appalachian Insurance Company**
PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg
Matthew M. Weiss
Matthew G. Roberts
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

PARKER, HUDSON, RAINER & DOBBS LLP
Todd C. Jacobs
John E. Bucheit
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
jbucheit@phrd.com


ROBINS KAPLAN LLP
Christina M. Lincoln
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: clincoln@robinskaplan.com

ROBINS KAPLAN LLP
Melissa M. D'Alelio
Taylore E. Karpa Schollard
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288
Email: mdalelio@robinskaplan.com
tkarpa@robinskaplan.com


Dated: October 7, 2025                                    /s/Monica Tartaglia
                                                                          Monica Tartaglia, Deputy Clerk