James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
         bmichael@pszjlaw.com
         ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11<br><br>**COUNTER-DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUE FILED BY APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, the Official Committee of Unsecured Creditors (the "Committee" or "Appellee") of The Roman Catholic Archbishop of San Francisco (the "Debtor") hereby: (1) submits the following statement of issue to be considered on appeal, and (2) designates the following additional items to be included in the record for the appeals filed by Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Indemnity Company, and Westchester Fire Insurance Company (as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964), St. Paul Fire and

Marine Insurance Company, Travelers Casualty and Surety Company, and Continental Casualty Company (the "Appellant").[1]

**I. Statement of Issue to be Presented on Appeal**

Appellee presents the following statement of issue to be considered on appeal:

1. Did the bankruptcy court abuse its discretion in approving a compromise between the Debtor, the Committee, and certain child sexual abuse survivors to stay thirty-nine state court cases in exchange for allowing five cases to move forward and permission to submit individual case demands for the Debtor to convey to its insurers?

**II. Designation of Additional Items to be Included in the Record on Appeal**

Appellee designates the following additional items to be included in the record on appeal, including all exhibits, appendices, and/or addenda:

**Items from Main Bankruptcy Case, Case No. 23-30564**

| Item No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 1 | 10/19/2023 | 220 | Motion for Order (1) Fixing Time for Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; And (4) Approving Form and Manner of Notice |
| 2 | 10/27/2023 | 251 | Motion for Relief from Stay |
| 3 | 11/02/2023 | 273 | Committee's Limited Objection to Debtor's Motion for Order (1) Fixing Time for Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; And (4) Approving Form and Manner of Notice |
| 4 | 11/02/2023 | 274 | Certain Insurers' Limited Objection and Reservation of Rights to Debtor's Motion for Order (1) Fixing Time for Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; And (4) Approving Form and Manner of Notice |

---

[1] The Appellant filed two notices of appeal regarding the Court's approval of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (the "Motion"): Docket Nos. 1341 and 1377.

| 5 | 11/16/2023 | 313 | Objection to Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue |
| --- | --- | --- | --- |
| 6 | 11/21/2023 | 337 | Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice |
| 7 | 02/07/2024 | 452 | Stipulation to Withdraw without Prejudice the Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue |
| 8 | 02/07/2024 | 453 | Order Approving Stipulation to Withdraw without Prejudice the Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue |
| 9 | 04/02/2024 | 571 | Ex Parte Motion to Compel Production of Documents Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 10 | 04/04/2024 | 572 | Joinder in Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production |
| 11 | 04/04/2024 | 573 | Committee's Opposition to Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production |
| 12 | 04/08/2024 | 580 | Objection Debtor's Request for Hearing and Opposition to Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents |
| 13 | 04/17/2024 | 591 | Status Report of Certain Insurers in Connection with their Application for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents |
| 14 | 04/19/2024 | 604 | Response to Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtors Emergency Motions |

4930-3879-8195.3 05068.002　　　3

| # | Date | Doc# | Description |
|---|---|---|---|
| 15 | 05/16/2024 | 635 | Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief |
| 16 | 5/30/2024 | 668 | Insurers' Objection to Debtor's Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator, and Granting Related Relief |
| 17 | 06/06/2024 | 683 | Committee's Reply in Support of Debtors Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Grant Related Relief |
| 18 | 06/06/2024 | 686 | Omnibus Reply in Support of Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief |
| 19 | 06/18/2024 | 695 | Transcript regarding Hearing Held 6/13/2024 |
| 20 | 06/20/2024 | 704 | Memorandum Decision on Motion for Order Referring Parties to Global Mediation |
| 21 | 07/15/2024 | 747 | Order Referring Case to Mediation and Appointing Mediator |
| 22 | 05/19/2025 | 1190 | Letter to The Hon. Judge Dennis Montali re Discovery Dispute. |
| 23 | 05/23/2025 | 1203 | Response to Committee's Letter re Discovery Dispute |
| 24 | 05/28/2025 | 1210 | Order on Pending Discovery Dispute |
| 25 | 07/10/2025 | 1233 | Application for Compensation Fifth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2025 Through May 31, 2025 |
| 26 | 07/10/2025 | 1234 | Declaration of Brittany M. Michael in Support of Fifth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of February 1, 2025 to May 31, 2025 |

| | | | |
|---|---|---|---|
| 27 | 07/10/2025 | 1236 | Interim Application for Compensation of Burns Bair LLP for Allowance and Payment of Fees and Reimbursement of Expenses as Special Insurance Counsel for The Official Committee of Unsecured Creditors |
| 28 | 07/10/2025 | 1237 | Declaration of Jesse J. Bair in Support of Interim Application for Compensation of Burns Bair LLP for Allowance and Payment of Fees and Reimbursement of Expenses as Special Insurance Counsel for The Official Committee of Unsecured Creditors |
| 29 | 07/10/2025 | 1239 | Application for Compensation of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Bankruptcy Co-Counsel for the Debtor in Possession |
| 30 | 07/10/2025 | 1240 | Declaration of Paul J. Pascuzzi in Support of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP Fifth Interim Application for Allowance of Fees and Reimbursement of Expenses as Bankruptcy Co-Counsel for the Debtor in Possession |
| 31 | 07/10/2025 | 1245 | Application for Compensation of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel for The Roman Catholic Archbishop of San Francisco |
| 32 | 07/10/2025 | 1246 | Declaration of Paul E. Gaspari in Support of Weintraub Tobin Chediak Coleman Grodin Law Corporation Fifth Interim Application for Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel |
| 33 | 07/10/2025 | 1251 | Interim Application for Compensation Fifth Interim Fee Application of Sheppard, Mullin, Richter & Hampton LP, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2025 through May 31, 2025 for Sheppard, Mullin, Richter & Hampton LLP, Debtor's Attorney |

4930-3879-8195.3 05068.002                                                                                                         5

| | | | |
|---|---|---|---|
| 34 | 07/10/2025 | 1252 | Application for Compensation of Blank Rome LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel for the Debtor in Possession for The Roman Catholic Archbishop of San Francisco |
| 35 | 07/10/2025 | 1253 | Application for Compensation of Blank Rome LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel for the Debtor in Possession for The Roman Catholic Archbishop of San Francisco |
| 36 | 07/21/2025 | 1266 | Statement of Monthly Professional Fees of BlankRome LLP [June 2025] |
| 37 | 07/21/2025 | 1267 | Statement of Monthly Professional Fees and Expenses of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP [June 2025] |
| 38 | 07/21/2025 | 1269 | Statement of Monthly Professional Fees for Weintraub Tobin [June 2025] |
| 39 | 07/24/2025 | 1273 | Statement of Monthly Professional Fee Statement for Sheppard, Mullin, Richter & Hampton LLP - June 2025 |
| 40 | 07/30/2025 | 1277 | Statement of Monthly Professional Fee Statement For Burns Bair LLP (June 2025) |
| 41 | 07/30/2025 | 1279 | Statement of Monthly Professional Fee Statement for Pachulski Stang Ziehl & Jones LLP (June 2025) |
| 42 | 08/20/2025 | 1295 | Statement of Monthly Professional Fee Statement for Sheppard, Mullin, Richter & Hampton LLP - July 2025 |
| 43 | 08/20/2025 | 1297 | Statement of Monthly Professional Fees for BlankRome LLP [July 2025] |
| 44 | 08/20/2025 | 1298 | Statement of Monthly Professional Fees and Expenses for Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP [July 2025] |
| 45 | 08/20/2025 | 1299 | Statement of Monthly Professional Fees and Expenses for Weintraub Tobin [July 2025] |

| | | | |
|---|---|---|---|
| 46 | 09/02/2025 | 1319 | Statement of Monthly Professional Fee Statement For Burns Bair LLP (July 2025) |
| 47 | 09/09/2025 | 1329 | Statement of Monthly Professional Fee Statement for Pachulski Stang Ziehl & Jones LLP (July 2025) |
| 48 | 09/30/2025 | 1363 | The Official Committee of Unsecured Creditors' Opposition to Insurers' Motion for Stay Pending Appeal |
| 49 | 09/30/2025 | 1368 | Opposition to Insurer's Motion for Stay Pending Appeal |
| 50 | 10/08/2025 | 1389 | Complaint by Westport Insurance Corporation f/k/a Employers Reinsurance Corporation against The Roman Catholic Archbishop of San Francisco |
| 51 | 10/09/2025 | 1392 | Order Denying Motion for Stay Pending Appeal |

### III. Reservation of Rights

Appellee reserves the right to withdraw, supplement, amend or modify this designation of record on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: October 14, 2025                PACHULSKI STANG ZIEHL & JONES LLP

By /s/ Gail S. Greenwood
   James I. Stang
   Gail Greenwood
   Brittany M. Michael
   *Attorneys for the Official Committee of Unsecured Creditors*

-- and --

BURNS BAIR LLP

   Timothy W. Burns
   Jesse J. Bair
   *Special Insurance Counsel for the Official Committee of Unsecured Creditors*