Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>       Debtor and<br>       Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**COUNTER-DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUE FILED BY APPELLEE THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, The Roman Catholic Archbishop of San Francisco (the "Appellee"), hereby: (1) designates the following additional items to be included in the record for the appeal filed by Appellants, Chicago Insurance

Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company (hereinafter "Appellants"), without prejudice to the Appellee's right to supplement the record at a later date; and (2) submits the following statement of the issue to be considered on appeal from the *Docket Text Order Granting Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay* [No ECF No.] and *Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay* [ECF No. 1346], without prejudice to the Appellee's right to supplement, amend, respond, and address any issues in its Appellee's responsive brief.

## I. Statement of the Issue to be Presented on Appeal[1]

Appellee presents the following statement of the issue to be considered on appeal:

1. Did the bankruptcy court abuse its discretion in granting the *Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay* (the "Motion")?

## II. Designation of Additional Items to be Included in the Record on Appeal

Appellee designates the following additional items to be included in the record on appeal, including all exhibits, appendices, and/or addenda[2]:

<u>Items from Case No. 23-30564, in the United States Bankruptcy Court for the Northern District of California, *In re the Roman Catholic Archbishop of San Francisco*</u>

| Item | Date Filed | ECF No. | Description |
|---|---|---|---|
| 1 | 08/22/2023 | 19 | Declaration of Fr. Patrick Summerhays in Support of Ex Parte Application for Order Designating Responsible Individual (RE: related document(s) 18 Application to Designate Responsible Individual). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Rios, Jason) (Entered: 08/22/2023) |

---

[1] Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, the Appellee is not required to file a statement of the issues. For the convenience of the court and the parties, the Appellee has included this statement of the issues, but reserves all its rights to supplement, amend, respond, and address any issues in its Appellee's responsive brief.

[2] Appellee further designates all transcripts from hearings in the adversary proceeding or motion to approve the stipulation, if any.

| | | | | |
|---|---|---|---|---|
| 2 | 09/01/2023 | 58 | | Notice of Appointment of Creditors' Committee. (Goebelsmann, Christina) (Entered: 09/01/2023) |
| 3 | 10/20/2023 | 227 | | Final Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims (Related Doc # 10) (lp) (Entered: 10/20/2023) |
| 4 | 07/11/2024 | 745 | | Motion Application to Schedule a Status Conference for the Presentation of Survivor Statements Filed by Creditor Committee The Official Committee of Unsecured Creditors (Stang, James) (Entered: 07/11/2024) |
| 5 | 07/11/2024 | 746 | | Certificate of Service (RE: related document(s) 745 Motion Miscellaneous Relief). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Stang, James) (Entered: 07/11/2024) |
| 6 | 07/18/2024 | 750 | | Response and Reservation of Rights Regarding the Application to Schedule a Status Conference for the Presentation of Survivor Statements (RE: related document(s) 745 Motion Miscellaneous Relief). Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Attachments: # 1 Certificate of Service) (Kahane, Jeff) (Entered: 07/18/2024) |
| 7 | 07/18/2024 | 750-1 | | Response and Reservation of Rights Regarding the Application to Schedule a Status Conference for the Presentation of Survivor Statements (RE: related document(s) 745 Motion Miscellaneous Relief). Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Attachments: # 1 Certificate of Service) (Kahane, Jeff) (Entered: 07/18/2024) |
| 8 | 08/01/2024 | 782 | | Certificate of Service Re: Order Granting Application to Schedule a Status Conference with Presentation of Survivor Statements (RE: related document(s) 781 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Stang, James) (Entered: 08/01/2024) |
| 9 | 02/21/2025 | 1012-1 | | Motion to File Redacted Document / The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Redacted Documents (Attachments: # 1 Declaration) Filed by Creditor Committee The Official Committee of Unsecured Creditors (Greenwood, Gail) (Entered: 02/21/2025) |
| 10 | 02/21/2025 | 1022 | | Certificate of Service (RE: related document(s) 1012 Motion to File Redacted Document, 1015 Motion for Relief From Stay, |

| | | | |
|---|---|---|---|
| | | | 1016 Relief From Stay Cover Sheet, 1017 Request To Take Judicial Notice, 1018 Declaration, 1019 Declaration, 1020 Declaration, 1021 Notice of Hearing). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Greenwood, Gail) (Entered: 02/21/2025) |
| 11 | 03/13/2025 | 1081-1 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay). Filed by Interested Partys St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company (Attachments: # 1 Exhibit A - Syracuse Transcript dated September 28, 2023 # 2 Exhibit B - Rockville Transcript dated December 19, 2023 # 3 Exhibit C - New Orleans Transcript dated September 30, 2020) (Haevernick, Joshua) (Entered: 03/13/2025) |
| 12 | 03/13/2025 | 1081-2 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay). Filed by Interested Partys St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company (Attachments: # 1 Exhibit A - Syracuse Transcript dated September 28, 2023 # 2 Exhibit B - Rockville Transcript dated December 19, 2023 # 3 Exhibit C - New Orleans Transcript dated September 30, 2020) (Haevernick, Joshua) (Entered: 03/13/2025) |
| 13 | 03/13/2025 | 1081-3 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay). Filed by Interested Partys St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company (Attachments: # 1 Exhibit A - Syracuse Transcript dated September 28, 2023 # 2 Exhibit B - Rockville Transcript dated December 19, 2023 # 3 Exhibit C - New Orleans Transcript dated September 30, 2020) (Haevernick, Joshua) (Entered: 03/13/2025) |
| 14 | 03/13/2025 | 1083-1 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay, 1021 Notice of Hearing). Filed by Debtor The Roman Catholic Archbishop of |

| | | | |
|---|---|---|---|
| | | | San Francisco (Attachments: # 1 Declaration of Barron L. Weinstein in support thereof # 2 Declaration of Daniel C. Zamora in support thereof # 3 Certificate of Service) (Katz, Ori) (Entered: 03/13/2025) |
| 15 | 03/13/2025 | 1083-2 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay, 1021 Notice of Hearing). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Declaration of Barron L. Weinstein in support thereof # 2 Declaration of Daniel C. Zamora in support thereof # 3 Certificate of Service) (Katz, Ori) (Entered: 03/13/2025) |
| 16 | 03/13/2025 | 1083-3 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay, 1021 Notice of Hearing). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Declaration of Barron L. Weinstein in support thereof # 2 Declaration of Daniel C. Zamora in support thereof # 3 Certificate of Service) (Katz, Ori) (Entered: 03/13/2025) |
| 17 | 03/17/2025 | 1091 | Certificate of Service re: Debtors Opposition to the Official Committee of Unsecured Creditors Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation [Docket No. 1083] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s)1083 Opposition Brief/Memorandum). (Lowry, Randy) (Entered: 03/17/2025) |
| 18 | 03/20/2025 | 1097-1 | Reply / The Official Committee of Unsecured Creditors' Reply Brief in Support of an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1081 Objection, 1083 Opposition Brief/Memorandum). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) (Stang, James). Related document(s) 1015 Motion for Relief from Stay Fee Amount $199, filed by Creditor Committee The Official Committee of Unsecured Creditors. Modified on 3/21/2025 (myt). (Entered: 03/20/2025) |
| 19 | 08/07/2025 | 1285-1 | Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Exhibit A - Proposed Order) (Pascuzzi, Paul) (Entered: 08/07/2025) |
| 20 | 08/14/2025 | 1292 | Certificate of Service re: Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285], [Proposed] Order Granting Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285-1], Notice of Hearing on Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1286], Request for Judicial Notice and Supporting Evidence in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1287] and Declaration of Fr. Patrick Summerhays in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1288] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s)1285 Motion to Approve Document, 1286 Notice of Hearing, 1287 Request To Take Judicial Notice, 1288 Declaration). (Lowry, Randy) (Entered: 08/14/2025) |
| 21 | 08/15/2025 | 1293-1 | Joinder / The Official Committee of Unsecured Creditors' Joinder to the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) [1285] Motion to Approve Document). Filed by Creditor Committee The Official Committee of Unsecured Creditors |
| 22 | 08/21/2025 | 1302-1 | Objection Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) [1285] Motion to Approve Document). Filed by Interested Party Century Indemnity Company |
| 23 | 08/21/2025 | 1302-2 | Objection Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) [1285] Motion to Approve Document). Filed by Interested Party Century Indemnity Company |
| 24 | 08/21/2025 | 1302-3 | Objection Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) [1285] Motion to Approve Document). Filed by Interested Party Century Indemnity Company |
| 25 | 08/25/2025 | 1304 | Certificate of Service (RE: related document(s) [1303] Joinder). Filed by Interested Partys Appalachian Insurance Company, |

| | | | |
|---|---|---|---|
| | | | Chicago Insurance Company, Fireman's Fund Insurance Company |
| 26 | 08/28/2025 | 1312-1 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) 1311 Reply). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - 7-23-2025 RCBS Transcript # 2 Exhibit B - 8-15-2025 RCBSR Transcript) (Pascuzzi, Paul) (Entered: 08/28/2025) |
| 27 | 08/28/2025 | 1312-2 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) 1311 Reply). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - 7-23-2025 RCBS Transcript # 2 Exhibit B - 8-15-2025 RCBSR Transcript) (Pascuzzi, Paul) (Entered: 08/28/2025) |
| 28 | 08/28/2025 | 1315-1 | Reply / The Official Committee of Unsecured Creditors' Reply in Support of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) 1285 Motion to Approve Document, 1302 Objection). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Attachments: # 1 Certificate of Service) (Greenwood, Gail) (Entered: 08/28/2025) |
| 29 | 09/05/2025 | 1323 | Certificate of Service re: Notice of Amended Exhibit in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1305] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s) [1305] Notice). |
| 30 | 09/05/2025 | 1325 | Certificate of Service re: Debtors Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1311] and Declaration of Paul J. Pascuzzi in Support of Debtors Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1312] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s)1311 Reply, 1312 Declaration). (Lowry, Randy) (Entered: 09/05/2025) |
| 31 | 09/17/2025 | 1347 | Certificate of Service re: Notice of Fully Executed Stipulation By and Among the Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants [Docket No. 1331] and Proposed Order Granting Debtors Motion to Approve Compromise and |

| | | | |
|---|---|---|---|
| | | | Stipulation Modifying the Automatic Stay Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s)1331 Notice). (Lowry, Randy) (Entered: 09/17/2025) |
| 32 | 09/22/2025 | 1350 | Courts Certificate of Mailing. Number of notices mailed: 42 (RE: related document(s) Judge Docket Order, 1341 Notice of Appeal and Statement of Election, 1342 Motion to Stay Pending Appeal ). (myt) (Entered: 09/22/2025) |
| 33 | 09/22/2025 | 1351 | Amended Courts Certificate of Mailing. Number of notices mailed: 42 (RE: related document(s) Judge Docket Order, [1341] Notice of Appeal and Statement of Election, [1342] Motion to Stay Pending Appeal). |
| 34 | 09/22/2025 | 1355 | Courts Certificate of Mailing. Number of notices mailed: 64 (RE: related document(s) Judge Docket Order, 1344 Notice of Appeal and Statement of Election, 1346 Order on Motion to Approve Document). (myt) (Entered: 09/22/2025) |
| 35 | 09/30/2025 | 1363 | Brief/Memorandum in Opposition to / The Official Committee of Unsecured Creditors' Opposition to Insurers' Motion for Stay Pending Appeal (RE: related document(s) 1342 Motion to Stay Pending Appeal). Filed by Creditor Committee The Official Committee of Unsecured Creditors |
| 36 | 09/30/2025 | 1368 | Brief/Memorandum in Opposition to Insurer's Motion for Stay Pending Appeal (RE: related document(s) 1342 Motion to Stay Pending Appeal). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Pascuzzi, Paul) (Entered: 09/30/2025) |
| 37 | 09/30/2025 | 1370 | Appellant Designation of Contents For Inclusion in Record On Appeal, Certification of No Transcript Ordered, Statement of Issues on Appeal, (RE: related document(s) [1343] Notice of Appeal and Statement of Election filed by Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, Interested Party Chicago Insurance Company, Interested Party Fireman's Fund Insurance Company, Interested Party Appalachian Insurance Company). Appellee designation due by 10/16/2025. Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation |
| 38 | 09/30/2025 | 1371 | Notice of Appeal and Statement of Election (Protective Supplement to Previous Notice of Appeal), Fee Amount $ 298. (RE: related document(s) 1346 Order on Motion to Approve Document). Transmission of Record to District Court due by 10/30/2025. Filed by Interested Party Certain Underwriters at |

| | | | |
|---|---|---|---|
| | | | Lloyds London and Certain London Market Companies (Kahane, Jeff) (Entered: 09/30/2025) |
| 39 | 09/30/2025 | 1372 | Appellant Designation of Contents For Inclusion in Record On Appeal and Certificate Regarding Transcripts (RE: related document(s) 1344 Notice of Appeal and Statement of Election filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies). Appellee designation due by 10/16/2025. Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Kahane, Jeff) (Entered: 09/30/2025) |
| 40 | 09/30/2025 | 1373 | Certificate of Service of Appellants LMI's Statement of Issues on Appeal, Designation of Items to be Included in the Record on Appeal, and Certificate Regarding Transcripts (RE: related document(s) 1372 Appellant Designation). Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Evanston, Timothy) (Entered: 09/30/2025) |
| 41 | 09/30/2025 | 1374 | Statement of Issues on Appeal, and Designation of Record on Appeal (RE: related document(s) 1341 Notice of Appeal and Statement of Election filed by Interested Party Pacific Indemnity Company, Interested Party Century Indemnity Company, Interested Party Westchester Fire Insurance Company). Filed by Interested Party Century Indemnity Company (Plevin, Mark) (Entered: 09/30/2025) |
| 42 | 10/01/2025 | 1375 | Notice of Appeal and Statement of Election, Fee Amount $ 298. (RE: related document(s) 1346 Order on Motion to Approve Document). Transmission of Record to District Court due by 10/31/2025. Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation (Winsberg, Harris) (Entered: 10/01/2025) |
| 43 | 10/01/2025 | 1377 | Notice of Appeal and Statement of Election of Century Indemnity Co., Pacific Indemnity Co., Westchester Fire Ins. Co., St. Paul Fire & Marine Ins. Co., Travelers Cas. & Sur. Co., and Continental Cas. Co., Fee Amount $ 298. (RE: related document(s)1346 Order on Motion to Approve Document). Transmission of Record to District Court due by 10/31/2025. Filed by Interested Party Century Indemnity Company (Plevin, Mark) (Entered: 10/01/2025) |
| 44 | 10/03/2025 | 1379 | Certificate of Service re: Notice of Filing Eighth Quarterly Statement of Amounts Paid to Ordinary Course Professionals from June 1, 2025 to August 31, 2025 [Docket No. 1367] and |

| | | | |
|---|---|---|---|
| | | | Opposition to Insurers Motion for Stay Pending Appeal [Docket No. 1368] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s) [1367] Statement, [1368] Opposition Brief/Memorandum). |
| 45 | 10/07/2025 | 1380 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1341 Notice of Appeal and Statement of Election, 1349 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Amended Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 46 | 10/07/2025 | 1380-1 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 47 | 10/07/2025 | 1380-2 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 48 | 10/07/2025 | 1380-3 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 49 | 10/07/2025 | 1381 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 50 | 10/07/2025 | 1381-1 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 51 | 10/07/2025 | 1381-2 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 52 | 10/07/2025 | 1381-3 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, |

| | | | |
|---|---|---|---|
| | | | 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 53 | 10/07/2025 | 1382 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1344 Notice of Appeal and Statement of Election, 1354 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 54 | 10/07/2025 | 1382-1 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1344 Notice of Appeal and Statement of Election, 1354 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 55 | 10/07/2025 | 1382-2 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1344 Notice of Appeal and Statement of Election, 1354 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 56 | 10/07/2025 | 1382-3 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1344 Notice of Appeal and Statement of Election, 1354 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 57 | 10/07/2025 | 1383 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney, Mikayla E. Kutsuris, Ori Katz, Alan H. Martin, Jeannie Kim, Amanda L. Cottrell, Barron L. Weinstein, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Gillian Nicole Brown, Debra I. Grassgreen, John W. Lucas, Timothy W. Burns, Jesse J. Bair, Brian P. Cawley, Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Matthew C. Lovell, Blaise S. Curet, Robin D. Craig, Christina M. Lincoln, Melissa M. DAlelio, Taylore E. Karpa, Michele N. Detheraage, Joshua Haevernick, Patrick C. Maxey, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Kelsey L. Campbell, Karen Barth Menzies, Richard E. Donahoo, Justin Felton, Jeff Anderson , Clayton Hinrichs, Jennifer Stein, Michael Finnegan, Joseph C. George, Andy LeClair, Jennifer R. Liakos, Vince W. Finaldi, Dennis C. Reich, Robert J. Binstock, Ben Black, Andrew Holcomb, Sandra Ribera Speed, Adam P. Slater, Ryan Camastra, Robert W. Thompson, R. Lewis Van Blois, Devin Storey: Attorney for Appellee(s) Russell W. Roten, Jeff D. Kahane, Nathan Reinhardt, Timothy W. Evanston, Catalina J. Sugayan, Michael Norton, Yongli Yang: Attorney for Appellant(s), and United |

| | | | |
|---|---|---|---|
| | | | States Trustee via the Bankruptcy Noticing Center. (RE: related document(s) 1371 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 58 | 10/07/2025 | 1384 | Courts Certificate of Mailing. Number of notices mailed: 64 (RE: related document(s) Judge Docket Order, 1346 Order on Motion to Approve Document, 1371 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 59 | 10/07/2025 | 1385 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney, Mikayla E. Kutsuris, Ori Katz, Alan H. Martin, Barron L. Weinstein, Kevin L. Cifarelli, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Timothy W. Burns, Jesse J. Bair, Mark D. Plevin, Miranda H. Turner, Jordan A. Hess, Alexander E. Potente, Jason J. Chorley, Catalina J. Sugayan, Russell W. Roten, Jeff D. Kahane, Nathan Reinhardt, Timothy W. Evanston, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Joshua Haevernick, Patrick C. Maxey: Attorney for Appellee(s) Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Blaise S. Curet, Robin D. Craig, Mathew C. Lovell, Christina M. Lincoln, Melissa M. D Alelio, Taylore E. Karpa Schollard: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. (RE: related document(s) 1375 Notice of Appeal and Statement of Election). |
| 60 | 10/07/2025 | 1386 | Courts Certificate of Mailing. Number of notices mailed: 39 (RE: related document(s) 1346 Order on Motion to Approve Document, 1375 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 61 | 10/07/2025 | 1387 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Ori Katz, Alan H. Martin, Jeannie Kim, Alan H. Martin, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Gillian Nicole Brown, Debra I. Grassgreen, John W. Lucas, Timothy W. Burns, Jesse J. Bair, Brian P. Cawley, Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Blaise S. Curet, Robin D. Craig, Jeff D. Kahane, Russell W. Roten, Nathan Reinhardt, Timothy Evanston, Catalina J. Sugayan, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Matthew C. Lovell, Christina M. Lincoln, Melissa M. DAlelio, Taylore E. Karpa Schollard: Attorney for Appellee(s) Mark D. Plevin, Miranda H. Turner, Jordan A. Hess, Alexander Potente, Jason Chorley, Joshua Haevernick, Patrick C. Maxcy, Andrew D. Telles Wyatt: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. (RE: related document(s)1377 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |

| | | | |
|---|---|---|---|
| 62 | 10/07/2025 | 1388 | Courts Certificate of Mailing. Number of notices mailed: 42 (RE: related document(s) 1346 Order on Motion to Approve Document, 1377 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 63 | 10/08/2025 | 1390 | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 25-cv-08563-WHO (RE: related document(s) [1341] Notice of Appeal and Statement of Election, [1380] Transmission of Notice of Appeal to District Court). |
| 64 | 10/09/2025 | 1392 | Order Denying Motion for Stay Pending Appeal (Related Doc # [1342]) |

<u>Items from Adversary Pro. No. 25-03019, in the United States Bankruptcy Court for the Northern District of California,</u> *<u>In re the Roman Catholic Archbishop of San Francisco v. John DB Roe SF, et. al.</u>*

| Item | Date Filed | AP ECF No. | Description |
|---|---|---|---|
| 1 | 04/28/2025 | 1-1 | Adversary case 25-03019. 72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by The Roman Catholic Archbishop of San Francisco against John DB Roe SF, John Doe H.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, Jane Doe 116. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 AP Cover Sheet # 3 Attachment Sheet to Adversary Cover Sheet) (Katz, Ori) (Entered: 04/28/2025) |
| 2 | 04/28/2025 | 1-2 | Adversary case 25-03019. 72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by The Roman Catholic Archbishop of San Francisco against John DB Roe SF, John Doe H.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe |

| | | | |
|---|---|---|---|
| | | | 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, Jane Doe 116. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 AP Cover Sheet # 3 Attachment Sheet to Adversary Cover Sheet) (Katz, Ori) (Entered: 04/28/2025) |
| 3 | 04/28/2025 | 1-3 | Adversary case 25-03019. 72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by The Roman Catholic Archbishop of San Francisco against John DB Roe SF, John Doe H.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, Jane Doe 116. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 AP Cover Sheet # 3 Attachment Sheet to Adversary Cover Sheet) (Katz, Ori) (Entered: 04/28/2025) |
| 4 | 04/29/2025 | 2 | Summons Issued on C.M. Answer Due 5/29/2025; John Doe Answer Due 5/29/2025; Jane Doe 116 Answer Due 5/29/2025; John Doe 664 Answer Due 5/29/2025; Jane Doe 7 Answer Due 5/29/2025; John Doe A.D.R. Answer Due 5/29/2025; John Doe A.L.R. Answer Due 5/29/2025; John Doe CLG03522 Answer Due 5/29/2025; John Doe F.O. Answer Due 5/29/2025; John Doe H.M. Answer Due 5/29/2025; John Doe L.M. Answer Due 5/29/2025; John Doe MR 1236 Answer Due 5/29/2025; Joseph Doe OAK 475 Answer Due 5/29/2025; John Doe SF 1026 Answer Due 5/29/2025; John Doe SF 1196 Answer Due 5/29/2025; Jane Doe SF 1200 Answer Due 5/29/2025; John Doe SF 1201 Answer Due 5/29/2025; John Doe SF 1218 Answer Due 5/29/2025; Jane Doe SF 1233 Answer Due 5/29/2025; Jane Doe SF 1260 Answer Due 5/29/2025; John Doe SF 1426 Answer Due 5/29/2025; John Doe SF 1510 Answer Due 5/29/2025; John Doe SF 1913 Answer Due 5/29/2025; Jane Doe SF 2017 Answer Due 5/29/2025; John Doe SF 2028 Answer Due 5/29/2025; Joseph Doe SF 601 Answer Due 5/29/2025; LL John Doe WC Answer Due 5/29/2025; G.J. Answer Due 5/29/2025; G.W. Answer Due 5/29/2025; M.R.H. Answer Due 5/29/2025; Jane Roe Answer Due 5/29/2025; John Roe 417 Answer Due 5/29/2025; John Roe 457 Answer Due 5/29/2025; |

| | | | |
|---|---|---|---|
| | | | John Roe 499 Answer Due 5/29/2025; John Roe 521 Answer Due 5/29/2025; John PV Roe 554 Answer Due 5/29/2025; John Roe 644 Answer Due 5/29/2025; John Roe 663 Answer Due 5/29/2025; John DB Roe SF Answer Due 5/29/2025 (RE: related document(s) 1 Complaint filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Scheduling Conference scheduled for 6/27/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (rdr) DEFECTIVE ENTRY: Clerk docketed in error. Please see the corrected summons on doc #5. Modified on 4/29/2025 (rdr). (Entered: 04/29/2025) |
| 5 | 04/29/2025 | 2-1 | Summons Issued on C.M. Answer Due 5/29/2025; John Doe Answer Due 5/29/2025; Jane Doe 116 Answer Due 5/29/2025; John Doe 664 Answer Due 5/29/2025; Jane Doe 7 Answer Due 5/29/2025; John Doe A.D.R. Answer Due 5/29/2025; John Doe A.L.R. Answer Due 5/29/2025; John Doe CLG03522 Answer Due 5/29/2025; John Doe F.O. Answer Due 5/29/2025; John Doe H.M. Answer Due 5/29/2025; John Doe L.M. Answer Due 5/29/2025; John Doe MR 1236 Answer Due 5/29/2025; Joseph Doe OAK 475 Answer Due 5/29/2025; John Doe SF 1026 Answer Due 5/29/2025; John Doe SF 1196 Answer Due 5/29/2025; Jane Doe SF 1200 Answer Due 5/29/2025; John Doe SF 1201 Answer Due 5/29/2025; John Doe SF 1218 Answer Due 5/29/2025; Jane Doe SF 1233 Answer Due 5/29/2025; Jane Doe SF 1260 Answer Due 5/29/2025; John Doe SF 1426 Answer Due 5/29/2025; John Doe SF 1510 Answer Due 5/29/2025; John Doe SF 1913 Answer Due 5/29/2025; Jane Doe SF 2017 Answer Due 5/29/2025; John Doe SF 2028 Answer Due 5/29/2025; Joseph Doe SF 601 Answer Due 5/29/2025; LL John Doe WC Answer Due 5/29/2025; G.J. Answer Due 5/29/2025; G.W. Answer Due 5/29/2025; M.R.H. Answer Due 5/29/2025; Jane Roe Answer Due 5/29/2025; John Roe 417 Answer Due 5/29/2025; John Roe 457 Answer Due 5/29/2025; John Roe 499 Answer Due 5/29/2025; John Roe 521 Answer Due 5/29/2025; John PV Roe 554 Answer Due 5/29/2025; John Roe 644 Answer Due 5/29/2025; John Roe 663 Answer Due 5/29/2025; John DB Roe SF Answer Due 5/29/2025 (RE: related document(s) 1 Complaint filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Scheduling Conference scheduled for 6/27/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (rdr) DEFECTIVE ENTRY: Clerk docketed in error. Please see the corrected summons on doc #5. Modified on 4/29/2025 (rdr). (Entered: 04/29/2025) |

| 6 | 04/29/2025 | 3 | Order Regarding Initial Disclosures and Discovery Conference (rdr) (Entered: 04/29/2025) |
| --- | --- | --- | --- |
| 7 | 04/29/2025 | 3-1 | Order Regarding Initial Disclosures and Discovery Conference (rdr) (Entered: 04/29/2025) |
| 8 | 04/29/2025 | 3-2 | Order Regarding Initial Disclosures and Discovery Conference (rdr) (Entered: 04/29/2025) |
| 9 | 04/29/2025 | 3-3 | Order Regarding Initial Disclosures and Discovery Conference (rdr) (Entered: 04/29/2025) |
| 10 | 04/29/2025 | 4 | Request for Notice Filed by Requestor Pfister & Saso, LLP (Pfister, Robert) (Entered: 04/29/2025) |
| 11 | 04/29/2025 | 5 | Corrected Summons Issued on C.M. Answer Due 5/29/2025; John Doe Answer Due 5/29/2025; Jane Doe 116 Answer Due 5/29/2025; John Doe 664 Answer Due 5/29/2025; Jane Doe 7 Answer Due 5/29/2025; John Doe A.D.R. Answer Due 5/29/2025; John Doe A.L.R. Answer Due 5/29/2025; John Doe CLG03522 Answer Due 5/29/2025; John Doe F.O. Answer Due 5/29/2025; John Doe H.M. Answer Due 5/29/2025; John Doe L.M. Answer Due 5/29/2025; John Doe MR 1236 Answer Due 5/29/2025; Joseph Doe OAK 475 Answer Due 5/29/2025; John Doe SF 1026 Answer Due 5/29/2025; John Doe SF 1196 Answer Due 5/29/2025; Jane Doe SF 1200 Answer Due 5/29/2025; John Doe SF 1201 Answer Due 5/29/2025; John Doe SF 1218 Answer Due 5/29/2025; Jane Doe SF 1233 Answer Due 5/29/2025; Jane Doe SF 1260 Answer Due 5/29/2025; John Doe SF 1426 Answer Due 5/29/2025; John Doe SF 1510 Answer Due 5/29/2025; John Doe SF 1913 Answer Due 5/29/2025; Jane Doe SF 2017 Answer Due 5/29/2025; John Doe SF 2028 Answer Due 5/29/2025; Joseph Doe SF 601 Answer Due 5/29/2025; LL John Doe WC Answer Due 5/29/2025; G.J. Answer Due 5/29/2025; G.W. Answer Due 5/29/2025; M.R.H. Answer Due 5/29/2025; Pfister & Saso, LLP Answer Due 5/29/2025; Jane Roe Answer Due 5/29/2025; John Roe 417 Answer Due 5/29/2025; John Roe 457 Answer Due 5/29/2025; John Roe 499 Answer Due 5/29/2025; John Roe 521 Answer Due 5/29/2025; John PV Roe 554 Answer Due 5/29/2025; John Roe 644 Answer Due 5/29/2025; John Roe 663 Answer Due 5/29/2025; John DB Roe SF Answer Due 5/29/2025 (RE: related document(s) 1 Complaint filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Scheduling Conference scheduled for 6/26/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (rdr) (Entered: 04/29/2025) |

| | | | |
|---|---|---|---|
| 12 | 04/29/2025 | 5-1 | Corrected Summons Issued on C.M.  Answer Due 5/29/2025; John Doe Answer Due 5/29/2025; Jane Doe 116 Answer Due 5/29/2025; John Doe 664 Answer Due 5/29/2025; Jane Doe 7 Answer Due 5/29/2025; John Doe A.D.R. Answer Due 5/29/2025; John Doe A.L.R. Answer Due 5/29/2025; John Doe CLG03522 Answer Due 5/29/2025; John Doe F.O. Answer Due 5/29/2025; John Doe H.M. Answer Due 5/29/2025; John Doe L.M. Answer Due 5/29/2025; John Doe MR 1236 Answer Due 5/29/2025; Joseph Doe OAK 475 Answer Due 5/29/2025; John Doe SF 1026 Answer Due 5/29/2025; John Doe SF 1196 Answer Due 5/29/2025; Jane Doe SF 1200 Answer Due 5/29/2025; John Doe SF 1201 Answer Due 5/29/2025; John Doe SF 1218 Answer Due 5/29/2025; Jane Doe SF 1233 Answer Due 5/29/2025; Jane Doe SF 1260 Answer Due 5/29/2025; John Doe SF 1426 Answer Due 5/29/2025; John Doe SF 1510 Answer Due 5/29/2025; John Doe SF 1913 Answer Due 5/29/2025; Jane Doe SF 2017 Answer Due 5/29/2025; John Doe SF 2028 Answer Due 5/29/2025; Joseph Doe SF 601 Answer Due 5/29/2025; LL John Doe WC Answer Due 5/29/2025; G.J. Answer Due 5/29/2025; G.W. Answer Due 5/29/2025; M.R.H. Answer Due 5/29/2025; Pfister & Saso, LLP Answer Due 5/29/2025; Jane Roe Answer Due 5/29/2025; John Roe 417 Answer Due 5/29/2025; John Roe 457 Answer Due 5/29/2025; John Roe 499 Answer Due 5/29/2025; John Roe 521 Answer Due 5/29/2025; John PV Roe 554 Answer Due 5/29/2025; John Roe 644 Answer Due 5/29/2025; John Roe 663 Answer Due 5/29/2025; John DB Roe SF Answer Due 5/29/2025 (RE: related document(s) 1 Complaint filed by Plaintiff The Roman Catholic Archbishop of San Francisco).  Scheduling Conference scheduled for 6/26/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (rdr) (Entered: 04/29/2025) |
| 13 | 05/08/2025 | 6 | Certificate of Service re: Complaint Seeking Declaratory and Injunctive Relief Under Bankruptcy Code Sections 105(a) and 362 that the Automatic Stay Extends to All State Court Cases in Which Debtor is Named as a Defendant and as to All Cases in Which a Non-Debtor Affiliate is Named as a Defendant [Adv. Docket No. 1], Order re: Initial Disclosures and Discovery Conference [Adv. Docket No. 3], Corrected Summons and Notice of Scheduling Conference in an Adversary Proceeding [Adv. Docket No. 5] and Adversary Proceeding Cover Sheet [Adv. Docket Nos. 1-2 and 1-3] Filed by Interested Party Omni Agent Solutions (related document(s) 1 Complaint, 2 Summons Issued, 3 Discovery Order, 5 Summons Issued). (Lowry, Randy) (Entered: 05/08/2025) |

| | | | |
|---|---|---|---|
| 14 | 05/29/2025 | 8-1 | Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Memorandum of Points and Authorities in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 2 Declaration of Paul E. Gaspari in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 3 Declaration of Barron L. Weinstein in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362) (Katz, Ori) (Entered: 05/29/2025) |
| 15 | 05/29/2025 | 8-2 | Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Memorandum of Points and Authorities in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 2 Declaration of Paul E. Gaspari in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 3 Declaration of Barron L. Weinstein in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362) (Katz, Ori) (Entered: 05/29/2025) |
| 16 | 05/29/2025 | 8-3 | Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Memorandum of Points and Authorities in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 2 Declaration of Paul E. Gaspari in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 3 |

| | | | |
|---|---|---|---|
| | | | Declaration of Barron L. Weinstein in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362) (Katz, Ori) (Entered: 05/29/2025) |
| 17 | 05/29/2025 | 10 | Certificate of Service (RE: related document(s)8 Motion Miscellaneous Relief, 9 Notice of Hearing). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco (Kim, Jeannie) (Entered: 05/29/2025) |
| 18 | 06/03/2025 | 12 | Certificate of Service re Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8], Memorandum of Points and Authorities in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8-1], Declaration of Paul E. Gaspari in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8-2], Declaration of Barron L. Weinstein in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 Adv. Docket No. 8-3], Notice of Hearing Oon Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 9] and Cover Letter Filed by Interested Party Omni Agent Solutions (related document(s)8 Motion Miscellaneous Relief, 9 Notice of Hearing). (Lowry, Randy) (Entered: 06/02/2025) |
| 19 | 06/12/2025 | 16 | Certificate of Service (RE: related document(s) 13 Opposition Brief/Memorandum, 14 Declaration, 15 Request To Take Judicial Notice). Filed by Creditor Committee The Official Committee of the Unsecured Creditors (Greenwood, Gail) (Entered: 06/12/2025) |
| 20 | 06/26/2025 | 20 | Certificate of Service re: Reply in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 18] and Cover Letter Filed by Interested Party Omni Agent Solutions (related document(s)18 Reply). (Lowry, Randy) (Entered: 06/26/2025) |

| 21 | 09/05/2025 | 24 | Certificate of Service re: Notice of Amended Exhibit B to Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 22] Filed by Interested Party Omni Agent Solutions (related document(s) 22 Notice). (Lowry, Randy) (Entered: 09/05/2025) |
|---|---|---|---|
| 22 | 09/17/2025 | 28 | Certificate of Service re: Notice of Fully Executed Stipulation By and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 25] and Proposed Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay Filed by Interested Party Omni Agent Solutions (related document(s)25 Notice). (Lowry, Randy) (Entered: 09/17/2025) |

### III. Reservation of Rights

Appellee reserves the right to withdraw, supplement, amend or modify this designation of record on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: October 14, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Attorneys for The Roman Catholic
Archbishop of San Francisco