Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
         jrios@ffwplaw.com
         tphinney@ffwplaw.com
         mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
         amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR BLANK ROME LLP [SEPTEMBER 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of September 2025 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of September 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1, 2025, through September 30, 2025 | $33,659.60 | $1,821.90 | $35,481.50 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $26,927.68 | $1,821.90 | $28,749.58 |

Attached hereto as *Exhibit A* is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period.

Attached hereto as *Exhibit B* is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as *Exhibit C* is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as *Exhibit D*, are records of BR's fees incurred during the period of September 2025, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

///

///

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: October 20, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: October 20, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

# Exhibit A

**Compensation by Professional Person for Hourly Services
for the Fee Period of
September 2025**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Jeffrey L. Schulman | Partner | $836 | 30.10 | $25,163.60 |
| Barron L. Weinstein | Of Counsel | $820 | 7.80 | $6,396.00 |
| Kevin Cifarelli | Associate | $525 | 4.00 | $2,100.00 |
| TOTAL | | | 41.90 | $33,659.60 |

# Exhibit B

**Summary of Compensation by Project Category
Compensation by Project Category for Hourly Services
for the Fee Period of September 2025**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 4.00 | $2,100.00 |
| Bankruptcy Procedure | 1.10 | $919.60 |
| Fee Application | 0.50 | $418.00 |
| Mediation | 32.80 | $27,296.00 |
| Motion Practice | 3.50 | $2,926.00 |
| TOTAL | 41.90 | $33,659.60 |

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---:|
| Airfare (Mediation) | $1,016.97 |
| Car Service (Mediation) | $369.21 |
| Hotel (Mediation) | $356.92 |
| Meals | $56.30 |
| Case Anywhere | $10.00 |
| Docket Searches | $12.50 |
| **TOTAL** | **$1,821.90** |

**Exhibit D**

**Blank Rome September Invoice**



**BLANKROME**

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ▮

| | |
|---|---|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: OCTOBER 06, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: 163301-00001 04647 |
| ▮, ▮ | INVOICE NUMBER: 2313560 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | |

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/07/2025 | 2291507 | $57,999.30 | ($46,407.44) | $11,591.86 |
| 08/11/2025 | 2300009 | $79,781.50 | ($63,830.42) | $15,951.08 |
| 09/04/2025 | 2305617 | $42,019.10 | $0.00 | $42,019.10 |

**BALANCE FORWARD** $69,562.04

FOR LEGAL SERVICES RENDERED THROUGH 9/30/25     $33,659.60
FOR DISBURSEMENTS ADVANCED THROUGH 9/30/25     $1,821.90

**CURRENT INVOICE TOTAL** $35,481.50

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** $105,043.54

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮9326 | 130 North 18th St |
| ABA Number: | ▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ▮ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. ████████

| | | |
|---|---|---:|
| ARCHDIOCESE OF SAN FRANCISCO | INVOICE DATE: | OCTOBER 06, 2025 |
| PAULA CARNEY AND PHILIP LAM | CLIENT ID: | 163301 |
| PAUL J. PASCUZZI AND BRENDA JENNINGS | MATTER NUMBER: | 163301-00001 |
| ████████████████, ████████████████ | INVOICE NUMBER: | 2313560 |
| PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM | | PAGE 1 |

**REGARDING:** ARCHDIOCESE OF SAN FRANCISCO
AB 218 CLAIMS

**FOR LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---:|---:|
| 09/01/25 | STUDY FILE NOTES AND CORRESPONDENCE REGARDING MEDIATION STRATEGY TO PREPARE FOR MEDIATION (.3). | B. WEINSTEIN | 07 | 0.30 | 246.00 |
| 09/02/25 | DEBTOR MEETING IN PREPARATION FOR MEDIATION (1.7)(PARTIAL); TRAVEL TO SAN FRANCISCO FOR MEDIATION (2); PREPARE FOR SAME (1.4). | J. SCHULMAN | 07 | 4.10 | 3,427.60 |
| 09/02/25 | ATTEND IN PERSON MEETING WITH CLIENT AND LEGAL TEAM REGARDING PREPARATION FOR UPCOMING MEDIATION (2.5) | B. WEINSTEIN | 07 | 2.50 | 2,050.00 |
| 09/03/25 | ANALYZE CORRESPONDENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.3); ANALYZE ORDER REGARDING LITIGATION (.1) AND PREPARE CORRESPONDENCE WITH LEGAL TEAM REGARDING SAME (.2); STUDY ORDER FROM ALBANY DIOCESE WITH ISSUES INVOLVED IN PRESENT CASE (SHARE WITH OTHER CLIENTS (.2); ANALYZE POSSIBLE DEFENSE COUNSEL FOR RELEASED CASES (.2). | B. WEINSTEIN | 07 | 1.00 | 820.00 |
| 09/03/25 | APPEAR FOR/ATTEND MEDIATION (9.2); RETURN TRAVEL TO NEW YORK (2). | J. SCHULMAN | 07 | 11.20 | 9,363.20 |
| 09/04/25 | APPEAR FOR/ATTEND COURT HEARING (.7) AND PREPARE FOR SAME (.4). | J. SCHULMAN | 02 | 1.10 | 919.60 |
| 09/04/25 | PRIVILEGE REVIEW OF INVOICE. | J. SCHULMAN | 05 | 0.50 | 418.00 |
| 09/05/25 | CONFER WITH DEBTOR TEAM REGARDING MEDIATION (1.4) AND PREPARE FOR SAME (.4). | J. SCHULMAN | 07 | 1.80 | 1,504.80 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/08/25 | REVIEW OF EMAIL FROM P. PASCUZZI RE INSURANCE ISSUE. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 09/08/25 | ANALYZE STATUS OF OAKLAND DIOCESE CASE REGARDING SIMILAR ISSUES (SHARED WITH OTHER CLIENT). | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 09/09/25 | REVIEW OF MOTION TO ALLOW FILING OF LATE PROOF OF CLAIM TO ASSESS POTENTIAL INSURANCE ASSETS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 09/09/25 | PREPARE CORRESPONDENCE TO CHUBB REGARDING MOTION TO ALLOW FILING OF NEW CLAIM. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 09/09/25 | TELEPHONE CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION STATUS AND STRATEGY (.2). | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 09/10/25 | PREPARE CORRESPONDENCE TO CARRIERS REGARDING SUPPLEMENTAL PAPERS IN SUPPORT OF MOTION TO CONSOLIDATE. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 09/10/25 | REVIEW OF CORRESPONDENCE AND ORDER FROM COURT RE FEE EXAMINATION REPORT. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 09/12/25 | TEAM MEETING WITH P. GASPARI, D. ZAMORA, O. KATZ AND J. SCHULMAN TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 09/12/25 | ATTEND DEBTOR TEAM MEETING REGARDING MEDIATION AND INSURANCE ISSUES (.5) AND PREPARE FOR SAME (.4); CONFER WITH DEBTOR COUNSEL REGARDING RELEASED CASES AND REVIEW CASES IN PREPARATION FOR INSURER DISCUSSION (.8). | J. SCHULMAN | 07 | 1.70 | 1,421.20 |
| 09/12/25 | REVIEW OF CORRESPONDENCE FROM COUNSEL REGARDING RELEASED CLAIMS. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 09/14/25 | ATTEND CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGY | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 09/14/25 | CONFER WITH B. WEINSTEIN REGARDING MEDIATION STATUS. | J. SCHULMAN | 07 | 0.50 | 418.00 |
| 09/15/25 | CONFER WITH INSURERS REGARDING RELEASED CASES (.5) AND PREPARE FOR SAME (.4); ATTEND DEBTOR MEETING | J. SCHULMAN | 07 | 2.30 | 1,922.80 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|------|-------------|------------|------|-------|--------|
| | REGARDING MEDIATION (1.1) AND PREPARE FOR SAME (.3). | | | | |
| 09/17/25 | REVIEW INSURER NOTICES OF APPEAL AND CONFER WITH DEBTOR TEAM REGARDING SAME. | J. SCHULMAN | 08 | 0.60 | 501.60 |
| 09/17/25 | REVIEW OF CORRESPONDENCE FROM P. PASCUZZI RE FEES AND COSTS. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 09/17/25 | REVIEW OF CORRESPONDENCE RE MOTION TO STAY PENDING APPEAL. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 09/18/25 | REVIEW OF EMAIL FROM NATIONAL CATHOLIC WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 09/18/25 | PREPARE RESPONSE TO NATIONAL CATHOLIC REQUEST FOR CLAIM INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 09/18/25 | CONFER WITH COUNSEL REGARDING PENDING MOTION AND STAY PENDING APPEAL (.2) (.3); REVIEW FILINGS IN PREPARATION FOR SAME (.6); CONFER WITH COUNSEL REGARDING DEFENSE COUNSEL AND COVERAGE (.5). | J. SCHULMAN | 08 | 1.60 | 1,337.60 |
| 09/19/25 | PLAN/PREPARE FOR DEBTOR MEETING (.5) AND ATTEND DEBTOR MEETING REGARDING MEDIATION (.7) (PARTIAL). | J. SCHULMAN | 07 | 1.20 | 1,003.20 |
| 09/20/25 | CONFER WITH B. WEINSTEIN REGARDING MEDIATION STATUS. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 09/20/25 | TELEPHONE CONFERENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES. | B. WEINSTEIN | 07 | 0.30 | 246.00 |
| 09/22/25 | CONFER WITH INSURER COUNSEL AND DEBTOR PROFESSIONALS REGARDING DEFENSE COUNSEL. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 09/23/25 | REVIEW OF CORRESPONDENCE FROM EXCESS CARRIER WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 09/23/25 | PREPARE RESPONSE TO CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 09/25/25 | CONFER WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.3); ANALYZE DRAFT PLEADING REGARDING INSURERS' MOTION PENDING APPEAL AND PREPARE CORRESPONDENCE TO LEGAL TEAM REGARDING SAME (.5); REVIEW CORRESPONDENCE FROM LEGAL TEAM REGARDING MEDIATION ISSUES (.2). | B. WEINSTEIN | 07 | 1.00 | 820.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/25/25 | TEAM MEETING WITH B. WEINSTEIN AND J. SCHULMAN TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 09/25/25 | REVIEW OF CORRESPONDENCE FROM INSURANCE COUNSEL AND BANKRUPTCY COUNSEL RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 09/25/25 | CONFER WITH DEBTOR COUNSEL (.2) AND INSURER COUNSEL (.1) REGARDING CASES RELEASED FROM STAY. CONFER WITH K. CIFARELLI AND B. WEINSTEIN REGARDING STATUS (.3). | J. SCHULMAN | 07 | 0.60 | 501.60 |
| 09/25/25 | REVIEW DRAFT OPPOSITION TO INSURER MOTION TO STAY PENDING APPEAL. | J. SCHULMAN | 08 | 0.70 | 585.20 |
| 09/26/25 | ATTEND DEBTOR MEETING REGARDING MEDIATION. | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 09/26/25 | ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (1); REVIEW FILE NOTES TO PREPARE FOR SAME (.2). | B. WEINSTEIN | 07 | 1.20 | 984.00 |
| 09/28/25 | ANALYZE FILE NOTES AND CORRESPONDENCE WITH LEGAL TEAM REGARDING MEDIATION STRATEGY AND SCHEDULING. | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 09/29/25 | PREPARE EMAIL TO INSURANCE CARRIER REPRESENTATIVE RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 09/29/25 | PREPARE AGENDA WITH TASK LIST FOR TEAM MEETING. | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 09/29/25 | ANALYZE COVERAGE POSITION OF PRIMARY CARRIERS TO IDENTIFY MISSING RESPONSES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 09/30/25 | REVIEW OPPOSITION TO INSURER MOTION TO STAY PENDING APPEAL. | J. SCHULMAN | 08 | 0.60 | 501.60 |
| 09/30/25 | ANALYZE RECENTLY FILED PLEADINGS | B. WEINSTEIN | 07 | 0.40 | 328.00 |
| | **TOTAL SERVICES** | | | | **$33,659.60** |

**FOR DISBURSEMENTS ADVANCED THROUGH SEPTEMBER 30, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02/25 | AIRFARE: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) (CHANGE TICKET/FLIGHT TIME/PRICE DIFFERENCE) ON 08/30/25 | 10.00 |
| 09/02/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) ON 09/02/25 | 47.39 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/02/25 | CASE ANYWHERE LLC SYSTEM ACCESS FEE FOR THE PERIOD 8/1/25 - 8/31/25 (INV. #447911). | 10.00 |
| 09/02/25 | AIRFARE: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) ON 08/27/25 | 528.48 |
| 09/02/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) ON 09/02/25 | 174.88 |
| 09/03/25 | HOTEL MISCELLANEOUS: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) (TAXES & FEES/DESTINATION FEE) ON 09/03/25 | 87.82 |
| 09/03/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) ON 09/03/25 | 44.84 |
| 09/03/25 | AIRFARE: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) ON 08/28/25 | 478.49 |
| 09/03/25 | OUT OF TOWN LODGING: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) ON 09/03/25 | 269.10 |
| 09/03/25 | MEALS - LUNCH: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) - WITH JEFFREY SCHULMAN ON 09/03/25 | 56.30 |
| 09/04/25 | CAR SERVICE/TAXI: JEFFREY SCHULMAN MEDIATION (SAN FRANCISCO) ON 09/04/25 | 102.10 |
| | DOCKET SEARCHES | 12.50 |
| | **TOTAL DISBURSEMENTS** | **$1,821.90** |

**CURRENT INVOICE TOTAL**  $35,481.50

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 4.00 | 2,100.00 |
| 02 | BANKRUPTCY PROCEDURE | 1.10 | 919.60 |
| 05 | FEE APPLICATION | 0.50 | 418.00 |
| 07 | MEDIATION | 32.80 | 27,296.00 |
| 08 | MOTION PRACTICE | 3.50 | 2,926.00 |
| | **TOTAL** | **41.90** | **$33,659.60** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---:|---:|---:|
| JEFFREY L. SCHULMAN | 836.00 | 30.10 | 25,163.60 |
| KEVIN L. CIFARELLI | 525.00 | 4.00 | 2,100.00 |
| BARRON L. WEINSTEIN | 820.00 | 7.80 | 6,396.00 |
| **TOTALS** | | **41.90** | **$33,659.60** |