Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com
                mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppardmullin.com
                amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | [*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP [SEPTEMBER 2025]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for September 2025. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by FFWPR on account of the Debtor for the month of September 2025 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1, 2025, through September 30, 2025 | $61,869.50 | $789.98 | $62,659.48 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $49,495.60 | $789.98 | $50,285.58 |

The itemized billing statement for the fees and costs billed is attached hereto as ***Exhibit A***. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: October 20, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By:*/s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of
San Francisco

Case: 23-30564   Doc# 1406   Filed: 10/20/25   Entered: 10/20/25 11:02:40   Page 2 of 19

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit A</u>

September 2025 Invoice

# Felderstein Fitzgerald Willoughby - ABA Task Summary report

Date Start: 9/1/2025 | Date End: 9/30/2025 | Clients: Archdiocese of San Francisco | Matters: Archdiocese of SF - Post Petition | Users: All

| Date | User | Client | Matters | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **B110 - Case Administration** | | | | | | | | | |
| | | | | **B110 - Case Administration Sub Totals:** | | | 2.20 | 2.20 | $1,190.00 |
| **B140 - Relief from Stay/Adequate Protection Proceedings** | | | | | | | | | |
| | | | | **B140 - Relief from Stay/Adequate Protection Proceedings Sub Totals:** | | | 5.70 | 5.40 | $3,190.00 |
| **B150 - Meetings of and Communications with Creditors** | | | | | | | | | |
| | | | | **B150 - Meetings of and Communications with Creditors Sub Totals:** | | | 9.30 | 9.30 | $5,580.00 |
| **B160 - Fee/Employment Applications** | | | | | | | | | |
| | | | | **B160 - Fee/Employment Applications Sub Totals:** | | | 27.40 | 26.30 | $5,814.50 |
| **B190 - Other Contested Matters** | | | | | | | | | |
| | | | | **B190 - Other Contested Matters Sub Totals:** | | | 3.00 | 3.00 | $1,800.00 |
| **B210 - Business Operations** | | | | | | | | | |
| | | | | **B210 - Business Operations Sub Totals:** | | | 0.50 | 0.50 | $300.00 |
| **B310 - Claims Administration and Objections** | | | | | | | | | |
| | | | | **B310 - Claims Administration and Objections Sub Totals:** | | | 1.60 | 1.60 | $560.00 |
| **B410 - General Bankruptcy Advice/Opinions** | | | | | | | | | |
| | | | | **B410 - General Bankruptcy Advice/Opinions Sub Totals:** | | | 35.80 | 35.80 | $21,480.00 |
| **L160 - Settlement/Non-Binding ADR** | | | | | | | | | |
| | | | | **L160 - Settlement/Non-Binding ADR Sub Totals:** | | | 17.60 | 13.40 | $8,040.00 |
| **L210 - Pleadings** | | | | | | | | | |
| | | | | **L210 - Pleadings Sub Totals:** | | | 2.70 | 2.70 | $1,620.00 |
| **L510 - Appellate Motions and Submissions** | | | | | | | | | |
| | | | | **L510 - Appellate Motions and Submissions Sub Totals:** | | | 23.20 | 22.80 | $12,295.00 |
| | | | | **Grand Total** | | | **129.00** | **123.00** | **$61,869.50** |

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Archdiocese of San Francisco**
Paula Carney
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
Email: ███████████████

# Invoice 14264

| Date | Oct 07, 2025 |
|---|---|
| Terms | |
| Service Thru | Sep 30, 2025 |

**In Reference To: Archdiocese of SF - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 09/02/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for mediation (1.1). Call with O. Katz re case status (.3). Prepare for client team call (.2). Attend same (1.7). Follow up meeting (.5). | 3.80 | $ 600.00/hr | $ 2,280.00 |
| 09/02/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review court docket text order on motion to approve stipulation re stay extension motion resolution, consider strategy (.3). Email to client team re same (.2). Revise order per docket text order (.2). Emails from and to L Parada re stay extension motion in adversary proceeding (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 09/02/2025 | MEK | **B110 - Case Administration:** Review of deadlines for removal and exclusivity and email P. Pascuzzi re: the same (.4) | 0.40 | $ 350.00/hr | $ 140.00 |
| 09/02/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel to SF from Sac for mediation (no charge) (2.1). | 2.10 | $ 0.00/hr | No Charge |
| 09/02/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email A. Kieser and P. Pascuzzi re: stipulation (.1); Follow up email re: the same (.2) | 0.30 | $ 0.00/hr | No Charge |
| 09/02/2025 | JER | **B160 - Fee/Employment Applications:** Email with TransPerfect re fee examiner report. (.2). Review TransPerfect monthly fee notice. (.1) | 0.30 | $ 0.00/hr | No Charge |
| 09/03/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for mediation (.4). Pre-meeting with client team re same (.5). | 0.90 | $ 600.00/hr | $ 540.00 |
| 09/03/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Attend mediation (9.2). | 9.20 | $ 600.00/hr | $ 5,520.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact August invoices for survivor information and prepare draft August Monthly Fee Statement for TransPerfect. | 1.30 | $ 105.00/hr | $ 136.50 |
| 09/03/2025 | JER | **B160 - Fee/Employment Applications:** Review and finalize TransPerfect monthly fee notice. | 0.10 | $ 525.00/hr | $ 52.50 |
| 09/03/2025 | JER | **B160 - Fee/Employment Applications:** Emails with TransPerfect and telephone call with J. Kim re Fee Examiner comments to TP Application. | 0.20 | $ 0.00/hr | No Charge |
| 09/03/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Travel from SF to Sac for mediation (no charge) (2.1). | 2.10 | $ 0.00/hr | No Charge |
| 09/04/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with other diocesan chapter 11 attorney re case issues (.2). Emails from and to client team re weekly call (.1). Prepare outline for Finance Council update (.5). Attend same (.5). Draft agenda for client team call (.4). Email client team re mediation issue (.2). | 1.90 | $ 600.00/hr | $ 1,140.00 |
| 09/04/2025 | PJP | **B110 - Case Administration:** Prepare for status conferences in main case and stay extension adversary proceeding (.5). Review committee last minute status conference statement, consider issues (.2). Attend same (.7). | 1.40 | $ 600.00/hr | $ 840.00 |
| 09/04/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review orders in adversary and main case re stay extension motion resolution, consider issues on signatures and exhibits (.4). Email to B. Michael re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 09/04/2025 | JER | **B160 - Fee/Employment Applications:** Multiple emails re TransPerfect response to Fee Examiner. | 0.30 | $ 0.00/hr | No Charge |
| 09/04/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with R. Michelson (Catholic Charities) re case status (.3). Call with P. Califano (St. Patrick's Seminary) re case status (.5). | 0.80 | $ 600.00/hr | $ 480.00 |
| 09/04/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact August invoices for survivor information and prepare draft August Monthly Fee Statement for BlankRome. | 1.30 | $ 105.00/hr | $ 136.50 |
| 09/04/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact WT invoices for survivor information in preparation of preparing the August Monthly Fee Statement. | 1.00 | $ 105.00/hr | $ 105.00 |
| 09/05/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review relevant case updates in other diocesan cases (shared) (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/05/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.2). Attend same (1.3). Email to Fr. Summerhays, M. Flanagan, W. Weitz, P. Carney re mediation issues (.1). Call to Fr. Summerhays re same (.1). Call with W. Weitz re mediation strategy (.2). | 1.90 | $ 600.00/hr | $ 1,140.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with S. Williamson (Cemeteries) re case status (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 09/05/2025 | PJP | **B190 - Other Contested Matters:** Review mediator invoices unpaid issues, consider strategy re same (.4). Email to insurers re large outstanding reimbursement balance on same (.2). Email to and from M. Flanagan, M. Cottrell, D. Greenblatt re same (.1). | 0.70 | $ 600.00/hr | $ 420.00 |
| 09/07/2025 | JER | **B160 - Fee/Employment Applications:** Preparation for Sept 12 hearings re interim fee applications and emails with J. Fluken and FFWPR Team regarding same. | 0.20 | $ 525.00/hr | $ 105.00 |
| 09/08/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review relevant diocesan case updates in other diocese cases, consider strategy re relation to this case (shared) (1.6). Review JCCP 5108 decision on Prop 51 applicability, consider issues re same (shared) (.4). Call with other diocesan chapter 11 lawyer re relevant case issues (shared) (.2). Email to client team re same (.2). Review of ruling on Oakland Diocese case adversary for related issues, consider strategy (shared) (.4). | 2.80 | $ 600.00/hr | $ 1,680.00 |
| 09/08/2025 | PJP | **B190 - Other Contested Matters:** Review late claim motion by Doe JRO, consider issues (.3). Email to client team re same (.1). | 0.40 | $ 600.00/hr | $ 240.00 |
| 09/08/2025 | JER | **B160 - Fee/Employment Applications:** Preparation for 9.12.25 hearings on interim fee applications. (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 09/08/2025 | JER | **B160 - Fee/Employment Applications:** Email with J. Kim re TransPerfect interim fee application. (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 09/09/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with committee counsel (.2). Attend same (.4). Emails from and to P. Califano (St. Patricks and Vallombrosa) re case issues (.2). | 0.80 | $ 600.00/hr | $ 480.00 |
| 09/09/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review developments in other diocesan cases relevant to this case (shared) (.3). Call with O. Katz re case strategy (.1). Further call with O. Katz post-committee counsel call (.4). | 0.80 | $ 600.00/hr | $ 480.00 |
| 09/09/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare August Monthly Fee Statement for FFWPR. | 0.50 | $ 105.00/hr | $ 52.50 |
| 09/09/2025 | PJP | **B190 - Other Contested Matters:** Emails from and to P. Carney re late claim motion issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/09/2025 | JER | **B160 - Fee/Employment Applications:** Emails with Fee Examiner, Court Clerk, and J. Kim re finalizing Fee Examiner Report. | 0.10 | $ 525.00/hr | $ 52.50 |
| 09/09/2025 | JER | **B160 - Fee/Employment Applications:** Review multiple emails with J. Kim and TransPerfect re finalizing Fee Examiner Report. | 0.20 | $ 0.00/hr | No Charge |

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/10/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with other diocesan attorney re relevant diocesan chapter 11 cases developments, common issues (shared) (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/10/2025 | BJ | **B160 - Fee/Employment Applications:** Review and redact August invoices for survivor information and prepare draft August Monthly Fee Statement for GlassRatner. | 0.70 | $ 105.00/hr | $ 73.50 |
| 09/10/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re relevant developments in other diocesan cases (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 09/10/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails to and from D. Zamora re Pritchard trials CMC, consider issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/10/2025 | JER | **B160 - Fee/Employment Applications:** Emails with ADSF Professionals and PJP re preparation for hearing on interim fee applications. (.3). Further emails with W. Weitz regarding same. (.1) Email with Fee Examiner and J. Kim re finalizing Fee Examiner Report and filing. (.1). Review Fee Examiner's Final Report. (.3). Review Docket Order re Fee Hearings and emails with ADSF professionals regarding same. (.2) | 1.00 | $ 525.00/hr | $ 525.00 |
| 09/10/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with P. Califano (Vallombrosa, St. Patrick's Seminary) re case issues (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 09/11/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to J. Schulman, B. Weinstein re defense counsel for released cases strategy, consider issues re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/11/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to R. Harris (high schools) re case issues (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 09/11/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with O. Katz re five year rule stipulation in JCCP 5108 automatic stay issue (.1). Email to D. Zamora re same (.1). Emails from and to B. Michael re stay stipulation approval orders, fully executed stip, amended exhibit B, filing intentions (.3). Review orders, notice of fully executed stip, other pleadings re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 09/11/2025 | PJP | **L210 - Pleadings:** Committee adversary: revise request for notice, email to litigation team re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/11/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP re proposed orders for 5th interim fee applications granted by docket order 9.10.25. (.2). Review and revise proposed orders for fee applications for FFWPR, BlankRome, Weintraub, and GlassRatner. (.4). Emails with MK regarding same. (.2) | 0.80 | $ 525.00/hr | $ 420.00 |
| 09/11/2025 | JER | **B160 - Fee/Employment Applications:** Review and confirm schedule for 6th interim fee applications. | 0.10 | $ 525.00/hr | $ 52.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/11/2025 | MEK | **B160 - Fee/Employment Applications:** Draft FFWPR 5th interim fee order (.4); Draft Weintraub 5th interim fee order (.4); Draft Blank Rome 3rd interim fee order (.2); Draft B. Riley 5th interim fee order (.2); Draft Transperfect 4th interim fee order (.3); Email to P. Pascuzzi and J. Rios re: the same (.1); Review all fee orders (.6); Email J. Rios re: the same (.1) | 2.30 | $ 350.00/hr | $ 805.00 |
| 09/12/2025 | JER | **B160 - Fee/Employment Applications:** Emails with Fee Examiner re proposed orders for Debtor's professionals. (.2). Emails with MK regarding finalizing and lodging proposed orders for ADSF Professionals and email to Fee Examiner. (.1). Email with Transperfect re future billing and fee applications to address Fee Examiner feedback. (.2) | 0.50 | $ 525.00/hr | $ 262.50 |
| 09/12/2025 | MEK | **B160 - Fee/Employment Applications:** Review of orders (.4); Email J. Rios and P. Pascuzzi re: the same (.2) {no charge}; Email from/to J. Rios (.2) {no charge}; Email to E. Frejka (fee examiner) re: orders (.2); Further emails from/to J. Rios re: orders (.2) {no charge}; Email A. Kieser and B. Jennings re: the same (.1) {no charge}. | 0.60 | $ 350.00/hr | $ 210.00 |
| 09/14/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client team call (.4). | 0.40 | $ 600.00/hr | $ 240.00 |
| 09/15/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.3). Attend same (1.1). Calls from W. Weitz re case status issues (.2). | 1.60 | $ 600.00/hr | $ 960.00 |
| 09/15/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Email from B. Michael re stay extension orders, consider issues on lodging same and proper exhibits (.3). Call from B. Lewis re stay extension stipulation issues, email to B. Lewis re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 09/15/2025 | PJP | **B190 - Other Contested Matters:** Emails to M. Cottrell re no objections to Sontchi or Buckley mediator invoices, issue insurer share (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 09/15/2025 | MEK | **B160 - Fee/Employment Applications:** Review of Blank Rome invoice for redaction (.7). | 0.70 | $ 350.00/hr | $ 245.00 |
| 09/15/2025 | MEK | **B160 - Fee/Employment Applications:** Review of weintraub invoice for redaction (.4) | 0.40 | $ 350.00/hr | $ 140.00 |
| 09/16/2025 | PJP | **B190 - Other Contested Matters:** Emails re Mediator Gallagher invoice, brief review of same (.1). Email from M. Cottrell, email to insurers share invoice to insurers re Mediator Sontchi (.1). Email from M. Cottrell, email to insurers share invoice to insurers re Mediator Buckley (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 09/16/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with committee counsel (.2). Call with O. Katz re same (.1). Attend same (.5). Follow up call with O. Katz re same (.1). | 0.90 | $ 600.00/hr | $ 540.00 |
| 09/16/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for bankruptcy update for Catholic Charities board meeting (1.3). | 1.30 | $ 600.00/hr | $ 780.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/2025 | JER | **B160 - Fee/Employment Applications:** Review and analysis of emails from D. Greenblat and ADSF re BPM OCP updates. (.3). Emails with PJP regarding same. (.1). Emails with ADSF regarding same. (.2) | 0.60 | $ 525.00/hr | $ 315.00 |
| 09/16/2025 | PJP | **L210 - Pleadings:** Stay Extension Adversary Proc: Email from B. Michael re responsive pleading and other deadlines, consider strategy re same (.2). Email to P. Carney re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 09/16/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider mediation strategy (.4). Call from P. Gaspari re case issues, emails to him re same (.2). | 0.60 | $ 600.00/hr | $ 360.00 |
| 09/16/2025 | PJP | **L510 - Appellate Motions and Submissions:** Initial review insurers motion to stay pending appeal re stay extension motion resolution (.3). Consider issues, email to J. Rios re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 09/17/2025 | PJP | **L510 - Appellate Motions and Submissions:** Email to J. Schulman, P. Gaspari re motion to stay and notices of appeal of stay extension orders (.2). Consider strategy re same (.5). Call with J. Rios re strategy on motion for stay (.2). Review court docket text re insurer motion to stay, consider issues re same (.2). | 1.10 | $ 600.00/hr | $ 660.00 |
| 09/17/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for board meeting bankruptcy case update with Catholic Charities (.7). Attend same (.8). | 1.50 | $ 600.00/hr | $ 900.00 |
| 09/17/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails to and from B. Michael re stay extension adversary responsive pleading extension, insurer appeal of orders on same (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 09/17/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re insurer appeal of stay extension resolution (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/17/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call from other diocesan chapter 11 attorney re relevant case status (shared) (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 09/17/2025 | JER | **L510 - Appellate Motions and Submissions:** Review and analysis of multiple emails from PJP and co-counsel re Insurers' motion for stay pending appeal. (.3). Telephone call with PJP regarding same. (.2) Emails with Insurer counsel regarding motion for stay pending appeal and potential briefing schedule. (.6). Review docket order re briefing schedule for stay motion and follow up email to Debtor Team. (.1). Further emails with Insurer counsel and J. Schulman regarding motion for stay pending appeal and potential briefing schedule. (.2) | 1.40 | $ 525.00/hr | $ 735.00 |
| 09/17/2025 | JER | **B160 - Fee/Employment Applications:** Emails with PJP, BJ and Ak regarding schedule for sixth interim fee motions. | 0.10 | $ 525.00/hr | $ 52.50 |
| 09/17/2025 | JER | **L510 - Appellate Motions and Submissions:** Begin opposition to motion for stay pending appeal. (.1) | 0.10 | $ 525.00/hr | $ 52.50 |

| | | | | | |
|---|---|---|---|---|---|
| 09/17/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review signed orders on stay extension stipulation, email to client team re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/18/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review other diocesan case status for relevant issues to this case, email to client team re same (.2). Email to client team re meeting with Catholic Charities board (.3). Call with O. Katz re case and mediation strategy (.6). Further call with O. Katz after mediator call (.1). Review email from O. Katz to client team re mediator call, consider issues (.2). Call with P. Gaspari, O. Katz re same (.1). Call with other diocesan counsel re relevant similar case issues (shared) (.5). Draft agenda for client team call (.3). | 2.30 | $ 600.00/hr | $ 1,380.00 |
| 09/18/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for call with mediators and O. Katz (.2). Attend same (.3). Consider strategy re same (.2). | 0.70 | $ 600.00/hr | $ 420.00 |
| 09/18/2025 | PJP | **L510 - Appellate Motions and Submissions:** Call with J. Rios re prepare for call with insurers and committee re motion to stay (.2). Attend call with insurers and committee re same, follow up call with committee counsel (.5). Email to client team re same (.3). Emails from and to D. Zamora re report to state court re appeal and motion to stay (.2). | 1.20 | $ 600.00/hr | $ 720.00 |
| 09/18/2025 | JER | **L510 - Appellate Motions and Submissions:** Telephone call with PJP to prepare for call with Insurers re Appeals. (.2). Emails with Committee re Insurer call. Email to J. Schulman re Insurer call. (.1). Analysis regarding same. (.2) Video conference with the Insurers and the Committee re motion to stay pending appeal. (.2). Further conference with Committee regarding same (did not attend entire call). (.2). Review PJP email to client regarding same. (.1). Emails with PJP and Co-Counsel re State Court Case Management Conference and stay motion. (.1) | 1.10 | $ 525.00/hr | $ 577.50 |
| 09/18/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with K. Coleman (Catholic Charities) re case status (.2). Attend same (.7). | 0.90 | $ 600.00/hr | $ 540.00 |
| 09/18/2025 | JER | **B160 - Fee/Employment Applications:** Email to D. Greenblat re preparation fo Quarterly OCP Report. | 0.10 | $ 525.00/hr | $ 52.50 |
| 09/19/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Work on mediation strategy (.8). Call with O. Katz, P. Gaspari re mediation strategy, case issues (.8). Attend client team call (1.2). Call with O. Katz re case strategy (.3). | 3.10 | $ 600.00/hr | $ 1,860.00 |
| 09/19/2025 | JER | **L510 - Appellate Motions and Submissions:** Multiple emails with Insurers, Committee and PJP re Insurers' motion for stay pending appeal potential stay pending ruling by Bankruptcy Court. (.4). Review further email with PJP and Co-Counsel regarding same. (.1) | 0.50 | $ 525.00/hr | $ 262.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to J. Rome-Banks (Marin Catholic HS) re case issues (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 09/19/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call with committee counsel and O. Katz re case issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/19/2025 | PJP | **B160 - Fee/Employment Applications:** Review Omni August invoice, email to M. Flanagan re same (.2). | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/20/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review updates in other diocesan case relevant to this case (shared) (.5). Email to client team re same (.1). | 0.60 | $ 600.00/hr | $ 360.00 |
| 09/22/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to B. Michael, O. Katz re committee counsel meeting (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 09/22/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Emails from and to O. Katz re case strategy (.1). Emails from and to P. Gaspari re case strategy (.1). Prepare for client team call re mediation (.2). Attend same (1.4). Review other diocesan case status for relevant comparison and information, consider strategy re same (shared) (.2). | 2.00 | $ 600.00/hr | $ 1,200.00 |
| 09/22/2025 | JER | **B160 - Fee/Employment Applications:** Review multiple emails with BJ and J.Kim regarding finalizing TransPerfect monthly fee notice. (.1). Emails with BJ and court notices regarding filing of multiple monthly professional fee notices. (.1) {no charge}. | 0.10 | $ 525.00/hr | $ 52.50 |
| 09/22/2025 | PJP | **B210 - Business Operations:** Emails from and to M. Flanagan re lease opportunity, consider issues re same (.3). Email to committee counsel re same (.2). | 0.50 | $ 600.00/hr | $ 300.00 |
| 09/22/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with P. Califano (Seminary and Vallombrosa) re case issues (.6). | 0.60 | $ 600.00/hr | $ 360.00 |
| 09/22/2025 | JER | **B160 - Fee/Employment Applications:** Review BJ email to Fee Examiner and UST re LEDES files. | 0.10 | $ 0.00/hr | No Charge |
| 09/22/2025 | JER | **L510 - Appellate Motions and Submissions:** Draft opposition to motion for stay pending appeal. (1.1). | 1.10 | $ 525.00/hr | $ 577.50 |
| 09/23/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review relevant developments in other diocesan case (shared) (.3). Email to client team re same and strategy (.3). Call from P. Gaspari re case status (.1). Email from P. Carney re mediation issues, consider strategy (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 09/23/2025 | JER | **L510 - Appellate Motions and Submissions:** Draft opposition to Insurers' Motion to Stay. (.1). Emails with PJP regarding same. (.1) | 0.20 | $ 525.00/hr | $ 105.00 |
| 09/23/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues on released cases, insurer defense counsel, existing defense counsel monitoring litigation (shared) (.3). | 0.30 | $ 600.00/hr | $ 180.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/23/2025 | JER | **B160 - Fee/Employment Applications:** Review worksheet prepared by GlassRatner for Quarterly OCP Report. (.2) Multiple emails with Client Team regarding same. (.2). Direct AK and BJ re preparation of monthly OCP Notice. (.1) {no charge}. | 0.40 | $ 525.00/hr | $ 210.00 |
| 09/23/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to P. Carney re automatic stay issues re administrative proceeding (.3). | 0.30 | $ 600.00/hr | $ 180.00 |
| 09/24/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider issues on mediation strategy (.2). Call with O. Katz, P. Gaspari re same (.8). Call with client team re mediation issues (1.0). Further client call re mediation strategy (1.0). Review mediator presentation, suggest revisions (.5). Review revised presentation deck (.2). | 3.70 | $ 600.00/hr | $ 2,220.00 |
| 09/24/2025 | ASK | **B160 - Fee/Employment Applications:** Review invoices and calculate ABA codes per attorney for June through August for FFWPR fee app. | 1.10 | $ 105.00/hr | $ 115.50 |
| 09/24/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft FFWPR interim fee application (2.5); declaration of P. Pascuzzi (.8); declaration of P. Summerhays (.2); and Omnibus Notice of Hearing (.4). | 3.90 | $ 105.00/hr | $ 409.50 |
| 09/24/2025 | JER | **B110 - Case Administration:** Emails with Client Team re finalizing OCP Report. (.2). Direct AK and BJ re preparation of Quarterly OCP Report. (.1) {no charge}. Review and finalize OCP report and direct filing and service. (.2) | 0.40 | $ 525.00/hr | $ 210.00 |
| 09/24/2025 | JER | **L510 - Appellate Motions and Submissions:** Draft Opposition to Insurers' motion for stay pending appeal. (2.7). Review Motion to approve Stipulation and Insurer's Opposition. (.4). Consider strategy regarding Insurers' Motion and Debtor Opposition. (.7) | 3.80 | $ 525.00/hr | $ 1,995.00 |
| 09/24/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Prepare for call with committee counsel (.2). Attend same (.3). | 0.50 | $ 600.00/hr | $ 300.00 |
| 09/24/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Call and emails from and to D. Zamora re stay extension stipulation status and appeal re JCP 5108 proceedings (.2). Email from D. Zamora re JCP 5108 report, consider issues (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 09/25/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to O. Katz, P. Gaspari re mediation issues (.3). Call with O. Katz re same (.1). Draft agenda for client team call (.4). Review mediator presentation, talking points, consider strategy (.3). Call with O. Katz re same (.1). | 1.20 | $ 600.00/hr | $ 720.00 |
| 09/25/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft BlankRome interim fee application (2.8); declaration of B. Weinstein (.8); declaration of P. Summerhays (.2); and review of invoices for survivor information and chart attorney/category hours and fees (.4). | 4.20 | $ 105.00/hr | $ 441.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/25/2025 | PJP | **L510 - Appellate Motions and Submissions:** Email from G. Greenwood (committee) re opposition to insurer stay motion issues, consider strategy (.2). Emails from and to D. Zamora re same (.2). Email to G. Greenwood re insurer stay motion issues (.2). Review and revise opposition to insurer stay motion (1.6). | 2.20 | $ 600.00/hr | $ 1,320.00 |
| 09/25/2025 | PJP | **B190 - Other Contested Matters:** Emails from J. Chorley re Chubb payment for mediator invoices, email to M. Cottrell, D. Greenblatt re same and reconciliation of payments (.2) | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/25/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call with R. Harris (high schools) re case strategy (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 09/25/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Review Case Management Conference order re released cases, consider strategy (shared) (.2). Emails from J. Schulman to insurers re same (.1). | 0.30 | $ 600.00/hr | $ 180.00 |
| 09/25/2025 | JER | **L510 - Appellate Motions and Submissions:** Draft Opposition to Insurers' motion for stay pending appeal. (2.9). Telephone call and email with PJP regarding same. (.2). Review emails with Committee and co-counsel regarding response to Motion. (.2) | 3.30 | $ 525.00/hr | $ 1,732.50 |
| 09/25/2025 | JER | **L510 - Appellate Motions and Submissions:** Review PJP revisions and prepare further revisions to Opposition to Insurers' motion for stay pending appeal. (.4). Draft email to Client and co-counsel regarding Opposition to the Insurers' stay motion. (.3). Further emails from co-counsel. (.1) | 0.80 | $ 525.00/hr | $ 420.00 |
| 09/25/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with mediators and client team re mediation issues (1.1). Follow up call with O. Katz re same (.1). | 1.20 | $ 600.00/hr | $ 720.00 |
| 09/26/2025 | MEK | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues with P. Pascuzzi re: amended employment applications in connections with released cases (.2) (shared) | 0.20 | $ 350.00/hr | $ 70.00 |
| 09/26/2025 | PJP | **L510 - Appellate Motions and Submissions:** Emails re comments on opposition to insurer stay motion (.2). Consider issues re same (.4). | 0.60 | $ 600.00/hr | $ 360.00 |
| 09/26/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Call with B. Weinstein re case and mediation issues (.3). Prepare for client team call (.2). Attend same (.9). | 1.40 | $ 600.00/hr | $ 840.00 |
| 09/26/2025 | ASK | **B160 - Fee/Employment Applications:** Update Weintraub fee application with calculated numbers, new individuals, new task codes. | 1.20 | $ 105.00/hr | $ 126.00 |
| 09/26/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Consider issues with M. Kutsuris re released cases employment of defense counsel and supplemental estate litigation counsel employment applications (shared) (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/2025 | JER | **L510 - Appellate Motions and Submissions:** Multiple emails with PJP regarding Opposition to Insurers' Motion for Stay Pending Appeal. (.3). Analysis and email to MK re standard of review on appeal of relief from stay order and for Rule 9019 motion order. (.2). Revise Opposition to Insurers Motion for Stay. (.5). Review and analysis of issue re Opposition to Insurers' Motion. (.2). Review status of Insurers' statement of issues and designation of record on appeal. Emails with MK regarding same. (.2) | 1.40 | $ 525.00/hr | $ 735.00 |
| 09/26/2025 | MEK | **L510 - Appellate Motions and Submissions:** Email J. Rios re: standard of review (.1); follow up email re: the same (.1); Email J. Rios re: statement of issues and designation of record (.1) | 0.30 | $ 350.00/hr | $ 105.00 |
| 09/26/2025 | BJ | **B160 - Fee/Employment Applications:** Prepare draft TransPerfect interim fee application (1.6); declaration of D. Brill (.4); declaration of P. Summerhays (.2). | 2.20 | $ 105.00/hr | $ 231.00 |
| 09/26/2025 | MEK | **B310 - Claims Administration and Objections:** Draft response to Mtn to Enlarge Claims Bar Date (John Doe JRO) (1.4); Review and revise response and email P. Pascuzzi re: the same (.2) | 1.60 | $ 350.00/hr | $ 560.00 |
| 09/26/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Attend diocesan attorneys meeting re relevant case updates (shared) (.5). | 0.50 | $ 600.00/hr | $ 300.00 |
| 09/26/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from S. Williamson (Cemeteries) re case status, mediation (.3) | 0.30 | $ 600.00/hr | $ 180.00 |
| 09/29/2025 | PJP | **B190 - Other Contested Matters:** Review and provide comments on opposition to committee motion for standing to pursue adversary proceeding (1.1). | 1.10 | $ 600.00/hr | $ 660.00 |
| 09/29/2025 | MEK | **L510 - Appellate Motions and Submissions:** Review of district court local rules re: appeal rules (.2); Email (detailed) to J. Rios re: the same (.2). | 0.40 | $ 350.00/hr | $ 140.00 |
| 09/29/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider strategy on mediation status and issues (.4). Call with client team re case and mediation strategy (.7). Further client team call re case and mediation strategy (.7). Draft bullet points for mediation strategy/message (.3). | 2.10 | $ 600.00/hr | $ 1,260.00 |
| 09/29/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Emails from and to O. Katz, Judge Sontchi (.1). Prepare for call with Judge Sontchi (.2). Attend same (.7). Follow up call with O. Katz re same (.2). Review and revise notes from call to send to client team (.2). | 1.40 | $ 600.00/hr | $ 840.00 |
| 09/29/2025 | PJP | **L210 - Pleadings:** Commitee adversary: Review transcript from hearing on motions to dismiss, consider strategy (.6) | 0.60 | $ 600.00/hr | $ 360.00 |
| 09/29/2025 | PJP | **L510 - Appellate Motions and Submissions:** Call with J. Rios re insurer stay motion opposition and appeal issues (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/2025 | JER | **L510 - Appellate Motions and Submissions:** Review deadline for challenging Statement of Election for appeals to be heard by district court. (.2). Telephone call with PJP regarding same. (.2) Emails and telephone call with MK regarding addressing multiple other deadlines for Insurers' appeals of order approving stipulation. (.2) | 0.60 | $ 525.00/hr | $ 315.00 |
| 09/29/2025 | JER | **B160 - Fee/Employment Applications:** Review multiple emails with BJ and JK re finalizing TransPerfect Monthly Fee notice, and Court notice regarding same. (.1) | 0.10 | $ 525.00/hr | $ 52.50 |
| 09/29/2025 | JER | **L510 - Appellate Motions and Submissions:** Finalize Opposition to Insurers' Motion for Stay Pending Appeal. (.6). | 0.60 | $ 525.00/hr | $ 315.00 |
| 09/30/2025 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Consider issues re mediation strategy, M. Flanagan outline (.3). Prepare for client team call (.2). Attend same (.8). Draft email to mediators re case issues (.8). Emails with client team re comments on same (.2). Further emails with client team re same, consider issues (.2). | 2.50 | $ 600.00/hr | $ 1,500.00 |
| 09/30/2025 | MEK | **L510 - Appellate Motions and Submissions:** Review docket for deadlines re: appeal (.4) | 0.40 | $ 0.00/hr | No Charge |
| 09/30/2025 | PJP | **B150 - Meetings of and Communications with Creditors:** Attend call with committee counsel, O. Katz re case status (.1). | 0.10 | $ 600.00/hr | $ 60.00 |
| 09/30/2025 | PJP | **L510 - Appellate Motions and Submissions:** Emails from and to J. Rios re opposition to insurer stay motion issues (.2). Review summary of committee opposition to insurer stay motion, consider issues re same (.2). | 0.40 | $ 600.00/hr | $ 240.00 |
| 09/30/2025 | JER | **L510 - Appellate Motions and Submissions:** Finalize Opposition to Insurers' Motion for Stay Pending Appeal. (.3). Emails with MK and PJP regarding Insurers' filing of "Protective Supplement" on appeal. (.1) | 0.40 | $ 525.00/hr | $ 210.00 |
| 09/30/2025 | JER | **B160 - Fee/Employment Applications:** Finalize Quarterly OCP Notice. (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 09/30/2025 | JER | **L510 - Appellate Motions and Submissions:** Review and analysis of OCC Opposition to Insurers' Motion for Stay Pending Appeal. (.3). Email to PJP regarding same. (.2). | 0.50 | $ 525.00/hr | $ 262.50 |
| 09/30/2025 | PJP | **L160 - Settlement/Non-Binding ADR:** Prepare for call with Judge Buckley (.3). Attend same (.4). Follow up email to mediators (.2). | 0.90 | $ 600.00/hr | $ 540.00 |
| 09/30/2025 | PJP | **L210 - Pleadings:** Committee adversary: Review draft answer to second amended complaint, consider issues re same and revised answer (.6). Further review of transcript of motion to dismiss hearing, consider strategy (.7). Emails to A. Cottrell, P. Carney re same (.3). | 1.60 | $ 600.00/hr | $ 960.00 |

| 09/30/2025 | MEK | **L510 - Appellate Motions and Submissions:** Review of protective supplement and email J. Rios and P. Pascuzzi re: the same (.1) | 0.10 | $ 350.00/hr | $ 35.00 |
| 09/30/2025 | PJP | **B140 - Relief from Stay/Adequate Protection Proceedings:** Emails from and to J. Schulman re insurer defense counsel issues (shared) (.2). | 0.20 | $ 600.00/hr | $ 120.00 |

**In Reference To: Archdiocese of SF - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|------|----|----------|-------:|
| 09/03/2025 | FA | Travel for Paul J. Pascuzzi to San Francisco for mediation.<br>Hotel - $492.33<br>Parking - $91.00<br>Tolls - $16.00<br>Milage roundtrip - $119.00 | $ 718.33 |
| 09/30/2025 | FA | Lexis Online Research - September 2025 | $ 71.65 |

|  |  |
|--|-:|
| **Total Hours** | 129.00 hrs |
| **Total Biller** | $ 61,869.50 |
| **Total Expenses** | $ 789.98 |
| **Total Invoice Amount** | $ 62,659.48 |
| **Previous Balance** | **$ 138,618.02** |
| 09/20/2025  Payment - Trust Account<br>A payment has been taken from the Trust Account | ($37,865.95) |
| 09/29/2025  Payment - Trust Account<br>Payment transferred from Trust Account | ($42,039.20) |
| **Balance (Amount Due)** | **$ 121,372.35** |

# Trust Account Summary

**Billing Period: 09/02/2025 - 10/07/2025**

**Matters: Archdiocese of SF - Post Petition**

| Total Deposits | Total Disbursements | Current Balance |
|---|---|---|
| $79,905.15 | $79,905.15 | $0.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 09/12/2025 | Received From-Archdiocese of San Francisco | $37,865.95 | | $37,865.95 |
| 09/20/2025 | Applied to invoice #14147 | | $37,865.95 | $0.00 |
| 09/26/2025 | Received From-Archdiocese of San Francisco | $42,039.20 | | $42,039.20 |
| 09/29/2025 | Applied to invoice #13940 | | $23,362.00 | $18,677.20 |
| 09/29/2025 | Applied to invoice #13994 | | $11,669.70 | $7,007.50 |
| 09/29/2025 | Applied to invoice #14035 | | $7,007.50 | $0.00 |

**User Hours Summary**

**Billing Period: 09/02/2025 - 09/30/2025**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|------|-------------:|----------:|--------------:|
| Paul J Pascuzzi | 77.70 | $ 600.00 | $ 46,620.00 |
| Paul J Pascuzzi | 4.20 | $ 600.00 | $ 0.00 |
| Jake E Rios | 20.90 | $ 525.00 | $ 10,972.50 |
| Jake E Rios | 1.10 | $ 525.00 | $ 0.00 |
| Allison Kieser | 2.30 | $ 105.00 | $ 241.50 |
| Brenda Jennings | 15.10 | $ 105.00 | $ 1,585.50 |
| Mikayla E Kutsuris | 7.00 | $ 350.00 | $ 2,450.00 |
| Mikayla E Kutsuris | 0.70 | $ 350.00 | $ 0.00 |