Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
 WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
 jrios@ffwplaw.com
 tphinney@ffwplaw.com
 mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
 amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date: December 4, 2025<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**SIXTH INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR**

GlassRatner Advisory & Capital Group, LLC, (hereinafter "GlassRatner"), financial advisor for debtor and debtor in possession, The Roman Catholic Archbishop of San Francisco ("RCASF" or "Debtor"), submits this application (the "Application") for sixth interim allowance of fees and reimbursement of expenses for the four-month period of June 1, 2025 through and including September 30, 2025 (the "Application Period") as set forth in the Request for Relief below. In support of this Application, GlassRatner relies on this Application, the *Declaration of Wayne P. Weitz* (the "Weitz Dec.") filed in support of this Application, the *Declaration of Fr. Patrick Summerhays* (the "Summerhays Dec."), and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the hearing on this Application.

## I.
## RELIEF REQUESTED

Through this Application, GlassRatner requests an Order:

1. Approving on an interim basis GlassRatner's fees in the amount of $192,450.00 and reimbursement of expenses in the amount of $1,682.94 for a total of $194,132.94 incurred from June 1, 2025 through September 30, 2025;

2. Authorizing payment to GlassRatner by the Debtor of the unpaid balance of the allowed fees and expenses; and

3. For such other relief as the Court deems just and proper.

## II.
## BACKGROUND FACTS

On August 21, 2023 (the "Petition Date"), the Debtor filed a voluntary Chapter 11 Bankruptcy Petition. The Debtor remains in possession of its estate, no trustee having been appointed. The Debtor is operating and managing its business as a debtor in possession pursuant to the provisions of Sections 1107 and 1108 of the Bankruptcy Code. On September 1, 2023, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") [ECF No. 58].

///

A description of the Debtor's history, business operations, operational structure, the reasons for commencing the Chapter 11 Case, the relief sought from the Court, and the facts and circumstances supporting this Motion are set forth in the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023, at ECF No. 14 (the "Passarello Declaration").

On September 25, 2023, the Court entered its order granting the Debtor's application to employ GlassRatner as financial advisor, effective as of August 21, 2023 [ECF No. 168].

## III.

## STATUS OF CASE

To avoid unnecessary duplication, the case status is set forth in the *Sixth Interim Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Bankruptcy Counsel for Debtor in Possession* and incorporated herein by this reference.

## IV.

## SERVICES RENDERED

The services performed by GlassRatner in this case have been categorized into task billing categories. Detailed billing statements reflecting GlassRatner's time records and out-of-pocket expenses, including a summary of the aggregate and itemized hours and total compensation requested with respect to the professionals who provided compensable services are attached to the Weitz Dec. as **Exhibit A**. The billing statements are organized by task, and the content of the billings included in each task is generally explained below.

A listing of the billing task categories showing the number of professional hours expended and fees incurred under each billing task category is shown below:

///
///
///
///
///

| Category | Hours | Fees |
|---|---:|---:|
| Asset Analysis | 158.80 | $87,790.00 |
| Business Analysis | 55.40 | $35,745.00 |
| Case Administration | 1.10 | $852.50 |
| Employment/Fee Applications | 8.90 | $5,102.50 |
| Litigation Support | 22.60 | $15,755.00 |
| Monthly Operating Reports | 88.80 | $45,655.00 |
| Non-Working Travel | 4.00 | $1,550.00 |
| **Totals** | **339.60** | **$192,450.00** |
| **Blended Hourly Rate** | | **$566.70** |

Below is a general description of the work performed in each task category.

A. <u>Asset Analysis.</u> GlassRatner expended 158.80 hours in this category for a total charge of $87,790.00. The services performed in this category generally include but are not limited to continued analysis and review of the Debtor's real estate, continued preparation of comprehensive Debtor and other non-Debtor cash and asset analysis, review and analysis of restricted cash amounts, and calls and correspondence with the Debtor and Debtor's Counsel regarding the cash analysis.

B. <u>Business Analysis</u>. GlassRatner expended 55.40 hours in this category for a total charge of $35,745.00. The services performed in this category generally include but are not limited to participating in weekly update calls with Debtor's counsel; analysis and review of the Debtor's financial statements and banking records; assisting the Debtor with various accounting tasks in connection with the bankruptcy; analysis and tracking of professional fee notices, retainers and payments; assisting the Debtor with tracking the mediator invoices and subsequent payments; preparing the Quarterly Ordinary Course Professional Report and meetings with Debtor's management regarding financial operations, results and reporting.

C. <u>Case Administration.</u> GlassRatner expended 1.10 hours in this category for a total charge of $852.50. The services performed in this category generally include but are not limited

///

to attend telephonic Court hearings; and correspondence and calls with Debtor and counsel regarding case matters.

      D.    <u>Employment/Fee Application</u>. GlassRatner expended 8.90 hours in this category for a total charge of $5,102.50. The services performed in this category generally include but are not limited to drafting and finalizing monthly professional fee statements and the Third Interim Fee Application and correspondence and calls with the Fee Examiner regarding prior Fee Applications.

      E.    <u>Litigation Support.</u> GlassRatner expended 22.60 hours in this category for a total charge of $15,755.00. The services performed in this category generally include but are not limited to communications with Debtor's counsel regarding various litigation matters; research and analysis related to Debtor's pending litigation matters, discovery and mediation; preparing materials and analyses for mediation sessions; attendance at various mediation sessions; working with the Debtor to gather documents and information related to various discovery requests; analysis of financial information requested by Creditor Committee professionals; communication with Creditor Committee professionals regarding document information requests; and participate in weekly meetings with Creditor Committee professionals regarding discovery updates.

      F.    <u>Monthly Operating Reports</u>. GlassRatner expended 88.80 hours in this category for a total charge of $45,655.00. The services performed in this category generally include but are not limited to assisting the Debtor with preparation of Monthly Operating Reports, including analysis of bank accounts and monthly transaction data; and assisting the Debtor with treatment and categorization of certain financial transactions.

      G.    <u>Non-working Travel</u>. GlassRatner expended 4.00 hours in this category for a total charge of $1,550.00. The services performed in this category generally include time spent traveling to and from San Francisco for attendance at mediation sessions. These hours are billed at one half the billing rate for each GlassRatner professional.

///

///

///

///

CASE NO. 23-30564
GLASSRATNER SIXTH INTERIM APPLICATION FOR FEES AND EXPENSES
5
Case: 23-30564   Doc# 1426   Filed: 10/23/25   Entered: 10/23/25 10:39:25   Page 5 of 8

A listing of hours and fees by professional is as follows:

| Professional | Hourly Rate | Hours Billed | Total |
|---|---|---|---|
| Wayne P. Weitz | $775.00 | 73.00 | $56,575.00 |
| Wayne P. Weitz - travel | $387.50 | 4.00 | $1,550.00 |
| David Greenblatt | $575.00 | 114.00 | $65,550.00 |
| Coral Hansen | $525.00 | 54.10 | $28,402.50 |
| Sean Horner | $425.00 | 92.40 | $39,270.00 |
| Adriana Piltz | $525.00 | 2.10 | $1,102.50 |
| **Total** | | **339.60** | **$192,450.00** |
| Blended Rate | $566.70 | | |

The expenses incurred during the period covered by this Application are as follows:

| Category | Total |
|---|---|
| Lodging | $581.89 |
| Meals | $57.32 |
| Transportation | $156.64 |
| Travel - Airfare | $886.29 |
| PACER Charges | $0.80 |
| **Total Expenses** | **$1,682.94** |

V.

**SUMMARY OF FEES AND EXPENSES**

Detailed billing statement reflecting GlassRatner's time records and out-of-pocket expenses attached as *Exhibit A* to the Weitz Dec. in support of this Application reflects total fees in the amount of $192,450.00 and expenses in the amount of $1,682.94 for a total of $194,132.94 incurred during the Application Period.

GlassRatner requests an order under Bankruptcy Code section 330 approving fees in this case of $192,450.00 and expenses in the amount of $1,682.94 for a total of $194,132.94 for the period of June 1, 2025 through and including September 30, 2025, as reasonable and necessary for the administration of this case.

///

## VI.

## PAYMENTS RECEIVED TO DATE

With respect to the Bankruptcy Rule 2016(a) requirements for fee applications, GlassRatner has not received any payments to date in this case from any source, other than the Debtor. GlassRatner received a retainer prepetition from the Debtor, of which $64,334.42 (the "Retainer") remained on the Petition Date.

The Court approved on an interim basis GlassRatner's First Interim Fee Application in the amount of $455,109.26 [ECF No. 619] pursuant to which GlassRatner applied its pre-petition retainer and the Debtor paid the balance of the approved fees and costs. The Court approved on an interim basis GlassRatner's Second Interim Fee Application in the amount of $138,392.36 [ECF No. 796] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis GlassRatner's Third Interim Fee Application in the amount of $79,678.50 [ECF No. 940] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis GlassRatner's Fourth Interim Fee Application in the amount of $104,967.50 [ECF No. 1165] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis GlassRatner's Fifth Interim Fee Application (after Fee Examiner reduction of $1,000) in the total amount of $237,119.15 ($234,999.50 in fees and expenses in the amount of $2,119.65) [ECF No. 1336] pursuant to which the Debtor paid the approved fees and costs.

Pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212], GlassRatner has filed and served fee notices for June 2025 [ECF No. 1268], July 2025 [ECF No. 1296], August 2025 [ECF No. 1359] and September 2025 [ECF No. 1407]. No objections were received with respect to the June, July, and August notices, the deadline for objections to the September notice has not yet passed as of the filing of this Application. GlassRatner has received payments in the amount of $89,262.14 from the Debtor, allowed by the monthly fee notices for June 2025, July 2025 and August 2025, such that is has been paid 80% of fees and 100% of expenses with respect to the June, July and August fee notices. Payment for the September fee notice has not been paid as of the date of this filing.

///

With respect to Bankruptcy Rule 2016(b), GlassRatner has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between GlassRatner and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

## VII. CONCLUSION

Based on all the above, GlassRatner respectfully requests that this Court enter an order granting the relief requested herein, and for such other and further relief as the Court deems necessary and proper.

Dated: October 21, 2025

GLASSRATNER ADVISORY & CAPITAL GROUP, LLC

By: /s/ Wayne P. Weitz
Wayne P. Weitz
Financial Advisors to Debtor The Roman Catholic Archbishop of San Francisco

Dated: October 23, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Jason E. Rios
Jason E. Rios
Attorneys for Debtor The Roman Catholic Archbishop of San Francisco

Dated: October 23, 2025

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Ori Katz
Ori Katz
Attorneys for Debtor The Roman Catholic Archbishop of San Francisco