Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       jrios@ffwplaw.com
       tphinney@ffwplaw.com
       mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
       amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>  Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date: December 4, 2025<br>Time: 1:30 p.m<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**DECLARATION OF WAYNE P. WEITZ IN SUPPORT OF SIXTH INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR**

I, Wayne P. Weitz, declare:

1. I am a senior managing director with GlassRatner Advisory & Capital Group, LLC ("GlassRatner"), the financial advisor for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the Debtor and Debtor-in-Possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2. I have been a senior managing director of GlassRatner since May 2019. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying *Sixth Interim Application of GlassRatner Advisory & Capital Group, LLC for Allowance of Fees and Reimbursement of Expenses as Financial Advisor for the Debtor* (the "Application"), and to the best of my knowledge, all statements are true and correct.

3. During the four-month period of June 1, 2025, through and including September 30, 2025, (the "Application Period"), GlassRatner billed the Debtor for financial services in the sum of $192,450.00. The services performed by GlassRatner during this case have been broken down into task billing categories. A list of the categories used for coding and the amounts calculated for each category during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
| --- | --- | --- |
| Asset Analysis | 155.80 | $87,790.00 |
| Business Analysis | 55.40 | $35,745.00 |
| Case Administration | 1.10 | $852.50 |
| Employment/Fee Applications | 8.90 | $5,102.50 |
| Litigation Support | 22.60 | $15,755.00 |
| Monthly Operating Reports | 88.80 | $45,655.00 |
| Non-Working Travel | 4.00 | $1,550.00 |
| **Totals** | **339.60** | **$192,450.00** |

4. For the Court's convenience, attached as ***Exhibit A*** is a true and correct copy of GlassRatner's chronological billing statements. To the best of my knowledge, information, and belief, the time records referenced in the attached billing statements accurately reflect the actual time spent by the various timekeepers in performing the described legal services in this case.

5. During the Application Period, GlassRatner incurred actual and necessary expenses in the amount of $1,682.94 as follows:

| Category | Total |
|---|---|
| Lodging | $581.89 |
| Meals | $57.32 |
| Transportation | $156.64 |
| Travel - Airfare | $886.29 |
| PACER Charges | $0.80 |
| **Total Expenses** | **$1,682.94** |

6. This is GlassRatner's sixth interim fee application. GlassRatner has not received any payments to date in this case from any source, other than the Debtor. GlassRatner received a retainer prepetition from the Debtor, of which $64,334.42 (the "Retainer") remained on the Petition Date.

7. The Court approved on an interim basis GlassRatner's First Interim Fee Application in the amount of $455,109.26 [ECF No. 619] pursuant to which GlassRatner applied its pre-petition retainer and the Debtor paid the balance of the approved fees and costs. The Court approved on an interim basis GlassRatner's Second Interim Fee Application in the amount of $138,392.36 [ECF No. 796] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis GlassRatners's Third Interim Fee Application in the amount of $79,678.50 [ECF No. 940] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis GlassRatner's Fourth Interim Fee Application in the amount of $104,967.50 [ECF No. 1165] pursuant to which the Debtor paid the approved fees and costs. The Court approved on an interim basis GlassRatner's Fifth Interim Fee Application (after Fee Examiner reduction of $1,000) in the total amount of $237,119.15 ($234,999.50 in fees and expenses in the amount of $2,119.65) [ECF No. 1336] pursuant to which the Debtor paid the approved fees and costs. The retainer balance as of September 30, 2025 was $0.00.

///

///

8. With respect to the Bankruptcy Rule 2016(a) requirements for fee applications, the table below indicates amounts of fees and costs billed by and paid to GlassRatner during the Application Period in accordance with the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212]:

| Period | Amount Billed | Amount Paid | Amount Unpaid |
|---|---|---|---|
| June 1-30, 2025 | $38,482.50 | $30,786.00 | $7,696.50 |
| July 1-31, 2025 | $21,888.79 | $17,688.29 | $4,200.50 |
| August 1-31, 2025 | $50,785.85 | $40,787.85 | $9,998.00 |
| Sept. 1-30, 2025 | $82,975.80 | $0.00 | $82,975.80 |
| **Total** | **$194,132.94** | **$89,262.14** | **$104,870.80** |

9. With respect to Bankruptcy Rule 2016(b), GlassRatner has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

10. I certify that to the best of my knowledge GlassRatner has complied with the U.S. Trustee's guidelines (the "U.S. Trustee Guidelines").

11. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by my firm's clients.

///

///

12. I respectfully submit that all the billings and expenses have been reasonable and necessary in this case and respectfully request that they be approved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2025, at New York, New York.

*/s/ Wayne P. Weitz*
Wayne P. Weitz

Case: 23-30564    Doc# 1427    Filed: 10/23/25    Entered: 10/23/25 10:42:48    Page 5 of 19

# EXHIBIT A
GlassRatner Invoices



*GlassRatner Advisory & Capital Group LLC*

July 3, 2025　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice # : 80023

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period June 1, 2025　through　June 30, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 8.10 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 16.60 | 525.00 |
| David Greenblatt, CPA, CIRA | 35.90 | 575.00 |
| Sean Horner | 6.70 | 425.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 67.30 | $38,482.50 |
| Previous balance |  | $175,448.35 |
| 6/13/2025 Payment - Thank You |  | ($64,436.45) |
| Total payments and adjustments |  | ($64,436.45) |
| Balance due |  | $149,494.40 |

**Thank you for working with GlassRatner Advisory & Capital Group, LLC, we don't take our clients for granted.**
For our wiring instructions, please contact us directly using the contact information below.　Tax ID Number: ▇▇▇▇7218

**Professional Services Detail**

                Hours

Asset Analysis

| Date | Person | Description | Hours |
|---|---|---|---|
| 6/2/2025 | S. Horner | Call with D. Greenblatt re: cash analysis | 0.20 |
| | D. Greenblatt | Call with S. Horner re: cash analysis | 0.20 |
| | D. Greenblatt | Continue to update cash analysis | 1.80 |
| 6/3/2025 | S. Horner | Continue to update cash analysis | 0.30 |
| | D. Greenblatt | Call with O. Katz and Debtor re: cash analysis | 0.70 |
| | D. Greenblatt | Continue to update cash analysis | 1.40 |
| 6/4/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: real estate | 0.90 |
| | D. Greenblatt | Continue to work on cash analysis | 1.80 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: real estate | 0.90 |
| 6/6/2025 | D. Greenblatt | Continue to work on cash analysis | 1.70 |
| 6/10/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.20 |
| | D. Greenblatt | Meeting with W. Weitz and S. Horner re: cash analysis | 0.20 |
| | D. Greenblatt | Continue to update cash analysis | 1.60 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: restricted cash | 0.20 |
| 6/17/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: real estate | 1.40 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: real estate | 1.40 |
| 6/27/2025 | D. Greenblatt | Review and analysis of real estate information | 1.20 |

SUBTOTAL: [ 16.10 9652.50]

Business Analysis

| Date | Person | Description | Hours |
|---|---|---|---|
| 6/2/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.10 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.10 |
| 6/4/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.80 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.80 |
| 6/5/2025 | D. Greenblatt | Update professional fee tracker and provide Debtor with payment summary | 1.60 |
| 6/6/2025 | D. Greenblatt | Call with Debtor and Counsel re: weekly update | 1.70 |
| 6/10/2025 | S. Horner | Review and analysis of Oakland Diocese professional fees and prepare summary | 1.80 |
| | S. Horner | Update professional fee analysis | 2.40 |
| | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.80 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.80 |
| 6/13/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.00 |
| | D. Greenblatt | Update mediator invoice analysis | 1.80 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.00 |
| 6/17/2025 | D. Greenblatt | Call with W. Weitz and Counsel re: weekly update | 0.30 |
| | W. Weitz | Call with D. Greenblatt and Counsel re: weekly update | 0.30 |
| 6/20/2025 | D. Greenblatt | Call with Counsel and Debtor re: weekly update | 0.30 |
| 6/26/2025 | D. Greenblatt | Prepare Ordinary Course Professional quarterly report | 0.80 |
| 6/27/2025 | D. Greenblatt | Call with Counsel and Debtor re: weekly update | 0.70 |

SUBTOTAL: [ 19.10 11152.50]

Employment/Fee Applications

| Date | Person | Description | Hours |
|---|---|---|---|
| 6/10/2025 | W. Weitz | Review information for May fee statement | 0.40 |
| 6/20/2025 | S. Horner | Preparation of data for Fee Application | 1.80 |

SUBTOTAL: [ 2.20 1075.00]

Litigation

| Date | Person | Description | Hours |
|---|---|---|---|
| 6/4/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: mediation | 0.40 |
| | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: mediation | 0.50 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: mediation | 0.40 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: mediation | 0.50 |
| 6/24/2025 | D. Greenblatt | Prepare for and attend mediation session via Zoom | 7.20 |

|  |  |  | Hours |
|---|---|---|---|
| SUBTOTAL: | | [     9.00 | 5355.00] |

### Monthly Operating Reports

| Date | Person | Description | Hours |
|---|---|---|---|
| 6/4/2025 | C. Hansen | June 2025 MOR: payroll | 0.20 |
| | C. Hansen | Update MOR analysis for June data | 1.00 |
| 6/5/2025 | C. Hansen | Update MOR template with bank statements | 0.80 |
| | C. Hansen | Prepare bank statement and exhibit for MOR | 0.70 |
| 6/6/2025 | C. Hansen | May 2025 MOR: post-petition AP | 0.80 |
| 6/8/2025 | C. Hansen | May 2025 MOR: insider payment schedule | 0.30 |
| | C. Hansen | May 2025 MOR: review investment accounts | 0.70 |
| | C. Hansen | May 2025 MOR: receipts and disbursement schedule | 1.00 |
| 6/15/2025 | C. Hansen | May 2025 MOR: continue receipts and disbursements | 0.90 |
| | C. Hansen | May 2025 MOR: continue receipts and disbursements | 2.30 |
| 6/16/2025 | C. Hansen | May 2025 MOR: prepare exhibits | 1.30 |
| | C. Hansen | May 2025 MOR: prepare report | 1.90 |
| 6/17/2025 | D. Greenblatt | Prepare May 2025 MOR | 1.90 |
| 6/18/2025 | C. Hansen | Finalize and send MOR exhibits and MOR report to W. Weitz and D. Greenblatt; Make revisions and finalize | 0.90 |
| | C. Hansen | Finalize draft of MOR and send to client team for review | 1.80 |
| | C. Hansen | Finalize MOR exhibits | 2.00 |
| | D. Greenblatt | Continue to prepare May 2025 MOR | 1.30 |
| | W. Weitz | Review May MOR | 0.30 |
| 6/20/2025 | D. Greenblatt | Finalize May MOR and send to counsel for filing | 0.80 |

|  |  |  |  |
|---|---|---|---|
| SUBTOTAL: | | [    20.90 | 11247.50] |

GlassRatner Advisory & Capital Group LLC



GlassRatner Advisory & Capital Group LLC

August 8, 2025  Invoice # : 80337

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  July 1, 2025  through  July 31, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Wayne P. Weitz | 6.50 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 16.50 | 525.00 |
| David Greenblatt, CPA, CIRA | 12.70 | 575.00 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 35.70 | $21,002.50 |

**Out-of-Pocket Expenses:**

| | |
|---|---:|
| Travel -- Air/Rail | 886.29 |
| Total expenses | $886.29 |
| Total amount of this bill | $21,888.79 |

**Thank you for working with GlassRatner Advisory & Capital Group, LLC, we don't take our clients for granted.**
For our wiring instructions, please contact us directly using the contact information below.  Tax ID Number: ███

**Professional Services Detail**

        Hours

### Asset Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 7/1/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: real estate | 1.10 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: real estate | 1.10 |
| 7/16/2025 | D. Greenblatt | Call with W. Weitz and client re: sources of cash | 0.90 |
|  | SUBTOTAL: |  [ | 3.10     2002.50] |

### Business Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 7/8/2025 | D. Greenblatt | Update professional fee tracker and prepare summary for Debtor for current month professional fee payments | 1.80 |
| 7/11/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.20 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.20 |
| 7/16/2025 | W. Weitz | Call with D. Greenblatt and client re: sources of cash | 0.90 |
| 7/18/2025 | W. Weitz | Weekly update client / counsel call | 0.40 |
|  | SUBTOTAL: | [ | 5.50     3662.50] |

### Case Administration

| Date | Professional | Description | Hours |
|---|---|---|---|
| 7/18/2025 | W. Weitz | Update call with P. Pascuzzi | 0.10 |
| 7/25/2025 | W. Weitz | Weekly update call with client and counsel | 1.00 |
|  | SUBTOTAL: | [ | 1.10      852.50] |

### Employment/Fee Applications

| Date | Professional | Description | Hours |
|---|---|---|---|
| 7/3/2025 | D. Greenblatt | Prepare June Fee Statement | 0.80 |
|  | D. Greenblatt | Preparation of 5th Interim Fee Application | 1.30 |
| 7/7/2025 | D. Greenblatt | Finalize 5th Interim Fee Application | 1.10 |
|  | W. Weitz | Review June fee statement | 0.30 |
|  | W. Weitz | Review Fifth Interim Fee Application | 0.40 |
| 7/16/2025 | W. Weitz | Prepare and validated LEDES file for fee examiner and US Trustee | 0.40 |
|  | SUBTOTAL: | [ | 4.30     2692.50] |

### Litigation

| Date | Professional | Description | Hours |
|---|---|---|---|
| 7/1/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: discovery matters | 0.30 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: discovery matters | 0.30 |
|  | SUBTOTAL: | [ | 0.60      405.00] |

### Monthly Operating Reports

| Date | Professional | Description | Hours |
|---|---|---|---|
| 7/1/2025 | C. Hansen | Update MOR analysis for June data | 1.00 |
| 7/2/2025 | C. Hansen | Prepare bank statement and exhibit for MOR | 0.70 |
|  | C. Hansen | Update MOR template with bank statements | 0.90 |
| 7/7/2025 | C. Hansen | June 2025 MOR: payroll | 0.30 |
|  | C. Hansen | June 2025 MOR: review investment accounts/ Prepare exhibit | 0.80 |
|  | C. Hansen | June 2025 MOR: receipts and disbursement schedule | 1.10 |
| 7/10/2025 | C. Hansen | June 2025 MOR: search intacct for insider payments; Follow up with M. Cottrell re same | 0.30 |
|  | D. Greenblatt | Preparation of June 2025 MOR | 1.80 |
| 7/17/2025 | C. Hansen | June 2025 MOR: post-petition AP | 1.00 |
|  | C. Hansen | June 2025 MOR: prepare report | 2.10 |
|  | C. Hansen | June 2025 MOR: continue receipts and disbursements | 2.40 |
| 7/18/2025 | C. Hansen | Send to draft MOR to client for review | 0.30 |
|  | C. Hansen | Send to draft MOR to client for review | 0.30 |

|            |               |                                                              | Hours |          |
|------------|---------------|--------------------------------------------------------------|------:|---------:|
| 7/18/2025  | C. Hansen     | June 2025 MOR: finalize AR and AP reports                    |       | 0.70     |
|            | C. Hansen     | June 2025 MOR: prepare exhibits                              |       | 1.00     |
|            | C. Hansen     | June 2025 MOR: update report and exhibits                    |       | 1.20     |
|            | C. Hansen     | Finalize draft and send draft of MOR and send to D. Greenblatt |     | 2.40     |
|            | D. Greenblatt | Continue preparing June 2025 MOR                             |       | 1.70     |
|            | W. Weitz      | Review June MOR                                              |       | 0.40     |
| 7/21/2025  | D. Greenblatt | Finalize June 2025 MOR and send to Counsel for filing        |       | 0.70     |
|            |               | SUBTOTAL:                                              [     | 21.10 | 11387.50]|



GlassRatner Advisory & Capital Group LLC

September 8, 2025                                                                                      Invoice # :  80526

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period  August 1, 2025         through     August 31, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Wayne P. Weitz | 23.80 | 775.00 |
| Wayne P. Weitz | 4.00 | 387.50 |
| Coral Hansen, CPA, ABV, CFE, CFF | 14.30 | 525.00 |
| Adriana Piltz | 0.70 | 525.00 |
| David Greenblatt, CPA, CIRA | 12.60 | 575.00 |
| Sean Horner | 35.00 | 425.00 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 90.40 | $49,990.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---:|
| Lodging | 581.89 |
| Meals | 57.32 |
| Transportation | 156.64 |
| Total expenses | $795.85 |

| | |
|---|---:|
| Total amount of this bill | $50,785.85 |

**Thank you for working with GlassRatner Advisory & Capital Group, LLC, we don't take our clients for granted.**
For our wiring instructions, please contact us directly using the contact information below.     Tax ID Number:

**Professional Services Detail**

          Hours

Asset Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 8/4/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 3.10 |
| | D. Greenblatt | Continue to update cash analysis | 0.70 |
| 8/5/2025 | W. Weitz | Call with D. Greenblatt and Debtor re: cash analysis | 1.00 |
| | W. Weitz | Call with W. Weitz and Debtor re: parish financials | 2.60 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.60 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.70 |
| | D. Greenblatt | Call with W. Weitz and Debtor re: cash analysis | 1.00 |
| | D. Greenblatt | Call with W. Weitz and Debtor re: parish financials | 2.60 |
| | W. Weitz | All-day meeting with M. Flanagan re: strategy, business review, cash flow and assets | 7.00 |
| 8/6/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 0.80 |
| 8/7/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.20 |
| 8/8/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.90 |
| 8/11/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| 8/12/2025 | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.00 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| | S. Horner | Continue to update cash analysis re: update Parish and Parish School data | 2.80 |
| 8/14/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: Cash Analysis | 0.50 |
| | D. Greenblatt | Call with W. Weitz and S. Horner re: cash analysis update | 0.50 |
| | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: Cash Analysis | 0.50 |

    SUBTOTAL:          [     46.70     24452.50]

Business Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 8/1/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 0.70 |
| | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 1.00 |
| 8/4/2025 | W. Weitz | Review documents in preparation for meeting with M. Flanagan and Fr Summerhays | 0.70 |
| | W. Weitz | Meeting with M. Flanagan re: case strategy and open issues | 1.00 |
| | W. Weitz | Meeting with M. Flanagan and Fr. Summerhays re: cash flows, projections and assets | 4.50 |
| 8/5/2025 | W. Weitz | Research and analysis re: certain cash balances and available data | 0.20 |
| 8/6/2025 | D. Greenblatt | Update professional fee tracker and provide Debtor with payment summary | 1.60 |
| 8/8/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 0.70 |
| | W. Weitz | Call with D. Greenblatt, Debtor and Counsel re: weekly update | 0.70 |
| 8/15/2025 | W. Weitz | Weekly call with client and counsel | 0.80 |
| 8/19/2025 | D. Greenblatt | Update mediator invoice analysis through July 2025 per counsel request | 2.40 |
| 8/22/2025 | W. Weitz | Weekly update call with client and counsel | 1.10 |
| 8/29/2025 | W. Weitz | Weekly call with client and counsel | 0.90 |

    SUBTOTAL:          [     16.30     11552.50]

Employment/Fee Applications

| Date | Professional | Description | Hours |
|---|---|---|---|
| 8/8/2025 | A. Piltz | Review and prepare July fee statement | 0.70 |

    SUBTOTAL:          [      0.70      367.50]

Litigation

| Date | Professional | Description | Hours |
|---|---|---|---|
| 8/26/2025 | W. Weitz | Call with Client and counsel re: mediation preparation and progress | 1.30 |

    SUBTOTAL:          [      1.30     1007.50]

|  |  |  | Hours |  |
|---|---|---|---|---|

### Monthly Operating Reports

| Date | Name | Description | Hours |  |
|---|---|---|---|---|
| 8/11/2025 | S. Horner | Call amongst C. Hansen and S. Horner re: review MOR procedures | 0.40 | |
| | C. Hansen | Call amongst C. Hansen and S. Horner re: review MOR procedures | 0.40 | |
| 8/13/2025 | C. Hansen | July 2025 MOR: receipts and disbursement schedule | 1.60 | |
| | S. Horner | July 2025 MOR: prepare and update file | 1.20 | |
| | S. Horner | July 2025 MOR: reconcile bank statements and review financials | 2.60 | |
| | C. Hansen | Update MOR template with bank statements | 0.70 | |
| | C. Hansen | Update MOR analysis for July data | 0.70 | |
| | D. Greenblatt | Preparation of July 2025 MOR | 1.60 | |
| 8/14/2025 | C. Hansen | July 2025 MOR: review investment accounts | 0.60 | |
| | C. Hansen | July 2025 MOR: post-petition AP | 0.90 | |
| | C. Hansen | July 2025 MOR: continue receipts and disbursements | 2.20 | |
| 8/15/2025 | C. Hansen | July 2025 MOR: payroll | 0.60 | |
| | C. Hansen | July 2025 MOR: prepare report | 1.90 | |
| 8/17/2025 | W. Weitz | Review July MOR | 0.50 | |
| 8/18/2025 | C. Hansen | Update July 2025 with client comments | 0.20 | |
| | C. Hansen | July 2025 MOR: finalize report and send to client for review | 0.30 | |
| | C. Hansen | July 2025 MOR: search Intacct for insider payments | 0.30 | |
| | C. Hansen | July 2025 MOR: prepare exhibits | 0.40 | |
| | C. Hansen | Revise MOR | 1.60 | |
| | C. Hansen | Finalize draft for internal review | 1.90 | |
| 8/20/2025 | D. Greenblatt | Finalize July 2025 MOR and send to counsel for filing | 0.80 | |
| | SUBTOTAL: | | [    21.40 | 11060.00] |

### Non-working Travel

| Date | Name | Description | Hours |  |
|---|---|---|---|---|
| 8/4/2025 | W. Weitz | Travel from PHL to client | 4.00 | |
| | SUBTOTAL: | | [    4.00 | 1550.00] |

GlassRatner Advisory & Capital Group LLC



GlassRatner Advisory & Capital Group LLC

October 10, 2025  Invoice # : 80825

REV. PATRICK SUMMERHAYS, JCL, VICAR GENERAL
1 PETER YORKE WAY
SAN FRANCISCO CA 94109

In Reference To: **Roman Catholic Archbishop of San Francisco**

For professional services rendered during the period September 1, 2025 through September 30, 2025

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 34.60 | 775.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 6.70 | 525.00 |
| Adriana Piltz | 1.40 | 525.00 |
| David Greenblatt, CPA, CIRA | 52.80 | 575.00 |
| Sean Horner | 50.70 | 425.00 |

| | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 146.20 | $82,975.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---|
| Pacer charges | 0.80 |
| Total expenses | $0.80 |

| | |
|---|---|
| Total amount of this bill | $82,975.80 |

**Thank you for working with GlassRatner Advisory & Capital Group, LLC, we don't take our clients for granted.**
For our wiring instructions, please contact us directly using the contact information below. Tax ID Number: ▇▇▇▇▇

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.glassratner.com

**Professional Services Detail**                                                                                          Hours

### Asset Analysis

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 9/2/2025 | S. Horner | Continue to update cash analysis: review historical financials | 2.80 |
| 9/3/2025 | S. Horner | Continue to update cash analysis: review historical financials | 2.10 |
| 9/4/2025 | S. Horner | Continue to update cash analysis: parish and parish schools | 1.80 |
|  | S. Horner | Continue to update cash analysis: review historical financials | 2.10 |
|  | D. Greenblatt | Continue to update cash analysis | 1.30 |
|  | W. Weitz | Review cash analysis | 0.30 |
|  | W. Weitz | Call with M. Flanagan re: cash analysis | 0.30 |
| 9/5/2025 | D. Greenblatt | Continue to update cash analysis - parish and parish schools | 1.60 |
|  | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: cash analysis updates | 2.00 |
|  | W. Weitz | Call with P. Pascuzzi re: cash analysis | 0.30 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: cash analysis updates | 2.00 |
| 9/6/2025 | D. Greenblatt | Update cash analysis and begin mediator presentation | 2.90 |
| 9/8/2025 | S. Horner | Call with W. Weitz, D. Greenblatt and S. Horner re: mediator presentation | 0.70 |
|  | D. Greenblatt | Call with W. Weitz and S. Horner re: mediator presentation | 0.70 |
|  | W. Weitz | Email corr client re: cash analysis | 0.30 |
|  | W. Weitz | Call with W. Weitz, D. Greenblatt and S. Horner re: mediator presentation | 0.70 |
|  | W. Weitz | Preparation of mediator presentation | 0.90 |
|  | W. Weitz | Email corr re: and review of asset analyis model | 2.10 |
| 9/10/2025 | D. Greenblatt | Call with W. Weitz and Debtor re: parish and parish schools | 1.00 |
|  | D. Greenblatt | Update parish and parish school cash analysis | 1.80 |
|  | W. Weitz | Call with D. Greenblatt and Debtor re: parish and parish schools | 1.00 |
| 9/15/2025 | D. Greenblatt | Continue to update cash analysis | 2.20 |
|  | W. Weitz | Email corr with client and counsel re: certain cash balances | 0.40 |
| 9/17/2025 | D. Greenblatt | Update parish and parish school cash analysis | 1.70 |
|  | D. Greenblatt | Call with Debtor re: parish and parish schools | 2.50 |
| 9/18/2025 | S. Horner | Continue to update cash analysis - parish and parish schools | 0.70 |
|  | S. Horner | Continue to update cash analysis - historical financials | 2.10 |
|  | D. Greenblatt | Call with Debtor re: parishes and parish schools | 0.40 |
|  | D. Greenblatt | Continue to update cash analysis for mediator presentation | 2.70 |
| 9/19/2025 | S. Horner | Continue to update cash analysis - parish and parish schools | 1.80 |
|  | S. Horner | Continue to update cash analysis - parish and parish schools | 2.10 |
|  | D. Greenblatt | Call with W. Weitz re: cash analysis update | 0.30 |
|  | W. Weitz | Call with D. Greenblatt re: cash analysis update | 0.30 |
| 9/22/2025 | S. Horner | Update mediator presentation | 1.90 |
|  | S. Horner | Continue to update cash analysis - review historical financials | 2.20 |
|  | D. Greenblatt | Continue to update cash analysis | 2.90 |
|  | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: mediator presentation | 1.40 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: mediator presentation | 1.40 |
| 9/23/2025 | S. Horner | Continue to update cash analysis - review historical assets and liabilities | 2.20 |
|  | S. Horner | Continue to update cash analysis - review historical assets and liabilities | 2.90 |
|  | D. Greenblatt | Continue to update mediator presentation | 2.60 |
| 9/24/2025 | S. Horner | Continue to update cash analysis - review historical assets and liabilities | 1.90 |
|  | S. Horner | Continue to update cash analysis - review historical assets and liabilities | 2.90 |
|  | D. Greenblatt | Call with Debtor and Counsel re: mediator presentation | 1.50 |
|  | D. Greenblatt | Continue to update mediator presentation | 2.80 |
| 9/25/2025 | S. Horner | Continue to update cash analysis - review historical assets and liabilities | 2.50 |
|  | S. Horner | Continue to update cash analysis - review historical assets and liabilities | 2.60 |
|  | D. Greenblatt | Calls with W. Weitz re: mediator presentation | 0.70 |
|  | D. Greenblatt | Call with W. Weitz, Debtor, Counsel and Mediators re: presentation | 1.00 |
|  | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: mediator presentation | 1.10 |
|  | D. Greenblatt | Finalize mediator presentation | 2.60 |
|  | W. Weitz | Review asset analysis model and presentation | 0.20 |
|  | W. Weitz | Calls with D. Greenblatt re: mediator presentation | 0.70 |
|  | W. Weitz | Meeting with client, counsel, and mediators | 1.00 |
|  | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: mediator presentation | 1.10 |
|  | W. Weitz | Review model and documents in preparation for meeting with mediators | 1.10 |
|  | W. Weitz | Review and update multiple iterations of mediation presentation | 1.60 |
| 9/30/2025 | D. Greenblatt | Participate with client in Real Estate Committee meeting | 2.10 |

Hours

| Date | Professional | Description | Hours |
|---|---|---|---|
| 9/30/2025 | W. Weitz | Participate with client in Real Estate Committee meeting | 2.10 |
| | SUBTOTAL: | [ 92.90 | 51682.50] |

Business Analysis

| Date | Professional | Description | Hours |
|---|---|---|---|
| 9/2/2025 | W. Weitz | Prepare historical case settlement information summary and circulate to client and counsel | 0.30 |
| | W. Weitz | Call with client and counsel re: case update and strategy | 0.70 |
| 9/4/2025 | D. Greenblatt | Continue to update cash analysis: parish and parish schools | 0.80 |
| | W. Weitz | Call with D. Greenblatt re: case status and workproduct | 0.80 |
| 9/5/2025 | W. Weitz | Weekly update call with client and counsel | 1.40 |
| 9/8/2025 | D. Greenblatt | Update professional fee tracker and prepare payment summary for Debtor | 1.60 |
| 9/9/2025 | D. Greenblatt | Update mediator invoice analysis per client request | 1.30 |
| 9/11/2025 | D. Greenblatt | Continue to update mediator invoice analysis | 1.10 |
| 9/15/2025 | D. Greenblatt | Call with Counsel and Debtor re: weekly update | 1.00 |
| 9/17/2025 | D. Greenblatt | Reconcile holdback awards and prepare payment summary for Debtor | 1.20 |
| 9/19/2025 | D. Greenblatt | Call with W. Weitz, Counsel and Debtor re: weekly update | 1.10 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 1.10 |
| 9/23/2025 | D. Greenblatt | Prepare Quarterly Ordinary Course Professionals report | 0.70 |
| 9/26/2025 | D. Greenblatt | Call with W. Weitz, Debtor and Counsel re: weekly update | 0.50 |
| | W. Weitz | Call with D. Greenblatt, Counsel and Debtor re: weekly update | 0.90 |
| | SUBTOTAL: | [ 14.50 | 9377.50] |

Employment/Fee Applications

| Date | Professional | Description | Hours |
|---|---|---|---|
| 9/5/2025 | A. Piltz | Review and update August WIP | 0.60 |
| 9/8/2025 | A. Piltz | Finalize WIP and August Fee Statement | 0.80 |
| | W. Weitz | Review August fee statement package and send to client for review | 0.30 |
| | SUBTOTAL: | [ 1.70 | 967.50] |

Litigation

| Date | Professional | Description | Hours |
|---|---|---|---|
| 9/3/2025 | W. Weitz | Remote participation in mediation | 9.30 |
| 9/4/2025 | D. Greenblatt | Call with W. Weitz re: mediation discussion and next steps | 0.40 |
| | W. Weitz | Call with D. Greenblatt re: mediation discussion and next steps | 0.40 |
| | W. Weitz | Remote participation in hearing | 1.60 |
| | SUBTOTAL: | [ 11.70 | 8987.50] |

Monthly Operating Reports

| Date | Professional | Description | Hours |
|---|---|---|---|
| 9/3/2025 | S. Horner | Call with C. Hansen and S. Horner re: Monthly Operating Report | 0.80 |
| | C. Hansen | Call with C. Hansen and S. Horner re: Monthly Operating Report | 0.80 |
| 9/5/2025 | C. Hansen | August MOR: review documents prepared by Debtor | 0.20 |
| 9/8/2025 | C. Hansen | August MOR: review documents prepared by Debtor | 0.20 |
| | C. Hansen | August MOR:prepare pre-petition debt schedule | 0.50 |
| 9/9/2025 | S. Horner | August 2025 MOR: Prepare report and exhibits | 0.90 |
| | S. Horner | August 2025 MOR: reconcile bank statements and prepare exhibits | 2.90 |
| | C. Hansen | August 2025 MOR: review exhibits | 0.90 |
| 9/10/2025 | S. Horner | Call with C. Hansen and S. Horner re: Monthly Operating Report | 0.70 |
| | S. Horner | August 2025 MOR: continue preparing report and exhibit | 2.20 |
| | S. Horner | August 2025 MOR: continue preparing report and exhibit | 2.60 |
| | C. Hansen | Call with C. Hansen and S. Horner re: Monthly Operating Report | 0.70 |
| 9/11/2025 | S. Horner | August 2025 MOR: Finalize exhibits and report | 2.30 |
| | S. Horner | August 2025 MOR: Continue exhibits and report | 2.80 |
| | C. Hansen | August 2025 MOR: Review report and exhibits | 1.70 |
| | D. Greenblatt | Preparation of August 2025 MOR | 1.30 |
| 9/12/2025 | S. Horner | Call with C. Hansen and S. Horner re: Monthly Operating Report | 0.20 |
| | C. Hansen | Call with C. Hansen and S. Horner re: Monthly Operating Report | 0.20 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 9/12/2025 | C. Hansen | August 2025 MOR: Review report and exhibits | 0.20 | |
|  | C. Hansen | August 2025 MOR: Update report | 1.30 | |
|  | D. Greenblatt | Continue to work on August 2025 MOR | 1.30 | |
| 9/22/2025 | D. Greenblatt | Finalize August 2025 MOR and send to counsel for filing | 0.70 | |
|  | SUBTOTAL: |  | [    25.40 | 11960.00] |